**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x
In re:                                                          Chapter 11

                                                     Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                                    Jointly Administered

                      Debtors

--------------------------------------------------------------x

**ORDER OF ADMISSION TO PRACTICE,** *Pro Hac Vice*

      UPON the motion of *Jeffrey H. Davidson*, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

      ORDERED, that *Jeffrey H. Davidson*, Esq. is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  August 15, 2008
        New York, New York

                                              /s/Robert D. Drain_____
                                              UNITED STATES BANKRUPTCY JUDGE