**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:                                                                              Chapter 11

                                                                                             Case No. 05-44481(RDD)

DELPHI CORPORATION, et al.,                              Jointly Administered

                              Debtors

---------------------------------------------------------------x

**ORDER OF ADMISSION TO PRACTICE,** *Pro Hac Vice*

      UPON the motion of *Eric D. Goldberg*, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

      ORDERED, that *Eric D. Goldberg*, Esq. is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  August 15, 2008
           New York, New York

                                                  /s/Robert D. Drain_____
                                                  UNITED STATES BANKRUPTCY JUDGE