

**IRS** Department of the Treasury
Internal Revenue Service

290 BROADWAY
NEW YORK, NY 10007

Date: August 14, 2008

**Chapter and Case Number:**
11 05-44580-RDD
**Person to Contact:**
SANDRA FELIU
**Contact Telephone Number:**
(212) 436-1338
**Employee Fax Number:**
(212) 436-1931
**Employee Identification Number:**
13-05029

ROBERT D. DRAIN
U.S. BANKRUPTCY COURT
ONE BOWLING GREEN
NEW YORK, NY 10004-1408

Debtor: DELPHI AUTOMOTIVE SYSTEMS KOREA INC
Bankruptcy Filed October 8, 2005

This is to certify that the records of the Internal Revenue Service reflect that the taxpayer was not liable for the account shown on the Request for Payment of Internal Revenue Taxes (Administrative Expenses) filed on 05/31/2007 and the claim is no longer in force and effect.

If you have any questions, our contact information is shown above. Thank you for your cooperation.

/s/ MARIE CERCHERO
GROUP 6 MANAGER

cc: DELPHI AUTOMOTIVE SYSTEMS KOREA INC
    SKADDEN ARPS SLATE MEACHER & FLOM



Letter 3930CG (11-2004)
Catalog Number 38951Q

Acknowledgement,