Exhibit A

Exhibit A

# EXHIBIT A

| A | B | C | D | E | F |
|---|---|---|---|---|---|
| Proof of Claim Number | Date Filed | Party Filing Proof of Claim | Asserted Amount | Omnibus Claims Objection | Debtor Named on Proof of Claim |
| 853 | 11/28/2005 | DALLAS COUNTY | $ 23,488.83 | Nineteenth Omnibus Claims Objection (Docket No. 8617) | DELPHI CORPORATION |
| 854 | 11/28/2005 | TARRANT COUNTY | $ 414.71 | Nineteenth Omnibus Claims Objection (Docket No. 8617) | DELPHI CORPORATION |
| 1266 | 12/23/2005 | MONTGOMERY COUNTY | $ 93.64 | Nineteenth Omnibus Claims Objection (Docket No. 8617) | DELPHI CORPORATION |
| 1267 | 12/23/2005 | ANGELINA COUNTY | $ 16,528.09 | Nineteenth Omnibus Claims Objection (Docket No. 8617) | DELPHI CORPORATION |
| 1283 | 12/27/2005 | HARLINGEN CISD | $ 140.82 | Nineteenth Omnibus Claims Objection (Docket No. 8617) | DELPHI CORPORATION |
| 1284 | 12/27/2005 | NUECES COUNTY | $ 880.28 | Nineteenth Omnibus Claims Objection (Docket No. 8617) | DELPHI CORPORATION |
| 1288 | 12/27/2005 | BEXAR COUNTY | $ 18,673.95 | Nineteenth Omnibus Claims Objection (Docket No. 8617) | DELPHI CORPORATION |
| 1289 | 12/27/2005 | CITY OF EL PASO | $ 268,433.18 | Nineteenth Omnibus Claims Objection (Docket No. 8617) | DELPHI CORPORATION |
| 1330 | 12/27/2005 | CITY OF HARLINGEN | $ 53.65 | Nineteenth Omnibus Claims Objection (Docket No. 8617) | DELPHI CORPORATION |
| 5300 | 5/8/2006 | CYPRESS FAIRBANKS ISD | $ 59.65 | Nineteenth Omnibus Claims Objection (Docket No. 8617) | DELPHI CORPORATION |
| 5301 | 5/8/2006 | HARRIS COUNTY CITY OF HOUSTON | $ 902.84 | Nineteenth Omnibus Claims Objection (Docket No. 8617) | DELPHI CORPORATION |
| 5520 | 5/10/2006 | CITY OF SAN MARCOS | $ 176.75 | Nineteenth Omnibus Claims Objection (Docket No. 8617) | DELPHI CORPORATION |

# EXHIBIT A

| A | B | C | D | E | F |
|---|---|---|---|---|---|
| Proof of Claim Number | Date Filed | Party Filing Proof of Claim | Asserted Amount | Omnibus Claims Objection | Debtor Named on Proof of Claim |
| 5521 | 5/10/2006 | SAN MARCOS CISD | $ 687.88 | Nineteenth Omnibus Claims Objection (Docket No. 8617) | DELPHI CORPORATION |
| 6470 | 5/22/3006 | MONTAGUE COUNTY | $ 55.11 | Nineteenth Omnibus Claims Objection (Docket No. 8617) | DELPHI CORPORATION |
| 7914 | 6/13/2006 | HIDALGO COUNTY | $ 7,726.30 | Nineteenth Omnibus Claims Objection (Docket No. 8617) | DELPHI CORPORATION |
| 14187 | 7/25/2006 | CAMERON COUNTY | $ 199,010.90 | Nineteenth Omnibus Claims Objection (Docket No. 8617) | DELPHI CORPORATION |
| 16357 | 10/10/2006 | SAN BENITO CISD | $ 1,314.57 | Seventh Omnibus Claims Objection (Docket No. 6585) | DELPHI CORPORATION |
| 16486 | 1/17/2007 | CITY OF MCALLEN | $ 3,177.53 | Fifteenth Omnibus Claims Objection (Docket No. 7999) | DELPHI CORPORATION |
| 16589 | 3/28/2007 | CITY OF MCALLEN | $ 3,696.46 | Seventeenth Omnibus Claims Objection (Docket No. 8270) | DELPHI CORPORATION |
| 16590 | 3/28/2007 | SOUTH TEXAS COLLEGE | $ 1,257.82 | Seventeenth Omnibus Claims Objection (Docket No. 8270) | DELPHI CORPORATION |
| 16790 | 1/18/2008 | CITY OF PHARR | $ 411.48 | Twenty-Sixth Omnibus Claims Objection (Docket No. 12686) | DELPHI CORPORATION |