Dana P. Kane, Esq. (DK-3909)
Liquidity Solutions, Inc.
One University Plaza, Suite 312
Hackensack, New Jersey 07601
Phone: (201) 968-0001
Fax: (201) 968-0010

Counsel to Liquidity Solutions, Inc.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
In re:                                                              :     Chapter 11
                                                                          :
DELPHI CORPORATION, et al.,                          :     Case No. 05-44481 (RDD)
                                                                          :
                                            Debtors.         :     (Jointly Administered)
-----------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF RESPONSE OF LIQUIDITY SOLUTIONS, INC., AS ASSIGNEE, TO DEBTORS' ELEVENTH OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) INSUFFICIENTLY DOCUMENTED CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C) UNTIMELY CLAIMS AND (D) CLAIMS SUBJECT TO MODIFICATION

Liquidity Solutions, Inc. d/b/a Revenue Management and Capital Markets ("LSI") hereby withdraws with prejudice the Response of Liquidity Solutions, Inc., As Assignee, to Debtors' Eleventh Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claims and (D) Claims Subject to Modification [Docket No. 7649] with respect to claim numbers 2447,

2448, 2449, 2450, 2451, 2452, 2453, 2454, 2455 and 2456.

Dated: August 20, 2008

          Respectfully submitted,
          LIQUIDITY SOLUTIONS, INC.

By: _/s/ Dana P. Kane_
      Dana P. Kane, Esq. (DK-3909)
      Liquidity Solutions, Inc.
      One University Plaza, Suite 312
      Hackensack, New Jersey 07601
      Phone: (201) 968-0001
      Fax: (201) 968-0010