**Hearing Date: August 26, 2008**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                               :
   In re                          :   Chapter 11
                               :
DELPHI CORPORATION, et al.,      :   Case No. 05-44481 (RDD)
                               :
                   Debtors.   :   (Jointly Administered)
                               :
                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### PROPOSED THIRTY-FOURTH OMNIBUS HEARING AGENDA

Location Of Hearing:      United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, Room 610, 6th Floor, One Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

- A. Introduction

- B. Continued Or Adjourned Matters (1 Matter)

- C. Uncontested, Agreed, Or Settled Matters (1 Matter)

- D. Contested Matters (None)

- E. Adversary Proceedings (None)

**B.  Continued Or Adjourned Matters**[*]

1.  **"GM Arrangement Amendment Approval Motion"** - Motion For Order Authorizing Amendment To Arrangement With General Motors Corporation Approved Pursuant To Second DIP Extension Order [Docket No. 13489] (Docket No. 14031)

    *Responses filed:*    CR Intrinsic Investors, LLC And Highland Capital Management, L.P.'s Objection To Debtors' Motion To Authorize Amendment To Arrangement With General Motors Corp. And Request For The Appointment Of An Examiner (Docket No. 14082)

    *Reply filed:*    None.

    *Related filings:*    Order (I) Supplementing January 5, 2007 DIP Order (Docket No. 6461) And Authorizing Debtors To (A) Extend Maturity Date Of DIP Facility, (B) Enter Into Related Documents, And (C) Pay Fees In Connection Therewith And (II) Authorizing Debtors To Enter Into

---

[*]  Motions found at the following docket numbers that appeared on previous Proposed Hearing Agendas have been voluntarily withdrawn from the agenda and would need to be re-noticed under the Case Management Order to be reinstated on an agenda: Docket Nos. 213, 4718, 4689, 4778, 4912, 5153, 6723, 6690, and 12833 (KECP Emergence Incentive Program, STN Motion, Equity Security Holders' Ex Parte Motion To File Supplemental Objection To STN Motion Under Seal, Mercedes-Benz U.S. International, Inc.'s Motion to File Claims, Methode Electronics, Inc.'s Setoff Motion, Computer Patent Annuities Limited's Motion To Assume Or Reject Executory Contract, Motion Of Sumida America Inc. To Allow Setoff/Recoupment And For Relief From Automatic Stay, ATEL Leasing Corporation's Motion To Allow Administrative Claim, and Debtors' Omnibus Objection to Claims for Postpetition Interest , respectively). In addition, the following adversary proceedings have also been withdrawn from the agenda and would be subject to re-noticing to be reinstated on a hearing agenda: NYCH LLC d/b/a RCS Computer Experience Adv. Pro. No. 06-01902, Docket No. 1 (Complaint To Recover Property Of The Estate), L&W Engineering Adv. Pro. No. 06- 01136, Docket No. 22 (Motion For Summary Judgment), Aksys Ltd. Adv. Pro. No. 06-01677, Docket No. 2 (Summons And Notice), and National Union Fire Insurance Company Of Pittsburgh, PA Adv. Pro. No. 07-01435, which has been settled as part of the MDL settlement and will be resolved upon the Court's approval of the MDL settlement.

            *Arrangement With General Motors Corporation Or An Affiliate (Docket No. 13489)*

    *Status:*     *This matter is being adjourned to the September 23, 2008 omnibus hearing.*

**C.  Uncontested, Agreed, Or Settled Matters**

  2.  **"Debtors' Motion For An Order Pursuant To Bankruptcy Rule 9019 Approving Settlement Among The Debtors, Furukawa Electric North America APD And Furukawa Electric Co., LTD"** - Debtors' Motion For An Order Pursuant To Bankruptcy Rule 9019 Approving Settlement Among The Debtors, Furukawa Electric North America APD And Furukawa Electric Co., LTD (Docket No. 14029)

    *Responses filed:*   None.

    *Reply filed:*    None.

    *Related filings:*   *Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed.R.Bankr.P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)*

            *Objection Of Furukawa Electric North America ADP, Inc. And Furukawa Electric Company To Debtors' Third Omnibus Claims Claims Objection (Docket No. 5788)*

            *Order Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging Certain (A) Claims With Insufficient Documentation And (B) Claims Unsubstantiated by Debtors' Books And Records, (II) Modifying Certain Claims, And (III) Adjourning Hearing On Certain Contingent And Unliquidated Claims Pursuant To 11 U.S.C. Section 502(c) Identified In Third Omnibus Claims Objection (Docket No. 6224)*

            *Notice of Partial Transfer Of SPCP Group, L.L.C. Re: Furukawa Electric North America APD Inc And Furukawa Electric Company (Docket No. 6766)*

*Notice Of Hearing On Motion Of Furukawa Electric North America APD And Furukawa Electric Co., Ltd. For (A) Abstention Pursuant To 28 U.S.C. Section 1334(c); (B) Relief From The Automatic Stay Pursuant To 11 U.S.C. Section 362(d); And (C) An Order Limiting The Scope Of The Third Omnibus Claim Objection Hearing (Docket No. 7410)*

*Notice Of Partial Transfer For Goldman Sachs Credit Partners, L.P. Re: SPCP Group, LLC (Docket No. 7540)*

*Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8617)*

*Order Denying Motion By Furukawa Electric North America APD And Furukawa Electric Co. Ltd. For (A) Abstention Pursuant To 28 U.S.C. § 1334(c); (B) Relief From Automatic Stay Pursuant To 11 U.S.C. 362(d); And (C) An Order Limited The Scope Of The Third Omnibus Claim Objection Hearing (Docket No. 8796)*

*Response Of Furukawa Electric North America APD, Inc. And Furukawa Electric Co., Ltd. To Debtors' Nineteenth Omnibus Claims Objection (Regarding Claim No. 10574) (Docket No. 8986)*

*Order Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims Identified In Nineteenth Omnibus Claims Objection (Docket No. 9225)*

*Debtors' Twenty-First Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected on Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 9535)*

*Debtors' Claim For Affirmative Relief Against Furukawa Electric North America APD And Furukawa Electric Co., Ltd., Pursuant To Federal Rule Of Bankruptcy Procedure 3007 (Docket No. 9613)*

*Expedited Motion For Orders Under 11 U.S.C. §§ 363, 365, And 1146 And Fed. R. Bankr. P. 2002, 6004, 6006, And 9014 (A)(I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form and Manner of Sale Notices, And (IV) Setting Sale Hearing Date, (B) Authorizing And Approving (I) Sale Of Certain Of Debtors' Assets Comprising Substantially All Assets Primarily Used In Debtors' Steering and Halfshaft Business Free And Clear Of Liens, Claims, And Encumbrances, (II) Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And (III) Assumption of Certain Liabilities, And (C) Authorizing And Approving Transaction Facilitation Agreement (Docket No. 11390)*

*Order Under 11 U.S.C. § 363 And Fed. R. Bankr. P. 2002 And 9014 (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date In Connection With Sale Of Steering And Halfshaft Business (Docket No. 11578)*

*Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business (Docket No. 12323)*

*Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And*

5

*Assigned In Connection With Sale Of Steering And Halfshaft Business (Docket No. 12324)*

*Response Of Furukawa Electric Company Ltd. To Debtors' Notices Of Assumption And/Or Assignment Of Certain Executory Contracts And Unexpired Leases To Buyers In Connection With Sale Of Steering And Halfshaft Business And To Proposed Cure Amount In Connect Therewith (Docket No. 12391)*

*Amended Response Of Furukawa Electric Company Ltd. To Debtors' Notice Of Assumption And/Or Assignment Of Certain Executory Contracts And Unexpired Leases To Buyers In Connection With Sale Of Steering And Halfshaft Business And To Proposed Cure Amounts In Connect Therewith (Docket No. 12424)*

*Objection Of Furukawa Electric North America APD, Inc. To (I) Debtors' Notice Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business And (II) Debtors' Notice Of Cure Amount With Respect To Executory Contract To Be Assumed And Assigned Under Plan Of Reorganization (Docket No. 12426)*

*Furukawa Electric Company, Ltd. And Furukawa Electric North America APD, Inc.'s Answer And Affirmative Defenses To Debtors' Claim For Affirmative Relief (Docket No. 12531)*

*Order Under 11 U.S.C. §§ 363, 365, And 1146 And Fed. R. Bankr. P. 2002, 6004, 6006, And 9014 (A) Authorizing and Approving (I) Sale Of Certain Of Debtors' Assets Compromising Substantially All Of The Assets of Steering And Halfshaft Business Free And Clear Of Liens, Claims, And Encumbrances, (II) Assumption And Assignment Of Certain Executory Contracts And Unexpired Lease, And (III) Assumption Of Certain Liabilities And (B) Authorizing And Approving Transaction Facilitation Agreement (Docket No. 12868)*

    *Status:*      *The hearing with respect to this matter will be proceeding and an agreed order will be presented to the Court.*

6

**D.** **Contested Matters** (None)

**E.** **Adversary Proceedings** (None)

Dated: New York, New York
August 25, 2008

                        SKADDEN, ARPS, SLATE, MEAGHER
                           & FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr. (JB 4711)
    John K. Lyons (JL 4951)
    Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700

            - and -

By: /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti (KM 9632)
    Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession