TOGUT, SEGAL & SEGAL LLP
Bankruptcy Co-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
　　　　　　　　　　　　　　　　　　　　　　　　　　:
In re:　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　:　　Chapter 11
DELPHI CORPORATION, et al.,　　　　　　　　　　　　:　　Case No. 05-44481 [RDD]
　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Debtors.　　　　　　　　　　　　　:　　Jointly Administered
　　　　　　　　　　　　　　　　　　　　　　　　　　:
-----------------------------------------------------------------x

# JOINT STIPULATION AND AGREED
# ORDER COMPROMISING AND ALLOWING
# PROOF OF CLAIM NUMBER 10574 (FURUKAWA ELECTRIC
# NORTH AMERICA APD AND FURUKAWA ELECTRIC CO., LTD.)

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, including Delphi Automotive Systems, LLC ("DAS LLC"), debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), Furukawa Electric North America APD and Furukawa Electric Co., Ltd. (jointly, "Furukawa"), SPCP Group, L.L.C., as agent for Silver Point Capital Fund L.P. and Silver Point Capital Offshore Fund, Ltd. (collectively "SPCP"), and Goldman Sachs Credit Partners L.P. ("Goldman Sachs") respectfully submit this Joint Stipulation And Agreed Order Compromising

And Allowing Proof Of Claim Number 10547 (the "Stipulation") and agree and state as follows:

  **WHEREAS,** on October 8, 2005 (the "Petition Date"), the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended, in the United States Bankruptcy Court for the Southern District of New York;  and

  **WHEREAS,** on July 25, 2006, Furukawa filed proof of claim number 10574 ("Claim 10574") against DAS LLC, asserting an unsecured non-priority claim in the amount of $4,756,206.56 (the "General Unsecured Claim") and a secured claim for $312,926.79 (the "Secured Claim" and, together with the General Unsecured Claim, the "Claim") for sale of goods;  and

  **WHEREAS**, Furukawa subsequently transferred the General Unsecured Claim to SPCP, as evidenced by that certain Notice of Transfer filed on January 31, 2007 (Docket No. 6766);  and

  **WHEREAS,** SPCP subsequently transferred $4,000,000 of the General Unsecured Claim to Goldman Sachs, as evidenced by that certain Notice of Partial Transfer filed on April 2, 2007 (Docket No. 7540);  and

  **WHEREAS,** on July 13, 2007, the Debtors objected to Claim 10574 pursuant to the Nineteenth Omnibus Objection Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors'

2

Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8617) (the "Nineteenth Omnibus Claims Objection"); and

**WHEREAS,** on August 8, 2007, Furukawa filed a Response To Debtors' Nineteenth Omnibus Objection (Docket No. 8986) (the "Response"); and

**WHEREAS**, pursuant to a separate Settlement Stipulation and Agreed Order among the Debtors and Furukawa (the "Settlement Stipulation"), the Debtors and Furukawa agree that the cure amount on account of purchase order nos. SAG90I4073 and SAG 90I5645 together is $2,761,496.53 (the "Cure Amount"), and that the Cure Amount is included in the amount of Claim 10574.

**WHEREAS,** on August 5, 2008, to resolve the Nineteenth Omnibus Claims Objection with respect to Claim 10574, DAS LLC and Furukawa, SPCP and Goldman Sachs entered into a settlement agreement (the "Settlement Agreement"); and

**WHEREAS,** pursuant to the Settlement Agreement, DAS LLC and Furukawa acknowledge and agree that Claim 10574 shall be allowed against DAS LLC in the amount of $4,874,679.52 as a general unsecured non-priority claim; and

**WHEREAS,** DAS LLC is authorized to enter into the Settlement Agreement either because Claim 10574 involves ordinary course controversies or pursuant to that certain Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 4414) entered by this Court on June 29, 2006.

3

**NOW, THEREFORE**, in consideration of the foregoing, the parties hereto stipulate and agree as follows:

1. Claim 10574 is hereby allowed in the amount of $4,874,679.52 and, except as may be expressly provided in the August 5, 2008 Settlement Stipulation between the Debtor and Furukawa (the "Settlement Stipulation"), it shall be treated as an allowed general unsecured non-priority claim against DAS LLC, and it shall be paid in the currency (the "Plan Currency") afforded to holders of general unsecured claims under the First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession as it may be subsequently amended, supplemented, or otherwise modified.

2. Claim 10574 is allocated among Goldman Sachs, Silverpoint and Furukawa as follows: Goldman Sachs is allocated $4,000,000; SPCP is allocated $756,206.56; and Furukawa is allocated $118,472.96 of the Claim.

3. The Response and Nineteenth Omnibus Claims Objection are hereby withdrawn.

4. Without further order of the Court, DAS LLC is authorized to reduce Claim 10574 for purposes of distribution to holders of allowed claims entitled to receive distributions under any plan of reorganization of the Debtors by the Cure Amount specified in the Settlement Stipulation paid to Furukawa on account of the assumption of an executory contract or unexpired lease to which Furukawa is a party, pursuant to section 365 of the Bankruptcy Code.

5

      5.      Except as expressly provided herein, this Stipulation does not impact, alter or affect any other proofs of claim that Furukawa, SPCP and/or Goldman Sachs may have filed or own against the Debtors and it relates solely to those matters

arising out of or related to the Claim.

Dated:   New York, New York
         August 5, 2008

                    DELPHI CORPORATION, et al.,
                    Debtors and Debtors-in-Possession,
                    By their Bankruptcy Conflicts Counsel,
                    TOGUT, SEGAL & SEGAL LLP,
                    By:

                    /s/ Neil Berger
                    NEIL BERGER (NB-3599)
                    A Member of the Firm
                    One Penn Plaza, Suite 3335
                    New York, New York 10119
                    (212) 594-5000

Dated:   Atlanta, Georgia
         August 5, 2008

                    FURUKAWA AUTOMOTIVE, INC.,
                    By its Counsel,
                    ALSTON & BIRD, LLP
                    By:

                    /s/ Dennis J. Connolly
                    DENNIS J. CONNOLLY (DC-9932)
                    1201 West Peachtree Street
                    Atlanta, Georgia 30309-3424
                    (404) 881-7000

*[Signatures concluded on the following page]*

Dated: New York, New York
August 5, 2008

SPCP GROUP, L.L.C.,
By its Counsel,
DREIER LLP,
By:

/s/ Anthony B. Stumbo
PAUL TRAUB (PT 3752)
MAURA I. RUSSELL (MR-1178)
ANTHONY B. STUMBO (AS-9374)
WENDY G. MARCARI (WM 8494)
499 Park Avenue, 14th Floor
New York, New York 10022
(212) 328-6100

Dated: New York, New York
August 5, 2008

GOLDMAN SACHS CREDIT PARTNERS, L.P.
c/o GOLDMAN, SACHS & CO.
By its counsel,
RICHARDS KIBBE & ORBE LLP


/s/ Michael Friedman
MICHAEL FRIEDMAN (MF-   )
One World Financial Center
New York, New York 10281-1003
(212) 530-1937

**SO ORDERED**

This 26 day of August 2008
in New York, New York


_____/s/ Robert D. Drain_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE