DRINKER BIDDLE & REATH LLP
Andrew C. Kassner (AK9067)
David B. Aaronson (DA8387)
140 Broadway, 39th Floor
New York, NY 10005-1116
Telephone: (212) 248-3140
Facsimile: (212) 248-3141
Attorneys for Quaker Chemical

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | (Jointly Administered) |
| Debtor. | : | |
| | : | |

**NOTICE OF WITHDRAWAL OF RESPONSE AND OBJECTION OF QUAKER**
**CHEMICAL CORPORATION TO**
**DEBTORS' TWENTY-THIRD OMNIBUS CLAIMS OBJECTION**

**PLEASE TAKE NOTICE THAT** the Response and Objection of Quaker Chemical Corporation ("Quaker Chemical") to the Debtors' Twenty-third Omnibus Claims Objection (Docket No. 11406) is hereby withdrawn.

Dated: Philadelphia, PA
September 02, 2008

Respectfully submitted,

/s/ David B. Aaronson
Andrew C. Kassner (AK9067)
David B. Aaronson (DA8387)
DRINKER BIDDLE & REATH LLP
140 Broadway, 39th Floor
New York, NY 10005-1116
Telephone: (212) 248-3140
Facsimile: (212) 248-3141

Attorneys for Quaker Chemical

PHTRANS/ 735290.1

DRINKER BIDDLE & REATH LLP
Andrew C. Kassner (AK9067)
David B. Aaronson (DA8387)
140 Broadway, 39th Floor
New York, NY 10005-1116
Telephone: (212) 248-3140
Facsimile: (212) 248-3141
Attorneys for Quaker Chemical

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
|  | : | (Jointly Administered) |
| Debtor. | : |  |
|  | : |  |

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below I caused a copy of **Notice of Withdrawal of Quaker Chemical's Response and Objection to the Debtors' Twenty Third Omnibus Claims Objection** to be served upon the following persons first class mail:

>Delphi Corporation
>Attn: General Counsel
>5725 Delphi Drive
>Troy, Michigan 48098
>
>Skadden, Arps, Slate, Meagher & Flom LLP
>Attn: John Wm. Butler
>333 West Wacker Drive
>Suite 2100
>Chicago, Illinois 60606
>
>Office of the United States Trustee
>33 Whitehall Street
>21st Floor
>NY, NY 10004

Dated: September 2, 2008        /s/ David B. Aaronson
                                David B. Aaronson

PHTRANS/ 735290.1