# EXHIBIT A

| A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|
| Proof of Claim Number | Date Filed | Party Filing Proof of Claim | Owner of Claim | Asserted Amount | Omnibus Claims Objection | Debtor Named on Proof of Claim | Asserted Classification | Debtor | Classification | Allowed Amount |
| 808 | 11/22/2005 | SUPPLIER LINK SERVICES INC | CONTRARIAN FUNDS LLC | $51,817.86 | Twelfth Omnibus Claims Objection (Docket No. 7824) | DELPHI CORPORATION | General Unsecured Claim | DELPHI CORPORATION | General Unsecured Claim | $0.00 |
| 1544 | 1/17/2006 | GREAT NORTHERN TRANSPORTATION CO INC | CONTRARIAN FUNDS LLC | $49,857.50 | Twenty-Second Omnibus Claims Objection (Docket No. 10738) | DELPHI CORPORATION | Priority | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $46,497.50 |
| 1546 | 1/17/2006 | BGF INDUSTRIES INC | CONTRARIAN FUNDS LLC | $199,278.47 | Thirteenth Omnibus Claims Objection (Docket No. 7825) | DELPHI CORPORATION | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $183,998.14 |
| 2364 | 3/22/2006 | DOBSON INDUSTRIAL INC | CONTRARIAN FUNDS LLC | $278.75 | Thirteenth Omnibus Claims Objection (Docket No. 7825) | DELPHI CORPORATION | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $273.75 |
| 5102 | 5/8/2006 | INTERNATIONAL QUALITY CONTROL INC | CONTRARIAN FUNDS LLC | $63,992.15 | Fifteenth Omnibus Claims Objection (Docket No. 7999) | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $63,239.28 |
| 7235 | 5/31/2006 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF BARRY METALS INTERNATIONAL | CONTRARIAN FUNDS LLC AS ASSIGNEE OF BARRY METALS INTERNATIONAL | $27,708.00 | Fifteenth Omnibus Claims Objection (Docket No. 7999) | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $27,114.00 |
| 7367 | 6/2/2006 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF NINGBO SCHLEMMER AUTOMOTIVE PARTS CO LTD | CONTRARIAN FUNDS LLC AS ASSIGNEE OF NINGBO SCHLEMMER AUTOMOTIVE PARTS CO LTD | $56,625.90 | Fifteenth Omnibus Claims Objection (Docket No. 7999) | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $56,439.00 |
| 7369 | 6/2/2006 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF JOSEF SCHLEMMER GMBH | CONTRARIAN FUNDS LLC AS ASSIGNEE OF JOSEF SCHLEMMER GMBH | $17,659.83 | Fifteenth Omnibus Claims Objection (Docket No. 7999) | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $17,280.92 |
| 7459 | 6/5/2006 | THOMAS ENGINEERING COMPANY | CONTRARIAN FUNDS LLC | $100,819.04 | Twenty-Second Omnibus Claims Objection (Docket No. 10738) | DELPHI CORPORATION | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $96,514.00 |
| 8024 | 6/15/2006 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF PLASTIC PLATE INC IDENTIFIED BY DEBTOR AS LACKS TRIM SYSTEMS | CONTRARIAN FUNDS LLC AS ASSIGNEE OF PLASTIC PLATE INC IDENTIFIED BY DEBTOR AS LACKS TRIM SYSTEMS | $142,150.86 | Fifteenth Omnibus Claims Objection (Docket No. 7999) | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $116,564.38 |
| 8029 | 6/15/2006 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF SIDLER GMBH & CO KG | CONTRARIAN FUNDS LLC AS ASSIGNEE OF SIDLER GMBH & CO KG | $48,333.03 | Ninth Omnibus Claims Objection (Docket No. 6968) | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $45,976.52 |
| 8030 | 6/15/2006 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF PARSON & MAXSON INC | CONTRARIAN FUNDS LLC AS ASSIGNEE OF PARSON & MAXSON INC | $135,220.81 | Fifteenth Omnibus Claims Objection (Docket No. 7999) | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC / DELPHI DIESEL SYSTEMS CORP | General Unsecured Claim / General Unsecured Claim | $88,630.97 / $22,759.61 |
| 8718 | 6/28/2006 | HOWARD & HOWARD ATTORNEYS P C | CONTRARIAN FUNDS LLC | $234,631.11 | Nineteenth Omnibus Claims Objection (Docket No. 8617) | DELPHI TECHNOLOGIES, INC | Secured/General Unsecured Claim | DELPHI TECHNOLOGIES, INC | General Unsecured Claim | $234,492.99 |
| 8791 | 6/30/2006 | MASTERS TOOL & DIE INC | CONTRARIAN FUNDS LLC | $9,790.00 | Seventeenth Omnibus Claims Objection (Docket No. 8270) | DELPHI CORPORATION | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $6,290.00 |
| 9789 | 7/18/2006 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF CACACE ASSOCIATES INC | CONTRARIAN FUNDS LLC AS ASSIGNEE OF CACACE ASSOCIATES INC | $142,160.85 | Thirteenth Omnibus Claims Objection (Docket No. 7825) | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $121,260.85 |
| 9795 | 7/18/2006 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF KARDEX SYSTEMS INC | CONTRARIAN FUNDS LLC AS ASSIGNEE OF KARDEX SYSTEMS INC | $134,225.00 | Seventeenth Omnibus Claims Objection (Docket No. 8270) | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $126,225.00 |
| 10184 | 7/21/2006 | KEYSTONE INDUSTRIES LTD | CONTRARIAN FUNDS LLC | $193,926.15 | Nineteenth Omnibus Claims Objection (Docket No. 8617) | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $188,358.49 |

## EXHIBIT A

| A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|
| Proof of Claim Number | Date Filed | Party Filing Proof of Claim | Owner of Claim | Asserted Amount | Omnibus Claims Objection | Debtor Named on Proof of Claim | Asserted Classification | Debtor | Classification | Allowed Amount |
| 10385 | 7/24/2006 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF SIERRA PLASTICS INC AKA SIERRA EL PASO | CONTRARIAN FUNDS LLC AS ASSIGNEE OF SIERRA PLASTICS INC AKA SIERRA EL PASO | $102,464.27 | Seventeenth Omnibus Claims Objection (Docket No. 8270) | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $101,691.55 |
| 11447 | 7/27/2006 | CENTRAL CAROLINA PRODUCTS INC | CONTRARIAN FUNDS LLC | $50,118.34 | Twelfth Omnibus Claims Objection | DELPHI CORPORATION | General Unsecured Claim | DELPHI CORPORATION | General Unsecured Claim | $0.00 |
| 15447 | 7/31/2006 | PHOTOCIRCUITS CORPORATION | CONTRARIAN FUNDS LLC | $104,135.00 | Twenty-Fourth Omnibus Claims Objection (Docket No. 11588) | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $96,033.82 |
| 16377 | 10/20/2006 | BAKER & DANIELS LLP | CONTRARIAN FUNDS LLC | $93,339.39 | Ninth Omnibus Claims Objection (Docket No. 6968) | DELPHI TECHNOLOGIES, INC | General Unsecured Claim | DELPHI TECHNOLOGIES, INC | General Unsecured Claim | $92,606.64 |
| 16446 | 5/30/2006 | SOUTHWIRE COMPANY | CONTRARIAN FUNDS LLC | $144,962.44 | Thirteenth Omnibus Claims Objection (Docket No. 7825) | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $141,460.84 |
| 16542 | 2/13/2007 | CENTRAL CAROLINA PRODUCTS INC | CONTRARIAN FUNDS LLC | $50,118.34 | Seventeenth Omnibus Claims Objection (Docket No. 8270) | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $43,473.60 |
| 16544 | 2/16/2007 | SUPPLIER LINK SERVICES INC | CONTRARIAN FUNDS LLC | $51,817.86 | Fifteenth Omnibus Claims Objection (Docket No. 7999) | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $48,012.86 |