IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)

| | |
|---|---|
| In re | Chapter 11 Case No. 05-44481 |
| Delphi Corporation | |
| Debtor | |

## REQUEST FOR REMOVAL OF NOTICE OF APPEARANCE

SIRS:

PLEASE TAKE NOTICE that Quadrangle Group LLC. hereby appears in the above captioned Chapter 11 proceedings. The undersigned requests to be removed from the service list that receives copies of all papers, including, but not limited to all notices, pleadings, motions, applications, lists, schedules, statements and all other matters arising herein be duly served on the undersigned at the address set forth below.

Dated: June 12, 2008

Patrick Bartels
Quadrangle Group LLC
375 Park Avenue
New York, NY 10152
Telephone: 212 418-1748
Fax: 866 552-2050
Email: Patrick.bartels @QuadrangleGroup.com

cc:
John Wm. Butler, Jr.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL  60606-1285

Kayalyn A. Maragioti
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY  10036

Thomas J. Matz
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY  10036

