**Presentment Date and Time: September 15, 2008 at 4:00 p.m.**
**Objection Deadline: September 15, 2008 at 2:00 p.m.**

Gregory P. Joseph (GJ-1210)
Peter R. Jerdee (PJ-1240)
GREGORY P. JOSEPH LAW OFFICES LLC
485 Lexington Avenue, 30th Floor
New York, NY 10017
Telephone: 212.407.1200
Facsimile: 212.407.1299

*Attorneys for the Official Committee of Equity Security Holders*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |
|---|---|
| In re: | Chapter 11 |
| Delphi Corporation, et al., | Case No.  05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

NOTICE OF PRESENTMENT OF ORDER AUTHORIZING
THE WITHDRAWAL OF GREGORY P. JOSEPH LAW OFFICES
LLC AS CONFLICTS COUNSEL TO THE OFFICIAL
COMMITTEE OF EQUITY SECURITY HOLDERS

PLEASE TAKE NOTICE that on September 3, 2008, Gregory P. Joseph Law

Offices LLC filed the annexed motion (the "Motion") for entry of an order permitting it to

withdraw as conflict counsel for the official committee of equity security holders (the "Equity

Committee") of Delphi Corporation and the other above-captioned debtors (collectively, the

"Debtors").

PLEASE TAKE FURTHER NOTICE that if timely written objections are filed,

served and received (i) in accordance with this notice or (ii) in accordance with the notice (the

"Farrell Fritz Retention Notice") with respect to the Application for an Order Pursuant to

Sections 328 and 1103 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the

Employment and Retention *Nunc Pro Tunc* from August 5, 2008 of Farrell Fritz, P.C. as

Conflicts Counsel to the Official Committee of Equity Security Holders (the "Farrell Fritz

Retention Application") filed on September 3, 2008, a hearing to consider approval of the

Motion will be held on September 23, 2008, at 10:00 a.m. (Prevailing Eastern Time) (the

"Hearing") before the Honorable Robert D. Drain, United States Bankruptcy Judge, United

States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610,

New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that if no written objections to the Motion

or the Farrell Fritz Retention Application are timely filed, served and received in accordance

with this notice or the Farrell Fritz Retention Notice, respectively, the order filed with the

Motion and attached to this notice will be submitted for signature to the Honorable Robert D.

Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District

of New York, One Bowling Green, Room 610, New York, New York 10004 on September 15,

2008 at 4:00 pm. (Prevailing Eastern Time).

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must

(a) be in writing, (b) conform to Federal Rules of Bankruptcy Procedure, the Local Bankruptcy

Rules for the Southern District of New York, and the Supplemental Order Under 11 U.S.C. §§

102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007 And 9014 Establishing Omnibus

Hearing Dates and Certain Notice, Case Management, And Administrative Procedures, entered

by this court on March 17, 2006, as amended and supplemented (the "Supplemental Case

Management Order") (Docket No. 2883), (c) be filed with the Bankruptcy Court in accordance

with General Order M-242 (as amended) (registered users of the Bankruptcy Court's case filing

system must file electronically, and all other parties in interest must file on a 3.5 inch disk

(preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based

word processing format), (d) be submitted in hard-copy form directly to the Chambers for the

Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) be served upon (i) Gregory

P. Joseph Law Offices LLC, 485 Lexington Avenue, 30th Floor, New York, New York 10017,

(ii) counsel for the Equity Committee, Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004 (Attn: Bonnie Steingart), (iii) counsel to the Debtors, Skadden, Arps, Slate & Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606, (Attn: John Wm. Butler Jr.), (iv) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Attn: Brian S. Masumoto), (v) counsel for the Official Committee of Unsecured Creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Attn: Robert J. Rosenberg and Mark A. Broude), (vi) counsel for the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (Attn: Kenneth S. Ziman), and (vii) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Attn: Donald S. Bernstein and Brian Resnick), in each case so as to be **received** no later **than 2:00 p.m. (Prevailing Eastern Time) on September 15, 2008**.

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein and in accordance with the Supplemental Case Management Order will be considered by the Bankruptcy Court at the Hearing.  If no objections to the Motion are timely filed and served in accordance with the procedures set forth herein and in the Supplemental Case Management Order, the Bankruptcy Court may enter an order granting the Motion **without further notice**.

Dated:  New York, New York
      September 3, 2008

                            _____/s/  Peter R. Jerdee_
                            Gregory P. Joseph (GJ-1210)
                            Peter R. Jerdee (PJ-1240)
                            GREGORY P. JOSEPH LAW OFFICES LLC
                            485 Lexington Avenue, 30th Floor
                            New York, NY 10017
                            Telephone: 212.407.1200
                            Facsimile: 212.407.1299