Gregory P. Joseph (GJ-1210)
Peter R. Jerdee (PJ-1240)
GREGORY P. JOSEPH LAW OFFICES LLC
485 Lexington Avenue, 30th Floor
New York, NY 10017
Telephone: 212.407.1200
Facsimile: 212.407.1299


*Attorneys for the Official Committee of Equity Security Holders*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
In re:                                              :    Chapter 11
                                                    :
  Delphi Corporation, et al.,                       :    Case No.  05-44481 (RDD)
                                                    :    (Jointly Administered)
                            Debtors.                :
                                                    :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

Erica Shnayder, being duly sworn, deposes and says:

1.      I am not a party to this action, am over 18 years of age and am employed by the law firm of Gregory P. Joseph Law Offices LLC, 485 Lexington Avenue, 30th Floor, New York, New York 10017.

2.      On September 3, 2008, I caused true and correct copies of the Notice of Presentment of Order Authorizing the Withdrawal of Gregory P. Joseph Law Offices LLC as conflicts counsel to the Official Committee of Equity Security Holders, to be served upon the parties on the Exhibit A in the manner indicated thereon.


                                        */s/ Erica L. Shnayder*
                                        Erica L. Shnayder

SWORN AND SUBSCRIBED BEFORE ME this 3rd day of September, 2008.

## Exhibit A

**Via First Class Mail**

| | |
|---|---|
| Michelle Robson<br>Capital Research and Management<br>Company<br>11100 Santa Monica Blvd<br>15th Fl<br>Los Angeles, Ca 90025 | Bruce Simon<br>Cohen Weiss & Simon<br>330 W 42nd St<br>New York, NY 10036 |
| Steven J. Reisman<br>Curtis Mallet-Prevost Colt & Mosle LLP<br>101 Park Ave<br>New York, NY 10178-0061 | Donald Bernstein<br>Davis Polk & Wardwell<br>450 Lexington Ave<br>New York, NY 10017 |
| Sean Corcoran<br>Karen Craft<br>Delphi Corporation<br>5725 Delphi Dr<br>Troy, MI 48098 | Michael Nefkens<br>Electronic Data Systems Corp<br>5505 Corporate Ds Msia<br>Troy, MI 48098 |
| Carrie L. Schiff<br>Terry Zale<br>Flextronics International<br>6328 Monarch Park Place Niwot, CO<br>80503 | Richard Lee Chambers III<br>Freescale Semiconductor Inc<br>6501 William Cannon Dr West<br>Md Oe16<br>Austin, TX 78735 |
| Randall S Eisenberg<br>FTI Consulting Inc<br>3 Times Square<br>11th F1<br>New York, NY 10036 | Valerie Venable<br>General-Electric Company<br>One Plastics Ave<br>Pittsfield, MA 01201 |
| Frank L. Gorman, Esq.<br>Robert B. Weiss, Esq.<br>Honigman Miller Schwartz and Cohn LLP<br>2290 Fist National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3583 | Lonie A. Hassel<br>Groom Law Group<br>1701 Pennsylvania Ave Nw<br>Washington, DC 20006 |
| Stephen H Gross<br>Hodgson Russ LLP<br>152 West 57th St<br>35th F1<br>New York, NY 10019 | Internal Revenue Service<br>Attn: Insolvency Department, Mario<br>Valerio<br>290 Broadway, 5th Floor<br>New York NY 10007 |

| | |
|---|---|
| Attn: Insolvency Department<br>Internal Revenue Service<br>477 Michigan Ave<br>Mail Stop 15<br>Detroit, MI 48226 | Henry Reichard<br>IUE-CWA<br>2360 W Dorothy Ln<br>Ste 201<br>Dayton, OH 45439 |
| Bill Derrough<br>Jefferies & Company Inc<br>520 Madison Ave<br>12th Fl<br>New York, NY 10022 | Thomas F Maher<br>Richard Duker<br>Gianni Russello<br>JPMorgan Chase Bank NA<br>270 Pk Ave<br>New York, NY 10017 |
| Thomas Moers Mayer<br>Gordon Z. Novod<br>Krarner Levin Naftalis & Frankel LLP<br>1 177 Avenue of the Americas<br>New York, NY 10036 | Patrick J. Healy<br>Daniel R. Fisher<br>Law Debenture Trust of New York<br>767 Third Ave., 31st Floor<br>New York, NY 10017 |
| Vilma Francis<br>JPMorgan Chase Bank NA<br>270 Pk Ave<br>New York, NY 10017 | James Le<br>Kurtzman Carson Consultants<br>1291 0 Culver Blvd<br>Ste I<br>Los Angeles, CA 90066 |
| David D. Cleary<br>Mohsin N. Khambati<br>Jason J. Dejonker<br>Peter A. Clark<br>McDermott Will & Emery LLP<br>227 West Monroe Street<br>Chicago, IL 60606 | Melissa Knolls<br>Mesirow Financial<br>350 N Clark St<br>Chicago, IL 6061 0 |
| Joseph T Moldovan Esq<br>Morrison Cohen LLP<br>909 Third Ave<br>New York, NY 10022 | Office of New York State<br>Attorney General Eliot Spitzer<br>120 Broadway<br>New York City, NY 10271 |
| Tom A Jerman<br>Rachel Janger<br>O'Melveny & Meyer LLP<br>1625 Eye St Nw<br>Washington, DC 20006 | Robert Siegel<br>O'Melveny & Meyer LLP<br>400 South Hope St<br>Los Angeles, CA 90071 |
| Jeffrey Cohen<br>Pension Benefit Guaranty Corporation<br>1200 K Street Nw<br>Ste 340<br>Washington, DC 20005 | Ralph L Landy<br>Pension Benefit Guaranty Corporation<br>1200 K Street Nw<br>Ste 340<br>Washington, DC 20005-4026 |

| | |
|---|---|
| Sandra A Riemer<br>Phillips Nizer LLP<br>666 Fifth Ave<br>New York, NY 10103 | David L Resnick<br>Rothchild Inc<br>1251 Ave Of The Americas<br>New York, NY 10020 |
| Michael P. Kessler, Esq.<br>Martin J. Bienenstock, Esq.<br>Jeffiey L. Tanenbaurn, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Robert W Dremluck<br>Seyfarth Shaw LLP<br>1270 Avenue Of The Americas<br>Ste 2500<br>New York, NY 10020-1801 |
| Douglas Bartner<br>Jill Frizzley<br>Shearman & Sterling LLP<br>599 Lexington Ave<br>New York, NY 10022 | Kenneth S Ziman<br>Robert H Trust<br>William T Russell Jr<br>Simpson Thatcher & Bartlett LLP<br>425 -Lexington Ave<br>New York, NY 10017 |
| John Wm Butler<br>John K Lyons<br>Ron E Meisler<br>Skadden Arps Slate Meagher & Flom LLP<br>333 W Wacker Dr<br>Ste 2100<br>Chicago, IL 60606 | Kayalyn A Marafioti<br>Thomas J Mat.<br>Skadden Arps Slate Meagher & Flom LLP<br>4 Times Square<br>New York, NY 10036 |
| Chester B Salomon<br>Constantine D Pourakis<br>Stevens & Lee PC<br>485 Madison Ave<br>20th F1<br>New York, NY 10022 | Albert Togut<br>Togut Segal & Segal LLP<br>One Penn Plaza<br>Ste 3335<br>New York, NY 10119 |
| Deirdre A Martini<br>United States Trustee<br>33 Whitehall St<br>Ste 2100<br>New York, NY 10004 | Alicia M Leonard<br>United States Trustee<br>33 Whitehall St<br>21st F1<br>New York, NY 10004-2112 |
| Steven M Cimalore<br>Wilmington Trust Company<br>Rodney Square North<br>1100 North Market St<br>Wilmington, DE 19890 | Brown Rudnick Berlack Israels LLP<br>Robert J. Stark<br>Seven Times Square<br>New York, NY 10036 |

| | |
|---|---|
| J. Brian McTigue<br>Cornish F. Hitchcock<br>McTigue Law Firm<br>5301 Wisconsin Ave. N.W.<br>Suite 350<br>Washington, DC 20015 | Mark Schonfeld, Regional Director<br>Northeast Regional Office<br>3 World Financial Center<br>Room 4300<br>New York, NY 10281 |
| Daniel D. Doyle<br>Nicholas Franke<br>Spencer Fane Britt & Browne LLP<br>1 North Brentwood Boulevard<br>Tenth Floor<br>St. Louis, MO 63105 | Paul W. Anderson<br>Flextronics International USA, Inc.<br>2090 Fortune Drive<br>San Jose, CA 95 13 |
| Conference Board Chairman<br>IUE-CWA<br>2360 W. Dorothy Ln<br>Ste. 201<br>Dayton, OH 45439 | Richard Duker<br>JPMorgan Chase Bank NA<br>270 Park Ave.<br>New York, NY 10017 |
| Susan Atkins<br>Gianni Russello<br>JPMorgan Chase Bank NA<br>277 Park Ave, 8th Floor<br>New York, NY 10036 | Sheryl Betance<br>Kurtzmann Carson Consultants<br>2335 Alaska Avenue<br>El Segundo, CA 90245 |
| Leon Szlezinger<br>Mesirow Financial<br>666 Third Avenue<br>21 St Floor<br>New York, NY 10017 | Fried, Frank, Harris, Shiver & Jacobson<br>One New York Plaza<br>New York, NY 10004<br>Attn: Brad Eric Scheler<br>Bonnie Steingart<br>Vivek Melwani<br>Jennifer L. Rodburg<br>Richard J. Slivinski |
| Tyco Electronics Corporation<br>Mary Ann Brereton<br>60 Columbia Road<br>Morristown, NJ 07960 | Gregory A. Bray, Esq.<br>Thomas R. Keller, Esq.<br>James E. Till, Esq.<br>Milbank, Tweed Hadley & McCloy LLP<br>601 South Figueroa Street, 30th Floor<br>Los Angeles, CA 90017 |
| Wilmington Trust Company<br>Steven M. Cimalore, Vice President<br>Rodney Square North<br>1 100 North Market Street<br>Wilmington, DE 19890 | Robert J. Rosenberg<br>Mitchell A. Seider<br>Mark A. Broude<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022-4802 |

| | |
|---|---|
| Noma Company and General Chemical Performance Products LLC<br>James Imbriaco<br>90 East Halsey Road<br>Parsippany, NJ 07054 | The Timpken Corporation BIC - 08<br>Robert Morris<br>1835 Dueber Ave. SW<br>PO Box 6927<br>Canton, OH 44706 |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency<br>Michael Cox<br>PO Box 30736<br>Lansing, MI 48909-7717 | Michigan Department of Labor and Economic Growth, Worker's Compensation Agency<br>Dennis J. Raternink<br>PO Box 30736<br>Lansing, MI 48909-7717 |
| Harris D. Leinwand<br>3 50 Fifth Avenue<br>Suite 2418<br>New York, NY 10118 | McCarter & English, LLP<br>David J. Adler, Jr. Esq.<br>245 Park Avenue, 27th Floor<br>New York, NY 10167 |
| Frank D. Jones<br>158 New York Circle Cr.<br>Whitesburg, KY 41858-9122 | HALIERC-Legal<br>Tillie Lim, Esq.<br>50 Prospect Avenue<br>Tarrytown, NY 10591 |
| John V. Gorman<br>Professional Technologies Services<br>P.O. Box # 304<br>Frankenmuth, MI 48734 | Ambrake Corporation<br>Ronald L. Jones<br>300 Ring Road<br>Elizabethtown, KY 42701 |
| Miami-Dade County Tax Collector<br>Metro - Dade Paralegal Unit<br>140 West Flagler Street<br>Suite 1403<br>Miami, FL 33130 | Jason, Inc.<br>411 E. Wisconsin Avenue<br>Suite 2120<br>Milwaukee, WI 53202<br>Attn: Beth Klimczak, General Counsel |
| WL Ross & Co., LLC<br>600 Lexington Avenue, 19th Floor<br>New York, NY 10022<br>Attn: Stephen Toy | Dykema Gossett PLLC<br>Gregory J. Jordan<br>10 Wacker<br>Suite 2300<br>Chicago, IL 60606 |
| Pickrel-Shaffer & Ebeling<br>Sarah B. Carter, Esq.<br>2700 Kettering Tower<br>Dayton, OH 45423 | Dykema Gossett PLLC<br>Brendan G. Best, Esq.<br>39577 Woodward Ave, Suite 300<br>Bloomfield Hills, MI 48304 |

**Via E-Mail Service**

aaronsona@pepperlaw.com; abrilliant@goodwinproctor.com; adalberto@canadas.com;
aee@hurwitzfine.com; aenglund@orrick.com; afeldman@kslaw.com;
agelman@sachnoff.com; agottfried@morganlewis.com; akaatz@entergy.com;
alan.mills@btlaw.com; aleinoff@amph.com; amalone@colwinlaw.com;
amathews@robinsonlaw.com; amccollough@mcguirewoods.com;
amcmullen@bccb.com; amoog@hhlaw.com; andrew.herenstein@quadranglegroup.com;
andrew.kassner@dbr.com; anne.kennelly@hp.com; aordubegian@weineisen.com;
arosenberg@paulweiss.com; jbrass@paulweiss.com; asherman@sillscummis.com;
asm@pryormandelup.com; kar@pryormandelup.com; aswiech@akebobo-usa.com;
athau@cm-p.com; attorneystella@sszpc.com; austin.bankruptcy@publicans.com;
axs@maddinhauser.com; ayala.hassell@eds.com; bankrupt@modl.com;
pwcarey@modl.com; bankruptcy@goodwin.com; barnold@whdlaw.com;
bbeckworth@nixlawfirm.com; bellis-monro@sgrlaw.com; bharwood@sheehan.com;
bhoover@goldbergsegalla.com; bkessinger@akebono-usa.com;
bmcdonough@teamtogut.com; Ben.Caughey@icemiller.com; bmehlsack@gkllaw.com;
bnathan@lowenstein.com; bsmoore@pbnlaw.com; bspears@winstead.com;
cahn@clm.com; cahope@chapter13macon.com; carol_sowa@denso-diam.com;
carol.weiner.levy@srz.com; carren.shilman@hellerehrman.com; caseyl@pepperlaw.com;
cbattaglia@halperinlaw.net; ahalperin@halperinlaw.net; jdyas@halperinlaw.net;
cbelmonte@ssbb.com; cdruehle@goodwinproctor.com; cfilardi@pepehazard.com;
cfortgang@silverpointcapital.com; cfox@stblaw.com; cfox@stblaw.com;
cgalloway@atsautomation.com; charles@filardi-law.com; chill@bsk.com;
ckm@greensfelder.com; jpb@greensfelder.com; cnorgaard@ropers.com;
Cohen.Mitchell@arentfox.com; craig.freeman@alston.com; crieders@gjb-law.com;
cs@stevenslee.com; cp@stevenslee.com; cschulman@sachnoff.com;
agelman@sachnoff.com; cstorie@hodgsonruss.com; csullivan@bsk.com;
cweidler@paulweiss.com; dadler@mccarter.com; dallas.bankruptcy@publicans.com;
david.aaronson@dbr.com; david.boyle@airgas.com; david.lemke@wallerlaw.com;
davidl@bolhouselaw.com; davidpmartin@erisacase.com; davidpmartin@bellsouth.com;
dbaty@honigman.com; dbrown@klettrooney.com; dconnelly@alston.com;
dwender@alston.com; dcrapo@gibbonslaw.com; ddavis@paulweiss.com;
ddeutsch@chadbourne.com; ddragich@foley.com; ddraper@terra-law.com;
ddunn@akingump.com; derrien@coollaw.com; dgheiman@jonesday.com;
diconzam@gtlaw.com; djury@steelworkers-usw.org; dkarp@cm-p.com;
dladdin@agg.com; dlowenthal@thelenreid.com; dludman@brownconnery.com;
dmdelphi@duanemorris.com; dquaid@tcfhlaw.com; efiledocketgroup@fagelhaber.com;
dpm@curtinheefner.com; driggio@candklaw.com; drosenzweig@fulbright.com;
dwdykhouse@pbwt.com; dweiner@schferandweiner.com; eabdelmasieh@nmmlaw.com;
EAKleinhaus@wlrk.com; ecdolan@hhlaw.com; echarlton@hiscockbarclay.com;
efox@klng.com; egc@lydenlaw.com; egeekie@schiffhardin.com; eglas@mccarter.com;
egunn@mcguirewoods.com; ekutchin@kutchinrufo.com; elazarou@reedsmith.com;
elizabeth.flaagan@hro.com; Elliott@cmplaw.com; emarcks@ssd.com;
emccolm@paulweiss.com; emcnerney@blbglaw.com; emeyers@mrrlaw.net;
Enrique.bujidos@es.pwc.com; ephillips@thurman-phillips.com; eray@balch.com;
ewaters@sheppardmullin.com; fatell@blankrome.com; ferrellC@taftlaw.com;
ffm@bostonbusinesslaw.com; fholden@orrick.com; fstevens@foxrothschild.com;

ftrikkers@rikkerslaw.com; fusco@millercanfield.com; fyates@sonnenschein.com;
gdiconza@dlawpc.com; george.cauthen@nelsonmullins.com;
gerdekomarek@bellsouth.net; gettelman@e-hlaw.com; ggreen@fagelhaber.com;
ggotto@kellerrohrback.com; gjarvis@ggelaw.com; gkurtz@ny.whitecase.com;
glen.dumont@hp.com; greg.bibbes@infineon.com; grichards@kirkland.com;
gsouth@kslaw.com; gtoering@wnj.com; guzzi@whitecase.com;
dbaumstein@nywhitecase.com; gogimalik@andrewskurth.com; gpeters@weltman.com;
gravert@mwe.com; greenj@millercanfield.com; Gregory.kaden@ropesgray.com;
growsb@wnj.com; gsantella@masudafunai.com; gschwed@loeb.com;
hannah@blbglaw.com; hborin@schaferanddweiner.com; heath.vincente@agg.com;
heather@inplaytechnologies.lcom; henry.bear@lw.com;
herb.reiner@guarantygroup.com;heyens@gtlaw.com; Hirsh.Robert@arentfox.com;
hkolko@msek.com;hleinwand@aol.com; holly@regencap.com;
housnerp@michigan.gov;houston_bankruptcy@publicans.com; hwangr@michigan.gov;
hzamboni@underbergkessler.com; ian@gazesllc.com; idizengoff@akingump.com;
ilevee@lowenstein.com; ira.herman@tklaw.com; jaffeh@pepperlaw.com;
james.bentley@srz.com; jangelovich@nixlawfirm.com; Janice.grubin@dbr.com;
japplebaum@clarkhill.com; javanzato@apslaw.com;
jay.hurst@oag.state.tx.us; jay.selanders@kutakrock.com; jbernstein@mdmc-law.com;
jcrotty@rieckcrotty.com; jdonahue@miheritage.com; jeannine.damico@cwt.com;
Jeff.Ott@molex.com; jeffery.gillispie@infineon.com; jeisenhofer@gelaw.com;
jengland@linear.com; j forstot@tpw.com; jgtougas@mayerbrown.com;
jguerrier@dreierllp.com; jguy@orrick.com; jh@previant.com; mgr@previant.com;
jharris@quarles.com; jhinshaw@boselaw.com; jhlemkin@duanemorris.com;
jkp@qad.com; jkreher@hodgsonruss.com; jlanden@madisoncap.com;
jlapinsky@republicengineered.com; jlevi@toddlevi.com;
jmanheimer@pierceatwood.com; jmbaumann@steelteehnologies.com;
jminias@stroock.com; jml@ml-legal.com; lmc@ml-legal.com;
jmoennich@wickenslaw.com; jmoldovan@morrisoncohen.com;
mdallago@morrisoncohen.com; jmsullivan@mwe.com; jmurch@foley.com;
joel_gross@aporter.com; john.brannon@tklaw.com; john.cipriano@meus.mea.com;
john.gregg@btlaw.com; john.persiani@dinslaw.com; john.sieger@kattenlaw.com;
john.weiss@lw.com; jonathan.greenberg@BASF.com;
jonathan.greenberg@engelhard.com; jorenstein@aoblaw.com; jpardo@kslaw.com;
jpguy@swidlaw.com; jposta@sternslaw.com; jrhunter@hunterschank.com;
jrobertson@mcdonaldhopkins.com; JRS@Parmenterlaw.com; jsalmas@mccarthy.ca;
lsalzman@mccarthy.ca; jshickich@riddellwilliams.com; jsimon@foley.com;
jsmairo@pbnlaw.com; jspecf@sternslaw.com; jstempel@kirkland.com;
jtaylor@binghammchale.com; malerding@binghammchale.com;
wmosby@binghammchale.com; Judith.elkin@haynesboone.com;
jvitale@cwsny.com; bceccotti@cwsny.com; jwilson@tylercooper.com;
wisler@cblh.com; jzackin@sillscummis.com; Karen.dine@pillsburylaw.com;
kcookson@keglerbrown.com; kcunningham@piercewood.com; ken.higman@hp.com;
khansen@stroock.com; khopkins@milestockbridge.com;
kim.robinson@bfkpn.com; klaw@bbslaw.com; kmayhew@pepehazard.com;
kmiller@skfdelaware.com; knathan@nathanneuman.com; knorthrup@kutchinrufo.com;
knye@quarles.com; krk4@daimlerchrysler.com; krosen@lowenstein.com;
kwalsh@lordbissel.com; rcovino@lordbissel.com; landy.ralph@pbgc.gov;
lawallf@pepperlaw.com; lawtoll@comcast.net; Iberkoff@moritthock.com;

lcurcio@tpw.com; lekvall@wgllp.com; lenared.parkins@haynesboone.com;
kenric.kattner@haynesboone.com; lgretchko@howardandhoward.com;
lisa.moore2@nationalcity.com; lloyd.sarakin@am.sony.com; lmagarik@kjmlabor.com;
lmcbryan@hwmklaw.com; 1murphy@honigman.com; lnewman@fagelhaber.com;
lpeterson@msek.com; lpinto@wcsr.com; Isarko@kellerrohrback.com;
claufenberg@kellerrohrbeck.com; eriley@kellerrohrbeck.com; lschwab@bbslaw.com;
lwalzer@angelogordon.com; madison.cashman@stites.com; maofiling@cgsh.com;
marc.hirschfield@ropesgray.com; margot.erlich@pillsburylaw.com;
markd@blbglaw.com; mark.houle@pillsburylaw.com; mark.owens@btlaw.com;
marvin.clements@state.tn.us; massimiliano.cini@brembo.it; mbane@kelleydrye.com;
mblacker@andrewskurth.com; mbusenkell@mnat.com; mcarter@kslaw.com;
mcruse@wnj.com; mdallago@morrisoncohen.com; mdebbeler@graydon.com;
metkin@lowenstein.com; mfarquhar@winstead.com; mgreger@allenmatkins.com;
mhager@oshr.com; mhall@burr.com; miag@michigan.gov; michael.cook@srz.com;
Michael.mccrory@btlaw.com; michaelz@orbotech.com; miller@taftlaw.com;
mkilgore@UP.com; mkohayer@aol.com; mlee@contrariancapital.com;
jstanton@contrariancapital.com; wraine@contrariancapital.com;
solax@contrariancapital.com; mlschein@mintz.com; mmachen@sonnenschein.com;
mmassad@hunton.com; mmeyers@mlg-pc.com; mmharner@jonesday.com;
mmoody@okmlaw.com; mnewman@schaferandweiner.com; mparker@fulbright.cmo;
mrichards@blankrome.com; mrichman@foley.com; mrr@pszjlaw.com;
mscott@riemerlaw.com; mshaiken@stinsonmoheck.com; msomerstein@kelleydrye.com;
masternstein@sheppardmullin.com; msutter@ag.state.oh.us; mtf@afrct.com;
mtrentadue@boselaw.com; cdelatorre@boselaw.com; murph@berrymoorman.com;
mviscount@foxrothschild.com; mwcheney@swidlaw.com;
mwinthrop@winthropcouchot.com; myarnoff@sbclasslaw.com;
 myetnikoff@schiffhardin.com; mzelmanovitz@morganlewis.com;
nhp4@cornell.edu; niizeki.tetsuhiro@furukawa.co.jp; office@gazesllc.com;
pabutler@ssd.com; patrick.bartels@quadranglegroup.com; pbaisier@seyfarth.com;
pbarr@jaffelaw.com; pbilowz@goulstonstorrs.com; pbossswick@ssbb.com;
pcostello@bbslaw.com; pgurfein@akingump.com; pjanovsky@zeklaw.com;
pjricotta@mintz.com; pmears@btlaw.com; Pretekin@coollaw.com;
prubin@herrick.com;raterinkd@michigan.gov; rbeacher@pitneyhardin.com;
cchiu@daypitney.com; rcarrillo@gsblaw.com; rcharles@lrlaw.com;
rcmcdowell@bodmanllp.com; rcovino@lordbissell.com; rdaversa@mayerbrown.com;
rdehney@mnat.com; rdremluk@seyfarth.com; resterkin@morganlewis.com;
rfeinstein@pszjlaw.com; Ischarf@pszjlaw.com; rfrankel@swidlaw.com;
RGMason@wlrk.com; rgodon@clarkhill.com; rgoldi@sotablaw.com; rgriffin@iuoe.org;
rheilman@schaferandweiner.com; rhett.campbell@tklaw.com;
rhwyron@swidlaw.com; Richard.eplilng@pillsburylaw.com;
richard.kremen@dlapiper.com; rjclark@hancocklaw.com; rjones@bccb.com;
rjp@pbandg.com; rjsidman@vssp.com; rkidd@srcm-law.com; rlp@quarles.com;
rmcdowell@bodmanllp.com; rmeth@daypitney.com; rnorton@reedsmith.com;
rnsteinwurtzel@swidlaw.com; robert.goodrich@stites.com; robert.morris@timken.com;
robert.rosenberg@lw.com; robert.welhoelter@wallerlaw.com;
robin.spear@pillsburylaw.com; rpeterson@jenner.com; rrichards@sonnenschein.com;
rrosenbaum@mmrlaw.com; rsmolev@kayescholer.com; rsz@curtinheefner.com;
rthibeaux@shergarner.com; rtrack@msn.com; rurbanik@munsch.com;
jwielebinski@munsch.com; drukavina@munsch.com; rusadi@cahill.com;

rweisberg@carsonfischer.com; rweiss@honigman.com;
fgorman@honigman.com; rwyron@orrick.com; sabelman@cagewilliams.com;
sagolden@hhlaw.com; sandy@nlsg.com; sarah.morrison@doj.ca.gov;
sarbt@millerjohnson.com; wolfordr@millerjohnson.com; scargill@lowenstein.com;
Schnabel@klettrooney.com; schristianscon@buchalter.com; sdabney@kslaw.com;
bdimos@kslaw.com; sdeeby@clarkhill.com; sdonato@bsk.com;
sdrucker@honigman.com;  sean@blbglaw.com; selanders@danielsandkaplan.com;
sfreeman@lrlaw.com; sgoldber@quarles.com; sgross@hodgsonruss.com;
shandler@sbclasslaw.com; shandler@mwe.com; mquinn@mwe.com;
shapiro@steinbergshapiro.com; sharon.petrosino@hp.com;
shazan@oshr.com; sholmes@hunton.com; sjfriedman@joneday.com;
sjennik@kjmlabor.com; sjohnston@cov.com; sk@kieselaw.com;
skrause@zeklaw.com; smcook@lambertleser.com; snirmul@gelaw.com;
sokeefe@winthropcouchot.com; sopincar@mcdonaldhopkins.com;
sosimmerman@kwgd.com; spaethlaw@phslaw.com; sreisman@cm-p.com;
sriemer@phillipsnizer.com; sriley@mcdonaldhopkins.com; srosen@cb-shea.com;
sselbst@mwe.com; sshimshak@paulweiss.com; steven.keyes@aam.com;
susanwhatley@nixlawfirm.com; swalsh@chglaw.com; tajamie@ajamie.com;
tbrink@lordbissel.com; tch@previant.com; tcohen@sheppardmullin.com;
tdonovan@finkgold.com; tgaa@bbslaw.com; tguerriero@us.tiauto.com;
thaler@tglawfirm.com; timothv.mehok@hellerehrman.com; tkennedy@kjmlabor.com;
tlauria@whitecase.com; featon@miami.whitecase.com; tmaxson@cohenlaw.com;
tmcfadden@lordbissel.com; tom@beemanlawoffice.com;
tomschank@hunterschank.com; tracy.richardson@dol.lps.state.nj.us;
trenda@milesstockbridge.com; tsable@honigman.com; tscobb@vssp.com;
tslome@rsmillp.com; twardle@sheppardmullin.com; vdagostino@lowenstein.com;
vhamilton@sillscommis.com; skimmelman@sillscummis.com; vmastromar@aol.com;
wachstein@coollaw.com; Wallace@blbglaw.com; wbeard@stites.com;
loucourtsum@stites.com; wendy.brewer@btlaw.com; michael.mccrory@btlaw.com;
whanlon@seyfarth.com; whawkins@loeb.com; wheuer@morganlewis.com;
william.barrett@bfkpn.com; wkohn@schiffhardin.com; wmsimkulak@duanemorris.com;
wsavino@damonmorey.com; wshowman@ajamie.com