Bonnie Steingart (BS-8004)
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone: 212.859.8000
Facsimile: 212.859.4000

*Counsel for the Official Committee of Equity Security Holders*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                        :
In re:                                  :    Chapter 11
                                        :
  Delphi Corporation, et al.,           :    Case No. 05-44481 (RDD)
                                        :    (Jointly Administered)
                    Debtors.            :
                                        :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

CERTIFICATE OF SERVICE

State of New York    )
                     )    ss.:
County of New York   )

      Omar Solivan, being duly sworn, deposes and says:

      1.     I am not a party to this action, am over 18 years of age and am employed by the law firm of Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004.

      2.     I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on September 4, 2008, I caused to be served a true and correct copy of the document(s) listed below upon (i) the parties listed on Exhibit A hereto via electronic mail, (ii) upon the parties listed on Exhibit B hereto via overnight courier and (iii) upon the parties listed on Exhibit C hereto via hand

delivery:

- Notice of Presentment of Order Pursuant to Sections 328 and 1103 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Official Committee of Equity Security Holders to Retain and Employ Farrell Fritz, P.C. as Conflicts Counsel to the Equity Committee *Nunc Pro Tunc* to August 5, 2008

- Application for an Order Pursuant to Sections 328 and 1103 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment and Retention *Nunc Pro Tunc* to August 5, 2008 of Farrell Fritz, P.C. as Conflicts Counsel to the Official Committee of Equity Security Holders

- Declaration of Louis A. Scarcella in Support of the Application for an Order Authorizing Employment and Retention of Farrell Fritz, P.C. as Conflicts Counsel to Official Committee of Equity Security Holders

- Order Under Sections 328 and 1103 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment and Retention *Nunc Pro Tunc* to August 5, 2008 of Farrell Fritz, P.C. as Conflicts Counsel to the Official Committee of Equity Security Holders

Dated: September 4, 2008
      New York, New York

                                          /s/ Omar Solivan
                                          OMAR SOLIVAN

# Exhibit A

**Service by Electronic Mail on September 3, 2008**

aaronsoa@pepperlaw.com; david.aaronson@dbr.com; elizabeth@regencap.com; franklin.adams@bbklaw.com; jadams@torys.com; bankruptcy@goodwin.com; dadler@mccarter.com; malerding@binghammchale.com; jallen@jaeckle.com; candreoff@jaffelaw.com; ckelley@jaffelaw.com; philip.anker@wilmerhale.com; japplebaum@clarkhill.com; abach@dickinsonwright.com; sbales@zieglermetzger.com; dbargamian@bsdd.com; cbarr@lockelord.com; docket@lockelord.com; william.barrett@bfkn.com; barritt@chapman.com; jbarry@ycst.com; dbartner@shearman.com; mtorkin@shearman.com; ned.schodek@shearman.com; yuichi.haraguchi@shearman.com; atenzer@shearman.com; dbaty@honigman.com; dbaumstein@whitecase.com; pnb@nutter.com, rbeacher@daypitney.com; jkirk@stites.com; tom@beemanlawoffice.com; cbelmonte@ssbb.com; pbosswick@ssbb.com; rbennett@kirkland.com; asathy@kirkland.com; rkwasteniet@kirkland.com; pfraumann@kirkland.com; jgoldfinger@kirkland.com; tbennett@klng.com; neilberger@teamtogut.com; dgeoghan@teamtogut.com; abrogan@teamtogut.com; jlee@teamtogut.com; awinchell@teamtogut.com; echafetz@teamtogut.com; sskelly@teamtogut.com; jfalco@teamtogut.com; bdawson@teamtogut.com; sreichert@teamtogut.com; dcahir@teamtogut.com; lberkoff@moritthock.com; rbernard@bakerlaw.com; jbernstein@mdmc-law.com; Bbest@dykema.com; ssalinas@dykema.com; bbest@dykema.com; ssalinas@dykema.com; bbivona@damonmorey.com; wsavino@damonmorey.com; mbrennan@damonmorey.com; florence.saenz@la.gov; rtrack@msn.com; ebradley@robergelaw.com; wmbraman@binghammchale.com; wendy.brewer@btlaw.com; bankruptcyindy@btlaw.com; abrilliant@goodwinprocter.com; nymanagingclerk@goodwinprocter.com; timothy.brink@dlapiper.com; broitman.peter@dol.gov; sol-chi@dol.gov; maofiling@cgsh.com; soneal@cgsh.com; mark.broude@lw.com; dewitt.brown@bipc.com; lbrumitt@dysarttaylor.com; sriley@dysarttaylor.com; dbruso@cantorcolburn.com; DMayhew@cantorcolburn.com; jbuchdahl@susmangodfrey.com; maofiling@cgsh.com; kburke@cahill.com; mbusenkell@wcsr.com; jbutler@skadden.com; cahn@clm.com; rcalinoff@candklaw.com; jcalton@honigman.com; bankrupt@modl.com; pwcarey@modl.com; scargill@lowenstein.com; KDWBankruptcyDepartment@kelleydrye.com; rcarrillo@gsblaw.com; ccarson@burr.com; mcarter@kslaw.com; pwhite@kslaw.com; caseyl@pepperlaw.com; hillera@pepperlaw.com; jaffeh@pepperlaw.com; shieldsa@pepperlaw.com; barsonl@pepperlaw.com; kistlerb@pepperlaw.com; mcassell@lefkowitzhogan.com; ben.caughey@icemiller.com; george.cauthen@nelsonmullins.com; mary.cutler@nelsonmullins.com; brook.wright@nelsonmullins.com; rcavaliere@blankrome.com; senese@blankrome.com; nmorales@blankrome.com; bceccotti@cwsny.com; scarter@pselaw.com; egc@lydenlaw.com; echarlton@hiscockbarclay.com; maria.ruark@dlapiper.com; cchiu@daypitney.com; david.cleary@dl.com; mkhambat@dl.com; agbanknewyork@ag.tn.gov; tscobb@vorys.com; cdfricke@vorys.com; tcohen@smrh.com; amontoya@sheppardmullin.com

# **Exhibit B**

**Service by Overnight Courier on September 4, 2008**

| | |
|---|---|
| Robert J. Stark<br>Brown Rudnick Berlack Istaeis L.L.P.<br>Seven Times Square<br>New York, New York 10036 | Leslie N. Silverman<br>Clearly Gottlieb Steen & Hamilton L.L.P.<br>One Liberty Plaza<br>New York, New York 10006 |
| Bruce Simon<br>Cohen, Weiss & Simon<br>330 West 42nd Street<br>New York, New York 10036 | Steven J. Reismna<br>Curtis, Mallet-Prevost, Colt & Mosle L.L.P.<br>101 Park Avenue<br>New York, New York 10178 |
| Donald Bernstein<br>Brian Resnick<br>Davis, Polk & Wardwell<br>450 Lexington Avenue<br>New York, New York 10017 | Sean Corcoran<br>Karen Craft<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098 |
| Carrie L. Schiff<br>Flextronics International<br>305 Intelocken Parkway<br>Broomfield, CO 80021 | Paul W. Anderson<br>Flextronics International USA, Inc.<br>2090 Fortune Drive<br>San Jose, CA 95191 |
| Richard Lee Chambers, III<br>Freescale Semiconductor, Inc.<br>6501 William Cannon Drive West<br>Austin, TX 78735 | Randall S. Eisenberg<br>FTI Consulting, Inc.<br>3 Times Square<br>New York, New York 10036 |
| Valerie Venable<br>General Electric Company<br>9930 Kincey Avenue<br>Huntersville, NC 28078 | Lonie A. Hassel<br>Groom Law Group<br>1701 Pennsylvania Avenue, N.W.<br>Washington, DC 20006 |
| Stephen H. Gross<br>Hodgson Russ L.L.P.<br>1540 Broadway<br>New York, New York 10036 | Frank L. Gorman<br>Robert B. Weiss<br>Honigman Miller Schwartz and Cohn L.L.P.<br>2290 First National Building<br>Detroit, MI 48226 |

6

Attention: Insolvency Department
Internal Revenue Service
477 Michigan Avenue
Detroit, MI 48226

Conference Board Chariman
IUE-CWA 2360 W. Dorothy Lane
Dayton, OH 45439

Richard Duker
JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, New York 10017

Benjamin Mintz
Lynn Toby Fisher
Kaye Scholer L.L.P.
425 Park Avenue
New York, New York 10022

Sheryl Betance
Kurtzman Carson Consultants
2335 Alaska Avenue
El Segundo, CA 90245

Daniel R. Fisher
Patrick J. Healy
Law Debenture Trust of New York
400 Madison Avenue
New York, New York 10017

J.Brian McTigue
Cornish F. Hitchcock
McTigue Law Firm
5301 Wisconsin Avenue, N.W.
Washington, DC 20015

Attention: Maria Valerio
Insolvency Department
Internal Revenue Service
290 Broadway

William Q. Derrough
Jefferies & Company, Inc.
520 Madison Avenue
New York, New York 10022

Susan Atkins
Gianni Russello
JPMorgan Chase Bank, N.A.
277 Park Avenue
New York, New York 10172

Gordon Z. Novod
Thomas Moers Mayer
Kramer Levin Naftalis & Frankel L.L.P.
1177 Avenue of the Americas
New York, New York 10172

Robert J, Rosenberg
Latham & Watkins L.L.P.
885 Third Avenue
New York, New York 10022

David D. Cleary
Jason J. DeJonker
Mohsin N. Khambati
Peter A. Clark
McDermott Will & Emery L.L.P.
227 West Monroe Street
Chicago, IL 60606

Leon Szlezinger
Mesirow Financial
666 Third Avenue
New York, New York 10017

7

Gregory A. Bray
Thomas R. Kreller
James E. Till
Milbank Tweed Hadley & McCloy L.L.P.
601 South Figueroa Street
Los Angeles, CA 90017

Mark Schonfeld
Regional Director
Northeast Regional Office
3 World Financial Center
New York, New York 10281

Robert Siegel
O'Melveny & Meyers L.L.P.
400 South Hope Street
Los Angeles, CA 90071

Andrew N. Rosenberg
Paul, Weiss, Rifkind, Wharton & Garrison L.L.P.
1285 Avenue of the Americas
New York, New York 10019

Sandra A. Riemer
Phillips Nizer L.L.P.
666 Fifth Avenue
New York, New York 10103

Robet W. Dremluk
Seyfarth Shaw L.L.P.
620 Eighth Avenue
New York, New York 10018

Kenneth S. Ziman
Robert H. Trust
William T. Russell, Jr.
Simpson Thatcher & Bartlett L.L.P.
425 Lexington Avenue
New York, New York 10017

Joseph T. Moldovan
Morrison Cohen L.L.P.
909 Third Avenue
New York, New York 10022

Attorney General Andrew Cuomo
Office of New York State
120 Broadway
New York City, New York 10271

Tom A. Jerman
Rachel Janger
O'Melveny & Meyers L.L.P.
1625 Eye Street, N.W.
Washington, DC 20006

Jeffrey Cohen
Ralph L. Landy
Pension Benefit Guaranty Corporation
1200 K. Street, N.W.
Washington, DC 20005

David L. Resnick
Rothchild, Inc.
1251 Avenue of the Americas
New York, New York 10020

Douglas Bartner
Jill Frizzley
Shearman & Sterling L.L.P.
599 Lexington Avenue
New Yrok, New York 10022

John Wm. Butler
John K, Lyons
Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom L.L.P.
333 W. Wacker Dr.
Chicago, IL 60606

Kayalyn A. Marafioti
Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom L.L.P.
4 Times Square
New York, New York 10036

Chester B. Salomon
Constantine D. Pourakis
Steven & Lee, P.C.
485 Madison Avenue
New York, New York 10022

MaryAnn Brereton
Assistant General Counsel
Tyco Electronics Corporation
60 Columbia Road
Morristown, NJ 7960

Harvey F. Miller
Jeffery L. Tanenbaum
Martin J. Bienenstock
Michael P. Kessler
Weil, Gotshal & Manges L.L.P.
767 Fifth Avenue
New Yrok, New York 10153

Daniel D. Doyle
Nicholas Fanke
Spencer Fan Britt & Browne L.L.P.
1 North Brentwood Boulevard
St. Louis, Mo 63105

Albert Togut
Togut, Segal & Segal L.L.P.
One Penn Plaza
New York, New York 10119

Michael D. Warner
Warner Stevens, L.L.P.
1700 City Center Tower II
Fort Worth, TX 76102

Steven M. Cimalore
Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE 19890

# **Exhibit C**

**Service by Hand Delivery on September 4, 2008**

The Court
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY 10004
Attn: Chambers of Hon. Robert D. Drain

United States Trustee
Brian S. Masumoto
Alicia M. Leonhard
Office of the US Trustee for the Southern District of New York
33 Whitehall Street
New York, New Yrok 10004