1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

Case No. 05-44481

- - - - - - - - - - - - - - - - - - - - -x

In the Matter of:


DELPHI CORPORATION, et al.


        Debtors.


- - - - - - - - - - - - - - - - - - - - -x


            United States Bankruptcy Court

            One Bowling Green

            New York, New York


            August 26, 2008

            10:03 AM


B E F O R E:

HON. ROBERT D. DRAIN

U.S. BANKRUPTCY JUDGE

2

HEARING re Debtors' Motion for an Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Among the Debtors, Furukawa Electric North America APD and Furukawa Electric Co., Ltd.

Transcribed by:  Lisa Bar-Leib

```
 1
 2    A P P E A R A N C E S :
 3    TOGUT, SEGAL & SEGAL LLP
 4          Attorneys for Debtors
 5          One Penn Plaza
 6          New York, NY 10119
 7
 8    BY:   NEIL BERGER, ESQ.
 9
10    LATHAM & WATKINS LLP
11          Attorneys for Official Committee of Unsecured Creditors
12          53rd at Third
13          885 Third Avenue
14          New York, NY 10022
15
16    BY:   MICHAEL RIELA, ESQ.
17
18    ALSTON & BIRD LLP
19          Attorneys for Furukawa Electric North America APD, Inc.
20          and Furukawa Electric Co., Ltd.
21          One Atlantic Center
22          1201 West Peachtree Street
23          Atlanta, GA 30309
24
25    BY:   DOUGLAS G. SCRIBNER, ESQ.
```

```
                                                           4
 1
 2   U.S. DEPARTMENT OF JUSTICE
 3        Office of the United States Trustee
 4        33 Whitehall Street
 5        21st Floor
 6        New York, NY 10004
 7
 8   BY:   ANDREW VELEZ-RIVERA, ESQ.
 9         (TELEPHONICALLY)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1                   P R O C E E D I N G S

2          THE COURT:  Okay.  Delphi Corporation.

3          MR. BERGER:  Good morning, Judge.

4          THE COURT:  Good morning.

5          MR. BERGER:  Neil Berger, Togut, Segal & Segal for

6  the Delphi debtors.  Your Honor, this is the thirty-fourth

7  omnibus hearing for Delphi.  A proposed omnibus hearing agenda

8  was filed.  There are two matters that appear on the agenda.

9  The first matter has been adjourned to the September 23 omnibus

10 hearing, leaving item number 2, which is the matter handled by

11 my office, debtors' motion for authority to enter into a

12 settlement agreement with Furukawa.

13         Your Honor, this motion was filed on the docket

14 maintained by the clerk for this court.  There's an affidavit

15 of service on file.  There are no objections.  Your Honor, this

16 is the debtors' motion for authority to enter into a settlement

17 agreement with Furukawa Electric North America APD and Furukawa

18 Electric Co., Ltd.  Your Honor has seen the parties before the

19 Court on a number of occasions.  But briefly, so there is some

20 context on the record, prior to the petition date, DAS LLC and

21 Furukawa entered into a long term contract pursuant to which

22 Furukawa agreed to provide sensors to the debtor.

23         Again, prior to the petition date, Delphi filed a

24 breach of contract action against Furukawa in the Michigan

25 state court alleging that Furukawa used an unauthorized metal

1  component in the sensors and Delphi sought damages for that
2  breach.  Furukawa didn't file a counterclaim in the state court
3  action but did file proof of claim 12347 in this case, seeking
4  approximately 2.6 million dollars and Furukawa asserted that
5  even if it had changed the metal component that didn't cause
6  the sensors to fail.  Consequently, Furukawa denied liability
7  to the debtors.  The debtors objected to the claim.  They filed
8  an affirmative claim for relief.  There was some motion
9  practice before Your Honor concerning the scope of the claim
10 hearing, abstention, relief from the automatic stay.  That
11 motion request was denied.  Delphi did file its affirmative
12 claim, we called it a counterclaim, in this court.  Again,
13 Furukawa responded and denied liability.
14         The parties did go to mediation last month and that
15 mediation was conducted by William Sangfell (ph.) and the goal
16 of that mediation was to resolve the debtors' objection to the
17 proof of claim, the parties' dispute concerning the
18 counterclaims.  Furukawa and Delphi walked away from that
19 mediation without a deal in hand but certainly with ongoing
20 negotiations.  And the parties did continue negotiations one on
21 one after the mediation.
22         Separately, prior to the petition date, the debtors
23 and Furukawa had other business relationships for the provision
24 of non-sensor goods by Furukawa to the debtors.  Furukawa filed
25 a proof of claim, 10574, for approximately 5.069 million

```
 1    dollars consisting of an unsecured claim of 4.7 million dollars
 2    and a secured claim, a reclamation claim, of approximately
 3    312,000 dollars.  Furukawa subsequently transferred a portion
 4    of that claim to Silver Point.  Silver Point subsequently
 5    transferred a piece of that claim to Goldman Sachs.  The
 6    debtors objected to that proof of claim as well.  The debtors
 7    objected to cure claims asserted by Furukawa in connection with
 8    the sale of the steering and halfshaft business.  There were a
 9    number of disputes that were ongoing.  The parties were engaged
10    in discovery, formal and informal.  I should say that in
11    connection with the counterclaim, the parties did engage in
12    extensive discovery.  There was document production; there were
13    depositions of witnesses, Delphi, GM and Furukawa witnesses.
14    Furukawa had witnesses in from Japan that were deposed in
15    Atlanta.  GM and Delphi witnesses were deposed in Michigan.
16              As I said, negotiations concerning the counterclaim
17    and the proof of claim continued and did eventually end in a
18    settlement.  Reconciliation and free flow of information
19    between the parties concerning the elements and cure components
20    in claim 10574 were ongoing for a number of months with my
21    office working closely with the debtors.  And as a result of
22    diligence, arm's length negotiations and mediation and ongoing
23    discussions, the parties negotiated a settlement agreement
24    that's attached to the motion, the significant portions of
25    which are not later than three days after an order approving
```

1   the settlement agreement, presuming Your Honor approves the
2   agreement, becomes final.  Furukawa will pay the debtors 16.5
3   million dollars.  That's a payment to DAS LLC.  Claim 12347,
4   which was filed in the approximate amount of 2.6 million
5   dollars, will be expunged.  Claim 10574 will be reduced by
6   approximately 194,000 dollars and allowed in the amount of
7   4,874,679.52 as a general unsecured claim with the exception of
8   only to the cure portions of that claim which have been agreed
9   upon and the settlement agreement identifies the cure amounts
10  purchase order by purchase order.
11         There is an allocation of the allowed amount of claim
12  10574 between Goldman, SPCP and Furukawa in accordance with the
13  notice of claim transfers that are filed with the clerk of the
14  court.  Furukawa's response to the debtors' omnibus claim
15  objections, that was number 3 and 19, are withdrawn.
16  Furukawa's objections to the cure notices filed by the debtors
17  in connection with the steering and halfshaft business are
18  withdrawn.  There's no need for the pre-trial conference
19  scheduled by Your Honor for September 12th concerning the
20  counterclaim and the answer.  That was contained in one of the
21  discovery stipulations and orders that were entered by Your
22  Honor.
23         The Michigan state court action that was commenced by
24  the debtors pre-petition has been discontinued with prejudice
25  for the parties to bear their own costs and expenses including

9

1  attorneys' fees.  The parties agree to release one another
2  concerning claim 12347, the counterclaim and the sensors.  All
3  their other rights concerning all of their other business
4  relationships are preserved.
5         I reviewed the history of these disputes and this
6  proposed settlement with my client and representatives of the
7  unsecured creditors' committee week before last and the
8  creditors' committee has no objection.  In the end, Your Honor,
9  this is the result of some very hard work, some negotiations,
10 extensive discovery and the exercise of the debtors' business
11 judgment that provides for the recovery of 16.5 million dollars
12 to DAS LLC.  It includes the elimination of nearly three
13 million dollars of claims.  It avoids the trials here
14 concerning the liability, damages, contested hearings on the
15 cure and claim objections and it terminates the state court
16 action.  So in the end, Your Honor, the debtors and, I believe,
17 with the committee on board, believe that this is a very good
18 result for the debtors.
19         THE COURT:  Okay.  One question that I had is that
20 the sixteen and a half million dollar payment obligations --
21 just that, right?  There's no setoff against that?
22         MR. BERGER:  No.
23         THE COURT:  Okay.
24         MR. BERGER:  We will be wired 16.5 million dollars.
25         THE COURT:  Okay.  Does anyone have anything to say

1  on this settlement?

2  MR. RIELA: Yes, Your Honor. Michael Riela from

3  Latham & Watkins on behalf of the official creditors'

4  committee. Mr. Berger is right. The committee's professionals

5  spoke about this with the debtors' professionals. We're very

6  comfortable with the settlement and the committee has no

7  objection. Thank you.

8  THE COURT: Okay. All right. Well, I'll approve the

9  settlement in light of there being no objection and also based

10 on my review. I am somewhat familiar with the issues. And

11 given the amount of the settlement, in light of the claims

12 asserted by the debtors against Furukawa and Furukawa's claims

13 against the debtors, it's, to my mind, reasonable based both on

14 the merits and on the cost of asserting the claim and

15 collecting. So I'll approve the settlement.

16 MR. BERGER: Thank you, Judge. I have the settlement

17 agreement to be so ordered on a disk and the companion claim

18 stipulation on a disk, if I can approach.

19 THE COURT: That's fine.

20 MR. BERGER: Your Honor, that concludes the omnibus

21 agenda for today --

22 THE COURT: Okay.

23 MR. BERGER: -- and our business here is finished.

24 THE COURT: All right. So I'll see you and your

25 colleagues at Skadden and the other parties in September.

```
                                                              11
 1            MR. BERGER:  Yes, Judge.
 2            THE COURT:  Okay.
 3            MR. BERGER:  Thank you for your time.
 4       (Whereupon these proceedings were concluded at 10:12 a.m.)
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                                           12
 1
 2                               I N D E X
 3
 4                              R U L I N G S
 5    DESCRIPTION                                            PAGE    LINE
 6    Settlement agreement between the debtors and     10      15
 7    Furukawa Electric North America APD, Inc. and
 8    Furukawa Electric Co., Ltd. approved
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

13

C E R T I F I C A T I O N

I, Lisa Bar-Leib, certify that the foregoing transcript is a true and accurate record of the proceedings.

_____

LISA BAR-LEIB

Veritext LLC

200 Old Country Road

Suite 580

Mineola, NY 11501

Date:   September 3, 2008

VERITEXT REPORTING COMPANY

212-267-6868                                                516-608-2400