IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                :

In re                     :     Chapter 11
                :

DELPHI CORPORATION, et al.,    :     Case No. 05-44481 (RDD)
                :

             Debtors.   :     (Jointly Administered)
                :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AFFIDAVIT OF SERVICE

     I, Elizabeth Adam, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

     On September 4, 2008, I caused to be served the documents listed below (i) upon the parties listed on Exhibit A hereto via electronic notification and (ii) upon the parties listed on Exhibit B hereto via postage pre-paid U.S. mail:

1) Fifth Supplemental Order Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 2002(M), 3007, 7016, 7026, 9006, 9007 And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims ("Fifth Supplemental Claim Objection Procedures Order") (Docket No. 14022) [a copy of which is attached hereto as Exhibit C]

2) Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 11606 (Sojitz Corporation Of America) (Docket No. 14026) [a copy of which is attached hereto as Exhibit D]

3) Joint Stipulation And Agreed Order Compromising And Disallowing Proof Of Claim Numbers 1850 And 1854 (Visteon Corporation) (Docket No. 14027) [a copy of which is attached hereto as Exhibit E]

4) Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 14147 ("Textron Fastening Systems, Inc./SPCP Group, L.L.C./Goldman Sachs Credit Partners L.P.) (Docket No. 14028) [a copy of which is attached hereto as Exhibit F]

5) Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 2111 (Sumitomo Wiring Systems (USA), Inc.) (Docket No. 14032) [a copy of which is attached hereto as Exhibit G]

6) Joint Stipulation And Agreed Order Disallowing And Expunging Proof Of Claim Number 16807 (Georgia Power Company) (Docket No. 14033) [a copy of which is attached hereto as Exhibit H]

7) Joint Stipulation And Agreed Order Compromising And Allowing Proofs Of Claim Numbers 1714, 1715, And 1716 (Henman Engineering & Machine, Inc.) (Docket No. 14034) [a copy of which is attached hereto as Exhibit I]

8) Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 3048 (Cleo Inc.) (Docket No. 14035) [a copy of which is attached hereto as Exhibit J]

9) Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 7310 (Carclo Technical Plastics) (Docket No. 14036) [a copy of which is attached hereto as Exhibit K]

10) Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 8508 (Flow Dry Technology Ltd.) (Docket No. 14037) [a copy of which is attached hereto as Exhibit L]

11) Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 7238 (Chris Hughes, Okaloosa County Tax Collector) (Docket No. 14038) [a copy of which is attached hereto as Exhibit M]

12) Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 16561 (McNaughton-McKay Electric Of Ohio) (Docket No. 14039) [a copy of which is attached hereto as Exhibit N]

13) Joint Stipulation And Agreed Order Disallowing And Expunging Proof Of Claim Number 11128 (Ohio Public Utilities Commission) (Docket No. 14040) [a copy of which is attached hereto as Exhibit O]

14) Joint Stipulation And Agreed Order Modifying And Allowing Proof Of Claim Number 1770 (Lexington County) (Docket No. 14041) [a copy of which is attached hereto as Exhibit P]

15) Order Under 11 U.S.C. § 107(B) And Fed. R. Bankr. P. 9018 Authorizing Debtors To File Schedule To Amendment To Arrangement With General Motors Corporation Under Seal ("Schedule To GM Arrangement Amendment Under Seal Order") (Docket No. 14055) [a copy of which is attached hereto as Exhibit Q]

16) Second Stipulation Authorizing And Directing The Delphi Former Officers And Employees Escrow Agent To Disburse Interim Payment To The Delphi Former Officers And Employees For Defense Costs (Docket No. 14058) [a copy of which is attached hereto as Exhibit R]

17) Second Order Authorizing And Directing The Delphi Former Officers And Employees Escrow Agent To Disburse Interim Payments To The Delphi Former Officers And Employees For Defense Costs (Docket No. 14094) [a copy of which is attached hereto as Exhibit S]

18) Stipulation And Consent Order Staying Proceeding Of Adversary Complaints Filed To Obtain Relief Pursuant To 11 U.S.C. § 1144 (Docket No. 14097) [a copy of which is attached hereto as Exhibit T]

19) Settlement Stipulation And Agreed Order Among The Debtors Of Furukawa Electric North America APD And Furukawa Electric Co., LTD. (Docket No. 14100) [a copy of which is attached hereto as Exhibit U]

20) Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 10574 (Furukawa Electric North America APD And Furukawa Electric Co., Ltd) (Docket No. 14101) [a copy of which is attached hereto as Exhibit V]

21) Joint Stipulation And Agreed Order (1) Compromising And Allowing Proofs Of Claim Numbers 853, 854, 1266, 1267,1283, 1284, 1288, 1289, 1330, 5300, 5301, 5520, 5521, 6470, 7914 14187, 16357, 16486 And 16790 And (II) Disallowing Proofs Of Claim Numbers 16589 And 16590 (Texas Taxing Authorities) (Docket No. 14111) [a copy of which is attached hereto as Exhibit W]

22) Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 10257 (Quaker Chemical Corporation And JPMorgan Chase Bank, N.A) (Docket No. 14112) [a copy of which is attached hereto as Exhibit X]

23) Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 12162 (Marquardt Switches, Inc.) (Docket No. 14113) [a copy of which is attached hereto as Exhibit Y]

24) Joint Stipulation And Agreed Order Disallowing And Expunging Proof Of Claim Number 16729 (Commonwealth Of Virginia Department Of Taxation) (Docket No. 14114) [a copy of which is attached hereto as Exhibit Z]

25) Joint Stipulation And Agreed Order Compromising And Allowing Proofs Of Claim Number 14140 (SPCP Group, L.L.C., As Agent For Silver Point Capital Fund, L.P. And Silver Point Capital Offshore Fund, Ltd., As Assignee Of Jabil Circuit) (Docket No. 14115) [a copy of which is attached hereto as Exhibit AA]

26) Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 3734 (Hidria USA) (Docket No. 14116) [a copy of which is attached hereto as Exhibit BB]

27) Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 16507 And Disallowing And Expunging Proof Of Claim Number 15939 (RT Sub, LLC F/K/A Receptec, LLC) (Docket No. 14117) [a copy of which is attached hereto as Exhibit CC]

28) Joint Stipulation And Agreed Order Compromising And Allowing Proofs Of Claim Numbers 9950, 9951 And 9953 (Contrarian Funds, LLC And Ferro Electronic Materials, Inc. (Docket No. 14118) [a copy of which is attached hereto as Exhibit DD]

29) Joint Stipulation And Agreed Order Compromising And Allowing Proofs Of Claim Numbers 9950, 9951 And 9953 (Contrarian Funds, LLC And Ferro Electronic Materials, Inc.) (Docket No. 14119) [a copy of which is attached hereto as Exhibit EE]

30) Joint Stipulation And Agreed Order Compromising And Allowing Proofs Of Claim Numbers 9950, 9951 And 9953 (Contrarian Funds, LLC And Ferro Electronic Materials, Inc.) (Docket No. 14121) [a copy of which is attached hereto as Exhibit FF]

31) Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 11542 (Flex Technologies, Inc.) (Docket No. 14122) [a copy of which is attached hereto as Exhibit GG]

32) Joint Stipulation And Agreed Order Setting Maximum Amount Of Proof Of Claim Number 13512 (Oscar Sanchez) (Docket No. 14123) [a copy of which is attached hereto as Exhibit HH]

33) Joint Stipulation And Agreed Order Compromising And Allowing Proofs Of Claim Numbers 808, 1544, 1546, 2364, 5102, 7235, 7367, 7369, 7459, 8024, 8029, 8030, 8718, 8791, 9789, 9795, 10184, 10385, 11447, 15447, 16377, 16446, 16542 And 16544 Asserted By Contrarian Funds, LLC (Docket No. 14124) [a copy of which is attached hereto as Exhibit II]

On September 4, 2008, I caused to be served the document listed below upon the parties listed on <u>Exhibit JJ</u> hereto via postage pre-paid U.S. mail:

34) Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 11606 (Sojitz Corporation Of America) (Docket No. 14026) [a copy of which is attached hereto as <u>Exhibit D</u>]

On September 4, 2008, I caused to be served the document listed below upon the party listed on <u>Exhibit KK</u> hereto via postage pre-paid U.S. mail:

35) Joint Stipulation And Agreed Order Compromising And Disallowing Proof Of Claim Numbers 1850 And 1854 (Visteon Corporation) (Docket No. 14027) [a copy of which is attached hereto as <u>Exhibit E</u>]

On September 4, 2008, I caused to be served the document listed below upon the parties listed on <u>Exhibit LL</u> hereto via postage pre-paid U.S. mail:

36) Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 14147 ("Textron Fastening Systems, Inc./SPCP Group, L.L.C./Goldman Sachs Credit Partners L.P.) (Docket No. 14028) [a copy of which is attached hereto as <u>Exhibit F</u>]

On September 4, 2008, I caused to be served the document listed below upon the party listed on <u>Exhibit MM</u> hereto via postage pre-paid U.S. mail:

37) Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 2111 (Sumitomo Wiring Systems (USA), Inc.) (Docket No. 14032) [a copy of which is attached hereto as <u>Exhibit G</u>]

On September 4, 2008, I caused to be served the document listed below upon the party listed on <u>Exhibit NN</u> hereto via postage pre-paid U.S. mail:

38) Joint Stipulation And Agreed Order Disallowing And Expunging Proof Of Claim Number 16807 (Georgia Power Company) (Docket No. 14033) [a copy of which is attached hereto as <u>Exhibit H</u>]

On September 4, 2008, I caused to be served the document listed below upon the party listed on <u>Exhibit OO</u> hereto via postage pre-paid U.S. mail:

39) Joint Stipulation And Agreed Order Compromising And Allowing Proofs Of Claim Numbers 1714, 1715, And 1716 (Henman Engineering & Machine, Inc.) (Docket No. 14034) [a copy of which is attached hereto as <u>Exhibit I</u>]

On September 4, 2008, I caused to be served the document listed below upon the party listed on <u>Exhibit PP</u> hereto via postage pre-paid U.S. mail:

40) Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 3048 (Cleo Inc.) (Docket No. 14035) [a copy of which is attached hereto as <u>Exhibit J</u>]

On September 4, 2008, I caused to be served the document listed below upon the party listed on <u>Exhibit QQ</u> hereto via postage pre-paid U.S. mail:

41) Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 7310 (Carclo Technical Plastics) (Docket No. 14036) [a copy of which is attached hereto as <u>Exhibit K</u>]

On September 4, 2008, I caused to be served the document listed below upon the party listed on <u>Exhibit RR</u> hereto via postage pre-paid U.S. mail:

42) Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 8508 (Flow Dry Technology Ltd.) (Docket No. 14037) [a copy of which is attached hereto as <u>Exhibit L</u>]

On September 4, 2008, I caused to be served the document listed below upon the party listed on <u>Exhibit SS</u> hereto via postage pre-paid U.S. mail:

43) Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 7238 (Chris Hughes, Okaloosa County Tax Collector) (Docket No. 14038) [a copy of which is attached hereto as <u>Exhibit M</u>]

On September 4, 2008, I caused to be served the document listed below upon the party listed on <u>Exhibit TT</u> hereto via postage pre-paid U.S. mail:

44) Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 16561 (McNaughton-McKay Electric Of Ohio) (Docket No. 14039) [a copy of which is attached hereto as <u>Exhibit N</u>]

On September 4, 2008, I caused to be served the document listed below upon the party listed on <u>Exhibit UU</u> hereto via postage pre-paid U.S. mail:

45) Joint Stipulation And Agreed Order Disallowing And Expunging Proof Of Claim Number 11128 (Ohio Public Utilities Commission) (Docket No. 14040) [a copy of which is attached hereto as <u>Exhibit O</u>]

On September 4, 2008, I caused to be served the document listed below upon the party listed on <u>Exhibit VV</u> hereto via postage pre-paid U.S. mail:

46) Joint Stipulation And Agreed Order Modifying And Allowing Proof Of Claim Number 1770 (Lexington County) (Docket No. 14041) [a copy of which is attached hereto as <u>Exhibit P</u>]

On September 4, 2008, I caused to be served the document listed below upon the parties listed on <u>Exhibit WW</u> hereto via postage pre-paid U.S. mail:

47) Stipulation And Consent Order Staying Proceeding Of Adversary Complaints Filed To Obtain Relief Pursuant To 11 U.S.C. § 1144 (Docket No. 14097) [a copy of which is attached hereto as <u>Exhibit T</u>]

On September 4, 2008, I caused to be served the documents listed below upon the party listed on <u>Exhibit XX</u> hereto via postage pre-paid U.S. mail:

48) Settlement Stipulation And Agreed Order Among The Debtors Of Furukawa Electric North America APD And Furukawa Electric Co., LTD. (Docket No. 14100) [a copy of which is attached hereto as <u>Exhibit U</u>]

49) Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 10574 (Furukawa Electric North America APD And Furukawa Electric Co., Ltd) (Docket No. 14101) [a copy of which is attached hereto as <u>Exhibit V</u>]

On September 4, 2008, I caused to be served the document listed below upon the party listed on <u>Exhibit YY</u> hereto via postage pre-paid U.S. mail:

50) Joint Stipulation And Agreed Order (1) Compromising And Allowing Proofs Of Claim Numbers 853, 854, 1266, 1267,1283, 1284, 1288, 1289, 1330, 5300, 5301, 5520, 5521, 6470, 7914 14187, 16357, 16486 And 16790 And (II) Disallowing Proofs Of Claim Numbers 16589 And 16590 (Texas Taxing Authorities) (Docket No. 14111) [a copy of which is attached hereto as <u>Exhibit W</u>]

On September 4, 2008, I caused to be served the document listed below upon the parties listed on <u>Exhibit ZZ</u> hereto via postage pre-paid U.S. mail:

51) Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 10257 (Quaker Chemical Corporation And JPMorgan Chase Bank, N.A) (Docket No. 14112) [a copy of which is attached hereto as <u>Exhibit X</u>]

On September 4, 2008, I caused to be served the document listed below upon the party listed on <u>Exhibit AAA</u> hereto via postage pre-paid U.S. mail:

52) Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 12162 (Marquardt Switches, Inc.) (Docket No. 14113) [a copy of which is attached hereto as <u>Exhibit Y</u>]

On September 4, 2008, I caused to be served the document listed below upon the party listed on <u>Exhibit BBB</u> hereto via postage pre-paid U.S. mail:

53) Joint Stipulation And Agreed Order Disallowing And Expunging Proof Of Claim Number 16729 (Commonwealth Of Virginia Department Of Taxation) (Docket No. 14114) [a copy of which is attached hereto as <u>Exhibit Z</u>]

On September 4, 2008, I caused to be served the document listed below upon the parties listed on <u>Exhibit CCC</u> hereto via postage pre-paid U.S. mail:

54) Joint Stipulation And Agreed Order Compromising And Allowing Proofs Of Claim Number 14140 (SPCP Group, L.L.C., As Agent For Silver Point Capital Fund, L.P. And Silver Point Capital Offshore Fund, Ltd., As Assignee Of Jabil Circuit) (Docket No. 14115) [a copy of which is attached hereto as <u>Exhibit AA</u>]

On September 4, 2008, I caused to be served the document listed below upon the party listed on <u>Exhibit DDD</u> hereto via postage pre-paid U.S. mail:

55) Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 3734 (Hidria USA) (Docket No. 14116) [a copy of which is attached hereto as <u>Exhibit BB</u>]

On September 4, 2008, I caused to be served the document listed below upon the party listed on <u>Exhibit EEE</u> hereto via postage pre-paid U.S. mail:

56) Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 16507 And Disallowing And Expunging Proof Of Claim Number 15939 (RT Sub, LLC F/K/A Receptec, LLC) (Docket No. 14117) [a copy of which is attached hereto as <u>Exhibit CC</u>]

On September 4, 2008, I caused to be served the documents listed below upon the parties listed on <u>Exhibit FFF</u> hereto via postage pre-paid U.S. mail:

57) Joint Stipulation And Agreed Order Compromising And Allowing Proofs Of Claim Numbers 9950, 9951 And 9953 (Contrarian Funds, LLC And Ferro Electronic Materials, Inc. (Docket No. 14118) [a copy of which is attached hereto as <u>Exhibit DD</u>]

58) Joint Stipulation And Agreed Order Compromising And Allowing Proofs Of Claim Numbers 9950, 9951 And 9953 (Contrarian Funds, LLC And Ferro Electronic Materials, Inc.) (Docket No. 14119) [a copy of which is attached hereto as <u>Exhibit EE</u>]

59) Joint Stipulation And Agreed Order Compromising And Allowing Proofs Of Claim Numbers 9950, 9951 And 9953 (Contrarian Funds, LLC And Ferro Electronic Materials, Inc.) (Docket No. 14121) [a copy of which is attached hereto as <u>Exhibit FF</u>]

On September 4, 2008, I caused to be served the document listed below upon the party listed on <u>Exhibit GGG</u> hereto via postage pre-paid U.S. mail:

60) Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 11542 (Flex Technologies, Inc.) (Docket No. 14122) [a copy of which is attached hereto as <u>Exhibit GG</u>]

On September 4, 2008, I caused to be served the document listed below upon the party listed on <u>Exhibit HHH</u> hereto via postage pre-paid U.S. mail:

61) Joint Stipulation And Agreed Order Setting Maximum Amount Of Proof Of Claim Number 13512 (Oscar Sanchez) (Docket No. 14123) [a copy of which is attached hereto as <u>Exhibit HH</u>]

On September 4, 2008, I caused to be served the document listed below upon the parties listed on <u>Exhibit III</u> hereto via postage pre-paid U.S. mail:

62) Joint Stipulation And Agreed Order Compromising And Allowing Proofs Of Claim Numbers 808, 1544, 1546, 2364, 5102, 7235, 7367, 7369, 7459, 8024, 8029, 8030, 8718, 8791, 9789, 9795, 10184, 10385, 11447, 15447, 16377, 16446, 16542 And 16544 Asserted By Contrarian Funds, LLC (Docket No. 14124) [a copy of which is attached hereto as <u>Exhibit II</u>]

Dated: September 9, 2008

_____/s/ Elizabeth Adam_____
Elizabeth Adam

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 9th day of September, 2008, by Elizabeth Adam, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: ____/s/ Vanessa R. Quiñones_____

Commission Expires:__3/20/11_____

# EXHIBIT A

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | rstark@brownrudnick.com | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | bsimon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | sreisman@cm-p.com | Counsel to Flextronics International, Inc.; Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | donald.bernstein@dpw.com brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | cschiff@flextronics.com | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | paul.anderson@flextronics.com | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | trey.chambers@freescale.com | Creditor Committee Member |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | rodbuje@ffhsj.com sliviri@ffhsj.com | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | valerie.venable@ge.com | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | lhassel@groom.com | Counsel to Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 1540 Broadway | 24th Fl | New York | NY | 10036 | 212-751-4300 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | susan.atkins@jpmorgan.com | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | sbetance@kccllc.com | Noticing and Claims Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | daniel.fisher@lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | patrick.healy@lawdeb.com | Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 3

9/8/2008 12:48 PM
Master Service List Email

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | jdejonker@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Peter A. Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | pclark@mwe.com | Counsel to Recticel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | conh@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | bmctigue@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | lszlezinger@mesirowfinancial.com | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | gbray@milbank.com tkreller@milbank.com jtill@milbank.com | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | jmoldovan@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | william.dornbos@oag.state.ny.us | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | efile@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | landy.ralph@pbgc.gov | Chief Counsel to the Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | 212-218-5500 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | ddoyle@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | nfranke@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

9/8/2008 12:48 PM
Master Service List Email

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | cp@stevenslee.com cs@stevenslee.com | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | mwarner@warnerstevens.com | Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | harvey.miller@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | jeff.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

9/8/2008 12:48 PM
Master Service List Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-------|------------------|
| Adalberto Cañadas Castillo | | Avda Ramon de Carranza | 10-1° | Cadiz | | 11006 | Spain | 34 956 226 311 | adalberto@canadas.com | Representative to DASE |
| Adler Pollock & Sheehan PC | Joseph Avanzato | One Citizens Plz 8th Fl | | Providence | RI | 02903 | | 401-274-7200 | javanzato@apslaw.com | Attorneys for Fry's Metals Inc. and Specialty Coatings Systems Eft |
| Airgas, Inc. | David Boyle | 259 Radnor-Chester Road, Suite 100 | P.O. Box 6675 | Radnor | PA | 19087-8675 | | 610-902-6028 | david.boyle@airgas.com | Counsel to Airgas, Inc. |
| Akin Gump Strauss Hauer & Feld, LLP | David M Dunn | 1333 New Hampshire Ave NW | | Washington | DC | 20036 | | 202-887-4000 | ddunn@akingump.com | Counsel to TAI Unsecured Creditors Liquidating Trust |
| Akin Gump Strauss Hauer & Feld, LLP | Ira S Dizengoff | 590 Madison Ave | | New York | NY | 10022-2524 | | 212-872-1000 | idizengoff@akingump.com | Counsel to TAI Unsecured Creditors Liquidating Trust |
| Akin Gump Strauss Hauer & Feld, LLP | Peter J. Gurfein | 2029 Centure Park East | Suite 2400 | Los Angeles | CA | 90067 | | 310-552-6696 | pgurfein@akingump.com | Counsel to Wamco, Inc. |
| Allen Matkins Leck Gamble & Mallory LLP | Michael S. Greger | 1900 Main Street | Fifth Floor | Irvine | CA | 92614-7321 | | 949-553-1313 | mgreger@allenmatkins.com | Counsel to Kilroy Realty, L.P. |
| Alston & Bird, LLP | Craig E. Freeman | 90 Park Avenue | | New York | NY | 10016 | | 212-210-9400 | craig.freeman@alston.com | Counsel to Cadence Innovation, LLC |
| Alston & Bird, LLP | Dennis J. Connolly; David A. Wender | 1201 West Peachtree Street | | Atlanta | GA | 30309 | | 404-881-7269 | dconnolly@alston.com dwender@alston.com | Counsel to Cadence Innovation, LLC, PD George Co, Furukawa Electric Companay, Ltd., and Furukawa Electric North America APD, Inc. |
| Ambrake Corporation | Brandon J. Kessinger | 300 Ring Road | | Elizabethtown | KY | 42701 | | 270-234-5428 | bkessinger@akebono-usa.com | Representative for Ambrake Corporation |
| American Axle & Manufacturing, Inc. | Steven R. Keyes | One Dauch Drive, Mail Code 6E-2-42 | | Detroit | MI | 48243 | | 313-758-4868 | steven.keyes@aam.com | Representative for American Axle & Manufacturing, Inc. |
| Andrews Kurth LLP | Gogi Malik | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | gogimalik@andrewskurth.com | Counsel to ITW Mortgage Investments IV, Inc. |
| Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP | Mark T. Flewelling | 199 South Los Robles Avenue | Suite 600 | Pasadena | CA | 91101-2459 | | 626-535-1900 | mtf@afrct.com | Counsel to Stanley Electric Sales of America, Inc. |
| Anthony Ostlund & Baer PA | John B Orenstein | 3600 Wells Fargo Ctr | 90 S 7th St | Minneapolis | MN | 55402 | | 612-349-6969 | jorenstein@aoblaw.com | Attorneys for Whitebox Hedged High Yield Partners, LP |
| Arent Fox PLLC | Mitchell D. Cohen | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | Cohen.Mitchell@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arent Fox PLLC | Robert M. Hirsh | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | Hirsh.Robert@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arnall Golden Gregory LLP | Darryl S. Laddin | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | | 404-873-8120 | dladdin@agg.com | Counsel to Daishinku (America) Corp. d/b/a KDS America ("Daishinku"), SBC Telecommunications, Inc. (SBC) |
| Arnold & Porter LLP | Joel M. Gross | 555 Twelfth Street, N.W. | | Washington | D.C. | 20004-1206 | | 202-942-5000 | joel_gross@aporter.com | Counsel to CSX Transportation, Inc. |
| ATS Automation Tooling Systems Inc. | Carl Galloway | 250 Royal Oak Road | | Cambridge | Ontario | N3H 4R6 | Canada | 519-653-4483 | cgalloway@atsautomation.com | |
| Balch & Bingham LLP | Eric T. Ray | PO Box 306 | | Birmingham | AL | 35201 | | 205-251-8100 | eray@balch.com | Attorney for Alabama Power Company |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | Kimberly J. Robinson | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | kim.robinson@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | William J. Barrett | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | william.barrett@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 22

9/8/2008 12:42 PM
Email (386)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Barnes & Thornburg LLP | Alan K. Mills | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | alan.mills@btlaw.com | Counsel to Mays Chemical Company |
| Barnes & Thornburg LLP | John T. Gregg | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3930 | john.gregg@btlaw.com | Counsel to Priority Health; Clarion Corporation of America |
| Barnes & Thornburg LLP | Mark R. Owens | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | mark.owens@btlaw.com | Counsel to Clarion Corporation of America |
| Barnes & Thornburg LLP | Michael K. McCrory | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | michael.mccrory@btlaw.com | Counsel to Gibbs Die Casting; Clarion Corporation of America |
| Barnes & Thornburg LLP | Patrick E. Mears | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3936 | pmears@btlaw.com | Counsel to Armada Rubber Manufacturing Company, Bank of America Leasing & Leasing & Capital, LLC, & AutoCam Corporation |
| Barnes & Thornburg LLP | Wendy D. Brewer | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | wendy.brewer@btlaw.com | Counsel to Gibbs Die Casting Corporation |
| Bartlett Hackett Feinberg P.C. | Frank F. McGinn | 155 Federal Street | 9th Floor | Boston | MA | 02110 | | 617-422-0200 | ffm@bostonbusinesslaw.com | Counsel to Iron Mountain Information Management, Inc. |
| Beeman Law Office | Thomas M Beeman | 33 West 10th Street | Suite 200 | Anderson | IN | 46016 | | 765-640-1330 | tom@beemanlawoffice.com | Counsel to Madison County (Indiana) Treasurer |
| Bernstein Litowitz Berger & Grossman | Hannah E. Greenwald | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1411 | hannah@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | John P. Coffey | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1409 | sean@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | Wallace A. Showman | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1429 | wallace@blbglaw.com | Counsel to SANLUIS Rassini International, Inc.; Rassini, S.A. de C.V. |
| Berry Moorman P.C. | James P. Murphy | 535 Griswold | Suite 1900 | Detroit | MI | 48226 | | 313-496-1200 | murph@berrymoorman.com | Counsel to Kamax L.P.; Optrex America, Inc.; GKN Sinter Metals, Inc. |
| Bialson, Bergen & Schwab | Kenneth T. Law, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | klaw@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.. |
| Bialson, Bergen & Schwab | Lawrence M. Schwab, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | lschwab@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.; Solectron Corporation; Solectron De Mexico SA de CV; Solectron Invotronics; Coherent, Inc.; Veritas Software Corporation |
| Bialson, Bergen & Schwab | Patrick M. Costello, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | pcostello@bbslaw.com | Solectron Corporation; Solectron de Mexico SA de CV; Solectron Invotronics and Coherent, Inc. |
| Bialson, Bergen & Schwab | Thomas M. Gaa | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | tgaa@bbslaw.com | Counsel to Veritas Software Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 22

9/8/2008 12:42 PM
Email (386)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Bingham McHale LLP | John E Taylor Whitney L Mosby | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-635-8900 | jtaylor@binghammchale.com wmosby@binghammchale.com | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |
| Blank Rome LLP | Marc E. Richards | The Chrylser Building | 405 Lexington Avenue | New York | NY | 10174 | | 212-885-5000 | mrichards@blankrome.com | Counsel to DENSO International America, Inc. |
| Bodman LLP | Ralph E. McDowell | 100 Renaissance Center | 34th Floor | Detroit | MI | 48243 | | 313-393-7592 | rmcdowell@bodmanllp.com | Counsel to Freudenberg-NOK; General Partnership; Freudenberg-NOK, Inc.; Flextech, Inc.; Vibracoustic de Mexico, S.A. de C.V.; Lear Corporation; American Axle & Manufacturing, Inc. |
| Bond, Schoeneck & King, PLLC | Camille W. Hill | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | chill@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp. |
| Bond, Schoeneck & King, PLLC | Charles J. Sullivan | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | csullivan@bsk.com | Counsel to Diemolding Corporation |
| Bond, Schoeneck & King, PLLC | Stephen A. Donato | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | sdonato@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp; Diemolding Corporation |
| Bose McKinney & Evans LLP | Michael A Trentadue Carina M de la Torre | 2700 First Indiana Plz | 135 N Pennsylvania St | Indianapolis | IN | 46204 | | 317-684-5000 | mtrentadue@boselaw.com cdelatorre@boselaw.com | Counsel to Decatur Plastics Products, Inc. and Eikenberry & Associates, Inc.; Lorentson Manufacturing, Company, Inc.; Lorentson Tooling, Inc.; L & S Tools, Inc.; Hewitt Tool & Die, Inc. |
| Boult, Cummings, Conners & Berry, PLC | Austin L. McMullen | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | amcmullen@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Boult, Cummings, Conners & Berry, PLC | Roger G. Jones | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | rjones@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Brembo S.p.A. | Massimiliano Cini | Administration Department via Brembo 25 | 24035 Curno BG | Bergamo | | | Italy | 00039-035-605-529 | massimiliano_cini@brembo.it | Creditor |
| Brown & Connery, LLP | Donald K. Ludman | 6 North Broad Street | | Woodbury | NJ | 08096 | | 856-812-8900 | dludman@brownconnery.com | Counsel to SAP America, Inc. |
| Buchalter Nemer, A Profesional Corporation | Shawn M. Christianson | 333 Market Street | 25th Floor | San Francisco | CA | 94105-2126 | | 415-227-0900 | schristianson@buchalter.com | Counsel to Oracle USA, Inc.; Oracle Credit Corporation |
| Buchanan Ingersoll & Rooney | Mary Caloway | The Brandywine Building | 1000 West Street, Suite 1410 | Wilmington | DE | 19801 | | 302-552-4200 | mary.caloway@bipc.com | Counsel to Fiduciary Counselors |
| Buchanan Ingersoll & Rooney | William H. Schorling, Esq. | 1835 Market St. 14th Floor | | Philadelphia | PA | 19103 | | 215-665-5326 | william.schorling@bipc.com | Counsel to Fiduciary Counselors |
| Burr & Forman LLP | Michael Leo Hall | 420 North Twentieth Street | Suite 3100 | Birmingham | AL | 35203 | | (205) 458-5367 | mhall@burr.com | Counsel to Mercedes-Benz U.S. International, Inc |
| Cadwalader Wickersham & Taft LLP | Jeannine D'Amico | 1201 F St NW Ste 1100 | | Washington | DC | 20004 | | 202-862-2452 | jeannine.damico@cwt.com | Attorneys for the Audit Committee of Delphi Corporation |
| Cahill Gordon & Reindel LLP | Jonathan Greenberg | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | jonathan.greenberg@BASF.COM | Counsel to Engelhard Corporation |
| Cahill Gordon & Reindel LLP | Robert Usadi | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | rusadi@cahill.com | Counsel to Engelhard Corporation |
| Calfee, Halter & Griswold LLC | Jean R. Robertson, Esq. | 1400 McDonald Investment Ctr | 800 Superior Ave | Cleveland | OH | 44114 | | 216-622-8404 | jrobertson@calfee.com | Counsel to Brush Engineered materials |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Calinoff & Katz, LLp | Dorothy H. Marinis-Riggio, Robert Calinoff | 140 East 45th Street | 17th Floor | New York | NY | 10017 | | 212-826-8800 | dhriggio@gmail.com rcalinoff@candklaw.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, I |
| Carson Fischer, P.L.C. | Robert A. Weisberg | 300 East Maple Road | Third Floor | Birmingham | MI | 48009-6317 | | 248-644-4840 | rweisberg@carsonfischer.com | Counsel to Cascade Die Casting Group, Inc. |
| Carter Ledyard & Milburn LLP | Aaron R. Cahn | 2 Wall Street | | New York | NY | 10005 | | 212-732-3200 | cahn@clm.com | Counsel to STMicroelectronics, Inc. |
| Chadbourne & Parke LLP | Douglas Deutsch, Esq. | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-408-5100 | ddeutsch@chadbourne.com | Counsel to EagleRock Capital Management, LLC |
| Clark Hill PLC | Joel D. Applebaum | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | japplebaum@clarkhill.com | Counsel to 1st Choice Heating & Cooling, Inc.; BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLC | Shannon Deeby | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | sdeeby@clarkhill.com | Counsel to BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLLC | Robert D. Gordon | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8572 | rgordon@clarkhill.com | Counsel to ATS Automation Tooling Systems Inc. |
| Cleary Gottlieb Steen & Hamilton LLP | Deborah M. Buell | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | maofiling@cgsh.com | Counsel to Arneses Electricos Automotrices, S.A.de C.V.; Cordaflex, S.A. de C.V. |
| Cleary, Gottlieb, Steen & Hamilton LLP | James L. Bromley | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | maofiling@cgsh.com | Counsel to Bear, Stearns, Co. Inc.; Citigroup, Inc.; Credit Suisse First Boston; Deutsche Bank Securities, Inc.; Goldman Sachs Group, Inc.; JP Morgan Chase & Co.; Lehman Brothers, Inc.; Merrill Lynch & Co.; Morgan Stanley & Co., Inc.; UBS Securities, LLC |
| Cohen & Grigsby, P.C. | Thomas D. Maxson | 11 Stanwix Street | 15th Floor | Pittsburgh | PA | 15222-1319 | | 412-297-4706 | tmaxson@cohenlaw.com | Counsel to Nova Chemicals, Inc. |
| Cohen, Weiss & Simon LLP | Joseph J. Vitale, Babette Ceccotti | 330 West 42nd Street | | New York | NY | 10036 | | 212-356-0238 | jvitale@cwsny.com bceccotti@cwsny.com | Counsel to International Union, United Automobile, Areospace and Agriculture Implement Works of America (UAW) |
| Cohn Birnbaum & Shea P.C. | Scott D. Rosen, Esq. | 100 Pearl Street, 12th Floor | | Hartford | CT | 06103 | | 860-493-2200 | srosen@cb-shea.com | Counsel to Floyd Manufacturing Co., Inc. |
| Conlin, McKenney & Philbrick, P.C. | Bruce N. Elliott | 350 South Main Street | Suite 400 | Ann Arbor | MI | 48104 | | 734-971-9000 | Elliott@cmplaw.com | Counsel to Brazeway, Inc. |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C. Wisler, Esq. | 1007 N. Orange Street | P.O. Box 2207 | Wilmington | DE | 19899 | | 302-658-9141 | jwisler@cblh.com | Counsel to ORIX Warren, LLC |
| Contrarian Capital Management, L.L.C. | Mark Lee, Janice Stanton, Bill Raine, Seth Lax | 411 West Putnam Avenue | Suite 225 | Greenwich | CT | 06830 | | 203-862-8200 (230) 862-8231 | mlee@contrariancapital.com jstanton@contrariancapital.com wraine@contrariancapital.com solax@contrariancapital.com | Counsel to Contrarian Capital Management, L.L.C. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 4 of 22

9/8/2008 12:42 PM
Email (386)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Coolidge, Wall, Womsley & Lombard Co. LPA | Ronald S. Pretekin | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | Pretekin@coollaw.com | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany; Attorneys for Columbia Industrial |
| Covington & Burling | Susan Power Johnston Aaron R. Marcu | 620 Eighth Ave | | New York | NY | 10018 | | 212-841-1005 | sjohnston@cov.com | Special Counsel to the Debtor |
| Cox, Hodgman & Giarmarco, P.C. | Sean M. Walsh, Esq. | Tenth Floor Columbia Center | 101 W. Big Beaver Road | Troy | MI | 48084-5280 | | 248-457-7000 | swalsh@chglaw.com | Counsel to Nisshinbo Automotive Corporation |
| Curtin & Heefner, LLP | Daniel P. Mazo | 250 N. Pennslyvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | dpm@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Curtin & Heefner, LLP | Robert  Szwajkos | 250 N. Pennslyvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | rsz@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Cindi Eilbott | 101 Park Avenue | | New York | NY | 10178-0061 | | 212-696-6936 | ceilbott@curtis.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Damon & Morey LLP | William F. Savino | 1000 Cathedral Place | 298 Main Street | Buffalo | NY | 14202-4096 | | 716-856-5500 | wsavino@damonmorey.com | Counsel to Relco, Inc.; The Durham Companies, Inc. |
| David P. Martin | | 519 Energy Center Blvd | Ste 1104 | Northport | AL | 35401 | | 205-343-1771 | davidpmartin@erisacase.com davidpmartin@bellsouth.net | Co-Counsel for David Gargis, Jimmy Mueller, and D. Keith Livingston |
| Day Pitney LLP | Richard M. Meth | P.O. Box 1945 | | Morristown | NJ | 07962-1945 | | 973-966-6300 | rmeth@daypitney.com | Counsel to Marshall E. Campbell Company |
| Day Pitney LLP | Ronald S. Beacher Conrad K. Chiu | 7 Times Square | | New York | NY | 10036 | | 212-297-5800 | rbeacher@daypitney.com cchiu@daypitney.com | Counsel to IBJTC Business Credit Corporation, as successor to IBJ Whitehall Business Credit Corporation |
| Denso International America, Inc. | Carol Sowa | 24777 Denso Drive | | Southfield | MI | 48086 | | 248-372-8531 | carol_sowa@denso-diam.com | Counsel to Denso International America, Inc. |
| DiConza Law, P.C. | Gerard DiConza, Esq. | 630 Third Avenue, 7th Floor | | New York | NY | 10017 | | 212-682-4940 | gdiconza@dlawpc.com | Counsel to Tyz-All Plastics, Inc.; Co-Counsel to Tower Automotive, Inc. |
| Dinsmore & Shohl LLP | John Persiani | 1900 Chemed Center | 255 East Fifth Street | Cincinnati | OH | 45202 | | 513-977-8200 | john.persiani@dinslaw.com | Counsel to The Procter & Gamble Company |
| DLA Piper Rudnick Gray Cary US LLP | Richard M. Kremen Maria Ellena Chavez-Ruark | The Marbury Building | 6225 Smith Avenue | Baltimore | Maryland | 21209-3600 | | 410-580-3000 | richard.kremen@dlapiper.com | Counsel to Constellation NewEnergy, Inc. & Constellation NewEnergy - Gas Division, LLC |
| Dreier LLP | Maura I. Russell Wendy G. Marcari | 499 Park Ave | 14th Fl | New York | NY | 10022 | | 212-328-6100 | jguerrier@dreierllp.com | Counsel to SPCP Group LLC |
| Drinker Biddle & Reath LLP | Andrew C. Kassner | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | andrew.kassner@dbr.com | Counsel to Penske Truck Leasing Co., L.P. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 5 of 22

9/8/2008 12:42 PM
Email (386)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Drinker Biddle & Reath LLP | David B. Aaronson | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | david.aaronson@dbr.com | Counsel to Penske Truck Leasing Co., L.P. and Quaker Chemical Corporation |
| Drinker Biddle & Reath LLP | Janice B. Grubin | 140 Broadway 39th Fl | | New York | NY | 10005-1116 | | 212-248-3140 | janice.grubin@dbr.com | Counsel to Vanguard Distributors, Inc. |
| Duane Morris LLP | Joseph H. Lemkin | 744 Broad Street | Suite 1200 | Newark | NJ | 07102 | | 973-424-2000 | jhlemkin@duanemorris.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC; and Hosiden America Corporation |
| Duane Morris LLP | Margery N. Reed, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | dmdelphi@duanemorris.com | Counsel to ACE American Insurance Company |
| Duane Morris LLP | Wendy M. Simkulak, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | wmsimkulak@duanemorris.com | Counsel to ACE American Insurance Company |
| Dykema Gossett PLLC | Brendan G Best Esq | 39577 Woodward Ave Ste 300 | | Bloomfield Hills | MI | 48304 | | 248-203-0523 | bbest@dykema.com | Attorneys for Tremont City Barrel Fill PRP Group; Counsel for Federal Screw |
| Dykema Gossett PLLC | Sharon A. Salinas | 10 South Wacker Dr | Suite 2300 | Chicago | IL | 60606 | | 312-627-2199 | ssalinas@dykema.com | Counsel to Tremont City Barrel Fill PRP Group |
| Eckert Seamans Cherin & Mellott LLC | Michael G. Busenkell | 300 Delaware Avenue | Suite 1360 | Wilmington | DE | 19801 | | 302-425-0430 | mbusenkell@eckertseamans.com | Counsel to Chicago Miniature Optoelectronic Technologies, Inc. |
| Electronic Data Systems Corporation | Ayala Hassell | 5400 Legacy Dr. | Mail Stop H3-3A-05 | Plano | TX | 75024 | | 212-715-9100 | ayala.hassell@eds.com | Representative for Electronic Data Systems Corporation |
| Entergy Services, Inc. | Alan H. Katz | 639 Loyola Ave 26th Fl | | New Orleans | LA | 70113 | | | akatz@entergy.com | Assistant General Counsel to Entergy Services, Inc. |
| Ettelman & Hochheiser, P.C. | Gary Ettelman | c/o Premium Cadillac | 77 Main Street | New Rochelle | NY | 10801 | | 516-227-6300 | gettelman@e-hlaw.com | Counsel to Jon Ballin |
| Filardi Law Offices LLC | Charles J. Filardi, Jr., Esq. | 65 Trumbull Street | Second Floor | New Haven | CT | 06510 | | 203-562-8588 | charles@filardi-law.com | Counsel to Federal Express Corporation |
| Finkel Goldstein Rosenbloom & Nash LLP | Ted J. Donovan | 26 Broadway | Suite 711 | New York | NY | 10004 | | 212-344-2929 | tdonovan@finkgold.com | Counsel to Pillarhouse (U.S.A.) Inc. |
| Foley & Lardner LLP | David G Dragich | 500 Woodward Ave Suite 2700 | | Detroit | MI | 48226-3489 | | 313-234-7100 | ddragich@foley.com | Counsel to Intermet Corporation |
| Foley & Lardner LLP | Jill L. Murch | 321 North Clark Street | Suite 2800 | Chicago | IL | 60610-4764 | | 312-832-4500 | jmurch@foley.com | Counsel to Kuss Corporation |
| Foley & Lardner LLP | John A. Simon | One Detroit Center | 500 Woodward Ave Suite 2700 | Detroit | MI | 48226-3489 | | 313-234-7100 | jsimon@foley.com | Counsel to Ernst & Young LLP |
| Foley & Lardner LLP | Michael P. Richman | 90 Park Avenue | 37th Floor | New York | NY | 10016-1314 | | 212-682-7474 | mrichman@foley.com | Counsel to Ernst & Young LLP |
| Fox Rothschild LLP | Fred Stevens | 13 East 37th Street | Suite 800 | New York | NY | 10016 | | 212-682-7575 | fstevens@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Fox Rothschild LLP | Michael J. Viscount, Jr. | 1301 Atlantic Avenue | Suite 400 | Atlantic City | NJ | 08401-7212 | | 609-348-4515 | mviscount@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Frederick T. Rikkers | | 419 Venture Court | P.O. Box 930555 | Verona | WI | 53593 | | 608-848-6350 | frikkers@rikkerslaw.com | Counsel to Southwest Metal Finishing, Inc. |
| Fulbright & Jaworski LLP | David A Rosenzweig | 666 Fifth Avenue | | New York | NY | 10103-3198 | | 212-318-3000 | drosenzweig@fulbright.com | Counsel to Southwest Research Institute Attorney for Solvay Fluorides, LLC |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 6 of 22

9/8/2008 12:42 PM
Email (386)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-------|------------------|
| Fulbright & Jaworski LLP | Michael M Parker | 300 Convent St Ste 2200 | | San Antonio | TX | 78205 | | 210-224-5575 | mparker@fulbright.com | Counsel to Southwest Research Institute |
| Genovese Joblove & Battista, P.A. | David C. Cimo | 100 S.E. 2nd Street | Suite 4400 | Miami | FL | 33131 | | 305-349-2300 | dcimo@gjb-law.com | Counsel to Ryder Integrated Logistics, Inc. |
| Gibbons P.C. | David N. Crapo | One Gateway Center | | Newark | NJ | 07102-5310 | | 973-596-4523 | dcrapo@gibbonslaw.com | Counsel to Epcos, Inc. |
| Goldberg Segalla LLP | Attn Bruce W Hoover | 665 Main St Ste 400 | | Buffalo | NY | 14203 | | 716-566-5400 | bhoover@goldbergsegalla.com | Attorneys for MasTec Inc. |
| Goodwin Proctor LLP | Allan S. Brilliant | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | abrilliant@goodwinproctor.com | Counsel to UGS Corp. |
| Goodwin Proctor LLP | Craig P. Druehl | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | cdruehl@goodwinproctor.com | Counsel to UGS Corp. |
| Gorlick, Kravitz & Listhaus, P.C. | Barbara S. Mehlsack | 17 State Street | 4th Floor | New York | NY | 10004 | | 212-269-2500 | bmehlsack@gkllaw.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Goulston & Storrs, P.C. | Peter D. Bilowz | 400 Atlantic Avenue | | Boston | MA | 02110-333 | | 617-482-1776 | pbilowz@goulstonstorrs.com | Counsel to Thermotech Company |
| Grant & Eisenhofer P.A. | Jay W. Eisenhofer | 45 Rockefeller Center | 650 Fifth Avenue | New York | NY | 10111 | | 212-755-6501 | jeisenhofer@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Gratz, Miller & Brueggeman, S.C. | Matthew R. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | mrr@previant.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Gratz, Miller & Brueggeman, S.C. | Timothy C. Hall | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | tch@previant.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Graydon Head & Ritchey LLP | J. Michael Debbler, Susan M. Argo | 1900 Fifth Third Center | 511 Walnut Street | Cincinnati | OH | 45202 | | 513-621-6464 | mdebbeler@graydon.com | Counsel to Grote Industries; Batesville Tool & Die; PIA Group; Reliable Castings |
| Greenberg Traurig, LLP | Maria J. DiConza | MetLife Bldg | 200 Park Avenue | New York | NY | 10166 | | 212-801-9200 | diconzam@gtlaw.com | Counsel to Samtech Corporation |
| Greenberg Traurig, LLP | Shari L. Heyen | 1000 Louisiana | Suite 1800 | Houston | TX | 77002 | | 713-374-3500 | heyens@gtlaw.com | Counsel to Samtech Corporation |
| Greensfelder, Hemker & Gale, P.C. | Cherie Macdonald J. Patrick Bradley | 10 S. Broadway | Suite 200 | St. Louis | MO | 63102 | | 314-241-9090 | ckm@greensfelder.com jpb@greensfelder.com | Counsel to ARC Automotive, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 7 of 22

9/8/2008 12:42 PM
Email (386)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-------|------------------|
| Halperin Battaglia Raicht, LLP | Alan D. Halperin Christopher J.Battaglia Julie D. Dyas | 555 Madison Avenue | 9th Floor | New York | NY | 10022 | | 212-765-9100 | cbattaglia@halperinlaw.net ahalperin@halperinlaw.net jdyas@halperinlaw.net | Counsel to Pacific Gas Turbine Center, LLC and Chromalloy Gas Turbine Corporation; ARC Automotive, Inc |
| Hancock & Estabrook LLP | R John Clark Esq | 1500 Tower I | PO Box 4976 | Syracuse | NY | 13221-4976 | | 315-471-3151 | rjclark@hancocklaw.com | Counsel to Alliance Precision Plastics Corporation |
| Harris D. Leinwand | Harris D. Leinwand | 350 Fifth Avenue | Suite 2418 | New York | NY | 10118 | | 212-725-7338 | hleinwand@aol.com | Counsel to Baker Hughes Incorporated; Baker Petrolite Corporation |
| Haynes and Boone, LLP | Judith Elkin | 153 East 53rd Street | Suite 4900 | New York | NY | 10022 | | 212-659-7300 | judith.elkin@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Haynes and Boone, LLP | Lenard M. Parkins Kenric D. Kattner | 1 Houston Center | 1221 McKinney, Suite 2100 | Houston | TX | 77010 | | 713-547-2000 | lenard.parkins@haynesboone.com kenric.kattner@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Herrick, Feinstein LLP | Paul Rubin | 2 Park Avenue | | New York | NY | 10016 | | 212-592-1448 | prubin@herrick.com | Counsel to Canon U.S.A., Inc. and Schmidt Technology GmbH |
| Hewlett-Packard Company | Anne Marie Kennelly | 3000 Hanover St., M/S 1050 | | Palo Alto | CA | 94304 | | 650-857-6902 | anne.kennelly@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Kenneth F. Higman | 2125 E. Katella Avenue | Suite 400 | Anaheim | CA | 92806 | | 714-940-7120 | ken.higman@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Sharon Petrosino | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | | 908-898-4760 | sharon.petrosino@hp.com | Counsel to Hewlett-Packard Financial Services Company |
| Hiscock & Barclay, LLP | J. Eric Charlton | 300 South Salina Street | PO Box 4878 | Syracuse | NY | 13221-4878 | | 315-425-2716 | echarlton@hiscockbarclay.com | Counsel to GW Plastics, Inc. |
| Hodgson Russ LLP | Julia S. Kreher | One M&T Plaza | Suite 2000 | Buffalo | NY | 14203 | | 716-848-1330 | jkreher@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hodgson Russ LLP | Stephen H. Gross, Esq. | 60 E 42nd St 37th Fl | | New York | NY | 10165-0150 | | 212-661-3535 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation, Co-Counsel for Yazaki North America, Inc. |
| Hogan & Hartson L.L.P. | Audrey Moog | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | amoog@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Edward C. Dolan | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | ecdolan@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Scott A. Golden | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | sagolden@hhlaw.com | Counsel to XM Satellite Radio Inc. |
| Holme Roberts & Owen, LLP | Elizabeth K. Flaagan | 1700 Lincoln | Suite 4100 | Denver | CO | 80203 | | 303-861-7000 | elizabeth.flaagan@hro.com | Counsel to CoorsTek, Inc.; Corus, L.P. |
| Honigman, Miller, Schwartz and Cohn, LLP | Donald T. Baty, Jr. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7314 | dbaty@honigman.com | Counsel to Fujitsu Ten Corporation of America |
| Honigman, Miller, Schwartz and Cohn, LLP | E. Todd Sable | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7548 | tsable@honigman.com | Counsel to Valeo Climate Control Corp.; Valeo Electrical Systems, Inc. - Motors and Actuators Division;Valeo Electrical Systems, Inc. - Wipers Division; Valeo Switches & Detection System, Inc. |
| Honigman, Miller, Schwartz and Cohn, LLP | Lawrence J. Murphy | 2290 First National Building | 660 Woodward Ave | Detroit | MI | 48226 | | 313-465-7488 | lmurphy@honigman.Com | Attorneys for Guide Corporation and Lightsource Parent Corporation |
| Honigman, Miller, Schwartz and Cohn, LLP | Seth A Drucker | 2290 First National Building | 660 Woodward Avenue Ste 2290 | Detroit | MI | 48226 | | 313-465-7626 | sdrucker@honigman.com | Counsel for Valeo Climate Control, Corp. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 8 of 22

9/8/2008 12:42 PM
Email (386)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Howard & Howard Attorneys PC | Lisa S Gretchko | 39400 Woodward Ave | Ste 101 | Bloomfield Hills | MI | 48304-5151 | | 248-723-0396 | lgretchko@howardandhoward.com | Intellectual Property Counsel for Delphi Corporation, et al. |
| Howick, Westfall, McBryan & Kaplan, LLP | Louis G. McBryan | 3101 Tower Creek Parkway | Ste 600 One Tower Creek | Atlanta | GA | 30339 | | 678-384-7000 | lmcbryan@hwmklaw.com | Counsel to Vanguard Distributors, Inc. |
| Hunter & Schank Co. LPA | John J. Hunter | One Canton Avenue | 1700 Canton Avenue | Toledo | OH | 43624 | | 419-255-4300 | jrhunter@hunterschank.com | Counsel to ZF Group North America Operations, Inc. |
| Hunter & Schank Co. LPA | Thomas J. Schank | One Canton Avenue | 1700 Canton Avenue | Toledo | OH | 43624 | | 419-255-4300 | tomschank@hunterschank.com | Counsel to ZF Group North America Operations, Inc. |
| Hunton & Wiliams LLP | Michael P. Massad, Jr. | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | mmassad@hunton.com | Counsel to RF Monolithics, Inc. |
| Hunton & Wiliams LLP | Steven T. Holmes | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | sholmes@hunton.com | Counsel to RF Monolithics, Inc. |
| Hurwitz & Fine P.C. | Ann E. Evanko | 1300 Liberty Building | | Buffalo | NY | 14202 | | 716-849-8900 | aee@hurwitzfine.com | Counsel to Jiffy-Tite Co., Inc. |
| Ice Miller | Ben T. Caughey | One American Square | Box 82001 | Indianapolis | IN | 46282-0200 | | 317-236-2100 | Ben.Caughey@icemiller.com | Counsel to Sumco, Inc. |
| Infineon Technologies North America Corporation | Greg Bibbes | 1730 North First Street | M/S 11305 | San Jose | CA | 95112 | | 408-501-6442 | greg.bibbes@infineon.com | General Counsel & Vice President for Infineon Technologies North America Corporation |
| Infineon Technologies North America Corporation | Jeff Gillespie | 2529 Commerce Drive | Suite H | Kokomo | IN | 46902 | | 765-454-2146 | jeffery.gillispie@infineon.com | Global Account Manager for Infineon Technologies North America |
| InPlay Technologies Inc | Heather Beshears | 234 South Extension Road | | Mesa | AZ | 85201 | | | heather@inplaytechnologies.com | Creditor |
| International Union of Operating Engineers | Richard Griffin | 1125-17th Avenue, N.W. | | Washington | DC | 20036 | | 202-429-9100 | rgriffin@iuoe.org | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Jackson Walker LLP | Bruce J. Ruzinsky Desiree K. Killen | 1401 McKinney St Ste 1900 | | Houston | TX | 77010 | | 713-751-4200 | bruzinsky@jw.com dkillen@jw.com | Counsel to Constellation NewEnergy, Inc. |
| Jackson Walker LLP | Heather M. Forrest | 901 Main St Ste 600 | | Dallas | TX | 75202 | | 214-953-6000 | hforrest@jw.com | Counsel to Constellation NewEnergy, Inc. |
| Jaffe, Raitt, Heuer & Weiss, P.C. | Paige E. Barr | 27777 Franklin Road | Suite 2500 | Southfield | MI | 48034 | | 248-351-3000 | pbarr@jaffelaw.com | Counsel to Trutron Corporation |
| James R Scheuerle | Parmenter O'Toole | 601 Terrace Street | PO Box 786 | Muskegon | MI | 49443-0786 | | 231-722-1621 | JRS@Parmenterlaw.com | Counsel to Port City Die Cast and Port City Group Inc |
| Jenner & Block LLP | Ronald R. Peterson | One IBM Plaza | | Chicago | IL | 60611 | | 312-222-9350 | rpeterson@jenner.com | Counsel to SPX Corporation (Contech Division), Alcan Rolled Products-Ravenswood, LLC, Tenneco Inc. and Contech LLC |
| Johnston, Harris Gerde & Komarek, P.A. | Jerry W. Gerde, Esq. | 239 E. 4th St. | | Panama City | FL | 32401 | | 850-763-8421 | gerdekomarek@bellsouth.net | Counsel to Peggy C. Brannon, Bay County Tax Collector |
| Jones Day | Scott J. Friedman | 222 East 41st Street | | New York | NY | 10017 | | 212-326-3939 | sjfriedman@jonesday.com | Counsel to WL. Ross & Co., LLC |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 9 of 22

9/8/2008 12:42 PM
Email (386)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Katten Muchin Rosenman LLP | John P. Sieger, Esq. | 525 West Monroe Street | | Chicago | IL | 60661 | | 312-902-5200 | john.sieger@kattenlaw.com | Counsel to TDK Corporation America and MEMC Electronic Materials, Inc. |
| Kaye Scholer LLP | Richard G Smolev | 425 Park Avenue | | New York | NY | 10022-3598 | | 212-236-8000 | rsmolev@kayescholer.com | Counsel to InPlay Technologies Inc |
| Kegler, Brown, Hill & Ritter Co., LPA | Kenneth R. Cookson | 65 East State Street | Suite 1800 | Columbus | OH | 43215 | | 614-426-5400 | kcookson@keglerbrown.com | Counsel to Solution Recovery Services |
| Keller Rohrback L.L.P. | Lynn Lincoln Sarko Cari Campen Laufenberg Erin M. Rily | 1201 Third Avenue | Suite 3200 | Seattle | WA | 98101 | | 206-623-1900 | lsarko@kellerrohrback.com claufenberg@kellerrohrback.com eriley@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Keller Rohrback P.L.C. | Gary A. Gotto | National Bank Plaza | 3101 North Central Avenue, Suite 900 | Phoenix | AZ | 85012 | | 602-248-0088 | ggotto@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Kennedy, Jennick & Murray | Larry Magarik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | lmagarik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Susan M. Jennik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | sjennik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Thomas Kennedy | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | tkennedy@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| King & Spalding, LLP | Daniel Egan | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | degan@kslaw.com | Counsel to KPMG LLP |
| King & Spalding, LLP | H. Slayton Dabney, Jr. | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | sdabney@kslaw.com | Counsel to KPMG LLP |
| Kirkland & Ellis LLP | Jim Stempel | 200 East Randolph Drive | | Chicago | IL | 60601 | | 312-861-2000 | jstempel@kirkland.com | Counsel to Lunt Mannufacturing Company |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 10 of 22

9/8/2008 12:42 PM
Email (386)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Kirkpatrick & Lockhart Nicholson Graham LLP | Edward M. Fox | 599 Lexington Avenue | | New York | NY | 10022 | | 212-536-4812 | efox@klng.com | Counsel to Wilmington Trust Company, as Indenture trustee |
| Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A. | Sam O. Simmerman | 4775 Munson Street N.W. | P.O. Box 36963 | Canton | OH | 44735-6963 | | 330-497-0700 | sosimmerman@kwgd.com | Counsel to for Millwood, Inc. |
| Kutak Rock LLP | Jay Selanders | 1010 Grand Blvd Ste 500 | | Kansas City | MO | 64106 | | 816-502-4617 | jay.selanders@kutakrock.com | Counsel to DaimlerChrysler Corporation; DaimlerChrysler Motors Company, LLC; DaimlerChrysler Canada, Inc. |
| Kutchin & Rufo, P.C. | Edward D. Kutchin | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | ekutchin@kutchinrufo.com | Counsel to Parlex Corporation |
| Kutchin & Rufo, P.C. | Kerry R. Northrup | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | knorthup@kutchinrufo.com | Counsel to Parlex Corporation |
| Lambert, Leser, Isackson, Cook & Guinta, P.C. | Susan M. Cook | 309 Davidson Building | PO Box 835 | Bay City | MI | 48707-0835 | | 989-893-3518 | smcook@lambertleser.com | Counsel to Linamar Corporation |
| Latham & Watkins | Mark A. Broude | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1384 | mark.broude@lw.com | UCC Professional |
| Latham & Watkins | Michael J. Riela | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | michael.riela@lw.com | UCC Professional |
| Latham & Watkins | Mitchell A. Seider | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | mitchell.seider@lw.com | UCC Professional |
| Latham & Watkins | Robert Rosenberg | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1370 | robert.rosenberg@lw.com | UCC Professional |
| Law Offices of Michael O'Hayer | Michael O'Hayer Esq | 22 N Walnut Street | | West Chester | PA | 19380 | | 610-738-1230 | mkohayer@aol.com | Counsel to A-1 Specialized Services and Supplies Inc |
| Lewis and Roca LLP | Rob Charles, Esq. | One South Church Street | Suite 700 | Tucson | AZ | 85701 | | 520-629-4427 | rcharles@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Lewis and Roca LLP | Susan M. Freeman, Esq. | 40 North Central Avenue | Suite 1900 | Phoenix | AZ | 85004-4429 | | 602-262-5756 | sfreeman@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Linear Technology Corporation | John England, Esq. | General Counsel for Linear Technology Corporation | 1630 McCarthy Blvd. | Milpitas | CA | 95035-7417 | | 408-432-1900 | jengland@linear.com | Counsel to Linear Technology Corporation |
| Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | 1949 South IH 35 (78741) | P.O. Box 17428 | Austin | TX | 78760-7428 | | 512-447-6675 | austin.bankruptcy@publicans.com | Counsel to Cameron County, Brownsville ISD |
| Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | 2323 Bryan Street | Suite 1600 | Dallas | TX | 75201 | | 214-880-0089 | dallas.bankruptcy@publicans.com | Counsel to Dallas County and Tarrant County |
| Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | P.O. Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3478 | houston_bankruptcy@publicans.com | Counsel in Charge for Taxing Authorities: Cypress-Fairbanks Independent School District, City of Houston, Harris County |
| Locke Lord Bissell & Liddell | Timothy S. McFadden | 111 South Wacker Drive | | Chicago | IL | 60606 | | 312-443-0370 | tmcfadden@lockelord.com | Counsel to Methode Electronics, Inc. |
| Loeb & Loeb LLP | P. Gregory Schwed | 345 Park Avenue | | New York | NY | 10154-0037 | | 212-407-4000 | gschwed@loeb.com | Counsel to Creditor The Interpublic Group of Companies, Inc. and Proposed Auditor Deloitte & Touche, LLP |
| Loeb & Loeb LLP | William M. Hawkins | 345 Park Avenue | | New York | NY | 10154 | | 212-407-4000 | whawkins@loeb.com | Counsel to Industrial Ceramics Corporation |
| Lowenstein Sandler PC | Bruce S. Nathan | 1251 Avenue of the Americas | | New York | NY | 10020 | | 212-262-6700 | bnathan@lowenstein.com | Counsel to Daewoo International (America) Corp. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 11 of 22

9/8/2008 12:42 PM
Email (386)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Lowenstein Sandler PC | Ira M. Levee | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | ilevee@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Kenneth A. Rosen | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | krosen@lowenstein.com | Counsel to Cerberus Capital Management, L.P. |
| Lowenstein Sandler PC | Michael S. Etkin | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | metkin@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Scott Cargill | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | scargill@lowenstein.com | Counsel to Cerberus Capital Management, L.P.; AT&T Corporation |
| Lowenstein Sandler PC | Vincent A. D'Agostino | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | vdagostino@lowenstein.com | Counsel to AT&T Corporation |
| Lyden, Liebenthal & Chappell, Ltd. | Erik G. Chappell | 5565 Airport Highway | Suite 101 | Toledo | OH | 43615 | | 419-867-8900 | egc@lydenlaw.com | Counsel to Metro Fibres, Inc. |
| Maddin, Hauser, Wartell, Roth & Heller PC | Alexander Stotland Esq | 28400 Northwestern Hwy | Third Floor | Southfield | MI | 48034 | | 248-354-4030 | axs@maddinhauser.com | Attorney for Danice Manufacturing Co. |
| Madison Capital Management | Joe Landen | 6143 South Willow Drive | Suite 200 | Greenwood Village | CO | 80111 | | 303-957-4254 | jlanden@madisoncap.com | Representative for Madison Capital Management |
| Margulies & Levinson, LLP | Leah M. Caplan, Esq. | 30100 Chagrin Boulevard | Suite 250 | Pepper Pike | OH | 44124 | | 216-514-4935 | lmc@ml-legal.com | Counsel to Venture Plastics |
| Mastromarco & Jahn, P.C. | Victor J. Mastromarco, Jr. | 1024 North Michigan Avenue | P.O. Box 3197 | Saginaw | MI | 48605-3197 | | 989-752-1414 | vmastromar@aol.com | Counsel to H.E. Services Company and Robert Backie and Counsel to Cindy Palmer, Personal Representative to the Estate of Michael Palmer |
| Masuda Funai Eifert & Mitchell, Ltd. | Gary D. Santella | 203 North LaSalle Street | Suite 2500 | Chicago | IL | 60601-1262 | | 312-245-7500 | gsantella@masudafunai.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC and Hosiden America Corporation |
| Mayer Brown | Raniero D'Aversa, Jr. | 1675 Broadway | | New York | NY | 10019 | | 212-262-1910 | rdaversa@mayerbrown.com | Counsel to Bank of America, N.A. |
| McCarter & English, LLP | David J. Adler, Jr. Esq. | 245 Park Avenue, 27th Floor | | New York | NY | 10167 | | 212-609-6800 | dadler@mccarter.com | Counsel to Ward Products, LLC |
| McCarter & English, LLP | Eduardo J. Glas, Esq. | Four Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4096 | | 913-622-4444 | eglas@mccarter.com | Counsel to General Products Delaware Corporation |
| McCarthy Tetrault LLP | John J. Salmas Lorne P. Salzman | 66 Wellington Street West | Suite 4700 | Toronto | Ontario | M5K 1E6 | | 416-362-1812 | jsalmas@mccarthy.ca lsalzman@mccarthy.ca | Counsel to Themselves (McCarthy Tetrault LLP) |
| McDermott Will & Emery LLP | Gary O. Ravert | 340 Madison Avenue | | New York | NY | 10017-1922 | | 212-547-5477 | gravert@mwe.com | Counsel for Temic Automotive of North America, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 12 of 22

9/8/2008 12:42 PM
Email (386)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-------|------------------|
| McDermott Will & Emery LLP | James M. Sullivan | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5477 | jmsullivan@mwe.com | Counsel to Linear Technology Corporation, National Semiconductor Corporation; Timken Corporation |
| McDermott Will & Emery LLP | Stephen B. Selbst | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5400 | sselbst@mwe.com | Counsel to National Semiconductor Corporation |
| McDermott Will & Emery LLP | Steven P. Handler Monica M. Quinn | 227 W Monroe St | | Chicago | IL | 60606 | | 312-372-2000 | shandler@mwe.com mquinn@mwe.com | Counsel for Temic Automotive of North America, Inc. |
| McDonald Hopkins Co., LPA | Scott N. Opincar, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | sopincar@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McDonald Hopkins Co., LPA | Shawn M. Riley, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | sriley@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Jeffrey Bernstein, Esq. | Three Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4079 | | 973-622-7711 | jbernstein@mdmc-law.com | Counsel to New Jersey Self-Insurers Guaranty Association |
| McGuireWoods LLP | Aaron G McCollough Esq | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | | 804-775-1000 | amccollough@mcguirewoods.com | Counsel to Siemens Energy & Automation, Inc. |
| McGuireWoods LLP | John H Maddock IIII, Daniel F Blanks | One James Center | 901 East Cary Street | Richmond | VA | 23219 | | 804-775-1000 | jmaddock@mcguirewoods.com dblanks@mcguirewoods.com | Counsel for CSX Transportation, Inc. |
| Meyer, Suozzi, English & Klein, P.C. | Attn Thomas R Slome Esq | 990 Stewart Ave Ste 300 | PO Box 9194 | Garden City | NY | 11530-9194 | | 516-741-6565 | tslome@msek.com | Counsel for Pamela Geller |
| Meyer, Suozzi, English & Klein, P.C. | Hanan Kolko | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | hkolko@msek.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Meyer, Suozzi, English & Klein, P.C. | Lowell Peterson, Esq. | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | lpeterson@msek.com | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Meyers Law Group, P.C. | Merle C. Meyers | 44 Montgomery Street | Suite 1010 | San Francisco | CA | 94104 | | 415-362-7500 | mmeyers@mlg-pc.com | Counsel to Alps Automotive, Inc. |
| Meyers, Rodbell & Rosenbaum, P.A. | M. Evan Meyers | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | emeyers@mrrlaw.net | Counsel to Prince George County, Maryland |
| Meyers, Rodbell & Rosenbaum, P.A. | Robert H. Rosenbaum | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | rrosenbaum@mrrlaw.net | Counsel to Prince George County, Maryland |
| Michael Cox | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | miag@michigan.gov | Attorney General for State of Michigan, Department of Treasury |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Dennis J. Raterink | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | raterinkd@michigan.gov | Assistant Attorney General for Worker's Compensation Agency |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Michael Cox | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | miag@michigan.gov | Attorney General for Worker's Compensation Agency |
| Michigan Heritage Bank | Janice M. Donahue | 28300 Orchard Lake Rd | Ste 200 | Farmington Hills | MI | 48334 | | 248-538-2529 | jdonahue@miheritage.com | Counsel for Michigan Heritage Bank; MHB Leasing, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 13 of 22

9/8/2008 12:42 PM
Email (386)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Miles & Stockbridge, P.C. | Thomas D. Renda | 10 Light Street | | Baltimore | MD | 21202 | | 410-385-3418 | trenda@milesstockbridge.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Miller Johnson | Thomas P. Sarb Robert D. Wolford | 250 Monroe Avenue, N.W. | Suite 800, PO Box 306 | Grand Rapids | MI | 49501-0306 | | 616-831-1748 616-831-1726 | sarbt@millerjohnson.com wolfordr@millerjohnson.com | Counsel to Pridgeon & Clay, Inc. |
| Miller, Canfield, Paddock and Stone, P.L.C. | Jonathan S. Green | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8452 | greenj@millercanfield.com | Counsel to Wells Operating Partnership, LP |
| Miller, Canfield, Paddock and Stone, P.L.C. | Timothy A. Fusco | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8435 | fusco@millercanfield.com | Counsel to Niles USA Inc.; Techcentral, LLC; The Bartech Group, Inc.; Fischer Automotive Systems |
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Paul J. Ricotta | One Financial Center | | Boston | MA | 02111 | | 617-542-6000 | piricotta@mintz.com pricotta@mintz.com | Counsel to Hitachi Automotive Products (USA), Inc. and Conceria Pasubio |
| Molex Connector Corp | Jeff Ott | 2222 Wellington Ct. | | Lisle | IL | 60532 | | 630-527-4254 | Jeff.Ott@molex.com | Counsel to Molex Connector Corp |
| Morgan, Lewis & Bockius LLP | Andrew D. Gottfried | 101 Park Avenue | | New York | NY | 10178-0060 | | 212-309-6000 | agottfried@morganlewis.com | Counsel to ITT Industries, Inc.; Hitachi Chemical (Singapore), Ltd. |
| Morgan, Lewis & Bockius LLP | Menachem O. Zelmanovitz | 101 Park Avenue | | New York | NY | 10178 | | 212-309-6000 | mzelmanovitz@morganlewis.com | Counsel to Hitachi Chemical (Singapore) Pte, Ltd. |
| Morgan, Lewis & Bockius LLP | Richard W. Esterkin, Esq. | 300 South Grand Avenue | | Los Angeles | CA | 90017 | | 213-612-1163 | resterkin@morganlewis.com | Counsel to Sumitomo Corporation |
| Moritt Hock Hamroff & Horowitz LLP | Leslie Ann Berkoff | 400 Garden City Plaza | | Garden City | NY | 11530 | | 516-873-2000 | lberkoff@moritthock.com | Counsel to Standard Microsystems Corporation and its direct and indirect subsidiares Oasis SiliconSystems AG and SMSC NA Automotive, LLC (successor-in-interst to Oasis Silicon Systems, Inc.) |
| Morrison Cohen LLP | Michael R. Dal Lago | 909 Third Avenue | | New York | NY | 10022 | | 212-735-8757 | mdallago@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Munsch Hardt Kopf & Harr, P.C. | Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq. and Davor Rukavina, Esq. | 3800 Lincoln Plaza | 500 North Akard Street | Dallas | RX | 75201-6659 | | 214-855-7590 214-855-7561 214-855-7587 | rurbanik@munsch.com jwielebinski@munsch.com drukavina@munsch.com | Counsel to Texas Instruments Incorporated |
| Nantz, Litowich, Smith, Girard & Hamilton, P.C. | Sandra S. Hamilton | 2025 East Beltline, S.E. | Suite 600 | Grand Rapids | MI | 49546 | | 616-977-0077 | sandy@nlsg.com | Counsel to Lankfer Diversified Industries, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 14 of 22

9/8/2008 12:42 PM
Email (386)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Nathan, Neuman & Nathan, P.C. | Kenneth A. Nathan | 29100 Northwestern Highway | Suite 260 | Southfield | MI | 48034 | | 248-351-0099 | Knathan@nathanneuman.com | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| National City Commercial Capital | Lisa M. Moore | 995 Dalton Avenue | | Cincinnati | OH | 45203 | | 513-455-2390 | lisa.moore2@nationalcity.com | Vice President and Senior Counsel to National City Commercial Capital |
| National Renewable Energy Laboratory | Marty Noland Principal Attorney | 1617 Golden Blvd | Legal Office, Mail Stop 1734 | Golden | CO | 80401 | | 303-384-7550 | marty_noland@nrel.gov | Counsel for National Renewable Energy Laboratory |
| Nelson Mullins Riley & Scarborough | George B. Cauthen | 1320 Main Street, 17th Floor | PO Box 11070 | Columbia | SC | 29201 | | 803-7255-9425 | george.cauthen@nelsonmullins.com | Counsel to Datwyler Rubber & Plastics, Inc.; Datwyler, Inc.; Datwyler i/o devices (Americas), Inc.; Rothrist Tube (USA), Inc. |
| New Jersey Attorney General's Office Division of Law | Tracy E Richardson Deputy Attorney General | R.J. Hughes Justice Complex | 25 Market St P.O. Box 106 | Trenton | NJ | 08628-0106 | | 609-292-1537 | tracy.richardson@dol.lps.state.nj.us | Deputy Attorney General - State of New Jersey Division of Taxation |
| Nix, Patterson & Roach, L.L.P. | Bradley E. Beckworth | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | bbeckworth@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Nix, Patterson & Roach, L.L.P. | Jeffrey J. Angelovich | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | jangelovich@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Nix, Patterson & Roach, L.L.P. | Susan Whatley | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | susanwhatley@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| North Point | David G. Heiman | 901 Lakeside Avenue | | Cleveland | OH | 44114 | | 216-586-3939 | dgheiman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Office of the Chapter 13 Trustee | Camille Hope | P.O. Box 954 | | Macon | GA | 31202 | | 478-742-8706 | cahope@chapter13macon.com | Office of the Chapter 13 Trustee |
| Office of the Texas Attorney General | Jay W. Hurst | P.O. Box 12548 | | Austin | TX | 78711-2548 | | 512-475-4861 | jay.hurst@oag.state.tx.us | Counsel to The Texas Comptroller of Public Accounts |
| Ohio Environmental Protection Agency | c/o Michelle T. Sutter | Principal Assistant Attorney General Environmental Enforcement Section | 30 E Broad St 25th Fl | Columbus | OH | 43215 | | 614-466-2766 | msutter@ag.state.oh.us | Attorney for State of Ohio, Environmental Protection Agency |
| Orbotech, Inc. | Michael M. Zizza, Legal Manager | 44 Manning Road | | Billerica | MA | 01821 | | 978-901-5025 | michaelz@orbotech.com | Company |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 15 of 22

9/8/2008 12:42 PM
Email (386)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Orrick, Herrington & Sutcliffe LLP | Alyssa Englund, Esq. | 666 Fifth Avenue | | New York | NY | 10103 | | 212-506-5187 | aenglund@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Frederick D. Holden, Jr., Esq. | 405 Howard Street | | San Francisco | CA | 94105 | | 415-773-5700 | fholden@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Jonathan P. Guy | Columbia Center | 1152 15th St NW | Washington | DC | 20005-1706 | | 202-339-8400 | jguy@orrick.com | Counsel to Westwood Associates, Inc. |
| Orrick, Herrington & Sutcliffe LLP | Richard H. Wyron | Columbia Center | 1152 15th St NW | Washington | DC | 20005-1706 | | 202-339-8400 | rwyron@orrick.com | Counsel to Westwood Associates, Inc. |
| Pachulski Stang Ziehl & Jones LLP | Michael R. Seidl | 919 N. Market Street, 17th Floor | P.O. Box 8705 | Wilmington | DE | 19899-8705 | | 302-652-4100 | mseidl@pszjlaw.com | Counsel for Essex Group, Inc. |
| Pachulski Stang Ziehl & Jones LLP | Robert J. Feinstein Ilan D. Scharf | 780 Third Avenue, 36th Floor | | New York | NY | 10017-2024 | | 212-561-7700 | Rfeinstein@pszjlaw.com lscharf@pszjlaw.com | Counsel for Essex Group, Inc. |
| Patterson Belknap Webb & Tyler LLP | David W. Dykhouse Phyllis S. Wallitt | 1133 Avenue of the Americas | | New York | NY | 10036-6710 | | 212-336-2000 | dwdykhouse@pbwt.com | Attorneys for Fry's Metals Inc. and Specialty Coatings Systems Eft |
| Paul H. Spaeth Co. LPA | Paul H. Spaeth | 130 W Second St Ste 450 | | Dayton | OH | 45402 | | 937-223-1655 | spaethlaw@phslaw.com | Attorneys for F&G Multi-Slide Inc and F&G Tool & Die Co. Inc. |
| Paul, Weiss, Rifkind, Wharton & Garrison | Andrew N. Rosenberg Justin G. Brass | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | arosenberg@paulweiss.com jbrass@paulweiss.com | Counsel to Merrill Lynch, Pierce, Fenner & Smith, Incorporated |
| Paul, Weiss, Rifkind, Wharton & Garrison | Douglas R. Davis | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | ddavis@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Elizabeth R. McColm | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | emccolm@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Stephen J. Shimshak | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3133 | sshimshak@paulweiss.com | Counsel to Ambrake Corporation |
| Peggy Housner | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | housnerp@michigan.gov | Assistant Attorney General for State of Michigan, Department of Treasury |
| Pepe & Hazard LLP | Kristin B. Mayhew | 30 Jelliff Lane | | Southport | CT | 06890-1436 | | 203-319-4022 | kmayhew@pepehazard.com | Counsel for Illinois Tool Works Inc., Illinois Tool Works for Hobart Brothers Co., Hobart Brothers Company, ITW Food Equipment Group LLC and Tri-Mark, Inc. |
| Pepper, Hamilton LLP | Anne Marie Aaronson | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | aaronsona@pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper, Hamilton LLP | Francis J. Lawall | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | lawallf@pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper, Hamilton LLP | Henry Jaffe | 1313 Market Street | PO Box 1709 | Wilmington | DE | 19899-1709 | | 302-777-6500 | jaffeh@pepperlaw.com | Counsel to SKF USA, Inc. |
| Pepper, Hamilton LLP | Linda J. Casey | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | caseyl@pepperlaw.com | Counsel to SKF USA, Inc. |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Pierce Atwood LLP | Jacob A. Manheimer | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | jmanheimer@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pierce Atwood LLP | Keith J. Cunningham | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | kcunningham@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pietragallo Bosick & Gordon LLP | Richard J. Parks | 54 Buhl Blvd | | Sharon | PA | 16146 | | 724-981-1397 | rjp@pbandg.com | Counsel to Ideal Tool Company, Inc. |
| Pillsbury Winthrop Shaw Pittman LLP | Karen B. Dine | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | karen.dine@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Margot P. Erlich | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | margot.erlich@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Mark D. Houle | 650 Town Center Drive | Ste 550 | Costa Mesa | CA | 92626-7122 | | 714-436-6800 | mark.houle@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Richard L. Epling | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | richard.epling@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Robin L. Spear | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | robin.spear@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Porzio, Bromberg & Newman, P.C. | Brett S. Moore, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | bsmoore@pbnlaw.com | |
| Porzio, Bromberg & Newman, P.C. | John S. Mairo, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | jsmairo@pbnlaw.com | Counsel to Neuman Aluminum Automotive, Inc. and Neuman Aluminum Impact Extrusion, Inc. |
| Previant, Goldberg, Uelman, Gratz, Miller & Brueggeman, S.C. | Jill M. Hartley and Marianne G. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | jh@previant.com mgr@previant.com | Counsel to International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| PriceWaterHouseCoopers | Enrique Bujidos | Almagro | 40 | Madrid | | 28010 | Spain | 34 915 684 356 | enrique.bujidos@es.pwc.com | Representative to DASE |
| QAD, Inc. | Jason Pickering, Esq. | 10,000 Midlantic Drive | | Mt. Laurel | NJ | 08054 | | 856-840-2489 | jkp@qad.com | Counsel to QAD, Inc. |
| Quarles & Brady LLP | John A. Harris | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | jharris@quarles.com | Counsel to Semiconductor Components Industries, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 17 of 22

9/8/2008 12:42 PM
Email (386)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-------|------------------|
| Quarles & Brady LLP | John J. Dawson | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | jdawson@quarles.com | Counsel to Semiconductor Components Industries, Inc. |
| Quarles & Brady LLP | Kasey C. Nye | One South Church Street | | Tucson | AZ | 85701 | | 520-770-8717 | knye@quarles.com | Counsel to Offshore International, Inc.; Maquilas Teta Kawi, S.A. de C.V.; On Semiconductor Corporation; Flambeau Inc. |
| Quarles & Brady LLP | Roy Prange | 33 E Main St Ste 900 | | Madison | WI | 53703-3095 | | 608-283-2485 | rlp@quarles.com | Counsel for Flambeau Inc. |
| Reed Smith | Elena Lazarou | 599 Lexington Avenue | 29th Street | New York | NY | 10022 | | 212-521-5400 | elazarou@reedsmith.com | Counsel to General Electric Capital Corporation, Stategic Asset Finance. |
| Riddell Williams P.S. | Joseph E. Shickich, Jr. | 1001 4th Ave. | Suite 4500 | Seattle | WA | 98154-1195 | | 206-624-3600 | jshickich@riddellwilliams.com | Counsel to Microsoft Corporation; Microsoft Licensing, GP |
| Rieck and Crotty PC | Jerome F Crotty | 55 West Monroe Street | Suite 3390 | Chicago | IL | 60603 | | 312-726-4646 | jcrotty@rieckcrotty.com | Counsel to Mary P. O'Neill and Liam P. O'Neill |
| Riemer & Braunstein LLP | Mark S. Scott | Three Center Plaza | | Boston | MA | 02108 | | 617-523-9000 | mscott@riemerlaw.com | Counsel to ICX Corporation |
| Riverside Claims LLC | Holly Rogers | 2109 Broadway | Suite 206 | New York | NY | 10023 | | 212-501-0990 | holly@regencap.com | Riverside Claims LLC |
| Robinson, McFadden & Moore, P.C. | Annemarie B. Mathews | P.O. Box 944 | | Columbia | SC | 29202 | | 803-779-8900 | amathews@robinsonlaw.com | Counsel to Blue Cross Blue Shield of South Carolina |
| Ropes & Gray LLP | Gregory O. Kaden | One International Place | | Boston | MA | 02110-2624 | | 617-951-7000 | gregory.kaden@ropesgray.com | Attorneys for D-J, Inc. |
| Ropes & Gray LLP | Marc E. Hirschfield | 45 Rockefeller Plaza | | New York | NY | 10111-0087 | | 212-841-5700 | marc.hirschfield@ropesgray.com | Attorneys for D-J, Inc. |
| Rosen Slome Marder LLP | Thomas R. Slome | 333 Earle Ovington Boulevard | Suite 901 | Uniondale | NY | 11533 | | 516-227-1600 | tslome@rsmllp.com | Counsel to JAE Electronics, Inc. |
| Russell Reynolds Associates, Inc. | Charles E. Boulbol, P.C. | 26 Broadway, 17th Floor | | New York | NY | 10004 | | 212-825-9457 | rtrack@msn.com | Counsel to Russell Reynolds Associates, Inc. |
| Sachnoff & Weaver, Ltd | Charles S. Schulman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | | 312-207-1000 | agelman@sachnoff.com | Counsel to Infineon Technologies North America Corporation |
| Satterlee Stephens Burke & Burke LLP | Christopher R. Belmonte | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | cbelmonte@ssbb.com | Counsel to Moody's Investors Service |
| Satterlee Stephens Burke & Burke LLP | Pamela A. Bosswick | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | pbosswick@ssbb.com | Counsel to Moody's Investors Service |
| Schafer and Weiner PLLC | Daniel Weiner | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | dweiner@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Howard Borin | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | hborin@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Ryan Heilman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | rheilman@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schiff Hardin LLP | Eugene J. Geekie, Jr. | 7500 Sears Tower | | Chicago | IL | 60606 | | 312-258-5635 | egeekie@schiffhardin.com | Counsel to  Means Industries |
| Schiffrin & Barroway, LLP | Michael Yarnoff | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7056 | myarnoff@sbclasslaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 18 of 22

9/8/2008 12:42 PM
Email (386)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-------|------------------|
| Schiffrin & Barroway, LLP | Sean M. Handler | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7706 | shandler@sbclasslaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Schulte Roth & Sabel LLP | James T. Bentley | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2273 | james.bentley@srz.com | Counsel to Panasonic Automotive Systems Company of America |
| Schulte Roth & Sabel LLP | Michael L. Cook | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | michael.cook@srz.com | Counsel to Panasonic Automotive Systems Company of America; D.C. Capital Partners, L.P. |
| Schulte Roth & Zabel LLP | Carol Weiner Levy | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | carol.weiner.levy@srz.com | Counsel to D.C. Capital Partners, L.P. |
| Seyfarth Shaw LLP | Paul M. Baisier, Esq. | 1545 Peachtree Street, N.E. | Suite 700 | Atlanta | GA | 30309-2401 | | 404-885-1500 | pbaisier@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | | 212-218-5500 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | William J. Hanlon | World Trade Center East | Two Seaport Lane, Suite 300 | Boston | MA | 02210 | | 617-946-4800 | whanlon@seyfarth.com | Counsel to le Belier/LBQ Foundry S.A. de C.V. |
| Sheehan Phinney Bass + Green Professional Association | Bruce A. Harwood | 1000 Elm Street | P.O. Box 3701 | Manchester | NH | 03105-3701 | | 603-627-8139 | bharwood@sheehan.com | Counsel to Source Electronics, Inc. |
| Sheldon S. Toll PLLC | Sheldon S. Toll | 2000 Town Center | Suite 2550 | Southfield | MI | 48075 | | 248-358-2460 | lawtoll@comcast.net | Counsel to Milwaukee Investment Company |
| Sheppard Mullin Richter & Hampton LLP | Eric Waters | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | ewaters@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Malani J. Sternstein | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | msternstein@sheppardmullin.com | Counsel to International Rectifier Corp. and Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theodore A. Cohen | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | tcohen@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theresa Wardle | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | twardle@sheppardmullin.com | Counsel to International Rectifier Corp. |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 5353 Essen Lane | Suite 650 | Baton Rouge | LA | 70809 | | 225-757-2185 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 909 Poydras Street | 28th Floor | New Orleans | LA | 70112-1033 | | 504-299-2100 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Sills, Cummis Epstein & Gross, P.C. | Andrew H. Sherman | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | asherman@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Jack M. Zackin | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | jzackin@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Valerie A Hamilton Simon Kimmelman | 650 College Rd E | | Princeton | NJ | 08540 | | 609-227-4600 | vhamilton@sillscummis.com skimmelman@sillscummis.com | Counsel to Doosan Infracore America Corp. |
| Silver Point Capital, L.P. | Chaim J. Fortgang | Two Greenwich Plaza | 1st Floor | Greenwich | CT | 06830 | | 203-542-4216 | cfortgang@silverpointcapital.com | Counsel to Silver Point Capital, L.P. |
| Simon, Stella & Zingas, PC | Stephen P. Stella | 422 W Congress Ste 400 | | Detroit | MI | 48226 | | 313-962-6400 X225 | attorneystella@sszpc.com | Counsel to Motor City Electric |
| Smith, Gambrell & Russell, LLP | Barbara Ellis-Monro | 1230 Peachtree Street, N.E. | Suite 3100 | Atlanta | GA | 30309 | | 404-815-3500 | bellis-monro@sgrlaw.com | Counsel to Southwire Company |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 19 of 22

9/8/2008 12:42 PM
Email (386)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Smith, Katzenstein & Furlow LLP | Kathleen M. Miller | 800 Delaware Avenue, 7th Floor | P.O. Box 410 | Wilmington | DE | 19899 | | 302-652-8400 | kmiller@skfdelaware.com | Counsel to Airgas, Inc. |
| Sonnenschein Nath & Rosenthal LLP | D. Farrington Yates | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | | 212-768-6700 | fyates@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. and United Plastics Group |
| Sonnenschein Nath & Rosenthal LLP | Monika J. Machen | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | mmachen@sonnenschein.com | Counsel to United Plastics Group |
| Sonnenschein Nath & Rosenthal LLP | Robert E. Richards | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | rrichards@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. |
| Squire Sanders & Dempsey | G Christopher Meyer | 4900 Key Tower | 127 Public Sq | Cleveland | OH | 44114-1304 | | 216-479-8500 | cmeyer@ssd.com | Counsel for the City of Dayton, Ohio |
| Squire, Sanders & Dempsey L.L.P. | G. Christopher Meyer | 4900 Key Tower | 127 Public Sq | Cleveland | OH | 44114 | | 216-479-8692 | cmeyer@ssd.com | Counsel to Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| State of California Office of the Attorney General | Sarah E. Morrison | Deputy Attorney General | 300 South Spring Street Ste 1702 | Los Angeles | CA | 90013 | | 213-897-2640 | sarah.morrison@doj.ca.gov | Attorneys for the State of California Department of Toxic Substances Control |
| State of Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency | Roland Hwang Assistant Attorney General | 3030 W. Grand Boulevard | Suite 9-600 | Detroit | MI | 48202 | | 313-456-2210 | hwangr@michigan.gov | Assistant Attorney General for State of Michigan, Unemployment Tax Office of the Department of Labor & Economic Growth, Unemployment Insurance Agency |
| Steel Technologies, Inc. | John M. Baumann | 15415 Shelbyville Road | | Louisville | KY | 40245 | | 502-245-0322 | jmbaumann@steeltechnologies.com | Counsel to Steel Technologies, Inc. |
| Stein, Rudser, Cohen & Magid LLP | Robert F. Kidd | 825 Washington Street | Suite 200 | Oakland | CA | 94607 | | 510-287-2365 | rkidd@srcm-law.com | Counsel to Excel Global Logistics, Inc. |
| Sterns & Weinroth, P.C. | Jeffrey S. Posta Michael A Spero Simon Kimmelman Valerie A Hamilton | 50 West State Street, Suite 1400 | PO Box 1298 | Trenton | NJ | 08607-1298 | | 609-392-2100 | jposta@sternslaw.com jspecf@sternslaw.com | Counsel to Doosan Infracore America Corp. |
| Stevens & Lee, P.C. | Chester B. Salomon, Esq. Constantine D. Pourakis, Esq. | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-319-8500 | cs@stevenslee.com cp@stevenslee.com | Counsel to Tonolli Canada Ltd.; VJ Technologies, Inc. and V.J. ElectroniX, Inc. |
| Stinson Morrison Hecker LLP | Mark A. Shaiken | 1201 Walnut Street | | Kansas City | MO | 64106 | | 816-842-8600 | mshaiken@stinsonmoheck.com | Counsel to Thyssenkrupp Waupaca, Inc. and Thyssenkrupp Stahl Company |
| Stites & Harbison PLLC | Madison L.Cashman | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | robert.goodrich@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison PLLC | Robert C. Goodrich, Jr. | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | madison.cashman@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison, PLLC | W. Robinson Beard, Esq. | 400 West Market Street | | Louisville | KY | 40202 | | 502-681-0448 502-587-3400 | wbeard@stites.com loucourtsum@stites.com | Counsel to WAKO Electronics (USA), Inc.,Ambrake Corporation, and Akebona Corporation (North America) |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 20 of 22

9/8/2008 12:42 PM
Email (386)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Stroock & Stroock & Lavan, LLP | Kristopher M. Hansen | 180 Maiden Lane | | New York | NY | 10038 | | 212-806-5400 | khansen@stroock.com | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| Stutman Treister & Glatt Professional Corporation | Christine M. Pajak Eric D. Goldberg Isaac A. Pachulski Esq Jeffrey H Davidson Esq | 1901 Avenue of the Stars | 12th Floor | Los Angeles | CA | 90067 | | 310-228-5600 | cpajak@stutman.com egoldberg@stutman.com ipachulski@stutman.com jdavidson@stutman.com | Counsel to CR Intrinsic Investors, LLC, Elliot Associates, L.P., Highland Capital Management, L.P. |
| Taft, Stettinius & Hollister LLP | Richard L .Ferrell | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202-3957 | | 513-381-2838 | ferrell@taftlaw.com | Counsel to Wren Industries, Inc. |
| Taft, Stettinius & Hollister LLP | W Timothy Miller Esq | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202 | | 513-381-2838 | miller@taftlaw.com | Counsel to Select Industries Corporation and Gobar Systems, Inc. |
| Teitelbaum & Baskin LLP | Jay Teitelbaum Ron Baskin | 3 Barker Avenue | 3rd Floor | White Plains | NY | 10601 | | 914-437-7670 | jteitelbaum@tblawllp.com rbaskin@tblawllp.com | Counsel to Mary H. Schaefer |
| Tennessee Department of Revenue | Marvin E. Clements, Jr. | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 | | 615-532-2504 | agbanknewyork@ag.tn.gov | Tennesse Department of Revenue |
| Terra Law LLP | David B. Draper | 60 S. Market Street | Suite 200 | San Jose | CA | 95113 | | 408-299-1200 | ddraper@terra-law.com | Counsel to Maxim Integrated Products, Inc. |
| Thacher Proffitt & Wood LLP | Jonathan D. Forstot | Two World Financial Center | | New York | NY | 10281 | | 212-912-7679 | jforstot@tpw.com | Counsel to TT Electronics, Plc |
| Thacher Proffitt & Wood LLP | Louis A. Curcio | Two World Financial Center | | New York | NY | 10281 | | 212-912-7607 | lcurcio@tpw.com | Counsel to TT Electronics, Plc |
| The Furukawa Electric Co., Ltd. | Mr. Tetsuhiro Niizeki | 6-1 Marunouchi | 2-Chrome, Chiyoda-ku | Tokyo | Japan | 100-8322 | | | niizeki.tetsuhiro@furukawa.co.jp | The Furukawa Electric Co., Ltd. |
| The Timpken Corporation BIC -08 | Robert Morris | 1835 Dueber Ave. SW | PO Box 6927 | Canton | OH | 44706-0927 | | 330-438-3000 | robert.morris@timken.com | Representative for Timken Corporation |
| Thelen Reid Brown Raysman & Steiner LLP | Marcus O. Colabianchi | 101 Second St Ste 1800 | | San Francisco | CA | 94105-3606 | | 415-369-7301 | mcolabianchi@thelen.com | Counsel to Oki Semiconductor Company |
| Thompson & Knight | Rhett G. Cambell | 333 Clay Street | Suite 3300 | Houston | TX | 77002 | | 713-654-1871 | rhett.campbell@tklaw.com | Counsel to STMicroelectronics, Inc. |
| Thompson & Knight LLP | Ira L. Herman | 919 Third Avenue | 39th Floor | New York | NY | 10022-3915 | | 212-751-3045 | ira.herman@tklaw.com | Counsel to Victory Packaging |
| Thompson & Knight LLP | John S. Brannon | 1700 Pacific Avenue | Suite 3300 | Dallas | TX | 75201-4693 | | 214-969-1505 | john.brannon@tklaw.com | Counsel to Victory Packaging |
| Thompson Coburn Fagel Haber | Lauren Newman | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | | 312-346-7500 | lnewman@tcfhlaw.com | Counsel to Aluminum International, Inc. |
| Thompson Coburn LLP d/b/a Thompson Coburn Fagel Haber | Dennis E. Quaid Esq | 55 E Monroe 40th Fl | | Chicago | IL | 60603 | | 312-580-2226 | dquaid@tcfhlaw.com efiledocketgroup@fagelhaber.com | Counsel for Penn Aluminum International Inc |
| Thurman & Phillips, P.C. | Ed Phillips, Jr. | 8000 IH 10 West | Suite 1000 | San Antonio | TX | 78230 | | 210-341-2020 | ephillips@thurman-phillips.com | Counsel to Royberg, Inc. d/b/a Precision Mold & Tool and d/b/a Precision Mold and Tool Group |
| TI Group Automotive Systms LLC | Timothy M. Guerriero | 12345 E Nine Mile Rd | | Warren | MI | 48089 | | 586-755-8066 | tguerriero@us.tiauto.com | General Counsel and Company Secretary to TI Group Automotive Systems LLC |
| Todd & Levi, LLP | Jill Levi, Esq. | 444 Madison Avenue | Suite 1202 | New York | NY | 10022 | | 212-308-7400 | jlevi@toddlevi.com | Counsel to Bank of Lincolnwood |
| Tyler, Cooper & Alcorn, LLP | W. Joe Wilson | City Place | 35th Floor | Hartford | CT | 06103-3488 | | 860-725-6200 | jwilson@tylercooper.com | Counsel to Barnes Group, Inc. |
| Underberg & Kessler, LLP | Helen Zamboni | 300 Bausch & Lomb Place | | Rochester | NY | 14604 | | 585-258-2800 | hzamboni@underbergkessler.com | Counsel to McAlpin Industries, Inc. |
| Union Pacific Railroad Company | Mary Ann Kilgore | 1400 Douglas Street | MC 1580 | Omaha | NE | 68179 | | 402-544-4195 | mkilgore@UP.com | Counsel to Union Pacific Railroad Company |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 21 of 22

9/8/2008 12:42 PM
Email (386)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Wachtell, Lipton, Rosen & Katz | Emil A. Kleinhaus | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | EAKleinhaus@wlrk.com | Counsel to Capital Research and Management Company |
| Wachtell, Lipton, Rosen & Katz | Richard G. Mason | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | RGMason@wlrk.com | Counsel to Capital Research and Management Company |
| Waller Lansden Dortch & Davis, PLLC | David E. Lemke, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | david.lemke@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Waller Lansden Dortch & Davis, PLLC | Robert J. Welhoelter, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | robert.welhoelter@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Warner Norcross & Judd LLP | Gordon J. Toering | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2185 | gtoering@wnj.com | Counsel to Robert Bosch Corporation; Counsel to Daewoo International Corp and Daewoo International (America) Corp |
| Warner Norcross & Judd LLP | Michael G. Cruse | 2000 Town Center | Suite 2700 | Southfield | MI | 48075 | | 248-784-5131 | mcruse@wnj.com | Counsel to Compuware Corporation |
| Warner Norcross & Judd LLP | Stephen B. Grow | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2158 | growsb@wnj.com | Counsel to Behr Industries Corp. |
| Weinstein, Eisen & Weiss LLP | Aram Ordubegian | 1925 Century Park East | #1150 | Los Angeles | CA | 90067 | | 310-203-9393 | aordubegian@weineisen.com | Counsel to Orbotech, Inc. |
| Weltman, Weinberg & Reis Co., L.P.A. | Geoffrey J. Peters | 175 South Third Street | Suite 900 | Columbus | OH | 43215 | | 614-857-4326 | gpeters@weltman.com | Counsel to Seven Seventeen Credit Union |
| White & Case LLP | Glenn Kurtz Gerard Uzzi Douglas Baumstein | 1155 Avenue of the Americas | | New York | NY | 10036-2787 | | 212-819-8200 | gkurtz@ny.whitecase.com guzzi@whitecase.com dbaumstein@ny.whitecase.com | Counsel to Appaloosa Management, LP |
| White & Case LLP | Thomas Lauria Frank Eaton | Wachovia Financial Center | 200 South Biscayne Blvd., Suite 4900 | Miami | FL | 33131 | | 305-371-2700 | tlauria@whitecase.com featon@miami.whitecase.com | Counsel to Appaloosa Management, LP |
| Whyte, Hirschboeck Dudek S.C. | Bruce G. Arnold | 555 East Wells Street | Suite 1900 | Milwaukee | WI | 53202-4894 | | 414-273-2100 | barnold@whdlaw.com | Counsel to Schunk Graphite Technology |
| Wickens Herzer Panza Cook & Batista Co | James W Moennich Esq | 35765 Chester Rd | | Avon | OH | 44011-1262 | | 440-930-8000 | jmoennich@wickenslaw.com | Counsel for Delphi Sandusky ESOP |
| Winstead Sechrest & Minick P.C. | R. Michael Farquhar | 5400 Renaissance Tower | 1201 Elm Street | Dallas | TX | 75270 | | 214-745-5400 | mfarquhar@winstead.com | Counsel to National Instruments Corporation |
| Winthrop Couchot Professional Corporation | Marc. J. Winthrop | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | mwinthrop@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Winthrop Couchot Professional Corporation | Sean A. O'Keefe | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | sokeefe@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Zeichner Ellman & Krause LLP | Peter Janovsky | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | pjanovsky@zeklaw.com | Counsel to Toyota Tsusho America, Inc. and Karl Kufner, KG aka Karl Kuefner, KG |
| Zeichner Ellman & Krause LLP | Stuart Krause | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | skrause@zeklaw.com | Counsel to Toyota Tsusho America, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 22 of 22

9/8/2008 12:42 PM
Email (386)

# EXHIBIT B

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | Debtors |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | Creditor Committee Member |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | Counsel to Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 1540 Broadway | 24th Fl | New York | NY | 10036 | 212-751-4300 | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | Counsel to General Motors Corporation |
| Internal Revenue Service | Attn: Insolvency Department | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 | 313-628-3648 | Michigan IRS |
| Internal Revenue Service | Attn: Insolvency Department, Maria Valerio | 290 Broadway | 5th Floor | New York | NY | 10007 | 212-436-1038 | IRS |
| IUE-CWA | Conference Board Chairman | 2360 W. Dorothy Lane | Suite 201 | Dayton | OH | 45439 | 937-294-7813 | Creditor Committee Member |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 4

9/8/2008 12:47 PM
Master Service List US Mail

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | Noticing and Claims Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | Counsel to Official Committee of Unsecured Creditors |
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | Indenture Trustee |
| McDermott Will & Emery LLP | David D. Cleary | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Mohsin N. Khambati | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Peter A. Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | Counsel to Recticel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | Counsel to Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | Special Labor Counsel |

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | Counsel to Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | Chief Counsel to the Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | Counsel to Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | 212-218-5500 | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | Counsel to the Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | Conflicts Counsel to the Debtors |
| Tyco Electronics Corporation | MaryAnn Brereton, Assistant General Counsel | 60 Columbia Road | | Morristown | NJ | 7960 | 973-656-8365 | Creditor Committee Member |
| United States Trustee | Alicia M. Leonhard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | Counsel to United States Trustee |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | Counsel to General Motors Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 4

9/8/2008 12:47 PM
Master Service List US Mail

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | Creditor Committee Member/Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 4 of 4

9/8/2008 12:47 PM
Master Service List US Mail

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Akebono Corporation (North America) | Alan Swiech | 34385 Twelve Mile Road | | Farminton Hills | MI | 48331 | 248-489-7406 | Vice President of Administration for Akebono Corporation |
| Angelo, Gordon & Co. | Leigh Walzer | 245 Park Avenue | 26th Floor | New York | NY | 10167 | 212-692-8251 | |
| APS Clearing, Inc. | Andy Leinhoff Matthew Hamilton | 1301 S. Capital of Texas Highway | Suite B-220 | Austin | TX | 78746 | 512-314-4416 | Counsel to APS Clearing, Inc. |
| Bingham McHale LLP | Michael J Alerding | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | 317-635-8900 | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |
| Colbert & Winstead, P.C. | Amy Wood Malone | 1812 Broadway | | Nashville | TN | 37203 | 615-321-0555 | Counsel to Averitt Express, Inc. |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Steven M. Wachstein | 33 West First Street | Suite 600 | Dayton | OH | 45402 | 937-223-8177 | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Sylvie J. Derrien | 33 West First Street | Suite 600 | Dayton | OH | 45402 | 937-223-8177 | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| DaimlerChrysler Corporation | Kim Kolb | CIMS 485-13-32 | 1000 Chrysler Drive | Auburn Hills | MI | 48326-2766 | 248-576-5741 | Counsel to DaimlerChrysler Corporation; DaimlerChrysler Motors Company, LLC; DaimlerChrylser Canada, Inc. |
| Garvey Schubert Barer | Roberto Carrillo | 100 Wall St 20th Fl | | New York | NY | 10005 | 212-965-4511 | Attorney's for Tecnomec S.r.l. |
| Grant & Eisenhofer P.A. | Geoffrey C. Jarvis | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | 302-622-7000 | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Grant & Eisenhofer P.A. | Sharan Nirmul | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | 302-622-7000 | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Jason, Inc. | Beth Klimczak, General Counsel | 411 E. Wisconsin Ave | Suite 2120 | Milwaukee | WI | 53202 | | General Counsel to Jason Incorporated |
| Kelley Drye & Warren, LLP | Mark I. Bane | 101 Park Avenue | | New York | NY | 10178 | 212-808-7800 | Counsel to the Pension Benefit Guaranty Corporation |
| Kelley Drye & Warren, LLP | Mark. R. Somerstein | 101 Park Avenue | | New York | NY | 10178 | 212-808-7800 | Counsel to the Pension Benefit Guaranty Corporation |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Lord, Bissel & Brook LLP | Kevin J. Walsh | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | 212-947-8304 | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| Lord, Bissel & Brook LLP | Rocco N. Covino | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | 212-812-8340 | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| McGuirewoods LLP | Elizabeth L. Gunn | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | 804-775-1178 | Counsel to Siemens Logistics Assembly Systems, Inc. |
| Miami-Dade County Tax Collector | Metro-Dade Paralegal Unit | 140 West Flagler Street | Suite 1403 | Miami | FL | 33130 | 305-375-5314 | Paralegal Collection Specialist for Miami-Dade County |
| Miles & Stockbridge, P.C. | Kerry Hopkins | 10 Light Street | | Baltimore | MD | 21202 | 410-385-3418 | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Norris, McLaughlin & Marcus | Elizabeth L. Abdelmasieh, Esq | 721 Route 202-206 | P.O. Box 1018 | Somerville | NJ | 08876 | 908-722-0700 | Counsel to Rotor Clip Company, Inc. |
| North Point | Michelle M. Harner | 901 Lakeside Avenue | | Cleveland | OH | 44114 | 216-586-3939 | Counsel to WL. Ross & Co., LLC |
| O'Rourke Katten & Moody | Michael C. Moody | 161 N. Clark Street | Suite 2230 | Chicago | IL | 60601 | 312-849-2020 | Counsel to Ameritech Credit Corporation d/b/a SBC Capital Services |
| Paul, Weiss, Rifkind, Wharton & Garrison | Curtis J. Weidler | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | 212-373-3157 | Counsel to Ambrake Corporation; Akebono Corporation |
| Pickrel Shaeffer & Ebeling | Sarah B. Carter Esq | 2700 Kettering Tower | | Dayton | OH | 45423 | | |
| Professional Technologies Services | John V. Gorman | P.O. Box #304 | | Frankenmuth | MI | 48734 | 989-385-3230 | Corporate Secretary for Professional Technologies Services |
| Reed Smith | Richard P. Norton | 136 Main St Ste 250 | | Princeton | NJ | 08540-5789 | 973-621-3200 | Counsel to Jason Incorporated, Sackner Products Division |
| Republic Engineered Products, Inc. | Joseph Lapinsky | 3770 Embassy Parkway | | Akron | OH | 44333 | 330-670-3004 | Counsel to Republic Engineered Products, Inc. |
| Ropers, Majeski, Kohn & Bentley | Christopher Norgaard | 515 South Flower Street | Suite 1100 | Los Angeles | CA | 90071 | 213-312-2000 | Counsel to Brembo S.p.A; Bibielle S.p.A.; AP Racing |
| Sachnoff & Weaver, Ltd | Charles S. Schulman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | 312-207-1000 | Counsel to Infineon Technologies North America Corporation |
| Schafer and Weiner PLLC | Max Newman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | 248-540-3340 | Counsel to Dott Industries, Inc. |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|-------|------------------|
| Schiff Hardin LLP | William I. Kohn | 6600 Sears Tower | | Chicago | IL | 60066 | 312-258-5500 | Counsel to  Means Industries |
| Shipman & Goodwin LLP | Jennifer L. Adamy | One Constitution Plaza | | Hartford | CT | 06103-1919 | 860-251-5811 | Counsel to Fortune Plastics Company of Illinois, Inc.; Universal Metal Hose Co., |
| Sony Electronics Inc. | Lloyd B. Sarakin - Chief Counsel, Finance and Credit | 1 Sony Drive | MD #1 E-4 | Park Ridge | NJ | 07656 | 201-930-7483 | Counsel to Sony Electronics, Inc. |
| Squire, Sanders & Dempsey L.L.P. | Eric Marcks | One Maritime Plaza | Suite 300 | San Francisco | CA | 94111-3492 | | Counsel to Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| Steinberg Shapiro & Clark | Mark H. Shapiro | 24901 Northwestern Highway | Suite 611 | Southfield | MI | 48075 | 248-352-4700 | Counsel to Bing Metals Group, Inc.; Gentral Transport International, Inc.; Crown Enerprises, Inc.; Economy Transport, Inc.; Logistics Insight Corp (LINC); Universal Am-Can, Ltd.; Universal Truckload Services, Inc. |
| Stroock & Stroock & Lavan, LLP | Joseph G. Minias | 180 Maiden Lane | | New York | NY | 10038 | 212-806-5400 | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. a |
| Swidler Berlin LLP | Robert N. Steinwurtzel | The Washington Harbour | 3000 K Street, N.W. Suite 300 | Washington | DC | 20007 | 202-424-7500 | Attorneys for Sanders Lead Co., Inc. |
| Thaler & Gertler LLP | Andrew M. Thaler Esq | 90 Merrick Ave Ste 400 | | East Meadow | NY | 11554 | 516-228-3533 | Co-Counsel for David Gargis, Jimmy Mueller, and D. Keith Livingston |
| Thelen Reid Brown Raysman & Steiner LLP | David A. Lowenthal | 875 Third Avenue | | New York | NY | 10022 | 212-603-2000 | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation and Oki Semiconductor Company |
| Togut, Segal & Segal LLP | Albert Togut, Esq. | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | Conflicts counsel to Debtors |
| United Steel, Paper and Forestry, Rubber, Manufacturing, Energy | Allied Industrial and Service Workers, Intl Union (USW), AFL-CIO    David Jury, Esq. | | Five Gateway Center Suite 807 | Pittsburgh | PA | 15222 | 412-562-2549 | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|-------|------------------|
| Vorys, Sater, Seymour and Pease LLP | Robert J. Sidman, Esq. | 52 East Gay Street | P.O. Box 1008 | Columbus | OH | 43216-1008 | 614-464-6422 | |
| Vorys, Sater, Seymour and Pease LLP | Tiffany Strelow Cobb | 52 East Gay Street | | Columbus | OH | 43215 | 614-464-8322 | Counsel to America Online, Inc. and its Subsidiaries and Affiliates |
| Warner Stevens, L.L.P. | Michael D. Warner | 301 Commerce Street | Suite 1700 | Fort Worth | TX | 76102 | 817-810-5250 | Counsel to Electronic Data Systems Corp. and EDS Information Services, L.L.C. |
| Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP | Lei Lei Wang Ekvall | 650 Town Center Drive | Suite 950 | Costa Mesa | CA | 92626 | 714-966-1000 | Counsel to Toshiba America Electronic Components, Inc. |
| Winstead Sechrest & Minick P.C. | Berry D. Spears | 401 Congress Avenue | Suite 2100 | Austin | TX | 78701 | 512-370-2800 | Counsel to National Instruments Corporation |
| WL Ross & Co., LLC | Stephen Toy | 1166 Avenue of the Americas | | New York | NY | 10036-2708 | 212-826-1100 | Counsel to WL. Ross & Co., LLC |
| Womble Carlyle Sandridge & Rice, PLLC | Lillian H. Pinto | 300 North Greene Street | Suite 1900 | Greensboro | NC | 27402 | 336-574-8058 | Counsel to Armacell |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 4 of 4

9/8/2008 12:44 PM
US Mail (48)

# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                          :
      In re                       :     Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :     Case No. 05-44481 (RDD)
                                          :
             Debtors.          :     (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


FIFTH SUPPLEMENTAL ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R.
BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES
FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES
AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS

("FIFTH SUPPLEMENTAL CLAIM OBJECTION PROCEDURES ORDER")

          Upon the motion, dated October 31, 2006, of Delphi Corporation and certain of its

domestic subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned

cases (collectively, the "Debtors") for an order pursuant to 11 U.S.C. §§ 502(b) and 502(c) and

Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, and 9014 establishing (i) dates for

hearings regarding disallowance or estimation of claims and (ii) certain notices and procedures

governing hearings regarding disallowance or estimation of claims (the "Claim Objection

Procedures Motion") (Docket No. 5453), and this Court having entered an order granting the

Claim Objection Procedures Motion on December 6, 2006 (the "Claim Objection Procedures

Order") (Docket No. 6089), a supplemental order on October 23, 2007 (Docket No. 10701), a

second supplemental order on November 20, 2007 (the "Second Supplemental Order") (Docket

No. 10994), a third supplemental order on February 11, 2008 (the "Third Supplemental Order")

(Docket No. 12609), and a fourth supplemental order on June 11, 2008 (the "Fourth

Supplemental Order"), and after due deliberation thereon; and good and sufficient cause

appearing therefor,

IT IS HEREBY ORDERED THAT:

1.    This Court shall conduct special periodic hearings on contested claims

matters in these cases (the "Claims Hearings"), to be held in Courtroom 610, United States

Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New

York 10004 unless the Debtors and the parties whose claims are affected are otherwise notified

by the Court.  The following dates and times (the "Claims Hearing Dates") have been scheduled

for Claims Hearings in these chapter 11 cases and supersede the dates and times for Claims

Hearings that are set forth in the Fourth Supplemental Order, and which follow the date of entry

of this Order:

> August 5, 2008 at 10:00 a.m. (prevailing Eastern time)
>
> August 26, 2008 at 10:00 a.m. (prevailing Eastern time)
>
> September 4, 2008 at 10:00 a.m. (prevailing Eastern time)
>
> September 18, 2008 at 10:00 a.m. (prevailing Eastern time)
>
> October 7, 2008 at 10:00 a.m. (prevailing Eastern time)
>
> October 24, 2008 at 10:00 a.m. (prevailing Eastern time)
>
> November 6, 2008 at 10:00 a.m. (prevailing Eastern time)
>
> November 18, 2008 at 10:00 a.m. (prevailing Eastern time)

2.    Claims Hearings thereafter may be scheduled by this Court.  All claims

matters requiring a hearing in these cases shall be set for and be heard on the Claims Hearing

Dates unless alternative hearing dates are approved by the Court for good cause shown.

3.      If this Court changes any of the dates for Claims Hearing Dates set forth in

paragraph 1 above, the Debtors are authorized to provide a notice of change of Claims Hearing

Date (the "Notice") in accordance with paragraph 9 of the Claim Objection Procedures Order.

The terms of such Notice shall be binding upon all parties-in-interest in these chapter 11 cases

and no other or further notice or order of this Court shall be necessary.

4.      Except as set forth herein, the Claim Objection Procedures Order shall

continue in full force and effect.

August 5, 2008


_____/s/Robert D. Drain_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT D

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Co-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                              :
In re:                                        :
                                              :       Chapter 11
DELPHI CORPORATION, et al.,                   :       Case No. 05-44481 [RDD]
                                              :
                    Debtors.                  :       Jointly Administered
                                              :
---------------------------------------------------------------x

**JOINT STIPULATION AND AGREED ORDER
COMPROMISING AND ALLOWING PROOF OF CLAIM NUMBER 11606
(SOJITZ CORPORATION OF AMERICA)**

      Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-

possession in the above-captioned cases (collectively, the "Debtors") and Sojitz

Corporation of America ("Sojitz") respectfully submit this Joint Stipulation And Agreed

Order Compromising And Allowing Proof Of Claim Number 11606 (the "Stipulation")

and agree and state as follows:

      **WHEREAS,** on October 8, 2005 (the "Petition Date"), the Debtors filed

voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§

101-1330, as amended, in the United States Bankruptcy Court for the Southern District

of New York;  and

        **WHEREAS,** on July 26, 2006, Sojitz filed proof of claim number 11606

against Delphi, asserting a secured claim in the amount of $55,000 and an unsecured

non-priority claim in the amount of $71,344,36 (the "Claim");  and

        **WHEREAS,** on May 22, 2007, the Debtors objected to the Claim pursuant

to the Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C.

Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented

Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims

And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject

To Modification, And Modified Claims Asserting Reclamation (Docket No. 7999) (the

"Fifteenth Omnibus Claims Objection");  and

        **WHEREAS,** on June 19, 2007, Sojitz filed a Response to the Fifteenth

Omnibus Claims Objection (Docket No. 8305) (the "Response");  and

        **WHEREAS,** on July 24, 2008, to resolve the Fifteenth Omnibus Claims

Objection with respect to the Claim, DAS LLC and Sojitz entered into a settlement

agreement (the "Settlement Agreement");  and

        **WHEREAS,** pursuant to the Settlement Agreement, the Debtors

acknowledge and agree that the Claim shall be allowed against DAS LLC in the amount

of $50,493.76 as a general unsecured non-priority claim;  and

        **WHEREAS,** DAS LLC is authorized to enter into the Settlement

2

Agreement either because the Claim involves ordinary course controversies or pursuant

to that certain Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b)

Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And

Allow Claims Without Further Court Approval (Docket No. 4414) entered by this Court

on June 29, 2006.

**NOW, THEREFORE**, in consideration of the foregoing, the Debtors and Sojitz stipulate and agree as follows:

1.     The Claim shall be allowed in the amount of $50,493.76 and shall be treated as an allowed general unsecured non-priority claim against DAS LLC.

[Concluded on Following Page]

2.      The Fifteenth Omnibus Claims Objection, solely as it relates to the

Claim, and the Response are hereby withdrawn.

Dated:   New York, New York
         July 24, 2008

                                   DELPHI CORPORATION, et al.,
                                   Debtors and Debtors-in-Possession,
                                   By their Bankruptcy Conflicts Counsel,
                                   TOGUT, SEGAL & SEGAL LLP,
                                   By:

                                   _/s/ Neil Berger_____
                                   NEIL BERGER (NB-3599)
                                   A Member of the Firm
                                   One Penn Plaza, Suite 3335
                                   New York, New York 10119
                                   (212) 594-5000

Dated:   New York, New York
         July 15, 2008

                                   SOJITZ CORPORATION OF AMERICA,
                                   By its Counsel,
                                   KELLY DRYE & WARREN LLP
                                   By:

                                   _/s/ James S. Carr_____
                                   JAMES S. CARR (JC-1603)
                                   HOWARD S. STEEL (HS-5515)
                                   101 Park Avenue
                                   New York, New York 10178
                                   (212) 808-7897

**SO ORDERED**
This 6th day of August, 2008
in New York, New York
_____/s/Robert D. Drain_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT E

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Co-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                              :
In re:                                        :
                                              :          Chapter 11
DELPHI CORPORATION, et al.,                   :          Case No. 05-44481 [RDD]
                                              :
                          Debtors.            :          Jointly Administered
                                              :
-----------------------------------------------------------------x

## JOINT STIPULATION AND AGREED ORDER
## COMPROMISING AND DISALLOWING
## PROOF OF CLAIM NUMBERS 1850 AND 1854 (VISTEON CORPORATION)

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-

possession in the above-captioned cases (the "Debtors") and Visteon Corporation (the

"Claimant") respectfully submit this Joint Stipulation And Agreed Order

Compromising And Disallowing Proof Of Claim Numbers 1850 And 1854 (the

"Stipulation") and agree and state as follows:

**WHEREAS,** on October 8, 2005 (the "Petition Date"), the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended, in the United States Bankruptcy Court for the Southern District of New York;  and

**WHEREAS**, on February 8, 2006, Claimant filed (i) proof of claim number 1854 (the "DAS Proof of Claim") against DAS LLC, asserting a claim in an undetermined amount secured by right of setoff and (ii) proof of claim number 1850 (the "Diesel Proof of Claim," and collectively with the DAS Claim, the "Proof of Claim") against Delphi Diesel in an undetermined amount secured by right of setoff; and

**WHEREAS,** Claimant has asserted that (i) prior to the Petition Date, it completed a setoff (the "Setoff") of the amounts owed as of the Petition Date by one or more of the Debtors to Claimant for prepetition services and/or goods provided by Claimant to one or more of the Debtors (the "Receivable") against the amounts owed as of the Petition Date by Claimant to one or more of the Debtors for prepetition services and/or goods provided by one or more of the Debtors to Claimant (the "Payable"); and (ii) the balance of the Payable (after the Setoff) was paid in full to the Debtors; and

**WHEREAS**, the Debtors dispute that Claimant completed the Setoff prior to the Petition Date; and

**WHEREAS**, on June 19, 2007, the Debtors objected to the Proofs of Claim pursuant to the Debtors' Sixteenth Omnibus Objection (Procedural) Pursuant to 11 U.S.C. Section 502(B) and Fed. R. Bankr. P. 3007 to Certain (A) Duplicate or Amended Claims and (B) Protective Claims ("Sixteenth Omnibus Claims Objection"); and

2

**WHEREAS**, on July 13, 2007, Claimant filed a Response to Debtors'
Sixteenth Omnibus Objection (the "Response"); and

**WHEREAS,** the Parties have agreed (i) on the amount of the Payable and
the amount of the Receivable; (ii) that as of the Effective Date (defined below), the
Receivable shall be deemed to have been setoff against the Payable (irrespective of
whether the Setoff was effectuated prior to the Petition Date); and (iii) that as of the
Effective Date, the Payable shall be deemed to have been paid in full; and

**WHEREAS**, to document and set forth the agreements among the Parties
(as set forth in the immediately preceding recital), and to resolve the Sixteenth Omnibus
Claims Objection with respect to the Proofs of Claim and the Response, the Parties
entered into a Settlement Agreement dated as of June 25, 2008;  and

**WHEREAS**, the Debtors are authorized to enter into the Settlement
Agreement without further Court approval or further notice, including that of the
Delphi Bankruptcy Court, either because the Proofs of Claim involve ordinary course
controversies or pursuant to that certain Order Under 11 U.S.C. §§ 363, 502, and 503 and
Fed. R. Bankr. P. 9019(b) Authorizing Debtors to Compromise or Settle Certain Classes
of Controversy and Allow Claims Without Further Court Approval (Docket No. 4414)
entered by the Delphi Bankruptcy Court on June 29, 2006.

**WHEREAS,** pursuant to the Settlement Agreement, Claimant
acknowledges and agrees that the Proofs of Claim shall be disallowed and expunged;
and

3

**NOW, THEREFORE**, in consideration of the foregoing, the Debtors and

Claimant stipulate and agree as follows:

1.      As provided in the Settlement Agreement, the Proofs of Claim shall

be disallowed and expunged in their entirety.  The disallowance and expungement of

the Proofs of Claim are without prejudice to customer obligations, including any

warranty claims or other claims related to defective parts or the quality of parts, which

may arise in the ordinary course of the Debtors' business in favor of Claimant.

2.      The Response shall be deemed withdrawn.

**[signatures concluded on following page]**

Dated:   New York, New York
             July 30, 2008

                              DELPHI CORPORATION, et al.,
                              Debtors and Debtors-in-Possession,
                              By their Bankruptcy Conflicts Counsel,
                              TOGUT, SEGAL & SEGAL LLP,
                              By:

                               /s/ Neil Berger
                              NEIL BERGER (NB-3599)
                              A Member of the Firm
                              One Penn Plaza, Suite 3335
                              New York, New York 10119
                              (212) 594-5000

Dated:   Troy, Michigan
             July 30, 2008

                              VISTEON CORPORATION
                              By its Counsel,
                              JACOB & WEINGARTEN P.C.

4

By:


 /s/ Alan J. Schwartz
ALAN J. SCHWARTZ
2301 W. Big Beaver Road
Suite 777
Troy, Michigan 48084
248-649-1900


**SO ORDERED**
This <u>6th</u> day of <u>August</u>, 2008
in New York, New York
 /s/Robert D. Drain
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT F

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Co-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                               :
In re:                                         :
                                               :        Chapter 11
DELPHI CORPORATION, et al.,                    :        Case No. 05-44481 [RDD]
                                               :
                          Debtors.             :        Jointly Administered
                                               :
-------------------------------------------------------------x

### JOINT STIPULATION AND AGREED ORDER
### COMPROMISING AND ALLOWING PROOF OF CLAIM NUMBER 14147
### (TEXTRON FASTENING SYSTEMS, INC./
### SPCP GROUP, L.L.C./GOLDMAN SACHS CREDIT PARTNERS L.P.)

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-

possession in the above-captioned cases (collectively, the "Debtors") and Textron

Fastening Systems, Inc. ("Textron"), SPCP Group, L.L.C. ("SPCP"), and Goldman Sachs

Credit Partners L.P. ("GSCP" and, together with Textron, and SPCP, the "Claimants")

respectfully submit this Joint Stipulation And Agreed Order Compromising And

Allowing Proof Of Claim Number 14147 (the "Stipulation") and agree and state as

follows:

**WHEREAS,** on October 8, 2005 (the "Petition Date"), the Debtors filed

voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§

101-1330, as amended, in the United States Bankruptcy Court for the Southern District

of New York;  and

**WHEREAS,** on July 31, 2006, SPCP as assignee of Textron filed

proof of claim number 14147 (the "Proof of Claim") against DAS LLC, asserting an

unsecured non-priority claim in the amount of $5,430,121.66 (the "Claim");  and

**WHEREAS,** SPCP subsequently transferred the Claim to GSCP, as

evidenced by that certain Notice of Transfer filed on October 11, 2006 (Docket No. 5271);

and

**WHEREAS,** on October 26, 2007, the Debtors objected to the Claim

pursuant to the Debtors' Twenty-Second Omnibus Objection Pursuant To 11 U.S.C. §

502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate or Amended Claims, (B)

Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected on

Debtors' Books and Records, (E) Untimely Claims, and (F) Claims Subject To

Modification, Tax Claims Subject To Modification, Modified Claims Asserting

Reclamation, Claims Subject to Modification that are Subject to Prior Orders, and

Modified Claims Asserting Reclamation that are Subject to Prior Orders (Docket No.

10738) (the "Twenty-Second Omnibus Claims Objection");  and

**WHEREAS,** on November 26, 2007, SPCP filed a Response to the Twenty-

Second Omnibus Claims Objection (Docket No. 11071) (the "Response");  and

**WHEREAS,** on July 23, 2008, to resolve the Twenty-Second Omnibus Claims Objection with respect to the Claim, DAS LLC and the Claimants entered into a settlement agreement (the "Settlement Agreement");  and

**WHEREAS,** pursuant to the Settlement Agreement, the Debtors acknowledge and agree that the Claim shall be allowed against DAS LLC in the amount of $5,000,000 as a general unsecured non-priority claim;  and

**WHEREAS,** DAS LLC is authorized to enter into the Settlement Agreement either because the Claim involves ordinary course controversies or pursuant to that certain Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 4414) entered by this Court on July 29, 2006.

**NOW, THEREFORE**, in consideration of the foregoing, the Debtors and the Claimants stipulate and agree as follows:

1.      The Claim shall be allowed in the amount of $5,000,000 and shall be treated as an allowed general unsecured non-priority claim against DAS LLC.

2.      GSCP shall hold the entirety of the Claim and the Debtors' claims register shall be amended to reflect this allocation without the need for any further action by the Claimants or the Debtors.

3.      Without further order of the Court, DAS LLC is authorized to offset or reduce the Claim for purposes of distribution to holders of allowed claims entitled to receive distributions under any plan of reorganization of the Debtors by the amount of

3

any cure payments that are made to Textron on account of the assumption, pursuant to

section 365 of the Bankruptcy Code, of an executory contract or unexpired lease to

which Textron is a party.

4. The Twenty-Second Omnibus Claims Objection solely with respect

to the Claim is hereby withdrawn with prejudice.

5. The Stipulation does not impact, alter or affect any other proofs of

claim that Claimants have filed or owns against the Debtors and relates solely to those

matters arising out of or related to the Claim.

Dated:   New York, New York
         July 23, 2008

                              DELPHI CORPORATION, et al.,
                              Debtors and Debtors-in-Possession,
                              By their Bankruptcy Conflicts Counsel,
                              TOGUT, SEGAL & SEGAL LLP,
                              By:

                              /s/ Neil Berger
                              NEIL BERGER (NB-3599)
                              A Member of the Firm
                              One Penn Plaza, Suite 3335
                              New York, New York 10119
                              (212) 594-5000

Dated:   New York, New York
         July 22, 2008

                              TEXTRON FASTENING SYSTEMS, INC.,
                              By its Counsel,
                              Klestadt & Winters, LLP,
                              By:

                              /s/ Tracy L. Klestadt
                              Tracy L. Klestadt

4

292 Madison Avenue
New York, New York 10017-6314
(212) 972-3000

Dated:   New York, New York
         July 22, 2008

SPCP GROUP, L.L.C.,
By its Counsel,
DREIER LLP,
By:

/s/ Wendy G. Marcari
PAUL TRAUB (PT 3752)
MAURA I. RUSSELL (MR-1178)
ANTHONY B. STUMBO (AS-9374)
WENDY G. MARCARI (WM 8494)
499 Park Avenue, 14th Floor
New York, New York 10022
(212) 328-6100

**[Concluded on Following Page]**

Dated:   New York, New York
         July 24, 2008

                              GOLDMAN SACHS CREDIT PARTNERS, L.P.
                              By its Counsel,
                              RICHARDS KIBBE & ORBE LLP
                              By:

                               /s/ Michael Friedman
                              MICHAEL FRIEDMAN
                              Richards Kibbe & Orbe LLP
                              One World Financial Center
                              New York, New York 10281-1003
                              (212) 530-1800

                              **SO ORDERED**
                       This 6th day of August, 2008
                         in New York, New York

                       /s/ Robert D. Drain
                    HONORABLE ROBERT D. DRAIN
                 UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT G

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
|  | : |  |
|  | : |  |
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOF OF CLAIM NUMBER 2111
(SUMITOMO WIRING SYSTEMS (USA), INC.)

Delphi Corporation and certain of its subsidiaries and affiliates, including Delphi

Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-possession in the above-

captioned cases (collectively, the "Debtors"), and Sumitomo Wiring Systems (USA), Inc.

("Sumitomo") respectfully submit this Joint Stipulation And Agreed Order Compromising And

Allowing Proof Of Claim Number 2111 (Sumitomo Wiring Systems (USA), Inc.) (the "Joint

Stipulation") and agree and state as follows:

WHEREAS, on October 8, 2005 (the "Petition Date"), the Debtors filed voluntary

petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then

amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on February 24, 2006, Sumitomo filed proof of claim number 2111

(the "Claim") against DAS LLC, asserting an unsecured non-priority claim in the amounts of

$92,057.65, stemming from goods sold or services provided.

WHEREAS, on March 16, 2007, the Debtors objected to the Claim pursuant to

the Debtors' Eleventh Omnibus Objection to Claim(s) (Substantive) Pursuant To 11 U.S.C.

Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims,

(B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D)

Claims Subject To Modification (Docket No. 7301) (the "Eleventh Omnibus Claims Objection").

WHEREAS, on April 4, 2007, Sumitomo filed the Sumitomo Wiring Systems

(USA), Inc.'s Response to Debtors' Eleventh Omnibus Objection to Claim(s) (Substantive)

Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently

Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely

Claims, And (D) Claims Subject To Modification (Claim 2111) (Docket No. 7655) (the

"Response").

2

WHEREAS, on July 17, 2008, to resolve the Eleventh Omnibus Claims Objection with respect to the Claim, DAS LLC and Sumitomo entered into this Joint Stipulation.

WHEREAS, pursuant to this Joint Stipulation, DAS LLC acknowledges and agrees that the Claim shall be allowed against DAS LLC in the amount of $58,634.22.

WHEREAS, DAS LLC is authorized to enter into this Joint Stipulation either because the Claim involves ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

THEREFORE, the Debtors and Sumitomo stipulate and agree as follows:

1.      The Claim shall be allowed in the amount of $58,634.22 and shall be treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

2.      Allowance of the Claim is in full satisfaction of the Claim and Sumitomo, on its own behalf and on behalf of its predecessors, successors, assigns, parents, subsidiaries, and affiliated companies, and each of its former, current, and future officers, directors, owners, employees, and other agents (the "Sumitomo Releasing Parties"), hereby waives any and all rights to assert, against any and all of the Debtors, that the Claim is anything but a prepetition general unsecured non-priority claim against DAS LLC.  The Sumitomo Releasing Parties further release and waive any right to assert any other claim, cause of action, demand, or liability of every kind and nature whatsoever, including those arising under contract, statute, or common law, whether or not known or suspected at this time, which relate to the Claim or which the Sumitomo Releasing Parties have, ever had, or hereafter shall have against the Debtors based

upon, arising out of, related to, or by reason of any event, cause, thing, act, statement, or

omission occurring before the Petition Date.

       3.      Sumitomo shall withdraw its Response to the Eleventh Omnibus Claims

Objection with prejudice.


So Ordered in New York, New York, this <u>7th</u> day of August, 2008


            /s/Robert D. Drain
            UNITED STATES BANKRUPTCY JUDGE


AGREED TO AND
APPROVED FOR ENTRY:

/s/ John K. Lyons

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606-1285
(312) 407-0700


       - and –

  Kayalyn A. Marafioti
  Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000


Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

/s/ Max J. Newman

Butzel Long, a Professional Corporation
Max J. Newman
Stoneridge West
41000 Woodward Ave.
Bloomfield Hills, Michigan 48304
(248) 258-2907
newman@butzel.com

Attorneys for Sumitomo Wiring Systems (USA),
Inc.

# EXHIBIT H

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

          - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
: 
In re                                          :        Chapter 11
: 
DELPHI CORPORATION, et al.,      :        Case No. 05–44481 (RDD)
: 
                         Debtors.       :        (Jointly Administered)
: 
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER DISALLOWING AND EXPUNGING
PROOF OF CLAIM NUMBER 16807
(GEORGIA POWER COMPANY)

Delphi Corporation and certain of its subsidiaries and affiliates, including Delphi Automotive Systems, LLC ("DAS LLC"), debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Georgia Power Company ("Georgia Power") respectfully submit this Joint Stipulation And Agreed Order Disallowing And Expunging Proof Of Claim Number 16807 (the "Joint Stipulation") and agree and state as follows:

WHEREAS, on July 30, 1996, Georgia Power entered into a contract, identified as the Master Contract for Electric Power Service (the "Master Contract"), with DAS LLC.

WHEREAS, on October 8, 2005 (the "Petition Date"), the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended (the "Bankruptcy Code"), in this Court.

WHEREAS, on April 12, 2006, this Court entered the Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed. R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof (Docket No. 3206) (the "Bar Date Order"), establishing the later of (i) July 31, 2006 or (ii) 30 calendar days after the effective date of such rejection or such other date as fixed by the Court in an order authorizing such rejection (the "Rejection Bar Date") as the bar date for filing rejection damages proofs of claim against the Debtors.

WHEREAS, on February 22, 2008, Georgia Power filed proof of claim number 16807 (the "Proof of Claim") against DAS LLC, asserting a protective rejection damages claim in the amount of $640,344.63 (the "Claim") arising from services provided under the Master Contract.

WHEREAS, on June 27, 2008, the Debtors objected to the Proof of Claim pursuant to the Debtors' Thirtieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed.

2

R. Bankr. P. 3007 To Certain (A) Amended Claims, (B) Equity Claims, (C) Untimely Insufficiently Documented Claim, (D) Books And Records Claims, (E) Untimely Claims, And (F) Claims Subject To Modification (Docket No. 13823) (the "Thirtieth Omnibus Claims Objection").

WHEREAS, to resolve the Thirtieth Omnibus Claims Objection with respect to the Claim, DAS LLC and Georgia Power entered into this Joint Stipulation.

WHEREAS, pursuant to the Joint Stipulation, DAS LLC and Georgia Power acknowledge and agree that the Proof of Claim shall be disallowed and expunged with prejudice as a protective claim, subject to the rights of the Debtors and Georgia Power set forth in paragraph 1 of this Joint Stipulation.

WHEREAS, DAS LLC is authorized to enter into this Joint Stipulation either because the Claim involves ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

THEREFORE, the Debtors and Georgia Power stipulate and agree as follows:

1.      The Proof of Claim shall be disallowed and expunged with prejudice as a protective claim; provided, however, that such disallowance shall be without prejudice as to Georgia Power's right, as provided for in the Bar Date Order, to file a rejection damages claim on or before the Rejection Bar Date in the event that the Debtors reject the Master Contract and the rights of the Debtors, and other parties-in-interests to contest the same, are reserved, and nothing in this Joint Stipulation constitutes or should be construed to waive those or any other rights.

3

2.    The Debtors shall withdraw the Thirtieth Omnibus Claims Objection with

respect to the Proof of Claim.

3.    The Court shall retain jurisdiction to resolve any dispute concerning this

Joint Stipulation.

So Ordered in New York, New York, this <u>7th</u> day of August, 2008

_____/s/Robert D. Drain_____
UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

/s/ John K. Lyons_____    /s/ Paul Deutch_____

John Wm. Butler, Jr.                          Paul Deutch
John K. Lyons                                 TROUTMAN SANDERS LLP
Ron E. Meisler                                600 Peachtree Street, NE
SKADDEN, ARPS, SLATE, MEAGHER                 Suite 5200
  & FLOM LLP                                  Atlanta, GA 30308-2216
333 West Wacker Drive, Suite 2100             (404) 885-3668
Chicago, Illinois  60606-1285
(312) 407-0700                                Attorneys for Georgia Power Company

        - and –

  Kayalyn A. Marafioti
  Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

# EXHIBIT I

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)


Attorneys for Delphi Corporation, <u>et al.</u>,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
                                        :
        In re                           :       Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :       Case No. 05–44481 (RDD)
                                        :
                Debtors.                :       (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOFS OF CLAIM NUMBERS 1714, 1715, AND 1716
<u>(HENMAN ENGINEERING & MACHINE, INC.)</u>

Delphi Corporation and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Henman Engineering & Machine, Inc. ("Henman") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proofs Of Claim Numbers 1714, 1715, And 1716 (Henman Engineering & Machine, Inc.) (the "Joint Stipulation") and agree and state as follows:

WHEREAS, on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on January 30, 2006, Henman filed proof of claim number 1714 against Delphi Automotive Systems (Holding), Inc. which asserts an unsecured non-priority claim in the amount of $2,002.09 ("Claim No. 1714"), stemming from good sold or services provided.

WHEREAS, on January 30, 2006, Henman filed proof of claim number 1715 against Delphi Automotive Systems (Holding), Inc. which asserts an unsecured non-priority claim in the amount of $127,058.35 ("Claim No. 1715"), stemming from good sold or services provided.

WHEREAS, on January 30, 2006, Henman filed proof of claim number 1716 against Delphi Automotive Systems (Holding), Inc. which asserts an unsecured non-priority claim in the amount of $282,500.00 ("Claim No. 1716" and together with Claim No. 1714 and Claim No. 1715, the "Claims"), stemming from good sold or services provided.

WHEREAS, on April 27, 2007, the Debtors objected to Claim No. 1714 and No.

2

1716 pursuant to the Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C.

Section 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B)

Claims Not Reflected on Debtors' Books and Records, (C) Protective Insurance Claims, (D)

Insurance Claims Not Reflected on Debtors' Books and Records, (E) Untimely Claims and

Untimely Tax Claims, and (F) Claims Subject to Modification, Tax Claims Subject to

Modification, and Claims Subject to Modification and Reclamation Agreement (Docket No.

7825) (the "Thirteenth Omnibus Claims Objection").

WHEREAS, on May 22, 2007, Henman filed its response to the Thirteenth

Omnibus Claims Objection (Docket No. 7825) (the "First Response").

WHEREAS, on June 15, 2007, the Debtors objected to Claim No. 1715 pursuant

to the Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. Section

502(B) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims

Not Reflected on Debtors' Books and Records, (C) Insurance Claim Not Reflected on Debtors'

Books and Records, (D) Untimely Claims and Untimely Tax Claims, and (E) Claims Subject to

Modification, Tax Claims Subject to Modification, and Modified Claims Asserting Reclamation

(Docket No. 8270) (the "Seventeenth Omnibus Claims Objection").

WHEREAS, on July 12, 2007, Henman filed its response to the Seventeenth

Omnibus Claims Objection (Docket No. 8658) (the "Second Response").

WHEREAS, to resolve the Thirteenth Omnibus Claims Objection with respect to

Claims No. 1714 and No. 1716 and to resolve the Seventeenth Omnibus Claims Objection with

respect to Claims No. 1715, DAS LLC and Henman have agreed to enter into this Joint

Stipulation.

WHEREAS, pursuant to this Joint Stipulation, DAS LLC acknowledges and

3

agrees that Claim No. 1714 shall be allowed against DAS LLC in the amount of $1,507.00.

WHEREAS, pursuant to this Joint Stipulation, DAS LLC acknowledges and agrees that Claim No. 1715 shall be allowed against DAS LLC in the amount of $119,934.43.

WHEREAS, pursuant to this Joint Stipulation, DAS LLC acknowledges and agrees that Claim No. 1716 shall be allowed against DAS LLC in the amount of $214,500.00.

WHEREAS, DAS LLC is authorized to enter into this Joint Stipulation either because the Claim involves ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

THEREFORE, the Debtors and Henman stipulate and agree as follows:

1.      Claim No. 1714 shall be allowed in the amount of $1,507.00 and shall be treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

2.      Claim No. 1715 shall be allowed in the amount of $119,934.43 and shall be treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

3.      Claim No. 1716 shall be allowed in the amount of $214,500.00 and shall be treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

4.      Without further order of the Court, DAS LLC is authorized to offset or reduce each of Claim No. 1714, Claim No. 1715, and Claim No. 1716 for purposes of distribution to holders of allowed claims entitled to receive distributions under any plan of reorganization of the Debtors by the amount of any cure payments made on account of the assumption, pursuant to section 365 of the Bankruptcy Code, of an executory contract or

4

unexpired lease to which Henman is a party.

5.      Allowance of each of Claim No. 1714, Claim No. 1715, and Claim No. 1716 is in full satisfaction of each of Claim No. 1714, Claim No. 1715, and Claim No. 1716, respectively, and Henman, on its own behalf and on behalf of its predecessors, successors, assigns, parents, subsidiaries, and affiliated companies, and each of its former, current, and future officers, directors, owners, employees, and other agents (the "Henman Releasing Parties"), hereby waives any and all rights to assert, against any and all of the Debtors, that the Claims are anything but prepetition general unsecured non-priority claims against DAS LLC.  The Henman Releasing Parties further release and waive any right to assert any other claim, cause of action, demand, or liability of every kind and nature whatsoever, including those arising under contract, statute, or common law, whether or not known or suspected at this time, which relate to the Claims or which the Henman Releasing Parties have, ever had, or hereafter shall have against the Debtors based upon, arising out of, related to, or by reason of any event, cause, thing, act, statement, or omission occurring before the Petition Date.

6.      Henman shall withdraw its First Response to the Thirteenth Omnibus Claims Objection and its Second Response to the Seventeenth Omnibus Claims Objection with prejudice.


So Ordered in New York, New York, this 7th day of August, 2008


_____/s/Robert D. Drain_____
          UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

/s/ John K. Lyons

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606-1285
(312) 407-0700

- and –

  Kayalyn A. Marafioti
  Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

/s/ Gregory A. Huffman

Gregory A. Huffman
201 East Jackson Street – Suite 400
Muncie, Indiana 47305
(765) 288-3651

Attorney for Henman Engineering & Machine,
Inc.

6

# EXHIBIT J

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :
                                    :
        In re                       :      Chapter 11
                                    :
DELPHI CORPORATION, et al.,         :      Case No. 05–44481 (RDD)
                                    :
                Debtors.            :      (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOF OF CLAIM NUMBER 3048
(CLEO INC.)

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-possession in

the above-captioned cases (collectively, the "Debtors"), and Cleo Inc. ("Cleo") respectfully

submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim

Number 3048 (Cleo Inc.) (the "Joint Stipulation") and agree and state as follows:

WHEREAS, on October 8, 2005, the Debtors filed voluntary petitions under

chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in this

Court.

WHEREAS, on April 28, 2006, Cleo filed proof of claim number 3048 against

Delphi, which asserts an unsecured non-priority claim in the amount of $18,878.39 (the "Claim")

stemming from the sale of goods.

WHEREAS, on June 15, 2007, the Debtors objected to the Claim pursuant to the

Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. Section 502(b)

and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims Not

Reflected on Debtors' Books and Records, (C) Insurance Claim Not Reflected on Debtors' Books

and Records, (D) Untimely Claims and Untimely Tax Claims, and (E) Claims Subject to

Modification, Tax Claims Subject to Modification, and Modified Claims Asserting Reclamation

(Docket No. 8270) (the "Seventeenth Omnibus Claims Objection").

WHEREAS, on July 12, 2007, Cleo filed its response to the Seventeenth Omnibus

Claims Objection (Docket No. 8554) (the "Response").

WHEREAS, to resolve the Seventeenth Omnibus Claims Objection with respect

to the Claim, DAS LLC and Cleo have agreed to enter into this Joint Stipulation.

WHEREAS, pursuant to this Joint Stipulation, DAS LLC acknowledges and

2

agrees that the Claim shall be allowed against DAS LLC in the amount of $18,878.39 as a

general unsecured non-priority claim.

WHEREAS, DAS LLC is authorized to enter into this Joint Stipulation either

because the Claim involves ordinary course controversies or pursuant to that certain Amended

And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b)

Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow

Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26,

2007.

THEREFORE, the Debtors and Cleo stipulate and agree as follows:

1.      The Claim shall be allowed in the amount of $18,878.39 and shall be

treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

2.      Cleo shall withdraw its Response to the Seventeenth Omnibus Claims

Objection with prejudice.


So Ordered in New York, New York, this 7th day of August, 2008


_____/s/Robert D. Drain_____
        UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

/s/ John K. Lyons
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606-1285
(312) 407-0700

- and –

  Kayalyn A. Marafioti
  Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

/s/ Anne Marie Aaronson
Anne Marie Aaronson
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
(215) 981-4000

Attorneys for Cleo Inc.

4

# EXHIBIT K

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
                                          :
          In re                           :      Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :      Case No. 05–44481 (RDD)
                                          :
                   Debtors.               :      (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOF OF CLAIM NUMBER 7310
(CARCLO TECHNICAL PLASTICS)

Delphi Corporation and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Carclo Technical Plastics ("Carclo") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 7310 (Carclo Technical Plastics) (the "Joint Stipulation") and agree and state as follows:

WHEREAS, on October 8, 2005 (the "Petition Date"), the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on June 1, 2006, Carclo filed proof of claim number 7310 against DAS LLC, which asserts an unsecured non-priority claim in the amount of $789,854.35 (the "Claim") stemming from the sale of goods.

WHEREAS, on July 13, 2007, the Debtors objected to the Claim pursuant to the Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8617) (the "Nineteenth Omnibus Claims Objection").

WHEREAS, on August 8, 2007, Carclo filed its Response To The Debtors' Ninteenth Omnibus Claims Objection (Docket No. 8980) (the "Response").

WHEREAS, pursuant to this Joint Stipulation, DAS LLC acknowledges and agrees that the Claim shall be allowed against DAS LLC in the amount of $565,124.35.

2

WHEREAS, Carclo acknowledges that it has been given the opportunity to consult with counsel before executing this Joint Stipulation and is executing this Joint Stipulation without duress or coercion and without reliance on any representations, warranties, or commitments other than those representations, warranties, and commitments set forth in this Joint Stipulation.

WHEREAS, DAS LLC is authorized to enter into this Joint Stipulation either because the Claim involves ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

THEREFORE, the Debtors and Carclo stipulate and agree as follows:

1.      The Claim shall be allowed in the amount of $565,124.35 and shall be treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

2.      Allowance of the Claim is in full satisfaction of the Claim and Carclo, on its own behalf and on behalf of its predecessors, successors, assigns, parents, subsidiaries, and affiliated companies, and each of its former, current, and future officers, directors, owners, employees, and other agents (the "Carclo Releasing Parties"), hereby waives any and all rights to assert, against any and all of the Debtors, that the Claim is anything but a prepetition general unsecured non-priority claim against DAS LLC.  The Carclo Releasing Parties further release and waive any right to assert any other claim, cause of action, demand, or liability of every kind and nature whatsoever, including those arising under contract, statute, or common law, whether or not known or suspected at this time, which relate to the Claim or which the Carclo Releasing

3

Parties have, ever had, or hereafter shall have against the Debtors based upon, arising out of, related to, or by reason of any event, cause, thing, act, statement, or omission occurring before the Petition Date.

        3.    Carclo shall withdraw its Response to the Nineteenth Omnibus Claims Objection with prejudice.

So Ordered in New York, New York, this <u>7th</u> day of August, 2008

     _____/s/Robert D. Drain_____
     UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

/s/ John K. Lyons _____    /s/ Diane K. McNealy _____
John Wm. Butler, Jr.                Diane K. McNealy
John K. Lyons                        Carclo Technical Plastics
Ron E. Meisler                       600 Depot Street
SKADDEN, ARPS, SLATE, MEAGHER      Latrobe, Pennsylvania  15650
  & FLOM LLP                  (724) 539-6984
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606-1285           Carclo Technical Plastics
(312) 407-0700

            - and –

   Kayalyn A. Marafioti
   Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

# EXHIBIT L

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
                                          :
          In re                           :        Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :        Case No. 05–44481 (RDD)
                                          :
                    Debtors.              :        (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOF OF CLAIM NUMBER 8508
(FLOW DRY TECHNOLOGY LTD.)

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Flow Dry Technology Ltd. ("Flow Dry") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 8508 (Flow Dry Technology Ltd.) (the "Joint Stipulation") and agree and state as follows:

WHEREAS, on October 8, 2005 (the "Petition Date"), the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on June 26, 2006, Flow Dry filed proof of claim number 8508 against Delphi, which asserts a secured claim in the amount of $22,258.80 (the "Claim") stemming from the sale of goods and services performed.

WHEREAS, on May 22, 2007, the Debtors objected to the Claim pursuant to the Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 7999) (the "Fifteenth Omnibus Claims Objection").

WHEREAS, on June 19, 2007, Flow Dry filed its Opposition Of Flow Dry Technology Inc. To Debtors' Objection To Flow Dry's Proof Of Claim (Docket No. 8345) (the "Response").

WHEREAS, pursuant to this Joint Stipulation, DAS LLC acknowledges and agrees that the Claim shall be allowed against DAS LLC in the amount of $22,258.80.

WHEREAS, DAS LLC is authorized to enter into this Joint Stipulation either because the Claim involves ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

THEREFORE, the Debtors and Flow Dry stipulate and agree as follows:

1.      The Claim shall be allowed in the amount of $22,258.80 and shall be treated as a general allowed unsecured non-priority claim against the estate of DAS LLC.

2.      Without further order of the Court, DAS LLC is authorized to offset or reduce the Claim for purposes of distribution to holders of allowed claims entitled to receive distributions under any plan of reorganization of the Debtors by the amount of any cure payments made on account of the assumption, pursuant to section 365 of the Bankruptcy Code, of an executory contract or unexpired lease to which Flow Dry is a party.

3.      Allowance of the Claim is in full satisfaction of the Claim and Flow Dry, on its own behalf and on behalf of its predecessors, successors, assigns, parents, subsidiaries, and affiliated companies, and each of its former, current, and future officers, directors, owners, employees, and other agents (the "Flow Dry Releasing Parties"), hereby waives any and all rights to assert, against any and all of the Debtors, that the Claim is anything but a prepetition general unsecured non-priority claim against DAS LLC.  The Flow Dry Releasing Parties further release and waive any right to assert any other claim, cause of action, demand, or liability of every kind and nature whatsoever, including those arising under contract, statute, or common law, whether or not known or suspected at this time, which relate to the Claim or which the Flow Dry

3

Releasing Parties have, ever had, or hereafter shall have against the Debtors based upon, arising

out of, related to, or by reason of any event, cause, thing, act, statement, or omission occurring

before the Petition Date.

       4.     Flow Dry shall withdraw its Response to the Fifteenth Omnibus Claims

Objection with prejudice.


So Ordered in New York, New York, this <u>7th</u> day of August, 2008


            _____/s/Robert D. Drain_____
            UNITED STATES BANKRUPTCY JUDGE


AGREED TO AND
APPROVED FOR ENTRY:

| | |
|---|---|
| /s/ John K. Lyons | /s/ James N. Lawlor |
| John Wm. Butler, Jr. | James N. Lawlor |
| John K. Lyons | WOLLMUTH MAHER & DEUTSCH LLP |
| Ron E. Meisler | One Gateway Center, 9th Floor |
| SKADDEN, ARPS, SLATE, MEAGHER | Newark, New Jersey 07102 |
|   & FLOM LLP | (973) 733-9200 |
| 333 West Wacker Drive, Suite 2100 | |
| Chicago, Illinois 60606-1285 | Attorneys for Flow Dry Technology Ltd. |
| (312) 407-0700 | |

          - and –

  Kayalyn A. Marafioti
  Thomas J. Matz
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

# EXHIBIT M

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)


Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
                                        :
        In re                           :       Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :       Case No. 05–44481 (RDD)
                                        :
                Debtors.                :       (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOF OF CLAIM NUMBER 7238
(CHRIS HUGHES, OKALOOSA COUNTY TAX COLLECTOR)

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Chris Hughes, Okaloosa County Tax Collector ("Okaloosa County") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 7238 (Chris Hughes, Okaloosa County Tax Collector) ("Joint Stipulation") and agree and state as follows:

WHEREAS, on October 8, 2005 (the "Petition Date"), the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on May 31, 2006, Okaloosa County filed proof of claim number 7238 against Delphi, which asserts a secured claim in the amount of $16,756.18 (the "Claim") stemming from taxes allegedly owed by Delphi to Okaloosa County.

WHEREAS, on April 27, 2007, the Debtors objected to the Claim pursuant to the Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 7825) (the "Thirteenth Omnibus Claims Objection").

WHEREAS on June 5, 2007, Okaloosa County 's response to the Thirteenth Omnibus Claims Objection (the "Response") was received by counsel for the Debtors, but such

Response was not, as of the date of the Joint Stipulation, docketed in the Debtors' chapter 11 cases.

WHEREAS, pursuant to this Joint Stipulation, DAS LLC acknowledges and agrees that the Claim shall be allowed against DAS LLC in the amount of $16,120.74.

WHEREAS, DAS LLC is authorized to enter into this Joint Stipulation either because the Claim involves ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

THEREFORE, the Debtors and Okaloosa County stipulate and agree as follows:

1.      The Claim shall be allowed in the amount of $16,120.74 and shall be treated as an allowed secured claim against the estate of DAS LLC.

2.      Okaloosa County hereby releases and waives any right to assert any other claim, cause of action, demand, lien, or liability of every kind and nature whatsoever, including those arising under contract, statute, or common law arising out of, related to, or by reason of any event, cause, thing, act, statement, or omission occurring on or before the Petition Date.

3.      Okaloosa County's Response to the Thirteenth Omnibus Claims Objection shall be deemed withdrawn with prejudice.


So Ordered in New York, New York, this 7th day of August, 2008


_____/s/Robert D. Drain_____
UNITED STATES BANKRUPTCY JUDGE


3

AGREED TO AND
APPROVED FOR ENTRY:

/s/ John K. Lyons

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606-1285
(312) 407-0700

- and –

   Kayalyn A. Marafioti
   Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

/s/ Harold S. Berzow

Harold S. Berzow
RUSKIN MOSCOU FALTISCHEK P.C.
East Tower, 15th Floor
1425 RexCorp Plaza
Uniondale, NY 11556-1425
(516) 663-6600

Attorney for Chris Hughes, Okaloosa County Tax
Collector

4

# EXHIBIT N

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
                                          :
        In re                             :      Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :      Case No. 05–44481 (RDD)
                                          :
            Debtors.                      :      (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOF OF CLAIM NUMBER 16561
(MCNAUGHTON-MCKAY ELECTRIC OF OHIO)

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and McNaughton McKay Electric Of Ohio ("McNaughton McKay") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 16561 (McNaughton McKay Electric Of Ohio) (the "Joint Stipulation") and agree and state as follows:

WHEREAS, on October 8, 2005 (the "Petition Date"), the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS on October 12, 2005, McNaughton McKay submitted a demand to the Debtors asserting a reclamation claim in the amount of $23,230.90 (the "Reclamation Demand").

WHEREAS, on May 26, 2006, the Debtors sent a statement of reclamation (the "Statement of Reclamation") to McNaughton McKay with respect to the Reclamation Demand, whereby the Debtors asserted that the valid amount of the Reclamation Demand is $23,290.90 (the "Reclamation Claim"), subject to the Debtors' right to seek, at any time, a judicial determination that certain reserved defenses (the "Reserved Defenses") to the Reclamation Claim are valid.

WHEREAS, on March 2, 2007, McNaughton McKay filed proof of claim number 16561 against Delphi, which asserts an unsecured non-priority claim in the amount of $46,886.26 and a priority claim in the amount of $23,230.90 (the "Claim") stemming from the sale of goods.

WHEREAS, on September 21, 2007, the Debtors objected to the Claim pursuant to the Debtors' Twenty-First Omnibus Objection Pursuant To 11 U.S.C. Section 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 9535) (the "Twenty-First Omnibus Claims Objection").

WHEREAS, on October 18, 2007, McNaughton McKay filed its Response of McNaughton McKay Electric of Ohio in Opposition to Debtors' Twenty-First Omnibus Objection Pursuant to 11 U.S.C. Section 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Duplicate or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims (D) Claims Not Reflected on the Debtors' Books and Records, (E) Untimely Claims, and (F) Claims Subject to Modification, Tax Claim Subject to Modification and Modified Claims Asserting Reclamation (Docket No. 10642) (the "Response").

WHEREAS, on December 19, 2007, pursuant to the Second Amended and Restated Final Order Under 11 U.S.C. §§ 362, 503, and 546 and Fed. R. Bankr. P. 9019 Establishing Procedures for Treatment of Reclamation Claims (Docket No. 10409) (the "Second Amended Reclamation Order"), entered by this Court on October 2, 2007, the Debtors served a copy of a personalized Notice Of Treatment Of Reclamation Claim Under Plan Of Reorganization (the "Reclamation Election Notice") on McNaughton McKay with respect to the Reclamation Claim, whereby the Debtors presented the McNaughton McKay with the option of electing either (i) to take a general unsecured claim for the amount of the Reclamation Claim to the extent that such claim is allowed or (ii) to continue to assert administrative priority status for

3

the Reclamation Claim and have its Reclamation Claim automatically adjourned to a future contested hearing at which the Debtors would seek a judicial determination that the Reclamation Claim is subject to the Debtors' Reserved Defense that the Reclamation Claim is not entitled to administrative priority status on the grounds that the goods and/or the proceeds form the sale of the goods for which the McNaughton McKay is seeking a Reclamation Claim are or were subject to a valid security interest.

WHEREAS, McNaughton McKay failed to return the Reclamation Election Notice.  Thus, pursuant to the Second Amended Reclamation Order, McNaughton McKay has been deemed to have waived its right to assert administrative priority status for its Reclamation Claim and to the extent that such claim is allowed, it will be treated as a prepetition general unsecured claim.

WHEREAS, pursuant to this Joint Stipulation, DAS LLC acknowledges and agrees that the Claim shall be allowed against DAS LLC in the amount of $62,309.09.

WHEREAS, DAS LLC is authorized to enter into this Joint Stipulation either because the Claim involves ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

THEREFORE, the Debtors and McNaughton McKay stipulate and agree as follows:

1.    The Claim shall be allowed in the amount of $62,309.09 and shall be treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

4

2.      Allowance of the Claim is in full satisfaction of the Claim and McNaughton McKay, on its own behalf and on behalf of its predecessors, successors, assigns, parents, subsidiaries, and affiliated companies, and each of its former, current, and future officers, directors, owners, employees, and other agents (the "McNaughton McKay Releasing Parties"), hereby waives any and all rights to assert, against any and all of the Debtors, that the Claim is anything but a prepetition general unsecured non-priority claim against DAS LLC.  The McNaughton McKay Releasing Parties further release and waive any right to assert any other claim, cause of action, demand, or liability of every kind and nature whatsoever, including those arising under contract, statute, or common law, whether or not known or suspected at this time, which relate to the Claim or which the McNaughton McKay Releasing Parties have, ever had, or hereafter shall have against the Debtors based upon, arising out of, related to, or by reason of any event, cause, thing, act, statement, or omission occurring before the Petition Date.  The waiver and release in this paragraph shall not constitute a waiver and release of the McNaughton McKay Releasing Parties' right to file a claim under section 502(h) of the Bankruptcy Code, if any, and said right is expressly reserved, should such a claim arise.

3.      McNaughton McKay shall withdraw its Response to the Twenty-First Omnibus Claims Objection with prejudice.


So Ordered in New York, New York, this <u>7th</u> day of August, 2008


_____/s/Robert D. Drain_____
        UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

/s/ John K. Lyons

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606-1285
(312) 407-0700

      - and –

   Kayalyn A. Marafioti
   Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

/s/ Robert D. Gordon

Robert D. Gordon
CLARK HILL PLC
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226-3435
(313) 965-8300

Attorneys for McNaughton McKay Electric Of
Ohio

# EXHIBIT O

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                      :
                      :
In re                  :     Chapter 11
                      :
DELPHI CORPORATION, et al.,    :     Case No. 05–44481 (RDD)
                      :
          Debtors.    :     (Jointly Administered)
                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER DISALLOWING
AND EXPUNGING PROOF OF CLAIM NUMBER 11128
(OHIO PUBLIC UTILITIES COMMISSION)

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Ohio Public Utilities Commission ("OPUC") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 11128 (Ohio Public Utilities Commission) (the "Joint Stipulation") and agree and state as follows:

WHEREAS, on October 8, 2005 (the "Petition Date"), the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on July 26, 2006, OPUC filed proof of claim number 11128 against Delphi, which asserts an unsecured non-priority claim in the amount of $817.55 (the "Claim") stemming from the alleged violation of state laws.

WHEREAS, on February 15, 2007, the Debtors objected to the Claim pursuant to the Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 6968) (the "Ninth Omnibus Claims Objection").

WHEREAS, on March 15, 2007, OPUC filed its Response Of Public Utilities Commission Of Ohio To Debtors' Ninth Omnibus Objection (Docket No. 7285) (the "Response").

WHEREAS, pursuant to this Joint Stipulation, OPUC acknowledges and agrees that the Claim shall be disallowed and expunged in its entirety.

2

WHEREAS, DAS LLC is authorized to enter into this Joint Stipulation either because the Claim involves ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

THEREFORE, the Debtors and OPUC stipulate and agree as follows:

1.      The Claim shall be disallowed and expunged in its entirety.

2.      OPUC, on its own behalf and on behalf of its predecessors, successors, assigns, parents, subsidiaries, and affiliated companies, and each of its former, current, and future officers, directors, owners, employees, and other agents (the "OPUC Releasing Parties"), hereby waives any and all rights to assert, against any and all of the Debtors, that the Claim is anything but a disallowed and expunged prepetition general unsecured non-priority claim.  The OPUC Releasing Parties further release and waive any right to assert any other claim, cause of action, demand, or liability of every kind and nature whatsoever, including those arising under contract, statute, or common law, whether or not known or suspected at this time, which relate to the Claim or which the OPUC Releasing Parties have, ever had, or hereafter shall have against the Debtors based upon, arising out of, related to, or by reason of any event, cause, thing, act, statement, or omission occurring before the Petition Date.

3.      OPUC shall withdraw its Response to the Ninth Omnibus Claims Objection with prejudice.

So Ordered in New York, New York, this <u>7th</u> day of August, 2008

_____/s/Robert D. Drain_____
UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

/s/ John K. Lyons                                  /s/ Victoria D. Garry

| | |
|---|---|
| John Wm. Butler, Jr. | Victoria D. Garry |
| John K. Lyons | 1600 Carew Tower |
| Ron E. Meisler | 441 Vine Street |
| SKADDEN, ARPS, SLATE, MEAGHER | Cincinnati, Ohio 45202 |
|   & FLOM LLP | (513) 852-3497 |
| 333 West Wacker Drive, Suite 2100 | |
| Chicago, Illinois  60606-1285 | Attorneys for Ohio Public Utilities Commission |
| (312) 407-0700 | |

- and –

Kayalyn A. Marafioti
Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

4

# EXHIBIT P

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

         - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, <u>et al.</u>,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
                                          :
          In re                           :      Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :      Case No. 05–44481 (RDD)
                                          :
                    Debtors.              :      (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER
MODIFYING AND ALLOWING PROOF OF CLAIM NUMBER 1770
<u>(LEXINGTON COUNTY)</u>

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-possession in

the above-captioned cases (collectively, the "Debtors"), and Lexington County, South Carolina

("Lexington County") respectfully submit this Joint Stipulation And Agreed Order Modifying

And Allowing Proof Of Claim Number 1770 (Lexington County) and agree and state as follows:

WHEREAS, on October 8, 2005 (the "Petition Date"), the Debtors filed voluntary

petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then

amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on February 3, 2006, Lexington County filed proof of claim number

1770 against Delphi, which asserts a secured claim in the amount of $110,647.51 (the "Claim")

stemming from certain taxes allegedly owed by Delphi to Lexington County.

WHEREAS, on April 27, 2007, the Debtors objected to the Claim pursuant to the

Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And

Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not

Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance

Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax

Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And

Claims Subject To Modification And Reclamation Agreement (Docket No. 7825) (the

"Thirteenth Omnibus Claims Objection").

WHEREAS, on May 29, 2007, Lexington County filed its Response of Lexington

County Treasurer's Office (Docket No. 8137) (the "Response").

WHEREAS, pursuant to this Joint Stipulation, DAS LLC acknowledges and

2

agrees that the Claim shall be allowed against DAS LLC in the amount of $110,647.51.

WHEREAS, DAS LLC is authorized to enter into this Joint Stipulation either because the Claim involves ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

THEREFORE, the Debtors and Lexington County stipulate and agree as follows:

1.      The Claim shall be allowed in the amount of $110,647.51 and shall be treated as an allowed secured claim against the estate of DAS LLC.

2.      Lexington County hereby releases and waives any right to assert any other claim, cause of action, demand, lien, or liability of every kind and nature whatsoever, including those arising under contract, statute, or common law arising out of, related to, or by reason of any event, cause, thing, act, statement, or omission occurring on or before the Petition Date.

3.      Lexington County shall withdraw its Response to the Thirteenth Omnibus Claims Objection with prejudice.

So Ordered in New York, New York, this 7th day of August, 2008

_____/s/Robert D. Drain_____
UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

/s/ John K. Lyons                                          /s/ Jeff M. Anderson
John Wm. Butler, Jr.                                    Jeff M. Anderson
John K. Lyons                                              LEXINGTON COUNTY ATTORNEY
Ron E. Meisler                                            140 E. Main Street
SKADDEN, ARPS, SLATE, MEAGHER        Lexington, South Carolina 29072-3434
    & FLOM LLP                                            (803) 359-2512
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606-1285                         Attorneys for Lexington County, South Carolina
(312) 407-0700

            - and –

    Kayalyn A. Marafioti
    Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

4

# EXHIBIT Q

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                   :
        In re                       :     Chapter 11
                                   :
    DELPHI CORPORATION, et al.,     :     Case No. 05-44481 (RDD)
                                   :
               Debtors.     :     (Jointly Administered)
                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


ORDER UNDER 11 U.S.C. § 107(b) AND FED. R. BANKR. P. 9018
AUTHORIZING DEBTORS TO FILE SCHEDULE TO AMENDMENT TO ARRANGEMENT
WITH GENERAL MOTORS CORPORATION UNDER SEAL

("SCHEDULE TO GM ARRANGEMENT AMENDMENT
UNDER SEAL ORDER")

Upon the ex parte application, dated August 7, 2008 (the "Application"), of

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-

in-possession in the above-captioned cases (collectively, the "Debtors"), for an Order (the

"Order") Under 11 U.S.C. § 107(b) And Fed. R. Bankr. P. 9018 Authorizing Debtors To File

Under Seal a certain schedule (the "Schedule") to the amendment to the Agreement between

Delphi and General Motors Corporation (GM) dated May 9, 2008 (the "GM Arrangement

Amendment"); and it appearing that pursuant to Fed. R. Bankr. P. 9018 no notice of the relief

requested in the Application need be provided; and this Court having determined that the relief

requested in the Application is in the best interests of the Debtors, their estates, their creditors,

and other parties-in-interest; and after due deliberation thereon; and good and sufficient cause

appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1.      The Application is GRANTED.

2.      Pursuant to 11 U.S.C. § 107(b) and Fed. R. Bankr. P. 9018, Delphi is authorized to file the Schedule under seal.

3.      The Schedule (and any information derived from the Schedule) shall remain confidential, be filed under seal, and shall be served on and made available only to (a) the United States Trustee for the Southern District of New York, (b) counsel to the official committee of unsecured creditors, and (c) such other parties as ordered by this Court or as agreed to in writing by the Debtors and GM.

4.      Except as otherwise agreed to by the Debtors and GM, any pleadings filed by a third party in these cases that reference or disclose any of the information contained in the Schedule shall be filed under seal and served only on those parties authorized to receive the Schedule as provided for in paragraph 3 of this Order.

5.      This Court retains jurisdiction to enforce this Order and the confidentiality of the Schedule to the GM Arrangement Amendment and the sensitive information contained therein, including the authority to impose sanctions on any person or entity which violates this Order.

Dated:    New York, New York
          August 11, 2008

                                    /s/Robert D. Drain
                                    _____
                                    THE HONORABLE ROBERT D. DRAIN
                                    UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT R

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| DELPHI CORP. *et al.*, | ) Case No. 05-44481 (RDD) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**SECOND STIPULATION AUTHORIZING AND DIRECTING THE DELPHI FORMER OFFICERS AND EMPLOYEES ESCROW AGENT TO DISBURSE INTERIM PAYMENTS TO THE DELPHI FORMER OFFICERS AND EMPLOYEES FOR DEFENSE COSTS**

WHEREAS, on August 31, 2007, the parties hereto[1] (the "Parties") entered into a Stipulation and Agreement of Insurance Settlement (the "Insurance Settlement"), attached as Exhibit C to the Motion for Order Preliminarily Approving Settlement, Preliminarily Certifying a Settlement Class, Approving Forms and Methods of Notice, and Setting a Fairness Hearing (the "Motion for Preliminary Approval"), In re: Delphi Corporation Securities, Derivative and "ERISA" Litigation, 05-md-1725 (E.D. Mich.) [Docket No. 228] (attached to the December 7, 2007 Stipulation Authorizing and Directing the Delphi Former Officers and Employees Escrow Agent to Disburse Interim Payments to the Delphi Former Officers and Employees for Defense Costs [Docket No. 11354] (the "First Stipulation") as Exhibit A);

---

[1]      This Stipulation is entered into among Delphi Corporation, Delphi Corporation as Debtor in Possession, Delphi Trust I, Delphi Trust II (collectively, "Delphi"); J.T. Battenberg III, Milan Belans, John G. Blahnik, Alan S. Dawes, Paul R. Free, Peter H. Janak, Judith Kudla, and Catherine Rozanski (collectively, the Delphi Former Officers and Employees"); Robert H. Brust, Virgis W. Colbert, David N. Farr, Bernd Gottschalk, Susan A. McLaughlin, Oscar de Paula Bernardes Neto, Cynthia A. Niekamp, John D. Opie, Roger S. Penske, Donald S. Runkle, John D. Sheehan, and Patricia C. Sueltz (collectively, the "Delphi Officers and Directors"); and National Union Fire Insurance Company of Pittsburgh, Pa., Zurich American Insurance Company, Federal Insurance Company, Twin City Fire Insurance Company, American Casualty Company of Reading, PA, Arch Insurance Company, St. Paul Mercury Insurance Company, Great American Insurance Company, Allied World Assurance Company LTD, Endurance Specialty Insurance Ltd., and Starr Excess International (collectively, "Insurers").

WHEREAS, the Insurance Settlement provides for the creation of a fund for the defense costs of the Delphi Former Officers and Employees (the "Escrow Account"), administered by an escrow agent (the "Delphi Former Officers and Employees Escrow Agent");

WHEREAS, the Insurance Settlement provides that the Delphi Former Officers and Employees Escrow Agent may make payments prior to the Effective Date of the Insurance Settlement (as that term is defined in the Insurance Settlement), provided that: (1) the Delphi Former Officers and Employees provide to the Insurers an unsecured written undertaking (an "Undertaking") to repay any sums so paid if the Insurance Settlement does not become effective and it is later determined that the Delphi Former Officers and Employees were not entitled to the amounts paid; and (2) the Delphi Former Officers and Employees Escrow Agent is authorized to make such payments by an order of this Court either upon uncontested motion or stipulated order notwithstanding the automatic stay, to the extent it applies;

WHEREAS, upon the First Stipulation,[2] this Court entered an Order [Docket No. 11549] authorizing the Delphi Former Officers and Employees Escrow Agent to disburse up to $1 million to the Delphi Former Officers and Employees prior to the Effective Date of Settlement;

WHEREAS, the Delphi Former Officers and Employees Escrow Agent has disbursed funds pursuant to the prior Order;

WHEREAS, several of the Former Officers and Employees continue to incur defense costs that require reimbursement; and

---

[2] The required Undertakings from the Delphi Former Officers and Employees seeking reimbursement were attached as Exhibits B-I to the First Stipulation.

WHEREAS, the Insurance Settlement has not, to date, received the necessary court approvals to become effective;

NOW, THEREFORE, the Parties hereby stipulate that the Delphi Former Officers and Employees Escrow Agent be authorized and directed by the United States Bankruptcy Court for the Southern District of New York to disburse up to $5 million of the principal amount of funds deposited into the Escrow Account, inclusive of any sums already disbursed, to the Delphi Former Officers and Employees to be used solely for defense costs as set forth in paragraph 10 of the Insurance Settlement.

IT IS SO STIPULATED this 7th day of July, August 2008.

**HELLER EHRMAN LLP**

By:  Timothy W. Burns
     One East Main Street
     Suite 201
     Madison, WI  53703-5118
     Telephone: (608) 663-7487
     Facsimile: (608) 6637499

**SHEARMAN & STERLING LLP**

     Stuart J. Baskin
     Brian H. Polovoy
     Marc D. Ashley
     599 Lexington Avenue
     New York, New York 10022-6069
     Telephone: (212) 848-4000
     Facsimile: (212) 848-7179

**Counsel for Delphi Corporation, Delphi Trust I, Delphi Trust II, Robert H. Brust, Virgis W. Colbert, David N. Farr, Bernd Gottschalk, Susan A. McLaughlin, Oscar de Paula Bernardes Neto, Cynthia A. Niekamp, John D. Opie, Roger S. Penske, Donald S. Runkle, John D. Sheehan, and Patricia C. Sueltz**

-3-

**BAKER BOTTS L.L.P.**

By:   William H. Jeffress, Jr.
      Joe R. Caldwell, Jr
      Bridget M. Moore
      Michael G. Pattillo, Jr.
      1299 Pennsylvania Avenue, N.W.
      Washington, DC 20004-2400
      Telephone: (202) 639-7788
      Facsimile: (202) 639-7980

**Counsel for J.T. Battenberg**

**O'MELVENY & MYERS LLP**

By:   Robert N. Eccles
      Robert M. Stern
      1625 Eye Street, NW
      Washington, DC 20006-4001
      Telephone: (202) 383-5315
      Facsimile: (202) 383-5414

**Counsel for Alan S. Dawes**

**PEPPER HAMILTON LLP**

By:
      Matthew J. Lund
      100 Renaissance Center
      Suite 3600
      Detroit, MI 48243-1157
      Telephone: (313) 259-7110

**Counsel for Paul R. Free**

**BAKER BOTTS L.L.P.**

By:    William H. Jeffress, Jr.
Joe R. Caldwell, Jr
Bridget M. Moore
Michael G. Pattillo, Jr.
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7788
Facsimile: (202) 639-7980

**Counsel for J.T. Battenberg**

**O'MELVENY & MYERS LLP**

By:    Robert N. Eccles
Robert M. Stern
1625 Eye Street, NW
Washington, DC 20006-4001
Telephone: (202) 383-5315
Facsimile: (202) 383-5414

**Counsel for Alan S. Dawes**

**PEPPER HAMILTON LLP**

By:   
Matthew J. Lund
100 Renaissance Center
Suite 3600
Detroit, MI 48243-1157
Telephone: (313) 259-7110

**Counsel for Paul R. Free**

**BAKER BOTTS L.L.P.**

By: _____
    William H. Jeffress, Jr.
    Joe R. Caldwell, Jr
    Bridget M. Moore
    Michael G. Pattillo, Jr.
    1299 Pennsylvania Avenue, N.W.
    Washington, DC 20004-2400
    Telephone: (202) 639-7788
    Facsimile: (202) 639-7980

**Counsel for J.T. Battenberg**

**O'MELVENY & MYERS LLP**

By: _____
    Robert N. Eccles
    Robert M. Stern
    1625 Eye Street, NW
    Washington, DC 20006-4001
    Telephone: (202) 383-5315
    Facsimile: (202) 383-5414

**Counsel for Alan S. Dawes**

**PEPPER HAMILTON LLP**

By: _____
    Matthew J. Lund
    100 Renaissance Center
    Suite 3600
    Detroit, MI 48243-1157
    Telephone: (313) 259-7110

**Counsel for Paul R. Free**

**SARETSKY HART MICHAELS & GOULD PC**

By: _____
     Eric A. Michaels
     995 South Eton
     Birmingham, Michigan 48009
     Telephone:  (248) 502-3300

**Counsel for Judith Kudla**


**MILLER, CANFIELD. PADDOCK and STONE, PLC**


By: _____
     Thomas W. Cranmer
     Matthew P. Allen
     150 W. Jefferson, Suite 2500
     Detroit, Michigan 48226

**Counsel for John G. Blahnik and Peter H. Janak**


**CLARK HILL PLC**


By: _____
     Martin E. Crandall
     Charles E. Murphy
     500 Woodward Avenue
     Suite 3500
     Detroit, MI  48226
     Telephone:  (313) 965-8413

**Counsel for Milan Belans**

**SARETSKY HART MICHAELS & GOULD PC**

By: _____
     Eric A. Michaels
     995 South Eton
     Birmingham, Michigan 48009
     Telephone:  (248) 502-3300

**Counsel for Judith Kudla**


**MILLER, CANFIELD. PADDOCK and STONE, PLC**

By: _____
     Thomas W. Cranmer
     Matthew P. Allen
     150 W. Jefferson, Suite 2500
     Detroit, Michigan 48226

**Counsel for John G. Blahnik and Peter H. Janak**


**CLARK HILL PLC**

By: _____
     Martin E. Crandall
     Charles E. Murphy
     500 Woodward Avenue
     Suite 3500
     Detroit, MI  48226
     Telephone:  (313) 965-8413

**Counsel for Milan Belans**

**SARETSKY HART MICHAELS & GOULD PC**

By: _____
      Eric A. Michaels
      995 South Eton
      Birmingham, Michigan 48009
      Telephone: (248) 502-3300

**Counsel for Judith Kudla**

**MILLER, CANFIELD. PADDOCK and STONE, PLC**

By: _____
      Thomas W. Cranmer
      Matthew P. Allen
      150 W. Jefferson, Suite 2500
      Detroit, Michigan 48226

**Counsel for John G. Blahnik and Peter H. Janak**

**CLARK HILL PLC**

By: _____
      Martin E. Crandall
      Charles E. Murphy
      500 Woodward Avenue
      Suite 3500
      Detroit, MI 48226
      Telephone: (313) 965-8413

**Counsel for Milan Belans**

**BUTZEL LONG PC**

By: _Laurie Michelson_
     David Dumouchel
     Laurie J. Michelson
     150 W. Jefferson Avenue
     Suite 100
     Detroit, MI 48226
     Telephone: (313) 225-7004

**Counsel for Cathy Rozanski**


**EDWARDS ANGELL PALMER & DODGE LLP**

By: _____
     John D. Hughes
     Mary-Pat Cormier
     111 Huntington Avenue
     Boston, MA 02119
     Telephone: (617) 951-3373

**Counsel for Allied World Assurance Company and
Endurance Specialty Insurance Ltd.**


**WILEY REIN LLP**

By: _____
     Kimberly M. Melvin
     1776 K Street NW
     Washington, DC 20006
     Telephone: (202) 719-7403

**Counsel for Federal Insurance Company**

**BUTZEL LONG PC**

By:  _____

David Dumouchel
Laurie J. Michelson
150 W. Jefferson Avenue
Suite 100
Detroit, MI  48226
Telephone:  (313) 225-7004

**Counsel for Cathy Rozanski**

**EDWARDS ANGELL PALMER & DODGE LLP**

By: _____

John D. Hughes
Mary-Pat Cormier
111 Huntington Avenue
Boston, MA  02119
Telephone:  (617) 951-3373

**Counsel for Allied World Assurance Company and
Endurance Specialty Insurance Ltd.**

**WILEY REIN LLP**

By: _____

Kimberly M. Melvin
1776 K Street NW
Washington, DC  20006
Telephone:  (202) 719-7403

**Counsel for Federal Insurance Company**

**BUTZEL LONG PC**

By: _____
     David Dumouchel
     Laurie J. Michelson
     150 W. Jefferson Avenue
     Suite 100
     Detroit, MI 48226
     Telephone: (313) 225-7004

**Counsel for Cathy Rozanski**

**EDWARDS ANGELL PALMER & DODGE LLP**

By: _____
     John D. Hughes
     Mary-Pat Cormier
     111 Huntington Avenue
     Boston, MA 02119
     Telephone: (617) 951-3373

**Counsel for Allied World Assurance Company and
Endurance Specialty Insurance Ltd.**

**WILEY REIN LLP**

By: _____
     Kimberly M. Melvin
     1776 K Street NW
     Washington, DC 20006
     Telephone: (202) 719-7403

**Counsel for Federal Insurance Company**

**BOUNDAS SKARZYNSKI WALSH & BLACK, LLC**

By: _____

James A. Skarzynski
David T. Burrowes
Nathan L. Strup
200 E. Randolph Drive
Suite 7200
Chicago, IL 60601
Telephone: (312) 946-4214

**Counsel for Great American Insurance Company**


**ROSS DIXON & BELL, LLP**

By: _____

Kimberly E. Rients Blair
55 West Monroe Street
Suite 3000
Chicago, IL 60603-5758
Telephone: (312) 759-5945

**Counsel for Twin City Fire Insurance Company**


**BAILEY CAVALIERI LLC**

By: _____

R. Stacy Lane
10 West Broad Street
Suite 2100
Columbus, OH 43215-3422
Telephone: (614) 229-3203

**Counsel for Zurich American Insurance Company**

**BOUNDAS SKARZYNSKI WALSH & BLACK, LLC**

By: _____
      James A. Skarzynski
      David T. Burrowes
      Nathan L. Strup
      200 E. Randolph Drive
      Suite 7200
      Chicago, IL  60601
      Telephone:  (312) 946-4214

**Counsel for Great American Insurance Company**


**TWIN CITY FIRE INSURANCE COMPANY**

By: _____
      James P. Palermini
      Hartford Financial Products
      2 N. LaSalle St.
      4th Floor
      Chicago, IL  60602
      (312) 384-7934


**BAILEY CAVALIERI LLC**

By: _____
      R. Stacy Lane
      10 West Broad Street
      Suite 2100
      Columbus, OH  43215-3422
      Telephone:  (614) 229-3203

**Counsel for Zurich American Insurance Company**

**BOUNDAS SKARZYNSKI WALSH & BLACK, LLC**

By: _____
James A. Skarzynski
David T. Burrowes
Nathan L. Strup
200 E. Randolph Drive
Suite 7200
Chicago, IL 60601
Telephone: (312) 946-4214

**Counsel for Great American Insurance Company**

**ROSS DIXON & BELL, LLP**

By: _____
Kimberly E. Rients Blair
55 West Monroe Street
Suite 3000
Chicago, IL 60603-5758
Telephone: (312) 759-5945

**Counsel for Twin City Fire Insurance Company**

**BAILEY CAVALIERI LLC**

By: _____
R. Stacy Lane
10 West Broad Street
Suite 2100
Columbus, OH 43215-3422
Telephone: (614) 229-3203

**Counsel for Zurich American Insurance Company**

D'AMATO & LYNCH, LLP

By:

Thomas F. Breen
70 Pine Street
New York, NY 10270-0110
Telephone: (212) 269-0927

**Counsel for National Union Fire Insurance Company of Pittsburgh, Pa. and Starr Excess International**

**KAUFMAN BORGEEST & RYAN LLP**

By: _____

Wayne E. Borgeest
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (212) 980-9600

**Counsel for Arch Insurance Company**

**SEDGWICK, DETERT, MORAN & ARNOLD LLP**

By: _____

Joseph M. Smick
125 Broad Street, 39th Floor
New York, NY 10004-2400
Telephone: (212) 422-0202

**Counsel for American Casualty Company of Reading PA**

-8-

**D'AMATO & LYNCH, LLP**

By: _____

    Thomas F. Breen
    70 Pine Street
    New York, NY 10270-0110
    Telephone: (212) 269-0927

**Counsel for National Union Fire Insurance
Company of Pittsburgh, Pa. and Starr Excess
International**

**KAUFMAN BORGEEST & RYAN LLP**

By: _____

    Wayne B. Borgeest
    99 Park Avenue, 19th Floor
    New York, NY 10016
    Telephone: (212) 980-9600

**Counsel for Arch Insurance Company**

**SEDGWICK, DETERT, MORAN & ARNOLD
LLP**

By: _____

    Joseph M. Smick
    125 Broad Street, 39th Floor
    New York, NY 10004-2400
    Telephone: (212) 422-0202

**Counsel for American Casualty Company of
Reading PA**

**D'AMATO & LYNCH, LLP**

By: _____
      Thomas F. Breen
      70 Pine Street
      New York, NY  10270-0110
      Telephone:  (212) 269-0927

**Counsel for National Union Fire Insurance Company of Pittsburgh, Pa. and Starr Excess International**

**KAUFMAN BORGEEST & RYAN LLP**

By: _____
      Wayne E. Borgeest
      99 Park Avenue, 19th Floor
      New York, NY  10016
      Telephone:  (212) 980-9600

**Counsel for Arch Insurance Company**

**SEDGWICK, DETERT, MORAN & ARNOLD LLP**

By: _____
      Joseph M. Smick    Christopher C. Novak
      125 Broad Street, 39th Floor
      New York, NY  10004-2400
      Telephone:  (212) 422-0202

**Counsel for American Casualty Company of Reading PA**

-8-

**THOMPSON, LOSS & JUDGE, LLP**

By: _____
Thomas J. Judge
Two LaFayette Centre, Ste. 450
1133 21st Street, NW
Washington, DC  20036
Telephone:  (202) 778-4060

**Counsel for St. Paul Mercury Insurance Company**

#8999545 v5

-9-

# EXHIBIT S

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | ) | |
| In re | ) | Chapter 11 |
| | ) | |
| DELPHI CORP. *et al.*, | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## SECOND ORDER AUTHORIZING AND DIRECTING THE DELPHI FORMER OFFICERS AND EMPLOYEES ESCROW AGENT TO DISBURSE INTERIM PAYMENTS TO THE DELPHI FORMER OFFICERS AND EMPLOYEES FOR DEFENSE COSTS

Upon the Second Stipulation Authorizing and Directing the Delphi Former Officers and Employees Escrow Agent to Disburse Interim Payments to the Delphi Former Officers and Employees for Defense Costs submitted by the parties pursuant to the August 31, 2007 Stipulation and Agreement of Insurance Settlement in In Re: Delphi Corporation Securities, Derivative and "ERISA" Litigation, 05-md-1725 (E.D. Mich.) (the "Insurance Settlement"), and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that the Delphi Former Officers and Employees Escrow Agent is authorized and directed to disburse up to $5 million of the principal amount of funds deposited into the Escrow Account, inclusive of any sums already disbursed, to the Delphi Former Officers and Employees prior to the Effective Date of Settlement to be used solely for defense costs as set forth in paragraph 10 of the Insurance Settlement.

IT IS SO ORDERED.

Dated: August 21, 2008
        New York, New York

/s/Robert D. Drain
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT T

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
Albert L. Hogan, III (AH 8807)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
        In re                             :    Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :    Case No. 05-44481 (RDD)
                                          :
                                          :    (Jointly Administered)
                        Debtors.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## STIPULATION AND CONSENT ORDER STAYING PROCEEDINGS OF ADVERSARY COMPLAINTS FILED TO OBTAIN RELIEF PURSUANT TO 11 U.S.C. § 1144

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), the

Official Committee of Unsecured Creditors (the "Creditors Committee"), and the Wilmington

Trust Company, as Successor Indenture Trustee ("Wilmington Trust"), hereby agree and state as follows:

WHEREAS on October 8, 2005 and October 14, 2005, the Debtors filed voluntary petitions for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

WHEREAS on December 10, 2007, the Debtors filed the First Amended Joint Plan of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (Docket No. 11386) and the First Amended Disclosure Statement With Respect To First Amended Joint Plan of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (Docket No. 11388).

WHEREAS on January 25, 2008 the Bankruptcy Court entered its Findings Of Fact, Conclusions Of Law, And Order Under 11 U.S.C. §§ 1129(a) And (b) And Fed. R. Bankr. P. 3020 Confirming First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors, and Debtors-In-Possession, As Modified (Docket No. 12359).

WHEREAS on July 22, 2008 the Creditors Committee filed its Adversary Complaint Pursuant To 11 U.S.C. § 1144 To Revoke Order Confirming Chapter 11 Plan Based Upon Promissory Fraud Of Appaloosa Management, L.P., David A. Tepper, And A-D Acquisition Holdings, LLC (the "Creditors Committee's § 1144 Complaint") (Docket No. 13959).  Furthermore, on July 22, 2008 Wilmington Trust filed its Complaint for revocation (the "Wilmington Trust § 1144 Complaint") (Docket No. 13957) (collectively, the "Revocation Complaints").

2

WHEREAS each of the Creditors Committee and Wilmington Trust served a summons and complaint upon counsel for the Debtors, who accepted service of the summons and complaint as to all Debtor entities.

WHEREAS in light of current events and ongoing negotiations surrounding these Chapter 11 cases, the Debtors, the Creditors Committee, and Wilmington Trust seek to stay all further proceedings with respect to the Revocation Complaints, subject to the terms set forth herein.

THEREFORE, the Debtors, the Creditors Committee, and Wilmington Trust (the "Parties") stipulate and agree as follows:

1.      All activity in respect of the Creditors Committee's § 1144 Complaint shall be stayed until the earlier of (i) the service by the Creditors Committee upon the Debtors of a written notice terminating the stay with respect to the Creditors Committee's § 1144 Complaint or (ii) further Order of the Bankruptcy Court.

2.      All activity in respect of the Wilmington Trust § 1144 Complaint shall be stayed until the earlier of (i) the service by Wilmington Trust upon the Debtors of a written notice terminating the stay with respect to the Wilmington Trust § 1144 Complaint or (ii) further Order of the Bankruptcy Court.

3.      Upon receipt of a notice of termination of stay as set forth in paragraphs 1 or 2 above, the Debtors shall have thirty days, or such other period of time as the parties may agree or may be ordered by the Bankruptcy Court, to answer or otherwise file a responsive pleading as to each particular Revocation Complaint.

4.      For purposes of this stipulation, any notice to the Debtors shall be deemed to have been received and shall be effective on the day on which delivered if (a) personally

3

delivered; (b) sent by email; (c) sent by facsimile transmission; (d) sent by national overnight

delivery service (in which case notice shall be deemed to be delivered on the next business day);

or (e) mailed return receipt requested (in which case such notice shall be deemed to be delivered

on the date shown on such receipt for delivery or refusal), and shall be addressed to:

> John Wm. Butler, Esq.
> Skadden, Arps, Slate, Meagher & Flom LLP
> 333 West Wacker Drive, Suite 2100
> Chicago, IL 60606
> Jack.Butler@skadden.com
> Telephone: (312) 407-0700
> Facsimile: (312) 407-8501

5.      In the event that the stay is terminated with respect to both Revocation

Complaints, the Parties agree that the Revocation Complaints shall be coordinated for the

purposes of pre-trial conferences, scheduling and management, and subsequent discovery under

the applicable Federal Rules of Civil Procedure and Federal Rules of Bankruptcy Procedure.

6.      This stipulation may be executed in counterparts and by facsimile

signature, and all executed counterparts and facsimile signatures taken together constitute one

document.


SO ORDERED:


Dated: New York, New York
       August 22, 2008

                    ___/s/Robert D. Drain_____
                      UNITED STATES BANKRUPTCY JUDGE


4

DATED: New York, New York

        _____, 2008

John Wm Butler, Jr. (JB 4711)
Albert L. Hogan, III (AH 8807)
Ron E. Meisler (RM 3026)
333 West Wacker Dr., Suite 2100
Chicago, IL 60606
Telephone: (312) 407-0700

By:  /s/_____

       -and-

Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
Telephone: (212) 735-3000
Attorneys for the Debtors

By: ____/s/_____

Robert J. Rosenberg (RR-9585)
Mitchell A. Sieder (MS 4321)
Mark A. Broude (MB 1902)
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022
Telephone: (212) 906-1200
Attorneys for the Official Committee
of Unsecured Creditors

By: ___/s/_____

Eric Moser (EM5637)
K&L Gates LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 536-3900
Attorney for Wilmington Trust Company, as
Indenture Trustee

By: ____/s/_____

# EXHIBIT U

TOGUT, SEGAL & SEGAL LLP
Conflicts Counsel for DAS LLC Corporation, *et al.*,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)
Sean McGrath (SM-4676)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :
        In re                       :        Chapter 11
                                    :
DELPHI CORPORATION, et al.,         :        Case No. 05–44481 (RDD)
                                    :
                Debtors.            :        (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## SETTLEMENT STIPULATION AND AGREED
## ORDER AMONG THE DEBTORS OF FURUKAWA ELECTRIC
## NORTH AMERICA APD AND FURUKAWA ELECTRIC CO., LTD.

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

debtors and debtors-in-possession in the above-captioned cases, (collectively, the

"Debtors") and Furukawa Electric North America APD, Inc. ("Furukawa North

America") and Furukawa Electric Co., Ltd. (jointly, "Furukawa" and, together with the

Debtors, the "Parties") respectfully submit this Settlement Stipulation And Agreed

Order and agree and state as follows:

**WHEREAS,** on October 8, 2005 (the "Petition Date"), the Debtors filed

voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§

101-1330 (the "Bankruptcy Code"), as then amended, in the United States Bankruptcy

Court for the Southern District of New York (the "Bankruptcy Court"); and

**WHEREAS,** prior to the Petition Date, Delphi Automotive Systems, LLC

("DAS LLC") and Furukawa entered into a Long Term Contract dated September 7,

2000 (the "Long Term Contract"); and

**WHEREAS,** and pursuant to the Long Term Contract, DAS LLC issued

Purchase Order No. SAG90I4710 to Furukawa North America (together with the Long

Term Contract, the "Sensor Agreement"), and Furukawa agreed to sell to DAS LLC

approximately 100% of DAS LLC's requirements for torque and position sensors (the

"Sensors"); and

**WHEREAS,** also prior to the Petition Date, certain of the Debtors and

Furukawa entered into Purchase Order Nos.  SAG90I4073, SAG90I5645, SAG50I5496,

and SAG90I5497 (the "Purchase Orders") under which Furukawa would provide certain

products other than the Sensors to the Debtors; and

**WHEREAS,** on October 14, 2004, DAS LLC filed a complaint (the

"Complaint") against Furukawa in the Circuit Court for the County of Saginaw

Michigan, the ("State Court") and asserted that Furukawa breached the Sensor

Agreement and DAS LLC sought damages on account of that alleged breach; and

**WHEREAS,** on July 25, 2006, Furukawa filed proof of claim number 10574

against DAS LLC for goods sold under the Purchase Orders, and asserted an unsecured

2

non-priority claim in the amount of $4,756,206.56 (the "General Unsecured Claim") and

a secured claim for $312,926.79 (the "Secured Claim" and, together with the General

Unsecured Claim, "Claim 10574");  and

WHEREAS, on July 26, 2006 Furukawa filed proof of claim number 12347

and asserted an unsecured non-priority claim in the amount of $2,589,684.56 for alleged

breach of contract damages in connection with the Sensor Agreement ("Claim 12347");

and

WHEREAS, on October 31, 2006, the Debtors objected to Claim 12347

pursuant to the Debtors' (I) Third Omnibus Objection (Substantive) Pursuant to 11

U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient

Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, and (C)

Claims Subject To Modification and (II) Motion to Estimate Contingent And

Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452) (the "Third

Omnibus Claims Objection");  and

WHEREAS, on November 22, 2006, Furukawa responded and objected to

the Debtors' Third Omnibus Claims Objection (Docket No. 5788);  and

WHEREAS, Furukawa subsequently transferred the General Unsecured

Claim to SPCP Group, L.L.C., as agent for Silver Point Capital Fund L.P. and Silver

Point Capital Offshore Fund, Ltd. (collectively "SPCP"), as evidenced by that certain

Notice of Transfer filed on January 31, 2007 (Docket No. 6766);  and

WHEREAS, SPCP subsequently transferred $4,000,000 of the General

Unsecured Claim to Goldman Sachs Credit Partners L.P. ("Goldman Sachs"), as

3

evidenced by that certain Notice of Partial Transfer filed on April 2, 2007 (Docket No. 7540);  and

WHEREAS, on July 13, 2007, the Debtors objected to Claim 10574 pursuant to the Nineteenth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To Prior Orders (Docket No. 9535) (the "Nineteenth Omnibus Claims Objection");  and

WHEREAS, on August 8, 2007, Furukawa filed a Response To the Nineteenth Omnibus Objection (Docket No. 8986);  and

WHEREAS, on September 26, 2007, the Debtors filed and served their Claim for Affirmative Relief against Furukawa pursuant to Bankruptcy Rule 3007 in connection with Claim 12347 and asserted a claim against Furukawa of not less than $24 million (the "Counterclaim");  and

WHEREAS, on December 10, 2007, the Debtors filed Debtors' Expedited Motion For Orders Under 11 U.S.C. §§ 363, 365, And 1146 And Fed. R. Bankr. P. 2002, 6004, 6006, And 9014 (A)(I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date, (B) Authorizing And Approving (I) Sale Of Certain Of Debtors' Assets

4

Comprising Substantially All Assets Primarily Used In Debtors' Steering And Halfshaft Business Free And Clear Of Liens, Claims, And Encumbrances, (II) Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And (III) Assumption Of Certain Liabilities, And (C) Authorizing And Approving Transaction Facilitation Agreement (the "Steering Motion");  and

WHEREAS, on or about January 23, 2008, the Debtors served (i) Notices Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business (Docket No. 12323) (the "Assumption Notice") and (ii) Notice of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business (Docket No. 12324) (the "Cure Notices").  The Cure Notices stated, among other things, that the Debtors seek to assume and/or assign the Purchase Orders to Steering Solutions Corporation and certain of its affiliates (the "Buyers");  and

WHEREAS, on January 25, 2008, the Court entered an order confirming the First Amended Joint Plan of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (the "Plan");  and

WHEREAS, on January 30, 2008, Furukawa Electric Co., Ltd. filed the Response of Furukawa Electric Company Ltd. To Debtors' Notices of Assumption and/or Assignment of Certain Executory Contracts and Unexpired Leases to Buyers in Connection with Sale of Steering and Halfshaft Business and to Proposed Cure Amounts in Connection Therewith  (Docket No. 12391);  and

5

WHEREAS, on January 31, 2008, Furukawa Electric Co., Ltd. filed the

Amended Response of Furukawa Electric Company Ltd. To Debtors' Notices of

Assumption and/or Assignment of Certain Executory Contracts and Unexpired Leases

to Buyers in Connection with Sale of Steering and Halfshaft Business and to Proposed

Cure Amounts in Connection Therewith (Docket No. 12424);  and

WHEREAS, on January 31, 2008, Furukawa North America filed the

Objection Of Furukawa North America To (I) Debtors' Notice of Cure Amount With

Respect to Executory Contract Or Unexpired Lease to be Assumed and Assigned in

Connection with Sale of Steering and Halfshaft Business and (II) Debtors' Notice of

Cure Amount With Respect to Executory Contract to be Assumed and Assigned under

Plan of Reorganization (Docket No. 12426) (Furukawa's responses to the Cure Notices,

jointly the "Furukawa Cure Objections");  and

WHEREAS, on February 6, 2008, Furukawa filed and served its Response

and Affirmative Defenses to the Counterclaim (the "Answer") (Docket No. 12537);  and

WHEREAS, on February 25, 2008, the Court entered an Order Under 11

U.S.C. §§ 363, 365, and 1146 and Fed. R. Bankr. P. 2002, 6004, 6006, and 9014 (A)

Authorizing And Approving (I) Sale Of Certain Of Debtors' Assets Compromising

Substantially All Of The Assets Of Steering And Halfshaft Business Free And Clear Of

Liens, Claims, And Encumbrances, (II) Assumption And Assignment Of Certain

Executory Contracts And Unexpired Lease, And (III) Assumption Of Certain Liabilities

And (B) Authorizing And Approving Transaction Facilitation Agreement (Docket No.

12868) (the "Sale Approval Order").  The Sale Approval Order, among other things,

6

adjourned the Furukawa Cure Objections; and

**WHEREAS**, the Parties attended a mediation (the "Mediation") that was conducted and supervised by William Sankbiel with the goal of reaching a resolution of issues relating to Claim 12347, the Complaint, and the Counterclaim; and

**WHEREAS,** as a result of the Mediation and continued negotiations the Parties hereto have agreed to enter into this agreement and the agreements annexed hereto.

**NOW THEREFORE,** in consideration of the foregoing, the Debtors and Furukawa stipulate and agree as follows:

1.      This Stipulation shall become effective on the eleventh day following the entry of an unappealed Order approving the terms hereto (the "Effective Date").

2.      Not later than three (3) calendar days after the Effective Date, Furukawa will pay to the Debtors the sum of $16.5 million by wire transfer, using wire instructions that have been provided by the Debtors to Furukawa, in full and final settlement of the Counterclaim.

3.      On the Effective Date, Claim No. 12347 shall be expunged.

4.      As of the Effective Date, the Parties shall be deemed to release and discharge each other, their agents, attorneys and assignees and waive any right to assert any other claim, cause of action, demand, or liability of any kind and nature whatsoever against each other, their agents, attorneys and assignees, or hereafter shall have against each other whether known or unknown based upon, arising out of, related to, or by

reason of any event, cause, thing, act, statement, or omission which relate to Claim
12347, the Counterclaim, the Long Term Contract, the Sensor Agreement and/or the Sensors.
Notwithstanding the foregoing, the preceding release shall not affect Furukawa's
payment obligation pursuant to Paragraph 2 above or the Debtors' payment of the Cure
Amounts as defined and described in Paragraph 6 and 7 below.

5.    Claim No. 10574 shall be allowed pursuant to and in accordance
with the terms of the Parties' Stipulation annexed hereto as Exhibit "A" which is
incorporated herein by reference.

6.    The cure amount for Purchase Order number SAG90I4073 is
$2,752,655.73 (the "4073 Cure Amount");  the cure amount for Purchase Order number
SAG90I5645 is $8,840.80 (the "5645 Cure Amount");  the cure amount for Purchase
Order number SAG90I5496 is $3,550.71 (the "5496 Cure Amount");  the cure amount for
Purchase Order number SAG90I5497 is $28,805.43 (the "5497 Cure Amount" and,
together with the 4073 Cure Amount, the 5645 Cure Amount, and the 5496 Cure
Amount, the "Cure Amount").

7.    If the closing of the sale of the Debtors' Steering and Halfshaft
Business (the "Closing") occurs before the Selling Debtor Entities emerge from the
Chapter 11 cases (the "Emergence Date"), then the Cure Amounts will be paid in cash
to Furukawa under the terms of the Sale Approval Order.  If the closing occurs after the
Emergence Date, then the Cure Amounts will be paid in cash to Furukawa under the
terms of the Plan, as it may be amended, modified or superceded.

8

8.    Furukawa hereby acknowledges that upon the Debtors' payment of the Cure Amounts, Furukawa shall be forever barred from asserting any other claim under section 365 of the Bankruptcy Code relating to the Debtors' assumption of the Purchase Orders.  To the extent that Furukawa has already asserted cure claims against any of the Debtors related to the Purchase Orders that arise prior to the Petition Date, such claims shall be deemed withdrawn with prejudice.

9.    Prior to the earlier of the Closing Date or the Emergence Date, the Debtors may amend their decision with respect to the assumption and assignment of the Purchase Orders and provide a new notice to Furukawa amending the information relating to the assumption and assignment of the Purchase Orders, provided, however, that the provisions of paragraph 6 hereof shall apply in the event of the assumption of the Purchase Orders expressly listed therein.  The 4073 Cure Amount and the 5645 Cure Amount will be credited against, and reduce, the Allowed Amount of Proof of Claim 10574 when the 4073 Cure Amount and the 5645 Cure Amount are paid to Furukawa and the 5496 Cure Amount and the 5497 Cure Amount will be credited against and satisfy the Allowed Amount of Proof of Claim 16555 when the 5496 Cure Amount and the 5497 Cure Amount are paid to Furukawa.

10.    On the Effective Date, the Furukawa Cure Objections, the Answer and the Counterclaim shall be deemed to have been withdrawn with prejudice.

11.    This Settlement shall be governed by, and construed and enforced in accordance with, as appropriate, the Bankruptcy Code and the laws of the state of Michigan without regard to conflicts of law principals.  The Bankruptcy Court shall

have original and exclusive jurisdiction to interpret and enforce the terms of this

Settlement Agreement and to adjudicate all questions and disputes hereunder.

12.     Promptly after the Effective Date, each of the Parties hereto shall

file such documents and do such things necessary to dismiss, with prejudice, the State

Court Action, including, without limitation, all complaints, counter-claims, and cross-

claims and they will stipulate the discontinuance of the State Court Action with

prejudice, with each party thereto to bear its own costs and expenses, including,

without limitation, attorneys' fees.

13.     The Parties hereto acknowledge that they are executing this

Settlement Agreement without reliance on any representations, warranties or

commitments other than those representations, warranties and commitments expressly

set forth in this Settlement Agreement and the Stipulation that is annexed hereto as

Exhibit "A."

14.     The execution of this Settlement Agreement shall not be deemed in

any respect to constitute an admission by Furukawa or the Debtors that any allegation

or contention in Claim 12347, the Complaint, and/or Counterclaim is true and valid.  In

negotiating this Settlement Agreement, Furukawa and the Debtors specifically agree

that the Settlement Agreement represents a negotiated agreement for the sole purpose

of settling all issues and matters described herein.

15.     This Settlement Agreement constitutes the entire understanding of

the Parties in connection with the subject matter hereof.  This Agreement may not be

modified, altered or amended except by an agreement in writing, signed by the Debtors and Furukawa.

16.     This Settlement Agreement is being entered into among competent persons who are experienced in business and represented by counsel, and has been reviewed by Furukawa, the Debtors, and their counsel.  Therefore, any ambiguous language in this Settlement Agreement will not be construed against any particular party as the drafter of such language.

17.     This Settlement Agreement may be executed in any number of counterparts and by the Parties hereto in separate counterparts, each of which shall be deemed an original, but all of which taken together shall constitute one and the same agreement.  Delivery of an executed counterpart of this Agreement by facsimile or

*[Concluded on Following Page]*

11

electronic mail shall be equally as effective as delivery of an original executed

counterpart of this Agreement.


AGREED TO AND
APPROVED FOR ENTRY
August 5, 2008:

| /s/ Neil Berger | /s/ Dennis J. Connolly |
|---|---|
| Neil Berger (NB-3599) | Dennis J. Connolly |
| A Member of the Firm | A Partner of the Firm |
| | |
| TOGUT SEGAL & SEGAL LLP | ALSTON & BIRD, LLP |
| One Penn Plaza, Suite 3335 | 1201 West Peachtree Street |
| New York, New York 10119 | Atlanta, Georgia 30309-3424 |
| (212) 594-5000 | (404) 881-7000 |
| | |
| Attorneys for Delphi Corporation, et al. | Attorneys for Furukawa Electric North |
| Debtors and Debtors-in-Possession | America APD and Furukawa Electric Co., |
| | Ltd. |


**SO ORDERED**

This 26 day of August 2008
in New York, New York


_____/s/ Robert D. Drain_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE


12

# EXHIBIT V

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Co-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                        :
In re:                                  :
                                        :        Chapter 11
DELPHI CORPORATION, et al.,             :        Case No. 05-44481 [RDD]
                                        :
                    Debtors.            :        Jointly Administered
                                        :
-------------------------------------------------------------x

### JOINT STIPULATION AND AGREED ORDER COMPROMISING AND ALLOWING PROOF OF CLAIM NUMBER 10574 (FURUKAWA ELECTRIC NORTH AMERICA APD AND FURUKAWA ELECTRIC CO., LTD.)

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

including Delphi Automotive Systems, LLC ("DAS LLC"), debtors and debtors-in-

possession in the above-captioned cases (the "Debtors"), Furukawa Electric North

America APD and Furukawa Electric Co., Ltd. (jointly, "Furukawa"), SPCP Group,

L.L.C., as agent for Silver Point Capital Fund L.P. and Silver Point Capital Offshore

Fund, Ltd. (collectively "SPCP"), and Goldman Sachs Credit Partners L.P. ("Goldman

Sachs") respectfully submit this Joint Stipulation And Agreed Order Compromising

And Allowing Proof Of Claim Number 10547 (the "Stipulation") and agree and state as follows:

**WHEREAS,** on October 8, 2005 (the "Petition Date"), the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended, in the United States Bankruptcy Court for the Southern District of New York;  and

**WHEREAS,** on July 25, 2006, Furukawa filed proof of claim number 10574 ("Claim 10574") against DAS LLC, asserting an unsecured non-priority claim in the amount of $4,756,206.56 (the "General Unsecured Claim") and a secured claim for $312,926.79 (the "Secured Claim" and, together with the General Unsecured Claim, the "Claim") for sale of goods;  and

**WHEREAS**, Furukawa subsequently transferred the General Unsecured Claim to SPCP, as evidenced by that certain Notice of Transfer filed on January 31, 2007 (Docket No. 6766);  and

**WHEREAS,** SPCP subsequently transferred $4,000,000 of the General Unsecured Claim to Goldman Sachs, as evidenced by that certain Notice of Partial Transfer filed on April 2, 2007 (Docket No. 7540);  and

**WHEREAS,** on July 13, 2007, the Debtors objected to Claim 10574 pursuant to the Nineteenth Omnibus Objection Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors'

Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax

Claim Subject To Modification, And Modified Claims Asserting Reclamation (Docket

No. 8617) (the "Nineteenth Omnibus Claims Objection");  and

      **WHEREAS,** on August 8, 2007, Furukawa filed a Response To Debtors'

Nineteenth Omnibus Objection  (Docket No. 8986) (the "Response");  and

      **WHEREAS**, pursuant to a separate Settlement Stipulation and Agreed

Order among the Debtors and Furukawa (the "Settlement Stipulation"), the Debtors

and Furukawa agree that the cure amount on account of purchase order nos.

SAG90I4073 and SAG 90I5645 together is $2,761,496.53 (the "Cure Amount"), and that

the Cure Amount is included in the amount of Claim 10574.

      **WHEREAS,** on August  5, 2008, to resolve the Nineteenth Omnibus

Claims Objection with respect to Claim 10574, DAS LLC and Furukawa, SPCP and

Goldman Sachs entered into a settlement agreement (the "Settlement Agreement");  and

      **WHEREAS,** pursuant to the Settlement Agreement, DAS LLC  and

Furukawa acknowledge and agree that Claim 10574 shall be allowed against DAS LLC

in the amount of $4,874,679.52 as a general unsecured non-priority claim;  and

      **WHEREAS,** DAS LLC is authorized to enter into the Settlement

Agreement either because Claim 10574 involves ordinary course controversies or

pursuant to that certain Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr.

P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of

Controversy And Allow Claims Without Further Court Approval (Docket No. 4414)

entered by this Court on June 29, 2006.

**NOW, THEREFORE**, in consideration of the foregoing, the parties hereto stipulate and agree as follows:

1.       Claim 10574 is hereby allowed in the amount of $4,874,679.52 and, except as may be expressly provided in the August 5, 2008 Settlement Stipulation between the Debtor and Furukawa (the "Settlement Stipulation"), it shall be treated as an allowed general unsecured non-priority claim against DAS LLC, and it shall be paid in the currency (the "Plan Currency") afforded to holders of general unsecured claims under the First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession as it may be subsequently amended, supplemented, or otherwise modified.

2.       Claim 10574 is allocated among Goldman Sachs, Silverpoint and Furukawa as follows:  Goldman Sachs is allocated $4,000,000;  SPCP is allocated $756,206.56; and Furukawa is allocated $118,472.96 of the Claim.

3.       The Response and Nineteenth Omnibus Claims Objection are hereby withdrawn.

4.       Without further order of the Court, DAS LLC is authorized to reduce Claim 10574 for purposes of distribution to holders of allowed claims entitled to receive distributions under any plan of reorganization of the Debtors by the Cure Amount specified in the Settlement Stipulation paid to Furukawa on account of the assumption of an executory contract or unexpired lease to which Furukawa is a party, pursuant to section 365 of the Bankruptcy Code.

5.      Except as expressly provided herein, this Stipulation does not

impact, alter or affect any other proofs of claim that Furukawa, SPCP and/or Goldman

Sachs may have filed or own against the Debtors and it relates solely to those matters

arising out of or related to the Claim.

Dated:   New York, New York
             August 5, 2008

                                        DELPHI CORPORATION, et al.,
                                        Debtors and Debtors-in-Possession,
                                        By their Bankruptcy Conflicts Counsel,
                                        TOGUT, SEGAL & SEGAL LLP,
                                        By:

                                        /s/ Neil Berger
                                        NEIL BERGER (NB-3599)
                                        A Member of the Firm
                                        One Penn Plaza, Suite 3335
                                        New York, New York 10119
                                        (212) 594-5000

Dated:   Atlanta, Georgia
             August 5, 2008

                                        FURUKAWA AUTOMOTIVE, INC.,
                                        By its Counsel,
                                        ALSTON & BIRD, LLP
                                        By:

                                        /s/ Dennis J. Connolly
                                        DENNIS J. CONNOLLY (DC-9932)
                                        1201 West Peachtree Street
                                        Atlanta, Georgia 30309-3424
                                        (404) 881-7000

*[Signatures concluded on the following page]*

Dated:    New York, New York
          August 5, 2008

                              SPCP GROUP, L.L.C.,
                              By its Counsel,
                              DREIER LLP,
                              By:

                              /s/ Anthony B. Stumbo
                              PAUL TRAUB (PT 3752)
                              MAURA I. RUSSELL (MR-1178)
                              ANTHONY B. STUMBO (AS-9374)
                              WENDY G. MARCARI (WM 8494)
                              499 Park Avenue, 14th Floor
                              New York, New York 10022
                              (212) 328-6100

Dated:    New York, New York
          August 5, 2008

                              GOLDMAN SACHS CREDIT PARTNERS, L.P.
                              c/o GOLDMAN, SACHS & CO.
                              By its counsel,
                              RICHARDS KIBBE & ORBE LLP

                              /s/ Michael Friedman
                              MICHAEL FRIEDMAN (MF-    )
                              One World Financial Center
                              New York, New York 10281-1003
                              (212) 530-1937

**SO ORDERED**

This 26 day of August 2008
in New York, New York

_____/s/ Robert D. Drain_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT W

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

            - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti
Thomas J. Matz

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
                                        :
        In re                           :        Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :        Case No. 05–44481 (RDD)
                                        :
                Debtors.                :        (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER (I) COMPROMISING AND
ALLOWING PROOFS OF CLAIM NUMBERS 853, 854, 1266, 1267, 1283, 1284,
1288, 1289, 1330, 5300, 5301, 5520, 5521, 6470, 7914, 14187, 16357, 16486, AND
16790 AND (II) DISALLOWING PROOFS OF CLAIM NUMBERS 16589 AND 16590
(TEXAS TAXING AUTHORITIES)

Delphi Corporation and certain of its subsidiaries and affiliates, including Delphi Automotive Systems, LLC ("DAS LLC"), debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Angelina County, Bexar County, Cameron County, City of El Paso, City of Harlingen, City of McAllen, City of Pharr, City of San Marcos, Cypress-Fairbanks ISD, Dallas County, Harlingen CISD, Harris County/City of Houston, Hidalgo County, Montague County, Montgomery County, Nueces County, San Benito CISD, San Marcos CISD, South Texas College, and Tarrant County (together, the "Texas Taxing Authorities") respectfully submit this Joint Stipulation And Agreed Order (I) Compromising And Allowing Proofs Of Claim Numbers 853, 854, 1266, 1267, 1283, 1284, 1288, 1289, 1330, 5520, 5521, 5300, 5301, 6470, 7914, 14187, 16357, 16486, And 16790 And (II) Disallowing Proofs Of Claim Numbers 16589 And 16590 (Texas Taxing Authorities) and agree and state as follows:

WHEREAS, on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on the dates listed in column B on Exhibit A (titled "Date Filed"), attached hereto, the proofs of claim (the "Proofs of Claim") listed in column A on Exhibit A (titled "Proof of Claim Number") were filed by the Texas Taxing Authorities listed in column C on Exhibit A (titled "Party Filing Proof of Claim") against the Debtor entities listed in column F on Exhibit A (titled "Debtor Named on Proof of Claim") asserting secured claims (collectively, the "Secured Claims") and administrative claims (the "Administrative Claims") in the amounts and classifications listed in columns D and G, respectively, on Exhibit A (titled "Asserted Amount" and "Asserted Classification," respectively).

2

WHEREAS, as listed on Exhibit A, the Debtors objected to the Proofs of Claim pursuant to the Debtors' omnibus claims objections (collectively, the "Omnibus Claims Objections") identified in column E on Exhibit A (titled "Omnibus Claims Objection").

WHEREAS, in response to the Omnibus Claims Objections to the respective Secured Claims and Administrative Claims, the Texas Taxing Authorities filed responses to the Omnibus Claims Objections (Docket Nos. 6844, 8242, 8530, 8857, and 12769) (collectively, the "Responses").

WHEREAS, on August 7, 2008, to resolve the Omnibus Claims Objections with respect to the Secured Claims, regardless of the date on which it was filed, and the Administrative Claims, DAS LLC and the Texas Taxing Authorities entered into a settlement agreement (the "Settlement Agreement").

WHEREAS, pursuant to the Settlement Agreement, the Debtors acknowledge and agree that (i) each Secured Claim shall be allowed as a secured claim against DAS LLC in the corresponding amount set forth in column J on Exhibit A (titled "Allowed Amount") and (ii) the Administrative Claims (proofs of claim numbers 16589 and 16590) shall be disallowed and expunged with prejudice.

WHEREAS, DAS LLC is authorized to enter into the Settlement Agreement either because the Secured Claims involve ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

THEREFORE, the Debtors and the Texas Taxing Authorities stipulate and agree as follows:

1.    Each Secured Claim is hereby allowed as a secured claim in the corresponding amount set forth in column J on Exhibit A (titled "Allowed Amount") against the estate of the DAS LLC.

2.    Proofs of claim numbers 16589 and 16590 shall be disallowed and expunged with prejudice.

3.    The Texas Taxing Authorities shall withdraw the Responses to the Omnibus Claims Objections with prejudice.


So Ordered in New York, New York, this 27th day of August, 2008


            /s/Robert D. Drain
            UNITED STATES BANKRUPTCY JUDGE

4

AGREED TO AND
APPROVED FOR ENTRY:

/s/ John K. Lyons
_____
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606-1285
(312) 407-0700

            - and –

   Kayalyn A. Marafioti
   Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

/s/ Diane W. Sanders
_____
Diane W. Sanders
LINEBARGER GOGGAN BLAIR &
SAMPSON, LLP
1949 South I.H. 35 (78741)
P.O. Box 17428
Austin, Texas 78760
(512) 447-6675

Attorney for the Texas Taxing Authorities

# EXHIBIT A

| A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| Proof of Claim Number | Date Filed | Party Filing Proof of Claim | Asserted Amount | Omnibus Claims Objection | Debtor Named on Proof of Claim | Asserted Classification | Debtor | Classification | Allowed Amount |
| 853 | 11/28/2005 | DALLAS COUNTY | $ 23,488.83 | Nineteenth Omnibus Claims Objection (Docket No. 8617) | DELPHI CORPORATION | Secured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | Secured Claim | $ 7,616.77 |
| 854 | 11/28/2005 | TARRANT COUNTY | $ 414.71 | Nineteenth Omnibus Claims Objection (Docket No. 8617) | DELPHI CORPORATION | Secured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | Secured Claim | $ 318.13 |
| 1266 | 12/23/2005 | MONTGOMERY COUNTY | $ 93.64 | Nineteenth Omnibus Claims Objection (Docket No. 8617) | DELPHI CORPORATION | Secured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | Secured Claim | $ 93.64 |
| 1267 | 12/23/2005 | ANGELINA COUNTY | $ 16,528.09 | Nineteenth Omnibus Claims Objection (Docket No. 8617) | DELPHI CORPORATION | Secured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | Secured Claim | $ 12,679.09 |
| 1283 | 12/27/2005 | HARLINGEN CISD | $ 140.82 | Nineteenth Omnibus Claims Objection (Docket No. 8617) | DELPHI CORPORATION | Secured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | Secured Claim | $ 108.03 |
| 1284 | 12/27/2005 | NUECES COUNTY | $ 880.28 | Nineteenth Omnibus Claims Objection (Docket No. 8617) | DELPHI CORPORATION | Secured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | Secured Claim | $ 675.28 |
| 1288 | 12/27/2005 | BEXAR COUNTY | $ 18,673.95 | Nineteenth Omnibus Claims Objection (Docket No. 8617) | DELPHI CORPORATION | Secured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | Secured Claim | $ 14,325.22 |
| 1289 | 12/27/2005 | CITY OF EL PASO | $ 268,433.18 | Nineteenth Omnibus Claims Objection (Docket No. 8617) | DELPHI CORPORATION | Secured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | Secured Claim | $ 205,921.35 |
| 1330 | 12/27/2005 | CITY OF HARLINGEN | $ 53.65 | Nineteenth Omnibus Claims Objection (Docket No. 8617) | DELPHI CORPORATION | Secured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | Secured Claim | $ 41.16 |
| 5300 | 5/8/2006 | CYPRESS FAIRBANKS ISD | $ 59.65 | Nineteenth Omnibus Claims Objection (Docket No. 8617) | DELPHI CORPORATION | Secured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | Secured Claim | $ 59.65 |
| 5301 | 5/8/2006 | HARRIS COUNTY CITY OF HOUSTON | $ 902.84 | Nineteenth Omnibus Claims Objection (Docket No. 8617) | DELPHI CORPORATION | Secured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | Secured Claim | $ 902.84 |
| 5520 | 5/10/2006 | CITY OF SAN MARCOS | $ 176.75 | Nineteenth Omnibus Claims Objection (Docket No. 8617) | DELPHI CORPORATION | Secured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | Secured Claim | $ 176.75 |
| 5521 | 5/10/2006 | SAN MARCOS CISD | $ 687.88 | Nineteenth Omnibus Claims Objection (Docket No. 8617) | DELPHI CORPORATION | Secured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | Secured Claim | $ 687.88 |
| 6470 | 5/22/3006 | MONTAGUE COUNTY | $ 55.11 | Nineteenth Omnibus Claims Objection (Docket No. 8617) | DELPHI CORPORATION | Secured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | Secured Claim | $ 42.28 |
| 7914 | 6/13/2006 | HIDALGO COUNTY | $ 7,726.30 | Nineteenth Omnibus Claims Objection (Docket No. 8617) | DELPHI CORPORATION | Secured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | Secured Claim | $ 7,726.30 |
| 14187 | 7/25/2006 | CAMERON COUNTY | $ 199,010.90 | Nineteenth Omnibus Claims Objection (Docket No. 8617) | DELPHI CORPORATION | Secured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | Secured Claim | $ 165,698.73 |

# EXHIBIT A

| A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| Proof of Claim Number | Date Filed | Party Filing Proof of Claim | Asserted Amount | Omnibus Claims Objection | Debtor Named on Proof of Claim | Asserted Classification | Debtor | Classification | Allowed Amount |
| 16357 | 10/10/2006 | SAN BENITO CISD | $ 1,314.57 | Seventh Omnibus Claims Objection (Docket No. 6585) | DELPHI CORPORATION | Secured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | Secured Claim | $ 1,314.57 |
| 16486 | 1/17/2007 | CITY OF MCALLEN | $ 3,177.53 | Fifteenth Omnibus Claims Objection (Docket No. 7999) | DELPHI CORPORATION | Secured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | Secured Claim | $ 2,437.56 |
| 16589 | 3/28/2007 | CITY OF MCALLEN | $ 3,696.46 | Seventeenth Omnibus Claims Objection (Docket No. 8270) | DELPHI CORPORATION | Administrative Claim | N/A | Disallowed | N/A |
| 16590 | 3/28/2007 | SOUTH TEXAS COLLEGE | $ 1,257.82 | Seventeenth Omnibus Claims Objection (Docket No. 8270) | DELPHI CORPORATION | Administrative Claim | N/A | Disallowed | N/A |
| 16790 | 1/18/2008 | CITY OF PHARR | $ 411.48 | Twenty-Sixth Omnibus Claims Objection (Docket No. 12686) | DELPHI CORPORATION | Secured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | Secured Claim | $ 411.48 |

# EXHIBIT X

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
                                              :
        In re                                 :      Chapter 11
                                              :
DELPHI CORPORATION, et al.,                   :      Case No. 05–44481 (RDD)
                                              :
                 Debtors.     :      (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOF OF CLAIM NUMBER 10257
(QUAKER CHEMICAL CORPORATION AND JPMORGAN CHASE BANK, N.A.)

Delphi Corporation and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), Quaker Chemical Corporation ("Quaker Chemical"), and JPMorgan Chase Bank, N.A. ("JPMorgan Chase") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 10257 (Quaker Chemical Corporation And JPMorgan Chase Bank, N.A.) and agree and state as follows:

WHEREAS, on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on July 21, 2006, Quaker Chemical filed proof of claim number 10257 against DAS LLC, asserting an unsecured non-priority claim in the amount of $819,654.23 (the "Claim") arising from the sale of goods.

WHEREAS, on November 19, 2007, the Debtors objected to the Claim pursuant to the Debtors' Twenty-Third Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (A) Duplicate Claim, (B) Certain Equity Claims, (C) Insufficiently Documented Claim, (D) Certain Claims Not Reflected On Debtors' Books And Records, And (E) Certain Claims Subject To Modification, Modified Claims Asserting Reclamation, Claim Subject To Modification That Is Subject To Prior Order, And Modified Claim Asserting Reclamation That Is Subject To Prior Order (Docket No. 10982) (the "Twenty-Third Omnibus Claims Objection").

WHEREAS, on December 12, 2007, Quaker Chemical filed its Response And

2

Objection Quaker Chemical Corporation To Debtors' Twenty-Third Omnibus Claims Objection (Docket No. 11406) (the "Response").

WHEREAS, on October 30, 2007, Quaker Chemical assigned its interest in the Claim to JPMorgan Chase pursuant to a Notice of Transfer (Docket No. 10766).

WHEREAS, on July 31, 2008, to resolve the Twenty-Third Omnibus Claims Objection with respect to the Claim, DAS LLC, Quaker Chemical, and JPMorgan Chase entered into a settlement agreement (the "Settlement Agreement").

WHEREAS, pursuant to the Settlement Agreement, DAS LLC acknowledges and agrees that the Claim shall be allowed against DAS LLC in the amount of $762,473.00.

WHEREAS, DAS LLC is authorized to enter into the Settlement Agreement either because the Claim involves ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

THEREFORE, the Debtors, Quaker Chemical, and JPMorgan Chase stipulate and agree as follows:

1.      The Claim shall be allowed in the amount of $762,473.00 and shall be treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

2.      Quaker Chemical shall withdraw its Response to the Twenty-Third Omnibus Claims Objection with prejudice.

So Ordered in New York, New York, this <u>27th</u> day of August, 2008

___/s/Robert D. Drain_____
UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

/s/ John K. Lyons

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606-1285
(312) 407-0700

- and –

  Kayalyn A. Marafioti
  Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

/s/ David B. Aaronson

David. B. Aaronson
Andrew C. Kassner
DINKER BIDDLE & REATH LLP
140 Broadway, 39th Floor
New York, New York 10005
(212) 248-3140

Attorneys for Quaker Chemical Corporation

/s/ Howard J. Grossman

Howard J. Grossman
JPMorgan Chase & Co.
Legal and Compliance Department
One Chase Square, 25th Floor,
Rochester, NY 14643
(585) 797-1972

Attorney for JPMorgan Chase

# EXHIBIT Y

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti
Thomas J. Matz

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| | : | |
| | : | |
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOF OF CLAIM NUMBER 12162
<u>(MARQUARDT SWITCHES, INC.)</u>

Delphi Corporation and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Marquardt Switches, Inc. ("Marquardt") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 12162 (Marquardt Switches, Inc.) (the "Joint Stipulation") and agree and state as follows:

WHEREAS, on October 8, 2005 (the "Petition Date"), the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on July 28, 2006, Marquardt filed proof of claim number 12162 (the "Claim") against DAS LLC, asserting an unsecured non-priority claim in the amount of $89,372.32, stemming from goods sold or services provided.

WHEREAS, on July 13, 2007, the Debtors objected to the Claim pursuant to the Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claim, and (D) Claims Subject to Modification, Tax Claims Subject to Modification, Modified Claims Asserting Reclamation, and Consensually Modified and Reduced Claims (Docket No. 8617) (the "Nineteenth Omnibus Claims Objection").

WHEREAS, on August 9, 2007, Marquardt filed Marquardt Switches, Inc.'s Response To Debtors' Nineteenth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (Docket No. 8965) (the "Response").

WHEREAS, on August 5, 2008, to resolve the Nineteenth Omnibus Claims Objection with respect to the Claim, DAS LLC and Marquardt entered into this Joint Stipulation.

2

WHEREAS, pursuant to this Joint Stipulation, DAS LLC acknowledges and agrees that the Claim shall be allowed against DAS LLC in the amount of $78,154.17.

WHEREAS, DAS LLC is authorized to enter into this Joint Stipulation either because the Claim involves ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

THEREFORE, the Debtors and Marquardt stipulate and agree as follows:

1.      The Claim shall be allowed in the amount of $78,154.17 and shall be treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

2.      Allowance of the Claim is in full satisfaction of the Claim and Marquardt, on its own behalf and on behalf of its predecessors, successors, assigns, parents, subsidiaries, and affiliated companies, and each of its former, current, and future officers, directors, owners, employees, and other agents (the "Marquardt Releasing Parties"), hereby waives any and all rights to assert, against any and all of the Debtors, that the Claim is anything but a prepetition general unsecured non-priority claim against DAS LLC.  The Marquardt Releasing Parties further release and waive any right to assert any other claim, cause of action, demand, or liability of every kind and nature whatsoever, including those arising under contract, statute, or common law, whether or not known or suspected at this time, which relate to the Claim or which the Marquardt Releasing Parties have, ever had, or hereafter shall have against the Debtors based upon, arising out of, related to, or by reason of any event, cause, thing, act, statement, or omission occurring before the Petition Date.

3

       3.      Marquardt shall withdraw its Response to the Nineteenth Omnibus Claims

Objection and the Response with prejudice.


So Ordered in New York, New York, this <u>27th</u> day of August, 2008



       /s/Robert D. Drain
       UNITED STATES BANKRUPTCY JUDGE



AGREED TO AND
APPROVED FOR ENTRY:

| | |
|---|---|
| /s/ John K. Lyons | /s/ Karen Veronica DeFio |
| John Wm. Butler, Jr. | Karen Veronica DeFio |
| John K. Lyons | BOND, SCHOENECK & KING, PLLC |
| Ron E. Meisler | One Lincoln Center |
| SKADDEN, ARPS, SLATE, MEAGHER | Syracuse, New York 13202 |
|   & FLOM LLP | (315) 218-8200 |
| 333 West Wacker Drive, Suite 2100 | |
| Chicago, Illinois  60606-1285 | Attorney for Marquardt Switches, Inc. |
| (312) 407-0700 | |

      - and –

   Kayalyn A. Marafioti
    Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

# EXHIBIT Z

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti
Thomas J. Matz

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                 :
                                                 :
In re                           :        Chapter 11
                                                 :
DELPHI CORPORATION, et al.,     :        Case No. 05–44481 (RDD)
                                               :
                   Debtors.    :        (Jointly Administered)
                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER DISALLOWING
AND EXPUNGING PROOF OF CLAIM NUMBER 16729
(COMMONWEALTH OF VIRGINIA DEPARTMENT OF TAXATION)

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and

the Commonwealth of Virginia Department of Taxation ("Virginia") respectfully submit this

Joint Stipulation And Agreed Order Disallowing And Expunging Proof Of Claim Number 16729

(Commonwealth Of Virginia Department Of Taxation) (the "Joint Stipulation") and agree and

state as follows:

WHEREAS, on October 8, 2005, the Debtors filed voluntary petitions under

chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the

United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on October 18, 2007, Virginia filed proof of claim number 16729

against Delphi, which was styled as an "Administrative Expense Claim Request," asserting a

claim in the amount of $14,579.98 (the "Claim") arising from certain taxes allegedly owed by

Delphi to Virginia for the 2005 tax year.

WHEREAS, on October 26, 2007, the Debtors objected to the Claim pursuant to

the Debtors' Twenty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R.

Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Equity Claims, (C)

Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records,

(E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claims Subject To

Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That

Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To

Prior Orders (Docket No. 10738) (the "Twenty-Second Omnibus Claims Objection").

WHEREAS, on November 6, 2007, Virginia filed its Commonwealth Of Virginia

Department Of Taxation's Response To Debtors Twenty-Second Omnibus Objection To Claims

2

(Docket No. 10848) (the "Response").

WHEREAS, on August 8, 2008, to resolve the Twenty-Second Omnibus Claims Objection with respect to the Claim, Delphi and Virginia entered into a settlement agreement (the "Settlement Agreement").

WHEREAS, pursuant to the Settlement Agreement, (i) Delphi agrees to pay Virginia $2,462.00 (corresponding to $2,041.00 in postpetition taxes and $421.00 in postpetition interest) in satisfaction of the pro rata portion of the 2005 postpetition taxes asserted in the Claim and (ii) Virginia agrees that proof of claim number 16729 shall be disallowed and expunged with prejudice.

WHEREAS, Delphi is authorized to enter into the Settlement Agreement either because the Claim involves ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

THEREFORE, the Debtors and Virginia stipulate and agree as follows:

1.      Proof of claim number 16729 shall be disallowed and expunged with prejudice.

2.      Virginia shall withdraw its Response to the Twenty-Second Omnibus Claims Objection with prejudice.

So Ordered in New York, New York, this 27th day of August, 2008

_____/s/Robert D. Drain_____
        UNITED STATES BANKRUPTCY JUDGE

3

AGREED TO AND
APPROVED FOR ENTRY:

/s/ John K. Lyons
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606-1285
(312) 407-0700

- and –

    Kayalyn A. Marafioti
    Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

/s/ Mark K. Ames
Mark K. Ames
TAXING AUTHORITY CONSULTING
SERVICES, P.C.
2812 Emerywood Parkway, Suite 220
Richmond, Virginia 23294
(804) 649-2445

Attorneys for Commonwealth of Virginia
Department of Taxation

4

# EXHIBIT AA

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
                                          :
            In re                         :        Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :        Case No. 05–44481 (RDD)
                                          :
            Debtors.        :        (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOF OF CLAIM NUMBER 14140
(SPCP GROUP, L.L.C., AS AGENT FOR SILVER POINT CAPITAL
FUND, L.P. AND SILVER POINT CAPITAL OFFSHORE FUND, LTD., AS ASSIGNEE OF
JABIL CIRCUIT)

Delphi Corporation and certain of its subsidiaries and affiliates, including Delphi Diesel Systems Corporation ("Delphi Diesel") and Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and SPCP Group, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd., (collectively, "SPCP Group"), as assignee of Jabil Circuit, respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 14140 (SPCP Group as assignee of Jabil Circuit) (the "Joint Stipulation") and agree and state as follows:

WHEREAS, on October 8, 2005 (the "Petition Date"), the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on July 31, 2006, SPCP Group filed proof of claim number 14140 against DAS LLC, which asserts an unsecured non-priority claim in the amount of $1,641,742.91 (the "Claim") stemming from the sale of goods.

WHEREAS, on December 21, 2007, the Debtors objected to the Claim pursuant to the Debtors' Twenty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (A) Duplicate Or Amended Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification, Modified Claims Asserting Reclamation, And Claim Subject To Modification That Is Subject To Prior Order (Docket No. 11588) (the "Twenty-Fourth Omnibus Claims Objection").

WHEREAS, on January 18, 2008, SPCP Group filed its Response And Objection of SPCP Group, L.L.C. Et Al. to Debtors' Twenty-Fourth Omnibus Objection Pursuant To 11

2

U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (A) Duplicate Or Amended Claims, (B) Claims

Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject

To Modification, Modified Claims Asserting Reclamation, And Claim Subject To Modification

That Is Subject To Prior Order (Docket No. 12262) (the "Response").

      WHEREAS, to resolve the Twenty-Fourth Omnibus Claims Objection with

respect to the Claim, Delphi Diesel, DAS LLC, and SPCP Group have agreed to enter into this

Joint Stipulation.

      WHEREAS, pursuant to this Joint Stipulation, Delphi Diesel and DAS LLC

acknowledge and agree that the Claim shall be allowed against the estate of Delphi Diesel in the

amount of $1,407,641.55 and against the estate of DAS LLC in the amount of $217,650.62, for

an aggregate amount of $1,625,292.17.

      WHEREAS, Delphi Diesel and DAS LLC are authorized to enter into this Joint

Stipulation either because the Claim involves ordinary course controversies or pursuant to that

certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R.

Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of

Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by

this Court on June 26, 2007.

      THEREFORE, the Debtors and SPCP Group stipulate and agree as follows:

      1.     The Claim shall be treated as an allowed general unsecured non-priority

claim and allowed in the amount of $1,625,292.17, of which $1,407,641.55 shall be allowed

against the estate of Delphi Diesel and $217,650.62 shall be allowed against the estate of DAS

LLC.

      2.     SPCP Group, on its behalf and on behalf of each of its predecessors,

successors, assigns, parents, subsidiaries, and affiliated companies, and each of their former, current, and future officers, directors, owners, employees, and other agents (the "SPCP Group Releasing Parties"), hereby acknowledges that the allowance of the Claim is in full satisfaction of the Claim and hereby waives any and all rights to assert, against any and all of the Debtors, that the Claim is anything but a prepetition general unsecured non-priority claim against Delphi Diesel and DAS LLC in the amounts specified in paragraph 1 of this Joint Stipulation.  Subject to the terms of this Joint Stipulation, and the allowance of the Claim as specified in paragraph 1 of this Joint Stipulation, the SPCP Group Releasing Parties further release and waive any right to assert any other claim, cause of action, demand, or liability of every kind and nature whatsoever, including those arising under contract, statute, or common law, whether or not known or suspected at this time, which relate to the Claim or which the SPCP Group Releasing Parties have, ever had, or hereafter shall have against the Debtors based upon, arising out of, related to, or by reason of any event, cause, thing, act, statement, or omission occurring before the Petition Date relating to the Claim.

   3. SPCP Group's Response to the Twenty-Fourth Omnibus Claims Objection shall be deemed withdrawn with prejudice.

   4. The Joint Stipulation does not impact, alter or affect any other proofs of claim that SPCP Group filed or own against the Debtors and relates solely to those matters arising out of or related to the Claim.


So Ordered in New York, New York, this <u>27th</u> day of August, 2008


   <u> /s/Robert D. Drain        </u>
   UNITED STATES BANKRUPTCY JUDGE

4

AGREED TO AND
APPROVED FOR ENTRY:

/s/ John K. Lyons
_____
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606-1285
(312) 407-0700


     - and –

  Kayalyn A. Marafioti
  Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

/s/ Anthony B. Stumbo
_____
Paul Traub
Maura I. Russell
Anthony B. Stumbo
DREIER LLP
499 Park Avenue
New York, NY 10022
(212) 652-3721

Attorneys for SPCP Group, L.L.C., as agent for
Silver Point Capital Fund, L.P. and Silver Point
Capital Offshore Fund, Ltd.

# EXHIBIT BB

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
                                          :
        In re                             :       Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :       Case No. 05–44481 (RDD)
                                          :
                      Debtors.            :       (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOF OF CLAIM NUMBER 3734
(HIDRIA USA)

Delphi Corporation and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Hidria USA ("Hidria USA") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 3734 (Hidria USA) (the "Joint Stipulation") and agree and state as follows:

WHEREAS, on October 8, 2005, (the "Petition Date"), the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on May 1, 2006, Hidria USA filed proof of claim number 3734 against DAS LLC, which asserts an unsecured non-priority claim in the amount of $30,248.78 (the "Claim") stemming from the sale of goods.

WHEREAS, on April 27, 2007, the Debtors objected to the Claim pursuant to the Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Insufficiently Documented Claims, (b) Claims Not Reflected On Debtors' Books And Records, (c) Protective Insurance Claims, (d) Insurance Claims Not Reflected On Debtors' Books And Records, (e) Untimely Claims And Untimely Tax Claims, And (f) Claims Subject To Modification, Tax Claims Subject to Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 7825) (the "Thirteenth Omnibus Claims Objection").

WHEREAS, on May 24, 2007, Hidria USA filed its Response of Hidria USA, Inc. To The Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Insufficiently Documented Claims, (b) Claims Not

2

Reflected On Debtors' Books And Records, (c) Protective Insurance Claims, (d) Insurance Claims Not Reflected On Debtors' Books And Records, (e) Untimely Claims And Untimely Tax Claims, And (f) Claims Subject To Modification, Tax Claims Subject to Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 8033) (the "Response").

WHEREAS, to resolve the Thirteenth Omnibus Claims Objection with respect to the Claim, DAS LLC and Hidria USA entered into this Joint Stipulation.

WHEREAS, pursuant to this Joint Stipulation, DAS LLC acknowledges and agrees that the Claim shall be allowed against DAS LLC in the amount of $28,955.00 as a general unsecured non-priority claim.

WHEREAS, DAS LLC is authorized to enter into the Joint Stipulation either because the Claim involves ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

THEREFORE, the Debtors and Hidria USA stipulate and agree as follows:

1.      The Claim shall be allowed in the amount of $28,955.00 and shall be treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

2.      Allowance of the Claim is in full satisfaction of the Claim and Hidria USA, on its behalf and on behalf of each of its predecessors, successors, assigns, parents, subsidiaries, and affiliated companies, and each of their former, current, and future officers, directors, owners, employees, and other agents (the "Hidria USA Releasing Parties"), hereby

3

waives any and all rights to assert, against any and all of the Debtors, that the Claim is anything

but a prepetition general unsecured non-priority claim against DAS LLC.  The Hidria USA

Releasing Parties further release and waive any right to assert any other claim, cause of action,

demand, or liability of every kind and nature whatsoever, including those arising under contract,

statute, or common law, whether or not known or suspected at this time, which relate to the

Claim or which the Hidria USA Releasing Parties have, ever had, or hereafter shall have against

the Debtors based upon, arising out of, related to, or by reason of any event, cause, thing, act,

statement, or omission occurring before the Petition Date.

        3.      Hidria USA shall withdraw its Response to the Thirteenth Omnibus

Claims Objection with prejudice.


So Ordered in New York, New York, this <u>27th</u> day of August, 2008


        ___/s/Robert D. Drain_____
         UNITED STATES BANKRUPTCY JUDGE

4

AGREED TO AND
APPROVED FOR ENTRY:

/s/ John K. Lyons
_____

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606-1285
(312) 407-0700

        - and –

   Kayalyn A. Marafioti
   Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

/s/ Sarah Davis
_____

Sarah Davis
202 Beachtree Blvd.
Beechtree Business Park
Greenville, SC 29605
(864) 277-7709

Attorney for Hidria USA

# EXHIBIT CC

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

　　　- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti
Thomas J. Matz

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　In re　　　　　　　　　　　　　:　　Chapter 11
　　　　　　　　　　　　　　　　　　　　:
DELPHI CORPORATION, et al.,　　　　　:　　Case No. 05–44481 (RDD)
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Debtors.　　　　　　:　　(Jointly Administered)
　　　　　　　　　　　　　　　　　　　　:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOF OF CLAIM NUMBER 16507 AND
DISALLOWING AND EXPUNGING PROOF OF CLAIM
NUMBER 15939 (RT SUB, LLC F/K/A RECEPTEC, LLC)

Delphi Corporation and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-possession in the above-captioned cases, (collectively, the "Debtors"), and RT Sub, LLC f/k/a RecepTec, LLC ("RT Sub") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 16507 And Disallowing And Expunging Proof Of Claim Number 15939 (RT Sub, LLC f/k/a Receptec, LLC) and agree and state as follows:

WHEREAS, on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on July 31, 2006, RT Sub filed proof of claim number 15939 against DAS LLC, which asserts an unsecured non-priority claim in the amount of $16,662.36 ("Claim 15939") stemming from the sale of radio antenna goods to DAS LLC.

WHEREAS, on February 5, 2007, RT Sub filed proof of claim number 16507 against DAS LLC, which asserts an unsecured non-priority claim in the amount of $98,790.36 ("Claim 16507," and together with Claim 15939, the "Claims") stemming from the sale of radio antenna goods to DAS LLC.

WHEREAS, on March 16, 2007, the Debtors objected to Claim 16507 pursuant to the Debtors' (i) Eleventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (a) Claims With Insufficient Documentation, (b) Claims Unsubstantiated By Debtors' Books And Records, (c) Untimely Claims And (d) Claims Subject To Modification (Docket No. 7301) (the "Eleventh Omnibus Claims Objection").

WHEREAS, on April 11, 2007, RT Sub filed its Response Of RT Sub, LLC To Debtors' Eleventh Omnibus Objection To Claims (Docket No. 7632) (the "First Response").

WHEREAS, on June 26, 2008, the Debtors objected to Claim 15939 pursuant to the Debtors' Thirtieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed R. Bankr. P. 3007 To Certain (A) Amended Claims, (B) Equity Claim, (C) Untimely Insufficiently Documented Claim, (D) Books And Records Claims, (E) Untimely Claims, And (F) Claims Subject To Modification (Docket No. 13823) (the "Thirtieth Omnibus Claims Objection").

WHEREAS, on July 17, 2008, RT Sub filed its Response of RT Sub, LLC to Debtors' Thirtieth Omnibus Objections to Claims (Claim No. 15939) (Docket No. 13931) (the "Second Response," together with the First Response, the "Responses").

WHEREAS, on July 28, 2008, to resolve the Eleventh Omnibus Claims Objection with respect to Claim 16507 and the Thirteenth Omnibus Claims Objection with respect to Claim 15939, DAS LLC and RT Sub entered into a settlement agreement (the "Settlement Agreement").

WHEREAS, pursuant to the Settlement Agreement, DAS LLC acknowledges and agrees that Claim 16507 shall be allowed against DAS LLC in the amount of $95,981.48.

WHEREAS, RT Sub acknowledges that Claim 15939 has been amended by Claim 16507.  The Debtors and RT Sub agree that Claim Number 15939 should be disallowed and expunged.

WHEREAS, DAS LLC is authorized to enter into the Settlement Agreement either because the Claim involves ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

3

THEREFORE, the Debtors and RT Sub stipulate and agree as follows:

1.      Claim 16507 shall be allowed in the amount of $95,981.48 and shall be treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

2.      Claim 15939 shall be disallowed and expunged in its entirety.

3.      RT Sub shall withdraw its Responses to the Eleventh Omnibus Claims and Thirtieth Omnibus Claims Objection with prejudice.

So Ordered in New York, New York, this 27th day of August, 2008

_____/s/Robert D. Drain_____
        UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

/s/ John Wm. Butler, Jr.

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606-1285
(312) 407-0700

        - and –

    Kayalyn A. Marafioti
    Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

/s/ Michael O'Neal

Michael O'Neal
WARNER, NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI 49503-2487
(616) 752-2413

Attorneys for RT Sub, LLC f/k/a RecepTec, LLC

# EXHIBIT DD

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler


        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti
Thomas J. Matz


Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession


Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698


Delphi Legal Information Website:
http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :
                                    :
        In re                       :       Chapter 11
                                    :
DELPHI CORPORATION, et al.,         :       Case No. 05–44481 (RDD)
                                    :
                Debtors.            :       (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING AND
ALLOWING PROOFS OF CLAIM NUMBERS 9950, 9951, AND 9953
(CONTRARIAN FUNDS, LLC AND FERRO ELECTRONIC MATERIALS, INC.)

Delphi Corporation and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), Contrarian Funds, LLC ("Contrarian"), and Ferro Electronic Materials, Inc. ("Ferro") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proofs Of Claim Numbers 9950, 9951, And 9953 (Contrarian Funds, LLC And Ferro Electronic Materials) (the "Joint Stipulation") and agree and state as follows:

WHEREAS, on October 8, 2005, Delphi Corporation, together with certain of its U.S. affiliates, including DAS LLC (collectively, the "Debtors"), filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on July 19, 2006, Ferro filed proof of claim number 9950 ("Proof of Claim No. 9950") against Delphi, asserting an unsecured non-priority claim in the amount of $131,873.52 ("Claim 9950") arising from the sale of goods.

WHEREAS, on July 19, 2006, Ferro filed proof of claim number 9951 ("Proof of Claim No. 9951") against Delphi, asserting an unsecured non-priority claim in the amount of $79,244.79 ("Claim 9951") arising from the sale of goods.

WHEREAS, on July 19, 2006, Ferro filed proof of claim number 9953 ("Proof of Claim No. 9953," and, together with Proofs of Claim Nos. 9950 and 9951, the "Proofs of Claim") against Delphi, asserting an unsecured non-priority claim in the amount of $24,500.00 ("Claim 9953," and, together with Claims 9950 and 9951, the "Claims") arising from the sale of goods.

2

WHEREAS, on January 12, 2007, Ferro transferred its interest in the Claims to Contrarian pursuant to a Notice of Transfer (Docket No. 6587).

WHEREAS, on March 16, 2007 the Debtors objected to Proof of Claim No. 9953 pursuant to the Debtors' Eleventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7301) (the "Eleventh Omnibus Claims Objection").

WHEREAS, on April 13, 2007, Contrarian filed its Response Of Contrarian Funds, LLC To Debtors' Tenth And Eleventh Omnibus Claims Objection (Docket No.7672) (the "Eleventh Omnibus Response").

WHEREAS, on June 15, 2007 the Debtors objected to Proof of Claim No. 9951 pursuant to the Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8270) (the "Seventeenth Omnibus Claims Objection").

WHEREAS, on July 10, 2007, Contrarian filed its Response Of Contrarian Funds, LLC To Debtors' Seventeenth Omnibus Claims Objection (Docket No. 8508) (the "Seventeenth Omnibus Response").

WHEREAS, on August 24, 2007 the Debtors objected to Proof of Claim No. 9950 pursuant to the Debtors' Twentieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims, (B) Insufficiently

3

Documented Claims, (C) Claims Not Reflected On Debtors' Books And Records, (D) Untimely

Claim, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, Modified

Claims Asserting Reclamation, Consensually Modified And Reduced Tort Claims, And Lift Stay

Procedures Claims Subject To Modification (Docket No. 9151) (the "Twentieth Omnibus Claims

Objection").

WHEREAS, on September 20, 2007, Contrarian filed its Response Of Contrarian

Funds, LLC To Debtors' Twentieth Omnibus Claims Objection (Docket No. 9444) (the

"Twentieth Omnibus Response," and together with the Eleventh and Seventeenth Omnibus

Responses, the "Responses").

WHEREAS, on January 25, 2008, the Delphi Bankruptcy Court entered the

Findings Of Fact, Conclusions Of Law, And Order Under 11 U.S.C. §§ 1129(a) And (b) And

Fed. R. Bankr. P. 3020 Confirming First Amended Joint Plan Of Reorganization Of Delphi

Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (Docket

No. 12359) (the "Confirmation Order"), thereby confirming the Plan (as defined in the

Confirmation Order).

WHEREAS, on August 15, 2008, to resolve the Eleventh, Seventeenth, and

Twentieth Omnibus Claims Objections and the Responses with respect to the Claims, DAS LLC,

Contrarian, and Ferro entered into a settlement agreement (the "Settlement Agreement").

WHEREAS, pursuant to the Settlement Agreement, DAS LLC acknowledges and

agrees that Claim 9950 shall be allowed against DAS LLC in the amount of $47,252.75.

WHEREAS, pursuant to the Settlement Agreement, DAS LLC acknowledges and

agrees that Claim 9951 shall be allowed against DAS LLC in the amount of $75,460.94.

WHEREAS, pursuant to the Settlement Agreement, DAS LLC acknowledges and

agrees that Claim 9953 shall be allowed against DAS LLC in the amount of $18,830.00.

WHEREAS, the Debtors acknowledge and agree that nothing contained in the Settlement Agreement or in this Joint Stipulation shall be deemed to modify or impair prior allowance of Proof of Claim No. 9952 pursuant to the Joint Stipulation and Agreed Order dated December 12, 2007 (Docket No. 11413) or Proof of Claim No. 9954 pursuant to the Joint Stipulation and Agreed Order dated January 7, 2008 (Docket No. 11752).

WHEREAS, nothing in this Joint Stipulation, including without limitation the recital paragraphs hereof, shall be deemed to conclusively determine that any transfer of any of the Claims constitutes a sale to Contrarian or constitutes an assignment to Contrarian. Notwithstanding anything in this Joint Stipulation to the contrary including, without limitation, the recital paragraphs hereof, Contrarian expressly reserves the right to characterize any transfer of any of the Claims as a sale to Contrarian or to characterize any transfer of any of the Claims as an assignment to Contrarian and the Debtors expressly reserve the right to contest the same.

WHEREAS, DAS LLC is authorized to enter into the Settlement Agreement either because the Claims involve ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

WHEREAS, as of the date of this Settlement Agreement, Ferro would be entitled to a cure payment in the amount of $6,906.00 with respect to an executory contract or unexpired lease to which Ferro is a party, underlying Claim 9951, with the Debtors' obligation to make such a cure payment being subject to (i) the assumption of the executory contract or unexpired

5

lease pursuant to section 365 of the Bankruptcy Code and (ii) the terms and conditions of the Plan.

THEREFORE, the Debtors, Contrarian, and Ferro stipulate and agree as follows:

1.      Claim 9950 shall be allowed in the amount of $47,252.75 and shall be treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

2.      Claim 9951 shall be allowed in the amount of $75,460.94 and shall be treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

3.      Claim 9953 shall be allowed in the amount of $18,830.00 and shall be treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

4.      Without further order of the Court, DAS LLC is authorized to offset or reduce Claim 9951 by no more than $6,906.00 for purposes of distribution to holders of allowed claims entitled to receive distributions under any plan of reorganization of the Debtors, to the extent, and in such amount, of cure payments made on account of the assumption, pursuant to section 365 of the Bankruptcy Code, of an executory contract or unexpired lease to which Ferro is a party and underlying Claim 9951.

5.      The Eleventh, Seventeenth, and Twentieth Omnibus Claims Objections and the Responses, with respect to the Claim, are deemed resolved by the terms of the Settlement Agreement.


So Ordered in New York, New York, this 27th day of August, 2008


____/s/Robert D. Drain_____
                UNITED STATES BANKRUPTCY JUDGE


6

AGREED TO AND
APPROVED FOR ENTRY:

/s/ John K. Lyons

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606-1285
(312) 407-0700


          - and –

    Kayalyn A. Marafioti
    Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

/s/ Daniel A. Fliman

David S. Rosner
Adam L. Shiff
Jeffrey R. Gleit
Daniel A. Fliman
KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

Attorneys for Contrarian Funds, LLC


/s/ Kelly S. Burgan

Kelly S. Burgan
BAKER & HOSTETLER LLP
3200 National City Center
1900 E. 9th Street
Cleveland, Ohio 44114
(216) 621-0200

Attorney for Ferro Electronic Materials, Inc.

# EXHIBIT EE

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler


    - and -


SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti
Thomas J. Matz


Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession


Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698


Delphi Legal Information Website:
http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
|  | : |  |
|  | : |  |
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al., | : | Case No. 05–44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING AND
ALLOWING PROOFS OF CLAIM NUMBERS 9950, 9951, AND 9953
(CONTRARIAN FUNDS, LLC AND FERRO ELECTRONIC MATERIALS, INC.)

Delphi Corporation and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), Contrarian Funds, LLC ("Contrarian"), and Ferro Electronic Materials, Inc. ("Ferro") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proofs Of Claim Numbers 9950, 9951, And 9953 (Contrarian Funds, LLC And Ferro Electronic Materials) (the "Joint Stipulation") and agree and state as follows:

WHEREAS, on October 8, 2005, Delphi Corporation, together with certain of its U.S. affiliates, including DAS LLC (collectively, the "Debtors"), filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on July 19, 2006, Ferro filed proof of claim number 9950 ("Proof of Claim No. 9950") against Delphi, asserting an unsecured non-priority claim in the amount of $131,873.52 ("Claim 9950") arising from the sale of goods.

WHEREAS, on July 19, 2006, Ferro filed proof of claim number 9951 ("Proof of Claim No. 9951") against Delphi, asserting an unsecured non-priority claim in the amount of $79,244.79 ("Claim 9951") arising from the sale of goods.

WHEREAS, on July 19, 2006, Ferro filed proof of claim number 9953 ("Proof of Claim No. 9953," and, together with Proofs of Claim Nos. 9950 and 9951, the "Proofs of Claim") against Delphi, asserting an unsecured non-priority claim in the amount of $24,500.00 ("Claim 9953," and, together with Claims 9950 and 9951, the "Claims") arising from the sale of goods.

2

WHEREAS, on January 12, 2007, Ferro transferred its interest in the Claims to Contrarian pursuant to a Notice of Transfer (Docket No. 6587).

WHEREAS, on March 16, 2007 the Debtors objected to Proof of Claim No. 9953 pursuant to the Debtors' Eleventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7301) (the "Eleventh Omnibus Claims Objection").

WHEREAS, on April 13, 2007, Contrarian filed its Response Of Contrarian Funds, LLC To Debtors' Tenth And Eleventh Omnibus Claims Objection (Docket No.7672) (the "Eleventh Omnibus Response").

WHEREAS, on June 15, 2007 the Debtors objected to Proof of Claim No. 9951 pursuant to the Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8270) (the "Seventeenth Omnibus Claims Objection").

WHEREAS, on July 10, 2007, Contrarian filed its Response Of Contrarian Funds, LLC To Debtors' Seventeenth Omnibus Claims Objection (Docket No. 8508) (the "Seventeenth Omnibus Response").

WHEREAS, on August 24, 2007 the Debtors objected to Proof of Claim No. 9950 pursuant to the Debtors' Twentieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims, (B) Insufficiently

3

Documented Claims, (C) Claims Not Reflected On Debtors' Books And Records, (D) Untimely

Claim, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, Modified

Claims Asserting Reclamation, Consensually Modified And Reduced Tort Claims, And Lift Stay

Procedures Claims Subject To Modification (Docket No. 9151) (the "Twentieth Omnibus Claims

Objection").

        WHEREAS, on September 20, 2007, Contrarian filed its Response Of Contrarian

Funds, LLC To Debtors' Twentieth Omnibus Claims Objection (Docket No. 9444) (the

"Twentieth Omnibus Response," and together with the Eleventh and Seventeenth Omnibus

Responses, the "Responses").

        WHEREAS, on January 25, 2008, the Delphi Bankruptcy Court entered the

Findings Of Fact, Conclusions Of Law, And Order Under 11 U.S.C. §§ 1129(a) And (b) And

Fed. R. Bankr. P. 3020 Confirming First Amended Joint Plan Of Reorganization Of Delphi

Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (Docket

No. 12359) (the "Confirmation Order"), thereby confirming the Plan (as defined in the

Confirmation Order).

        WHEREAS, on August 15, 2008, to resolve the Eleventh, Seventeenth, and

Twentieth Omnibus Claims Objections and the Responses with respect to the Claims, DAS LLC,

Contrarian, and Ferro entered into a settlement agreement (the "Settlement Agreement").

        WHEREAS, pursuant to the Settlement Agreement, DAS LLC acknowledges and

agrees that Claim 9950 shall be allowed against DAS LLC in the amount of $47,252.75.

        WHEREAS, pursuant to the Settlement Agreement, DAS LLC acknowledges and

agrees that Claim 9951 shall be allowed against DAS LLC in the amount of $75,460.94.

        WHEREAS, pursuant to the Settlement Agreement, DAS LLC acknowledges and

4

agrees that Claim 9953 shall be allowed against DAS LLC in the amount of $18,830.00.

WHEREAS, the Debtors acknowledge and agree that nothing contained in the Settlement Agreement or in this Joint Stipulation shall be deemed to modify or impair prior allowance of Proof of Claim No. 9952 pursuant to the Joint Stipulation and Agreed Order dated December 12, 2007 (Docket No. 11413) or Proof of Claim No. 9954 pursuant to the Joint Stipulation and Agreed Order dated January 7, 2008 (Docket No. 11752).

WHEREAS, nothing in this Joint Stipulation, including without limitation the recital paragraphs hereof, shall be deemed to conclusively determine that any transfer of any of the Claims constitutes a sale to Contrarian or constitutes an assignment to Contrarian. Notwithstanding anything in this Joint Stipulation to the contrary including, without limitation, the recital paragraphs hereof, Contrarian expressly reserves the right to characterize any transfer of any of the Claims as a sale to Contrarian or to characterize any transfer of any of the Claims as an assignment to Contrarian and the Debtors expressly reserve the right to contest the same.

WHEREAS, DAS LLC is authorized to enter into the Settlement Agreement either because the Claims involve ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

WHEREAS, as of the date of this Settlement Agreement, Ferro would be entitled to a cure payment in the amount of $6,906.00 with respect to an executory contract or unexpired lease to which Ferro is a party, underlying Claim 9951, with the Debtors' obligation to make such a cure payment being subject to (i) the assumption of the executory contract or unexpired

5

lease pursuant to section 365 of the Bankruptcy Code and (ii) the terms and conditions of the Plan.

THEREFORE, the Debtors, Contrarian, and Ferro stipulate and agree as follows:

1.      Claim 9950 shall be allowed in the amount of $47,252.75 and shall be treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

2.      Claim 9951 shall be allowed in the amount of $75,460.94 and shall be treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

3.      Claim 9953 shall be allowed in the amount of $18,830.00 and shall be treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

4.      Without further order of the Court, DAS LLC is authorized to offset or reduce Claim 9951 by no more than $6,906.00 for purposes of distribution to holders of allowed claims entitled to receive distributions under any plan of reorganization of the Debtors, to the extent, and in such amount, of cure payments made on account of the assumption, pursuant to section 365 of the Bankruptcy Code, of an executory contract or unexpired lease to which Ferro is a party and underlying Claim 9951.

5.      The Eleventh, Seventeenth, and Twentieth Omnibus Claims Objections and the Responses, with respect to the Claim, are deemed resolved by the terms of the Settlement Agreement.


So Ordered in New York, New York, this 27th day of August, 2008


                        ___/s/Robert D. Drain_____
                          UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

/s/ John K. Lyons

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606-1285
(312) 407-0700


        - and –

    Kayalyn A. Marafioti
    Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

/s/ Daniel A. Fliman

David S. Rosner
Adam L. Shiff
Jeffrey R. Gleit
Daniel A. Fliman
KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

Attorneys for Contrarian Funds, LLC


/s/ Kelly S. Burgan

Kelly S. Burgan
BAKER & HOSTETLER LLP
3200 National City Center
1900 E. 9th Street
Cleveland, Ohio 44114
(216) 621-0200

Attorney for Ferro Electronic Materials, Inc.

# EXHIBIT FF

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

            - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti
Thomas J. Matz

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
                                          :
        In re                             :        Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :        Case No. 05–44481 (RDD)
                                          :
                Debtors.                  :        (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING AND
ALLOWING PROOFS OF CLAIM NUMBERS 9950, 9951, AND 9953
(CONTRARIAN FUNDS, LLC AND FERRO ELECTRONIC MATERIALS, INC.)

Delphi Corporation and certain of its subsidiaries and affiliates, including Delphi
Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-possession in the above-
captioned cases (collectively, the "Debtors"), Contrarian Funds, LLC ("Contrarian"), and Ferro
Electronic Materials, Inc. ("Ferro") respectfully submit this Joint Stipulation And Agreed Order
Compromising And Allowing Proofs Of Claim Numbers 9950, 9951, And 9953 (Contrarian
Funds, LLC And Ferro Electronic Materials) (the "Joint Stipulation") and agree and state as
follows:

WHEREAS, on October 8, 2005, Delphi Corporation, together with certain of its
U.S. affiliates, including DAS LLC (collectively, the "Debtors"), filed voluntary petitions under
chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended (the
"Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New
York.

WHEREAS, on July 19, 2006, Ferro filed proof of claim number 9950 ("Proof of
Claim No. 9950") against Delphi, asserting an unsecured non-priority claim in the amount of
$131,873.52 ("Claim 9950") arising from the sale of goods.

WHEREAS, on July 19, 2006, Ferro filed proof of claim number 9951 ("Proof of
Claim No. 9951") against Delphi, asserting an unsecured non-priority claim in the amount of
$79,244.79 ("Claim 9951") arising from the sale of goods.

WHEREAS, on July 19, 2006, Ferro filed proof of claim number 9953 ("Proof of
Claim No. 9953," and, together with Proofs of Claim Nos. 9950 and 9951, the "Proofs of
Claim") against Delphi, asserting an unsecured non-priority claim in the amount of $24,500.00
("Claim 9953," and, together with Claims 9950 and 9951, the "Claims") arising from the sale of
goods.

2

WHEREAS, on January 12, 2007, Ferro transferred its interest in the Claims to Contrarian pursuant to a Notice of Transfer (Docket No. 6587).

WHEREAS, on March 16, 2007 the Debtors objected to Proof of Claim No. 9953 pursuant to the Debtors' Eleventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7301) (the "Eleventh Omnibus Claims Objection").

WHEREAS, on April 13, 2007, Contrarian filed its Response Of Contrarian Funds, LLC To Debtors' Tenth And Eleventh Omnibus Claims Objection (Docket No.7672) (the "Eleventh Omnibus Response").

WHEREAS, on June 15, 2007 the Debtors objected to Proof of Claim No. 9951 pursuant to the Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8270) (the "Seventeenth Omnibus Claims Objection").

WHEREAS, on July 10, 2007, Contrarian filed its Response Of Contrarian Funds, LLC To Debtors' Seventeenth Omnibus Claims Objection (Docket No. 8508) (the "Seventeenth Omnibus Response").

WHEREAS, on August 24, 2007 the Debtors objected to Proof of Claim No. 9950 pursuant to the Debtors' Twentieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims, (B) Insufficiently

3

Documented Claims, (C) Claims Not Reflected On Debtors' Books And Records, (D) Untimely

Claim, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, Modified

Claims Asserting Reclamation, Consensually Modified And Reduced Tort Claims, And Lift Stay

Procedures Claims Subject To Modification (Docket No. 9151) (the "Twentieth Omnibus Claims

Objection").

WHEREAS, on September 20, 2007, Contrarian filed its Response Of Contrarian

Funds, LLC To Debtors' Twentieth Omnibus Claims Objection (Docket No. 9444) (the

"Twentieth Omnibus Response," and together with the Eleventh and Seventeenth Omnibus

Responses, the "Responses").

WHEREAS, on January 25, 2008, the Delphi Bankruptcy Court entered the

Findings Of Fact, Conclusions Of Law, And Order Under 11 U.S.C. §§ 1129(a) And (b) And

Fed. R. Bankr. P. 3020 Confirming First Amended Joint Plan Of Reorganization Of Delphi

Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (Docket

No. 12359) (the "Confirmation Order"), thereby confirming the Plan (as defined in the

Confirmation Order).

WHEREAS, on August 15, 2008, to resolve the Eleventh, Seventeenth, and

Twentieth Omnibus Claims Objections and the Responses with respect to the Claims, DAS LLC,

Contrarian, and Ferro entered into a settlement agreement (the "Settlement Agreement").

WHEREAS, pursuant to the Settlement Agreement, DAS LLC acknowledges and

agrees that Claim 9950 shall be allowed against DAS LLC in the amount of $47,252.75.

WHEREAS, pursuant to the Settlement Agreement, DAS LLC acknowledges and

agrees that Claim 9951 shall be allowed against DAS LLC in the amount of $75,460.94.

WHEREAS, pursuant to the Settlement Agreement, DAS LLC acknowledges and

4

agrees that Claim 9953 shall be allowed against DAS LLC in the amount of $18,830.00.

WHEREAS, the Debtors acknowledge and agree that nothing contained in the Settlement Agreement or in this Joint Stipulation shall be deemed to modify or impair prior allowance of Proof of Claim No. 9952 pursuant to the Joint Stipulation and Agreed Order dated December 12, 2007 (Docket No. 11413) or Proof of Claim No. 9954 pursuant to the Joint Stipulation and Agreed Order dated January 7, 2008 (Docket No. 11752).

WHEREAS, nothing in this Joint Stipulation, including without limitation the recital paragraphs hereof, shall be deemed to conclusively determine that any transfer of any of the Claims constitutes a sale to Contrarian or constitutes an assignment to Contrarian. Notwithstanding anything in this Joint Stipulation to the contrary including, without limitation, the recital paragraphs hereof, Contrarian expressly reserves the right to characterize any transfer of any of the Claims as a sale to Contrarian or to characterize any transfer of any of the Claims as an assignment to Contrarian and the Debtors expressly reserve the right to contest the same.

WHEREAS, DAS LLC is authorized to enter into the Settlement Agreement either because the Claims involve ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

WHEREAS, as of the date of this Settlement Agreement, Ferro would be entitled to a cure payment in the amount of $6,906.00 with respect to an executory contract or unexpired lease to which Ferro is a party, underlying Claim 9951, with the Debtors' obligation to make such a cure payment being subject to (i) the assumption of the executory contract or unexpired

5

lease pursuant to section 365 of the Bankruptcy Code and (ii) the terms and conditions of the Plan.

THEREFORE, the Debtors, Contrarian, and Ferro stipulate and agree as follows:

1.      Claim 9950 shall be allowed in the amount of $47,252.75 and shall be treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

2.      Claim 9951 shall be allowed in the amount of $75,460.94 and shall be treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

3.      Claim 9953 shall be allowed in the amount of $18,830.00 and shall be treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

4.      Without further order of the Court, DAS LLC is authorized to offset or reduce Claim 9951 by no more than $6,906.00 for purposes of distribution to holders of allowed claims entitled to receive distributions under any plan of reorganization of the Debtors, to the extent, and in such amount, of cure payments made on account of the assumption, pursuant to section 365 of the Bankruptcy Code, of an executory contract or unexpired lease to which Ferro is a party and underlying Claim 9951.

5.      The Eleventh, Seventeenth, and Twentieth Omnibus Claims Objections and the Responses, with respect to the Claim, are deemed resolved by the terms of the Settlement Agreement.

So Ordered in New York, New York, this 27th day of August, 2008

        /s/Robert D. Drain                              
        UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

/s/ John K. Lyons

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606-1285
(312) 407-0700


- and –

   Kayalyn A. Marafioti
   Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

/s/ Daniel A. Fliman

David S. Rosner
Adam L. Shiff
Jeffrey R. Gleit
Daniel A. Fliman
KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

Attorneys for Contrarian Funds, LLC


/s/ Kelly S. Burgan

Kelly S. Burgan
BAKER & HOSTETLER LLP
3200 National City Center
1900 E. 9th Street
Cleveland, Ohio 44114
(216) 621-0200

Attorney for Ferro Electronic Materials, Inc.

# EXHIBIT GG

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti
Thomas J. Matz

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
                                        :
                In re                   :       Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :       Case No. 05–44481 (RDD)
                                        :
                Debtors.                :       (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOF OF CLAIM NUMBER 11542
(FLEX TECHNOLOGIES, INC.)

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Flex Technologies, Inc. ("Flex") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 11542 (Flex Technologies, Inc.) and agree and state as follows:

WHEREAS, on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on July 27, 2006, Flex filed proof of claim number 11542 against Delphi, asserting an unsecured non-priority claim in the amount of $72,759.50 (the "Claim") arising from the sale of goods to the Debtors.

WHEREAS, on May 22, 2007, the Debtors objected to the Claim pursuant to the Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 7999) (the "Fifteenth Omnibus Claims Objection").

WHEREAS, on June 21, 2007, Flex filed its Response Opposition Of Flex Technologies, Inc. To Debtors' Fifteenth Omnibus Claims Objection (Proof Of Claim No. 11542) (Docket No. 8384) (the "Response").

WHEREAS, on August 11, 2008, to resolve the Fifteenth Omnibus Claims Objection with respect to the Claim, DAS LLC and Flex entered into a settlement agreement (the

2

"Settlement Agreement").

WHEREAS, pursuant to the Settlement Agreement, DAS LLC acknowledges and agrees that the Claim shall be allowed against DAS LLC in the amount of $39,992.50.

WHEREAS, DAS LLC is authorized to enter into the Settlement Agreement either because the Claim involves ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

THEREFORE, the Debtors and Flex stipulate and agree as follows:

1.      The Claim shall be allowed in the amount of $39,992.50 and shall be treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

2.      Flex shall withdraw its Response to the Fifteenth Omnibus Claims Objection with prejudice.

So Ordered in New York, New York, this 27th day of August, 2008

_____/s/Robert D. Drain_____
        UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

| | |
|---|---|
| /s/ John K. Lyons | /s/ James R. Kandel |
| John Wm. Butler, Jr. | James R. Kandel, Esq. |
| John K. Lyons | 101 Central Plaza, S. |
| Ron E. Meisler | Chase Tower, Suite 1003 |
| SKADDEN, ARPS, SLATE, MEAGHER | Canton, OH 44702 |
|   & FLOM LLP | (330) 453-4444 |
| 333 West Wacker Drive, Suite 2100 | |
| Chicago, Illinois  60606-1285 | Attorneys for Flex Technologies, Inc. |
| (312) 407-0700 | |

- and –

Kayalyn A. Marafioti
Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

4

# EXHIBIT HH

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

      - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)


Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
                                                          :
      In re                             :      Chapter 11
                                                          :
DELPHI CORPORATION, et al.,             :      Case No. 05–44481 (RDD)
                                                          :
                        Debtors.       :      (Jointly Administered)
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER SETTING MAXIMUM
AMOUNT OF PROOF OF CLAIM NUMBER 13512
(OSCAR SANCHEZ)

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and

Oscar Sanchez ("Sanchez") respectfully submit this Joint Stipulation And Agreed Order Capping

Proof Of Claim Number 13512 (Oscar Sanchez) (the "Joint Stipulation") and agree and state as

follows:

WHEREAS, on October 8, 2005 ("Petition Date"), the Debtors filed voluntary

petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then

amended (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern

District of New York (the "Court").

WHEREAS, on July 31, 2006, Sanchez filed proof of claim number 13512 (the

"Proof of Claim") against Delphi.  The Proof of Claim asserts an unsecured non-priority claim in

an unliquidated amount and an unsecured priority claim in an unliquidated amount arising from

alleged employee benefits (the "Claim").

WHEREAS, by the execution of this Joint Stipulation and the agreement of the

parties, the Proof of Claim is hereby deemed objected to within the meaning of section 502 of the

Bankruptcy Code.

WHEREAS, the parties hereto acknowledge that they have been given the

opportunity to consult with counsel before executing this Joint Stipulation and are executing

such Joint Stipulation without duress or coercion and without reliance on any representations,

warranties, or commitments other than those representations, warranties, and commitments set

forth in this Joint Stipulation.

WHEREAS, pursuant to this Joint Stipulation, the Debtors and Sanchez

acknowledge and agree that  the asserted amount of the Claim shall be modified and capped at

2

$250,000.00.

THEREFORE, the Debtors and Sanchez stipulate and agree as follows:

1.      The Claim is hereby capped such that in no event shall the Claim be

allowed in an amount exceeding $250,000.00.

2.      The Claim is hereby deemed objected to within the meaning of section

502 of the Bankruptcy Code.

3.      Nothing contained herein shall constitute, nor shall it be deemed to

constitute, the allowance of any claim asserted against any of the Debtors.

So Ordered in New York, New York, this 27th day of August, 2008

            /s/Robert D. Drain_____
            UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

/s/ John K. Lyons_____          /s/ Oscar Sanchez_____
John Wm. Butler, Jr.                        Oscar Sanchez
John K. Lyons                               2319 Cornerstone Road
Ron E. Meisler                              Cortland, Ohio 44410
SKADDEN, ARPS, SLATE, MEAGHER               (330) 637-1818
  & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606-1285
(312) 407-0700

            - and –

    Kayalyn A. Marafioti
    Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

3

# EXHIBIT II

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

　　　- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti
Thomas J. Matz

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　In re　　　　　　　　　　　　:　　　Chapter 11
　　　　　　　　　　　　　　　　　　:
DELPHI CORPORATION, et al.,　　　　:　　　Case No. 05–44481 (RDD)
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Debtors.　　　　　:　　　(Jointly Administered)
　　　　　　　　　　　　　　　　　　:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING AND ALLOWING PROOFS
OF CLAIM NUMBERS 808, 1544, 1546, 2364, 5102, 7235, 7367, 7369, 7459, 8024, 8029, 8030,
8718, 8791, 9789, 9795, 10184, 10385, 11447, 15447, 16377, 16446, 16542, AND 16544
ASSERTED BY CONTRARIAN FUNDS, LLC

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

including Delphi Automotive Systems LLC ("DAS LLC"), Delphi Technologies, Inc. ("DTI"),

and ASEC Manufacturing General Partnership ("ASEC," together with Delphi, DAS LLC, and

DTI, the "Settling Debtors"), debtors and debtors-in-possession in the above-captioned cases

(collectively, the "Debtors"), and Contrarian Funds, LLC ("Contrarian") respectfully submit this

Joint Stipulation And Agreed Order Compromising And Allowing Proofs Of Claim Numbers

808, 1544, 1546, 2364, 5102, 7235, 7367, 7369, 7459, 8024, 8029, 8030, 8718, 8791, 9789,

9795, 10184, 10385, 11447, 15447, 16377, 16446, 16542, And 16544 Asserted By Contrarian

Funds, LLC (the "Joint Stipulation") and agree and state as follows:

WHEREAS, on October 8, 2005, the Debtors filed voluntary petitions under

chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the

United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on the dates listed in column B on Exhibit A (titled "Date Filed"),

attached hereto, the proofs of claim (the "Proofs of Claim") listed in column A on Exhibit A

(titled "Proof of Claim Number") were filed by the parties (collectively, the "Claimants") listed

in column C on Exhibit A (titled "Party Filing Proof of Claim") against the Debtor entities listed

in column G on Exhibit A (titled "Debtor Named on Proof of Claim") asserting claims

(collectively, the "Claims") in the amounts and classifications listed in columns E and H,

respectively, on Exhibit A (titled "Asserted Amount" and "Asserted Class," respectively).

WHEREAS, each of the Claimants, other than Contrarian (collectively, the

"Assignors"), assigned their interests in the Claims to Contrarian pursuant to a Notice of

Transfer.

WHEREAS, as listed on Exhibit A, the Debtors objected to the Proofs of Claim

2

pursuant to the Debtors' omnibus claims objections (collectively, the "Omnibus Claims Objections") identified in column F on Exhibit A (titled "Omnibus Claims Objection").

WHEREAS, with respect to each such Omnibus Claims Objection to a Claim, Contrarian filed a response (collectively, the "Responses") to the Omnibus Claims Objection.

WHEREAS, on July 30, 2008, to resolve the relevant Omnibus Claims Objections with respect to the Claims, Delphi, DAS LLC, DTI, ASEC, and Contrarian entered into a settlement agreement (the "Settlement Agreement").

WHEREAS, pursuant to the Settlement Agreement, the Settling Debtors acknowledge and agree that each Claim shall be allowed as a general unsecured claim against the corresponding Debtor entity and in the corresponding amount set forth in columns I and K, respectively, on Exhibit A (titled "Debtor" and "Allowed Amount," respectively).

WHEREAS, nothing in this Joint Stipulation, including without limitation the recital paragraphs hereof, shall be deemed to conclusively determine that any transfer of any of the Claims constitutes a sale to Contrarian or constitutes an assignment to Contrarian. Notwithstanding anything in this Joint Stipulation to the contrary including, without limitation, the recital paragraphs hereof, Contrarian expressly reserves the right to characterize any transfer of any of the Claims as a sale to Contrarian or to characterize any transfer of any of the Claims as an assignment to Contrarian and the Debtors expressly reserve the right to contest the same.

WHEREAS, the Debtors are authorized to enter into the Settlement Agreement either because the Claims involve ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June

3

26, 2007.

THEREFORE, the Debtors and Contrarian stipulate and agree as follows:

1.      Each Claim is hereby allowed as a general unsecured claim in the corresponding amount set forth in column K on Exhibit A (titled "Allowed Amount") against the estate of the Debtor entity identified in column I on Exhibit A (titled "Debtor").

2.      The Omnibus Claims Objections and the Responses filed by Contrarian with respect to the Claims are deemed resolved by the terms of the Settlement Agreement.

So Ordered in New York, New York, this 27th day of August, 2008

        /s/Robert D. Drain
        UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

/s/ John K. Lyons
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606-1285
(312) 407-0700

/s/ Daniel A. Fliman
David S. Rosner
Adam L. Shiff
Jeffrey R. Gleit
Daniel A. Fliman
KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

Attorneys for Contrarian Funds, LLC

          - and –

    Kayalyn A. Marafioti
    Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

## EXHIBIT A

| A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|
| Proof of Claim Number | Date Filed | Party Filing Proof of Claim | Owner of Claim | Asserted Amount | Omnibus Claims Objection | Debtor Named on Proof of Claim | Asserted Classification | Debtor | Classification | Allowed Amount |
| 808 | 11/22/2005 | SUPPLIER LINK SERVICES INC | CONTRARIAN FUNDS LLC | $51,817.86 | Twelfth Omnibus Claims Objection (Docket No. 7824) | DELPHI CORPORATION | General Unsecured Claim | DELPHI CORPORATION | General Unsecured Claim | $0.00 |
| 1544 | 1/17/2006 | GREAT NORTHERN TRANSPORTATION CO INC | CONTRARIAN FUNDS LLC | $49,857.50 | Twenty-Second Omnibus Claims Objection (Docket No. 10738) | DELPHI CORPORATION | Priority | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $46,497.50 |
| 1546 | 1/17/2006 | BGF INDUSTRIES INC | CONTRARIAN FUNDS LLC | $199,278.47 | Thirteenth Omnibus Claims Objection (Docket No. 7825) | DELPHI CORPORATION | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $183,998.14 |
| 2364 | 3/22/2006 | DOBSON INDUSTRIAL INC | CONTRARIAN FUNDS LLC | $278.75 | Thirteenth Omnibus Claims Objection (Docket No. 7825) | DELPHI CORPORATION | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $273.75 |
| 5102 | 5/8/2006 | INTERNATIONAL QUALITY CONTROL INC | CONTRARIAN FUNDS LLC | $63,992.15 | Fifteenth Omnibus Claims Objection (Docket No. 7999) | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $63,239.28 |
| 7235 | 5/31/2006 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF BARRY METALS INTERNATIONAL | CONTRARIAN FUNDS LLC AS ASSIGNEE OF BARRY METALS INTERNATIONAL | $27,708.00 | Fifteenth Omnibus Claims Objection (Docket No. 7999) | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $27,114.00 |
| 7367 | 6/2/2006 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF NINGBO SCHLEMMER AUTOMOTIVE PARTS CO LTD | CONTRARIAN FUNDS LLC AS ASSIGNEE OF NINGBO SCHLEMMER AUTOMOTIVE PARTS CO LTD | $56,625.90 | Fifteenth Omnibus Claims Objection (Docket No. 7999) | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $56,439.00 |
| 7369 | 6/2/2006 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF JOSEF SCHLEMMER GMBH | CONTRARIAN FUNDS LLC AS ASSIGNEE OF JOSEF SCHLEMMER GMBH | $17,659.83 | Fifteenth Omnibus Claims Objection (Docket No. 7999) | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $17,280.92 |
| 7459 | 6/5/2006 | THOMAS ENGINEERING COMPANY | CONTRARIAN FUNDS LLC | $100,819.04 | Twenty-Second Omnibus Claims Objection (Docket No. 10738) | DELPHI CORPORATION | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $96,514.00 |
| 8024 | 6/15/2006 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF PLASTIC PLATE INC IDENTIFIED BY DEBTOR AS LACKS TRIM SYSTEMS | CONTRARIAN FUNDS LLC AS ASSIGNEE OF PLASTIC PLATE INC IDENTIFIED BY DEBTOR AS LACKS TRIM SYSTEMS | $142,150.86 | Fifteenth Omnibus Claims Objection (Docket No. 7999) | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $116,564.38 |
| 8029 | 6/15/2006 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF SIDLER GMBH & CO KG | CONTRARIAN FUNDS LLC AS ASSIGNEE OF SIDLER GMBH & CO KG | $48,333.03 | Ninth Omnibus Claims Objection (Docket No. 6968) | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $45,976.52 |
| 8030 | 6/15/2006 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF PARSON & MAXSON INC | CONTRARIAN FUNDS LLC AS ASSIGNEE OF PARSON & MAXSON INC | $135,220.81 | Fifteenth Omnibus Claims Objection (Docket No. 7999) | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC / DELPHI DIESEL SYSTEMS CORP | General Unsecured Claim / General Unsecured Claim | $88,630.97 / $22,759.61 |
| 8718 | 6/28/2006 | HOWARD & HOWARD ATTORNEYS P C | CONTRARIAN FUNDS LLC | $234,631.11 | Nineteenth Omnibus Claims Objection (Docket No. 8617) | DELPHI TECHNOLOGIES, INC | Secured/General Unsecured Claim | DELPHI TECHNOLOGIES, INC. | General Unsecured Claim | $234,492.99 |
| 8791 | 6/30/2006 | MASTERS TOOL & DIE INC | CONTRARIAN FUNDS LLC | $9,790.00 | Seventeenth Omnibus Claims Objection (Docket No. 8270) | DELPHI CORPORATION | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $6,290.00 |
| 9789 | 7/18/2006 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF CACACE ASSOCIATES INC | CONTRARIAN FUNDS LLC AS ASSIGNEE OF CACACE ASSOCIATES INC | $142,160.85 | Thirteenth Omnibus Claims Objection (Docket No. 7825) | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $121,260.85 |
| 9795 | 7/18/2006 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF KARDEX SYSTEMS INC | CONTRARIAN FUNDS LLC AS ASSIGNEE OF KARDEX SYSTEMS INC | $134,225.00 | Seventeenth Omnibus Claims Objection (Docket No. 8270) | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $126,225.00 |
| 10184 | 7/21/2006 | KEYSTONE INDUSTRIES LTD | CONTRARIAN FUNDS LLC | $193,926.15 | Nineteenth Omnibus Claims Objection (Docket No. 8617) | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $188,358.49 |

EXHIBIT A

| A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|
| Proof of Claim Number | Date Filed | Party Filing Proof of Claim | Owner of Claim | Asserted Amount | Omnibus Claims Objection | Debtor Named on Proof of Claim | Asserted Classification | Debtor | Classification | Allowed Amount |
| 10385 | 7/24/2006 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF SIERRA PLASTICS INC AKA SIERRA EL PASO | CONTRARIAN FUNDS LLC AS ASSIGNEE OF SIERRA PLASTICS INC AKA SIERRA EL PASO | $102,464.27 | Seventeenth Omnibus Claims Objection (Docket No. 8270) | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $101,691.55 |
| 11447 | 7/27/2006 | CENTRAL CAROLINA PRODUCTS INC | CONTRARIAN FUNDS LLC | $50,118.34 | Twelfth Omnibus Claims Objection | DELPHI CORPORATION | General Unsecured Claim | DELPHI CORPORATION | General Unsecured Claim | $0.00 |
| 15447 | 7/31/2006 | PHOTOCIRCUITS CORPORATION | CONTRARIAN FUNDS LLC | $104,135.00 | Twenty-Fourth Omnibus Claims Objection (Docket No. 11588) | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $96,033.82 |
| 16377 | 10/20/2006 | BAKER & DANIELS LLP | CONTRARIAN FUNDS LLC | $93,339.39 | Ninth Omnibus Claims Objection (Docket No. 6968) | DELPHI TECHNOLOGIES, INC | General Unsecured Claim | DELPHI TECHNOLOGIES, INC | General Unsecured Claim | $92,606.64 |
| 16446 | 5/30/2006 | SOUTHWIRE COMPANY | CONTRARIAN FUNDS LLC | $144,962.44 | Thirteenth Omnibus Claims Objection (Docket No. 8270) | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $141,460.84 |
| 16542 | 2/13/2007 | CENTRAL CAROLINA PRODUCTS INC | CONTRARIAN FUNDS LLC | $50,118.34 | Seventeenth Omnibus Claims Objection (Docket No. 8270) | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $43,473.60 |
| 16544 | 2/16/2007 | SUPPLIER LINK SERVICES INC | CONTRARIAN FUNDS LLC | $51,817.86 | Fifteenth Omnibus Claims Objection (Docket No. 7999) | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | DELPHI AUTOMOTIVE SYSTEMS LLC | General Unsecured Claim | $48,012.86 |

# EXHIBIT JJ

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---------|---------|----------|----------|------|-------|-----|
| Sojitz Corporation of America | Kelly Drye & Warren LLP | James S. Carr Howard S. Steel | 101 Park Ave | New York | NY | 10178 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

9/8/2008 1:53 PM
Various Orders - Special Parties v2
Sojitz Stipulation Special Parties

# EXHIBIT KK

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---------|---------|----------|----------|------|-------|-----|
| Visteon Corporation | Jacob & Weingarten P.C. | Alan J. Schwartz | 2301 W. Big Beaver Rd Ste 777 | Troy | MI | 48084 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

9/8/2008 2:02 PM
Various Orders - Special Parties v2
Visteon Special Parties

# EXHIBIT LL

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---------|---------|----------|----------|------|-------|-----|
| Textron Fastening Systems, Inc | Klestadt & Winters LLP | Tracy L Klestadt | 292 Madison Ave | New York | NY | 10017-6314 |
| SPCP Group, LLC | Dreier LLP | Wendy G. Marcari Anthony B. Stumbo Maura I. Russell | 499 Park Ave 14th Fl | New York | NY | 10022 |
| Goldman Sachs Credit Partners LLP | Richards Kibbe & Orbe LLP | Michael Friedman | One World Financial Center | New York | NY | 10281-1003 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

9/8/2008 2:09 PM
Various Orders - Special Parties v2
Textron, SPCP Special Parties

# EXHIBIT MM

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip |
|---------|---------|----------|----------|----------|------|-------|-----|
| Sumitomo Wiring Systems (USA) | Butzel Long, a Professional Corporation | Max J. Newman | Stoneridge West | 41000 Woodward Ave | Bloomfield Hills | MI | 48308 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

9/8/2008 2:14 PM
Various Orders - Special Parties v2
Sumitomo Wiring Systems Special Parties

# EXHIBIT NN

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Georgia Power Company | Troutman Sanders LLP | Paul Deutch | 600 Peachtree St NE St 5200 | Atlanta | GA | 30308-2216 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

9/8/2008 2:17 PM
Various Orders - Special Parties v2
Georgia Power Co Special Parties

# EXHIBIT OO

Delphi Corporation
Special Parties

| Company | Contact | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Henman Engineering & Machine | Gregory A. Huffman | 201 E. Jackson St Ste 400 | Muncie | IN | 47305 |

9/8/2008 6:10 PM
Various Orders - Special Parties v2
Henman Engineering & Machine Special Parties

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

# EXHIBIT PP

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip |
|---------|---------|----------|----------|----------|------|-------|-----|
| Cleo Inc. | Pepper Hamilton LLP | Anne Marie Aaronson | 30000 Two Logan Sq | 18th and Arch Streets | Philadelphia | PA | 19103 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

9/8/2008 2:23 PM
Various Orders - Special Parties v2
Cleo Special Parties

# EXHIBIT QQ

Delphi Corporation
Special Parties

| Company | Contact | Address1 | City | State | Zip |
|---------|---------|----------|------|-------|-----|
| Carlco Technical Plastics | Diane K. McNealy | 600 Depot St | Latrobe | PA | 15650 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

9/8/2008 2:29 PM
Various Orders - Special Parties v2
Carlco Tech Plastics Special Parties

# EXHIBIT RR

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---------|---------|----------|----------|------|-------|-----|
| Flow Dry Technology Ltd. | Wollmuth Maher & Deutsch LLP | James N. Lawlor | One Gateway Center, 9th Fl | Newark | NJ | 07102 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

9/8/2008 2:32 PM
Various Orders - Special Parties v2
Flow Dry Technology Special Parties

# EXHIBIT SS

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Chris Hughes, Okaloosa County Tax Collector | Ruskin Moscou Faltischek P.C. | Harold S. Berzow | East Tower 15 Fl | 1425 RexCorp Plz | Uniondale | NY | 11556-1425 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

9/8/2008 6:13 PM
Various Orders - Special Parties v2
Chris Hughes Okaloosa County Special Parties

# EXHIBIT TT

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| McNaughton McKay Electric of Ohio | Clark Hill PLC | Robert D, Gordon | 500 Woodward Ave Ste 3500 | Detroit | MI | 48226-3435 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

9/8/2008 2:37 PM
Various Orders - Special Parties v2
McNaughton Special Parties

# EXHIBIT UU

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Ohio Public Utilities Commission | Victoria D. Garry | 1600 Carew Tower | 441 Vine St | Cincinnati | OH | 45202 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

9/8/2008 2:39 PM
Various Orders - Special Parties v2
Ohio Public Utilities Special Parties

# EXHIBIT VV

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---------|---------|----------|----------|------|-------|-----|
| Lexington County, South Carolina | Lexington County Attorney | Jeff M. Anderson | 140 E. Main St | Lexington | SC | 29072-3434 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

9/8/2008 2:43 PM
Various Orders - Special Parties v2
Lexington County Special Parties

# EXHIBIT WW

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors | Latham & Watkins LLP | Robert J. Rosenberg Mitchell A. Sieder Mark A. Broude | 885 Third Ave Ste 1000 | New York | NY | 10022 |
| Wilmington Trust Company | K&L Gates LLP | Eric Moser | 599 Lexington Ave | New York | NY | 10022 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

9/8/2008 2:51 PM
Various Orders - Special Parties v2
Adversary Special Parties

# EXHIBIT XX

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Furukawa Electric North America APD and Furukawa Electric Co., Ltd | Alston & Bird LLP | Dennis J. Connolly | 1201 W. Peachtree St | Atlanta | GA | 30309-3424 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

9/8/2008 2:55 PM
Various Orders - Special Parties v2
Furukawa Special Parties

# EXHIBIT YY

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip |
|---------|---------|----------|----------|----------|------|-------|-----|
| Texas Taxing Authorities | Linebarger Goggan Blair & Sampson LLP | Diane W. Sanders | 1949 South I.H. 35 (78741) | PO Box 17428 | Austin | TX | 78760 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

9/8/2008 2:56 PM
Various Orders - Special Parties v2
Texas Taxing Authorties Special Parties

# EXHIBIT ZZ

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Quaker Chemical Corporation | Dinker Biddle & Reath LLP | David B. Aaronson Andrew C. Kassner | 140 Broadway 39th Fl | | New York | NY | 10005 |
| JPMorgan Chase | JPMorgan Chase & Co. | Howard J. Grossman | Legal and Compliance Department | One Chase Sq 25th Fl | Rochester | NY | 14643 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

9/8/2008 2:59 PM
Various Orders - Special Parties v2
Quaker Chemical Corp & JPMorgan Special Parties

# EXHIBIT AAA

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---------|---------|----------|----------|------|-------|-----|
| Marquardt Switches, Inc. | Bond Schoeneck & King PLLC | Karen Veronica DeFio | One Lincoln Center | Syracuse | NY | 13202 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

9/8/2008 3:02 PM
Various Orders - Special Parties v2
Marquardt Switches Inc Special Parties

# EXHIBIT BBB

Delphi Corporation
Special Parties

| Company | Contact | | Address1 | Address2 | City | State | Zip |
|---------|---------|---|----------|----------|------|-------|-----|
| Commonwealth of Virginia Department of Taxation | Taxing Authority Consulting Services P.C. | Mark K. Ames | | 2812 Emerywood Pkwy Ste 220 | Richmond | VA | 23294 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

9/8/2008 3:03 PM
Various Orders - Special Parties v2
Virginia Special Parties

# EXHIBIT CCC

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---------|---------|----------|----------|------|-------|-----|
| SPCP Group, LLC | Dreier LLP | Paul Traub<br>Anthony B. Stumbo<br>Maura I. Russell | 499 Park Ave 14th Fl | New York | NY | 10022 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

9/8/2008 3:07 PM
Various Orders - Special Parties v2
SPCP Special Parties

# EXHIBIT DDD

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Hidria USA | Sarah Davis | 202 Beachtree Blvd | Beechtree Business Park | Greenville | SC | 29605 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

9/8/2008 3:10 PM
Various Orders - Special Parties v2
Hidria USA Special Parties

# EXHIBIT EEE

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip |
|---------|---------|----------|----------|----------|------|-------|-----|
| RT Sub, LLC fka Recep Tec, LLC | Warner, Norcross & Judd LLP | Michael O'Neal | 900 Fifth Third Center | 111 Lyon St, NW | Grand Rapids | MI | 49503-2487 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

9/8/2008 3:12 PM
Various Orders - Special Parties v2
RT Sub LLC Special Parties

# EXHIBIT FFF

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip |
|---------|---------|----------|----------|----------|------|-------|-----|
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP | D. Rosner<br>A. Shiff<br>J. Gleit<br>D. Fliman | 1633 Broadway | | New York | NY | 10019 |
| Ferro Electric Materials, Inc | Baker & Hostetler LLP | Kelly S. Burgan | 3200 National City Center | 1900 E. 9th St | Cleveland | OH | 44114 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

9/8/2008 3:23 PM
Various Orders - Special Parties v2
Contrarian Funds Ferro Electric Special Parties

# EXHIBIT GGG

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---------|---------|----------|----------|------|-------|-----|
| Flex Technologies, Inc | James R. Kandel | 101 Centeral Plaza, S. | Chase Towers Ste 1003 | Canton | OH | 44702 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

9/8/2008 3:32 PM
Various Orders - Special Parties v2
Flex Technologies Special Parties

# EXHIBIT HHH

Delphi Corporation
Special Parties

| Company | Address1 | City | State | Zip |
|---------|----------|------|-------|-----|
| Oscar Sanchez | 2319 Conerstone Rd | Cortland | OH | 44410 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

9/8/2008 3:35 PM
Various Orders - Special Parties v2
Oscar Sanchez Special Parties

# EXHIBIT III

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Contrarian Funds | Kasowitz Benson Torres & Friedman LLP | D. Rosner<br>A. Shiff<br>J. Gleit<br>D. Fliman | 1633 Broadway | New York | NY | 10019 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

9/8/2008 3:37 PM
Various Orders - Special Parties v2
Contrarian Funds Special Parties