TOGUT, SEGAL & SEGAL LLP  
Bankruptcy Co-Counsel for Delphi Corporation, et al.,  
Debtors and Debtors in Possession  
One Penn Plaza, Suite 3335  
New York, New York 10119  
(212) 594-5000  
Albert Togut (AT-9759)  
Neil Berger (NB-3599)

Hearing Date:  10/7/2008 at 10:00 a.m.

Delphi Legal Information Hotline:  
Toll Free:  (800) 718-5305  
International:  (248) 813-2698

Delphi Legal Information Website:  
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
-----------------------------------------------------------------x  
                                                                 :  
In re:                                                           :    Chapter 11  
                                                                 :    Case No. 05-44481 [RDD]  
DELPHI CORPORATION, *et al.*,                                    :  
                                                                 :    Jointly Administered  
                                                  Debtors.       :  
                                                                 :  
-----------------------------------------------------------------x

### TENTH NOTICE OF ADJOURNMENT OF CLAIMS OBJECTION HEARING WITH RESPECT TO DEBTORS' OBJECTION TO PROOFS OF CLAIM NOS. 14125, 14126, 14127, 14128, 14129, 14130 AND 14042 (FCI CANADA INC., FCI AUTOMOTIVE DEUTSCHLAND GMBH, FCI ITALIA SPA, FCI ELECTRONICS MEXICO S. DE R.L. DE C.V., FCI AUTOMOTIVE FRANCE S.A., FCI USA INC. AND FCI AUSTRIA GMBH)

PLEASE TAKE NOTICE that on August 24, 2007, Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), objected to proof of claim numbers:  14125 filed by FCI Canada Inc.;  proof of claim number 14126 filed by FCI Automotive Deutschland GmbH;  proof of claim number 14127 filed by FCI Italia SpA;  proof of claim number 14128 filed by FCI Electronics Mexico S. de R.L. de C.V.;  proof of claim number 14129 filed by FCI Automotive France S.A.;  proof of claim number 14130 filed by FCI USA, Inc.;  and proof of claim number 14042 filed by FCI Austria GmbH,

(collectively, the "Claimants") pursuant to the Debtors' Twentieth Omnibus Objection Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims, (B) Insufficiently Documented Claims, (C) Claims Not Reflected On Debtors' Books And Records, (D) Untimely Claim, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Consensually Modified And Reduced Tort Claims, And Lift Stay Procedures Claims Subject To Modification (Docket No. 9151).

PLEASE TAKE FURTHER NOTICE that on November 27, 2007, the Debtors filed the Notice Of Claims Objection Hearing With respect To Debtors' Objection to Proofs Of Claim Nos. 14125, 14126, 14127, 14128, 14129, 14130 and 14042 (Docket No. 11116) scheduling a claims objection hearing (the "Claims Objection Hearing") for purposes of holding an evidentiary hearing on the merits of the Proof of Claim for January 31, 2008, at 10:00 a.m. (prevailing Eastern time).

PLEASE TAKE FURTHER NOTICE that on January 23, 2008, the Debtors filed the Notice Of Adjournment Of Claims Objection Hearing Regarding Debtors' Objection To Proof Of Claim No. 14125, 14126, 14127, 14128, 14129, 14130 and 14042 (Docket No. 12312) adjourning the Claims Objection Hearing to February 20, 2008 at 10 a.m.

PLEASE TAKE FURTHER NOTICE that on February 14, 2008, the Debtors filed the Second Notice Of Adjournment Of Claims Objection Hearing Regarding Debtors' Objection To Proof Of Claim No. 14125, 14126, 14127, 14128, 14129, 14130 and 14042  (Docket No. 12645) adjourning the Claims Objection Hearing to March 11, 2008 at 10 a.m.

PLEASE TAKE FURTHER NOTICE that on February 28, 2008, the Debtors filed the Third Notice Of Adjournment Of Claims Objection Hearing Regarding Debtors' Objection To Proof Of Claim No. 14125, 14126, 14127, 14128, 14129, 14130 and 14042  (Docket No. 12913) adjourning the Claims Objection Hearing to April 4, 2008 at 10 a.m.

PLEASE TAKE FURTHER NOTICE that on March 24, 2008, the Debtors filed the Fourth Notice Of Adjournment Of Claims Objection Hearing Regarding Debtors' Objection To Proof Of Claim No. 14125, 14126, 14127, 14128, 14129, 14130 and 14042  (Docket No. 13211) adjourning the Claims Objection Hearing to April 18, 2008 at 10 a.m.

PLEASE TAKE FURTHER NOTICE that on April 11, 2008, the Debtors filed the Fifth Notice Of Adjournment Of Claims Objection Hearing Regarding Debtors' Objection To Proof Of Claim No. 14125, 14126, 14127, 14128, 14129, 14130 and 14042 (Docket No. 13380) adjourning the Claims Objection Hearing to May 8, 2008 at 10 a.m.

PLEASE TAKE FURTHER NOTICE that on May 12, 2008, the Debtors filed the Amended Sixth Notice Of Adjournment Of Claims Objection Hearing Regarding Debtors' Objection To Proof Of Claim No. 14125, 14126, 14127, 14128, 14129, 14130 and 14042  (Docket No. 13567) adjourning the Claims Objection Hearing to June 19, 2008 at 10 a.m.

PLEASE TAKE FURTHER NOTICE that on June 13, 2008, the Debtors filed the Seventh Notice Of Adjournment Of Claims Objection Hearing Regarding Debtors' Objection To Proof Of Claim No. 14125, 14126, 14127, 14128, 14129, 14130 and 14042  (Docket No. 13762) adjourning the Claims Objection Hearing to July 23, 2008 at 10 a.m.

PLEASE TAKE FURTHER NOTICE that on July 17, 2008, the Debtors filed the Eighth Notice Of Adjournment Of Claims Objection Hearing Regarding Debtors' Objection To Proof Of Claim No. 14125, 14126, 14127, 14128, 14129, 14130 and 14042 (Docket No. 13933) adjourning the Claims Objection Hearing to August 26, 2008 at 10 a.m.

PLEASE TAKE FURTHER NOTICE that on August 20, 2008, the Debtors filed the Ninth Notice Of Adjournment Of Claims Objection Hearing Regarding Debtors' Objection To Proof Of Claim No. 14125, 14126, 14127, 14128, 14129, 14130 and 14042  (Docket No. 14084) adjourning the Claims Objection Hearing to September 18, 2008 at 10 a.m.

PLEASE TAKE FURTHER NOTICE that pursuant to Paragraph 9(a)(ii) of the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089) (the "Order"), the Claims Objection Hearing is hereby further adjourned to **October 7, 2008 at 10:00 a.m.**

PLEASE TAKE FURTHER NOTICE that the Claims Objection Hearing will proceed in accordance with the procedures provided in the Order, unless such procedures are modified in accordance with Paragraph 9(k) thereof.  All provisions and deadlines set forth in the Order shall remain in full force and effect.  Those deadlines calculated based on the hearing date shall be calculated based on the October 7, 2008 Claims Objection Hearing Date.  Please review the Order carefully – failure to comply with the procedures provided in the Order (or as modified pursuant to Paragraph 9(k)) could result in the disallowance and expungement of the Proof of Claim.

PLEASE TAKE FURTHER NOTICE that the Debtors may further adjourn the Claims Objection Hearing at any time at least five business days prior to the scheduled hearing upon notice to the Court and the Claimant.

Dated:  New York, New York
          September 10, 2008

DELPHI CORPORATION, *et al.*
By their attorneys,
TOGUT, SEGAL & SEGAL LLP
By:

/s / Neil Berger
ALBERT TOGUT (AT-9759)
NEIL BERGER (NB-3599)
Members of the Firm
One Penn Plaza
New York, New York 10119
(212) 594-5000