TOGUT, SEGAL & SEGAL LLP          **HEARING DATE: 10/7/2008 at 10:00 a.m**.
Bankruptcy Co-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                :
In re:                             :  Chapter 11
                                  :  Case No. 05-44481 [RDD]
DELPHI CORPORATION, *et al.*,        :
                                  :  Jointly Administered
                     Debtors.      :
                                  :
------------------------------------------------------------x

## NINTH NOTICE OF ADJOURNMENT
## OF CLAIMS OBJECTION HEARING WITH
## RESPECT TO DEBTORS' OBJECTION TO PROOF
## OF CLAIM NO. 14347 (PHILIPS SEMICONDUCTORS, INC./
## NXP SEMI-CONDUCTORS USA, INC./SPCP GROUP, L.L.C.)

PLEASE TAKE NOTICE that on July 13, 2007, Delphi Corporation and

certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-

captioned cases (collectively, the "Debtors"), objected to proof of claim number 14347

(the "Proof of Claim") filed by Philips Semiconductors Inc., transferred to NXP

Semiconductors USA, Inc. and subsequently transferred to SPCP Group, L.L.C., as

Agent For Silver Point Offshore Fund, Ltd. (collectively, the "Claimants") pursuant to

the Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §

502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B)

Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D)

Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims

Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No.

8617).

PLEASE TAKE FURTHER NOTICE that on November 27, 2007, the

Debtors filed the Notice Of Claims Objection Hearing With Respect To Debtors'

Objection To Proof Of Claim No. 14347 scheduling an evidentiary hearing (the

"Hearing") for purposes of holding an evidentiary hearing on the merits of the Proof of

Claim for January 31, 2008, at 10:00 a.m. (prevailing Eastern time).

PLEASE TAKE FURTHER NOTICE that on January 9, 2008, the Debtors

filed the Notice of Adjournment of Hearing With Respect To Debtors' Objection To

Proof Of Claim No. 14347 adjourning the Hearing for purposes of holding an

evidentiary hearing on the merits of the Proof of Claim to February 20, 2008, at 10:00

a.m. (prevailing Eastern time).

PLEASE TAKE FURTHER NOTICE that on February 5, 2008, the Debtors

filed the Second Notice of Adjournment of Hearing With Respect To Debtors' Objection

To Proof Of Claim No. 14347 (Docket No. 12517) adjourning the Hearing for purposes

of holding an evidentiary hearing on the merits of the Proof of Claim to April 4, 2008, at

10:00 a.m. (prevailing Eastern time).

PLEASE TAKE FURTHER NOTICE that on Match 24, 2008, the Debtors

filed the Third Notice of Adjournment of Hearing With Respect To Debtors' Objection

To Proof Of Claim No. 14347 (Docket No. 13212) adjourning the Hearing for purposes

of holding an evidentiary hearing on the merits of the Proof of Claim to April 18, 2008,

at 10:00 a.m. (prevailing Eastern time).

2

PLEASE TAKE FURTHER NOTICE that on Match 24, 2008, the Debtors filed the Fourth Notice of Adjournment of Hearing With Respect To Debtors' Objection To Proof Of Claim No. 14347 (Docket No. 13391) adjourning the Hearing for purposes of holding an evidentiary hearing on the merits of the Proof of Claim to May 8, 2008, at 10:00 a.m. (prevailing Eastern time).

PLEASE TAKE FURTHER NOTICE that on May 12, 2008, the Debtors filed the Amended Fifth Notice of Adjournment of Hearing With Respect To Debtors' Objection To Proof Of Claim No. 14347 (Docket No. 13568) adjourning the Hearing for purposes of holding an evidentiary hearing on the merits of the Proof of Claim to June 19, 2008, at 10:00 a.m. (prevailing Eastern time).

PLEASE TAKE FURTHER NOTICE that June 13, 2008, the Debtors filed the Sixth Notice of Adjournment of Hearing With Respect To Debtors' Objection To Proof Of Claim No. 14347 (Docket No. 13761) adjourning the Hearing for purposes of holding an evidentiary hearing on the merits of the Proof of Claim to July 23, 2008, at 10:00 a.m. (prevailing Eastern time).

PLEASE TAKE FURTHER NOTICE that July 17, 2008, the Debtors filed the Seventh Notice of Adjournment of Hearing With Respect To Debtors' Objection To Proof Of Claim No. 14347 (Docket No. 13934) adjourning the Hearing for purposes of holding an evidentiary hearing on the merits of the Proof of Claim to August 26, 2008, at 10:00 a.m. (prevailing Eastern time).

PLEASE TAKE FURTHER NOTICE that August 20, 2008, the Debtors filed the Eighth Notice of Adjournment of Hearing With Respect To Debtors' Objection To Proof Of Claim No. 14347 (Docket No. 14085) adjourning the Hearing for purposes of holding an evidentiary hearing on the merits of the Proof of Claim to September 18,

3

2008, at 10:00 a.m. (prevailing Eastern time).

PLEASE TAKE FURTHER NOTICE that pursuant to Paragraph 9(a)(ii) of the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089) (the "Order"), the Claims Objection Hearing is hereby further adjourned to **October 7, 2008 at 10:00 a.m.**

PLEASE TAKE FURTHER NOTICE that the Claims Objection Hearing will proceed in accordance with the procedures provided in the Order, unless such procedures are modified in accordance with Paragraph 9(k) thereof.  All provisions and deadlines set forth in the Order shall remain in full force and effect.  Those deadlines calculated based on the hearing date shall be calculated based on the October 7, 2008 Hearing Date.  Please review the Order carefully – failure to comply with the procedures provided in the Order (or as modified pursuant to Paragraph 9(k)) could result in the disallowance and expungement of the Proof of Claim.

PLEASE TAKE FURTHER NOTICE that the Debtors may further adjourn

the Claims Objection Hearing at any time at least five business days prior to the

scheduled hearing upon notice to the Court and the Claimant.

Dated:   New York, New York
         September 10, 2008

                                         DELPHI CORPORATION, *et al.*
                                         By their attorneys,
                                         TOGUT, SEGAL & SEGAL LLP
                                       By:

                                       /s/ Neil Berger
                                       ALBERT TOGUT (AT-9759)
                                       NEIL BERGER (NB-3599)
                                       Members of the Firm
                                       One Penn Plaza
                                       New York, New York 10119
                                       (212) 594-5000