Bonnie Steingart (BS-8004)
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone: 212.859.8000
Facsimile: 212.859.4000

*Counsel for the Official Committee of Equity Security Holders*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                           :
In re:                                     :    Chapter 11
                                           :
  Delphi Corporation, et al.,              :    Case No. 05-44481 (RDD)
                                           :    (Jointly Administered)
                    Debtors.               :
                                           :
                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

CERTIFICATE OF SERVICE

State of New York     )
                      )    ss.:
County of New York    )

Omar Solivan, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by the law firm of Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004.

2. I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on September 11, 2008, I caused to be served a true and correct copy of the document(s) listed below upon (i) the parties listed on Exhibit A hereto via electronic mail, (ii) the parties listed on Exhibit B hereto via overnight courier and (iii) the parties listed on Exhibit C hereto via hand delivery:

- Supplemental Declaration of Louis A. Scarcella in Support of the Application for an Order Authorizing Employment and Retention of Farrell Fritz, P.C. as Conflicts Counsel to Official Committee of Equity Security Holders

Dated: September 11, 2008
New York, New York

/s/ Omar Solivan
OMAR SOLIVAN

# Exhibit A

**Service by Electronic Mail on September 10, 2008**

aaronsoa@pepperlaw.com; david.aaronson@dbr.com; elizabeth@regencap.com; franklin.adams@bbklaw.com; jadams@torys.com; bankruptcy@goodwin.com; dadler@mccarter.com; malerding@binghammchale.com; jallen@jaeckle.com; candreoff@jaffelaw.com; ckelley@jaffelaw.com; philip.anker@wilmerhale.com; japplebaum@clarkhill.com; abach@dickinsonwright.com; sbales@zieglermetzger.com; dbargamian@bsdd.com; cbarr@lockelord.com; docket@lockelord.com; william.barrett@bfkn.com; barritt@chapman.com; jbarry@ycst.com; dbartner@shearman.com; mtorkin@shearman.com; ned.schodek@shearman.com; yuichi.haraguchi@shearman.com; atenzer@shearman.com; dbaty@honigman.com; dbaumstein@whitecase.com; pnb@nutter.com; rbeacher@daypitney.com; jkirk@stites.com; tom@beemanlawoffice.com; cbelmonte@ssbb.com; pbosswick@ssbb.com; rbennett@kirkland.com; asathy@kirkland.com; rkwasteniet@kirkland.com; pfraumann@kirkland.com; jgoldfinger@kirkland.com; tbennett@klng.com; neilberger@teamtogut.com; dgeoghan@teamtogut.com; abrogan@teamtogut.com; jlee@teamtogut.com; awinchell@teamtogut.com; echafetz@teamtogut.com; sskelly@teamtogut.com; jfalco@teamtogut.com; bdawson@teamtogut.com; sreichert@teamtogut.com; dcahir@teamtogut.com; lberkoff@moritthock.com; rbernard@bakerlaw.com; jbernstein@mdmc-law.com; Bbest@dykema.com; ssalinas@dykema.com; bbest@dykema.com; ssalinas@dykema.com; bbivona@damonmorey.com; wsavino@damonmorey.com; mbrennan@damonmorey.com; florence.saenz@la.gov; rtrack@msn.com; ebradley@robergelaw.com; wmbraman@binghammchale.com; wendy.brewer@btlaw.com; bankruptcyindy@btlaw.com; abrilliant@goodwinprocter.com; nymanagingclerk@goodwinprocter.com; timothy.brink@dlapiper.com; broitman.peter@dol.gov; sol-chi@dol.gov; maofiling@cgsh.com; soneal@cgsh.com; mark.broude@lw.com; lbrumitt@dysarttaylor.com; sriley@dysarttaylor.com; dbruso@cantorcolburn.com; DMayhew@cantorcolburn.com; jbuchdahl@susmangodfrey.com; maofiling@cgsh.com; kburke@cahill.com; mbusenkell@wcsr.com; jbutler@skadden.com; cahn@clm.com; rcalinoff@candklaw.com; jcalton@honigman.com; bankrupt@modl.com; pwcarey@modl.com; scargill@lowenstein.com; KDWBankruptcyDepartment@kelleydrye.com; rcarrillo@gsblaw.com; ccarson@burr.com; mcarter@kslaw.com; pwhite@kslaw.com; caseyl@pepperlaw.com; hillera@pepperlaw.com; jaffeh@pepperlaw.com; shieldsa@pepperlaw.com; barsonl@pepperlaw.com; kistlerb@pepperlaw.com; mcassell@lefkowitzhogan.com; ben.caughey@icemiller.com; george.cauthen@nelsonmullins.com; mary.cutler@nelsonmullins.com; brook.wright@nelsonmullins.com; rcavaliere@blankrome.com; senese@blankrome.com; nmorales@blankrome.com; bceccotti@cwsny.com; scarter@pselaw.com; egc@lydenlaw.com; echarlton@hiscockbarclay.com; maria.ruark@dlapiper.com; cchiu@daypitney.com; david.cleary@dl.com; mkhambat@dl.com; agbanknewyork@ag.tn.gov; tscobb@vorys.com; cdfricke@vorys.com; tcohen@smrh.com; amontoya@sheppardmullin.com; mconlan@gibbonslaw.com; dconnolly@alston.com; smcook@lambertleser.com; pcostello@bbslaw.com; cranmer@millercanfield.com; rouman@millercanfield.com; christenson@millercanfield.com; dcrapo@gibbonslaw.com; tcrist@szd.com; mcruse@wnj.com;

hziegler@wnj.com; gcunningham@gmhlaw.com; lcurcio@tpwlaw.com;
vdagostino@lowenstein.com; jeannine.damico@cwt.com; sdahl@ssd.com;
SSzymanski@ssd.com; ddavis@paulweiss.com; jadavis@mintz.com; dsjohnson@mintz.com;
mdavis@zeklaw.com; mmccarthy@zeklaw.com; rguttmann@zeklaw.com;
mmillnamow@zeklaw.com; cdelatorre@boselaw.com; james.decristofaro@lovells.com;
kdefio@bsk.com; mdebbeler@graydon.com; rdehney@mnat.com; cmiller@mnat.com;
tdriscoll@mnat.com; dabbott@mnat.com; dbutz@mnat.com; jcincilla@mnat.com;
wlamotte@mnat.com; cdesiderio@nixonpeabody.com;
nyc.managing.clerk@nixonpeabody.com; gdiconza@dlawpc.com; las@dlawpc.com;
diconzam@gtlaw.com; baddleyd@gtlaw.com; petermann@gtlaw.com;
houston_bankruptcy@publicans.com; karen.dine@pillsburylaw.com; sdonato@bsk.com;
kdoner@bsk.com; heddy@bsk.com; TDonovan@Finkgold.com; srshmulevitz@finkgold.com;
adoshi@daypitney.com; dowd.mary@arentfox.com; rothleder.jeffrey@arentfox.com;
ddragich@foley.com; ddraper@terra-law.com; ddrebsky@nixonpeabody.com;
nyc.managing.clerk@nixonpeabody.com; rdremluk@seyfarth.com; pbaisier@seyfarth.com;
lravnikar@seyfarth.com; dchristian@seyfarth.com; dwdykhouse@pbwt.com;
cbelanger@pbwt.com; featon@whitecase.com; icruz@whitecase.com;
mresnicoff@whitecase.com; lbegy@whitecase.com; tdee@whitecase.com;
weguchi@orrick.com; gehrlich@sandw.com; reisenbach@cooley.com;
judith.elkin@haynesboone.com; ellerman@taftlaw.com; docket@taftlaw.com;
elliott@cmplaw.com; kristin.elliott@klgates.com; loris@cooperelliott.com;
rexe@cooperelliott.com; sheilav@cooperelliott.com; bellis-monro@sgrlaw.com;
aenglund@orrick.com; menright@rc.com; richard.epling@pillsburylaw.com;
gianni.dimos@pillsburylaw.com; margot.erlich@pillsburylaw.com; eerman@ermanteicher.com;
bankruptcyinfo@esbinalter.com; bankruptcyinfo@esbinalter.com; metkin@lowenstein.com;
mseymour@lowenstein.com; sfalanga@connellfoley.com; mfalcone@paulweiss.com;
efarber747@aol.com; kf@lgrslaw.com; mfarquhar@winstead.com; farrisw@sullcrom.com;
fatell@blankrome.com; bfears@law.ga.gov; rfeinstein@pszyj.com; dharris@pszyjw.com;
hferre@thelenreid.com; Ferrell@taftlaw.com; charles@filardi-law.com; abothwell@filardi-law.com; afischer@olshanlaw.com; ssallie@olshanlaw.com; rsalnave@olshanlaw.com;
jflaxer@golenbock.com; ssmith@golenbock.com; avassallo@golenbock.com;
eneuman@golenbock.com; dfliman@kasowitz.com; jforstot@tpw.com; mmuller@tpw.com;
lcurcio@tpw.com; mateofowler@quinnemanuel.com; leticiabustinduy@quinnemanuel.com;
edward.fox@klgates.com; sfox@mcguirewoods.com; jfrank@fgllp.com; ccarpenter@fgllp.com;
rheiligman@fgllp.com; mfrankel@couzens.com; tmflaw@swbell.net; efriedman@fklaw.com;
vgarvey@fklaw.com; mfriedman@rkollp.com; mschneider@rkollp.com; ksambur@rkollp.com;
sjfriedman@jonesday.com; ChicagoBRR@jonesday.com; pfugee@ralaw.com;
lmsmith@ralaw.com; lfuller@rothgerber.com; fusco@millercanfield.com;
skoczylas@millercanfield.com; tgaa@bbslaw.com; bankruptcy@clm.com;
jgarner@shergarner.com; jchocheles@shergarner.com; vgarry@ag.state.oh.us;
joanne.gelfand@akerman.com; ygeron@foxrothschild.com; pjg@procopio.com;
caw@procopio.com; kgiannelli@gibbonslaw.com; lgibson@bsdd.com; gillcr@michigan.gov;
sherwoodj@michigan.com; jgitto@nixonpeabody.com; eglas@mccarter.com;

5

jgleit@kasowitz.com; ffigueroa@kasowitz.com; cciuffani@kasowitz.com;
larryglick@erols.com; rlg@stevenslee.com; courts@argopartners.net; egoldberg@Stutman.com;
sgoldber@quarles.com; sagolden@hhlaw.com; khseal@hhlaw.com;
nashvillebankruptcyfilings@stites.com; rgordon@clarkhill.com;
ggotto@krplc.com;ggraber@hodgsonruss.com; bomalley@hodgsonruss.com;
mmuskopf@hodgsonruss.com; gragg@langleybanack.com; cjohnston@langleybanack.com;
jgraham@taftlaw.com; ecfclerk@taftlaw.com; dwineinger@taftlaw.com; wrg@dmlegal.com;
greenj@millercanfield.com; wgreen@formanlaw.com; jgregg@btlaw.com;
lgretchko@howardandhoward.com; dbrandon@howardandhoward.com;
sgross@hodgsonruss.com; rcipollaro@hodgsonruss.com; sgrow@wnj.com; kfrantz@wnj.com;
janice.grubin@dbr.com; daniel.northrop@dbr.com; phcdelphi@priceheneveld.com;
pgurfein@akingump.com; info@thehaaslawfirm.com; dhaley@winegarden-law.com;
mhall@burr.com; tch@previant.com; ahalperin@halperinlaw.net; cmitchell@halperinlaw.net;
cbattaglia@halperinlaw.net; spark@halperinlaw.net; whanlon@seyfarth.com;
insolvency2@stroock.com; docketing@stroock.com; jh@previant.com;
bharvey@goodwinprocter.com; bharvey@goodwinprocter.com; lah@groom.com;
whawkins@loeb.com; nhazan@mwe.com; rheilman@schaferandweiner.com;
ira.herman@tklaw.com; orlando.salcedo@tklaw.com; delilah.garcia@tklaw.com;
Nherman@morganlewis.com; bhermann@paulweiss.com; wheuer@dl.com; haaronson@dl.com;
jhinshaw@boselaw.com; kmcintosh@boselaw.com; hirsh.robert@arentfox.com;
Mckinley.Karen@arentfox.com; Shannon.Hoff@hmw.com; mstinson@burr.com;
mholl@mayerbrownrowe.com; stephanie.hoos@bingham.com; jhumphrey@taftlaw.com;
ecfclerk@taftlaw.com; jrhunter@hunterschank.com; sharonaldrich@hunterschank.com;
jay.hurst@oag.state.tx.us; hutchinson@millercanfield.co; hwangr@michigan.gov;
mindelicato@hahnhessen.com; eschnitzer@hahnhessen.com; kcraner@hahnhessen.com;
jcerbone@hahnhessen.com; minsalaco@zeklaw.com; PJanovsky@ZEKlaw.com;
sjennik@kjmlabor.com; PJERDEE@JOSEPHNYC.COM; mjohnson@sheppardmullin.com;
msternstein@sheppardmullin.com; rjones@bccb.com; rcjosephson@stoel.com;
basargent@stoel.com; jjureller@klestadt.com; kadisha@gtlaw.com; lsi@liquiditysolutions.com;
sfriedberg@liquiditysolutions.com; andrew.kassner@dbr.com; jkastin@omm.com;
wkatich@atg.state.il.us; kkatsma@dickinsonwright.com; dnavin@dickinsonwright.com;
pkeating@bdblaw.com; david.kennedy2@usdoj.gov; tkennedy@kjmlabor.com;
michael.kessler@weil.com, ilusion.rodriguez@weil.com; garrett.fail@weil.com;
rachel.albanese@weil.com; robert.lemons@weil.com; jae.kim@weil.com; m.j.walsh@weil.com;
jk@stevenslee.com; BankruptcyECF@krplc.com; tkirby@porterwright.com;
mkirschbaum@kayescholer.com; kkirshenbaum@lynchrowin.com; jkleinman@fgllp.com;
tklestadt@klestadt.com; tklestadt@gmail.com; bklineberg@moritthock.com;
jkoevary@kramerlevin.com; hkoh@meisterseelig.com; skornbluth@herrick.com;
akoschik@brouse.com; ljkotler@duanemorris.com; kovskyd@pepperlaw.com;
skrause@zeklaw.com; jkreher@hodgsonruss.com; pmacpher@hodgsonruss.com;
dkumagai@rutterhobbs.com; dkuney@sidley.com; nroberge@sidley.com; kjacobs@sidley.com;
vleather@sidley.com; zdelacru@sidley.com; lkujawski@sidley.com; emcdonnell@sidley.com;
gkurtz@whitecase.com; rdlatour@vssp.com, cdfricke@vorys.com; jcookdubin@vorys.com;

bkrfilings@agg.com; landy.ralph@pbgc.gov; efile@pbgc.gov; slaven@bfca.com;
jlawlor@wmd-law.com; gbenaur@wmd-law.com; elazarou@reedsmith.com,
HMLLAW@WORLDNET.ATT.NET; notices@becket-lee.com; davidl@bolhouselaw.com;
hleinwand@aol.com; david.lemke@wallerlaw.com; cathy.thomas@wallerlaw.com;
chris.cronk@wallerlaw.com; robert.welhoelter@wallerlaw.com;
wallerbankruptcy@wallerlaw.com; jhlemkin@duanemorris.com; ilevee@lowenstein.com,
mseymour@lowenstein.com; jlevi@toddlevi.com; drosenberg@toddlevi.com;
klewis@rosenpc.com; srosen@rosenpc.com; kim.lewis@dinslaw.com;
john.persiani@dinslaw.com; lisa.geeding@dinslaw.com; patrick.burns@dinslaw.com;
mlichtenstein@crowell.com; liebovd@sullcrom.com; schnabel.eric@dorsey.com;
dloughlin@wnj.com; hziegler@wnj.com; dalowenthal@pbwt.com; mcobankruptcy@pbwt.com;
plubitz@schiffhardin.com; dludman@brownconnery.com; kovskyd@pepperlaw.com;
jmaddock@mcguirewoods.com; jsheerin@mcguirewoods.com;
amina.maddox@law.dol.lps.state.nj.us; jsmairo@pbnlaw.com; mdlaskowski@pbnlaw.com;
sakelly@pbnlaw.com; jmgastineau@pbnlaw.com; lkkabse@pbnlaw.com;
jamcadoo@pbnlaw.com; wdbailey@pbnlaw.com; donald.mallory@dinslaw.com;
mpottle@pierceatwood.com; kmarafio@skadden.com; amargulis@ropers.com;
kmarks@susmangodfrey.com; imarkus@tylercooper.com; jjm@legalcost.com;
nashvillebankruptcyfilings@stites.com; rgmason@wlrk.com; vmastromar@aol.com;
dmattison@wcqp.com; tmatz@skadden.com; abothwell@pepehazard.com; mazaa@sec.gov
dpm@curtinheefner.com; amccollough@mcguirewoods.com; michael.mccrory@btlaw.com,
bankruptcyindy@btlaw.com; rmcdowell@bodmanllp.com; douglas.mcgill@dbr.com;
ffm@bostonbusinesslaw.com; smckessy@reedsmith.com; maosbny@willkie.com,
tmclaughlin@willkie.com; michelle.mcmahon@bryancave.com; dortiz@bryancave.com;
gmcmorris@stinsonmoheck.com; amcmulle@bccb.com; patrick.mears@btlaw.com;
dmeek@burr.com; bmehlsack@gkllaw.com; timothy.mehok@hellerehrman.com;
msteen@daypitney.com; cmeyer@ssd.com; smeyer@madisonliquidity.com; mmeyers@mlg-
pc.com; rmichaelson@klgates.com; amiller@phillipslytle.com; jhahn@phillipslytle.com;
parker.miller@alston.com; kmm@skfdelaware.com, tlc@skfdelaware.com; miller@taftlaw.com,
adams@taftlaw.com; docket@taftlaw.com; amills@btlaw.com; bankruptcyindy@btlaw.com;
lsi@liquiditysolutions.com; bankruptcy@morrisoncohen.com; mdallago@morrisoncohen.com;
ny76@ecfcbis.com; jmoloy@dannpecar.com; mmoody@orourkeandmoody.com;
firm@orourkeandmoody.com; morourke@orourkeandmoody.com; amoog@hhlaw.com;
bsmoore@pbnlaw.com; mdlaskowski@pbnlaw.com; sakelly@pbnlaw.com;
jmgastineau@pbnlaw.com; lkkabse@pbnlaw.com; jamcadoo@pbnlaw.com;
wdbailey@pbnlaw.com; rmschechter@pbnlaw.com; jsbasner@pbnlaw.com;
bmoore@mccarter.com; gtmlaw@bellsouth.net; morris@silvermanmorris.com;
amorrison@reedsmith.com; rmarino@reedsmith.com; sarah.morrison@doj.ca.gov;
wmosby@binghammchale.com; eric.moser@klgates.com; kristen.serrao@klgates.com;
alisa@contrariancapital.com; jmurch@foley.com; khall@foley.com;
murph@berrymoorman.com; rnachman@scgk.com; bnathan@lowenstein.com;
mneier@ibolaw.com; bankruptcy@ycst.com; zraiche@gklaw.com; mroufus@gklaw.com;
tnixon@gklaw.com; zraiche@gklaw.com; mroufus@gklaw.com; rnorton@hunton.com;

gnovod@kramerlevin.com; knye@quarles.com; mpolaw@aol.com; mkohayer@aol.com;
martin@oglaw.net; sokeefe@winthropcouchot.com; porr@klestadt.com; kostad@mofo.com;
mowens@btlaw.com; bankruptcyindy@btlaw.com; ipachulski@stutman.com;
npagliari@quinnfirm.com, mseaberg@quinnfirm.com; dcornelius@quinnfirm.com;
cpalella@kurzman.com; ipalermo@hselaw.com; spalla@kayescholer.com;
bmintz@kayescholer.com; rcappiello@kayescholer.com; maosbny@kayescholer.com;
tlangsdorf@kayescholer.com; cpanzer@sillscummis.com; rjp@pietragallo.com;
kas2@pietragallo.com; fparrish@kslaw.com; susan.persichilli@bipc.com;
colnyecf@weltman.com; lpeterson@msek.com; rpeterson@jenner.com; anicoll@jenner.com;
docketing@jenner.com; ephillips@thurman-phillips.com; cpierpont@ssd.com;
shone.pierre@la.gov; apirogovsky@uhlaw.com; leslieplaskon@paulhastings.com;
dmposner@hhlaw.com; khseal@hhlaw.com; mferrara@hhlaw.com; cp@stevenslee.com;
MPower@HahnHessen.com; kcraner@hahnhessen.com; jcerbone@hahnhessen.com;
eschnitzer@hahnhessen.com; jzawadzki@hahnhessen.com; sthompson@hahnhessen.com;
mmarhyan@hahnhessen.com; sjohnston@cov.com; pretekin@coollaw.com; piatt@coollaw.com;
dquaid@fagelhaber.com; prachmuth@reedsmith.com; radom@butzel.com;
raterinkd@michigan.gov; gravert@mwe.com; eray@balch.com; mpaddock@balch.com;
ira.a.reid@bakernet.com; sreisman@curtis.com; jbarucha@curtis.com;
webmaster@docketware.com; ceilbott@curtis.com; jdrew@curtis.com; sbeyer@curtis.com;
jthomison@curtis.com; tbarnes@curtis.com; kreynolds@mklawnyc.com;
jwalsh@mklawnyc.com; tcard@mklawnyc.com; kar@pryormandelup.com;
jwalsh@mklawnyc.com; tcard@mklawnyc.com; wreynolds@porterwright.com;
mrichards@blankrome.com; tracy.richardson@dol.lps.state.nj.us; crieders@gjb-law.com;
cgreco@gjb-law.com; bamron@gjb-law.com; sriemer@phillipsnizer.com;
ddore@phillipsnizer.com; MGR@PREVIANT.COM; EM@PREVIANT.COM;
mrr@previant.com; eroberge@robergelaw.com; jrobertson@calfee.com; srosen@cb-shea.com;
hrosenblat@kayescholer.com; prosenblatt@kilpatrickstockton.com; maofiling@cgsh.com;
aweaver@cgsh.com; stkaiser@cgsh.com; DRosenzweig@Fulbright.com;
ffigueroa@kasowitz.com; dfliman@kasowitz.com; irarubin265@aol.com;
norma@bizwoh.rr.com; brubin@burr.com; dangiulo@dreierllp.com;
ECFNotices@dreierllp.com; tsable@honigman.com; cs@stevenslee.com;
bsalwowski@atg.state.in.us; austin.bankruptcy@publicans.com; was@krwlaw.com;
ecfsarbt@millerjohnson.com; rsartin@fbtlaw.com; wsavino@damonmorey.com;
alunday@damonmorey.com; tomschank@hunterschank.com; mcraig@hunterschank.com;
ischarf@pszjlaw.com; mschein@vedderprice.com; ecfnydocket@vedderprice.com;
jrs@parmenterlaw.com; lms@parmenterlaw.com; william.schorling@bipc.com;
christopher.schueller@bipc.com; darcy.drons@bipc.com; timothy.palmer@bipc.com;
donna.curcio@bipc.com; srs@hteh.com; bschwartz@lplegal.com;
matthew.schwartz@usdoj.gov; mscott@riemerlaw.com; filings@spallp.com;
lseidman@silvermanacampora.com; arosenblatt@chadbourne.com;
jay.selanders@kutakrock.com; gselinger@hodgsonruss.com; mshaiken@stinson.com;
jgant@stinson.com; amurdock@stinsonmoheck.com; shapiro@steinbergshapiro.com;
sheehan@txschoollaw.com; coston@txschoollaw.com; ashee1@yahoo.com;

garza@txschoollaw.com; asherman@sillscummis.com; mark.sherrill@sablaw.com;
jshickich@riddellwilliams.com; sshimshak@paulweiss.com; cshore@whitecase.com;
jdisanti@whitecase.com; mcosbny@whitecase.com; agoldenberg@whitecase.com;
earundel@whitecase.com; rjsidman@vorys.com, bkbowers@vorys.com; sidorsky@butzel.com;
asilver@honigman.com; paulsilverstein@andrewskurth.com; jlevine@akllp.com;
sosimmerman@kwgd.com; mhelmick@kwgd.com; jsimon@foley.com; jsimpson@hselaw.com;
lgomez@msek.com; rsmolev@kayescholer.com; rrotman@kayescholer.com;
maosbny@kayescholer.com; jsnyder@tpwlaw.com; jforstot@tpwlaw.com;
mmuller@tpwlaw.com; msolomon@burr.com; ssouthard@klestadt.com;
spaethlaw@phslaw.com; notice@regencap.com; ssparrow@tuggleduggins.com;
martit@tuggleduggins.com; dspelfogel@bakerlaw.com; jspecf@sternslaw.com;
byron.starcher@nelsonmullins.com; claukamg@brownrudnick.com; csteege@jenner.com;
mstein@sonnenschein.com; steinbo@ffhsj.com; nydocketclrk@ffhsj.com;
attorneystella@sszpc.com; msternstein@sheppardmullin.com; axs@maddinhauser.com;
msl@maddinhauser.com; bac@maddinhauser.com; bstrickland@wtplaw.com;
joseph.strines@dplinc.com; jmsullivan@mwe.com; msutter@ag.state.oh.us psweeney@linowes-law.com; dszak@ajamie.com; rsz@curtinheefner.com; dtabachnik@dttlaw.com;
garrett.fail@weil.com; robert.lemons@weil.com; michele.meises@weil.com;
larnett@intlsteel.com; roger.tarbutton@jocogov.org; jtaylor@binghammchale.com;
jteele@lowenstein.com; siazzetta@lowenstein.com; gbuccellato@lowenstein.com;
areicher@lowenstein.com; jteitelbaum@tblawllp.com; rbaskin@tblawllp.com;
zothomas@klettrooney.com; Thompson.Janice@dol.gov; rtoder@morganlewis.com;
gtoering@wnj.com; alcourt@teamtogut.com; kackerman@teamtogut.com; lawtoll@comcast.net;
mtrentadue@boselaw.com; mtucker@fbtlaw.com; rurbanik@munsch.com; rusadi@cahill.com;
shmuel.vasser@dechert.com; lvaughan@foley.com; frank.velocci@dbr.com;
gvist@masudafunai.com; jvitale@cwsny.com; omclaw@aol.com; swalsh@gmhlaw.com,
jmahar@gmhlaw.com; bankruptcy@warnerstevens.com; cwatson@balch.com;
rweiler@greenseifter.com; lellis@greenseifter.com; wweintraub@fklaw.com;
vgarvey@fklaw.com; jwelford@jaffelaw.com; dgoldberg@jaffelaw.com; pbarr@jaffelaw.com;
phage@jaffelaw.com; robert.welhoelter@wallerlaw.com; darlene.banach@wallerlaw.com;
chris.cronk@wallerlaw.com; bk@wallerlaw.com; dallas.bankruptcy@publicans.com;
david.wender@alston.com; mwernette@schaferandweiner.com; rwhite@murthalaw.com;
awilliams-derry@kellerrohrback.com, hvargas@kellerrohrback.com; swillig@damato-lynch.com; ecf@damato-lynch.com; hfried@damato-lynch.com;
KDWBankruptcyDepartment@Kelleydrye.com; jwilson@tylercooper.com; jcw@cblhlaw.com;
dwolfe@asmcapital.com; ecfwolfordr@millerjohnson.com; richard_wynne@kirkland.com;
sperry@kirkland.com; mxu@schiffhardin.com; fyates@sonnenschein.com;
syonaty@chwattys.com; pcaocvbk@pcao.pima.gov; hzamboni@underbergkessler.com;
mzelmanovitz@morganlewis.com

# Exhibit B

**Service by Overnight Courier on September 11, 2008**

| | |
|---|---|
| Robert J. Stark<br>Brown Rudnick Berlack Istaeis L.L.P.<br>Seven Times Square<br>New York, New York 10036 | Leslie N. Silverman<br>Clearly Gottlieb Steen & Hamilton L.L.P.<br>One Liberty Plaza<br>New York, New York 10006 |
| Bruce Simon<br>Cohen, Weiss & Simon<br>330 West 42nd Street<br>New York, New York 10036 | Steven J. Reismna<br>Curtis, Mallet-Prevost, Colt & Mosle L.L.P.<br>101 Park Avenue<br>New York, New York 10178 |
| Donald Bernstein<br>Brian Resnick<br>Davis, Polk & Wardwell<br>450 Lexington Avenue<br>New York, New York 10017 | Sean Corcoran<br>Karen Craft<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098 |
| Carrie L. Schiff<br>Flextronics International<br>305 Intelocken Parkway<br>Broomfield, CO 80021 | Paul W. Anderson<br>Flextronics International USA, Inc.<br>2090 Fortune Drive<br>San Jose, CA 95191 |
| Richard Lee Chambers, III<br>Freescale Semiconductor, Inc.<br>6501 William Cannon Drive West<br>Austin, TX 78735 | Randall S. Eisenberg<br>FTI Consulting, Inc.<br>3 Times Square<br>New York, New York 10036 |
| Valerie Venable<br>General Electric Company<br>9930 Kincey Avenue<br>Huntersville, NC 28078 | Lonie A. Hassel<br>Groom Law Group<br>1701 Pennsylvania Avenue, N.W.<br>Washington, DC 20006 |
| Stephen H. Gross<br>Hodgson Russ L.L.P.<br>1540 Broadway<br>New York, New York 10036 | Frank L. Gorman<br>Robert B. Weiss<br>Honigman Miller Schwartz and Cohn L.L.P.<br>2290 First National Building<br>Detroit, MI 48226 |

Attention: Insolvency Department
Internal Revenue Service
477 Michigan Avenue
Detroit, MI 48226

Conference Board Chariman
IUE-CWA 2360 W. Dorothy Lane
Dayton, OH 45439

Richard Duker
JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, New York 10017

Benjamin Mintz
Lynn Toby Fisher
Kaye Scholer L.L.P.
425 Park Avenue
New York, New York 10022

Sheryl Betance
Kurtzman Carson Consultants
2335 Alaska Avenue
El Segundo, CA 90245

Daniel R. Fisher
Patrick J. Healy
Law Debenture Trust of New York
400 Madison Avenue
New York, New York 10017

J.Brian McTigue
Cornish F. Hitchcock
McTigue Law Firm
5301 Wisconsin Avenue, N.W.
Washington, DC 20015

Attention: Maria Valerio
Insolvency Department
Internal Revenue Service
290 Broadway

William Q. Derrough
Jefferies & Company, Inc.
520 Madison Avenue
New York, New York 10022

Susan Atkins
Gianni Russello
JPMorgan Chase Bank, N.A.
277 Park Avenue
New York, New York 10172

Gordon Z. Novod
Thomas Moers Mayer
Kramer Levin Naftalis & Frankel L.L.P.
1177 Avenue of the Americas
New York, New York 10172

Robert J, Rosenberg
Latham & Watkins L.L.P.
885 Third Avenue
New York, New York 10022

David D. Cleary
Jason J. DeJonker
Mohsin N. Khambati
Peter A. Clark
McDermott Will & Emery L.L.P.
227 West Monroe Street
Chicago, IL 60606

Leon Szlezinger
Mesirow Financial
666 Third Avenue
New York, New York 10017

| | |
|---|---|
| Gregory A. Bray<br>Thomas R. Kreller<br>James E. Till<br>Milbank Tweed Hadley & McCloy L.L.P.<br>601 South Figueroa Street<br>Los Angeles, CA 90017 | Joseph T. Moldovan<br>Morrison Cohen L.L.P.<br>909 Third Avenue<br>New York, New York 10022 |
| Mark Schonfeld<br>Regional Director<br>Northeast Regional Office<br>3 World Financial Center<br>New York, New York 10281 | Attorney General Andrew Cuomo<br>Office of New York State<br>120 Broadway<br>New York City, New York 10271 |
| Robert Siegel<br>O'Melveny & Meyers L.L.P.<br>400 South Hope Street<br>Los Angeles, CA 90071 | Tom A. Jerman<br>Rachel Janger<br>O'Melveny & Meyers L.L.P.<br>1625 Eye Street, N.W.<br>Washington, DC 20006 |
| Andrew N. Rosenberg<br>Paul, Weiss, Rifkind, Wharton & Garrison L.L.P.<br>1285 Avenue of the Americas<br>New York, New York 10019 | Jeffrey Cohen<br>Ralph L. Landy<br>Pension Benefit Guaranty Corporation<br>1200 K. Street, N.W.<br>Washington, DC 20005 |
| Sandra A. Riemer<br>Phillips Nizer L.L.P.<br>666 Fifth Avenue<br>New York, New York 10103 | David L. Resnick<br>Rothchild, Inc.<br>1251 Avenue of the Americas<br>New York, New York 10020 |
| Robet W. Dremluk<br>Seyfarth Shaw L.L.P.<br>620 Eighth Avenue<br>New York, New York 10018 | Douglas Bartner<br>Jill Frizzley<br>Shearman & Sterling L.L.P.<br>599 Lexington Avenue<br>New Yrok, New York 10022 |
| Kenneth S. Ziman<br>Robert H. Trust<br>William T. Russell, Jr.<br>Simpson Thatcher & Bartlett L.L.P.<br>425 Lexington Avenue<br>New York, New York 10017 | John Wm. Butler<br>John K, Lyons<br>Ron E. Meisler<br>Skadden, Arps, Slate, Meagher & Flom L.L.P.<br>333 W. Wacker Dr.<br>Chicago, IL 60606 |

Kayalyn A. Marafioti
Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom L.L.P.
4 Times Square
New York, New York 10036

Chester B. Salomon
Constantine D. Pourakis
Steven & Lee, P.C.
485 Madison Avenue
New York, New York 10022

MaryAnn Brereton
Assistant General Counsel
Tyco Electronics Corporation
60 Columbia Road
Morristown, NJ 7960

Harvey F. Miller
Jeffery L. Tanenbaum
Martin J. Bienenstock
Michael P. Kessler
Weil, Gotshal & Manges L.L.P.
767 Fifth Avenue
New Yrok, New York 10153

Daniel D. Doyle
Nicholas Fanke
Spencer Fan Britt & Browne L.L.P.
1 North Brentwood Boulevard
St. Louis, Mo 63105

Albert Togut
Togut, Segal & Segal L.L.P.
One Penn Plaza
New York, New York 10119

Michael D. Warner
Warner Stevens, L.L.P.
1700 City Center Tower II
Fort Worth, TX 76102

Steven M. Cimalore
Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE 19890

# Exhibit C

**Service by Hand Delivery on September 11, 2008**

<u>The Court</u>
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY 10004
Attn: Chambers of Hon. Robert D. Drain

<u>United States Trustee</u>
Brian S. Masumoto
Alicia M. Leonhard
Office of the US Trustee for the Southern District of New York
33 Whitehall Street
New York, New Yrok 10004