SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti
Thomas J. Matz

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                  :

     In re                         :        Chapter 11
                                  :
DELPHI CORPORATION, et al.,   :        Case No. 05-44481 (RDD)
                                  :
                                  :        (Jointly Administered)
                                  :
         Debtors.              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF FILING OF CERTAIN EXHIBITS RELATED TO EXPEDITED
MOTION FOR ORDER AUTHORIZING DEBTORS TO IMPLEMENT AMENDED
AND RESTATED GLOBAL SETTLEMENT AGREEMENT AND MASTER
<u>RESTRUCTURING AGREEMENT WITH GENERAL MOTORS CORPORATION</u>

("GSA AND MRA AMENDMENT MOTION EXHIBIT NOTICE")

PLEASE TAKE NOTICE that on September 12, 2008, Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed an Expedited Motion For Order Authorizing Debtors To Implement Amended And Restated Global Settlement Agreement And Master Restructuring Agreement With General Motors Corporation (the "Motion").

PLEASE TAKE FURTHER NOTICE THAT in connection with the Motion, the Debtors have filed, subject to the Bankruptcy Court's sealing order, the Amended and Restated Global Settlement Agreement (the "Amended GSA") and all exhibits thereto and the Amended and Restated Master Restructuring Agreement (the "Amended MRA") and all exhibits thereto.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

PLEASE TAKE FURTHER NOTICE THAT copies of the Amended GSA, Amended MRA, and exhibits thereto (subject to the Bankruptcy Court's sealing order) can be obtained at http://www.nysb.uscourts.gov or free of charge at http://www.delphidocket.com or, upon reasonable written request, from the Case Administration Agent, Kurtzman Carlson Consultants LLC, 2335 Alaska Avenue, El Segundo, California 90245, Att'n: Delphi Corporation, et al.

Dated:  New York, New York
        September 12, 2008

                                SKADDEN, ARPS, SLATE, MEAGHER
                                 & FLOM LLP
                                By:   /s/ John Wm. Butler, Jr.
                                      John Wm. Butler, Jr.
                                      John K. Lyons
                                      Ron E. Meisler
                                333 West Wacker Drive, Suite 2100
                                Chicago, Illinois 60606
                                (312) 407-0700
                                            - and -
                                By:   /s/ Kayalyn A. Marafioti
                                      Kayalyn A. Marafioti
                                      Thomas J. Matz
                                Four Times Square
                                New York, New York 10036
                                (212) 735-3000
                                Attorneys for Delphi Corporation, et al.,
                                  Debtors and Debtors-in-Possession