Master Restructuring Agreement

## **Exhibit 1.24**
### **Assumed Liabilities**

## Exhibit 1.24

**Assumed Liabilities**

**FILED UNDER SEAL**

Master Restructuring Agreement

**<u>Exhibit 1.175</u>**
**Retained Liabilities**

**Exhibit 1.175**

**Retained Liabilities**

**FILED UNDER SEAL**

Master Restructuring Agreement

**Exhibit 1.178**
**Excluded Saginaw Assets**

## **Exhibit 1.178**

**Excluded Saginaw Assets**

**FILED UNDER SEAL**

Master Restructuring Agreement

**<u>Exhibit 1.187</u>**
**Separation Costs**

## **Exhibit 1.187**

**Separation Costs**

**FILED UNDER SEAL**

**Exhibit 3.01(a)(i)**
**Outstanding GM Purchase Orders**

## Exhibit 3.01(a)(i)

### Outstanding GM Purchase Orders

**FILED UNDER SEAL**

**Exhibit 3.01(b)**
**Recently Awarded Business**

## Exhibit 3.01(b)

## Recently Awarded Business

**FILED UNDER SEAL**

Master Restructuring Agreement

**Exhibit 3.01(b)(i)**

**Booked Business Pricing to Be Agreed**

## **Exhibit 3.01(b)(i)**

**Booked Business Pricing to Be Agreed**

**FILED UNDER SEAL**

**Exhibit 3.02**
**Contract Extensions**

# Exhibit 3.02

## Contract Extensions

**FILED UNDER SEAL**

Master Restructuring Agreement

## Exhibit 3.03(a)
## Changes in Manufacturing Location

### Exhibit 3.03(a)

**Changes in Manufacturing Location**

**FILED UNDER SEAL**

**Exhibit 3.07**
**New Business Awards**

## Exhibit 3.07

### New Business Awards

**FILED UNDER SEAL**

**Exhibit 3.08(a)**
**FOP Programs**

## Exhibit 3.08(a)

## FOP Programs

**FILED UNDER SEAL**

Master Restructuring Agreement

**Exhibit 3.08(b)**
**First Opportunity Process**

## Exhibit 3.08(b)

## First Opportunity Process

**FILED UNDER SEAL**

**<u>Exhibit 3.12</u>**
**Sites That Are on New Business Hold As of September 11, 2008**

## **Exhibit 3.12**

**Sites That Are on New Business Hold As of September 11, 2008**

**FILED UNDER SEAL**

Master Restructuring Agreement

**<u>Exhibit 3.14</u>**
**ROLR**

## Exhibit 3.14

**ROLR**

**FILED UNDER SEAL**

## Exhibit 4.01(a)
### Form of Monthly Invoice for Excess Labor Costs

EXHIBIT A-1 (i)(b) – Labor Subsidy Service for the Red Circle Period
The information contained herein shall not be disclosed to any member of GM Global Purchasing and Supply Chain
NOTE: One such invoice shall be provided for each IUE-CWA, IAM and USWA pursuant to Section 4.02 (i) (l)

| | Q4 2006 | | Q1 2007 | | | | Q2 2007 | | | | Q3 2007 (only July and August 2007) | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Labor Cost (GM) | Memo: Total US [1,2] (GM) | Labor Cost (GM) | Memo: Total US [1,2] (GM) | Labor Cost (GM) | Memo: Total US [1,2] (GM) | Labor Cost (GM) | Memo: Total US [1,2] (GM) | Labor Cost (GM) | Memo: Total US [1,2] (GM) | Labor Cost (GM) | Memo: Total US [1,2] (GM) | |

Straight Time
OT
Subtotal Wages

Overtime Premium
Night Shift Premium
Independence Week
Vacation
Holiday
Jury Duty
Bereavement Leave
Military Leave
Paid Sickday
Suggestion Awards
Performance Shares
Subtotal Wages Related

Total Wage & Related

Employer Taxes
Statutory Workers' Compensation
Total Legally Required

Work Matching
FAS/CO Healthcare
Training and Legal Funds
Supplemental Unemployment Benefits and Severance
Disability/Welfare and Accident
Administrative Costs + SDC
Active Basic Life Insurance
Total Benefits

Item X [1]
Item Y [1]
Additional Agreed Upon Items [1]

[Total Labor Cost (inclusive items)]

Labor Subsidy Calculation

Active Hours
Time (USD)
Total labor cost @ $/Hr

Labor Subsidy

Memo: Costs Not Included [1]
Signing Bonus (2005 Contract)
Workers' Compensation (Pre-2006)
Other Item Agreed Upon Some
Pension
OPEB (Traditional and Ongoing)
Subtotal Costs Not Included

[1] For costs that are not specific to the time covered under the subsidy and have identities amounts that would require the FAS/CO labor cost associated with that line item.
[2] Amounts in the cost item for the FAS line item agreed upon in setting as per the detailed of Labor Cost Line items by the Restructuring Agreement. Such amounts will be itemized.
[3] Costs which vary by plant should be indicated in the line subsidy.
[4] Balances only holding locations at emergence when costs are attached in additional US does in the future.

**EXHIBIT 4.01 A (ii) – Actual Labor Subsidy for Ongoing Periods**
The information contained herein shall not be disclosed to any member of GM Global Purchasing and Supply Chain
NOTE: One such invoice shall be provided on a monthly basis

| | Labor Cost ($ 000) | Memo: Total US [3,4] ($ 000) | Labor Cost ($/hr) | Memo: Total US [3,4] ($ 000) |
|---|---|---|---|---|
| Straight Time | | | | |
| COLA (only for Red Circle Period) | | | | |
| Subtotal Wages | xxx | | xxx | |
| | | | | |
| Overtime Premium | | | | |
| Night Shift Premium | | | | |
| Independence Week (only for Red Circle Period) | xxx | | xxx | |
| Vacation | | | | |
| Holiday | | | | |
| Jury Duty | | | | |
| Bereavement Leave | | | | |
| Military Leave | | | | |
| Profit Sharing (only for Red Circle Period) | xxx | | xxx | |
| Suggestion Awards | | | | |
| Performance Bonus | | | | |
| Subtotal Wage Related | | | | |
| | | | | |
| Total Wage & Related | | | | |
| | | | | |
| Employer Taxes | | | | |
| Applicable Worker's Compensation | | | | |
| Total Legally Required | | | | |
| | | | | |
| 401K Matching | | | | |
| PAYGO Healthcare | | | | |
| Training and Legal Funds (only for Red Circle Period) | xxx | | xxx | |
| Supplemental Unemployment Benefits and Severance | | | | |
| Disability/Sickness and Accident | | | | |
| Administrative Costs - NBC | | | | |
| Active Basic Life Insurance | | | | |
| Total Benefits | | | | |
| | | | | |
| Item X [1] | | | | |
| Item Y [1] | | | | |
| Additional Agreed Upon Items [1,2] | | | | |
| | | | | |
| Total Labor Cost (Included in Subsidy) | | | | |

**Labor Subsidy Calculation**

Active Hours
Times $26/hr
Total labor cost @ $26/hr     X    26/hr

**Labor Subsidy**

Memo: Costs Not Included [2]
Signing Bonus (2003 Contract)
Worker's Compensation (Pre - 2006)
Other Non Agreed Upon Items
Pension
OPEB (Traditional and Ongoing)
Subtotal Legacy/Fixed Cost

[1] For costs that are not specific to the sites covered under the subsidy and have allocation amounts GM shall require the total US labor cost associated with that line item.
[2] Relates to other labor cost items that the Parties agree upon in writing as per the definition of Labor Cost Line Items in the Restructuring Agreement. Such amounts will be itemized.
[3] Costs related only to plants included in the labor subsidy
[4] Includes only existing locations as of emergence unless costs are allocated to additional US sites in the future

Delphi Confidential - Subject to Protective Order

**EXHIBIT 4.01 A (iii) - Forecast Labor Subsidy**
**The information contained herein shall not be disclosed to any member of GM Global Purchasing and Supply Chain**

### ALL PLANTS INCLUDED IN LABOR SUBSIDY

| | 2008 | | | | CY | 2009 |
|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | | |
| **Forecast headcount:** | | | | | | |
| Production | - | - | - | - | - | - |
| Skilled | - | - | - | - | - | - |
| Layoff/Separation | - | - | - | - | - | - |
| Leave | - | - | - | - | - | - |
| Total | - | - | - | - | - | - |
| **Estimated rate per hour:** | | | | | | |
| Production | - | - | - | - | - | - |
| Skilled | - | - | - | - | - | - |
| Layoff/Separation (Per employee $000s) | - | - | - | - | - | - |
| Leave (Per employee ($000s) | - | - | - | - | - | - |
| Total | - | - | - | - | - | - |
| Hours | 500 | 500 | 500 | 500 | 2,000 | 2,000 |
| Labor Subsidy $Mils | - | - | - | - | - | - |

### ALL PLANTS INCLUDED IN PRODUCTION CASH BURN

| | 2008 | | | | CY | 2009 |
|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | | |
| | - | - | - | - | - | - |
| | - | - | - | - | - | - |

**EXHIBIT 4.01 A (iv) - Headcount Data**
The information contained herein shall not be disclosed to any member of GM Global Purchasing and Supply Chain
The following detail will be provide for actual headcount on a plant by plant basis for those plants included in both Labor Subsidy and Production Cash Burn

**SKILLED AND PRODUCTION**

| PLANT | ACTIVE | BANK | TLO | LEAVES | TOTAL | ILO-VOL | ILO-OTH | TOTAL | TEMP | PRE-RETIRE | PERD | TFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| All Plants Covered by Wage Subsidy | | | | | | | | | | | | |
| **TOTAL** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**PRODUCTION ONLY**

| PLANT | ACTIVE | BANK | TLO | LEAVES | TOTAL | ILO-VOL | ILO-OTH | TOTAL | TEMP | PRE-RETIRE | PERD | TFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| All Plants Covered by Wage Subsidy | | | | | | | | | | | | |
| **TOTAL** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**SKILLED ONLY**

| PLANT | ACTIVE | BANK | TLO | LEAVES | TOTAL | ILO-VOL | ILO-OTH | TOTAL | TEMP | PRE-RETIRE | PERD | TFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| All Plants Covered by Wage Subsidy | | | | | | | | | | | | |
| **TOTAL** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

# EXHIBIT 4.01 A (v) - Facility Sales Data

**The information contained herein shall not be disclosed to any member of GM Global Purchasing and Supply Chain**

**NOTE: Numbers used above are for illustrative purposes only.**

## Monthly Facility Sales Detail
*$ millions*

|  | Grand Rapids | Kokomo | Lockport | Rochester | Month Total | Year to Date |
|---|---|---|---|---|---|---|
|  |  | **Month Actual** |  |  |  |  |
| GM | 8 | 40 | 50 | 41 | 139 | 1,663 |
| Tier to GM | 1 | 2 | 5 | 1 | 9 | 107 |
| Allied - GM | 1 | 9 | 6 | 4 | 19 | 229 |
| Allied - Non-GM | 1 | 1 | 2 | 1 | 4 | 52 |
| Other (Non-GM) | 3 | 5 | 0 | 3 | 10 | 125 |
| TOTAL | 15 | 56 | 63 | 49 | 181 | 2,176 |
|  |  |  |  |  |  |  |
| Memo: Non-GM | 4 | 5 | 2 | 3 | 15 | 177 |
| Non-GM as a % of Total Sales | 28% | 9% | 4% | 7% | 8% | 8% |
| Non-GM Revenue Limit (Month/YTD) |  |  |  |  | 20 | 240 |

| Applicable Labor Reimbursement Percentage | 100% |
|---|---|

**NOTE:** Delphi will provide monthly sales data as soon as possible, but no later than 10 days following the delivery of monthly invoice (Exhibits 4.01A (i)–(iv)); The Applicable Labor Reimbursement Percentage will only be calculated once a year, in the final invoice for any

**<u>Exhibit 4.02(b)</u>**
**Form of Monthly Invoice for the Aggregate Amount of the Applicable Cash Burn
Percentage of Production Cash Burn Incurred at all Support Facilities**

**Exhibit 4.02(b)**

**Form Of Monthly Invoice For The Aggregate Amount Of
The Applicable Cash Burn Percentage Of Production Cash Burn Incurred
At All Support Facilities**

**FILED UNDER SEAL**

**<u>Exhibit 4.02(i)</u>**
**Letter from Bill Hurles, of GM, to Jeff Paprocki, of Delphi, dated February 1, 2007**

## Exhibit 4.02(i)

**Letter From Bill Hurles, Of GM, To Jeff Paprocki,
Of Delphi, Dated February 1, 2007**

**FILED UNDER SEAL**