**Exhibit 5.01(a)(ix)**
**Intellectual Property Contracts Transfer Agreement, dated as of December 4, 1998,
between DTI and GM, as amended October 31, 2001**



Charles K. Veenstra
Assistant General Counsel

31 October 2001

Howard N. Conkey
General Motors Corporation

Amendment to
GM-Delphi Intellectual Property Contracts Transfer Agreement

Schedule A of the GM-Delphi Intellectual Property Contracts Transfer Agreement does not specifically refer to the September 1992 Technology License and Service Agreement between Delco Chassis Division of General Motors Corporation and Delphi Componentes, S.A. (formerly ACG Componentes, S.A.), the May 1993 clarification of that agreement, nor the December 1996 modification of that agreement.

Accordingly, please sign and return a copy of this amendment to indicate your agreement that the following have been assigned to Delphi Technologies, Inc., and that schedule A of the GM-Delphi Intellectual Property Contracts Transfer Agreement is amended to include:

- the September 1992 Technology License and Service Agreement between Delco Chassis Division of General Motors Corporation and Delphi Componentes, S.A. (formerly ACG Componentes, S.A.)

- the May 1993 clarification of that Technology License and Service Agreement

- the December 1996 modification of that Technology License and Service Agreement

Regards -

General Motors Corporation

by _Howard H. Conkey_

date _11/27/01_

Legal Staff - Intellectual Property
5725 Delphi Drive   Troy, Michigan   48098   USA

Exhibit G-1

4 December 1998

GM - DELPHI

<u>INTELLECTUAL PROPERTY CONTRACTS TRANSFER AGREEMENT</u>

This Intellectual Property Contracts Transfer Agreement is between General Motors Corporation ("GM") and Delphi Technologies, Inc. ("Delphi").

The parties enter this agreement to transfer certain intellectual property contracts owned by GM prior to the separation of Delphi from GM.

Capitalized terms are defined in section 5.

1 -    <u>Assignment of contracts to Delphi</u>

1.1    Delphi IP Agreements

(a)    GM hereby assigns (and will cause GM Affiliates to assign) their interest in the Delphi IP Agreements to Delphi, together with the right to sue others for past breach. Delphi will be responsible for recording such assignment to the extent required by local law; the costs of recording will be considered a Project Oracle expense.

(b)    Schedule A lists Delphi IP Agreements assigned pursuant to clause 1.1(a). The parties recognize schedule A may not be a complete list of Delphi IP Agreements.

(c)    If the parties discover that any agreement assigned pursuant to clause 1.1(a) is not a Delphi IP Agreement, Delphi will reassign such agreement to GM or the GM Affiliate. If the parties discover that any Delphi IP Agreement is not included on schedule A, they will amend schedule A to include that Delphi IP Agreement.

1.2    Delphi Copyright agreements

(a)    GM hereby assigns to Delphi all IP Agreements primarily relating to Delphi Copyrights. Delphi will be responsible for recording such assignment to the extent required by local law; the costs of recording will be considered a Project Oracle expense.

(b)    Schedule B lists agreements assigned pursuant to clause 1.2(a) and not included in schedule A. The parties recognize schedules A and B may not be a complete list of Delphi Copyright agreements.

(c)    If the parties discover that any agreement assigned pursuant to clause 1.2(a) does not primarily relate to a Delphi Copyright, Delphi will reassign such agreement to GM. If the parties discover that any IP Agreement primarily relating to Delphi Copyrights is not included on schedule B, they will amend schedule B to include that IP Agreement.

1.3    If any agreement referenced in clause 1.1(a) or 1.2(a) may not be assigned to Delphi for the benefit of Delphi and Delphi Affiliates without the consent of another party to the agreement, or without government approval, GM will use reasonable effort (or cause the GM Affiliate to use reasonable effort) to obtain such consent or approval. Until such consent or approval is obtained, GM will retain and administer (or cause the GM Affiliate to retain and administer) such agreement for the benefit of Delphi or a Designated Delphi Affiliate as provided in the Master Separation Agreement between GM and Delphi Automotive Systems Corporation. However, GM and GM Affiliates are not required to incur any additional payment obligation under this paragraph, but will permit Delphi or a Delphi Affiliate to make any payment necessary for GM or the GM Affiliate to retain and administer an agreement for the benefit of Delphi and Designated Delphi Affiliates.

1.4    Delphi will fulfill (and cause Delphi Affiliates to fulfill) all obligations imposed on Delphi or Delphi Affiliates by the agreements assigned hereunder, and will indemnify and hold harmless GM and GM Affiliates against any breach of such obligations by Delphi or a Delphi Affiliate.

1.5    GM will fulfill (and cause GM Affiliates to fulfill) all obligations imposed on GM or GM Affiliates by the agreements assigned hereunder, and will indemnify and hold harmless Delphi and Delphi Affiliates against any breach of such obligations by GM or a GM Affiliate.

1.6    Delphi hereby grants (and will cause Delphi Affiliates to grant) a sublicense to GM, together with the right to further sublicense GM Affiliates and others, under IP Agreements with others, for technology and intellectual property owned by others to the extent Delphi or Delphi Affiliates have the right to do so without further payment obligation. At GM's request, and to the extent it has the right to do so without further payment obligation, Delphi will provide (or cause Delphi Affiliates to provide) to GM and Designated GM Affiliates third party technology licensed under IP Agreements with others. In each case, Delphi or the Delphi Affiliate will permit GM or a GM Affiliate to make any payment necessary for Delphi or the Delphi Affiliate to grant such a sublicense or provide such technology to GM and Designated GM Affiliates.

1.7    The parties may execute a specific transfer instrument for one or more Delphi IP Agreements. In any such instance, the parties desire that this agreement be applied and construed in a manner and to the extent consistent with that instrument.

2

2 -    Shared agreements

2.1    GM will use reasonable effort to include (or cause GM Affiliates to use
reasonable effort to include) Delphi and Designated Delphi Affiliates as parties to
all IP Agreements entered by GM or a GM Affiliate for the benefit of both the
Delphi Business Sector and one or more other GM business sectors and not
assigned to Delphi under this agreement. However, GM is not required to incur
any further payment obligation under this paragraph, but will permit Delphi or a
Delphi Affiliate to make any payment necessary for GM or the GM Affiliate to
include Delphi and Designated Delphi Affiliates as parties to such IP Agreements.

2.2    Schedule C lists IP Agreements entered by GM or a GM Affiliate for the benefit
of both the Delphi Business Sector and one or more other GM business sectors .
The parties recognize schedule C may not be a complete list of such agreements.

2.3    If the parties discover that any agreement listed on schedule C was not entered
into for the benefit of the Delphi Business Sector, GM shall have no further
obligation to include Delphi or Designated Delphi Affiliates as parties to that
agreement. If the parties discover that any IP Agreement entered by GM or a GM
Affiliate for the benefit of both the Delphi Business Sector and one or more other
GM business sectors and not assigned to Delphi under this agreement is not
included on schedule C, they will amend schedule C to include that IP
Agreement.

2.4    If GM or a GM Affiliate is unable to include Delphi or a Designated Delphi
Affiliate as a party to any agreement pursuant to clause 2.1, GM will use
reasonable effort (or cause GM Affiliates to use reasonable effort) to administer
such agreement for the benefit of both GM and Delphi or the Designated Delphi
Affiliate.

2.5    Delphi will fulfill (and cause Delphi Affiliates to fulfill) all obligations imposed
on Delphi or Delphi Affiliates by agreements to which Delphi or Delphi Affiliates
are included pursuant to clause 2.1, and will indemnify and hold harmless GM
and GM Affiliates against any breach of such obligations by Delphi or a Delphi
Affiliate.

2.6    GM will fulfill (and cause GM Affiliates to fulfill) all obligations imposed on GM
or GM Affiliates by agreements to which Delphi or Delphi Affiliates are included
pursuant to clause 2.1, and will indemnify and hold harmless Delphi and Delphi
Affiliates against any breach of such obligations by GM or a GM Affiliate.

3 -    <u>Sublicenses to Delphi</u>

3.1    GM hereby grants (and will cause GM Affiliates to grant) a sublicense to Delphi, together with the right to further sublicense Delphi Affiliates and others, under IP Agreements with others, for technology and intellectual property owned by others to the extent GM and GM Affiliates have the right to do so without further payment obligation. At Delphi's request, and to the extent it has the right to do so without further payment obligation, GM will provide (or cause a GM Affiliate to provide) such technology to Delphi and Designated Delphi Affiliates. In each case, GM or the GM Affiliate will permit Delphi or a Delphi Affiliate to make any payment necessary for GM or the GM Affiliate to grant such a sublicense or provide such technology to Delphi and Designated Delphi Affiliates.

3.2    Schedule D lists IP Agreements with others under which GM or a GM Affiliate has the right to sublicense Delphi or a Delphi Affiliate. The parties recognize schedule D may not be complete.

3.3    Delphi will fulfill (and cause Delphi Affiliates to fulfill) all obligations imposed on Delphi or Delphi Affiliates by the sublicenses granted pursuant to clause 3.1, and will indemnify and hold harmless GM and GM Affiliates against any breach of such obligations by Delphi or a Delphi Affiliate.

3.4    GM will fulfill (and cause GM Affiliates to fulfill) all obligations imposed on GM or GM Affiliates by the agreements referred to in clause 3.1, and will indemnify and hold harmless Delphi and Delphi Affiliates against any breach of such obligations by GM or a GM Affiliate.

4 -    <u>Other provisions</u>

4.1    Term

This agreement will remain in effect until all rights and obligations have expired.

4.2    Notices

All notices or other communications relating to this agreement must be written, and will be deemed to have been properly given when delivered in person, received by facsimile, or delivered by registered or certified mail as shown by a return receipt. Such notices or other communications must be addressed as follows:

4

If to GM:        General Motors Corporation
                 Legal Staff
                 P.O. Box 33114
                 Detroit MI 48232

                 Attention:      Patent Counsel
                 Facsimile:      313-974-1374

If to Delphi:    Delphi Technologies, Inc.
                 Legal Staff
                 P.O. Box 33114
                 Detroit MI 48232

                 Attention:      Patent Counsel
                 Facsimile:      313-974-0593

Either party may change its address by notice to the other.

4.3    Disputes

The parties will use all reasonable efforts to resolve any dispute arising from or in
connection with this agreement, and to that end will refer any such dispute to the
GM and Delphi Automotive Systems Corporation vice presidents responsible for
engineering matters. If a dispute is not resolved in that manner, then the dispute
resolution provisions of the Master Separation Agreement between GM and
Delphi Automotive Systems Corporation will apply.

4.4    Sublicenses

Either party may sublicense its rights under this agreement to the successors to the
portions of its business or its Affiliate's business to which such rights relate,
provided such sublicense is limited to continuation of such portion of such
business and does not extend to other activities of the successor in interest or to
new activities beyond the scope of such portion of such business.

5 -    Definitions

"Control" of an organization means direct or indirect possession of the power to
direct or cause direction of the management of the policies of the organization,
whether through the ownership of voting securities, by contract or otherwise.
"Controlling" and "Controlled" have the corollary meanings ascribed thereto.

"Delphi Affiliate" means an organization directly or indirectly Controlling,
Controlled by, or under common Control with Delphi at any time.

5

"Delphi Business Sector" means domestic and foreign operations of the Delphi Automotive Systems business sector of GM, and its predecessor organizations. The Delphi Business Sector is the predecessor of Delphi Automotive Systems Corporation and its subsidiaries.

"Delphi Copyright" means a copyright or semiconductor chip mask work right assigned to Delphi pursuant to the Intellectual Property Transfer Agreement executed herewith between the parties.

"Delphi IP Agreement" means an IP Agreement entered by GM or a GM Affiliate and established primarily for the benefit of the Delphi Business Sector.

"Designated Delphi Affiliate" means a Delphi Affiliate designated by Delphi at any time.

"Designated GM Affiliate" means a GM Affiliate designated by GM at any time.

"Effective Date" means 1 January 1999.

"GM Affiliate" means an organization directly or indirectly Controlled by GM at any time, but excluding Delphi Automotive Systems Corporation and its subsidiaries.

"IP Agreement" means an agreement entered into prior to the Effective Date which provides for rights in technology or intellectual property.

The parties have signed two copies of this agreement as of the Effective Date.

GENERAL MOTORS CORPORATION          DELPHI TECHNOLOGIES, INC.

By _____          By _____

Name ___ Thomas J. Davis ___        Name ___ Andrew Brown, Jr. ___

Title ___ Vice President and        Title ___ President ___
          Group Executive

6

<u>Schedules</u>

A     Delphi IP Agreements
        A1     Delphi Chassis Systems
        A2     Delphi Delco Electronics Systems
        A3.1   Delphi Energy & Engine Management Systems - Flint/Rochester
        A3.2   Delphi Energy & Engine Management Systems - Anderson
        A4     Delphi Harrison Thermal Systems
        A5     Delphi Interior Systems
        A6     Delphi Packard Electric Systems
        A7     Delphi Saginaw Steering Systems
B     Delphi Copyright agreements
C     Shared agreements
D     Sublicensed agreements

7

**Schedule A - Delphi IP Agreements**

(20 pages attached)

### DELPHI CHASSIS TECHNOLOGY AGREEMENTS

| | COMPANY | SUBJECT | EFFECT | |
|---|---|---|---|---|
| 1 | Minnesota Mining and Manufacturing (3M) | License: USPN 4639392 | 4 Nov 95 | S |
| 2 | Aisin Chemical Co. | Tech. License re friction disks | | S |
| 3 | Akebono | Technology to Delphi | | |
| 4 | Akebono | Tech. License re caliper w/park brake | | S |
| 5 | Akebono | License to China Bonding Equipment | negotiating | S |
| 6 | Akebono | Tech Assist w/Ambrake | | S |
| 7 | Ambrake | Tech. License re disk brake asm | | S |
| 8 | Aralmex | Tech. License and Assist re shock absorbers | | S |
| 9 | ATRO | Tech. License re Litecast | negotiating | |
| 10 | Bendix Mintex | Non-disclosure | | |
| 11 | Benteler | Collaboration re Delta rear axle asm. | negotiating | |
| 12 | Bosch | Tech. Exchange & Supply re Bosch ABS modulator, Delphi-C algorithm & DE controller | | |
| 13 | Chrysler | Engine Mount, Hybrid Engine | negotiating | |
| 14 | Citroen | Non-analysis, six months 1995 | | |
| 15 | Continental Tire | Development re sidewall torsion sensor | negotiating | |
| 16 | Daewoo Automotive Components (DAC) | Engineering services | | S/F |
| 17 | Daewoo Automotive Components (DAC) | Tech License re brake apply system | negotiating | S/F |
| 18 | Daewoo Automotive Components (DAC) | Tech License | | S/F |
| 19 | Daewoo Automotive Components (DAC) | Tech License re Gen III bearings | negotiating | S/F |
| 20 | Daewoo Automotive Components (DAC) | Tech License re rear hubs, drums & rotor | 8 Nov 94 | S/F |
| 21 | Daewoo Automotive Components (DAC) | ABS VI | 18 Jun 98 | S/F |
| 22 | Daewoo Automotive Components (DAC) | Brake components (GM France) | | S/F |
| 23 | de Carbon | Non-disclosure re Liteflex leaf spring tech. | negotiating | |
| 24 | de Carbon | License re Liteflex leaf spring tech. | | S/F |
| 25 | de Carbon | Tech. & Service re monotube | | S |

| | COMPANY | SUBJECT | EFFECT | |
|---|---|---|---|---|
| | | dampers | | |
| 26 | Delco Chassis NSK do Brasil | License re Gen III wheel bearings | | S/F |
| 27 | Delphi Chassis Systems USA | License from de Carbon re monotube dampers | | S/F |
| 28 | Dow Chemical | Non-analysis (exp) | 20 Nov 97 | |
| 29 | DSSCSC | Opel brake drum manufacture | | S/F |
| 30 | DuPont | Joint development re Neoprene engine mount | | |
| 31 | DuPont | Non-disclosure (exp) | | |
| 32 | Environmental Research Institute of Michigan (ERIM) | Provide brake, roll & vehicle damping systems for Variable Dynamic Testbed Vehicle | 18 Apr 97 | |
| 33 | FASA Krosno | Tech License | negotiating | |
| 34 | FAG | Sale of strut bearing business to FAG | | |
| 35 | FORUM | Tech License re boosters, master cylinders & wheel brakes | | F/S |
| 36 | Inorganic Recycling | Master agrt for asbestos treatment | | |
| 37 | ITT – Teves | License re brake components to GM France | | |
| 38 | ITT – Teves | Working agreement | | |
| 39 | Link Engineering | License re accelerator asm | 21 Jun 85 | |
| 40 | Link Engineering | License re brake pedal force – decel instrumentation | 4 Jun 84 | S |
| 41 | Lucas | License re brake components to GM France | | |
| 42 | Lucas Varity | Brake license | negotiating | |
| 43 | Mercedes | Mutual Non-disclosure re modules | | |
| 44 | MTS Systems | Demo Agrt for height sensor test & evaluation | 25 Nov 97 | |
| 45 | National Center for Manufacturing Sciences | Membership in consortium | 16 Dec 97 | |
| 46 | Noise Cancellation Technologies | Joint development re engine mounts | | |
| 47 | PBR Automotive | Patent License & Tech Assist | | F |
| 48 | PBR Automotive | Partial re-negotiation of Tech Assist re Banksia | | F |
| 49 | PBR Automotive USA | License & Tech Assist re brakes | | F |
| 50 | PBR Automotive | License & Tech re brakes | | F |

|    | COMPANY | SUBJECT | EFFECT |    |
|----|---------|---------|--------|----|
| 51 | Shanghai Automotive Brake Systems | Tech License re brake calipers | 23 May 97 | F/S |
| 52 | Shanghai Automotive Brake Systems | Tech License re brake controls | 22 Jul 97 | F/S |
| 53 | Shanghai General Motors Corp. | Technical Assist | 1 Jan 98 | F |
| 54 | Shanghai General Motors Corp. | Non-disclosure | 1 Jan 98 | F |
| 55 | Shanghai Huizhong Automotive Manufacturing Co. | Tech Assist | 8 Oct 97 | F/S |
| 56 | TEBO, S.A. | Supply of brake parts | 29 Oct 86 | F/S |
| 57 | Tianjin Delphi Suspension Systems Co. | Tech Assist |  | F |
| 58 | Tianjin Delphi Suspension Systems Co. | Tech License re strut & damper manufacture | negotiating | F/S |
| 59 | Toyota | Non-disk wheel bearings |  |  |
| 60 | Union Carbide | Brake fluid | 16 Aug 94 |  |
| 61 | Union Carbide | Brake fluid | 9 Sep 96 |  |
| 62 | University of Dayton – Rapid Prototyping Consortium | Membership |  |  |
| 63 | Volvo | Non-disclosure re modules |  |  |
| 64 | Xerox | Non-disclosure re distributed filament |  |  |
| 65 | Xerox | Non-disclosure re PSI surge control | 25 Apr 95 |  |
| 66 | Zhejiang Delphi Asia-Pacific Brake Co. | Tech License & Assist |  | F/S |
|    |  |  |  |  |

CONFIDENTIAL – Delphi Chassis Technology Agreements – page 3 of 3

| Company | Agreement Date |
|---|---|
| American Telephone and Telegraph Company | 1/12/83 |
| Bix Manufacturing Company | 6/4/93 |
| Bose Corporation | 8/29/81 |
| Hitachi, Ltd. | 8/29/83 |
| Kent State University | 3/26/90 |
| Motorola | 2/9/87 |
| Motorola | 12/17/81 |
| Motorola | 12/22/81 |
| Motorola | 7/26/77 |
| Motorola | 8/30/77 |
| Motorola | 9/11/84 |
| Motorola | 9/11/84 |
| National Semiconductor Corporation | 5/29/81 |
| National Semiconductor Corporation | 6/30/86 |
| National Semiconductor Corporation | 12/4/89 |
| N.V. Philips' Gloeilampenfabrieken | 6/30/81 |
| Philips Export B.V. | 1/17/84 |

Delphi-E Study -Contracts

| Company | Effective |
|---|---|
| | |
| AC Delco Systems Australia Ltd., ClaytonSouth, Victoria, Australia | 1-Jan-94 |
| *AC Rochester Austria Ges.m.b.H.* | |
| AC Rochester Oversees Corporation, Delaware | |
| AC Rochester Oversees Corporation, UK | 1-Jan-92 |
| AC Rochester Oversees Corporation, UK | 1-Apr-93 |
| *Air Cleaner Technical Service* | *1-Jul-85* |
| Allison Engine Company, Indianapolis, Indiana | 3-Feb-94 |
| Asec | 27-Oct-97 |
| Atlantic Richfield Company ("ARCO"), a Delaware corporation | ?/?/98 |
| Autovazimport of Volga automobile Associated Works, USSR | 7-Jun-90 |
| AVL, Australia - Haus-List-Platz 1, A-8020 Graz | 24-Jun-98 |
| Avtolada, Togliatti, USSR (VAZ, AutoVAZ) | 7-Jun-90 |
| Battelle Memorial Institute, Pacific Northwest Laboritories    902 Battelle BLVD,  PO Box 999, Richland Wa 99352 | 27-Mar-98 |
| Battelle Memorial Institute, Pacific Northwest Laboritories    902 Battelle BLVD,  PO Box 999, Richland Wa 99352 | 18-Jun-98 |
| Battelle Memorial Institute, Pacific Northwest Laboritories    902 Battelle BLVD,  PO Box 999, Richland Wa 99352 | 2-Jun-98 |
| Battelle Memorial Institute, Pacific Northwest Laboritories    902 Battelle BLVD,  PO Box 999, Richland Wa 99352 | 11-Feb-98 |
| Battelle Memorial Institute, Pacific Northwest Laboritories    902 Battelle BLVD,  PO Box 999, Richland Wa 99352 | 11-Feb-98 |
| Battelle Memorial Institute, Pacific Northwest Laboritories    902 Battelle BLVD,  PO Box 999, Richland Wa 99352 | 5-Aug-97 |
| Battelle Memorial Institute, Pacific Northwest Laboritories    902 Battelle BLVD,  PO Box 999, Richland Wa 99352 | 12-Nov-97 |
| Battelle Memorial Institute, Pacific Northwest Laboritories    902 Battelle BLVD,  PO Box 999, Richland Wa 99352 | 22-Jul-98 |
| Beijing Wanyun GM Automotive Electronic Control Co | |
| BMW (Bayerische Motoren Werke Aktiengesellschaft), D-80788 Munchen | 9-Feb-98 |
| BMW (Bayerische Motoren Werke Aktiengesellschaft), D-80788 Munchen | 15-May-97 |
| BMW (Bayerische Motoren Werke Aktiengesellschaft), D-80788 Munchen | 1-May-97 |
| BMW (Bayerische Motoren Werke Aktiengesellschaft), D-80788 Munchen | 13-Mar-96 |
| BMW (Bayerische Motoren Werke Aktiengesellschaft), Petuelring 130, 80788 Munchen, Germany | 9-Dec-94 |
| BMW (Bayerische Motoren Werke Aktiengesellschaft), Petuelring 130, 80788 Munchen, Germany | 9-Jan-96 |
| BMW (Bayerische Motoren Werke Aktiengesellschaft), Petuelring 130, 80788 Munchen, Germany | 12-Mar-97 |
| BMW (Bayerische Motoren Werke Aktiengesellschaft), Petuelring 130, 80788 Munchen, Germany | 9-Dec-94 |
| Bosch GMBH, Robert | 7-Apr-88 |
| *Bujias de Columbia* | |
| *Bujias Mexicanas, S. A. de C. V.* | *27-Mar-87* |
| Caterpillar Inc | 4-Jan-91 |
| Caterpillar, Inc. | 27-Apr-98 |
| Chrysler Corporation | 16-Dec-96 |
| Chrysler Corporation | 8-Nov-96 |
| C-MAC | 23-Jan-97 |
| Coltec Industries, Inc, acting through its Holley Performance Products Division | 22-May-95 |
| Daewoo Automotive Components, Ltd | 11-Oct-95 |
| Daewoo Automotive Components, Ltd | 5/18/98 |

Delphi-E Study -Contracts

| Company | Effective |
|---|---|
| Daewoo Automotive Components, Ltd | (1) 4/27/94 (motors), (2) 6/28/94 (ICE-4), (3) 6/28/94 (alternators), (4) 6/28/94 (distributors), (5) 6/28/94 (HEI coils) |
| Delco Remi - Componentes Electronicos, LDA, Portugal | |
| Delkor (JV in Seoul, Korea, 50% owned by | 4-Dec-85 |
| Delphi Automotive Systems Australia Ltd | 1-Jun-94 |
| Delphi Automotive Systems France, Gennevilliers, France | 1-Jan-96 |
| Delphi Automotive Systems India Private Limited, B-92, Himalaya House, 23-Kasturba Gandhi Marg, New Delhi 110001, India | 15-Apr-95 |
| Delphi Automotive Systems Luxembourg S. A. | |
| Delphi Automotive Systems of General Motors do Brasil Ltda, through Delphi Energy and Engine Management Division | 1-Jan-96 |
| Delphi Automotive Systems Vienna GmbH | |
| Delphi Energy and Engine Management Systems (M) Sdn Bhd | 4-Nov-94 |
| Delta Motor Corporation | 14-Jan-91 |
| Detroit Diesel Corporation | 19-Mar-96 |
| Dysekompagniet I/S | 25-Apr-95 |
| Edison Welding Institute | 18-Oct-85 |
| Empresas "Ca-Le" de Tlaxcala, S.A. de C.V., Mexico | 1-Jan-96 |
| Engelhard Corp., Menlo Park, CN 40, Edison, New Jersey 08818 | 7-Jul-92 |
| Equal flow Inc, 694 Prairie, Glen Ellyn, Il 60137 | 1-Jul-96 |
| Eveready Battery Company, Inc  25225 Detroit Rd, PO Box 45145, Westlake, Ohio  44145 | 31-Oct-94 |
| Exacto Spring Corp., Perfection Spring & Stamping Corp. | 18-Sep-98 |
| Exxon Research and Engineering Company (and affiliated Sarnia Research laboratories) | 25-Sep-98 |
| Ferro Corporation of Cleveland Ohio | 15-Feb-96 |
| Ferro Corporation, Cleveland, Ohio | 26-May-95 |
| Ficht GmbH | 1-Feb-96 |
| Ficht GmbH & Co. KG, Spannleitenberg 1, D-85614 Kirchseeon, Germany | 2-Dec-96 |
| Flowform Ltd | 17-Aug-92 |
| Ford Motor Company (Automotive Components Division) | 13-Dec-94 |
| General Motors Austria Gesellschaft m.b.H. | 11-Oct-88 |
| General Motors France | 1-Jan-82 |
| General Motors France | 1-Jan-91 |
| General Motors France, Gennevilliers, France | 1-Jan-92 |
| General Motors France, Gennevilliers, France | 1-Jan-92 |
| General Motors France, Gennevilliers, France | 1-Jan-93 |
| Gerald Metals Inc. 6 High Ridge Park, Stanford, CT 06905 | 25-Feb-97 |
| Hitachi, Ltd., through Hitachi Automotive Products Division, 6 Surugadai 4-chome, Chiyoda-ku, Tokyo, Japan. | 11-Sep-98 |
| Hitachi, Ltd., through Hitachi Automotive Products Division, 6 Surugadai 4-chome, Chiyoda-ku, Tokyo, Japan. | 8-Apr-98 |
| Holden's Engine Company, 600 Lorimer Street, Port Melbourne 3207, Victoria, Australia | 21-Jun-95 |
| Honda R&D Company, Ltd. | 16-Mar-98 |
| Honda R&D Company, Ltd. | 1-Aug-94 |
| Hubei Auto Motor Factory and Beijing Everbright Industrial Co, Huabei Office and International Tendering Company of China National Technical Import and Export Co. | 22-Apr-92 |
| Hubei Delphi Automotive Generator Co., Ltd. (JV that is 51% owned by DASCI) | 5-Mar-96 |
| Industrial Technology Research Institute (ITRI), Taiwan | 1-Jan-95 |
| International Business Machines Corporation | 17-Aug-95 |

Delphi-E Study -Contracts

| Company | Effective |
|---|---|
| Iron Mountain (Records Management Co), and Realist Technology Limited Partnership | 29-Oct-97 |
| Isuzu | 3-Jun-98 |
| Isuzu Motors Limited | 10-Dec-97 |
| Katcon, S.A. de C.V. | 23-Jul-93 |
| Keene, Cristopher M., 32 Grosvenor Rd., Waltham, MA 02154 | 20-May-95 |
| Lawrence Livermore National Lab | 19-Sep-97 |
| Lockheed Martin Energy Systems, Inc., P.O. Box 2009, Oak Ridge, Tennessee 37831-8242 | 2-Feb-98 |
| Lockheed Martin Energy Systems, Inc., P.O. Box 2009, Oak Ridge, Tennessee 37831-8242 | 16-Dec-97 |
| Lockheed Martin Idaho Technologies Company | 1-Feb-97 |
| *Lockheed Martin Idaho Technologies Company* | *15-Dec-97* |
| Lotus Engineering | 17-Mar-98 |
| Mannai Corporation, Ltd., P.O. Box 76, Doha, Qatar, Arabian Gulf | 7-Aug-90 |
| Martin Marietta Energy Systems, Inc. CRADA No. Y-1293-0193 | 29-Oct-93 |
| Mechadyne International, Ltd | 3-Jun-98 |
| Metreon   Hiram Ohio & GM Power Train | 1-Mar-96 |
| *Michigan State university* | *6-May-98* |
| Middle East Battery Company | 20-Dec-95 |
| Navistar International Transportation Corp., 455 North Cityfront Plaza Drive, Chicago, Il 60611 | 16-Apr-97 |
| NGK Insulators, Ltd. | 31-Oct-90 |
| NGK Lock, Inc. 1000 Town Center, Suite 1650, Southfield, MI 48075 | 28-Sep-92 |
| *Onan Corporation* | *??* |
| Pechiney Recherche  Balzac Bldg-10, place das Vosges, La Defense 5, Courbevoie - Cedex 68, 92048 Paris, France | 15-Apr-98 |
| Pierburg G.m.b.H., Alfred-Pierburg-Strasse 1, D 41456 Neuss, Germany | 22-Jan-96 |
| Pierburg GmBH   Germany | 20-Jun-94 |
| Pierburg GmBH   Germany | 20-Jun-94 |
| Porsche, GM Luxembourge Operations S.A. and AC Rochester Division of GMC | 17-Dec-92 |
| Pridco L.P., Arlington, Virginia | 22-Dec-94 |
| Pridco L.P., Arlington, Virginia | 9-Aug-96 |
| Realist Technology Limited (Applied Ceramics), 5555 Pleasantdale Road, Doraville, GA 303340 | 3-Nov-97 |
| Realist Technology Limited, 5555 Pleasantdale Road, Doraville, GA 303340 | 3-Nov-97 |
| Realist Technology Limited, 5555 Pleasantdale Road, Doraville, GA 303340 | 3-Nov-97 |
| Realist Technology Limited, 5555 Pleasantdale Road, Doraville, GA 303340 | 3-Nov-97 |
| Realist Technology Limited, 5555 Pleasantdale Road, Doraville, GA 303340 | 3-Nov-97 |
| Realist Technology Limited, 5555 Pleasantdale Road, Doraville, GA 303340 | 3-Nov-97 |
| Realist Technology Limited, 5555 Pleasantdale Road, Doraville, GA 303340 | 3-Nov-97 |
| Rexam Custom, Ferro | 8-Feb-96 |
| Sandia Corporation, | 3-Apr-98 |
| Sandia Corporation, CRADA No. SC92/01143 | 9-Feb-93 |
| Sandia Corporation, Regents of the University of California | 27-Jan-95 |
| Sandia Corporation, Regents of the University of California | 16-Dec-96 |
| Sandia National Laboratories  User Facility Agreement No. 5989 1410 | 18-Apr-96 |
| *Sanyco* | |
| Sengton Transportation Implementation Co. | 21-Jan-97 |
| Shanghai Delco International Battery Co. Ltd | 0/0/1995 |
| Shelby American, Inc. | 17-Jul-97 |
| Sistema de Frenos, S.A., Av. Iquitos 4808 La Victoria, Apartado Postal 2173, Lima, Peru | 23-Jun-89 |
| *Sistemas Electricos S. A. de C. V.* | |
| *Sistemas Electricos y Conmutadores, S. A. de C. V.* | |
| Sistemas Y Componentes Electricos, S.A. de C.V., San Luis Potosi, Mexico | 29-Jun-91 |
| *Stirling Thermal Motors, Inc.* | *August, 1993?* |

Delphi-E Study -Contracts

| Company | Effective |
|---|---|
| Systemas Electricos Y Conmutadores S.A. de C.V., Chihuahua, Mexico | 2-Jan-80 |
| *Taiwan* | *1-Apr-98* |
| Tawas Industies | 11-Nov-93 |
| Tecumseh Products Company | 23-Jun-94 |
| Teknekron Sensor Develpment Corporation | 19-Oct-92 |
| UBE Industries | 17-Nov-86 |
| University of California, Los Alamos National Laboratory, PO Box 1663 MS K571, Los Alamos, NM 87545 | 13-Apr-95 |
| Wesley Industries Inc 1825 S. Woodward Ave Suote 205, Bloomfield Hills, MI 48302 | 10-Feb-97 |
| Whitehead Engineered Products, Inc., 45 Gracey Avenue, Meriden, Connecticut 06450 | 30-Aug-91 |
| Worden, Mr. Gary, represented by Kurt Grossman, Wood, Herron & Evans, LLP, 2700 Carew Tower, 441 Vine Street, Cincinnati, OH | 19-Sep-97 |
| Zhuzhou Spark Plug Plant  China National Constructional & Agricultural Machinery Import and Export Corporation | 22-Jun-92 |

A 3 -

| Company | Effective |
|---|---|
| AeroVironment Inc | 26-Aug-96 |
| Ajax Magnethermic | 13-Apr-94 |
| Bolder Technologies | 1-Jul-98 |
| Ceracon Inc. | 15-Oct-91 |
| Daewoo Automotive Components Ltd. | 28-Jun-94 |
| Delco Remi - Industria (Portugal) | 1-Jan-95 |
| Delco Remy America | 14-Jul-94 |
| DOE/MRI - Chrysler | 1-Jun-96 |
| Ecoair Corp | 17-May-94 |
| Electrosource Inc; Tracor Inc | 11-Feb-91 |
| Empresas Ca-Le de Tlaxcala SA de CV | 12-Dec-96 |
| Forge performance Products, Inc. | 2-Mar-94 |
| Front Edge Technology | 11-Dec-95 |
| General Motors do Brasil | 1-Jan-96 |
| General Motors France | 1-Jan-92 |
| Honda R & D North America Inc | 1-Apr-94 |
| Hubei Auto Motor Factory; Beijing Everbright Industrial Co.; International Tendering Co of China | 22-Jan-92 |
| Kimberly-Clark Corp | 13-Mar-79 |
| Lord Corporation; Universal Toll & Engineering Co. | 28-Aug-91 |
| Magnavox Government and Electronics Co.; (North American Phillips Corporation - Successor) | 31-Dec-90 |
| Shanghai Delco International Battery Co Ltd | |
| Siemens AG | 24-Aug-94 |
| Sistemas y Componentes Electricos SAdeCV; Grupo Corporativo Internacional | 27-Jun-91 |
| Standard Industries | 28-Jul-89 |
| Sterling Thermal Motor | 1-Apr-95 |
| Valence - Nevada | 15-Sep-94 |

| Company | Effective |
|---|---|
| Advanced Casting Technologies | 24 NO 97 |
| AFPS | |
| Allied Signal | |
| Alma Products | 10 DE 90 |
| Armas | 30 SE 93 |
| Calsonic Harrison Corp. | 11 JL86 |
| Calsonic Harrison Corp. | JL 95 |
| Calsonic Harrison Corp. | Not signed yet |
| Calsonic Harrison Corp. | Not signed yet |
| Calsonic | |
| Calsonic | 25 OC 94 |
| Cambric Graphics | |
| DAC, CNTIC | 21 AP 93 |
| DAC | 26 FE 93 |
| DAC | 28 DE 95 |
| DAC | 13 MR 97 |
| DAC | 02 DE 97 |
| DAC | 18-Jan-98 |
| DAC | 13 NO 97 |
| DELFA | 20 JA 93 |
| DELFA | 28 OC 97 |
| DHTS do Brasil Ltd. | 26 AP 96 |
| Diavia | 18 DE 96 |
| Donchery | 22 DE 93 |
| EL Teriak | 02 FE 96 |
| FAACA | 19 OC 92 |
| FAACA | 01 OC 95 |
| Four Seasons | 24 NO 97 |
| HALLA | 17 AP 97 |
| Honda of America | |

Interpartes
De
Durango      04 SE 90
Kaiser       08 SE 95
Kaiser
Aluminum     27 JA 96
Kale Oto
Radyator     24 MR 97
Ostrow       20 MY 97

P.T.
Selamat
Sempurna     AP 96

Radiadores
Richard      01 FE 96

| Company | Effective |
|---------|-----------|

Radiadores
Richard      01 FE 96

Radiadores
Richard      01 FE 96
RANCO        14 AU 95
Reynolds
Metals
Reynolds
Metals
SDAAS        27FE98
SAPF
Shanghai
EK Chor      10 JN 97
TAIGENE      25 OC 93
Toyota

U. of Illinois
U. of
Maryland
U.B.
U. Dayton
Research
Inst.

# DELPHI INTERIOR TECHNOLOGY AGREEMENTS

| THIRD PARTY | EFFECTIVE DATE |
|---|---|
| AEGIS/Talley Defense Systems | 17-Jun-97 |
| Aladdin Industries Inc. | 13-Dec-96 |
| Audi AG — Nondisclosure | 12-Feb-96 and Approx. 16-May-97 |
| Autoflug GmbH | 2-Mar-82 |
| Autoliv | 18-Jan-96 |
| Automated Solutions Inc. | 21-Feb-97 |
| Battelle Memorial Institute | 11-Jan-85 |
| Boston University | 19-May-97 |
| Brose — Germany | 13-May-86 and 28-Jul-87 |
| Brose — Germany | 4-Aug-80 |
| Capro, Inc. | 6-Mar-98 |
| Cinpres | 26-Jun-98 and 15-Apr-91 |
| Colamco, Inc. | Approx. 2/85 |
| Daewoo Automotive Components Ltd. | 21-Dec-94 |
| Deneb Robotics/U.S. Army TACOM | Approx. 8/96 |
| Dow Chemical | 22-Sep-93 & 23-Feb-90 & 31-May-90 |
| European Components Corp | Unknown |
| European Components Corp/Takata | 4-Oct-88 |
| Fast 4M/Time Engineering Services | 15-Jun-98 |
| Ford Motor & Delco - Nondisclosure for Safety & Power Products | Negot. Ongoing |
| FSO Motor Car Company | 28-Jul-94 |
| Georgia Tech Research Corp. | 29-Jan-98 |
| Georgia Tech Research Corp. | 12-Mar-98 & 2-Nov-98 |
| Global Manufacturing Solutions, Inc. | 20-Dec-98 |
| Globe Motors | 10-Dec-97 |

## DELPHI INTERIOR TECHNOLOGY AGREEMENTS

| | |
|---|---|
| Honda R&D Co. | 11-Jul-94 |
| HRL Laboratories/ISX Corporation | 23-Jun-97and 18-Apr-98 |
| Hyundai | 1-Aug-97 |
| KDS Company, Ltd.- Korea | 11-Sep-95 |
| Keikert – Germany | 28-Nov-83 |
| L'Equipe Monteur S.A. - Uruguay/Argentia | 15-Jul-96 |
| Mark Gears and Systems, Inc. | 5-Feb-96 |
| Mayco Plastics | 1-Oct-91 |
| Mercedes | 28-Nov-96 |
| Meritor Light Vehicle Systems, Inc. | 4-Aug-98 |
| Modeling and Optimization Consulting, Inc./Floudas | 4-May-98 |
| Muth Wood-Stock | 24-Nov-86 |
| Neaton Auto Products Manufacturing | 29-Jan-96 |
| OEA, Inc. | 18-Jan-94 and 18-Jan-95 |
| Ohio University | 01-Jan-95 |
| Omega Company, Inc. | 6-Feb-98 |
| Orthopedic Biomedical Institute - refer to PO#FDS-50604 | 21-Jan-97 |
| Princeton University - refer to PO#FDS-50237 | Approx. 12-Feb-97 |
| Rover Group Limited | 2-Feb-97 |
| Samsung Electro-Mechanics Co. Ltd. | 12-Jan-98 and 13-Jan-98 |
| Samsung Electro-Mechanics Co. Ltd. | 12-Sep-95 |
| Sensotech | 9-Jun-98 and 15-Jun-97 |
| Simula Automotive Safety Devices, Inc. | 18-Apr-98 |
| Sung San Company, Ltd. | 22-Apr-86 and 14-Sep-92 |
| Takata | 1-Sep-95 |
| 3-D Systems, Inc. | 13-Oct-87 |

# DELPHI INTERIOR TECHNOLOGY AGREEMENTS

| | |
|---|---|
| Toyota Motor Co.- Power Slide Door | 27-Nov-97 |
| Toyota Motor Co. | 18-Oct-95 |
| Toyota Motor Company | 2-Mar-98 |
| Toyota Motor Corporation | 18-Jul-95 and 27-Aug-98 |
| Toyota Motor/Johnson Controls/Trim Masters | 4-Mar-96 |
| TRW Vehicle Safety Systems | 22-Mar-96 |
| Tsinghua University | 28-Aug-97 |
| Univ. of Detroit Mercy | 18-May-96 and 17-Dec-97 |
| University of Oklahoma | Approx. 14-Aug-92 |

PC-Royalties Contract
8-Sheet

DELPHI PACKARD ELECTRIC TECHNOLOGY AGREEMENTS

Confidential Information

| Company | Effective |
|---|---|
| ACI South Africa | 14-Nov-97 |
| Air Touch | 30-Mar-98 |
| AG Bela (Carboberebels) (separate agreement) | T |
| Best Chicago Systems | 8-Dec-98 |
| Antinova (Schedule E to the 2A) "Cover on this... the unit that can be signed because it is not signed/dated of the original A" | 10-Apr-97 |
| BMW | 18-Apr-97 |
| Carnen City Parking | 27-Oct-98 |
| Denmiog | 17-Nov-98 |
| Denmar - F (GO (Detroit) | 28-Nov-98 |
| Don Carvtola | 18-May-97 |
| DuPont | 8-Oct-97 |
| Douglas Wira (one hand down) | 21-Dec-98 |
| Douglas Wira (Aromo) (Addendum) | 7-Jul-97 |
| Ecion Corporation | 19-Dec-98 |
| ELCORI (Canada) | 30-Dec-98 |
| Ford | 27-Feb-98 |
| FreigShaeer | 30-May-97 |
| Furukowa Electric Co, Ltd | 14-Nov-97 |
| Freighiker (Truck Product Corporation) | 19-Aug-98 |
| Hero Product Quality Tech Inc | 6-Jun-97 |
| Hitachi Cable Metalic Electronics | 30-Jul-97 |
| Honda M America Mfg, Inc | 4-May-98 |

* Indicates signed/dated copy will be received in near future.
Omohf

Italicized area - Will aggre before the next publication in October, 1998

RC-Requires Consent
B-Sheet

DELPHI PACKARD ELECTRIC TECHNOLOGY AGREEMENTS

Confidential Information

| Company | Date |
|---|---|
| Harris of Japan | 2-Nov-06 |
| Honda of Japan | 1-Sep-05 |
| Howmet Japan | 6-Jul-06 |
| Hyundai Motor Company | 10-Sep-06 |
| Hyundai Motor Company | 1-Sep-05 |
| JCI (Portugal) | 11-Sep-06 |
| ITT (Portugal) | 15-Jun-07 |
| Industrial & Metal (Genval) Plant (Guangdong Dongguang, Pet People's Rep of China) | 30-Jun-06 |
| Kia | 6-Feb-06 |
| Kawasaki Industrial Company | 17-Jun-07 |
| Lid Corporation | 11-Dec-06 |
| Lithonia | Varies with its |
| Nippon Densei Co., Ltd. | 20-Sep-06 |
| North American Pacifico | 27-Jun-06 |
| PICANOL (Russia) | 1-Sep-06 |
| Parker Oil of Tire Technology | 28-Oct-06 |
| Operations Design Center Agreement | 20-Feb-06 |
| Kroehlein Corporation | 2-Sep-06 |
| Paltar (Germany) | 16-Sep-07 |
| Robotronic A, Inc. | 16-Feb-07 |
| Shinwha Packard Co., Ltd. Korea Far East | 11-Feb-06 |
| Sell Belk Enterprises | Expected 1-Dec-06 |
| Symbond Wiring | 31-Mar-11 |
| Trane Instruments, Inc. (Siemens Industrial Automation) | 26-Jun-06 |

Confidential Information

DELPHI PACKARD ELECTRIC TECHNOLOGY AGREEMENTS

PTC-Readme Consent
B-Sheet

* Indicates signed/dated copy will be received in near future.
Oracle1

Sheet1

10/6/98

D L ELLIS

| Ref. # | Company | Effective Date |
|---|---|---|
| 1 | DHB – Components    Automotivos S.A. | 05AU98 |
| 2 | JKC Ltd. | 10SE97 |
| 3 | JKC Ltd. | 10SE97 |
| 4 | Delphi Saginaw NSK Co. Ltd. | 18MR97 |
| 5 | Daewoo Automotive Components Ltd. | 01OC96 |
| 6 | Daewoo Automotive Components Ltd. | 01OC96 |
| 7 | Saginaw Norinco Lingyun Drive Shaft Ltd. | 13NO95 |
| 8 | Saginaw - Zhijiang Xiao Shan Steering Gear, Ltd. | 22JN96 |
| 9 | China Aero Technology Import & Export Beijing Co. and Yubel machine Factory | 02MR94 |
| 10 | Shanghai Saginaw Dongfeng Steering Gear Ltd. | 06JN96 |
| 11 | Shanghai Saginaw Dongfeng Steering Gear Ltd. | 06JN96 |
| 12 | Saginaw Norinco Lingyun Drive Shaft Ltd. | 06DE95 |
| 13 | Saginaw - Zhijiang Xiao Shan Steering Gear, Ltd. | 22JN96 |
| 14 | Koyo Seiko | 01SE95 |
| 15 | Sanyco Industry Co. Ltd. | 17SE96 |
| 16 | Sanyco Industry Co. Ltd. | |
| 17 | DHMS (Daewoo Components) | 01AP87 |
| 18 | Daewoo Automotive Components Ltd. | 01JA93 |
| 19 | Compania Nacional De Direcciones Automotrices, S.A. DE C.V. (Condasa) | 29OC86 |

Sheet2

| Ref. # | Company | Effective Date |
|--------|---------|----------------|
| | 10/6/98 | |
| | D L ELLIS | |
| 1 | Sandia National Laboratories | 9/7/93 |
| 2 | Ohio State University | 8/1/94 |
| 3 | Pacific Northwest Laboratories | |
| 4 | Martin Marietta Energy Systems, Inc. | 1/29/92 |
| 5 | National Center for Manufacturing Sciences | 1/1/92 |
| 6 | Thompson Ball Screw | 20JU98 |

Shf

| Ref. # | Company | Effective Date |
|---|---|---|
| | 10/6/98 d ellis | |
| 1 | Mecaplast | |
| 2 | Univ of Texas | |
| 3 | NCMS | Jun-92 |
| 4 | NCMS | Nov-92 |
| 5 | Industry Refractory | Jan-92 |
| 6 | CONTECH | Apr-98 |
| 7 | University of Glasgow | 15JN97 |
| 8 | Toyota | Sep-97 |
| 9 | Delphi Auto.. Sys Private Limited with General Motors | Dec-96 |
| 10 | Delphi Auto Sys Private Limited with General Motors | Oct-96 |
| 11 | GM France with Saginaw Division | Dec-92 |
| 12 | Saginaw Deutschland with Saginaw Division | Apr-93 |
| 13 | Saginaw Deutschland with saginaw Division | 1-Dec-92 |
| 14 | Saginaw Deutschland with Saginaw Division | 1-Mar-93 |
| 15 | Gm with Delphi India on various products | 1-Jun-97 |
| 16 | GM and Delphi Shanghai | 1-Sep-97 |
| 17 | DOE CRADA Batelle # 046 | 1-Jun-94 |
| 18 | DOE CRADA Oak Ridge # 92-0076 | 1-Mar-92 |
| 19 | Buckeye Custom Products | 1-Jan-89 |
| 20 | Magnetolastic Devices INC. | Dec-92 |
| | various | |

**Schedule B - Delphi Copyright agreements**

none identified

1

## Schedule C – Shared agreements

Robert Bosch GmbH and Robert Bosch Corporation - April 1992 Technology
Exchange/Development Agreement

National Center for Manufacturing Sciences et al - 1992 Project Agreement 170-
052-92031, as amended

2

### Schedule D - Sublicensed agreements

Automotive Polymer-Based Composites Joint Research and Development
Partnership - 1988 Partnership Agreement

Crash Avoidance Metrics Partnership - November 1995 Partnership Agreement

Electrical Wiring Component Applications Partnership - April 1994 Partnership
Agreement

Environmental Sciences Research and Development Partnership - 21 March 1991
Partnership Agreement

Low Emission Paint Research and Development Partnership - 9 February 1993
Partnership Agreement

Kelsey-Hayes Company - 1 August 1987 4WAL Supply Agreement, as amended

Kelsey-Hayes Company - 1 August 1987 RWAL Supply Agreement, as amended

Lear Corporation - 31 August 1998 Intellectual Property License Agreement

Lemelson - 22 May 1998 Settlement Agreement

Lightsource Parent Corporation and PEP Guide, LLC - 30 October 1998
Intellectual Property License Agreement

Low Emissions Technologies Research and Development Partnership - 8 June
1992 Partnership Agreement, as amended

Midwest Research Institute - 30 September 1993 Definitized Subcontract No.
ZCB-3-13032-01, as amended

Natural Gas Vehicle Technology Partnership - Partnership Agreement

Sandia National Laboratory - Cooperative Research and Development
Agreements 92/1133 and 96/1422

Shanghai General Motors Corporation Limited - 25 March 1997 Technology
License Agreement

Supercomputer Automotive Applications Partnership - 1993 Partnership
Agreement

**Schedule D - Sublicensed agreements - continued**

United States Advanced Battery Consortium - 30 January 1991 Partnership
Agreement, as amended

United States Automotive Manufacturers Crash Test Dummy Consortium - 30
June 1992 Partnership Agreement

United States Automotive Materials Partnership - 21 April 1993 Partnership
Agreement

Vehicle Recycling Partnership - September 1991 Partnership Agreement

**<u>Exhibit 5.01(a)(x)</u>**
**Intellectual Property License Agreement,**
**dated as of December 4, 1998, between DTI and GM**

Exhibit G-2

4 December 1998

GM - DELPHI
INTELLECTUAL PROPERTY LICENSE AGREEMENT

This Intellectual Property License Agreement is between General Motors Corporation
("GM") and Delphi Technologies, Inc. ("Delphi").

The parties enter this agreement to establish licenses in intellectual property owned by
GM prior to the separation of Delphi from GM.

Capitalized terms are defined in section 5.

1 -   Patents

The licenses granted in this section 1 are subject to the restrictions set forth in the
Technology Transfer Agreement executed herewith between the parties, and to
rights granted to others prior to the Effective Date, and are effective as of the
Effective Date.

1.1   Delphi patent license to GM

(a)   Delphi hereby grants (and will cause Delphi Affiliates to grant) to GM a
non-exclusive, world-wide, irrevocable license (including the right to grant
sublicenses to GM Affiliates) under Delphi Patents to make, have made, use, have
used, offer to sell, sell and import products, processes and services.

(b)   However, Delphi and Delphi Affiliates reserve the right to collect
reasonable royalties/damages from suppliers to GM and GM Affiliates under
Delphi Current Component Patents in those situations where:

- GM or a Designated GM Affiliate has not committed prior to the
Effective Date to a particular supplier for a product or process covered by a
Delphi Current Component Patent,

- GM or a Designated GM Affiliate has not later entered a further contract
with that supplier for that product or a replacement for that product covered by the
same patent and not requiring substantial new tooling design,

- GM or a Designated GM Affiliate has not later entered a further contract
with that supplier for that process or a replacement of that process covered by the
same patent that does not incorporate any substantial change in the process,

- collection of such reasonable royalties/damages is not inconsistent with any supply terms or conditions agreed to by GM or a Designated GM Affiliate and a supplier prior to the Effective Date, and

- GM and Delphi or the Delphi Business Sector have not otherwise agreed in any prior or subsequent written agreements.

(c)     Nothing in this clause 1.1 will preclude Delphi from collecting royalties from Delphi Affiliates on sales under Delphi Patents to GM and GM Affiliates.

1.2     GM patent license to Delphi

(a)     GM hereby grants (and will cause GM Affiliates to grant) to Delphi a non-exclusive, world-wide, irrevocable license (including the right to grant sublicenses to Delphi Affiliates) under GM Patents to make, have made, use, have used, offer to sell, sell and import products, processes and services.

(b)     However, GM and GM Affiliates reserve the right to collect reasonable royalties/damages from suppliers to Delphi and Delphi Affiliates under GM Patents in those situations where:

- the Delphi Business Sector has not committed prior to the Effective Date to a particular supplier for a product or process covered by a GM Patent,

- Delphi or a Designated Delphi Affiliate has not later entered a further contract with that supplier for that product or a replacement for that product covered by the same patent and not requiring substantial new tooling design,

- Delphi or a Designated Delphi Affiliate has not later entered a further contract with that supplier for that process or a replacement of that process covered by the same patent that does not incorporate any substantial change in the process,

- collection of such reasonable royalties/damages is not inconsistent with any supply terms or conditions agreed to by the Delphi Business Sector and a supplier prior to the Effective Date, and

- GM and Delphi or the Delphi Business Sector have not otherwise agreed in any prior or subsequent written agreements.

1.3     Additional licenses

(a)     If Delphi is assigned an interest in a Patent pursuant to clause 1.4(a) of the Intellectual Property Transfer Agreement executed herewith between the parties, Delphi will grant to GM a non-exclusive, world-wide, fully paid, irrevocable

2

license (including the right to grant sublicenses to GM Affiliates) to make, have made, use, have used, offer to sell, sell and import products, processes and services under the Patent.

(b)    If GM is assigned an interest of a Patent pursuant to clause 1.4(b) of the Intellectual Property Transfer Agreement executed herewith between the parties, GM will grant to Delphi a non-exclusive, world-wide, fully paid, irrevocable license (including the right to grant sublicenses to Delphi Affiliates) to make, have made, use, have used, offer to sell, sell and import products, processes and services under the Patent.

## 2 -   Copyrights

The licenses granted in this section 2 are subject to the restrictions set forth in the Technology Transfer Agreement executed herewith between the parties, and to rights granted to others prior to the Effective Date, and are effective as of the Effective Date.

### 2.1   Delphi copyright license to GM

Delphi hereby grants (and will cause Delphi Affiliates to grant) to GM a non-exclusive, world-wide, irrevocable license (including the right to grant sublicenses to GM Affiliates) under Delphi Copyrights and Delphi Affiliate Copyrights.

### 2.2   GM copyright license to Delphi

GM hereby grants (and will cause GM Affiliates to grant) to Delphi a non-exclusive, world-wide, irrevocable license (including the right to grant sublicenses to Delphi Affiliates) under GM Copyrights and GM Affiliate Copyrights.

## 3 -   Equal value

An independent accounting firm has concluded that the aggregate value of licenses granted to Delphi by GM and GM Affiliates is approximately equal to the aggregate value of licenses granted to GM by Delphi and Delphi Affiliates. Accordingly, no payment by either party to the other is necessary to make such licenses of equal value, and all licenses granted in this agreement are fully paid.

## 4 -   Other provisions

### 4.1   Term

This agreement will remain in effect until all rights and obligations have expired.

3

4.2    Notices

All notices or other communications relating to this agreement must be written, and will be deemed to have been properly given when delivered in person, received by facsimile, or delivered by registered or certified mail as shown by a return receipt. Such notices or other communications must be addressed as follows:

If to GM:       General Motors Corporation
                Legal Staff
                P.O. Box 33114
                Detroit MI  48232

                Attention:       Patent Counsel
                Facsimile:       313-974-1374

If to Delphi:   Delphi Technologies, Inc.
                Legal Staff
                P.O. Box 33114
                Detroit MI  48232

                Attention:       Patent Counsel
                Facsimile:       313-974-0593

Either party may change its address by notice to the other.

4.3    Disputes

The parties will use all reasonable efforts to resolve any dispute arising from or in connection with this agreement, and to that end will refer any such dispute to the GM and Delphi Automotive Systems Corporation vice presidents responsible for engineering matters. If a dispute is not resolved in that manner, then the dispute resolution provisions of the Master Separation Agreement between GM and Delphi Automotive Systems Corporation will apply.

4.4    Sublicenses

Either party may sublicense its rights under this agreement to the successors to the portions of its business or its Affiliate's business to which such rights relate, provided such sublicense is limited to continuation of such portion of such business and does not extend to other activities of the successor in interest or to new activities beyond the scope of such portion of such business.

4

5 -    <u>Definitions</u>

"Control" of an organization means direct or indirect possession of the power to direct or cause direction of the management of the policies of the organization, whether through the ownership of voting securities, by contract or otherwise. "Controlling" and "Controlled" have the corollary meanings ascribed thereto.

"Delphi Affiliate" means any organization directly or indirectly Controlling, Controlled by, or under common Control with Delphi at any time.

"Delphi Affiliate Copyright" means a copyright or semiconductor chip mask work right in which a Delphi Affiliate has an ownership interest immediately prior to the Effective Date, but excluding Delphi Restricted Technology Copyrights.

"Delphi Affiliate Patent" means a Patent in which a Delphi Affiliate has an ownership interest immediately prior to the Effective Date.

"Delphi Business Sector" means domestic and foreign operations of the Delphi Automotive Systems business sector of GM, and its predecessor organizations. The Delphi Business Sector is the predecessor to Delphi Automotive Systems Corporation and its subsidiaries.

"Delphi Copyright" means a copyright or semiconductor chip mask work right assigned to Delphi pursuant to the Intellectual Property Transfer Agreement executed herewith between the parties.

"Delphi Current Component Patent" means a Delphi Patent (a) primarily related to a component made or sold by the Delphi Business Sector prior to the Effective Date, or (b) primarily related to a component (i) involved immediately prior to the Effective Date in a Delphi Business Sector development program set forth in the attached schedule A and (ii) not involved in a GM development program immediately prior to the Effective Date that GM continues (either alone or with a supplier other than Delphi or a Delphi Affiliate) following the Effective Date.

"Delphi Patent" means a Patent assigned to Delphi pursuant to the Intellectual Property Transfer Agreement executed herewith between the parties, or a Delphi Affiliate Patent, but excluding Delphi Restricted Technology Patents.

"Delphi Restricted Technology Copyright" means a copyright or a semiconductor chip mask work right assigned to Delphi pursuant to the Intellectual Property Transfer Agreement executed herewith between the parties, and directed to a technology (i) subject to restriction and (ii) in which Delphi or a Delphi Affiliate has an ownership interest, as provided in the Technology Transfer Agreement executed herewith between the parties.

5

"Delphi Restricted Technology Patent" means a Patent assigned to Delphi pursuant to the Intellectual Property Transfer Agreement executed herewith between the parties, and directed to a technology (i) subject to restriction and (ii) in which Delphi or a Delphi Affiliate has an ownership interest, as provided in the Technology Transfer Agreement executed herewith between the parties.

"Designated Delphi Affiliate" means a Delphi Affiliate designated by Delphi at any time.

"Designated GM Affiliate means a GM Affiliate designated by GM at any time.

"Effective Date" means 1 January 1999.

"GM Affiliate" means an organization directly or indirectly Controlled by GM at any time, but excluding Delphi Automotive Systems Corporation and its subsidiaries.

"GM Affiliate Copyright" means a copyright or semiconductor chip mask work right in which a GM Affiliate has an ownership interest immediately prior to the Effective Date, but excluding GM Restricted Technology Copyrights.

"GM Affiliate Patent" means a Patent in which a GM Affiliate has an ownership interest immediately prior to the Effective Date.

"GM Copyright" means a copyright or semiconductor chip mask work right in which GM has an ownership interest immediately prior to the Effective Date and not assigned to Delphi pursuant to the Intellectual Property Transfer Agreement executed herewith between the parties, but excluding GM Restricted Technology Copyrights.

"GM Patent" means a  Patent in which GM or Saturn has an ownership interest immediately prior to the Effective Date and not assigned to Delphi pursuant to the Intellectual Property Transfer Agreement executed herewith between the parties, or a GM Affiliate Patent, but excluding GM Restricted Technology Patents.

"GM Restricted Technology Copyright" means a copyright or semiconductor chip mask work right directed to a technology (i) subject to restriction and (ii) in which GM or a GM Affiliate retains an ownership interest after the Effective Date, as provided in the Technology Transfer Agreement executed herewith between the parties.

"GM Restricted Technology Patent" means a Patent directed to a technology (i) subject to restriction and (ii) in which GM or a GM Affiliate retains an ownership

interest after the Effective Date, as provided in the Technology Transfer
Agreement executed herewith between the parties.

"Patent" means a domestic or foreign patent, utility model or industrial design
granted on an invention conceived prior to the Effective Date; an application for a
patent, utility model or industrial design on such an invention; the right to apply
for a patent, utility model or industrial design on such an invention; and any other
intellectual property rights in such an invention.

"Saturn" means Saturn Corporation, a GM Affiliate.

The parties have signed two copies of this agreement as of the Effective Date.

GENERAL MOTORS CORPORATION        DELPHI TECHNOLOGIES, INC.

By _____        By _____

Name  Thomas J. Davis            Name  Andrew Brown, Jr.

Title  Vice President and        Title  President.
       Group Executive

7

## Schedule A - Development Programs

the confidential Technology Database – 6 pages
provided to the GM Patent Counsel prior to the Effective Date
is incorporated by reference

Master Restructuring Agreement

## Exhibit 5.01(a)(xi)
**Intellectual Property Transfer Agreement dated as of December 4, 1998
between DTI and GM**

**Exhibit G-3**

4 December 1998

GM - DELPHI
INTELLECTUAL PROPERTY TRANSFER AGREEMENT

This Intellectual Property Transfer Agreement is between General Motors Corporation
("GM") and Delphi Technologies, Inc. ("Delphi").

The parties enter this agreement to transfer certain intellectual property from GM to
Delphi in connection with the separation of Delphi from GM.

Capitalized terms are defined in section 3.

1 -    Patents, copyrights

1.1    Assignment of Patents to Delphi

(a)    GM hereby assigns (and will cause Saturn to assign) their interest in the
Delphi Patents to Delphi, together with the right to sue for past infringement.
Such assignment is subject to the rights of joint owners, and to rights granted to
others prior to the Effective Date, and is effective on the Effective Date. Delphi
will be responsible for recording such assignment to the extent required by local
law; the costs of recording will be considered a Project Oracle expense.

(b)    Schedule A lists US Patents assigned pursuant to clause 1.1(a). The
parties recognize schedule A may not be a complete list of such US Patents.
Foreign Patents corresponding to the US Patents listed in schedule A are also
assigned pursuant to clause 1.1(a).

(c)    If the parties discover that any Patent assigned to Delphi hereunder is not a
Delphi Patent, Delphi will reassign such Patent and the corresponding foreign
Patents to GM or Saturn. If the parties discover that any Delphi Patent is not
included on schedule A, they will amend schedule A to include that Patent.

(d)    GM hereby assigns to Delphi a joint ownership interest in the Patents
listed in schedule B, and in the corresponding foreign Patents, including the right
to sue for past infringement. Such assignment is subject to the rights of joint
owners, and to rights granted to others prior to the Effective Date, and is effective
on the Effective Date. Delphi will be responsible for recording such assignments
to the extent required by local law; the costs of recording will be considered a
Project Oracle expense. GM and Delphi will bear equal shares of all fees
associated with prosecution and maintenance of the Patents listed in schedule B.
GM will retain responsibility for prosecution and maintenance of the Patents
listed in schedule B, subject to the provisions of clause 1.4 of this agreement, and
will invoice Delphi for its share of the fees.

(e)    In those situations where a Patent is owned jointly by GM or a GM Affiliate on the one part and Delphi or a Delphi Affiliate on the other part - at any time after the Effective Date – then each joint owner may exercise all incidents of ownership in such Patent without consulting with or accounting to the other. However, GM and GM Affiliates may not license any such Patent to a Delphi Affiliate, and Delphi and Delphi Affiliates may not license any such Patent to a GM Affiliate. The parties may vary the terms of this clause 1.1(e) by written agreement at any time, either with respect to a particular Patent or with respect to all such Patents.

1.2    Assignment of copyrights to Delphi

(a)    GM hereby assigns its interest in the Delphi Copyrights to Delphi, together with the right to sue for past infringement. Such assignment is subject to the rights of joint owners, and to rights granted to others prior to the Effective Date, and is effective on the Effective Date. Delphi will be responsible for recording such assignment to the extent required by local law; the costs of recording will be considered a Project Oracle expense.

(b)    Schedule C lists copyright registrations assigned pursuant to clause 1.2(a). The parties recognize schedule C may not be a complete list of Delphi Copyright registrations.

(c)    If the parties discover that any copyright assigned pursuant to clause 1.2(a) is not a Delphi Copyright, Delphi will reassign such copyright to GM. If the parties discover that any Delphi Copyright is not included on schedule C, they will amend schedule C to include that Delphi Copyright.

1.3    Cooperation in securing and enforcing IP rights

The parties will cooperate with each other in a reasonable manner to secure and enforce intellectual property rights, including (without limitation) executing any lawful papers that a party considers helpful to secure and enforce such rights.

1.4    Maintenance of patents

(a)    If GM or Saturn elects to allow any patent or patent application filed prior to the Effective Date to lapse or become abandoned, GM will notify (or cause Saturn to notify) Delphi of its intention to do so at least 60 days prior to the date on which the patent is due to lapse or become abandoned, but GM and Saturn will have no liability to Delphi if it fails to do so. Delphi may then assume control of such patent at its own expense by providing written notice to such effect at least 30 days prior to the date the patent lapses or becomes abandoned. Upon receiving such notice, GM will assign (or cause Saturn to assign) its interest in the patent to Delphi, together with the right to sue for past infringement. Such assignment will

2

be subject to the rights of joint owners, and to rights granted to others prior to the assignment.

(b)    If Delphi elects to allow any patent or patent application filed prior to the Effective Date and transferred under this agreement to lapse or become abandoned, Delphi will notify GM of its intention to do so at least 60 days prior to the date on which the patent is due to lapse or become abandoned, but Delphi will have no liability to GM if it fails to do so.  GM may then assume control of such patent at its own expense by providing written notice to such effect at least 30 days prior to the date the patent lapses or becomes abandoned.  Upon receiving such notice, Delphi will assign its interest in the patent to GM, together with the right to sue for past infringement.  Such assignment will be subject to the rights of joint owners, and to rights granted to others prior to the assignment.

2 -    <u>Other provisions</u>

2.1    Term

This agreement will remain in effect until all rights and obligations have expired.

2.2    Notices

All notices or other communications relating to this agreement must be written, and will be deemed to have been properly given when delivered in person, received by facsimile, or delivered by registered or certified mail as shown by a return receipt.  Such notices or other communications must be addressed as follows:

If to GM:    General Motors Corporation
Legal Staff
P.O. Box 33114
Detroit MI  48232

Attention:    Patent Counsel
Facsimile:    313-974-1374

If to Delphi:    Delphi Technologies, Inc.
Legal Staff
P.O. Box 33114
Detroit MI  48232

Attention:    Patent Counsel
Facsimile:    313-974-0593

Either party may change its address by notice to the other.

3

2.3     Disputes

The parties will use all reasonable efforts to resolve any dispute arising from or in
connection with this agreement, and to that end will refer any such dispute to the
GM and Delphi Automotive Systems Corporation vice presidents responsible for
engineering matters.  If a dispute is not resolved in that manner, then the dispute
resolution provisions of the Master Separation Agreement between GM and
Delphi Automotive Systems Corporation will apply.

3 -     <u>Definitions</u>

"Control" of an organization means direct or indirect possession of the power to
direct or cause direction of the management of the policies of the organization,
whether through the ownership of voting securities, by contract or otherwise.
"Controlling" and "Controlled" have the corollary meanings ascribed thereto.

"Delphi Additional Component Patent" means a Patent, other than a Delphi
Algorithm Patent or a Delphi Current Component Patent, which the parties agree
has highest value to Delphi, and in which GM or Saturn has an ownership interest
immediately prior to the Effective Date.

"Delphi Affiliate" means an organization directly or indirectly Controlling,
Controlled by, or under common Control with Delphi at any time.

"Delphi Algorithm Patent" means a Patent directed to an algorithm invented or
maintained by the Delphi Business Sector, and in which GM or Saturn has an
ownership interest immediately prior to the Effective Date.

"Delphi Business Sector" means domestic and foreign operations of the Delphi
Automotive Systems business sector of GM, and its predecessor organizations.
The Delphi Business Sector is the predecessor of Delphi Automotive Systems
Corporation and its subsidiaries.

"Delphi Current Component Patent" means a Patent primarily related to
components made or sold by the Delphi Business Sector prior to the Effective
Date, and in which GM or Saturn has an ownership interest immediately prior to
the Effective Date.

"Delphi Copyright" means a copyright or semiconductor chip mask work right in
material created by the Delphi Business Sector prior to the Effective Date, and in
which GM has an ownership interest immediately prior to the Effective Date, but
excluding GM Restricted Technology Copyrights.

"Delphi Patents" means Delphi Current Component Patents, Delphi Additional
Component Patents and Delphi Algorithm Patents, but excluding GM Restricted
Technology Patents.

4

"Effective Date" means 1 January 1999.

"GM Affiliate" means an organization directly or indirectly Controlled by GM at any time, but excluding Delphi Automotive Systems Corporation and its subsidiaries.

"GM Restricted Technology Copyright" means a copyright or semiconductor chip mask work right directed to a technology (i) subject to restriction and (ii) in which GM or a GM Affiliate retains an ownership interest after the Effective Date, as provided in the Technology Transfer Agreement executed herewith between the parties.

"GM Restricted Technology Patent" means a Patent directed to a technology (i) subject to restriction and (ii) in which GM or a GM Affiliate retains an ownership interest after the Effective Date, as provided in the Technology Transfer Agreement executed herewith between the parties.

"Patent" means a domestic or foreign patent, utility model or industrial design granted on an invention conceived prior to the Effective Date; an application for a patent, utility model or industrial design on such an invention; the right to apply for a patent, utility model or industrial design on such an invention; and any other intellectual property rights in such an invention.

"Saturn" means Saturn Corporation, a GM subsidiary.

The parties have signed two copies of this agreement as of the Effective Date.

GENERAL MOTORS CORPORATION

By _____

Name  Thomas J. Davis

Title  Vice President and
       Group Executive

DELPHI TECHNOLOGIES, INC.

By _____

Name  Andrew Brown, Jr.

Title  President

5

<u>Schedules</u>

A    Delphi Patents
       A1    Patents in force - GM owns entire interest & assigns to Delphi
       A2    Pending applications - GM owns entire interest & assigns to Delphi
       A3    Active invention files - GM owns entire interest & assigns to Delphi
       A4    Patents in force - Saturn owns entire interest & assigns to Delphi
       A5    Pending applications - Saturn owns entire interest & assigns to Delphi
       A6    Active invention files - Saturn owns entire interest & assigns to Delphi
       A7    Patents in force - GM owns partial interest & assigns to Delphi
       A8    Pending applications - GM owns partial interest & assigns to Delphi
       A9    Active invention files - GM owns partial interest & assigns to Delphi
B    Joint Patents
       B1    Patents in force
       B2    Pending applications
       B3    Active invention files
C    Delphi Copyright Registrations

6