Global Settlement Agreement

# Exhibit C
## Outstanding Delphi Invoices for which GM Has Withheld Payment Due To Outstanding Prepetition Activities

05-44481-rdd    Doc 14165-14    Filed 09/12/08    Entered 09/12/08 18:07:50    Exhibit C
- Outstanding Delphi Invoices for which GM Has Withheld Payment Due To    Pg 1 of 2

Exhibit C

| Division | PO Number | PO Amount | Invoice No. | Invoice Date | Invoice Amount |
| --- | --- | --- | --- | --- | --- |
| T&I | 0W9J008 | 2,342,610.00 | 97137408 | 11/30/2006 | 2,029,777.71 |
| T&I | ONHX00P | 761,100.00 | 97224590 | 12/18/2006 | 761,100.00 |
| T&I | DTG001NZ | 1,536,500.00 | 97426960 | 01/31/2007 | 1,536,500.00 |
| E&S | 19LJ00GF | 1,500,000.00 | 97265917 | 12/23/06 | 1,500,000.00 |
| S | 06HT02RD | 2,134,661.00 | 5784 | 03/27/07 | 2,134,661.00 |
| T&I | 0K9B001G | 1,910,000.00 | 97845829 | 04/19/07 | 1,576,266.37 |
| T&I | 153G000C | 316,125.00 | 98303090 | 07/31/07 | 316,125.00 |
| S | 09P1004B | 2,531,351.73 | 5826 | 06/29/07 | 2,531,351.73 |