Global Settlement Agreement

# Exhibit E

# Letter Agreement dated May 12, 2008 Among Delphi and GM Regarding Procedure for Payment of Buy-Down Payments

05-44481-rdd    Doc 14165-16    Filed 09/12/08    Entered 09/12/08 18:07:50    Exhibit E
- Letter Agreement dated May 12    2008 Among Delphi and GM Regarding Pr    Pg 1 of 2

# Exhibit E

## Letter Agreement dated May 12, 2008 Among Delphi and GM Regarding Procedure for Payment of Buy-Down Payments

**FILED UNDER SEAL**