SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti
Thomas J. Matz

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                      :
      In re                                       :     Chapter 11
                                                  :
DELPHI CORPORATION, et al.,       :     Case No. 05-44481 (RDD)
                                                  :
                                                  :     (Jointly Administered)
                                                  :
               Debtors.                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF FILING OF EXHIBITS TO EXPEDITED MOTION FOR ORDER UNDER
11 U.S.C. § 363 FOR AUTHORITY TO MODIFY BENEFITS UNDER HOURLY
AND SALARIED PENSION PROGRAMS AND MODIFY APPLICABLE
UNION AGREEMENTS IN CONNECTION THEREWITH

("HOURLY AND SALARIED PENSION PROGRAM MODIFICATION MOTION
EXHIBIT NOTICE")

PLEASE TAKE NOTICE THAT on September 12, 2008, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), filed their Expedited Motion For Order Under 11 U.S.C. § 363 For Authority To Modify Benefits Under Hourly And Salaried Pension Programs And Modify Applicable Union Agreements In Connection Therewith (the "Motion").

PLEASE TAKE FURTHER NOTICE THAT in connection with the Motion, the Debtors have today filed the following exhibits to the Motion (the "Exhibits"):

| **Exhibit** | **Description** |
|---|---|
| 1 | UAW MOU Approval Order and exhibits thereto (Docket No. 8693) |
| 2 | UAW-Delphi Supplemental Agreement (Attachment B), dated April 29, 2004, and Letter regarding Delphi UAW "Buy Down" Employees, dated September 17, 2007 |
| 3 | IUE-CWA MOU Approval Order and exhibits thereto (Docket No. 9106) |
| 4 | Letter regarding Delphi IUE-CWA "Buy Down" Employees, dated September 20, 2007 |
| 5 | USW MOU Approval Order and exhibits thereto (Docket No. 9169) |
| 6 | Letter regarding Delphi Benefits for USW-Home Avenue Employees, dated January 9, 2007 |
| 7 | IUOE, IBEW, And IAM MOU Approval Order and exhibits thereto (Docket No. 9107) |
| 8 | Letter regarding Delphi IAM, IBEW and IUOE "Buy Down" Employees, dated January 24, 2008 |
| 9 | Management Compensation Plan and Supplemental Management Compensation Plan (Exhibit 7.8 to the Chapter 11 Plan) |
| 10 | Delphi Salaried Retirement Savings Program |

| Exhibit | Description |
|---|---|
| 11 | Supplemental Executive Retirement Plan ("Approved SERP") filed with the SEC on February 20, 2008 |
| 12 | Adoption Agreement and Salaried Retirement Equalization Savings Program filed with the SEC on January 31, 2008 ("Approved SRESP") |
| 13 | Amended Supplemental Executive Retirement Plan ("Amended SERP") |
| 14 | Amended Salaried Retirement Equalization Savings Program and Adoption Agreement ("Amended SRESP") |
| 15 | Amended SERP marked to show changes from the Approved SERP |
| 16 | Adoption Agreement marked to show changes to the Amended SRESP from the Approved SRESP |

PLEASE TAKE FURTHER NOTICE THAT copies of the Exhibits can be obtained at http://www.nysb.uscourts.gov or free of charge at http://www.delphidocket.com or, upon reasonable written request, from the Case Administration Agent, Kurtzman Carlson Consultants LLC, 2335 Alaska Avenue, El Segundo, California 90245, Att'n: Delphi Corporation, et al.

Dated:    New York, New York
          September 12, 2008

        SKADDEN, ARPS, SLATE, MEAGHER
         & FLOM LLP

By:  */s/* John Wm. Butler, Jr.
     John Wm. Butler, Jr.
     John K. Lyons
     Ron E. Meisler
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700

        - and –

By:  */s/* Kayalyn A. Marafioti
     Kayalyn A. Marafioti
     Thomas J. Matz
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession