Exhibit 6

Letter regarding Delphi Benefits for USW-Home Avenue Employees, dated January 9, 2007

# DELPHI

Memo

GEN 08-01

Date:        January 9, 2008

To:           Personnel Directors – USW-Represented Employees at Home Avenue Only
              Local Union Benefit Representatives
              (U.S. Operations)

Subject:     Delphi Benefits for USW-Home Avenue Employees

***Please provide a copy of this letter to your Local USW Benefit Representative(s) at Home Avenue.***

In order to provide a better understanding of the benefits of USW-represented employees at Home Avenue as of January 1, 2008, the following information is provided.

Effective January 1, 2008, all USW-represented hourly production and skilled trades employees at Home Avenue who did not buy out, elect the pre-retirement program option, or retire in accordance with the Special Attrition Program – Transformation will have their benefits changed in accordance with Attachments D and Appendix F of the "USW-Delphi-GM Memorandum of Understanding – Home Avenue Delphi Restructuring" dated August 16, 2007 ("MOU"). Specifically:

Pension
Employees with seniority as of May 28, 1999, who are "Covered Employees" under Attachment B of the MOU and are eligible for the Delphi Hourly-Rate Employees Pension Plan ("Delphi HRP"), will continue to be eligible to earn credited service in accordance with the Delphi HRP until the Delphi HRP is frozen.

As of the Freeze Date, such Covered Employees who are eligible for the Delphi HRP will remain eligible for vesting and eligibility service under the Delphi HRP but will no longer earn benefit accruals in the Delphi HRP. They will, however, become eligible to accrue credited service under the General Motors Hourly-Rate Employees Pension Plan ("GM HRP") for all purposes (i.e., vesting, eligibility, and future benefit accruals) as described in Attachment B of the MOU.

Employees who are not participants in the Delphi HRP will continue to receive applicable Company contributions to their Delphi Personal Savings Plan account.

Other Post-Employment Benefits
Effective January 1, 2008, no USW-represented hourly production and skilled trades employees at Home Avenue are eligible to receive employer-paid post-retirement health care or post-retirement life insurance benefits from Delphi. However, employee-paid life insurance may be continued in retirement.

Covered Employees who are eligible for the Delphi HRP and become eligible to retire within 7 years of the Freeze Date are eligible to receive employer-paid post-retirement health care and

post-retirement life insurance benefits from General Motors in accordance with Attachment B of the MOU.  Such Covered Employees are not eligible to receive credits in the Retiree Medical Account from Delphi.

USW-Home Avenue employees who are not Covered Employees are eligible to receive credits in the Retiree Medical Account from Delphi commencing as of January 1, 2008.  These employees will be assigned a B4 benefit code (as determined by Employee Benefits) effective January 1, 2008.

Disability Benefits
Employees on Sick Leave or Extended Disability Leave will have their benefits calculated on their wage rate as adjusted on January 1, 2008.

Attachment A provides the communication that will be sent to all USW-represented employees at Home Avenue who did not buy out, elect the pre-retirement program option, or retire. This communication includes a copy of Attachments D and Appendix F of the MOU.

This material will be sent to affected employees during the week of January 14, 2008.

If you have any questions, please call:

| | | |
|---|---|---|
| Pension | Brian Studer | (248) 813-1256 |
| Personal Savings Plan | Anthony Stephens | (248) 813-1251 |
| Life and Disability | Nancy Wilking | (248) 813-1258 |
| Health Care | Deanna Schohl | (248) 813-1253 |

Sincerely,

*John L. DeMarco*

John L. DeMarco
Director
Pension and Welfare Benefit Plans

Thomas Smith
Director
Health Care

                                                                  Attachment A

January 9, 2008

Dear Delphi Employee:

According to our records, you elected to continue working under the recently negotiated "USW-Delphi-GM Memorandum of Understanding – Home Avenue, Delphi Restructuring" dated August 16, 2007 ("MOU").

This means that, effective January 1, 2008, your benefits will change in accordance with Attachments D and Appendix F of the MOU. This provides information concerning the changes to your benefits that will occur as a result of your election. These modifications apply to all employees who did not elect the buy out, the pre-retirement program option or to retire including those on leave and layoff.

The significant benefit modifications are as follows:

**Life and Disability Benefits**

The provisions of the Delphi Hourly Life and Disability Program remain the same except that benefits will be based on your new hourly rate of pay. This results in a change in the amount of life insurance, Sickness & Accident (S&A) benefits and Extended Disability Benefits (EDB) for which you are eligible.

If you are currently receiving S&A or EDB the amount of your benefit will change effective January 1, 2008. The duration of benefit available will be adjusted according to the new provisions. You will be notified by the National Benefit Center in the event your benefits will change as result of the provisions of Attachment D of the MOU.

Effective January 1, 2008, no USW-represented hourly production and skilled trades employees at Home Avenue are eligible to receive employer-paid post-retirement life insurance benefits from Delphi. However, employee-paid life insurance may be continued in retirement.

**Pension Benefits**

In accordance with the MOU, upon emergence from bankruptcy Delphi will freeze the Delphi Hourly-Rate Employees Pension Plan ("HRP").

Employees who are Covered Employees under Attachment B will receive credited service under the General Motors Hourly-Rate Employees Pension Plan ("GM Pension Plan") as described in Attachment B of the MOU.

Employees who are not participants in the Delphi HRP will continue to receive applicable Company contributions to their Delphi Personal Savings Plan account.

**Health Care**

Your current health care option will no longer be available effective January 1, 2008. You and your enrolled dependents will automatically be enrolled in the Supplemental Health Care Plan ("Supplemental Plan") as described in Appendix F of the MOU.

If you are currently enrolled in the Traditional Care Network ("TCN") or the Preferred Provider Option ("PPO") your carriers, network providers and covered services will remain the same. However, you will be required to meet certain deductibles before the plan pays and you will be required to pay coinsurance or make copayments for your care under the Supplemental Plan. If you are currently enrolled in a Health Maintenance Organization ("HMO") your carriers, network providers and covered services will change under the Supplemental Plan to the TCN. Additionally, you will be subject to the same deductible and coinsurance/copayment requirements as set forth under Appendix F of the MOU.

Attached is a brief benefit summary which describes the deductible and coinsurance/copayment requirements. The carriers for this coverage will be Blue Cross Blue Shield or United Healthcare for medical coverages (depending on your state of residence), Medco for prescription drug coverage, Value Options/CIGNA for mental health/substance abuse coverage and Northwood for durable medical equipment/prosthetics & orthotics. You will receive a new ID card within the next several weeks to be utilized when seeking services.

In addition to enrollment in the Supplemental Plan you will also be enrolled for a Health Reimbursement Account. This $600 account may be used for reimbursement of payments you made towards the deductibles and coinsurance/copayments under the Supplemental Plan. You will receive information from WageWorks, the administrator of this account, in the next several weeks.

**Retiree Medical Account**

Effective January 1, 2008, no USW-represented hourly production and skilled trades employees at Home Avenue are eligible to receive employer-paid post-retirement health care or post-retirement life insurance benefits from Delphi. However, employee-paid life insurance may be continued in retirement.

Employees who are not Covered Employees under Attachment B of the MOU (i.e., generally, any employee without seniority as of May 28, 1999) will be eligible for a Retiree Medical Account ("RMA") beginning January 1, 2008. This is described more fully in Attachment D of the MOU. Those employees who are Covered Employees under Attachment B who are eligible to retire or will be eligible for retirement (in accordance with the provisions of Attachment B of the MOU) within 7 years of the HRP freeze will not be eligible for the RMA. However, upon their retirement from Delphi, such Covered Employees will be eligible for post-retirement health care and life insurance from General Motors or for certain benefits under a Voluntary Employee Benefits Association (VEBA) plan to be established and administered by the USW.

The above information represents a summary of the modifications that apply to USW-Home Avenue active employees including those on leaves and layoffs. Actual eligibility and benefits are provided in accordance with the applicable collective bargaining agreements and plan language of the applicable benefit plans.

If you have questions concerning the Life or Health Care portions of this letter, you may contact the Delphi National Benefit Center at 1-866-335-7444 or at www.delphinbc.com.

If you have questions concerning the Pension or Personal Savings Plan portions of this letter, you may contact Fidelity at 1-877-389-2374 or www.yourdelphibenefits.com.

Delphi Corporation