LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4802
(212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (MS-4321)
Mark A. Broude (MB-1902)
Email: robert.rosenberg@lw.com
       mitchell.seider@lw.com
       mark.broude@lw.com

Attorneys for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION., et al | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     )   ss.:
COUNTY OF NEW YORK   )

Lauren Gaskill, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022.

2. On September 12, 2008, I caused true and correct copies of the Notice of Renewed Motion for an Order Authorizing the Official Committee of Unsecured Creditors to Prosecute the Debtors' Claims and Defenses Against General Motors Corporation; as well as Preliminary Objection of the Official Committee of Unsecured Creditors to the Debtors' Motions (I) To Approve an Agreement with General Motors Corporation to Amend the Master

NY\1451304.1

Restructuring Agreement and the Global Settlement Agreement, (II) To Approve an Amendment to Arrangement with General Motors Corporation Approved Pursuant to Second DIP Extension Order, (III) To Approve Modification of Benefits Under Hourly and Salaried Pension Programs and Modification of Applicable Union Agreements in Connection Therewith, and (IV) Establish Second Half 2008 AIP Targets and Continue AIP Program, to be served upon the parties identified in Exhibit A hereto in the manner indicated therein.

/s/ Lauren Gaskill<br>Lauren Gaskill

Sworn to before me this
12th day of September, 2008

/s/ Sarita Chalen
Sarita Chalen
Notary Public, State of New York
No. 01CH6028175
Qualified in Bronx County
Commission Expires July 26, 2009

NY\1451304.1

**Exhibit A**

**VIA HAND DELIVERY**

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green, 5th Floor
New York, New York 10004

**VIA FED-EX**

Brian S. Masumoto
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

**VIA FIRST CLASS MAIL**

| | |
|---|---|
| Bruce Simon<br>Cohen Weiss & Simon<br>330 W 42nd St<br>New York, NY 10036 | Paul W. Anderson<br>Flextronics International USA, Inc.<br>2090 Fortune Drive<br>San Jose, CA 95131 |
| Steven J Reisman<br>Curtis Mallet-Prevost Colt & mosle LLP<br>101 Park Ave<br>New York, NY 10178-0061 | Donald Bernstein<br>Davis Polk & Wardwell<br>450 Lexington Ave<br>New York, NY 10017 |
| Sean Corcoran<br>Karen Craft<br>Delphi Corporation<br>5725 Delphi Dr<br>Troy, MI 48098 | Michael Nefkens<br>Electronic Data Systems Corp<br>Bldg. 500 Renaissance Center, Rm. 20A<br>Detroit, MI 48243 |
| Carrie L. Schiff<br>Flextronics International<br>305 Interlocken Parkway<br>Broomfield, CO 80021 | Richard Lee Chambers III<br>Freescale Semiconductor Inc<br>6501 William Cannon Dr West<br>Md Oe16<br>Austin, TX 78735 |

NY\1451304.1

Randall S Eisenberg
FTI Consulting Inc
3 Times Square
11th Fl
New York, NY 10036

Valerie Venable
c/o GE Plastics
9930 Kincey Avenue
Huntersville, NC 28078

Frank L. Gorman, Esq.
Robert B. Weiss, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583

Lonie A Hassel
Groom Law Group
1701 Pennsylvania Ave Nw
Washington, DC 20006

Stephen H Gross
Hodgson Russ LLP
1540 Broadway
24th Fl
New York, NY 10036

Internal Revenue Service
Attn: Insolvency Department, Mario Valerio
290 Broadway, 5th Floor
New York NY 10007

Attn: Insolvency Department
Internal Revenue Service
477 Michigan Ave
Mail Stop 15
Detroit, MI 48226

Conference Board Chairman
IUE-CWA
2360 W Dorothy Ln
Ste 201
Dayton, OH 45439

Bill Derrough
Jefferies & Company Inc
520 Madison Ave
12th Fl
New York, NY 10022

Richard Duker
JPMorgan Chase Bank NA
270 Park Ave
New York, NY 10017

Thomas Moers Mayer
Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Patrick J. Healy
Daniel R. Fisher
Law Debenture Trust of New York
400 Madison Avenue, 4th Floor
New York, NY 10017

Susan Atkins
Gianni Russello
JPMorgan Chase Bank NA
277 Park Ave, 8th Floor
New York, NY 10172

Sheryl Betance
Kurtzman Carson Consultants
2335 Alaska Avenue
El Segundo, CA 90245

| | |
|---|---|
| David D. Cleary<br>Mohsin N. Khambati<br>Jason J. DeJonker<br>Peter A. Clark<br>McDermott Will & Emery LLP<br>227 West Monroe Street<br>Suite 5400<br>Chicago, IL   60606 | Leon Szlezinger<br>Mesirow Financial<br>666 Third Avenue<br>21st Floor<br>New York, NY 10017 |
| Joseph T Moldovan Esq<br>Morrison Cohen LLP<br>909 Third Ave<br>New York, NY 10022 | Office of New York State<br>Attorney General Eliot Spitzer<br>120 Broadway<br>New York City, NY 10271 |
| Tom A Jerman<br>Rachel Janger<br>O'Melveny & Meyer LLP<br>1625 Eye St Nw<br>Washington, DC 20006 | Robert Siegel<br>O'Melveny & Meyer LLP<br>400 South Hope St<br>Los Angeles, CA 90071 |
| Jeffrey Cohen<br>Pension Benefit Guaranty Corporation<br>1200 K Street Nw<br>Ste 340<br>Washington, DC 20005 | Ralph L Landy<br>Pension Benefit Guaranty Corporation<br>1200 K Street Nw<br>Ste 340<br>Washington, DC 20005-4026 |
| Sandra A Riemer<br>Phillips Nizer LLP<br>666 Fifth Ave<br>New York, NY 10103 | David L Resnick<br>Rothschild Inc<br>1251 Ave Of The Americas<br>New York, NY 10020 |
| Harvey R. Miller, Esq.<br>Michael P. Kessler, Esq.<br>Martin J. Bienenstock, Esq.<br>Jeffrey L. Tanenbaum, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Robert W Dremluck<br>Seyfarth Shaw LLP<br>620 Eigth Avenue<br>New York, NY 10018-1405 |
| Douglas Bartner<br>Jill Frizzley<br>Shearman & Sterling LLP<br>599 Lexington Ave<br>New York, NY 10022 | Kenneth S Ziman<br>Robert H Trust<br>William T Russell Jr<br>Simpson Thatcher & Bartlett LLP<br>425 Lexington Ave<br>New York, NY 10017 |

NY\1451304.1

| | |
|---|---|
| John Wm Butler<br>John K Lyons<br>Ron E Meisler<br>Skadden Arps Slate Meagher & Flom LLP<br>333 W Wacker Dr<br>Ste 2100<br>Chicago, IL 60606 | Kayalyn A Marafioti<br>Thomas J Matz<br>Skadden Arps Slate Meagher & Flom LLP<br>4 Times Square<br>New York, NY 10036 |
| Chester B Salomon<br>Constantine D Pourakis<br>Stevens & Lee PC<br>485 Madison Ave<br>20th Fl<br>New York, NY 10022 | Albert Togut<br>Togut Segal & Segal LLP<br>One Penn Plaza<br>Ste 3335<br>New York, NY 10119 |
| Alicia M Leonhard<br>United States Trustee<br>33 Whitehall St<br>21st Fl<br>New York, NY 10004-2112 | Fried, Frank, Harris, Shriver & Jacobson<br>One New York Plaza<br>New York, NY  10004<br>Attn: Brad Eric Scheler<br>         Bonnie Steingart<br>         Vivek Melwani<br>         Jennifer L. Rodburg<br>         Richard J. Slivinski |
| Steven M Cimalore<br>Wilmington Trust Company<br>Rodney Square North<br>1100 North Market St<br>Wilmington, DE 19890 | Brown Rudnick Berlack Israels LLP<br>Robert J. Stark<br>Seven Times Square<br>New York, NY 10036 |
| J. Brian McTigue<br>Cornish F. Hitchcock<br>McTigue Law Firm<br>5301 Wisconsin Ave. N.W.<br>Suite 350<br>Washington, DC 20015 | Mark Schonfeld, Regional Director<br>Northeast Regional Office<br>3 World Financial Center<br>Room 4300<br>New York, NY 10281 |
| Daniel D. Doyle<br>Nicholas Franke<br>Spencer Fane Britt & Browne LLP<br>1 North Brentwood Boulevard<br>Tenth Floor<br>St. Louis, MO 63105 | Warner Stevens LLP<br>Michael D. Warner<br>1700 City Center Tower, II<br>301 Commerce Street<br>Fort Worth Texas, 76102 |

NY\1451304.1

| | |
|---|---|
| Tyco Electronics Corporation<br>MaryAnn Brereton<br>60 Columbia Road<br>Morristown, NJ 07960 | Gregory A. Bray, Esq.<br>Thomas R. Kreller, Esq.<br>James E. Till, Esq.<br>Milbank, Tweed Hadley & McCloy LLP<br>601 South Figueroa Street, 30th Floor<br>Los Angeles, CA 90017 |
| John V. Gorman<br>Professional Technologies Services<br>P.O. Box #304<br>Frankenmuth, MI 48734 | Jason, Inc.<br>411 E. Wisconsin Avenue<br>Suite 2120<br>Milwaukee, WI 53202<br>Attn: Beth Klimczak<br>      General Counsel |
| Miami-Dade County Tax Collector<br>Metro-Dade Paralegal Unit<br>140 West Flagler Street<br>Suite 1403<br>Miami, FL 33130 | Dykema Gossett PLLC<br>Gregory J. Jordan<br>10 Wacker<br>Suite 2300<br>Chicago, IL 60606 |
| WL Ross & Co., LLC<br>1166 Avenue of the Americas<br>New York, NY 10036<br>Attn: Stephen Toy | Dykema Gossett PLLC<br>Brendan G. Best, Esq.<br>39577 Woodward Ave, Suite 300<br>Bloomfield Hills, MI 48304 |
| Pickrel-Shaeffer & Ebeling<br>Sarah B. Carter, Esq.<br>2700 Kettering Tower<br>Dayton, OH 45423 | Meyer, Suozzi, English & Klein, P.C.<br>990 Stewart Avenue, Suite 300<br>P.O. Box 9194<br>Garden City, NY 11530-9194 |

**Via E-Mail**

| | | |
|---|---|---|
| aaronsona@pepperlaw.com | andrew.herenstein@quadranglegroup.com | pwcarey@modl.com |
| abrilliant@goodwinproctor.com | | bankruptcy@goodwin.com |
| adalberto@canadas.com | andrew.kassner@dbr.com | barnold@whdlaw.com |
| aee@hurwitzfine.com | anne.kennelly@hp.com | bbeckworth@nixlawfirm.com |
| aenglund@orrick.com | aordubegian@weineisen.com | bellis-monro@sgrlaw.com |
| agelman@sachnoff.com | arosenberg@paulweiss.com | Ben.Caughey@icemiller.com |
| agottfried@morganlewis.com | jbrass@paulweiss.com | bharwood@sheehan.com |
| akatz@entergy.com | asherman@sillscummis.com | bhoover@goldbergsegalla.com |
| alan.mills@btlaw.com | aswiech@akebono-usa.com | bkessinger@akebono-usa.com |
| aleinoff@amph.com | athau@cm-p.com | bmcdonough@teamtogut.com |
| amalone@colwinlaw.com | attorneystella@sszpc.com | bmehlsack@gkllaw.com |
| amathews@robinsonlaw.com | austin.bankruptcy@publicans.com | bnathan@lowenstein.com |
| amccollough@mcguirewoods.com | axs@maddinhauser.com | bsmoore@pbnlaw.com |
| amcmullen@bccb.com | ayala.hassell@eds.com | bspears@winstead.com |
| amoog@hhlaw.com | bankrupt@modl.com | cahn@clm.com |

| | | |
|---|---|---|
| cahope@chapter13macon.com | efox@klng.com | japplebaum@clarkhill.com |
| carol.weiner.levy@srz.com | egc@lydenlaw.com | javanzato@apslaw.com |
| carol_sowa@denso-diam.com | egeekie@schiffhardin.com | jay.hurst@oag.state.tx.us |
| carren.shulman@hellerehrman.com | eglas@mccarter.com | jay.selanders@kutakrock.com |
| caseyl@pepperlaw.com | egunn@mcguirewoods.com | jbernstein@mdmc-law.com |
| cbattaglia@halperinlaw.net | ekutchin@kutchinrufo.com | jcrotty@rieckcrotty.com |
| ahalperin@halperinlaw.net | elazarou@reedsmith.com | jdonahue@miheritage.com |
| jdyas@halperinlaw.net | elizabeth.flaagan@hro.com | jeannine.damico@cwt.com |
| cbelmonte@ssbb.com | Elliott@cmplaw.com | Jeff.Ott@molex.com |
| cdruehl@goodwinproctor.com | emarcks@ssd.com | jeffery.gillispie@infineon.com |
| cfortgang@silverpointcapital.com | emccolm@paulweiss.com | jeisenhofer@gelaw.com |
| cgalloway@atsautomation.com | emeyers@mrrlaw.net | jengland@linear.com |
| charles@filardi-law.com | enrique.bujidos@es.pwc.com | jforstot@tpw.com |
| chill@bsk.com | ephillips@thurman-phillips.com | jgtougas@mayerbrown.com |
| ckm@greensfelder.com | eray@balch.com | jguerrier@dreierllp.com |
| jpb@greensfelder.com | ewaters@sheppardmullin.com | jguy@orrick.com |
| cnorgaard@ropers.com | ferrell@taftlaw.com | jh@previant.com |
| Cohen.Mitchell@arentfox.com | ffm@bostonbusinesslaw.com | mgr@previant.com |
| craig.freeman@alston.com | fholden@orrick.com | jharris@quarles.com |
| crieders@gjb-law.com | fstevens@foxrothschild.com | jhlemkin@duanemorris.com |
| cs@stevenslee.com | ftrikkers@rikkerslaw.com | jkp@qad.com |
| cp@stevenslee.com | fusco@millercanfield.com | jkreher@hodgsonruss.com |
| cschulman@sachnoff.com | fyates@sonnenschein.com | jlanden@madisoncap.com |
| csullivan@bsk.com | gdiconza@dlawpc.com | jlapinsky@republicengineered.com |
| cweidler@paulweiss.com | george.cauthen@nelsonmullins.com | jlevi@toddlevi.com |
| dadler@mccarter.com | gerdekomarek@bellsouth.net | jmanheimer@pierceatwood.com |
| dallas.bankruptcy@publicans.com | gettelman@e-hlaw.com | jmbaumann@steeltechnologies.com |
| david.aaronson@dbr.com | ggotto@kellerrohrback.com | jminias@stroock.com |
| david.boyle@airgas.com | ggreen@fagelhaber.com | jmoennich@wickenslaw.com |
| david.lemke@wallerlaw.com | gjarvis@ggelaw.com | jmsullivan@mwe.com |
| davidpmartin@erisacase.com | gkurtz@ny.whitecase.com | jmurch@foley.com |
| davidpmartin@bellsouth.net | guzzi@whitecase.com | joel_gross@aporter.com |
| dbaty@honigman.com | dbaumstein@ny.whitecase.com | john.brannon@tklaw.com |
| dbrown@klettrooney.com | gogimalik@andrewskurth.com | john.gregg@btlaw.com |
| dconnolly@alston.com | gpeters@weltman.com | john.persiani@dinslaw.com |
| dwender@alston.com | gravert@mwe.com | john.sieger@kattenlaw.com |
| dcrapo@gibbonslaw.com | greenj@millercanfield.com | jonathan.greenberg@BASF.COM |
| ddavis@paulweiss.com | greg.bibbes@infineon.com | jorenstein@aoblaw.com |
| ddeutsch@chadbourne.com | gregory.kaden@ropesgray.com | jposta@sternslaw.com |
| ddragich@foley.com | growsb@wnj.com | jspecf@sternslaw.com |
| ddraper@terra-law.com | gsantella@masudafunai.com | jrhunter@hunterschank.com |
| ddunn@akingump.com | gschwed@loeb.com | jrobertson@calfee.com |
| derrien@coollaw.com | gtoering@wnj.com | JRS@Parmenterlaw.com |
| dgheiman@jonesday.com | hannah@blbglaw.com | jsalmas@mccarthy.ca |
| diconzam@gtlaw.com | hborin@schaferandweiner.com | lsalzman@mccarthy.ca |
| djury@steelworkers-usw.org | heather@inplaytechnologies.com | jshickich@riddellwilliams.com |
| dkarp@cm-p.com | heyens@gtlaw.com | jsimon@foley.com |
| dladdin@agg.com | Hirsh.Robert@arentfox.com | jsmairo@pbnlaw.com |
| dlowenthal@thelenreid.com | hkolko@msek.com | jstempel@kirkland.com |
| dludman@brownconnery.com | hleinwand@aol.com | jtaylor@binghammchale.com |
| dmdelphi@duanemorris.com | holly@regencap.com | malerding@binghammchale.com |
| dpm@curtinheefner.com | housnerp@michigan.gov | wmosby@binghammchale.com |
| dquaid@tcfhlaw.com | houston_bankruptcy@publicans.com | jtaylor@binghammchale.com |
| efiledocketgroup@fagelhaber.com | hwangr@michigan.gov | wmosby@binghammchale.com |
| driggio@candklaw.com | hzamboni@underbergkessler.com | judith.elkin@haynesboone.com |
| drosenzweig@fulbright.com | idizengoff@akingump.com | jvitale@cwsny.com |
| dwdykhouse@pbwt.com | ilevee@lowenstein.com | bceccotti@cwsny.com |
| dweiner@schaferandweiner.com | ira.herman@tklaw.com | jwilson@tylercooper.com |
| eabdelmasieh@nmmlaw.com | jaffeh@pepperlaw.com | jwisler@cblh.com |
| EAKleinhaus@wlrk.com | james.bentley@srz.com | jzackin@sillscummis.com |
| ecdolan@hhlaw.com | jangelovich@nixlawfirm.com | karen.dine@pillsburylaw.com |
| echarlton@hiscockbarclay.com | janice.grubin@dbr.com | kcookson@keglerbrown.com |

NY\1451304.1

| | | |
|---|---|---|
| kcunningham@pierceatwood.com | jstanton@contrariancapital.com | rjones@bccb.com |
| ken.higman@hp.com | wraine@contrariancapital.com | rjp@pbandg.com |
| khansen@stroock.com | solax@contrariancapital.com | rjsidman@vssp.com |
| khopkins@milesstockbridge.com | mmachen@sonnenschein.com | rkidd@srcm-law.com |
| kim.robinson@bfkn.com | mmassad@hunton.com | rlp@quarles.com |
| klaw@bbslaw.com | mmeyers@mlg-pc.com | rmcdowell@bodmanllp.com |
| kmayhew@pepehazard.com | mmharner@jonesday.com | rmeth@daypitney.com |
| kmiller@skfdelaware.com | mmoody@okmlaw.com | rnorton@reedsmith.com |
| Knathan@nathanneuman.com | mnewman@schaferandweiner.com | rnsteinwurtzel@swidlaw.com |
| knorthup@kutchinrufo.com | mparker@fulbright.com | robert.goodrich@stites.com |
| knye@quarles.com | mrichards@blankrome.com | robert.morris@timken.com |
| krk4@daimlerchrysler.com | mrichman@foley.com | robert.welhoelter@wallerlaw.com |
| krosen@lowenstein.com | mrr@previant.com | robin.spear@pillsburylaw.com |
| kwalsh@lordbissell.com | mscott@riemerlaw.com | rpeterson@jenner.com |
| lawallf@pepperlaw.com | mseidl@pszjlaw.com | rrichards@sonnenschein.com |
| lawtoll@comcast.net | mshaiken@stinsonmoheck.com | rrosenbaum@mrrlaw.net |
| lberkoff@moritthock.com | msomerstein@kelleydrye.com | rsmolev@kayescholer.com |
| lcurcio@tpw.com | msternstein@sheppardmullin.com | rsz@curtinheefner.com |
| lekvall@wgllp.com | msutter@ag.state.oh.us | rthibeaux@shergarner.com |
| lenard.parkins@haynesboone.com | mtf@afrct.com | rthibeaux@shergarner.com |
| kenric.kattner@haynesboone.com | mtrentadue@boselaw.com | rtrack@msn.com |
| lgretchko@howardandhoward.com | cdelatorre@boselaw.com | rurbanik@munsch.com |
| lisa.moore2@nationalcity.com | murph@berrymoorman.com | jwielebinski@munsch.com |
| lloyd.sarakin@am.sony.com | mviscount@foxrothschild.com | drukavina@munsch.com |
| lmagarik@kjmlabor.com | mwarner@warnerstevens.com | rusadi@cahill.com |
| lmcbryan@hwmklaw.com | mwinthrop@winthropcouchot.com | rweisberg@carsonfischer.com |
| lmurphy@honigman.Com | myarnoff@sbclasslaw.com | rwyron@orrick.com |
| lnewman@fagelhaber.com | mzelmanovitz@morganlewis.com | sabelman@cagewilliams.com |
| lpeterson@msek.com | nhp4@cornell.edu | sagolden@hhlaw.com |
| lpinto@wcsr.com | niizeki.tetsuhiro@furukawa.co.jp | sandy@nlsg.com |
| lsarko@kellerrohrback.com | pabutler@ssd.com | sarah.morrison@doj.ca.gov |
| claufenberg@kellerrohrback.com | pbaisier@seyfarth.com | sarbt@millerjohnson.com |
| eriley@kellerrohrback.com | pbarr@jaffelaw.com | wolfordr@millerjohnson.com |
| lschwab@bbslaw.com | pbilowz@goulstonstorrs.com | scargill@lowenstein.com |
| lwalzer@angelogordon.com | pbosswick@ssbb.com | schnabel@klettrooney.com |
| madison.cashman@stites.com | pcostello@bbslaw.com | schristianson@buchalter.com |
| maofiling@cgsh.com | pgurfein@akingump.com | sdabney@kslaw.com |
| maofiling@cgsh.com | pjanovsky@zeklaw.com | bdimos@kslaw.com |
| marc.hirschfield@ropesgray.com | pjricotta@mintz.com | sdeeby@clarkhill.com |
| margot.erlich@pillsburylaw.com | pricotta@mintz.com | sdonato@bsk.com |
| mark.houle@pillsburylaw.com | pmears@btlaw.com | sdrucker@honigman.com |
| mark.owens@btlaw.com | Pretekin@coollaw.com | sean@blbglaw.com |
| marvin.clements@state.tn.us | prubin@herrick.com | sfreeman@lrlaw.com |
| massimiliano_cini@brembo.it | raterinkd@michigan.gov | sgoldber@quarles.com |
| mbane@kelleydrye.com | rbeacher@daypitney.com | sgross@hodgsonruss.com |
| mbusenkell@eckertseamans.com | cchiu@daypitney.com | sgross@hodgsonruss.com |
| mcruse@wnj.com | rcarrillo@gsblaw.com | shandler@mwe.com |
| mdallago@morrisoncohen.com | rcharles@lrlaw.com | mquinn@mwe.com |
| mdebbeler@graydon.com | rcovino@lordbissell.com | shandler@sbclasslaw.com |
| metkin@lowenstein.com | rdaversa@mayerbrown.com | shapiro@steinbergshapiro.com |
| mfarquhar@winstead.com | rdremluk@seyfarth.com | sharon.petrosino@hp.com |
| mgreger@allenmatkins.com | resterkin@morganlewis.com | sholmes@hunton.com |
| mhall@burr.com | Rfeinstein@pszjlaw.com | sjennik@kjmlabor.com |
| miag@michigan.gov | Ischarf@pszjlaw.com | sjfriedman@jonesday.com |
| miag@michigan.gov | RGMason@wlrk.com | sjohnston@cov.com |
| michael.cook@srz.com | rgordon@clarkhill.com | skrause@zeklaw.com |
| michael.mccrory@btlaw.com | rgriffin@iuoe.org | smcook@lambertleser.com |
| michaelz@orbotech.com | rheilman@schaferandweiner.com | snirmul@gelaw.com |
| miller@taftlaw.com | rhett.campbell@tklaw.com | sokeefe@winthropcouchot.com |
| mkilgore@UP.com | richard.epling@pillsburylaw.com | sopincar@mcdonaldhopkins.com |
| mkohayer@aol.com | richard.kremen@dlapiper.com | sosimmerman@kwgd.com |
| mlee@contrariancapital.com | rjclark@hancocklaw.com | spaethlaw@phslaw.com |

Pg 10 of 10

sriley@mcdonaldhopkins.com
srosen@cb-shea.com
sselbst@mwe.com
sshimshak@paulweiss.com
steven.keyes@aam.com
susanwhatley@nixlawfirm.com
swalsh@chglaw.com
tbrink@lordbissell.com
tch@previant.com
tcohen@sheppardmullin.com
tdonovan@finkgold.com
tgaa@bbslaw.com
tguerriero@us.tiauto.com
thaler@tglawfirm.com
timothy.mehok@hellerehrman.com
tkennedy@kjmlabor.com
tlauria@whitecase.com
featon@miami.whitecase.com
tmaxson@cohenlaw.com
tmcfadden@lordbissell.com
tom@beemanlawoffice.com
tomschank@hunterschank.com
tracy.richardson@dol.lps.state.nj.us
trenda@milesstockbridge.com
tsable@honigman.com
tscobb@vssp.com
tslome@rsmllp.com
twardle@sheppardmullin.com
vdagostino@lowenstein.com
vhamilton@sillscummis.com
skimmelman@sillscummis.com
vmastromar@aol.com
wachstein@coollaw.com
wallace@blbglaw.com
wbeard@stites.com
loucourtsum@stites.com
wendy.brewer@btlaw.com
whanlon@seyfarth.com
whawkins@loeb.com
william.barrett@bfkn.com
wkohn@schiffhardin.com
wmsimkulak@duanemorris.com
wsavino@damonmorey.com
bruzinsky@jw.com
dkillen@jw.com
hforrest@jw.com
jteitelbaum@morganlewis.com
rbaskin@tblawllp.com
ipachulski@stutman.com
jdavidson@stutman.com