IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re : Chapter 11
: 
DELPHI CORPORATION, et al., : Case No. 05-44481 (RDD)
: 
Debtors. : (Jointly Administered)
: 
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### AFFIDAVIT OF SERVICE

I, Elizabeth Adam, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On September 9, 2008, I caused to be served the document listed below (i) upon the parties listed on Exhibit A hereto via overnight mail, and (ii) upon the parties listed on Exhibit B hereto via facsimile:

Notice Of Proposed Sale Certain Patents And Assigned Patent Rights Pursuant To Order Under 11 U.S.C. § 363 Approving Procedures To Sell Certain De Minimis Assets Free And Clear Of Liens, Claims, And Encumbrances [a copy of which is attached hereto as Exhibit C]

Dated: September 12, 2008

　　　　　　　　　　　　　　　　　　　　　　　　／s/ Elizabeth Adam
　　　　　　　　　　　　　　　　　　　　　　　　Elizabeth Adam

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 12th day of September, 2008, by Elizabeth Adam, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:    /s/ L. Maree Sanders

Commission Expires:   10/1/09

# EXHIBIT A

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip | Phone | Fuction |
|---|---|---|---|---|---|---|---|---|
| United States Trustee | Alicia M. Leonhard | 33 Whitehall Street | 21st Floor | New York | NY | 10004 | 212-510-0500 | Counsel to United States Trustee |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

9/10/2008 7:01 PM
Patent Sale Special Parties
Overnight

# EXHIBIT B

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip | Phone | Fax | Fuction |
|---|---|---|---|---|---|---|---|---|---|
| Acacia Research - Acacia Technologies Group | Bob DePirro | 500 Newport Center Drive | 7th Floor | Newport Beach | CA | 92660 | | 949-480-8301 | Interested Party for Bewes Capital Patent Sale Notice |
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | 212-450-3092 212-450-3213 | Counsel to Debtor's Postpetition Administrative |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | Counsel to Equity Security Holders Committee |
| IPotential LLC | Ron Epstein | 1400 Fashion Island Blvd. | Suite 601 | San Mateo | CA | 94404 | 650-572-9500 | 650-572-9507 | Interested Party for Bewes Capital Patent Sale Notice |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-5127 | |
| JPMorgan Chase Bank, N.A. | Susan Atkins Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | 212-270-0430 | |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | Counsel to Official Committee of Unsecured Creditors |
| Plutitas | Andy Scott | 731 Market Street | Sixth Floor | San Francisco | CA | 94103 | 415-354-1760 | 415-869-9710 | Interested Party for Bewes Capital Patent Sale Notice |
| Rembrandt IP | Dr. Paul B. Schneck, Ph.D., Chief Executive Office | 401 City Avenue | Suite 900 | Bala Cynwyd | PA | 19004 | | 610-822-0123 | Interested Party for Bewes Capital Patent Sale Notice |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman Robert H. Trust William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Varnum, Riddering, Schmidt & Howlett | Michael S. McElwee | Bridge Water Place | P.O. Box 352 | Grand Rapids | MI | 49501-0352 | | 616-336-7000 | |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

9/10/2008 6:55 PM
Patent Sale Special Parties
Fax List

# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re                            :    Chapter 11
:
DELPHI CORPORATION, et al.,      :    Case No. 05-44481 (RDD)
:
Debtors.        :    (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF PROPOSED SALE CERTAIN PATENTS AND ASSIGNED
PATENT RIGHTS PURSUANT TO ORDER UNDER 11 U.S.C. § 363
APPROVING PROCEDURES TO SELL CERTAIN DE MINIMIS ASSETS
FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES

PLEASE TAKE NOTICE THAT in accordance with the Order Under 11 U.S.C. § 363 Approving Procedures To Sell Certain De Minimis Assets Free And Clear of Liens, Claims, And Encumbrances And To Pay Market Rate Broker Commissions In Connection With Such Sales Without Further Court Approval (Docket No. 766) (the "De Minimis Asset Sale Order"), Delphi Technologies, Inc. ("DTI") hereby gives notice of its intention to sell certain provisional patent applications, patent applications, patents, and additional rights relating to such patents (the "Patent Assets") to Bewes Assets Limited Liability Company (the "Buyer") pursuant to the Patent Purchase Agreement by and between DTI and the Buyer, dated June 10, 2008 (the "Agreement")[1].  Buyer is not an "insider" as such term is defined by 11 U.S.C.§ 101(31).

---

[1]  A copy of the Agreement is attached hereto as Exhibit 1.

PLEASE TAKE FURTHER NOTICE THAT the patents to be transferred to the Buyer are listed on Exhibit A to the Agreement.

PLEASE TAKE FURTHER NOTICE THAT pursuant to the Agreement, DTI will sell the Patent Assets to the Buyer for a purchase price of $180,000.00 (the "Purchase Price"). To the extent that any assets are added or removed from this transaction for any reason, the Purchase Price may be increased or reduced by mutual agreement of DTI and the Buyer.

PLEASE TAKE FURTHER NOTICE THAT pursuant to a Patent Sale – Assignment Representation Agreement for the sale of the Patent Assets, DTI will pay Yet2.com Inc. ("Yet2"), an intellectual property broker, a commission on the sale of the Patent Assets equal to twenty percent of the Purchase Price (the "Commission"). In compliance with the De Minimis Asset Sale Order, a declaration of Ben Dupont is attached hereto as Exhibit 2.

PLEASE TAKE FURTHER NOTICE THAT DTI believes that the Purchase Price accurately reflects the current market value of the Patent Assets. DTI has determined, in its business judgment, that the Agreement provides for fair and appropriate terms and is a favorable price for the Patent Assets. DTI also believes that the Commission accurately reflects the current market value of the services rendered and is fair and appropriate.

PLEASE TAKE FURTHER NOTICE THAT pursuant to the De Minimis Asset Sale Order, DTI will consummate the sale of the Patent Assets to the Buyer, free and clear of liens, claims, and encumbrances, and take such actions as are necessary to close the transaction, including but not limited to collection of proceeds from the Buyer in connection with the sale of the Patent Assets and the payment of the Commission by DTI to Yet2,

provided that counsel to DTI does not receive from a party that receives this Notice a written objection or written request for additional time to evaluate the proposed sale within five business days following initial receipt of this Notice.

        New York, New York
Dated:   September 9, 2008

        SKADDEN, ARPS, SLATE, MEAGHER
          & FLOM LLP

By:   /s/ John Wm. Butler, Jr.
     John Wm. Butler, Jr. (JB 4711)
     John K. Lyons (JL 9331)
     Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700

- and -

By:   /s/ Kayalan A. Marafioti
     Kayalyn A. Marafioti (KM 9632)
     Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession