# ELLA CHEONG | SPRUSON & FERGUSON

PATENT, DESIGN AND TRADE MARK AGENTS

SINGAPORE & MALAYSIA



OUR REF : ACC/CYF/17592
YOUR REF:
DATE    : 04 September 2008

ELLA CHEONG SPRUSON & FERGUSON
(SINGAPORE) PTE LTD
(REG. NO. 200100515C)

152 BEACH ROAD
#30-00 GATEWAY EAST
SINGAPORE 189721
TEL : +65 6333 7200
FAX : +65 6333 7222
MAIL@ECSF-ASIA.COM
WWW.ECSF-ASIA.COM

By Registered mail

United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Customs House
Attn : Gemma Philbert, Esq.
One Bowling Green
New York, NY 10004-1408
United States of America

Dear Sirs,

**Bankruptcy docket case no. 05-44481 (RDD)
- Delphi Corporation**

We would like to file the following documents on bankruptcy docket case no. 05-44481 of Delphi :

1. Affidavit of Non Legal Ordinary Counsel Professional
2. Certificate of Service

Enclosed please find the above documents for your action. Please contact us at email address accounts@ecsf-asia.com if you have any query.

Thank you in advance for your kind assistance.

Yours Faithfully,

Evelyn Chong
Financial Controller
Ella Cheong Spruson Ferguson (Singapore) Pte Ltd

DIRECTORS

ELLA CHEONG ★ - CHAIRMAN
ADMITTED AS SOLICITOR IN SG, HK, UK & AU
DAVID GRIFFITH ✧✦■★
BE(HONS)  FIPTA
SOH KAR LIANG ✧+ ★
LLB(HONS)  MSIARB
ANDREW BLATTMAN ✧✦■ ★
BSCAGR(HONS)  PHD
GRADDIPIP  FIPTA
SCOTT BERGGREN ✧✦▲■ ★
BSEE  MSEE  LLB
GRADDIPIP  FIPTA
MICHAEL KOCH ✧✦✦■ ★
DIPL-PHYS(BSC/MSC)  MIP
PHD(SEMICONDUCTOR DEVICES)  FIPTA
KRISTIAN ROBINSON ✧✦✦■ ★
BE(CHEMICAL)(HONS)  BSC(CHEM)
FIPTA
MAX NG ✧✦✦+✦X✦
LLB(HONS)  LLM  MSIARB

PATENTS

ALEX TAN ✧✦✦✦
M(IP LAW)  BSC(CHEM ENG)
JOSEPH KRUPA ✦
BSC(MECH ENG)  MSC
JURIS DOC  ATTORNEY AT LAW(UTAH, US)
R N GNANAPRAGASAM ✧
BE(ELECTRONICS)
SOO EE LIN ✧
BTECH(BIOTECH)  PHD
CHOO CHIOU YU
BE(CHEMICAL)(HONS)  MSC(BIOTECH)
EDWIN DAI
BE(CHEMICAL)(HONS)
ERIC LEE
BE(ELECTRONICS)(HONS)  PHD
EVELINE ANGSTETRA
BSC(PATHOLOGY)(HONS)
FIONA CHEW
BE(BIOENG)(HONS)
GARY CHUA
BE(ELECTRICAL)(HONS)
HUBERT GIAM
BE(ELECTRICAL)(HONS)
LE HONG MINH
BE(MECH)(HONS)  MTD
LEE CHAI LIAN
BE(CHEMICAL)(HONS)
LIM TECK YEOW
BE(BIOENG)(HONS)
REBECCA AW
BIT  ADVANCE DIP(IT)

TRADE MARKS & DESIGNS

KEVIN WONG +
LLB(HONS)
ANGELINE RAJ ✶✦✦✧
LLB(HONS)  LLM(HONS)
KIRAN DHARSAN +
LLB(HONS)
MARY THOMAS ✧✦
LLB(HONS)

IP MANAGEMENT

STACY NG
BSC(CHEM)

✧ REG PATENT AGENT (SG)
✦ REG PATENT AGENT (MY)
✧ REG PATENT ATTORNEY (AU)
✶ REG PATENT ATTORNEY (NZ)
✦ REG PATENT ATTORNEY (US)
▲ REG PATENT AGENT (US)
+ ADMITTED TO SG BAR
X ADMITTED TO MY BAR
✦ ADMITTED TO ENGLAND & WALES
✧ REG TRADE MARK AGENT (MY)
■ REG TRADE MARK ATTORNEY (AU)
+ REG INDUSTRIAL DESIGNS AGENT(MY)

★ FICPI

MALAYSIA OFFICE: ELLA CHEONG SPRUSON & FERGUSON (M) SDN BHD

IN ASSOCIATION WITH    ELLA CHEONG (HK)    AND
HONG KONG & BEIJING



SPRUSON & FERGUSON

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|  |  |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### AFFIDAVIT OF NON-LEGAL ORDINARY COURSE PROFESSIONAL

STATE OF           )
            SINGAPORE    ) ss:
COUNTY OF        )

Michael Hermann Koch, being duly sworn, deposes and says:

1. I am a Director of Ella Cheong Spruson & Ferguson (Singapore) Pte Ltd ("ECSF") which firm maintains offices at 152 Beach Road, #30-00 Gateway East, Singapore 189721.

2. Neither I, ECSF, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

3. ECSF, has represented and advised the Debtors in patent matters with respect to a broad range of aspects of the Debtors' businesses.

4. The Debtors have requested, and ECSF has agreed, to continue to represent and advise the Debtors pursuant to section 327(a) of title 11 of the United States Code, 11 U.S.C. §§101-1330, as amended (the "Bankruptcy Code"), with respect to such matters. Additionally, the Debtors have requested, and "ECSF" proposes, to render the following services to the Debtors: Patent filing and prosecution work.

5. ECSF's current fees arrangement is a mixture of fixed fees and time based work.

6. Except as set forth herein, no promises have been received by ECSF or any partner, auditor or other member thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

1

7.  ECSF has no agreement with any entity to share with such entity any compensation received by ECSF.

8.  ECSF and its partners, auditors, and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases. ECSF does not and will not represent any such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

9.  Neither I, ECSF, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which ECSF is to be engaged.

10. In view of the foregoing, ECSF is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code.

11. The foregoing constitutes the statement of ECSF pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT

_____
Michael Hermann Koch

Subscribed and sworn before me
this 4th day of Sept. , 2008

_____
Notary Public

(Notary seal: Edmund Hendrick, N2008/0216, 1 Apr 2008 – 31 Mar 2009, SINGAPORE)

2

## CERTIFICATE OF SERVICE

Michael Hermann Koch, Director, hereby certifies that on 4th Sept. 2008, served a copy of the Affidavit of Non Legal Ordinary Counsel Professional, upon the following interested parties via registered air mail:

Delphi Corporation
Attention: General Counsel
5725 Delphi Drive
Troy, MI 48098
U.S.A.

Latham & Watkins
Attention: Mark A. Broude, Esq.
885 Third Avenue
New York, N.Y. 10022
U.S.A.

Skadden, Arps, Slate, Meagher & Flom
Attention: John W. Butler, Jr., Esq.
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
U.S.A.

Simpson Thacher & Bartlett LLP
Attention: Marissa Wesley, Esq.
425 Lexington Avenue
New York, N.Y. 10017
U.S.A.

United States Trustee
Attention: Alicia M. Leonhard, Esq.
33 Whitehall Street
Suite 2100
New York, N.Y. 10044
U.S.A.

Davis Polk & Wardwell
Attention: Donald Bernstein, Esq. and
Brian Resnick, Esq.
450 Lexington Avenue
New York, N.Y. 10017
U.S.A.

Delphi Corporation
Attention: John D. Sheehan, Esq.
Vice President & Chief Restructuring Officer
5725 Delphi Drive
Troy, MI 48098
U.S.A.

GE Plastics, Americas
Attention: Valeria Venable
Credit Manager
9930 Kincey Avenue
Huntersville, NC 28078
U.S.A.

Dated 4th September 2008

Michael Hermann Koch
c/o 152 Beach Road #30-00 Gateway East
Singapore 189721
Tel : 63415766

Sworn before me this 4th
day of Sept., 2008.

_____
Notary Public

(Notary seal: Edmund Hendrick, N2008/0216, 1 Apr 2008 - 31 Mar 2009, SINGAPORE)