## AFFIDAVIT OF SERVICE

Case No. 05-44481 (RDD)

State of New York   )

)  ss.:

County of New York  )

Alexandra Miller, being duly sworn, deposes and says that: I am not a party to the action, am over 18 years of age, and reside in Kings County, New York.

On September 15, 2008 I served the within "Limited Objection of IUE-CWA to Debtors Motions for (1) Order Authorizing Modification of Pension Programs and Applicable Union Agreements and (2) to Implement Amended Agreements with General Motors" by mailing a copy via overnight mail by e-mailing a copy to the following:

>Robert J. Rosenberg, Esq.
>Latham & Watkins LLP
>885 Third Avenue, Suite 1000
>New York, New York 10022-4834
>
>Alicia Leonhard, Esq.
>U.S. Department of Justice
>Office of the United States Trustee
>33 Whitehall Street, 21st Floor
>New York, New York 10004-2111
>
>Kayalan A. Marafioti, Esq.
>Thomas J. Matz, Esq.
>Skadden, Arps, Slate, Meagher & Flom, LLP
>4 Times Square
>New York, New York 10036
>
>Delphi Corporation
>c/o Sean Corcoran and Karen Craft
>5725 Delphi Drive
>Troy, MI 48098-2815

John W. Butler, Jr.
John K. Lyons
Ron E. Meisler
Nick D. Campanario
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Jeffrey L. Tanenbaum
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

_____
Alexandra Miller

Sworn to before me this
15th day of Septemeber, 2008.

_____
Notary Public

THOMAS M. MURRAY
NOTARY PUBLIC, STATE OF NEW YORK
No. 02MU6058040
QUALIFIED IN NEW YORK COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES APRIL 30, 2011