**Hearing Date And Time:  September 23, 2008 at 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti
Thomas J. Matz

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                           :

     In re                         :       Chapter 11
                           :
DELPHI CORPORATION, et al.,   :       Case No. 05-44481 (RDD)
                           :
              Debtors.   :       (Jointly Administered)
                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

<u>NOTICE OF OBJECTION DEADLINES RE VARIOUS MATTERS TO BE HEARD BY
BANKRUPTCY COURT AT SEPTEMBER 23, 2008 OMNIBUS HEARING</u>

PLEASE TAKE NOTICE THAT, for the avoidance of doubt, the objection deadlines

regarding various matters to be heard by the Bankruptcy Court at the Omnibus Hearing scheduled

for September 23, 2008 at 10:00 a.m. (prevailing Eastern time), in accordance with the

Supplemental Order Under 11 U.S.C. §§ 101(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006,

9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And

Administrative Procedures, entered on May 20, 2006 (Docket No. 2883) and the Order To Show

Cause Why Expedited Motion For Order Authorizing Debtors To Implement Amended And

Restated Global Settlement Agreement And Master Restructuring Agreement With General Motors

Corporation Should Not Be Granted (Docket No. 14174), are as follows:

| | | |
|---|---|---|
| 1) | Motion For Order Authorizing Amendment To Arrangement With General Motors Corporation Approved Pursuant To Second DIP Extension Order [Docket No. 13489] (Docket No. 14031) | September 16, 2008 at 4:00 p.m. (prevailing Eastern time) as to the Official Committee Of Unsecured Creditors only[1] |
| 2) | CR Intrinsic Investors, LLC And Highland Capital Management, L.P.'s Notice Of Motion Requesting The Appointment Of An Examiner (Docket No. 14109) | September 16, 2008 |
| 3) | The Official Committee Of Unsecured Creditors' Application For Interim And Final Orders Under Section 328 And 1103 Of The Bankruptcy Code And Bankruptcy Rule 2014 Approving Retention Of Moelis & Company LLC As Co-Investment Banker To The Committee Nunc Pro Tunc To July 1, 2008 (Docket No. 14126) | September 16, 2008 at 4:00 p.m. (prevailing Eastern time) |
| 4) | Expedited Motion for Order Under 11 U.S.C. § 363 for Authority to Modify Benefits Under Hourly and Salaried Pension Programs and Modify Applicable Union Agreements in Connection Therewith (Docket No. 14162) | September 19, 2008 at 4:00 p.m. (prevailing Eastern time) |
| 5) | Expedited Motion For Order Authorizing Debtors To Implement Amended And Restated Global Settlement Agreement And Master Restructuring Agreement With General Motors Corporation (Docket No. 14164) | September 22, 2008 at 12:00 noon (prevailing Eastern time) |

---

[1]    The objection deadline as to all other parties expired on August 19, 2008.

| 6) | Notice Of Renewed Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation (Docket No. 14167) | September 20, 2008 at 4:00 p.m. (prevailing Eastern time) |
|---|---|---|
| 7) | Expedited Fifth Supplement To KECP Motion (Docket No. 213) Seeking Authority To Continue Short-Term At-Risk Performance Payment Program ("AIP") For Second Half Of 2008 (Docket No. 14170) | September 19, 2008 at 4:00 p.m. (prevailing Eastern time) |
| 8) | Order to Show Cause Why Expedited Motion for Order Authorizing Debtors to Implement Amended and Restated Global Settlement Agreement and Master Restructuring Agreement with General Motors Corporation Should Not Be Granted (Docket No. 14174) | September 22, 2008 at 12:00 noon (prevailing Eastern time) |

Dated:  New York, New York
         September 15, 2008

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:/s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr.
    John K. Lyons
    Ron E. Meisler
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

 - and -

By: /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti
    Thomas J. Matz
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

3