# Exhibit A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| In re: | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, <u>et al.</u>, | Chapter 11 |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------------x

## **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that CR Intrinsic Investors, LLC, Elliott Associates, L.P., Highland Capital Management, L.P. and/or certain funds managed thereby hereby appear through their counsel Stutman, Treister & Glatt Professional Corporation ("ST&G") in the above-captioned Chapter 11 cases pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and request that copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b) and (f) and 3017(a) including any and all notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, requests, proposed disclosure statements and plan of reorganizations, and any other documents brought before the Court in these cases be provided to ST&G addressed as follows:

> Isaac M. Pachulski, Esq.
> Jeffrey H. Davidson, Esq.
> Stutman, Treister & Glatt Professional Corporation
> 1901 Avenue of the Stars, 12th Floor
> Los Angeles, California 90067
> Telephone No.: 310-228-5600
> Facsimile No.: 310-228-5788
> Email:         ipachulski@stutman.com
>                jdavidson@stutman.com.

476639v1

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes notices of any order, application, complaint, demand, hearing, motion, plan of reorganization, disclosure statement, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telegraph, telex or telecopier or otherwise, filed with regard to the above-captioned case and proceedings therein.

Dated:   August 10, 2008
         Los Angeles, California

>                Respectfully Submitted,
>
>                STUTMAN, TREISTER & GLATT
>                PROFESSIONAL CORPORATION
>
>
>                By_____/s/ Isaac M. Pachulski_____
>                  ISAAC M. PACHULSKI (IP 0260)

476639v1

## CERTIFICATE OF SERVICE

I, Kendra A. Johnson, hereby certify that on this 10th day of August, 2008, I caused to be served by first class United States mail, a copy of the **Notice of Appearance and Request for Service of Papers** upon the following:

| | |
|---|---|
| Delphi Corporation<br>Attn: General Counsel<br>5725 Delphi Drive<br>Troy, MI 48098 | Counsel to the Debtors<br>Skadden, Arps, Slate, Meagher & Flom<br>Attention: John W. Butler, Jr., Esq.<br>333 West Wacker Drive<br>Suite 2100<br>Chicago, IL 60606 |
| Counsel to the Debtors<br>Skadden, Arps, Slate, Meagher & Flom<br>Attn: Kaylin A. Marafioti, Esq.<br>         Thomas J. Matz, Esq.<br>Four Times Square<br>New York, NY  10036 | United State Trustee<br>Attention: Alicia M. Leonhard, Esq.<br>33 Whitehall Street<br>Suite 2100<br>New York, NY 10044 |
| Counsel for the Official Committee of Unsecured Creditors<br>Latham & Watkins<br>Attn: Mark A. Broude, Esq.<br>         Robert J. Rosenberg, Esq.<br>885 Third Avenue<br>New York, NY 10022 | Counsel for the Official Committee of Equity Security Holders<br>Fried, Frank, Harris, Shriver & Jacobson, LLP<br>Attn: Bonnie Steingart<br>One New York Plaza<br>New York, NY 10004 |
| Counsel for Agent Under Postpetition Credit Facility<br>Davis Polk & Wardwell<br>Attention: Donald Bernstein, Esq.<br>              Brian Resnick, Esq.<br>450 Lexington Avenue<br>New York, NY 10017 | Simpson Thatcher & Bartlett LLP<br>Attention: Marissa Wesley, Esq.<br>425 Lexington Avenue<br>New York, NY 10017 |

Dated: August 10, 2008                     /s/ Kendra A. Johnson
                                           Kendra A. Johnson, Declarant

476639v1