UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
In re:                                                          :    Chapter 11
                                                                :
  Delphi Corporation, et al.,                                   :    Case No. 05-44481 (RDD)
                                                                :    (Jointly Administered)
                          Debtors.                              :
                                                                :
                                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**<u>ORDER AUTHORIZING THE JOSEPH FIRM'S WITHDRAWAL AS COUNSEL</u>**

Having considered the Motion to Withdraw as Counsel submitted, by notice of presentment, by Gregory P. Joseph Law Offices LLC (the "Joseph Firm"); and, after due and sufficient notice, there being no objections to the Motion; and good cause being shown, it is

ORDERED that the Motion is granted; and it is further

ORDERED that the Joseph Firm is relieved as counsel to the Official Committee of Equity Security Holders in the above-captioned jointly administered bankruptcy cases as of August 5, 2008 on the terms set forth in the Motion.

Dated: New York, New York
       September 16, 2008

/s/Robert D. Drain_____
Honorable Robert D. Drain
United States Bankruptcy Judge