Louis A. Scarcella
Patrick T. Collins
FARRELL FRITZ, P.C.
1320 RexCorp Plaza
Uniondale, New York 11556-1320
Telephone: (516) 227-0700
Facsimile: (516) 227-0777

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————— X
In re

DELPHI CORPORATION, et al.,

            Debtors.

Chapter 11
Case No. 05-44481 (RDD)
(Jointly Administered)

——————————————————————— X
DELPHI CORPORATION,

            Plaintiff,

   -against-

APPALOOSA MANAGEMENT L.P., A-D
ACQUISITION HOLDINGS, LLC, HARBINGER DEL-
AUTO INVESTMENT COMPANY, LTD., PARDUS
DPH HOLDING LLC, MERRILL LYNCH, PIERCE,
FENNER & SMITH INCORPORATED, GOLDMAN
SACHS & CO., HARBINGER CAPITAL PARTNERS
MASTER FUND I, LTD., and PARDUS SPECIAL
OPPORTUNITIES MASTER FUND L.P.,

            Defendants.

Adversary Proceeding
Case No. 08-01232 (RDD)

——————————————————————— X
DELPHI CORPORATION,

            Plaintiff,

   -against-

UBS SECURITIES LLC,

            Defendant.

Adversary Proceeding
Case No. 08-01233 (RDD)

——————————————————————— X

# NOTICE OF APPEARANCE PURSUANT TO
# BANKRUPTCY RULES 2002, 9007, AND 9010(b)
# AND SECTION 1109(b) OF THE BANKRUPTCY CODE

PLEASE TAKE NOTICE that Farrell Fritz, P.C. hereby appears in the above-captioned adversary proceeding on behalf of the Official Committee of Equity Holders (the "Equity Committee"), pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of title 11 of the United States Code, and that certain Stipulation and Order, entered by the Court on June 24, 2008, authorizing the Equity Committee to participate in the above-captioned adversary proceedings (the "Adversary Proceedings"), and hereby demands copies of all notices given or required to be given in the Adversary Proceedings and all papers served in this case be given to and served upon the undersigned:

>   FARRELL FRITZ, P.C.
>   1320 RexCorp Plaza
>   Uniondale, New York  11556-1320
>   Attention:   Louis A. Scarcella
>                Patrick T. Collins
>   Telephone:  (516) 227-0700
>   Facsimile:  (516) 227-0777
>   E-mails:    lscarcella@farrellfritz.com
>               pcollins@farrellfritz.com

PLEASE TAKE FURTHER NOTICE that the identified attorneys from Farrell Fritz, P.C. consent to e-mail service.

Dated:  Uniondale, New York
        September 17, 2008

>                /s/ Louis A. Scarcella
>               Louis A. Scarcella
>               Patrick Collins
>               FARRELL FRITZ, P.C.
>               1320 RexCorp Plaza
>               Uniondale, New York  11556-1320
>               Telephone (516) 227-0700
>               Facsimile  (516) 227-0777
>               *Attorneys for Official Committee of Equity Holders*

FFDOCS1\832993.01