STUTMAN, TREISTER & GLATT P.C.
Attorneys for CR Intrinsic Investors, LLC, and
Highland Capital Management, L.P.
(and/or certain funds managed thereby)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
(310) 228-5600
Isaac M. Pachulski
Jeffrey H. Davidson
Eric D. Goldberg
Christine M. Pajak

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- X
|
In re:                                                                          |      Chapter 11
|
DELPHI CORPORATION, et al.,                              |      Case No. 05-44481 (RDD)
|
Debtors.                           |      Jointly Administered
|
-------------------------------------------------------- X

**NOTICE OF WITHDRAWAL, WITHOUT PREJUDICE, OF THE SENIOR
NOTEHOLDERS' MOTION REQUESTING THE APPOINTMENT OF AN EXAMINER**

On August 20, 2008, CR Intrinsic Investors, LLC and Highland Capital

Management, L.P. (and/or certain funds managed thereby) (collectively, the "Senior

Noteholders"), filed their "Objection To Debtors' Motion To Authorize Amendment To

Arrangement With General Motors Corp. And Request For The Appointment Of An

Examiner" [Docket No. 14082] (the "August 20 Filing") and, on August 29, 2008, the

Senior Noteholders filed the "Notice of Motion Requesting the Appointment of an

Examiner" [Docket No. 14109] (the "Notice").  In the August 20 Filing, the Senior

Noteholders (a) objected to the Debtors' Motion To Authorize Amendment To

Arrangement With General Motors [Docket No. 14031] (the "GM Arrangement

Amendment Approval Motion"); and (b) moved for the appointment of an Examiner (the

478469v1

**Hearing Date and Time: September 23, 2008 at 10:00 a.m.**

"Examiner Motion").  <u>Please be advised that the Senior Noteholders have agreed to withdraw, without prejudice, the Examiner Motion,</u> and the Debtors have consented to such withdrawal.  The Senior Noteholders will, however, continue to prosecute their objections to the GM Arrangement Amendment Approval Motion, as well as to certain other matters set for hearing on September 23, 2008.

Dated:    September 19, 2008
          Los Angeles, California

STUTMAN, TREISTER & GLATT P.C.

By:    /s/ Eric D. Goldberg
       Eric D. Goldberg
       Jeffrey H. Davidson
       Christine M. Pajak
       1901 Avenue of the Stars, 12th Floor
       Los Angeles, California 90067
       Tel:  (310) 228-5600