LAW OFFICES
# ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN
A PROFESSIONAL CORPORATION

EARLE I. ERMAN *
JULIE BETH TEICHER
DAVID M. MILLER
CRAIG E. ZUCKER
DAVID H. FREEDMAN
BARBARA A. PATEK
DIANNE S. RUHLANDT **
DAVID EISENBERG

400 GALLERIA OFFICENTRE, SUITE 444
SOUTHFIELD, MICHIGAN 48034-2162

TELEPHONE (248) 827-4100
FACSIMILE (248) 827-4106
www.ermanteicher.com

* AMERICAN BANKRUPTCY BOARD OF CERTIFICATION
** ALSO ADMITTED IN FLORIDA

September 19, 2008

**SENT VIA ECF FILING**

Help Desk – ECF Filing
United States Bankruptcy Court
Southern District of New York

    **RE:**    **Delphi Corporation**
              **Chapter 11 Case No. 05-44481**

Dear Sir/Madam:

    Please remove my name from the service list that receives Electronic Filings and other notices in the above-captioned case.

                      Very truly yours,

                      ERMAN, TEICHER, MILLER,
                      ZUCKER & FREEDMAN, P.C.

                      David H. Freedman

DHF/gs