## CERTIFICATE OF SERVICE

I, Matthew L. Schwartz, Assistant United States Attorney for the Southern District of New York, hereby certify that on September 19, 2008, in addition to service via ECF, I caused true copies of the foregoing United States of America's Objections to the Expedited Motion for Order Authorizing Debtors to Implement Amended and Restated Global Settlement Agreement and Master Restructuring Agreement with General Motors Corporation and Answer to Order to Show Cause Why Expedited Motion for Order Authorizing Debtors to Implement Amended and Restated Global Settlement Agreement and Master Restructuring Agreement with General Motors Corporation Should Not Be Granted to be served, via Federal Express, upon the persons set forth below:

John Wm. Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036

Brian Masumoto, Esq.
Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, New York 10004

 /s/ Matthew L. Schwartz
MATTHEW L. SCHWARTZ
Assistant United States Attorney