Louis A. Scarcella
Patrick T. Collins
Robert C. Yan
FARRELL FRITZ, P.C.
1320 RexCorp Plaza
Uniondale, New York 11556-1320
Telephone: (516) 227-0700
Facsimile: (516) 227-0777

*Attorneys for the Official Committee of Equity Security Holders*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————— X

In re

DELPHI CORPORATION, et al.,

                  Debtors.

Chapter 11
Case No. 05-44481 (RDD)
(Jointly Administered)

——————————————————————— X

DELPHI CORPORATION,

                  Plaintiff,

    -against-

APPALOOSA MANAGEMENT L.P., A-D ACQUISITION HOLDINGS, LLC, HARBINGER DEL-AUTO INVESTMENT COMPANY, LTD., PARDUS DPH HOLDING LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, GOLDMAN SACHS & CO., HARBINGER CAPITAL PARTNERS MASTER FUND I, LTD., and PARDUS SPECIAL OPPORTUNITIES MASTER FUND L.P.,

                  Defendants.

Adversary Proceeding
Case No. 08-01232 (RDD)

——————————————————————— X

DELPHI CORPORATION,

                    Plaintiff,

    -against-

UBS SECURITIES LLC,

                  Defendant.

Adversary Proceeding
Case No. 08-01233 (RDD)

——————————————————————— X

1

# CERTIFICATE OF SERVICE

The undersigned attorney for the Official Committee of Equity Security Holders duly appointed in the above-captioned jointly administered chapter 11 cases hereby certifies that a true and correct copy of the *Notice of Appearance Pursuant to Bankruptcy Rules 2002, 9007, and 9010(b) and Section 1109(b) of the Bankruptcy Code* was served upon the parties identified in the attached Exhibit "A" in the manner and on the date set forth therein.

Dated: Uniondale, New York  
        September 19, 2008

FARRELL FRITZ, P.C.

By:   /s/ Robert C. Yan           .  
Louis A. Scarcella  
Patrick T. Collins  
Robert C .Yan  
1320 RexCorp Plaza  
Uniondale, New York 11556-1320  
Tel:  (516) 227-0700  
Fax:  (516) 227-0777

*Attorneys for the Official  
Committee of Equity Security Holders*

# EXHIBIT A

## SERVICE LIST

**Via First Class Mail on September 19, 2008**

| | |
|---|---|
| Robert J. Stark<br>Brown Rudnick Berlack Israels LLP<br>Seven Times Square<br>New York, NY 10036 | Bruce Simon<br>Cohen, Weiss & Simon<br>330 W. 42nd Street<br>New York, NY 10036 |
| Steven J. Reisman<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178-0061 | Donald Bernstein<br>Davis, Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 |
| Brian Resnick<br>Davis, Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 | Delphi Corporation<br>Attn: Sean Corcoran<br>5725 Delphi Drive<br>Troy, MI 48098 |
| Delphi Corporation<br>Attn: Karen Craft<br>5725 Delphi Drive<br>Troy, MI 48098 | Carrie L. Schiff<br>Flextronics International<br>305 Interlocken Parkway<br>Broomfield, CO 80021 |
| Paul W. Anderson<br>Flextronics International USA, Inc.<br>2090 Fortune Drive<br>San Jose, CA 95131 | Richard Lee Chambers, III<br>Freescale Semiconductor, Inc.<br>6501 William Cannon Drive<br>West MD: OE16<br>Austin, TX 78735 |
| Brad E. Scheler<br>Fried, Frank, Harris, Shriver & Jacobson<br>One New York Plaza<br>New York, NY 10004 | Bonnie Steingart<br>Fried, Frank, Harris, Shriver & Jacobson<br>One New York Plaza<br>New York, NY 10004 |
| Jennifer L. Rodburg<br>Fried, Frank, Harris, Shriver & Jacobson<br>One New York Plaza<br>New York, NY 10004 | Richard J. Slivinski<br>Fried, Frank, Harris, Shriver & Jacobson<br>One New York Plaza<br>New York, NY 10004 |
| Randall S. Eisenberg<br>FTI Consulting, Inc.<br>3 Times Square, 11th Floor<br>New York, NY 10036 | Valerie Venable<br>General Electric Company<br>9930 Kincey Avenue<br>Huntersville, NC 28078 |
| Lonie A. Hassel<br>Groom Law Group<br>1701 Pennsylvania Avenue, NW<br>Washington DC 20006 | Stephen H. Gross<br>Hodgson Russ LLP<br>1540 Broadway, 24th Floor<br>New York, NY 10036 |

**Via First Class Mail on September 19, 2008 (continued)**

| | |
|---|---|
| Frank L. Gorman<br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3583 | Robert B. Weiss<br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3583 |
| Internal Revenue Service<br>Attn: Insolvency Department<br>477 Michigan Ave<br>Mail Stop 15<br>Detroit, MI 48226 | Internal Revenue Service<br>Attn: Maria Valerio, Insolvency Department<br>290 Broadway, 5th Floor<br>New York, NY 10007 |
| IUE-CWA<br>Attn: Conference Board Chairman<br>2360 W. Dorothy Lane, Suite 201<br>Dayton, OH 45439 | William Q. Derrough<br>Jefferies & Company, Inc<br>520 Madison Avenue, 12th Floor<br>New York, NY 10022 |
| Richard Duker<br>JPMorgan Chase Bank, N.A.<br>270 Park Avenue<br>New York, NY 10017 | Susan Atkins<br>JPMorgan Chase Bank, N.A.<br>277 Park Ave, 8th Floor<br>New York, NY 10172 |
| Gianni Russello<br>JPMorgan Chase Bank, N.A.<br>277 Park Ave, 8th Floor<br>New York, NY 10172 | Gordon Z. Novod<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |
| Thomas Moers Mayer<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | Sheryl Betance<br>Kurtzman Carson Consultants<br>2335 Alaska Ave.<br>El Segundo, CA 90245 |
| Robert J. Rosenberg<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022 | Daniel R. Fisher<br>Law Debenture Trust of New York<br>400 Madison Ave., Fourth Floor<br>New York, NY 10017 |
| Patrick J. Healy<br>Law Debenture Trust of New York<br>400 Madison Ave., Fourth Floor<br>New York, NY 10017 | Nava Haza<br>McDermott Will & Emery LLP<br>340 Madison Avenue<br>New York, NY 10173-1922 |
| Peter A. Clark<br>McDermott Will & Emery LLP<br>227 West Monroe Street, Suite 5400<br>Chicago, IL 60606 | Leon Szlezinger<br>Mesirow Financial<br>666 Third Ave., 21st Floor<br>New York, NY 10017 |

**Via First Class Mail on September 19, 2008 (continued)**

| | |
|---|---|
| Gregory A. Bray<br>Milbank Tweed Hadley & McCloy LLP<br>601 South Figueroa Street, 30th Floor<br>Los Angeles, CA 90017 | Thomas R. Kreller<br>Milbank Tweed Hadley & McCloy LLP<br>James E Till Esq<br>601 South Figueroa Street, 30th Floor<br>Los Angeles, CA 90017 |
| Joseph T. Moldovan<br>Morrison Cohen LLP<br>909 Third Avenue<br>New York, NY 10022 | Northeast Regional Office<br>Attn: Mark Schonfeld, Regional Director 3<br>World Financial Center, Room 4300<br>New York, NY 10281 |
| Office of New York State Attorney General<br>120 Broadway<br>New York, NY 10271 | Robert Siegel<br>O'Melveny & Myers LLP<br>400 South Hope Street<br>Los Angeles, CA 90071 |
| Tom A. Jerman<br>O'Melveny & Myers LLP<br>1625 Eye Street, NW<br>Washington DC 20006 | Rachel Janger<br>O'Melveny & Myers LLP<br>1625 Eye Street, NW<br>Washington DC 20006 |
| Pension Benefit Guaranty Corporation<br>Attn: Israel Goldowitz<br>1200 K Street, N.W., Suite 340<br>Washington DC 20005 | Karen L. Morris<br>Pension Benefit Guaranty Corporation<br>1200 K Street, N.W., Suite 340<br>Washington DC 20005 |
| John Menke<br>Pension Benefit Guaranty Corporation<br>1200 K Street, N.W., Suite 340<br>Washington DC 20005 | Ralph L. Landy<br>Pension Benefit Guaranty Corporation<br>1200 K Street, N.W., Suite 340<br>Washington DC 20005 |
| Beth A. Bangert<br>Pension Benefit Guaranty Corporation<br>1200 K Street, N.W., Suite 340<br>Washington DC 20005 | Sandra A. Riemer<br>Phillips Nizer LLP<br>666 Fifth Avenue<br>New York, NY 10103 |
| David L. Resnick<br>Rothchild Inc.<br>1251 Avenue of the Americas<br>New York, NY 10020 | Robert W. Dremluk<br>Seyfarth Shaw LLP<br>620 Eighth Ave.<br>New York, NY 10018-1405 |
| Douglas Bartner<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022 | Jill Frizzley<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022 |
| Kenneth S. Ziman<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017 | William T. Russell, Jr.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017 |

**Via First Class Mail on September 19, 2008 (continued)**

| | |
|---|---|
| John Wm. Butler<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 W. Wacker Dr., Suite 2100<br>Chicago, IL 60606 | John K. Lyons<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 W. Wacker Dr., Suite 2100<br>Chicago, IL 60606 |
| Ron E. Meisler<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 W. Wacker Dr., Suite 2100<br>Chicago, IL 60606 | Kayalyn A. Marafioti<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 |
| Daniel D. Doyle<br>Spencer Fane Britt & Browne LLP<br>1 North Brentwood Boulevard, Tenth Floor<br>St. Louis, MO 63105 | Nicholas Franke<br>Spencer Fane Britt & Browne LLP<br>1 North Brentwood Boulevard, Tenth Floor<br>St. Louis, MO 63105 |
| Chester B. Salomon<br>Stevens & Lee, P.C.<br>485 Madison Avenue, 20th Floor<br>New York, NY 10022 | Constantine D. Pourakis<br>Stevens & Lee, P.C.<br>485 Madison Avenue, 20th Floor<br>New York, NY 10022 |
| Albert Togut<br>Togut, Segal & Segal LLP<br>One Penn Plaza<br>New York, NY 10119 | Tyco Electronics Corporation<br>Attn: MaryAnn Brereton, Asst. Gen. Counsel<br>60 Columbia Road<br>Morristown, NJ 07960 |
| Office of the United States Trustee<br>Attn: Brian Masumoto<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004-2112 | Michael D. Warner<br>Warner Stevens, LLP<br>1700 City Center Tower II<br>301 Commerce Street<br>Fort Worth, TX 76102 |
| Harvey R. Miller<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Jeffrey L. Tanenbaum<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |

**Via Electronic Mail on September 18, 2008 (using the CM/ECF system)**

| | |
|---|---|
| Anne Marie Aaronson | aaronsoa@pepperlaw.com |
| David B. Aaronson | david.aaronson@dbr.com |
| Elizabeth Abdelmasieh | elizabeth@regencap.com |
| Franklin C. Adams | franklin.adams@bbklaw.com |
| Jason R. Adams | jadams@torys.com |
| Jennifer L. Adamy | bankruptcy@goodwin.com |
| David J. Adler | dadler@mccarter.com |
| Joseph W. Allen | jallen@jaeckle.com |
| Christopher A. Andreoff | candreoff@jaffelaw.com, ckelley@jaffelaw.com |
| Philip D. Anker | philip.anker@wilmerhale.com |

**Via Electronic Mail on September 18, 2008 (using the CM/ECF system) (continued)**

| | |
|---|---|
| Joel D. Applebaum | japplebaum@clarkhill.com |
| Allison R. Bach | abach@dickinsonwright.com |
| Stephen M. Bales | sbales@zieglermetzger.com |
| C. David Bargamian | dbargamian@bsdd.com |
| Courtney Engelbrecht Barr | cbarr@lockelord.com, docket@lockelord.com |
| William J. Barrett | william.barrett@bfkn.com |
| David S. Barritt | barritt@chapman.com |
| Joseph M. Barry | jbarry@ycst.com |
| Douglas P. Bartner | dbartner@shearman.com, mtorkin@shearman.com, ned.schodek@shearman.com, yuichi.haraguchi@shearman.com, atenzer@shearman.com |
| Donald F. Baty | dbaty@honigman.com |
| Douglas P. Baumstein | dbaumstein@whitecase.com |
| Peter Nils Baylor | pnb@nutter.com |
| Ronald Scott Beacher | rbeacher@daypitney.com |
| W. Robinson Beard | jkirk@stites.com |
| Thomas M. Beeman | tom@beemanlawoffice.com |
| Christopher Robert Belmonte | cbelmonte@ssbb.com, pbosswick@ssbb.com |
| Ryan B. Bennett | rbennett@kirkland.com, asathy@kirkland.com, rkwasteniet@kirkland.com, pfraumann@kirkland.com, jgoldfinger@kirkland.com |
| Timothy C. Bennett | tbennett@klng.com |
| Neil Matthew Berger | neilberger@teamtogut.com, dgeoghan@teamtogut.com, abrogan@teamtogut.com, jlee@teamtogut.com, awinchell@teamtogut.com, echafetz@teamtogut.com, sskelly@teamtogut.com, jfalco@teamtogut.com, bdawson@teamtogut.com, sreichert@teamtogut.com, dcahir@teamtogut.com, dsmith@teamtogut.com |
| Leslie Ann Berkoff | lberkoff@moritthock.com |
| Richard J. Bernard | rbernard@bakerlaw.com |
| Jeffrey Bernstein | jbernstein@mdmc-law.com |
| Brendan G. Best | Bbest@dykema.com, ssalinas@dykema.com |
| Brendan G. Best | bbest@dykema.com, ssalinas@dykema.com |
| Beth Ann Bivona | bbivona@damonmorey.com, wsavino@damonmorey.com, mbrennan@damonmorey.com |
| Florence Bonaccorso-Saenz | florence.saenz@la.gov |
| Charles E. Boulbol | rtrack@msn.com |
| Eliza K. Bradley | ebradley@robergelaw.com |
| William M. Braman | wmbraman@binghammchale.com |
| Wendy D. Brewer | wendy.brewer@btlaw.com, bankruptcyindy@btlaw.com |
| Allan S. Brilliant | abrilliant@goodwinprocter.com, nymanagingclerk@goodwinprocter.com |
| Timothy W. Brink | timothy.brink@dlapiper.com |

**Via Electronic Mail on September 18, 2008 (using the CM/ECF system) (continued)**

| | |
|---|---|
| Peter D. Broitman | broitman.peter@dol.gov, sol-chi@dol.gov |
| James L. Bromley | maofiling@cgsh.com;soneal@cgsh.com |
| Mark A. Broude | mark.broude@lw.com |
| Lee B. Brumitt | lbrumitt@dysarttaylor.com, sriley@dysarttaylor.com |
| Daniel E. Bruso | dbruso@cantorcolburn.com, DMayhew@cantorcolburn.com |
| Jacob Buchdahl | jbuchdahl@susmangodfrey.com |
| Deborah M. Buell | maofiling@cgsh.com |
| Kevin J. Burke | kburke@cahill.com |
| Michael G. Busenkell | mbusenkell@wcsr.com |
| John Wm. Butler | jbutler@skadden.com |
| Aaron R. Cahn | cahn@clm.com |
| Robert A. Calinoff | rcalinoff@candklaw.com |
| Judy B. Calton | jcalton@honigman.com |
| Paul W. Carey | bankrupt@modl.com, pwcarey@modl.com |
| Scott Cargill | scargill@lowenstein.com |
| James S. Carr | KDWBankruptcyDepartment@kelleydrye.com |
| Roberto Carrillo | rcarrillo@gsblaw.com |
| D. Christopher Carson | ccarson@burr.com |
| Michelle Carter | mcarter@kslaw.com, pwhite@kslaw.com |
| Linda J. Casey | caseyl@pepperlaw.com, hillera@pepperlaw.com, jaffeh@pepperlaw.com, shieldsa@pepperlaw.com, barsonl@pepperlaw.com, kistlerb@pepperlaw.com |
| Michael Cassell | mcassell@lefkowitzhogan.com |
| Ben T. Caughey | ben.caughey@icemiller.com |
| George B. Cauthen | george.cauthen@nelsonmullins.com, mary.cutler@nelsonmullins.com, brook.wright@nelsonmullins.com |
| Rocco A. Cavaliere | rcavaliere@blankrome.com, senese@blankrome.com, nmorales@blankrome.com |
| Babette A. Ceccotti | bceccotti@cwsny.com |
| Sarah B. Chapman Carter | scarter@pselaw.com |
| Erik G. Chappell | egc@lydenlaw.com |
| J Eric Charlton | echarlton@hiscockbarclay.com |
| Maria E. Chavez-Ruark | maria.ruark@dlapiper.com |
| Conrad Chiu | cchiu@daypitney.com |
| David D. Cleary | david.cleary@dl.com, mkhambat@dl.com |
| Marvin E. Clements | agbanknewyork@ag.tn.gov |
| Tiffany Strelow Cobb | tscobb@vorys.com, cdfricke@vorys.com |
| Theodore A. Cohen | tcohen@smrh.com, amontoya@sheppardmullin.com |
| Mark B. Conlan | mconlan@gibbonslaw.com |
| Dennis J. Connolly | dconnolly@alston.com |
| Susan M. Cook | smcook@lambertleser.com |
| Patrick M. Costello | pcostello@bbslaw.com, clee@bbslaw.com |

**Via Electronic Mail on September 18, 2008 (using the CM/ECF system) (continued)**

| | |
|---|---|
| Thomas W. Cranmer | cranmer@millercanfield.com, rouman@millercanfield.com, christenson@millercanfield.com |
| David N. Crapo | dcrapo@gibbonslaw.com |
| Tyson A. Crist | tcrist@szd.com |
| Michael G. Cruse | mcruse@wnj.com, hziegler@wnj.com |
| Gary H. Cunningham | gcunningham@gmhlaw.com |
| Louis A. Curcio | lcurcio@tpwlaw.com |
| Vincent D'Agostino | vdagostino@lowenstein.com |
| Jeannine D'Amico | jeannine.damico@cwt.com |
| Sherri Lynn Dahl | sdahl@ssd.com, SSzymanski@ssd.com |
| Douglas R. Davis | ddavis@paulweiss.com |
| Jeffry A. Davis | jadavis@mintz.com, dsjohnson@mintz.com |
| Michael S. Davis | mdavis@zeklaw.com, mmccarthy@zeklaw.com, rguttmann@zeklaw.com, mmillnamow@zeklaw.com |
| Carina M. De La Torre | cdelatorre@boselaw.com |
| James J. DeCristofaro | james.decristofaro@lovells.com |
| Karen Veronica DeFio | kdefio@bsk.com |
| J. Michael Debbeler | mdebbeler@graydon.com |
| Robert Dehney | rdehney@mnat.com, cmiller@mnat.com, tdriscoll@mnat.com, dabbott@mnat.com, dbutz@mnat.com, wlamotte@mnat.com |
| Christopher M. Desiderio | cdesiderio@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com |
| Gerard DiConza | gdiconza@dlawpc.com, las@dlawpc.com |
| Maria J. DiConza | diconzam@gtlaw.com, baddleyd@gtlaw.com, petermann@gtlaw.com |
| John P. Dillman | houston_bankruptcy@publicans.com |
| Karen Dine | karen.dine@pillsburylaw.com |
| Stephen A. Donato | sdonato@bsk.com, kdoner@bsk.com, heddy@bsk.com |
| J. Ted Donovan | TDonovan@Finkgold.com, srshmulevitz@finkgold.com |
| Amish R. Doshi | adoshi@daypitney.com |
| Mary Joanne Dowd | dowd.mary@arentfox.com, rothleder.jeffrey@arentfox.com |
| David G. Dragich | ddragich@foley.com |
| David B. Draper | ddraper@terra-law.com |
| Dennis J. Drebsky | ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com |
| Robert W. Dremluk | rdremluk@seyfarth.com, pbaisier@seyfarth.com lravnikar@seyfarth.com, dchristian@seyfarth.com |
| David W. Dykhouse | dwdykhouse@pbwt.com;cbelanger@pbwt.com |
| Frank L. Eaton | featon@whitecase.com, icruz@whitecase.com, mresnicoff@whitecase.com, lbegy@whitecase.com, tdee@whitecase.com |
| Weston T. Eguchi | weguchi@orrick.com |
| Gayle Ehrlich | gehrlich@sandw.com |

**Via Electronic Mail on September 18, 2008 (using the CM/ECF system) (continued)**

| | |
|---|---|
| Robert L. Eisenbach | reisenbach@cooley.com |
| Judith Elkin | judith.elkin@haynesboone.com |
| Paige Leigh Ellerman | ellerman@taftlaw.com, docket@taftlaw.com |
| Bruce N. Elliott | elliott@cmplaw.com |
| Kristin Elliott | kristin.elliott@klgates.com |
| Rex H. Elliott | loris@cooperelliott.com, rexe@cooperelliott.com, sheilav@cooperelliott.com |
| Barbara Ellis-Monro | bellis-monro@sgrlaw.com |
| Alyssa Englund | aenglund@orrick.com |
| Michael R. Enright | menright@rc.com |
| Richard L. Epling | richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com |
| Margot Erlich | margot.erlich@pillsburylaw.com |
| Scott L. Esbin | bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com |
| Michael S. Etkin | metkin@lowenstein.com, mseymour@lowenstein.com |
| Stephen Vincent Falanga | sfalanga@connellfoley.com |
| Marc Falcone | mfalcone@paulweiss.com |
| Eugene I. Farber | efarber747@aol.com |
| Kathleen A. Farinas | kf@lgrslaw.com |
| Robert Michael Farquhar | mfarquhar@winstead.com |
| William L. Farris | farrisw@sullcrom.com |
| Bonnie Glantz Fatell | fatell@blankrome.com |
| Oscar B. Fears | bfears@law.ga.gov |
| Robert J. Feinstein | rfeinstein@pszyj.com, dharris@pszyjw.com |
| Hermann Ferre | hferre@thelenreid.com |
| Richard L. Ferrell | Ferrell@taftlaw.com |
| Charles J. Filardi | charles@filardi-law.com, abothwell@filardi-law.com |
| Andrea Fischer | afischer@olshanlaw.com, ssallie@olshanlaw.com, rsalnave@olshanlaw.com |
| Jonathan L. Flaxer | jflaxer@golenbock.com, ssmith@golenbock.com, avassallo@golenbock.com, eneuman@golenbock.com |
| Daniel A. Fliman | dfliman@kasowitz.com |
| Jonathan D. Forstot | jforstot@tpw.com, mmuller@tpw.com, lcurcio@tpw.com |
| Mateo Fowler | mateofowler@quinnemanuel.com |
| Mateo Z. Fowler | leticiabustinduy@quinnemanuel.com |
| Edward M. Fox | edward.fox@klgates.com |
| Shawn Randall Fox | sfox@mcguirewoods.com |
| Joseph D. Frank | jfrank@fgllp.com, ccarpenter@fgllp.com, rheiligman@fgllp.com |
| Mark S. Frankel | mfrankel@couzens.com |
| Thomas M. Franklin | tmflaw@swbell.net |
| Edward A. Friedman | efriedman@fklaw.com, vgarvey@fklaw.com |
| Michael Friedman | mfriedman@rkollp.com, mschneider@rkollp.com, ksambur@rkollp.com |

**Via Electronic Mail on September 18, 2008 (using the CM/ECF system) (continued)**

| | |
|---|---|
| Scott J. Friedman | sjfriedman@jonesday.com, ChicagoBRR@jonesday.com |
| Patricia B. Fugee | pfugee@ralaw.com, lmsmith@ralaw.com |
| Lars H. Fuller | lfuller@rothgerber.com |
| Timothy A. Fusco | fusco@millercanfield.com, skoczylas@millercanfield.com |
| Thomas M. Gaa | tgaa@bbslaw.com |
| James Gadsden | bankruptcy@clm.com |
| James M. Garner | jgarner@shergarner.com, jchocheles@shergarner.com |
| Victoria D. Garry | vgarry@ag.state.oh.us |
| Joanne Gelfand | joanne.gelfand@akerman.com |
| Yann Geron | ygeron@foxrothschild.com |
| Philip J. Giacinti | pjg@procopio.com, caw@procopio.com |
| Karen Giannelli | kgiannelli@gibbonslaw.com |
| Leo J. Gibson | lgibson@bsdd.com |
| Celeste R. Gill | gillcr@michigan.gov, sherwoodj@michigan.com |
| Joseph M. Gitto | jgitto@nixonpeabody.com |
| Eduardo J. Glas | eglas@mccarter.com |
| Jeffrey R. Gleit | jgleit@kasowitz.com, ffigueroa@kasowitz.com, cciuffani@kasowitz.com |
| Larry Ivan Glick | larryglick@erols.com |
| Ronald L. Glick | rlg@stevenslee.com |
| Matthew Alexander Gold | courts@argopartners.net |
| Eric D. Goldberg | egoldberg@Stutman.com |
| Scott R. Goldberg | sgoldber@quarles.com |
| Scott A. Golden | sagolden@hhlaw.com, khseal@hhlaw.com |
| Robert C. Goodrich | nashvillebankruptcyfilings@stites.com |
| Robert D. Gordon | rgordon@clarkhill.com |
| Gary A. Gotto | ggotto@krplc.com |
| Garry M. Graber | ggraber@hodgsonruss.com, bomalley@hodgsonruss.com, mmuskopf@hodgsonruss.com |
| David S. Gragg | dgragg@langleybanack.com, cjohnston@langleybanack.com |
| Jeffrey J. Graham | jgraham@taftlaw.com, ecfclerk@taftlaw.com, dwineinger@taftlaw.com |
| Warren R. Graham | wrg@dmlegal.com |
| Jonathan S. Green | greenj@millercanfield.com |
| Wendy B. Green | wgreen@formanlaw.com |
| John T. Gregg | jgregg@btlaw.com |
| Lisa S. Gretchko | lgretchko@howardandhoward.com, dbrandon@howardandhoward.com |
| Stephen H. Gross | sgross@hodgsonruss.com, rcipollaro@hodgsonruss.com |
| Stephen B. Grow | sgrow@wnj.com, kfrantz@wnj.com |
| Janice Beth Grubin | janice.grubin@dbr.com, daniel.northrop@dbr.com |
| Kevin Grzelak | phcdelphi@priceheneveld.com |
| Peter J. Gurfein | pgurfein@akingump.com |

**Via Electronic Mail on September 18, 2008 (using the CM/ECF system) (continued)**

| | |
|---|---|
| Elizabeth A. Haas | info@thehaaslawfirm.com |
| Dennis M. Haley | dhaley@winegarden-law.com |
| Michael Leo Hall | mhall@burr.com |
| Timothy C. Hall | tch@previant.com |
| Alan D. Halperin | ahalperin@halperinlaw.net, cmitchell@halperinlaw.net, cbattaglia@halperinlaw.net, spark@halperinlaw.net |
| William J. Hanlon | whanlon@seyfarth.com |
| Kristopher M. Hansen | insolvency2@stroock.com;docketing@stroock.com |
| Jill M. Hartley | jh@previant.com |
| Brian W. Harvey | bharvey@goodwinprocter.com, bharvey@goodwinprocter.com |
| Lonie A. Hassel | lah@groom.com |
| William M. Hawkins | whawkins@loeb.com |
| Nava Hazan | nhazan@mwe.com |
| Ryan D. Heilman | rheilman@schaferandweiner.com |
| Ira L. Herman | ira.herman@tklaw.com, orlando.salcedo@tklaw.com, delilah.garcia@tklaw.com |
| Neil E. Herman | Nherman@morganlewis.com |
| Brian S. Hermann | bhermann@paulweiss.com |
| William Heuer | wheuer@dl.com, haaronson@dl.com |
| Jeannette Eisan Hinshaw | jhinshaw@boselaw.com, kmcintosh@boselaw.com |
| Robert M. Hirsh | hirsh.robert@arentfox.com, Mckinley.Karen@arentfox.com |
| Shannon E. Hoff | mstinson@burr.com |
| Michelle R. Holl | mholl@mayerbrownrowe.com |
| Stephanie K. Hoos | stephanie.hoos@bingham.com |
| John R. Humphrey | jhumphrey@taftlaw.com, jhumphrey@taftlaw.com, ecfclerk@taftlaw.com |
| John J. Hunter | jrhunter@hunterschank.com, sharonaldrich@hunterschank.com |
| Jay W. Hurst | jay.hurst@oag.state.tx.us |
| Donald J. Hutchinson | hutchinson@millercanfield.com |
| Roland Hwang | hwangr@michigan.gov |
| Mark S. Indelicato | mindelicato@hahnhessen.com, eschnitzer@hahnhessen.com, kcraner@hahnhessen.com, jcerbone@hahnhessen.com |
| Michael G. Insalaco | minsalaco@zeklaw.com |
| Peter Janovsky | PJanovsky@ZEKlaw.com |
| Susan Jennik | sjennik@kjmlabor.com |
| Peter R. Jerdee | PJERDEE@JOSEPHNYC.COM |
| Mary L. Johnson | mjohnson@sheppardmullin.com, msternstein@sheppardmullin.com |
| Roger G. Jones | rjones@bccb.com |
| Richard Josephson | basargent@stoel.com |
| John E. Jureller | jjureller@klestadt.com, jjureller@klestadt.com |
| Allen G. Kadish | kadisha@gtlaw.com |
| Dana P. Kane | lsi@liquiditysolutions.com, sfriedberg@liquiditysolutions.com |

**Via Electronic Mail on September 18, 2008 (using the CM/ECF system) (continued)**

| | |
|---|---|
| Andrew C. Kassner | andrew.kassner@dbr.com |
| Jessica Kastin | jkastin@omm.com |
| William M. Katich | wkatich@atg.state.il.us |
| Kristi A. Katsma | kkatsma@dickinsonwright.com, dnavin@dickinsonwright.com |
| Patrick J. Keating | pkeating@bdblaw.com |
| David Kennedy | david.kennedy2@usdoj.gov |
| Thomas M. Kennedy | tkennedy@kjmlabor.com |
| Michael P. Kessler | michael.kessler@weil.com, ilusion.rodriguez@weil.com, garrett.fail@weil.com, rachel.albanese@weil.com, robert.lemons@weil.com, jae.kim@weil.com, m.j.walsh@weil.com |
| Jocelyn Keynes | jk@stevenslee.com |
| Ron Kilgard | BankruptcyECF@krplc.com, BankruptcyECF@krplc.com |
| Tami Hart Kirby | tkirby@porterwright.com |
| Myron Kirschbaum | mkirschbaum@kayescholer.com |
| Karen L. Kirshenbaum | kkirshenbaum@lynchrowin.com |
| Jeremy C. Kleinman | jkleinman@fgllp.com |
| Tracy L. Klestadt | tklestadt@klestadt.com, tklestadt@gmail.com |
| Brandi P. Klineberg | bklineberg@moritthock.com |
| Jonathan Koevary | jkoevary@kramerlevin.com |
| Howard Koh | hkoh@meisterseelig.com |
| Seth F. Kornbluth | skornbluth@herrick.com |
| Alan M. Koschik | akoschik@brouse.com |
| Lawrence J. Kotler | ljkotler@duanemorris.com |
| Deborah Kovsky-Apap | kovskyd@pepperlaw.com, kressk@pepperlaw.com, wisotska@pepperlaw.com |
| Stuart A. Krause | skrause@zeklaw.com |
| Julia S. Kreher | jkreher@hodgsonruss.com, pmacpher@hodgsonruss.com |
| Duane Kumagai | dkumagai@rutterhobbs.com |
| David R. Kuney | dkuney@sidley.com, nroberge@sidley.com, kjacobs@sidley.com, vleather@sidley.com, zdelacru@sidley.com, lkujawski@sidley.com, emcdonnell@sidley.com |
| Glenn M. Kurtz | gkurtz@whitecase.com |
| Randall D. LaTour | rdlatour@vssp.com, cdfricke@vorys.com, jcookdubin@vorys.com |
| Darryl S. Laddin | bkrfilings@agg.com |
| Ralph L. Landy | landy.ralph@pbgc.gov, efile@pbgc.gov |
| Stuart A. Laven | slaven@bfca.com |
| James N. Lawlor | jlawlor@wmd-law.com, gbenaur@wmd-law.com |
| Elena Lazarou | elazarou@reedsmith.com, elazarou@reedsmith.com |
| Harlan Mitchell Lazarus | HMLLAW@WORLDNET.ATT.NET, HMLLAW@WORLDNET.ATT.NET |
| Thomas A. Lee | notices@becket-lee.com |
| David S. Lefere | davidl@bolhouselaw.com |

**Via Electronic Mail on September 18, 2008 (using the CM/ECF system) (continued)**

| | |
|---|---|
| Harris Donald Leinwand | hleinwand@aol.com, hleinwand@aol.com |
| David E. Lemke | david.lemke@wallerlaw.com, cathy.thomas@wallerlaw.com, chris.cronk@wallerlaw.com, robert.welhoelter@wallerlaw.com, wallerbankruptcy@wallerlaw.com |
| Joseph H. Lemkin | jhlemkin@duanemorris.com |
| Ira M. Levee | ilevee@lowenstein.com, mseymour@lowenstein.com |
| Jill Levi | jlevi@toddlevi.com, drosenberg@toddlevi.com |
| Kenneth M. Lewis | klewis@rosenpc.com, srosen@rosenpc.com |
| Kim Martin Lewis | kim.lewis@dinslaw.com, john.persiani@dinslaw.com, lisa.geeding@dinslaw.com, patrick.burns@dinslaw.com |
| Mark S. Lichtenstein | mlichtenstein@crowell.com, mlichtenstein@crowell.com |
| David Liebov | liebovd@sullcrom.com |
| Eric Lopez Schnabel | schnabel.eric@dorsey.com |
| Dennis W. Loughlin | dloughlin@wnj.com, hziegler@wnj.com |
| Daniel A. Lowenthal | dalowenthal@pbwt.com, mcobankruptcy@pbwt.com |
| A. Peter Lubitz | plubitz@schiffhardin.com |
| Donald K. Ludman | dludman@brownconnery.com |
| Matthew J. Lund | kovskyd@pepperlaw.com |
| John H. Maddock | jmaddock@mcguirewoods.com, jmaddock@mcguirewoods.com, jsheerin@mcguirewoods.com |
| Amina Maddox | amina.maddox@law.dol.lps.state.nj.us |
| John S. Mairo | jsmairo@pbnlaw.com, mdlaskowski@pbnlaw.com, sakelly@pbnlaw.com, jmgastineau@pbnlaw.com, lkkabse@pbnlaw.com, jamcadoo@pbnlaw.com, wdbailey@pbnlaw.com |
| Donald W. Mallory | donald.mallory@dinslaw.com |
| Jacob A. Manheimer | mpottle@pierceatwood.com |
| Kayalyn A. Marafioti | kmarafio@skadden.com |
| Andrew L. Margulis | amargulis@ropers.com |
| Kenneth S. Marks | kmarks@susmangodfrey.com |
| Ilan Markus | imarkus@tylercooper.com |
| John J. Marquess | jjm@legalcost.com |
| Madison L. Martin | nashvillebankruptcyfilings@stites.com |
| Richard Gary Mason | rgmason@wlrk.com |
| Victor J. Mastromarco | vmastromar@aol.com |
| Deborah A. Mattison | dmattison@wcqp.com |
| Thomas J. Matz | tmatz@skadden.com |
| Kristin B. Mayhew | abothwell@pepehazard.com |
| Alan S. Maza | mazaa@sec.gov |
| Daniel P. Mazo | dpm@curtinheefner.com |
| Aaron G. McCollough | amccollough@mcguirewoods.com |
| Michael K. McCrory | michael.mccrory@btlaw.com, bankruptcyindy@btlaw.com |
| Ralph E. McDowell | rmcdowell@bodmanllp.com |

**Via Electronic Mail on September 18, 2008 (using the CM/ECF system) (continued)**

| | |
|---|---|
| Douglas J. McGill | douglas.mcgill@dbr.com |
| Frank McGinn | ffm@bostonbusinesslaw.com |
| Scott S. McKessy | smckessy@reedsmith.com |
| Terence McLaughlin | maosbny@willkie.com, tmclaughlin@willkie.com |
| Michelle McMahon | michelle.mcmahon@bryancave.com, dortiz@bryancave.com |
| Greta A. McMorris | gmcmorris@stinsonmoheck.com |
| Austin L. McMullen | amcmulle@bccb.com |
| Patrick E. Mears | patrick.mears@btlaw.com |
| Derek F. Meek | dmeek@burr.com |
| Barbara S Mehlsack | bmehlsack@gkllaw.com |
| Timothy Mehok | timothy.mehok@hellerehrman.com |
| Richard M. Meth | msteen@daypitney.com |
| G. Christopher Meyer | cmeyer@ssd.com |
| Sally Meyer | smeyer@madisonliquidity.com |
| Merle C. Meyers | mmeyers@mlg-pc.com |
| Robert N. Michaelson | rmichaelson@klgates.com |
| Angela Z. Miller | amiller@phillipslytle.com, jhahn@phillipslytle.com |
| Brian Parker Miller | parker.miller@alston.com |
| Kathleen M. Miller | kmm@skfdelaware.com, tlc@skfdelaware.com |
| W. Timothy Miller | miller@taftlaw.com, adams@taftlaw.com, docket@taftlaw.com |
| Alan K. Mills | amills@btlaw.com, bankruptcyindy@btlaw.com |
| Robert K. Minkoff | lsi@liquiditysolutions.com |
| Joseph Thomas Moldovan | bankruptcy@morrisoncohen.com, mdallago@morrisoncohen.com, ny76@ecfcbis.com |
| James P. Moloy | jmoloy@dannpecar.com |
| Michael C. Moody | mmoody@orourkeandmoody.com, firm@orourkeandmoody.com, morourke@orourkeandmoody.com |
| Audrey E. Moog | amoog@hhlaw.com |
| Brett S. Moore | bsmoore@pbnlaw.com, mdlaskowski@pbnlaw.com, sakelly@pbnlaw.com, jmgastineau@pbnlaw.com, lkkabse@pbnlaw.com, jamcadoo@pbnlaw.com, wdbailey@pbnlaw.com, rmschechter@pbnlaw.com, jsbasner@pbnlaw.com |
| Brian F. Moore | bmoore@mccarter.com |
| Gene T. Moore | gtmlaw@bellsouth.net |
| Thomas R. Morris | morris@silvermanmorris.com, morris@silvermanmorris.com |
| Andrew L. Morrison | amorrison@reedsmith.com, rmarino@reedsmith.com |
| Sarah E. Morrison | sarah.morrison@doj.ca.gov |
| Whitney L. Mosby | wmosby@binghammchale.com |
| Eric T. Moser | eric.moser@klgates.com, kristen.serrao@klgates.com |
| Alisa Mumola | alisa@contrariancapital.com |
| Jill L. Murch | jmurch@foley.com, khall@foley.com |
| James P. Murphy | murph@berrymoorman.com |

05-44481-rdd    Doc 14204    Filed 09/19/08    Entered 09/19/08 17:29:42    Main Document
Pg 16 of 20

**Via Electronic Mail on September 18, 2008 (using the CM/ECF system) (continued)**

| | |
|---|---|
| Robert D. Nachman | rnachman@scgk.com |
| Bruce S. Nathan | bnathan@lowenstein.com |
| Melissa Z. Neier | mneier@ibolaw.com |
| Michael R. Nestor | bankruptcy@ycst.com |
| Marie L. Nienhuis | zraiche@gklaw.com;mroufus@gklaw.com |
| Timothy F. Nixon | tnixon@gklaw.com, zraiche@gklaw.com, mroufus@gklaw.com |
| Richard P. Norton | rnorton@hunton.com |
| Gordon Z. Novod | gnovod@kramerlevin.com |
| Kasey C. Nye | knye@quarles.com |
| Michael P. O'Connor | mpolaw@aol.com |
| Michael O'Hayer | mkohayer@aol.com |
| Martin P. Ochs | martin@oglaw.net |
| Sean A. Okeefe | sokeefe@winthropcouchot.com |
| Patrick J. Orr | porr@klestadt.com |
| Karen Ostad | kostad@mofo.com |
| Mark Russell Owens | mowens@btlaw.com, mowens@btlaw.com, bankruptcyindy@btlaw.com |
| Isaac M. Pachulski | ipachulski@stutman.com |
| Nicholas R. Pagliari | npagliari@quinnfirm.com, mseaberg@quinnfirm.com, dcornelius@quinnfirm.com |
| Charles Palella | cpalella@kurzman.com |
| Ingrid S. Palermo | ipalermo@hselaw.com |
| Sapna W. Palla | spalla@kayescholer.com, bmintz@kayescholer.com, rcappiello@kayescholer.com, maosbny@kayescholer.com, tlangsdorf@kayescholer.com |
| Charles N. Panzer | cpanzer@sillscummis.com |
| Richard J. Parks | rjp@pietragallo.com, kas2@pietragallo.com |
| Felton E. Parrish | fparrish@kslaw.com |
| Susan P. Persichilli | susan.persichilli@bipc.com |
| Geoffrey J. Peters | colnyecf@weltman.com |
| Lowell Peterson | lpeterson@msek.com |
| Ronald R. Peterson | rpeterson@jenner.com, anicoll@jenner.com, docketing@jenner.com |
| Ed Phillips | ephillips@thurman-phillips.com |
| Christine A.M. Pierpont | cpierpont@ssd.com |
| Shone Pierre | shone.pierre@la.gov |
| Alex Pirogovsky | apirogovsky@uhlaw.com |
| Leslie A. Plaskon | leslieplaskon@paulhastings.com |
| David M. Posner | dmposner@hhlaw.com, dmposner@hhlaw.com, khseal@hhlaw.com, mferrara@hhlaw.com |
| Constantine Pourakis | cp@stevenslee.com |

**Via Electronic Mail on September 18, 2008 (using the CM/ECF system) (continued)**

| | |
|---|---|
| Mark T. Power | MPower@HahnHessen.com, kcraner@hahnhessen.com, jcerbone@hahnhessen.com, eschnitzer@hahnhessen.com, jzawadzki@hahnhessen.com, sthompson@hahnhessen.com, mmarhyan@hahnhessen.com |
| Susan Power-Johnston | sjohnston@cov.com |
| Ronald S. Pretekin | pretekin@coollaw.com, piatt@coollaw.com |
| Dennis E. Quaid | dquaid@fagelhaber.com |
| Paul A. Rachmuth | prachmuth@reedsmith.com |
| Thomas B. Radom | radom@butzel.com |
| Dennis Jay Raterink | raterinkd@michigan.gov |
| Gary Ravert | gravert@mwe.com |
| Eric T. Ray | eray@balch.com, mpaddock@balch.com |
| Ira A. Reid | ira.a.reid@bakernet.com |
| Steven J. Reisman | sreisman@curtis.com, jbarucha@curtis.com, webmaster@docketware.com, ceilbott@curtis.com, jdrew@curtis.com, sbeyer@curtis.com, jthomison@curtis.com, tbarnes@curtis.com |
| Kenneth A. Reynolds | kreynolds@mklawnyc.com, jwalsh@mklawnyc.com, tcard@mklawnyc.com |
| Kenneth A. Reynolds | kar@pryormandelup.com, jwalsh@mklawnyc.com, tcard@mklawnyc.com |
| Walter Reynolds | wreynolds@porterwright.com |
| Marc E. Richards | mrichards@blankrome.com |
| Tracy E. Richardson | tracy.richardson@dol.lps.state.nj.us |
| Craig Philip Rieders | crieders@gjb-law.com, cgreco@gjb-law.com, cgreco@gjb-law.com, bamron@gjb-law.com |
| Sandra A. Riemer | sriemer@phillipsnizer.com, ddore@phillipsnizer.com |
| Marianne Goldstein Robbins | MGR@PREVIANT.COM, MGR@PREVIANT.COM, EM@PREVIANT.COM |
| Matthew R. Robbins | mrr@previant.com |
| Elizabeth A. Roberge | eroberge@robergelaw.com |
| Jean R. Robertson | jrobertson@calfee.com, jrobertson@calfee.com |
| Scott D. Rosen | srosen@cb-shea.com |
| Heath D. Rosenblat | hrosenblat@kayscholer.com |
| Paul M. Rosenblatt | prosenblatt@kilpatrickstockton.com |
| Jeffrey A. Rosenthal | maofiling@cgsh.com, aweaver@cgsh.com, stkaiser@cgsh.com |
| David A. Rosenzweig | DRosenzweig@Fulbright.com |
| David S. Rosner | ffigueroa@kasowitz.com, dfliman@kasowitz.com |
| Ira Rubin | irarubin265@aol.com, norma@bizwoh.rr.com |
| Robert B. Rubin | brubin@burr.com |
| Maura I. Russell | dangiulo@dreierllp.com, ECFNotices@dreierllp.com |
| E. Todd Sable | tsable@honigman.com |
| Chester B. Salomon | cs@stevenslee.com |

**Via Electronic Mail on September 18, 2008 (using the CM/ECF system) (continued)**

| | |
|---|---|
| Brian D. Salwowski | bsalwowski@atg.state.in.us |
| Diane W. Sanders | austin.bankruptcy@publicans.com |
| William A. Sankbeil | was@krwlaw.com |
| Thomas P. Sarb | ecfsarbt@millerjohnson.com |
| Robert V. Sartin | rsartin@fbtlaw.com |
| William F. Savino | wsavino@damonmorey.com, alunday@damonmorey.com |
| Thomas J. Schank | tomschank@hunterschank.com, mcraig@hunterschank.com |
| Ilan D. Scharf | ischarf@pszjlaw.com |
| Michael L. Schein | mschein@vedderprice.com, ecfnydocket@vedderprice.com |
| James R. Scheuerle | jrs@parmenterlaw.com, lms@parmenterlaw.com |
| William H. Schorling | william.schorling@bipc.com |
| Christopher P. Schueller | christopher.schueller@bipc.com, timothy.palmer@bipc.com, donna.curcio@bipc.com |
| Sheila R. Schwager | srs@hteh.com |
| Bryan I. Schwartz | bschwartz@lplegal.com |
| Matthew L. Schwartz | matthew.schwartz@usdoj.gov |
| Mark S. Scott | mscott@riemerlaw.com |
| Lon J. Seidman | filings@spallp.com, lseidman@silvermanacampora.com |
| Howard Seife | arosenblatt@chadbourne.com |
| Jay Selanders | jay.selanders@kutakrock.com |
| Mark A. Shaiken | mshaiken@stinson.com, jgant@stinson.com, amurdock@stinsonmoheck.com |
| Mark H. Shapiro | shapiro@steinbergshapiro.com |
| Andrea Sheehan | sheehan@txschoollaw.com, coston@txschoollaw.com, ashee1@yahoo.com, garza@txschoollaw.com |
| Andrew Howard Sherman | asherman@sillscummis.com, asherman@sillscummis.com |
| Mark Sherrill | mark.sherrill@sablaw.com |
| Joseph E. Shickich | jshickich@riddellwilliams.com |
| Stephen J. Shimshak | sshimshak@paulweiss.com, sshimshak@paulweiss.com |
| J. Christopher Shore | cshore@whitecase.com, jdisanti@whitecase.com, mcosbny@whitecase.com, agoldenberg@whitecase.com, earundel@whitecase.com |
| Robert J. Sidman | rjsidman@vorys.com, bkbowers@vorys.com |
| Robert Sidorsky | sidorsky@butzel.com |
| Aaron M. Silver | asilver@honigman.com |
| Paul N. Silverstein | paulsilverstein@andrewskurth.com, jlevine@akllp.com |
| Sam O. Simmerman | sosimmerman@kwgd.com, mhelmick@kwgd.com |
| John A. Simon | jsimon@foley.com |
| Joseph E. Simpson | jsimpson@hselaw.com |
| Thomas R. Slome | lgomez@msek.com |
| Richard G. Smolev | rsmolev@kayescholer.com, rrotman@kayescholer.com, maosbny@kayescholer.com |

**Via Electronic Mail on September 18, 2008 (using the CM/ECF system) (continued)**

| | |
|---|---|
| Jesse L. Snyder | jsnyder@tpwlaw.com, jforstot@tpwlaw.com, mmuller@tpwlaw.com |
| Marc P. Solomon | msolomon@burr.com |
| Sean C. Southard | ssouthard@klestadt.com |
| Paul H. Spaeth | spaethlaw@phslaw.com |
| Robyn J. Spalter | notice@regencap.com |
| Sarah F. Sparrow | ssparrow@tuggleduggins.com, martit@tuggleduggins.com |
| Douglas E. Spelfogel | dspelfogel@bakerlaw.com |
| Michael A. Spero | jspecf@sternslaw.com |
| Byron C. Starcher | byron.starcher@nelsonmullins.com |
| Robert J. Stark | claukamg@brownrudnick.com |
| Catherine Steege | csteege@jenner.com |
| Matthew B. Stein | mstein@sonnenschein.com |
| Bonnie Steingart | steinbo@ffhsj.com, nydocketclrk@ffhsj.com |
| Stephen P. Stella | attorneystella@sszpc.com |
| Malani Sternstein | msternstein@sheppardmullin.com |
| Alexander Stotland | axs@maddinhauser.com, msl@maddinhauser.com, bac@maddinhauser.com |
| Brent C. Strickland | bstrickland@wtplaw.com |
| Joseph G. Strines | joseph.strines@dplinc.com |
| James M. Sullivan | jmsullivan@mwe.com |
| Michelle T. Sutter | msutter@ag.state.oh.us |
| Paul Sweeney | psweeney@linowes-law.com |
| Dona Szak | dszak@ajamie.com |
| Robert Szwajkos | rsz@curtinheefner.com |
| Douglas T. Tabachnik | dtabachnik@dttlaw.com |
| Jeffrey L. Tanenbaum | garrett.fail@weil.com, robert.lemons@weil.com, michele.meises@weil.com, larnett@intlsteel.com |
| Roger L. Tarbutton | roger.tarbutton@jocogov.org |
| John E. Taylor | jtaylor@binghammchale.com |
| Samuel Jason Teele | jteele@lowenstein.com, siazzetta@lowenstein.com, gbuccellato@lowenstein.com, areicher@lowenstein.com |
| Jay Teitelbaum | jteitelbaum@tblawllp.com, rbaskin@tblawllp.com |
| Zakarij O. Thomas | zothomas@klettrooney.com |
| Janice L. Thompson | Thompson.Janice@dol.gov |
| Richard S. Toder | rtoder@morganlewis.com |
| Gordon J. Toering | gtoering@wnj.com |
| Albert Togut | alcourt@teamtogut.com, kackerman@teamtogut.com |
| Sheldon S. Toll | lawtoll@comcast.net |
| Michael A. Trentadue | mtrentadue@boselaw.com |
| Martin B. Tucker | mtucker@fbtlaw.com |
| Raymond J. Urbanik | rurbanik@munsch.com |
| Robert Usadi | rusadi@cahill.com |

**Via Electronic Mail on September 18, 2008 (using the CM/ECF system) (continued)**

| | |
|---|---|
| Shmuel Vasser | shmuel.vasser@dechert.com |
| Lori V. Vaughan | lvaughan@foley.com |
| Frank F. Velocci | frank.velocci@dbr.com |
| Gary Vist | gvist@masudafunai.com |
| Joseph J. Vitale | jvitale@cwsny.com |
| Arthur T. Walsh | omclaw@aol.com |
| Sean M. Walsh | swalsh@gmhlaw.com, jmahar@gmhlaw.com |
| Michael D. Warner | bankruptcy@warnerstevens.com |
| W. Clark Watson | cwatson@balch.com |
| Robert K. Weiler | rweiler@greenseifter.com, lellis@greenseifter.com |
| William P. Weintraub | wweintraub@fklaw.com, vgarvey@fklaw.com |
| Jay Welford | jwelford@jaffelaw.com, dgoldberg@jaffelaw.com, pbarr@jaffelaw.com, phage@jaffelaw.com |
| Robert J. Welhoelter | robert.welhoelter@wallerlaw.com, darlene.banach@wallerlaw.com, chris.cronk@wallerlaw.com, bk@wallerlaw.com |
| Elizabeth Weller | dallas.bankruptcy@publicans.com |
| David A. Wender | david.wender@alston.com |
| Michael R. Wernette | mwernette@schaferandweiner.com |
| Robert A White | rwhite@murthalaw.com |
| Amy Williams-Derry | awilliams-derry@kellerrohrback.com, hvargas@kellerrohrback.com |
| Stephen F. Willig | swillig@damato-lynch.com, ecf@damato-lynch.com, hfried@damato-lynch.com |
| Eric R. Wilson | KDWBankruptcyDepartment@Kelleydrye.com |
| W. Joe Wilson | jwilson@tylercooper.com |
| Jeffrey C. Wisler | jcw@cblhlaw.com |
| Douglas Wolfe | dwolfe@asmcapital.com |
| Robert D. Wolford | ecfwolfordr@millerjohnson.com |
| Richard L. Wynne | richard_wynne@kirkland.com;sperry@kirkland.com |
| Zhiyuan Xu | mxu@schiffhardin.com |
| David Farrington Yates | fyates@sonnenschein.com |
| Stephen L. Yonaty | syonaty@chwattys.com |
| German Yusufov | pcaocvbk@pcao.pima.gov |
| Helen A. Zamboni | hzamboni@underbergkessler.com |
| Menachem O. Zelmanovitz | mzelmanovitz@morganlewis.com |