## GREGORY P. JOSEPH LAW OFFICES LLC

485 LEXINGTON AVENUE
NEW YORK, NEW YORK 10017
(212) 407-1200
WWW.JOSEPHNYC.COM

FACSIMILE
(212) 407-1299

PETER R. JERDEE
DIRECT DIAL: (212) 407-1240
DIRECT FAX: (212) 407-1276
EMAIL: pjerdee@josephnyc.com

September 22, 2008

**SENT VIA ECF FILING**

Help Desk – ECF Filing
United States Bankruptcy Court
Southern District of New York

**Re:**    *Delphi Corporation, et al.  Case No. 05-44481 (RDD)*

Dear Sir/Madam:

Please remove our firm from the service list that receives electronic filings and other notices in the above-captioned case.

Sincerely,

GREGORY P. JOSEPH LAW OFFICES LLC

Peter R. Jerdee