

# Corporate Structure – U.S./Foreign Entity Relationships

An organizational chart depicts Delphi Corporation's U.S. and foreign entity relationships, with Delphi Corporation (Borrower under Credit Facility) (Delaware) at the top. Subsidiaries branch out including Delphi Trust I–IV (Delaware), Delphi Automotive Systems Human Resources LLC (Delaware), Delphi Foreign Sales Corporation (Virgin Islands), InPlay Technologies Inc. (Nevada) 19.1%, Delphi Automotive Systems Global (Holding) Inc. (Delaware), Delphi Automotive Systems LLC (Delaware), Delphi NY Holding Corporation (New York), Delphi Automotive Systems Services LLC (Delaware) 86%, Delphi Services Holding Corporation (Delaware), Delphi Automotive Systems (Holding) Inc. (Delaware) 87%/13%.

Further entities shown include: Delphi Automotive Systems Overseas Corporation, Delphi International Holdings Corp., Delphi Automotive Systems International Inc., Delphi Automotive Systems Thailand Inc., Delphi International Services Inc., Delphi Automotive Systems Korea Inc., Delphi China LLC (all Delaware, 100%).

Additional entities: Delco Electronics Overseas Corporation (Delaware), MobileAria Inc. (Delaware) 71.2%, Delphi Diesel Systems Corp. (Delaware), Delphi LLC (Delaware), Delphi Automotive Systems – Ashimori LLC (Michigan) 51%, Delphi Integrated Service Solutions Inc. (Michigan), Aspire Inc. (Michigan), Delphi Furukawa Wiring Systems LLC (Delaware) 80%, Delphi Receivables LLC (Delaware), EnerDel Inc. (Delaware) 19.5%, Packard Hughes Interconnect Company (Delaware), Delphi Connection Systems (California), DREAL Inc. (Delaware).

Lower-level entities: Delphi Liquidation Holding Company (Delaware), HE Microwave LLC (Delaware) 50%, Delphi Electronics (Holding) LLC (Delaware), Delphi Technologies Inc. (Delaware), SpaceForm Inc. (Delaware) 19%, Delphi Automotive Systems Tennessee Inc. (Delaware), PBR Knoxville LLC (Delaware) 49%, Specialty Electronics Inc. (South Carolina), Specialty Electronics International Ltd. (Virgin Islands), Delphi Mechatronic Systems Inc. (Delaware), Delphi Medical Systems Corporation (Delaware), Delphi Medical Systems Texas Corporation (Delaware), Delphi Medical Systems Colorado Corporation (Colorado), Delphi Automotive Systems Risk Management Corp. (Delaware), Exhaust Systems Corporation (Delaware), Environmental Catalysts LLC (Delaware), ASEC Sales General Partnership (Delaware) 49.9%/50.1%, ASEC Manufacturing General Partnership (Delaware) 50%/50%, Delphi Foundation Inc. (Michigan).

Legend:
- blue: Indicates entity that directly owns one or more foreign entities
- *: Indicates entity that filed on October 13, 2005
- dashed box: Indicates subsidiary guarantor under Credit Facility
- circle/oval: Indicates partnership
- diamond: Indicates joint venture