**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------X

In re:                                    Chapter 11
                                          Case Nos. 05-44481 (RDD)
Delphi Corporation, et al.,



                    Debtors

------------------------------------X

### CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED, SEPTEMBER 15, 2008, DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.