# Exhibit A

# Competitive Executive Compensation Structure
# All Executives



**AIP Hearing**
**September 23, 2008**

DELPHI

# Delphi Executive Compensation Structure
## As Of July 1, 2008 – All Executives



**AIP Hearing**
**September 23, 2008**

DELPHI

# Delphi Executive Compensation Structure
# If Second Half 2008 AIP Approved – All Executives



**AIP Hearing**
**September 23, 2008**



# Competitive Executive Compensation Structure
# Non-DSB



**AIP Hearing**
**September 23, 2008**



# Delphi Executive Compensation Structure
# As Of July 1, 2008 – Non-DSB





# Delphi Executive Compensation Structure
# If Second Half 2008 AIP Approved – Non-DSB



**AIP Hearing**
**September 23, 2008**



# Competitive Executive Compensation Structure DSB





# Delphi Executive Compensation Structure
## As Of July 1, 2008 – DSB



**AIP Hearing**
**September 23, 2008**

**DELPHI**

# Delphi Executive Compensation Structure
# If Second Half 2008 AIP Approved – DSB



**DELPHI**