## GORLICK, KRAVITZ & LISTHAUS, P.C.

ATTORNEYS AT LAW

17 STATE STREET, 4TH FLOOR

NEW YORK, NEW YORK 10004-1501

◈

(212) 269-2500

FAX (212) 269-2540

WWW.GKLLAW.COM

BUFFALO OFFICE:
442 POTOMAC AVENUE
BUFFALO, NY 14213
(716) 881-0800
FAX (716) 881-0810

LAWRENCE A. KRAVITZ (1972-2002)
BRUCE L. LISTHAUS
MICHAEL J. VOLLBRECHT*
BARBARA S. MEHLSACK*

*NY BAR ONLY

NEW JERSEY OFFICE:
60 PARK PLACE, 6TH FLOOR
NEWARK, NJ 07102
(973) 824-5811

OF COUNSEL
ANDREW A. GORLICK*

September 22, 2008

Via ECF and Hand Delivery

Honorable Robert D. Drain
United State Bankruptcy Judge
Southern District of New York
One Bowling Green
New York, NY 10004

Re:    Delphi Corporation
Case No 05-44481 (RDD)

Response of "Splinter Unions"
To Motion to Implement Modified GSA and
MRA

Dear Judge Drain:

We are filing this letter statement jointly on behalf of the IUOE, IBEW, and IAM (the "Splinter Unions") in response to the Debtor's Motion for Authority to Implement the Amended and Restated Global Settlement Agreement and Master Restructuring Agreement (the "Motion") and to modify the Splinter Unions' Memoranda of Understanding ("MOUs") accordingly.

The Splinter Unions are fully cognizant of the external constraints on the Debtor, including imminent application of the Pension Protection Act to the Delphi HRP. The Splinter Unions do not object to the conceptual framework underlying the Motion, however the Splinter Unions are not yet in a position to assess how the proposed implementation of the amendments will affect the employees and retirees represented by the Splinter Unions. Counsel to the Splinter Unions received a proposed "Implementation Agreement" late on Friday afternoon and have only just begun to receive answers to information requests regarding the Motion submitted to the Debtor last week. Since Friday, Counsel have raised questions about how the Implementation Agreement and the modified GSA affect rights and obligations created by the existing MOUs that have yet to be answered.

We fully expect the Debtor and GM to provide the answers we need to be able to negotiate a timely Implementation Agreement so that the employees and retirees represented by the Splinter Unions are treated fairly.

GORLICK, KRAVITZ & LISTHAUS, P.C.

Hon. Robert Drain
Delphi Corporation
05-44481
September 22, 2008
Page 2

Very truly yours,

GORLICK KRAVITZ &
LISTHAUS, P.C.

Barbara S. Mehlsack (BM1390)

17 State Street
New York, NY. 10004
bmehlsack@gkllaw.com