**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Denice Gonzalez, am over the age of eighteen years and not a party to the within action. I am employed in an office that employs an attorney who has been admitted to practice before this Court on a pro hac vice basis, at whose direction the within service was made. My business address is Stutman, Treister & Glatt Professional Corporation, 1901 Avenue of the Stars, 12th Floor, Los Angeles, California 90067.

This is to certify that on September 22, 2008, I caused to be served the following document: **"Objection To Motion For Order Authorizing Debtors To Implement Amended And Restated Global Settlement Agreement And Master Restructuring Agreement With General Motors Corporation"** upon the following parties via e-mail:

Wm. J. Butler, Esq.
email: jack.butler@skadden.com
Skadden, Arps, Slate, Meagher & Flom
333 W. Wacker Dr., Suite 2100
Chicago, IL 60606

Kayalyn Marafioti
email: kmarafioti@skadden.com
Thomas Matz
email: tmatz@skadden.com
Skadden, Arps, Slate, Meagher & Flom
4 Times Square
P.O. Box 300
New York, NY 10036

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 22, 2008, at Los Angeles, California.

Dated: September 22, 2008         /s/ Denice Gonzalez
                                  Denice Gonzalez

478553v1