UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                          :     Chapter 11
                                                                :     Case No. 05-44481 (RDD)
DELPHI CORPORATION, *et al.*,                                   :     (Jointly Administered)
                                                                :
         Debtors.                                               :
-----------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         )ss.:
COUNTY OF NEW YORK       )

Eric T. Moser, being duly sworn, deposes and says:

1.  I am over eighteen (18) years of age and am not a party to this action.

2.  On September 22, 2008, I served copies of the *Objection of Wilmington Trust Company, as Indenture Trustee, to Expedited Motion for Order Authorizing Debtors to Implement Amended and Restated Global Settlement Agreement and Master Restructuring Agreement wih General Motors Corporation* upon the following persons by electronic mail: (i) John Wm. Butler, Jr. (jack.butler@skadden.com); (ii) Kayalyn Marafioti (kayalyn.marafioti@skadden.com); and Thomas J. Matz (thomas.j.matz@skadden.com).

*[signature]*
_____
Eric T. Moser

Sworn to before me this
22nd day of September, 2008

*[signature]*
_____
Notary BLAINE FERA
Notary Public, State of New York
No. 01FE4867816
Qualified in Westchester County
Commission Expires August 25, 20 10

NY-637783 v1