UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                      :    Chapter 11
                                                            :
DELPHI CORPORATION, et al.,                                 :    Case No. 05-44481 (RDD)
                                                            :
               Debtors.                                     :    (Jointly Administered)
                                                            :
                                                            :    **AFFIDAVIT OF SERVICE**
                                                            :
------------------------------------------------------------x

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

    Arnold Jerome Burrus, being duly sworn, deposes and says:

    1.    I am an employee of the firm of K&L Gates LLP, am over 18 years of age and am not a party to this action.

    2.    On September 22, 2008, I personally served a true copy of the Objection of Wilmington Trust Company, as Indenture Trustee, to Expedited Motion for Order authorizing Debtors to Implement Amended and Restated Global Settlement Agreement and Master Restructuring Agreement with General Motors Corporation by hand delivery upon

> Brian Masumoto, Esq.
> Office of the U.S. Trustee
> 33 Whitehall Street
> New York, NY 10004

by placing same in a properly addressed hand delivery envelope and delivering it to the above address.

                                                  _____
                                                  Arnold Jerome Burrus

Sworn to before me this
22nd day of September, 2008

_____
Notary Public

ELAINE FERA
Notary Public, State of New York
No. 01FE4867816
Qualified in Westchester County
Commission Expires August 25, 20 10

NY-637788-v1