K&L GATES LLP
Edward M. Fox, Esq. (EF1619)
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

Attorneys for Wilmington Trust Company,
as Indenture Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                          :    Chapter 11
                                                                :
DELPHI CORPORATION, et al.,                                     :    Case No. 05-44481 (RDD)
                                                                :
                         Debtors.                               :    (Jointly Administered)
                                                                :
                                                                :    **AFFIDAVIT OF SERVICE**
                                                                :
------------------------------------------------------------x

STATE OF NEW YORK     )
                      )ss.:
COUNTY OF NEW YORK    )

Elaine Fera, being duly sworn, deposes and says:

1.  I am an employee of the firm of K&L Gates Ellis LLP, am over 18 years of age and am not a party to this action.

2.  On September 22, 2008, I served a true copy of the Objection of Wilmington Trust Company, as Indenture Trustee, to Expedited Motion for Order authorizing Debtors to Implement Amended and Restated Global Settlement Agreement and Master Restructuring Agreement with General Motors Corporation by Federal Express priority overnight mail upon

> John Wm. Butler, Jr.
> Skadden Arps, Slate Meagher & Flom LLP
> 333 West Wacker Drive, Suite 2100
> Chicago, IL  60606

by placing same in a properly addressed Federal Express priority overnight envelope and depositing said envelope in Office Services on the 34th Floor at 599 Lexington Avenue, New

NY-637784-v1

York, New York which is the designated location for pickup by the Federal Express Corporation for next business day delivery.

*[Signature]*
Elaine Fera

Sworn to before me this
22nd day of September, 2008

*[Signature]*
Notary Public

NATHANAEL F. MEYERS
Notary Public, State of New York
No. 01ME5057476
Qualified in New York County
Commission Expires March 25, ~~1998~~ 2010