Honorable Robert D. Drain,

I am a Delphi Engineering Supervisor with 29 years and 4 months with the company. I am 50 years old.

Listed below are my concerns with the "Expedited Motion for order under 11 U.S.C.363 for Authority to Modify Benefits under Hourly and Salaried Pension Programs and Modify Applicable Union Agreements in Connection Therewith ("Hourly and Salaried Pension Program Modification Motion").

1. The Hourly Pension Program seems well defined and as of the September 12, 2008 agreement between Delphi and General Motors (GM), it will be fully funded. I have not seen information that says if any of the GM cash infusion to Delphi will fully fund the Salary Pension Fund.
2. Delphi Salaried employees were told on August 15, 2008 that receiving our pension as a lump sum distribution for those with less than 30 years of service would only be possible before October 1, 2008. This is only six weeks notice.
3. I called Fidelity (the pension fund manager) to ask them how much notice they needed before October 1 to process the pension request. They told me on September 11, 2008 that they were not exactly sure but 15 business days may be needed to run the calculation. Fifteen business days from September 11, 2008 is October 2, 2008 – past the September 30, 2008 deadline announced on August 15, 2008. Therefore, what appeared to be a six-week notice on August 15, 2008 was, in reality, much less.
4. If a salaried employee would choose a monthly distribution (for life) instead of a lump sum distribution, the payment would end when the employee dies. Therefore, the pension cannot be used to help the employee's family. On the other hand, if a lump sum pension distribution is selected, the funds are the employee's to leave for his family when he dies. (Just to give you a real world example, my monthly distribution beginning October 1, 2008 would be would be approximately $870 as compared to a lump sum distribution of approximately $238,000. Conservatively investing my lump sum pension now could cause it to grow to $700,000 by the time I retire from working at age 64-67.)

Based on these four observations, I would suggest that the Salaried Pension Fund be fully funded as the Hourly Pension Fund is with the latest GM / Delphi agreement. I would also suggest that the option to receive a salaried employee's retirement as a lump sum be extended through March, 2009 to allow reasonable time for planning such a significant life event.

I understand that this cannot be considered an "objection" to be heard in the hearing on September 23, 2008 but I did want you to understand how this quick movement on making lump sum pension funds unavailable to salaried employees with less than 30 years of service creates an unreasonable hardship for those considering such a significant life event.

Thanks for taking the time to read this.

Sincerely,

Jerry Shaffer
5115 Larson West
West Farmington, OH  44491
330.889.0226