UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re:                                                : Chapter 11
                                                      :
DELPHI CORPORATION, et al.,                           : Case No. 05-44481 (RDD)
                                                      :
          Debtors.                                     : (Jointly Administered)
                                                      :
                                                      : **AFFIDAVIT OF SERVICE**
------------------------------------------------------x

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

    Nathanael F. Meyers, being duly sworn, deposes and says:

    1.    I am an employee of the firm of K&L Gates LLP, am over 18 years of age and am not a party to this action.

    2.    On September 22, 2008, I personally served a true copy of the Objection of Wilmington Trust Company, as Indenture Trustee, to Expedited Motion for Order authorizing Debtors to Implement Amended and Restated Global Settlement Agreement and Master Restructuring Agreement with General Motors Corporation by hand delivery upon

        Kayalyn A. Marafioti, Esq.
        Thomas J. Matz, Esq.
        Skadden, Arps, Slate, Meagher & Flom LLP
        Four Times Square
        New York, NY 10036

by placing same in a properly addressed hand delivery envelope and delivering it to the above address.

                                                  _/s/ Nathanael F. Meyers_
                                                      Nathanael F. Meyers

Sworn to before me this
22nd day of September, 2008

_/s/ Elaine Fera_
Notary Public
ELAINE FERA
Notary Public, State of New York
No. 01FE4867816
Qualified in Westchester County
Commission Expires August 25, 20 _10_

NY-637788-v1