**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- X
In re Delphi Corporation                               :
                                                       :   Chapter 11
                                                       :   Case No.: 05-44481 (RDD)
                                                       :   (Jointly Administered)
                                                       :
                                                       :
------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

Shelley Saposnik, being duly sworn, deposes and says:

1. I am not a party to this action, and am over 18 years of age.

2. On September 22, 2008, I caused a true and correct copy of an *Objection to Motion for Order Authorizing Debtors to Implement Amended and Restated Global Settlement Agreement and Master Restructuring Agreement with General Motors Corporation* [DE: 14211] to be served by Hand Delivery on:

   Kayalyn A. Marafioti, Esq.
   Thomas J. Matz, Esq.
   Skadden, Arps, Slate, Heagher & Flom, LLP
   Four Times Square
   New York, NY 10036

   Brian Masumoto, Esq.
   Office of the United States Trustee
   33 Whitehall Street
   21st Floor
   New York, NY 10004

                                         /s/: Shelley Saposnik
                                         SHELLEY SAPOSNIK

SWORN TO AND SUBSCRIBED
before me this 22nd day of September 2008

/s/: Rose Cherson
ROSE CHERSON
Notary Public, State of New York
No 01CH5013399
Qualifed in Nassau County
Certificate filed in New York County
Commission Expires, July 15, 2011

SRZ-10754051.1