UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                            :
                                                                 :
*DELPHI CORPORATION, et al,*                                     :    Case No.05-44481
                                                                 :         (RDD)
                                                                 :
                                                                 :
                                                                 :    Jointly Administered
                                    Debtors.                     :
-----------------------------------------------------------------x

## Certificate of Service

I, Sandy M. Saint-Cyr, being duly sworn, deposes and says:

I am over the age of eighteen years of age and I am employed at Kasowitz, Benson, Torres & Friedman, LLP, and not a party to the within action.

I certify that on September 17, 2008, I caused a true and correct copy of the ***Joinder To The Relief Sought In The Objections Of The Debtors And The Official Committee Of Unsecured Creditors To The Request Of CR Intrinsic Investors, LLC And Highland Capital Management, L.P. For The Appointment Of An Examiner*** to be served upon the parties listed on the attached service list via email and federal express.

Dated: New York, New York
September 23, 2008

                                          /s/ Sandy M. Saint-Cyr

                                        **Sandy M. Saint-Cyr**

Sworn before me this

September 23, 2008
/s/ Lana Rafael
Notary Public

## Service List

| | |
|---|---|
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098<br>Att'n: General Counsel | Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive<br>Suite 2100<br>Chicago, IL 60606<br>Att'n: John Wm. Butler, Jr. |
| Davis, Polk & Wardwell<br>450 Lexington Avenue<br>New York, New York 10017<br>Att'n: Donald Bernstein | Davis, Polk & Wardwell<br>450 Lexington Avenue<br>New York, New York 10017<br>Att'n: Brian Resnick |
| Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022<br>Att'n: Robert J. Rosenberg | Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022<br>Mark A. Broude |
| Fried, Fank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY 10004<br>Att'n: Bonnie Steingart | Office of The United States Trustee for<br>The Southern District of New York<br>33 Whitehall Street<br>Suite 2100<br>New York, NY 10004<br>Att'n: Alicia M. Leonhard |
| Hon. Robert D. Drain<br>United States Bankruptcy Judge<br>One Bowling Green<br>New York, NY 10004-1408 | |