UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

In re:                                               Chapter 11

                                                     Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.
                                                     **AFFIDAVIT OF SERVICE**
                    Debtors,                         **BY HAND DELIVERY**

-------------------------------------------------------------------x

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

Jonah E. Perry, Jr., being duly sworn, deposes and says:

1. That deponent is over 18 years of age and is employed with Buchanan Ingersoll & Rooney PC, Attorneys for Plaintiff, 620 Eighth Avenue, 23rd Floor, New York, NY 10018.

2. That on the 22nd day of September, 2008, I served via hand delivery by noon, a copy of Fiduciary Counselors, Inc.'s Response In Support of Debtors' Expedited Motion For Order Authorizing Debtors To Implement Amended And Restated Global Settlement Agreement And Master Restructuring Agreement With General Motors Corporation upon the following:

Office of the U.S. Trustee
Attn: Brian Masumoto
33 Whitehall Street, Ste. 2100
New York, NY 10004

Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
One Bowling Green - Room 623
New York, New York 10004

Skadden Arps Slate Meagher
& Flom LLP
Attn:   Kayalyn A. Marafioti
        Thomas J. Matz
Four Times Square
New York, NY  10036

_____
Jonah E. Perry, Jr.

Sworn to before me this
23rd day of September, 2008

_____
Notary Public

```
MARIE GALVIN MOTT
Notary Public, State of New York
No. 01MO4795926
Qualified in Kings County
Certificate Filed in New York County
Commission Expires 8-21 20 11
```