BUCHANAN INGERSOLL & ROONEY PC
Counsel for Fiduciary Counselors, Inc.
620 Eighth Avenue, 23rd Floor
New York, NY 10018
(212) 440-4400 - Telephone
(212) 440-4401 - Facsimile
William H. Schorling, Esquire (WS-6322)

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2008 I caused to be served the Fiduciary Counselors, Inc.'s Response In Support of Debtors' Expedited Motion For Order Authorizing Debtors To Implement Amended And Restated Global Settlement Agreement And Master Restructuring Agreement With General Motors Corporation filed by upon the persons and entities listed on <u>Exhibit A</u> annexed hereto as noted thereon.

Dated: September 23, 2008
       Philadelphia, PA

BUCHANAN INGERSOLL & ROONEY PC

*/s/ Donna Curcio*

_____
Donna S. Curcio
Legal Assistant
1835 Market Street
Philadelphia, PA 19103
Tel: (215) 665-8700
Fax: (215) 665-8760

KRLSDOCS_WLM#: 66936v1

# EXHIBIT A

**Via electronic mail:**

Skadden Arps Slate Meagher
& Flom LLP
Attn:   John Wm. Butler, Jr.
333 West Wacker Drive, Ste. 2100
Chicago, IL  60606
E-mail: jack.butler@skadden.com

Skadden Arps Slate Meagher
& Flom LLP
Attn:   Kayalyn A. Marafioti
        Thomas J. Matz
Four Times Square
New York, NY  10036
E-mail: kayalyn.marafioti@skadden.com
        thomas.j.matz@skadden.com