COOLIDGE WALL CO., L.P.A.
33 West First Street, Suite 600
Dayton, OH  45402
Ronald S. Pretekin (#0018694)

Attorneys for GMD Industries LLC d/b/a/ Production Screw Machine Co.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------  x
                                                     :
    In re                                          :    Chapter 11
                                                     :
DELPHI CORPORATION, et al.,                          :    Case No. 05-44481 (RDD)
                                                     :
                     Debtors.                 :    (Jointly Administered)
---------------------------------------------------  :

**WITHDRAWAL OF RESPONSE OF GMD INDUSTRIES LLC dba PRODUCTION SCREW MACHINE CO. TO DEBTOR'S TWENTY-THIRD OMNIBUS OBJECTION**

      PLEASE TAKE NOTICE, that GMD Industries LLC dba Production Screw Machine Co., by its undersigned counsel, hereby withdraws its Response to Debtor's Twenty-Third Omnibus Objection (*Docket No. 11392*).

Dated:  September 23, 2008            Respectfully submitted,

                                        COOLIDGE WALL CO., L.P.A.

                                         */s/ Ronald S. Pretekin*
                                        Ronald S. Pretekin  (OH 0018694)
                                        33 West First Street, Suite 600
                                        Dayton, OH  45402
                                        Telephone:  937-223-8177
                                        Facsimile:  937-223-6705
                                        e-mail:  pretekin@coollaw.com

                                        ATTORNEYS FOR GMD INDUSTRIES dba
                                        PRODUCTION SCREW MACHINE CO.

PDF created with pdfFactory trial version www.pdffactory.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2008, a copy of the foregoing *Withdrawal of Response of GMD Industries LLC dba Production Screw Machine Co. to Debtor's Twenty-Third Omnibus Objection* was filed electronically with the Clerk of Courts and electronically forwarded to the parties listed on the Court's CM/ECF system. Copies were forwarded to those parties listed below via regular U.S. Mail.

                                                                                               /s/ Ronald S. Pretekin
                                                                                               Ronald S. Pretekin

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
  for the Southern District of New York
One Bowling Green, Room 610
New York, NY  100064

Delphi Corporation
Attn:  Deputy General Counsel
Transactional & Restructuring
5725 Delphi Drive
Troy, MI  48098
(*Debtor*)

Davis Polk & Wardwell
Attn:  Donald Bernstein
Brian Resnick
450 Lexington Avenue
New York, NY  10017

Office of the United States Trustee
for the Southern District of New York
Attn:  Alicia M. Leonhard
33 Whitehall Street, Suite 2100
New York, NY  10004
(*United States Trustee*)

Richard L. Wynne, Esq.
Kirkland & Ellis
777 South Figueroa Street
Los Angeles, CA  90017

Delphi Automotive Systems LLC
Attn:  Legal Staff
5725 Delphi Drive
Troy, MI  48098

Skadden Arps Slate Meagher & Flom LLP
John William Butler, Jr., Esq.
John K. Lyons, Esq.
Ron E. Meisler, Esq.
Brian M. Fern, Esq.
333 West Wacker Drive, Suite 2100
Chicago, IL  60606
(*Counsel to Debtor*)

Latham & Watkins LLP
Attn: Robert J. Rosenberg
885 Third Avenue
New York, NY  10022
(*Counsel to Creditors Committee*)

Bonnie Steingart, Esq.
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY  10004

S:\Wdox\Client\008016\00231\00411171.Doc

2

PDF created with pdfFactory trial version www.pdffactory.com