UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re : Chapter 11

DELPHI CORPORATION, et al., : Case No. 05-44481 (RDD)

Debtors. : (Jointly Administered)

---

## AFFIDAVIT OF SERVICE

State of New York    )
                     ) ss.:
County of New York   )

    Tiffany D. Lewis, being duly sworn, deposes and says that: I am not a party to the action, am over 18 years of age, and reside in Kings County, New York. On September 22, 2008, I served the Statement by IBEW, IAM, and IUOE in response to the Expedited Motion For Order Authorizing Debtors To Implement Amended And Restated Global Settlement Agreement And Master Restructuring Agreement With General Motors Corporation, by electronic mail and mailing a hard copy via overnight mail to the following:

    John W. Butler, Jr.
    Skadden, Arps, Slate, Meagher & Flom, LLP
    333 West Wacker Drive, Suite 2100
    Chicago, Illinois 60606
    Jbutler@skadden.com

    Kayalyn A. Marafioti
    Thomas J. Matz
    Skadden, Arps, Slate, Meagher & Flom LLP
    Four Times Square
    New York, New York 10036
    Kmarafioti@skadden.com
    Tmatz@skadden.com

Dated: New York, New York
        September 23, 2008

                                    Tiffany D. Lewis

Sworn to before me this
23rd Day of September, 2008.

_____
Notary Public

MICHAEL ROSS NERENBERG
NOTARY PUBLIC-STATE OF NEW YORK
No. 02NE6179536
Qualified in Kings County
My Commission Expires December 24, 2011