Bonnie Steingart
Jennifer Rodburg
Richard Slivinski
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone:  212.859.8000
Facsimile:  212.859.4000

*Counsel for the Official Committee of Equity Security Holders*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| Delphi Corporation, et al., | : | Case No. 05-44481 (RDD) |
|  | : | (Jointly Administered) |
| Debtors. | : |  |
|  | : |  |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### CERTIFICATE OF SERVICE

State of New York     )
                                    )    ss.:
County of New York  )

Omar Solivan, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by the law firm of Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004.

2. I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on September 23, 2008, I caused to be served a true and correct copy of the document(s) listed below upon (i) the parties listed on Exhibit A hereto via electronic mail, (ii) the parties listed on Exhibit B

hereto via overnight courier and (iii) the parties listed on Exhibit C hereto via hand delivery:

> ➢ Statement of the Official Committee of Equity Security Holders with Respect to the Debtors' Expedited Motion for Order Authorizing Debtors to Implement Amended and Restated Global Settlement Agreement and Master Restructuring Agreement with General Motors Corporation

Dated: September 24, 2008
      New York, New York

                                                /s/ Omar Solivan
                                                OMAR SOLIVAN

# **Exhibit A**

**Service by Electronic Mail on September 22, 2008**

aaronsoa@pepperlaw.com; david.aaronson@dbr.com; elizabeth@regencap.com; franklin.adams@bbklaw.com; jadams@torys.com; bankruptcy@goodwin.com; dadler@mccarter.com; jallen@jaeckle.com; candreoff@jaffelaw.com; ckelley@jaffelaw.com; philip.anker@wilmerhale.com; japplebaum@clarkhill.com; abach@dickinsonwright.com; sbales@zieglermetzger.com; dbargamian@bsdd.com; cbarr@lockelord.com; docket@lockelord.com; william.barrett@bfkn.com; barritt@chapman.com; jbarry@ycst.com; dbartner@shearman.com; mtorkin@shearman.com; ned.schodek@shearman.com; yuichi.haraguchi@shearman.com; atenzer@shearman.com; dbaty@honigman.com; dbaumstein@whitecase.com; pnb@nutter.com; rbeacher@daypitney.com; jkirk@stites.com; tom@beemanlawoffice.com; cbelmonte@ssbb.co; pbosswick@ssbb.com; rbennett@kirkland.com; asathy@kirkland.com; rkwasteniet@kirkland.com; pfraumann@kirkland.com; jgoldfinger@kirkland.com; tbennett@klng.com; neilberger@teamtogut.com; dgeoghan@teamtogut.com; abrogan@teamtogut.com; jlee@teamtogut.com; awinchell@teamtogut.com; echafetz@teamtogut.com; sskelly@teamtogut.com; jfalco@teamtogut.com; bdawson@teamtogut.com; sreichert@teamtogut.com; dcahir@teamtogut.com; dsmith@teamtogut.com; lberkoff@moritthock.com; rbernard@bakerlaw.com; jbernstein@mdmc-law.com; Bbest@dykema.com; ssalinas@dykema.com; bbest@dykema.com; ssalinas@dykema.com; bbivona@damonmorey.com; wsavino@damonmorey.com; mbrennan@damonmorey.com; florence.saenz@la.gov; rtrack@msn.com; ebradley@robergelaw.com; wmbraman@binghammchale.com; wendy.brewer@btlaw.com; bankruptcyindy@btlaw.com; abrilliant@goodwinprocter.com; nymanagingclerk@goodwinprocter.com; timothy.brink@dlapiper.com; broitman.peter@dol.gov; sol-chi@dol.gov; maofiling@cgsh.com; soneal@cgsh.com; mark.broude@lw.com; lbrumitt@dysarttaylor.com; sriley@dysarttaylor.com; dbruso@cantorcolburn.com; DMayhew@cantorcolburn.com; jbuchdahl@susmangodfrey.com; maofiling@cgsh.com; kburke@cahill.com; mbusenkell@wcsr.com; jbutler@skadden.com; cahn@clm.com; rcalinoff@candklaw.com; jcalton@honigman.com; bankrupt@modl.com; pwcarey@modl.com; scargill@lowenstein.com; KDWBankruptcyDepartment@kelleydrye.com; rcarrillo@gsblaw.com; ccarson@burr.com; mcarter@kslaw.com; pwhite@kslaw.com; caseyl@pepperlaw.com; hillera@pepperlaw.com; jaffeh@pepperlaw.com;shieldsa@pepperlaw.com; barsonl@pepperlaw.com; kistlerb@pepperlaw.com; mcassell@lefkowitzhogan.com; ben.caughey@icemiller.com; george.cauthen@nelsonmullins.com; mary.cutler@nelsonmullins.com; brook.wright@nelsonmullins.com; rcavaliere@blankrome.com; senese@blankrome.com; nmorales@blankrome.com; bceccotti@cwsny.com; scarter@pselaw.com; egc@lydenlaw.com; echarlton@hiscockbarclay.com; maria.ruark@dlapiper.com; cchiu@daypitney.com; david.cleary@dl.com; mkhambat@dl.com; agbanknewyork@ag.tn.gov; tscobb@vorys.com; cdfricke@vorys.com; tcohen@smrh.com; amontoya@sheppardmullin.com; mconlan@gibbonslaw.com; dconnolly@alston.com; smcook@lambertleser.com; pcostello@bbslaw.com; cranmer@millercanfield.com; rouman@millercanfield.com; christenson@millercanfield.com; dcrapo@gibbonslaw.com; tcrist@szd.com; mcruse@wnj.com; hziegler@wnj.com; gcunningham@gmhlaw.com; lcurcio@tpwlaw.com; ydagostino@lowenstein.com; jeannine.damico@cwt.com; sdahl@ssd.com; SSzymanski@ssd.com; ddavis@paulweiss.com; jadavis@mintz.com; dsjohnson@mintz.com; mdavis@zeklaw.com; mmccarthy@zeklaw.com; rguttmann@zeklaw.com; mmillnamow@zeklaw.com; cdelatorre@boselaw.com; james.decristofaro@lovells.com; kdefio@bsk.com; mdebbeler@graydon.com; rdehney@mnat.com; cmiller@mnat.com; tdriscoll@mnat.com; dabbott@mnat.com; dbutz@mnat.com; wlamotte@mnat.com; cdesiderio@nixonpeabody.com; nyc.managing.clerk@nixonpeabody.com Gerard DiConza gdiconza@dlawpc.com; las@dlawpc.com; diconzam@gtlaw.com; baddleyd@gtlaw.com; petermann@gtlaw.com; houston_bankruptcy@publicans.com; karen.dine@pilsburylaw.com; sdonato@bsk.com; kdoner@bsk.com; heddy@bsk.com; JTDonovan@Finkgold.com; srshmulevitz@finkgold.com; adoshi@daypitney.com; dowd.mary@arentfox.com; rothleder.jeffrey@arentfox.com; ddragich@foley.com; ddraper@terra-law.com; ddrebsky@nixonpeabody.com; nyc.managing.clerk@nixonpeabody.com; rdremluk@seyfarth.com; pbaisier@seyfarth.com; lravnikar@seyfarth.com; dchristian@seyfarth.com; dwdykhouse@pbwt.com; cbelanger@pbwt.com; featon@whitecase.com; icruz@whitecase.com; mresnicoff@whitecase.com; lbegy@whitecase.com; tdee@whitecase.com; weguchi@orrick.com; gehrlich@sandw.com; reisenbach@cooley.com; judith.elkin@haynesboone.com; ellerman@taftlaw.com; docket@taftlaw.com; elliott@cmplaw.com; kristin.elliott@klgates.com; loris@cooperelliott.com; rexe@cooperelliott.com; sheilav@cooperelliott.com; bellis-monro@sgrlaw.com; aenglund@orrick.com; menright@rc.com; richard.epling@pillsburylaw.com; gianni.dimos@pillsburylaw.com; margot.erlich@pillsburylaw.com; bankruptcyinfo@esbinalter.com; bankruptcyinfo@esbinalter.com; metkin@lowenstein.com; mseymour@lowenstein.com; sfalanga@connellfoley.com; mfalcone@paulweiss.com; efarber747@aol.com; kf@lgrslaw.com mfarquhar@winstead.com; whsu@winstead.com; farrisw@sullcrom.com; fatell@blankrome.com; bfears@law.ga.gov; rfeinstein@pszyj.com; dharris@pszyjw.com;

hferre@thelenreid.com; Ferrell@taftlaw.com; charles@filardi-law.com; abothwell@filardi-law.com; afischer@olshanlaw.com; ssallie@olshanlaw.com; rsalnave@olshanlaw.com; ; jflaxer@golenbock.com; ssmith@golenbock.com; avassallo@golenbock.com; eneuman@golenbock.com; dfliman@kasowitz.com; jforstot@tpw.com; mmuller@tpw.com; lcurcio@tpw.com; mateofowler@quinnemanuel.com; leticiabustinduy@quinnemanuel.com; edward.fox@klgates.com; sfox@mcguirewoods.com; jfrank@fgllp.com; ccarpenter@fgllp.com; rheiligman@fgllp.com; mfrankel@couzens.com; tmflaw@swbell.net; efriedman@fklaw.com; vgarvey@fklaw.com; mfriedman@rkollp.com; mschneider@rkollp.com; ksambur@rkollp.com; sjfriedman@jonesday.com; ChicagoBRR@jonesday.com; pfugee@ralaw.com; lmsmith@ralaw.com; lfuller@rothgerber.com; fusco@millercanfield.com; skoczylas@millercanfield.com; tgaa@bbslaw.com; catherine@bbslaw.com; bankruptcy@clm.com; jgarner@shergarner.com; jchocheles@shergarner.com; vgarry@ag.state.oh.us; joanne.gelfand@akerman.com; ygeron@foxrothschild.com; ; pjg@procopio.com; caw@procopio.com; kgiannelli@gibbonslaw.com; lgibson@bsdd.com; gillcr@michigan.gov; sherwoodj@michigan.com; jgitto@nixonpeabody.com; eglas@mccarter.com; jgleit@kasowitz.com; ffigueroa@kasowitz.com; cciuffani@kasowitz.com; larryglick@erols.com; rlg@stevenslee.com; courts@argopartners.net; egoldberg@Stutman.com; sgoldber@quarles.com; sagolden@hhlaw.com; khseal@hhlaw.com; nashvillebankruptcyfilings@stites.com; rgordon@clarkhill.com; ggotto@krplc.com; ggraber@hodgsonruss.com; bomalley@hodgsonruss.com; mmuskopf@hodgsonruss.com; dgragg@langleybanack.com; cjohnston@langleybanack.com; jgraham@taftlaw.com; ecfclerk@taftlaw.com; dwineinger@taftlaw.com; wrg@dmlegal.com; greenj@millercanfield.com; wgreen@formanlaw.com; jgregg@btlaw.com; fgretchko@howardandhoward.com; dbrandon@howardandhoward.com; sgross@hodgsonruss.com; rcipollaro@hodgsonruss.com; sgrow@wnj.com; kfrantz@wnj.com janice.grubin@dbr.com; daniel.northrop@dbr.com; phcdelphi@priceheneveld.com; pgurfein@akingump.com; info@thehaaslawfirm.com; dhaley@winegarden-law.com; mhall@burr.com; tch@previant.com; ahalperin@halperinlaw.net; cmitchell@halperinlaw.net; cbattaglia@halperinlaw.net ;spark@halperinlaw.net; whanlon@seyfarth.com; insolvency2@stroock.com; docketing@stroock.com; jh@previant.com; bharvey@goodwinprocter.com; lah@groom.com; whawkins@loeb.com; nhazan@mwe.com; rheilman@schaferandweiner.com; ira.herman@tklaw.com; orlando.salcedo@tklaw.com; delilah.garcia@tklaw.com; Nherman@morganlewis.com; bhermann@paulweiss.com; wheuer@dl.com; haaronson@dl.com; jhinshaw@boselaw.com; kmcintosh@boselaw.com; hirsh.robert@arentfox.com; Mckinley.Karen@arentfox.com; mstinson@burr.com; mholl@mayerbrownrowe.com; stephanie.hoos@bingham.com; jhumphrey@taftlaw.com; ecfclerk@taftlaw.com; jrhunter@hunterschank.com; sharonaldrich@hunterschank.com; jay.hurst@oag.state.tx.us; hutchinson@millercanfield.com; hwangr@michigan.gov; mindelicato@hahnhessen.com; eschnitzer@hahnhessen.com; kcraner@hahnhessen.com; jcerbone@hahnhessen.com; minsalaco@zeklaw.com; PJanovsky@ZEKlaw.com; sjennik@kjmlabor.com; PJERDEE@JOSEPHNYC.COM; mjohnson@sheppardmullin.com; msternstein@sheppardmullin.com; rjones@bccb.com; basargent@stoel.com; jjureller@klestadt.com ; kadisha@gtlaw.com; lsi@liquiditysolutions.com; sfriedberg@liquiditysolutions.com; andrew.kassner@dbr.com; jkastin@omm.com; wkatich@atg.state.il.us; kkatsma@dickinsonwright.com; dnavin@dickinsonwright.com pkeating@bdblaw.com; david.kennedy2@usdoj.gov; tkennedy@kjmlabor.com; michael.kessler@weil.com; ilusion.rodriguez@weil.com; garrett.fail@weil.com; rachel.albanese@weil.com; robert.lemons@weil.com; jae.kim@weil.com; m.j.walsh@weil.com; jk@stevenslee.com; BankruptcyECF@krplc.com; tkirby@porterwright.com; mkirschbaum@kayescholer.com; kkirshenbaum@lynchrowin.com; jkleinman@fgllp.com; tklestadt@klestadt.com; tklestadt@gmail.com; bklineberg@moritthock.com; jkoevary@kramerlevin.com; hkoh@meisterseelig.com; skornbluth@herrick.com; akoschik@brouse.com; ljkotler@duanemorris.com; kovskyd@pepperlaw.com; kressk@pepperlaw.com; wisotska@pepperlaw.com; skrause@zeklaw.com; jkreher@hodgsonruss.com; pmacpher@hodgsonruss.com; dkumagai@rutterhobbs.com; dkuney@sidley.com; nroberge@sidley.com; kjacobs@sidley.com; vleather@sidley.com; zdelacru@sidley.com; lkujawski@sidley.com; emcdonnell@sidley.com; gkurtz@whitecase.com; rdlatour@vssp.com; cdfricke@vorys.com; jcookdubin@vorys.com; bkrfilings@agg.com; landy.ralph@pbgc.gov; efile@pbgc.gov; slaven@bfca.com; jlawlor@wmd-law.com; gbenaur@wmd-law.com; elazarou@reedsmith.com; elazarou@reedsmith.com; HMLLAW@WORLDNET.ATT.NET; notices@becket-lee.com; davidl@bolhouselaw.com; hleinwand@aol.com; david.lemke@wallerlaw.com; cathy.thomas@wallerlaw.com; chris.cronk@wallerlaw.com; robert.welhoelter@wallerlaw.com; wallerbankruptcy@wallerlaw.com; jhlemkin@duanemorris.com; ilevee@lowenstein.com; mseymour@lowenstein.com; jlevi@toddlevi.com; drosenberg@toddlevi.com; klewis@rosenpc.com; srosen@rosenpc.com; kim.lewis@dinslaw.com; john.persiani@dinslaw.com; lisa.geeding@dinslaw.com; patrick.burns@dinslaw.com; mlichtenstein@crowell.com; liebovd@sullcrom.com; schnabel.eric@dorsey.com; dloughlin@wnj.com; hziegler@wnj.com; dalowenthal@pbwt.com; mcobankruptcy@pbwt.com; plubitz@schiffhardin.com; dludman@brownconnery.com; kovskyd@pepperlaw.com; John H. Maddock   jmaddock@mcguirewoods.com; jmaddock@mcguirewoods.com; jsheerin@mcguirewoods.com; amina.maddox@law.dol.lps.state.nj.us; jsmairo@pbnlaw.com;

mdlaskowski@pbnlaw.com; sakelly@pbnlaw.com; jmgastineau@pbnlaw.com;
lkkabse@pbnlaw.com; jamcadoo@pbnlaw.com; wdbailey@pbnlaw.com;
donald.mallory@dinslaw.com; mpottle@pierceatwood.com; kmarafio@skadden.com;
amargulis@ropers.com; kmarks@susmangodfrey.com; imarkus@tylercooper.com;
jjm@legalcost.com; nashvillebankruptcyfilings@stites.com; rgmason@wlrk.com;
vmastromar@aol.com; dmattison@wcqp.com; tmatz@skadden.com;
abothwell@pepehazard.com; mazaa@sec.gov; dpm@curtinheefner.com;
amccollough@mcguirewoods.com; michael.mccrory@btlaw.com; bankruptcyindy@btlaw.com;
rmcdowell@bodmanllp.com; douglas.mcgill@dbr.com; ffm@bostonbusinesslaw.com;
smckessy@reedsmith.com; maosbny@willkie.com; tmclaughlin@willkie.com;
michelle.mcmahon@bryancave.com; dortiz@bryancave.com; mcmorris@stinsonmoheck.com;
amcmulle@bccb.com; patrick.mears@btlaw.com; dmeek@burr.com; bmehlsack@gkllaw.com
timothy.mehok@hellerehrman.com; msteen@daypitney.com; cmeyer@ssd.com;
smeyer@madisonliquidity.com; mmeyers@mlg-pc.com; rmichaelson@klgates.com;
amiller@phillipslytle.com; jhahn@phillipslytle.com; parker.miller@alston.com;
kmm@skfdelaware.com; tlc@skfdelaware.com; miller@taftlaw.com; adams@taftlaw.com;
docket@taftlaw.com; amills@btlaw.com; bankruptcyindy@btlaw.com;
lsi@liquiditysolutions.com; bankruptcy@morrisoncohen.com; mdallago@morrisoncohen.com;
moldovanlb@morrisoncohen.com; jmoloy@dannpecar.com; mmoody@orourkeandmoody.com;
firm@orourkeandmoody.com; morourke@orourkeandmoody.com; amoog@hhlaw.com;
bsmoore@pbnlaw.com; mdlaskowski@pbnlaw.com; sakelly@pbnlaw.com;
jmgastineau@pbnlaw.com; lkkabse@pbnlaw.com; jamcadoo@pbnlaw.com;
wdbailey@pbnlaw.com; rmschechter@pbnlaw.com; jsbasner@pbnlaw.com;
bmoore@mccarter.com; gtmlaw@bellsouth.net; morris@silvermanmorris.com;
amorrison@reedsmith.com; rmarino@reedsmith.com; sarah.morrison@doj.ca.gov;
wmosby@binghammchale.com; eric.moser@klgates.com; kristen.serrao@klgates.com;
alisa@contrariancapital.com; jmurch@foley.com; khall@foley.com;
murph@berrymoorman.com; rnachman@scgk.com; bnathan@lowenstein.com;
mneier@ibolaw.com; bankruptcy@ycst.com; zraiche@gklaw.com; mroufus@gklaw.com;
tnixon@gklaw.com; zraiche@gklaw.com; mroufus@gklaw.com; rnorton@hunton.com;
gnovod@kramerlevin.com; knye@quarles.com; mpolaw@aol.com; mkohayer@aol.com;
martin@oglaw.net; sokeefe@winthropcouchot.com; porr@klestadt.com; kostad@mofo.com;
mowens@btlaw.com; mowens@btlaw.com; bankruptcyindy@btlaw.com;
ipachulski@stutman.com; npagliari@quinnfirm.com; mseaberg@quinnfirm.com;
dcornelius@quinnfirm.com; cpalella@kurzman.com; ipalermo@hselaw.com;
spalla@kayescholer.com; bmintz@kayescholer.com; rcappiello@kayescholer.com;
maosbny@kayescholer.com; tlangsdorf@kayescholer.com; cpanzer@sillscummis.com;
rjp@pietragallo.com; kas2@pietragallo.com; fparrish@kslaw.com; susan.persichilli@bipc.com;
colnyecf@weltman.com; lpeterson@msek.com; rpeterson@jenner.com; anicoll@jenner.com;
docketing@jenner.com; ephillips@thurman-phillips.com; cpierpont@ssd.com;
shone.pierre@la.gov; apirogovsky@uhlaw.com; leslieplaskon@paulhastings.com;
cp@stevenslee.com; MPower@HahnHessen.com; kcraner@hahnhessen.com;
jcerbone@hahnhessen.com; eschnitzer@hahnhessen.com; jzawadzki@hahnhessen.com;
sthompson@hahnhessen.com; mmarhyan@hahnhessen.com; Susan Power-Johnston;
sjohnston@cov.com; pretekin@coollaw.com; piatt@coollaw.com; dquaid@fagelhaber.com;
prachmuth@reedsmith.com; radom@butzel.com; raterinkd@michigan.gov; gravert@mwe.com;
eray@balch.com; mpaddock@balch.com; ira.a.reid@bakernet.com; sreisman@curtis.com;
jbarucha@curtis.com; webmaster@docketware.com; ceilbott@curtis.com; jdrew@curtis.com;
sbeyer@curtis.com; jthomison@curtis.com; tbarnes@curtis.com; kreynolds@mklawnyc.com;
jwalsh@mklawnyc.com; tcard@mklawnyc.com; kar@pryormandelup.com;
jwalsh@mklawnyc.com; tcard@mklawnyc.com; wreynolds@porterwright.com;
mrichards@blankrome.com; tracy.richardson@dol.lps.state.nj.us; crieders@gjb-law.com;
cgreco@gjb-law.com; bamron@gjb-law.com; sriemer@phillipsnizer.com;
ddore@phillipsnizer.com; MGR@PREVIANT.COM; EM@PREVIANT.COM;
mrr@previant.com; eroberge@robergelaw.com; jrobertson@calfee.com; srosen@cb-shea.com;
hrosenblat@kayescholer.com; prosenblatt@kilpatrickstockton.com; maofiling@cgsh.com;
aweaver@cgsh.com; stkaiser@cgsh.com; DRosenzweig@Fulbright.com;
ffigueroa@kasowitz.com; dfliman@kasowitz.com; irarubin265@aol.com;
norma@bizwoh.rr.com; brubin@burr.com; dangiulo@dreierllp.com;
ECFNotices@dreierllp.com; tsable@honigman.com; cs@stevenslee.com;
bsalwowski@atg.state.in.us; austin.bankruptcy@publicans.com; was@krwlaw.com;
ecfsarbt@millerjohnson.com; rsartin@fbtlaw.com; wsavino@damonmorey.com;
alunday@damonmorey.com; lscarcella@farrellfritz.com; tomschank@hunterschank.com;
mcraig@hunterschank.com; ischarf@pszjlaw.com; mschein@vedderprice.com;
ecfnydocket@vedderprice.com; jrs@parmenterlaw.com; lms@parmenterlaw.com;
william.schorling@bipc.com; christopher.schueller@bipc.com; timothy.palmer@bipc.com;
donna.curcio@bipc.com; srs@hteh.com; bschwartz@lplegal.com;
matthew.schwartz@usdoj.gov; mscott@riemerlaw.com; filings@spallp.com;
lseidman@silvermanacampora.com; arosenblatt@chadbourne.com; jporter@chadbourne.com;
jay.selanders@kutakrock.com; mshaiken@stinson.com; jgant@stinson.com;
amurdock@stinsonmoheck.com; shapiro@steinbergshapiro.com; sheehan@txschoollaw.com;
coston@txschoollaw.com; ashee1@yahoo.com; garza@txschoollaw.com ;

asherman@sillscummis.com; mark.sherrill@sablaw.com; jshickich@riddellwilliams.com
sshimshak@paulweiss.com; cshore@whitecase.com; jdisanti@whitecase.com;
mcosbny@whitecase.com; agoldenberg@whitecase.com; earundel@whitecase.com;
rjsidman@vorys.com; bkbowers@vorys.com; sidorsky@butzel.com;
asilver@honigman.com; paulsilverstein@andrewskurth.com; jlevine@akllp.com;
sosimmerman@kwgd.com; mhelmick@kwgd.com; jsimon@foley.com;jsimpson@hselaw.com
lgomez@msek.com; rsmolev@kayescholer.com; maosbny@kayescholer.com;
jsnyder@tpwlaw.com; jforstot@tpwlaw.com; mmuller@tpwlaw.com; msolomon@burr.com
ssouthard@klestadt.com; spaethlaw@phslaw.com; notice@regencap.com;
ssparrow@tuggleduggins.com; martit@tuggleduggins.com; dspelfogel@bakerlaw.com;
jspecf@sternslaw.com; byron.starcher@nelsonmullins.com; claukamg@brownrudnick.com;
csteege@jenner.com; mstein@sonnenschein.com; steinbo@ffhsj.com; nydocketclrk@ffhsj.com
attorneystella@sszpc.com; msternstein@sheppardmullin.com; axs@maddinhauser.com;
msl@maddinhauser.com; bac@maddinhauser.com; bstrickland@wtplaw.com;
joseph.strines@dplinc.com; jmsullivan@mwe.com; msutter@ag.state.oh.us;
psweeney@linowes-law.com; dszak@ajamie.com; rsz@curtinheefner.com;
dtabachnik@dttlaw.com; garrett.fail@weil.com; robert.lemons@weil.com;
michele.meises@weil.com; larnett@intlsteel.com; roger.tarbutton@jocogov.org;
jtaylor@binghammchale.com; jteele@lowenstein.com; siazzetta@lowenstein.com;
gbuccellato@lowenstein.com; areicher@lowenstein.com; jteitelbaum@tblawllp.com;
rbaskin@tblawllp.com; zothomas@klettrooney.com; Thompson.Janice@dol.gov;
rtoder@morganlewis.com; gtoering@wnj.com; alcourt@teamtogut.com;
kackerman@teamtogut.com; lawtoll@comcast.net; mtrentadue@boselaw.com;
mtucker@fbtlaw.com; rurbanik@munsch.com; rusadi@cahill.com;
shmuel.vasser@dechert.com; lvaughan@foley.com; frank.velocci@dbr.com;
gvist@masudafunai.com; jvitale@cwsny.com; omclaw@aol.com; swalsh@gmhlaw.com;
jmahar@gmhlaw.com; bankruptcy@warnerstevens.com; cwatson@balch.com;
rweiler@greenseifter.com; lellis@greenseifter.com; wweintraub@fklaw.com;
vgarvey@fklaw.com; jwelford@jaffelaw.com; dgoldberg@jaffelaw.com; pbarr@jaffelaw.com;
phage@jaffelaw.com robert.welhoelter@wallerlaw.com; darlene.banach@wallerlaw.com;
chris.cronk@wallerlaw.com; bk@wallerlaw.com; dallas.bankruptcy@publicans.com;
david.wender@alston.com; mwernette@schaferandweiner.com; rwhite@murthalaw.com;
awilliams-derry@kellerrohrback.com; hvargas@kellerrohrback.com; swillig@damato-
lynch.com; ecf@damato-lynch.com; hfried@damato-lynch.com;
KDWBankruptcyDepartment@Kelleydrye.com; jwilson@tylercooper.com; jcw@cblhlaw.com
cwolfe@kelleydrye.com; dwolfe@asmcapital.com; ecfwolfordr@millerjohnson.com;
richard_wynne@kirkland.com; sperry@kirkland.com; mxu@schiffhardin.com;
fyates@sonnenschein.com; syonaty@chwattys.com; pcaocvbk@pcao.pima.gov;
hzamboni@underbergkessler.com; mzelmanovitz@morganlewis.com

# **Exhibit B**

**Service by Overnight Courier on September 23, 2008**

Robert J. Stark
Brown Rudnick Berlack Istaeis L.L.P.
Seven Times Square
New York, New York 10036

Bruce Simon
Cohen, Weiss & Simon
330 West 42nd Street
New York, New York 10036

Donald Bernstein
Brian Resnick
Davis, Polk & Wardwell
450 Lexington Avenue
New York, New York 10017

Carrie L. Schiff
Flextronics International
305 Intelocken Parkway
Broomfield, CO 80021

Richard Lee Chambers, III
Freescale Semiconductor, Inc.
6501 William Cannon Drive West
Austin, TX 78735

Valerie Venable
General Electric Company
9930 Kincey Avenue
Huntersville, NC 28078

Stephen H. Gross
Hodgson Russ L.L.P.
1540 Broadway
New York, New York 10036

Leslie N. Silverman
Clearly Gottlieb Steen & Hamilton L.L.P.
One Liberty Plaza
New York, New York 10006

Steven J. Reisman
Curtis, Mallet-Prevost, Colt & Mosle L.L.P.
101 Park Avenue
New York, New York 10178

Sean Corcoran
Karen Craft
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Paul W. Anderson
Flextronics International USA, Inc.
2090 Fortune Drive
San Jose, CA 95191

Randall S. Eisenberg
FTI Consulting, Inc.
3 Times Square
New York, New York 10036

Lonie A. Hassel
Groom Law Group
1701 Pennsylvania Avenue, N.W.
Washington, DC 20006

Frank L. Gorman
Robert B. Weiss
Honigman Miller Schwartz and Cohn L.L.P.
2290 First National Building
Detroit, MI 48226

9

Attention: Insolvency Department  
Internal Revenue Service  
477 Michigan Avenue  
Detroit, MI 48226  

Conference Board Chariman  
IUE-CWA 2360 W. Dorothy Lane  
Dayton, OH 45439  

Richard Duker  
JPMorgan Chase Bank, N.A.  
270 Park Avenue  
New York, New York 10017  

Sheryl Betance  
Kurtzman Carson Consultants  
2335 Alaska Avenue  
El Segundo, CA 90245  

Daniel R. Fisher  
Patrick J. Healy  
Law Debenture Trust of New York  
400 Madison Avenue  
New York, New York 10017  
J.Brian McTigue  
Cornish F. Hitchcock  
McTigue Law Firm  
5301 Wisconsin Avenue, N.W.  
Washington, DC 20015  

Gregory A. Bray  
Thomas R. Kreller  
James E. Till  
Milbank Tweed Hadley & McCloy L.L.P.  
601 South Figueroa Street  
Los Angeles, CA 90017  

Attention: Maria Valerio  
Insolvency Department  
Internal Revenue Service  
290 Broadway  

William Q. Derrough  
Jefferies & Company, Inc.  
520 Madison Avenue  
New York, New York 10022  

Susan Atkins  
Gianni Russello  
JPMorgan Chase Bank, N.A.  
277 Park Avenue  
New York, New York 10172  

Gordon Z. Novod  
Thomas Moers Mayer  
Kramer Levin Naftalis & Frankel L.L.P.  
1177 Avenue of the Americas  
New York, New York 10172  

Robert J, Rosenberg  
Latham & Watkins L.L.P.  
885 Third Avenue  
New York, New York 10022  

David D. Cleary  
Jason J. DeJonker  
Mohsin N. Khambati  
Peter A. Clark  
McDermott Will & Emery L.L.P.  
227 West Monroe Street  
Chicago, IL 60606  

Leon Szlezinger  
Mesirow Financial  
666 Third Avenue  
New York, New York 10017  

10

Mark Schonfeld  
Regional Director  
Northeast Regional Office  
3 World Financial Center  
New York, New York 10281  

Robert Siegel  
O'Melveny & Meyers L.L.P.  
400 South Hope Street  
Los Angeles, CA 90071  

Sandra A. Riemer  
Phillips Nizer L.L.P.  
666 Fifth Avenue  
New York, New York 10103  

Robet W. Dremluk  
Seyfarth Shaw L.L.P.  
620 Eighth Avenue  
New York, New York 10018  

Kenneth S. Ziman  
Robert H. Trust  
William T. Russell, Jr.  
Simpson Thatcher & Bartlett L.L.P.  
425 Lexington Avenue  
New York, New York 10017  

Kayalyn A. Marafioti  
Thomas J. Matz  
Skadden, Arps, Slate, Meagher & Flom L.L.P.  
4 Times Square  
New York, New York 10036  

Chester B. Salomon  
Constantine D. Pourakis  
Steven & Lee, P.C.  
485 Madison Avenue  
New York, New York 10022  

Joseph T. Moldovan  
Morrison Cohen L.L.P.  
909 Third Avenue  
New York, New York 10022  

Attorney General Andrew Cuomo  
Office of New York State  
120 Broadway  
New York City, New York 10271  

Tom A. Jerman  
Rachel Janger  
O'Melveny & Meyers L.L.P.  
1625 Eye Street, N.W.  
Washington, DC 20006  

Jeffrey Cohen  
Ralph L. Landy  
Pension Benefit Guaranty Corporation  
1200 K. Street, N.W.  
Washington, DC 20005  

David L. Resnick  
Rothchild, Inc.  
1251 Avenue of the Americas  
New York, New York 10020  

Douglas Bartner  
Jill Frizzley  
Shearman & Sterling L.L.P.  
599 Lexington Avenue  
New Yrok, New York 10022  

John Wm. Butler  
John K, Lyons  
Ron E. Meisler  
Skadden, Arps, Slate, Meagher & Flom L.L.P.  
333 W. Wacker Dr.  
Chicago, IL 60606  

11

| | |
|---|---|
| MaryAnn Brereton<br>Assistant General Counsel<br>Tyco Electronics Corporation<br>60 Columbia Road<br>Morristown, NJ 7960 | Daniel D. Doyle<br>Nicholas Fanke<br>Spencer Fan Britt & Browne L.L.P.<br>1 North Brentwood Boulevard<br>St. Louis, Mo 63105 |
| Harvey F. Miller<br>Jeffery L. Tanenbaum<br>Martin J. Bienenstock<br>Michael P. Kessler<br>Weil, Gotshal & Manges L.L.P.<br>767 Fifth Avenue<br>New York, New York 10153 | Albert Togut<br>Togut, Segal & Segal L.L.P.<br>One Penn Plaza<br>New York, New York 10119 |
| Michael D. Warner<br>Warner Stevens, L.L.P.<br>1700 City Center Tower II<br>Fort Worth, TX 76102 | |

# **<u>Exhibit C</u>**

**Service by Hand Delivery on September 23, 2008**

<u>The Court</u>
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY 10004
Attn: Chambers of Hon. Robert D. Drain

<u>United States Trustee</u>
Brian S. Masumoto
Office of the US Trustee for the Southern District of New York
33 Whitehall Street
New York, New Yrok 10004