IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                      :
     In re                            :    Chapter 11
                                      :
DELPHI CORPORATION, et al.,           :    Case No. 05-44481 (RDD)
                                      :
                           Debtors.   :    (Jointly Administered)
                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

### AFFIDAVIT OF SERVICE

I, Darlene Calderon, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On September 19, 2008, I caused to be served the document listed below upon the parties listed on Exhibit A hereto via overnight mail:

Supplemental Notice of Non-Assumption and Assignment of Executory Contract to Strattec Buyers in Connection with Sale of Power Products Business

On September 23, 2008, I caused to be served the document listed below upon the parties listed on Exhibit B hereto via overnight mail:

Supplemental Notice of Non-Assumption and Assignment of Executory Contract to Strattec Buyers in Connection with Sale of Power Products Business

Dated: September 24, 2008

                                                    */s/ Darlene Calderon*
                                                    Darlene Calderon

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 24th day of September, 2008, by Darlene Calderon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:    */s/ L. Maree Sanders*

Commission Expires: *10/1/09*

# EXHIBIT A

Delphi Corporation
Special Parties

| Company | Contact | Address1 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| AMTECH INDUSTRIES LLC | JV AMTECH AND INTEC | 640 S VERMONT ST | PALATINE | IL | 60067 | US |
| AMTEK MEXICO SA DE CV EFT | | COL PARQUE INDUSTRIAL PALACO | MEXICALI | BC | 21385 | MX |
| AUTOLIV ASP INC EFT | ATTN ACCTS REC DEPT | PO BOX 77000 DEPT 771038 | DETROIT | MI | 48277 | US |
| AVON AUTOMOTIVE INC EFT | | 603 7TH ST | CADILLAC | MI | 49601-1300 | US |
| CAMCAR DIV OF TEXTRON INC EFT | | 40 WESTMINSTER ST | PROVIDENCE | RI | 02903-0000 | US |
| CHERRY ELECTRICAL PRODUCTS EFT | | 11200 88TH AVE | PLEASANT PRAIRIE | WI | 53158-2306 | US |
| COLLINS & AIKMAN PRODS CO EFT | | 2782 E US HWY 52 W | MORRISTOWN | IN | 46161 | US |
| FOAMEX | | 823 WATERMAN AVE | EAST PROVIDENCE | RI | 02914-1713 | US |
| FUJIKURA AMERICA INC | | 3001 OAKMEAD VILLAGE DR | SANTA CLARA | CA | 95051-0811 | US |
| HYLAND MACHINE CO EFT | | 1900 KUNTZ RD | DAYTON | OH | 45404-1237 | US |
| IN2CONNECT INC EFT | | 2304 INDUSTRIAL DR | CULLMAN | AL | 35055 | US |
| INTASCO USA INC | | 125 RUNNELS ST | PORT HURON | MI | 48060 | US |
| INTERNATIONAL RESISTIVE CO EFTINC | | 736 Greenway Rd | BOONE | NC | 28607 | US |
| INTIER AUTOMOTIVE INTERIORS | | 3705 W GRAND RIVER AVE | HOWELL | MI | 48855-8792 | US |
| KOSTAL MEXICANA SA DE CV EFT | INDUSTRIAL BENITO JUAREZ | ACCESO II No 36 FRACC | QUERETARO | QRO | 76120 | MX |
| L & W ENGINEERING CO INC EFT | | 6201 HAGGERTY RD | BELLEVILLE | MI | 48111 | US |
| LDI INCORPORATED EFT | | 4311 PATTERSON AVE SE | GRAND RAPIDS | MI | 49512 | US |
| MAC ARTHUR CORP EFT | | 3190 TRI PARK DR | GRAND BLANC | MI | 48439-7088 | US |
| MULTEX FLEXIBLE CIRCUITS | EFTINC SHELDAHL | 1150 SHELDAHL RD | NORTHFIELD | MN | 55057 | US |
| MULTIBASE INC EFT | | 3835 COPLEY RD | COPLEY | OH | 44321 | US |
| RED SPOT PAINT & VARNISH EFT CO INC | | 1107 E LOUISIANA ST | EVANSVILLE | IN | 47711 | US |
| SOLVAY ENGINEERED POLYMERS EFT | | 3333 RICHMOND AVE | HOUSTON | TX | 77098 | US |
| SPARTECH POLYCOM EFT | | 470 JOHNSON RD | WASHINGTON | PA | 15301 | US |
| TEKNOR APEX CO EFT | | 505 CENTRAL AVE | PAWTUCKET | RI | 02861-1945 | US |
| TESSY PLASTICS CORP | | 488 RTE 5 W | ELBRIDGE | NY | 13060 | US |
| TRW VEHICLE SAFETY SYSTS EFT | | 1400 SALEM RD | COOKEVILLE | TN | 38506-6221 | US |
| TYCO ELECTRONICS CORP | EFTO A AMP INC | 2901 FULLING MILL RD | MIDDLETOWN | PA | 17057-3170 | US |
| WOORY INDUSTRIAL CO LTD | 516 1 YOUNGDUCK RI | 516 1 YOUNGDUCK RI GIHEUNG GU | YONGIN GUN GYEONG GI DO | KR | 449-908 | KR |
| ZOHAR JACOBS ACQUISITION LLC | | 34401 COMMERCE | FRASER | | MI | 48026 | US |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

9/23/2008 5:19 PM
Power Products Special Parties

# EXHIBIT B

Delphi Corporation
Special Parties

| Company | Address1 | City | State | Zip |
|---|---|---|---|---|
| Camcar LLC | 500 18th Ave | Rockford | IL | 61104-5131 |
| Tyco Electronics Corporation | 1050 Westlakes Dr | Berwyn | PA | 19312 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

9/23/2008 5:25 PM
Power Products Notice Special Parties