IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re : Chapter 11
:
DELPHI CORPORATION, et al., : Case No. 05-44481 (RDD)
:
Debtors. : (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

I, Darlene Calderon, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On September 22, 2008, I caused to be served the document listed below upon the parties listed on Exhibit A hereto via overnight mail:

Debtors' Reply in Support of Fifth AIP Supplement (Docket No. 14221)

Dated: September 25, 2008

                                                                                        */s/ Darlene Calderon*
                                                                                           Darlene Calderon

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 25th day of September, 2008, by Darlene Calderon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:  */s/ L. Maree Sanders*

Commission Expires:  *10/1/09*

# EXHIBIT A

Delphi Corporation
Response Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | Debtors |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | Counsel to Equity Security Holders Committee |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | Postpetition Administrative Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | Counsel to Official Committee of Unsecured Creditors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | Counsel to the Debtor |
| United States Trustee | Brian Masumoto | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | Counsel to United States Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

9/24/2008 4:02 PM
Response Service List 080915

Delphi Corporation
Special Parties

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Bernstein Litowitz Berger Grossman | Hannah E Greenwald | 1285 Avenue of the Americas | | New York | NY | 10019 |
| Bernstein Litowitz Berger Grossman | John P Coffey | 1285 Avenue of the Americas | | New York | NY | 10019 |
| Cohen Weiss & Simon LLP | Joseph J Vitale Babette Ceccotti | 330 West 42nd Street | | New York | NY | 10036 |
| Fried Frank Harris Shriver Jacobson | Brad Sheler B Steingart V Melwani | Jennifer Rodburg Richard Slivinski | One New York Plaza | New York | NY | 10004 |
| Gorlick Kravitz & Listhaus PC | Barbara S Mehlsack | 17 State Street | 4th Floor | New York | NY | 10004 |
| Grant & Eisenhofer PA | Jay W Eisenhofer | 45 Rockefeller Center | 650 Fifth Avenue | New York | NY | 10111 |
| Grant & Eisenhofer PA | Sharan Nirmul | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 |
| Gratz Miller & Brueggeman SC | Matthew R Robbins | 1555 N RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 |
| Gratz Miller & Brueggeman SC | Timothy C Hall | 1555 N RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 |
| Kelley Drye & Warren LLP | Mark R Somerstein | 101 Park Avenue | | New York | NY | 10178 |
| Kelley Drye & Warren LLP | Mark I Bane | 101 Park Avenue | | New York | NY | 10178 |
| Kelley Drye & Warren LLP | Craig A Wolfe | 101 Park Avenue | | New York | NY | 10178 |
| Kelley Drye & Warren LLP | Merrill B Stone | 101 Park Avenue | | New York | NY | 10178 |
| Kennedy Jennick & Murray | Susan M Jennik | 113 University Place | 7th Floor | New York | NY | 10003 |
| Kennedy Jennick & Murray | Thomas Kennedy | 113 University Place | 7th Floor | New York | NY | 10003 |
| Kennedy Jennick & Murray | Larry Magarik | 113 University Place | 7th Floor | New York | NY | 10003 |
| Kirkpatrick & Lockhart Nicholson | Edward M Fox | 599 Lexington Avenue | | New York | NY | 10022 |
| Latham & Watkins LLP | Robert J Rosenberg Mark A Broude | 885 Third Avenue | | New York | NY | 10022 |
| Lowenstein Sandler PC | Michael S Etikin | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 |
| Lowenstein Sandler PC | Ira M Levee | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 |
| Meyer Suozzi English & Klein PC | Lowell Peterson Esq | 1350 Broadway | Suite 501 | New York | NY | 10018 |
| Meyer Suozzi English & Klein PC | Hanan Kolko | 1350 Broadway | Suite 501 | New York | NY | 10018 |
| Nix Patterson & Roach LLP | Jeffrey J Angelovich | 205 Linda Drive | | Daingerfield | TX | 75638 |
| Nix Patterson & Roach LLP | Bradley E Beckworth | 205 Linda Drive | | Daingerfield | TX | 75638 |
| Nix Patterson & Roach LLP | Susan Whatley | 205 Linda Drive | | Daingerfield | TX | 75638 |
| Pension Benefit Guaranty Corp | Jeffrey Cohen | 1200 K Street NW | Suite 340 | Washington | DC | 20005 |
| Pension Benefit Guaranty Corp | Ralph L Landy | 1200 K Street NW | Suite 340 | Washington | DC | 20005-4026 |
| Previant Goldberg Uelman Gratz Mill | Jill M Hartley Marianne G Robbins | 1555 N RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 |
| Schiffrin & Barroway LLP | Michael Yarnoff | 280 King of Prussia Road | | Radnor | PA | 19087 |
| Schiffrin & Barroway LLP | Sean M Handler | 280 King of Prussia Road | | Radnor | PA | 19087 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

9/24/2008 3:53 PM
KECP Declaration Parties 070312 Overnight