IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                               :
    In re                      :  Chapter 11
                               :
DELPHI CORPORATION, et al.,    :  Case No. 05-44481 (RDD)
                               :
                   Debtors.    :  (Jointly Administered)
                               :
------------------------------ x

## AFFIDAVIT OF SERVICE

I, Darlene Calderon, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On September 22, 2008, I caused to be served the document listed below upon the parties listed on Exhibit A hereto via overnight mail:

Debtors' Omnibus Reply in Support of Expedited Motion for Order Under 11 U.S.C. § 363 for Authority to Modify Benefits Under Hourly and Salaried Pension Programs and Modify Applicable Union Agreements in Connection Therewith (Docket No. 14224)

Dated: September 25, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Darlene Calderon
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Darlene Calderon

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 25th day of September, 2008, by Darlene Calderon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:     /s/ L. Maree Sanders

Commission Expires:  10/1/09

# EXHIBIT A

Delphi Corporation
Response Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | Debtors |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | Counsel to Equity Security Holders Committee |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | Postpetition Administrative Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | Counsel to Official Committee of Unsecured Creditors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | Counsel to the Debtor |
| United States Trustee | Brian Masumoto | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | Counsel to United States Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

9/24/2008 4:02 PM
Response Service List 080915

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip | Party/Function |
|---|---|---|---|---|---|---|---|
| IUE-CWA | James D Clark | 501 Third St NW | Sixth Fl | Washington | DC | 20001 | Counsel to the International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| IUE-CWA | Peter Mitchell | 501 Third St NW | Sixth Fl | Washington | DC | 20001 | Counsel to the International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| IUE-CWA Local 1111 | Scott Painter | 1051 S. Rockerfeller Ave. | | Ontario | CA | 91761 | |
| IUE-CWA Local 416 | William Humber | 760 Jersey Avenue | | New Brunswick | NJ | 08901 | |
| IUE-CWA Local 711 | Larry Phillips | 4605 Airport Rd. | | Gadsden | AL | 35904 | |
| IUE-CWA Local 717 | Gary Resier | 2950 Sierra Dr. NW | | Warren | OH | 44483 | |
| IUE-CWA Local 718 | ZebWells | 925 Industrial Park Rd. | | Brookhaven | MS | 39601 | |
| IUE-CWA Local 755 | Larry West | 1675 Woodman Dr. | | Dayton | OH | 45432 | |
| IUE-CWA Local 801 | Mark Profitt | 1250 W. Dorothy Lane | Suite 301 | Dayton | OH | 45439 | |
| Meyer, Suozzi, English & Klein, P.C. | Lowell Peterson, Esq. | 1350 Broadway | Suite 501 | New York | NY | 10018 | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| USW International | David Jury | Five Gateway Center | | Pittsburgh | PA | 15222 | Counsel to United Steelworkers of America |
| USW Local 87 | Dennis Bingham, Gary Adams | 21 Abbey Avenue | | Dayton | OH | 45417 | |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

9/24/2008 5:55 PM
Pension Reply - Union Special Parties

Delphi Corporation
Special Parties

| Company | Address1 | City | State | Zip |
|---|---|---|---|---|
| DAWN M EATON | ADDRESS ON FILE | | | |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

9/25/2008 1:23 PM
Dawn Eaton Special Party