# Exhibit 1

## DELPHI CORPORATION
### 2nd 2008 6-month **Corporate EBITDAR** AIP Payout Curve

| Non-DSB | | DSB | |
|---|---|---|---|
| Payout | Performance | Payout | Performance |
| 100% | $156.5 | 100% | $156.5 |
| 110% | $244.2 | 105% | $241.1 |
| 120% | $298.1 | 110% | $295.7 |
| 130% | $343.1 | 115% | $341.0 |
| 140% | $383.2 | 120% | $381.3 |
| 150% | $420.0 | 125% | $418.2 |
| 160% | $454.4 | 130% | $452.7 |
| 170% | $486.9 | 135% | $485.3 |
| 180% | $517.8 | 140% | $516.3 |
| 190% | $547.5 | 145% | $546.1 |
| 200% | $577.5 | 150% | $577.5 |



| | Target | Maximum |
|---|---|---|
| EBITDAR | $156.5 | $577.5 |
| Performance % | 100% | 200% |
| Payout % | 100% | 200% / 150% DSB |

DELPHI CORPORATION
Proposed 2nd 2008 6-month **Powertrain OIBITDAR** AIP Payout Curve

| Non-DSB | | DSB | |
|---|---|---|---|
| Payout | Performance | Payout | Performance |
| 100% | $102.0 | 100% | $102.0 |
| 110% | $122.1 | 105% | $121.4 |
| 120% | $134.5 | 110% | $133.9 |
| 130% | $144.8 | 115% | $144.3 |
| 140% | $153.9 | 120% | $153.5 |
| 150% | $162.4 | 125% | $162.0 |
| 160% | $170.2 | 130% | $169.9 |
| 170% | $177.7 | 135% | $177.3 |
| 180% | $184.8 | 140% | $184.4 |
| 190% | $191.6 | 145% | $191.2 |
| 200% | $198.4 | 150% | $198.4 |



| | Target | Maximum |
|---|---|---|
| OIBITDAR | $102.0 | $198.4 |
| Performance % | 100% | 200% |
| Payout % | 100% | 200% / 150% DSB |

DELPHI CORPORATION
Proposed 2nd 2008 6-month **Steering OIBITDAR** AIP Payout Curve

| Non-DSB | | DSB | |
|---|---|---|---|
| Payout | Performance | Payout | Performance |
| 100% | ($15.2) | 100% | ($15.2) |
| 110% | ($5.8) | 105% | ($6.2) |
| 120% | ($0.1) | 110% | ($0.4) |
| 130% | $4.7 | 115% | $4.4 |
| 140% | $8.9 | 120% | $8.7 |
| 150% | $12.8 | 125% | $12.6 |
| 160% | $16.5 | 130% | $16.3 |
| 170% | $19.9 | 135% | $19.8 |
| 180% | $23.2 | 140% | $23.0 |
| 190% | $26.4 | 145% | $26.2 |
| 200% | $29.5 | 150% | $29.5 |



| | Target | Maximum |
|---|---|---|
| OIBITDAR | ($15.2) | $29.5 |
| Performance % | 100% | 200% |
| Payout % | 100% | 200% / 150% DSB |

DELPHI CORPORATION
Proposed 2nd 2008 6-month **Thermal OIBITDAR** AIP Payout Curve

| Non-DSB | | DSB | |
|---|---|---|---|
| Payout | Performance | Payout | Performance |
| 100% | $21.7 | 100% | $21.7 |
| 110% | $30.5 | 105% | $30.2 |
| 120% | $35.9 | 110% | $35.7 |
| 130% | $40.4 | 115% | $40.2 |
| 140% | $44.4 | 120% | $44.2 |
| 150% | $48.1 | 125% | $47.9 |
| 160% | $51.5 | 130% | $51.4 |
| 170% | $54.8 | 135% | $54.6 |
| 180% | $57.9 | 140% | $57.7 |
| 190% | $60.8 | 145% | $60.7 |
| 200% | $63.8 | 150% | $63.8 |



| | Target | Maximum |
|---|---|---|
| OIBITDAR | $21.7 | $63.8 |
| Performance % | 100% | 200% |
| Payout % | 100% | 200% / 150% DSB |

DELPHI CORPORATION
Proposed 2nd 2008 6-month **Electronics & Safety OIBITDAR** AIP Payout Curve

| Non-DSB | | DSB | |
|---|---|---|---|
| Payout | Performance | Payout | Performance |
| 100% | $50.0 | 100% | $50.0 |
| 110% | $66.8 | 105% | $66.2 |
| 120% | $77.1 | 110% | $76.7 |
| 130% | $85.7 | 115% | $85.3 |
| 140% | $93.4 | 120% | $93.0 |
| 150% | $100.4 | 125% | $100.1 |
| 160% | $107.0 | 130% | $106.7 |
| 170% | $113.2 | 135% | $112.9 |
| 180% | $119.1 | 140% | $118.8 |
| 190% | $124.8 | 145% | $124.5 |
| 200% | $130.5 | 150% | $130.5 |



| | Target | Maximum |
|---|---|---|
| OIBITDAR | $50.0 | $130.5 |
| Performance % | 100% | 200% |
| Payout % | 100% | 200% / 150% DSB |

DELPHI CORPORATION
Proposed 2nd 2008 6-month **Electrical / Electronic Architecture OIBITDAR** AIP Payout Curve

| Non-DSB | | DSB | |
|---|---|---|---|
| Payout | Performance | Payout | Performance |
| 100% | $100.4 | 100% | $100.4 |
| 110% | $125.0 | 105% | $124.1 |
| 120% | $140.0 | 110% | $139.3 |
| 130% | $152.6 | 115% | $152.0 |
| 140% | $163.8 | 120% | $163.3 |
| 150% | $174.1 | 125% | $173.6 |
| 160% | $183.7 | 130% | $183.2 |
| 170% | $192.8 | 135% | $192.4 |
| 180% | $201.5 | 140% | $201.0 |
| 190% | $209.8 | 145% | $209.4 |
| 200% | $218.1 | 150% | $218.1 |



| | Target | Maximum |
|---|---|---|
| OIBITDAR | $100.4 | $218.1 |
| Performance % | 100% | 200% |
| Payout % | 100% | 200% / 150% DSB |

DELPHI CORPORATION
Proposed 2nd 2008 6-month **Product Service Solutions OIBITDAR** AIP Payout Curve

| Non-DSB | | DSB | |
|---|---|---|---|
| Payout | Performance | Payout | Performance |
| 100% | $10.2 | 100% | $10.2 |
| 110% | $15.8 | 105% | $15.6 |
| 120% | $19.2 | 110% | $19.0 |
| 130% | $22.0 | 115% | $21.9 |
| 140% | $24.6 | 120% | $24.4 |
| 150% | $26.9 | 125% | $26.8 |
| 160% | $29.1 | 130% | $29.0 |
| 170% | $31.1 | 135% | $31.0 |
| 180% | $33.1 | 140% | $33.0 |
| 190% | $35.0 | 145% | $34.9 |
| 200% | $36.8 | 150% | $36.8 |



| | Target | Maximum |
|---|---|---|
| OIBITDAR | $10.2 | $36.8 |
| Performance % | 100% | 200% |
| Payout % | 100% | 200% / 150% DSB |

DELPHI CORPORATION
Proposed 2nd 2008 6-month **Automotive Holdings Group OIBITDAR** AIP Payout Curve

| Non-DSB | | DSB | |
|---|---|---|---|
| Payout | Performance | Payout | Performance |
| 100% | ($17.7) | 100% | ($17.7) |
| 110% | ($13.1) | 105% | ($13.3) |
| 120% | ($10.3) | 110% | ($10.4) |
| 130% | ($7.9) | 115% | ($8.1) |
| 140% | ($5.9) | 120% | ($6.0) |
| 150% | ($3.9) | 125% | ($4.0) |
| 160% | ($2.2) | 130% | ($2.2) |
| 170% | ($0.5) | 135% | ($0.5) |
| 180% | $1.1 | 140% | $1.1 |
| 190% | $2.7 | 145% | $2.6 |
| 200% | $4.2 | 150% | $4.2 |



| | Target | Maximum |
|---|---|---|
| OIBITDAR | ($17.7) | $4.2 |
| Performance % | 100% | 200% |
| Payout % | 100% | 200% / 150% DSB |