# Exhibit 2



# Detail of Adjustments (1 of 2)

| Adjustment Description | RPOR Aug '08 Assumption | Current Operating State | Potential Adjustment |
|---|---|---|---|
| **GMNA Price** | R-POR excludes reductions to GMNA pricing in excess of contractually agreed amounts - based on revised GSA/MRA proposal (HQ includes adjustment to offset price shown at divisions – target adjustment will be required to allocate the HQ overlay) | No non-contractual price reductions have been effectuated. None will occur following GSA / MRA implementation | Pre-implementation: No adjustment required <br><br> Post Implementation: No adjustment required based on current deal. Should the final deal include price reductions, adjustment for the difference between the actual and the plan |
| **GM Wage Subsidy UAW Keep Sites** | Assumes that GM pays 100% of labor cost in excess of $26/hr + pension/OPEB service cost. | No wage subsidy is currently being received pending implementation. A retroactive payment would be received at implementation. Actual subsidy will be booked at divisions | Pre-implementation: No adjustment required <br><br> Post-implementation: No adjustment for ongoing variances |
| **Production Cash Cost Breakeven (PCCB)** | Includes PCCB in line with GM agreement. PCCB has been budgeted at the divisional level. The agreement is such that Delphi bears the 1st $10M of PCCB- this has been reflected in HQ | No PCCB is currently being received. Following implementation, divisions will book the budgeted amount of PCCB. Any variance to budget will be held at HQ. Operating performance will therefore be reflected at the divisions | Pre-implementation: No adjustment required. <br><br> Post-implementation: No adjustment at the divisions. HQ adjustment to reflect difference between actual and plan. Operating performance at affected sites/divisions will therefore be reflected in the corporate total |
| **Steering Divestiture** | Assumed sold on 06-30-08 | Steering remains in consolidated results and has been included in the 2nd half targets as presented to UCC | No adj. while remain in Delphi. The plan will be adjusted for the months subsequent to divestiture |
| ~~Interiors Divestiture~~ | ~~Assumed sold before 07-01-08~~ | ~~Sold before 07-01-08~~ | ~~No Adjustment~~ |
| ~~Competitive Operating Agreement (COA)~~ | ~~Implementation of COA~~ | ~~Not complete at certain locations~~ | ~~Adjustment to reflect the impact of not operating with a COA~~ |



# Detail of Adjustments (2 of 2)

| Adjustment Description | RPOR Aug '08 Assumption | Current Operating State | Potential Adjustment |
|---|---|---|---|
| **Incentive Compensation Affected By Emergence Delay** | Incentive compensation plan based on 12/31/08 emergence | Continuation of 6 month At-Risk Short-Term Incentive Compensation Plan | Adjustment to reflect difference between proposed 6 month comp plan and incentive comp payment included in target |
| **Pension** | Assumes DB pension 414(L) max transfer (hourly only) on 9/29/08, DB pensions frozen and replaced by salaried DC plan and hourly DB (cash balance) & DC plans on 9/30/08. Fresh start accounting effective 12/31/2008 | DB plan ongoing, replacement DB and DC plans not implemented until implementation / emergence | Pre Implementation: Adjustment will be based on difference between actual and plan for both DB and DC pension
Post Implementation: HQ adjustment will be based on difference between actual and plan for total DB – No adjustment for DC |
| **International Pension** | Plan revalued at emergence for fresh start | Divisions booking actual assuming no emergence/fresh start | Pre & Post Implementation: Divisional adjustment will be based on difference between actual and plan |
| **OPEB** | Active Hourly employees cannot earn traditional OPEB, Hourly retiree liabilities will be eliminated / transferred to GM at implementation | Active Hourly employees cannot earn traditional OPEB, Hourly retiree liabilities will be eliminated / transferred to GM at emergence | Pre and post implementation: Adjustment will be based on difference between actual and plan (variance will be at HQ) |
| **Workers Compensation** | Based on actuarial site studies (new wage structure); including site sale and winddown timing | Mercer conducts quarterly review of liability, actual results are trued up on a quarterly basis. | Pre and post implementation: HQ adjustment will be based on difference between actual and plan. |
| **Extended Disability Benefits** | Based on actuarial site studies (new wage structure); including site sale and winddown timing | Record $1/12^{th}$ budget and true up at the end of 2008 based on evaluation report | Pre and implementation: HQ adjustment will be based on difference between actual and plan |