**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
:
    In re                                                            :         Chapter 11
:
DELPHI CORPORATION, et al.,             :         Case No. 05-44481 (RDD)
:
                    Debtors.                    :         (Jointly Administered)
:
-----------------------------------------------------------------x

**REQUEST TO BE REMOVED FROM ECF NOTIFICATION AND SERVICE LIST**

       Peter D. Broitman, Chicago ERISA Counsel, for Elaine L. Chao, Secretary of Labor, U.S. Department of Labor, requests that he be removed from the ECF notifications as well as the mail service list, and that he no longer receive electronic filings in this case.

Dated: October 9, 2008                        Respectfully submitted,

                                                        GREGORY F. JACOB
                                                        Solicitor of Labor

                                                        JOAN E. GESTRIN
                                                        Chicago Regional Solicitor


                         By:     /s/ Peter D. Broitman
                                  PETER D. BROITMAN (PB 2275)
                                  Chicago ERISA Counsel
                                  U.S. Department of Labor
                                  Office of the Solicitor
                                  230 South Dearborn Street, Rm 844
                                  Chicago, Illinois 60604
                                  Telephone: (312) 353-4454
                                  Facsimile: (312) 353-5698
                                  Email: Broitman.Peter@dol.gov