**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
:
In re                                        :        Chapter 11
:
DELPHI CORPORATION, et al.,                  :        Case No. 05-44481 (RDD)
:
Debtors.                            :        (Jointly Administered)
:
------------------------------------------------------------------x

## REQUEST TO BE REMOVED FROM ECF NOTIFICATION AND SERVICE LIST

Janice L. Thompson, attorney for Elaine L. Chao, Secretary of Labor, U.S. Department of Labor, requests that she be removed from the ECF notifications as well as the mail service list, and that she no longer receive electronic filings in this case.

Dated: October 9, 2008                       Respectfully submitted,

                                             GREGORY F. JACOB
                                             Solicitor of Labor

                                             JOAN E. GESTRIN
                                             Chicago Regional Solicitor


                                    By:      /s/ Janice L. Thompson
                                             JANICE L. THOMPSON (JT 0337)
                                             U.S. Department of Labor
                                             Office of the Solicitor
                                             1240 E. 9th Street, Rm 881
                                             Cleveland, Ohio 44199
                                             Telephone: (216) 522-3875
                                             Facsimile: (216) 522-7172
                                             Email: Thompson.Janice@dol.gov