IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
   In re                                : Chapter 11
                                        :
DELPHI CORPORATION, et al.,             : Case No. 05-44481 (RDD)
                                        :
                           Debtors.     : (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

AFFIDAVIT OF SERVICE

    I, Darlene Calderon, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

    On October 10, 2008, I caused to be served the document listed below (i) upon the parties listed on Exhibit A hereto via overnight mail, (ii) upon the parties listed on Exhibit B hereto via electronic notification, and (iii) upon the parties listed on Exhibit C hereto via facsimile:

    Notice of Proposed Sale of Property in Coopersville, Michigan Pursuant to Order Under 11 U.S.C. § 363 Approving Procedures to Sell Certain De Minimis Assets Free and Clear of Liens, Claims, and Encumbrances [a copy of which is attached hereto as Exhibit D]

Dated: October 15, 2008

                                                        */s/ Darlene Calderon*
                                                           Darlene Calderon

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 15th day of October, 2008, by Darlene Calderon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: */s/ L. Maree Sanders*

Commission Expires: *10/1/09*

# EXHIBIT A

Delphi Corporation
Coopersville Notice Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Phone | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Davis, Polk & Wardwell | Donald Bernstein<br>Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092<br>212-450-4213 | Counsel to Debtor's Postpetition Administrative |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler<br>Bonnie Steingart<br>Vivek Melwani<br>Jennifer L Rodburg<br>Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | Counsel to Equity Security Holders Committee |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | Counsel to Official Committee of Unsecured |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase |
| United States Trustee | Brian Masumoto | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | Counsel to United States Trustee |
| Varnum, Riddering,Schmidt & Howlett | Michael S. McElwee | Bridge Water Place | P.O. Box 352 | Grand Rapids | MI | 49501 | 616-336-6827 | |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

10/13/2008 12:24 PM
De Minimis Sale Notices Service List Overnight

Delphi Corporation
Special Parties

| Company | Contact | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Attorney representing PrimeStar | Joel Kaplan | 601 SW 2nd Avenue Suite 1800 | Portland | OR | 97204 |
| Big Industrial Corp | Thad Smith | 3515 W 75th Street Suite 102 | Prarie Village | KS | 66208 |
| Blue Bridge Ventures | Jack Buchanan | 157 Briarcliff Dr | Grand Rapids | MI | 49546 |
| C O John Kuiper Grubb & Ellis | Peter Sexton | 300 Ottawa NW Suite 400 | Grand Rapids | MI | 49503 |
| Cascde Engineering Real Estate Dept | Fred Keller | 3400 Innovation Court SE | Grand Rapids | MI | 49512 |
| CH2M HILL on behalf of PrimeStar | John Frank | 2020 SW 4th Avenue Suite 300 | Portland | OR | 97201 |
| Commercial Development Company | Randy Jostes | 1650 Des Peres Rd No 303 | St Louis | MO | 63131 |
| First Cos representing Third Wave | Ty Hallock | 4380 Brockton Dr SE Suite 1 | Grand Rapids | MI | 49512 |
| Franklin Partners | Don Shoemaker | 2000 York Road Suite 100 | Oak Brook | IL | 60523 |
| Goodale Enterprises | Jack Goodale | 0 21 Fennessey Street SW | Grand Rapids | MI | 49534 |
| Mol Investments | Theo Mol | | Grand Rapids | MI | |
| NW Equipment 5 Star Real Estate | Vito Dolci | 1879 Marne Estates Dr | Marne | MI | 49435 |
| Padnos | Shelly Padnos | 185 West 8th Street | Holland | MI | 49423 |
| Robert Grooters Development Company | Robert Grooters | 4633 Patterson Ave SE | Grand Rapids | MI | 49512 |
| The Wisinski Grp rep Roskam Baking | Stan Wisinski | 2618 E Paris Ave SE | Grand Rapids | MI | 49546 |
| Third Wave | William Tingley | 1009 Ottawa Ave NW | Grand Rapids | MI | 49503 |
| Varnum Riddering Schmidt & Howlett | Steven Morren | 333 Bridge St NW | Grand Rapids | MI | 49504 |
| | Edward Hanenburg | 15585 68th Ave | Coopersville | MI | 49404 |

# EXHIBIT B

Delphi Corporation
Coopersville Sale Notice Service List

| Company | Contact | Address1 | City | State | Zip | Phone | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Davis, Polk & Wardwell | Donald Bernstein<br>Brian Resnick | 450 Lexington Avenue | New York | NY | 10017 | 212-450-4092<br>212-450-4213 | donald.bernstein@dpw.com<br>brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler<br>Bonnie Steingart<br>Vivek Melwani<br>Jennifer L Rodburg<br>Richard J Slivinski | One New York Plaza | New York | NY | 10004 | 212-859-8000 | rodbuje@ffhsj.com<br>sliviri@ffhsj.com | Counsel to Equity Security Holders Committee |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | New York | NY | 10022 | 212-906-1370 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman,<br>Robert H. Trust,<br>William T. Russell, Jr. | 425 Lexington Avenue | New York | NY | 10017 | 212-455-2000 | kziman@stblaw.com<br>rtrust@stblaw.com<br>wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

10/13/2008 12:33 PM
De Minimis Sale Notices Service List Email

# EXHIBIT C

Delphi Corporation
Coopersville Sale Notice Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Phone | Fax | Party/Function |
|---|---|---|---|---|---|---|---|---|---|
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | 212-450-3092 212-450-3213 | Counsel to Debtor's Postpetition Administrative Agent |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | Counsel to Equity Security Holders Committee |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | Counsel to Official Committee of Unsecured Creditors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Varnum, Riddering,Schmidt & Howlett | Michael S. McElwee | Bridge Water Place | P.O. Box 352 | Grand Rapids | MI | 49501 | 616-336-6827 | 616-336-7000 | |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

10/13/2008 12:29 PM
De Minimis Sale Notices Service List Fax

# EXHIBIT D

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                               :

   In re                            :      Chapter 11
                               :

DELPHI CORPORATION, et al.,     :      Case No. 05-44481 (RDD)
                               :
                      Debtors.   :      (Jointly Administered)
                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF PROPOSED SALE OF PROPERTY IN COOPERSVILLE,
MICHIGAN PURSUANT TO ORDER UNDER 11 U.S.C. § 363
APPROVING PROCEDURES TO SELL CERTAIN DE MINIMIS ASSETS
FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES

      PLEASE TAKE NOTICE THAT in accordance with the Order Under 11 U.S.C. § 363 Approving Procedures To Sell Certain De Minimis Assets Free And Clear of Liens, Claims, And Encumbrances And To Pay Market Rate Broker Commissions In Connection With Such Sales Without Further Court Approval (Docket No. 766) (the "De Minimis Asset Sale Order"), Delphi Automotive Systems, LLC (the "Debtor") hereby gives notice of its intention to sell certain property located at 999 Randall Street, Coopersville, Michigan (the "Property") to Arizona Maricopa Associates, LLC (the "Purchaser") pursuant to the Real Property Purchase Agreement by and between the Debtor and the Purchaser, dated October 3, 2008 (the "Agreement"). A copy of the Agreement is attached hereto as Exhibit A.

      PLEASE TAKE FURTHER NOTICE THAT the Property to be sold is an improved parcel of real property that contains approximately 128 acres, including the buildings located on the Property.

PLEASE TAKE FURTHER NOTICE THAT pursuant to the Agreement, the Debtor will sell the Property to the Purchaser for the purchase price of $4,400,000.00 (the "Purchase Price").

PLEASE TAKE FURTHER NOTICE THAT pursuant to the listing agreement (the "Listing Agreement") for the sale of the Property, the Debtor will pay a commission on the sale of the Property to Jones Lang LaSalle Americas, Inc. ("Jones Lang LaSalle") and to Todd Kamps, of Colburn Hudley, Inc. ("Colburn Hudley"), with each receiving an amount equal to 3% of the Purchase Price (the "Commission").

PLEASE TAKE FURTHER NOTICE THAT pursuant to the Listing Agreement, Jones Lang LaSalle will remit 20% of any part of the Commission it receives to the Debtor's internal real estate broker, DREAL, Inc., a debtor in the above-referenced chapter 11 cases.

PLEASE TAKE FURTHER NOTICE THAT pursuant to a separate brokerage agreement, Jones Lang LaSalle has agreed to remit 50% of the Commission it receives to S.J. Wisinski & Company ("S.J. Wisinski").

PLEASE TAKE FURTHER NOTICE THAT the Purchaser, Jones Lang LaSalle, Colburn Hudley, and S.J. Wisinski are not insiders of the Debtor as such term is defined in section 101(31) of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended and in effect on October 8, 2005, and have no other connections to the Debtor. In compliance with the De Minimis Asset Sale Order, an affidavit of Jones Lang LaSalle is attached hereto as Exhibit B. The Debtor believes that the Purchase Price accurately reflects the current market value of the Property. The Debtor has determined, in its business judgment, that the Agreement provides for fair and appropriate terms and is a favorable price

for the Property. The Debtor also believes that the Commission accurately reflects the current market value of the services rendered and is fair and appropriate.

PLEASE TAKE FURTHER NOTICE THAT pursuant to the De Minimis Asset Sale Order, the Debtor will consummate the sale of the Property to the Purchaser, free and clear of liens, claims, and encumbrances, and take such actions as are necessary to close the transaction, including but not limited to collection of proceeds from the Purchaser in connection with the sale of the Property and the payment of the Commission by the Debtor to Jones Lang LaSalle, provided that counsel to the Debtor does not receive from a party that receives this Notice a written objection or written request for additional time to evaluate the proposed sale within five business days from the date following initial receipt of this Notice.

Dated: New York, New York
October 10, 2008

SKADDEN, ARPS, SLATE, MEAGER & FLOM LLP

By: /s/ John Wm. Butler, Jr.
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

- and -

By: /s/ Kayalyn A. Marafioti
Kayalyn A. Marafioti
Thomas J. Matz
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

3