KLESTADT & WINTERS, LLP
Tracy L. Klestadt (TK-3591)
292 Madison Avenue, 17th Floor
New York, New York 10017
(212) 972-3000

*Attorneys for InteSys Technologies, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 10770 (INTESYS TECHNOLOGIES, INC.)

InteSys Technologies, Inc. by its attorneys, Klestadt & Winters, LLP, hereby withdraws its proof of claim (no. 10770) with prejudice.

Dated: New York, New York
       October 16, 2008

                                                KLESTADT & WINTERS, LLP
                                                Attorneys for InteSys Technologies, Inc.

                                                By: /s/ Tracy L. Klestadt
                                                    Tracy L. Klestadt
                                              292 Madison Avenue, 17th Floor
                                              New York, New York 10017
                                              Telephone: (212) 972-3000