3701 Ironwood Way
Anderson, Indiana 46011
October 7, 2008

To: Honorable Robert D. Drain
Greetings,

Yesterday, October 6, 2008 I received a large Fed-Ex package containing perhaps more than 1100 pages of information regarding the Delphi Bankruptcy.

I am a semi-retired draftsman/engineer and not a lawyer, however I did spend several hours yesterday reading many of those 1100 pages in an effort to try to better understand what is going on.

Today, October 7, 2008, I read and re-read some more of these pages and some new ones too. I have concluded that most of the 1100 pages were, perhaps urgently sent to me as background information to support YOUR "proposed" COURT ORDER approving Delphi's motion dated October 3, 2008 requesting you to approve certain modifications to the "First Amended Joint Plan of the re-organization of the Delphi Corporation."

The Delphi Bankruptcy proceedings appear to me to now be entering the **fourth** year and I imagine Delphi's legal expense has been very, very costly and contributing to their "unprofitability". Therefore, I wholly agree that it's high time to conclude this matter.

As a stockholder in the Delphi Corporation I'm not at all sure what I'm now supposed to do with any of these 1100 plus pages, if anything, which is why I decided to write to you again today…. and to AGAIN PLEAD for JUSTICE. Attached is a copy of the letter I sent to you last December which I hope refreshes your memory and is helpful to you.

I also want to once again clearly spell out what I believe is justice, whenever the re-organized Delphi Corporation legally and finally does emerge from their self-declared bankruptcy. We, my wife and I, hope and plan to own the SAME PERCENTAGE of the re-organized Delphi Corporation as we owned before they entered into your court. For example, if we had owned 10 cents worth of a big ten dollar company, that declared bankruptcy, then we would expect to own 1 cent of a re-organized one dollar smaller company.

Lastly, as stockholders we never have treated or thought of Delphi Corporation as a Debtor to us, rather we've always treated and thought of them as an involuntary business risk which was never chosen by us, but against our better judgement had been assigned to us by the General Motors Corporation.

Best regards,
Sincerely,

*Robert W. Ward*
Robert W. Ward

3701 Ironwood Way
Anderson, Indiana 46011
December 18, 2007

To: Honorable Robert D. Drain

Greetings!

I'm once again writing to you to plead with you for truth and justice in the Delphi Bankruptcy Case.

My wife and I received 452 shares of Delphi stock on May 28, 1999. We **did not ask to purchase** these shares. At that time we owned stock in the General Motors Corporation and General Motors Corporation devalued our stock and issued us these 452 shares of stock in a new Delphi Corporation.

The devaluation of our ownership in GM was supposedly equal to our percentage of ownership we were acquiring in the new Delphi Corporation.

I have been and still am spending quite a lot of time calling various people trying to learn what **this Claim Form** means to my wife and I **if we file it** by January 15 **or if we don't file it** at all. One person I just talked to a few moments ago was from a business called "the Garden City Group, Inc.". He was very polite, but told me he did not know the answer to my concern, which is why I decided to write to you again.

The only thing my wife and I really want when this is all finally settled is to have the same percentage of ownership in the Delphi Corporation after the bankruptcy is settled as we had before they asked the courts for bankruptcy protection.

Perhaps it's just our generation's thinking, (my wife and I are both 77 years of age), or maybe it's because she and I simply don't understand bankruptcy settlement, but whatever the cause and knowing that I'm repeating myself, **we believe the only just settlement is for us to have the same percentage of ownership in the emerging Delphi as we had before they declared they were bankrupt.**

Thank you,
Sincerely

*Robert W. Ward*
Robert W. Ward