Oct 9, 2008

Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
Due Baxley Green, Room 1610
New York, New York 10004

Dear Honorable Robert D. Drain:

I Sheryl V. Carter object to Delphi & Company
of filing Bankruptcy, and Reorganization Plan,
Modified Plan, Modified Disclosure Statement,
First Amended Joint Plan of Reorganization of
Delphi Corporation, and Affiliated Debtors, & etc.
Also any other Delphi Plan, and I disagree,
object with the Procedures for Treating and
Resolving Disputed and Contingent Claims
stating that no payment shall be made
until all objections are withdrawn. I would
like my settlement to be paid directly to me
in cash not Delphi stock.

Another Plan of Delphi-Debtors & Company I
object to thats not written in document. My for
employment extended benefits was approved, but
held in the Technical Dept for 4 1/2 months
until Oct 3, 2008, this large document filed
Oct 16, 2008, my Hearing for my Social
Security Claim, Oct 8, 2008, and now deadline
must be in Oct 12, 2008, As mention previously
I continue to go through hostile, harassment,
discrimination treatment, etc. In the near
future if I'm force to move I should not
be held accountable for Undeliverable Notification

of Deliver if I do not get my address if change
in on time. Example of tactic that I just
gave should be held acceptable first. No
long term delay and held information and
payment should go into affect.
      Thank You. Again Unemployment fund
with held, until next deadline.

                    Sincerely Yours,
                    Boyd W. Carter

Oct 9, 2008

Skadden, ARPS, Slate, Meagher & Flom, LLP
Attn. John Wm Butler Jr (JB-4711) *CTC
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Dear John Wm Butler Jr (JB-4711) CTC

I Sheryl Z. Carter Object to
Delphi & Company's of Reorganization Plan
Modified Plan, Modified Disclosure
Statements, First Amended Joint Plan
of Reorganization of Delphi Corporation,
and Certain Affiliated Debtors, ETC and
any other Plan of Delphi of this Bankruptcy
Court. Also I object and disagree
with the Procedures for Treating and
Resolving Disputed and Contingent
Claim Stating that No payment
Shall be made until All objections
are withdrawn. Also I would like my
Settlement in Cash not stock. Sincerely Yours,
Sheryl Z. Carter

Oct 9, 2008

Kurtzman Carson Consultants LLC
Delphi Attorney
2335 Alaska Avenue
El Segundo CA 90245

Dear! Kurtzman Carson Consultants LLC

I, Sharyl J. Carter object to
Delphi + Company of Reorganization
Plan, modified Plan, modified
Disclosure Statements, First Amended
Joint Plan of Reorganization of Delphi
Corporation and Affiliates Debtors, ETC
Also any other Plan of Delphi of
this Bankruptcy Also I disagree
and object with the Procedures for
Treating and Resolving Disputed
and Contingent Claims Stating that
No payments shall be made until
All objections are withdrawn. Also
I would like my settlement in Cash not stock.

Sincerely, Yours
Sharyl J. Carter

Oct 9, 2008

Financial Balloting Group
Attn: Delphi Ballot Tabulation
757 Third Avenue - 3rd Floor
New York, New York 10017

Dear: Delphi Ballot Tabulation.

I, Sharyl J. Carter - object to
the Ballot of Beneficial and Master Ballot
for Securities Voting Agent, And Financial
Balloting Group, etc.

Sincerely,
Sharyl J. Carter