UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------x
In re:                                          :      Chapter 11
                                                :
DELPHI CORPORATION, et al.,                     :      Case No. 05-44481 (RDD)
                                                :
                              Debtors.          :      (Jointly Administered)
-------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I, Dana P. Kane, do hereby certify hereby under penalty of perjury that on October 16, 2008, I caused the following pleading:

> **Liquidity Solutions Inc.'s Objection to Motion for Order (I) Approving Modifications to the Debtors' First Amended Plan of Reorganization (as Modified) and Related Disclosures and Voting Procedures and (II) Setting Final Hearing Date to Consider Modifications to Confirmed First Amended Plan of Reorganization**

to be served via Federal Express overnight delivery on the persons and at the addresses listed on Exhibit A hereto.

Dated: Hackensack, New Jersey
October 16, 2008

_____
Dana P. Kane

## EXHIBIT A

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the
   Southern District of New York
One Bowling Green, Room 632
New York, New York  10004

Delphi Corporation
Attn:  General Counsel
5725 Delphi Drive
Troy, Michigan  48908

Skadden, Arps, Slate, Meagher & Flom LLP
Attn:   John Wm. Butler, Esq.
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606

Davis Polk & Wardwell
Attn:  Donald Bernstein, Esq.
   Brian Resnick, Esq.
450 Lexington Avenue
New York, New York  10017

Latham & Watkins LLP
Attn:  Robert J. Rosenberg, Esq.
   Mark A. Broude, Esq.
885 Third Avenue
New York, New York  10022

Fried, Frank, Harris, Shriver & Jacobson LLP
Attn:  Bonnie Steingart, Esq.
One New York Plaza
New York, New York  10004

Office of the United States Trustee
   for the Southern District of New York
Attn:  Brian Masumoto, Esq.
33 Whitehall Street, Suite 2011
New York, New York  10004