# EXHIBIT A

# Hanlon, William

**From:** Diaz, Lisa B [Lisa.Diaz@skadden.com]
**Sent:** Tuesday, June 17, 2008 5:29 PM
**To:** Hanlon, William
**Subject:** RE: Bradford Industries Cure and Unsecured Claims

Pardon the delay in responding to your e-mail. At this time we are focusing on all the issues raised in your motion with respect to excusable neglect. We are in the processing of preparing an objection that is responsive to your motion. I will send you a courtesy copy once we file.

Lisa B. Diaz
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive | Chicago | Illinois | 60606-1285
T: 312.407.0588 | F: 312.827.9337
Lisa.Diaz@skadden.com

Skadden

---

**From:** Hanlon, William [mailto:whanlon@seyfarth.com]
**Sent:** Thursday, June 12, 2008 2:31 PM
**To:** Diaz, Lisa B (CHI)
**Subject:** FW: Bradford Industries Cure and Unsecured Claims

Lisa,

Following up on my questions below.

Thanks,

Bill


William J. Hanlon
Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Direct: 617 946 4995
Fax: 617 790 6719
email: whanlon@seyfarth.com

-----Original Message-----
**From:** Hanlon, William
**Sent:** Tuesday, June 10, 2008 10:19 AM
**To:** 'Diaz, Lisa B'
**Subject:** RE: Bradford Industries Cure and Unsecured Claims

Thank you, Lisa. Attached is a copy of the pleadings Bradford filed yesterday.

Does Delphi dispute that agreement was reached on amount?

Is there a business person that Bill Larrivee should be speaking to?


10/15/2008

William J. Hanlon
Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Direct: 617 946 4995
Fax: 617 790 6719
email: whanlon@seyfarth.com

-----Original Message-----
From: Diaz, Lisa B [mailto:Lisa.Diaz@skadden.com]
Sent: Monday, June 09, 2008 3:46 PM
To: Hanlon, William
Subject: RE: Bradford Industries Cure and Unsecured Claims

I am still following up with my client. At this time, Delphi's position (as we discussed) remains unchanged, but I hope to have confirmation after they have completed their review of your information. Please do not hesitate to contact me directly. I hope to be in touch with you tomorrow on this matter.

Lisa B. Diaz
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive | Chicago | Illinois | 60606-1285
T: 312.407.0588 | F: 312.827.9337
Lisa.Diaz@skadden.com

Skadden

From: Hanlon, William [mailto:whanlon@seyfarth.com]
Sent: Monday, June 02, 2008 4:20 PM
To: Diaz, Lisa B (CHI)
Subject: FW: Bradford Industries Cure and Unsecured Claims

Lisa,

Attached please find a draft response regarding cure amounts, together with background on our respective clients' communications, including ledgers, which show agreement on amounts.

Bradford is requesting a cure amount of $57,062.14 and an unsecured claim of 3,751.93.

Thanks,

Bill

William J. Hanlon
Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Direct: 617 946 4995
Fax: 617 790 6719
email: whanlon@seyfarth.com

Any tax information or written tax advice contained herein (including any attachments) is not intended to be and cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer. (The foregoing legend has been affixed pursuant to U.S. Treasury Regulations governing tax practice.)

This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this information is prohibited and may be unlawful. If you have received this electronic transmission in error, please reply immediately to the sender that you have received the message in error, and delete it. Thank you.

--------------------------------------------------------------------------------
*********************************************** To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
****************************************************
**************************************************** This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof. Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
****************************************************

Any tax information or written tax advice contained herein (including any attachments) is not intended to be and cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer. (The foregoing legend has been affixed pursuant to U.S. Treasury Regulations governing tax practice.)

This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this information is prohibited and may be unlawful. If you have received this electronic transmission in error, please reply immediately to the sender that you have received the message in error, and delete it. Thank you.

--------------------------------------------------------------------------------
*****************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
*****************************************************

10/15/2008

10/15/2008