Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA  02110
(617) 946-4800
William J. Hanlon, Esq. (WH 8128)

*Attorneys for Bradford Industries, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION<br><br>Debtors. | Chapter 11<br>Case No. 05-44481 (RDD) |

**AFFIDAVIT OF SERVICE**

I, William J. Hanlon, hereby certify that on this 17th day of October, 2008, I served a Supplemental Response of Bradford Industries to Debtors Objection to Motion for Leave to File Late Claims and Request for Finding that Cure Claim is Conforming on the individuals below via Overnight Mail to the following:

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan
48098

And by hand delivery to the following:

Honorable Robert D. Drain                                  Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green, Room 610
New York, New York 10004

Alicia M. Leonard                                                United States Trustee
United States Trustee
33 Whitehall Street
21st Floor
New York, NY  10004-2112

BO1 15948098.1

| | |
|---|---|
| Robert J. Rosenberg<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY  10022 | Counsel to the Official Committee of<br>Unsecured Creditors |
| Donald Bernstein, Esq.<br>Brian Resnick, Esq.<br>Davis, Polk & Wardell<br>450 Lexington Avenue<br>New York, NY  10017 | Counsel to Debtor's Postpetition<br>Administrative Agent |

and to Lisa B. Diaz, Esq., at Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Chicago, Illinois  60606 via electronic mail on October 16, 2008.  Copies were also served electronically upon those parties as identified in the Notice of Electronic Filing on October 17, 2008.

|   |   |
|---|---|
|   | /s/ William J. Hanlon<br>William J. Hanlon (# wh8128)<br>SEYFARTH SHAW LLP<br>World Trade Center East<br>Two Seaport Lane, Suite 300<br>Boston, MA  02210<br>Telephone:     617-946-4800 |
| DATED:  October 17, 2008 | Telecopier:    617-946-4801 |

BO1 15948098.1