TOGUT, SEGAL & SEGAL LLP
Bankruptcy Co-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                              :
                                                    :     Chapter 11
DELPHI CORPORATION, et al.,                         :     Case No. 05-44481 [RDD]
                                                    :
                         Debtors.                   :     Jointly Administered
                                                    :
------------------------------------------------------------x

**ORDER DISALLOWING AND EXPUNGING PROOF OF
CLAIM NUMBER 10770 (INTESYS TECHNOLOGIES, INC.)**

InteSys Technologies, Inc. ("Claimant") having filed proof of claim number 10770 (the "Claim") against Delphi Corporation ("Delphi") on July 25, 2006 asserting a claim in the amount of $511,037.71;  and on May 30, 2007, the above-captioned debtors (the "Debtors") having  objected to the Claim pursuant to the Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. Section 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claims and Untimely Tax Claim, and (D) Claims Subject to Modification, Tax Claims Subject to Modification, and Modified Claims Asserting Reclamation (Docket No. 7999);  and on October 16, 2008, Claimant having filed a Notice Withdrawal of the Claim with prejudice (Docket No.

14336); and the Debtors consent to Claimant's withdrawal of the Claim and seek entry of an Order pursuant to Bankruptcy Rule 3006; and good and sufficient cause appearing therefore, and good and sufficient notice of the presentment of this Order having been given, it is

**ORDER, ADJUDGED AND DECREED THAT:**

1. The Claim is hereby disallowed and expunged in its entirety and with prejudice.

This ___ day of _____, 2008
in New York, New York

_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE