05-44481-rdd   Doc 14349-1   Filed 10/17/08   Entered 10/17/08 15:20:38   Exhibit A
In re Delphi Corporation, et al.                                Pg 1 of 1     Thirty-First Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT A - UNTIMELY EQUITY CLAIM

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ROBERT W ANDERSON<br>ESTATE OF ANNE M ANDERSON<br>PERSONAL REPRESENTATIVE<br>14611 MCGUIRE ST<br>TAYLOR, MI 48180-4433 | 16824 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/29/2008 | DELPHI CORPORATION (05-44481) |

**Total:** 1                                                          UNL

\*     "UNL" denotes an unliquidated claim.

Page 1 of 1