05-44481-rdd    Doc 14349-3    Filed 10/17/08    Entered 10/17/08 15:20:38    Exhibit B-2
Pg 1 of 1

In re Delphi Corporation, et al.                    Thirty-First Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT B-2 - UNTIMELY BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | 16386 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$168,862.08<br>$168,862.08 | 10/24/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| JENKINS WILLIAM M<br>105 MAGNOLIA LN<br>NOBLESVILLE, IN 46062 | 16797 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$174,063.76<br>$174,063.76 | 01/31/2008 | DELPHI CORPORATION (05-44481) |
| RALPH E TOLLIVER<br>4229 COLUMBIA RD<br>MEDINA, OH 44256 | 16826 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$477.34<br>$477.34 | 09/08/2008 | DELPHI CORPORATION (05-44481) |
| **Total:** | **3** | | **$343,403.18** | | |