**In re Delphi Corporation, et al.**                              **Thirty-First Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

**EXHIBIT C - UNTIMELY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| GERALDINE R CATCHINGS HOLMES<br>6723 BARBADOS DR<br>HOUSTON, TX 77088 | 16823 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$26,573.61<br><br><br>$26,573.61 | 07/01/2008 | DELPHI CORPORATION (05-44481) |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 16822 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$4,123.19<br><br>$621.56<br>$4,744.75 | 05/13/2008 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |

Total:     **2**          **$31,318.36**