In re: Delphi Corporation, et al.     Thirty-First Omnibus Claims Objection
Case No. 05-44481 (RDD)    05-44481-rdd    Doc 14349-8    Filed 10/17/08    Entered 10/17/08 15:20:38    Exhibit F
Pg 1 of 1

Exhibit F - Claimants And Related Claims Subject To Thirty-First Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| ARGO PARTNERS | 1460 | EXHIBIT B-1 - BOOKS AND RECORDS CLAIM THAT IS SUBJECT TO PRIOR ORDER |
| CAROLINA FORGE COMPANY LLC EFT | 10703 | EXHIBIT D - MODIFIED CLAIMS ASSERTING RECLAMATION THAT ARE SUBJECT TO PRIOR ORDERS |
| CONTRARIAN FUNDS LLC | 16386 | EXHIBIT B-2 - UNTIMELY BOOKS AND RECORDS CLAIMS |
| ERIE COUNTY TREASURER | 11372 | EXHIBIT B-3 - BOOKS AND RECORDS TAX CLAIM THAT IS SUBJECT TO PRIOR ORDER |
| FEDERAL SCREW WORKS | 2350 | EXHIBIT D - MODIFIED CLAIMS ASSERTING RECLAMATION THAT ARE SUBJECT TO PRIOR ORDERS |
| FHBC AMERICA INC | 16386 | EXHIBIT B-2 - UNTIMELY BOOKS AND RECORDS CLAIMS |
| GERALDINE R CATCHINGS HOLMES | 16823 | EXHIBIT C - UNTIMELY CLAIMS |
| GOLDMAN SACHS CREDIT PARTNERS LP | 1787 | EXHIBIT D - MODIFIED CLAIMS ASSERTING RECLAMATION THAT ARE SUBJECT TO PRIOR ORDERS |
| JENKINS WILLIAM M | 16797 | EXHIBIT B-2 - UNTIMELY BOOKS AND RECORDS CLAIMS |
| JPMORGAN CHASE BANK NA | 10703 | EXHIBIT D - MODIFIED CLAIMS ASSERTING RECLAMATION THAT ARE SUBJECT TO PRIOR ORDERS |
| METALBAGES SA | 1460 | EXHIBIT B-1 - BOOKS AND RECORDS CLAIM THAT IS SUBJECT TO PRIOR ORDER |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE | 16822 | EXHIBIT C - UNTIMELY CLAIMS |
| RALPH E TOLLIVER | 16826 | EXHIBIT B-2 - UNTIMELY BOOKS AND RECORDS CLAIMS |
| ROBERT W ANDERSON | 16824 | EXHIBIT A - UNTIMELY EQUITY CLAIM |
| UNIVERSAL BEARINGS INC | 1787 | EXHIBIT D - MODIFIED CLAIMS ASSERTING RECLAMATION THAT ARE SUBJECT TO PRIOR ORDERS |