TOGUT, SEGAL & SEGAL LLP  
Bankruptcy Conflicts Counsel for Delphi Corporation, et al.,  
Debtors and Debtors-in-Possession,  
One Penn Plaza, Suite 3335  
New York, New York 10119  
(212) 594-5000  
Neil Berger (NB-3599)  

Hearing Date: 10/24/2008  
at 10:00 a.m.

Delphi Legal Information Hotline:  
Toll Free: (800) 718-5305  
International: (248) 813-2698  

Delphi Legal Information Website:  
http://www.delphidocket.com  

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  

------------------------------------------------------------X  
In re                                    :   Chapter 11  
                                         :  
    DELPHI CORPORATION, et al.,          :   Case No. 05-44481 [RDD]  
                                         :  
                            Debtors.     :   (Jointly Administered)  
                                         :  
------------------------------------------------------------X  

**NOTICE OF PRESENTMENT OF JOINT STIPULATION AND  
AGREED ORDER COMPROMISING AND ALLOWING PROOF OF CLAIM  
NUMBER 14109 (SPCP GROUP, L.L.C. AS ASSIGNEE OF KENSA LLC)**

**PLEASE TAKE NOTICE** that on September 21, 2007, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), objected to proof of claim number 14109 (the "Claim") filed by SPCP Group L.L.C. as Assignee of Kensa LLC ("Kensa" and jointly with SPCP, the "Claimant") against Delphi Automotive Systems LLC pursuant to the Debtors' Twenty-First Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Duplicate and Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books and Records, (E) Untimely Claims, and (F) Claims Subject to Modification, Tax Claims Subject to Modification, and Modified Claims

Asserting Reclamation (Docket No. 9535) (the "Objection")

**PLEASE TAKE FURTHER NOTICE** that the Debtors and the Claimant have agreed to settle the Objection with respect to the Claim and, pursuant to the Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 4414), have (i) entered into a Settlement Agreement, dated as of October 16, 2008 (the "Settlement Agreement"), and (ii) executed a Joint Stipulation And Agreed Order Compromising and Allowing Proof Of Claim Number 14109 (the "Joint Stipulation").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Settlement Agreement and the Joint Stipulation, the Debtors and the Claimant have agreed to allow proof of claim number 14109 as a general unsecured non-priority claim against DAS only in the amount of $90,901.16.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will present the Joint Stipulation for consideration at the hearing scheduled for October 24, 2008, at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York.

Dated:  New York, New York    DELPHI CORPORATION, *et al.*
        October 17, 2008    By their attorneys,
                                            TOGUT, SEGAL & SEGAL LLP
                                            By:

                                            /s/ Neil Berger
                                            NEIL BERGER (NB-3599)
                                            A Member of the Firm
                                            One Penn Plaza
                                            New York, New York 10119
                                            (212) 594-5000