TOGUT, SEGAL & SEGAL LLP  
Bankruptcy Co-Counsel for Delphi Corporation, et al.,  
Debtors and Debtors in Possession  
One Penn Plaza, Suite 3335  
New York, New York 10119  
(212) 594-5000  
Albert Togut (AT-9759)  
Neil Berger (NB-3599)

Hearing Date: 11/18/2008 at 10:00 a.m.

Delphi Legal Information Hotline:  
Toll Free:  (800) 718-5305  
International:  (248) 813-2698

Delphi Legal Information Website:  
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------------x  
                                                            :  
In re:                                                      :   Chapter 11  
                                                            :   Case No. 05-44481 [RDD]  
DELPHI CORPORATION, *et al.*,                               :  
                                                            :   Jointly Administered  
                                               Debtors.     :  
                                                            :  
------------------------------------------------------------x  

# TENTH NOTICE OF ADJOURNMENT OF SUFFICIENCY HEARING WITH RESPECT TO DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 1672 (FIRST TECHNOLOGY HOLDINGS, INC.)

PLEASE TAKE NOTICE that on December 21, 2007, Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), objected to proof of claim number 1672 (the "Proof of Claim") filed by First Technology Holdings, Inc. and Affiliates and Subsidiaries (the "Claimants") pursuant to the Debtors' Twenty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification, Modified Claims Asserting Reclamation And Claims Subject To Prior Order (Docket No. 11588) (the "Objection").

PLEASE TAKE FURTHER NOTICE that on January 31, 2008, the Debtors filed the Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proof of Claim Numbers 1672 (Docket No. 12438) scheduling a sufficiency hearing (the "Sufficiency Hearing") for the purpose of addressing the legal sufficiency of the Proof of Claim and whether the Proof of Claim states a colorable claim against the asserted Debtor on February 29, 2008, at 10:00 a.m. (prevailing Eastern time).

PLEASE TAKE FURTHER NOTICE that on February 19, 2008, the Debtors filed the Notice Of Adjournment Of Claims Objection Hearing Regarding Debtors' Objection To Proof Of Claim No. 1672 (Docket No. 12728) adjourning the Claims Objection Hearing until April 4, 2008 at 10 a.m.

PLEASE TAKE FURTHER NOTICE that on March 24, 2008, the Debtors filed the Second Notice Of Adjournment Of Claims Objection Hearing Regarding Debtors' Objection To Proof Of Claim No. 1672 (Docket No. 13219) adjourning the Claims Objection Hearing until April 18, 2008 at 10 a.m.

PLEASE TAKE FURTHER NOTICE that on April 11, 2008, the Debtors filed the Third Notice Of Adjournment Of Claims Objection Hearing Regarding Debtors' Objection To Proof Of Claim No. 1672 adjourning the Claims Objection Hearing until May 8, 2008 at 10:00 a.m.

PLEASE TAKE FURTHER NOTICE that on May 2, 2008, the Debtors filed the Fourth Notice Of Adjournment Of Claims Objection Hearing Regarding Debtors' Objection To Proof Of Claim No. 1672 (Docket No. 13522) adjourning the Claims Objection Hearing until June 5, 2008 at 10:00 a.m.

PLEASE TAKE FURTHER NOTICE that on May 12, 2008, the Debtors filed the Amended Fourth Notice Of Adjournment Of Claims Objection Hearing Regarding Debtors' Objection To Proof Of Claim No. 1672 (Docket No. 13573) adjourning the Claims Objection Hearing until June 19, 2008 at 10:00 a.m.

PLEASE TAKE FURTHER NOTICE that on June 13, 2008, the Debtors filed the Fifth Notice Of Adjournment Of Claims Objection Hearing Regarding Debtors' Objection To Proof Of Claim No. 1672 (Docket No. 13751) adjourning the Claims Objection Hearing until July 23, 2008 at 10:00 a.m.

PLEASE TAKE FURTHER NOTICE that on July 17, 2008, the Debtors filed the Sixth Notice Of Adjournment Of Claims Objection Hearing Regarding Debtors' Objection To Proof Of Claim No. 1672 (Docket No. 13941) adjourning the Claims Objection Hearing until August 26, 2008 at 10:00 a.m.

PLEASE TAKE FURTHER NOTICE that on August 20, 2008, the Debtors filed the Seventh Notice Of Adjournment Of Claims Objection Hearing Regarding Debtors' Objection To Proof Of Claim No. 1672 (Docket No. 14090) adjourning the Claims Objection Hearing until September 18, 2008 at 10:00 a.m.

PLEASE TAKE FURTHER NOTICE that on September 10, 2008, the Debtors filed the Eighth Notice Of Adjournment Of Claims Objection Hearing Regarding Debtors' Objection To Proof Of Claim No. 1672 (Docket No. 14152) adjourning the Claims Objection Hearing until October 7, 2008 at 10:00 a.m.

PLEASE TAKE FURTHER NOTICE that on October 1, 2008, the Debtors filed the Ninth Notice Of Adjournment Of Claims Objection Hearing Regarding Debtors' Objection To Proof Of Claim No. 1672 (Docket No. 14304) adjourning the Claims Objection Hearing until October 24, 2008 at 10:00 a.m.

PLEASE TAKE FURTHER NOTICE that pursuant to Paragraph 9(a)(ii) of the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089) (the "Order") the Court has further adjourned the Sufficiency Hearing to **November 18, 2008 at 10:00 a.m. (prevailing Eastern time).**

PLEASE TAKE FURTHER NOTICE that the Sufficiency Hearing will proceed in accordance with the procedures provided in the Order, unless such procedures are modified in accordance with Paragraph 9(k) thereof.  All provisions and deadlines set forth in the Order shall remain in full force and effect.  Those deadlines calculated based on the hearing date shall be calculated based on the November 18, 2008 hearing date.  Please review the Order carefully – failure to comply with the procedures provided in the Order (or as modified pursuant to Paragraph 9(k)) could result in the disallowance and expungement of the Proof of Claim.

PLEASE TAKE FURTHER NOTICE that the Debtors may further adjourn the Sufficiency Hearing at any time at least five business days prior to the scheduled hearing upon notice to the Court and the Claimant.

Dated: New York, New York
October 20, 2008

DELPHI CORPORATION, *et al.*
By their attorneys,
TOGUT, SEGAL & SEGAL LLP
By:

/s/ Neil Berger
ALBERT TOGUT (AT-9759)
NEIL BERGER (NB-3599)
Members of the Firm
One Penn Plaza
New York, New York 10119
(212) 594-5000