**Hearing Date: October 24, 2008**
**Hearing Time: 2:00 p.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti
Thomas J. Matz

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                 :

      In re                    :   Chapter 11
                                   :

DELPHI CORPORATION, et al.,    :   Case No. 05-44481 (RDD)
                                 :

                  Debtors.   :   (Jointly Administered)
                                   :
                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

<u>PROPOSED TWENTY-SEVENTH CLAIMS HEARING AGENDA</u>

<u>Location Of Hearing</u>:      United States Bankruptcy Court for the Southern District of New
                                York, Alexander Hamilton Custom House, Room 610, 6th Floor,
                                One Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this
Proposed Agenda:

      A.     Introduction

      B.     Contested Matters (1 Matter)

**B.     Contested Matter**

    1.    **"Motion Of Bradford Industries, Inc. To File Proof Of Claim After Claims
Bar Date"** – Motion For Leave To File Late Claims With Respect To Late Claim
Filed By Bradford Industries, Inc. (Proof Of Claim No. 16564) And Request For
Finding That Cure Claim Is Conforming (Docket No. 13718)

| | |
|---|---|
| *Response Filed:* | *Debtors' Objection To Bradford Industries, Inc. Motion For Leave To File Late Claims With Respect To Late Claim Filed By Bradford Industries, Inc. (Proof Of Claim No. 16564) And Request For Finding That Cure Claim Is Conforming (Docket No. 13929)* |
| *Reply Filed:* | *Supplemental Response Of Bradford Industries To Debtors Objection To Motion For Leave To File Late Claims And Request For Finding That Cure Claim Is Conforming (Docket No. 14342)* |
| *Related Filings:* | *Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 7825)* |
| | *Debtors' Omnibus Reply In Support Of Debtors' Thirteenth Omnibus Objection (Substantive)* |

*Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr.
P. 3007 To Certain (A) Insufficiently Documented
Claims, (B) Claims Not Reflected On Debtors' Books
And Records, (C) Protective Insurance Claims, (D)
Insurance Claims Not Reflected On Debtors' Books
And Records, (E) Untimely Claims And Untimely
Tax Claims, And (F) Claims Subject To Modification,
Tax Claims Subject To Modification, And Claims
Subject To Modification And Reclamation
Agreement (Docket No. 8101)*

*Order Pursuant To 11 U.S.C. § 502(b) And Fed. R.
Bankr. P. 3007 Disallowing And Expunging Certain
(A) Insufficiently Documented Claims, (B) Claims
Not Reflected On Debtors' Books and Records, (C)
Protective Insurance Claims, (D) Insurance Claims
Not Reflected On Debtors' Books And Records, (E)
Untimely Claims And Untimely Tax Claims, And (F)
Claims Subject To Modification And Reclamation
Agreement (Docket No. 8194)*

*Response Of Bradford Industries To Debtor's
Thirteenth Omnibus Claims Of Objection (Docket
No. 8006)*

*Debtors' Expedited Motion To Strike (I)
Non-Conforming Cure Amount Notices And (II)
Improper Objections Pursuant To Solicitation
Procedures Order, Confirmation Order, Plan Of
Reorganization, 11 U.S.C. § 105(a), And Fed. R.
Bankr. P. 9010 (Docket No. 12615)*

*First Order Pursuant To Solicitation Procedures
Order, Confirmation Order, Plan Of Reorganization,
11 U.S.C. § 105(a), And Fed. R. Bankr. P. 9010
Striking Certain Non-Conforming Cure Amount
Notices And Objections Identified In
Non-Conforming Cure Notice Motion (Docket No.
12899)*

*Notice Of Deadline To File Motion For Leave To
File Late Claims With Respect To Late Claim Filed
By Bradford Industries, Inc. (Proof Of Claim No.
16564) (Docket No. 13697)*

2

      *Status:*               *The hearing with respect to this matter will be*
                                   *proceeding.*


Dated:  New York, New York
       October 23, 2008


           SKADDEN, ARPS, SLATE, MEAGHER
             & FLOM LLP

           By: /s/ John Wm. Butler, Jr.
               John Wm. Butler, Jr.
               John K. Lyons
               Ron E. Meisler
           333 West Wacker Drive, Suite 2100
           Chicago, Illinois  60606
           (312) 407-0700

                  - and -

           By: /s/ Kayalyn A. Marafioti
               Kayalyn A. Marafioti
               Thomas J. Matz
           Four Times Square
           New York, New York 10036
           (212) 735-3000

           Attorneys for Delphi Corporation, et al.,
              *Debtors and Debtors-in-Possession*