SIMON, STELLA & ZINGAS, P.C.
Stephen P. Stella (P33351) (Admitted Pro Hac Vice)
attorneystella@sszpc.com
422 W. Congress, Ste. 400
Detroit, MI 48226
(313) 962-6400

Attorneys for Motor City Electric

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 05-44481(RDD) |
| DELPHI CORPORATION, et al | Jointly Administered |
| | Hon. Robert E. Drain |
| Debtors. | |
| _____/ | |

**<u>NOTICE REQUESTING TO BE REMOVED FROM THE ECF FILING SYSTEM</u>**

     Stephen P. Stella hereby requests that he removed the ECF Filing System in the above-referenced matter.

                                  SIMON, STELLA & ZINGAS, P.C.

                                  /S/ Stephen P. Stella
                                BY: STEPHEN P. STELLA (P33351)
                                Attorney for Motor City Electric
                                422 W. Congress, Ste. 400
                                Detroit, MI 48226
                                (313) 962-6400
                                attorneystella@sszpc.com

Date: October 24, 2008