IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
:
In re : Chapter 11
:
DELPHI CORPORATION, et al., : Case No. 05-44481 (RDD)
:
Debtors. : (Jointly Administered)
:
---------------------------------- x

AFFIDAVIT OF SERVICE

    I, Darlene Calderon, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

    On October 27, 2008, I caused to be served the document listed below (i) upon the parties listed on Exhibit A hereto via overnight mail, (ii) upon the parties listed on Exhibit B hereto via electronic notification, and (iii) upon the parties listed on Exhibit C hereto via facsimile:

    Notice of Supplemental Disclosures of Erica Holton Regarding Proposed Sale of Property in Coopersville, Michigan Pursuant to Order Under 11 U.S.C. § 363 Approving Procedures to Sell Certain De Minimis Assets Free and Clear of Liens, Claims and Encumbrances [a copy of which is attached hereto as Exhibit D]

Dated: October 30, 2008

                                                          */s/ Darlene Calderon*
                                                          Darlene Calderon

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 30th day of October, 2008, by Darlene Calderon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:    */s/ L. Maree Sanders*

Commission Expires: *10/1/09*

# EXHIBIT A

Delphi Corporation
Coopersville Notice Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Phone | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Davis, Polk & Wardwell | Donald Bernstein<br>Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092<br>212-450-4213 | Counsel to Debtor's Postpetition Administrative Agent |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler<br>Bonnie Steingart<br>Vivek Melwani<br>Jennifer L Rodburg<br>Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | Counsel to Equity Security Holders Committee |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | Counsel to Official Committee of Unsecured Creditors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| United States Trustee | Brian Masumoto | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | Counsel to United States Trustee |
| Varnum, Riddering, Schmidt & Howlett | Michael S. McElwee | Bridge Water Place | P.O. Box 352 | Grand Rapids | MI | 49501 | 616-336-6827 | |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

10/28/2008 4:35 PM
De Minimis Sale Notices Service List Overnight

Delphi Corporation
Special Parties

| Company | Contact | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Attorney Representing PrimeStar | Joel Kaplan | 601 SW 2nd Avenue, Suite 1800 | Portland | OR | 97204 |
| Big Industrial Corp | Thad Smith | 3515 W. 75th Street Suite 102 | Prarie Village | KS | 66208 |
| Blue Bridge Ventures | Jack Buchanan | 157 Briarcliff Dr | Grand Rapids | MI | 49546 |
| C/O John Kuiper Grubb & Ellis | Peter Sexton | 300 Ottawa NW Suite 400 | Grand Rapids | MI | 49503 |
| Cascade Engineering - Real Estate Department | Fred Keller | 3400 Innovation Court SE | Grand Rapids | MI | 49512 |
| CH2M HILL on behalf of PrimeStar | John Frank | 2020 SW 4th Avenue, Suite 300 | Portland | OR | 97201 |
| Commercial Development Company | Randy Jostes | 1650 Des Peres Rd # 303 | St. Louis | Mo | 63131 |
| Edward Hanenburg | | 15585 68th Ave | Coopersville | MI | 49404 |
| First Companies representing Third Wave | Ty Hallock | 4380 Brockton Dr. SE, Suite 1 | Grand Rapids | MI | 49512 |
| Franklin Partners | Don Shoemaker | 2000 York Road Suite 100 | Oak Brook | IL | 60523 |
| Goodale Enterprises | Jack Goodale | 0-21 Fennessey Street SW | Grand Rapids | MI | 49534 |
| Mol Investments | Theo Mol | | Grand Rapids | MI | |
| Northwest Equipment/ 5 Star Real Estate | Vito Dolci | 1879 Marne Estates Dr | Marne | MI | 49435 |
| Padnos | Shelly Padnos | 185 West 8th Street | Holland | MI | 49423 |
| Robert Grooters Development Company | Robert Grooters | 4633 Patterson Ave SE | Grand Rapids | MI | 49512 |
| The Wisinski Group Representing Roskam Baking | Stan Wisinski | 2618 E. Paris Ave SE | Grand Rapids | MI | 49546 |
| Third Wave | William Tingley | 1009 Ottawa Ave NW | Grand Rapids | MI | 49503 |
| Varnum, Riddering, Schmidt & Howlett, LLP | Steven Morren | 333 Bridge St., NW | Grand Rapids | MI | 49504 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

10/28/2008 4:33 PM
Coopersville Interested Parties Notice List

# EXHIBIT B

Delphi Corporation
Coopersville Sale Notice Service List

| Company | Contact | Address1 | City | State | Zip | Phone | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Davis, Polk & Wardwell | Donald Bernstein<br>Brian Resnick | 450 Lexington Avenue | New York | NY | 10017 | 212-450-4092<br>212-450-4213 | donald.bernstein@dpw.com<br>brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler<br>Bonnie Steingart<br>Vivek Melwani<br>Jennifer L Rodburg<br>Richard J Slivinski | One New York Plaza | New York | NY | 10004 | 212-859-8000 | rodbuje@ffhsj.com<br>sliviri@ffhsj.com | Counsel to Equity Security Holders Committee |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | New York | NY | 10022 | 212-906-1370 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman,<br>Robert H. Trust,<br>William T. Russell, Jr. | 425 Lexington Avenue | New York | NY | 10017 | 212-455-2000 | kziman@stblaw.com<br>rtrust@stblaw.com<br>wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

10/28/2008 4:37 PM
De Minimis Sale Notices Service List Email

# EXHIBIT C

Delphi Corporation
Coopersville Sale Notice Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Phone | Fax | Party/Function |
|---|---|---|---|---|---|---|---|---|---|
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | 212-450-3092 212-450-3213 | Counsel to Debtor's Postpetition Administrative Agent |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | Counsel to Equity Security Holders Committee |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | Counsel to Official Committee of Unsecured Creditors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Varnum, Riddering, Schmidt & Howlett | Michael S. McElwee | Bridge Water Place | P.O. Box 352 | Grand Rapids | MI | 49501 | 616-336-6827 | 616-336-7000 | |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

10/28/2008 4:36 PM
De Minimis Sale Notices Service List Fax

# EXHIBIT D

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                             :
    In re                                  :  Chapter 11
                                                             :
DELPHI CORPORATION, et al.,                                  :  Case No. 05-44481 (RDD)
                                                             :
                            Debtors.  :  (Jointly Administered)
                                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF SUPPLEMENTAL DISCLOSURES OF ERICA HOLTON
REGARDING PROPOSED SALE OF PROPERTY IN COOPERSVILLE,
MICHIGAN PURSUANT TO ORDER UNDER 11 U.S.C. § 363 APPROVING
PROCEDURES TO SELL CERTAIN DE MINIMIS ASSETS FREE AND
CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES

        PLEASE TAKE NOTICE THAT on October 10, 2008, Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases, pursuant to the Order Under 11 U.S.C. § 363 Approving Procedures To Sell Certain De Minimis Assets Free And Clear of Liens, Claims, And Encumbrances And To Pay Market Rate Broker Commissions In Connection With Such Sales Without Further Court Approval (Docket No. 766), served the Notice Of Proposed Sale Of Property In Coopersville, Michigan Pursuant To Order Under 11 U.S.C. § 363 Approving Procedures To Sell Certain De Minimis Assets Free And Clear Of Liens, Claims, And Encumbrances (the "Notice").

        PLEASE TAKE FURTHER NOTICE THAT an Affidavit Of Erica Holton Regarding Proposed Sale Of Property In Coopersville, Michigan Pursuant To Order Under 11 U.S.C. § 363 Approving Procedures To Sell Certain De Minimis Assets Free And Clear Of Liens, Claims, And Encumbrances was attached as an exhibit to the Notice.

      PLEASE TAKE FURTHER NOTICE THAT Jones Lang LaSalle Americas, Inc., through the Supplemental Affidavit Of Erica Holton Regarding Proposed Sale Of Property In Coopersville, Michigan Pursuant To Order Under 11 U.S.C. § 363 Approving Procedures To Sell Certain <u>De Minimis</u> Assets Free And Clear Of Liens, Claims, And Encumbrances, has supplemented its disclosures submitted with the Notice. A copy of the supplemental affidavit is attached as <u>Exhibit A</u> hereto.

Dated: New York, New York
       October 27, 2008

      SKADDEN, ARPS, SLATE, MEAGHER
       & FLOM LLP

By:   /s/ John Wm. Butler, Jr.
     John Wm. Butler, Jr.
     John K. Lyons
     Ron E. Meisler
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700

       - and –

By:   /s/ Kayalyn A. Marafioti
     Kayalyn A. Marafioti
     Thomas J. Matz
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, <u>et al.</u>,
  Debtors and Debtors-in-Possession

2