SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti
Thomas J. Matz

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
                                          :
        In re                             :        Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :        Case No. 05–44481 (RDD)
                                          :
                      Debtors.            :        (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER SETTING MAXIMUM
AMOUNT OF PROOF OF CLAIM NUMBER 12147
(PAM GELLER)

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Pam Geller ("Geller") respectfully submit this Joint Stipulation And Agreed Order Capping Proof Of Claim Number 12147 (Pam Geller) (the "Joint Stipulation") and agree and state as follows:

WHEREAS, on October 8, 2005 ("Petition Date"), the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York (the "Court").

WHEREAS, on July 28, 2006, Geller filed proof of claim number 12147 (the "Proof of Claim") against Delphi.  The Proof of Claim asserts an unsecured non-priority claim in an unliquidated amount (the "Claim")

WHEREAS, on September 21, 2007, the Debtors objected to Proof of Claim 12147 pursuant to the Debtors' Twenty-First Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Duplicate or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected on Debtors' Books and Records, (E) Untimely Claims, and (F) Claims Subject to Modification, Tax Claim Subject to Modification, and Modified Claims Asserting Reclamation (Docket No. 9535) (the "Twenty-First Omnibus Claims Objection").

WHEREAS on approximately October 23, 2007, Pam Geller filed her undocketed response to the Twenty-First Omnibus Claims Objection (Undocketed) (the "Response").

WHEREAS, pursuant to this Joint Stipulation, the Debtors and Geller

2

acknowledge and agree that the asserted amount of the Claim shall be modified and capped at

$50,000.00.

THEREFORE, the Debtors and Geller stipulate and agree as follows:

1.      The Claim is hereby capped such that in no event shall the Claim be

allowed in an amount exceeding $50,000.00.

So Ordered in New York, New York, this <u>31th</u> day of October, 2008

_____/s/Robert D. Drain_____
UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

/s/ John K. Lyons                                        /s/ Eric R. Wapnick
John Wm. Butler, Jr.                                Eric R. Wapnick, Esq.
John K. Lyons                                          1296 Dubonnet Ct.
Ron E. Meisler                                         Oak Park, CA  91377
SKADDEN, ARPS, SLATE, MEAGHER       (248) 224-4738
   & FLOM LLP
333 West Wacker Drive, Suite 2100          Attorney for Pam Geller
Chicago, Illinois  60606-1285
(312) 407-0700

                        - and –

   Kayalyn A. Marafioti
   Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession