UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:    DELPHI CORPORATION, et al | Jointly Administered<br>Chapter 11 |
| Debtor | Case No.: 05-44481 (RDD) |

## WITHDRAWAL OF RESPONSE AND RESERVATION OF RIGHTS

Pursuant to the Joint Stipulation and Agreed Order Comprising And Allowing Proofs of Claim Number 9463 and 9494 (Doc. I.D. No. 14331), Creditors Lydall Thermal Acoustical Sales, LLC and Lydall Thermal/Acoustical, Inc. (collectively, "Lydall") hereby withdraw, with prejudice, their Response and Reservation of Rights (Doc. I.D. No. 8015).

Dated at West Hartford, Connecticut this 22nd day of October, 2008.

LYDALL THERMAL ACOUSTICAL SALES,
LLC AND LYDALL
THERMAL/ACOUSTICAL, INC.

_____
C. Donald Neville
Kroll, McNamara, Evans & Delehanty, LLP
65 Memorial Road – Suit 300
West Hartford, CT 06107
(860) 561-7070
Admitted *Pro Hac Vice*

## CERTIFICATION OF SERVICE

This is to certify that on the 22nd day of October, 2008, the undersigned did cause to be served a copy of the foregoing Response and Reservation of Right, via first-class U.S. Mail, postage prepaid to the following:

Counsel to the Debtors
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Whacker Drive
Suite 2100
Chicago, Illinois 60606
(Att'n: John Wm. Butler, Jr., John K. Lyons and Joseph N. Wharton)

Counsel to Creditors' Committee
Robert J. Rosenberg, Partner
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834

United States Trustee
Brian S. Masumoto, Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004-2111

_____
C. Donald Neville, Esq.