UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                :

    In re                                        :         Chapter 11

                                                 :

DELPHI CORPORATION, <u>et al.</u>,        :         Case No. 05-44481 (RDD)

                                               :

                       Debtors.    :         (Jointly Administered)

                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
DENYING MOTION FOR LEAVE TO FILE LATE CLAIMS WITH RESPECT TO LATE
CLAIM FILED BY BRADFORD INDUSTRIES, INC. (PROOF OF CLAIM NO. 16564)
<u>AND FOR REQUEST FOR FINDING THAT CURE CLAIM IS CONFORMING</u>

("BRADFORD INDUSTRIES, INC. ORDER")

Upon Bradford Industries, Inc.'s Motion For Leave To File Late Claims With Respect To Late Claim Filed By Bradford Industries, Inc. (Proof Of Claim No. 16564) And Request For Finding That Cure Claim Is Conforming (Docket No. 13718) (the "Motion") pursuant to Fed. R. Bankr. P. 9006; the Supplemental Response Of Bradford Industries To Debtors Objection To Motion For Leave To File Late Claims And Request For Finding That Cure Claim Is Conforming (Docket No. 14342) (the "Supplemental Response"); and the Debtors' Objection To Bradford Industries, Inc. Motion For Leave To File Late Claims With Respect To Late Claim Filed By Bradford Industries, Inc. (Proof Of Claim No. 16564) And Request For Finding That Cure Claim Is Conforming (Docket No. 13929) (the "Objection") filed by Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"); and this Court having considered the documents and exhibits filed by Bradford Industries, Inc. and by the Debtors and the arguments

1

of both parties at the hearing on this matter conducted on October 24, 2008 (the "Hearing"); and for the reasons stated by this Court at the Hearing; and after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY FOUND AND DETERMINED THAT:[1]

A.   This Court has jurisdiction over the Motion, the Supplemental Response, and the Objection pursuant to 28 U.S.C. §§ 157 and 1334.  Consideration of the Motion, the Supplemental Response, and the Objection is a core proceeding under 28 U.S.C. § 157 (b)(2).  Venue of these cases and the Motion, the Supplemental Response, and the Objection is proper under 28 U.S.C. §§ 1408 and 1409.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.   The Motion is hereby denied for the reasons set forth more fully on the record at the Hearing.

2.   Proof of claim number 16564 is hereby disallowed and expunged in its entirety with prejudice.

Dated: New York, New York
       November 3, 2008

                                                                /s/Robert D. Drain
                                                                UNITED STATES BANKRUPTCY JUDGE

---

[1] Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate.  See Fed. R. Bankr. P. 7052.