UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                          :
In re:                                    :
                                          :    Chapter 11
DELPHI CORPORATION, et al.,               :    Case No. 05-44481 [RDD]
                                          :
                    Debtors.              :    Jointly Administered
                                          :
-------------------------------------------------------------x

### ORDER DISALLOWING AND EXPUNGING PROOF OF CLAIM NUMBER 10770 (INTESYS TECHNOLOGIES, INC.)

InteSys Technologies, Inc. ("Claimant") having filed proof of claim number 10770 (the "Claim") against Delphi Corporation ("Delphi") on July 25, 2006 asserting a claim in the amount of $511,037.71; and on May 30, 2007, the above-captioned debtors (the "Debtors") having objected to the Claim pursuant to the Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. Section 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claims and Untimely Tax Claim, and (D) Claims Subject to Modification, Tax Claims Subject to Modification, and Modified Claims Asserting Reclamation (Docket No. 7999); and on October 16, 2008, Claimant having filed a Notice of Withdrawal of the Claim with prejudice (Docket No. 14336); and the Debtors having consented to Claimant's withdrawal of the Claim and seeking entry of an Order pursuant to Bankruptcy Rule 3006; and good and sufficient cause appearing therefor, and good and sufficient notice of the presentment of this Order having been given, it is

**ORDER, ADJUDGED AND DECREED THAT:**

1. The Claim is hereby disallowed and expunged in its entirety and with prejudice.

**SO ORDERED**
This <u>3rd</u> day of <u>November</u>, 2008
in New York, New York

<u>/s/Robert D. Drain</u>
HONORABLE ROBERT D. DRAIN