```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
        In re                               :    Chapter 11
                                            :
DELPHI CORPORATION, et al.,                 :    Case No. 05-44481 (RDD)
                                            :
                         Debtors.           :    (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

ORDER ESTABLISHING SCHEDULE FOR BRIEFING
REGARDING PROOF OF CLAIM NUMBER 16707

(LOUISIANA DEPARTMENT OF REVENUE SCHEDULING ORDER)

Upon the Debtors' Twenty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification And Modified Claim Asserting Reclamation (Docket No. 12686) filed by Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"); and the Motion To Allow Late Filed Claim (Docket No. 13535) (the "Motion") filed by the Louisiana Department of Revenue (the "Department") seeking this Court's authority to file proof of claim number 16707 after the bar date established by this Court in the above-captioned cases, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1. On or before November 4, 2008, the Department shall (i) file with this Court its opening brief in support of the Motion, including all exhibits thereto, and (ii) deliver to the Debtors and this Court no more than two declarations, if any, in support thereof.

2. On or before November 11, 2008, the Debtors shall (i) file with this Court their responsive brief, including all exhibits thereto, and (ii) deliver to the Department and this Court no more than two declarations, if any, in support thereof.

3. On or before November 14, 2008, the Department shall file with this Court any supplemental brief, including all exhibits thereto.

4. The Court will not conduct a hearing on this matter but will communicate its ruling thereon to both the Department and the Debtors.

Dated:   New York, New York
         November 3, 2008

      /s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE