Oscar B. Fears, III (GA 257020)
Counsel for the Georgia Department of Revenue
40 Capitol Square, SW
Atlanta, Georgia 30334
Telephone: (404) 656-3303
Facsimile: (404) 657-3239

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | * | Chapter 11 |
| | * | |
| DELPHI CORPORATION, et al., | * | Case No. 05-44481 (RDD) |
| | * | |
| | * | (Jointly Administered) |
| Debtors. | * | |
| | * | |

**WITHDRAWAL OF GEORGIA DEPARTMENT OF REVENUE'S RESPONSE TO DEBTORS' NINTH OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) INSUFFICIENTLY DOCUMENTED CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C) UNTIMELY CLAIMS, AND (D) CLAIMS SUBJECT TO MODIFICATION**

COMES NOW, the Georgia Department of Revenue, by and through counsel, Thurbert E. Baker, Attorney General for the State of Georgia, and withdraws its Response to Debtors' Ninth Omnibus Objection.

This __6th__ day of November, 2008.

Respectfully submitted,

THURBERT E. BAKER            033887
Attorney General

R.O. LERER                            446962
Deputy Attorney General

W. WRIGHT BANKS, JR.       036156
Senior Assistant Attorney General

2

  /s/ Oscar B. Fears, III_____
OSCAR B. FEARS, III      257020
Senior Assistant Attorney General

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served a copy of the foregoing WITHDRAWAL OF GEORGIA DEPARTMENT OF REVENUE'S RESPONSE TO DEBTORS' SEVENTH OMNIBUS OBJECTION (SUBSTANTIVE) PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) INSUFFICIENTLY DOCUMENTS CLAIMS, (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C) UNTIMELY CLAIMS, AND (D) CLAIMS SUBJECT TO MODIFICATION upon:

> John Wm. Butler, Jr., Esq.
> John K. Lyons, Esq.
> Ron E. Meisler, Esq.
> Skadden, Arps, Slate, Meagher & Flom, LLP
> 333 West Wacker Drive, Suite 2100
> Chicago, Illinois 60606
>
> Kayalyn A. Marafioti, Esq.
> Thomas J. Matz, Esq.
> Skadden, Arps, Slate, Meagher & Flom, LLP
> Four Times Square
> New York, New York 10036

by placing the same into the United States mail with adequate, first-class postage placed thereon.

This __6th__ day of November, 2008.

_/s/_ Oscar B. Fears, III_____
OSCAR B. FEARS, III
Senior Assistant Attorney General