**Hearing Date And Time: November 24, 2008 at 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti
Thomas J. Matz

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | : | |
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |

NOTICE OF CHANGE OF OMNIBUS HEARING DATE

PLEASE TAKE NOTICE THAT in accordance with the provisions of the Twelfth Supplemental Order Under 11 U.S.C. §§ 101(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing For Omnibus Dates and Certain Notice, Case Management, And Administrative Procedures, entered on July 23, 2008 (Docket No. 13965), the omnibus hearing scheduled for November 21, 2008 at 10:00 a.m. (prevailing Eastern time) in the above-captioned cases has been rescheduled to **November 24, 2008 at 10:00 a.m.** (prevailing Eastern time).

PLEASE TAKE NOTICE THAT all deadlines to file notices, motions, applications, briefs, memoranda, affidavits, declarations, or other documents shall be calculated in accordance with the Supplemental Order Under 11 U.S.C. §§ 101(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered on May 20, 2006 (Docket No. 2883).

Dated:  New York, New York
         November 6, 2008

        SKADDEN, ARPS, SLATE, MEAGHER
         & FLOM LLP

        By: /s/ John Wm. Butler, Jr.
           John Wm. Butler, Jr.
           John K. Lyons
           Ron E. Meisler
        333 West Wacker Drive, Suite 2100
        Chicago, Illinois  60606
        (312) 407-0700

        - and -

        By: /s/ Kayalyn A. Marafioti
           Kayalyn A. Marafioti
           Thomas J. Matz
        Four Times Square
        New York, New York 10036
        (212) 735-3000

        Attorneys for Delphi Corporation, et al.,
          Debtors and Debtors-in-Possession