Peter J. Benvenutti
Michaeline H. Correa
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:   (415) 626-3939
Facsimile:   (415) 875-5700
Emails:       pjbenvenutti@jonesday.com
              mcorrea@jonesday.com

Ross S. Barr
JONES DAY
222 East 41st Street
New York, NY 10017
Telephone:   (212) 326-3939
Facsimile:   (212) 755-7306
Email:        rsbarr@jonesday.com

Attorneys for Symantec Corporation, successor–in–interest by merger to Veritas Software
Investment Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------x
                                                : Chapter 11
In re:                                          :
                                                : Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.,                     :
                                                :  (Jointly Administered)
                            Debtors.            :
                                                :
-------------------------------------------------x

**NOTICE OF SUBSTITUTION OF COUNSEL, NOTICE OF**
**APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

    PLEASE TAKE NOTICE that the law firm of Heller Ehrman LLP, a limited

liability partnership in dissolution, has withdrawn as counsel for Symantec Corporation,

successor in interest to Veritas Software Corp. and its affiliates ("Symantec"), creditor

and party in interest in the above-captioned chapter 11 case of Delphi Corporation, et al.

(the "Debtor").

PLEASE TAKE FURTHER NOTICE that the law firm of Jones Day hereby enters its appearance as counsel for Symantec in the Debtor's case.

PLEASE TAKE FURTHER NOTICE that, pursuant to, <u>inter alia</u>, section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, Symantec requests that all notices and payments given or required to be given in this case by the Court, the Debtor or otherwise, and all pleadings, papers or other documents filed, served, or required to be served in this case, be given to and served upon the following:

> Peter J. Benvenutti, Esq.
> Jones Day
> 555 California St., 26th Floor
> San Francisco, CA 94104
> Tel: 1.415.626.3939
> Fax: 1.415.875.5700
> Email:  pjbenvenutti@jonesday.com
>
> <u>AND</u>
>
> Michaeline H. Correa, Esq.
> Jones Day
> 555 California St., 26th Floor
> San Francisco, CA 94104
> Tel: 1.415.626.3939
> Fax: 1.415.875.5700
> Email:  mcorrea@jonesday.com

Symantec also requests, pursuant to section 1109(b) of the Bankruptcy Code, and the applicable Bankruptcy Rules, that all applications, complaints, demands, motions, petitions, requests, statements, schedules, stipulations, orders, disclosure statements, plans of reorganization, and other pleadings, and any notices, which affect or seek to affect in any way any of the rights or interests of any creditor or parties in interest in this case including, but not limited to Symantec, with respect to the Debtor, any property of the Debtor, or of the Debtor's estate, be served upon counsel at the address set forth above.

Nothing herein or otherwise, including, but without limitation, any later appearance, pleading, claim, or action, is intended or shall be deemed to be a waiver, release, or modification by Symantec of its (a) rights to have final orders in non-core matters entered after <u>de</u> <u>novo</u> review by a District Judge; (b) rights to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (c) rights to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (d) other rights, remedies, claims, actions, defenses, setoffs, or recoupments to which Symantec is or may be entitled, all of which are hereby expressly reserved.

Dated:  November 12, 2008          JONES DAY

By: <u>/s/ Ross S. Barr</u>
     Ross S. Barr
     222 East 41st Street
     New York, New York 10017
     Telephone: (212) 326-3939
     Facsimile: (212) 755-7306

Attorneys for Symantec Corporation,
Successor-in-Interest to Veritas Corporation

**PROOF OF SERVICE**

I, Brett Stone, declare that I am over the age of eighteen years and I am not a party to this action.  My business address is 555 California Street, San Francisco, CA 94104.

On **November 12, 2008**, I served the following:

**NOTICE OF SUBSTITUTION OF COUNSEL, NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

on the interested parties in this action as follows:

**[X]  BY MAIL:**  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, that this declaration is executed on November 12, 2008, at San Francisco, California.

/s/ Brett Stone

Brett Stone

| | | |
|---|---|---|
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098 | Andrew Currie<br>Caroline Rogus<br>WilmerHale, LLP<br>1875 Pennsylvania Ave, NW<br>Washington, DC 20006 | David S. Gragg<br>Langley & Banack, Inc.<br>745 E. Mulberry<br>Suite 900<br>San Antonio, TX 78212 |
| David S. Rosner<br>Kasowitz, Benson, Torres &<br>Friedman LLP<br>1633 Broadway<br>New York, NY 10119-6022 | Michael D. Warner<br>Warner Stevens, L.L.P.<br>301 Commerce Street<br>Suite 1700<br>Fort Worth, TX 76102 | Douglas P. Bartner<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022-6069 |
| Alicia M. Leonhard<br>Tracy Hope Davis<br>United States Trustee Office<br>33 Whitehall St., 21st Floor<br>New York, NY 10004 | Kurtzman Carson Consultants<br>LLC<br>2335 Alaska Avenue<br>El Segundo, CA 90245 | Mark A. Broude<br>Robert J. Rosenberg<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022-4802 |

SFI-595720v1