**Hearing Date And Time: December 17, 2008 at 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
George N. Panagakis
Ron E. Meisler
Nathan L. Stuart

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti
Thomas J. Matz

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | : | |
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |

NOTICE OF FURTHER ADJOURNMENT OF HEARING ON
PLAN MODIFICATION APPROVAL MOTION

PLEASE TAKE NOTICE that on October 3, 2008, Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed a Motion For Order (I) Approving Modifications To Debtors' First Amended Plan Of Reorganization (As Modified) And Related Modifications And Related Disclosures And Voting Procedures And (II) Setting Final Hearing Date To Consider Modifications To Confirmed First Amended Plan Of Reorganization (Docket No. 14310) (the "Motion").

PLEASE TAKE FURTHER NOTICE that the objection deadline for the Motion was October 16, 2008, except for certain parties that requested, and received, a specific extension of the objection deadline.

PLEASE TAKE FURTHER NOTICE that a hearing to consider, among other things, approval of the Motion was originally scheduled to commence on October 23, 2008 at 10:00 a.m. (prevailing Eastern time) and was later adjourned to November 21, 2008 at 10:00 a.m. (prevailing Eastern time) (see docket numbers 14351 and 14376).

PLEASE TAKE FURTHER NOTICE that the hearing to consider approval of the Motion has been further adjourned to December 17, 2008 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.

Dated:   New York, New York
         November 12, 2008

           SKADDEN, ARPS, SLATE, MEAGHER
            & FLOM LLP

           By:   /s/ John Wm. Butler, Jr.
               John Wm. Butler, Jr.
               George N. Panagakis
               Ron E. Meisler
               Nathan L. Stuart
           333 West Wacker Drive, Suite 2100
           Chicago, Illinois 60606
           (312) 407-0700

                - and –

           By:   /s/ Kayalyn A. Marafioti
               Kayalyn A. Marafioti
               Thomas J. Matz
           Four Times Square
           New York, New York 10036
           (212) 735-3000

           Attorneys for Delphi Corporation, et al.,
             Debtors and Debtors-in-Possession