TOGUT, SEGAL & SEGAL LLP                                    **Hearing Date: 1/15/2009 at 10:00 a.m.**
Bankruptcy Co-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                    :
In re:                                              :    Chapter 11
                                                    :    Case No. 05-44481 [RDD]
DELPHI CORPORATION, *et al.,*                       :
                                                    :    Jointly Administered
                                      Debtors.      :
                                                    :
---------------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF NOTICE OF CLAIMS OBJECTION HEARING WITH RESPECT TO DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 1771, 1772 AND 1773 (CASTWELL PRODUCTS, INC., CITATION FOUNDRY CORP., AND TEXAS FOUNDRIES, LTD./J.P. MORGAN CHASE, N.A.)

PLEASE TAKE NOTICE that on September 21, 2007, Delphi Corporation

and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the

above-captioned cases (collectively, the "Debtors"), objected to proofs of Claim numbers

1771, 1772 and 1773,  (the "Proofs of Claim") filed by Castwell Products, Inc. Citation

Foundry Corp., and Texas Foundries, respectively, and subsequently transferred to J.P.

Morgan Chase N.A. (collectively, the "Claimants") pursuant to the Debtors' Twenty-

First Omnibus Objection Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P.

3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claims, (C)

Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And

Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim

Subject To Modification, And Modified Claims Asserting Reclamation (Docket No.

9535).

PLEASE TAKE FURTHER NOTICE that on November 27, 2007, the

Debtors filed the Notice Of Claims Objection Hearing With Respect To Debtors'

Objection To Proofs of Claim Numbers 1771, 1772 and 1773 (Docket No. 11130)

scheduling a claims objection hearing (the "Claims Objection Hearing") for the purpose

of holding an evidentiary hearing on the merits of the Proofs of Claim on January 31,

2008, at 10:00 a.m. (prevailing Eastern time).

PLEASE TAKE FURTHER NOTICE that on October 20, 2008, the Debtors

filed the Twelfth Notice of Adjournment of Notice of Claims Objection Hearing With

Respect to Debtors' Objection to Proofs of Claim Nos. 1771, 1772 and 1773 (Docket No.

14301), adjourning the Claims Objection Hearing until November 18, 2008.

PLEASE TAKE FURTHER NOTICE that pursuant to Paragraph 9(a)(ii) of

the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016,

7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To

Claims And (ii) Certain Notices And Procedures Governing Objections To Claims,

entered December 7, 2006 (Docket No. 6089) (the "Order"), the Claims Objection

Hearing is hereby further adjourned to **January 15, 2009 at 10:00 a.m.**

PLEASE TAKE FURTHER NOTICE that the Claims Objection Hearing

will proceed in accordance with the procedures provided in the Order, unless such

procedures are modified in accordance with Paragraph 9(k) thereof.  All provisions and

deadlines set forth in the Order shall remain in full force and effect.  Those deadlines

calculated based on the hearing date shall be calculated based on the January 15, 2009

Hearing Date.  Please review the Order carefully – failure to comply with the procedures provided in the Order (or as modified pursuant to Paragraph 9(k)) could result in the disallowance and expungement of the Proofs of Claim.

PLEASE TAKE FURTHER NOTICE that the Debtors may further adjourn the Claims Objection Hearing at any time at least five business days prior to the scheduled hearing upon notice to the Court and the Claimant.

Dated:   New York, New York
         November 12, 2008

DELPHI CORPORATION, *et al.*
By their attorneys,
TOGUT, SEGAL & SEGAL LLP
By:

/s/ Neil Berger
ALBERT TOGUT (AT-9759)
NEIL BERGER (NB-3599)
Members of the Firm
One Penn Plaza
New York, New York 10119
(212) 594-5000