**U.S. Department of Labor**  Office of the Solicitor
881 Federal Office Building
1240 East Ninth Street
Cleveland, Ohio 44199

(216) 522-3875
FAX (216) 522-7172

Reply to the Attention of:



**FACSIMILE**

October 16, 2008

ECF Corrections Department
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

Re: *In re: Delphi Corporation, et al.*
    SD NY Case No. 05-44481 (RDD)

Dear Corrections Department:

Please remove the following two attorneys for Elaine L. Chao, Secretary of Labor, U.S. Department of Labor from ECF notifications and electronic filings in the above referenced case:

Peter D. Broitman (PB 2275)
Chicago ERISA Counsel
U.S. Department of Labor
Office of the Solicitor
230 South Dearborn Street, Rm 844
Chicago, Illinois 60604
Telephone: (312) 353-4454
Facsimile: (312) 353-5698
Email: Broitman.Peter@dol.gov

Janice L. Thompson (JT 0337)
U.S. Department of Labor
Office of the Solicitor
1240 E. 9th Street, Rm 881
Cleveland, Ohio 44199
Telephone: (216) 522-3875
Facsimile: (216) 522-7172
Email: Thompson.Janice@dol.gov

Thank you for your cooperation in this matter.

Sincerely,

BENJAMIN T. CHINNI
Associate Regional Solicitor

By, *Janice L. Thompson*
JANICE L. THOMPSON
Trial Attorney

SOL No.30263