UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

In re:

DELPHI CORPORATION,                                         Case No. 05-44481 RDD
                                                            Chapter 11
          Debtor.
_____/

## MICHIGAN DEPARTMENT OF LABOR & ECONOMIC GROWTH, UNEMPLOYMENT INSURANCE AGENCY'S WITHDRAWAL OF CLAIM NO. 16721

The Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency hereby withdraws its administrative claim no. 16721 of $1,651.43 pertaining to the fourth quarter 2005 filed on October 9, 2007.

                                    MICHAEL A. COX
                                    Attorney General

                                    _____/S/_____Roland Hwang_____
                                    ROLAND HWANG (P32697)
                                    Assistant Attorney General
                                    Attorneys for Michigan DLEG, UIA
                                    3030 W. Grand Boulevard, Ste. 9-600
                                    Detroit, MI 48202
                                    (313) 456-2210
                                    telefax: (313) 456-2201
                                    hwangr@michigan.gov

Date: November 14, 2008

1