**EXHIBIT A - ASSERTED AMOUNT CLAIMS**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 16601**
Date Filed: 05/15/2007
Docketed Total: $22,046.54
Filing Creditor Name and Address:
  1ST CHOICE HEATING &
  COOLING INC
  500 WOODWARD AVE STE 3500
  DETROIT, MI 48226

Claim Holder Name and Address

1ST CHOICE HEATING & COOLING INC
500 WOODWARD AVE STE 3500
DETROIT, MI 48226

Docketed Total: $22,046.54

Allowed Total: $22,046.54

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $22,046.54 | | | 05-44640 | $22,046.54 | | |
| | **$22,046.54** | | | | **$22,046.54** | | |

**Claim: 1570**
Date Filed: 01/17/2006
Docketed Total: $1,621.57
Filing Creditor Name and Address:
  BELLSOUTH
  TELECOMMUNICATIONS INC
  301 W BAY ST RM 29EF1
  JACKSONVILLE, FL 32202

Claim Holder Name and Address

BELLSOUTH
TELECOMMUNICATIONS INC
301 W BAY ST RM 29EF1
JACKSONVILLE, FL 32202

Docketed Total: $1,621.57

Allowed Total: $1,621.57

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $1,621.57 | 05-44640 | | | $1,621.57 |
| | | | **$1,621.57** | | | | **$1,621.57** |

**Claim: 88**
Date Filed: 10/24/2005
Docketed Total: $5,813.57
Filing Creditor Name and Address:
  CDW COMPUTER CENTERS INC
  PO BOX 5126
  TIMONIUM, MD 21094

Claim Holder Name and Address

CDW COMPUTER CENTERS INC
PO BOX 5126
TIMONIUM, MD 21094

Docketed Total: $5,813.57

Allowed Total: $5,813.57

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $5,813.57 | 05-44640 | | | $5,813.57 |
| | | | **$5,813.57** | | | | **$5,813.57** |

\*       See Exhibit D for a listing of debtor entities by case number.

\*\*      "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14442-1    Filed 11/14/08    Entered 11/14/08 15:06:05    Exhibit A
Pg 2 of 17

Thirty-Second Omnibus Claims Objection

**EXHIBIT A - ASSERTED AMOUNT CLAIMS**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 419**
Date Filed:    11/08/2005
Docketed Total:    $132.69
Filing Creditor Name and Address:
  CDW COMPUTER CENTERS INC
  PO BOX 5126
  TIMONIUM, MD 21094

Claim Holder Name and Address
  CDW COMPUTER CENTERS INC
  PO BOX 5126
  TIMONIUM, MD 21094          Docketed Total:          $132.69

Allowed Total:          $132.69

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $132.69 | 05-44640 | | | $132.69 |
| | | | **$132.69** | | | | **$132.69** |

**Claim: 420**
Date Filed:    11/08/2005
Docketed Total:    $14,748.55
Filing Creditor Name and Address:
  CDW COMPUTER CENTERS INC
  PO BOX 5126
  TIMONIUM, MD 21094

Claim Holder Name and Address
  CDW COMPUTER CENTERS INC
  PO BOX 5126
  TIMONIUM, MD 21094          Docketed Total:          $14,748.55

Allowed Total:          $14,748.55

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $14,748.55 | 05-44567 | | | $14,748.55 |
| | | | **$14,748.55** | | | | **$14,748.55** |

**Claim: 1659**
Date Filed:    01/24/2006
Docketed Total:    $885.80
Filing Creditor Name and Address:
  CDW COMPUTER CENTERS INC
  PO BOX 5126
  TIMONIUM, MD 21094

Claim Holder Name and Address
  CDW COMPUTER CENTERS INC
  PO BOX 5126
  TIMONIUM, MD 21094          Docketed Total:          $885.80

Allowed Total:          $885.80

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $885.80 | 05-44640 | | | $885.80 |
| | | | **$885.80** | | | | **$885.80** |

**Claim: 5084**
Date Filed:    05/08/2006
Docketed Total:    $1,370.20
Filing Creditor Name and Address:
  CINGULAR WIRELESS
  PO BOX 309
  PORTLAND, OR 97207-0309

Claim Holder Name and Address
  CINGULAR WIRELESS
  PO BOX 309
  PORTLAND, OR 97207-0309          Docketed Total:          $1,370.20

Allowed Total:          $1,370.20

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $1,370.20 | 05-44640 | | | $1,370.20 |
| | | | **$1,370.20** | | | | **$1,370.20** |

\*        See Exhibit D for a listing of debtor entities by case number.

\*\*        "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14442-1    Filed 11/14/08    Entered 11/14/08 15:06:05    Exhibit A
Pg 3 of 17

Thirty-Second Omnibus Claims Objection

EXHIBIT A - ASSERTED AMOUNT CLAIMS

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 5085 <br> Date Filed: 05/08/2006 <br> Docketed Total: $1,011.99 <br> Filing Creditor Name and Address: <br> CINGULAR WIRELESS <br> PO BOX 309 <br> PORTLAND, OR 97207-0309 | Claim Holder Name and Address <br><br> CINGULAR WIRELESS <br> PO BOX 309 <br> PORTLAND, OR 97207-0309 | Docketed Total: | | $1,011.99 | | Allowed Total: | | $1,011.99 |
| | **Case Number*** <br> 05-44481 | **Secured** | **Priority** | **Unsecured** <br> $1,011.99 <br> _____ <br> **$1,011.99** | **Case Number*** <br> 05-44640 | **Secured** | **Priority** | **Unsecured** <br> $1,011.99 <br> _____ <br> **$1,011.99** |
| Claim: 5087 <br> Date Filed: 05/08/2006 <br> Docketed Total: $31,423.21 <br> Filing Creditor Name and Address: <br> CINGULAR WIRELESS <br> PO BOX 309 <br> PORTLAND, OR 97207-0309 | Claim Holder Name and Address <br><br> CINGULAR WIRELESS <br> PO BOX 309 <br> PORTLAND, OR 97207-0309 | Docketed Total: | | $31,423.21 | | Allowed Total: | | $31,423.21 |
| | **Case Number*** <br> 05-44481 | **Secured** | **Priority** | **Unsecured** <br> $31,423.21 <br> _____ <br> **$31,423.21** | **Case Number*** <br> 05-44640 | **Secured** | **Priority** | **Unsecured** <br> $31,423.21 <br> _____ <br> **$31,423.21** |
| Claim: 9541 <br> Date Filed: 07/14/2006 <br> Docketed Total: $30,818.00 <br> Filing Creditor Name and Address: <br> CIRCLE BROACH COMPANY INC <br> 38358 ABRUZZI DR <br> WESTLAND, MI 48185 | Claim Holder Name and Address <br><br> CIRCLE BROACH COMPANY INC <br> 38358 ABRUZZI DR <br> WESTLAND, MI 48185 | Docketed Total: | | $30,818.00 | | Allowed Total: | | $30,818.00 |
| | **Case Number*** <br> 05-44481 | **Secured** | **Priority** <br> $30,818.00 <br> _____ <br> **$30,818.00** | **Unsecured** <br> UNL <br> <br> **UNL** | **Case Number*** <br> 05-44640 | **Secured** | **Priority** | **Unsecured** <br> $30,818.00 <br> _____ <br> **$30,818.00** |
| Claim: 10388 <br> Date Filed: 07/24/2006 <br> Docketed Total: $141,675.49 <br> Filing Creditor Name and Address: <br> CONTRARIAN FUNDS LLC AS <br> ASSIGNEE OF GEMINI PLASTICS <br> INC <br> 411 W PUTNAM AVE STE 225 <br> GREENWICH, CT 06830 | Claim Holder Name and Address <br><br> CONTRARIAN FUNDS LLC AS <br> ASSIGNEE OF GEMINI PLASTICS INC <br> 411 W PUTNAM AVE STE 225 <br> GREENWICH, CT 06830 | Docketed Total: | | $141,675.49 | | Allowed Total: | | $141,675.49 |
| | **Case Number*** <br> 05-44640 | **Secured** | **Priority** | **Unsecured** <br> $141,675.49 <br> _____ <br> **$141,675.49** | **Case Number*** <br> 05-44640 | **Secured** | **Priority** | **Unsecured** <br> $141,675.49 <br> _____ <br> **$141,675.49** |

\*       See Exhibit D for a listing of debtor entities by case number.

\*\*      "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 14442-1   Filed 11/14/08   Entered 11/14/08 15:06:05   Exhibit A
Pg 4 of 17

Thirty-Second Omnibus Claims Objection

**EXHIBIT A - ASSERTED AMOUNT CLAIMS**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 9796<br>Date Filed: 07/18/2006<br>Docketed Total: $572,033.91<br>Filing Creditor Name and Address:<br>CONTRARIAN FUNDS LLC AS<br>ASSIGNEE OF HITCHINER<br>MANUFACTURING CO INC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br><br>CONTRARIAN FUNDS LLC AS    Docketed Total:    $572,033.91<br>ASSIGNEE OF HITCHINER<br>MANUFACTURING CO INC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE  STE 225<br>GREENWICH, CT 06830 | Allowed Total:    $572,033.91 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $8,179.67 | $563,854.24 | 05-44640 | | | $572,033.91 |
| | | **$8,179.67** | **$563,854.24** | | | | **$572,033.91** |

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 10382<br>Date Filed: 07/24/2006<br>Docketed Total: $210,732.14<br>Filing Creditor Name and Address:<br>CONTRARIAN FUNDS LLC AS<br>ASSIGNEE OF MTD<br>TECHNOLOGIES INC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br><br>CONTRARIAN FUNDS LLC AS    Docketed Total:    $210,732.14<br>ASSIGNEE OF MTD TECHNOLOGIES<br>INC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Allowed Total:    $210,732.14 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $16,294.70 | $194,437.44 | 05-44640 | | | $210,732.14 |
| | | **$16,294.70** | **$194,437.44** | | | | **$210,732.14** |

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 9792<br>Date Filed: 07/18/2006<br>Docketed Total: $214,580.56<br>Filing Creditor Name and Address:<br>CONTRARIAN FUNDS LLC AS<br>ASSIGNEE OF PAX MACHINE<br>WORKS INC<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br><br>CONTRARIAN FUNDS LLC AS    Docketed Total:    $214,580.56<br>ASSIGNEE OF PAX MACHINE<br>WORKS INC<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Allowed Total:    $214,580.56 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $865.58 | $213,714.98 | 05-44640 | | | $214,580.56 |
| | | **$865.58** | **$213,714.98** | | | | **$214,580.56** |

\*     See Exhibit D for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14442-1    Filed 11/14/08    Entered 11/14/08 15:06:05    Exhibit A
Pg 5 of 17

Thirty-Second Omnibus Claims Objection

**EXHIBIT A - ASSERTED AMOUNT CLAIMS**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

### Claim: 12690

Date Filed:    07/28/2006
Docketed Total:    $865,517.60
Filing Creditor Name and Address:
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF SCHAEFFLER
  CANADA INC
  ATTN ALPA JIMENEZ
  411 WEST PUTNAM AVENUE STE
  225
  GREENWICH, CT 06830

Claim Holder Name and Address

  CONTRARIAN FUNDS LLC AS    Docketed Total:    $865,517.60
  ASSIGNEE OF SCHAEFFLER
  CANADA INC
  ATTN ALPA JIMENEZ
  411 WEST PUTNAM AVENUE STE 225
  GREENWICH, CT 06830

Allowed Total:    $865,517.60

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $80,774.09 | $784,743.51 | 05-44640 | | | $865,517.60 |
| | | **$80,774.09** | **$784,743.51** | | | | **$865,517.60** |

### Claim: 9791

Date Filed:    07/18/2006
Docketed Total:    $299,745.20
Filing Creditor Name and Address:
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF SP DIV NMC LLC
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE  STE 225
  GREENWICH, CT 06830

Claim Holder Name and Address

  CONTRARIAN FUNDS LLC AS    Docketed Total:    $299,745.20
  ASSIGNEE OF SP DIV NMC LLC
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE  STE 225
  GREENWICH, CT 06830

Allowed Total:    $299,745.20

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $5,367.21 | $294,377.99 | 05-44640 | | | $299,745.20 |
| | | **$5,367.21** | **$294,377.99** | | | | **$299,745.20** |

### Claim: 8219

Date Filed:    06/19/2006
Docketed Total:    $3,340.00
Filing Creditor Name and Address:
  CONTROL MASTERS INC
  5235 KATRINE AVE
  DOWNERS GROVE, IL 60515

Claim Holder Name and Address

  CONTROL MASTERS INC    Docketed Total:    $3,340.00
  5235 KATRINE AVE
  DOWNERS GROVE, IL 60515

Allowed Total:    $3,340.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44482 | | | $3,340.00 | 05-44482 | | | $3,340.00 |
| | | | **$3,340.00** | | | | **$3,340.00** |

\*        See Exhibit D for a listing of debtor entities by case number.

\*\*      "UNL" denotes an unliquidated claim.

**EXHIBIT A - ASSERTED AMOUNT CLAIMS**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 5423<br>Date Filed: 05/10/2006<br>Docketed Total: $645,056.53<br>Filing Creditor Name and Address:<br>CORUS LP<br>HOLME ROBERTS & OWEN LLP<br>1700 LINCOLN ST STE 4100<br>DENVER, CO 80203 | Claim Holder Name and Address<br><br>BANK OF AMERICA N A<br>40 W 57TH ST<br>NEW YORK, NY 10019 | | Docketed Total: | $645,056.53 | | | Allowed Total: | $645,056.53 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$645,056.53 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$645,056.53 |
| | | | | $645,056.53 | | | | $645,056.53 |
| Claim: 14795<br>Date Filed: 07/31/2006<br>Docketed Total: $23,040.60<br>Filing Creditor Name and Address:<br>CREATIVE TECHNIQUES INC<br>2441 N OPDYKE RD<br>AUBURN HILLS, MI 48326 | Claim Holder Name and Address<br><br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | | Docketed Total: | $23,040.60 | | | Allowed Total: | $23,040.60 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$23,040.60 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$23,040.60 |
| | | | | $23,040.60 | | | | $23,040.60 |
| Claim: 16132<br>Date Filed: 08/09/2006<br>Docketed Total: $22,475.50<br>Filing Creditor Name and Address:<br>CROWLEY TOOL CO<br>190 MOLLY WALTON RD<br>HENDERSONVILLE, TN 37075 | Claim Holder Name and Address<br><br>ARGO PARTNERS<br>12 W 37TH ST 9TH FL<br>NEW YORK, NY 10018 | | Docketed Total: | $22,475.50 | | | Allowed Total: | $22,475.50 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$22,475.50 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$22,475.50 |
| | | | | $22,475.50 | | | | $22,475.50 |
| Claim: 13458<br>Date Filed: 07/31/2006<br>Docketed Total: $74,664.00<br>Filing Creditor Name and Address:<br>DECO AUTOMOTIVE A DIVISION<br>OF MAGNA INTERNATIONAL<br>INC<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS, MI 48304 | Claim Holder Name and Address<br><br>DECO AUTOMOTIVE A DIVISION OF<br>MAGNA INTERNATIONAL INC<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS, MI 48304 | | Docketed Total: | $74,664.00 | | | Allowed Total: | $74,664.00 |
| | Case Number*<br>05-44640 | Secured<br>$74,664.00 | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$74,664.00 |
| | | $74,664.00 | | | | | | $74,664.00 |

\*     See Exhibit D for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 14442-1   Filed 11/14/08   Entered 11/14/08 15:06:05   Exhibit A
Pg 7 of 17

Thirty-Second Omnibus Claims Objection

EXHIBIT A - ASSERTED AMOUNT CLAIMS

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10284<br>Date Filed:  07/24/2006<br>Docketed Total:  $22,268.60<br>Filing Creditor Name and Address:<br>  DEMAG PLASTICS GROUP CORP<br>  11792 ALAMEDA DR<br>  STRONGSVILLE, OH 44149 | Claim Holder Name and Address<br><br> DEMAG PLASTICS GROUP CORP<br> 11792 ALAMEDA DR<br> STRONGSVILLE, OH 44149 | Docketed Total: | | $22,268.60 | | Allowed Total: | | $22,268.60 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | | $22,268.60 | 05-44640 | | | $22,268.60 |
| | | | | $22,268.60 | | | | $22,268.60 |
| Claim: 15429<br>Date Filed:  07/31/2006<br>Docketed Total:  $431,794.32<br>Filing Creditor Name and Address:<br>  GOBAR SYSTEMS INC<br>  TAFT STETTINIUS & HOLLISTER<br>  LLP<br>  425 WALNUT STREET STE 1800<br>  CINCINNATI, OH 45202 | Claim Holder Name and Address<br><br> GOBAR SYSTEMS INC<br> TAFT STETTINIUS & HOLLISTER LLP<br> 425 WALNUT STREET STE 1800<br> CINCINNATI, OH 45202 | Docketed Total: | | $431,794.32 | | Allowed Total: | | $431,794.32 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $431,794.32 | 05-44640 | | | $431,794.32 |
| | | | | $431,794.32 | | | | $431,794.32 |
| Claim: 11249<br>Date Filed:  07/27/2006<br>Docketed Total:  $31,625.46<br>Filing Creditor Name and Address:<br>  GREELEY CONTAINMENT &<br>  REWORK INC<br>  200 BASELINE RD E<br>  BOWMANVILLE, ON L1C 1A2<br>  CANADA | Claim Holder Name and Address<br><br> GREELEY CONTAINMENT &<br> REWORK INC<br> 200 BASELINE RD E<br> BOWMANVILLE, ON L1C 1A2<br> CANADA | Docketed Total: | | $31,625.46 | | Allowed Total: | | $31,625.46 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $31,625.46 | 05-44640 | | | $31,625.46 |
| | | | | $31,625.46 | | | | $31,625.46 |

\*      See Exhibit D for a listing of debtor entities by case number.

\*\*      "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 14442-1   Filed 11/14/08   Entered 11/14/08 15:06:05   Exhibit A

Pg 8 of 17

Thirty-Second Omnibus Claims Objection

**EXHIBIT A - ASSERTED AMOUNT CLAIMS**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 831**
Date Filed: 11/23/2005
Docketed Total: $3,847.71
Filing Creditor Name and Address:
  GRUNER AG
  BURGLESTRASSE 15 17
  WEHINGEN, 78564
  GERMANY

Claim Holder Name and Address

  GRUNER AG          Docketed Total:    $3,847.71
  BURGLESTRASSE 15 17
  WEHINGEN, 78564
  GERMANY

Allowed Total:    $3,847.71

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $3,847.71 | 05-44567 | | | $3,847.71 |
| | | | **$3,847.71** | | | | **$3,847.71** |

**Claim: 6497**
Date Filed: 05/22/2006
Docketed Total: $67,576.91
Filing Creditor Name and Address:
  HENKEL SURFACE
  TECHNOLOGIES
  32100 STEPHENSON HWY
  MADISON HEIGHTS, MI 48071

Claim Holder Name and Address

  HENKEL SURFACE TECHNOLOGIES    Docketed Total:    $67,576.91
  32100 STEPHENSON HWY
  MADISON HEIGHTS, MI 48071

Allowed Total:    $67,576.91

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $67,576.91 | 05-44640 | | | $67,576.91 |
| | | | **$67,576.91** | | | | **$67,576.91** |

**Claim: 416**
Date Filed: 11/07/2005
Docketed Total: $5,415,329.84
Filing Creditor Name and Address:
  HITACHI CHEMICAL SINGAPORE
  PTE LTD FKA HITACHI
  CHEMICAL ASIA PACIFIC PTE
  LTD
  ATTN MENACHEM O
  ZELMANOVITZ ESQ
  101 PARK AVE
  NEW YORK, NY 10178

Claim Holder Name and Address

  HITACHI CHEMICAL SINGAPORE    Docketed Total:    $5,415,329.84
  PTE LTD FKA HITACHI CHEMICAL
  ASIA PACIFIC PTE LTD
  MORGAN LEWIS & BOCKIUS LLP
  101 PARK AVE
  NEW YORK, NY 10178

Allowed Total:    $5,415,329.84

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $2,110,565.18 | $3,304,764.66 | 05-44640 | | | $5,415,329.84 |
| | | **$2,110,565.18** | **$3,304,764.66** | | | | **$5,415,329.84** |

\*    See Exhibit D for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

EXHIBIT A - ASSERTED AMOUNT CLAIMS

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 773<br>Date Filed:    11/22/2005<br>Docketed Total:    $112,139.54<br>Filing Creditor Name and Address:<br>ILM TOOL INC<br>23301 CLAWITER RD<br>HAYWARD, CA 94545 | Claim Holder Name and Address<br><br>ILM TOOL INC<br>23301 CLAWITER RD<br>HAYWARD, CA 94545 | Docketed Total: | | $112,139.54 | | Allowed Total: | | $112,139.54 |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $112,139.54 | 05-44511 | | | $112,139.54 |
| | | | | **$112,139.54** | | | | **$112,139.54** |
| Claim: 646<br>Date Filed:    11/17/2005<br>Docketed Total:    $33,597.65<br>Filing Creditor Name and Address:<br>IRON MOUNTAIN<br>INFORMATION MANAGEMENT<br>INC<br>IRON MOUNTAIN INC<br>745 ATLANTIC AVE 10TH FL<br>BOSTON, MA 02111 | Claim Holder Name and Address<br><br>IRON MOUNTAIN INFORMATION<br>MANAGEMENT INC<br>IRON MOUNTAIN INC<br>745 ATLANTIC AVE 10TH FL<br>BOSTON, MA 02111 | Docketed Total: | | $33,597.65 | | Allowed Total: | | $33,597.65 |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | $33,597.65 | | | 05-44640 | | | $33,597.65 |
| | | **$33,597.65** | | | | | | **$33,597.65** |
| Claim: 14314<br>Date Filed:    07/31/2006<br>Docketed Total:    $87,701.00<br>Filing Creditor Name and Address:<br>JOHN E BENZ & CO<br>C/O DLA PIPER RUDNICK GRAY<br>CARY US LLP<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020-5283 | Claim Holder Name and Address<br><br>JOHN E BENZ & CO<br>C/O DLA PIPER RUDNICK GRAY<br>CARY US LLP<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020-5283 | Docketed Total: | | UNL | | Allowed Total: | | $87,701.00 |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | | 05-44640 | | | $87,701.00 |
| | | | | | | | | **$87,701.00** |

\*    See Exhibit D for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 14442-1   Filed 11/14/08   Entered 11/14/08 15:06:05   Exhibit A

Thirty-Second Omnibus Claims Objection

Pg 10 of 17

EXHIBIT A - ASSERTED AMOUNT CLAIMS

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 16012<br>Date Filed:    08/09/2006<br>Docketed Total:    $2,605.25<br>Filing Creditor Name and Address:<br>  JUDCO MANUFACTURING INC<br>  1429 W 240TH ST<br>  HARBOR CITY, CA 90710 | Claim Holder Name and Address<br><br>  JUDCO MANUFACTURING INC<br>  1429 W 240TH ST<br>  HARBOR CITY, CA 90710 | Docketed Total: | | **$2,605.25** | | | Allowed Total: | **$2,605.25** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$2,605.25<br><br>**$2,605.25** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,605.25<br><br>**$2,605.25** |
| Claim: 16616<br>Date Filed:    06/22/2007<br>Docketed Total:    $414,063.61<br>Filing Creditor Name and Address:<br>  MAC ARTHUR CORPORATION<br>  WINEGARDEN HALEY<br>  LINDHOLM & ROBERSTON PLC<br>  G 9460 S SAGINAW ST STE A<br>  GRAND BLANC, MI 48439 | Claim Holder Name and Address<br><br>  JPMORGAN CHASE BANK NA<br>  4 NEW YORK PLAZA FL 16<br>  NEW YORK, NY 10004-2413 | Docketed Total: | | **$414,063.61** | | | Allowed Total: | **$414,063.61** |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$414,063.61<br><br>**$414,063.61** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$414,063.61<br><br>**$414,063.61** |
| Claim: 2053<br>Date Filed:    02/17/2006<br>Docketed Total:    $9,044.19<br>Filing Creditor Name and Address:<br>  MICROSYS TECHNOLOGIES INC<br>  3710 NASHUA DRIVE UNIT 1<br>  MISSISSAUGA, ON L4V 1M5<br>  CANADA | Claim Holder Name and Address<br><br>  MICROSYS TECHNOLOGIES INC<br>  3710 NASHUA DRIVE UNIT 1<br>  MISSISSAUGA, ON L4V 1M5<br>  CANADA | Docketed Total: | | **$9,044.19** | | | Allowed Total: | **$9,044.19** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$9,044.19<br><br>**$9,044.19** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$9,044.19<br><br>**$9,044.19** |

*       See Exhibit D for a listing of debtor entities by case number.

**      "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14442-1    Filed 11/14/08    Entered 11/14/08 15:06:05    Exhibit A
Pg 11 of 17

Thirty-Second Omnibus Claims Objection

EXHIBIT A - ASSERTED AMOUNT CLAIMS

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 12186**
Date Filed:    07/28/2006
Docketed Total:    $48,161.52
Filing Creditor Name and Address:
  MUSKEGON CASTINGS CORP
  601 TERRACE ST
  MUSKEGON, MI 49443-0786

Claim Holder Name and Address

  SPCP GROUP LLC AS AGENT FOR
  SILVER POINT CAPITAL FUND LP
  AND SILVER POINT CAPITAL
  OFFSHORE FUND LTD
  TWO GREENWICH PLZ 1ST FL
  GREENWICH, CT 06830

Docketed Total:    $48,161.52

Allowed Total:    $48,161.52

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $48,161.52 | | | 05-44640 | | | $48,161.52 |
| | **$48,161.52** | | | | | | **$48,161.52** |

**Claim: 5053**
Date Filed:    05/08/2006
Docketed Total:    $2,502.00
Filing Creditor Name and Address:
  NEOSONG USA INC
  718 W LONGVIEW LN
  PALATINE, IL 60067

Claim Holder Name and Address

  NEOSONG USA INC
  718 W LONGVIEW LN
  PALATINE, IL 60067

Docketed Total:    $2,502.00

Allowed Total:    $2,502.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $2,502.00 | 05-44567 | | | $2,502.00 |
| | | | **$2,502.00** | | | | **$2,502.00** |

**Claim: 15222**
Date Filed:    07/31/2006
Docketed Total:    $392,351.79
Filing Creditor Name and Address:
  NOVELIS CORP
  6060 PKLAND BLVD
  CLEVELAND, OH 44124-4185

Claim Holder Name and Address

  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE S 225
  GREENWICH, CT 06830

Docketed Total:    $392,351.79

Allowed Total:    $392,351.79

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $33,090.25 | $359,261.54 | 05-44640 | | | $392,351.79 |
| | | **$33,090.25** | **$359,261.54** | | | | **$392,351.79** |

\*       See Exhibit D for a listing of debtor entities by case number.

\*\*      "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14442-1    Filed 11/14/08    Entered 11/14/08 15:06:05    Exhibit A
Pg 12 of 17

Thirty-Second Omnibus Claims Objection

**EXHIBIT A - ASSERTED AMOUNT CLAIMS**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 16395<br>Date Filed: 10/30/2006<br>Docketed Total: $655,686.82<br>Filing Creditor Name and Address:<br>PARK ENTERPRISES OF ROCHESTER INC<br>ATTN JERRY GREENFIELD ESQ<br>2 STATE ST STE1600<br>ROCHESTER, NY 14614 | Claim Holder Name and Address<br><br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019 | Docketed Total: | | $655,686.82 | | Allowed Total: | | $655,686.82 |
| | **Case Number*** 05-44640 | **Secured** | **Priority** | **Unsecured** $655,686.82 | **Case Number*** 05-44640 | **Secured** | **Priority** | **Unsecured** $655,686.82 |
| | | | | **$655,686.82** | | | | **$655,686.82** |
| Claim: 13929<br>Date Filed: 07/31/2006<br>Docketed Total: $187,374.96<br>Filing Creditor Name and Address:<br>PARKVIEW METAL PRODUCTS<br>MILLER JOHNSON<br>PO BOX 306<br>GRAND RAPIDS, MI 49501-0306 | Claim Holder Name and Address<br><br>PARKVIEW METAL PRODUCTS<br>MILLER JOHNSON<br>PO BOX 306<br>GRAND RAPIDS, MI 49501-0306 | Docketed Total: | | $187,374.96 | | Allowed Total: | | $187,374.96 |
| | **Case Number*** 05-44640 | **Secured** | **Priority** | **Unsecured** $187,374.96 | **Case Number*** 05-44640 | **Secured** | **Priority** | **Unsecured** $187,374.96 |
| | | | | **$187,374.96** | | | | **$187,374.96** |
| Claim: 10581<br>Date Filed: 07/25/2006<br>Docketed Total: $112,039.75<br>Filing Creditor Name and Address:<br>PHILLIPS PLASTICS CORPORATION<br>1201 HANLEY RD<br>HUDSON, WI 54016 | Claim Holder Name and Address<br><br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE S 225<br>GREENWICH, CT 06830 | Docketed Total: | | $112,039.75 | | Allowed Total: | | $112,039.75 |
| | **Case Number*** 05-44567 | **Secured** $112,039.75 | **Priority** | **Unsecured** | **Case Number*** 05-44567 | **Secured** | **Priority** | **Unsecured** $112,039.75 |
| | | **$112,039.75** | | | | | | **$112,039.75** |
| Claim: 12190<br>Date Filed: 07/28/2006<br>Docketed Total: $5,738.00<br>Filing Creditor Name and Address:<br>PORT CITY METAL PRODUCTS INC<br>601 TERRACE ST<br>MUSKEGON, MI 49443-0786 | Claim Holder Name and Address<br><br>PORT CITY METAL PRODUCTS INC<br>601 TERRACE ST<br>MUSKEGON, MI 49443-0786 | Docketed Total: | | $5,738.00 | | Allowed Total: | | $5,738.00 |
| | **Case Number*** 05-44567 | **Secured** $5,738.00 | **Priority** | **Unsecured** | **Case Number*** 05-44567 | **Secured** | **Priority** | **Unsecured** $5,738.00 |
| | | **$5,738.00** | | | | | | **$5,738.00** |

\*    See Exhibit D for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14442-1    Filed 11/14/08    Entered 11/14/08 15:06:05    Exhibit A
Pg 13 of 17

Thirty-Second Omnibus Claims Objection

**EXHIBIT A - ASSERTED AMOUNT CLAIMS**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 4045**
Date Filed:   11/25/2005
Docketed Total:   $4,691.52
Filing Creditor Name and Address:
  RIVERSIDE CLAIMS LLC AS
  ASSIGNEE FOR JAN PAK
  HUNTSVILLE
  PO BOX 626 PLANETARIUM
  STATION
  NEW YORK, NY 10024

Claim Holder Name and Address

RIVERSIDE CLAIMS LLC AS
ASSIGNEE FOR JAN PAK
HUNTSVILLE
PO BOX 626 PLANETARIUM
STATION
NEW YORK, NY 10024

Docketed Total:   $4,691.52

Allowed Total:   $4,691.52

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $4,691.52 |
| | | | **$4,691.52** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,691.52 |
| | | | **$4,691.52** |

**Claim: 8865**
Date Filed:   06/30/2006
Docketed Total:   $2,026.50
Filing Creditor Name and Address:
  RIVERSIDE CLAIMS LLC AS
  ASSIGNEE FOR STANDARD
  SCALE & SUPPLY CO
  PO BOX 626 PLANETARIUM
  STATION
  NEW YORK, NY 10024

Claim Holder Name and Address

RIVERSIDE CLAIMS LLC AS
ASSIGNEE FOR STANDARD SCALE &
SUPPLY CO
PO BOX 626 PLANETARIUM
STATION
NEW YORK, NY 10024

Docketed Total:   $2,026.50

Allowed Total:   $2,026.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,026.50 |
| | | | **$2,026.50** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,026.50 |
| | | | **$2,026.50** |

**Claim: 8874**
Date Filed:   06/30/2006
Docketed Total:   $101,655.48
Filing Creditor Name and Address:
  RIVERSIDE CLAIMS LLC AS
  ASSIGNEE FOR WHYCO
  FINISHING TECHNOLOGIES LLC
  PO BOX 626 PLANETARIUM
  STATION
  NEW YORK, NY 10024

Claim Holder Name and Address

RIVERSIDE CLAIMS LLC AS
ASSIGNEE FOR WHYCO FINISHING
TECHNOLOGIES LLC
PO BOX 626 PLANETARIUM
STATION
NEW YORK, NY 10024

Docketed Total:   $101,655.48

Allowed Total:   $101,655.48

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $101,655.48 |
| | | | **$101,655.48** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $101,655.48 |
| | | | **$101,655.48** |

\*      See Exhibit D for a listing of debtor entities by case number.

\*\*      "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14442-1    Filed 11/14/08    Entered 11/14/08 15:06:05    Exhibit A
Pg 14 of 17

Thirty-Second Omnibus Claims Objection

EXHIBIT A - ASSERTED AMOUNT CLAIMS

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 1581<br>Date Filed:    01/17/2006<br>Docketed Total:    $816.99<br>Filing Creditor Name and Address:<br>  SBC GLOBAL<br>  PO BOX 981268<br>  WEST SACRAMENTO, CA 95798 | Claim Holder Name and Address<br><br>SBC GLOBAL<br>PO BOX 981268<br>WEST SACRAMENTO, CA 95798<br><br>Docketed Total:    $816.99<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44624    $816.99<br><br>$816.99 | Allowed Total:    $816.99<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44624    $816.99<br><br>$816.99 |
| Claim: 16479<br>Date Filed:    01/11/2007<br>Docketed Total:    $561,083.00<br>Filing Creditor Name and Address:<br>  SENSUS PRECISION DIE CASTING<br>  INC<br>  PO BOX 11587<br>  RICHMOND, VA 15871 | Claim Holder Name and Address<br><br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE S 225<br>GREENWICH, CT 06830<br><br>Docketed Total:    $561,083.00<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640    $561,083.00<br><br>$561,083.00 | Allowed Total:    $561,083.00<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640    $561,083.00<br><br>$561,083.00 |
| Claim: 15976<br>Date Filed:    08/09/2006<br>Docketed Total:    $991.00<br>Filing Creditor Name and Address:<br>  SIERRA LIQUIDITY FUND LLC<br>  ASSIGNEE METRIC EQUIPMENT<br>  SALES INC ASSIGNOR<br>  SIERRA LIQUIDITY FUND<br>  2699 WHITE RD STE 255<br>  IRVINE, CA 92614 | Claim Holder Name and Address<br><br>SIERRA LIQUIDITY FUND LLC<br>ASSIGNEE METRIC EQUIPMENT<br>SALES INC ASSIGNOR<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614<br><br>Docketed Total:    $991.00<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481    $991.00<br><br>$991.00 | Allowed Total:    $991.00<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640    $991.00<br><br>$991.00 |

\*      See Exhibit D for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

**EXHIBIT A - ASSERTED AMOUNT CLAIMS**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 14137<br>Date Filed: 07/31/2006<br>Docketed Total: $2,752,068.75<br>Filing Creditor Name and Address:<br>SPCP GROUP LLC AS ASSIGNEE OF FUJIKOKI AMERICA INC<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br>SPECIAL SITUATIONS INVESTING GROUP INC<br>C/O GOLDMAN SACHS & CO<br>85 BROAD ST 27TH FL<br>NEW YORK, NY 10004<br><br>Docketed Total: **$2,752,068.75** | Allowed Total: **$2,752,068.75** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $2,752,068.75 | 05-44640 | | | $2,752,068.75 |
| | | | **$2,752,068.75** | | | | **$2,752,068.75** |

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 14144<br>Date Filed: 07/31/2006<br>Docketed Total: $887.24<br>Filing Creditor Name and Address:<br>SPCP GROUP LLC AS ASSIGNEE OF TEXTRON FASTENING SYSTEMS CANADA LTD<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br>GOLDMAN SACHS CREDIT PARTNERS LP<br>C/O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY, NJ 07302<br><br>Docketed Total: **$887.24** | Allowed Total: **$887.24** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $887.24 | 05-44640 | | | $887.24 |
| | | | **$887.24** | | | | **$887.24** |

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 14145<br>Date Filed: 07/31/2006<br>Docketed Total: $9,359.53<br>Filing Creditor Name and Address:<br>SPCP GROUP LLC AS ASSIGNEE OF TEXTRON FASTENING SYSTEMS CANADA LTD<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br>GOLDMAN SACHS CREDIT PARTNERS LP<br>C/O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY, NJ 07302<br><br>Docketed Total: **$9,359.53** | Allowed Total: **$9,359.53** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $9,359.53 | 05-44640 | | | $9,359.53 |
| | | | **$9,359.53** | | | | **$9,359.53** |

\*     See Exhibit D for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 14442-1   Filed 11/14/08   Entered 11/14/08 15:06:05   Exhibit A

Pg 16 of 17

Thirty-Second Omnibus Claims Objection

EXHIBIT A - ASSERTED AMOUNT CLAIMS

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 12257**

Date Filed:   07/28/2006

Docketed Total:   $217,822.60

Filing Creditor Name and Address:

STANLEY ELECTRIC SALES OF
AMERICA INC
AFRCT LLP
199 S LOS ROBLES AVE STE 600
PASADENA, CA 91101

Claim Holder Name and Address

SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total:   $217,822.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | $21,450.40 | $196,372.20 |
| | | **$21,450.40** | **$196,372.20** |

Allowed Total:   $217,822.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $217,822.60 |
| | | | **$217,822.60** |

---

**Claim: 2713**

Date Filed:   04/24/2006

Docketed Total:   $6,253,576.29

Filing Creditor Name and Address:

TEXAS INSTRUMENTS
INCORPORATED AND TEXAS
INSTRUMENTS INCORPORATED
S&C
MUNSCH HARDT KOPF & HARR
PC
3800 LINCOLN PLZ
500 N AKARD ST
DALLAS, TX 75201-6659

Claim Holder Name and Address

BEAR STEARNS INVESTMENT
PRODUCTS INC
CO JPMORGAN CHASE BANK NA
LEGAL DEPT
1 CHASE MANHATTAN PLAZA 26TH
FL
NEW YORK, NY 10081

Docketed Total:   $6,253,576.29

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,253,576.29 |
| | | | **$6,253,576.29** |

Allowed Total:   $6,253,576.29

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,253,576.29 |
| | | | **$6,253,576.29** |

---

**Claim: 1507**

Date Filed:   01/10/2006

Docketed Total:   $1,039.50

Filing Creditor Name and Address:

THE GROWING CONCERN
1918 BASSETT
EL PASO, TX 79901

Claim Holder Name and Address

THE GROWING CONCERN
1918 BASSETT
EL PASO, TX 79901

Docketed Total:   $1,039.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,039.50 |
| | | | **$1,039.50** |

Allowed Total:   $1,039.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,039.50 |
| | | | **$1,039.50** |

---

\*      See Exhibit D for a listing of debtor entities by case number.

\*\*      "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 14442-1   Filed 11/14/08   Entered 11/14/08 15:06:05   Exhibit A
Pg 17 of 17

Thirty-Second Omnibus Claims Objection

EXHIBIT A - ASSERTED AMOUNT CLAIMS

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**CLAIM TO BE ALLOWED**

Claim: 10913
Date Filed:   07/26/2006
Docketed Total:    $40,867.33
Filing Creditor Name and Address:
  VERITAS SOFTWARE
  CORPORATION
  BIALSON BERGEN & SCHWAB
  2600 EL CAMINO REAL STE 300
  PALO ALTO, CA 94306

**CLAIM AS DOCKETED****

Claim Holder Name and Address

  VERITAS SOFTWARE CORPORATION        Docketed Total:        $40,867.33
  BIALSON BERGEN & SCHWAB
  2600 EL CAMINO REAL STE 300
  PALO ALTO, CA 94306

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | UNL | UNL | $40,867.33 |
| | **UNL** | **UNL** | **$40,867.33** |

**CLAIM AS ALLOWED**

Allowed Total:        $40,867.33

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $40,867.33 |
| | | | **$40,867.33** |

**Total Claims To Be Allowed: 53**

**Total Amount As Docketed:**        **$21,165,068.30**

**Total Amount As Allowed:**        **$21,165,068.30**

---

\*      See Exhibit D for a listing of debtor entities by case number.

\*\*      "UNL" denotes an unliquidated claim.