In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14442-3    Filed 11/14/08    Entered 11/14/08 15:06:05    Exhibit C-1
Pg 1 of 3

Thirty-Second Omnibus Claims Objection

**EXHIBIT C-1 - DUPLICATE OR AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | | SURVIVING CLAIM | |
|---|---|---|---|
| Claim Number: 16606<br>Date Filed: 05/14/2007<br>Creditor's Name and Address:<br><br>1ST CHOICE HEATING & COOLING INC<br>JOEL D APPLEBAUM P36774 CLARK HILL PLC<br>500 WOODWARD AVE STE 3500<br>DETROIT, MI 48226 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured: $22,046.54<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $22,046.54 | Claim Number: 16601<br>Date Filed: 05/15/2007<br>Creditor's Name and Address:<br><br>1ST CHOICE HEATING & COOLING INC<br>JOEL D APPLEBAUM P36774 CLARK HILL PLC<br>500 WOODWARD AVE STE 3500<br>DETROIT, MI 48226 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured: $22,046.54<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $22,046.54<br><br>Current Status: To be allowed -- see Exhibit A |
| Claim Number: 13740<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br><br>BREEN COLOR CONCENTRATES INC<br>MARK CONLAN ESQ<br>GIBBONS PC<br>ONE GATEWAY CTR<br>NEWARK, NJ 07102-5310 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $11,505.71<br>Total: $11,505.71 | Claim Number: 14174<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br><br>BREEN COLOR CONCENTRATES INC<br>MARK CONLAN ESQ<br>GIBBONS PC<br>ONE GATEWAY CTR<br>NEWARK, NJ 07102-5310 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $11,505.71<br>Total: $11,505.71<br><br>Current Status: Ordered modified pursuant to prior order |
| Claim Number: 16541<br>Date Filed: 02/13/2007<br>Creditor's Name and Address:<br><br>CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE S 225<br>GREENWICH, CT 06830 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $31,991.00<br>Total: $31,991.00 | Claim Number: 6321<br>Date Filed: 05/19/2006<br>Creditor's Name and Address:<br><br>CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE S 225<br>GREENWICH, CT 06830 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $31,991.00<br>Total: $31,991.00<br><br>Current Status: Allowed pursuant to stipulation (Docket No. 11413) |

05-44481-rdd    Doc 14442-3    Filed 11/14/08    Entered 11/14/08 15:06:05    Exhibit C-1
Pg 2 of 3

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Thirty-Second Omnibus Claims Objection

**EXHIBIT C-1 - DUPLICATE OR AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim Number: 16515<br>Date Filed: 02/07/2007<br>Creditor's Name and Address:<br>CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE S 225<br>GREENWICH, CT 06830<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $38,900.00<br>Total: $38,900.00 | Claim Number: 1308<br>Date Filed: 12/27/2005<br>Creditor's Name and Address:<br>CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE S 225<br>GREENWICH, CT 06830<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $38,900.00<br>Total: $38,900.00<br><br>Current Status: Ordered modified pursuant to prior order |
| Claim Number: 14878<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $76,844.72<br>Total: $76,844.72 | Claim Number: 16447<br>Date Filed: 12/08/2006<br>Creditor's Name and Address:<br>CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE S 225<br>GREENWICH, CT 06830<br><br>Debtor: DELPHI MECHATRONIC SYSTEMS, INC. (05-44567)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $76,844.72<br>Total: $76,844.72<br><br>Current Status: To be allowed -- see Exhibit B |
| Claim Number: 6991<br>Date Filed: 05/30/2006<br>Creditor's Name and Address:<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $168,862.08<br>Total: $168,862.08 | Claim Number: 16386<br>Date Filed: 10/24/2006<br>Creditor's Name and Address:<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $168,862.08<br>Total: $168,862.08<br><br>Current Status: Objected to pursuant to 31st Omnibus Claims Objection (Docket No. 14349) |

**EXHIBIT C-1 - DUPLICATE OR AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim Number: 1672<br>Date Filed: 01/26/2006<br>Creditor's Name and Address:<br>FIRST TECHNOLOGY HOLDINGS INC AND<br>AFFILIATES AND SUBSIDIARIES<br>JOHN D HERTZBERG<br>30150 TELEGRAPH RD STE 444<br>BINGHAM FARMS, MI 48025<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $175,000.00<br>Administrative:<br>Unsecured: $458,258.00<br>Total: $633,258.00 | Claim Number: 16739<br>Date Filed: 11/06/2007<br>Creditor's Name and Address:<br>FIRST TECHNOLOGY HOLDINGS INC AND<br>AFFILIATES AND SUBSIDIARIES AND<br>CONTROL DEVICES INC AND FIRST INERTIA<br>SWITCH LIMITED<br>THOMAS SKIBINSKI<br>CONTROL DEVICES INC AND FIRST INERTIA<br>SWITCH<br>C O SENSATA TECHNOLOGIES INC<br>529 PLEASANT ST MS B 1<br>ATTLEBORO, MA 02703<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative<br>Unsecured: $633,258.00<br>Total: $633,258.00<br>Current Status: To be allowed -- see Exhibit B |

Total Claims To Be Expunged: 7
Total Asserted Amount To Be Expunged: $983,408.05