**EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| 1ST CHOICE HEATING & COOLING I<br>8147 ISLANDVIEW DR<br>NEWAYGO, MI 49337 | 15805 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $12,491.44<br><br><br><br>$12,491.44 | 08/02/2006 | DELPHI CORPORATION (05-44481) |
| ARGO PARTNERS<br>12 W 37TH ST 9TH FL<br>NEW YORK, NY 10018 | 14279 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$3,649.48<br>$3,649.48 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BASF CORPORATION<br>100 CAMPUS DR<br>FLORHAM PARK, NJ 07932 | 16200 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,015,234.23<br>$1,015,234.23 | 08/14/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BEAVER VALLEY MANUFACTURING INC<br>IRA RUBIN<br>GOLDMAN RUBIN & SHAPIRO<br>1340 WOODMAN DR<br>DAYTON, OH 45432 | 11186 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$180,633.39<br>$180,633.39 | 07/26/2006 | DELPHI CORPORATION (05-44481) |
| BURKBURNETT INDEPENDENT SCHOOL DISTRICT<br>HAROLD LEREW<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 8188<br>WICHITA FALLS, TX 76307 | 2076 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $61,138.40<br><br><br><br>$61,138.40 | 02/21/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CROWN CREDIT COMPANY<br>ATTN RODNEY J HINDERS ESQ<br>115 N MAIN ST<br>NEW BREMEN, OH 45869 | 6578 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$2,152.00<br>$2,152.00 | 05/22/2006 | ASEC MANUFACTURING GENERAL PARTNERSHIP (05-44482) |
| FIRST CHOICE HEATING & COOLING INC<br>8147 ISLANDVIEW DR<br>NEWAYGO, MI 49337 | 15804 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $9,555.10<br><br><br><br>$9,555.10 | 08/02/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| JOHN E BENZ & CO<br>JEREMY R JOHNSON ESQ<br>DLA PIPER RUDNICK GRAY CARY US LLP<br>1251 AVE OF THE AMERICAS<br>NEW YORK, NY 10020-5283 | 14297 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| JPMORGAN CHASE BANK NA<br>ATTN NEEMA VELUVOLU<br>4 NEW YORK PLAZA FL 16<br>NEW YORK, NY 10004-2413 | 11599 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $432,705.04<br>Total: $432,705.04 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MICROSYS TECHNOLOGIES INC<br>3710 NASHUA DRIVE UNIT 1<br>MISSISSAUGA, ON L4V 1M5<br>CANADA | 2054 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,775.00<br>Total: $1,775.00 | 02/17/2006 | DELPHI CORPORATION (05-44481) |
| OHIO DEPARTMENT OF TAXATION<br>REBECCA DAUM<br>ATTORNEY BANKRUPTCY DIVISION<br>PO BOX 530<br>COLUMBUS, OH 43216-0530 | 16596 | Secured:<br>Priority:<br>Administrative: $2,976.58<br>Unsecured:<br>Total: $2,976.58 | 04/13/2007 | DELPHI CORPORATION (05-44481) |
| OHIO DEPARTMENT OF TAXATION<br>REBECCA L DAUM<br>30 E BROAD ST<br>COLUMBUS, OH 43215 | 1426 | Secured:<br>Priority: $5,503.23<br>Administrative:<br>Unsecured:<br>Total: $5,503.23 | 01/03/2006 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |
| PBR COLUMBIA LLC<br>ATTN DAVID WHEELER<br>201 METROPOLITAN DR<br>WEST COLUMBIA, SC 29170<br><br>SPECIAL SITUATIONS INVESTING GROUP INC<br>ATTN AL DOMBROWSKI<br>C/O GOLDMAN SACHS & CO<br>85 BROAD ST 27TH FL<br>NEW YORK, NY 10004 | 6610 | Secured: $1,508,953.50<br>Priority:<br>Administrative:<br>Unsecured: $447,670.98<br>Total: $1,956,624.48 | 05/22/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **13** | **$3,684,438.37** | | |

\*   "UNL" denotes an unliquidated claim.