# Exhibit E

## Cure Amounts

# Schedule of Cure Amounts

| Party | Contract | Cure Amount |
|---|---|---|
| Borla Romcat S.A. | License and Technical Assistance Agreement between Delphi Automotive Systems LLC and Borla Romcat S.A., dated February 28, 1999 | $0 |
| Sango Co., Ltd. | License Agreement between Sango Co., Ltd. and Delphi Automotive Systems LLC, dated March 14, 2003 | $0 |