IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                               :

In re                        :    Chapter 11

                               :

DELPHI CORPORATION, et al.,   :    Case No. 05-44481 (RDD)

                               :

                Debtors.   :    (Jointly Administered)

                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AFFIDAVIT OF SERVICE

      I, Darlene Calderon, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

      On November 11, I caused to be served the document listed below (i) upon the parties listed on Exhibit A hereto via overnight mail and (ii) upon the parties listed on Exhibit B hereto via electronic notification:

1) Debtors' Response to the Louisiana Department of Revenue's Brief in Support of Motion to Allow Late Filed Claim (Docket No. 14424) [a copy of which is attached hereto as Exhibit C]

      On November 12, 2008, I caused to be served the document listed below upon the parties listed on Exhibit D hereto via postage pre-paid U.S. mail:

2) Debtors' Response to the Louisiana Department of Revenue's Brief in Support of Motion to Allow Late Filed Claim (Docket No. 14424) [a copy of which is attached hereto as Exhibit C]

Dated: November 14, 2008

                            */s/ Darlene Calderon*
                               Darlene Calderon

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 14th day of November, 2008, by Darlene Calderon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: */s/ L. Maree Sanders*

Commission Expires: *10/1/09*

# EXHIBIT A

Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-2094801 | rstark@brownrudnick.com | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | bsimon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | 2126971559 | sreisman@cm-p.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | 212-450-3092 212-450-3213 | donald.bernstein@dpw.com brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2491 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | 303-652-4716 | cschiff@flextronics.com | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | | paul.anderson@flextronics.com | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Creditor Committee Member |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | rodbuje@ffhsj.com sliviri@ffhsj.com | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | 866-585-2386 | valerie.venable@ge.com | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel to Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 1540 Broadway | 24th Fl | New York | NY | 10036 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Internal Revenue Service | Attn: Insolvency Department | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 | 313-628-3648 | 313-628-3602 | | Michigan IRS |
| Internal Revenue Service | Attn: Insolvency Department, Maria Valerio | 290 Broadway | 5th Floor | New York | NY | 10007 | 212-436-1038 | 212-436-1931 | mariaivalerio@irs.gov | IRS |
| IUE-CWA | Conference Board Chairman | 2360 W. Dorothy Lane | Suite 201 | Dayton | OH | 45439 | 937-294-7813 | 937-294-9164 | | Creditor Committee Member |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | 212-270-0430 | gianni.russello@jpmorgan.com susan.atkins@jpmorgan.com | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | 310-823-9133 | sbetance@kccllc.com | Noticing and Claims Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | daniel.fisher@lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | patrick.healy@lawdeb.com | Indenture Trustee |
| McDermott Will & Emery LLP | David D. Cleary | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | dcleary@mwe.com | Counsel to Recticel North America, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 3

11/12/2008 8:39 PM
Master Service List 080911 Overnight

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | jdejonker@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Mohsin N. Khambati | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | mkhambati@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Peter A. Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | pclark@mwe.com | Counsel to Recticel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | conh@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | bmctigue@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | 212-682-5015 | lszlezinger@mesirowfinancial.com | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | 213-629-5063 | gbray@milbank.com tkreller@milbank.com jtill@milbank.com | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | 9175223103 | jmoldovan@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | william.dornbos@oag.state.ny.us | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Israel Goldowitz | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | | Chief Counsel to the Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Karen L. Morris, John Menke, Ralph L. Landy, Beth A. Bangert | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | landy.ralph@pbgc.gov morris.karen@pbgc.gov menke.john@pbfgc.gov bangert.beth@pbgc.gov efile@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | 212-848-7179 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | ddoyle@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | nfranke@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198505 | cp@stevenslee.com cs@stevenslee.com | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| Tyco Electronics Corporation | MaryAnn Brereton, Assistant General Counsel | 60 Columbia Road | | Morristown | NJ | 07960 | 973-656-8365 | 973-656-8805 | | Creditor Committee Member |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

11/12/2008 8:39 PM
Master Service List 080911 Overnight

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| United States Trustee | Brian Masumoto | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | 212-668-2255 does not take service via fax | | Counsel to United States Trustee |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | 817-810-5255 | mwarner@warnerstevens.com | Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | 212-310-8077 | harvey.miller@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | jeff.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

11/12/2008 8:39 PM
Master Service List 080911 Overnight

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---------|---------|----------|----------|------|-------|-----|
| Louisiana Department of Revenue | David M Hansen | Legal Division | 617 North Third Street | Baton Rouge | LA | 70821 |
| Louisiana Department of Revenue | Florence Bonaccorso-Saenz | Legal Division | 617 North Third Street | Baton Rouge | LA | 70821 |
| Louisiana Department of Revenue | | Collections Division Bankruptcy Section | Post Office Box 66658 | Baton Rouge | LA | 70896 |

In re. Delphi Corporation, et al.

Case No. 05-44481 (RDD)

Page 1 of 1

11/12/2008 8:27 PM

All Special Parties 081111

Louisiana Dept of Revenue Special Parties

# EXHIBIT B

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | rstark@brownrudnick.com | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | bsimon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | sreisman@cm-p.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | donald.bernstein@dpw.com brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | cschiff@flextronics.com | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | paul.anderson@flextronics.com | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | trey.chambers@freescale.com | Creditor Committee Member |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | rodbuje@ffhsj.com sliviri@ffhsj.com | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | valerie.venable@ge.com | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | lhassel@groom.com | Counsel to Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 1540 Broadway | 24th Fl | New York | NY | 10036 | 212-751-4300 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | susan.atkins@jpmorgan.com | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | sbetance@kccllc.com | Noticing and Claims Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | daniel.fisher@lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | patrick.healy@lawdeb.com | Indenture Trustee |

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | jdejonker@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Peter A. Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | pclark@mwe.com | Counsel to Recticel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | conh@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | bmctigue@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | lszlezinger@mesirowfinancial.com | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | gbray@milbank.com tkreller@milbank.com jtill@milbank.com | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | jmoldovan@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | william.dornbos@oag.state.ny.us | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Karen L. Morris, John Menke, Ralph L. Landy, Beth A. Bangert | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | landy.ralph@pbgc.gov morris.karen@pbgc.gov menke.john@pbfgc.gov bangert.beth@pbgc.gov efile@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | 212-218-5500 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | ddoyle@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

11/12/2008 8:40 PM
Master Service List 080911 Email

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | nfranke@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | cp@stevenslee.com cs@stevenslee.com | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | mwarner@warnerstevens.com | Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | harvey.miller@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | jeff.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

11/12/2008 8:40 PM
Master Service List 080911 Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Adalberto Cañadas Castillo | | Avda Ramon de Carranza | 10-1° | Cadiz | | 11006 | Spain | 34 956 226 311 | adalberto@canadas.com | Representative to DASE |
| Adler Pollock & Sheehan PC | Joseph Avanzato | One Citizens Plz 8th Fl | | Providence | RI | 02903 | | 401-274-7200 | javanzato@apslaw.com | Attorneys for Fry's Metals Inc. and Specialty Coatings Systems Eft |
| Airgas, Inc. | David Boyle | 259 Radnor-Chester Road, Suite 100 | P.O. Box 6675 | Radnor | PA | 19087-8675 | | 610-902-6028 | david.boyle@airgas.com | Counsel to Airgas, Inc. |
| Akebono Brake Corporaton | Brandon J. Kessinger | 310 Ring Road | | Elizabethtown | KY | 42701 | | 270-234-5580 | bkessinger@akebono-usa.com | Representative for Akebono Corporation |
| Akin Gump Strauss Hauer & Feld, LLP | David M Dunn | 1333 New Hampshire Ave NW | | Washington | DC | 20036 | | 202-887-4000 | ddunn@akingump.com | Counsel to TAI Unsecured Creditors Liquidating Trust |
| Akin Gump Strauss Hauer & Feld, LLP | Ira S Dizengoff | 590 Madison Ave | | New York | NY | 10022-2524 | | 212-872-1000 | idizengoff@akingump.com | Counsel to TAI Unsecured Creditors Liquidating Trust |
| Akin Gump Strauss Hauer & Feld, LLP | Peter J. Gurfein | 2029 Centure Park East | Suite 2400 | Los Angeles | CA | 90067 | | 310-552-6696 | pgurfein@akingump.com | Counsel to Wamco, Inc. |
| Allen Matkins Leck Gamble & Mallory LLP | Michael S. Greger | 1900 Main Street | Fifth Floor | Irvine | CA | 92614-7321 | | 949-553-1313 | mgreger@allenmatkins.com | Counsel to Kilroy Realty, L.P. |
| Alston & Bird, LLP | Craig E. Freeman | 90 Park Avenue | | New York | NY | 10016 | | 212-210-9400 | craig.freeman@alston.com | Counsel to Cadence Innovation, LLC |
| Alston & Bird, LLP | Dennis J. Connolly; David A. Wender | 1201 West Peachtree Street | | Atlanta | GA | 30309 | | 404-881-7269 | dconnolly@alston.com dwender@alston.com | Counsel to Cadence Innovation, LLC, PD George Co, Furukawa Electric Company, Ltd., and Furukawa Electric North America APD, Inc. |
| American Axle & Manufacturing, Inc. | Steven R. Keyes | One Dauch Drive, Mail Code 6E-2-42 | | Detroit | MI | 48243 | | 313-758-4868 | steven.keyes@aam.com | Representative for American Axle & Manufacturing, Inc. |
| Andrews Kurth LLP | Gogi Malik | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | gogimalik@andrewskurth.com | Counsel to ITW Mortgage Investments IV, Inc. |
| Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP | Mark T. Flewelling | 199 South Los Robles Avenue | Suite 600 | Pasadena | CA | 91101-2459 | | 626-535-1900 | mtf@afrct.com | Counsel to Stanley Electric Sales of America, Inc. |
| Anthony Ostlund & Baer PA | John B Orenstein | 3600 Wells Fargo Ctr | 90 S 7th St | Minneapolis | MN | 55402 | | 612-349-6969 | jorenstein@aoblaw.com | Attorneys for Whitebox Hedged High Yield Partners, LP |
| Arent Fox PLLC | Mitchell D. Cohen | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | Cohen.Mitchell@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arent Fox PLLC | Robert M. Hirsh | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | Hirsh.Robert@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arnall Golden Gregory LLP | Darryl S. Laddin | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | | 404-873-8120 | dladdin@agg.com | Counsel to Daishinku (America) Corp. d/b/a KDS America ("Daishinku") Corp. d/b/a KDS America ("Daishinku"), SBC Telecommunications, Inc. (SBC) |
| Arnold & Porter LLP | Joel M. Gross | 555 Twelfth Street, N.W. | | Washington | D.C. | 20004-1206 | | 202-942-5000 | joel_gross@aporter.com | Counsel to CSX Transportation, Inc. |
| ATS Automation Tooling Systems Inc. | Carl Galloway | 250 Royal Oak Road | | Cambridge | Ontario | N3H 4R6 | Canada | 519-653-4483 | cgalloway@atsautomation.com | |
| Balch & Bingham LLP | Eric T. Ray | PO Box 306 | | Birmingham | AL | 35201 | | 205-251-8100 | eray@balch.com | Attorney for Alabama Power Company |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | Kimberly J. Robinson | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | kim.robinson@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | William J. Barrett | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | william.barrett@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 22

11/12/2008 7:55 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-------|-----------------|
| Barnes & Thornburg LLP | Alan K. Mills | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | alan.mills@btlaw.com | Counsel to Mays Chemical Company |
| Barnes & Thornburg LLP | John T. Gregg | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3930 | john.gregg@btlaw.com | Counsel to Priority Health; Clarion Corporation of America |
| Barnes & Thornburg LLP | Mark R. Owens | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | mark.owens@btlaw.com | Counsel to Clarion Corporation of America |
| Barnes & Thornburg LLP | Michael K. McCrory | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | michael.mccrory@btlaw.com | Counsel to Gibbs Die Casting Corporation; Clarion Corporation of America |
| Barnes & Thornburg LLP | Patrick E. Mears | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3936 | pmears@btlaw.com | Counsel to Armada Rubber Manufacturing Company, Bank of America Leasing & Leasing & Capital, LLC, & AutoCam Corporation |
| Barnes & Thornburg LLP | Wendy D. Brewer | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | wendy.brewer@btlaw.com | Counsel to Gibbs Die Casting Corporation |
| Bartlett Hackett Feinberg P.C. | Frank F. McGinn | 155 Federal Street | 9th Floor | Boston | MA | 02110 | | 617-422-0200 | ffm@bostonbusinesslaw.com | Counsel to Iron Mountain Information Management, Inc. |
| Beeman Law Office | Thomas M Beeman | 33 West 10th Street | Suite 200 | Anderson | IN | 46016 | | 765-640-1330 | tom@beemanlawoffice.com | Counsel to Madison County (Indiana) Treasurer |
| Bernstein Litowitz Berger & Grossman | Hannah E. Greenwald | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1411 | hannah@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | John P. Coffey | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1409 | sean@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | Wallace A. Showman | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1429 | wallace@blbglaw.com | Counsel to SANLUIS Rassini International, Inc.; Rassini, S.A. de C.V. |
| Berry Moorman P.C. | James P. Murphy | 535 Griswold | Suite 1900 | Detroit | MI | 48226 | | 313-496-1200 | murph@berrymoorman.com | Counsel to Kamax L.P.; Optrex America, Inc.; GKN Sinter Metals, Inc. |
| Bialson, Bergen & Schwab | Kenneth T. Law, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | klaw@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.. |
| Bialson, Bergen & Schwab | Lawrence M. Schwab, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | lschwab@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.; Solectron Corporation; Solectron De Mexico SA de CV; Solectron Invotronics; Coherent, Inc.; Veritas Software Corporation |
| Bialson, Bergen & Schwab | Patrick M. Costello, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | pcostello@bbslaw.com | Solectron Corporation; Solectron de Mexico SA de CV; Solectron Invotronics and Coherent, Inc. |
| Bialson, Bergen & Schwab | Thomas M. Gaa | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | tgaa@bbslaw.com | Counsel to Veritas Software Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 22

11/12/2008 7:55 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Bingham McHale LLP | Whitney L Mosby | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-635-8900 | wmosby@binghammchale.com | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |
| Blank Rome LLP | Marc E. Richards | The Chrylser Building | 405 Lexington Avenue | New York | NY | 10174 | | 212-885-5000 | mrichards@blankrome.com | Counsel to Freudenberg-NOK International America, Inc. |
| Bodman LLP | Ralph E. McDowell | 100 Renaissance Center | 34th Floor | Detroit | MI | 48243 | | 313-393-7592 | rmcdowell@bodmanllp.com | Counsel to Freudenberg-NOK; General Partnership; Freudenberg-NOK, Inc.; Flextech, Inc.; Vibracoustic de Mexico, S.A. de C.V.; Lear Corporation; American Axle & Manufacturing, Inc. |
| Bond, Schoeneck & King, PLLC | Camille W. Hill | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | chill@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp. |
| Bond, Schoeneck & King, PLLC | Charles J. Sullivan | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | csullivan@bsk.com | Counsel to Diemolding Corporation |
| Bond, Schoeneck & King, PLLC | Stephen A. Donato | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | sdonato@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp; Diemolding Corporation |
| Bose McKinney & Evans LLP | Michael A Trentadue Carina M de la Torre | 111 Monument Circle Ste 2700 | | Indianapolis | IN | 46204 | | 317-684-5000 | mtrentadue@boselaw.com cdelatorre@boselaw.com | Counsel to Decatur Plastics Products, Inc. and Eikenberry & Associates, Inc.; Lorentson Manufacturing, Company, Inc.; Lorentson Manufacturing Compnay Southwest, Inc.; Lorentson Tooling, Inc.; L & S Tools, Inc. |
| Boult, Cummings, Conners & Berry, PLC | Austin L. McMullen | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | amcmullen@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Boult, Cummings, Conners & Berry, PLC | Roger G. Jones | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | rjones@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Brembo S.p.A. | Massimilliano Cini | Administration Department via Brembo 25 | 24035 Curno BG | Bergamo | | | Italy | 00039-035-605-529 | massimiliano_cini@brembo.it | Creditor |
| Brown & Connery, LLP | Donald K. Ludman | 6 North Broad Street | | Woodbury | NJ | 08096 | | 856-812-8900 | dludman@brownconnery.com | Counsel to SAP America, Inc. |
| Buchalter Nemer, A Profesional Corporation | Shawn M. Christianson | 333 Market Street | 25th Floor | San Francisco | CA | 94105-2126 | | 415-227-0900 | schristianson@buchalter.com | Counsel to Oracle USA, Inc.; Oracle Credit Corporation |
| Buchanan Ingersoll & Rooney | Mary Caloway | The Brandywine Building | 1000 West Street, Suite 1410 | Wilmington | DE | 19801 | | 302-552-4200 | mary.caloway@bipc.com | Counsel to Fiduciary Counselors |
| Buchanan Ingersoll & Rooney | William H. Schorling, Esq. | 1835 Market St. 14th Floor | | Philadelphia | PA | 19103 | | 215-665-5326 | william.schorling@bipc.com | Counsel to Fiduciary Counselors |
| Burr & Forman LLP | Michael Leo Hall | 420 North Twentieth Street | Suite 3100 | Birmingham | AL | 35203 | | (205) 458-5367 | mhall@burr.com | Counsel to Mercedes-Benz U.S. International, Inc. |
| Cadwalader Wickersham & Taft LLP | Jeannine D'Amico | 1201 F St NW Ste 1100 | | Washington | DC | 20004 | | 202-862-2452 | jeannine.damico@cwt.com | Attorneys for the Audit Committee of Delphi Corporation |
| Cahill Gordon & Reindel LLP | Jonathan Greenberg | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | jonathan.greenberg@BASF.COM | Counsel to Engelhard Corporation |
| Cahill Gordon & Reindel LLP | Robert Usadi | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | rusadi@cahill.com | Counsel to Engelhard Corporation |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Calfee, Halter & Griswold LLC | Jean R. Robertson, Esq. | 1400 McDonald Investment Ctr | 800 Superior Ave | Cleveland | OH | 44114 | | 216-622-8404 | jrobertson@calfee.com | Counsel to Brush Engineered materials |
| Calinoff & Katz, LLp | Dorothy H. Marinis-Riggio Robert Calinoff | 140 East 45th Street | 17th Floor | New York | NY | 10017 | | 212-826-8800 | dhriggio@gmail.com rcalinoff@candklaw.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, I |
| Carson Fischer, P.L.C. | Robert A. Weisberg | 300 East Maple Road | Third Floor | Birmingham | MI | 48009-6317 | | 248-644-4840 | rweisberg@carsonfischer.com | Counsel to Cascade Die Casting Group, Inc. |
| Carter Ledyard & Milburn LLP | Aaron R. Cahn | 2 Wall Street | | New York | NY | 10005 | | 212-732-3200 | cahn@clm.com | Counsel to STMicroelectronics, Inc. |
| Chadbourne & Parke LLP | Douglas Deutsch, Esq. | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-408-5100 | ddeutsch@chadbourne.com | Counsel to EagleRock Capital Management, LLC |
| Clark Hill PLC | Joel D. Applebaum | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | japplebaum@clarkhill.com | Counsel to 1st Choice Heating & Cooling, Inc.; BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLC | Shannon Deeby | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | sdeeby@clarkhill.com | Counsel to BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLLC | Robert D. Gordon | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8572 | rgordon@clarkhill.com | Counsel to ATS Automation Tooling Systems Inc. |
| Cleary Gottlieb Steen & Hamilton LLP | Deborah M. Buell | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | maofiling@cgsh.com | Counsel to Arneses Electricos Automotrices, S.A.de C.V.; Cordaflex, S.A. de C.V. |
| Cleary, Gottlieb, Steen & Hamilton LLP | James L. Bromley | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | maofiling@cgsh.com | Counsel to Bear, Stearns, Co. Inc.; Citigroup, Inc.; Credit Suisse First Boston; Deutsche Bank Securities, Inc.; Goldman Sachs Group, Inc.; JP Morgan Chase & Co.; Lehman Brothers, Inc.; Merrill Lynch & Co.; Morgan Stanley & Co., Inc.; UBS Securities, LLC |
| Cohen & Grigsby, P.C. | Thomas D. Maxson | 11 Stanwix Street | 15th Floor | Pittsburgh | PA | 15222-1319 | | 412-297-4706 | tmaxson@cohenlaw.com | Counsel to Nova Chemicals, Inc. |
| Cohen, Weiss & Simon LLP | Joseph J. Vitale Babette Ceccotti | 330 West 42nd Street | | New York | NY | 10036 | | 212-356-0238 | jvitale@cwsny.com bceccotti@cwsny.com | Counsel to International Union, United Automobile, Areospace and Agriculture Implement Works of America (UAW) |
| Cohn Birnbaum & Shea P.C. | Scott D. Rosen, Esq. | 100 Pearl Street, 12th Floor | | Hartford | CT | 06103 | | 860-493-2200 | srosen@cb-shea.com | Counsel to Floyd Manufacturing Co., Inc. |
| Conlin, McKenney & Philbrick, P.C. | Bruce N. Elliott | 350 South Main Street | Suite 400 | Ann Arbor | MI | 48104 | | 734-971-9000 | Elliott@cmplaw.com | Counsel to Brazeway, Inc. |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C. Wisler, Esq. | 1007 N. Orange Street | P.O. Box 2207 | Wilmington | DE | 19899 | | 302-658-9141 | jwisler@cblh.com | Counsel to ORIX Warren, LLC |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 4 of 22

11/12/2008 7:55 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-------|------------------|
| Contrarian Capital Management, L.L.C. | Mark Lee, Janice Stanton, Bill Raine, Seth Lax | 411 West Putnam Avenue | Suite 225 | Greenwich | CT | 06830 | | 203-862-8200 (230) 862-8231 | mlee@contrariancapital.com jstanton@contrariancapital.com wraine@contrariancapital.com solax@contrariancapital.com | Counsel to Contrarian Capital Management, L.L.C. |
| Coolidge Wall Co. LPA | Ronald S. Pretekin | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | Pretekin@coollaw.com | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Company; Attorneys for Columbia Industrial |
| Covington & Burling | Susan Power Johnston Aaron R. Marcu | 620 Eighth Ave | | New York | NY | 10018 | | 212-841-1005 | sjohnston@cov.com | Special Counsel to the Debtor |
| Cox, Hodgman & Giarmarco, P.C. | Sean M. Walsh, Esq. | Tenth Floor Columbia Center | 101 W. Big Beaver Road | Troy | MI | 48084-5280 | | 248-457-7000 | swalsh@chglaw.com | Counsel to Nisshinbo Automotive Corporation |
| Curtin & Heefner, LLP | Daniel P. Mazo | 250 N. Pennslyvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | dpm@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Curtin & Heefner, LLP | Robert  Szwajkos | 250 N. Pennslyvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | rsz@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Cindi Eilbott | 101 Park Avenue | | New York | NY | 10178-0061 | | 212-696-6936 | ceilbott@curtis.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Damon & Morey LLP | William F. Savino | 1000 Cathedral Place | 298 Main Street | Buffalo | NY | 14202-4096 | | 716-856-5500 | wsavino@damonmorey.com | Counsel to Relco, Inc.; The Durham Companies, Inc. |
| David P. Martin | | 519 Energy Center Blvd | Ste 1104 | Northport | AL | 35401 | | 205-343-1771 | davidpmartin@erisacase.com davidpmartin@bellsouth.net | Co-Counsel for David Gargis, Jimmy Mueller, and D. Keith Livingston |
| Day Pitney LLP | Richard M. Meth | P.O. Box 1945 | | Morristown | NJ | 07962-1945 | | 973-966-6300 | rmeth@daypitney.com | Counsel to Marshall E. Campbell Company |
| Day Pitney LLP | Ronald S. Beacher Conrad K. Chiu | 7 Times Square | | New York | NY | 10036 | | 212-297-5800 | rbeacher@daypitney.com cchiu@daypitney.com | Counsel to IBJTC Business Credit Corporation, as successor to IBJ Whitehall Business Credit Corporation |
| Denso International America, Inc. | Carol Sowa | 24777 Denso Drive | | Southfield | MI | 48086 | | 248-372-8531 | carol_sowa@denso-diam.com | Counsel to Denso International America, Inc. |
| DiConza Law, P.C. | Gerard DiConza, Esq. | 630 Third Avenue, 7th Floor | | New York | NY | 10017 | | 212-682-4940 | gdiconza@dlawpc.com | Counsel to Tyz-All Plastics, Inc.; Co-Counsel to Tower Automotive, Inc. |
| Dinsmore & Shohl LLP | John Persiani | 1900 Chemed Center | 255 East Fifth Street | Cincinnati | OH | 45202 | | 513-977-8200 | john.persiani@dinslaw.com | Counsel to The Procter & Gamble Company |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 5 of 22

11/12/2008 7:55 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| DLA Piper Rudnick Gray Cary US LLP | Richard M. Kremen Maria Ellena Chavez-Ruark | The Marbury Building | 6225 Smith Avenue | Baltimore | Maryland | 21209-3600 | | 410-580-3000 | richard.kremen@dlapiper.com | Counsel to Constellation NewEnergy, Inc. & Constellation NewEnergy - Gas Division, LLC |
| Dreier LLP | Maura I. Russell Wendy G. Marcari | 499 Park Ave | 14th Fl | New York | NY | 10022 | | 212-328-6100 | jguerrier@dreierllp.com | Counsel to SPCP Group LLC |
| Drinker Biddle & Reath LLP | Andrew C. Kassner | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | andrew.kassner@dbr.com | Counsel to Penske Truck Leasing Co., L.P. |
| Drinker Biddle & Reath LLP | David B. Aaronson | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | david.aaronson@dbr.com | Counsel to Penske Truck Leasing Co., L.P. and Quaker Chemical Corporation |
| Drinker Biddle & Reath LLP | Janice B. Grubin | 140 Broadway 39th Fl | | New York | NY | 10005-1116 | | 212-248-3140 | janice.grubin@dbr.com | Counsel to Vanguard Distributors, Inc. |
| Duane Morris LLP | Joseph H. Lemkin | 744 Broad Street | Suite 1200 | Newark | NJ | 07102 | | 973-424-2000 | jhlemkin@duanemorris.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC; and Hosiden America Corporation |
| Duane Morris LLP | Margery N. Reed, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | dmdelphi@duanemorris.com | Counsel to ACE American Insurance Company |
| Duane Morris LLP | Wendy M. Simkulak, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | wmsimkulak@duanemorris.com | Counsel to ACE American Insurance Company |
| Dykema Gossett PLLC | Douglas S Parker | 39577 Woodward Ave | Suite 300 | Bloomfield Hills | MI | 48304 | | 248-203-0703 | dparker@dykema.com | Counsel for Federal Screw |
| Dykema Gossett PLLC | Morgan Smith | 10 South Wacker Dr | Suite 2300 | Chicago | IL | 60606 | | 312-627-5679 | mmsmith@dykema.com | Attorneys for Tremont City Barrel Fill PRP Group |
| Dykema Gossett PLLC | Sharon A. Salinas | 10 South Wacker Dr | Suite 2300 | Chicago | IL | 60606 | | 312-627-2199 | ssalinas@dykema.com | Counsel to Tremont City Barrel Fill PRP Group |
| Electronic Data Systems Corporation | Ayala Hassell | 5400 Legacy Dr. | Mail Stop H3-3A-05 | Plano | TX | 75024 | | 212-715-9100 | ayala.hassell@eds.com | Representative for Electronic Data Systems Corporation |
| Entergy Services, Inc. | Alan H. Katz | 639 Loyola Ave 26th Fl | | New Orleans | LA | 70113 | | | akatz@entergy.com | Assistant General Counsel to Entergy Services, Inc |
| Ettelman & Hochheiser, P.C. | Gary Ettelman | c/o Premium Cadillac | 77 Main Street | New Rochelle | NY | 10801 | | 516-227-6300 | gettelman@e-hlaw.com | Counsel to Jon Ballin |
| Farrell Fritz PC | Louis A. Scarcella Patrick T. Collins | 1320 RexCorp Plaza | | Uniondale | NY | 11556-1320 | | 516-227-0700 | lscarcella@farrellfritz.com pcollins@farrellfritz.com | Counsel to Official Committee of Equity Holders |
| Filardi Law Offices LLC | Charles J. Filardi, Jr., Esq. | 65 Trumbull Street | Second Floor | New Haven | CT | 06510 | | 203-562-8588 | charles@filardi-law.com | Counsel to Federal Express Corporation |
| Finkel Goldstein Rosenbloom & Nash LLP | Ted J. Donovan | 26 Broadway | Suite 711 | New York | NY | 10004 | | 212-344-2929 | tdonovan@finkgold.com | Counsel to Pillarhouse (U.S.A.) Inc. |
| Foley & Lardner LLP | David G Dragich | 500 Woodward Ave Suite 2700 | | Detroit | MI | 48226-3489 | | 313-234-7100 | ddragich@foley.com | Counsel to Intermet Corporation |
| Foley & Lardner LLP | Jill L. Murch | 321 North Clark Street | Suite 2800 | Chicago | IL | 60610-4764 | | 312-832-4500 | jmurch@foley.com | Counsel to Kuss Corporation |
| Foley & Lardner LLP | John A. Simon | One Detroit Center | 500 Woodward Ave Suite 2700 | Detroit | MI | 48226-3489 | | 313-234-7100 | jsimon@foley.com | Counsel to Ernst & Young LLP |
| Foley & Lardner LLP | Michael P. Richman | 90 Park Avenue | 37th Floor | New York | NY | 10016-1314 | | 212-682-7474 | mrichman@foley.com | Counsel to Ernst & Young LLP |
| Fox Rothschild LLP | Fred Stevens | 13 East 37th Street | Suite 800 | New York | NY | 10016 | | 212-682-7575 | fstevens@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Fox Rothschild LLP | Michael J. Viscount, Jr. | 1301 Atlantic Avenue | Suite 400 | Atlantic City | NJ | 08401-7212 | | 609-348-4515 | mviscount@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Frederick T. Rikkers | | 419 Venture Court | P.O. Box 930555 | Verona | WI | 53593 | | 608-848-6350 | ftrikkers@rikkerslaw.com | Counsel to Southwest Metal Finishing, Inc. |
| Fulbright & Jaworski LLP | David A Rosenzweig | 666 Fifth Avenue | | New York | NY | 10103-3198 | | 212-318-3000 | drosenzweig@fulbright.com | Counsel to Southwest Research Institute Attorney for Solvay Fluorides, LLC |
| Fulbright & Jaworski LLP | Michael M Parker | 300 Convent St Ste 2200 | | San Antonio | TX | 78205 | | 210-224-5575 | mparker@fulbright.com | Counsel to Southwest Research Institute |
| Genovese Joblove & Battista, P.A. | David C. Cimo | 100 S.E. 2nd Street | Suite 4400 | Miami | FL | 33131 | | 305-349-2300 | dcimo@gjb-law.com | Counsel to Ryder Integrated Logistics, Inc. |
| Gibbons P.C. | David N. Crapo | One Gateway Center | | Newark | NJ | 07102-5310 | | 973-596-4523 | dcrapo@gibbonslaw.com | Counsel to Epcos, Inc. |
| Goldberg Segalla LLP | Attn Bruce W Hoover | 665 Main St Ste 400 | | Buffalo | NY | 14203 | | 716-566-5400 | bhoover@goldbergsegalla.com | Attorneys for MasTec Inc. |
| Goodwin Proctor LLP | Allan S. Brilliant | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | abrilliant@goodwinproctor.com | Counsel to UGS Corp. |
| Goodwin Proctor LLP | Craig P. Druehl | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | cdruehl@goodwinproctor.com | Counsel to UGS Corp. |
| Gorlick, Kravitz & Listhaus, P.C. | Barbara S. Mehlsack | 17 State Street | 4th Floor | New York | NY | 10004 | | 212-269-2500 | bmehlsack@gkllaw.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Goulston & Storrs, P.C. | Peter D. Bilowz | 400 Atlantic Avenue | | Boston | MA | 02110-333 | | 617-482-1776 | pbilowz@goulstonstorrs.com | Counsel to Thermotech Company |
| Grant & Eisenhofer P.A. | James J Sabella | 485 Lexington Ave | | New York | NY | 10017 | | 646-722-8520 | jsabella@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississipp; Raifeisen Kapitanlanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Grant & Eisenhofer P.A. | Jay W. Eisenhofer | 45 Rockefeller Center | 650 Fifth Avenue | New York | NY | 10111 | | 212-755-6501 | jeisenhofer@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississipp; Raifeisen Kapitanlanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Gratz, Miller & Brueggeman, S.C. | Matthew R. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | mrr@previant.com | Counsel to International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Graydon Head & Ritchey LLP | J. Michael Debbler, Susan M. Argo | 1900 Fifth Third Center | 511 Walnut Street | Cincinnati | OH | 45202 | | 513-621-6464 | mdebbeler@graydon.com | Counsel to Grote Industries; Batesville Tool & Die; PIA Group; Reliable Castings |
| Greenberg Traurig, LLP | Maria J. DiConza | MetLife Bldg | 200 Park Avenue | New York | NY | 10166 | | 212-801-9200 | diconzam@gtlaw.com | Counsel to Samtech Corporation |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-------|------------------|
| Greenberg Traurig, LLP | Shari L. Heyen | 1000 Louisiana | Suite 1800 | Houston | TX | 77002 | | 713-374-3500 | heyens@gtlaw.com | Counsel to Samtech Corporation |
| Greensfelder, Hemker & Gale, P.C. | Cherie Macdonald J. Patrick Bradley | 10 S. Broadway | Suite 200 | St. Louis | MO | 63102 | | 314-241-9090 | ckm@greensfelder.com jpb@greensfelder.com | Counsel to ARC Automotive, Inc. |
| Halperin Battaglia Raicht, LLP | Alan D. Halperin Christopher J.Battaglia Julie D. Dyas | 555 Madison Avenue | 9th Floor | New York | NY | 10022 | | 212-765-9100 | cbattaglia@halperinlaw.net ahalperin@halperinlaw.net jdyas@halperinlaw.net | Counsel to Pacific Gas Turbine Center, LLC and Chromalloy Gas Turbine Corporation; ARC Automotive, Inc |
| Hancock & Estabrook LLP | R John Clark Esq | 1500 Tower I | PO Box 4976 | Syracuse | NY | 13221-4976 | | 315-471-3151 | rjclark@hancocklaw.com | Counsel to Alliance Precision Plastics Corporation |
| Harris D. Leinwand | Harris D. Leinwand | 350 Fifth Avenue | Suite 2418 | New York | NY | 10118 | | 212-725-7338 | hleinwand@aol.com | Counsel to Baker Hughes Incorporated; Baker Petrolite Corporation |
| Haynes and Boone, LLP | Judith Elkin | 153 East 53rd Street | Suite 4900 | New York | NY | 10022 | | 212-659-7300 | judith.elkin@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Haynes and Boone, LLP | Lenard M. Parkins Kenric D. Kattner | 1 Houston Center | 1221 McKinney, Suite 2100 | Houston | TX | 77010 | | 713-547-2000 | lenard.parkins@haynesboone.com kenric.kattner@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Herrick, Feinstein LLP | Paul Rubin | 2 Park Avenue | | New York | NY | 10016 | | 212-592-1448 | prubin@herrick.com | Counsel to Canon U.S.A., Inc. and Schmidt Technology GmbH |
| Hewlett-Packard Company | Anne Marie Kennelly | 3000 Hanover St., M/S 1050 | | Palo Alto | CA | 94304 | | 650-857-6902 | anne.kennelly@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Kenneth F. Higman | 2125 E. Katella Avenue | Suite 400 | Anaheim | CA | 92806 | | 714-940-7120 | ken.higman@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Sharon Petrosino | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | | 908-898-4760 | sharon.petrosino@hp.com | Counsel to Hewlett-Packard Financial Services Company |
| Hiscock & Barclay, LLP | J. Eric Charlton | 300 South Salina Street | PO Box 4878 | Syracuse | NY | 13221-4878 | | 315-425-2716 | echarlton@hiscockbarclay.com | Counsel to GW Plastics, Inc. |
| Hodgson Russ LLP | Julia S. Kreher | One M&T Plaza | Suite 2000 | Buffalo | NY | 14203 | | 716-848-1330 | jkreher@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hodgson Russ LLP | Stephen H. Gross, Esq. | 60 E 42nd St 37th Fl | | New York | NY | 10165-0150 | | 212-661-3535 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation, Co-Counsel for Yazaki North America, Inc. |
| Hogan & Hartson L.L.P. | Audrey Moog | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | amoog@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Edward C. Dolan | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | ecdolan@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Scott A. Golden | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | sagolden@hhlaw.com | Counsel to XM Satellite Radio Inc. |
| Holme Roberts & Owen, LLP | Elizabeth K. Flaagan | 1700 Lincoln | Suite 4100 | Denver | CO | 80203 | | 303-861-7000 | elizabeth.flaagan@hro.com | Counsel to CoorsTek, Inc.; Corus, L.P. |
| Honigman, Miller, Schwartz and Cohn, LLP | Donald T. Baty, Jr. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7314 | dbaty@honigman.com | Counsel to Fujitsu Ten Corporation of America |
| Honigman, Miller, Schwartz and Cohn, LLP | E. Todd Sable | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7548 | tsable@honigman.com | Counsel to Valeo Climate Control Corp.; Valeo Electrical Systems, Inc. - Motors and Actuators Division;Valeo Electrical Systems, Inc. - Wipers Division; Valeo Switches & Detection System, Inc. |
| Honigman, Miller, Schwartz and Cohn, LLP | Lawrence J. Murphy | 2290 First National Building | 660 Woodward Ave | Detroit | MI | 48226 | | 313-465-7488 | lmurphy@honigman.Com | Attorneys for Guide Corporation and Lightsource Parent Corporation |
| Honigman, Miller, Schwartz and Cohn, LLP | Seth A Drucker | 2290 First National Building | 660 Woodward Avenue Ste 2290 | Detroit | MI | 48226 | | 313-465-7626 | sdrucker@honigman.com | Counsel for Valeo Climate Control, Corp. |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Howard & Howard Attorneys PC | Lisa S Gretchko | 39400 Woodward Ave | Ste 101 | Bloomfield Hills | MI | 48304-5151 | | 248-723-0396 | lgretchko@howardandhoward.com | Intellectual Property Counsel for Delphi Corporation, et al. |
| Howick, Westfall, McBryan & Kaplan, LLP | Louis G. McBryan | 3101 Tower Creek Parkway | Ste 600 One Tower Creek | Atlanta | GA | 30339 | | 678-384-7000 | lmcbryan@hwmklaw.com | Counsel to Vanguard Distributors, Inc. |
| Hunter & Schank Co. LPA | John J. Hunter | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | | 419-255-4300 | jrhunter@hunterschank.com | Counsel to ZF Group North America Operations, Inc. |
| Hunter & Schank Co. LPA | Thomas J. Schank | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | | 419-255-4300 | tomschank@hunterschank.com | Counsel to ZF Group North America Operations, Inc. |
| Hunton & Wiliams LLP | Michael P. Massad, Jr. | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | mmassad@hunton.com | Counsel to RF Monolithics, Inc. |
| Hunton & Wiliams LLP | Steven T. Holmes | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | sholmes@hunton.com | Counsel to RF Monolithics, Inc. |
| Hurwitz & Fine P.C. | Ann E. Evanko | 1300 Liberty Building | | Buffalo | NY | 14202 | | 716-849-8900 | aee@hurwitzfine.com | Counsel to Jiffy-Tite Co., Inc. |
| Ice Miller | Ben T. Caughey | One American Square | Box 82001 | Indianapolis | IN | 46282-0200 | | 317-236-2100 | Ben.Caughey@icemiller.com | Counsel to Sumco, Inc. |
| Infineon Technologies North America Corporation | Greg Bibbes | 1730 North First Street | M/S 11305 | San Jose | CA | 95112 | | 408-501-6442 | greg.bibbes@infineon.com | General Counsel & Vice President for Infineon Technologies North America Corporation |
| Infineon Technologies North America Corporation | Jeff Gillespie | 2529 Commerce Drive | Suite H | Kokomo | IN | 46902 | | 765-454-2146 | jeffery.gillispie@infineon.com | Global Account Manager for Infineon Technologies North America |
| InPlay Technologies Inc | Heather Beshears | 234 South Extension Road | | Mesa | AZ | 85201 | | | heather@inplaytechnologies.com | Creditor |
| International Union of Operating Engineers | Richard Griffin | 1125-17th Avenue, N.W. | | Washington | DC | 20036 | | 202-429-9100 | rgriffin@iuoe.org | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Jackson Walker LLP | Bruce J. Ruzinsky / Desiree K. Killen | 1401 McKinney St Ste 1900 | | Houston | TX | 77010 | | 713-751-4200 | bruzinsky@jw.com / dkillen@jw.com | Counsel to Constellation NewEnergy, Inc. |
| Jackson Walker LLP | Heather M. Forrest | 901 Main St Ste 600 | | Dallas | TX | 75202 | | 214-953-6000 | hforrest@jw.com | Counsel to Constellation NewEnergy, Inc. |
| Jaffe, Raitt, Heuer & Weiss, P.C. | Paige E. Barr | 27777 Franklin Road | Suite 2500 | Southfield | MI | 48034 | | 248-351-3000 | pbarr@jaffelaw.com | Counsel to Trutron Corporation |
| James R Scheuerle | Parmenter O'Toole | 601 Terrace Street | PO Box 786 | Muskegon | MI | 49443-0786 | | 231-722-1621 | JRS@Parmenterlaw.com | Counsel to Port City Die Cast and Port City Group Inc |
| Jason, Inc. | Will Schultz, General Counsel | 411 E. Wisconsin Ave | Suite 2120 | Milwaukee | WI | 53202 | | 414-277-2110 | wschultz@jasoninc.com | General Counsel to Jason Incorporated |
| Jenner & Block LLP | Ronald R. Peterson | One IBM Plaza | | Chicago | IL | 60611 | | 312-222-9350 | rpeterson@jenner.com | Counsel to SPX Corporation (Contech Division), Alcan Rolled Products-Ravenswood, LLC, Tenneco Inc. and Contech LLC |
| Johnston, Harris Gerde & Komarek, P.A. | Jerry W. Gerde, Esq. | 239 E. 4th St. | | Panama City | FL | 32401 | | 850-763-8421 | gerdekomarek@bellsouth.net | Counsel to Peggy C. Brannon, Bay County Tax Collector |
| Jones Day | Corinne Ball | 222 East 41st Street | | New York | NY | 10017 | | 212-326-7844 | cball@jonesday.com | Counsel to WL. Ross & Co., LLC |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Jones Day | Scott J. Friedman | 222 East 41st Street | | New York | NY | 10017 | | 212-326-3939 | sjfriedman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Katten Muchin Rosenman LLP | John P. Sieger, Esq. | 525 West Monroe Street | | Chicago | IL | 60661 | | 312-902-5200 | john.sieger@kattenlaw.com | Counsel to TDK Corporation America and MEMC Electronic Materials, Inc. |
| Kaye Scholer LLP | Richard G Smolev | 425 Park Avenue | | New York | NY | 10022-3598 | | 212-236-8000 | rsmolev@kayescholer.com | Counsel to InPlay Technologies Inc |
| Kegler, Brown, Hill & Ritter Co., LPA | Kenneth R. Cookson | 65 East State Street | Suite 1800 | Columbus | OH | 43215 | | 614-426-5400 | kcookson@keglerbrown.com | Counsel to Solution Recovery Services |
| Keller Rohrback L.L.P. | Lynn Lincoln Sarko Cari Campen Laufenberg Erin M. Rily | 1201 Third Avenue | Suite 3200 | Seattle | WA | 98101 | | 206-623-1900 | lsarko@kellerrohrback.com claufenberg@kellerrohrback.com eriley@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Keller Rohrback P.L.C. | Gary A. Gotto | National Bank Plaza | 3101 North Central Avenue, Suite 900 | Phoenix | AZ | 85012 | | 602-248-0088 | ggotto@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Kelley Drye & Warren, LLP | Craig A. Wolfe | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | cwolfe@kelleydrye.com | Counsel to the Pension Benefit Guaranty Corporation |
| Kelley Drye & Warren, LLP | Joseph Boyle | 200 Kimball Dr | | Parsippany | NJ | 07054 | | 973-503-5900 | jboyle@kelleydrye.com | Counsel to the Pension Benefit Guaranty Corporation |
| Kelley Drye & Warren, LLP | Merrill B. Stone | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | mstone@kelleydrye.com | Counsel to the Pension Benefit Guaranty Corporation |
| Kennedy, Jennick & Murray | Larry Magarik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | lmagarik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Susan M. Jennik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | sjennik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Thomas Kennedy | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | tkennedy@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 10 of 22

11/12/2008 7:55 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-------|-------------------|
| King & Spalding, LLP | Daniel Egan | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | degan@kslaw.com | Counsel to KPMG LLP |
| King & Spalding, LLP | H. Slayton Dabney, Jr. | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | sdabney@kslaw.com | Counsel to KPMG LLP |
| Kirkland & Ellis LLP | Jim Stempel | 200 East Randolph Drive | | Chicago | IL | 60601 | | 312-861-2000 | jstempel@kirkland.com | Counsel to Lunt Mannufacturing Company |
| Kirkpatrick & Lockhart Nicholson Graham LLP | Edward M. Fox | 599 Lexington Avenue | | New York | NY | 10022 | | 212-536-4812 | efox@klng.com | Counsel to Wilmington Trust Company, as Indenture trustee |
| Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A. | Sam O. Simmerman | 4775 Munson Street N.W. | P.O. Box 36963 | Canton | OH | 44735-6963 | | 330-497-0700 | sosimmerman@kwgd.com | Counsel to for Millwood, Inc. |
| Kutak Rock LLP | Jay Selanders | 1010 Grand Blvd Ste 500 | | Kansas City | MO | 64106 | | 816-502-4617 | jay.selanders@kutakrock.com | Counsel to DaimlerChrysler Corporation; DaimlerChrysler Motors Company, LLC; DaimlerChrysler Canada, Inc. |
| Kutchin & Rufo, P.C. | Edward D. Kutchin | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | ekutchin@kutchinrufo.com | Counsel to Parlex Corporation |
| Kutchin & Rufo, P.C. | Kerry R. Northrup | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | knorthup@kutchinrufo.com | Counsel to Parlex Corporation |
| Lambert, Leser, Isackson, Cook & Guinta, P.C. | Susan M. Cook | 309 Davidson Building | PO Box 835 | Bay City | MI | 48707-0835 | | 989-893-3518 | smcook@lambertleser.com | Counsel to Linamar Corporation |
| Latham & Watkins | Mark A. Broude | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1384 | mark.broude@lw.com | UCC Professional |
| Latham & Watkins | Michael J. Riela | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | michael.riela@lw.com | UCC Professional |
| Latham & Watkins | Mitchell A. Seider | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | mitchell.seider@lw.com | UCC Professional |
| Latham & Watkins | Robert Rosenberg | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1370 | robert.rosenberg@lw.com | UCC Professional |
| Law Offices of Michael O'Hayer | Michael O'Hayer Esq | 22 N Walnut Street | | West Chester | PA | 19380 | | 610-738-1230 | mkohayer@aol.com | Counsel to A-1 Specialized Services and Supplies Inc |
| Lewis and Roca LLP | Rob Charles, Esq. | One South Church Street | Suite 700 | Tucson | AZ | 85701 | | 520-629-4427 | rcharles@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Lewis and Roca LLP | Susan M. Freeman, Esq. | 40 North Central Avenue | Suite 1900 | Phoenix | AZ | 85004-4429 | | 602-262-5756 | sfreeman@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Linear Technology Corporation | John England, Esq. | General Counsel for Linear Technology Corporation | 1630 McCarthy Blvd. | Milpitas | CA | 95035-7417 | | 408-432-1900 | jengland@linear.com | Counsel to Linear Technology Corporation |
| Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | 1949 South IH 35 (78741) | P.O. Box 17428 | Austin | TX | 78760-7428 | | 512-447-6675 | austin.bankruptcy@publicans.com | Counsel to Cameron County, Brownsville ISD |
| Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | 2323 Bryan Street | Suite 1600 | Dallas | TX | 75201 | | 214-880-0089 | dallas.bankruptcy@publicans.com | Counsel to Dallas County and Tarrant County |
| Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | P.O. Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3478 | houston_bankruptcy@publicans.com | Counsel in Charge for Taxing Authorities: Cypress-Fairbanks Independent School District, City of Houston, Harris County |
| Locke Lord Bissell & Liddell | Kevin J. Walsh | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | | 212-812-8304 | kwalsh@lockelord.com | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| Locke Lord Bissell & Liddell | Timothy S. McFadden | 111 South Wacker Drive | | Chicago | IL | 60606 | | 312-443-0370 | tmcfadden@lockelord.com | Counsel to Methode Electronics, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 11 of 22

11/12/2008 7:55 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Loeb & Loeb LLP | P. Gregory Schwed | 345 Park Avenue | | New York | NY | 10154-0037 | | 212-407-4000 | gschwed@loeb.com | Counsel to Creditor The Interpublic Group of Companies, Inc. and Proposed Auditor Deloitte & Touche, LLP |
| Loeb & Loeb LLP | William M. Hawkins | 345 Park Avenue | | New York | NY | 10154 | | 212-407-4000 | whawkins@loeb.com | Counsel to Industrial Ceramics Corporation |
| Lowenstein Sandler PC | Bruce S. Nathan | 1251 Avenue of the Americas | | New York | NY | 10020 | | 212-262-6700 | bnathan@lowenstein.com | Counsel to Daewoo International (America) Corp. |
| Lowenstein Sandler PC | Ira M. Levee | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | ilevee@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Kenneth A. Rosen | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | krosen@lowenstein.com | Counsel to Cerberus Capital Management, L.P. |
| Lowenstein Sandler PC | Michael S. Etikin | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | metkin@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Scott Cargill | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | scargill@lowenstein.com | Counsel to Cerberus Capital Management, L.P.; AT&T Corporation |
| Lowenstein Sandler PC | Vincent A. D'Agostino | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | vdagostino@lowenstein.com | Counsel to AT&T Corporation |
| Lyden, Liebenthal & Chappell, Ltd. | Erik G. Chappell | 5565 Airport Highway | Suite 101 | Toledo | OH | 43615 | | 419-867-8900 | egc@lydenlaw.com | Counsel to Metro Fibres, Inc. |
| Maddin, Hauser, Wartell, Roth & Heller PC | Alexander Stotland Esq | 28400 Northwestern Hwy | Third Floor | Southfield | MI | 48034 | | 248-354-4030 | axs@maddinhauser.com | Attorney for Danice Manufacturing Co. |
| Madison Capital Management | Joe Landen | 6143 South Willow Drive | Suite 200 | Greenwood Village | CO | 80111 | | 303-957-4254 | jlanden@madisoncap.com | Representative for Madison Capital Management |
| Margulies & Levinson, LLP | Leah M. Caplan, Esq. | 30100 Chagrin Boulevard | Suite 250 | Pepper Pike | OH | 44124 | | 216-514-4935 | lmc@ml-legal.com | Counsel to Venture Plastics |
| Mastromarco & Jahn, P.C. | Victor J. Mastromarco, Jr. | 1024 North Michigan Avenue | P.O. Box 3197 | Saginaw | MI | 48605-3197 | | 989-752-1414 | vmastromar@aol.com | Counsel to H.E. Services Company and Robert Backie and Counsel to Cindy Palmer, Personal Representative to the Estate of Michael Palmer |
| Masuda Funai Eifert & Mitchell, Ltd. | Gary D. Santella | 203 North LaSalle Street | Suite 2500 | Chicago | IL | 60601-1262 | | 312-245-7500 | gsantella@masudafunai.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC and Hosiden America Corporation |
| McCarter & English, LLP | David J. Adler, Jr. Esq. | 245 Park Avenue, 27th Floor | | New York | NY | 10167 | | 212-609-6800 | dadler@mccarter.com | Counsel to Ward Products, LLC |
| McCarter & English, LLP | Eduardo J. Glas, Esq. | Four Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4096 | | 913-622-4444 | eglas@mccarter.com | Counsel to General Products Delaware Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 12 of 22

11/12/2008 7:55 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-------|------------------|
| McCarthy Tetrault LLP | John J. Salmas Lorne P. Salzman | 66 Wellington Street West | Suite 4700 | Toronto | Ontario | M5K 1E6 | | 416-362-1812 | jsalmas@mccarthy.ca lsalzman@mccarthy.ca | Counsel to Themselves (McCarthy Tetrault LLP) |
| McDermott Will & Emery LLP | Gary O. Ravert | 340 Madison Avenue | | New York | NY | 10017-1922 | | 212-547-5477 | gravert@mwe.com | Counsel for Temic Automotive of North America, Inc. |
| McDermott Will & Emery LLP | James M. Sullivan | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5477 | jmsullivan@mwe.com | Counsel to Linear Technology Corporation, National Semiconductor Corporation; Timken Corporation |
| McDermott Will & Emery LLP | Stephen B. Selbst | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5400 | sselbst@mwe.com | Counsel to National Semiconductor Corporation |
| McDermott Will & Emery LLP | Steven P. Handler Monica M. Quinn | 227 W Monroe St | | Chicago | IL | 60606 | | 312-372-2000 | shandler@mwe.com mquinn@mwe.com | Counsel for Temic Automotive of North America, Inc. |
| McDonald Hopkins Co., LPA | Scott N. Opincar, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | sopincar@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McDonald Hopkins Co., LPA | Shawn M. Riley, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | sriley@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Jeffrey Bernstein, Esq. | Three Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4079 | | 973-622-7711 | jbernstein@mdmc-law.com | Counsel to New Jersey Self-Insurers Guaranty Association |
| McGuireWoods LLP | Aaron G McCollough Esq | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | | 804-775-1000 | amccollough@mcguirewoods.com | Counsel to Siemens Energy & Automation, Inc. |
| McGuireWoods LLP | Daniel F Blanks | One James Center | 901 East Cary Street | Richmond | VA | 23219 | | 804-775-1000 | dblanks@mcguirewoods.com | Counsel for CSX Transportation, Inc. |
| McGuireWoods LLP | John H Maddock III | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | | 804-775-1178 | jmaddock@mcguirewoods.com | Counsel to Siemens Logistics Assembly Systems, Inc.; Counsel for CSX Transportation, Inc. |
| Meyer, Suozzi, English & Klein, P.C. | Attn Thomas R Slome Esq | 990 Stewart Ave Ste 300 | PO Box 9194 | Garden City | NY | 11530-9194 | | 516-741-6565 | tslome@msek.com | Counsel for Pamela Geller |
| Meyer, Suozzi, English & Klein, P.C. | Hanan Kolko | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | hkolko@msek.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Meyer, Suozzi, English & Klein, P.C. | Lowell Peterson, Esq. | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | lpeterson@msek.com | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Meyers Law Group, P.C. | Merle C. Meyers | 44 Montgomery Street | Suite 1010 | San Francisco | CA | 94104 | | 415-362-7500 | mmeyers@mlg-pc.com | Counsel to Alps Automotive, Inc. |
| Meyers, Rodbell & Rosenbaum, P.A. | M. Evan Meyers | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | emeyers@mrrlaw.net | Counsel to Prince George County, Maryland |
| Meyers, Rodbell & Rosenbaum, P.A. | Robert H. Rosenbaum | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | rrosenbaum@mrrlaw.net | Counsel to Prince George County, Maryland |
| Miami-Dade County Tax Collector | April Burch | Paralegal Unit | 140 West Flagler St Ste 1403 | Miami | FL | 33130 | | 305-375-5314 | mdtcbkc@miamidade.gov | Paralegal Collection Specialist for Miami-Dade County |
| Michael Cox | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | miag@michigan.gov | Attorney General for State of Michigan, Department of Treasury |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Dennis J. Raterink | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | raterinkd@michigan.gov | Assistant Attorney General for Worker's Compensation Agency |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Michael Cox | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | miag@michigan.gov | Attorney General for Worker's Compensation Agency |
| Michigan Heritage Bank | Janice M. Donahue | 28300 Orchard Lake Rd | Ste 200 | Farmington Hills | MI | 48334 | | 248-538-2529 | jdonahue@miheritage.com | Counsel to  Michigan Heritage Bank; MHB Leasing, Inc. |
| Miles & Stockbridge, P.C. | Thomas D. Renda | 10 Light Street | | Baltimore | MD | 21202 | | 410-385-3418 | trenda@milesstockbridge.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Miller & Martin PLLC | Dale Allen | 150 Fourth Ave North | Ste 1200 | Nashville | TN | 37219 | | | vjones@millermartin.com | Counsel to Averitt Express |
| Miller Johnson | Thomas P. Sarb Robert D. Wolford | 250 Monroe Avenue, N.W. | Suite 800, PO Box 306 | Grand Rapids | MI | 49501-0306 | | 616-831-1748 616-831-1726 | sarbt@millerjohnson.com wolfordr@millerjohnson.com | Counsel to Pridgeon & Clay, Inc. |
| Miller, Canfield, Paddock and Stone, P.L.C. | Jonathan S. Green | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8452 | greenj@millercanfield.com | Counsel to Wells Operating Partnership, LP |
| Miller, Canfield, Paddock and Stone, P.L.C. | Timothy A. Fusco | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8435 | fusco@millercanfield.com | Counsel to Niles USA Inc.; Techcentral, LLC; The Bartech Group, Inc.; Fischer Automotive Systems |
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Paul J. Ricotta | One Financial Center | | Boston | MA | 02111 | | 617-542-6000 | pjricotta@mintz.com pricotta@mintz.com | Counsel to Hitachi Automotive Products (USA), Inc. and Conceria Pasubio |
| Molex Connector Corp | Jeff Ott | 2222 Wellington Ct. | | Lisle | IL | 60532 | | 630-527-4254 | Jeff.Ott@molex.com | Counsel to Molex Connector Corp |
| Morgan, Lewis & Bockius LLP | Andrew D. Gottfried | 101 Park Avenue | | New York | NY | 10178-0060 | | 212-309-6000 | agottfried@morganlewis.com | Counsel to ITT Industries, Inc.; Hitachi Chemical (Singapore), Ltd. |
| Morgan, Lewis & Bockius LLP | Menachem O. Zelmanovitz | 101 Park Avenue | | New York | NY | 10178 | | 212-309-6000 | mzelmanovitz@morganlewis.com | Counsel to Hitachi Chemical (Singapore) Pte, Ltd. |
| Morgan, Lewis & Bockius LLP | Richard W. Esterkin, Esq. | 300 South Grand Avenue | | Los Angeles | CA | 90017 | | 213-612-1163 | resterkin@morganlewis.com | Counsel to Sumitomo Corporation |
| Moritt Hock Hamroff & Horowitz LLP | Leslie Ann Berkoff | 400 Garden City Plaza | | Garden City | NY | 11530 | | 516-873-2000 | lberkoff@moritthock.com | Counsel to Standard Microsystems Corporation and its direct and indirect subsidiares Oasis SiliconSystems AG and SMSC NA Automotive, LLC (successor-in-interst to Oasis Silicon Systems, Inc.) |
| Morrison Cohen LLP | Michael R. Dal Lago | 909 Third Avenue | | New York | NY | 10022 | | 212-735-8757 | mdallago@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Munsch Hardt Kopf & Harr, P.C. | Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq. and Davor Rukavina, Esq. | 3800 Lincoln Plaza | 500 North Akard Street | Dallas | RX | 75201-6659 | | 214-855-7590 214-855-7561 214-855-7587 | rurbanik@munsch.com jwielebinski@munsch.com drukavina@munsch.com | Counsel to Texas Instruments Incorporated |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 14 of 22

11/12/2008 7:55 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Nantz, Litowich, Smith, Girard & Hamilton, P.C. | Sandra S. Hamilton | 2025 East Beltline, S.E. | Suite 600 | Grand Rapids | MI | 49546 | | 616-977-0077 | sandy@nlsg.com | Counsel to Lankfer Diversified Industries, Inc. |
| Nathan, Neuman & Nathan, P.C. | Kenneth A. Nathan | 29100 Northwestern Highway | Suite 260 | Southfield | MI | 48034 | | 248-351-0099 | Knathan@nathanneuman.com | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| National City Commercial Capital | Lisa M. Moore | 995 Dalton Avenue | | Cincinnati | OH | 45203 | | 513-455-2390 | lisa.moore2@nationalcity.com | Vice President and Senior Counsel to National City Commercial Capital |
| National Renewable Energy Laboratory | Marty Noland Principal Attorney | 1617 Golden Blvd | Legal Office, Mail Stop 1734 | Golden | CO | 80401 | | 303-384-7550 | marty_noland@nrel.gov | Counsel for National Renewable Energy Laboratory |
| Nelson Mullins Riley & Scarborough | George B. Cauthen | 1320 Main Street, 17th Floor | PO Box 11070 | Columbia | SC | 29201 | | 803-7255-9425 | george.cauthen@nelsonmullins.com | Counsel to Datwyler Rubber & Plastics, Inc.; Datwyler, Inc.; Datwyler i/o devices (Americas), Inc.; Rothrist Tube (USA), Inc. |
| New Jersey Attorney General's Office Division of Law | Tracy E Richardson Deputy Attorney General | R.J. Hughes Justice Complex | 25 Market St P.O. Box 106 | Trenton | NJ | 08628-0106 | | 609-292-1537 | tracy.richardson@dol.lps.state.nj.us | Deputy Attorney General - State of New Jersey Division of Taxation |
| North Point | David G. Heiman | 901 Lakeside Avenue | | Cleveland | OH | 44114 | | 216-586-3939 | dgheiman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Office of the Chapter 13 Trustee | Camille Hope | P.O. Box 954 | | Macon | GA | 31202 | | 478-742-8706 | cahope@chapter13macon.com | Office of the Chapter 13 Trustee |
| Office of the Texas Attorney General | Jay W. Hurst | P.O. Box 12548 | | Austin | TX | 78711-2548 | | 512-475-4861 | jay.hurst@oag.state.tx.us | Counsel to The Texas Comptroller of Public Accounts |
| Ohio Environmental Protection Agency | c/o Michelle T. Sutter | Principal Assistant Attorney General Environmental Enforcement Section | 30 E Broad St 25th Fl | Columbus | OH | 43215 | | 614-466-2766 | msutter@ag.state.oh.us | Attorney for State of Ohio, Environmental Protection Agency |
| Orbotech, Inc. | Michael M. Zizza, Legal Manager | 44 Manning Road | | Billerica | MA | 01821 | | 978-901-5025 | michaelz@orbotech.com | Company |
| O'Rourke Katten & Moody | Michael Moody | 55 W Wacker Dr | Ste 1400 | Chicago | IL | 60615 | | 312-849-2020 | mmoody@orourkeandmoody.com | Counsel to Ameritech Credit Corporation d/b/a SBC Capital Services |
| Orrick, Herrington & Sutcliffe LLP | Alyssa Englund, Esq. | 666 Fifth Avenue | | New York | NY | 10103 | | 212-506-5187 | aenglund@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Frederick D. Holden, Jr., Esq. | 405 Howard Street | | San Francisco | CA | 94105 | | 415-773-5700 | fholden@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Jonathan P. Guy | Columbia Center | 1152 15th St NW | Washington | DC | 20005-1706 | | 202-339-8400 | jguy@orrick.com | Counsel to Westwood Associates, Inc. |
| Orrick, Herrington & Sutcliffe LLP | Raniero D'Aversa, Jr. | 666 Fifth Avenue | | New York | NY | 10103-0001 | | 212-506-3715 | Rdaversa@orrick.com | Counsel to Bank of America, N.A. |
| Orrick, Herrington & Sutcliffe LLP | Richard H. Wyron | Columbia Center | 1152 15th St NW | Washington | DC | 20005-1706 | | 202-339-8400 | rwyron@orrick.com | Counsel to Westwood Associates, Inc. |
| Pachulski Stang Ziehl & Jones LLP | Michael R. Seidl | 919 N. Market Street, 17th Floor | P.O. Box 8705 | Wilmington | DE | 19899-8705 | | 302-652-4100 | mseidl@pszjlaw.com | Counsel for Essex Group, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 15 of 22

11/12/2008 7:55 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | Robert J. Feinstein Ilan D. Scharf | 780 Third Avenue, 36th Floor | | New York | NY | 10017-2024 | | 212-561-7700 | Rfeinstein@pszjlaw.com Ischarf@pszjlaw.com | Counsel for Essex Group, Inc. |
| Patterson Belknap Webb & Tyler LLP | David W. Dykhouse Phyllis S. Wallitt | 1133 Avenue of the Americas | | New York | NY | 10036-6710 | | 212-336-2000 | dwdykhouse@pbwt.com | Attorneys for Fry's Metals Inc. and Specialty Coatings Systems Eft |
| Paul H. Spaeth Co. LPA | Paul H. Spaeth | 130 W Second St Ste 450 | | Dayton | OH | 45402 | | 937-223-1655 | spaethlaw@phslaw.com | Attorneys for F&G Multi-Slide Inc and F&G Tool & Die Co. Inc. |
| Paul, Weiss, Rifkind, Wharton & Garrison | Andrew N. Rosenberg | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | arosenberg@paulweiss.com | Counsel to Merrill Lynch, Pierce, Fenner & Smith, Incorporated |
| Paul, Weiss, Rifkind, Wharton & Garrison | Douglas R. Davis | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | ddavis@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Elizabeth R. McColm | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | emccolm@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Stephen J. Shimshak | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3133 | sshimshak@paulweiss.com | Counsel to Ambrake Corporation |
| Peggy Housner | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | housnerp@michigan.gov | Assistant Attorney General for State of Michigan, Department of Treasury |
| Pepe & Hazard LLP | Kristin B. Mayhew | 30 Jelliff Lane | | Southport | CT | 06890-1436 | | 203-319-4022 | kmayhew@pepehazard.com | Counsel for Illinois Tool Works Inc., Illinois Tool Works for Hobart Brothers Co., Hobart Brothers Company, ITW Food Equipment Group LLC and Tri-Mark, Inc. |
| Pepper, Hamilton LLP | Anne Marie Aaronson | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | aaronsona@pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper, Hamilton LLP | Francis J. Lawall | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | lawallf@pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper, Hamilton LLP | Henry Jaffe | 1313 Market Street | PO Box 1709 | Wilmington | DE | 19899-1709 | | 302-777-6500 | jaffeh@pepperlaw.com | Counsel to SKF USA, Inc. |
| Pickrel Shaeffer & Ebeling | Sarah B. Carter Esq | 2700 Kettering Tower | | Dayton | OH | 45423-2700 | | 937-223-1130 | scarter@pselaw.com | |
| Pierce Atwood LLP | Jacob A. Manheimer | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | jmanheimer@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pierce Atwood LLP | Keith J. Cunningham | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | kcunningham@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pietragallo Bosick & Gordon LLP | Richard J. Parks | 54 Buhl Blvd | | Sharon | PA | 16146 | | 724-981-1397 | rjp@pbandg.com | Counsel to Ideal Tool Company, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 16 of 22

11/12/2008 7:55 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Pillsbury Winthrop Shaw Pittman LLP | Karen B. Dine | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | karen.dine@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Margot P. Erlich | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | margot.erlich@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Mark D. Houle | 650 Town Center Drive | Ste 550 | Costa Mesa | CA | 92626-7122 | | 714-436-6800 | mark.houle@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Richard L. Epling | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | richard.epling@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Robin L. Spear | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | robin.spear@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Porzio, Bromberg & Newman, P.C. | Brett S. Moore, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | bsmoore@pbnlaw.com | |
| Porzio, Bromberg & Newman, P.C. | John S. Mairo, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | jsmairo@pbnlaw.com | Counsel to Neuman Aluminum Automotive, Inc. and Neuman Aluminum Impact Extrusion, Inc. |
| Previant, Goldberg, Uelman, Gratz, Miller & Brueggeman, S.C. | Jill M. Hartley and Marianne G. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | jh@previant.com mgr@previant.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| PriceWaterHouseCoopers | Enrique Bujidos | Almagro | 40 | Madrid | | 28010 | Spain | 34 915 684 356 | enrique.bujidos@es.pwc.com | Representative to DASE |
| QAD, Inc. | Jason Pickering, Esq. | 10,000 Midlantic Drive | | Mt. Laurel | NJ | 08054 | | 856-840-2489 | jkp@qad.com | Counsel to QAD, Inc. |
| Quarles & Brady LLP | John A. Harris | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | jharris@quarles.com | Counsel to Semiconductor Components Industries, Inc. |
| Quarles & Brady LLP | John J. Dawson | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | jdawson@quarles.com | Counsel to Semiconductor Components Industries, Inc. |
| Quarles & Brady LLP | Kasey C. Nye | One South Church Street | | Tucson | AZ | 85701 | | 520-770-8717 | knye@quarles.com | Counsel to Offshore International, Inc.; Maquilas Teta Kawi, S.A. de C.V.; On Semiconductor Corporation; Flambeau Inc. |
| Quarles & Brady LLP | Roy Prange | 33 E Main St Ste 900 | | Madison | WI | 53703-3095 | | 608-283-2485 | rlp@quarles.com | Counsel for Flambeau Inc. |
| Reed Smith | Ann Pille | 10 South Wacker Drive | | Chicago | IL | 60606 | | 312-207-1000 | apille@reedsmith.com | Counsel to Infineon; Infineon Technologies |
| Reed Smith | Elena Lazarou | 599 Lexington Avenue | 29th Street | New York | NY | 10022 | | 212-521-5400 | elazarou@reedsmith.com | Counsel to General Electric Capital Corporation, Stategic Asset Finance. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 17 of 22

11/12/2008 7:55 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-------|------------------|
| Republic Engineered Products, Inc. | Joseph A Kaczka | 3770 Embassy Parkway | | Akron | OH | 44333 | | 330-670-3215 | jkaczka@republicengineered.com | Counsel to Republic Engineered Products, Inc. |
| Riddell Williams P.S. | Joseph E. Shickich, Jr. | 1001 4th Ave. | Suite 4500 | Seattle | WA | 98154-1195 | | 206-624-3600 | jshickich@riddellwilliams.com | Counsel to Microsoft Corporation; Microsoft Licensing, GP |
| Rieck and Crotty PC | Jerome F Crotty | 55 West Monroe Street | Suite 3390 | Chicago | IL | 60603 | | 312-726-4646 | jcrotty@rieckcrotty.com | Counsel to Mary P. O'Neill and Liam P. O'Neill |
| Riemer & Braunstein LLP | Mark S. Scott | Three Center Plaza | | Boston | MA | 02108 | | 617-523-9000 | mscott@riemerlaw.com | Counsel to ICX Corporation |
| Riverside Claims LLC | Holly Rogers | 2109 Broadway | Suite 206 | New York | NY | 10023 | | 212-501-0990 | holly@regencap.com | Riverside Claims LLC |
| Robinson, McFadden & Moore, P.C. | Annemarie B. Mathews | P.O. Box 944 | | Columbia | SC | 29202 | | 803-779-8900 | amathews@robinsonlaw.com | Counsel to Blue Cross Blue Shield of South Carolina |
| Ropes & Gray LLP | Marc E. Hirschfield | 45 Rockefeller Plaza | | New York | NY | 10111-0087 | | 212-841-5700 | marc.hirschfield@ropesgray.com | Attorneys for D-J, Inc. |
| Rosen Slome Marder LLP | Thomas R. Slome | 333 Earle Ovington Boulevard | Suite 901 | Uniondale | NY | 11533 | | 516-227-1600 | tslome@rsmllp.com | Counsel to JAE Electronics, Inc. |
| Russell Reynolds Associates, Inc. | Charles E. Boulbol, P.C. | 26 Broadway, 17th Floor | | New York | NY | 10004 | | 212-825-9457 | rtrack@msn.com | Counsel to Russell Reynolds Associates, Inc. |
| Sachnoff & Weaver, Ltd | Charles S. Schulman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | | 312-207-1000 | agelman@sachnoff.com | Counsel to Infineon Technologies North America Corporation |
| Satterlee Stephens Burke & Burke LLP | Christopher R. Belmonte | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | cbelmonte@ssbb.com | Counsel to Moody's Investors Service |
| Satterlee Stephens Burke & Burke LLP | Pamela A. Bosswick | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | pbosswick@ssbb.com | Counsel to Moody's Investors Service |
| Satterlee Stephens Burke & Burke LLP | Roberto Carrillo | 230 Park Avenue | Suite 1130 | New York | NY | 10169 | | 212-818-9200 | rcarrillo@ssbb.com | Attorney's for Tecnomec S.r.l. |
| Schafer and Weiner PLLC | Daniel Weiner | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | dweiner@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Howard Borin | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | hborin@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Michael R Wernette | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | mwernette@schaferandweiner.com shellie@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Ryan Heilman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | rheilman@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schiff Hardin LLP | Eugene J. Geekie, Jr. | 7500 Sears Tower | | Chicago | IL | 60606 | | 312-258-5635 | egeekie@schiffhardin.com | Counsel to  Means Industries |
| Schiffrin & Barroway, LLP | Michael Yarnoff | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7056 | myarnoff@sbclasslaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 18 of 22

11/12/2008 7:55 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Schiffrin & Barroway, LLP | Sean M. Handler | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7706 | shandler@sbclasslaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Schulte Roth & Sabel LLP | James T. Bentley | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2273 | james.bentley@srz.com | Counsel to Panasonic Autommotive Systems Company of America |
| Schulte Roth & Sabel LLP | Michael L. Cook | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | michael.cook@srz.com | Counsel to Panasonic Automotive Systems Company of America; D.C. Capital Partners, L.P. |
| Schulte Roth & Zabel LLP | Carol Weiner Levy | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | carol.weiner.levy@srz.com | Counsel to D.C. Capital Partners, L.P. |
| Seyfarth Shaw LLP | Paul M. Baisier, Esq. | 1545 Peachtree Street, N.E. | Suite 700 | Atlanta | GA | 30309-2401 | | 404-885-1500 | pbaisier@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | | 212-218-5500 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | William J. Hanlon | World Trade Center East | Two Seaport Lane, Suite 300 | Boston | MA | 02210 | | 617-946-4800 | whanlon@seyfarth.com | Counsel to  le Belier/LBQ Foundry S.A. de C.V. |
| Sheehan Phinney Bass + Green Professional Association | Bruce A. Harwood | 1000 Elm Street | P.O. Box 3701 | Manchester | NH | 03105-3701 | | 603-627-8139 | bharwood@sheehan.com | Counsel to Source Electronics, Inc. |
| Sheldon S. Toll PLLC | Sheldon S. Toll | 2000 Town Center | Suite 2550 | Southfield | MI | 48075 | | 248-358-2460 | lawtoll@comcast.net | Counsel to Milwaukee Investment Company |
| Sheppard Mullin Richter & Hampton LLP | Eric Waters | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | ewaters@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Malani J. Sternstein | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | msternstein@sheppardmullin.com | Counsel to International Rectifier Corp. and Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theodore A. Cohen | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | tcohen@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theresa Wardle | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | twardle@sheppardmullin.com | Counsel to International Rectifier Corp. |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 5353 Essen Lane | Suite 650 | Baton Rouge | LA | 70809 | | 225-757-2185 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 909 Poydras Street | 28th Floor | New Orleans | LA | 70112-1033 | | 504-299-2100 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Shipman & Goodwin LLP | Kathleen M. LaManna | One Constitution Plaza | | Hartford | CT | 06103-1919 | | 860-251-5603 | bankruptcy@goodwin.com | |
| Sills, Cummis Epstein & Gross, P.C. | Andrew H. Sherman | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | asherman@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Jack M. Zackin | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | jzackin@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Valerie A Hamilton Simon Kimmelman | 650 College Rd E | | Princeton | NJ | 08540 | | 609-227-4600 | vhamilton@sillscummis.com skimmelman@sillscummis.com | Counsel to Doosan Infracore America Corp. |
| Silver Point Capital, L.P. | Chaim J. Fortgang | Two Greenwich Plaza | 1st Floor | Greenwich | CT | 06830 | | 203-542-4216 | cfortgang@silverpointcapital.com | Counsel to Silver Point Capital, L.P. |
| Simon, Stella & Zingas, PC | Stephen P. Stella | 422 W Congress Ste 400 | | Detroit | MI | 48226 | | 313-962-6400 X225 | attorneystella@sszpc.com | Counsel to Motor City Electric |
| Smith, Gambrell & Russell, LLP | Barbara Ellis-Monro | 1230 Peachtree Street, N.E. | Suite 3100 | Atlanta | GA | 30309 | | 404-815-3500 | bellis-monro@sgrlaw.com | Counsel to Southwire Company |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 19 of 22

11/12/2008 7:55 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-------|------------------|
| Smith, Katzenstein & Furlow LLP | Kathleen M. Miller | 800 Delaware Avenue, 7th Floor | P.O. Box 410 | Wilmington | DE | 19899 | | 302-652-8400 | kmiller@skfdelaware.com | Counsel to Airgas, Inc. |
| Sonnenschein Nath & Rosenthal LLP | D. Farrington Yates | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | | 212-768-6700 | fyates@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. and United Plastics Group |
| Sonnenschein Nath & Rosenthal LLP | Monika J. Machen | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | mmachen@sonnenschein.com | Counsel to United Plastics Group |
| Sonnenschein Nath & Rosenthal LLP | Robert E. Richards | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | rrichards@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. |
| Squire, Sanders & Dempsey L.L.P. | G. Christopher Meyer | 4900 Key Tower | 127 Public Sq | Cleveland | OH | 44114 | | 216-479-8692 | cmeyer@ssd.com | Counsel to Furukawa Electric Co., Ltd.; Counsel for the City of Dayton, Ohio |
| State of California Office of the Attorney General | Sarah E. Morrison | Deputy Attorney General | 300 South Spring Street Ste 1702 | Los Angeles | CA | 90013 | | 213-897-2640 | sarah.morrison@doj.ca.gov | Attorneys for the State of California Department of Toxic Substances Control |
| State of Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency | Roland Hwang Assistant Attorney General | 3030 W. Grand Boulevard | Suite 9-600 | Detroit | MI | 48202 | | 313-456-2210 | hwangr@michigan.gov | Assistant Attorney General for State of Michigan, Unemployment Tax Office of the Department of Labor & Economic Growth, Unemployment Insurance Agency |
| Steel Technologies, Inc. | John M. Baumann | 15415 Shelbyville Road | | Louisville | KY | 40245 | | 502-245-0322 | jmbaumann@steeltechnologies.com | Counsel to Steel Technologies, Inc. |
| Stein, Rudser, Cohen & Magid LLP | Robert F. Kidd | 825 Washington Street | Suite 200 | Oakland | CA | 94607 | | 510-287-2365 | rkidd@srcm-law.com | Counsel to Excel Global Logistics, Inc. |
| Sterns & Weinroth, P.C. | Jeffrey S. Posta Michael A Spero Simon Kimmelman Valerie A Hamilton | 50 West State Street, Suite 1400 | PO Box 1298 | Trenton | NJ | 08607-1298 | | 609-392-2100 | jposta@sternslaw.com jspecf@sternslaw.com | Counsel to Doosan Infracore America Corp. |
| Stevens & Lee, P.C. | Chester B. Salomon, Esq. Constantine D. Pourakis, Esq. | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-319-8500 | cs@stevenslee.com cp@stevenslee.com | Counsel to Tonolli Canada Ltd.; VJ Technologies, Inc. and V.J. ElectroniX, Inc. |
| Stinson Morrison Hecker LLP | Mark A. Shaiken | 1201 Walnut Street | | Kansas City | MO | 64106 | | 816-842-8600 | mshaiken@stinsonmoheck.com | Counsel to Thyssenkrupp Waupaca, Inc. and Thyssenkrupp Stahl Company |
| Stites & Harbison PLLC | Madison L.Cashman | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | robert.goodrich@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison PLLC | Robert C. Goodrich, Jr. | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | madison.cashman@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison, PLLC | W. Robinson Beard, Esq. | 400 West Market Street | | Louisville | KY | 40202 | | 502-681-0448 502-587-3400 | wbeard@stites.com loucourtsum@stites.com | Counsel to WAKO Electronics (USA), Inc.,Ambrake Corporation, and Akebono Corporation (North America) |
| Stutman Treister & Glatt Professional Corporation | Christine M. Pajak Eric D. Goldberg Isaac M. Pachulski Esq Jeffrey H Davidson Esq | 1901 Avenue of the Stars | 12th Floor | Los Angeles | CA | 90067 | | 310-228-5600 | cpajak@stutman.com egoldberg@stutman.com ipachulski@stutman.com jdavidson@stutman.com | Counsel to CR Intrinsic Investors, LLC, Elliot Associates, L.P., Highland Capital Management, L.P. |
| Taft, Stettinius & Hollister LLP | Richard L .Ferrell | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202-3957 | | 513-381-2838 | ferrell@taftlaw.com | Counsel to Wren Industries, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 20 of 22

11/12/2008 7:55 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Taft, Stettinius & Hollister LLP | W Timothy Miller Esq | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202 | | 513-381-2838 | miller@taftlaw.com | Counsel to Select Industries Corporation and Gobar Systems, Inc. |
| Teitelbaum & Baskin LLP | Jay Teitelbaum Ron Baskin | 3 Barker Avenue | 3rd Floor | White Plains | NY | 10601 | | 914-437-7670 | jteitelbaum@tblawllp.com rbaskin@tblawllp.com | Counsel to Mary H. Schaefer |
| Tennessee Department of Revenue | Marvin E. Clements, Jr. | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 | | 615-532-2504 | agbanknewyork@ag.tn.gov | Tennesse Department of Revenue |
| Terra Law LLP | David B. Draper | 60 S. Market Street | Suite 200 | San Jose | CA | 95113 | | 408-299-1200 | ddraper@terra-law.com | Counsel to Maxim Integrated Products, Inc. |
| Thacher Proffitt & Wood LLP | Jonathan D. Forstot | Two World Financial Center | | New York | NY | 10281 | | 212-912-7679 | jforstot@tpw.com | Counsel to TT Electronics, Plc |
| Thacher Proffitt & Wood LLP | Louis A. Curcio | Two World Financial Center | | New York | NY | 10281 | | 212-912-7607 | lcurcio@tpw.com | Counsel to TT Electronics, Plc |
| The Furukawa Electric Co., Ltd. | Mr. Tetsuhiro Niizeki | 6-1 Marunouchi | 2-Chrome, Chiyoda-ku | Tokyo | Japan | 100-8322 | | | niizeki.tetsuhiro@furukawa.co.jp | Legal Department of The Furukawa Electric Co., Ltd. |
| The Timpken Corporation BIC - 08 | Robert Morris | 1835 Dueber Ave. SW | PO Box 6927 | Canton | OH | 44706-0927 | | 330-438-3000 | robert.morris@timken.com | Representative for Timken Corporation |
| Thelen Reid Brown Raysman & Steiner LLP | Marcus O. Colabianchi | 101 Second St Ste 1800 | | San Francisco | CA | 94105-3606 | | 415-369-7301 | mcolabianchi@thelen.com | Counsel to Oki Semiconductor Company |
| Thompson & Knight | Rhett G. Cambell | 333 Clay Street | Suite 3300 | Houston | TX | 77002 | | 713-654-1871 | rhett.campbell@tklaw.com | Counsel to STMicroelectronics, Inc. |
| Thompson & Knight LLP | Ira L. Herman | 919 Third Avenue | 39th Floor | New York | NY | 10022-3915 | | 212-751-3045 | ira.herman@tklaw.com | Counsel to Victory Packaging |
| Thompson & Knight LLP | John S. Brannon | 1700 Pacific Avenue | Suite 3300 | Dallas | TX | 75201-4693 | | 214-969-1505 | john.brannon@tklaw.com | Counsel to Victory Packaging |
| Thompson Coburn Fagel Haber | Lauren Newman | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | | 312-346-7500 | lnewman@tcfhlaw.com | Counsel to Aluminum International, Inc. |
| Thompson Coburn LLP d/b/a Thompson Coburn Fagel Haber | Dennis E. Quaid Esq | 55 E Monroe 40th Fl | | Chicago | IL | 60603 | | 312-580-2215 | dquaid@tcfhlaw.com efiledocketgroup@fagelhaber.com | Counsel for Penn Aluminum International Inc |
| Thurman & Phillips, P.C. | Ed Phillips, Jr. | 8000 IH 10 West | Suite 1000 | San Antonio | TX | 78230 | | 210-341-2020 | ephillips@thurman-phillips.com | Counsel to Royberg, Inc. d/b/a Precision Mold & Tool and d/b/a Precision Mold and Tool Group |
| TI Group Automotive Systms LLC | Timothy M. Guerriero | 12345 E Nine Mile Rd | | Warren | MI | 48089 | | 586-755-8066 | tguerriero@us.tiauto.com | General Counsel and Company Secretary to TI Group Automotive Systems LLC |
| Todd & Levi, LLP | Jill Levi, Esq. | 444 Madison Avenue | Suite 1202 | New York | NY | 10022 | | 212-308-7400 | jlevi@toddlevi.com | Counsel to Bank of Lincolnwood |
| Tyler, Cooper & Alcorn, LLP | W. Joe Wilson | City Place | 35th Floor | Hartford | CT | 06103-3488 | | 860-725-6200 | jwilson@tylercooper.com | Counsel to Barnes Group, Inc. |
| U.S. Department of Justice | Matthew L Schwartz Joseph N Cordaro | Assistant United States Attorneys | 86 Chambers Street 3rd Fl | New York | NY | 10007 | | 212-637-1945 | matthew.schwartz@usdoj.gov | Counsel to Enviromental Protection Agency; Internal Revenue Service; Department of Health and Human Services; and Customs and Border Protection |
| Underberg & Kessler, LLP | Helen Zamboni | 300 Bausch & Lomb Place | | Rochester | NY | 14604 | | 585-258-2800 | hzamboni@underbergkessler.com | Counsel to McAlpin Industries, Inc. |
| Union Pacific Railroad Company | Mary Ann Kilgore | 1400 Douglas Street | MC 1580 | Omaha | NE | 68179 | | 402-544-4195 | mkilgore@UP.com | Counsel to Union Pacific Railroad Company |
| United Steel, Paper and Forestry, Rubber, Manufacturing, Energy | Allied Industrial and Service Workers, Intl Union (USW), AFL-CIO David Jury, Esq. | | Five Gateway Center Suite 807 | Pittsburgh | PA | 15222 | | 412-562-2546 | djury@usw.org | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Vorys, Sater, Seymour and Pease LLP | Tiffany Strelow Cobb | 52 East Gay Street | | Columbus | OH | 43215 | | 614-464-8322 | tscobb@vorys.com | Counsel to America Online, Inc. and its Subsidiaries and Affiliates |
| Wachtell, Lipton, Rosen & Katz | Emil A. Kleinhaus | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | EAKleinhaus@wlrk.com | Counsel to Capital Research and Management Company |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 21 of 22

11/12/2008 7:55 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Wachtell, Lipton, Rosen & Katz | Richard G. Mason | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | RGMason@wlrk.com | Counsel to Capital Research and Management Company |
| Waller Lansden Dortch & Davis, PLLC | David E. Lemke, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | david.lemke@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Waller Lansden Dortch & Davis, PLLC | Robert J. Welhoelter, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | robert.welhoelter@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Warner Norcross & Judd LLP | Gordon J. Toering | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2185 | gtoering@wnj.com | Counsel to Robert Bosch Corporation; Counsel to Daewoo International Corp and Daewoo International (America) Corp |
| Warner Norcross & Judd LLP | Michael G. Cruse | 2000 Town Center | Suite 2700 | Southfield | MI | 48075 | | 248-784-5131 | mcruse@wnj.com | Counsel to Compuware Corporation |
| Warner Norcross & Judd LLP | Stephen B. Grow | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2158 | growsb@wnj.com | Counsel to Behr Industries Corp. |
| Weinstein, Eisen & Weiss LLP | Aram Ordubegian | 1925 Century Park East | #1150 | Los Angeles | CA | 90067 | | 310-203-9393 | aordubegian@weineisen.com | Counsel to Orbotech, Inc. |
| Weltman, Weinberg & Reis Co., L.P.A. | Geoffrey J. Peters | 175 South Third Street | Suite 900 | Columbus | OH | 43215 | | 614-857-4326 | gpeters@weltman.com | Counsel to Seven Seventeen Credit Union |
| White & Case LLP | Glenn Kurtz Gerard Uzzi Douglas Baumstein | 1155 Avenue of the Americas | | New York | NY | 10036-2787 | | 212-819-8200 | gkurtz@ny.whitecase.com guzzi@whitecase.com dbaumstein@ny.whitecase.com | Counsel to Appaloosa Management, LP |
| White & Case LLP | Thomas Lauria Frank Eaton | Wachovia Financial Center | 200 South Biscayne Blvd., Suite 4900 | Miami | FL | 33131 | | 305-371-2700 | tlauria@whitecase.com featon@miami.whitecase.com | Counsel to Appaloosa Management, LP |
| Whyte, Hirschboeck Dudek S.C. | Bruce G. Arnold | 555 East Wells Street | Suite 1900 | Milwaukee | WI | 53202-4894 | | 414-273-2100 | barnold@whdlaw.com | Counsel to Schunk Graphite Technology |
| Wickens Herzer Panza Cook & Batista Co | James W Moennich Esq | 35765 Chester Rd | | Avon | OH | 44011-1262 | | 440-930-8000 | jmoennich@wickenslaw.com | Counsel for Delphi Sandusky ESOP |
| Winthrop Couchot Professional Corporation | Marc. J. Winthrop | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | mwinthrop@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Winthrop Couchot Professional Corporation | Sean A. O'Keefe | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | sokeefe@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Womble Carlyle Sandridge & Rice, PLLC | Allen Grumbine | 550 South Main St | | Greenville | SC | 29601 | | 864-255-5402 | agrumbine@wcsr.com | Counsel to Armacell |
| Woods Oviatt Gilman LLP | Ronald J. Kisinski | 700 Crossroads Bldg | 2 State St | Rochester | NY | 14614 | | 585-362-4514 | rkisicki@woodsoviatt.com | |
| Zeichner Ellman & Krause LLP | Peter Janovsky | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | pjanovsky@zeklaw.com | Counsel to Toyota Tsusho America, Inc. and Karl Kufner, KG aka Karl Kuefner, KG |
| Zeichner Ellman & Krause LLP | Stuart Krause | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | skrause@zeklaw.com | Counsel to Toyota Tsusho America, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 22 of 22

11/12/2008 7:55 PM
Email (400)

# EXHIBIT C

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

     - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti
Thomas J. Matz

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| | : | |
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtor. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DEBTORS' RESPONSE TO THE LOUISIANA DEPARTMENT OF REVENUE'S
BRIEF IN SUPPORT OF MOTION TO ALLOW LATE FILED CLAIM**

1.        Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), hereby respond (this "Response Brief"), pursuant to rule 9006 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), to the Motion To Allow Late Filed Claim (Docket No. 13535) (the "Motion") and the Brief In Support Of Motion To Allow Late Filed Claim (Docket No. 14390) (the "Louisiana Brief") filed by the Louisiana Department of Revenue (the "Department").

2.        In support of this Response Brief, the Debtors submit the Declaration Of Noticing Agent In Support Of Debtors' Response To Brief In Support Of Louisiana Department Of Revenue's Motion To Allow Late Filed Claim, executed and sworn to on November 11, 2008 by Evan Gershbein of Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent in these chapter 11 cases (the "Gershbein Declaration"), a copy of which is attached hereto as Exhibit A.  In further support of this Response Brief, the Debtors respectfully represent as follows:

Preliminary Statement

3.        The Department argues that its filing of proof of claim number 16707 (the "Proof of Claim") more than 14 months after the Bar Date (as defined below) was the result of excusable neglect within the meaning of Bankruptcy Rule 9006(b)(1).  The Department offers three reasons to justify this extraordinary relief:  (a) the Department allegedly received inadequate service of the notice of the commencement of the bankruptcy cases and of the notice of Bar Date (together, the "Notices") because the Notices were mailed to the incorrect addresses, (b) the Notices did not identify Delco Electronics LLC as a debtor entity or as an entity included

2

in the Debtors' jointly administered cases, and (c) the Department had insufficient time to file the Proof of Claim before the Bar Date.

4.     The Department offers only reasons, however, and provides no evidence that would excuse its 14-month-late filing under the excusable-neglect standard.  Instead, the factors for determining whether to excuse the untimely filing of the Proof of Claim favor the Debtors.  First, although the Debtors did not send either of the Notices to the two particular addresses identified in the Department's pleadings, the Debtors have submitted sworn testimony from KCC that the Notices were sent to numerous other recipients at the Department.  The Department has not shown that these addresses were somehow inadequate or otherwise rebutted the presumption that the Department received the Notices.  In fact, the Department's timely filing of other proofs of claims in these chapter 11 cases indicates that the Department had actual knowledge of the Bar Date.  Second, contrary to the Department's assertion that it did not learn that Delco Electronics Corporation was wholly owned by DAS LLC or that Delco Electronics LLC had merged into DAS LLC until more than a year after the Bar Date, the Department had access long before the Bar Date to tax returns and the global notes filed with the Debtors' schedules of assets and liabilities, all of which contained that information.  Third, despite the Department's assertion that it had insufficient time to file the Proof of Claim, the Department's failure to file a protective proof of claim before the Bar Date was entirely within its own control.

5.     For these reasons, and as described in greater detail below, the Department should not be allowed to file a late claim.  This Court should, therefore, disallow the Proof of Claim with prejudice.

<u>Background</u>

6.     On or about November 7, 2004, Delco Electronics Corporation, a subsidiary of Delphi, filed its final 2003 tax return (the "2003 Tax Return"), attached as

3

Exhibit B hereto, with the Department.  As part of the documentation submitted with the 2003

Tax Return, Delco Electronics Corporation disclosed that (a) Delco Electronics Corporation had

changed its name to Delco Electronics LLC, (b) effective January 1, 2004, Delco Electronics

LLC became a single-member limited liability company with its sole member being Delphi

(through its single-member limited liability company, DAS LLC, a disregarded entity for

income-tax purposes), and (c) for tax years subsequent to 2003, Delco Electronics LLC's activity

would be reported by Delphi under its FEIN of 38-3430473.

7.      On or about October 28, 2005, the Department was served the Notice of

Commencement of Chapter 11 Bankruptcy Cases And Meeting of Creditors (the "Notice of

Commencement") which provided that Delphi and certain of its affiliates, including DAS LLC,

filed voluntary petitions for chapter 11 relief.

8.      On or about November 15, 2005, Delco Electronics Corporation filed a

2004 tax return (the "2004 Tax Return"), attached as Exhibit C hereto, with the Department

indicating no tax liabilities for Delco Electronics Corporation.  As part of the documentation

submitted with the 2004 Tax Return, Delco Electronics Corporation again disclosed that (a)

Delco Electronics Corporation had changed its name to Delco Electronics LLC, (b) effective

January 1, 2004, Delco Electronics LLC became a single-member limited liability company with

its sole member being Delphi (through its single member limited liability company, DAS LLC, a

disregarded entity for tax income-tax purposes), and (c) for tax years subsequent to 2003, Delco

Electronics LLC's activity would be reported by Delphi under its FEIN of 38-3430473.

9.      On April 20, 2006, the Department was served with notice (the "Notice of

Bar Date"), attached hereto as Exhibit D, of the Order Under 11 U.S.C. §§ 107(b), 501, 502, And

1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates

For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof, entered by

4

this Court on April 12, 2006 (Docket No. 3206) setting a bar date of July 31, 2006 (the "Bar

Date") for creditors to file proofs of claim in the Debtors' chapter 11 cases.

          10.      On or about May 30, 2006, the Department filed proofs of claim numbers

7092 and 7093 against Debtors Delphi Automotive Systems Human Resources LLC and Delphi

Automotive Systems Corporation, respectively.

          11.      On or about June 28, 2006, Delco Electronics Corporation filed a 2002

tax return (the "2002 Tax Return"), attached as Exhibit E hereto, with the Department indicating

no tax liabilities for Delco Electronics Corporation.  As part of the documentation submitted with

the 2004 Tax Return, Delco Electronics Corporation further disclosed that (a) the Debtors had

filed petitions for reorganization under chapter 11 of the Bankruptcy Code and that the automatic

stay provision of section 362 prohibited the Debtors from making payments on prepetition taxes

while in bankruptcy, (b) Delco Electronics Corporation had changed its name to Delco

Electronics LLC, (c) effective January 1, 2004, Delco Electronics LLC became a single-member

limited liability company with its sole member being Delphi (through its single member limited

liability company, DAS LLC, a disregarded entity for tax income-tax purposes), and (d) on

September 30, 2005, Delco Electronics LLC was liquidated and became a subsidiary of DAS

LLC.

          12.      On September 17, 2007, more than 14 months after the Bar Date, the

Department filed the Proof of Claim in the amount of $7,436.36 for the 2002 tax year assessed

by the State of Louisiana.  On February 15, 2008, the Debtors objected to the Proof of Claim

pursuant to the Debtors' Twenty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And

Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Claims Not

Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To

Modification And Modified Claim Asserting Reclamation (Docket No. 12686).  On March 11,

2008, the Department filed its Response To Twenty-Sixth Objection To Claims, Particularly To

The Louisiana Department Of Revenue's Claim (Claim 16707) (Docket No. 13077).

13.     Pursuant to this Court's protocol for untimely proofs of claim filed in

these cases without leave of this Court, on April 22, 2008, the Debtors filed the Notice Of

Deadline To File Motion For Leave To File Late Claim With Respect To Late Claim Filed By

The Louisiana Department Of Revenue (Proof Of Claim No. 16707) (Docket No. 13448).  On

May 6, 2008, the Department filed the Motion.  In accordance with the Order Establishing

Schedule For Briefing Regarding Proof Of Claim Number 16707 (Louisiana Department Of

Revenue Scheduling Order) (Docket No. 14398) entered by this Court on November 3, 2008, the

Department filed the Louisiana Brief.

Argument

A.    The Department Was Properly Served With And Is Presumed To Have Received The
      Notice Of Commencement And The Notice Of Bar Date

14.     The Department does not assert that it did not receive the Notices, but that

the Notice of Commencement was sent to an incorrect division of the Department.  Nevertheless,

the Debtors provided adequate service of the Notices and the Department was obligated to file

the Proof of Claim before the Bar Date.

(i)    A Proper Mailing Constitutes Effective Service

15.     On or before October 28, 2005, KCC served the Department with several

copies of the Notice of Commencement.  These documents were served by KCC on the

Department by First Class mail at each of the seven addresses below.  (Gershbein Declaration ¶5.)

| Louisiana Department Of Revenue & Taxation PO Box 91017 Baton Rouge, LA 70821-9017 | Louisiana Department Of Revenue Eft Processing PO Box 4018 Baton Rouge, LA 70821-4018 |
| --- | --- |

| | |
|---|---|
| Louisiana Dept Of Rev & Taxation<br>1555 Poydras St Ste 900<br>New Orleans, LA 70112 | State Of Louisiana Dept Of Rev<br>Acct Of Terry Adams Case 438907715<br>PO Box 31706<br>Shreveport, LA 43890-7715 |
| Louisiana Dept Of Revenue<br>Acct Of Ida W Lee Levy 438 72 6792<br>PO Box 31706<br>Attn M Eddins<br>Shreveport, LA 43872-6792 | Louisiana Dept Of Revenue Thibodaux<br>Regional Office<br>PO Box 1429<br>Thibodaux, LA 70302-1429 |
| Louisiana State Of Dept Of Revenue<br>PO Box 201<br>Baton Rouge, LA 70821-0201 | |

16.    Likewise, on April 20, 2006, KCC also served the Department with several copies of the Notice of Bar Date.  These documents were served by KCC on the Department by First Class mail on each of the 17 recipients identified below.  (Gershbein Declaration ¶6.)

| | |
|---|---|
| Louisiana Department Of Revenue &<br>Taxation<br>PO Box 91017<br>Baton Rouge, LA 70821-9017 | Louisiana Department Of Revenue<br>and Taxation<br>PO Box 91017<br>Baton Rouge, LA 70821-9017 |
| Louisiana Department Of Revenue Eft<br>Processing<br>PO Box 4018<br>Baton Rouge, LA 70821-4018 | Louisiana Dept Of Rev & Taxation<br>1555 Poydras St Ste 900<br>New Orleans, LA 70112 |
| State Of Louisiana Secretary Of Revenue<br>And Taxation<br>Box 91010<br>Baton Rouge, LA 70821-9010 | Louisiana Dept Of Revenue<br>Acct Of Ida W Lee Levy 438 72<br>6792<br>PO Box 31706<br>Attn M Eddins<br>Shreveport, LA 43872-6792 |
| Louisiana Dept Of Revenue Acct Of Ida W<br>Lee<br>Levy 438 72 6792 PO Box 31706<br>Attn M Eddins<br>Shreveport, LA 71130 | Louisiana Dept Of Revenue<br>Thibodaux<br>Regional Office<br>PO Box 1429<br>Thibodaux, LA 70302-1429 |
| Louisiana Dept Of Revenue Thibodaux<br>Regional Office<br>PO Box 1429<br>Thibodaux, LA 70302-1429 | Louisiana State Of Dept Of Revenue<br>PO Box 201<br>Baton Rouge, LA 70821-0201 |

| | |
|---|---|
| Rpt Louisiana Dept Of Revenue Unclaimed Property Div Box 91010 Baton Rouge, LA 70821-9010 | State Of Louisiana Department Of Rev and Tax Box 91010 Baton Rouge, LA 70821-9010 |
| State Of Louisiana Dept Of Rev Acct Of Terry Adams Case 438907715 PO Box 31706 Shreveport, LA 43890-7715 | State Of Louisiana Dept Of Rev Acct Of Case 438907715 PO Box 31706 Shreveport, LA 71130 |
| State Of Louisiana Dept Of Revenue Unclaimed Property Baton Rouge, LA 70821-9010 | State Of Louisiana Sec Of Revenue and Taxation Unclaimed Property Section Baton Rouge, LA 70821-9010 |
| State Of Louisiana Secretary Of Revenue And Taxation Baton Rouge, LA 70821-9010 | |

17.     Courts uniformly presume that an addressee receives a properly mailed item when the sender presents proof that it properly addressed, stamped, and deposited the item in the mail.  See e.g., Hagner v. United States, 285 U.S. 427, 430 (1932) ("The rule is well settled that proof that a letter properly directed was placed in a post office creates a presumption that it reached its destination in usual time and was actually received by the person to whom it was addressed."); Leon v. Murphy, 988 F.2d 303, 309 (2d Cir.1993) (finding, under New York law, that a presumption of receipt arises when sender "presents proof of office procedure followed in a regular course of business, and these procedures establish that the required notice has been properly addressed and mailed"); In re R.H. Macy Co., Inc., 161 B.R. 355, 359 (Bankr. S.D.N.Y. 1993) ("Mail properly addressed, stamped and deposited in the mail system is presumed to have been received by the party to whom it has been addressed.").

18.     Accordingly, the Debtors provided the Department timely, proper, and sufficient service of the Notice of Commencement and the Notice of Bar Date.

(ii)     The Department Has Failed To Rebut The
Presumption That Service Was Proper

19.     The Department has failed to present any objective evidence to rebut the presumption that the Department was properly served with either the Notice of Commencement or the Notice of Bar Date.  "While the presumption is a rebuttable one, it is a <u>very strong presumption</u> and can only be rebutted by specific facts <u>and not by invoking another presumption</u> and not by a mere affidavit to the contrary."  <u>In re Dana Corp.</u>,  No. 06-10354, 2007 WL 1577763, *3 (Bankr. S.D.N.Y. 2007) (emphasis added); <u>see also</u> <u>Hagner</u>, 285 U.S. at 430 ("proof that a letter properly directed was placed in a post office creates a presumption that it reached its destination in usual time and was actually received by the person to whom it was addressed"); <u>In re Mid-Miami Diagnostics, L.L.P.</u>, 195 B.R. 20, 22-23 (Bankr. S.D.N.Y. 1996) ("A creditor's denial of receipt, standing alone, does not rebut the presumption that the mail was received, but merely creates a question of fact.").

20.     "The presumption can only be overcome by clear and convincing evidence that the mailing was not, in fact, accomplished."  <u>Moody v. Bucknum</u>, 951 F.2d 204, 207 (9th Cir. 1991); <u>In re Dana Corp.</u>, 2007 WL 1577763, at *3.  The Department bears the burden of rebutting the presumption of receipt of the personalized notice.  <u>In re Alexander's Inc.</u>, 176 B.R. 715, 721 (Bankr. S.D.N.Y. 1995).  To rebut the presumption of proper service, the claimant must prove that the "regular office procedure was not followed or was carelessly executed so that the presumption that notice was mailed becomes unreasonable."  <u>Id.</u> (citing <u>Meckel v. Cont'l Res. Co.</u>, 758 F.2d 811, 817 (2d Cir. 1985)).  It is established in the Second Circuit that the "mere denial of receipt does not rebut the presumption that notice was properly addressed and mail is received."  <u>Capital Data Corp. v. Capital Nat'l Bank</u>, 778 F. Supp. 669, 675-76 (S.D.N.Y. 1991); <u>In re Alexander's</u>, 176 B.R. at 721 ("It is black letter law that once an item is properly mailed, the law presumes that it is received by the addressee.").

9

21.     In the Louisiana Brief, the Department asserts that the Notice of

Commencement was sent to only one recipient—Louisiana Department of Revenue, Acct. of Ida

W. Lee—and was, therefore, not brought to the attention of the proper parties within the

Department.  The Department further asserts, without explanation, that the Debtors should have

sent the Notices to either the Lake Charles Regional Office or the Collections Division for the

Louisiana Department of Revenue.  Contrary to the Department's assertions, however, the

Debtors provided service of the Notices at numerous addresses identified in the Gershbein

Declaration and set forth above.  The Debtors assembled these addresses based on payment and

notice contacts from their ordinary-course dealings with the Department, and includes the

Department's headquarters in Baton Rouge, Louisiana and regional offices in New Orleans and

Thibodaux, Louisiana.[1]  The Department has not suggested that service at these addresses was

improper.  Moreover, the filing of proofs of claim numbers 7092 and 7093 by the Department

before the Bar Date indicates that the Department had actual knowledge of the Bar Date.

22.     Accordingly, the Department is presumed to have received service of

the Notices and was obligated to file a claim before the Bar Date or risk losing its claim.  The

Court should, therefore, deny the Department's Motion.

B.     The Department Has Not Met Its Burden Of Proof For Establishing Excusable Neglect

23.     Because the Department received proper notice of the Bar Date, the

Department is forced to assert excusable neglect pursuant to Bankruptcy Rule 9006.  The

Department has not met its burden for reconsideration under the test announced in Pioneer

Investment Services Co. vs. Brunswick Associates Limited Partnership, 507 U.S. 380 (1993).  In

---

[1]     The mailing addresses for the Department headquarters and the regional offices are among the 12 revenue
offices listed on the "Contact Us" page of the Department's website.  See Louisiana Department of Revenue,
http://www.rev.state.la.us/sections/aboutus/offices.aspx (last visited Nov. 6, 2008).

Pioneer, the Supreme Court held that excusable neglect is the failure to comply with a filing

deadline because of negligence.  Id. at 394.  In examining whether a creditor's failure to file a

claim by the bar date constituted excusable neglect, the Supreme Court found that the factors

include "(1) the danger of prejudice to the debtor, (2) the length of the delay and its potential

impact on judicial proceedings, (3) the reason for the delay, including whether it was within the

reasonable control of the movant, and (4) whether the movant acted in good faith."  Id. at 395.

The Second Circuit has held the most important factor is the reason for the delay, including

whether it was within the reasonable control of the movant.  In re Enron Corp., 419 F.3d 115,

122-24 (2d Cir. 2005).  The Second Circuit has taken a "hard line" when applying the Pioneer

factors and has held that the equities will rarely favor a party who does not follow the clear

dictates of a court rule or order.  See Hearing Tr. 27, Feb. 14, 2007 (Docket No. 7446).

Furthermore, "where the rule is entirely clear, the Second Circuit continues to expect that a party

claiming excusable neglect will, in ordinary course, lose under the Pioneer test."  Id.

(i)    Danger Of Prejudice To The Debtor

24.    Allowing the Department to pursue its late-filed claim will prejudice the

Debtors, as well as other creditors in these cases, by opening the floodgates to any potential

claimant that failed to file a claim before the Bar Date.  Courts often have recognized the danger

of opening the floodgates to potential claimants.  See, e.g., In re Enron Corp., 419 F.3d at 132; In

re Kmart Corp., 381 B.R. 709, 714 (7th Cir. 2004) (noting that if court allowed all similar late-

filed claims, "Kmart could easily find itself faced with a mountain of such claims"); Enron

Creditors Recovery Corp., 370 B.R. 90, 103 (Bankr. S.D.N.Y. 2007) ("It can be presumed in a

case of this size with tens of thousands of filed claims, there are other similarly-situated potential

claimants. . . . Any deluge of motions seeking similar relief would prejudice the Debtors'

11

reorganization process.'" (citation omitted)); <u>In re Dana Corp.</u> 2007 WL 1577763, at *6 ("the floodgates argument is a viable one").

25.    Debtors have relied in part upon the current state of claims register to calculate postemergence liquidity needs to satisfy tax claims and otherwise formulate and prosecute a plan of reorganization.  Allowing the Department to prevail may inspire many other similarly situated potential claimants to file similar motions.  The Department did not file the Proof of Claim until September 17, 2007—more than 14 months after the Bar Date.  Any potential claimant who, by its own error, failed to file a timely proof of claim may seek to follow the Department's lead.  Accordingly, establishing a precedent for allowing untimely claims without a compelling justification would greatly prejudice the Debtors, their estates, and their creditors and undermine the Debtors' restructuring efforts.

(ii)    <u>Length Of The Delay</u>

26.    Courts considering excusable neglect in this jurisdiction have characterized delays of six months as "substantial."  <u>See</u> <u>In re Dana Corp.</u>, 2007 WL 1577763, at *5, citing <u>In re Enron</u>, 419 F.3d at 125 (delay of more than six months after bar date was "substantial").  Yet, the Department waited more than 14 months after the Bar Date to file the Proof of Claim.  The Department's extensive delay was sufficiently long to interfere with the Debtors' administration of their bankruptcy proceedings and to have a disparate impact on the chapter 11 cases.

(iii)    <u>Reason For The Delay</u>

27.    The third and most important factor—the reason for the delay—weighs heavily in favor of the Debtors.  The Department received notice of the Bar Date but failed to file a timely claim.  The Louisiana Brief provides no explanation which excuses the late filing of the Proof of Claim.

12

28.    The Department argues that it did not learn until August 21, 2007, that (a) Delco Electronics Corporation had become Delco Electronics LLC, a single member limited liability company owned by Delphi through DAS LLC and (b) Delco Electronics LLC had merged into DAS LLC on September 30, 2005.  (Louisiana Brief 3.)  Both of the Department's assertions, however, are unfounded.  First, the 2002 Tax Return, 2003 Tax Return, and the 2004 Tax Return each instructed the Department that Delco Electronics Corporation had converted to a single-member limited liability company, Delco Electronics LLC.  The tax returns named Delphi, through DAS LLC, as the sole member of Delco Electronics LLC.  Second, the 2002 Tax Return also instructed the Department that Delco Electronics LLC was liquidated on September 30, 2005.  Finally, the Global Notes And Statement Of Limitations, Methodology And Disclaimer Regarding Debtors' Schedules And Statements filed along with the Debtors' Schedules Of Assets And Liabilities, filed January 20, 2006 (Docket No. 1854) (the "Schedules"), attached hereto as Exhibit F, explain that several division names, including "Delco Electronics," fall within the Delphi's primary operating subsidiary, DAS LLC, that Delco Electronics LLC had merged into DAS LLC on September 30, 2005, and that "all information relating to Delco Electronics LLC is included in the Schedules and Statements for DAS LLC."  Schedules at ¶¶ 16-17.  The Notice of Bar Date directed the Department to view the Schedules at either PACER or at the Debtors' Legal Information Website, http://www.delphidocket.com.  The Department, therefore, was on notice that Delphi, through DAS LLC, owned Delco Electronics Corporation and that liabilities relating to Delco Electronics were attributable to debtor entities in the Debtors' chapter 11 cases, but nevertheless failed to file a timely proof of claim.

29.    The Department further argues that it had insufficient time to file the Proof of Claim after the Debtors filed the 2002 Tax Return on June 28, 2006.  Again, the Department's argument is without merit.  As described in the immediately preceding paragraph, the

13

Department was on notice long before the Bar Date that the liabilities of Delco Electronics were attributable to the Debtors.  Moreover, this Court has already ruled that the filing of a protective proof of claim is common practice in bankruptcy cases, such that the Department had the burden to file a protective claim before the Bar Date to preserve its rights.  (Hearing Tr. 39, Apr. 18, 2008.)  But instead of filing a timely protective claim, the Department chose to file the Proof of Claim more than 14 months after the Bar Date.  Consequently, the Department's failure to file a proof of claim before the Bar Date was entirely within the Department's control.

30.    Accordingly, the Department has not proven excusable neglect under the Pioneer test.

Conclusion

31.    The Department has failed to provide any evidence of circumstances justifying the extraordinary relief it seeks under the excusable-neglect standard and has not met its burden for establishing excusable neglect.  The Motion should, therefore, be denied.

32.    WHEREFORE the Debtors respectfully request that this Court enter an

order (a) denying the Motion, (b) disallowing and expunging proof of claim number 16707, and

(c) granting them such other and further relief as is just.


Dated: New York, New York
        November 11, 2008


SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP


By: /s/ John Wm. Butler, Jr.
        John Wm. Butler, Jr.
        John K. Lyons
        Ron E. Meisler
     333 West Wacker Drive, Suite 2100
     Chicago, Illinois 60606
     (312) 407-0700

                    - and –


By: /s/ Kayalyn A. Marafioti
        Kayalyn A. Marafioti
        Thomas J. Matz
     Four Times Square
     New York, New York 10036
     (212) 735-3000

     Attorneys for Delphi Corporation, et al.,
        Debtors and Debtors-in-Possession

# Exhibit A

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler


     - and -


SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti
Thomas J. Matz


Attorneys for Delphi Corporation, et al.,
     Debtors and Debtors-in-Possession


Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698


Delphi Legal Information Website:
http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                    :
           In re                                    :     Chapter 11
                                                    :
DELPHI CORPORATION, et al.,                         :     Case No. 05-44481 (RDD)
                                                    :
                                                    :     (Jointly Administered)
                        Debtors.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - -X


DECLARATION OF NOTICING AGENT IN SUPPORT OF
DEBTORS' RESPONSE TO MOTION OF THE LOUISIANA
DEPARTMENT OF REVENUE TO ALLOW LATE FILED CLAIM

I, Evan Gershbein, state as follows:

1.　　I am over eighteen years of age and not a party to the above-captioned

cases.  I believe the statements contained herein are true based on my personal

knowledge.  I am one of the Senior Consultants employed by Kurtzman Carson

Consultants LLC ("KCC") and my business address is 2335 Alaska Avenue, El Segundo,

California 90245.  KCC was retained as the noticing agent pursuant to the Final Order

Under 28 U.S.C. § 156(c) Authorizing Retention And Appointment Of Kurtzman Carson

Consultants LLC As Claims, Noticing, And Balloting Agent for Clerk Of Bankruptcy

Court entered by this Court on December 1, 2005 (Docket No. 1374) in the chapter 11

cases of Delphi Corporation and certain of its subsidiaries and affiliates, debtors and

debtors-in-possession in the above-captioned cases (collectively, the "Debtors").  I am

familiar with KCC's routine practices and procedures for the mailing of notices and other

pleadings.  This declaration is based upon my personal knowledge, except as to such

matters as are stated upon information and belief.

2.　　KCC has been the claims and noticing agent for numerous large

bankruptcy cases.  To fulfill this role, we have established a number of safeguards to

make certain that notices and other pleadings are served in a proper manner.  Our service

procedures are specifically designed to insure that documents are always properly

addressed and mailed.  Our procedures for mailing documents, including bar date notices

in chapter 11 cases, are generally outlined as follows:

　　　　a.　　<u>Placement Of Documents Into An Envelope</u>:  When mailing out

　　　　　　　notices of a bar date ("Bar Date Notices"), KCC generates a

　　　　　　　personalized proof of claim form for each party on a relevant

2

service list, collates that personalized proof of claim form with a Bar Date Notice, and places both documents into an envelope. These tasks are performed by the KCC Production Department. Similarly, after carefully reviewing the printed versions of a notice of the commencement of a bankruptcy ("Notice of Commencement"), the notice is collated and placed into envelopes.

b.   <u>Affixing Of The Proper Postage</u>:  Once we review and approve random samples of completed packages, employees assigned to the KCC Production Department apply the proper postage to all completed packages prior to mailing.

c.   <u>Placing Of Letter Into An Outgoing Mail Receptacle</u>:  Depending upon the completion time of the mailing, we either direct our regular courier to take the mail directly to a post office (or post offices, if necessary) or we physically deliver it to a post office ourselves.  KCC served the Debtors' Notice of Commencement on or before October 28, 2005.  In serving the Debtors' Bar Date Notice in the above-captioned cases, KCC's regular courier delivered the Bar Date Notice packages to a post office facility in Los Angeles, California on April 20, 2006.

d.   <u>Retention Of Electronic Data Files</u>:  KCC retains the electronic data files used to create the personalized proof of claim forms and to address the envelopes.

3

e.    <u>Records Of Each Mailing</u>:  I execute and file affidavits of service for most mailings.  I include a specific service list containing a listing of all parties to receive a notice of an order in my notarized and filed affidavits of service.

f.    <u>Monitoring Of Returned Mail</u>:  We preprint the return address (<u>i.e.</u>, KCC's address) on our envelopes.  We receive and carefully maintain the mail sent out and returned to our office.

3.    In preparation of the mailing of the Debtors' Notice of Commencement, I personally supervised the following:

a.    <u>Creation Of Data Files Used To Merge Address Information Into Notices</u>:  I directed the reformatting of the Debtors' Notice of Commencement data files, including the extraction and incorporation of the various parties' address information from KCC's database into those data files.

b.    <u>Submit Data Files And Notice Of Commencement To Production Staff</u>:  My colleagues and I provided the data files and the Debtors' Notice of Commencement to a technological programming consultant, an employee who is trained to operate the software used by KCC to generate personalized envelopes to mail the Notices of Commencement.

c.    <u>Monitor Preparation Of Merge Project</u>:  I monitored the creation of the process by which we merged the data files to prepare the envelopes containing the Debtors' Notices of Commencement for

4

mailing.  I instructed a programming consultant to print hard

copies of the Debtors' Notice of Commencement for the service.

d.    <u>Review printed documents</u>:  I reviewed and approved samples of

the printed copies of the Debtors' Notice of Commencement for

service.

e.    <u>Collating and inserting documents into windowed envelopes</u>:

After receiving approval, the KCC Production Department inserted

the Debtors' Notice of Commencement into envelopes with the

parties' addresses printed directly onto the envelopes.

f.    <u>Review and finalize completed packages</u>:  I reviewed samples of

completed packages.  Afterwards, my colleagues and I provided

KCC's Production Department with the approval for sealing,

applying postage, and delivering all packages to the post office.  It

is KCC's procedure to notify me of any problems with or deviation

from KCC's normal procedures in relation to the service of any

documents in the above-captioned case.  With respect to the

mailing of the Notice of Commencement to the appropriate parties,

including the Louisiana Department of Revenue, I was not notified

of any such problem or deviation.

4.    In preparation of the mailing of the Debtors' Bar Date Notice, I personally

supervised the following:

a.    <u>Creation Of Data Files Used To Merge Address Information Into</u>

<u>Notices</u>:  I directed the reformatting of the Debtors' Bar Date

5

Notice data files, including the extraction and incorporation of the various claimants' address information from KCC's database into those data files.

b.      <u>Submit Data Files And Bar Date Notice To Production Staff</u>:  My colleagues and I provided the data files and the Debtors' Bar Date Notices to a technological programming consultant, an employee who is trained to operate the software used by KCC to generate personalized proof of claim forms.

c.      <u>Monitor Preparation Of Merge Project</u>:  I monitored the creation of the process by which we merged the data files to prepare the envelopes containing the Debtors' Bar Date Notices for mailing.  I, along with another KCC employee, reviewed and approved samples of printed copies of proof of claim forms with the merged mailing addresses and instructed a technological programming consultant to print hard copies of the Debtors' Bar Date Notices for the service.

d.      <u>Review printed documents</u>:  I reviewed and approved samples of the printed copies of the Debtors' Bar Date Notice for service.

e.      <u>Collating and inserting documents into windowed envelopes</u>: After receiving approval, the KCC Production Department collated and inserted the proof of claim forms and the Debtors' Bar Date Notice into windowed envelopes, with the claimants' addresses showing through the windowed section of the envelopes.

6

      f.     <u>Review and finalize completed packages</u>:  I reviewed samples of completed packages.  Afterwards, my colleagues and I provided our Production Department with the approval for sealing, applying postage and delivering all packages to the post office.  Throughout the merging, printing and inserting portions of the project, all packages to be sent to foreign addresses are processed and metered separately.  It is KCC's procedure to notify me of any problems with or deviation from KCC's normal procedures in relation to the service of any Delphi documents.  With respect to the mailing of the Bar Date Notice to the appropriate parties, including the Louisiana Department of Revenue, I was not notified of any such problem or deviation.

5.     On or before October 28, 2005, KCC served copies of the Notice of Commencement on the following recipients:

| | |
|---|---|
| Louisiana Department Of Revenue & Taxation<br>PO Box 91017<br>Baton Rouge, LA 70821-9017 | Louisiana Department Of Revenue Eft Processing<br>PO Box 4018<br>Baton Rouge, LA 70821-4018 |
| Louisiana Dept Of Rev & Taxation<br>1555 Poydras St Ste 900<br>New Orleans, LA 70112 | State Of Louisiana Dept Of Rev<br>Acct Of Terry Adams Case 438907715<br>PO Box 31706<br>Shreveport, LA 43890-7715 |
| Louisiana Dept Of Revenue<br>Acct Of Ida W Lee Levy 438 72 6792<br>PO Box 31706<br>Attn M Eddins<br>Shreveport, LA 43872-6792 | Louisiana Dept Of Revenue Thibodaux Regional Office<br>PO Box 1429<br>Thibodaux, LA 70302-1429 |
| Louisiana State Of Dept Of Revenue<br>PO Box 201<br>Baton Rouge, LA 70821-0201 | |

6.      On April 20, 2006, KCC served copies of the Bar Date Notice on the

following recipients:

| | |
|---|---|
| Louisiana Department Of Revenue & Taxation<br>PO Box 91017<br>Baton Rouge, LA 70821-9017 | Louisiana Department Of Revenue and Taxation<br>PO Box 91017<br>Baton Rouge, LA 70821-9017 |
| Louisiana Department Of Revenue Eft Processing<br>PO Box 4018<br>Baton Rouge, LA 70821-4018 | Louisiana Dept Of Rev & Taxation<br>1555 Poydras St Ste 900<br>New Orleans, LA 70112 |
| State Of Louisiana Secretary Of Revenue And Taxation<br>Box 91010<br>Baton Rouge, LA 70821-9010 | Louisiana Dept Of Revenue<br>Acct Of Ida W Lee Levy 438 72 6792<br>PO Box 31706<br>Attn M Eddins<br>Shreveport, LA 43872-6792 |
| Louisiana Dept Of Revenue Acct Of Ida W Lee<br>Levy 438 72 6792 PO Box 31706<br>Attn M Eddins<br>Shreveport, LA 71130 | Louisiana Dept Of Revenue Thibodaux Regional Office<br>PO Box 1429<br>Thibodaux, LA 70302-1429 |
| Louisiana Dept Of Revenue Thibodaux Regional Office<br>PO Box 1429<br>Thibodaux, LA 70302-1429 | Louisiana State Of Dept Of Revenue<br>PO Box 201<br>Baton Rouge, LA 70821-0201 |
| Rpt Louisiana Dept Of Revenue Unclaimed Property Div<br>Box 91010<br>Baton Rouge, LA 70821-9010 | State Of Louisiana Department Of Rev and Tax<br>Box 91010<br>Baton Rouge, LA 70821-9010 |
| State Of Louisiana Dept Of Rev Acct Of Terry Adams Case 438907715<br>PO Box 31706<br>Shreveport, LA 43890-7715 | State Of Louisiana Dept Of Rev Acct Of Case 438907715<br>PO Box 31706<br>Shreveport, LA 71130 |
| State Of Louisiana Dept Of Revenue Unclaimed Property<br>Baton Rouge, LA 70821-9010 | State Of Louisiana Sec Of Revenue and Taxation<br>Unclaimed<br>Property Section<br>Baton Rouge, LA 70821-9010 |
| State Of Louisiana Secretary Of Revenue And Taxation<br>Baton Rouge, LA 70821-9010 | |

These names and addresses were provided by the Debtors as a part of the "creditor

matrix" (the "Creditor Matrix"), which is a list of each entity and person that was listed

8

on the Debtors' Schedules Of Assets And Liabilities (the "Schedules") filed in the above-captioned cases, or was identified by the Debtors as potentially having a claim against the Debtors.

7.      KCC sent the Bar Date Notice to every entity listed on the Creditor Matrix.  If potentially duplicate entries on the Creditor Matrix did not contain exactly the same name and address, the Bar Date Notice was sent to both entries.

8.      None of the packages sent to the recipients identified in the tables above were returned to KCC as undeliverable.

9.      In addition to mailing the Debtors' Bar Date Notices to recipients at the address listed above, KCC arranged to have the Debtors' Bar Date Notices published in 38 newspapers, including the European edition of the <u>Wall Street Journal</u> and the international edition of <u>USA Today</u>.   We also posted the Debtors' Bar Date Notices on the informational website established and maintained by KCC for the Debtors' cases, which is found at www.delphidocket.com.

10.      To the best of my knowledge, information and belief, I hereby declare and state that the foregoing information is true and correct.

Executed on November 11, 2008, at Los Angeles, California.

  /s/ Evan Gershbein
Evan Gershbein

# Exhibit B

Software Code

CIFT-620SD (01-04)   **1100**

**Louisiana Department of Revenue**

Post Office Box 91011
Baton Rouge, LA 70821-9011

☐ Mark if this is an amended return.

☐ Mark if your address has changed.

Please enter your Revenue Account Number here: | 5786595001

Please print corporation name, and complete mailing address below.

| For use of office only | Louisiana Corporation **Income Tax** Return for **2003** or Fiscal Year Begun _____, 2003 Ended _____, 2004 | Louisiana Corporation **Franchise Tax** Return for **2004** or Fiscal Year Begun _____, 2004 Ended _____, 2005 |

Delco Electronics Corporation
P. O. Box 5086

Troy                     MI      48007-5086

Calendar year returns are due **April 15.**
See instructions for fiscal year.

| | | | | |
|---|---|---|---|---|
| A. Federal Employer Identification Number ▶ | A. | 38-2633811 | F. Total assets ▶ F. $ | 2,269,623,883. 00 |
| B. Federal taxable income ▶ | B. $ | -115,947,493. 00 | G. Business code number ▶ G. | 336300 |
| C. Federal income tax ▶ | C. $ | 0. 00 | H. Was the income of this corporation included in a consolidated federal income tax return? ▶ H. | Yes No / X |
| D. Inc tax apportionment percentage (two dec. places) ▶ | D. | 0.66 % | | |
| E. Gross revenues ▶ | E. $ | 4,575,360,995. 00 | I. Is an Apportionment and Allocation Schedule (CIFT-620A) included with this return? ▶ I. | X |

**Computation of Income Tax**

| | | |
|---|---|---|
| 1A. Louisiana net income before loss adjustments and federal income tax ded. (Sch. D, Line 14, or Sch. P, Line 33) ▶ 1A. | -952,651. 00 |
| 1B. S corporation exclusion (See instructions). **Attach schedule.** ▶ 1B. | 0. 00 |
| 1C. Loss Carryforward ($ 0.) less federal tax refund applicable to loss ($ 0.) **Attach schedule.** ▶ 1C. | 0. 00 |
| 1D. Loss Carryback ($ 952,651.) less federal tax refund applicable to loss ($ 0.) **Attach schedule.** ▶ 1D. | 0. 00 |
| 1E. Federal income tax deduction (See instructions.) ▶ 1E. | 0. 00 |
| 1F. Louisiana taxable income (Subtract Lines 1B, 1C, 1D, and 1E from Line 1A.) ▶ 1F. | -952,651. 00 |
| 2. Louisiana income tax (Schedule E, Line 4) ▶ 2. | 0. 00 |
| 3. Credits: A. New Jobs Credit (Limited to 50% of net tax. See instr.) ▶ 3A. 0. 00 | |
| B. Enterprise Zone Credit ▶ 3B. 0. 00 | |
| C. Louisiana Capital Companies Credit ▶ 3C. 0 | |
| D. Other credits. Explain. (Do not include ad valorem tax credit. See Line 15.) ▶ 3D. 0. 00 | |
| E. Total nonrefundable credits (Add Lines 3A through 3D.) ▶ 3E. | 0. 00 |
| 4. Income tax after credits (Subtract Line 3E from Line 2.) ▶ 4. | 0. 00 |
| 5. Less prepayments (Schedule I, Line 7) ▶ 5. | 425,000. |
| 6. Amount of income tax due or overpayment (Subtract Line 5 from Line 4.) ▶ 6. | -425,000. |

**Computation of Franchise Tax**

| | | |
|---|---|---|
| 7A. Total capital stock, surplus, undivided profits, & borrowed capital (Sch A, Line 32, Col. 3) ▶ 7A. 1,901,764,080. 00 | |
| 7B. Franchise tax apportionment % (Sch N, Line 5, of CIFT-620A) (Carry to 2 decimal places or 100.00%.) ▶ 7B. | 0.97 % |
| 7C. Franchise taxable base (Multiply Line 7A by Line 7B.) ▶ 7C. | 18,447,112. |
| 8. Amount of assessed value of real and personal property in Louisiana in 2003 ▶ 8. | 0. 00 |
| 9. Louisiana franchise tax (Schedule F, Line 6) ▶ 9. | 54,891. 00 |
| 10. Credits: A. Enterprise Zone Credit ▶ 10A. 0. 00 | |
| B. Other credits. Explain. (Do not include ad valorem tax credit. See Line 15.) ▶ 10B. 0. 00 | |
| C. Total credits (Add Lines 10A and 10B.) ▶ 10C. | 0. 00 |
| 11. Franchise tax after credits (Subtract Line 10C from Line 9.) ▶ 11. | 54,891. 00 |
| 12. Less previous payments ▶ 12. | 0. 00 |
| 13. Amount of franchise tax due or overpayment (Subtract Line 12 from Line 11.) ▶ 13. | 54,891. 00 |

**Net Amount Due**

| | | |
|---|---|---|
| 14. Total income and franchise tax due or overpayment (Add Lines 6 and 13.) ▶ 14. | -370,109. 00 |
| 15. Refundable Credits (See instructions.) | |
| A. Inventory Credit ▶ 15A. 0. 00 | |
| B. Telephone Company Property Credit ▶ 15B. 0. 00 | |
| C. Prison Industry Enhancement (PIE) ▶ 15C. 0. 00 | |
| D. Total refundable credits ▶ 15D. | 0. 00 |
| 16. Net income and franchise tax due or overpayment (Subtract Line 15D from Line 14.) ▶ 16. | -370,109. 00 |
| 17. Penalties (See instructions.) ▶ 17. | 0. 00 |
| 18. Interest (Enter 1.25% per month from due date of return to date of payment.) ▶ 18. | 0. 00 |
| 19. Total amount due (Add Lines 16 through 18.) Make payment to Louisiana Dept of Revenue. **DO NOT SEND CASH.** ▶ 19. | 0. 00 |
| 20. Amount of overpayment you want **REFUNDED** ▶ 20. | 370,109. 00 |
| 21. Amount of overpayment you want **CREDITED** to 2004 tax ▶ 21. | 0. 00 |

2003 Deloitte & Touche Tax Technologies LLC    **LA620P01**

**2411**

24117   5786595001   24   12312003   00000000   5786595001   000000000   8

**ALL APPLICABLE SCHEDULES MUST BE COMPLETED.**

## SCHEDULE A - BALANCE SHEET AND CORPORATION FRANCHISE TAXABLE BASE

| ASSETS | 1. Beginning of year | 2. End of year | 3. End of year |
|---|---|---|---|
| 1. Cash | 470,640. | 1,081,741. | |
| 2. Trade notes and accounts receivable | 517,294,269. | 529,288,969. | |
| 3. Reserve for bad debts | ( 3,180,411. ) | ( 3,147,236. ) | |
| 4. Inventories | 348,536,989. | 310,518,631. | |
| 5. Investment in United States government obligations | 0. | 0. | |
| 6. Other current assets (Attach schedule.)   STATEMENT 1 | 27,615,596. | 19,754,642. | |
| 7. Loans to stockholders | 0. | 0. | |
| 8. Stock and obligations of subsidiaries | | | |
| 9. Other investments (Attach schedule.)   STATEMENT 2 | 684,193,636. | 695,514,281. | |
| 10. Buildings and other fixed depreciable assets | 1,800,495,627. | 1,847,859,523. | |
| 11. Accumulated amortization and depreciation | ( 1,420,811,672. ) | ( 1,352,743,025. ) | |
| 12. Depletable assets | 0. | 0. | |
| 13. Accumulated depletion | ( 0. ) | ( 0. ) | |
| 14. Land | 1,045,734. | 936,967. | |
| 15. Intangible assets | 263,443,494. | 184,697,057. | |
| 16. Accumulated amortization | ( 230,190,831. ) | ( 113,647,216. ) | |
| 17. Other assets (Attach schedule.)   STATEMENT 3 | 293,579,552. | 149,509,549. | |
| 18. Excessive reserves or undervalued assets (Attach schedule.) | | | |
| 19. Totals (Add Lines 1 through 18.) | 2,282,492,623. | 2,269,623,883. | |

**TOTAL FRANCHISE TAXABLE BASE** (Extend to Column 3, amounts in Col 2 that are includable in the franchise taxable base.)

### LIABILITIES AND CAPITAL

| | 1. Beginning of year | 2. End of year | 3. End of year |
|---|---|---|---|
| 20. Accounts payable | 997,577,771. | 1,104,823,267. | 676,118,343. |
| 21. Mortgages, notes, and bonds payable (one year old or less at balance sheet date and having a maturity of one year or less from original date incurred) (Complete Schedule B) | 0. | 0. | 0. |
| 22. Other current liabilities (Attach schedule.)   STATEMENT 4 | -43,644,872. | -60,845,121. | 0. |
| 23. Loans from stockholders (Attach schedule.) | 0. | 0. | 0. |
| 24. Due to subsidiaries and affiliates | 0. | 0. | 0. |
| 25. Mortgages, notes, and bonds payable (more than one year old at balance sheet date or having a maturity of more than one year from original date incurred) | 0. | 0. | 0. |
| 26. Other liabilities (Attach schedule.)   STATEMENT 5 | -21,241,656. | -11,586,215. | -11,586,215. |
| 27. Capital stock:   a. Preferred stock | 0. | 0. | 0. |
| b. Common stock | 25,005. | 25,005. | 25,005. |
| 28. Paid-in or capital surplus | 999,632,395. | 920,195,457. | 920,195,457. |
| 29. Surplus reserves (Attach schedule.) | 0. | 0. | 0. |
| 30. Earned surplus and undivided profits | 350,143,980. | 317,011,490. | 317,011,490. |
| 31. Excessive reserves or undervalued assets | 0. | 0. | 0. |
| 32. Totals (Add Lns 20 - 31. Enter the Col 3 total on Pg 1, Ln 7A. Round to nearest dollar.) | 2,282,492,623. | 2,269,623,883. | 1,901,764,080. |

## SCHEDULE B - ANALYSIS OF SCHEDULE A, COLUMN 2, LINES 21, 23, AND 26

| Original date of inception | Due date | Payee | Installment amount | Balance due | Taxable amount |
|---|---|---|---|---|---|
| | | | 0. | 0. | 0. |
| | | | 0. | 0. | 0. |
| | | | 0. | 0. | 0. |

## SCHEDULE C - ANALYSIS OF SCHEDULE A, COLUMN 2, LINE 30 (EARNED SURPLUS AND UNDIVIDED PROFITS PER BOOKS)

| | | | | |
|---|---|---|---|---|
| 1. Balance at beginning of year | 354,975,982. | 5. Distributions:   a. Cash | | 0. |
| 2. Net income per books | -14,470,633. | b. Stock | | 0. |
| 3. Other increases (Itemize.) | 0. | c. Property | | 0. |
| | 0. | 6. Other decreases (Itemize.) | | 0. |
| | 0. | STATEMENT 6 | | 15,367,427. |
| | 0. | 7. Total (Add Lines 5 and 6.) | | 15,367,427. |
| 4. Total (Add Lines 1, 2, and 3.) | 340,505,349. | 8. Balance at end of year (Sub Ln 7 from Ln 4.) | | 325,137,922. |

Under the penalties of perjury, I declare that I have examined this return, including all accompanying documents, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which he has any knowledge.

Signature

Signature of officer: _Denise C. Olbrecht_   11/7/04
DENISE C. OLBRECHT
DIRECTOR, STATE INCOME TAX
DULY AUTHORIZED AGENT
2488138050

| Signature of preparer | Date |
|---|---|
| | |
| Firm name | |

2412

Telephone

LA620P02

ALL APPLICABLE SCHEDULES MUST BE COMPLETED. (Schedule D and E must be completed if Schedule P of Form CIFT-620A is filed with this return)

## SCHEDULE D - COMPUTATION OF LOUISIANA TAXABLE INCOME

| | | | |
|---|---|---|---|
| 1. | Federal net income | 1. | 0. |
| | **ADDITIONS TO FEDERAL NET INCOME** | | |
| 2. | Net operating loss deduction claimed on federal return | 2. | 0. |
| 3. | Dividends received deduction claimed on federal return | 3. | 0. |
| 4. | Louisiana income tax deducted on federal return | 4. | 0. |
| 5. | Interest on obligations of other states or their political subdivisions | 5. | 0. |
| 6. | Other additions to federal net income (Attach schedule.) | 6. | 0. |
| 7. | Total additions (Add Lines 2 through 6.) | 7. | 0. |
| | **SUBTRACTIONS FROM FEDERAL NET INCOME** | | |
| 8. | Refunds of Louisiana income tax reported on federal return | 8. | 0. |
| 9. | Corporate dividends that have borne Louisiana income tax | 9. | 0. |
| 10. | Louisiana depletion in excess of federal depletion (Attach schedule.) | 10. | 0. |
| 11. | Expenses not deducted on the federal return due to Internal Revenue Code Section 280(C) | 11. | 0. |
| 12. | Other subtractions (Attach schedule.) | 12. | 0. |
| 13. | Total subtractions (Add Lines 8 through 12.) | 13. | 0. |
| 14. | Louisiana net income before S corporation exclusion, loss adjustments, and federal income tax deduction (Line 1 plus Line 7, less Line 13. Enter here and on Page 1, Line 1A. Round to the nearest dollar.) | 14. | 0. |

| SCHEDULE E - CALCULATION OF INCOME TAX | | | | SCHEDULE F - CALCULATION OF FRANCHISE TAX | |
|---|---|---|---|---|---|
| 1. Enter the net taxable income from Page 1, Line 1F. | 0. | | | 1. Enter amount from Page 1, Line 7C or 8, whichever is greater. | 18,447,112. |
| 2. Calculation of tax | **Column 1** | | **Column 2** | 2. Enter first $300,000 of Line 1 above. | 300,000. |
| | Net income in each bracket | RATE | TAX | | |
| a. First $25,000 of net income | 0. | x 4% = | 0. | 3. Multiply the amount on Line 2 by $1.50 for each $1,000 or major fraction thereof and enter here. | 450. |
| b. Next $25,000 | 0. | x 5% = | 0. | | |
| c. Next $50,000 | 0. | x 6% = | 0. | 4. Subtract Line 2 from Line 1 and enter here. | 18,147,112. |
| d. Next $100,000 | 0. | x 7% = | 0. | | |
| e. Over $200,000 | 0. | x 8% = | 0. | | |
| 3. Add Lines 2a through 2e of Column 1 and enter here. | 0. | | | 5. Multiply the amount on Line 4 by $3.00 for each $1,000 or major fraction thereof and enter here. | 54,441. |
| 4. Add Lines 2a through 2e of Column 2. Enter here and on Page 1, Line 2. Round to the nearest dollar. | | | 0. | 6. Add Lines 3 and 5. Enter the result or $10.00, whichever is greater, here and on Page 1, Line 9. Round to the nearest dollar. | 54,891. |

## SCHEDULE G - RECONCILIATION OF FEDERAL AND LOUISIANA NET INCOME
(Complete Schedule G only if filing an apportionment and allocation schedule [Form CIFT-620A] with this return.)

| | | | |
|---|---|---|---|
| 1. | Enter total net income calculated under federal law before special deductions. | | -115,188,983. |
| 2. | Additions to federal net income: | a. Louisiana income tax | 425,000. |
| | | b. Interest on obligations of other states and their political subdivisions | 0. |
| | | c. Other | 0. |
| | | | 0. |
| | | FOREIGN DIVIDEND GROSS-UP EXPENSES | 29,148. |
| | | CHARITABLE CONTRIBUTION ADJUSTMENT | 1,790,460. |
| | Subtractions from federal net income: | a. Dividends that have borne Louisiana income tax | 0. |
| | | b. United States government interest | 0. |
| | | c. Other | 0. |
| | | | 0. |
| | | | 0. |
| | | SECTION 78 GROSS-UP | 582,954. |
| 3. | Louisiana net income from all sources (same as Schedule P, Line 28, of CIFT-620A) | | -113,527,329. |

**2413**

**ALL APPLICABLE SCHEDULES MUST BE COMPLETED.**

## SCHEDULE H - RECONCILIATION OF INCOME PER BOOKS WITH INCOME PER RETURN

| | | | | |
|---|---|---|---|---|
| 1. Net income per books | -14,470,633. | 7. Income recorded on books this year, | | |
| 2. Louisiana income tax | 425,000. | but not included in this return (Itemize.) | | |
| 3. Excess of capital loss over capital gains | 0. | | | 0. |
| 4. Taxable income not recorded on books this year | | STATEMENT 9 | | 4,818,616. |
| (Itemize.) | | 8. Deductions in this tax return not charged | | |
| | 0. | against book income this year: | | |
| | 0. | a. Depreciation | | 114,097,896. |
| | 0. | b. Depletion | | 0. |
| STATEMENT 7 | 41,053,305. | c. Other | | 0. |
| 5. Expenses recorded on books this year, but not | | | | 0. |
| deducted in this return: | | | | 0. |
| a. Depreciation | 134,541,755. | | | 0. |
| b. Depletion | 0. | STATEMENT 10 | | 73,351,521. |
| c. Other | 0. | 9. Total (Add Lines 7 and 8.) | | 192,268,033. |
| | 0. | 10. Net income from all sources per return | | |
| STATEMENT 8 | -82,808,723. | (Subtract Line 9 from Line 6.) | | |
| 6. Total (Add Lines 1 through 5.) | 78,740,704. | | | -113,527,329. |

## SCHEDULE I - SUMMARY OF ESTIMATED TAX PAYMENTS

| | Check number | Date | | Amount |
|---|---|---|---|---|
| 1. Credit from prior year return | | | | 0. |
| 2. First quarter estimated payment | EFT | 04 | 2003 | 125,000. |
| 3. Second quarter estimated payment | EFT | 06 | 2003 | 150,000. |
| 4. Third quarter estimated payment | EFT | 09 | 2003 | 150,000. |
| 5. Fourth quarter estimated payment | | | | 0. |
| 6. Payment made with extension request | | | | 0. |
| 7. Total | | | | 425,000. |

## ADDITIONAL INFORMATION REQUIRED

1. Indicate principal place of business.    KOKOMO, INDIANA
2. Describe the nature of your business activity and specify your principal
   product or service, both in Louisiana and elsewhere.
   Louisiana:    SALE OF AUTOMOTIVE ELECTRONIC
                 COMPONENTS



   Elsewhere:    MANUFACTURE AND SALE OF AUTOMOTIVE
                 ELECTRONIC COMPONENTS



3. Indicate the date and state of incorporation.    DE    08/09/1985
4. Indicate parishes in which property is located.
   N/A



5. At the end of the taxable year, did you directly or indirectly own 50% or
   more of the voting stock of any corporation?  [X] Yes  [ ] No
   If "yes," show name, address, and percentage owned.

   SEE ATTACHED STATEMENT




6. At the end of the taxable year, did any corporation, individual, partner-
   ship, trust, or association directly or indirectly own 50% or more of your
   voting stock?  [X] Yes  [ ] No
   If "yes," show name, address, and percentage owned.
   DELPHI CORPORATION
   PO BOX 5086
   TROY, MI 48007-5086
   FEIN: 38-3430473
   PERCENTAGE OWNED: 100%

CIFT-620ASD (01-04)

**State of Louisiana**
**Department of Revenue**
# Corporation Apportionment and Allocation Schedules
### COMPLETE ALL APPLICABLE SCHEDULES.

| Name as shown on CIFT-620 | Income taxable period covered |
|---|---|
| Delco Electronics Corporation | 01 01 2003    12 31 2003 |

## SCHEDULE M – COMPUTATION OF CORPORATE FRANCHISE TAX AND INCOME TAX PROPERTY RATIOS

| | | | Located in Louisiana | | |
|---|---|---|---|---|---|
| | Located everywhere | | Franchise tax property factor | Income tax property factor | |
| * STATEMENT 11 | | | | | |
| 1. Items | 2. Beginning of year | 3. End of year | 4. End of year | 5. Beginning of year | 6. End of year |
| **Intangible assets** | | | | | |
| 1. Cash | 470,640. | 1,081,741. | 0. | | |
| 2. Notes and accounts receivable | 517,294,269. | 529,288,969. | 6,892,457. | | |
| 3. Reserve for bad debts | ( 3,180,411.) | ( 3,147,236.) | ( 0.) | | |
| 4. Investment in U.S. govt. obligations | 0. | 0. | 0. | | |
| 5. Stock and obligations of subsidiaries | 0. | 0. | 0. | | |
| * 6. Other investments (Attach schedule.) | 684,193,636. | 695,514,281. | 0. | | |
| 7. Loans to stockholders | 0. | 0. | 0. | | |
| 8. Other intangible assets (Attach schedule.) | 584,638,642. | 353,961,248. | 0. | | |
| 9. Accumulated depreciation | ( 230,190,831.) | ( 113,647,216.) | ( 0.) | | |
| 10. Total intangible assets (Add Lines 1–9.) | 1,553,225,945. | 1,463,051,787. | 6,892,457. | | |
| **Real and tangible assets** | | | | | |
| 11. Inventories | 348,536,989. | 310,518,631. | 0. | 0. | 0. |
| 12. Bldgs. and other depreciable assets | 1,800,495,627. | 1,847,859,523. | 0. | 0. | 0. |
| 13. Accumulated depreciation | ( 1,420,811,672.) | ( 1,352,743,025.) | ( 0.) | ( 0.) | ( 0.) |
| 14. Depletable assets | 0. | 0. | 0. | 0. | 0. |
| 15. Accumulated depletion | ( 0.) | ( 0.) | ( 0.) | ( 0.) | ( 0.) |
| 16. Land | 1,045,734. | 936,967. | 0. | 0. | 0. |
| 17. Other real & tangible assets (Attach sch.) | 0. | 0. | 0. | 0. | 0. |
| 18. Excessive reserves, assets not reflected on books, or undervalued assets | 0. | 0. | 0. | 0. | 0. |
| 19. Total real and tangible assets (Add Lines 11 through 18.) | 729,266,678. | 806,572,096. | 0. | 0. | 0. |
| 20. **Total assets (Add Lines 10 and 19.)** | 2,282,492,623. | 2,269,623,883. | 6,892,457. | | |
| 21. Enter amount from **Line 19** above. | 729,266,678. | 806,572,096. | | 0. | 0. |
| 22. Less real and tangible assets **not** used in production of net apportionable income (Attach schedule.) | 0. | 0. | | 0. | 0. |
| 23. Balance | 729,266,678. | 806,572,096. | | 0. | 0. |
| 24. Beginning of year balance | | 729,266,678. | | | 0. |
| 25. Total (Add Lines 23 and 24.) | | 1,535,838,774. | | | 0. |
| 26. Franchise tax property ratio (Line 20, Column 4 / Line 20, Column 3) | | | 0.30 % | | |
| 27. Income tax property ratio (Line 25, Column 6 / Line 25, Column 3) | | | | | 0.00 % |

## SCHEDULE N – COMPUTATION OF CORPORATE FRANCHISE TAX APPORTIONMENT PERCENTAGE

| 1. Description of items used as ratios | 2. Total amount | 3. Louisiana amount | 4. Percent (Col. 3 / Col. 2) |
|---|---|---|---|
| 1. Net sales of merchandise, charges for services, and other revenues | | | |
| A. Sales (See instructions.) | 4,575,360,995. | 60,103,752. | |
| B. Charges for services (See instructions.) | 0. | 0. | |
| C. Other Revenues: Itemize. (See instructions.) | | | |
| (i) Rents and royalties | 0. | 0. | |
| (ii) Dividends and interest from subsidiaries | 0. | 0. | |
| (iii) Other dividends and interest | 5,014,338. | 0. | |
| (iv) All other revenues                STATEMENT 12 | 837,961. | 0. | |
| D. Total (Total the amounts in Cols. 2 and 3. Enter ratio in Column 4.) | 4,581,213,294. | 60,103,752. | 1.31 % |
| 2. Franchise tax property ratio (Enter in Col. 4 the percent from Line 26, Sch M.) | | | 0.30 % |
| 3. Net sales of corporations engaged in the business of manufacturing (See inst) | 4,575,360,995. | 60,103,752. | 1.31 % |
| 4. Total of applicable percents in Column 4 | | | 2.92 % |
| 5. Average of percents (Divide Line 4 by applicable number of ratios. Enter here and on Page 1, Line 7B of CIFT-620.) | | | 0.97 % |

**2415**

## SCHEDULE P – COMPUTATION OF LOUISIANA NET INCOME

**Column 3 must be completed. Column 2 must also be completed if the separate accounting method is used.**

| 1. Items | | 2. LA amounts (Lines 1 through 27) | 3. Totals |
|---|---|---|---|
| 1. Gross receipts  4,575,360,995.  Less returns and allowances  0. | | 0. | 4,575,360,995. |
| 2. Less: Cost of goods sold and/or operations (Attach schedules.) | | 0. | 3,496,322,838. |
| 3. Gross profit | | 0. | 1,079,038,157. |
| 4. Dividends  2,873,148. Less: Dividends that have borne LA income tax (Attach schedule.)  0. Balance | | 0. | 2,873,148. |
| 5. Interest | | 0. | 2,141,190. |
| 6. Gross rents | | 0. | 0. |
| 7. Gross royalties | | 0. | 0. |
| 8. Net gains from sale of capital assets (Attach schedule.) | | 0. | 0. |
| 9. Net gains (loss) from sale of property other than capital assets (Attach schedule.) | | 0. | -17,854,780. |
| 10. Other income (Attach schedule.)  SEE STATEMENT 13 | | 0. | 44,595,492. |
| 11. Total income (Add Lines 3 through 10.) | | 0. | 1,110,793,207. |
| 12. Compensation of officers | | 0. | 4,391,581. |
| 13. Salaries and wages (not deducted elsewhere) | | 0. | 266,809,244. |
| 14. Repairs (Do not include cost of improvements or capital expenditures.) | | 0. | 1,254,960. |
| 15. Bad debts | | 0. | 398,222. |
| 16. Rent | | 0. | 198,588,515. |
| 17. Taxes (Attach schedule.) | | 0. | 13,043,329. |
| 18. Interest | | 0. | -11,903. |
| 19. Contributions | | 0. | 1,790,460. |
| 20. Depreciation (Attach schedule.) | | 0. | 114,097,896. |
| 21. Depletion (Attach schedule.) | | 0. | 0. |
| 22. Advertising | | 0. | 0. |
| 23. Pension, profit sharing, stock bonus, and annuity plans | | 0. | 75,461,870. |
| 24. Other employee benefit plans | | 0. | 106,549,350. |
| 25. Other deductions (Attach schedule.) | | 0. | 441,947,012. |
| 26. Total deductions (Add Lines 12 through 25.) | | 0. | 1,224,320,536. |
| 27. Net income from Louisiana sources (If separate [direct] method of reporting is used, enter here and on Line 33) | | 0. | |
| 28. Net income from all sources (Subtract Line 26, Column 3 from Line 11, Column 3.) | | | -113,527,329. |
| 29. Less: Allocable income from all sources (See instructions.) Attach schedule supporting each amount. | | | |
| A.  Net rents and royalties | | 0. | |
| B.  Net profits or losses from sales or exchanges of property not made in the regular course of business | | -17,497,684. | |
| C.  Other net allocable income  SEE ALLOC. SCHEDULE | | 48,311,342. | 30,813,658. |
| 30. Net income subject to apportionment (Subtract Lines 29A, B, and C from Line 28.) | | | -144,340,987. |
| 31. Net income apportioned to Louisiana (See instructions.) | | | -952,651. |
| 32. Add: Allocable income from Louisiana sources (See instructions.) Attach schedule supporting each amount. | | | |
| A.  Net rents and royalties | | 0. | |
| B.  Net profits or losses from sales or exchanges of property not made in the regular course of business | | 0. | |
| C.  Other net allocable income | | 0. | 0. |
| 33. Louisiana net income before loss adjustments and federal income tax deduction (Add Lines 31, 32A, B, and C or enter amount from Line 27, whichever is applicable, here and on Page 1, Line 1A of Form CIFT-820. Round to nearest dollar.) | | | -952,651. |

## SCHEDULE Q – COMPUTATION OF INCOME TAX APPORTIONMENT PERCENTAGE

| 1. Description of items used as ratios | 2. Total amount | 3. Louisiana amount | 4. Percent (Col. 3 / Col. 2) |
|---|---|---|---|
| 1. Net sales of merchandise and/or charges for services | | | |
| A. Sales (See instructions.) | 4,575,360,995. | 60,103,752. | |
| B. Charges for services (See instructions.) | 0. | 0. | |
| C. Other gross apportionable income | 837,961. | 0. | |
| D. Total (Enter total of Lines A, B, and C in Col. 2 and Col. 3.) | 4,576,198,956. | 60,103,752. | |
| (Enter ratio in Col. 4.) | | | 1.31 % |
| 2. Wages, salaries, and other personal service compensation paid during the year (Enter amounts in Column 2 and Column 3, and ratio in Column 4.) | 359,370,203. | 46,042. | 0.01 % |
| 3. Income tax property ratio (Enter percentage from Line 27, Schedule M.) | | | 0.00 % |
| 4. ONLY corporations primarily in the business of manufacturing or merchandising, enter ratio from Line 1D, Column 4 (See instructions.) | | | 1.31 % |
| 5. Total of percents in Column 4 | | | 2.63 % |
| 6. Average of percents (Use this result in determining income apportioned to Louisiana on Line 31, Schedule P.) | | | 0.66 % |

**2416**

Delco Electronics Corporation
FEIN: 38-2633811

The 2003 tax return is the final return being filed for Delco Electronics Corporation.

Delco Electronics Corporation was converted to a limited liability company in a conversion transaction pursuant to section 266 of the Delaware General Corporation Law, effective as of 11:59 p.m. December 31, 2003, and changed its name at that time to Delco Electronics LLC.

Effective January 1, 2004, Delco Electronics LLC is a single-member limited liability company. Its sole member is Delphi Corporation (through its single member limited liability company, Delphi Automotive Systems LLC, a disregarded entity), which was also the sole shareholder of Delco Electronics Corporation. For tax years subsequent to 2003, Delco Electronics LLC's activity, as a single-member disregarded entity, will be reported by Delphi Corporation under its FEIN of 38-3430473.

# Exhibit C

CIFT-620-SD (01-05)

**Louisiana Department of Revenue**
Post Office Box 91011
Baton Rouge, LA 70821-9011

You **must** enter your Revenue Account Number here: 5786595001

1100

| For office only | Louisiana Corporation Income Tax Return for 2004 or Fiscal Year Begun _____, 2004 Ended _____, 2005 | Louisiana Corporation Franchise Tax Return for 2005 or Fiscal Year Begun _____, 2005 Ended _____, 2006 |
|---|---|---|

Calendar year returns are due April 15.
See instructions for fiscal years.

☐ For name change, mark box.
☐ For address change, mark box.
☐ For amended return, mark box.
☒ For final return, mark box.
☒ For short period return, mark box.
☐ Extension
☐ Entry is not required to file franchise tax

Delco Electronics Corporation
P. O. Box 5086

Troy                    MI   48007-5086

Please print corporation name, and complete mailing address above.

| | | |
|---|---|---|
| A. Federal Employer Identification Number ► | A. | 38-2633811 |
| B. Louisiana taxable income ► | B. $ | 0. 00 |
| C. Federal income tax ► | C. $ | 0. 00 |
| D. Inc tax apportionment percentage (two dec. places) ► | D. | 0.00 % |
| E. Gross revenues ► | E. $ | 0. 00 |

| | | |
|---|---|---|
| F. Total assets ► | F. $ | 0. 00 |
| G. NAICS ► | G. | 336300 |
| H. Was the income of this corporation included in a consolidated federal income tax return? ► | H. | Yes X / No |
| I. Is an Apportionment and Allocation Schedule (CIFT-620A) included with this return? ► | I. | X |

**Computation of Income Tax**

| | | |
|---|---|---|
| 1A. Louisiana net income before loss adjustments and federal income tax ded. (Sch. D, Line 14, or Sch. P, Line 33) ► | 1A. | 0. 00 |
| 1B. Subchapter S corporation exclusion (See instructions.) **Attach schedule.** ► | 1B. | 0. 00 |
| 1C. Loss carryforward ($ 0.) less federal tax refund applicable to loss ($ 0.) **Attach schedule.** ► | 1C. | 0. 00 |
| 1D. Loss carryback ($ 0.) less federal tax refund applicable to loss ($ 0.) **Attach schedule.** ► | 1D. | 0. 00 |
| 1E. Federal income tax deduction (See instructions.) ► | 1E. | 0. 00 |
| 1F. Louisiana taxable income (Subtract Lines 1B, 1C, 1D, and 1E from Line 1A.) ► | 1F. | 0. 00 |
| 2. Louisiana income tax (Schedule E, Line 4) ► | 2. | 0. 00 |
| 3. Total nonrefundable credits (From Schedule NRC, Line 29) ► | 3. | 0. 00 |
| 4. Income tax after nonrefundable credits (Subtract Line 3 from Line 2.) ► | 4. | 0. 00 |
| 5. Less prepayments (Schedule I, Line 7) ► | 5. | 0. 00 |
| 6. Amount of income tax due or overpayment (Subtract Line 5 from Line 4.) ► | 6. | 0. 00 |

**Computation of Franchise Tax**

| | | |
|---|---|---|
| 7A. Total capital stock, surplus, undivided profits, & borrowed capital (Sch A, Line 32, Col 3) ► | 7A. | 0. 00 |
| 7B. Franchise tax apportionment % (Sch N, Line 5, of CIFT-620A) (Carry to 2 decimal places or 100.00%.) ► | 7B. | 0.00 % |
| 7C. Franchise tax base (Multiply Line 7A by Line 7B.) ► | 7C. | 0. 00 |
| 8. Amount of assessed value of real and personal property in Louisiana in 2004 ► | 8. | 0. 00 |
| 9. Louisiana franchise tax (Schedule F, Line 6) ► | 9. | 0. 00 |
| 10. Total nonrefundable credits (From Schedule NRC, Line 30) ► | 10. | 0. 00 |
| 11. Franchise tax after nonrefundable credits (Subtract Line 10 from Line 9.) ► | 11. | 0. 00 |
| 12. Less previous payments ► | 12. | 0. 00 |
| 13. Amount of franchise tax due or overpayment (Subtract Line 12 from Line 11.) ► | 13. | 0. 00 |

**Net Amount Due**

| | | |
|---|---|---|
| 14. Total income and franchise tax due or overpayment (Add Lines 6 and 13.) ► | 14. | 0. 00 |
| 15. Total refundable credits (From Schedule RC, Line 5) ► | 15. | 0. 00 |
| 16. Net income and franchise tax due or overpayment (Subtract Line 15 from Line 14.) ► | 16. | 0. 00 |
| 17. Delinquent filing penalty ► | 17. | 0. 00 |
| 18. Delinquent payment penalty ► | 18. | 0. 00 |
| 19. Interest (Enter 1.25% per month from due date of return to date of payment.) ► | 19. | 0. 00 |
| 20. Total amount due (Add Lines 16 through 19.) Make payment to Louisiana Dept of Revenue. **Do not send cash.** ► | 20. | 0. 00 |
| 21. Amount of overpayment you want REFUNDED ► | 21. | 0. 00 |
| 22. Amount of overpayment you want CREDITED to 2005 tax ► | 22. | 0. 00 |

Under the penalties of perjury, I declare that I have examined this return, including all accompanying documents, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which he has any knowledge.

_Denise C. Albrecht_

DENISE C. OLBRECHT
DIRECTOR, STATE INCOME TAX
DULY AUTHORIZED AGENT
Signature of officer     Title of officer

Telephone     11/15/05 Date

Signature of preparer

Firm name

Telephone     Date

www.revenue.louisiana.gov   2004 Deloitte & Touche Tax Technologies LLC

LA620P01   **2509**

25098   5786595001 244   12312004 00000000 5786595001 00000000000 2

## Schedule NRC – Nonrefundable Tax Credits, Exemptions, and Rebates

| | For all credits, please see instructions for documentation requirements. | Corporation Income Tax (A) | | Franchise Tax (B) | |
|---|---|---|---|---|---|
| 1. | Credit for contributions of tangible property of a sophisticated and technological nature to educational institutions | 0. | .00 | | |
| 2. | Credit for converting vehicles to alternative fuels usage | 0. | .00 | | |
| 3. | Credit for bone marrow donor expenses | 0. | .00 | | |
| 4. | Credit for the employment of certain first-time drug offenders | 0. | .00 | | |
| 5. | Credit for employment in a qualified motion picture production | 0. | .00 | 0. | .00 |
| 6. | Credit for employment of the previously unemployed | 0. | .00 | 0. | .00 |
| 7. | Credit for investments in state certified motion picture productions | 0. | .00 | | |
| 8. | Credit for donations to assist qualified playgrounds | 0. | .00 | 0. | .00 |
| 9. | Louisiana basic skills training tax credit | 0. | .00 | 0. | .00 |
| 10. | Research and development credit | 0. | .00 | 0. | .00 |
| 11. | New markets credit | 0. | .00 | 0. | .00 |
| 12. | Credit for debt issuance costs | 0. | .00 | 0. | .00 |
| 13. | Credit for rehabilitation of historic structures | 0. | .00 | 0. | .00 |
| 14. | Louisiana capital companies credit | 0. | .00 | | |
| 15. | Credit for cash donations to the dedicated research investment fund | 0. | .00 | | |
| 16. | Credit for insurance company premium tax | 0. | .00 | | |
| 17. | Credit for new jobs | 0. | .00 | | |
| 18. | Credit for neighborhood assistance | 0. | .00 | | |
| 19. | Credit for refunds by utilities | 0. | .00 | | |
| 20. | Credit for hiring eligible re-entrants | 0. | .00 | | |
| 21. | Credit for donations to public schools | 0. | .00 | | |
| 22. | Technology Commercialization Credit | 0. | .00 | 0. | .00 |
| 23. | Atchafalaya Trace Heritage Area Development Zone Tax Exemption | 0. | .00 | 0. | .00 |
| 24. | Biomedical Research and Development Park | 0. | .00 | 0. | .00 |
| 25. | Tax Equalization Credit | 0. | .00 | 0. | .00 |
| 26. | Manufacturing Establishments Credit | 0. | .00 | 0. | .00 |
| 27. | Enterprise Zone Credit | 0. | .00 | 0. | .00 |
| 28. | Quality Jobs Program Credit | 0. | .00 | 0. | .00 |
| 29. | Total Income Tax Credits: Add amounts in Col A. Enter here and on CIFT-620, Line 3. | 0. | .00 | | |
| 30. | Total Franchise Tax Credits: Add amounts in Col B. Enter here and on CIFT-620, Line 10. | | | 0. | .00 |

## Schedule RC – Refundable Tax Credits

| | | | |
|---|---|---|---|
| 1. | Inventory tax credit | 0. | .00 |
| 2. | Ad valorem tax credit for offshore vessels | 0. | .00 |
| 3. | Telephone Company Property Tax Credit | 0. | .00 |
| 4. | Prison Industry Enhancement Credit | 0. | .00 |
| 5. | Add Lines 1 through 4. Print the result here and on Line 15 of Form CIFT-620. | 0. | .00 |

**FOR OFFICE USE ONLY.**



Field flag

2510

2004 Deloitte & Touche Tax Technologies LLC

LA620P02

All applicable schedules must be completed.

### Schedule A – Balance Sheet and Corporation Franchise Taxable Base

| ASSETS | 1. Beginning of year | 2. End of year | 3. End of year |
|---|---|---|---|
| 1.  Cash | 0. | 0. | |
| 2.  Trade notes and accounts receivable | 0. | 0. | |
| 3.  Reserve for bad debts | ( 0. ) | ( 0. ) | |
| 4.  Inventories | 0. | 0. | |
| 5.  Investment in United States government obligations | 0. | 0. | |
| 6.  Other current assets (Attach schedule.) | 0. | 0. | |
| 7.  Loans to stockholders | 0. | 0. | |
| 8.  Stock and obligations of subsidiaries | 0. | 0. | |
| 9.  Other investments (Attach schedule.) | 0. | 0. | |
| 10. Buildings and other fixed depreciable assets | 0. | 0. | |
| 11. Accumulated amortization and depreciation | ( 0. ) | ( 0. ) | |
| 12. Depletable assets | 0. | 0. | |
| 13. Accumulated depletion | ( 0. ) | ( 0. ) | |
| 14. Land | 0. | 0. | |
| 15. Intangible assets | 0. | 0. | |
| 16. Accumulated amortization | ( 0. ) | ( 0. ) | |
| 17. Other assets (Attach schedule.) | 0. | 0. | **Total Franchise** |
| 18. Excessive reserves or undervalued assets (Attach schedule.) | 0. | 0. | **Taxable Base** |
| 19. Totals (Add Lines 1 through 18.) | 0. | 0. | (Extend to Column 3, amounts in Col 2 that are includable in the franchise taxable base.) |

### Liabilities and Capital

| | 1. Beginning of year | 2. End of year | 3. End of year |
|---|---|---|---|
| 20. Accounts payable | 0. | 0. | 0. |
| 21. Mortgages, notes, and bonds payable (one year old or less at balance sheet date and having a maturity of one year or less from original date incurred)(Complete Schedule B.) | 0. | 0. | 0. |
| 22. Other current liabilities (Attach schedule.) | 0. | 0. | 0. |
| 23. Loans from stockholders (Attach schedule.) | 0. | 0. | 0. |
| 24. Due to subsidiaries and affiliates | 0. | 0. | 0. |
| 25. Mortgages, notes, and bonds payable (more than one year old at balance sheet date or having a maturity of more than one year from original date incurred) | 0. | 0. | 0. |
| 26. Other liabilities (Attach schedule.) | 0. | 0. | 0. |
| 27. Capital stock:    a. Preferred stock | 0. | 0. | 0. |
|                                  b. Common stock | 0. | 0. | 0. |
| 28. Paid-in or capital surplus | 0. | 0. | 0. |
| 29. Surplus reserves (Attach schedule.) | 0. | 0. | 0. |
| 30. Earned surplus and undivided profits | 0. | 0. | 0. |
| 31. Excessive reserves or undervalued assets | 0. | 0. | 0. |
| 32. Totals (Add Lns 20 – 31. Enter the Col 3 total on Pg 1, Ln 7A. Round to nearest dollar.) | 0. | 0. | 0. |

### Schedule B – Analysis of Schedule A, Column 2, Lines 21, 23, and 26

| Original date of inception | Due date | Payee | Installment amount | Balance due | Taxable amount |
|---|---|---|---|---|---|
| | | | 0. | 0. | 0. |
| | | | 0. | 0. | 0. |
| | | | 0. | 0. | 0. |

### Schedule C – Analysis of Schedule A, Column 2, Line 30 (Earned surplus and undivided profits per books)

| | | | |
|---|---|---|---|
| 1. Balance at beginning of year | 0. | 5. Distributions:   a. Cash | 0. |
| 2. Net income per books | 0. |                                b. Stock | 0. |
| 3. Other increases (Itemize.) | 0. |                                c. Property | 0. |
| | 0. | 6. Other decreases (Itemize.) | 0. |
| | 0. | | 0. |
| | 0. | 7. Total (Add Lines 5 and 6.) | 0. |
| 4. Total (Add Lines 1, 2, and 3.) | 0. | 8. Balance at end of year (Sub Ln 7 from Ln 4.) | 0. |

**2511**

**All applicable schedules must be completed.** (Schedule D need not be completed if Schedule P of Form CIFT-620A is filed with this return)

## Schedule D - Computation of Louisiana taxable income

| | | | |
|---|---|---|---|
| 1. | Federal net income | 1. | 0. |
| | **Additions to Federal Net Income** | | |
| 2. | Net operating loss deduction claimed on federal return | 2. | 0. |
| 3. | Dividends received deduction claimed on federal return | 3. | 0. |
| 4. | Louisiana income tax deducted on federal return | 4. | 0. |
| 5. | Interest on obligations of other states or their political subdivisions | 5. | 0. |
| 6. | Other additions to federal net income (Attach schedule.) | 6. | 0. |
| 7. | Total additions (Add Lines 2 through 6.) | 7. | 0. |
| | **Subtractions from Federal Net Income** | | |
| 8. | Refunds of Louisiana income tax reported on federal return | 8. | 0. |
| 9. | Corporate dividends that have borne Louisiana income tax | 9. | 0. |
| 10. | Louisiana depletion in excess of federal depletion (Attach schedule.) | 10. | 0. |
| 11. | Expenses not deducted on the federal return due to Internal Revenue Code Section 280(C) | 11. | 0. |
| 12. | Other subtractions (Attach schedule.) | 12. | 0. |
| 13. | Total subtractions (Add Lines 8 through 12.) | 13. | 0. |
| 14. | Louisiana net income before S corporation exclusion, loss adjustments, and federal income tax deduction (Line 1 plus Line 7, less Line 13. Enter here and on Page 1, Line 1A. Round to the nearest dollar.) | 14. | 0. |

| Schedule E - Calculation of Income tax | | | Schedule F - Calculation of franchise tax | |
|---|---|---|---|---|
| 1. Enter the net taxable income from Page 1, Line 1F. | | 0. | 1. Enter amount from Page 1, Line 7C or 8, whichever is greater. | 0. |
| 2. Calculation of tax | **Column 1** | **Column 2** | 2. Enter first $300,000 of Line 1 above. | 0. |
| | Net income in each bracket | RATE / TAX | | |
| a. First $25,000 of net income | 0. | x 4% = 0. | 3. Multiply the amount on Line 2 by $1.50 for each $1,000 or major fraction thereof and enter here. | |
| b. Next $25,000 | 0. | x 5% = 0. | | 0. |
| c. Next $50,000 | 0. | x 6% = 0. | 4. Subtract Line 2 from Line 1 and enter here. | |
| d. Next $100,000 | 0. | x 7% = 0. | | 0. |
| e. Over $200,000 | 0. | x 8% = 0. | | |
| 3. Add Lines 2a through 2e of Column 1 and enter here. | 0. | | 5. Multiply the amount on Line 4 by $3.00 for each $1,000 or major fraction thereof and enter here. | 0. |
| 4. Add Lines 2a through 2e of Column 2. Enter here and on Page 1, Line 2. Round to the nearest dollar. | | 0. | 6. Add Lines 3 and 5. Enter the result or $10.00, whichever is greater, here and on Page 1, Line 9. Round to the nearest dollar. | 0. |

## Schedule G - Reconciliation of Federal and Louisiana net income
(Complete Schedule G only if filing an apportionment and allocation schedule [Form CIFT-620A] with this return.)

| | | |
|---|---|---|
| 1. Enter total net income calculated under federal law before special deductions. | | 0. |
| 2. Additions to federal net income: | a. Louisiana income tax | 0. |
| | b. Interest on obligations of other states and their political subdivisions | 0. |
| | c. Other | 0. |
| | | 0. |
| | | 0. |
| | | 0. |
| Subtractions from federal net income: | a. Dividends that have borne Louisiana income tax | 0. |
| | b. United States government interest | 0. |
| | c. Other | 0. |
| | | 0. |
| | | 0. |
| | | 0. |
| 3. Louisiana net income from all sources (same as Schedule P, Line 28, of CIFT-620A) | | 0. |

2512

**All applicable schedules must be completed.**

## Schedule H – Reconciliation of Income Per Books with Income Per Return

| | | | | |
|---|---|---|---|---|
| 1. Net income per books | 0. | 7. Income recorded on books this year, | | |
| 2. Louisiana income tax | 0. | but not included in this return (Itemize.) | | |
| 3. Excess of capital loss over capital gains | 0. | | | 0. |
| 4. Taxable income not recorded on books this year (Itemize.) | | | | 0. |
| | 0. | 8. Deductions in this tax return not charged against book income this year: | | |
| | 0. | a. Depreciation | | 0. |
| | 0. | b. Depletion | | 0. |
| | | c. Other | | 0. |
| 5. Expenses recorded on books this year, but not deducted in this return: | | | | 0. |
| a. Depreciation | 0. | | | 0. |
| b. Depletion | 0. | | | 0. |
| c. Other | 0. | 9. Total (Add Lines 7 and 8.) | | 0. |
| | 0. | 10. Net income from all sources per return (Subtract Line 9 from Line 6.) | | |
| 6. Total (Add Lines 1 through 5.) | 0. | | | 0. |

## Schedule I – Summary of Estimated Tax Payments

| | Check number | Date | Amount |
|---|---|---|---|
| 1. Credit from prior year return | | | 0. |
| 2. First quarter estimated payment | | | 0. |
| 3. Second quarter estimated payment | | | 0. |
| 4. Third quarter estimated payment | | | 0. |
| 5. Fourth quarter estimated payment | | | 0. |
| 6. Payment made with extension request | | | 0. |
| 7. Total | | | 0. |

## Additional Information Required

1. Indicate principal place of business.  KOKOMO, INDIANA

2. Describe the nature of your business activity and specify your principal product or service, both in Louisiana and elsewhere.

Louisiana:  SALE OF AUTOMOTIVE ELECTRONIC
            COMPONENTS

Elsewhere:  MANUFACTURE AND SALE OF AUTOMOTIVE
            ELECTRONIC COMPONENTS

3. Indicate the date and state of incorporation.  DE    08/09/1985

4. Indicate parishes in which property is located.
   N/A

5. At the end of the taxable year, did you directly or indirectly own 50% or more of the voting stock of any corporation? [X] Yes [ ] No
If "yes," show name, address, and percentage owned.

   SEE ATTACHED STATEMENT

6. At the end of the taxable year, did any corporation, individual, partnership, trust, or association directly or indirectly own 50% or more of your voting stock? [X] Yes [ ] No
If "yes," show name, address, and percentage owned.
   DELPHI CORPORATION
   P.O. BOX 5086
   TROY, MI 48007-5086
   FEIN: 38-3430473
   PERCENTAGE OWNED: 100%

2513

CIFT-620A (01-05)

## Louisiana Department of Revenue
## Corporation Apportionment and Allocation Schedules
### COMPLETE ALL APPLICABLE SCHEDULES.

| Name as shown on CIFT-620 | Income taxable period covered |
|---|---|
| Delco Electronics Corporation | 01 01 2004 to 01 16 2004 |

## SCHEDULE M – COMPUTATION OF CORPORATE FRANCHISE TAX AND INCOME TAX PROPERTY RATIOS

| 1. Items | Located everywhere | | Franchise tax property factor | Income tax property factor | |
|---|---|---|---|---|---|
| | 2. Beginning of year | 3. End of year | 4. End of year | 5. Beginning of year | 6. End of year |
| **Intangible assets** | | | | | |
| 1. Cash | 0. | 0. | 0. | | |
| 2. Notes and accounts receivable | 0. | 0. | 0. | | |
| 3. Reserve for bad debts | ( 0.) | ( 0.) | ( 0.) | | |
| 4. Investment in U.S. govt. obligations | 0. | 0. | 0. | | |
| 5. Stock and obligations of subsidiaries | 0. | 0. | 0. | | |
| 6. Other investments (Attach schedule.) | 0. | 0. | 0. | | |
| 7. Loans to stockholders | 0. | 0. | 0. | | |
| 8. Other intangible assets (Attach schedule.) | 0. | 0. | 0. | | |
| 9. Accumulated depreciation | ( 0.) | ( 0.) | ( 0.) | | |
| 10. Total intangible assets (Add Lines 1-9.) | 0. | 0. | 0. | | |
| **Real and tangible assets** | | | | | |
| 11. Inventories | 0. | 0. | 0. | 0. | 0. |
| 12. Bldgs. and other depreciable assets | 0. | 0. | 0. | 0. | 0. |
| 13. Accumulated depreciation | ( 0.) | ( 0.) | ( 0.) | ( 0.) | ( 0.) |
| 14. Depletable assets | 0. | 0. | 0. | 0. | 0. |
| 15. Accumulated depletion | ( 0.) | ( 0.) | ( 0.) | ( 0.) | ( 0.) |
| 16. Land | 0. | 0. | 0. | 0. | 0. |
| 17. Other real & tangible assets (Attach sch.) | | | | | |
| 18. Excessive reserves, assets not reflected on books, or undervalued assets | 0. | 0. | 0. | 0. | 0. |
| 19. Total real and tangible assets (Add Lines 11 through 18.) | 0. | 0. | 0. | 0. | 0. |
| 20. **Total assets (Add Lines 10 and 19.)** | 0. | 0. | 0. | | |
| 21. Enter amount from Line 19 above. | 0. | 0. | | 0. | 0. |
| 22. Less real and tangible assets **not** used in production of net apportionable income (Attach schedule.) | 0. | 0. | | 0. | 0. |
| 23. Balance | 0. | 0. | | 0. | 0. |
| 24. Beginning of year balance | | 0. | | | 0. |
| 25. Total (Add Lines 23 and 24.) | | 0. | | | 0. |
| 26. Franchise tax property ratio (Line 20, Column 4 / Line 20, Column 3) | | | 0.00 % | | |
| 27. Income tax property ratio (Line 25, Column 6 / Line 25, Column 3) | | | | | 0.00 % |

## SCHEDULE N – COMPUTATION OF CORPORATE FRANCHISE TAX APPORTIONMENT PERCENTAGE

| 1. Description of Items used as ratios | 2. Total amount | 3. Louisiana amount | 4. Percent (Col. 3 / Col. 2) |
|---|---|---|---|
| 1. Net sales of merchandise, charges for services, and other revenues | | | |
| A. Sales (See instructions.) | 0. | 0. | |
| B. Charges for services (See instructions.) | 0. | 0. | |
| C. Other Revenues: Itemize. (See instructions.) | | | |
| (i) Rents and royalties | 0. | 0. | |
| (ii) Dividends and interest from subsidiaries | 0. | 0. | |
| (iii) Other dividends and interest | 0. | 0. | |
| (iv) All other revenues | 0. | | |
| D. Total (Total the amounts in Cols. 2 and 3. Enter ratio in Column 4.) | 0. | 0. | 0.00 % |
| 2. Franchise tax property ratio (Enter in Col. 4 the percent from Line 26, Sch M.) | | | 0.00 % |
| 3. Net sales of corporations engaged in the business of manufacturing (See inst) | 0. | 0. | 0.00 % |
| 4. Total of applicable percents in Column 4 | | | 0.00 % |
| 5. Average of percents (Divide Line 4 by applicable number of ratios. Enter here and on Page 1, Line 7B of CIFT-620.) | | | 0.00 % |

2515

2004 Deloitte & Touche Tax Technologies LLC          LA620AP1

## SCHEDULE P – COMPUTATION OF LOUISIANA NET INCOME

Column 3 must be completed. Column 2 must also be completed if the separate accounting method is used.

| 1. Items | 2. LA amounts (Lines 1 through 27) | 3. Totals |
|---|---|---|
| 1. Gross receipts    0. Less returns and allowances    0. | 0. | 0. |
| 2. Less: Cost of goods sold and/or operations (Attach schedules.) | 0. | 0. |
| 3. Gross profit | 0. | 0. |
| 4. Dividends   0. Less: Dividends that have borne LA income tax (Attach schedule.)   0. Balance | 0. | 0. |
| 5. Interest | 0. | 0. |
| 6. Gross rents | 0. | 0. |
| 7. Gross royalties | 0. | 0. |
| 8. Net gains from sale of capital assets (Attach schedule.) | 0. | 0. |
| 9. Net gains (loss) from sale of property other than capital assets (Attach schedule.) | 0. | 0. |
| 10. Other income (Attach schedule.)    SEE STATEMENT 13 | 0. | 0. |
| 11. Total income (Add Lines 3 through 10.) | 0. | 0. |
| 12. Compensation of officers | 0. | 0. |
| 13. Salaries and wages (not deducted elsewhere) | 0. | 0. |
| 14. Repairs (Do not include cost of improvements or capital expenditures.) | 0. | 0. |
| 15. Bad debts | 0. | 0. |
| 16. Rent | 0. | 0. |
| 17. Taxes (Attach schedule.) | 0. | 0. |
| 18. Interest | 0. | 0. |
| 19. Contributions | 0. | 0. |
| 20. Depreciation (Attach schedule.) | 0. | 0. |
| 21. Depletion (Attach schedule.) | 0. | 0. |
| 22. Advertising | 0. | 0. |
| 23. Pension, profit sharing, stock bonus, and annuity plans | 0. | 0. |
| 24. Other employee benefit plans | 0. | 0. |
| 25. Other deductions (Attach schedule.) | 0. | 0. |
| 26. Total deductions (Add Lines 12 through 25.) | 0. | 0. |
| 27. Net income from Louisiana sources (If separate [direct] method of reporting is used, enter here and on Line 33.) | 0. | |
| 28. Net income from all sources (Subtract Line 26, Column 3 from Line 11, Column 3.) | | 0. |
| 29. Less: Allocable income from all sources (See instructions.) Attach schedule supporting each amount. | | |
| A.   Net rents and royalties | 0. | |
| B.   Net profits or losses from sales or exchanges of property not made in the regular course of business | 0. | |
| C.   Other net allocable income | 0. | 0. |
| 30. Net income subject to apportionment (Subtract Lines 29A, B, and C from Line 28.) | | 0. |
| 31. Net income apportioned to Louisiana (See instructions.) | | 0. |
| 32. Add: Allocable income from Louisiana sources (See instructions.) Attach schedule supporting each amount. | | |
| A.   Net rents and royalties | 0. | |
| B.   Net profits or losses from sales or exchanges of property not made in the regular course of business | 0. | |
| C.   Other net allocable income | 0. | 0. |
| 33. Louisiana net income before loss adjustments and federal income tax deduction (Add Lines 31, 32A, B, and C or enter amount from Line 27, whichever is applicable, here and on Page 1, Line 1A of Form CIFT- 620. Round to nearest dollar.) | | 0. |

## SCHEDULE Q – COMPUTATION OF INCOME TAX APPORTIONMENT PERCENTAGE

| 1. Description of items used as ratios | 2. Total amount | 3. Louisiana amount | 4. Percent (Col. 3 / Col. 2) |
|---|---|---|---|
| 1. Net sales of merchandise and/or charges for services | | | |
| A. Sales (See instructions.) | 0. | 0. | |
| B. Charges for services (See instructions.) | 0. | 0. | |
| C. Other gross apportionable income | 0. | 0. | |
| D. Total (Enter total of Lines A, B, and C in Col. 2 and Col. 3.) (Enter ratio in Col. 4.) | 0. | 0. | 0.00 % |
| 2. Wages, salaries, and other personal service compensation paid during the year (Enter amounts in Column 2 and Column 3, and ratio in Column 4.) | 0. | 0. | 0.00 % |
| 3. Income tax property ratio (Enter percentage from Line 27, Schedule M.) | | | 0.00 % |
| 4. ONLY corporations primarily in the business of manufacturing or merchandising, enter ratio from Line 1D, Column 4 (See instructions.) | | | 0.00 % |
| 5. Total of percents in Column 4 | | | 0.00 % |
| 6. Average of percents (Use this result in determining income apportioned to Louisiana on Line 31, Schedule P.) | | | 0.00 % |

2516

# DELCO ELECTRONICS CORPORATION
## LOUISIANA CORPORATION INCOME/FRANCHISE TAX RETURN
### FOR YEAR 2004

### PAGE 5, QUESTION 5

| Name | Mailing Address | Percentage Interest |
|------|-----------------|---------------------|
| Delco Electronics Overseas Corporation | ** | 100.00 % |
| Delphi Delco Electronics de Mexico, S.A. de C.V. | Foreign | 99.99 % |
| Delphi Electronics (Holding) LLC | ** | 100.00 % |
| Delphi Liquidation Holding Company | ** | 100.00 % |
| Delphi Technologies, Inc. | ** | 100.00 % |
| Famar do Brasil Comercio e Representacao Ltda. | Foreign | 66.67 % |
| HE Microwave LLC | ** | 50.00 % |
| Holdcar S.A. | Foreign | 99.90 % |
| Mecel AB | Foreign | 100.00 % |
| MobileAria, Inc. | ** | 71.20 % |

** **P.O. BOX 5086**
**Troy, MI 48007-5086**

Delco Electronics Corporation
FEIN: 38-2633811


The 2003 tax return is the final return being filed for Delco Electronics Corporation.

Delco Electronics Corporation was converted to a limited liability company in a conversion transaction pursuant to section 266 of the Delaware General Corporation Law, effective as of 11:59 p.m. December 31, 2003, and changed its name at that time to Delco Electronics LLC.

Effective January 1, 2004, Delco Electronics LLC is a single-member limited liability company. Its sole member is Delphi Corporation (through its single member limited liability company, Delphi Automotive Systems LLC, a disregarded entity), which was also the sole shareholder of Delco Electronics Corporation. For tax years subsequent to 2003, Delco Electronics LLC's activity, as a single-member disregarded entity, will be reported by Delphi Corporation under its FEIN of 38-3430473.



## UNITED STATES OF AMERICA
## State of Louisiana

### Fox McKeithen
#### SECRETARY OF STATE

*As Secretary of State, of the State of Louisiana, I do hereby Certify that* an Amended Application form of

DELCO ELECTRONICS CORPORATION

Organized under the laws of DELAWARE,

Converting the corporation to a limited liability company, and changing the name to

DELCO ELECTRONICS LLC

Was filed and recorded in this Office on January 16, 2004.

*In testimony whereof, I have hereunto set my hand and caused the Seal of my Office to be affixed at the City of Baton Rouge on,*

January 16, 2004

MBE 34211229Q 35629231

*Secretary of State*

CERTIFICATE 55 (02 PRINTED SEAL (CM03)



## UNITED STATES OF AMERICA
## State of Louisiana

### Fox McKeithen
#### SECRETARY OF STATE

*As Secretary of State, of the State of Louisiana, I do hereby Certify that*

DELCO ELECTRONICS LLC

A DELAWARE limited liability company domiciled at
WILMINGTON,

Filed charter and qualified to do business in this State on
June 18, 1986,

I further certify that the records of this Office indicate
the company has paid all fees due the Secretary of State,
and so far as the Office of the Secretary of State is
concerned, is in good standing and is authorized to do
business in this State.

I further certify that this certificate is not intended to
reflect the financial condition of this company since this
information is not available from the records of this
Office.

*In testimony whereof, I have hereunto set
my hand and caused the Seal of my Office
to be affixed at the City of Baton Rouge on,*

February  5, 2004

MBE  34211229Q

*Secretary of State*

**APPLICATION FOR AUTHORITY
TO TRANSACT BUSINESS IN LOUISIANA**
(R.S. 12:1345)

W. Fox McKeithen
Secretary of State

Foreign Limited Liability Company
Enclose $125.00 filing fee.
Make remittance payable to
Secretary of State
Do Not Send Cash

Return to: Commercial Division
P. O. Box 94125
Baton Rouge, LA 70804-9125
Phone (225) 925-4704
Web site: www.sos.louisiana.gov

Check one: ( ) Non Profit    Check one: ☒ Original Application
(X) Business                              Amended Application

STATE OF _Indiana_

PARISH/COUNTY OF _Howard_

1. Limited liability company name: Delco Electronics LLC

2. Previous company name: Delco Electronics Corporation

3. Date of organization: 08/09/1985    Period of duration: Perpetual

4. Principal office address in state or country of organization:

   1209 Orange Street, Wilmington, DE 19801

5. Principal business office address (outside Louisiana):

   5725 Delphi Drive, Troy, MI 48098-2815

PLEASE INCLUDE COMPLETE STREET ADDRESSES FOR THE FOLLOWING.

6. Principal business establishment in Louisiana:

   8550 United Plaza Boulevard, Baton Rouge, LA 70809

7. Registered office address in Louisiana:

   8550 United Plaza Boulevard, Baton Rouge, LA 70809

8. Registered agent's name and address in Louisiana:

   C T CORPORATION SYSTEM, 8550 United Plaza Boulevard, Baton Rouge, LA 70809

9. Nature of business to be transacted in Louisiana: automotive parts manufacturing

FOX McKEITHEN
SECRETARY OF STATE
RECEIVED & FILED
DATE  JAN 16 2004

Manager
Title and Date

To be signed by a Member/Manager
Jeffrey J. Owens

Sworn to and subscribed before me, the undersigned Notary Public on this date  1-14-2004

Notary

OMAR A. BERLIN
NOTARY PUBLIC OAKLAND COLAR
MY COMMISSION EXPIRES APR __, 2006

AGENT'S ACCEPTANCE AND ACKNOWLEDGMENT OF APPOINTMENT of the above named limited liability

I hereby acknowledge and accept the appointment of registered agent for and on behalf of the above named limited liability

DORIS JEAN DONATI
Notary Public, Wayne County, MI
My Commission Expires Mar. 3, 2007
ACTING IN Oakland CO.

C T CORPORATION SYSTEM

Claudia L. Saas
Asst. Secretary
Registered Agent

Sworn to and subscribed before me on this date  1-15-04

DORIS JEAN DONATI
Notary Public, Wayne County, MI
My Commission Expires Mar. 3, 2007

Notary



PAGE 1

*The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE CERTIFICATE OF CONVERSION OF A DELAWARE CORPORATION "DELCO ELECTRONICS CORPORATION" TO A DELAWARE LIMITED LIABILITY COMPANY OF "DELCO ELECTRONICS LLC", WAS FILED IN THIS OFFICE ON THE EIGHTEENTH DAY OF DECEMBER, A.D. 2003, AT 1:44 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF CONVERSION IS THE THIRTY-FIRST DAY OF DECEMBER, A.D. 2003, AT 11:59 O'CLOCK P.M.



Harriet Smith Windsor
Harriet Smith Windsor, Secretary of State

2068534   8317

040028604

AUTHENTICATION: 2870223

DATE: 01-14-04

** TOTAL PAGE.07 **

# Exhibit D

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
     In re                          :    Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :    Case No. 05-44481 (RDD)
                                          :
                   Debtors.         :    (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM

TO ALL CREDITORS OF THE DEBTORS, AND OTHER PARTIES-IN-INTEREST:

PLEASE TAKE NOTICE THAT:

          In accordance with an order entered on April ___, 2006 by the United
States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
in the above-captioned chapter 11 cases (the "Bar Date Order"), **5:00 p.m. Eastern Time
on July 31, 2006** (the "General Bar Date") has been established as the last date for each
person or entity (including individuals, partnerships, corporations, limited liability
companies, estates, trusts, unions, indenture trustees, the United States Trustee, and
governmental units) (individually, a "Person" or "Entity," and collectively, "Persons" or
"Entities") to file a proof of claim in the chapter 11 cases of the above-captioned debtors
and debtors-in-possession (collectively, the "Debtors").  A list of all Debtors in these
chapter 11 cases is attached hereto as Exhibit A.

          On October 8, 2005, Delphi and certain of its U.S. subsidiaries filed
voluntary petitions in the Bankruptcy Court for reorganization relief under chapter 11 of
title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy
Code").  On October 14, 2005, three additional U.S. subsidiaries of Delphi filed
voluntary petitions in the Bankruptcy Court for reorganization relief under the
Bankruptcy Code.  The term "Petition Date" shall mean the date on which each Debtor
filed its chapter 11 bankruptcy petition as set forth on Exhibit A attached hereto.  The
General Bar Date and the procedures set forth below for filing proofs of claim apply to all
claims against the Debtors that arose before the applicable Petition Date, except for those
holders of the claims listed in Section 4 below which are specifically excluded from the
General Bar Date filing requirement.

### 1.      Who Must File A Proof Of Claim

          You MUST file a proof of claim to vote on a chapter 11 plan filed by the
Debtors or to share in distributions from the Debtors' bankruptcy estates if you have a
claim against any of the Debtors that arose prior to the applicable Petition Date, and such
claim is not one of the types of claim described in Section 4 below.  Claims based on acts
or omissions of the Debtors that occurred before the applicable Petition Date must be
filed on or prior to the General Bar Date, even if such claims are not now fixed,

liquidated, or certain or did not mature or become fixed, liquidated, or certain before the applicable Petition Date.

Under section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured, or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

## 2.      What To File

The Debtors are enclosing a proof of claim form which you may use to file any claim you may have in these cases.  If the Debtors scheduled you as a creditor in any of the Debtors' schedules of assets and liabilities (as amended from time to time, the "Schedules"), the form sets forth the amount of your claim as scheduled and whether the claim is scheduled as disputed, contingent, or unliquidated.  Additional proof of claim forms may be obtained at http://www.uscourts.gov/bkforms/index.html or at http://www.delphidocket.com.

All proofs of claim must be signed by the claimant or, if the claimant is not an individual, by a claimant's authorized agent.  All proofs of claim must be written in English and be denominated in United States currency.  You should attach to your completed proof of claim any documents on which the claim is based (if voluminous, attach a summary) or an explanation as to why the documents are not available.

If any supporting documentation provided with any proof of claim contains confidential information, such documentation will be subject to examination only by the party asserting the claim, the Debtors, the Debtors' counsel and advisers, the United States Trustee, counsel and advisers to the official committee of unsecured creditors appointed in these chapter 11 cases, Kurtzman Carson Consultants, LLC, the claims and noticing agent in these chapter 11 cases, and any personnel of the United States Bankruptcy Court for the Southern District of New York in the performance of their official duties, and such entities have been ordered to maintain the confidentiality of all supporting documentation to any proof of claim and the information contained therein.

Any holder of a claim against more than one Debtor must file a separate proof of claim with respect to each such Debtor and each holder of a claim must identify on its proof of claim the specific Debtor against which its claim is asserted and the case number of that Debtor's reorganization case.  A list of the names of the Debtors and their reorganization case numbers is attached hereto as Exhibit A.

## 3.      When And Where To File

Except as provided for herein, all proofs of claim must be filed so as to be received no later than **5:00 p.m. Eastern Time on July 31, 2006** at the following address:

If sent by mail:                                     If sent by messenger or overnight courier:

United States Bankruptcy Court               United States Bankruptcy Court
Southern District of New York                Southern District of New York
Delphi Corporation Claims                    Delphi Corporation Claims
Bowling Green Station                        One Bowling Green
P.O. Box 5058                                Room 534
New York, New York 10274-5058                New York, New York 10004-1408

       **Proofs of claim will be deemed filed only when actually received at the addresses above on or before the General Bar Date.** Proofs of claim may not be delivered by facsimile, telecopy, or electronic mail transmission.

       Governmental units must file proofs of claims in these chapter 11 cases on or prior to the General Bar Date.

## 4.    Who Need Not File A Proof Of Claim

       You do not need to file a proof of claim on or prior to the General Bar Date if you are:

(a)    Any Person or Entity (i) which agrees with the nature, classification, and amount of its Claim set forth in the Schedules and (ii) whose Claim against a Debtor is not listed as "disputed," "contingent," or "unliquidated" in the Schedules;

(b)    Any Person or Entity which has already properly filed a proof of claim against the correct Debtor;

(c)    Any Person or Entity which asserts a Claim allowable under sections 503(b) and 507(a)(1) of the Bankruptcy Code as an administrative expense of the Debtors' chapter 11 cases;

(d)    Any Person or Entity which asserts a Claim solely on the basis of future pension or other post-employment benefits, including, without limitation, retiree health care and life insurance; provided, however, that any such Person or Entity which wishes to assert a Claim against any of the Debtors based on anything other than future pension or other post-employment benefits must file a proof of claim on or prior to the General Bar Date;[1]

(e)    Any Debtor or any direct or indirect subsidiary of any of the Debtors in which the Debtors in the aggregate directly or indirectly own, control or hold with power to vote, 50 percent or more of the outstanding voting securities of such subsidiary;

---

[1] The bar date for the filing of Proofs of Claim on account of Claims arising from modification to or termination of future pension or other post-employment benefits will be determined pursuant to an order of the Bankruptcy Court approving such modification or termination.

(f)     Any Person or Entity whose Claim against a Debtor previously has been allowed by, or paid pursuant to, an order of the Bankruptcy Court;

(g)     Any holder of a Claim arising under or in respect of any of the following issuances of Delphi Corporation senior unsecured debt (each, a "Noteholder"): (i) those certain senior unsecured securities bearing interest at 6.55% and maturing on June 15, 2006; (ii) those certain senior unsecured securities bearing interest at 6.50% and maturing on May 1, 2009; (iii) those certain senior unsecured securities bearing interest at 6.50% and maturing on August 15, 2013; (iv) those certain senior unsecured securities bearing interest at 7.125% and maturing on May 1, 2029; (v) those certain 8.25% junior subordinated notes due 2033; or (vi) those certain adjustable-rate junior subordinated notes due 2033 (collectively, the "Senior Unsecured Securities"), other than the indenture trustees of the Senior Unsecured Securities; provided, however, that any Noteholder who wishes to assert a Claim against the Debtors that is not based solely upon the outstanding prepetition principal and interest due on account of its ownership of such Senior Unsecured Securities must file a proof of claim on or prior to the General Bar Date in respect of such Claim; and

(h)     Any holder of equity securities of, or other interests in, the Debtors solely with respect to such holder's ownership interest in or possession of such equity securities, or other interest; provided, however, that any such holder which wishes to assert a Claim against any of the Debtors that is not based solely upon its ownership of the Debtors' securities, including, but not limited to, Claims for damages or recision based on the purchase or sale of such securities, must file a proof of claim on or prior to the General Bar Date in respect of such Claim.

This notice is being sent to many persons and entities which have had some relationship with or have done business with the Debtors but may not have an unpaid claim against the Debtors. The fact that you have received this Notice does not necessarily mean that you have a claim or that the Debtors or the Bankruptcy Court believe that you have a claim against the Debtors.

**5.     Executory Contracts And Unexpired Leases**

Any person or entity which has a claim arising from the rejection of an Executory Contract must file a proof of claim on account of such claim against the Debtors on or before the later of (a) the General Bar Date or (b) 30 calendar days after the effective date of such rejection or such other date as fixed by the Bankruptcy Court in an order authorizing such rejection.

**6.     Amended Schedule Bar Date**

If the Debtors amend the Schedules on or after the date of this Notice (listed below) to reduce the undisputed, noncontingent, and liquidated amounts or to change the nature or classification of a claim against a Debtor reflected therein, the bar date for filing a proof of claim in respect of such amended schedule claim is the later of (a) the General Bar Date or (b) 30 calendar days after a claimant is served with notice that the Debtors have amended their Schedules.

**7.     Consequences Of Failure To File A Proof Of Claim By The General Bar Date**

ANY HOLDER OF A CLAIM WHICH IS NOT EXCEPTED FROM THE REQUIREMENTS OF THIS NOTICE, AS SET FORTH IN SECTION 4 ABOVE, AND WHICH FAILS TO TIMELY FILE A PROOF OF CLAIM IN THE APPROPRIATE FORM, WILL BE BARRED FROM ASSERTING SUCH CLAIM AGAINST THE DEBTORS AND THEIR CHAPTER 11 ESTATES, FROM VOTING ON ANY PLAN OF REORGANIZATION FILED IN THESE CASES, AND FROM PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CASES ON ACCOUNT OF SUCH CLAIM.

**8.     The Debtors' Schedules And Access Thereto**

You may be listed as the holder of a claim against the Debtors in any of the Debtors' Schedules of Assets and Liabilities and/or Schedules of Executory Contracts and Unexpired Leases.

To determine if and how you are listed on any of the Schedules, please refer to the descriptions set forth on the enclosed proof of claim forms regarding the nature, amount, and status of your claim(s).

As set forth above, if you agree with the nature, amount, and status of your claim as listed in any of the Debtors' Schedules, and if your claim is not described as "disputed," "contingent," or "unliquidated," you need not file a proof of claim. Otherwise, or if you decide to file a proof of claim, you must do so before the General Bar Date in accordance with the procedures set forth in this Notice.

Copies of any of the Debtors' Schedules are available for inspection online at http://www.delphidocket.com or on the Court's Internet Website at http://www.nysb.uscourts.gov. A login and password to the Court's Public Access to Electronic Court Records ("PACER") are required to access this information on the Court's Internet Website and can be obtained through the PACER Service Center at http://www.pacer.psc.uscourts.gov. No login or password is required to access this information on the Debtors' Legal Information Website (http://www.delphidocket.com). Copies of any of the Schedules may also be examined between the hours of 9:00 a.m. and 4:30 p.m., Monday through Friday at the Office of the Clerk of the Bankruptcy Court, One Bowling Green, Room 511, New York, New York 10004-1408.

A holder of a possible claim against any of the Debtors should consult an attorney regarding any matters not covered by this Notice, such as whether the holder should file a proof of claim.

Dated: New York, New York                                     BY ORDER OF THE COURT
       April___, 2006

       SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
       John Wm. Butler, Jr.
       John K. Lyons
       Ron E. Meisler
       333 West Wacker Drive, Suite 2100
       Chicago, Illinois  60606
       (312) 407-0700

        - and -


        Kayalyn A. Marafioti (KM 9632)
        Thomas J. Matz (TM 5986)
        Four Times Square
        New York, New York 10036
        (212) 735-3000

       Attorneys for Delphi Corporation, et al.,
          Debtors and Debtors-in-Possession

EXHIBIT A

| | Entity | Tax / Federal ID Number | Case Number | Address | Date Of Petition Filing |
|---|---|---|---|---|---|
| 1. | Delphi NY Holding Corporation | 20-3383408 | 05-44480 | 5725 Delphi Drive Troy, MI 48098-2815 | October 8, 2005 |
| 2. | Delphi International Holdings Corp. | 38-3449527 | 05-44591 | 5725 Delphi Drive Troy, MI 48098-2815 | October 8, 2005 |
| 3. | Delphi Corporation | 38-3430473 | 05-44481 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 4. | Delphi Automotive Systems Overseas Corporation | 38-3318021 | 05-44593 | 5725 Delphi Drive Troy, MI 48098-2815 | October 8, 2005 |
| 5. | ASEC Manufacturing General Partnership | 73-1474201 | 05-44482 | 1301 Main Parkway Catoosa, OK 74015 | October 8, 2005 |
| 6. | Delphi Automotive Systems (Holding), Inc. | 38-3422378 | 05-44596 | 5785 Delphi Drive Troy, MI 48098-2815 | October 8, 2005 |
| 7. | ASEC Sales General Partnership | 73-1474151 | 05-44484 | 1301 Main Parkway Catoosa, OK 74015 | October 8, 2005 |
| 8. | Delco Electronics Overseas Corporation | 38-2638990 | 05-44610 | 5725 Delphi Drive Troy, MI 48098-2815 | October 8, 2005 |
| 9. | Environmental Catalysts, LLC | | 05-44503 | 5725 Delphi Drive Troy, MI 48098-2815 | October 8, 2005 |
| 10. | Delphi Diesel Systems Corp. | 38-3505001 | 05-44612 | 5725 Delphi Drive Troy, MI 48098-2815 | October 8, 2005 |
| 11. | Delphi Medical Systems Colorado Corporation | 84-1524184 | 05-44507 | 4300 Road 18 Longmont, CO 80504 | October 8, 2005 |

7

| | Entity | Tax / Federal ID Number | Case Number | Address | Date Of Petition Filing |
|---|---|---|---|---|---|
| 12. | Delphi LLC | 37-1438255 | 05-44615 | 5725 Delphi Drive Troy, MI 48098-2815 | October 8, 2005 |
| 13. | Delphi Medical Systems Texas Corporation | 20-2885110 | 05-44511 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 14. | Aspire, Inc. | 36-4392806 | 05-44618 | U.S. Route 1 Morrisville, PA 19067 | October 8, 2005 |
| 15. | Delphi Medical Systems Corporation | 32-0052827 | 05-44529 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 16. | Delphi Integrated Service Solutions, Inc. | 38-3473261 | 05-44623 | 1322 Rankin Street Troy, MI 48083 | October 8, 2005 |
| 17. | Specialty Electronics International Ltd. | 66-0522490 | 05-44536 | 69A Kronprindsens Gade (Third Floor) P.O. Box 1858 St. Thomas, VI | October 8, 2005 |
| 18. | Delphi Connection Systems | 95-2563022 | 05-44624 | 17150 Von Karman Avenue Irvine, CA 92614 | October 8, 2005 |
| 19. | Specialty Electronics, Inc. | 57-0755068 | 05-44539 | 19200 Asheville Highway P.O. Box 519 Landrum, SC 29356 | October 8, 2005 |
| 20. | Packard Hughes Interconnect Company | 33-0595219 | 05-44626 | 17150 Von Karman Avenue Irvine, CA 92614-0901 | October 8, 2005 |
| 21. | Delphi Liquidation Holding Company | 95-4359324 | 05-44542 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 22. | DREAL, Inc. | 38-3457411 | 05-44627 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 23. | Delphi Electronics (Holding) LLC | 95-4554161 | 05-44547 | One Corporate Center Kokomo, IN 46904-9005 | October 8, 2005 |

| | Entity | Tax / Federal ID Number | Case Number | Address | Date Of Petition Filing |
|---|---|---|---|---|---|
| 24. | Delphi Automotive Systems Services LLC | 38-3568834 | 05-44632 | 5725 Delphi Drive Troy, MI 48098-2815 | October 8, 2005 |
| 25. | Delphi Technologies, Inc. | 38-3430681 | 05-44554 | 5725 Delphi Drive Troy, MI 48098-2815 | October 8, 2005 |
| 26. | Delphi Services Holding Corporation | 20-0577653 | 05-44633 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 27. | Delphi Automotive Systems Tennessee, Inc. | 38-3319836 | 05-44558 | 5725 Delphi Drive Troy, MI 48098-2815 | October 8, 2005 |
| 28. | Delphi Automotive Systems Global (Holding), Inc. | 38-3547659 | 05-44636 | 5725 Delphi Drive Troy, MI 48098-2815 | October 8, 2005 |
| 29. | Delphi Mechatronic Systems, Inc. | 38-3589834 | 05-44567 | 5725 Delphi Drive Troy, MI 48098-2815 | October 8, 2005 |
| 30. | Delphi Foreign Sales Corporation | 66-0564421 | 05-44638 | Chase Trade, Inc. Post Office Box 309420 55-11 Conacao Gade Charlotte Amalie St. Thomas, VI 00803-9420 | October 8, 2005 |
| 31. | Delphi Automotive Systems Risk Management Corp. | 38-3575299 | 05-44570 | 5725 Delphi Drive Troy, MI 48098-2815 | October 8, 2005 |
| 32. | Delphi Automotive Systems Human Resources LLC | 38-3547664 | 05-44639 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |
| 33. | Exhaust Systems Corporation | 38-3211473 | 05-44573 | 4800 S. Saginaw Street Flint, MI 48501 | October 8, 2005 |
| 34. | Delphi Automotive Systems LLC | 38-3431131 | 05-44640 | 5725 Delphi Drive Troy, MI 48098 | October 8, 2005 |

| | Entity | Tax / Federal ID Number | Case Number | Address | Date Of Petition Filing |
|---|---|---|---|---|---|
| 35. | Delphi China LLC | 38-3196159 | 05-44577 | 5725 Delphi Drive Troy, MI 48098-2815 | October 8, 2005 |
| 36. | Delphi Furukawa Wiring Systems LLC | 20-2478586 | 05-47452 | 5725 Delphi Drive Troy, MI 48098-281 | October 14, 2005 |
| 37. | Delphi Automotive Systems Korea, Inc. | 38-2849490 | 05-44580 | 5725 Delphi Drive Troy, MI 48098-2815 | October 8, 2005 |
| 38. | Delphi Receivables LLC | 61-1446224 | 05-47459 | 5725 Delphi Drive Troy, MI 48098-2815 | October 14, 2005 |
| 39. | Delphi International Services, Inc. | 38-3439894 | 05-44583 | 5725 Delphi Drive Troy, MI 48098-2815 | October 8, 2005 |
| 40. | MobileAria, Inc. | 31-1695929 | 05-47474 | 800 West El Camino Real Suite 240 Mountain View, CA 94040 | October 14, 2005 |
| 41. | Delphi Automotive Systems Thailand, Inc. | 38-3379709 | 05-44586 | 5725 Delphi Drive Troy, MI 48098-2815 | October 8, 2005 |
| 42. | Delphi Automotive Systems International, Inc. | 38-3280289 | 05-44589 | 5725 Delphi Drive Troy, MI 48098-2815 | October 8, 2005 |

# Exhibit E

CIFT-620 (01-03)
**Louisiana Department of Revenue**
Post Office Box 91011
Baton Rouge, LA 70821-9011

Please enter your Revenue
Account Number here:   5786595001

Please print corporation name, and complete mailing address below.

Mark if this is an amended return.

| Louisiana Corporation **Income Tax** Return for **2002** or Fiscal Year | Louisiana Corporation **Franchise Tax** Return for **2003** or Fiscal Year  x |
|---|---|

For office use only.

Begun _____, 2002   Begun _____, 2003
Ended _____, 2003   Ended _____, 2004

Calendar year returns are due April 15. See instructions for fiscal years.

Mark if your address has changed.

DELCO ELECTRONICS CORPORATION

P.O. BOX 5086

TROY, MI 48007-5086

**COPY**

| | | |
|---|---|---|
| A. Federal Employer Identification Number ▶ | A. | 38-2633811 |
| B. Federal taxable income ▶ | B. $ | 19,518,129 00 |
| C. Federal income tax ▶ | C. $ | 0 00 |
| D. Income tax apportionment percentage (two decimal places) ▶ | D. | 1.04 % |
| E. Gross revenues ▶ | E. $ | 4,742,928,284 00 |

| | | |
|---|---|---|
| F. Total assets ▶ | F. $ | 2,282,492,623 00 |
| G. Business code number ▶ G. | 336300 | |
| H. Was the income of this corporation included in a consolidated federal income tax return? ▶ | H. | Yes: X  No: |
| I. Is an Apportionment and Allocation Schedule (CIFT-620A) included with this return? ▶ | I. | Yes:  No: X |

### Computation of Income Tax

| | | |
|---|---|---|
| 1A. Louisiana net income before loss adjustments and federal income tax deduction (Sch. D, Line 14, or Sch. P, Line 33) ▶ | 1A. | 3,493,788 00 |
| 1B. S corporation exclusion (See instructions.) Attach schedule. ▶ | 1B. | 0 00 |
| 1C. Loss carryforward ($ 550,347 ) less federal tax refund applicable to loss ($ 0) Attach schedule. ▶ | 1C. | 550,347 00 |
| 1D. Loss carryback ($ 771,327 ) less federal tax refund applicable to loss ($ ) Attach schedule. ▶ | 1D. | 771,327 00 |
| 1E. Federal income tax deduction (See instructions.) ▶ | 1E. | 0 00 |
| 1F. Louisiana taxable income (Subtract Lines 1B, 1C, 1D, and 1E from Line 1A.) ▶ | 1F. | 2,172,114 00 |
| 2. Louisiana income tax (Schedule E, Line 4) ▶ | 2. | 170,019 00 |
| 3. Credits: A.  New Jobs Credit (Limited to 50% of net tax. See instructions.) ▶ 3A. 0 00 | | |
| B.  Enterprise Zone Credit ▶ 3B. 0 00 | | |
| C.  Louisiana Capital Companies Credit ▶ 3C. 0 00 | | |
| D.  Other credits. Explain (Do not include ad valorem credit. See Line 15.) ▶ 3D. 0 00 | | |
| E.  Total nonrefundable credits (Add Lines 3A through 3D.) ▶ | 3E. | 0 00 |
| 4. Income tax after credits (Subtract Line 3E from Line 2.) ▶ | 4. | 170,019 00 |
| 5. Less prepayments (Schedule I, Line 7)   TAX PAID WITH ORIGINAL RETURN ▶ | 5. | 164,600 00 |
| 6. Amount of income tax due or overpayment (Subtract Line 5 from Line 4.) ▶ | 6. | 5,419 00 |

### Computation of Franchise Tax

| | | |
|---|---|---|
| 7A. Total capital stock, surplus, undivided profits, & borrowed capital (Sch. A, Line 32, Col. 3) ▶ 7A. 1,375,411,006 00 | | |
| 7B. Franchise tax apportionment percentage (Schedule N, Line 5, of CIFT-620A) (Carry to 2 decimal places or 100.00%.) ▶ | 7B. | 1.54 % |
| 7C. Franchise taxable base (Multiply Line 7A by Line 7B.) ▶ | 7C. | 21,181,329 00 |
| 8. Amount of assessed value of real and personal property in Louisiana in 2002 ▶ | 8. | 0 00 |
| 9. Louisiana franchise tax (Schedule F, Line 6) ▶ | 9. | 63,094 00 |
| 10. Credits: A.  Enterprise Zone Credit ▶ 10A. 0 00 | | |
| B.  Other credits. Explain. (Do not include ad valorem credit. See Line 15.) ▶ 10B. 0 00 | | |
| C.  Total credits (Add Lines 10A and 10B.) ▶ | 10C. | 0 00 |
| 11. Franchise tax after credits (Subtract Line 10C from Line 9.) ▶ | 11. | 63,094 00 |
| 12. Less previous payments ▶ | 12. | 63,094 00 |
| 13. Amount of franchise tax due or overpayment (Subtract Line 12 from Line 11.) ▶ | 13. | 0 00 |

### Net Amount Due

| | | |
|---|---|---|
| 14. Total income and franchise tax due or overpayment (Add Lines 6 and 13.) ▶ | 14. | 5,419 00 |
| 15. Refundable credits (See instructions.) | | |
| A.  Inventory Credit ▶ 15A. 0 00 | | |
| B.  Telephone Company Property Credit ▶ 15B. 0 00 | | |
| C.  Prison Industry Enhancement (PIE) ▶ 15C. 0 00 | | |
| D.  Total refundable credits ▶ | 15D. | 0 00 |
| 16. Net income and franchise tax due or overpayment (Subtract Line 15D from Line 14.) ▶ | 16. | 5,419 00 |
| 17. Penalties (See instructions.) ▶ | 17. | 0 00 |
| 18. Interest (Enter 1.25% per month from due date of return to date of payment.) ▶ | 18. | 0 00 |
| 19. Total amount due (Add Lines 16 through 18.) Make payment to Louisiana Department of Revenue. DO NOT SEND CASH. ▶ | 19. | SEE STMT. 5,419 00 |
| 20. Amount of overpayment you want REFUNDED ▶ | 20. | 0 00 |
| 21. Amount of overpayment you want CREDITED to 2003 tax ▶ | 21. | 00 |



**2301**

STF
STF LA34811F.1

ALL APPLICABLE SCHEDULES MUST BE COMPLETED.                                                                                  Page 2

## SCHEDULE A — BALANCE SHEET AND CORPORATION FRANCHISE TAXABLE BASE

| ASSETS | 1. Beginning of year | 2. End of year | 3. End of year |
|---|---|---|---|
| 1. Cash | SAME | AS | |
| 2. Trade notes and accounts receivable | | | |
| 3. Reserve for bad debts | ( ) | ( ) | |
| 4. Inventories | LAST | FILED | |
| 5. Investment in United States government obligations | | | |
| 6. Other current assets (Attach schedule.) | | | |
| 7. Loans to stockholders | | | |
| 8. Stock and obligations of subsidiaries | | | |
| 9. Other investments (Attach schedule.) | | | |
| 10. Buildings and other fixed depreciable assets | | | |
| 11. Accumulated amortization and depreciation | ( ) | ( ) | |
| 12. Depletable assets | | | |
| 13. Accumulated depletion | ( ) | ( ) | |
| 14. Land | | | |
| 15. Intangible assets | | | |
| 16. Accumulated amortization | ( ) | ( ) | |
| 17. Other assets (Attach schedule.) | | | **TOTAL FRANCHISE TAXABLE BASE** (Extend to Column 3, amounts in Column 2 that are includable in the franchise taxable base.) |
| 18. Excessive reserves or undervalued assets (Attach schedule.) | | | |
| 19. Totals (Add Lines 1 through 18.) | 0 | 0 | |

## LIABILITIES AND CAPITAL

| | | | |
|---|---|---|---|
| 20. Accounts payable | | | |
| 21. Mortgages, notes, and bonds payable (one year old or less at balance sheet date and having a maturity of one year or less from original date incurred) (Complete Schedule B.) | | | |
| 22. Other current liabilities (Attach schedule.) | | | |
| 23. Loans from stockholders (Attach schedule.) | | | |
| 24. Due to subsidiaries and affiliates | | | |
| 25. Mortgages, notes, and bonds payable (more than one year old at balance sheet date or having a maturity of more than one year from original date incurred) | | | |
| 26. Other liabilities (Attach schedule.) | | | |
| 27. Capital stock:   a. Preferred stock | | | |
|                   b. Common stock | | | |
| 28. Paid-in or capital surplus | | | |
| 29. Surplus reserves (Attach schedule.) | | | |
| 30. Earned surplus and undivided profits | | | |
| 31. Excessive reserves or undervalued assets | | | |
| 32. Totals (Add Lines 20 through 31. Enter the Column 3 total on Page 1, Line 7A. Round to the nearest dollar.) | | | |

## SCHEDULE B — ANALYSIS OF SCHEDULE A, COLUMN 2, LINES 21, 23, AND 26

| Original date of inception | Due date | Payee | Installment amount | Balance due | Taxable amount |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

## SCHEDULE C — ANALYSIS OF SCHEDULE A, COLUMN 2, LINE 30 (EARNED SURPLUS AND UNDIVIDED PROFITS PER BOOKS)

| | | | |
|---|---|---|---|
| 1. Balance at beginning of year | | 5. Distributions:  a. Cash | |
| 2. Net income per books | | b. Stock | |
| 3. Other increases (Itemize.) | | c. Property | |
| | | 6. Other decreases (Itemize.) | |
| | | 7. Total (Add Lines 5 and 6.) | |
| 4. Total (Add Lines 1, 2, and 3.) | | 8. Balance at end of year (Subtract Line 7 from Line 4.) | |

Under the penalties of perjury, I declare that I have examined this return, including all accompanying documents, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which he has any knowledge

**Signature**

Signature: *Denise C. Olbrecht*   DENISE C. OLBRECHT   Date: 6/28/06
DIRECTOR, STATE INCOME TAXES
Title of officer
248-813-8050
Telephone

Signature of preparer         Date

Firm name

Telephone

2302

STF LA34811F.2

ALL APPLICABLE SCHEDULES MUST BE COMPLETED. (Schedule D need not be completed if Schedule P of Form CIFT-620A is filed with this return.)

## SCHEDULE D — COMPUTATION OF LOUISIANA TAXABLE INCOME

| | | |
|---|---|---|
| 1. Federal net income | 1. | |
| **ADDITIONS TO FEDERAL NET INCOME** | | |
| 2. Net operating loss deduction claimed on federal return | 2. | |
| 3. Dividends received deduction claimed on federal return | 3. | |
| 4. Louisiana income tax deducted on federal return | 4. | |
| 5. Interest on obligations of other states or their political subdivisions | 5. | |
| 6. Other additions to federal net income (Attach schedule.) | 6. | |
| 7. Total additions (Add Lines 2 through 6.) | 7. | |
| **SUBTRACTIONS FROM FEDERAL NET INCOME** | | |
| 8. Refunds of Louisiana income tax reported on federal return | 8. | |
| 9. Corporate dividends that have borne Louisiana income tax | 9. | |
| 10. Louisiana depletion in excess of federal depletion (Attach schedule.) | 10. | |
| 11. Expenses not deducted on the federal return due to Internal Revenue Code Section 280(C) | 11. | |
| 12. Other subtractions (Attach schedule.) | 12. | |
| 13. Total subtractions (Add Lines 8 through 12.) | 13. | |
| 14. Louisiana net income before S corporation exclusion, loss adjustments, and federal income tax deduction (Line 1 plus Line 7, less Line 13. Enter here and on Page 1, Line 1A. Round to the nearest dollar.) | 14. | |

## SCHEDULE E — CALCULATION OF INCOME TAX

1. Enter the net taxable income from Page 1, Line 1F.  **2,172,114**

2. Calculation of tax

| | Column 1 | | Column 2 |
|---|---|---|---|
| | Net income in each bracket | RATE | TAX |
| a. First $25,000 of net income | 25,000 | ×4% = | 1,000 |
| b. Next $25,000 | 25,000 | ×5% = | 1,250 |
| c. Next $50,000 | 50,000 | ×6% = | 3,000 |
| d. Next $100,000 | 100,000 | ×7% = | 7,000 |
| e. Over $200,000 | 1,972,114 | ×8% = | 157,769 |

3. Add Lines 2a through 2e of Column 1 and enter here.  **2,172,114**

4. Add Lines 2a through 2e of Column 2. Enter here and on Page 1, Line 2. Round to the nearest dollar.  **170,019**

## SCHEDULE F — CALCULATION OF FRANCHISE TAX

1. Enter amount from Page 1, Line 7C or 8, whichever is greater.  **21,181,329**

2. Enter first $300,000 of Line 1 above.  **300,000**

3. Multiply the amount on Line 2 by $1.50 for each $1,000 or major fraction thereof and enter here.  **450**

4. Subtract Line 2 from Line 1 and enter here.  **20,881,329**

5. Multiply the amount on Line 4 by $3.00 for each $1,000 or major fraction thereof and enter here.  **62,644**

6. Add Lines 3 and 5. Enter the result or $10.00, whichever is greater, here and on Page 1, Line 9. Round to the nearest dollar.  **63,094**

## SCHEDULE G — RECONCILIATION OF FEDERAL AND LOUISIANA NET INCOME
(Complete Schedule G only if filing an apportionment and allocation schedule [Form CIFT-620A] with this return.)

| | | |
|---|---|---|
| 1. Enter total net income calculated under federal law before special deductions. | | 366,245,240 |
| 2. Additions to federal net income: | a. Louisiana income tax | 300,000 |
| | b. Interest on obligations of other states and their political subdivisions | |
| | c. Other | |
| | FOREIGN DIVIDEND GROSS-UP EXPENSES | 7,343 |
| Subtractions from federal net income: | a. Dividends that have borne Louisiana income tax | |
| | b. United States government interest | |
| | c. Other | |
| | SECTION 78 GROSS-UP | 146,861 |
| 3. Louisiana net income from all sources (same as Schedule P, Line 28, of CIFT-620A) | | 366,405,722 |

**2303**

STF LA34811F.3

**DELCO ELECTRONICS CORPORATION**
**F.E.I.N. 38-26338 ·11**

**THIS SCHEDULE SUMMARIZES CHANGES MADE TO FEDERAL TAXABLE INCOME**

**LOUISIANA**
**2002 TAX YEAR**

| | AS LAST FILED | RAR ADJUSTMENTS | PER AMENDED |
|---|---|---|---|
| FEDERAL TAXABLE INCOME(BEFORE SPECIAL DEDUCTIONS) | 296,983,223 | 69,262,017 | 366,245,240 |
| **ADDITIONS:** | | | |
| LOUISIANA INCOME TAX | 300,000 | 0 | 300,000 |
| CHARITABLE CONTRIBUTION LIMITATION | 0 | 0 | 0 |
| EXPENSES - FOREIGN DIVIDEND GROSS-UP | 7,343 | 0 | 7,343 |
| TOTAL ADDITIONS | 307,343 | 0 | 307,343 |
| **SUBTRACTIONS:** | | | |
| CHARITABLE CONTRIBUTION ADJUSTMENT | 211,415 | (211,415) | 0 |
| SECTION 78 GROSS-UP | 146,861 | 0 | 146,861 |
| TOTAL SUBTRACTIONS | 358,276 | (211,415) | 146,861 |
| LOUISIANA NET INCOME FROM ALL SOURCES | 296,932,290 | 69,473,432 | 366,405,722 |
| **LESS: ALLOCABLE INCOME FROM ALL SOURCES** | | | |
| NET RENTS AND ROYALTIES | 749,104 | 0 | 749,104 |
| NET PROFITS OR LOSSES FROM SALES OR EXCHANGES OF PROPERTY | (4,330,859) | 0 | (4,330,859) |
| OTHER NET ALLOCABLE INCOME | 34,095,803 | (49,505) | 34,046,298 |
| TOTAL ALLOCABLE INCOME | 30,514,048 | (49,505) | 30,464,543 |
| NET INCOME SUBJECT TO APPORTIONMENT | 266,418,242 | 69,522,937 | 335,941,179 |
| APPORTIONMENT FACTOR | 1.0400% | 0 | 1.0400% |
| NET INCOME APPORTIONED TO LOUISIANA | 2,770,750 | 723,039 | 3,493,788 |
| **ADD: ALLOCABLE INCOME FROM LOUISIANA SOURCES** | | | |
| NET RENTS AND ROYALTIES | 0 | 0 | 0 |
| NET PROFITS OR LOSSES FROM SALES OR EXCHANGES OF PROPERTY | 0 | 0 | 0 |
| OTHER NET ALLOCABLE INCOME | 0 | 0 | 0 |
| TOTAL ALLOCABLE INCOME | 0 | 0 | 0 |
| LOUISIANA NET INCOME BEFORE LOSS AND FEDERAL INCOME TAX DEDUCTION | 2,770,750 | 723,039 | 3,493,788 |
| LESS: NOL CARRYFORWARD FROM 2001 | 666,373 | (116,026) | 550,347 |
| LESS: NOL CARRYBACK FROM 2003 | 0 | 771,327 | 771,327 |
| LESS: FEDERAL INCOME TAX DEDUCTION | 0 | 0 | 0 |
| LOUISIANA TAXABLE INCOME | 2,104,377 | 67,738 | 2,172,114 |
| LOUISIANA INCOME TAX | 164,600 | 5,419 | 170,019 |
| LESS PAYMENTS | 164,600 | 0 | 164,600 |
| NET TAX DUE(REFUND) | 0 | 5,419 | 5,419 |

DELCO ELECTRONICS CORPORATION
2002

38-2633811

Louisiana Form 620A, Page 2 - Sch P Detail

Line 29c - Other Net Allocable Income

| TYPE | GROSS AMOUNT | EXPENSES | NET AMOUNT |
|------|-------------:|---------:|-----------:|
| DIVIDENDS | 1,638,457 | 32,769 | 1,605,688 |
| INTEREST | 631,433 | 12,629 | 618,804 |
| PARTNERSHIP INCOME | 32,472,241 | 650,435 | 31,821,806 |
| | 34,742,131 | 695,833 | 34,046,298 |

Allocation Schedule

Delco Electronics Corporation
38-2633811

Summary of Taxable Income
1/1/2002 - 12/31/2002

| Form 1120, Page 1, Line: | | As Previously Filed | Adjustments | Per Amended |
|---|---|---|---|---|
| | | $ | $ | $ |
| 1 | Gross receipts or gross sales | 4,742,928,284 | - | 4,742,928,284 |
| 2 | Less: Cost of goods sold | 3,543,417,729 | - | 3,543,417,729 |
| 3 | Gross profit | 1,199,510,555 | - | 1,199,510,555 |
| 4 | Dividends | 1,785,318 | - | 1,785,318 |
| 5 | Other interest | 631,433 | - | 631,433 |
| 6 | Gross rents | - | - | - |
| 7 | Gross royalties | 805,488 | - | 805,488 |
| 8 | Net capital gains | - | - | - |
| 9 | Ordinary gain or loss | (4,419,244) | - | (4,419,244) |
| 10 | Other income | 29,156,598 | (49,505) | 29,107,093 |
| 11 | Total income | 1,227,470,148 | (49,505) | 1,227,420,643 |
| 12 | Compensation of officers | 2,981,598 | - | 2,981,598 |
| 13 | Salaries and wages (not deducted elsewhere) | 251,828,750 | - | 251,828,750 |
| 14 | Repairs | 1,674,927 | - | 1,674,927 |
| 15 | Bad Debts | 2,052,038 | - | 2,052,038 |
| 16 | Rents | 201,005,462 | - | 201,005,462 |
| 17 | Taxes | 16,281,002 | 425,000 | 16,706,002 |
| 18 | Interest | (17,300) | - | (17,300) |
| 19 | Contributions | 262,284 | - | 262,284 |
| 20 | Depreciation | 93,447,622 | - | 93,447,622 |
| 21 | Depr. claimed elsewhere | - | - | - |
| 22 | Depletion | - | - | - |
| 23 | Advertising | - | - | - |
| 24 | Pension, profit sharing, stock bonus, etc. | 67,979,517 | - | 67,979,517 |
| 25 | Employee benefit plans | 51,567,441 | - | 51,567,441 |
| 26 | Other deductions | 241,423,584 | (69,736,522) | 171,687,062 |
| 27 | Total deductions | 930,486,925 | (69,311,522) | 861,175,403 |
| 28 | Taxable income before net operating deduction and special deduction | 296,983,223 | 69,262,017 | 366,245,240 |
| 29 | Less: | | | |
| | (a) Net operating loss deduction | - | 345,350,533 | 345,350,533 |
| | (b) Special deduction | 1,376,578 | - | 1,376,578 |
| 30 | Taxable income | 295,606,645 | (276,088,516) | 19,518,129 |

## Delphi Corporation & Subsidiaries
### 38-3430473

On October 8, 2005, Delphi Corporation and its U.S. Subsidiaries filed voluntary petitions for reorganization under Chapter 11 of the Federal Bankruptcy Code. As such, federal law prohibits payment by Delphi for taxes billed for periods prior to the date of filing ["Pre-petition Taxes"]. According to the automatic stay provision of Section 362(a) of the Bankruptcy Code, payment of pre-petition taxes is prohibited until after a plan of reorganization is accepted by our creditors, and is approved by the bankruptcy court.

Delco Electronics Corporation was converted to a limited liability company in a conversion transaction pursuant to section 266 of the Delaware General Corporation Law, effective as of 11:59 p.m. December 31, 2003, and changed its name at that time to Delco Electronics LLC.

Effective January 1, 2004, Delco Electronics LLC became a single-member limited liability company. Its sole member is Delphi Corporation (through its single member limited liability company, Delphi Automotive Systems LLC, a disregarded entity), which was also the sole shareholder of Delco Electronics Corporation.

On September 30, 2005 Delco Electronics LLC was liquidated, becoming a division of Delphi Automotive Systems LLC.

Information regarding the Delphi reorganization, including court documents, claim forms and instructions for filing claims with the court, is located at the Delphi reorganization website at www.delphidocket.com.

| Form 4549<br>(Rev. 9-2001) | Department of the Treasury - Internal Revenue Service<br>Income Tax Examination Changes | Page 1 of |
|---|---|---|

| Name and Address of Taxpayer<br><br>DELPHI CORPORATION & SUBSIDIARIES<br>P.O. Box 5086<br>Troy, MI  48007-5086 | Taxpayer Identification Number<br>38-3430473 | Return Form No.<br>1120 |
|---|---|---|
| | Person with whom examination changes were discussed | Name and Title<br><br>Mary Lewis<br>Dir., Federal Tax Operations |

|  | Year: 12/2001 | Year: 12/2002 | Year: 12/2003 |
|---|---|---|---|
| 1. Adjustments to Income | | | |
|   a. Per RAR - Form 4549-B's | 11,071,642 | 978,764,570 | 1,894,305,967 |
| 2. Total Adjustments | 11,071,642 | 978,764,570 | 1,894,305,967 |
| 3. Taxable Income Per Return or as Previously Adjusted | (1,174,216,673) | (1,133,490,485) | (1,897,552,105) |
| 4. Corrected Taxable Income | (1,163,145,031) | (154,725,915) | (3,246,138) |
|     Tax Method<br>    Filing Status | | | |
| 5. Tax | | | |
| 6. Alternative Taxes, If Applicable | 0 | 0 | 0 |
| 7. Alternative Minimum Tax (Starting 2000) | 0 | 0 | 0 |
| 8. Corrected Tax Liability | 0 | 0 | 0 |
| 9. Less Credits:<br>  a. Foreign Tax Credit<br>  b. Other Subpart B Credits<br>  c. General Business Credit<br>  d. Minimum Tax Credit/Academy Bond | <br>0<br>0<br>0<br>0 | <br>0<br>0<br>0<br>0 | <br>0<br>0<br>0<br>0 |
| 10. Balance (Line 8 less total of 9a-9d) | 0 | 0 | 0 |
| 11. Plus Other Taxes:<br>  a. Miscellaneous Tax/Recapture<br>  b. Alternative Minimum Tax (Before 2000)<br>  c. Environmental Tax<br>  d. Other Taxes | <br>0<br>N/A<br>N/A<br>N/A | <br>0<br>N/A<br>N/A<br>N/A | <br>0<br>N/A<br>N/A<br>N/A |
| 12. Total Corrected Income Tax Liability<br>    (Line 10 plus Lines 11a-11d) | 0 | 0 | 0 |
| 13. Total Tax Shown on Return or as Previously Adjusted | 0 | 0 | 0 |
| 14. Adjustments to:<br> a. F1139 Refund-Susp R&E Cr.<br> b.<br> c.<br> d. | <br>0<br>0<br>0<br>0 | <br>0<br>0<br>0<br>0 | <br>0<br>0<br>0<br>0 |
| 15. Deficiency - Increase in Tax<br>    (Overassessment - Decrease in Tax)<br>    (Line 12 less Lines 13 & 14a-14d) | 0 | 0 | 0 |
| 16. Adjustment to Prepayment Credits - incr (decr) | 0 | 0 | 0 |
| 17. Balance Due or (Overpayment) (Line 15 less Line 16)<br>    Excluding interest and penalties | 0 | 0 | 0 |

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is shared with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms. You may be subject to backup withholding if you don't report all of the interest, dividend, or patronage dividend income you earned and if you don't pay the required tax. Once the tax has been assessed, you will be issued four notices over a 120-day period. If you don't pay the assessed tax, the IRS may require the payers to withhold a percentage of your dividend and/or interest payments.

| Form 4549<br>(Rev. 9-2001) | Department of the Treasury - Internal Revenue Service<br>Income Tax Examination Changes | Page 2 of ___ |
|---|---|---|

| Name of Taxpayer<br>DELPHI CORPORATION & SUBSIDIARIES | Taxpayer Identification Number<br>38-3430473 | Return Form No.<br>1120 |
|---|---|---|

| 18.  Penalties   Code Section | Year: 12/2001 | Year: 12/2002 | Year: 12/2003 |
|---|---|---|---|
| a. | 0 | 0 | 0 |
| b. | 0 | 0 | 0 |
| c. | 0 | 0 | 0 |
| d. | 0 | 0 | 0 |
| e. | 0 | 0 | 0 |
| f. | 0 | 0 | 0 |
| g. | 0 | 0 | 0 |
| h. | 0 | 0 | 0 |
| i. | 0 | 0 | 0 |
| j. | 0 | 0 | 0 |
| k. | 0 | 0 | 0 |
| l. | 0 | 0 | 0 |
| m. | 0 | 0 | 0 |
| 19.  Total Penalties | 0 | 0 | 0 |
| Underpayment attributable to negligence: (1981-1987)<br>A tax addition of 50 percent of the interest due on<br>underpayment will accrue until paid or assessed. | 0 | 0 | 0 |
| Underpayment attributable to fraud: (1981-1987) A tax<br>addition of 50 percent of the interest due on<br>underpayment will accrue until paid or assessed. | 0 | 0 | 0 |
| Underpayment attributable to Tax Motivated<br>Transactions. (TMT). The interest will accrue and be<br>assessed at 120% of underpayment rate in accordance<br>with IRC Sec. 6621(c) | 0 | 0 | 0 |
| 20. Summary of Taxes Penalties and Interest: | | | |
| a. Balance Due/(Overpayment)  (Line 17) | 0 | 0 | 0 |
| b. Penalties (Line 19) computed to | 0 | 0 | 0 |
| c. Interest (IRC 6601) computed to | 0 | 0 | 0 |
| d. TMT Interest computed to          on TMT Underpayment | 0 | 0 | 0 |
| e. Amount due (refund) - (sum of Lines a-d) | 0 | 0 | 0 |

Other Information:

| Examiner's Signature<br><br>*Wesley S. Bulik*<br><br>Name: Wesley S. Bulik | 38-01110<br>Employee ID | LMSB Gr 1694<br>Office | Date 5-3-06 |
|---|---|---|---|

Consent to Assessment and Collection - I do not wish to exercise my appeal rights with the Internal Revenue
Service or to contest in the United States Tax Court the findings in this report. Therefore, I give my
consent to the immediate assessment and collection of any increase in tax and penalties shown above, plus
additional interest as provided by law. I accept any decrease in tax and penalties shown above. I understand
that this report is subject to acceptance by the appropriate IRS official.

PLEASE NOTE: If a joint return was filed, BOTH taxpayers must sign.

| Signature of Taxpayer<br><br>By<br>JAMES P. WHITSON<br>CHIEF TAX OFFICER | Date<br>19 MAY 2006 | Signature of Taxpayer<br><br>Title | Date<br><br>Date |
|---|---|---|---|

FORM 4549 SUPPLEMENT

| Name and Address of Taxpayer | Soc. Sec. or Empoyer Ident. Number |
|---|---|
| Delphi Corporation & Subsidiaries<br>P.O. Box 5086<br>Troy, MI 48007-5086 | 38-3430473<br><br>DELPHI & SUBS. |

SUMMARY OF AUDIT ADJUSTMENTS

| FORM<br>5701<br>NO. | ENTITY | DESCRIPTION | 1120<br>Ln. No. | DR/(CR)<br>2001 |
|---|---|---|---|---|
| 1 | Delco | Partnership Loss HE Microwave | 10 | (819,314) |
| 2 | Delco | Interest charges related to State tax payments | 5 | (347,019) |
| 2 | Delco | State Tax Payments | 17 | (4,115,986) |
| 3 | DC | Training Fund Expense | 26 | 4,665,831 |
| 4 | DC | State Tax Payments | 17 | 1,936,493 |
| 5 | DC | Depreciation - GM Rollover | 20 | 37,856 |
| 6 | DC | Amort. Of SAP Software Exp | 20 | 2,000,000 |
| 7 | DC | Depreciation - NVA | 20 | 748,664 |
| 8 | DC | Deprec. - NVA GM Rollover | 20 | 3,694,015 |
| 9 | DC | MACRS vs. ADS Deprec. | 20 | (2,479,639) |
| 10 | DC | COGS LIFO Inven. | 2 | 24,000 |
| 11 | DC | Co. Cars revaluated loss | 9 | 12,713,977 |
| 12 | DC | Capitalized Interest | 5 | 877,949 |
| 13 | DAS Tenn | Partnership Inc. Das Tenn | 10 | (5,177,740) |
| 14 | Aspire | State Tax Payments | 17 | 583 |
| 14 | DASRM | State Tax Payments | 17 | 25,000 |
| 14 | DC | State Tax Payments | 17 | 106,484 |
| 14 | Delco | State Tax Payments | 17 | 16,016 |
| 14 | Diesel | State Tax Payments | 17 | 34,775 |
| 14 | Mechatronis | State Tax Payments | 17 | 125,000 |
| 14 | PHIC | State Tax Payments | 17 | (9,701) |
| 14 | PHICS | State Tax Payments | 17 | 3,000 |
| 14 | PHIWS | State Tax Payments | 17 | (15) |
| 14 | Specialty | State Tax Payments | 17 | 6,500 |
| 15 | DASHI | Subpart F Income recapture | 4 | (837,152) |
| 17 | DC | UCC LIFO Adj. | 2 | (131,468) |
| 18 | DC | WOC Wage reduction | 13 | (17,788) |
| 20 | DC | Officer's Compensation | - | - |
| 21 | DC | Deprec. Exp SAP SI Conversion | - | - |
| 22 | Delco | Deprec. Exp. Software | 20 | (1,028,818) |
| 23 | DC | Deprec. Exp. Software | - | - |
| 24 | DC | Deprec. Exp. Software | 20 | (3,595,090) |
| 25 | DC | K-1 Ashimori | - | - |
| 26 | DC | Lightsource Int exp GM Rollover | 18 | 9,294,276 |
| 28 | DC | Delphi NVA Capitalized | 26 | (2,372,842) |
| 29 | DC | Delphi NVA Capitalized | 26 | 237,287 |
| 30 | Delco | Delco NVA Capitalized | 26 | (1,253,883) |
| 31 | Delco | Delco NVA Capitalized | 26 | 125,388 |
| 32 | DC | Delphi SAP Software Capitalized | 26 | (5,349,012) |
| 33 | DC | Delphi SAP Amortized | 26 | 1,783,004 |
| 34 | DC | Patent Contributions 02 & 03 | - | - |
| 35 | DC | Consigned Assets Corrected Deprec. | 20 | (5,418,183) |
| 36 | DTI | Professional Fees Capitalized | - | - |
| 37 | DTI | Professional Fees Amortization | - | - |
| 38 | DC | Policy & warranty Capitalized | 26 | (402,549) |
| 39 | DC | Enviornmental Cost Capitalized | 26 | (1,493,545) |
| 40 | DC | Misc. Exp. Capitalized | 26 | (155,525) |
| 41 | DC | Professional Fees Capitalized | 26 | (49,750) |
| 42 | DC | Amortization - Capitalized Costs | 20 | 175,972 |
| 43 | Delco | Professional Fees Capitalized | 26 | - |
| 44 | Delco | Professional Fees Amortization | 26 | - |
| 45 | DC | UNICAP | 26 | - |
| 46 | Delco | UNICAP | 26 | - |
| 47 | DC | Bad Debt Exp | 15 | (140,097) |
| 49 | Various | ETI Recalculation | 26 | (12,720,479) |
| 50 | DC | Inventory Related Restatement Adjustment | 2 | 4,200,000 |
| 50 | DC | Restatement Adjustments | 26 | (1,900,986) |
| 50 | DTI | Restatement Adjustments | 26 | (123,377) |
| 50 | Exhaust | Restatement Adjustments | 26 | (892,738) |
| 51 | DC | NOL Deduction | 29 | - |
| - | DC | 59(e) Amortization | 26 | 279,555 |
| - | DC | Additional 59 (e) Amortizaton | 26 | - |
| | | NOL Deduction | | (3,350,577) |
| | | | | |
| | | | | |
| | | TOTALS | | (11,071,648) |

FORM 4549 SUPPLEMENT

| Name and Address of Taxpayer | Soc. Sec. or Empoyer Ident. Number |
|---|---|
| Delphi Corporation & Subsidiaries<br>P.O. Box 5086<br>Troy, MI 48007-5086 | 38-3430473<br><br>DELPHI & SUBS. |

SUMMARY OF AUDIT ADJUSTMENTS

| FORM 5701 NO. | ENTITY | DESCRIPTION | 1120 Ln. No. | DR/(CR)<br>2002 |
|---|---|---|---|---|
| 1 | Delco | Partnership Loss HE Microwave | 10 | 49,505 |
| 2 | Delco | State Tax Payments | 17 | 425,000 |
| 3 | DC | Training Fund Expense | 26 | 14,174,890 |
| 4 | DC | State Tax Payments | 17 | 1,705,000 |
| 5 | DC | Depreciation - GM Rollover | 20 | 37,196 |
| 6 | DC | Amort. Of SAP Software Exp | 20 | 1,333,333 |
| 7 | DC | Depreciation - NVA | 20 | 748,664 |
| 8 | DC | Deprec. - NVA GM Rollover | 20 | 2,341,441 |
| 9 | DC | MACRS vs. ADS Deprec. | 20 | (3,740,125) |
| 10 | DC | COGS LIFO Inven. | 2 | 8,000 |
| 11 | DC | Co. Cars revaluated loss | 9 | 40,893 |
| 12 | DC | Capitalized Interest | 5 | 717,223 |
| 13 | DAS Tenn | Partnership Inc. Das Tenn | 10 | (586,049) |
| 14 | DC | State Tax Payments | 17 | 30,002 |
| 14 | Diesel | State Tax Payments | 17 | 45,000 |
| 14 | Mechatronis | State Tax Payments | 17 | 128,001 |
| 14 | PHICS | State Tax Payments | 17 | 1,500 |
| 14 | Specialty | State Tax Payments | 17 | 16,500 |
| 15 | DASHI | Subpart F Income recapture | 4 | (39,996) |
| 17 | DC | UCC LIFO Adj. | 2 | 60,371 |
| 24 | DC | Deprec. Exp. Software | 20 | (3,838,430) |
| 26 | DC | Lightsource Int exp GM Rollover | 18 | 9,294,276 |
| 28 | DC | Delphi NVA Capitalized | 26 | (2,757,608) |
| 29 | DC | Delphi NVA Amortized | 26 | 750,329 |
| 30 | Delco | Delco NVA Capitalized | 26 | (918,574) |
| 31 | Delco | Delcod NVA Amortized | 26 | 342,834 |
| 32 | DC | Delphi SAP Software Capitalized | 26 | (3,094,894) |
| 33 | DC | Delphi SAP Amortized | 26 | 2,814,835 |
| 34 | DTI | Patent Contributions 02 & 03 | 19 | - |
| 35 | DC | Consigned Assets Corrected Deprec. | 20 | (5,182,640) |
| 36 | DTI | Professional Fees Capitalized | 26 | (807,729) |
| 37 | DTI | Professional Fees Amortization | 26 | 115,424 |
| 38 | DC | Policy & warranty Capitalized | 26 | - |
| 39 | DC | Enviormental Cost Capitalized | 26 | (134,715) |
| 40 | DC | Misc. Exp. Capitalized | 26 | (121,225) |
| 41 | DC | Professional Fees Capitalized | 26 | (109,635) |
| 42 | DC | Amortization - Capitalized Costs | 26 | 366,278 |
| 43 | Delco | Professional Fees Capitalized | 26 | (72,991) |
| 44 | Delco | Professional Fees Amortization | 26 | 10,430 |
| 47 | DC | Bad Debt Exp | 15 | (445,245) |
| 49 | Various | ETI Recalculation | 26 | 10,198,401 |
| 50 | DC | Inventory Related Restatement Adjustment | 2 | 2,300,002 |
| 50 | DC | Restatement Adjustments | 26 | 12,970,633 |
| 50 | DTI | Restatement Adjustments | 26 | (1,335,878) |
| 50 | Exhaust | Restatement Adjustments | 26 | (2,312,309) |
| 51 | DC | NOL Deduction | 29 | - |
| 52/53 | DC | 59(e) Amortization | 26 | 279,555 |
| 52/53 | DC | Additional 59 (e) Adjustments | 26 | (865,293,899) |
| 52/53 | DTI | Additional 59 (e) Adjustments | 26 | (29,362,460) |
| 52/53 | Exhaust | Additional 59 (e) Adjustments | 26 | (16,615,443) |
| 52/53 | PHIC | Additional 59 (e) Adjustments | 26 | (438,186) |
| 52/53 | Mechatronis | Additional 59 (e) Adjustments | 26 | (10,497,267) |
| 52/53 | Delco | Additional 59 (e) Adjustments | 26 | (81,292,745) |
| 52/53 | DC | Additional 59 (e) Amortizaton | 26 | - |
| | | NOL Deduction | | (11,071,642) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | TOTAL ADJ. B4 C.C. ADJ. & NOL DEDUCTION | | (978,764,569) |

FORM 4549 SUPPLEMENT

| Name and Address of Taxpayer | Soc. Sec. or Empoyer Ident. Number |
|---|---|
| Delphi Corporation & Subsidiaries P.O. Box 5086 Troy, MI 48007-5086 | 38-3430473 DELPHI & SUBS. |

### SUMMARY OF AUDIT ADJUSTMENTS

| FORM 5701 NO. | ENTITY | DESCRIPTION | 1120 Ln. No. | DR/(CR) 2003 |
|---|---|---|---|---|
| 20 | DC | Officer's Compensation | 12 | (5,026,945) |
| 21 | DC | Deprec. Exp SAP SI Conversion | 20 | (39,203,942) |
| 23 | DC | Deprec. Exp. Software | 20 | (2,162,554) |
| 25 | DC | K-1 Ashimori | 10 | (49,683) |
| 28 | DC | Delco NVA Capitalized | 26 | (3,387,746) |
| 29 | DC | Delco NVA Capitalized | 26 | 1,364,865 |
| 30 | Delco | Delphi NVA Capitalized | 26 | (1,089,756) |
| 31 | Delco | Delphi NVA Capitalized | 26 | 543,467 |
| 32 | DC | Delphi SAP Software Capitalized | 26 | (678,898) |
| 33 | DC | Delphi SAP Amortized | 26 | 3,040,935 |
| 34 | DTI | Patent Contributions 02 & 03 | 19 | - |
| 35 | DC | Consigned Assets Corrected Deprec. | 20 | (6,291,798) |
| 37 | DTI | Professional Fees Amortization | 26 | 197,813 |
| 40 | DC | Misc. Exp. Capitalized | 26 | (193,114) |
| 41 | DC | Professional Fees Capitalized | 26 | (173,904) |
| 42 | DC | Amortization - Capitalized Costs | 26 | 389,875 |
| 44 | Delco | Professional Fees Amortization | 26 | 17,875 |
| 45 | DC | UNICAP | 2 | (30,884,632) |
| 46 | Delco | UNICAP | 2 | (1,849,351) |
| 47 | DC | Bad Debt Exp | 15 | (1,034,127) |
| 49 | Various | ETI Recalculation | 26 | 4,965,518 |
| 50 | DC | Inventory related Restatements | 2 | (4,151,439) |
| 50 | DC | Restatement Adjustments | 26 | (307,056) |
| 50 | Delco | Restatement Adjustments | 26 | 1,333,240 |
| 50 | DTI | Restatement Adjustments | 26 | 260,427 |
| 50 | Exhaust | Restatement Adjustments | 26 | 1,632,802 |
| 52/53 | DC | 59(e) Amortization | 26 | 279,555 |
| 52/53 | DC | Additional 59 (e) Adjustments | 26 | (773,677,000) |
| 52/53 | DTI | Additional 59 (e) Adjustments | 26 | (20,418,858) |
| 52/53 | Exhaust | Additional 59 (e) Adjustments | 26 | (10,321,340) |
| 52/53 | PHIC | Additional 59 (e) Adjustments | 26 | (572,816) |
| 52/53 | Mechatronics | Additional 59 (e) Adjustments | 26 | (8,714,004) |
| 52/53 | Delco | Additional 59 (e) Adjustments | 26 | (30,595,982) |
| | | NOL Deduction | | (967,792,934) |
| | | 2003 Absorbed Contribution | | 245,540 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | TOTAL ADJ. | | (1,894,305,967) |

FORM 4549 SUPPLEMENT

| Name and Address of Taxpayer | Soc. Sec. or Empoyer Ident. Number |
|---|---|
| Delphi Corporation & Subsidiaries<br>P.O. Box 5086<br>Troy, MI 48007-5086 | 38-3430473<br><br>DELCO |

## SUMMARY OF AUDIT ADJUSTMENTS

| FORM<br>5701<br>NO. | ENTITY | DESCRIPTION | 1120<br>Ln. No. | DR/(CR)<br><br>2002 |
|---|---|---|---|---|
| 1 | Delco | Partnership Loss HE Microwave | 10 | 49,505 |
| 2 | Delco | State Tax Payments | 17 | 425,000 |
| 30 | Delco | Delphi NVA Capitalized | 26 | (918,574) |
| 31 | Delco | Delphi NVA Capitalized | 26 | 342,634 |
| 43 | Delco | Professional Fees Capitalized | 26 | (72,991) |
| 44 | Delco | Professional Fees Amortization | 26 | 10,430 |
| 49 | Delco | ETI Recalculation | 26 | 12,194,724 |
| 52/53 | Delco | Additional 59 (e) Adjustments | 26 | (81,292,745) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | TOTALS | | (69,262,017) |

# Exhibit F

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
          In re                           :          Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :          Case No. 05-44481 (RDD)
                                          :
                              Debtors.    :          (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GLOBAL NOTES AND STATEMENT OF LIMITATIONS,
METHODOLGY AND DISCLAIMER REGARDING
DEBTORS' SCHEDULES AND STATEMENTS

- ALL DEBTORS; CONSOLIDATED -

        The Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Schedules
and Statements") filed by Delphi Corporation ("Delphi") and 41 of its direct and indirect subsidiaries
and affiliates (collectively, with Delphi, the "Debtors"),[1] in the United States Bankruptcy Court for
the Southern District of New York (the "Bankruptcy Court"), were prepared pursuant to 11 U.S.C. §
521 and Federal Rule of Bankruptcy Procedure 1007 by management of the Debtors and are
unaudited.  The Schedules and Statements remain subject to further review and verification by the
Debtors.  Subsequent information may result in material changes in financial and other data contained
in the Schedules and Statements.  The Debtors reserve the right to amend their Schedules and
Statements from time to time as may be necessary or appropriate.  These Global Notes and Statement
of Limitations, Methodology and Disclaimer Regarding Debtors' Schedules and Statements (the
"Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and
Statements, and should be referred to and reviewed in connection with any review of the Schedules
and Statements.

---

[1]     In addition to Delphi, the following entities are debtors in these related cases: ASEC Manufacturing
        General Partnership, ASEC Sales General Partnership, Aspire, Inc., Delco Electronics Overseas
        Corporation, Delphi Automotive Systems (Holding), Inc., Delphi Automotive Systems Global
        (Holding), Inc., Delphi Automotive Systems Human Resources LLC, Delphi Automotive Systems
        International, Inc., Delphi Automotive Systems Korea, Inc., Delphi Automotive Systems LLC, Delphi
        Automotive Systems Overseas Corporation, Delphi Automotive Systems Risk Management Corp.,
        Delphi Automotive Systems Services LLC, Delphi Automotive Systems Tennessee, Inc., Delphi
        Automotive Systems Thailand, Inc., Delphi China LLC, Delphi Connection Systems, Delphi Diesel
        Systems Corp., Delphi Electronics (Holding) LLC, Delphi Foreign Sales Corporation, Delphi
        Furukawa Wiring Systems LLC, Delphi Integrated Service Solutions, Inc., Delphi International
        Holdings Corp., Delphi International Services, Inc., Delphi Liquidation Holding Company, Delphi
        LLC, Delphi Mechatronic Systems, Inc., Delphi Medical Systems Colorado Corporation, Delphi
        Medical Systems Corporation, Delphi Medical Systems Texas Corporation, Delphi NY Holdings
        Corporation, Delphi Receivables LLC, Delphi Services Holding Corporation, Delphi Technologies,
        Inc., DREAL, Inc., Environmental Catalysts, LLC, Exhaust Systems Corporation, MobileAria, Inc.,
        Packard Hughes Interconnect Company, Specialty Electronics, Inc., and Specialty Electronics
        International Ltd.

1.      Description of the Cases and "As Of" Information Date.  On October 8, 2005, 39 of 42 Debtors, and on October 14, 2005 (collectively with October 8, 2005, the "Petition Dates") the remaining Debtors, filed voluntary petitions in the Bankruptcy Court for reorganization relief under chapter 11 of title 11 of the United States Code, (11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code").  The cases have been consolidated for the purpose of joint administration under case number 05-44481 (RDD).  The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  Each Debtor's fiscal year ends on December 31.  All asset information, except where otherwise noted, is as of September 30, 2005.  The liability information, except where otherwise noted, is as of the close of business on October 7, 2005 or October 14, 2005, as appropriate.

2.      Basis of Presentation.  Delphi is a publicly-held corporation, the common shares of which traded prior to the Petition Dates on the New York Stock Exchange under the "DPH" symbol.[2]  For financial reporting purposes, the Debtors, along with their subsidiaries which have not filed voluntary petitions for reorganization relief under the Bankruptcy Code, prepare consolidated financial statements that are filed with the Securities and Exchange Commission (the "SEC") and that are audited annually.  On June 30, 2005, Delphi filed its annual report on Form 10-K for the year ended December 31, 2004.  On November 9, 2005, Delphi filed its most recent quarterly report on Form 10-Q.  Unlike the consolidated financial statements, these Schedules and Statements reflect the assets and liabilities of each individual Debtor, except where otherwise noted.  These Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP") in the United States, nor are they intended to fully reconcile to the consolidated financial statements filed by Delphi Corporation with the SEC.

3.      Totals.  All totals that are included in the Schedules and Statements represent totals of all the known amounts included on the Schedules.  The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

4.      Excluded Assets and Liabilities.  The Debtors have excluded the following categories of assets and liabilities from the Schedules and Statements: goodwill, intangible pension assets, accrued liabilities including, but not limited to, accrued salaries and employee benefits, tax accruals, and accrued accounts payable.  Other immaterial assets and liabilities may also have been excluded.

5.      Interest in Subsidiaries and Affiliates.  Delphi owns directly or indirectly all or part of the 41 subsidiaries and affiliates that are also Debtors.  In addition, Delphi indirectly owns all or part of numerous subsidiaries and affiliates that are not Debtors.  Interests in subsidiaries arise from stock ownership or from interests in partnerships.  Each Debtor's Schedule B - Personal Property schedules its ownership interests, if any, in subsidiaries, affiliates and partnerships.  As recorded in the Debtors' Monthly Operating Report for the period from October 8, 2005 through November 30, 2005, the net book value of the Debtors' interests in non-Debtor subsidiaries, affiliates and partnerships was approximately $3.46 billion as of November 30, 2005.  The fair market value of such stock or other ownership interests is dependent upon numerous variables and factors, and may differ materially from net book values.  Approximately $2.89 billion of the net book value of the Debtors' interests in non-Debtor subsidiaries, affiliates and partnerships is attributable to the value of stock and ownership interests in non-Debtor subsidiaries, affiliates and partnerships held by Delphi Automotive Systems (Holding), Inc. and the Debtors have listed the aggregate net book value of such interests on Schedule B for Delphi Automotive Systems (Holding), Inc.  However, the Debtors have not allocated such aggregate net book value to stock or other ownership interests in individual non-Debtor subsidiaries,

---

[2]      Delphi's common shares currently trade on the over-the-counter market under the "DPHIQ" symbol.

affiliates and partnerships, but rather have listed the value of each as "undetermined" for purposes of Schedule B.

6.    <u>Summary of Significant Reporting Policies</u>.  The following is a summary of significant reporting policies:

(a)    <u>Foreign Currency</u>.  All amounts are reflected in U.S. dollars unless otherwise indicated.

(b)    <u>Book value</u>.  Unless otherwise noted, the Debtors' assets and liabilities are shown on the basis of their net book value as of September 30, 2005 or the appropriate Petition Date, respectively, in accordance with the Debtors' books and records.  Thus, unless otherwise noted, the Schedules and Statements reflect the carrying value of the assets and liabilities as recorded on the Debtors' books, and are not based upon any estimate of their current market value.

(c)    <u>Consolidated Accounts Payable and Disbursements System</u>.  Certain of the Debtors use a consolidated accounts payable and disbursements system through which such Debtors pay substantially all business-related expenses.  All such payments are made by Delphi Automotive Systems LLC ("DAS LLC") and are then charged to the appropriate entity through intercompany accounts.  Payments made by DAS LLC to third parties on behalf of other affiliated entities are reflected as payments to creditors in Question 3a of DAS LLC's Statement of Financial Affairs.

(d)    <u>Intercompany Accounts</u>.  The Debtors record intercompany assets and liabilities through three types of accounts: intercompany trade (includes trade and other business-related transactions), intercompany notes, and cross-charge accounts.  Intercompany trade accounts record sales-type transactions between Delphi's subsidiaries and affiliates.  Intercompany notes reflect loans made between affiliated entities.  Intercompany notes payable exclude accrued interest relating to the period subsequent to September 30, 2005.  Cross-charge accounts are employed to capture a variety of intercompany allocations, charges, and other ordinary course transactions and are tracked on a net receivable/payable basis.  The cross-charge accounts net to zero on a consolidated global basis.  The Debtors have eliminated intra-company activity within each legal entity.

(e)    <u>Accounts Receivable</u>.  Accounts receivable are presented as of September 30, 2005.  Such balances have been adjusted to reflect the assignment of receivables from Delphi Receivables LLC (a Debtor in these cases) to certain other entities as a result of the Termination and Assignment Agreement, dated October 7, 2005 (<u>see</u> Delphi Receivables LLC, below).  In addition, most of the Debtors' customers pay under MNS-2 terms.[3]  The Debtors received approximately $1.2 billion of payments against the receivables that existed on September 30, 2005 on or about October 4, 2005.

(f)    <u>Inventories; Property and Equipment</u>.  Inventories are stated at the lower of cost, determined on a first-in, first-out ("FIFO") basis, or market value.  Property and equipment is stated at cost, net of accumulated depreciation.  All inventories, as well as all property and equipment, are presented without consideration of any mechanics' liens.  For a further description of the Debtors' accounting policies, please refer to the Debtors' financial filings with the SEC described in Basis of Presentation, above.

(g)    <u>Leases</u>.  The Debtors have not included in the Schedules and Statements the future obligations of any capital or operating leases.  To the extent that there was an amount outstanding as

---

[3]    "MNS-2" refers to the payment terms under Delphi's General Terms and Conditions, whereby payment for goods supplied is generally due on the second business day of the second month following the receipt of such goods.

of the relevant Petition Date, the creditor has been included in Schedule F of the Schedules and Statements.  Similarly, any asset accounted for as a capital lease has been excluded from the Schedules and Statements.

(h)    Contingent Assets.  The Debtors believe that they may possess certain claims and causes of action against various parties.  Additionally, the Debtors may possess contingent claims in the form of various avoidance actions they could commence under the provisions of Chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets.  With limited exceptions, the Debtors have not set forth claims or causes of action against third parties or avoidance actions as assets in their Schedules and Statements.  The Debtors reserve all of their rights with respect to any claims, causes of action or avoidance actions they may have and nothing contained in these Global Notes or the Schedules and Statements shall be deemed a waiver of any such claims, avoidance actions or causes of action or in any way prejudice or impair the assertion of such claims.  In addition to those claims against General Motors Corporation ("GM") listed in Schedule B for Delphi and DAS LLC, all of the Debtors reserve all of their rights to assert claims against GM or any of its subsidiaries and affiliates.

The Debtors may also possess contingent and unliquidated claims against affiliated entities (both debtor and non-debtor) for various financial accommodations and similar benefits they have extended from time to time, including, but not limited to, contingent and unliquidated claims for contribution, reimbursement, and/or indemnification arising from various (i) letters of credit, (ii) surety bonds, (iii) guarantees, (iv) indemnities, (v) tax sharing agreements and (vi) warranties.

Additionally, prior to the relevant Petition Date, each Debtor, as plaintiff, may have commenced various lawsuits in the ordinary course of its business against third parties seeking monetary damages for business-related losses.  Refer to each Statement of Financial Affairs, item 4(a), for lawsuits commenced prior to the relevant Petition Date in which the Debtor was a plaintiff.

(i)    Schedule D.  Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of any Debtor.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim.  In certain instances, a Debtor may be a co-obligor, co-mortgagor or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.  The descriptions provided in Schedule D are intended only as a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

(j)    Schedule E.  All claims listed on the Debtors' Schedule E are claims owing to various taxing authorities to which the Debtors may potentially be liable.  However, certain of such claims may be subject to on-going audits and the Debtors are otherwise unable to determine with certainty the amount of many, if not all, of the remaining claims listed on Schedule E.  Therefore, the Debtors have listed all such claims as unknown in amount, pending final resolution of on-going audits or other outstanding issues.

(k)    Schedule G.  The businesses of the Debtors are complex.  While the Debtors' existing books, records, and financial systems have been relied upon to identify and schedule executory contracts at each of the Debtors and every effort has been made to ensure the accuracy of the Schedule of Executory Contracts and Unexpired Leases, inadvertent errors or omissions may have occurred.  The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.  The contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments and agreements which may not be listed therein.  Certain of the real property leases listed on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights.  Such rights, powers, duties and obligations are not set forth on Schedule G.  Certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings.  The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease.  The Debtors reserve all of their rights, claims and causes of action with respect to the contracts and agreements listed on the Schedule, including the rights to dispute or challenge the characterization or the structure of any transaction document or instrument.  Certain executory agreements may not have been memorialized and could be subject to dispute.  Generally, executory agreements that are oral in nature have not been included in the Schedule.  Additionally, the Debtors have not listed confidentiality agreements on the Schedule and have excluded agreements with approximately 1,500 employees of Delco Electronics Overseas Corporation where each agreement was a condition of employment.  Due to the large number of supply agreements with certain suppliers and purchase agreements with certain customers, the Debtors have provided summary information with respect to agreements with those suppliers and customers with which an individual Debtor was party to over 1,000 such agreements (determined according to the primary supplier or customer name, as appropriate, reflected in the Debtors' books and records).  Additional detail with respect to any such agreement is available upon written request to the Debtors' counsel.

7.    Claims.  All general unsecured claims against the Debtors have been listed on Schedule F based upon the Debtors' existing books and records.  The Debtors have, however, independently reviewed each claim scheduled in an amount equal to or greater than $100,000.00 and have adjusted the Debtor obligated for such claim to the extent that the Debtors determined that such claim was more properly an obligation of another legal entity other than as reflected in the existing books, records and financial systems.  The Debtors acknowledge that certain parties may potentially assert their scheduled claims against an entity other than the Debtor that listed such claim in its Schedules and Statements.  Note that substantially all trade debt of the Debtors' non-U.S. subsidiaries, which are not chapter 11 debtors in these cases, represents obligations of such non-U.S. subsidiaries and the payment of such trade debt is not affected by these chapter 11 cases.

8.    Claims of Third-Party Related Entities.  While the Debtors have made every effort to properly classify each claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and contingent or noncontingent, the Debtors have not been able to fully reconcile all payments made to certain third-party related entities on account of the Debtors' obligations to both such entity and its affiliates.  Therefore, to the extent that the Debtors classified their estimate of claims of a creditor as disputed, all claims of such creditor's affiliates listed in the Schedules and Statements shall similarly be considered as disputed, whether or not they are designated as such.

9.    Effect of Payments Made Pursuant to "First Day" Orders on Scheduled Claim Amount.  The Bankruptcy Court has authorized the Debtors to pay various outstanding prepetition claims, including, but not limited to, payments to certain customers, employees, financially-distressed sole

source suppliers, foreign creditors, lienholders, shippers, and taxing authorities. Where the Schedules list creditors and set forth the Debtors' scheduled amount of such claims, such scheduled amounts reflect amounts owed as of the Petition Dates, adjusted for any postpetition payments made on account of such claims pursuant to the authority granted to the Debtors by the Bankruptcy Court, subject to further adjustment as described in Claims of Third-Party Related Entities, above. However, the estimate of claims set forth in the Schedules may not reflect assertions by the Debtors' creditors of a right to have such claims paid or reclassified under the Bankruptcy Code or orders of the Bankruptcy Court, including, without limitation, the Bankruptcy Court's "first day" order regarding payment of reclamation claims, to the extent that the Debtors have not agreed to such assertions as of the date hereof.

10.    Employee Claims. The Bankruptcy Court entered "first day" orders granting authority to the Debtors to pay certain prepetition human capital obligations in the ordinary course of business, including, but not limited to, employees' prepetition and postpetition wages and salaries, including any commissions and bonuses for which the employees are eligible; vacation, sick leave, personal leave, expense reimbursements, and severance; health, insurance, retirement, and other employee benefit programs; defined contribution, defined benefit, tax-qualified, and non-tax-qualified retirement plans; workers' compensation programs; and other benefits to, or for the benefit of, the employees. The Debtors employed more than 50,000 staff in the United States as of the filing of the chapter 11 cases. In general, only employee claims for items not authorized to be paid by order of the Bankruptcy Court have been included in the Schedules and Statements.

11.    Claims Related to Pension and Other Postretirement Benefits. Certain of the Debtors' largest potential liabilities as of the Petition Dates were on account of Delphi's domestic pension and other post-employment benefits, including, without limitation, retiree health care and life insurance (collectively, "OPEB") that, as of the filing of the Schedules and Statements were contingent, disputed and unliquidated. Specifically, as recorded in Delphi's Annual Report on Form 10-K as of December 31, 2004, which is the date of the most recent actuarial valuation, the consolidated Debtors were exposed to $4.3 billion in unfunded pension obligations and $9.6 billion of unfunded OPEB obligations on a financial reporting basis for their hourly and salaried employees, retirees, surviving spouses and alternate payees. Consistent with the treatment of the Debtors' collective bargaining agreements described below, obligations related to unfunded pension and OPEB are primarily obligations of Delphi and the majority of the above amounts have been listed on Delphi's Schedule F. The underfunded pension obligations of Delphi are related to various pension plans that it sponsors. The terms of those plans permit that eligible employees of related employers within the Delphi control group may participate in those plans. Related employers include Delphi Automotive Systems Human Resources LLC, Delphi Automotive Systems LLC, Delphi Automotive Systems Services LLC, Delphi International Services Inc., and Delphi Technologies, Inc. Delphi is ultimately liable for contributions to the plans. Certain Debtors other than those listed above also sponsor pension and benefit plans for their employees, and those plans and related trusts are included on the Schedules and Statements applicable to those Debtors. The Debtors have made no attempt to disaggregate such liabilities on an individual-by-individual basis for purposes of Schedule F.

12.    Collective Bargaining Agreements. National agreements between Delphi and its unions, including the United Auto Workers ("UAW"), International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers-Communications Workers of America ("IUE-CWA"), and United Steelworkers of America govern a majority of Delphi's local bargaining unit agreements. Because the national agreements were negotiated and signed by Delphi, all related local agreements have been listed on Schedule G of Delphi as well, notwithstanding that the particular signatory to such local bargaining unit agreements may have been an operating division of DAS LLC or another affiliated Debtor. In addition to its national agreements, Delphi has site-specific agreements with other unions,

including the International Association of Machinists and Aerospace Workers ("IAM"), International Brotherhood of Electrical Workers ("IBEW"), and International Union of Operating Engineers ("IUOE").  All IAM, IBEW and IUOE agreements are listed on Schedule G of Delphi.

In certain specific instances, collective bargaining agreements are not governed by an agreement to which Delphi is a party and such agreements are listed on Schedule G of the Debtor that is the signatory to the agreement.  In particular, Delphi Connection Systems separately contracted with the Electronic and Space Technicians ("EAST") and thus the EAST agreements are listed on Delphi Connection System's Schedule G.  Moreover, certain of Delphi's UAW bargaining units and IUE-CWA bargaining units are not governed by the national agreements between Delphi and the unions.  Those agreements appear on Schedule G of Delphi Connection Systems or ASEC Manufacturing General Partnership, as appropriate.

13.     <u>Union Grievances, Workers' Compensation Claims and Other Employment-related Actions and Charges</u>.  The Debtors have excluded listing individual employee union grievances in the Schedules and Statements.  In addition, workers' compensation claims and other employment-related actions and charges are excluded from the Debtors' Statement of Financial Affairs.  All such actions, claims and grievances have been excluded based on both the large volume of such actions, claims and grievances and the Debtors' belief that the majority of such actions, claims and grievances will generally not result in actual litigation.

14.     <u>Insiders</u>.  Each Debtor has included all distributions made over the twelve months preceding the filing to any individual deemed an Insider (defined below) when the Debtor has either made or been charged for such payments.  For purposes of the Schedules and Statements, the Debtors define Insiders as (i) directors, (ii) Section 16(b) officers, (iii) Delphi Strategy Board officers, (iv) the president of each Debtor, (v) the most senior finance and operations officers of each Debtor, and (vi) officers who have received over $300,000.00 in the one-year period preceding the Petition Date.  To the extent that former officers do not qualify as Insiders as defined above, such benefits and payments are not included in the Schedules and Statements.  To the extent that such benefits and payments are provided pursuant to a written agreement, such agreement is included in Schedule G.  Included in the payments are deferred stock units, valued at the cash payout date, vested restricted stock, valued at the vesting date, and unliquidated deferred stock units and unvested restricted stock units, which have not been valued for purposes of the Schedules and Statements.  Amounts categorized as "Other" in Exhibit 3b.2 include payments or imputed income relating to signing bonuses, severance, vehicle allowances, flexible compensation, sickness and accident, amounts relating to the personal use of corporate aircraft, consulting services, recognition and retention awards, relocation costs, life insurance, personal umbrella life insurance and relocation costs and taxes advances for employees on international assignment.

In addition, certain Debtors have made payments to, charged or incurred charges from various affiliated entities during the twelve months preceding the relevant Petition Date.  These transactions have been reflected in the Schedules and Statements as the net change in beginning and ending intercompany trade payables, intercompany notes payable and cross-charge balances (these accounts are more fully described under Intercompany Accounts, above).  To measure the net change, September 30, 2004 was used as the beginning balance for all three types of intercompany accounts.  The relevant Petition Date for each Debtor was used as the ending balance for the intercompany notes payable and intercompany trade payables accounts, while ending cross-charge balances were reflected as of September 30, 2005.

15.     <u>Disputed, Contingent and/or Unliquidated Claims</u>.  Schedules D, E and F permit each of the Debtors to designate a claim as disputed, contingent and/or unliquidated.  A failure to designate a

claim on any of these Schedules as disputed, contingent and/or unliquidated does not constitute an admission that such claim is not subject to objection. The Debtors reserve the right to dispute, or assert offsets or defenses to, any claim reflected on these Schedules as to amount, liability or status.

16.    Divisional Units.  Delphi was incorporated in Delaware in 1998 as a wholly-owned subsidiary of GM.  Prior to January 1, 1999, GM conducted the Debtors' businesses through various divisions and subsidiaries.  Effective January 1, 1999, the assets and liabilities of these divisions and subsidiaries were transferred to Delphi and its subsidiaries and affiliates.  As such, the Debtors' primary business operations continue to be organized into operating divisions, many of which fall within Delphi's primary domestic operating subsidiary, DAS LLC.  A significant number of transactions entered into by the Debtors refer to these operating divisions and the counterparty to these transactions on a creditor's books may indicate one of the Debtors' operating divisions, rather than a legal entity.  Common division names that are included within DAS LLC are Automotive Holdings Group ("AHG"), Delco Electronics ("Delco") (see Corporate Reorganization, below), Delphi Electrical & Safety ("Delphi E&S"), Delphi Energy & Chassis ("Delphi E&C"), Delphi Thermal & Interior Systems ("Delphi T&I"), and Saginaw Steering ("Saginaw" or "Steering").  A common division name that is included within Delphi Diesel Systems Corp. is Delphi Product and Service Solutions ("DPSS").

17.    Corporate Reorganization.  On September 30, 2005, Delco Electronics LLC was merged into DAS LLC.  As such, all information relating to Delco Electronics LLC is included in the Schedules and Statements for DAS LLC.

18.    Delphi Receivables LLC.  Pursuant to a Termination and Assignment Agreement, dated October 7, 2005, between Delphi Receivables LLC, Delphi and DAS LLC, a certain Receivables Sale Agreement (the "Agreement"), dated March 31, 2003, was terminated.  As a result of the termination of the Agreement, certain intercompany loans issued by Delphi Receivables LLC were cancelled in exchange for the assignment of certain accounts receivable and assets to Delphi and DAS LLC.

19.    Consolidated Books and Records.  Certain of the Debtors maintain consolidated books and records.  Specifically, the books and records for Exhaust Systems Corporation, Environmental Catalysts LLC, ASEC Manufacturing General Partnership, and ASEC Sales General Partnership are maintained in this manner.  The financial information for these entities has been consolidated for purposes of the Schedules and Statements and such consolidated financial information has been included in the Schedules and Statements of each of Exhaust Systems Corporation, Environmental Catalysts LLC, ASEC Manufacturing General Partnership, and ASEC Sales General Partnership.

20.    Setoffs.  The Debtors routinely incur setoffs from customers during the ordinary course of business.  Setoffs in the ordinary course can result from various items including, but not limited to, intercompany transactions, pricing discrepancies, returns, warranties, and other disputes between the Debtors and their customers or suppliers.  These normal setoffs are consistent with the ordinary course of business in the Debtors' industries and can be particularly voluminous, making it unduly burdensome and costly for the Debtors to list all such normal setoffs.  Therefore, such normal setoffs are excluded from the Debtors' responses to Question 13 of the Statement of Financial Affairs.

21.    90-Day Payments.  The Debtors have responded to Question 3a of the Statement of Financial Affairs in a summary format by creditor, excluding information regarding the creditor's address and detailed payment information.  Such information is available upon written request to the Debtors' counsel.

22.    <u>Indemnification.</u>  Delphi's Bylaws provide for the mandatory indemnification of (a) executives and managerial employees of Delphi; (b) directors, officers, executives and managerial employees of wholly-owned subsidiaries of Delphi; and (c) directors, officers, executives and managerial employees of entities in which Delphi has less than a 100% ownership interest who are also employees of Delphi or wholly-owned subsidiaries of Delphi.  The Debtors have not reached the determination as to whether certain indemnified persons are ineligible for indemnification under the terms of Delphi's Bylaws and such persons are therefore listed on Schedule F for the appropriate Debtor.  To the extent that the Debtors have entered into a separate agreement with an employee providing for indemnification of such employee, such agreement is listed on Schedule G for the appropriate Debtor.  In addition, all persons receiving payment pursuant to the indemnification provisions of Delphi's Bylaws are required to execute an undertaking acknowledgement as a condition of receiving payment thereunder.  The Debtors have separately listed all such undertaking acknowledgements entered into prior to the Petition Dates on Schedule G for the appropriate Debtors, but reserve all rights with respect thereto including, without limitation, the right to assert that any such acknowledgements may not constitute executory contracts.

23.    <u>Property Held for Others.</u>  In the ordinary course of business and in accordance with industry custom, certain Debtors retain a significant number of molds, tooling, dies, cores, components used for remanufacture and other equipment, which are owned by the Debtors' customers.  In addition, a portion of raw materials and supplies that are located at certain of the Debtors' plants may have been delivered by vendors pursuant to consignment agreements, which generally set forth the terms and conditions under which the raw materials and supplies are to be used and paid for by the Debtors.  Such a Debtor generally agrees to pay its vendors if and when such raw materials are actually used by the Debtor, as determined by periodic reconciliation of such amounts between such vendors and the Debtor.  Finally, in the ordinary course of certain of the Debtors' businesses, such Debtors sell inventory to their customers, may hold deposits or advance payments from their customers, and may hold for rework, certain products that have been returned to such Debtors for nonconformity with applicable specifications or warranties.  These ordinary course items have been excluded from the Debtors' responses to Question 14 of the Statement of Financial Affairs.

# EXHIBIT D

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Angelo, Gordon & Co. | Leigh Walzer | 245 Park Avenue | 26th Floor | New York | NY | 10167 | 212-692-8251 | |
| APS Clearing, Inc. | Andy Leinhoff<br>Matthew Hamilton | 1301 S. Capital of Texas Highway | Suite B-220 | Austin | TX | 78746 | 512-314-4416 | Counsel to APS Clearing, Inc. |
| Bingham McHale LLP | John E Taylor<br>Michael J Alerding | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | 317-635-8900 | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |
| DaimlerChrysler Corporation | Kim Kolb | CIMS 485-13-32 | 1000 Chrysler Drive | Auburn Hills | MI | 48326-2766 | 248-576-5741 | Counsel to DaimlerChrysler Corporation; DaimlerChrylser Motors Company, LLC; DaimlerChrylser Canada, Inc. |
| Eckert Seamans Cherin & Mellott LLC | Michael G. Busenkell | 300 Delaware Avenue | Suite 1360 | Wilmington | DE | 19801 | 302-425-0430 | Counsel to Chicago Miniature Optoelectronic Technologies, Inc. |
| Gratz, Miller & Brueggeman, S.C. | Timothy C. Hall | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | 414-271-4500 | Counsel to International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Jason, Inc. | Beth Klimczak, General Counsel | 411 E. Wisconsin Ave | Suite 2120 | Milwaukee | WI | 53202 | | General Counsel to Jason Incorporated |
| Nix, Patterson & Roach, L.L.P. | Bradley E. Beckworth | 205 Linda Drive | | Daingerfield | TX | 75638 | 903-645-7333 | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Nix, Patterson & Roach, L.L.P. | Jeffrey J. Angelovich | 205 Linda Drive | | Daingerfield | TX | 75638 | 903-645-7333 | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Nix, Patterson & Roach, L.L.P. | Susan Whatley | 205 Linda Drive | | Daingerfield | TX | 75638 | 903-645-7333 | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|-------|------------------|
| Norris, McLaughlin & Marcus | Elizabeth L. Abdelmasieh, Esq | 721 Route 202-206 | P.O. Box 1018 | Somerville | NJ | 08876 | 908-722-0700 | Counsel to Rotor Clip Company, Inc. |
| Paul, Weiss, Rifkind, Wharton & Garrison | Curtis J. Weidler | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | 212-373-3157 | Counsel to Ambrake Corporation; Akebono Corporation |
| Paul, Weiss, Rifkind, Wharton & Garrison | Justin G. Brass | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | 212-373-3000 | Counsel to Merrill Lynch, Pierce, Fenner & Smith, Incorporated |
| Pepper, Hamilton LLP | Linda J. Casey | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | 215-981-4000 | Counsel to SKF USA, Inc. |
| Professional Technologies Services | John V. Gorman | P.O. Box #304 | | Frankenmuth | MI | 48734 | 989-385-3230 | Corporate Secretary for Professional Technologies Services |
| Republic Engineered Products, Inc. | Joseph Lapinsky | 3770 Embassy Parkway | | Akron | OH | 44333 | 330-670-3004 | Counsel to Republic Engineered Products, Inc. |
| Ropers, Majeski, Kohn & Bentley | Christopher Norgaard | 515 South Flower Street | Suite 1100 | Los Angeles | CA | 90071 | 213-312-2000 | Counsel to Brembo S.p.A; Bibielle S.p.A.; AP Racing |
| Ropes & Gray LLP | Gregory O. Kaden | One International Place | | Boston | MA | 02110-2624 | 617-951-7000 | Attorneys for D-J, Inc. |
| Sachnoff & Weaver, Ltd | Charles S. Schulman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | 312-207-1000 | Counsel to Infineon Technologies North America Corporation |
| Schafer and Weiner PLLC | Max Newman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | 248-540-3340 | Counsel to Dott Industries, Inc. |
| Shipman & Goodwin LLP | Jennifer L. Adamy | One Constitution Plaza | | Hartford | CT | 06103-1919 | 860-251-5811 | Counsel to Fortune Plastics Company of Illinois, Inc.; Universal Metal Hose Co., |
| Sony Electronics Inc. | Lloyd B. Sarakin - Chief Counsel, Finance and Credit | 1 Sony Drive | MD #1 E-4 | Park Ridge | NJ | 07656 | 201-930-7483 | Counsel to Sony Electronics, Inc. |
| Squire, Sanders & Dempsey L.L.P. | Eric Marcks | One Maritime Plaza | Suite 300 | San Francisco | CA | 94111-3492 | | Counsel to Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| Steinberg Shapiro & Clark | Mark H. Shapiro | 24901 Northwestern Highway | Suite 611 | Southfield | MI | 48075 | 248-352-4700 | Counsel to Bing Metals Group, Inc.; Gentral Transport International, Inc.; Crown Enerprises, Inc.; Economy Transport, Inc.; Logistics Insight Corp (LINC); Universal Am-Can, Ltd.; Universal Truckload Services, Inc. |
| Thaler & Gertler LLP | Andrew M. Thaler Esq | 90 Merrick Ave Ste 400 | | East Meadow | NY | 11554 | 516-228-3533 | Co-Counsel for David Gargis, Jimmy Mueller, and D. Keith Livingston |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Thelen Reid Brown Raysman & Steiner LLP | David A. Lowenthal | 875 Third Avenue | | New York | NY | 10022 | 212-603-2000 | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation and Oki Semiconductor Company |
| Togut, Segal & Segal LLP | Albert Togut, Esq. | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | Conflicts counsel to Debtors |
| Vorys, Sater, Seymour and Pease LLP | Robert J. Sidman, Esq. | 52 East Gay Street | P.O. Box 1008 | Columbus | OH | 43216-1008 | 614-464-6422 | |
| Warner Stevens, L.L.P. | Michael D. Warner | 301 Commerce Street | Suite 1700 | Fort Worth | TX | 76102 | 817-810-5250 | Counsel to Electronic Data Systems Corp. and EDS Information Services, L.L.C. |
| Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP | Lei Lei Wang Ekvall | 650 Town Center Drive | Suite 950 | Costa Mesa | CA | 92626 | 714-966-1000 | Counsel to Toshiba America Electronic Components, Inc. |
| WL Ross & Co., LLC | Stephen Toy | 1166 Avenue of the Americas | | New York | NY | 10036-2708 | 212-826-1100 | Counsel to WL. Ross & Co., LLC |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

11/12/2008 7:57 PM
US Mail (31)