UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, ET AL., | Case No. 05-44481-RDD |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------x

## CERTIFICATE OF SERVICE

Julie D. Dyas, being duly sworn, deposes and says:

I am not a party to the action. I am over the age of eighteen years and reside in New York, New York.

On November 14, 2008, I served a copy of the document listed below by causing true and correct copies of the same to be sent by regular mail, postage pre-paid to the persons listed on Exhibit A hereto:

> OBJECTION OF ARC AUTOMOTIVE, INC. TO DEBTORS'
> NOTICE OF CURE AMOUNT WITH RESPECT TO
> EXECUTORY CONTRACT TO BE ASSUMED OR ASSUMED
> AND ASSIGNED UNDER PLAN OF REORGANIZATION.

_/s/ Julie D. Dyas_
Julie D. Dyas

Sworn to before me this 17th
day of November, 2008.

_/s/ Carrie E. Mitchell_
NOTARY PUBLIC
Carrie E. Mitchell
Notary Public, State of New York
No. 02MI6136082
Qualified in New York County
Commission Expires October 31, 2009

{00071671.1 \ 0153-001}

# Exhibit A

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel

Skadden, Arps, Slate, Meagher & Flom LLP
333 Wacker Drive, Suite 2100
Chicago, IL 60606
Attn: John K. Lyons & Ron E. Meister

Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017
Attn: Donald Bernstein & Brian Resnick

Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Attn: Robert J. Rosenberg & Mark A. Broude

Fried, Frank, Harris, Shriver & Jacobson, LLP
One New York Plaza
New York, NY 10004
Attn: Bonnie Steingart

A-D Acquisition Holdings, LLC
c/o Appaloosa Management L.P.,
White & Case LLP., Wachovia Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Attn: Thomas E. Laurin

White & Case, LLP
1155 Avenue of the Americas
New York, NY 10036
Attn: Glenn M. Kurtz & Gregory Pryor

Harbinger Del-Auto Investment Company, Ltd.,
White & Case LLP, Wachovia Financial Center
200 Biscayne Boulevard, Suite 4900
Miami, FL 33131
Attn: Thomas E. Lauria

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
Attn: John M. Reiss & Gregory Pryor

Office of the United States Trustee
33 Whitehall Street
Suite 2100
New York, NY 10004
Attn: Alicia M. Leonhard

{00071671.1 \ 0153-001}    2