**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO. 05-44481** |
| **DELPHI CORPORATION, ET AL** | : | |
| | : | |
| | : | **CHAPTER 11** |
| **Debtors** | : | |
| | : | |

## APPEARANCE

NOW COMES Michael J. Pendell of Hinckley, Allen & Snyder LLP and hereby enters

his Appearance for and on behalf of Barnes Group Inc., creditor and party in interest in the

above-captioned case.

Dated: November 10, 2008

BARNES GROUP INC.

By: _____
    Michael J. Pendell
    Fed. Bar. No. MP2008
    Hinckley, Allen & Snyder LLP
    185 Asylum Street, CityPlace I, 35th Floor
    Hartford, CT 06103-3488
    T: (860)725-6200
    F: (860) 278-3802
    e-mail: mpendell@haslaw.com

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

**SOUTHERN**               **DISTRICT OF**               **NEW YORK**

## CERTIFICATE OF
## GOOD STANDING

*I,* J. Michael McMahon, *Clerk of this Court, certify that*

MICHAEL  JON  PENDELL , *Bar#*    MP2008    ,

*was duly admitted to practice in this Court on*

NOVEMBER 10, 2008 *, and is in good standing*
DATE

*as a member of the Bar of this Court.*

*Dated at*   White Plains, New York   *on*   11/10/2008   .
LOCATION

*J. Michael McMahon*
J. Michael McMahon CLERK
CLERK OF COURT

SYMIA JAMES
DEPUTY CLERK