IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                :

In re                          :    Chapter 11
                                                  :

DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
                                                  :

                       Debtors.    :    (Jointly Administered)
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On November 14, 2008, I caused to be served the document listed below (i) upon the parties listed on Exhibit A hereto via overnight delivery; (ii) upon the parties listed on Exhibit B via email notification and (ii) upon the parties listed on Exhibit C hereto via postage pre-paid U.S. mail:

    1)    Debtors' Thirty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Regarding (A) Asserted Amount Claims, (B) Claims Subject To Modification, And (C) Claims To Be Expunged ("Thirty-Second Omnibus Claims Objection") (Docket No. 14442) [a copy of which is attached hereto as Exhibit D]

On November 14, 2008, I caused to be served the documents listed below upon the parties listed on Exhibit E hereto via postage pre-paid U.S. mail:

    2)    Debtors' Thirty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Regarding (A) Asserted Amount Claims, (B) Claims Subject To Modification, And (C) Claims To Be Expunged ("Thirty-Second Omnibus Claims Objection") (without exhibits) (Docket No. 14442) [a copy of which is attached hereto as Exhibit D]

    3)    Personalized Notice of Objection to Claim (the "Personalized Notice") [a copy of the form of which is attached hereto as Exhibit F]. Each party's Personalized Notice was sent to the name and address listed in columns 1 and 2 of Exhibit E attached hereto.  In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 8 of Exhibit E attached hereto.  The chart contained in the form of the Personalized Notice which is attached hereto as Exhibit F has been

marked so as to demonstrate the manner in which the information listed in columns 3 through 8 of Exhibit E attached hereto was incorporated into each Personalized Notice.

4)    Order Pursuant to 11 U.S.C. Section 502(b) and Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, and 9014 Establishing (I) Dates for Hearings Regarding Objections to Claims and (II) Certain Notices and Procedures Governing Objections to Claims ("Claim Objection Procedures Order") (Docket No. 6089) [a copy of which is attached hereto as Exhibit G]

On November 14, 2008, I caused to be served the documents listed below upon the parties listed on Exhibit H hereto via postage pre-paid U.S. mail:

5)    Debtors' Thirty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Regarding (A) Asserted Amount Claims, (B) Claims Subject To Modification, And (C) Claims To Be Expunged ("Thirty-Second Omnibus Claims Objection") (without exhibits) (Docket No. 14442) [a copy of which is attached hereto as Exhibit D]

6)    Personalized Notice of Objection to Claim (the "Personalized Notice") [a copy of the form of which is attached hereto as Exhibit I]. Each party's Personalized Notice was sent to the name and address listed in columns 1 and 2 of Exhibit H attached hereto. In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 9 of Exhibit H attached hereto. The chart contained in the form of the Personalized Notice which is attached hereto as Exhibit I has been marked so as to demonstrate the manner in which the information listed in columns 3 through 9 of Exhibit H attached hereto was incorporated into each Personalized Notice.

7)    Order Pursuant to 11 U.S.C. Section 502(b) and Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, and 9014 Establishing (I) Dates for Hearings Regarding Objections to Claims and (II) Certain Notices and Procedures Governing Objections to Claims ("Claim Objection Procedures Order") (Docket No. 6089) [a copy of which is attached hereto as Exhibit G]

Dated: November 17, 2008

_/s/ Evan Gershbein_
Evan Gershbein

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 17th day of November, 2008, by Evan Gershbein, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _/s/ Shannon J. Spencer_

Commission Expires: _6/20/10_

# EXHIBIT A

Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-2094801 | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | 2126971559 | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | 212-450-3092 212-450-3213 | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2491 | Debtors |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | 303-652-4716 | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | Creditor Committee Member |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | 212-841-9350 | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | 866-585-2386 | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | Counsel to Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 1540 Broadway | 24th Fl | New York | NY | 10036 | 212-751-4300 | 212-751-0928 | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | Counsel to General Motors Corporation |
| Internal Revenue Service | Attn: Insolvency Department | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 | 313-628-3648 | 313-628-3602 | Michigan IRS |
| Internal Revenue Service | Attn: Insolvency Department, Maria Valerio | 290 Broadway | 5th Floor | New York | NY | 10007 | 212-436-1038 | 212-436-1931 | IRS |
| IUE-CWA | Conference Board Chairman | 2360 W. Dorothy Lane | Suite 201 | Dayton | OH | 45439 | 937-294-7813 | 937-294-9164 | Creditor Committee Member |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | 212-270-0430 | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | 310-823-9133 | Noticing and Claims Agent |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 3

11/17/2008 3:24 PM
Master Service List 080911 Overnight

Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | Counsel to Official Committee of Unsecured Creditors |
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | Indenture Trustee |
| McDermott Will & Emery LLP | David D. Cleary | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Mohsin N. Khambati | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Peter A. Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | Counsel to Recticel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | 212-682-5015 | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | 213-629-5063 | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | 9175223103 | Counsel to Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Israel Goldowitz | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | Chief Counsel to the Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Karen L. Morris, John Menke, Ralph L. Landy, Beth A. Bangert | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | Counsel to Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | Counsel to Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | 212-218-5500 | 212-218-5526 | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | 212-848-7179 | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | Counsel to the Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198505 | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | Conflicts Counsel to the Debtors |
| Tyco Electronics Corporation | MaryAnn Brereton, Assistant General Counsel | 60 Columbia Road | | Morristown | NJ | 07960 | 973-656-8365 | 973-656-8805 | Creditor Committee Member |
| United States Trustee | Brian Masumoto | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | 212-668-2255 does not take service via fax | Counsel to United States Trustee |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | 817-810-5255 | Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | 212-310-8077 | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | Creditor Committee Member/Indenture Trustee |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)                                    Page 3 of 3

11/17/2008 3:24 PM
Master Service List 080911 Overnight

# EXHIBIT B

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | rstark@brownrudnick.com | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | bsimon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | sreisman@cm-p.com | Counsel to Flextronics International, Inc.; Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | donald.bernstein@dpw.com brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | cschiff@flextronics.com | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | paul.anderson@flextronics.com | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | trey.chambers@freescale.com | Creditor Committee Member |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | rodbuje@ffhsj.com sliviri@ffhsj.com | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | valerie.venable@ge.com | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | lhassel@groom.com | Counsel to Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 1540 Broadway | 24th Fl | New York | NY | 10036 | 212-751-4300 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | susan.atkins@jpmorgan.com | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | sbetance@kccllc.com | Noticing and Claims Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | daniel.fisher@lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | patrick.healy@lawdeb.com | Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 3

11/17/2008 3:24 PM
Master Service List 080911 Email

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | jdejonker@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Peter A. Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | pclark@mwe.com | Counsel to Recticel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | conh@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | bmctigue@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | lszlezinger@mesirowfinancial.com | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | gbray@milbank.com tkreller@milbank.com jtill@milbank.com | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | jmoldovan@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | william.dornbos@oag.state.ny.us | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Karen L. Morris, John Menke, Ralph L. Landy, Beth A. Bangert | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | landy.ralph@pbgc.gov morris.karen@pbgc.gov menke.john@pbfgc.gov bangert.beth@pbgc.gov efile@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | 212-218-5500 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | ddoyle@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

11/17/2008 3:24 PM
Master Service List 080911 Email

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | nfranke@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | cp@stevenslee.com cs@stevenslee.com | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | mwarner@warnerstevens.com | Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | harvey.miller@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | jeff.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

11/17/2008 3:24 PM
Master Service List 080911 Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Adalberto Cañadas Castillo | | Avda Ramon de Carranza | 10-1° | Cadiz | | 11006 | Spain | 34 956 226 311 | adalberto@canadas.com | Representative to DASE |
| Adler Pollock & Sheehan PC | Joseph Avanzato | One Citizens Plz 8th Fl | | Providence | RI | 02903 | | 401-274-7200 | javanzato@apslaw.com | Attorneys for Fry's Metals Inc. and Specialty Coatings Systems Eft |
| Airgas, Inc. | David Boyle | 259 Radnor-Chester Road, Suite 100 | P.O. Box 6675 | Radnor | PA | 19087-8675 | | 610-902-6028 | david.boyle@airgas.com | Counsel to Airgas, Inc. |
| Akebono Brake Corporaton | Brandon J. Kessinger | 310 Ring Road | | Elizabethtown | KY | 42701 | | 270-234-5580 | bkessinger@akebono-usa.com | Representative for Akebono Corporation |
| Akin Gump Strauss Hauer & Feld, LLP | David M Dunn | 1333 New Hampshire Ave NW | | Washington | DC | 20036 | | 202-887-4000 | ddunn@akingump.com | Counsel to TAI Unsecured Creditors Liquidating Trust |
| Akin Gump Strauss Hauer & Feld, LLP | Ira S Dizengoff | 590 Madison Ave | | New York | NY | 10022-2524 | | 212-872-1000 | idizengoff@akingump.com | Counsel to TAI Unsecured Creditors Liquidating Trust |
| Akin Gump Strauss Hauer & Feld, LLP | Peter J. Gurfein | 2029 Centure Park East | Suite 2400 | Los Angeles | CA | 90067 | | 310-552-6696 | pgurfein@akingump.com | Counsel to Wamco, Inc. |
| Allen Matkins Leck Gamble & Mallory LLP | Michael S. Greger | 1900 Main Street | Fifth Floor | Irvine | CA | 92614-7321 | | 949-553-1313 | mgreger@allenmatkins.com | Counsel to Kilroy Realty, L.P. |
| Alston & Bird, LLP | Craig E. Freeman | 90 Park Avenue | | New York | NY | 10016 | | 212-210-9400 | craig.freeman@alston.com | Counsel to Cadence Innovation, LLC |
| Alston & Bird, LLP | Dennis J. Connolly; David A. Wender | 1201 West Peachtree Street | | Atlanta | GA | 30309 | | 404-881-7269 | dconnolly@alston.com dwender@alston.com | Counsel to Cadence Innovation, LLC, PD George Co, Furukawa Electric Company, Ltd., and Furukawa Electric North America APD, Inc. |
| American Axle & Manufacturing, Inc. | Steven R. Keyes | One Dauch Drive, Mail Code 6E-2-42 | | Detroit | MI | 48243 | | 313-758-4868 | steven.keyes@aam.com | Representative for American Axle & Manufacturing, Inc. |
| Andrews Kurth LLP | Gogi Malik | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | gogimalik@andrewskurth.com | Counsel to ITW Mortgage Investments IV, Inc. |
| Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP | Mark T. Flewelling | 199 South Los Robles Avenue | Suite 600 | Pasadena | CA | 91101-2459 | | 626-535-1900 | mtf@afrct.com | Counsel to Stanley Electric Sales of America, Inc. |
| Anthony Ostlund & Baer PA | John B Orenstein | 3600 Wells Fargo Ctr | 90 S 7th St | Minneapolis | MN | 55402 | | 612-349-6969 | jorenstein@aoblaw.com | Attorneys for Whitebox Hedged High Yield Partners, LP |
| Arent Fox PLLC | Mitchell D. Cohen | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | Cohen.Mitchell@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arent Fox PLLC | Robert M. Hirsh | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | Hirsh.Robert@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arnall Golden Gregory LLP | Darryl S. Laddin | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | | 404-873-8120 | dladdin@agg.com | Counsel to Daishinku (America) Corp. d/b/a KDS America ("Daishinku") Corp. d/b/a KDS America ("Daishinku"), SBC Telecommunications, Inc. (SBC) |
| Arnold & Porter LLP | Joel M. Gross | 555 Twelfth Street, N.W. | | Washington | D.C. | 20004-1206 | | 202-942-5000 | joel_gross@aporter.com | Counsel to CSX Transportation, Inc. |
| ATS Automation Tooling Systems Inc. | Carl Galloway | 250 Royal Oak Road | | Cambridge | Ontario | N3H 4R6 | Canada | 519-653-4483 | cgalloway@atsautomation.com | |
| Balch & Bingham LLP | Eric T. Ray | PO Box 306 | | Birmingham | AL | 35201 | | 205-251-8100 | eray@balch.com | Attorney for Alabama Power Company |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | Kimberly J. Robinson | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | kim.robinson@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | William J. Barrett | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | william.barrett@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 22

11/17/2008 3:25 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Barnes & Thornburg LLP | Alan K. Mills | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | alan.mills@btlaw.com | Counsel to Mays Chemical Company |
| Barnes & Thornburg LLP | John T. Gregg | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3930 | john.gregg@btlaw.com | Counsel to Priority Health; Clarion Corporation of America |
| Barnes & Thornburg LLP | Mark R. Owens | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | mark.owens@btlaw.com | Counsel to Clarion Corporation of America |
| Barnes & Thornburg LLP | Michael K. McCrory | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | michael.mccrory@btlaw.com | Counsel to Gibbs Die Casting Corporation; Clarion Corporation of America |
| Barnes & Thornburg LLP | Patrick E. Mears | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3936 | pmears@btlaw.com | Counsel to Armada Rubber Manufacturing Company, Bank of America Leasing & Leasing & Capital, LLC, & AutoCam Corporation |
| Barnes & Thornburg LLP | Wendy D. Brewer | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | wendy.brewer@btlaw.com | Counsel to Gibbs Die Casting Corporation |
| Bartlett Hackett Feinberg P.C. | Frank F. McGinn | 155 Federal Street | 9th Floor | Boston | MA | 02110 | | 617-422-0200 | ffm@bostonbusinesslaw.com | Counsel to Iron Mountain Information Management, Inc. |
| Beeman Law Office | Thomas M Beeman | 33 West 10th Street | Suite 200 | Anderson | IN | 46016 | | 765-640-1330 | tom@beemanlawoffice.com | Counsel to Madison County (Indiana) Treasurer |
| Bernstein Litowitz Berger & Grossman | Hannah E. Greenwald | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1411 | hannah@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | John P. Coffey | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1409 | sean@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | Wallace A. Showman | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1429 | wallace@blbglaw.com | Counsel to SANLUIS Rassini International, Inc.; Rassini, S.A. de C.V. |
| Berry Moorman P.C. | James P. Murphy | 535 Griswold | Suite 1900 | Detroit | MI | 48226 | | 313-496-1200 | murph@berrymoorman.com | Counsel to Kamax L.P.; Optrex America, Inc.; GKN Sinter Metals, Inc. |
| Bialson, Bergen & Schwab | Kenneth T. Law, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | klaw@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.. |
| Bialson, Bergen & Schwab | Lawrence M. Schwab, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | lschwab@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.; Solectron Corporation; Solectron De Mexico SA de CV; Solectron Invotronics; Coherent, Inc.; Veritas Software Corporation |
| Bialson, Bergen & Schwab | Patrick M. Costello, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | pcostello@bbslaw.com | Solectron Corporation; Solectron de Mexico SA de CV; Solectron Invotronics and Coherent, Inc. |
| Bialson, Bergen & Schwab | Thomas M. Gaa | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | tgaa@bbslaw.com | Counsel to Veritas Software Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 22

11/17/2008 3:25 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Bingham McHale LLP | Whitney L Mosby | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-635-8900 | wmosby@binghammchale.com | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |
| Blank Rome LLP | Marc E. Richards | The Chrylser Building | 405 Lexington Avenue | New York | NY | 10174 | | 212-885-5000 | mrichards@blankrome.com | Counsel to Freudenberg-NOK; General Partnership; Freudenberg-NOK, Inc.; Flextech, Inc.; Vibracoustic de Mexico, S.A. de C.V.; Lear Corporation; American Axle & Manufacturing, Inc. |
| Bodman LLP | Ralph E. McDowell | 100 Renaissance Center | 34th Floor | Detroit | MI | 48243 | | 313-393-7592 | rmcdowell@bodmanllp.com | Counsel to DENSO International America, Inc. |
| Bond, Schoeneck & King, PLLC | Camille W. Hill | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | chill@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp. |
| Bond, Schoeneck & King, PLLC | Charles J. Sullivan | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | csullivan@bsk.com | Counsel to Diemolding Corporation |
| Bond, Schoeneck & King, PLLC | Stephen A. Donato | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | sdonato@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp; Diemolding Corporation |
| Bose McKinney & Evans LLP | Michael A Trentadue Carina M de la Torre | 111 Monument Circle Ste 2700 | | Indianapolis | IN | 46204 | | 317-684-5000 | mtrentadue@boselaw.com cdelatorre@boselaw.com | Counsel to Decatur Plastics Products, Inc. and Eikenberry & Associates, Inc.; Lorentson Manufacturing, Company, Inc.; Lorentson Manufacturing Compnay Southwest, Inc.; Lorentson Tooling, Inc.; L & S Tools, Inc. |
| Boult, Cummings, Conners & Berry, PLC | Austin L. McMullen | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | amcmullen@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Boult, Cummings, Conners & Berry, PLC | Roger G. Jones | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | rjones@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Brembo S.p.A. | Massimilliano Cini | Administration Department via Brembo 25 | 24035 Curno BG | Bergamo | | | Italy | 00039-035-605-529 | massimiliano_cini@brembo.it | Creditor |
| Brown & Connery, LLP | Donald K. Ludman | 6 North Broad Street | | Woodbury | NJ | 08096 | | 856-812-8900 | dludman@brownconnery.com | Counsel to SAP America, Inc. |
| Buchalter Nemer, A Profesional Corporation | Shawn M. Christianson | 333 Market Street | 25th Floor | San Francisco | CA | 94105-2126 | | 415-227-0900 | schristianson@buchalter.com | Counsel to Oracle USA, Inc.; Oracle Credit Corporation |
| Buchanan Ingersoll & Rooney | Mary Caloway | The Brandywine Building | 1000 West Street, Suite 1410 | Wilmington | DE | 19801 | | 302-552-4200 | mary.caloway@bipc.com | Counsel to Fiduciary Counselors |
| Buchanan Ingersoll & Rooney | William H. Schorling, Esq. | 1835 Market St. 14th Floor | | Philadelphia | PA | 19103 | | 215-665-5326 | william.schorling@bipc.com | Counsel to Fiduciary Counselors |
| Burr & Forman LLP | Michael Leo Hall | 420 North Twentieth Street | Suite 3100 | Birmingham | AL | 35203 | | (205) 458-5367 | mhall@burr.com | Counsel to Mercedes-Benz U.S. International, Inc. |
| Cadwalader Wickersham & Taft LLP | Jeannine D'Amico | 1201 F St NW Ste 1100 | | Washington | DC | 20004 | | 202-862-2452 | jeannine.damico@cwt.com | Attorneys for the Audit Committee of Delphi Corporation |
| Cahill Gordon & Reindel LLP | Jonathan Greenberg | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | jonathan.greenberg@BASF.COM | Counsel to Engelhard Corporation |
| Cahill Gordon & Reindel LLP | Robert Usadi | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | rusadi@cahill.com | Counsel to Engelhard Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 22

11/17/2008 3:25 PM
Email (400)

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Calfee, Halter & Griswold LLC | Jean R. Robertson, Esq. | 1400 McDonald Investment Ctr | 800 Superior Ave | Cleveland | OH | 44114 | | 216-622-8404 | jrobertson@calfee.com | Counsel to Brush Engineered materials |
| Calinoff & Katz, LLp | Dorothy H. Marinis-Riggio Robert Calinoff | 140 East 45th Street | 17th Floor | New York | NY | 10017 | | 212-826-8800 | dhriggio@gmail.com rcalinoff@candklaw.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, I |
| Carson Fischer, P.L.C. | Robert A. Weisberg | 300 East Maple Road | Third Floor | Birmingham | MI | 48009-6317 | | 248-644-4840 | rweisberg@carsonfischer.com | Counsel to Cascade Die Casting Group, Inc. |
| Carter Ledyard & Milburn LLP | Aaron R. Cahn | 2 Wall Street | | New York | NY | 10005 | | 212-732-3200 | cahn@clm.com | Counsel to STMicroelectronics, Inc. |
| Chadbourne & Parke LLP | Douglas Deutsch, Esq. | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-408-5100 | ddeutsch@chadbourne.com | Counsel to EagleRock Capital Management, LLC |
| Clark Hill PLC | Joel D. Applebaum | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | japplebaum@clarkhill.com | Counsel to 1st  Choice Heating & Cooling, Inc.; BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLC | Shannon Deeby | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | sdeeby@clarkhill.com | Counsel to BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLLC | Robert D. Gordon | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8572 | rgordon@clarkhill.com | Counsel to ATS Automation Tooling Systems Inc. |
| Cleary Gottlieb Steen & Hamilton LLP | Deborah M. Buell | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | maofiling@cgsh.com | Counsel to Arneses Electricos Automotrices, S.A.de C.V.; Cordaflex, S.A. de C.V. |
| Cleary, Gottlieb, Steen & Hamilton LLP | James L. Bromley | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | maofiling@cgsh.com | Counsel to Bear, Stearns, Co. Inc.; Citigroup, Inc.; Credit Suisse First Boston; Deutsche Bank Securities, Inc.; Goldman Sachs Group, Inc.; JP Morgan Chase & Co.; Lehman Brothers, Inc.; Merrill Lynch & Co.; Morgan Stanley & Co., Inc.; UBS Securities, LLC |
| Cohen & Grigsby, P.C. | Thomas D. Maxson | 11 Stanwix Street | 15th Floor | Pittsburgh | PA | 15222-1319 | | 412-297-4706 | tmaxson@cohenlaw.com | Counsel to Nova Chemicals, Inc. |
| Cohen, Weiss & Simon LLP | Joseph J. Vitale Babette Ceccotti | 330 West 42nd Street | | New York | NY | 10036 | | 212-356-0238 | jvitale@cwsny.com bceccotti@cwsny.com | Counsel to International Union, United Automobile, Areospace and Agriculture Implement Works of America (UAW) |
| Cohn Birnbaum & Shea P.C. | Scott D. Rosen, Esq. | 100 Pearl Street, 12th Floor | | Hartford | CT | 06103 | | 860-493-2200 | srosen@cb-shea.com | Counsel to Floyd Manufacturing Co., Inc. |
| Conlin, McKenney & Philbrick, P.C. | Bruce N. Elliott | 350 South Main Street | Suite 400 | Ann Arbor | MI | 48104 | | 734-971-9000 | Elliott@cmplaw.com | Counsel to Brazeway, Inc. |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C. Wisler, Esq. | 1007 N. Orange Street | P.O. Box 2207 | Wilmington | DE | 19899 | | 302-658-9141 | jwisler@cblh.com | Counsel to ORIX Warren, LLC |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 4 of 22

11/17/2008 3:25 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-------|------------------|
| Contrarian Capital Management, L.L.C. | Mark Lee, Janice Stanton, Bill Raine, Seth Lax | 411 West Putnam Avenue | Suite 225 | Greenwich | CT | 06830 | | 203-862-8200 (230) 862-8231 | mlee@contrariancapital.com jstanton@contrariancapital.com wraine@contrariancapital.com solax@contrariancapital.com | Counsel to Contrarian Capital Management, L.L.C. |
| Coolidge Wall Co. LPA | Ronald S. Pretekin | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | Pretekin@coollaw.com | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany; Attorneys for Columbia Industrial |
| Covington & Burling | Susan Power Johnston Aaron R. Marcu | 620 Eighth Ave | | New York | NY | 10018 | | 212-841-1005 | sjohnston@cov.com | Special Counsel to the Debtor |
| Cox, Hodgman & Giarmarco, P.C. | Sean M. Walsh, Esq. | Tenth Floor Columbia Center | 101 W. Big Beaver Road | Troy | MI | 48084-5280 | | 248-457-7000 | swalsh@chglaw.com | Counsel to Nisshinbo Automotive Corporation |
| Curtin & Heefner, LLP | Daniel P. Mazo | 250 N. Pennslyvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | dpm@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Curtin & Heefner, LLP | Robert  Szwajkos | 250 N. Pennslyvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | rsz@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Cindi Eilbott | 101 Park Avenue | | New York | NY | 10178-0061 | | 212-696-6936 | ceilbott@curtis.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Damon & Morey LLP | William F. Savino | 1000 Cathedral Place | 298 Main Street | Buffalo | NY | 14202-4096 | | 716-856-5500 | wsavino@damonmorey.com | Counsel to Relco, Inc.; The Durham Companies, Inc. |
| David P. Martin | | 519 Energy Center Blvd | Ste 1104 | Northport | AL | 35401 | | 205-343-1771 | davidpmartin@erisacase.com davidpmartin@bellsouth.net | Co-Counsel for David Gargis, Jimmy Mueller, and D. Keith Livingston |
| Day Pitney LLP | Richard M. Meth | P.O. Box 1945 | | Morristown | NJ | 07962-1945 | | 973-966-6300 | rmeth@daypitney.com | Counsel to Marshall E. Campbell Company |
| Day Pitney LLP | Ronald S. Beacher Conrad K. Chiu | 7 Times Square | | New York | NY | 10036 | | 212-297-5800 | rbeacher@daypitney.com cchiu@daypitney.com | Counsel to IBJTC Business Credit Corporation, as successor to IBJ Whitehall Business Credit Corporation |
| Denso International America, Inc. | Carol Sowa | 24777 Denso Drive | | Southfield | MI | 48086 | | 248-372-8531 | carol_sowa@denso-diam.com | Counsel to Denso International America, Inc. |
| DiConza Law, P.C. | Gerard DiConza, Esq. | 630 Third Avenue, 7th Floor | | New York | NY | 10017 | | 212-682-4940 | gdiconza@dlawpc.com | Counsel to Tyz-All Plastics, Inc.; Co-Counsel to Tower Automotive, Inc. |
| Dinsmore & Shohl LLP | John Persiani | 1900 Chemed Center | 255 East Fifth Street | Cincinnati | OH | 45202 | | 513-977-8200 | john.persiani@dinslaw.com | Counsel to The Procter & Gamble Company |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| DLA Piper Rudnick Gray Cary US LLP | Richard M. Kremen Maria Ellena Chavez-Ruark | The Marbury Building | 6225 Smith Avenue | Baltimore | Maryland | 21209-3600 | | 410-580-3000 | richard.kremen@dlapiper.com | Counsel to Constellation NewEnergy, Inc. & Constellation NewEnergy - Gas Division, LLC |
| Dreier LLP | Maura I. Russell Wendy G. Marcari | 499 Park Ave | 14th Fl | New York | NY | 10022 | | 212-328-6100 | jguerrier@dreierllp.com | Counsel to SPCP Group LLC |
| Drinker Biddle & Reath LLP | Andrew C. Kassner | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | andrew.kassner@dbr.com | Counsel to Penske Truck Leasing Co., L.P. |
| Drinker Biddle & Reath LLP | David B. Aaronson | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | david.aaronson@dbr.com | Counsel to Penske Truck Leasing Co., L.P. and Quaker Chemical Corporation |
| Drinker Biddle & Reath LLP | Janice B. Grubin | 140 Broadway 39th Fl | | New York | NY | 10005-1116 | | 212-248-3140 | janice.grubin@dbr.com | Counsel to Vanguard Distributors, Inc. |
| Duane Morris LLP | Joseph H. Lemkin | 744 Broad Street | Suite 1200 | Newark | NJ | 07102 | | 973-424-2000 | jhlemkin@duanemorris.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC; and Hosiden America Corporation |
| Duane Morris LLP | Margery N. Reed, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | dmdelphi@duanemorris.com | Counsel to ACE American Insurance Company |
| Duane Morris LLP | Wendy M. Simkulak, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | wmsimkulak@duanemorris.com | Counsel to ACE American Insurance Company |
| Dykema Gossett PLLC | Douglas S Parker | 39577 Woodward Ave | Suite 300 | Bloomfield Hills | MI | 48304 | | 248-203-0703 | dparker@dykema.com | Counsel for Federal Screw |
| Dykema Gossett PLLC | Morgan Smith | 10 South Wacker Dr | Suite 2300 | Chicago | IL | 60606 | | 312-627-5679 | mmsmith@dykema.com | Attorneys for Tremont City Barrel Fill PRP Group |
| Dykema Gossett PLLC | Sharon A. Salinas | 10 South Wacker Dr | Suite 2300 | Chicago | IL | 60606 | | 312-627-2199 | ssalinas@dykema.com | Counsel to Tremont City Barrel Fill PRP Group |
| Electronic Data Systems Corporation | Ayala Hassell | 5400 Legacy Dr. | Mail Stop H3-3A-05 | Plano | TX | 75024 | | 212-715-9100 | ayala.hassell@eds.com | Representative for Electronic Data Systems Corporation |
| Entergy Services, Inc. | Alan H. Katz | 639 Loyola Ave 26th Fl | | New Orleans | LA | 70113 | | | akatz@entergy.com | Assistant General Counsel to Entergy Services, Inc |
| Ettelman & Hochheiser, P.C. | Gary Ettelman | c/o Premium Cadillac | 77 Main Street | New Rochelle | NY | 10801 | | 516-227-6300 | gettelman@e-hlaw.com | Counsel to Jon Ballin |
| Farrell Fritz PC | Louis A. Scarcella Patrick T. Collins | 1320 RexCorp Plaza | | Uniondale | NY | 11556-1320 | | 516-227-0700 | lscarcella@farrellfritz.com pcollins@farrellfritz.com | Counsel to Official Committee of Equity Holders |
| Filardi Law Offices LLC | Charles J. Filardi, Jr., Esq. | 65 Trumbull Street | Second Floor | New Haven | CT | 06510 | | 203-562-8588 | charles@filardi-law.com | Counsel to Federal Express Corporation |
| Finkel Goldstein Rosenbloom & Nash LLP | Ted J. Donovan | 26 Broadway | Suite 711 | New York | NY | 10004 | | 212-344-2929 | tdonovan@finkgold.com | Counsel to Pillarhouse (U.S.A.) Inc. |
| Foley & Lardner LLP | David G Dragich | 500 Woodward Ave Suite 2700 | | Detroit | MI | 48226-3489 | | 313-234-7100 | ddragich@foley.com | Counsel to Intermet Corporation |
| Foley & Lardner LLP | Jill L. Murch | 321 North Clark Street | Suite 2800 | Chicago | IL | 60610-4764 | | 312-832-4500 | jmurch@foley.com | Counsel to Kuss Corporation |
| Foley & Lardner LLP | John A. Simon | One Detroit Center | 500 Woodward Ave Suite 2700 | Detroit | MI | 48226-3489 | | 313-234-7100 | jsimon@foley.com | Counsel to Ernst & Young LLP |
| Foley & Lardner LLP | Michael P. Richman | 90 Park Avenue | 37th Floor | New York | NY | 10016-1314 | | 212-682-7474 | mrichman@foley.com | Counsel to Ernst & Young LLP |
| Fox Rothschild LLP | Fred Stevens | 13 East 37th Street | Suite 800 | New York | NY | 10016 | | 212-682-7575 | fstevens@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Fox Rothschild LLP | Michael J. Viscount, Jr. | 1301 Atlantic Avenue | Suite 400 | Atlantic City | NJ | 08401-7212 | | 609-348-4515 | mviscount@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 6 of 22

11/17/2008 3:25 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-------|------------------|
| Frederick T. Rikkers | | 419 Venture Court | P.O. Box 930555 | Verona | WI | 53593 | | 608-848-6350 | ftrikkers@rikkerslaw.com | Counsel to Southwest Metal Finishing, Inc. |
| Fulbright & Jaworski LLP | David A Rosenzweig | 666 Fifth Avenue | | New York | NY | 10103-3198 | | 212-318-3000 | drosenzweig@fulbright.com | Counsel to Southwest Research Institute Attorney for Solvay Fluorides, LLC |
| Fulbright & Jaworski LLP | Michael M Parker | 300 Convent St Ste 2200 | | San Antonio | TX | 78205 | | 210-224-5575 | mparker@fulbright.com | Counsel to Southwest Research Institute |
| Genovese Joblove & Battista, P.A. | David C. Cimo | 100 S.E. 2nd Street | Suite 4400 | Miami | FL | 33131 | | 305-349-2300 | dcimo@gjb-law.com | Counsel to Ryder Integrated Logistics, Inc. |
| Gibbons P.C. | David N. Crapo | One Gateway Center | | Newark | NJ | 07102-5310 | | 973-596-4523 | dcrapo@gibbonslaw.com | Counsel to Epcos, Inc. |
| Goldberg Segalla LLP | Attn Bruce W Hoover | 665 Main St Ste 400 | | Buffalo | NY | 14203 | | 716-566-5400 | bhoover@goldbergsegalla.com | Attorneys for MasTec Inc. |
| Goodwin Proctor LLP | Allan S. Brilliant | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | abrilliant@goodwinproctor.com | Counsel to UGS Corp. |
| Goodwin Proctor LLP | Craig P. Druehl | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | cdruehl@goodwinproctor.com | Counsel to UGS Corp. |
| Gorlick, Kravitz & Listhaus, P.C. | Barbara S. Mehlsack | 17 State Street | 4th Floor | New York | NY | 10004 | | 212-269-2500 | bmehlsack@gkllaw.com | Counsel to International Brotherhod of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Goulston & Storrs, P.C. | Peter D. Bilowz | 400 Atlantic Avenue | | Boston | MA | 02110-333 | | 617-482-1776 | pbilowz@goulstonstorrs.com | Counsel to Thermotech Company |
| Grant & Eisenhofer P.A. | James J Sabella | 485 Lexington Ave | | New York | NY | 10017 | | 646-722-8520 | jsabella@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Grant & Eisenhofer P.A. | Jay W. Eisenhofer | 45 Rockefeller Center | 650 Fifth Avenue | New York | NY | 10111 | | 212-755-6501 | jeisenhofer@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Gratz, Miller & Brueggeman, S.C. | Matthew R. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | mrr@previant.com | Counsel to International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Graydon Head & Ritchey LLP | J. Michael Debbeler, Susan M. Argo | 1900 Fifth Third Center | 511 Walnut Street | Cincinnati | OH | 45202 | | 513-621-6464 | mdebbeler@graydon.com | Counsel to Grote Industries; Batesville Tool & Die; PIA Group; Reliable Castings |
| Greenberg Traurig, LLP | Maria J. DiConza | MetLife Bldg | 200 Park Avenue | New York | NY | 10166 | | 212-801-9200 | diconzam@gtlaw.com | Counsel to Samtech Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 7 of 22

11/17/2008 3:25 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Greenberg Traurig, LLP | Shari L. Heyen | 1000 Louisiana | Suite 1800 | Houston | TX | 77002 | | 713-374-3500 | heyens@gtlaw.com | Counsel to Samtech Corporation |
| Greensfelder, Hemker & Gale, P.C. | Cherie Macdonald J. Patrick Bradley | 10 S. Broadway | Suite 200 | St. Louis | MO | 63102 | | 314-241-9090 | ckm@greensfelder.com jpb@greensfelder.com | Counsel to ARC Automotive, Inc. |
| Halperin Battaglia Raicht, LLP | Alan D. Halperin Christopher J.Battaglia Julie D. Dyas | 555 Madison Avenue | 9th Floor | New York | NY | 10022 | | 212-765-9100 | cbattaglia@halperinlaw.net ahalperin@halperinlaw.net jdyas@halperinlaw.net | Counsel to Pacific Gas Turbine Center, LLC and Chromalloy Gas Turbine Corporation; ARC Automotive, Inc |
| Hancock & Estabrook LLP | R John Clark Esq | 1500 Tower I | PO Box 4976 | Syracuse | NY | 13221-4976 | | 315-471-3151 | rjclark@hancocklaw.com | Counsel to Alliance Precision Plastics Corporation |
| Harris D. Leinwand | Harris D. Leinwand | 350 Fifth Avenue | Suite 2418 | New York | NY | 10118 | | 212-725-7338 | hleinwand@aol.com | Counsel to Baker Hughes Incorporated; Baker Petrolite Corporation |
| Haynes and Boone, LLP | Judith Elkin | 153 East 53rd Street | Suite 4900 | New York | NY | 10022 | | 212-659-7300 | judith.elkin@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Haynes and Boone, LLP | Lenard M. Parkins Kenric D. Kattner | 1 Houston Center | 1221 McKinney, Suite 2100 | Houston | TX | 77010 | | 713-547-2000 | lenard.parkins@haynesboone.com kenric.kattner@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Herrick, Feinstein LLP | Paul Rubin | 2 Park Avenue | | New York | NY | 10016 | | 212-592-1448 | prubin@herrick.com | Counsel to Canon U.S.A., Inc. and Schmidt Technology GmbH |
| Hewlett-Packard Company | Anne Marie Kennelly | 3000 Hanover St., M/S 1050 | | Palo Alto | CA | 94304 | | 650-857-6902 | anne.kennelly@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Kenneth F. Higman | 2125 E. Katella Avenue | Suite 400 | Anaheim | CA | 92806 | | 714-940-7120 | ken.higman@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Sharon Petrosino | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | | 908-898-4760 | sharon.petrosino@hp.com | Counsel to Hewlett-Packard Financial Services Company |
| Hiscock & Barclay, LLP | J. Eric Charlton | 300 South Salina Street | PO Box 4878 | Syracuse | NY | 13221-4878 | | 315-425-2716 | echarlton@hiscockbarclay.com | Counsel to GW Plastics, Inc. |
| Hodgson Russ LLP | Julia S. Kreher | One M&T Plaza | Suite 2000 | Buffalo | NY | 14203 | | 716-848-1330 | jkreher@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hodgson Russ LLP | Stephen H. Gross, Esq. | 60 E 42nd St 37th Fl | | New York | NY | 10165-0150 | | 212-661-3535 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation, Co-Counsel for Yazaki North America, Inc. |
| Hogan & Hartson L.L.P. | Audrey Moog | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | amoog@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Edward C. Dolan | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | ecdolan@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Scott A. Golden | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | sagolden@hhlaw.com | Counsel to XM Satellite Radio Inc. |
| Holme Roberts & Owen, LLP | Elizabeth K. Flaagan | 1700 Lincoln | Suite 4100 | Denver | CO | 80203 | | 303-861-7000 | elizabeth.flaagan@hro.com | Counsel to CoorsTek, Inc.; Corus, L.P. |
| Honigman, Miller, Schwartz and Cohn, LLP | Donald T. Baty, Jr. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7314 | dbaty@honigman.com | Counsel to Fujitsu Ten Corporation of America |
| Honigman, Miller, Schwartz and Cohn, LLP | E. Todd Sable | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7548 | tsable@honigman.com | Counsel to Valeo Climate Control Corp.; Valeo Electrical Systems, Inc. - Motors and Actuators Division;Valeo Electrical Systems, Inc. - Wipers Division; Valeo Switches & Detection System, Inc. |
| Honigman, Miller, Schwartz and Cohn, LLP | Lawrence J. Murphy | 2290 First National Building | 660 Woodward Ave | Detroit | MI | 48226 | | 313-465-7488 | lmurphy@honigman.Com | Attorneys for Guide Corporation and Lightsource Parent Corporation |
| Honigman, Miller, Schwartz and Cohn, LLP | Seth A Drucker | 2290 First National Building | 660 Woodward Avenue Ste 2290 | Detroit | MI | 48226 | | 313-465-7626 | sdrucker@honigman.com | Counsel for Valeo Climate Control, Corp. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 8 of 22

11/17/2008 3:25 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Howard & Howard Attorneys PC | Lisa S Gretchko | 39400 Woodward Ave | Ste 101 | Bloomfield Hills | MI | 48304-5151 | | 248-723-0396 | lgretchko@howardandhoward.com | Intellectual Property Counsel for Delphi Corporation, et al. |
| Howick, Westfall, McBryan & Kaplan, LLP | Louis G. McBryan | 3101 Tower Creek Parkway | Ste 600 One Tower Creek | Atlanta | GA | 30339 | | 678-384-7000 | lmcbryan@hwmklaw.com | Counsel to Vanguard Distributors, Inc. |
| Hunter & Schank Co. LPA | John J. Hunter | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | | 419-255-4300 | jrhunter@hunterschank.com | Counsel to ZF Group North America Operations, Inc. |
| Hunter & Schank Co. LPA | Thomas J. Schank | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | | 419-255-4300 | tomschank@hunterschank.com | Counsel to ZF Group North America Operations, Inc. |
| Hunton & Wiliams LLP | Michael P. Massad, Jr. | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | mmassad@hunton.com | Counsel to RF Monolithics, Inc. |
| Hunton & Wiliams LLP | Steven T. Holmes | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | sholmes@hunton.com | Counsel to RF Monolithics, Inc. |
| Hurwitz & Fine P.C. | Ann E. Evanko | 1300 Liberty Building | | Buffalo | NY | 14202 | | 716-849-8900 | aee@hurwitzfine.com | Counsel to Jiffy-Tite Co., Inc. |
| Ice Miller | Ben T. Caughey | One American Square | Box 82001 | Indianapolis | IN | 46282-0200 | | 317-236-2100 | Ben.Caughey@icemiller.com | Counsel to Sumco, Inc. |
| Infineon Technologies North America Corporation | Greg Bibbes | 1730 North First Street | M/S 11305 | San Jose | CA | 95112 | | 408-501-6442 | greg.bibbes@infineon.com | General Counsel & Vice President for Infineon Technologies North America Corporation |
| Infineon Technologies North America Corporation | Jeff Gillespie | 2529 Commerce Drive | Suite H | Kokomo | IN | 46902 | | 765-454-2146 | jeffery.gillispie@infineon.com | Global Account Manager for Infineon Technologies North America |
| InPlay Technologies Inc | Heather Beshears | 234 South Extension Road | | Mesa | AZ | 85201 | | | heather@inplaytechnologies.com | Creditor |
| International Union of Operating Engineers | Richard Griffin | 1125-17th Avenue, N.W. | | Washington | DC | 20036 | | 202-429-9100 | rgriffin@iuoe.org | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Jackson Walker LLP | Bruce J. Ruzinsky Desiree K. Killen | 1401 McKinney St Ste 1900 | | Houston | TX | 77010 | | 713-751-4200 | bruzinsky@jw.com dkillen@jw.com | Counsel to Constellation NewEnergy, Inc. |
| Jackson Walker LLP | Heather M. Forrest | 901 Main St Ste 600 | | Dallas | TX | 75202 | | 214-953-6000 | hforrest@jw.com | Counsel to Constellation NewEnergy, Inc. |
| Jaffe, Raitt, Heuer & Weiss, P.C. | Paige E. Barr | 27777 Franklin Road | Suite 2500 | Southfield | MI | 48034 | | 248-351-3000 | pbarr@jaffelaw.com | Counsel to Trutron Corporation |
| James R Scheuerle | Parmenter O'Toole | 601 Terrace Street | PO Box 786 | Muskegon | MI | 49443-0786 | | 231-722-1621 | JRS@Parmenterlaw.com | Counsel to Port City Die Cast and Port City Group Inc |
| Jason, Inc. | Will Schultz, General Counsel | 411 E. Wisconsin Ave | Suite 2120 | Milwaukee | WI | 53202 | | 414-277-2110 | wschultz@jasoninc.com | General Counsel to Jason Incorporated |
| Jenner & Block LLP | Ronald R. Peterson | One IBM Plaza | | Chicago | IL | 60611 | | 312-222-9350 | rpeterson@jenner.com | Counsel to SPX Corporation (Contech Division), Alcan Rolled Products-Ravenswood, LLC, Tenneco Inc. and Contech LLC |
| Johnston, Harris Gerde & Komarek, P.A. | Jerry W. Gerde, Esq. | 239 E. 4th St. | | Panama City | FL | 32401 | | 850-763-8421 | gerdekomarek@bellsouth.net | Counsel to Peggy C. Brannon, Bay County Tax Collector |
| Jones Day | Corinne Ball | 222 East 41st Street | | New York | NY | 10017 | | 212-326-7844 | cball@jonesday.com | Counsel to WL. Ross & Co., LLC |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 9 of 22

11/17/2008 3:25 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Jones Day | Scott J. Friedman | 222 East 41st Street | | New York | NY | 10017 | | 212-326-3939 | sjfriedman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Katten Muchin Rosenman LLP | John P. Sieger, Esq. | 525 West Monroe Street | | Chicago | IL | 60661 | | 312-902-5200 | john.sieger@kattenlaw.com | Counsel to TDK Corporation America and MEMC Electronic Materials, Inc. |
| Kaye Scholer LLP | Richard G Smolev | 425 Park Avenue | | New York | NY | 10022-3598 | | 212-236-8000 | rsmolev@kayescholer.com | Counsel to InPlay Technologies Inc |
| Kegler, Brown, Hill & Ritter Co., LPA | Kenneth R. Cookson | 65 East State Street | Suite 1800 | Columbus | OH | 43215 | | 614-426-5400 | kcookson@keglerbrown.com | Counsel to Solution Recovery Services |
| Keller Rohrback L.L.P. | Lynn Lincoln Sarko Cari Campen Laufenberg Erin M. Rily | 1201 Third Avenue | Suite 3200 | Seattle | WA | 98101 | | 206-623-1900 | lsarko@kellerrohrback.com claufenberg@kellerrohrback.com eriley@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Keller Rohrback P.L.C. | Gary A. Gotto | National Bank Plaza | 3101 North Central Avenue, Suite 900 | Phoenix | AZ | 85012 | | 602-248-0088 | ggotto@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Kelley Drye & Warren, LLP | Craig A. Wolfe | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | cwolfe@kelleydrye.com | Counsel to the Pension Benefit Guaranty Corporation |
| Kelley Drye & Warren, LLP | Joseph Boyle | 200 Kimball Dr | | Parsippany | NJ | 07054 | | 973-503-5900 | jboyle@kelleydrye.com | Counsel to the Pension Benefit Guaranty Corporation |
| Kelley Drye & Warren, LLP | Merrill B. Stone | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | mstone@kelleydrye.com | Counsel to the Pension Benefit Guaranty Corporation |
| Kennedy, Jennick & Murray | Larry Magarik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | lmagarik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Susan M. Jennik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | sjennik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Thomas Kennedy | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | tkennedy@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| King & Spalding, LLP | Daniel Egan | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | degan@kslaw.com | Counsel to KPMG LLP |
| King & Spalding, LLP | H. Slayton Dabney, Jr. | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | sdabney@kslaw.com | Counsel to KPMG LLP |
| Kirkland & Ellis LLP | Jim Stempel | 200 East Randolph Drive | | Chicago | IL | 60601 | | 312-861-2000 | jstempel@kirkland.com | Counsel to Lunt Mannufacturing Company |
| Kirkpatrick & Lockhart Nicholson Graham LLP | Edward M. Fox | 599 Lexington Avenue | | New York | NY | 10022 | | 212-536-4812 | efox@klng.com | Counsel to Wilmington Trust Company, as Indenture trustee |
| Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A. | Sam O. Simmerman | 4775 Munson Street N.W. | P.O. Box 36963 | Canton | OH | 44735-6963 | | 330-497-0700 | sosimmerman@kwgd.com | Counsel to for Millwood, Inc. |
| Kutak Rock LLP | Jay Selanders | 1010 Grand Blvd Ste 500 | | Kansas City | MO | 64106 | | 816-502-4617 | jay.selanders@kutakrock.com | Counsel to DaimlerChrysler Corporation; DaimlerChrysler Motors Company, LLC; DaimlerChrysler Canada, Inc. |
| Kutchin & Rufo, P.C. | Edward D. Kutchin | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | ekutchin@kutchinrufo.com | Counsel to Parlex Corporation |
| Kutchin & Rufo, P.C. | Kerry R. Northrup | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | knorthup@kutchinrufo.com | Counsel to Parlex Corporation |
| Lambert. Leser, Isackson, Cook & Guinta, P.C. | Susan M. Cook | 309 Davidson Building | PO Box 835 | Bay City | MI | 48707-0835 | | 989-893-3518 | smcook@lambertleser.com | Counsel to Linamar Corporation |
| Latham & Watkins | Mark A. Broude | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1384 | mark.broude@lw.com | UCC Professional |
| Latham & Watkins | Michael J. Riela | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | michael.riela@lw.com | UCC Professional |
| Latham & Watkins | Mitchell A. Seider | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | mitchell.seider@lw.com | UCC Professional |
| Latham & Watkins | Robert Rosenberg | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1370 | robert.rosenberg@lw.com | UCC Professional |
| Law Offices of Michael O'Hayer | Michael O'Hayer Esq | 22 N Walnut Street | | West Chester | PA | 19380 | | 610-738-1230 | mkohayer@aol.com | Counsel to A-1 Specialized Services and Supplies Inc |
| Lewis and Roca LLP | Rob Charles, Esq. | One South Church Street | Suite 700 | Tucson | AZ | 85701 | | 520-629-4427 | rcharles@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Lewis and Roca LLP | Susan M. Freeman, Esq. | 40 North Central Avenue | Suite 1900 | Phoenix | AZ | 85004-4429 | | 602-262-5756 | sfreeman@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Linear Technology Corporation | John England, Esq. | General Counsel for Linear Technology Corporation | 1630 McCarthy Blvd. | Milpitas | CA | 95035-7417 | | 408-432-1900 | jengland@linear.com | Counsel to Linear Technology Corporation |
| Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | 1949 South IH 35 (78741) | P.O. Box 17428 | Austin | TX | 78760-7428 | | 512-447-6675 | austin.bankruptcy@publicans.com | Counsel to Cameron County, Brownsville ISD |
| Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | 2323 Bryan Street | Suite 1600 | Dallas | TX | 75201 | | 214-880-0089 | dallas.bankruptcy@publicans.com | Counsel to Dallas County and Tarrant County |
| Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | P.O. Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3478 | houston_bankruptcy@publicans.com | Counsel in Charge for Taxing Authorities: Cypress-Fairbanks Independent School District, City of Houston, Harris County |
| Locke Lord Bissell & Liddell | Kevin J. Walsh | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | | 212-812-8304 | kwalsh@lockelord.com | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| Locke Lord Bissell & Liddell | Timothy S. McFadden | 111 South Wacker Drive | | Chicago | IL | 60606 | | 312-443-0370 | tmcfadden@lockelord.com | Counsel to Methode Electronics, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 11 of 22

11/17/2008 3:25 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Loeb & Loeb LLP | P. Gregory Schwed | 345 Park Avenue | | New York | NY | 10154-0037 | | 212-407-4000 | gschwed@loeb.com | Counsel to Creditor The Interpublic Group of Companies, Inc. and Proposed Auditor Deloitte & Touche, LLP |
| Loeb & Loeb LLP | William M. Hawkins | 345 Park Avenue | | New York | NY | 10154 | | 212-407-4000 | whawkins@loeb.com | Counsel to Industrial Ceramics Corporation |
| Lowenstein Sandler PC | Bruce S. Nathan | 1251 Avenue of the Americas | | New York | NY | 10020 | | 212-262-6700 | bnathan@lowenstein.com | Counsel to Daewoo International (America) Corp. |
| Lowenstein Sandler PC | Ira M. Levee | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | ilevee@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Kenneth A. Rosen | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | krosen@lowenstein.com | Counsel to Cerberus Capital Management, L.P. |
| Lowenstein Sandler PC | Michael S. Etkin | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | metkin@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Scott Cargill | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | scargill@lowenstein.com | Counsel to Cerberus Capital Management, L.P.; AT&T Corporation |
| Lowenstein Sandler PC | Vincent A. D'Agostino | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | vdagostino@lowenstein.com | Counsel to AT&T Corporation |
| Lyden, Liebenthal & Chappell, Ltd. | Erik G. Chappell | 5565 Airport Highway | Suite 101 | Toledo | OH | 43615 | | 419-867-8900 | egc@lydenlaw.com | Counsel to Metro Fibres, Inc. |
| Maddin, Hauser, Wartell, Roth & Heller PC | Alexander Stotland Esq | 28400 Northwestern Hwy | Third Floor | Southfield | MI | 48034 | | 248-354-4030 | axs@maddinhauser.com | Attorney for Danice Manufacturing Co. |
| Madison Capital Management | Joe Landen | 6143 South Willow Drive | Suite 200 | Greenwood Village | CO | 80111 | | 303-957-4254 | jlanden@madisoncap.com | Representative for Madison Capital Management |
| Margulies & Levinson, LLP | Leah M. Caplan, Esq. | 30100 Chagrin Boulevard | Suite 250 | Pepper Pike | OH | 44124 | | 216-514-4935 | lmc@ml-legal.com | Counsel to Venture Plastics |
| Mastromarco & Jahn, P.C. | Victor J. Mastromarco, Jr. | 1024 North Michigan Avenue | P.O. Box 3197 | Saginaw | MI | 48605-3197 | | 989-752-1414 | vmastromar@aol.com | Counsel to H.E. Services Company and Robert Backie and Counsel to Cindy Palmer, Personal Representative to the Estate of Michael Palmer |
| Masuda Funai Eifert & Mitchell, Ltd. | Gary D. Santella | 203 North LaSalle Street | Suite 2500 | Chicago | IL | 60601-1262 | | 312-245-7500 | gsantella@masudafunai.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC and Hosiden America Corporation |
| McCarter & English, LLP | David J. Adler, Jr. Esq. | 245 Park Avenue, 27th Floor | | New York | NY | 10167 | | 212-609-6800 | dadler@mccarter.com | Counsel to Ward Products, LLC |
| McCarter & English, LLP | Eduardo J. Glas, Esq. | Four Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4096 | | 913-622-4444 | eglas@mccarter.com | Counsel to General Products Delaware Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 12 of 22

11/17/2008 3:25 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| McCarthy Tetrault LLP | John J. Salmas Lorne P. Salzman | 66 Wellington Street West | Suite 4700 | Toronto | Ontario | M5K 1E6 | | 416-362-1812 | jsalmas@mccarthy.ca lsalzman@mccarthy.ca | Counsel to Themselves (McCarthy Tetrault LLP) |
| McDermott Will & Emery LLP | Gary O. Ravert | 340 Madison Avenue | | New York | NY | 10017-1922 | | 212-547-5477 | gravert@mwe.com | Counsel for Temic Automotive of North America, Inc. |
| McDermott Will & Emery LLP | James M. Sullivan | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5477 | jmsullivan@mwe.com | Counsel to Linear Technology Corporation, National Semiconductor Corporation; Timken Corporation |
| McDermott Will & Emery LLP | Stephen B. Selbst | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5400 | sselbst@mwe.com | Counsel to National Semiconductor Corporation |
| McDermott Will & Emery LLP | Steven P. Handler Monica M. Quinn | 227 W Monroe St | | Chicago | IL | 60606 | | 312-372-2000 | shandler@mwe.com mquinn@mwe.com | Counsel for Temic Automotive of North America, Inc. |
| McDonald Hopkins Co., LPA | Scott N. Opincar, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | sopincar@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McDonald Hopkins Co., LPA | Shawn M. Riley, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | sriley@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Jeffrey Bernstein, Esq. | Three Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4079 | | 973-622-7711 | jbernstein@mdmc-law.com | Counsel to New Jersey Self-Insurers Guaranty Association |
| McGuireWoods LLP | Aaron G McCollough Esq | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | | 804-775-1000 | amccollough@mcguirewoods.com | Counsel to Siemens Energy & Automation, Inc. |
| McGuireWoods LLP | Daniel F Blanks | One James Center | 901 East Cary Street | Richmond | VA | 23219 | | 804-775-1000 | dblanks@mcguirewoods.com | Counsel for CSX Transportation, Inc. |
| McGuireWoods LLP | John H Maddock III | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | | 804-775-1178 | jmaddock@mcguirewoods.com | Counsel to Siemens Logistics Assembly Systems, Inc.; Counsel for CSX Transportation, Inc. |
| Meyer, Suozzi, English & Klein, P.C. | Attn Thomas R Slome Esq | 990 Stewart Ave Ste 300 | PO Box 9194 | Garden City | NY | 11530-9194 | | 516-741-6565 | tslome@msek.com | Counsel for Pamela Geller |
| Meyer, Suozzi, English & Klein, P.C. | Hanan Kolko | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | hkolko@msek.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Meyer, Suozzi, English & Klein, P.C. | Lowell Peterson, Esq. | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | lpeterson@msek.com | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Meyers Law Group, P.C. | Merle C. Meyers | 44 Montgomery Street | Suite 1010 | San Francisco | CA | 94104 | | 415-362-7500 | mmeyers@mlg-pc.com | Counsel to Alps Automotive, Inc. |
| Meyers, Rodbell & Rosenbaum, P.A. | M. Evan Meyers | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | emeyers@mrrlaw.net | Counsel to Prince George County, Maryland |
| Meyers, Rodbell & Rosenbaum, P.A. | Robert H. Rosenbaum | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | rrosenbaum@mrrlaw.net | Counsel to Prince George County, Maryland |
| Miami-Dade County Tax Collector | April Burch | Paralegal Unit | 140 West Flagler St Ste 1403 | Miami | FL | 33130 | | 305-375-5314 | mdtcbkc@miamidade.gov | Paralegal Collection Specialist for Miami-Dade County |
| Michael Cox | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | miag@michigan.gov | Attorney General for State of Michigan, Department of Treasury |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Dennis J. Raterink | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | raterinkd@michigan.gov | Assistant Attorney General for Worker's Compensation Agency |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Michael Cox | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | miag@michigan.gov | Attorney General for Worker's Compensation Agency |
| Michigan Heritage Bank | Janice M. Donahue | 28300 Orchard Lake Rd | Ste 200 | Farmington Hills | MI | 48334 | | 248-538-2529 | jdonahue@miheritage.com | Counsel to  Michigan Heritage Bank; MHB Leasing, Inc. |
| Miles & Stockbridge, P.C. | Thomas D. Renda | 10 Light Street | | Baltimore | MD | 21202 | | 410-385-3418 | trenda@milesstockbridge.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Miller & Martin PLLC | Dale Allen | 150 Fourth Ave North | Ste 1200 | Nashville | TN | 37219 | | | vjones@millermartin.com | Counsel to Averitt Express |
| Miller Johnson | Thomas P. Sarb Robert D. Wolford | 250 Monroe Avenue, N.W. | Suite 800, PO Box 306 | Grand Rapids | MI | 49501-0306 | | 616-831-1748 616-831-1726 | sarbt@millerjohnson.com wolfordr@millerjohnson.com | Counsel to Pridgeon & Clay, Inc. |
| Miller, Canfield, Paddock and Stone, P.L.C. | Jonathan S. Green | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8452 | greenj@millercanfield.com | Counsel to Wells Operating Partnership, LP |
| Miller, Canfield, Paddock and Stone, P.L.C. | Timothy A. Fusco | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8435 | fusco@millercanfield.com | Counsel to Niles USA Inc.; Techcentral, LLC; The Bartech Group, Inc.; Fischer Automotive Systems |
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Paul J. Ricotta | One Financial Center | | Boston | MA | 02111 | | 617-542-6000 | pjricotta@mintz.com pricotta@mintz.com | Counsel to Hitachi Automotive Products (USA), Inc. and Conceria Pasubio |
| Molex Connector Corp | Jeff Ott | 2222 Wellington Ct. | | Lisle | IL | 60532 | | 630-527-4254 | Jeff.Ott@molex.com | Counsel to Molex Connector Corp |
| Morgan, Lewis & Bockius LLP | Andrew D. Gottfried | 101 Park Avenue | | New York | NY | 10178-0060 | | 212-309-6000 | agottfried@morganlewis.com | Counsel to ITT Industries, Inc.; Hitachi Chemical (Singapore), Ltd. |
| Morgan, Lewis & Bockius LLP | Menachem O. Zelmanovitz | 101 Park Avenue | | New York | NY | 10178 | | 212-309-6000 | mzelmanovitz@morganlewis.com | Counsel to Hitachi Chemical (Singapore) Pte, Ltd. |
| Morgan, Lewis & Bockius LLP | Richard W. Esterkin, Esq. | 300 South Grand Avenue | | Los Angeles | CA | 90017 | | 213-612-1163 | resterkin@morganlewis.com | Counsel to Sumitomo Corporation |
| Moritt Hock Hamroff & Horowitz LLP | Leslie Ann Berkoff | 400 Garden City Plaza | | Garden City | NY | 11530 | | 516-873-2000 | lberkoff@moritthock.com | Counsel to Standard Microsystems Corporation and its direct and indirect subsidiares Oasis SiliconSystems AG and SMSC NA Automotive, LLC (successor-in-interst to Oasis Silicon Systems, Inc.) |
| Morrison Cohen LLP | Michael R. Dal Lago | 909 Third Avenue | | New York | NY | 10022 | | 212-735-8757 | mdallago@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Munsch Hardt Kopf & Harr, P.C. | Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq. and Davor Rukavina, Esq. | 3800 Lincoln Plaza | 500 North Akard Street | Dallas | RX | 75201-6659 | | 214-855-7590 214-855-7561 214-855-7587 | rurbanik@munsch.com jwielebinski@munsch.com drukavina@munsch.com | Counsel to Texas Instruments Incorporated |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 14 of 22

11/17/2008 3:25 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Nantz, Litowich, Smith, Girard & Hamilton, P.C. | Sandra S. Hamilton | 2025 East Beltline, S.E. | Suite 600 | Grand Rapids | MI | 49546 | | 616-977-0077 | sandy@nlsg.com | Counsel to Lankfer Diversified Industries, Inc. |
| Nathan, Neuman & Nathan, P.C. | Kenneth A. Nathan | 29100 Northwestern Highway | Suite 260 | Southfield | MI | 48034 | | 248-351-0099 | Knathan@nathanneuman.com | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| National City Commercial Capital | Lisa M. Moore | 995 Dalton Avenue | | Cincinnati | OH | 45203 | | 513-455-2390 | lisa.moore2@nationalcity.com | Vice President and Senior Counsel to National City Commercial Capital |
| National Renewable Energy Laboratory | Marty Noland Principal Attorney | 1617 Golden Blvd | Legal Office, Mail Stop 1734 | Golden | CO | 80401 | | 303-384-7550 | marty_noland@nrel.gov | Counsel for National Renewable Energy Laboratory |
| Nelson Mullins Riley & Scarborough | George B. Cauthen | 1320 Main Street, 17th Floor | PO Box 11070 | Columbia | SC | 29201 | | 803-7255-9425 | george.cauthen@nelsonmullins.com | Counsel to Datwyler Rubber & Plastics, Inc.; Datwyler, Inc.; Datwyler i/o devices (Americas), Inc.; Rothrist Tube (USA), Inc. |
| New Jersey Attorney General's Office Division of Law | Tracy E Richardson Deputy Attorney General | R.J. Hughes Justice Complex | 25 Market St P.O. Box 106 | Trenton | NJ | 08628-0106 | | 609-292-1537 | tracy.richardson@dol.lps.state.nj.us | Deputy Attorney General - State of New Jersey Division of Taxation |
| North Point | David G. Heiman | 901 Lakeside Avenue | | Cleveland | OH | 44114 | | 216-586-3939 | dgheiman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Office of the Chapter 13 Trustee | Camille Hope | P.O. Box 954 | | Macon | GA | 31202 | | 478-742-8706 | cahope@chapter13macon.com | Office of the Chapter 13 Trustee |
| Office of the Texas Attorney General | Jay W. Hurst | P.O. Box 12548 | | Austin | TX | 78711-2548 | | 512-475-4861 | jay.hurst@oag.state.tx.us | Counsel to The Texas Comptroller of Public Accounts |
| Ohio Environmental Protection Agency | c/o Michelle T. Sutter | Principal Assistant Attorney General Environmental Enforcement Section | 30 E Broad St 25th Fl | Columbus | OH | 43215 | | 614-466-2766 | msutter@ag.state.oh.us | Attorney for State of Ohio, Environmental Protection Agency |
| Orbotech, Inc. | Michael M. Zizza, Legal Manager | 44 Manning Road | | Billerica | MA | 01821 | | 978-901-5025 | michaelz@orbotech.com | Company |
| O'Rourke Katten & Moody | Michael Moody | 55 W Wacker Dr | Ste 1400 | Chicago | IL | 60615 | | 312-849-2020 | mmoody@orourkeandmoody.com | Counsel to Ameritech Credit Corporation d/b/a SBC Capital Services |
| Orrick, Herrington & Sutcliffe LLP | Alyssa Englund, Esq. | 666 Fifth Avenue | | New York | NY | 10103 | | 212-506-5187 | aenglund@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Frederick D. Holden, Jr., Esq. | 405 Howard Street | | San Francisco | CA | 94105 | | 415-773-5700 | fholden@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Jonathan P. Guy | Columbia Center | 1152 15th St NW | Washington | DC | 20005-1706 | | 202-339-8400 | jguy@orrick.com | Counsel to Westwood Associates, Inc. |
| Orrick, Herrington & Sutcliffe LLP | Raniero D'Aversa, Jr. | 666 Fifth Avenue | | New York | NY | 10103-0001 | | 212-506-3715 | Rdaversa@orrick.com | Counsel to Bank of America, N.A. |
| Orrick, Herrington & Sutcliffe LLP | Richard H. Wyron | Columbia Center | 1152 15th St NW | Washington | DC | 20005-1706 | | 202-339-8400 | rwyron@orrick.com | Counsel to Westwood Associates, Inc. |
| Pachulski Stang Ziehl & Jones LLP | Michael R. Seidl | 919 N. Market Street, 17th Floor | P.O. Box 8705 | Wilmington | DE | 19899-8705 | | 302-652-4100 | mseidl@pszjlaw.com | Counsel for Essex Group, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 15 of 22

11/17/2008 3:25 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | Robert J. Feinstein Ilan D. Scharf | 780 Third Avenue, 36th Floor | | New York | NY | 10017-2024 | | 212-561-7700 | Rfeinstein@pszjlaw.com lscharf@pszjlaw.com | Counsel for Essex Group, Inc. |
| Patterson Belknap Webb & Tyler LLP | David W. Dykhouse Phyllis S. Wallitt | 1133 Avenue of the Americas | | New York | NY | 10036-6710 | | 212-336-2000 | dwdykhouse@pbwt.com | Attorneys for Fry's Metals Inc. and Specialty Coatings Systems Eft |
| Paul H. Spaeth Co. LPA | Paul H. Spaeth | 130 W Second St Ste 450 | | Dayton | OH | 45402 | | 937-223-1655 | spaethlaw@phslaw.com | Attorneys for F&G Multi-Slide Inc and F&G Tool & Die Co. Inc. |
| Paul, Weiss, Rifkind, Wharton & Garrison | Andrew N. Rosenberg | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | arosenberg@paulweiss.com | Counsel to Merrill Lynch, Pierce, Fenner & Smith, Incorporated |
| Paul, Weiss, Rifkind, Wharton & Garrison | Douglas R. Davis | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | ddavis@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Elizabeth R. McColm | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | emccolm@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Stephen J. Shimshak | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3133 | sshimshak@paulweiss.com | Counsel to Ambrake Corporation |
| Peggy Housner | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | housnerp@michigan.gov | Assistant Attorney General for State of Michigan, Department of Treasury |
| Pepe & Hazard LLP | Kristin B. Mayhew | 30 Jelliff Lane | | Southport | CT | 06890-1436 | | 203-319-4022 | kmayhew@pepehazard.com | Counsel for Illinois Tool Works Inc., Illinois Tool Works for Hobart Brothers Co., Hobart Brothers Company, ITW Food Equipment Group LLC and Tri-Mark, Inc. |
| Pepper, Hamilton LLP | Anne Marie Aaronson | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | aaronsona@pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper, Hamilton LLP | Francis J. Lawall | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | lawallf@pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper, Hamilton LLP | Henry Jaffe | 1313 Market Street | PO Box 1709 | Wilmington | DE | 19899-1709 | | 302-777-6500 | jaffeh@pepperlaw.com | Counsel to SKF USA, Inc. |
| Pickrel Shaeffer & Ebeling | Sarah B. Carter Esq | 2700 Kettering Tower | | Dayton | OH | 45423-2700 | | 937-223-1130 | scarter@pselaw.com | |
| Pierce Atwood LLP | Jacob A. Manheimer | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | jmanheimer@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pierce Atwood LLP | Keith J. Cunningham | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | kcunningham@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pietragallo Bosick & Gordon LLP | Richard J. Parks | 54 Buhl Blvd | | Sharon | PA | 16146 | | 724-981-1397 | rjp@pbandg.com | Counsel to Ideal Tool Company, Inc. |

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Pillsbury Winthrop Shaw Pittman LLP | Karen B. Dine | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | karen.dine@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Margot P. Erlich | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | margot.erlich@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Mark D. Houle | 650 Town Center Drive | Ste 550 | Costa Mesa | CA | 92626-7122 | | 714-436-6800 | mark.houle@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Richard L. Epling | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | richard.epling@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Robin L. Spear | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | robin.spear@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Porzio, Bromberg & Newman, P.C. | Brett S. Moore, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | bsmoore@pbnlaw.com | |
| Porzio, Bromberg & Newman, P.C. | John S. Mairo, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | jsmairo@pbnlaw.com | Counsel to Neuman Aluminum Automotive, Inc. and Neuman Aluminum Impact Extrusion, Inc. |
| Previant, Goldberg, Uelman, Gratz, Miller & Brueggeman, S.C. | Jill M. Hartley and Marianne G. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | jh@previant.com mgr@previant.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| PriceWaterHouseCoopers | Enrique Bujidos | Almagro | 40 | Madrid | | 28010 | Spain | 34 915 684 356 | enrique.bujidos@es.pwc.com | Representative to DASE |
| QAD, Inc. | Jason Pickering, Esq. | 10,000 Midlantic Drive | | Mt. Laurel | NJ | 08054 | | 856-840-2489 | jkp@qad.com | Counsel to QAD, Inc. |
| Quarles & Brady LLP | John A. Harris | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | jharris@quarles.com | Counsel to Semiconductor Components Industries, Inc. |
| Quarles & Brady LLP | John J. Dawson | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | jdawson@quarles.com | Counsel to Semiconductor Components Industries, Inc. |
| Quarles & Brady LLP | Kasey C. Nye | One South Church Street | | Tucson | AZ | 85701 | | 520-770-8717 | knye@quarles.com | Counsel to Offshore International, Inc.; Maquilas Teta Kawi, S.A. de C.V.; On Semiconductor Corporation; Flambeau Inc. |
| Quarles & Brady LLP | Roy Prange | 33 E Main St Ste 900 | | Madison | WI | 53703-3095 | | 608-283-2485 | rlp@quarles.com | Counsel for Flambeau Inc. |
| Reed Smith | Ann Pille | 10 South Wacker Drive | | Chicago | IL | 60606 | | 312-207-1000 | apille@reedsmith.com | Counsel to Infineon; Infineon Technologies |
| Reed Smith | Elena Lazarou | 599 Lexington Avenue | 29th Street | New York | NY | 10022 | | 212-521-5400 | elazarou@reedsmith.com | Counsel to General Electric Capital Corporation, Stategic Asset Finance. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 17 of 22

11/17/2008 3:25 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Republic Engineered Products, Inc. | Joseph A Kaczka | 3770 Embassy Parkway | | Akron | OH | 44333 | | 330-670-3215 | jkaczka@republicengineered.com | Counsel to Republic Engineered Products, Inc. |
| Riddell Williams P.S. | Joseph E. Shickich, Jr. | 1001 4th Ave. | Suite 4500 | Seattle | WA | 98154-1195 | | 206-624-3600 | jshickich@riddellwilliams.com | Counsel to Microsoft Corporation; Microsoft Licensing, GP |
| Rieck and Crotty PC | Jerome F Crotty | 55 West Monroe Street | Suite 3390 | Chicago | IL | 60603 | | 312-726-4646 | jcrotty@rieckcrotty.com | Counsel to Mary P. O'Neill and Liam P. O'Neill |
| Riemer & Braunstein LLP | Mark S. Scott | Three Center Plaza | | Boston | MA | 02108 | | 617-523-9000 | mscott@riemerlaw.com | Counsel to ICX Corporation |
| Riverside Claims LLC | Holly Rogers | 2109 Broadway | Suite 206 | New York | NY | 10023 | | 212-501-0990 | holly@regencap.com | Riverside Claims LLC |
| Robinson, McFadden & Moore, P.C. | Annemarie B. Mathews | P.O. Box 944 | | Columbia | SC | 29202 | | 803-779-8900 | amathews@robinsonlaw.com | Counsel to Blue Cross Blue Shield of South Carolina |
| Ropes & Gray LLP | Marc E. Hirschfield | 45 Rockefeller Plaza | | New York | NY | 10111-0087 | | 212-841-5700 | marc.hirschfield@ropesgray.com | Attorneys for D-J, Inc. |
| Rosen Slome Marder LLP | Thomas R. Slome | 333 Earle Ovington Boulevard | Suite 901 | Uniondale | NY | 11533 | | 516-227-1600 | tslome@rsmllp.com | Counsel to JAE Electronics, Inc. |
| Russell Reynolds Associates, Inc. | Charles E. Boulbol, P.C. | 26 Broadway, 17th Floor | | New York | NY | 10004 | | 212-825-9457 | rtrack@msn.com | Counsel to Russell Reynolds Associates, Inc. |
| Sachnoff & Weaver, Ltd | Charles S. Schulman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | | 312-207-1000 | agelman@sachnoff.com | Counsel to Infineon Technologies North America Corporation |
| Satterlee Stephens Burke & Burke LLP | Christopher R. Belmonte | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | cbelmonte@ssbb.com | Counsel to Moody's Investors Service |
| Satterlee Stephens Burke & Burke LLP | Pamela A. Bosswick | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | pbosswick@ssbb.com | Counsel to Moody's Investors Service |
| Satterlee Stephens Burke & Burke LLP | Roberto Carrillo | 230 Park Avenue | Suite 1130 | New York | NY | 10169 | | 212-818-9200 | rcarrillo@ssbb.com | Attorney's for Tecnomec S.r.l. |
| Schafer and Weiner PLLC | Daniel Weiner | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | dweiner@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Howard Borin | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | hborin@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Michael R Wernette | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | mwernette@schaferandweiner.com shellie@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Ryan Heilman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | rheilman@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schiff Hardin LLP | Eugene J. Geekie, Jr. | 7500 Sears Tower | | Chicago | IL | 60606 | | 312-258-5635 | egeekie@schiffhardin.com | Counsel to  Means Industries |
| Schiffrin & Barroway, LLP | Michael Yarnoff | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7056 | myarnoff@sbclasslaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 18 of 22

11/17/2008 3:25 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Schiffrin & Barroway, LLP | Sean M. Handler | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7706 | shandler@sbclasslaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Schulte Roth & Sabel LLP | James T. Bentley | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2273 | james.bentley@srz.com | Counsel to Panasonic Autommotive Systems Company of America |
| Schulte Roth & Sabel LLP | Michael L. Cook | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | michael.cook@srz.com | Counsel to Panasonic Automotive Systems Company of America; D.C. Capital Partners, L.P. |
| Schulte Roth & Zabel LLP | Carol Weiner Levy | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | carol.weiner.levy@srz.com | Counsel to D.C. Capital Partners, L.P. |
| Seyfarth Shaw LLP | Paul M. Baisier, Esq. | 1545 Peachtree Street, N.E. | Suite 700 | Atlanta | GA | 30309-2401 | | 404-885-1500 | pbaisier@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | | 212-218-5500 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | William J. Hanlon | World Trade Center East | Two Seaport Lane, Suite 300 | Boston | MA | 02210 | | 617-946-4800 | whanlon@seyfarth.com | Counsel to  le Belier/LBQ Foundry S.A. de C.V. |
| Sheehan Phinney Bass + Green Professional Association | Bruce A. Harwood | 1000 Elm Street | P.O. Box 3701 | Manchester | NH | 03105-3701 | | 603-627-8139 | bharwood@sheehan.com | Counsel to Source Electronics, Inc. |
| Sheldon S. Toll PLLC | Sheldon S. Toll | 2000 Town Center | Suite 2550 | Southfield | MI | 48075 | | 248-358-2460 | lawtoll@comcast.net | Counsel to Milwaukee Investment Company |
| Sheppard Mullin Richter & Hampton LLP | Eric Waters | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | ewaters@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Malani J. Sternstein | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | msternstein@sheppardmullin.com | Counsel to International Rectifier Corp. and Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theodore A. Cohen | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | tcohen@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theresa Wardle | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | twardle@sheppardmullin.com | Counsel to International Rectifier Corp. |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 5353 Essen Lane | Suite 650 | Baton Rouge | LA | 70809 | | 225-757-2185 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 909 Poydras Street | 28th Floor | New Orleans | LA | 70112-1033 | | 504-299-2100 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Shipman & Goodwin LLP | Kathleen M. LaManna | One Constitution Plaza | | Hartford | CT | 06103-1919 | | 860-251-5603 | bankruptcy@goodwin.com | |
| Sills, Cummis Epstein & Gross, P.C. | Andrew H. Sherman | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | asherman@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Jack M. Zackin | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | jzackin@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Valerie A Hamilton Simon Kimmelman | 650 College Rd E | | Princeton | NJ | 08540 | | 609-227-4600 | vhamilton@sillscummis.com skimmelman@sillscummis.com | Counsel to Doosan Infracore America Corp. |
| Silver Point Capital, L.P. | Chaim J. Fortgang | Two Greenwich Plaza | 1st Floor | Greenwich | CT | 06830 | | 203-542-4216 | cfortgang@silverpointcapital.com | Counsel to Silver Point Capital, L.P. |
| Simon, Stella & Zingas, PC | Stephen P. Stella | 422 W Congress Ste 400 | | Detroit | MI | 48226 | | 313-962-6400 X225 | attorneystella@sszpc.com | Counsel to Motor City Electric |
| Smith, Gambrell & Russell, LLP | Barbara Ellis-Monro | 1230 Peachtree Street, N.E. | Suite 3100 | Atlanta | GA | 30309 | | 404-815-3500 | bellis-monro@sgrlaw.com | Counsel to Southwire Company |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 19 of 22

11/17/2008 3:25 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Smith, Katzenstein & Furlow LLP | Kathleen M. Miller | 800 Delaware Avenue, 7th Floor | P.O. Box 410 | Wilmington | DE | 19899 | | 302-652-8400 | kmiller@skfdelaware.com | Counsel to Airgas, Inc. |
| Sonnenschein Nath & Rosenthal LLP | D. Farrington Yates | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | | 212-768-6700 | fyates@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. and United Plastics Group |
| Sonnenschein Nath & Rosenthal LLP | Monika J. Machen | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | mmachen@sonnenschein.com | Counsel to United Plastics Group |
| Sonnenschein Nath & Rosenthal LLP | Robert E. Richards | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | rrichards@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. |
| Squire, Sanders & Dempsey L.L.P. | G. Christopher Meyer | 4900 Key Tower | 127 Public Sq | Cleveland | OH | 44114 | | 216-479-8692 | cmeyer@ssd.com | Counsel to Furukawa Electric Co., Ltd.; Counsel for the City of Dayton, Ohio |
| State of California Office of the Attorney General | Sarah E. Morrison | Deputy Attorney General | 300 South Spring Street Ste 1702 | Los Angeles | CA | 90013 | | 213-897-2640 | sarah.morrison@doj.ca.gov | Attorneys for the State of California Department of Toxic Substances Control |
| State of Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency | Roland Hwang Assistant Attorney General | 3030 W. Grand Boulevard | Suite 9-600 | Detroit | MI | 48202 | | 313-456-2210 | hwangr@michigan.gov | Assistant Attorney General for State of Michigan, Unemployment Tax Office of the Department of Labor & Economic Growth, Unemployment Insurance Agency |
| Steel Technologies, Inc. | John M. Baumann | 15415 Shelbyville Road | | Louisville | KY | 40245 | | 502-245-0322 | jmbaumann@steeltechnologies.com | Counsel to Steel Technologies, Inc. |
| Stein, Rudser, Cohen & Magid LLP | Robert F. Kidd | 825 Washington Street | Suite 200 | Oakland | CA | 94607 | | 510-287-2365 | rkidd@srcm-law.com | Counsel to Excel Global Logistics, Inc. |
| Sterns & Weinroth, P.C. | Jeffrey S. Posta Michael A Spero Simon Kimmelman Valerie A Hamilton | 50 West State Street, Suite 1400 | PO Box 1298 | Trenton | NJ | 08607-1298 | | 609-392-2100 | jposta@sternslaw.com jspecf@sternslaw.com | Counsel to Doosan Infracore America Corp. |
| Stevens & Lee, P.C. | Chester B. Salomon, Esq. Constantine D. Pourakis, Esq. | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-319-8500 | cs@stevenslee.com cp@stevenslee.com | Counsel to Tonolli Canada Ltd.; VJ Technologies, Inc. and V.J. ElectroniX, Inc. |
| Stinson Morrison Hecker LLP | Mark A. Shaiken | 1201 Walnut Street | | Kansas City | MO | 64106 | | 816-842-8600 | mshaiken@stinsonmoheck.com | Counsel to Thyssenkrupp Waupaca, Inc. and Thyssenkrupp Stahl Company |
| Stites & Harbison PLLC | Madison L. Cashman | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | robert.goodrich@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison PLLC | Robert C. Goodrich, Jr. | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | madison.cashman@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison, PLLC | W. Robinson Beard, Esq. | 400 West Market Street | | Louisville | KY | 40202 | | 502-681-0448 502-587-3400 | wbeard@stites.com loucourtsum@stites.com | Counsel to WAKO Electronics (USA), Inc.,Ambrake Corporation, and Akebona Corporation (North America) |
| Stutman Treister & Glatt Professional Corporation | Christine M. Pajak Eric D. Goldberg Isaac M. Pachulski Esq Jeffrey H Davidson Esq | 1901 Avenue of the Stars | 12th Floor | Los Angeles | CA | 90067 | | 310-228-5600 | cpajak@stutman.com egoldberg@stutman.com ipachulski@stutman.com jdavidson@stutman.com | Counsel to CR Intrinsic Investors, LLC, Elliot Associates, L.P., Highland Capital Management, L.P. |
| Taft, Stettinius & Hollister LLP | Richard L .Ferrell | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202-3957 | | 513-381-2838 | ferrell@taftlaw.com | Counsel to Wren Industries, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 20 of 22

11/17/2008 3:25 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Taft, Stettinius & Hollister LLP | W Timothy Miller Esq | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202 | | 513-381-2838 | miller@taftlaw.com | Counsel to Select Industries Corporation and Gobar Systems, Inc. |
| Teitelbaum & Baskin LLP | Jay Teitelbaum Ron Baskin | 3 Barker Avenue | 3rd Floor | White Plains | NY | 10601 | | 914-437-7670 | jteitelbaum@tblawllp.com rbaskin@tblawllp.com | Counsel to Mary H. Schaefer |
| Tennessee Department of Revenue | Marvin E. Clements, Jr. | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 | | 615-532-2504 | agbanknewyork@ag.tn.gov | Tennesse Department of Revenue |
| Terra Law LLP | David B. Draper | 60 S. Market Street | Suite 200 | San Jose | CA | 95113 | | 408-299-1200 | ddraper@terra-law.com | Counsel to Maxim Integrated Products, Inc. |
| Thacher Proffitt & Wood LLP | Jonathan D. Forstot | Two World Financial Center | | New York | NY | 10281 | | 212-912-7679 | jforstot@tpw.com | Counsel to TT Electronics, Plc |
| Thacher Proffitt & Wood LLP | Louis A. Curcio | Two World Financial Center | | New York | NY | 10281 | | 212-912-7607 | lcurcio@tpw.com | Counsel to TT Electronics, Plc |
| The Furukawa Electric Co., Ltd. | Mr. Tetsuhiro Niizeki | 6-1 Marunouchi | 2-Chrome, Chiyoda-ku | Tokyo | Japan | 100-8322 | | | niizeki.tetsuhiro@furukawa.co.jp | Legal Department of The Furukawa Electric Co., Ltd. |
| The Timpken Corporation BIC - 08 | Robert Morris | 1835 Dueber Ave. SW | PO Box 6927 | Canton | OH | 44706-0927 | | 330-438-3000 | robert.morris@timken.com | Representative for Timken Corporation |
| Thelen Reid Brown Raysman & Steiner LLP | Marcus O. Colabianchi | 101 Second St Ste 1800 | | San Francisco | CA | 94105-3606 | | 415-369-7301 | mcolabianchi@thelen.com | Counsel to Oki Semiconductor Company |
| Thompson & Knight | Rhett G. Cambell | 333 Clay Street | Suite 3300 | Houston | TX | 77002 | | 713-654-1871 | rhett.campbell@tklaw.com | Counsel to STMicroelectronics, Inc. |
| Thompson & Knight LLP | Ira L. Herman | 919 Third Avenue | 39th Floor | New York | NY | 10022-3915 | | 212-751-3045 | ira.herman@tklaw.com | Counsel to Victory Packaging |
| Thompson & Knight LLP | John S. Brannon | 1700 Pacific Avenue | Suite 3300 | Dallas | TX | 75201-4693 | | 214-969-1505 | john.brannon@tklaw.com | Counsel to Victory Packaging |
| Thompson Coburn Fagel Haber | Lauren Newman | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | | 312-346-7500 | lnewman@tcfhlaw.com | Counsel to Aluminum International, Inc. |
| Thompson Coburn LLP d/b/a Thompson Coburn Fagel Haber | Dennis E. Quaid Esq | 55 E Monroe 40th Fl | | Chicago | IL | 60603 | | 312-580-2215 | dquaid@tcfhlaw.com efiledocketgroup@fagelhaber.com | Counsel for Penn Aluminum International Inc |
| Thurman & Phillips, P.C. | Ed Phillips, Jr. | 8000 IH 10 West | Suite 1000 | San Antonio | TX | 78230 | | 210-341-2020 | ephillips@thurman-phillips.com | Counsel to Royberg, Inc. d/b/a Precision Mold & Tool and d/b/a Precision Mold and Tool Group |
| TI Group Automotive Systms LLC | Timothy M. Guerriero | 12345 E Nine Mile Rd | | Warren | MI | 48089 | | 586-755-8066 | tguerriero@us.tiauto.com | General Counsel and Company Secretary to TI Group Automotive Systems LLC |
| Todd & Levi, LLP | Jill Levi, Esq. | 444 Madison Avenue | Suite 1202 | New York | NY | 10022 | | 212-308-7400 | jlevi@toddlevi.com | Counsel to Bank of Lincolnwood |
| Tyler, Cooper & Alcorn, LLP | W. Joe Wilson | City Place | 35th Floor | Hartford | CT | 06103-3488 | | 860-725-6200 | jwilson@tylercooper.com | Counsel to Barnes Group, Inc. |
| U.S. Department of Justice | Matthew L Schwartz Joseph N Cordaro | Assistant United States Attorneys | 86 Chambers Street 3rd Fl | New York | NY | 10007 | | 212-637-1945 | matthew.schwartz@usdoj.gov | Counsel to Enviromental Protection Agency; Internal Revenue Service; Department of Health and Human Services; and Customs and Border Protection |
| Underberg & Kessler, LLP | Helen Zamboni | 300 Bausch & Lomb Place | | Rochester | NY | 14604 | | 585-258-2800 | hzamboni@underbergkessler.com | Counsel to McAlpin Industries, Inc. |
| Union Pacific Railroad Company | Mary Ann Kilgore | 1400 Douglas Street | MC 1580 | Omaha | NE | 68179 | | 402-544-4195 | mkilgore@UP.com | Counsel to Union Pacific Railroad Company |
| United Steel, Paper and Forestry, Rubber, Manufacturing, Energy | Allied Industrial and Service Workers, Intl Union (USW), AFL-CIO | David Jury, Esq. | Five Gateway Center Suite 807 | Pittsburgh | PA | 15222 | | 412-562-2546 | djury@usw.org | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Vorys, Sater, Seymour and Pease LLP | Tiffany Strelow Cobb | 52 East Gay Street | | Columbus | OH | 43215 | | 614-464-8322 | tscobb@vorys.com | Counsel to America Online, Inc. and its Subsidiaries and Affiliates |
| Wachtell, Lipton, Rosen & Katz | Emil A. Kleinhaus | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | EAKleinhaus@wlrk.com | Counsel to Capital Research and Management Company |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 21 of 22

11/17/2008 3:25 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Wachtell, Lipton, Rosen & Katz | Richard G. Mason | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | RGMason@wlrk.com | Counsel to Capital Research and Management Company |
| Waller Lansden Dortch & Davis, PLLC | David E. Lemke, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | david.lemke@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Waller Lansden Dortch & Davis, PLLC | Robert J. Welhoelter, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | robert.welhoelter@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Warner Norcross & Judd LLP | Gordon J. Toering | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2185 | gtoering@wnj.com | Counsel to Robert Bosch Corporation; Counsel to Daewoo International Corp and Daewoo International (America) Corp |
| Warner Norcross & Judd LLP | Michael G. Cruse | 2000 Town Center | Suite 2700 | Southfield | MI | 48075 | | 248-784-5131 | mcruse@wnj.com | Counsel to Compuware Corporation |
| Warner Norcross & Judd LLP | Stephen B. Grow | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2158 | growsb@wnj.com | Counsel to Behr Industries Corp. |
| Weinstein, Eisen & Weiss LLP | Aram Ordubegian | 1925 Century Park East | #1150 | Los Angeles | CA | 90067 | | 310-203-9393 | aordubegian@weineisen.com | Counsel to Orbotech, Inc. |
| Weltman, Weinberg & Reis Co., L.P.A. | Geoffrey J. Peters | 175 South Third Street | Suite 900 | Columbus | OH | 43215 | | 614-857-4326 | gpeters@weltman.com | Counsel to Seven Seventeen Credit Union |
| White & Case LLP | Glenn Kurtz Gerard Uzzi Douglas Baumstein | 1155 Avenue of the Americas | | New York | NY | 10036-2787 | | 212-819-8200 | gkurtz@ny.whitecase.com guzzi@whitecase.com dbaumstein@ny.whitecase.com | Counsel to Appaloosa Management, LP |
| White & Case LLP | Thomas Lauria Frank Eaton | Wachovia Financial Center | 200 South Biscayne Blvd., Suite 4900 | Miami | FL | 33131 | | 305-371-2700 | tlauria@whitecase.com featon@miami.whitecase.com | Counsel to Appaloosa Management, LP |
| Whyte, Hirschboeck Dudek S.C. | Bruce G. Arnold | 555 East Wells Street | Suite 1900 | Milwaukee | WI | 53202-4894 | | 414-273-2100 | barnold@whdlaw.com | Counsel to Schunk Graphite Technology |
| Wickens Herzer Panza Cook & Batista Co | James W Moennich Esq | 35765 Chester Rd | | Avon | OH | 44011-1262 | | 440-930-8000 | jmoennich@wickenslaw.com | Counsel for Delphi Sandusky ESOP |
| Winthrop Couchot Professional Corporation | Marc. J. Winthrop | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | winthrop@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Winthrop Couchot Professional Corporation | Sean A. O'Keefe | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | sokeefe@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Womble Carlyle Sandridge & Rice, PLLC | Allen Grumbine | 550 South Main St | | Greenville | SC | 29601 | | 864-255-5402 | agrumbine@wcsr.com | Counsel to Armacell |
| Woods Oviatt Gilman LLP | Ronald J. Kisinski | 700 Crossroads Bldg | 2 State St | Rochester | NY | 14614 | | 585-362-4514 | rkisicki@woodsoviatt.com | |
| Zeichner Ellman & Krause LLP | Peter Janovsky | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | pjanovsky@zeklaw.com | Counsel to Toyota Tsusho America, Inc. and Karl Kufner, KG aka Karl Kuefner, KG |
| Zeichner Ellman & Krause LLP | Stuart Krause | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | skrause@zeklaw.com | Counsel to Toyota Tsusho America, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 22 of 22

11/17/2008 3:25 PM
Email (400)

# EXHIBIT C

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|-------|------------------|
| Angelo, Gordon & Co. | Leigh Walzer | 245 Park Avenue | 26th Floor | New York | NY | 10167 | 212-692-8251 | |
| APS Clearing, Inc. | Andy Leinhoff Matthew Hamilton | 1301 S. Capital of Texas Highway | Suite B-220 | Austin | TX | 78746 | 512-314-4416 | Counsel to APS Clearing, Inc. |
| Bingham McHale LLP | John E Taylor Michael J Alerding | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | 317-635-8900 | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |
| DaimlerChrysler Corporation | Kim Kolb | CIMS 485-13-32 | 1000 Chrysler Drive | Auburn Hills | MI | 48326-2766 | 248-576-5741 | Counsel to DaimlerChrysler Corporation; DaimlerChrylser Motors Company, LLC; DaimlerChrylser Canada, Inc. |
| Eckert Seamans Cherin & Mellott LLC | Michael G. Busenkell | 300 Delaware Avenue | Suite 1360 | Wilmington | DE | 19801 | 302-425-0430 | Counsel to Chicago Miniature Optoelectronic Technologies, Inc. |
| Gratz, Miller & Brueggeman, S.C. | Timothy C. Hall | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | 414-271-4500 | Counsel to International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Jason, Inc. | Beth Klimczak, General Counsel | 411 E. Wisconsin Ave | Suite 2120 | Milwaukee | WI | 53202 | | General Counsel to Jason Incorporated |
| Nix, Patterson & Roach, L.L.P. | Bradley E. Beckworth | 205 Linda Drive | | Daingerfield | TX | 75638 | 903-645-7333 | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Nix, Patterson & Roach, L.L.P. | Jeffrey J. Angelovich | 205 Linda Drive | | Daingerfield | TX | 75638 | 903-645-7333 | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Nix, Patterson & Roach, L.L.P. | Susan Whatley | 205 Linda Drive | | Daingerfield | TX | 75638 | 903-645-7333 | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Norris, McLaughlin & Marcus | Elizabeth L. Abdelmasieh, Esq | 721 Route 202-206 | P.O. Box 1018 | Somerville | NJ | 08876 | 908-722-0700 | Counsel to Rotor Clip Company, Inc. |
| Paul, Weiss, Rifkind, Wharton & Garrison | Curtis J. Weidler | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | 212-373-3157 | Counsel to Ambrake Corporation; Akebono Corporation |
| Paul, Weiss, Rifkind, Wharton & Garrison | Justin G. Brass | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | 212-373-3000 | Counsel to Merrill Lynch, Pierce, Fenner & Smith, Incorporated |
| Pepper, Hamilton LLP | Linda J. Casey | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | 215-981-4000 | Counsel to SKF USA, Inc. |
| Professional Technologies Services | John V. Gorman | P.O. Box #304 | | Frankenmuth | MI | 48734 | 989-385-3230 | Corporate Secretary for Professional Technologies Services |
| Republic Engineered Products, Inc. | Joseph Lapinsky | 3770 Embassy Parkway | | Akron | OH | 44333 | 330-670-3004 | Counsel to Republic Engineered Products, Inc. |
| Ropers, Majeski, Kohn & Bentley | Christopher Norgaard | 515 South Flower Street | Suite 1100 | Los Angeles | CA | 90071 | 213-312-2000 | Counsel to Brembo S.p.A; Bibielle S.p.A.; AP Racing |
| Ropes & Gray LLP | Gregory O. Kaden | One International Place | | Boston | MA | 02110-2624 | 617-951-7000 | Attorneys for D-J, Inc. |
| Sachnoff & Weaver, Ltd | Charles S. Schulman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | 312-207-1000 | Counsel to Infineon Technologies North America Corporation |
| Schafer and Weiner PLLC | Max Newman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | 248-540-3340 | Counsel to Dott Industries, Inc. |
| Shipman & Goodwin LLP | Jennifer L. Adamy | One Constitution Plaza | | Hartford | CT | 06103-1919 | 860-251-5811 | Counsel to Fortune Plastics Company of Illinois, Inc.; Universal Metal Hose Co., |
| Sony Electronics Inc. | Lloyd B. Sarakin - Chief Counsel, Finance and Credit | 1 Sony Drive | MD #1 E-4 | Park Ridge | NJ | 07656 | 201-930-7483 | Counsel to Sony Electronics, Inc. |
| Squire, Sanders & Dempsey L.L.P. | Eric Marcks | One Maritime Plaza | Suite 300 | San Francisco | CA | 94111-3492 | | Counsel to Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| Steinberg Shapiro & Clark | Mark H. Shapiro | 24901 Northwestern Highway | Suite 611 | Southfield | MI | 48075 | 248-352-4700 | Counsel to Bing Metals Group, Inc.; Gentral Transport International, Inc.; Crown Enerprises, Inc.; Economy Transport, Inc.; Logistics Insight Corp (LINC); Universal Am-Can, Ltd.; Universal Truckload Services, Inc. |
| Thaler & Gertler LLP | Andrew M. Thaler Esq | 90 Merrick Ave Ste 400 | | East Meadow | NY | 11554 | 516-228-3533 | Co-Counsel for David Gargis, Jimmy Mueller, and D. Keith Livingston |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

11/17/2008 3:25 PM
US Mail (31)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|-------|------------------|
| Thelen Reid Brown Raysman & Steiner LLP | David A. Lowenthal | 875 Third Avenue | | New York | NY | 10022 | 212-603-2000 | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation and Oki Semiconductor Company |
| Togut, Segal & Segal LLP | Albert Togut, Esq. | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | Conflicts counsel to Debtors |
| Vorys, Sater, Seymour and Pease LLP | Robert J. Sidman, Esq. | 52 East Gay Street | P.O. Box 1008 | Columbus | OH | 43216-1008 | 614-464-6422 | |
| Warner Stevens, L.L.P. | Michael D. Warner | 301 Commerce Street | Suite 1700 | Fort Worth | TX | 76102 | 817-810-5250 | Counsel to Electronic Data Systems Corp. and EDS Information Services, L.L.C. |
| Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP | Lei Lei Wang Ekvall | 650 Town Center Drive | Suite 950 | Costa Mesa | CA | 92626 | 714-966-1000 | Counsel to Toshiba America Electronic Components, Inc. |
| WL Ross & Co., LLC | Stephen Toy | 1166 Avenue of the Americas | | New York | NY | 10036-2708 | 212-826-1100 | Counsel to WL. Ross & Co., LLC |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

11/17/2008 3:25 PM
US Mail (31)

# EXHIBIT D

**Hearing Date And Time: December 17, 2008 at 10:00 a.m. (prevailing Eastern time)**
**Response Date And Time: December 10, 2008 at 4:00 p.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti
Thomas J. Matz

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -  -  x
    :
    In re           :    Chapter 11
    :
DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
    :
    :    (Jointly Administered)
    Debtors.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

DEBTORS' THIRTY-SECOND OMNIBUS OBJECTION PURSUANT TO
11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 REGARDING
(A) ASSERTED AMOUNT CLAIMS, (B) CLAIMS SUBJECT TO
MODIFICATION, AND (C) CLAIMS TO BE EXPUNGED

("THIRTY-SECOND OMNIBUS CLAIMS OBJECTION")

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"),

hereby submit this Thirty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed.

R. Bankr. P. 3007 Regarding (A) Asserted Amount Claims, (B) Claims Subject To Modification,

And (C) Claims To Be Expunged (the "Thirty-Second Omnibus Claims Objection" or the

"Objection"), and respectfully represent as follows:

<div align="center">Background</div>

A.    The Chapter 11 Filings

1.    On October 8 and 14, 2005, the Debtors filed voluntary petitions in this

Court for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C.

§§ 101-1330, as then amended (the "Bankruptcy Code").  The Debtors continue to operate their

businesses and manage their properties as debtors-in-possession under Bankruptcy Code sections

1107(a) and 1108.  This Court has ordered joint administration of these cases.

2.    No trustee or examiner has been appointed in these cases.  On October 17,

2005, the Office of the United States Trustee (the "U.S. Trustee") appointed an official

committee of unsecured creditors.  On April 28, 2006, the U.S. Trustee appointed an official

committee of equity holders (together with the official committee of unsecured creditors, the

"Statutory Committees").

3.    On December 10, 2007, the Debtors filed the First Amended Joint Plan Of

Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-

Possession (Docket No. 11386) (the "Plan") and the First Amended Disclosure Statement with

respect to the Plan (Docket No. 11388) (the "December 10 Disclosure Statement").  The Court

entered an order approving the adequacy of the Disclosure Statement and granting the related

<div align="center">2</div>

solicitation procedures motion on December 10, 2007 (Docket No. 11389).  On January 25, 2008, the Court entered an order confirming the Plan (as modified) (Docket No. 12359) (the "Confirmation Order"), and the order became final on February 4, 2008.  Although the Debtors on April 4, 2008 had satisfied the conditions required to substantially consummate the Plan, as confirmed by this Court (the "Confirmed Plan"), including obtaining $6.1 billion of exit financing, Delphi's Plan Investors (as defined in the Confirmed Plan) refused to participate in a closing that was commenced but not completed and refused to fund their Investment Agreement (as defined in the Confirmed Plan) with Delphi.  On May 16, 2008, Delphi filed complaints for damages and specific performance against the Plan Investors and related parties who refused to honor their equity financing commitments and refused to participate in the closing that would have led to Delphi's successful emergence from chapter 11.  On October 3, 2008, the Debtors filed a motion (Docket No. 14310) (the "Plan Modification Approval Motion") under 11 U.S.C. § 1127 for an order approving (i) certain modifications to the Confirmed Plan and related modifications to the December 10 Disclosure Statement and (ii) related procedures for re-soliciting votes on the Confirmed Plan, as modified.  However, given the current crisis in the global debt and equity markets, the Debtors plan to continue the hearing on the Plan Modification Motion pending further discussions with emergence capital funding parties and an assessment of which supplemental plan modifications are warranted in the current conditions to enable the Debtors can emerge from chapter 11 as soon as practicable.

    4.    This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding under 28 U.S.C. § 157(b)(2).

5.    The statutory predicates for the relief requested herein are sections 502(b) of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

B.    Current Business Operations Of The Debtors

6.    Delphi and its subsidiaries and affiliates (collectively, the "Company") as of December 31, 2007 had global net sales of $22.3 billion and global assets of approximately $13.7 billion.[1]  At the time of its chapter 11 filing, Delphi ranked as the fifth largest public company business reorganization in terms of revenues and the thirteenth largest public company business reorganization in terms of assets.  Delphi's non-U.S. subsidiaries are not chapter 11 debtors and have continued their business operations without supervision from the Court.[2]

7.    The Company is a leading global technology innovator with significant engineering resources and technical competencies in a variety of disciplines, and is one of the largest global suppliers of vehicle electronics, transportation components, integrated systems and modules, and other electronic technology.  The Company supplies products to nearly every major global automotive original equipment manufacturer ("OEM").

8.    Delphi was incorporated in Delaware in 1998 as a wholly owned subsidiary of General Motors Corporation ("GM").  Prior to January 1, 1999, GM conducted the Company's business through various divisions and subsidiaries.  Effective January 1, 1999, the

---

[1]    The aggregated financial data used herein generally consists of consolidated information from Delphi and its worldwide subsidiaries and affiliates as disclosed in the Company's Form 10-K filed on February 19, 2008.

[2]    On March 20, 2007, Delphi Automotive Systems Espana S.L. ("DASE"), whose sole operation is a non-core automotive component plant in Cadiz, Spain, filed a "Concurso" application for a Spanish insolvency proceeding, which was approved by the Spanish court on April 13, 2007.  On July 4, 2007, DASE, its Concurso receivers, and the Cadiz workers councils and unions reached a settlement on a social plan, the funding of which was approved by this Court on July 19, 2007.  The Spanish court approved the social plan on July 31, 2007.  The Concurso proceeding is consistent with Delphi's transformation plan to optimize its manufacturing footprint and to lower its overall cost structure.

assets and liabilities of these divisions and subsidiaries were transferred to the Company in

accordance with the terms of a Master Separation Agreement between Delphi and GM.  In

connection with these transactions, Delphi accelerated its evolution from a North American-

based, captive automotive supplier to a global supplier of components, integrated systems, and

modules for a wide range of customers and applications.  Although GM is still the Company's

single largest customer, today more than half of Delphi's revenue is generated from non-GM

sources.

C.    Events Leading To The Chapter 11 Filing

9.    In the first two years following Delphi's separation from GM, the

Company generated approximately $2 billion in net income.  Every year thereafter, however,

with the exception of 2002, the Company has suffered losses.  In calendar year 2004, the

Company reported a net loss of approximately $4.8 billion on $28.6 billion in net sales.[3]

Reflective of a continued downturn in the marketplace, in 2005 Delphi incurred net losses of

approximately $2.4 billion on net sales of $26.9 billion.  Moreover, in 2006 the Debtors incurred

a net loss of $5.5 billion, $3.0 billion of which comprised charges related to the U.S. employee

special attrition programs, and in 2007, the Debtors incurred a net loss of $3.1 billion.

10.    The Debtors believe that the Company's financial performance

deteriorated because of (i) increasingly unsustainable U.S. legacy liabilities and operational

restrictions preventing the Debtors from exiting non-profitable, non-core operations, all of which

had the effect of creating largely fixed labor costs, (ii) a competitive U.S. vehicle production

environment for domestic OEMs resulting in the reduced number of motor vehicles that GM

---

[3]    Reported net losses in calendar year 2004 reflect a $4.1 billion tax charge, primarily related to the recording of a
valuation allowance on U.S. deferred tax assets as of December 31, 2004.  The Company's net operating loss in
calendar year 2004 was $482 million.

produces annually in the United States and related pricing pressures, and (iii) increasing

commodity prices.

11.    In light of these factors, the Company determined that it would be

imprudent and irresponsible to defer addressing and resolving its U.S. legacy liabilities, product

portfolio, operational issues, and forward-looking revenue requirements.  Because discussions

with its major stakeholders had not progressed sufficiently by the end of the third quarter of 2005,

the Company commenced these chapter 11 cases for its U.S. businesses to complete its

transformation plan and preserve value for its stakeholders.

D.    The Debtors' Transformation Plan

12.    On March 31, 2006, the Company outlined the key tenets of a

transformation plan that it believed would enable it to return to stable, profitable business

operations.  The Debtors stated that they needed to focus on five key areas: first, modifying the

Company's labor agreements to create a competitive arena in which to conduct business; second,

concluding their negotiations with GM to finalize GM's financial support for the Debtors' legacy

and labor costs and to ascertain GM's business commitment to the Company; third, streamlining

their product portfolio to capitalize on their world-class technology and market strengths and

make the necessary manufacturing alignment with their new focus; fourth, transforming their

salaried workforce to ensure that the Company's organizational and cost structure is competitive

and aligned with its product portfolio and manufacturing footprint; and fifth, devising a workable

solution to their pension situation.

E.    Plan Confirmation And Postconfirmation Matters

13.    The Confirmed Plan is based upon a series of global settlements and

compromises that involve nearly every major constituency in the Debtors' reorganization cases,

including Delphi's labor unions and GM.  After the Plan was confirmed, the Debtors focused

their efforts on satisfying the conditions for the Confirmed Plan to become effective.  On April 4,

2008, having satisfied those conditions, the Debtors began a formal closing process attended by

representatives of GM, the exit lenders, and the Statutory Committees.  The Plan Investors,

however, refused to participate in the closing or fund their obligations under the Investment

Agreement.  Following April 4, the Debtors nevertheless continued working with their

stakeholders to evaluate their options to move forward with emerging from chapter 11 as soon as

reasonably practicable.

14.    On September 12, 2008, Delphi announced steps that it was taking to

complete the successful restructuring of its U.S. operations, transformation of the company on a

global basis, and emergence from chapter 11.  Those steps included implementing amended,

comprehensive settlement agreements with GM, taking action to fund and preserve Delphi's

hourly and salaried pension plans, and completing the reaffirmation process for Delphi's August

2008 Reaffirmed Plan Of Reorganization Business Plan.

15.    Concurrently with the announcement on September 12, 2008, the Debtors

filed a motion for approval of two comprehensive agreements with GM: the Amended and

Restated Global Settlement Agreement (the "Amended GSA") and the Amended and Restated

Master Restructuring Agreement (the "Amended MRA").  On September 26, 2008, this Court

entered an order authorizing the Debtors' implementation of the Amended GSA and the

Amended MRA, the provisions of which became effective on September 29, 2008.

16.    Through the Amended GSA and Amended MRA, the Debtors addressed

two fundamental tenets of their Transformation Plan: (i) obtaining financial support from GM for

certain of Delphi's legacy and labor costs and GM's business commitments to Delphi going

forward and (ii) devising a workable solution to Delphi's pension funding situation.  Under the

7

Amended GSA and Amended MRA, GM agreed to contribute substantial additional value to the Debtors and eliminate significant elements of conditionality to the performance of GM's obligations.  Delphi estimates the value of the net consideration received under the Amended GSA and Amended MRA to be approximately $10.6 billion (increased from approximately $6.0 billion under the Original GSA and Original MRA), which includes an increase of nearly $2 billion in connection with the amount of Delphi's net hourly pension liabilities transferred and to be transferred to GM pursuant to section 414(l) of the Internal Revenue Code (increased from $1.5 billion under the Original GSA to approximately $3.4 billion under the Amended GSA).  As part of the approval process of the Amended GSA and Amended MRA, Delphi, GM, and the Creditors' Committee negotiated a consensual first amendment to the Amended GSA which sets forth the circumstances under which GM would allocate a portion of its recovery to unsubordinated general unsecured creditors.

17.     Through the transfer of pension assets and liabilities to GM described above and the freezing of Delphi's hourly pension plan (which was also approved as part of the Amended GSA with the consent of Delphi's U.S. unions), Delphi has substantially achieved its pension funding strategy objectives for hourly employees.  In addition, on  September 23, 2008, this Court entered an order authorizing the Debtors to take certain actions with respect to certain of its pension plans and to implement replacement pension plans (the "Pension Order").  With respect to its salaried employees, pursuant to the Pension Order, on September 30, 2008, Delphi froze the applicable salaried pension plans and implemented replacement plans that will be more cost-effective for the remainder of their chapter 11 cases and after emergence from chapter 11.

18.     As a result of all the factors described above, the Debtors were able to formulate certain modifications to the Confirmed Plan, which are set forth in the Plan

Modification Approval Motion filed on October 3, 2008, and which are currently under review in light of the current condition of the global capital markets and global automotive industry.

19.    Upon the conclusion of the reorganization process, the Debtors expect to emerge as a stronger, more financially sound business with viable U.S. operations that are well-positioned to advance global enterprise objectives.  In the meantime, Delphi will marshal all of its resources to continue to deliver high-quality products to its customers globally.  Additionally, the Company will seek to preserve and continue the strategic growth of its non-U.S. operations and maintain its prominence as the world's premier auto supplier.

F.    Bar Date, Proofs Of Claim, And Omnibus Claims Objections

20.    On April 12, 2006, this Court entered an Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof (Docket No. 3206) (the "Bar Date Order").  Among other things, the Bar Date Order established July 31, 2006 (the "Bar Date") as the last date for all persons and entities holding or wishing to assert "Claims," as such term is defined in 11 U.S.C. § 101(5) (each, a "Claim"), against a Debtor (collectively, the "Claimants") to file a proof of claim with respect to each such Claim.

21.    On or prior to April 20, 2006, Kurtzman Carson Consultants LLC, the claims and noticing agent in these cases (the "Claims Agent"), provided notice of the Bar Date by mailing a notice of Bar Date approved by this Court (the "Bar Date Notice"), together with a proof of claim form, to (a) the persons or entities set forth in the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed with this Court on January 20, 2006 (and subsequently amended on February 1, 2006 and April 18, 2006) (collectively, the "Schedules and Statements") and (b) the persons and entities included in the notice database compiled by the

9

Debtors, but not listed on any of the Schedules and Statements.  In total, the Debtors provided

Bar Date Notices to more than 500,000 persons and entities.

22.    In addition, the Debtors published the Bar Date Notice in the New York

Times (National Edition), the Wall Street Journal (National, European, and Asian Editions),

USA Today (Worldwide Edition), the Automotive News (National Edition), and in local editions

of the following publications: the Adrian Daily Telegram, the Arizona Daily Star, the Buffalo

News, the Chicago Sun Times, the Clinton News, the Columbia Dispatch, the Daily Leader,

Dayton Daily News, the Detroit Free Press, the El Paso Times, the Fitzgerald Herald Leader, the

Flint Journal, the Gadsden Times, the Grand Rapids Press, the Greenville News, the Indianapolis

Star, the Kansas City Star, the Kokomo Tribune, the Lansing State Journal, the Laurel Leader,

the Los Angeles Daily News, the Milwaukee Journal Sentinel, the Mobile Beacon, the Mobile

Register, the Oakland Press, the Olathe Daily News, the Rochester Democrat and Chronicle, the

Saginaw News, the Sandusky Register, the Tribune Chronicle, the Tulsa World, the Tuscaloosa

News, and The Vindicator, and electronically through posting on the Delphi Legal Information

Website, www.delphidocket.com, on or before April 24, 2006.

23.    Approximately 16,825 proofs of claim (the "Proofs of Claim") have been

filed against the Debtors in these cases.  The Debtors have filed 31 omnibus Claims objections,[4]

pursuant to which this Court has disallowed and expunged 9,747 Claims and modified

---

[4]    The Debtors filed Claims objections on September 19, 2006 (Docket No. 5151), October 31, 2006 (Docket Nos. 5451 and 5452), December 8, 2006 (Docket Nos. 6099 and 6100), January 12, 2007 (Docket Nos. 6571 and 6585), February 15, 2007  (Docket Nos. 6962 and 6968), March 16, 2007 (Docket Nos. 7300 and 7301), April 27, 2007 (Docket Nos. 7824 and 7825), May 22, 2007 (Docket Nos. 7998 and 7999), June 15, 2007 (Docket Nos. 8270 and 8271), July 13, 2007 (Docket Nos. 8616 and 8617), August 24, 2007 (Docket No. 9151), September 21, 2007 (Docket No. 9535), October 26, 2007 (Docket No. 10738), November 19, 2007 (Docket No. 10982), December 21, 2007 (Docket No. 11588), January 18, 2008 (Docket No. 12288), February 15, 2008 (Docket Nos. 12686 and 12687), March 27, 2008 (Docket Nos. 13269 and 13270), June 27, 2008 (Docket No. 13823), and October 17, 2008 (Docket No. 14349).

approximately 3,735 Claims.  In addition, the hearings with respect to approximately 388 Claims

remain adjourned pursuant to the Claims Objection Procedures Order (as defined below).

          24.     On October 31, 2006, the Debtors filed the Motion For Order Pursuant To

11 U.S.C. §§ 502(b) And 502(c) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007,

And 9014 Establishing (i) Dates For Hearings Regarding Disallowance Or Estimation Of Claims

And (ii) Certain Notices And Procedures Governing Hearings Regarding Disallowance Or

Estimation Of Claims (Docket No. 5453), in which the Debtors requested this Court, among

other things, to approve certain procedures for contested claim objections.  On December 7, 2006,

the Court entered the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m),

3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding

Objections To Claims And (ii) Certain Notices And Procedures Governing Objections to Claims

(Docket No. 6089) (the "Claims Objection Procedures Order").

          25.     On November 30, 2007, the Debtors filed the Motion Under New

Bankruptcy Rule 3007(c) And 11 U.S.C. § 105(a) For Order Authorizing Debtors To Continue

Claims Objection Procedures Under Order Dated December 7, 2006 Pursuant To 11 U.S.C. §

502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I)

Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures

Governing Objections To Claims (Docket No. 11187).  In that motion, the Debtors requested this

Court, among other things, to authorize the Debtors to continue certain of their current practices

and procedures for filing and serving notice of omnibus Claims objections pursuant to the Claims

Objection Procedures Order, including omnibus Claims objections to more than 100 Claims.  On

December 20, 2007, this Court granted this relief by entering the Order Under New Bankruptcy

Rule 3007 And 11 U.S.C. § 105(a) Authorizing Debtors To Continue Claims Objection

11

Procedures Under Order Dated December 7, 2006 Pursuant To 11 U.S.C. § 502(b) And Fed. R.

Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings

Regarding Objections To Claims And (II) Certain Notices And Procedures Governing

Objections To Claims (Docket No. 11561).

26.     In this Objection, the Debtors are objecting to 176 Proofs of Claim, all of

which are set forth on Exhibit G hereto in alphabetical order by claimant and cross-referenced by

proof of claim number and basis of objection.

<div align="center">Relief Requested</div>

27.     By this Objection, the Debtors seek entry of an order pursuant to section

502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 allowing  the Claims set forth on

Exhibit A because the Debtors have agreed to allow each such Claim at the amount asserted in

the corresponding Proof of Claim.

28.     In addition, the Debtors seek entry of an order pursuant to section 502(b)

of the Bankruptcy Code and Bankruptcy Rule 3007 modifying and allowing the Claims set forth

on Exhibit B hereto because the Debtors have reached a settlement in principle with the holder of

such Claims in the amount set forth on Exhibit B.

29.     Finally, by this Objection, the Debtors seek entry of an order pursuant to

section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 disallowing and expunging (a)

the Claims set forth on Exhibit C-1 hereto as "Claims To Be Expunged" because they are

duplicative of other Claims or have been amended or superseded by later-filed Claims and (b)

the Claims set forth on Exhibit C-2 hereto as "Claims To Be Expunged Pursuant To Settlement"

because the Debtors have reached a settlement in principle with each holder of such Claims that

such Claims should be disallowed and expunged.

Objections To Claims

G.      Asserted Amount Claims

30.     During their Claims review, the Debtors determined that certain Proofs of

Claim filed against the Debtors represent Claims that should be allowed in their asserted amounts

(the "Asserted Amount Claims") because the variance between the dollar amounts for each

Asserted Amount Claim as reflected in the Debtors' books and records and the asserted amount

of each such Claim is de minimis.  Therefore, the Asserted Amount Claims should be allowed at

the amounts asserted in the applicable Proofs of Claim.  Litigation respecting the Asserted

Amount Claims would cause the Debtors to incur additional costs but would yield minimal

benefits for the Debtors and their estates.

31.     Identified on Exhibit A are the Asserted Amount Claims that the Debtors

have identified as Claims that should be allowed at the amount asserted on the corresponding

Proof of Claim.  The Debtors seek to have each of the Asserted Amount Claims allowed in the

corresponding amount listed on Exhibit A.  The Debtors are authorized to seek allowance of each

of the Asserted Amount Claims because either (a) the Claims involve ordinary course

controversies or (b) they have authority to do so under the Amended And Restated Order Under

11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To

Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court

Approval (Docket No. 8401) entered on June 26, 2007 (the "Settlement Procedures Order").

32.     Accordingly, the Debtors seek entry of an order allowing each of the

Asserted Amount Claims at the corresponding amount listed on Exhibit A.

H.      Claims Subject To Modification

33.     During the Debtors' review of the Proofs of Claim, the Debtors determined

that certain Claims state the incorrect amount or are overstated (collectively, the "Claims Subject

13

To Modification").  In reconciling the Claims Subject To Modification, the Debtors, together with the current Claim holders and, as applicable, the original claimants asserting such Claims (the "Claimants"), have reached a settlement in principle with respect to the proper amount and classification of each Claim Subject To Modification as well as the proper Debtor which is liable for each such Claim.

34.    The Debtors, having reached a settlement in principle with each Claimant, seek to convert the amount of each Claim Subject To Modification to a fully liquidated amount agreed to between the Debtors and the Claimant and seek to have such Claim allowed in that agreed-upon amount as an unsecured Claim against the agreed-upon Debtor.

35.    Set forth on Exhibit B is a list of Claims Subject To Modification that the Debtors believe should be modified solely to assert a properly classified, fully liquidated claim amount against a Debtor that, in some instances, may be different from the one identified by the Claimant.  For each Claim Subject To Modification, Exhibit B reflects the amount, classification, and Debtor asserted in the Claimant's Proof of Claim in a column titled "Claim As Docketed."[5] The Debtors and each Claimant now agree that the amount asserted in each Claim Subject To Modification is owed only in the proposed modified dollar amount for the Claim set forth on Exhibit B in a column titled "Claim As Modified," and that the named Debtor identified in that column is the sole obligor on the Claim.

36.    The Debtors object to the amount for each Claim Subject To Modification listed on Exhibit B and request that each such Claim be revised to reflect the amount listed in the "Claim As Modified" column of Exhibit B.  Thus, no Claimant listed on Exhibit B would be entitled to receive a distribution on any Claim Subject To Modification in an amount exceeding

---

[5]    The Asserted Claim Amounts on Exhibit B reflect only asserted liquidated claims.

14

the dollar value listed as the "Modified Total" for such Claim on <u>Exhibit B</u>.  For clarity, <u>Exhibit B</u> refers to a Debtor entity by case number and <u>Exhibit D</u> displays the formal name of the Debtor entity and its associated bankruptcy case number referenced in <u>Exhibit B</u>.

37.    The Debtors are authorized to seek allowance of each of the Claims Subject To Modification because either (a) the Claims involve ordinary course controversies or (b) the Debtors have authority to do so under the Settlement Procedures Order.

38.    Accordingly, the Debtors (a) object to the asserted amount for each Claim Subject To Modification set forth on <u>Exhibit B</u> and (b) seek an order modifying and allowing each Claim Subject To Modification to reflect the Modified Total and, where applicable, the appropriate Debtor as set forth on <u>Exhibit B</u>.

I.    <u>Claims To Be Expunged</u>

39.    During the Debtors' review of the Proofs of Claim, the Debtors determined that certain Proofs of Claim are duplicative of other Claims or have been amended or superseded by later-filed Claims (the "Duplicate Or Amended Claims").  The Debtors have also determined that certain Proofs of Claim assert liabilities or dollar amounts that are not owing as a result of settlements in principle with the holders of such Claims (the "Claims To Be Expunged Pursuant To Settlement").

(a)    <u>Duplicate Or Amended Claims</u>

40.    During the Debtors' review of the Proofs of Claim, the Debtors determined that certain Proofs of Claim in fact assert a duplicate Claim (the "Duplicate Claims") for a single liability.  In such instances, a Duplicate Claim arose when a Claimant filed two Proofs of Claim against the same Debtor entity for the same liability.  In an effort to eliminate the Duplicate Claims, the Debtors reviewed the Proofs of Claim, the supporting documentation provided in

15

those Proofs of Claim, and the Debtors' Schedules and Statements to determine which Duplicate Claim should be the surviving claim.

41.     Additionally, the Debtors determined that certain Claims evidenced by Proofs of Claim were subsequently amended or superseded by other Proofs of Claim filed by creditors with respect to the same liabilities (the "Amended Claims").  For instance, the Amended Claims were filed to (a) amend an amount previously asserted in an earlier Proof of Claim (the "Original Claim") and/or (b) to amend the classification of an earlier Original Claim.

42.     It is axiomatic that creditors are not entitled to multiple recoveries for a single liability against a debtor.  Accordingly, the Debtors wish to eliminate (a) the Duplicate Claims and (b) Original Claims for which Amended Claims were subsequently filed.

43.     Set forth on Exhibit C-1 is a list of Claims that the Debtors have identified as Duplicate Or Amended Claims.  For each Duplicate Or Amended Claim, Exhibit C-1 classifies a Proof of Claim as either a "Claim To Be Expunged" or as a "Surviving Claim."  The current status of each Surviving Claim is set forth on Exhibit C-1.  The Debtors request that each Claim marked as a Claim To Be Expunged on Exhibit C-1 be disallowed and expunged in its entirety.

(b)     Claims To Be Disallowed And Expunged Pursuant To Settlement

44.     During the Debtors' review of the Proofs of Claim, the Debtors determined that certain Proofs of Claim are subject to settlements in principle pursuant to which the Debtors and Claimants have agreed that such Claims should be disallowed and expunged in their entirety. Accordingly, the Debtors wish to eliminate the Claims To Be Expunged Pursuant To Settlement because the Debtors and the claimants asserting such Claims agree that the Claims assert liabilities or dollar amounts that are not owing.

45.     Set forth on Exhibit C-2 is a list of Claims that the Debtors have identified as Claims To Be Expunged Pursuant To Settlement.  The Debtors request that each Claim marked as a Claim To Be Expunged Pursuant To Settlement on Exhibit C-2 be disallowed and expunged in its entirety.

46.     Accordingly, the Debtors (a) object to the Claims To Be Expunged listed on Exhibit C-1 and to the Claims To Be Expunged Pursuant To Settlement listed on Exhibit C-2 and (b) seek entry of an order disallowing and expunging in its entirety each Claim To Be Expunged and each Claim To Be Expunged Pursuant To Settlement In Principle.

Separate Contested Matters

47.     Pursuant to the Claims Objection Procedures Order, to the extent that a response is filed with respect to any Claim listed in this Thirty-Second Omnibus Claims Objection, each such Claim and the objection to such Claim asserted in this Objection will be deemed to constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. Pursuant to the Claims Objection Procedures Order, any order entered by the Court with respect to an objection asserted in this Objection will be deemed a separate order with respect to each Claim.

Releases And Reservation Of Rights

48.     The Debtors expressly reserve the right to amend, modify, or supplement this Thirty-Second Omnibus Claims Objection and to file additional objections to any other Claims (filed or not) which may be asserted against the Debtors, including without limitation the right to object to any Claim not objected to in this Objection on the basis that it has been asserted against the wrong Debtor entity.  Should one or more of the grounds for objection stated in this Objection be dismissed, the Debtors reserve their rights to object on other stated grounds or on

17

any other grounds that the Debtors discover during the pendency of these cases.  In addition, the

Debtors reserve the right to seek further reduction of any Claim to the extent that such Claim has

been paid.

        49.     For each claim the Debtors seek to allow pursuant to this Objection, such

allowance is conditioned upon the following releases and reservations of rights:

    (a)    Without further order of this Court, the Debtors are authorized to offset or reduce the Claim for purposes of distribution to holders of allowed claims entitled to receive distributions under any plan of reorganization of the Debtors by the amount of any cure payments made on account of the assumption, pursuant to section 365 of the Bankruptcy Code, of an executory contract or unexpired lease to which the counterparty associated with the Proof of Claim is a party.

    (b)    To the extent an Asserted Amount Claim set forth on Exhibit A or a Claim Subject To Modification set forth on Exhibit B also incorporates a reclamation demand with respect to which either (i) the Debtors and the Claimant have entered into a letter agreement whereby the Debtors and the Claimant agreed upon the valid amount of the reclamation demand or (ii) the Claimant is deemed to have consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (b)(i) and (ii), each, a "Reclamation Agreement"), the Claimant holding such Claim reserves the right, pursuant to section 503(b) of the Bankruptcy Code, to seek administrative priority status for that portion of the Claim subject to such Reclamation Agreement, subject to the Debtors' right to seek, at any time and notwithstanding a Claimant's agreement to the amount pursuant to the Reclamation Agreement, a judicial determination that certain reserved defenses (the "Reserved Defenses") with respect to the reclamation demand are valid.

    (c)    The allowance of the Claim shall act as an injunction against any "Person" (as that term is defined in 101(41) of the Bankruptcy Code) commencing any action, employment of process, or act to collect, offset, or recover with respect to each such Claim.

    (d)    The allowance of each such Claim subject to this Thirty-Second Omnibus Claims Objection will hereby resolve all of the responses filed by Claimants to prior omnibus claims objections with respect to each such Claim subject to this Thirty-Second Omnibus Claims Objection.

### Responses To Objections

50.    Responses to the Thirty-Second Omnibus Claims Objection are governed by the provisions of the Claims Objection Procedures Order.  The following summarizes the provisions of that Order, but is qualified in all respects by the express terms thereof.

J.    Filing And Service Of Responses

51.    To contest an objection, responses (each, a "Response"), if any, to the Thirty-Second Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 632, New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton), in each case so as to be **received no later than 4:00 p.m. (prevailing Eastern time) on December 10, 2008.**

K.    Contents Of Responses

52.    Every Response to this Thirty-Second Omnibus Claims Objection must contain at a minimum the following:

(a)    the title of the claims objection to which the Response is directed;

(b)    the name of the Claimant and a brief description of the basis for the amount of the Claim;

(c)    a concise statement setting forth the reasons why the Claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which the Claimant will rely in opposing the claims objection;

(d)    unless already set forth in the Proof of Claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that the Claimant need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that the Claimant must disclose to the Debtors all information and provide copies of all documents that the Claimant believes to be confidential, proprietary, or otherwise protected and upon which the Claimant intends to rely in support of its Claim, subject to appropriate confidentiality constraints;

(e)    to the extent that the Claim is contingent or fully or partially unliquidated, the amount that the Claimant believes would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate; and

(f)    the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the claim.

L.    Timely Response Required

53.    If a Response is properly and timely filed and served in accordance with the foregoing procedures, the hearing on the relevant Claims covered by the Response will be adjourned to a future hearing, the date of which will be determined by the Debtors, by serving notice to the Claimant as provided in the Claims Objection Procedures Order.  With respect to all uncontested objections, the Debtors request that this Court conduct a final hearing on December 17, 2008 at 10:00 a.m. (prevailing Eastern time).  The procedures set forth in the Claims Objection Procedures Order will apply to all Responses and hearings arising from this Thirty-Second Omnibus Claims Objection.

54.    Pursuant to the Claims Objection Procedures Order, only those Responses made in writing and timely filed and received will be considered by the Court.  If a Claimant whose Proof of Claim is subject to the Thirty-Second Omnibus Claims Objection and who is served with the Thirty-Second Omnibus Claims Objection fails to file and serve a timely

Response in compliance with the Claims Objection Procedures Order, the Debtors may present to the Court an appropriate order seeking relief with respect to such Claim consistent with the relief sought in the Thirty-Second Omnibus Claims Objection without further notice to the Claimant, provided that, upon entry of such an order, the Claimant will receive notice of the entry of such order as provided in the Claims Objection Procedures Order; provided further, however, that if the Claimant files a timely Response which does not include the required minimum information required by the Claims Objection Procedures Order, the Debtors may seek disallowance and expungement of the relevant Claim or Claims only in accordance with the Claims Hearing Procedures Order.

55.    To the extent that a Claim would be subject to estimation pursuant to section 502(c) of the Bankruptcy Code, if the Claimant has filed a Response in accordance with the procedures outlined above which (a) acknowledges that the Claim is contingent or fully or partially unliquidated and (b) provides the amount that the Claimant believes would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate (the "Claimant's Asserted Estimated Amount"), pursuant to the Claims Objection Procedures Order the Debtors may elect to accept provisionally the Claimant's Asserted Estimated Amount as the estimated amount of such Claim pursuant to section 502(c) of the Bankruptcy Code for all purposes other than allowance, but including voting and establishing reserves for purposes of distribution under a reorganization plan, subject to further objection and reduction as appropriate and section 502(j) of the Bankruptcy Code, by providing notice as described more fully in the Claims Objection Procedures Order.

Replies To Responses

56.    Replies to any Responses will be governed by the Claims Objection

Procedures Order.

Service Of Thirty-Second Omnibus Claims Objection Order

57.    Service of any order with regard to this Thirty-Second Omnibus Claims

Objection will be made in accordance with the Claims Objection Procedures Order.

Further Information

58.    Questions about this Thirty-Second Omnibus Claims Objection or requests

for additional information about the proposed disposition of Claims hereunder should be directed

to the Debtors' counsel by e-mail to delphi@skadden.com, by telephone at 1-800-718-5305, or in

writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100,

Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Questions regarding the amount of a Claim or the filing of a Claim should be directed to the

Claims Agent at 1-888-249-2691 or www.delphidocket.com.  Claimants should not contact the

Clerk of the Bankruptcy Court to discuss the merits of their Claims.

Notice

59.    Notice of this Motion has been provided in accordance with the

Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006,

9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management,

And Administrative Procedures, entered March 20, 2006 (Docket No. 2883), and the Twelfth

Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006,

9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management,

And Administrative Procedures, entered July 23, 2008 (Docket No. 13965).  In light of the nature of the relief requested, the Debtors submit that no other or further notice is necessary.

60.    Pursuant to the Claims Objection Procedures Order, the Debtors will provide each Claimant whose Proof of Claim is subject to an objection pursuant to this Thirty-Second Omnibus Claims Objection with a personalized Notice Of Objection To Claim which specifically identifies the Claimant's Proof of Claim that is subject to an objection and the basis for such objection as well as a copy of the Claims Objection Procedures Order.  A form of the Notice Of Objection To Claim to be sent to the Claimants listed on Exhibits A and B is attached hereto as Exhibit E.  A form of the Notice Of Objection To Claim to be sent to the Claimants listed on Exhibits C-1 and C-2 is attached hereto as Exhibit F.  Claimants will receive a copy of this Thirty-Second Omnibus Claims Objection without Exhibits A through G hereto.  Claimants will nonetheless be able to review Exhibits A through G hereto free of charge by accessing the Debtors' Legal Information Website (www.delphidocket.com).  In light of the nature of the relief requested, the Debtors submit that no other or further notice is necessary.

WHEREFORE the Debtors respectfully request that the Court enter an order (a) granting the relief requested herein and (b) granting the Debtors such other and further relief as is just.

Dated:    New York, New York
          November 14, 2008

                              SKADDEN, ARPS, SLATE, MEAGHER
                                & FLOM LLP

                              By:   /s/ John Wm. Butler, Jr.
                                    John Wm. Butler, Jr.
                                    John K. Lyons
                                    Ron E. Meisler
                              333 West Wacker Drive, Suite 2100
                              Chicago, Illinois 60606

                                    - and -

                              By:   /s/ Kayalyn A. Marafioti
                                    Kayalyn A. Marafioti
                                    Thomas J. Matz
                              Four Times Square
                              New York, New York 10036

                              Attorneys for Delphi Corporation, et al.,
                                Debtors and Debtors-in-Possession

### EXHIBIT A - ASSERTED AMOUNT CLAIMS

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**CLAIM TO BE ALLOWED**

Claim: 16601
Date Filed:  05/15/2007
Docketed Total:     $22,046.54
Filing Creditor Name and Address:
 1ST CHOICE HEATING &
 COOLING INC
 500 WOODWARD AVE STE 3500
 DETROIT, MI 48226

**CLAIM AS DOCKETED**

Claim Holder Name and Address
 1ST CHOICE HEATING & COOLING INC
 500 WOODWARD AVE STE 3500
 DETROIT, MI 48226

Docketed Total:     $22,046.54

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $22,046.54 | | |
| | **$22,046.54** | | |

**CLAIM AS ALLOWED**

Allowed Total:     $22,046.54

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $22,046.54 | | |
| | **$22,046.54** | | |

---

**CLAIM TO BE ALLOWED**

Claim: 1570
Date Filed:  01/17/2006
Docketed Total:     $1,621.57
Filing Creditor Name and Address:
 BELLSOUTH
 TELECOMMUNICATIONS INC
 301 W BAY ST RM 29EF1
 JACKSONVILLE, FL 32202

**CLAIM AS DOCKETED**

Claim Holder Name and Address
 BELLSOUTH
 TELECOMMUNICATIONS INC
 301 W BAY ST RM 29EF1
 JACKSONVILLE, FL 32202

Docketed Total:     $1,621.57

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,621.57 |
| | | | **$1,621.57** |

**CLAIM AS ALLOWED**

Allowed Total:     $1,621.57

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,621.57 |
| | | | **$1,621.57** |

---

**CLAIM TO BE ALLOWED**

Claim: 88
Date Filed:  10/24/2005
Docketed Total:     $5,813.57
Filing Creditor Name and Address:
 CDW COMPUTER CENTERS INC
 PO BOX 5126
 TIMONIUM, MD 21094

**CLAIM AS DOCKETED**

Claim Holder Name and Address
 CDW COMPUTER CENTERS INC
 PO BOX 5126
 TIMONIUM, MD 21094

Docketed Total:     $5,813.57

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $5,813.57 |
| | | | **$5,813.57** |

**CLAIM AS ALLOWED**

Allowed Total:     $5,813.57

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,813.57 |
| | | | **$5,813.57** |

---

\*      See Exhibit D for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

### EXHIBIT A - ASSERTED AMOUNT CLAIMS

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 419<br>Date Filed: 11/08/2005<br>Docketed Total: $132.69<br>Filing Creditor Name and Address:<br>CDW COMPUTER CENTERS INC<br>PO BOX 5126<br>TIMONIUM, MD 21094 | Claim Holder Name and Address<br><br>CDW COMPUTER CENTERS INC  Docketed Total: **$132.69**<br>PO BOX 5126<br>TIMONIUM, MD 21094<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44481  $132.69<br>**$132.69** | Allowed Total: **$132.69**<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640  $132.69<br>**$132.69** |
| Claim: 420<br>Date Filed: 11/08/2005<br>Docketed Total: $14,748.55<br>Filing Creditor Name and Address:<br>CDW COMPUTER CENTERS INC<br>PO BOX 5126<br>TIMONIUM, MD 21094 | Claim Holder Name and Address<br><br>CDW COMPUTER CENTERS INC  Docketed Total: **$14,748.55**<br>PO BOX 5126<br>TIMONIUM, MD 21094<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44567  $14,748.55<br>**$14,748.55** | Allowed Total: **$14,748.55**<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44567  $14,748.55<br>**$14,748.55** |
| Claim: 1659<br>Date Filed: 01/24/2006<br>Docketed Total: $885.80<br>Filing Creditor Name and Address:<br>CDW COMPUTER CENTERS INC<br>PO BOX 5126<br>TIMONIUM, MD 21094 | Claim Holder Name and Address<br><br>CDW COMPUTER CENTERS INC  Docketed Total: **$885.80**<br>PO BOX 5126<br>TIMONIUM, MD 21094<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640  $885.80<br>**$885.80** | Allowed Total: **$885.80**<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640  $885.80<br>**$885.80** |
| Claim: 5084<br>Date Filed: 05/08/2006<br>Docketed Total: $1,370.20<br>Filing Creditor Name and Address:<br>CINGULAR WIRELESS<br>PO BOX 309<br>PORTLAND, OR 97207-0309 | Claim Holder Name and Address<br><br>CINGULAR WIRELESS  Docketed Total: **$1,370.20**<br>PO BOX 309<br>PORTLAND, OR 97207-0309<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44481  $1,370.20<br>**$1,370.20** | Allowed Total: **$1,370.20**<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640  $1,370.20<br>**$1,370.20** |

\*     See Exhibit D for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

**EXHIBIT A - ASSERTED AMOUNT CLAIMS**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 5085**
Date Filed: 05/08/2006
Docketed Total: $1,011.99
Filing Creditor Name and Address:
CINGULAR WIRELESS
PO BOX 309
PORTLAND, OR 97207-0309

Claim Holder Name and Address
CINGULAR WIRELESS
PO BOX 309
PORTLAND, OR 97207-0309
Docketed Total: $1,011.99

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $1,011.99 | 05-44640 | | | $1,011.99 |
| | | | **$1,011.99** | | | | **$1,011.99** |

Allowed Total: $1,011.99

**Claim: 5087**
Date Filed: 05/08/2006
Docketed Total: $31,423.21
Filing Creditor Name and Address:
CINGULAR WIRELESS
PO BOX 309
PORTLAND, OR 97207-0309

Claim Holder Name and Address
CINGULAR WIRELESS
PO BOX 309
PORTLAND, OR 97207-0309
Docketed Total: $31,423.21

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $31,423.21 | 05-44640 | | | $31,423.21 |
| | | | **$31,423.21** | | | | **$31,423.21** |

Allowed Total: $31,423.21

**Claim: 9541**
Date Filed: 07/14/2006
Docketed Total: $30,818.00
Filing Creditor Name and Address:
CIRCLE BROACH COMPANY INC
38358 ABRUZZI DR
WESTLAND, MI 48185

Claim Holder Name and Address
CIRCLE BROACH COMPANY INC
38358 ABRUZZI DR
WESTLAND, MI 48185
Docketed Total: $30,818.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $30,818.00 | UNL | 05-44640 | | | $30,818.00 |
| | | **$30,818.00** | **UNL** | | | | **$30,818.00** |

Allowed Total: $30,818.00

**Claim: 10388**
Date Filed: 07/24/2006
Docketed Total: $141,675.49
Filing Creditor Name and Address:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF GEMINI PLASTICS
INC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Claim Holder Name and Address
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF GEMINI PLASTICS INC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830
Docketed Total: $141,675.49

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $141,675.49 | 05-44640 | | | $141,675.49 |
| | | | **$141,675.49** | | | | **$141,675.49** |

Allowed Total: $141,675.49

\*  See Exhibit D for a listing of debtor entities by case number.

\*\*  "UNL" denotes an unliquidated claim.

### EXHIBIT A - ASSERTED AMOUNT CLAIMS

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 9796**
Date Filed: 07/18/2006
Docketed Total: $572,033.91
Filing Creditor Name and Address:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF HITCHINER
MANUFACTURING CO INC
ATTN ALPA JIMENEZ
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Claim Holder Name and Address:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF HITCHINER
MANUFACTURING CO INC
ATTN ALPA JIMENEZ
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total: $572,033.91
Allowed Total: $572,033.91

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $8,179.67 | $563,854.24 | 05-44640 | | | $572,033.91 |
| | | $8,179.67 | $563,854.24 | | | | $572,033.91 |

**Claim: 10382**
Date Filed: 07/24/2006
Docketed Total: $210,732.14
Filing Creditor Name and Address:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF MTD
TECHNOLOGIES INC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Claim Holder Name and Address:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF MTD TECHNOLOGIES
INC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total: $210,732.14
Allowed Total: $210,732.14

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $16,294.70 | $194,437.44 | 05-44640 | | | $210,732.14 |
| | | $16,294.70 | $194,437.44 | | | | $210,732.14 |

**Claim: 9792**
Date Filed: 07/18/2006
Docketed Total: $214,580.56
Filing Creditor Name and Address:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF PAX MACHINE
WORKS INC
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Claim Holder Name and Address:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF PAX MACHINE
WORKS INC
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total: $214,580.56
Allowed Total: $214,580.56

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $865.58 | $213,714.98 | 05-44640 | | | $214,580.56 |
| | | $865.58 | $213,714.98 | | | | $214,580.56 |

\*      See Exhibit D for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

## EXHIBIT A - ASSERTED AMOUNT CLAIMS

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 12690**
Date Filed:   07/28/2006
Docketed Total:   $865,517.60
Filing Creditor Name and Address:
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF SCHAEFFLER
  CANADA INC
  ATTN ALPA JIMENEZ
  411 WEST PUTNAM AVENUE STE 225
  GREENWICH, CT 06830

Claim Holder Name and Address
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF SCHAEFFLER
  CANADA INC
  ATTN ALPA JIMENEZ
  411 WEST PUTNAM AVENUE STE 225
  GREENWICH, CT 06830

Docketed Total:   $865,517.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $80,774.09 | $784,743.51 |
| | | $80,774.09 | $784,743.51 |

Allowed Total:   $865,517.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $865,517.60 |
| | | | $865,517.60 |

---

**Claim: 9791**
Date Filed:   07/18/2006
Docketed Total:   $299,745.20
Filing Creditor Name and Address:
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF SP DIV NMC LLC
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Claim Holder Name and Address
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF SP DIV NMC LLC
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE  STE 225
  GREENWICH, CT 06830

Docketed Total:   $299,745.20

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $5,367.21 | $294,377.99 |
| | | $5,367.21 | $294,377.99 |

Allowed Total:   $299,745.20

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $299,745.20 |
| | | | $299,745.20 |

---

**Claim: 8219**
Date Filed:   06/19/2006
Docketed Total:   $3,340.00
Filing Creditor Name and Address:
  CONTROL MASTERS INC
  5235 KATRINE AVE
  DOWNERS GROVE, IL 60515

Claim Holder Name and Address
  CONTROL MASTERS INC
  5235 KATRINE AVE
  DOWNERS GROVE, IL 60515

Docketed Total:   $3,340.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44482 | | | $3,340.00 |
| | | | $3,340.00 |

Allowed Total:   $3,340.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44482 | | | $3,340.00 |
| | | | $3,340.00 |

*     See Exhibit D for a listing of debtor entities by case number.

**     "UNL" denotes an unliquidated claim.

**EXHIBIT A - ASSERTED AMOUNT CLAIMS**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 5423**
Date Filed: 05/10/2006
Docketed Total: $645,056.53
Filing Creditor Name and Address:
CORUS LP
HOLME ROBERTS & OWEN LLP
1700 LINCOLN ST STE 4100
DENVER, CO 80203

Claim Holder Name and Address
BANK OF AMERICA N A
40 W 57TH ST
NEW YORK, NY 10019

Docketed Total: $645,056.53

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $645,056.53 |
| | | | **$645,056.53** |

Allowed Total: $645,056.53

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $645,056.53 |
| | | | **$645,056.53** |

---

**Claim: 14795**
Date Filed: 07/31/2006
Docketed Total: $23,040.60
Filing Creditor Name and Address:
CREATIVE TECHNIQUES INC
2441 N OPDYKE RD
AUBURN HILLS, MI 48326

Claim Holder Name and Address
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total: $23,040.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $23,040.60 |
| | | | **$23,040.60** |

Allowed Total: $23,040.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $23,040.60 |
| | | | **$23,040.60** |

---

**Claim: 16132**
Date Filed: 08/09/2006
Docketed Total: $22,475.50
Filing Creditor Name and Address:
CROWLEY TOOL CO
190 MOLLY WALTON RD
HENDERSONVILLE, TN 37075

Claim Holder Name and Address
ARGO PARTNERS
12 W 37TH ST 9TH FL
NEW YORK, NY 10018

Docketed Total: $22,475.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $22,475.50 |
| | | | **$22,475.50** |

Allowed Total: $22,475.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $22,475.50 |
| | | | **$22,475.50** |

---

**Claim: 13458**
Date Filed: 07/31/2006
Docketed Total: $74,664.00
Filing Creditor Name and Address:
DECO AUTOMOTIVE A DIVISION
OF MAGNA INTERNATIONAL
INC
40950 WOODWARD AVE STE 100
BLOOMFIELD HILLS, MI 48304

Claim Holder Name and Address
DECO AUTOMOTIVE A DIVISION OF
MAGNA INTERNATIONAL INC
40950 WOODWARD AVE STE 100
BLOOMFIELD HILLS, MI 48304

Docketed Total: $74,664.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $74,664.00 | | |
| | **$74,664.00** | | |

Allowed Total: $74,664.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $74,664.00 |
| | | | **$74,664.00** |

---

\*    See Exhibit D for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14452    Filed 11/17/08    Entered 11/17/08 23:51:29    Main Document
Pg 69 of 219

Thirty-Second Omnibus Claims Objection

## EXHIBIT A - ASSERTED AMOUNT CLAIMS

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 10284**
Date Filed: 07/24/2006
Docketed Total:     $22,268.60
Filing Creditor Name and Address:
  DEMAG PLASTICS GROUP CORP
  11792 ALAMEDA DR
  STRONGSVILLE, OH 44149

Claim Holder Name and Address
  DEMAG PLASTICS GROUP CORP
  11792 ALAMEDA DR
  STRONGSVILLE, OH 44149

Docketed Total:     $22,268.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $22,268.60 |
| | | | **$22,268.60** |

Allowed Total:     $22,268.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $22,268.60 |
| | | | **$22,268.60** |

---

**Claim: 15429**
Date Filed: 07/31/2006
Docketed Total:     $431,794.32
Filing Creditor Name and Address:
  GOBAR SYSTEMS INC
  TAFT STETTINIUS & HOLLISTER LLP
  425 WALNUT STREET STE 1800
  CINCINNATI, OH 45202

Claim Holder Name and Address
  GOBAR SYSTEMS INC
  TAFT STETTINIUS & HOLLISTER LLP
  425 WALNUT STREET STE 1800
  CINCINNATI, OH 45202

Docketed Total:     $431,794.32

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $431,794.32 |
| | | | **$431,794.32** |

Allowed Total:     $431,794.32

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $431,794.32 |
| | | | **$431,794.32** |

---

**Claim: 11249**
Date Filed: 07/27/2006
Docketed Total:     $31,625.46
Filing Creditor Name and Address:
  GREELEY CONTAINMENT &
  REWORK INC
  200 BASELINE RD E
  BOWMANVILLE, ON L1C 1A2
  CANADA

Claim Holder Name and Address
  GREELEY CONTAINMENT &
  REWORK INC
  200 BASELINE RD E
  BOWMANVILLE, ON L1C 1A2
  CANADA

Docketed Total:     $31,625.46

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $31,625.46 |
| | | | **$31,625.46** |

Allowed Total:     $31,625.46

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $31,625.46 |
| | | | **$31,625.46** |

---

*      See Exhibit D for a listing of debtor entities by case number.

**     "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14452    Filed 11/17/08    Entered 11/17/08 23:51:29    Main Document
Pg 70 of 219

Thirty-Second Omnibus Claims Objection

## EXHIBIT A - ASSERTED AMOUNT CLAIMS

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 831**
Date Filed: 11/23/2005
Docketed Total: $3,847.71
Filing Creditor Name and Address:
GRUNER AG
BURGLESTRASSE 15 17
WEHINGEN, 78564
GERMANY

Claim Holder Name and Address
GRUNER AG
BURGLESTRASSE 15 17
WEHINGEN, 78564
GERMANY

Docketed Total: $3,847.71

Allowed Total: $3,847.71

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $3,847.71 |
| | | | $3,847.71 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $3,847.71 |
| | | | $3,847.71 |

**Claim: 6497**
Date Filed: 05/22/2006
Docketed Total: $67,576.91
Filing Creditor Name and Address:
HENKEL SURFACE
TECHNOLOGIES
32100 STEPHENSON HWY
MADISON HEIGHTS, MI 48071

Claim Holder Name and Address
HENKEL SURFACE TECHNOLOGIES
32100 STEPHENSON HWY
MADISON HEIGHTS, MI 48071

Docketed Total: $67,576.91

Allowed Total: $67,576.91

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $67,576.91 |
| | | | $67,576.91 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $67,576.91 |
| | | | $67,576.91 |

**Claim: 416**
Date Filed: 11/07/2005
Docketed Total: $5,415,329.84
Filing Creditor Name and Address:
HITACHI CHEMICAL SINGAPORE
PTE LTD FKA HITACHI
CHEMICAL ASIA PACIFIC PTE
LTD
ATTN MENACHEM O
ZELMANOVITZ ESQ
101 PARK AVE
NEW YORK, NY 10178

Claim Holder Name and Address
HITACHI CHEMICAL SINGAPORE
PTE LTD FKA HITACHI CHEMICAL
ASIA PACIFIC PTE LTD
MORGAN LEWIS & BOCKIUS LLP
101 PARK AVE
NEW YORK, NY 10178

Docketed Total: $5,415,329.84

Allowed Total: $5,415,329.84

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $2,110,565.18 | $3,304,764.66 |
| | | $2,110,565.18 | $3,304,764.66 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,415,329.84 |
| | | | $5,415,329.84 |

\*    See Exhibit D for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT A - ASSERTED AMOUNT CLAIMS**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 773**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 773 | Claim Holder Name and Address | | | | | | | |
| Date Filed: 11/22/2005 | | | | | | | | |
| Docketed Total: $112,139.54 | ILM TOOL INC | Docketed Total: | | $112,139.54 | | Allowed Total: | | $112,139.54 |
| Filing Creditor Name and Address: | 23301 CLAWITER RD | | | | | | | |
| ILM TOOL INC | HAYWARD, CA 94545 | | | | | | | |
| 23301 CLAWITER RD | | | | | | | | |
| HAYWARD, CA 94545 | _Case Number*_ | _Secured_ | _Priority_ | _Unsecured_ | _Case Number*_ | _Secured_ | _Priority_ | _Unsecured_ |
| | 05-44481 | | | $112,139.54 | 05-44511 | | | $112,139.54 |
| | | | | **$112,139.54** | | | | **$112,139.54** |

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 646 | Claim Holder Name and Address | | | | | | | |
| Date Filed: 11/17/2005 | | | | | | | | |
| Docketed Total: $33,597.65 | IRON MOUNTAIN INFORMATION | Docketed Total: | | $33,597.65 | | Allowed Total: | | $33,597.65 |
| Filing Creditor Name and Address: | MANAGEMENT INC | | | | | | | |
| IRON MOUNTAIN | IRON MOUNTAIN INC | | | | | | | |
| INFORMATION MANAGEMENT | 745 ATLANTIC AVE 10TH FL | | | | | | | |
| INC | BOSTON, MA 02111 | | | | | | | |
| IRON MOUNTAIN INC | | | | | | | | |
| 745 ATLANTIC AVE 10TH FL | _Case Number*_ | _Secured_ | _Priority_ | _Unsecured_ | _Case Number*_ | _Secured_ | _Priority_ | _Unsecured_ |
| BOSTON, MA 02111 | 05-44481 | $33,597.65 | | | 05-44640 | | | $33,597.65 |
| | | **$33,597.65** | | | | | | **$33,597.65** |

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 14314 | Claim Holder Name and Address | | | | | | | |
| Date Filed: 07/31/2006 | | | | | | | | |
| Docketed Total: $87,701.00 | JOHN E BENZ & CO | Docketed Total: | | UNL | | Allowed Total: | | $87,701.00 |
| Filing Creditor Name and Address: | C/O DLA PIPER RUDNICK GRAY | | | | | | | |
| JOHN E BENZ & CO | CARY US LLP | | | | | | | |
| C/O DLA PIPER RUDNICK GRAY | 1251 AVENUE OF THE AMERICAS | | | | | | | |
| CARY US LLP | NEW YORK, NY 10020-5283 | | | | | | | |
| 1251 AVENUE OF THE AMERICAS | | | | | | | | |
| NEW YORK, NY 10020-5283 | _Case Number*_ | _Secured_ | _Priority_ | _Unsecured_ | _Case Number*_ | _Secured_ | _Priority_ | _Unsecured_ |
| | 05-44640 | | | | 05-44640 | | | $87,701.00 |
| | | | | | | | | **$87,701.00** |

\*    See Exhibit D for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

### EXHIBIT A - ASSERTED AMOUNT CLAIMS

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 16012**
Date Filed: 08/09/2006
Docketed Total: $2,605.25
Filing Creditor Name and Address:
  JUDCO MANUFACTURING INC
  1429 W 240TH ST
  HARBOR CITY, CA 90710

Claim Holder Name and Address
  JUDCO MANUFACTURING INC
  1429 W 240TH ST
  HARBOR CITY, CA 90710

Docketed Total: $2,605.25

Allowed Total: $2,605.25

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,605.25 |
| | | | **$2,605.25** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,605.25 |
| | | | **$2,605.25** |

---

**Claim: 16616**
Date Filed: 06/22/2007
Docketed Total: $414,063.61
Filing Creditor Name and Address:
  MAC ARTHUR CORPORATION
  WINEGARDEN HALEY
  LINDHOLM & ROBERSTON PLC
  G 9460 S SAGINAW ST STE A
  GRAND BLANC, MI 48439

Claim Holder Name and Address
  JPMORGAN CHASE BANK NA
  4 NEW YORK PLAZA FL 16
  NEW YORK, NY 10004-2413

Docketed Total: $414,063.61

Allowed Total: $414,063.61

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $414,063.61 |
| | | | **$414,063.61** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $414,063.61 |
| | | | **$414,063.61** |

---

**Claim: 2053**
Date Filed: 02/17/2006
Docketed Total: $9,044.19
Filing Creditor Name and Address:
  MICROSYS TECHNOLOGIES INC
  3710 NASHUA DRIVE UNIT 1
  MISSISSAUGA, ON L4V 1M5
  CANADA

Claim Holder Name and Address
  MICROSYS TECHNOLOGIES INC
  3710 NASHUA DRIVE UNIT 1
  MISSISSAUGA, ON L4V 1M5
  CANADA

Docketed Total: $9,044.19

Allowed Total: $9,044.19

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $9,044.19 |
| | | | **$9,044.19** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $9,044.19 |
| | | | **$9,044.19** |

---

\*     See Exhibit D for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

### EXHIBIT A - ASSERTED AMOUNT CLAIMS

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 12186**
Date Filed:  07/28/2006
Docketed Total:   $48,161.52
Filing Creditor Name and Address:
  MUSKEGON CASTINGS CORP
  601 TERRACE ST
  MUSKEGON, MI 49443-0786

Claim Holder Name and Address
  SPCP GROUP LLC AS AGENT FOR
  SILVER POINT CAPITAL FUND LP
  AND SILVER POINT CAPITAL
  OFFSHORE FUND LTD
  TWO GREENWICH PLZ 1ST FL
  GREENWICH, CT 06830

Docketed Total:     $48,161.52

Allowed Total:     $48,161.52

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $48,161.52 | | |
| | **$48,161.52** | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $48,161.52 |
| | | | **$48,161.52** |

---

**Claim: 5053**
Date Filed:  05/08/2006
Docketed Total:    $2,502.00
Filing Creditor Name and Address:
  NEOSONG USA INC
  718 W LONGVIEW LN
  PALATINE, IL 60067

Claim Holder Name and Address
  NEOSONG USA INC
  718 W LONGVIEW LN
  PALATINE, IL 60067

Docketed Total:     $2,502.00

Allowed Total:     $2,502.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,502.00 |
| | | | **$2,502.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $2,502.00 |
| | | | **$2,502.00** |

---

**Claim: 15222**
Date Filed:  07/31/2006
Docketed Total:    $392,351.79
Filing Creditor Name and Address:
  NOVELIS CORP
  6060 PKLAND BLVD
  CLEVELAND, OH 44124-4185

Claim Holder Name and Address
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE S 225
  GREENWICH, CT 06830

Docketed Total:     $392,351.79

Allowed Total:     $392,351.79

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $33,090.25 | $359,261.54 |
| | | **$33,090.25** | **$359,261.54** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $392,351.79 |
| | | | **$392,351.79** |

---

\*     See Exhibit D for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

### EXHIBIT A - ASSERTED AMOUNT CLAIMS

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 16395**
Date Filed:　10/30/2006
Docketed Total:　$655,686.82
Filing Creditor Name and Address:
　PARK ENTERPRISES OF
　ROCHESTER INC
　ATTN JERRY GREENFIELD ESQ
　2 STATE ST STE1600
　ROCHESTER, NY 14614

Claim Holder Name and Address
　LONGACRE MASTER FUND LTD
　810 SEVENTH AVE 33RD FL
　NEW YORK, NY 10019

Docketed Total:　**$655,686.82**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $655,686.82 |
| | | | **$655,686.82** |

Allowed Total:　**$655,686.82**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $655,686.82 |
| | | | **$655,686.82** |

---

**Claim: 13929**
Date Filed:　07/31/2006
Docketed Total:　$187,374.96
Filing Creditor Name and Address:
　PARKVIEW METAL PRODUCTS
　MILLER JOHNSON
　PO BOX 306
　GRAND RAPIDS, MI 49501-0306

Claim Holder Name and Address
　PARKVIEW METAL PRODUCTS
　MILLER JOHNSON
　PO BOX 306
　GRAND RAPIDS, MI 49501-0306

Docketed Total:　**$187,374.96**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $187,374.96 |
| | | | **$187,374.96** |

Allowed Total:　**$187,374.96**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $187,374.96 |
| | | | **$187,374.96** |

---

**Claim: 10581**
Date Filed:　07/25/2006
Docketed Total:　$112,039.75
Filing Creditor Name and Address:
　PHILLIPS PLASTICS
　CORPORATION
　1201 HANLEY RD
　HUDSON, WI 54016

Claim Holder Name and Address
　CONTRARIAN FUNDS LLC
　411 W PUTNAM AVE S 225
　GREENWICH, CT 06830

Docketed Total:　**$112,039.75**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | $112,039.75 | | |
| | **$112,039.75** | | |

Allowed Total:　**$112,039.75**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $112,039.75 |
| | | | **$112,039.75** |

---

**Claim: 12190**
Date Filed:　07/28/2006
Docketed Total:　$5,738.00
Filing Creditor Name and Address:
　PORT CITY METAL PRODUCTS
　INC
　601 TERRACE ST
　MUSKEGON, MI 49443-0786

Claim Holder Name and Address
　PORT CITY METAL PRODUCTS INC
　601 TERRACE ST
　MUSKEGON, MI 49443-0786

Docketed Total:　**$5,738.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | $5,738.00 | | |
| | **$5,738.00** | | |

Allowed Total:　**$5,738.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $5,738.00 |
| | | | **$5,738.00** |

---

\*　　See Exhibit D for a listing of debtor entities by case number.

\*\*　　"UNL" denotes an unliquidated claim.

**EXHIBIT A - ASSERTED AMOUNT CLAIMS**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

---

**Claim: 4045**
Date Filed:    11/25/2005
Docketed Total:    $4,691.52
Filing Creditor Name and Address:
RIVERSIDE CLAIMS LLC AS
ASSIGNEE FOR JAN PAK
HUNTSVILLE
PO BOX 626 PLANETARIUM
STATION
NEW YORK, NY 10024

Claim Holder Name and Address
RIVERSIDE CLAIMS LLC AS
ASSIGNEE FOR JAN PAK
HUNTSVILLE
PO BOX 626 PLANETARIUM
STATION
NEW YORK, NY 10024

Docketed Total:    $4,691.52

Allowed Total:    $4,691.52

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | | $4,691.52 | | 05-44640 | | | $4,691.52 |
| | | | **$4,691.52** | | | | | **$4,691.52** |

---

**Claim: 8865**
Date Filed:    06/30/2006
Docketed Total:    $2,026.50
Filing Creditor Name and Address:
RIVERSIDE CLAIMS LLC AS
ASSIGNEE FOR STANDARD
SCALE & SUPPLY CO
PO BOX 626 PLANETARIUM
STATION
NEW YORK, NY 10024

Claim Holder Name and Address
RIVERSIDE CLAIMS LLC AS
ASSIGNEE FOR STANDARD SCALE &
SUPPLY CO
PO BOX 626 PLANETARIUM
STATION
NEW YORK, NY 10024

Docketed Total:    $2,026.50

Allowed Total:    $2,026.50

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | | | $2,026.50 | | 05-44640 | | | $2,026.50 |
| | | | **$2,026.50** | | | | | **$2,026.50** |

---

**Claim: 8874**
Date Filed:    06/30/2006
Docketed Total:    $101,655.48
Filing Creditor Name and Address:
RIVERSIDE CLAIMS LLC AS
ASSIGNEE FOR WHYCO
FINISHING TECHNOLOGIES LLC
PO BOX 626 PLANETARIUM
STATION
NEW YORK, NY 10024

Claim Holder Name and Address
RIVERSIDE CLAIMS LLC AS
ASSIGNEE FOR WHYCO FINISHING
TECHNOLOGIES LLC
PO BOX 626 PLANETARIUM
STATION
NEW YORK, NY 10024

Docketed Total:    $101,655.48

Allowed Total:    $101,655.48

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | | | $101,655.48 | | 05-44640 | | | $101,655.48 |
| | | | **$101,655.48** | | | | | **$101,655.48** |

---

\*     See Exhibit D for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT A - ASSERTED AMOUNT CLAIMS**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 1581<br>Date Filed: 01/17/2006<br>Docketed Total: $816.99<br>Filing Creditor Name and Address:<br>SBC GLOBAL<br>PO BOX 981268<br>WEST SACRAMENTO, CA 95798 | Claim Holder Name and Address<br><br>SBC GLOBAL    Docketed Total: $816.99<br>PO BOX 981268<br>WEST SACRAMENTO, CA 95798<br><br>Case Number* — Secured — Priority — Unsecured<br>05-44624 — — — $816.99<br>— $816.99 | Allowed Total: $816.99<br><br>Case Number* — Secured — Priority — Unsecured<br>05-44624 — — — $816.99<br>— $816.99 |
| Claim: 16479<br>Date Filed: 01/11/2007<br>Docketed Total: $561,083.00<br>Filing Creditor Name and Address:<br>SENSUS PRECISION DIE CASTING INC<br>PO BOX 11587<br>RICHMOND, VA 15871 | Claim Holder Name and Address<br><br>CONTRARIAN FUNDS LLC    Docketed Total: $561,083.00<br>411 W PUTNAM AVE S 225<br>GREENWICH, CT 06830<br><br>Case Number* — Secured — Priority — Unsecured<br>05-44640 — — — $561,083.00<br>— $561,083.00 | Allowed Total: $561,083.00<br><br>Case Number* — Secured — Priority — Unsecured<br>05-44640 — — — $561,083.00<br>— $561,083.00 |
| Claim: 15976<br>Date Filed: 08/09/2006<br>Docketed Total: $991.00<br>Filing Creditor Name and Address:<br>SIERRA LIQUIDITY FUND LLC<br>ASSIGNEE METRIC EQUIPMENT<br>SALES INC ASSIGNOR<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614 | Claim Holder Name and Address<br><br>SIERRA LIQUIDITY FUND LLC    Docketed Total: $991.00<br>ASSIGNEE METRIC EQUIPMENT<br>SALES INC ASSIGNOR<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614<br><br>Case Number* — Secured — Priority — Unsecured<br>05-44481 — — — $991.00<br>— $991.00 | Allowed Total: $991.00<br><br>Case Number* — Secured — Priority — Unsecured<br>05-44640 — — — $991.00<br>— $991.00 |

\*    See Exhibit D for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

### EXHIBIT A - ASSERTED AMOUNT CLAIMS

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 14137**
Date Filed:   07/31/2006
Docketed Total:   $2,752,068.75
Filing Creditor Name and Address:
  SPCP GROUP LLC AS ASSIGNEE
  OF FUJIKOKI AMERICA INC
  TWO GREENWICH PLZ 1ST FL
  GREENWICH, CT 06830

Claim Holder Name and Address
  SPECIAL SITUATIONS INVESTING GROUP INC
  C/O GOLDMAN SACHS & CO
  85 BROAD ST 27TH FL
  NEW YORK, NY 10004

Docketed Total:   **$2,752,068.75**

Allowed Total:   **$2,752,068.75**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,752,068.75 |
| | | | **$2,752,068.75** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,752,068.75 |
| | | | **$2,752,068.75** |

---

**Claim: 14144**
Date Filed:   07/31/2006
Docketed Total:   $887.24
Filing Creditor Name and Address:
  SPCP GROUP LLC AS ASSIGNEE
  OF TEXTRON FASTENING
  SYSTEMS CANADA LTD
  TWO GREENWICH PLZ 1ST FL
  GREENWICH, CT 06830

Claim Holder Name and Address
  GOLDMAN SACHS CREDIT PARTNERS LP
  C/O GOLDMAN SACHS & CO
  30 HUDSON 17TH FL
  JERSEY CITY, NJ 07302

Docketed Total:   **$887.24**

Allowed Total:   **$887.24**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $887.24 |
| | | | **$887.24** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $887.24 |
| | | | **$887.24** |

---

**Claim: 14145**
Date Filed:   07/31/2006
Docketed Total:   $9,359.53
Filing Creditor Name and Address:
  SPCP GROUP LLC AS ASSIGNEE
  OF TEXTRON FASTENING
  SYSTEMS CANADA LTD
  TWO GREENWICH PLZ 1ST FL
  GREENWICH, CT 06830

Claim Holder Name and Address
  GOLDMAN SACHS CREDIT PARTNERS LP
  C/O GOLDMAN SACHS & CO
  30 HUDSON 17TH FL
  JERSEY CITY, NJ 07302

Docketed Total:   **$9,359.53**

Allowed Total:   **$9,359.53**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $9,359.53 |
| | | | **$9,359.53** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $9,359.53 |
| | | | **$9,359.53** |

---

\*     See Exhibit D for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.    05-44481-rdd    Doc 14452    Filed 11/17/08    Entered 11/17/08 23:51:29    Main Document    Thirty-Second Omnibus Claims Objection

Case No. 05-44481 (RDD)    Pg 78 of 219

### EXHIBIT A - ASSERTED AMOUNT CLAIMS

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 12257**
Date Filed: 07/28/2006
Docketed Total: $217,822.60
Filing Creditor Name and Address:
STANLEY ELECTRIC SALES OF
AMERICA INC
AFRCT LLP
199 S LOS ROBLES AVE STE 600
PASADENA, CA 91101

Claim Holder Name and Address
SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total:    $217,822.60

Allowed Total:    $217,822.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | $21,450.40 | $196,372.20 |
| | | $21,450.40 | $196,372.20 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $217,822.60 |
| | | | $217,822.60 |

**Claim: 2713**
Date Filed: 04/24/2006
Docketed Total: $6,253,576.29
Filing Creditor Name and Address:
TEXAS INSTRUMENTS
INCORPORATED AND TEXAS
INSTRUMENTS INCORPORATED
S&C
MUNSCH HARDT KOPF & HARR
PC
3800 LINCOLN PLZ
500 N AKARD ST
DALLAS, TX 75201-6659

Claim Holder Name and Address
BEAR STEARNS INVESTMENT
PRODUCTS INC
CO JPMORGAN CHASE BANK NA
LEGAL DEPT
1 CHASE MANHATTAN PLAZA 26TH
FL
NEW YORK, NY 10081

Docketed Total:    $6,253,576.29

Allowed Total:    $6,253,576.29

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,253,576.29 |
| | | | $6,253,576.29 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,253,576.29 |
| | | | $6,253,576.29 |

**Claim: 1507**
Date Filed: 01/10/2006
Docketed Total: $1,039.50
Filing Creditor Name and Address:
THE GROWING CONCERN
1918 BASSETT
EL PASO, TX 79901

Claim Holder Name and Address
THE GROWING CONCERN
1918 BASSETT
EL PASO, TX 79901

Docketed Total:    $1,039.50

Allowed Total:    $1,039.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,039.50 |
| | | | $1,039.50 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,039.50 |
| | | | $1,039.50 |

*    See Exhibit D for a listing of debtor entities by case number.

**    "UNL" denotes an unliquidated claim.

**EXHIBIT A - ASSERTED AMOUNT CLAIMS**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

Claim: 10913

Date Filed:    07/26/2006

Docketed Total:    $40,867.33

Filing Creditor Name and Address:

VERITAS SOFTWARE
CORPORATION
BIALSON BERGEN & SCHWAB
2600 EL CAMINO REAL STE 300
PALO ALTO, CA 94306

**CLAIM AS DOCKETED**

Claim Holder Name and Address

VERITAS SOFTWARE CORPORATION        Docketed Total:        $40,867.33
BIALSON BERGEN & SCHWAB
2600 EL CAMINO REAL STE 300
PALO ALTO, CA 94306

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | UNL | UNL | $40,867.33 |
| | **UNL** | **UNL** | **$40,867.33** |

**CLAIM AS ALLOWED**

Allowed Total:        $40,867.33

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $40,867.33 |
| | | | **$40,867.33** |

**Total Claims To Be Allowed: 53**

**Total Amount As Docketed:**    **$21,165,068.30**

**Total Amount As Allowed:**    **$21,165,068.30**

*    See Exhibit D for a listing of debtor entities by case number.

**    "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 1168<br>Date Filed:    12/15/2005<br>Docketed Total:    $70,900.93<br>Filing Creditor Name and Address:<br>  ABC TECHNOLOGIES INC<br>  ABC GROUP<br>  2 NORELCO DR<br>  TORONTO, ON M9L 2X6<br>  CANADA | Claim Holder Name and Address<br><br>  ABC TECHNOLOGIES INC<br>  ABC GROUP<br>  2 NORELCO DR<br>  TORONTO, ON M9L 2X6<br>  CANADA<br><br>Docketed Total:    $70,900.93 | Allowed Total:    $53,744.60 |

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | | $70,900.93 | | 05-44640 | | | $53,744.60 |
| | | | **$70,900.93** | | | | | **$53,744.60** |

| | | |
|---|---|---|
| Claim: 16406<br>Date Filed:    11/06/2006<br>Docketed Total:    $149,294.92<br>Filing Creditor Name and Address:<br>  ADMIRAL TOOL & MFG CO OF<br>  ILLINOIS<br>  ASM CAPITAL<br>  7600 JERICHO TPKE STE 302<br>  WOODBURY, NY 11797 | Claim Holder Name and Address<br><br>  ASM CAPITAL II LP<br>  7600 JERICHO TURNPIKE STE 302<br>  WOODBURY, NY 11797<br><br>Docketed Total:    $149,294.92 | Allowed Total:    $138,261.83 |

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | | $149,294.92 | | 05-44640 | | | $138,261.83 |
| | | | **$149,294.92** | | | | | **$138,261.83** |

| | | |
|---|---|---|
| Claim: 14278<br>Date Filed:    07/31/2006<br>Docketed Total:    $18,704.93<br>Filing Creditor Name and Address:<br>  AIRGAS EAST INC<br>  AIRGAS INC<br>  259 N RADNOR CHESTER ROAD<br>  STE 100<br>  RADNOR, PA 19087 | Claim Holder Name and Address<br><br>  ARGO PARTNERS<br>  12 W 37TH ST 9TH FL<br>  NEW YORK, NY 10018<br><br>Docketed Total:    $18,704.93 | Allowed Total:    $13,927.33 |

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44554 | | | $18,704.93 | | 05-44640 | | | $13,927.33 |
| | | | **$18,704.93** | | | | | **$13,927.33** |

\*    See Exhibit D for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

## EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 14277**
Date Filed: 07/31/2006
Docketed Total: $88,154.71
Filing Creditor Name and Address:
AIRGAS SOUTHWEST INC
AIRGAS INC
259 N RADNOR CHESTER ROAD
SUITE 100
RADNOR, PA 19087

Claim Holder Name and Address
ARGO PARTNERS
12 W 37TH ST 9TH FL
NEW YORK, NY 10018
Docketed Total: $88,154.71

Allowed Total: $85,085.84

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $88,154.71 | 05-44640 | | | $85,085.84 |
| | | | **$88,154.71** | | | | **$85,085.84** |

**Claim: 2246**
Date Filed: 03/10/2006
Docketed Total: $6,140,513.59
Filing Creditor Name and Address:
ALPS AUTOMOTIVE INC
GOLDBERG STINNETT MEYERS &
DAVIS
44 MONTGOMERY ST STE 2900
SAN FRANCISCO, CA 94104

Claim Holder Name and Address
BEAR STEARNS INVESTMENT
PRODUCTS INC
CO JPMORGAN CHASE BANK NA
LEGAL DEPT
1 CHASE MANHATTAN PLAZA 26TH
FL
NEW YORK, NY 10081
Docketed Total: $6,140,513.59

Allowed Total: $5,216,667.75

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $6,140,513.59 | 05-44567 | | | $5,523.00 |
| | | | | 05-44640 | | | $5,211,144.75 |
| | | | **$6,140,513.59** | | | | **$5,216,667.75** |

**Claim: 9816**
Date Filed: 07/18/2006
Docketed Total: $13,417.47
Filing Creditor Name and Address:
AMES REESE INC
REESE PUGH SAMLEY
WAGENSELLER & MECUM PC
120 N SHIPPEN ST
LANCASTER, PA 17602

Claim Holder Name and Address
LIQUIDITY SOLUTIONS INC
ONE UNIVERSITY PLAZA STE 312
HACKENSACK, NJ 07601
Docketed Total: $13,417.47

Allowed Total: $10,767.47

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $13,417.47 | 05-44640 | | | $10,767.47 |
| | | | **$13,417.47** | | | | **$10,767.47** |

\*    See Exhibit D for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 7514**
Date Filed: 06/06/2006
Docketed Total: $58,187.44
Filing Creditor Name and Address:
AMROC INVESTMENTS LLC AS
ASSIGNEE OF FASTENAL
COMPANY
PO BOX 978
WINONA, MN 55987-0978

Claim Holder Name and Address

AMROC INVESTMENTS LLC          Docketed Total:          $55,180.98
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $55,180.98 |
| | | | **$55,180.98** |

Allowed Total:          $0.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $0.00 |
| | | | **$0.00** |

Claim Holder Name and Address

FASTENAL COMPANY          Docketed Total:          $3,006.46
PO BOX 978
WINONA, MN 55987-0978

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $3,006.46 |
| | | | **$3,006.46** |

Allowed Total:          $1,567.26

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,567.26 |
| | | | **$1,567.26** |

---

**Claim: 2317**
Date Filed: 03/16/2006
Docketed Total: $88,316.34
Filing Creditor Name and Address:
ASM CAPITAL AS ASSIGNEE FOR
SPEED MOTOR EXPRESS OF WNY
INC
7600 JERICHO TPKE STE 302
WOODBURY, NY 11797

Claim Holder Name and Address

ASM CAPITAL          Docketed Total:          $88,316.34
7600 JERICHO TPKE STE 302
WOODBURY, NY 11797

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $88,316.34 |
| | | | **$88,316.34** |

Allowed Total:          $85,117.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $85,117.00 |
| | | | **$85,117.00** |

---

**Claim: 8012**
Date Filed: 06/15/2006
Docketed Total: $856,055.16
Filing Creditor Name and Address:
BASF CORPORATION
100 CAMPUS DR
FLORHAM PARK, NJ 07932

Claim Holder Name and Address

CONTRARIAN FUNDS LLC          Docketed Total:          $856,055.16
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $856,055.16 |
| | | | **$856,055.16** |

Allowed Total:          $791,010.71

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $791,010.71 |
| | | | **$791,010.71** |

---

\*     See Exhibit D for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.     05-44481-rdd    Doc 14452    Filed 11/17/08    Entered 11/17/08 23:51:29    Main Document    Thirty-Second Omnibus Claims Objection

Case No. 05-44481 (RDD)                         Pg 83 of 219

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim 16615**

Claim: 16615
Date Filed: 06/15/2007
Docketed Total: $180,633.39
Filing Creditor Name and Address:
BEAVER VALLEY MANUFACTURING INC
GOLDMAN RUBIN & SHAPIRO
1340 WOODMAN DR
DAYTON, OH 45432

Claim Holder Name and Address
BEAVER VALLEY MANUFACTURING INC
GOLDMAN RUBIN & SHAPIRO
1340 WOODMAN DR
DAYTON, OH 45432
Docketed Total: $180,633.39

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $180,633.39 | 05-44640 | | | $173,347.89 |
| | | | **$180,633.39** | | | | **$173,347.89** |

Allowed Total: $173,347.89

**Claim 12011**

Claim: 12011
Date Filed: 07/28/2006
Docketed Total: $179,220.24
Filing Creditor Name and Address:
BRAKE PARTS INC WIX FILTRATION CORP AFFINIA GROUP INC
BRAKES PARTS WIX
4400 PRIME PKWY
MCHENRY, IL 60050

Claim Holder Name and Address
SPCP GROUP LLC
2 GREENWICH PLZ 1ST FL
GREENWICH, CT 06830
Docketed Total: $179,220.24

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $179,220.24 | 05-44640 | | | $94,076.50 |
| | | | **$179,220.24** | | | | **$94,076.50** |

Allowed Total: $94,076.50

**Claim 2127**

Claim: 2127
Date Filed: 02/27/2006
Docketed Total: $2,115,405.67
Filing Creditor Name and Address:
CLARION CORPORATION OF AMERICA
661 W REDONDO BEACH BLVD
GARDENA, CA 90247

Claim Holder Name and Address
GOLDMAN SACHS CREDIT PARTNERS LP
ATTN PEDRO RAMIREZ
30 HUDSON 17TH FL
JERSEY CITY, NJ 07302
Docketed Total: $2,115,405.67

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $2,115,405.67 | 05-44640 | | | $2,010,294.45 |
| | | | **$2,115,405.67** | | | | **$2,010,294.45** |

Allowed Total: $2,010,294.45

\*    See Exhibit D for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 15379**

Date Filed: 07/31/2006

Docketed Total: $617,204.24

Filing Creditor Name and Address:
  COMPUTER PATENT ANNUITIES
  LP
  CPA HOUSE
  11 15 SEATON PLACE
  ST HELIER JERSEY, JE1 1BL
  CHANNEL ISLANDS

Claim Holder Name and Address

  COMPUTER PATENT ANNUITIES LP
  CPA HOUSE
  11 15 SEATON PLACE
  ST HELIER JERSEY, JE1 1BL
  CHANNEL ISLANDS

Docketed Total: $617,204.24

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44554 | | | $617,204.24 |
| | | | **$617,204.24** |

Allowed Total: $602,481.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44554 | | | $602,481.60 |
| | | | **$602,481.60** |

---

**Claim: 9079**

Date Filed: 07/06/2006

Docketed Total: $129,383.00

Filing Creditor Name and Address:
  CONTI TECH ELASTOMER
  COATINGS
  CONTINENTAL AG
  STRAWINSKYLAAN 3111 6TH FL
  AMSTERDAM, 1077ZX
  NETHERLANDS

Claim Holder Name and Address

  LONGACRE MASTER FUND LTD
  810 SEVENTH AVE 33RD FL
  NEW YORK, NY 10019

Docketed Total: $129,383.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $129,383.00 |
| | | | **$129,383.00** |

Allowed Total: $117,611.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $117,611.00 |
| | | | **$117,611.00** |

---

**Claim: 9109**

Date Filed: 07/07/2006

Docketed Total: $1,254,290.43

Filing Creditor Name and Address:
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF BLISSFIELD
  MANUFACTURING COMPANY
  411 WEST PUTNAM AVE
  STE 225
  GREENWICH, CT 06830

Claim Holder Name and Address

  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF BLISSFIELD
  MANUFACTURING COMPANY
  411 WEST PUTNAM AVE
  STE 225
  GREENWICH, CT 06830

Docketed Total: $1,254,290.43

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,254,290.43 |
| | | | **$1,254,290.43** |

Allowed Total: $1,253,738.05

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,253,738.05 |
| | | | **$1,253,738.05** |

---

\*     See Exhibit D for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 12691**
Date Filed:　07/28/2006
Docketed Total:　$1,539,602.72
Filing Creditor Name and Address:
　CONTRARIAN FUNDS LLC AS
　ASSIGNEE OF CAMOPLAST
　INCORPORATED
　ATTN ALPA JIMENEZ
　411 WEST PUTNAM AVENUE STE
　225
　GREENWICH, CT 06830

Claim Holder Name and Address

CONTRARIAN FUNDS LLC AS
ASSIGNEE OF CAMOPLAST
INCORPORATED
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVENUE STE 225
GREENWICH, CT 06830

Docketed Total:　$1,539,602.72

Allowed Total:　$1,534,352.39

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $98,196.60 | $1,441,406.12 | 05-44640 | | | $1,534,352.39 |
| | | $98,196.60 | $1,441,406.12 | | | | $1,534,352.39 |

**Claim: 7374**
Date Filed:　06/02/2006
Docketed Total:　$595,983.31
Filing Creditor Name and Address:
　CONTRARIAN FUNDS LLC AS
　ASSIGNEE OF CAPSTAN
　ATLANTIC
　411 W PUTNAM AVE STE 225
　GREENWICH, CT 06830

Claim Holder Name and Address

CONTRARIAN FUNDS LLC AS
ASSIGNEE OF CAPSTAN ATLANTIC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total:　$595,983.31

Allowed Total:　$530,803.34

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $595,983.31 | 05-44640 | | | $530,803.34 |
| | | | $595,983.31 | | | | $530,803.34 |

**Claim: 9112**
Date Filed:　07/07/2006
Docketed Total:　$135,377.75
Filing Creditor Name and Address:
　CONTRARIAN FUNDS LLC AS
　ASSIGNEE OF ELECTRONIC
　SERVICES LLC DBA CSI
　ELECTRONICS
　411 WEST PUTNAM AVE
　STE 225
　GREENWICH, CT 06830

Claim Holder Name and Address

CONTRARIAN FUNDS LLC AS
ASSIGNEE OF ELECTRONIC
SERVICES LLC DBA CSI
ELECTRONICS
411 WEST PUTNAM AVE
STE 225
GREENWICH, CT 06830

Docketed Total:　$135,377.75

Allowed Total:　$131,228.12

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $29,610.00 | $105,767.75 | 05-44640 | | | $131,228.12 |
| | | $29,610.00 | $105,767.75 | | | | $131,228.12 |

\*　　See Exhibit D for a listing of debtor entities by case number.

\*\*　　"UNL" denotes an unliquidated claim.

### EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 12689**
Date Filed: 07/28/2006
Docketed Total: $176,114.66
Filing Creditor Name and Address:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF FLOW DRY
TECHNOLOGY LTD
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVENUE STE
225
GREENWICH, CT 06830

Claim Holder Name and Address

CONTRARIAN FUNDS LLC AS
ASSIGNEE OF FLOW DRY
TECHNOLOGY LTD
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVENUE STE 225
GREENWICH, CT 06830

Docketed Total: $176,114.66

Allowed Total: $174,308.42

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $42,727.58 | $133,387.08 | 05-44640 | | | $174,308.42 |
| | | $42,727.58 | $133,387.08 | | | | $174,308.42 |

**Claim: 7237**
Date Filed: 05/31/2006
Docketed Total: $241,702.84
Filing Creditor Name and Address:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF IMCO INC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Claim Holder Name and Address

CONTRARIAN FUNDS LLC AS
ASSIGNEE OF IMCO INC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total: $241,702.84

Allowed Total: $236,776.04

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $241,702.84 | 05-44640 | | | $236,776.04 |
| | | | $241,702.84 | | | | $236,776.04 |

**Claim: 12686**
Date Filed: 07/28/2006
Docketed Total: $2,466,373.54
Filing Creditor Name and Address:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF INA USA
CORPORATION
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVENUE STE
225
GREENWICH, CT 06830

Claim Holder Name and Address

CONTRARIAN FUNDS LLC AS
ASSIGNEE OF INA USA
CORPORATION
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVENUE STE 225
GREENWICH, CT 06830

Docketed Total: $2,466,373.54

Allowed Total: $2,319,296.37

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $265,875.25 | $2,200,498.29 | 05-44640 | | | $2,319,296.37 |
| | | $265,875.25 | $2,200,498.29 | | | | $2,319,296.37 |

\*      See Exhibit D for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14452    Filed 11/17/08    Entered 11/17/08 23:51:29    Main Document
Pg 87 of 219

Thirty-Second Omnibus Claims Objection

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 9113**
Date Filed: 07/07/2006
Docketed Total: $116,590.48
Filing Creditor Name and Address:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF PRESTOLITE WIRE
CORPORATION
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Claim Holder Name and Address
CONTRARIAN FUNDS LLC AS ASSIGNEE OF PRESTOLITE WIRE CORPORATION
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total: $116,590.48

Allowed Total: $103,372.28

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $16,141.07 | $100,449.41 |
| | | **$16,141.07** | **$100,449.41** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $103,372.28 |
| | | | **$103,372.28** |

**Claim: 10387**
Date Filed: 07/24/2006
Docketed Total: $36,892.83
Filing Creditor Name and Address:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF REGENCY
MCALLEN
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Claim Holder Name and Address
CONTRARIAN FUNDS LLC AS ASSIGNEE OF REGENCY MCALLEN
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total: $36,892.83

Allowed Total: $34,687.23

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $36,892.83 |
| | | | **$36,892.83** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $34,687.23 |
| | | | **$34,687.23** |

**Claim: 12692**
Date Filed: 07/28/2006
Docketed Total: $3,398,927.24
Filing Creditor Name and Address:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF STRATTEC
SECURITY CORP
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Claim Holder Name and Address
CONTRARIAN FUNDS LLC AS ASSIGNEE OF STRATTEC SECURITY CORP
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total: $3,398,927.24

Allowed Total: $3,397,304.07

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $43,124.50 | $3,355,802.74 |
| | | **$43,124.50** | **$3,355,802.74** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,397,304.07 |
| | | | **$3,397,304.07** |

\*    See Exhibit D for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 12695<br>Date Filed: 07/28/2006<br>Docketed Total: $120,459.00<br>Filing Creditor Name and Address:<br>CONTRARIAN FUNDS LLC AS<br>ASSIGNEE OF TRELLEBORG<br>KUNHWA CO LTD<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br><br>CONTRARIAN FUNDS LLC AS<br>ASSIGNEE OF TRELLEBORG<br>KUNHWA CO LTD<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br><br>Docketed Total: $120,459.00 | Allowed Total: $77,394.00 |

| | Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|
| | 05-44640 | | | $120,459.00 | | 05-44640 | | | $77,394.00 |
| | | | | **$120,459.00** | | | | | **$77,394.00** |

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 12696<br>Date Filed: 07/28/2006<br>Docketed Total: $109,002.60<br>Filing Creditor Name and Address:<br>CONTRARIAN FUNDS LLC AS<br>ASSIGNEE OF TRELLEBORG YSH<br>INC<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br><br>CONTRARIAN FUNDS LLC AS<br>ASSIGNEE OF TRELLEBORG YSH INC<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br><br>Docketed Total: $109,002.60 | Allowed Total: $89,520.40 |

| | Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|
| | 05-44640 | | $15,865.76 | $93,136.84 | | 05-44640 | | | $89,520.40 |
| | | | **$15,865.76** | **$93,136.84** | | | | | **$89,520.40** |

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 12694<br>Date Filed: 07/28/2006<br>Docketed Total: $91,243.71<br>Filing Creditor Name and Address:<br>CONTRARIAN FUNDS LLC AS<br>ASSIGNEE OF TRELLEBORG YSH<br>SA DE CV<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br><br>CONTRARIAN FUNDS LLC AS<br>ASSIGNEE OF TRELLEBORG YSH SA<br>DE CV<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br><br>Docketed Total: $91,243.71 | Allowed Total: $82,066.83 |

| | Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|
| | 05-44640 | | | $91,243.71 | | 05-44640 | | | $82,066.83 |
| | | | | **$91,243.71** | | | | | **$82,066.83** |

\*    See Exhibit D for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

### EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 12693**
Date Filed:   07/28/2006
Docketed Total:   $1,494,571.82
Filing Creditor Name and Address:
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF TROSTEL LTD
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Claim Holder Name and Address
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF TROSTEL LTD
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Docketed Total:   $1,494,571.82

Allowed Total:   $1,220,897.18

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $16,213.43 | $1,478,358.39 | 05-44640 | | | $1,220,897.18 |
| | | **$16,213.43** | **$1,478,358.39** | | | | **$1,220,897.18** |

**Claim: 9793**
Date Filed:   07/18/2006
Docketed Total:   $568,283.69
Filing Creditor Name and Address:
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF WHIRLAWAY
  CORPORATION
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE  STE 225
  GREENWICH, CT 06830

Claim Holder Name and Address
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF WHIRLAWAY
  CORPORATION
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE  STE 225
  GREENWICH, CT 06830

Docketed Total:   $568,283.69

Allowed Total:   $557,199.69

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $26,238.62 | $542,045.07 | 05-44640 | | | $557,199.69 |
| | | **$26,238.62** | **$542,045.07** | | | | **$557,199.69** |

**Claim: 16745**
Date Filed:   11/13/2007
Docketed Total:   $13,238.61
Filing Creditor Name and Address:
  CONTRARIAN FUNDS LLC AS
  TRANSFEREE OF UNITED STARS
  INDUSTRIES INC
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Claim Holder Name and Address
  CONTRARIAN FUNDS LLC AS
  TRANSFEREE OF UNITED STARS
  INDUSTRIES INC
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Docketed Total:   $13,238.61

Allowed Total:   $12,546.16

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $13,238.61 | | 05-44640 | | | $12,546.16 |
| | | **$13,238.61** | | | | | **$12,546.16** |

\*       See Exhibit D for a listing of debtor entities by case number.

\*\*      "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 11256**
Date Filed: 07/27/2006
Docketed Total: $2,405,898.43
Filing Creditor Name and Address:
   CTS CORPORPATION
   171 COVINGTON DR
   BLOOMINGDALE, IL 60108

Claim Holder Name and Address:

BEAR STEARNS INVESTMENT
PRODUCTS INC
CO JPMORGAN CHASE BANK NA
LEGAL DEPT
1 CHASE MANHATTAN PLAZA 26TH
FL
NEW YORK, NY 10081

Docketed Total: **$1,950,968.78**

Allowed Total: **$1,950,968.78**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $1,950,968.78 | 05-44640 | | | $1,950,968.78 |
| | | | **$1,950,968.78** | | | | **$1,950,968.78** |

Claim Holder Name and Address:

CTS CORPORATION
171 COVINGTON DR
BLOOMINGDALE, IL 60108

Docketed Total: **$293,785.09**

Allowed Total: **$401,296.27**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $293,785.09 | 05-44640 | | | $401,296.27 |
| | | | **$293,785.09** | | | | **$401,296.27** |

**Claim: 1201**
Date Filed: 12/19/2005
Docketed Total: $104,504.04
Filing Creditor Name and Address:
   ELECTRONIC SOLUTIONS INC
   1590 PAGE INDUSTRIAL BLVD
   ST LOUIS, MO 63132

Claim Holder Name and Address:

SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
2 GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total: **$104,504.04**

Allowed Total: **$101,001.74**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $104,504.04 | 05-44640 | | | $101,001.74 |
| | | | **$104,504.04** | | | | **$101,001.74** |

\*     See Exhibit D for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

## EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 14837**
Date Filed: 07/31/2006
Docketed Total: $115,123.63
Filing Creditor Name and Address:
EMC2 CORPORATION
PO BOX 5126
TIMONIUM, MD 21094

Claim Holder Name and Address
EMC2 CORPORATION
PO BOX 5126
TIMONIUM, MD 21094

Docketed Total: $115,123.63

Allowed Total: $73,757.89

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $40,950.67 | $74,172.96 |
| | | $40,950.67 | $74,172.96 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $73,757.89 |
| | | | $73,757.89 |

---

**Claim: 15511**
Date Filed: 07/31/2006
Docketed Total: $184,306.40
Filing Creditor Name and Address:
EMPRESAS CA LE TIAXCALA SA
DE CV
SACHNOFF & WEAVER LTD
10 S WACKER DR STE 4000
CHICAGO, IL 60606

Claim Holder Name and Address
EMPRESAS CA LE TIAXCALA SA DE
CV
SACHNOFF & WEAVER LTD
10 S WACKER DR STE 4000
CHICAGO, IL 60606

Docketed Total: $184,306.40

Allowed Total: $74,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $184,306.40 |
| | | | $184,306.40 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $74,000.00 |
| | | | $74,000.00 |

---

**Claim: 16739**
Date Filed: 11/06/2007
Docketed Total: $633,258.00
Filing Creditor Name and Address:
FIRST TECHNOLOGY HOLDINGS
INC AND AFFILIATES AND
SUBSIDIARIES AND CONTROL
DEVICES INC AND FIRST
INERTIA SWITCH LIMITED
CONTROL DEVICES INC AND
FIRST INERTIA SWITCH
C O SENSATA TECHNOLOGIES
INC
529 PLEASANT ST MS B 1
ATTLEBORO, MA 02703

Claim Holder Name and Address
FIRST TECHNOLOGY HOLDINGS
INC AND AFFILIATES AND
SUBSIDIARIES AND CONTROL
DEVICES INC AND FIRST INERTIA
SWITCH LIMITED
CONTROL DEVICES INC AND FIRST
INERTIA SWITCH
C O SENSATA TECHNOLOGIES INC
529 PLEASANT ST MS B 1
ATTLEBORO, MA 02703

Docketed Total: $633,258.00

Allowed Total: $566,254.64

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $633,258.00 |
| | | | $633,258.00 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $566,254.64 |
| | | | $566,254.64 |

---

\*    See Exhibit D for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 2342**
Date Filed: 03/20/2006
Docketed Total: $2,801,641.96
Filing Creditor Name and Address:
FIRSTENERGY SOLUTIONS CORP
395 GHENT RD
AKRON, OH 44333

Claim Holder Name and Address
FIRSTENERGY SOLUTIONS CORP
395 GHENT RD
AKRON, OH 44333

Docketed Total: $2,801,641.96

Allowed Total: $2,445,010.64

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | | $2,801,641.96 | | 05-44640 | | | $2,445,010.64 |
| | | | $2,801,641.96 | | | | | $2,445,010.64 |

**Claim: 863**
Date Filed: 11/28/2005
Docketed Total: $14,900.00
Filing Creditor Name and Address:
FLEXIBLE AUTOMATION INC
3387 E BRISTOL RD
BURTON, MI 48529

Claim Holder Name and Address
REDROCK CAPITAL PARTNERS LLC
475 17TH ST STE 544
DENVER, CO 80202

Docketed Total: $14,900.00

Allowed Total: $13,410.00

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | | $14,900.00 | | 05-44640 | | | $13,410.00 |
| | | | $14,900.00 | | | | | $13,410.00 |

**Claim: 5568**
Date Filed: 05/10/2006
Docketed Total: $307,574.95
Filing Creditor Name and Address:
FOSTER ELECTRIC USA INC
203 N LASALLE ST STE 2500
CHICAGO, IL 60601-1262

Claim Holder Name and Address
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE S 225
GREENWICH, CT 06830

Docketed Total: $307,574.95

Allowed Total: $307,010.23

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | | | $307,574.95 | | 05-44640 | | | $307,010.23 |
| | | | $307,574.95 | | | | | $307,010.23 |

\* See Exhibit D for a listing of debtor entities by case number.

\*\* "UNL" denotes an unliquidated claim.

### EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 16511<br>Date Filed: 06/08/2006<br>Docketed Total: $59,175.40<br>Filing Creditor Name and Address:<br>FRAENKISCHE USA LP<br>SMITH GAMBREIL & RUSSELL LLP<br>1230 PEACHTREE ST NE<br>PROMENADE II STE 3100<br>ATLANTA, GA 30309 | Claim Holder Name and Address<br><br>FRAENKISCHE USA LP<br>SMITH GAMBREIL & RUSSELL LLP<br>1230 PEACHTREE ST NE<br>PROMENADE II STE 3100<br>ATLANTA, GA 30309<br><br>Docketed Total: $59,175.40 | Allowed Total: $32,056.78 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $59,175.40 |
| | | | **$59,175.40** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $32,056.78 |
| | | | **$32,056.78** |

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 5463<br>Date Filed: 05/10/2006<br>Docketed Total: $17,971.26<br>Filing Creditor Name and Address:<br>FREUDENBERG NONWOVENS LP<br>EFT<br>2975 PEMBROKE RD<br>HOPKINSVILLE, KY 42240 | Claim Holder Name and Address<br><br>FREUDENBERG NONWOVENS LP<br>EFT<br>2975 PEMBROKE RD<br>HOPKINSVILLE, KY 42240<br><br>Docketed Total: $17,971.26 | Allowed Total: $10,115.16 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $17,971.26 |
| | | | **$17,971.26** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $10,115.16 |
| | | | **$10,115.16** |

\*       See Exhibit D for a listing of debtor entities by case number.

\*\*      "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

---

**Claim: 9261**
Date Filed: 07/11/2006
Docketed Total: $4,251,232.51
Filing Creditor Name and Address:
FUTABA CORPORATION OF
AMERICA
711 E STATE PKY
SCHAUMBURG, IL 60173

Claim Holder Name and Address

BEAR STEARNS INVESTMENT
PRODUCTS INC
CO JPMORGAN CHASE BANK NA
LEGAL DEPT
1 CHASE MANHATTAN PLAZA 26TH
FL
NEW YORK, NY 10081

Docketed Total: **$4,145,064.91**

Allowed Total: **$3,929,761.02**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $856,790.09 | $3,288,274.82 | 05-44640 | | | $3,929,761.02 |
| | | **$856,790.09** | **$3,288,274.82** | | | | **$3,929,761.02** |

Claim Holder Name and Address

FUTABA CORPORATION OF
AMERICA
711 E STATE PKY
SCHAUMBURG, IL 60173

Docketed Total: **$106,167.60**

Allowed Total: **$197,369.77**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | UNL | $106,167.60 | 05-44640 | | | $197,369.77 |
| | | **UNL** | **$106,167.60** | | | | **$197,369.77** |

---

**Claim: 16570**
Date Filed: 03/12/2007
Docketed Total: $337,154.09
Filing Creditor Name and Address:
GCI TECHNOLOGIES INC
1301 PRECISION DR
PLANO, TX 75074

Claim Holder Name and Address

CONTRARIAN FUNDS LLC
411 W PUTNAM AVE S 225
GREENWICH, CT 06830

Docketed Total: **$337,154.09**

Allowed Total: **$334,006.68**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $5,981.92 | $331,172.17 | 05-44640 | | | $334,006.68 |
| | | **$5,981.92** | **$331,172.17** | | | | **$334,006.68** |

---

\*    See Exhibit D for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.   05-44481-rdd   Doc 14452   Filed 11/17/08   Entered 11/17/08 23:51:29   Main Document   Thirty-Second Omnibus Claims Objection

Case No. 05-44481 (RDD)                                  Pg 95 of 219

## EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 10191<br>Date Filed: 07/21/2006<br>Docketed Total: $7,020.00<br>Filing Creditor Name and Address:<br>GE CONSUMER & INDUSTRIAL F K A GE LIGHTING<br>11256 CORNELL PARK DR STE 500<br>CINCINNATI, OH 45242 | Claim Holder Name and Address<br><br>GE CONSUMER & INDUSTRIAL F K A GE LIGHTING<br>11256 CORNELL PARK DR STE 500<br>CINCINNATI, OH 45242<br><br>Docketed Total: $7,020.00 | Allowed Total: $3,680.00 |

**Claim 10191 — Case detail**

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | | | $7,020.00 | | 05-44640 | | | $3,680.00 |
| | | | **$7,020.00** | | | | | **$3,680.00** |

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 10192<br>Date Filed: 07/21/2006<br>Docketed Total: $5,295.00<br>Filing Creditor Name and Address:<br>GE CONSUMER & INDUSTRIAL F K A GE LIGHTING<br>11256 CORNELL PARK DR STE 500<br>CINCINNATI, OH 45242 | Claim Holder Name and Address<br><br>GE CONSUMER & INDUSTRIAL F K A GE LIGHTING<br>11256 CORNELL PARK DR STE 500<br>CINCINNATI, OH 45242<br><br>Docketed Total: $5,295.00 | Allowed Total: $2,783.00 |

**Claim 10192 — Case detail**

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44567 | | | $5,295.00 | | 05-44567 | | | $2,783.00 |
| | | | **$5,295.00** | | | | | **$2,783.00** |

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 15452<br>Date Filed: 07/31/2006<br>Docketed Total: $651,626.18<br>Filing Creditor Name and Address:<br>GENERAL ELECTRIC CAPITAL CORP<br>ATTN URI SKY<br>C O GE CAPITAL SOLUTIONS<br>VENDOR FINANCE<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS, IA 52404 | Claim Holder Name and Address<br><br>GENERAL ELECTRIC CAPITAL CORP<br>ATTN URI SKY<br>C O GE CAPITAL SOLUTIONS<br>VENDOR FINANCE<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS, IA 52404<br><br>Docketed Total: $651,626.18 | Allowed Total: $620,181.39 |

**Claim 15452 — Case detail**

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | | | $651,626.18 | | 05-44640 | | | $620,181.39 |
| | | | **$651,626.18** | | | | | **$620,181.39** |

\*    See Exhibit D for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.

## EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

### Claim: 500

Claim: 500
Date Filed: 11/10/2005
Docketed Total: $6,837.48
Filing Creditor Name and Address:
GENERAL ELECTRIC COMPANY
GE FANUC AUTOMATION
NORTH AMERICA INC
ROBINSON & COLE LLP
280 TRUMBULL ST
HARTFORD, CT 06103

Claim Holder Name and Address
GENERAL ELECTRIC COMPANY GE
FANUC AUTOMATION NORTH
AMERICA INC
ROBINSON & COLE LLP
280 TRUMBULL ST
HARTFORD, CT 06103

Docketed Total: $6,837.48

Allowed Total: $2,279.16

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $6,837.48 |
| | | | **$6,837.48** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,279.16 |
| | | | **$2,279.16** |

### Claim: 15064

Claim: 15064
Date Filed: 07/31/2006
Docketed Total: $5,895,235.82
Filing Creditor Name and Address:
GOLDMAN SACHS CREDIT
PARTNERS LP ASSIGNEE OF
SIEMENS VDO AUTOMOTIVE
CORPORATION AND SIEMENS
VDO AUTOMOTIVE INC
ONE NEW YORK PLAZA 42ND FL
NEW YORK, NY 10004

Claim Holder Name and Address
GOLDMAN SACHS CREDIT
PARTNERS LP ASSIGNEE OF
SIEMENS VDO AUTOMOTIVE
CORPORATION AND SIEMENS VDO
AUTOMOTIVE INC
ONE NEW YORK PLAZA 42ND FL
NEW YORK, NY 10004

Docketed Total: UNL

Allowed Total: $5,711,817.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,711,817.00 |
| | | | **$5,711,817.00** |

### Claim: 11248

Claim: 11248
Date Filed: 07/27/2006
Docketed Total: $1,777.27
Filing Creditor Name and Address:
GREELEY CONTAINMENT &
REWORK INC
200 BASELINE RD E
BOWMANVILLE, ON L1C 1A2
CANADA

Claim Holder Name and Address
GREELEY CONTAINMENT &
REWORK INC
200 BASELINE RD E
BOWMANVILLE, ON L1C 1A2
CANADA

Docketed Total: $1,777.27

Allowed Total: $1,512.63

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,777.27 |
| | | | **$1,777.27** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,512.63 |
| | | | **$1,512.63** |

\*    See Exhibit D for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 11250<br>Date Filed: 07/27/2006<br>Docketed Total: $46,237.04<br>Filing Creditor Name and Address:<br>GREELEY CONTAINMENT &<br>REWORK INC<br>200 BASELINE RD E<br>BOWMANVILLE, ON L1C 1A2<br>CANADA | Claim Holder Name and Address<br><br>GREELEY CONTAINMENT &<br>REWORK INC<br>200 BASELINE RD E<br>BOWMANVILLE, ON L1C 1A2<br>CANADA<br><br>Docketed Total: $46,237.04 | Allowed Total: $34,571.14 |
| | **Case Number\*** / **Secured** / **Priority** / **Unsecured**<br>05-44481 — — — $46,237.04<br>**$46,237.04** | **Case Number\*** / **Secured** / **Priority** / **Unsecured**<br>05-44640 — — — $34,571.14<br>**$34,571.14** |
| Claim: 11251<br>Date Filed: 07/27/2006<br>Docketed Total: $31,625.46<br>Filing Creditor Name and Address:<br>GREELEY CONTAINMENT &<br>REWORK INC<br>200 BASELINE RD E<br>BOWMANVILLE, ON L1C 1A2<br>CANADA | Claim Holder Name and Address<br><br>GREELEY CONTAINMENT &<br>REWORK INC<br>200 BASELINE RD E<br>BOWMANVILLE, ON L1C 1A2<br>CANADA<br><br>Docketed Total: $31,625.46 | Allowed Total: $14,271.26 |
| | **Case Number\*** / **Secured** / **Priority** / **Unsecured**<br>05-44481 — — — $31,625.46<br>**$31,625.46** | **Case Number\*** / **Secured** / **Priority** / **Unsecured**<br>05-44640 — — — $14,271.26<br>**$14,271.26** |
| Claim: 9798<br>Date Filed: 07/18/2006<br>Docketed Total: $37,253.38<br>Filing Creditor Name and Address:<br>GREER STOP NUT INC<br>CURTIN & HEEFNER LLP<br>250 N PENNSYLVANIA AVE<br>MORRISVILLE, PA 19067 | Claim Holder Name and Address<br><br>BEAR STEARNS INVESTMENT<br>PRODUCTS INC<br>CO JPMORGAN CHASE BANK NA<br>LEGAL DEPT<br>1 CHASE MANHATTAN PLAZA 26TH<br>FL<br>NEW YORK, NY 10081<br><br>Docketed Total: $37,253.38 | Allowed Total: $28,772.36 |
| | **Case Number\*** / **Secured** / **Priority** / **Unsecured**<br>05-44640 — — — $37,253.38<br>**$37,253.38** | **Case Number\*** / **Secured** / **Priority** / **Unsecured**<br>05-44640 — — — $28,772.36<br>**$28,772.36** |

\*      See Exhibit D for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

## EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 4427**
Date Filed:  05/02/2006
Docketed Total:  $139,123.46
Filing Creditor Name and Address:
  HAMMOND GROUP INC
  1414 FIELD ST BLDG B
  HAMMOND, IN 46320-173

Claim Holder Name and Address
  LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF HAMMOND GROUP INC
  ONE UNIVERSITY PLAZA STE 312
  HACKENSACK, NJ 07601

Docketed Total: **$139,123.46**

Allowed Total: **$137,745.38**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $15,397.30 | $123,726.16 | 05-44640 | | | $137,745.38 |
| | | **$15,397.30** | **$123,726.16** | | | | **$137,745.38** |

**Claim: 9352**
Date Filed:  07/11/2006
Docketed Total:  $4,948,005.65
Filing Creditor Name and Address:
  HEWLETT PACKARD COMPANY
  2125 E KATELLA AVE STE 400
  ANAHEIM, CA 92806

Claim Holder Name and Address
  HEWLETT PACKARD COMPANY
  2125 E KATELLA AVE STE 400
  ANAHEIM, CA 92806

Docketed Total: **$4,948,005.65**

Allowed Total: **$4,921,104.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $4,948,005.65 | 05-44640 | | | $4,921,104.00 |
| | | | **$4,948,005.65** | | | | **$4,921,104.00** |

**Claim: 10683**
Date Filed:  07/26/2006
Docketed Total:  $953,280.40
Filing Creditor Name and Address:
  HEWLETT PACKARD FINANCIAL SERVICES COMPANY FKA COMPAQ FINANCIAL SERVICES CORPORATION
  420 MOUNTAIN AVE
  MURRAY HILL, NJ 07974-0006

Claim Holder Name and Address
  HEWLETT PACKARD FINANCIAL SERVICES COMPANY FKA COMPAQ FINANCIAL SERVICES CORPORATION
  420 MOUNTAIN AVE
  MURRAY HILL, NJ 07974-0006

Docketed Total: **$953,280.40**

Allowed Total: **$166,642.02**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $953,280.40 | 05-44640 | | | $166,642.02 |
| | | | **$953,280.40** | | | | **$166,642.02** |

\*     See Exhibit D for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

## EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 9995**
Date Filed:  07/20/2006
Docketed Total:  $57,149.69
Filing Creditor Name and Address:
  IBJTC BUSINESS CREDIT
  CORPORATION AS SUCCESSOR
  IN INTEREST TO IBJ WHITEHALL
  BUSINESS CREDIT
  CORPORATION
  DAY PITNEY LLP
  7 TIMES SQUARE
  NEW YORK, NY 10036

Claim Holder Name and Address
  IBJTC BUSINESS CREDIT
  CORPORATION AS SUCCESSOR IN
  INTEREST TO IBJ WHITEHALL
  BUSINESS CREDIT CORPORATION
  DAY PITNEY LLP
  7 TIMES SQUARE
  NEW YORK, NY 10036

Docketed Total:  **$57,149.69**

Allowed Total:  **$44,643.53**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $57,149.69 |
| | | | **$57,149.69** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $44,643.53 |
| | | | **$44,643.53** |

**Claim: 11968**
Date Filed:  07/28/2006
Docketed Total:  $6,491,471.33
Filing Creditor Name and Address:
  INFINEON TECHNOLOGIES
  NORTH AMERICA CORP
  SACHNOFF & WEAVER LTD
  10 S WACKER DR 40TH FL
  CHICAGO, IL 60606

Claim Holder Name and Address
  INFINEON TECHNOLOGIES NORTH
  AMERICA CORP
  SACHNOFF & WEAVER LTD
  10 S WACKER DR 40TH FL
  CHICAGO, IL 60606

Docketed Total:  **$6,491,471.33**

Allowed Total:  **$6,382,000.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,491,471.33 |
| | | | **$6,491,471.33** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,382,000.00 |
| | | | **$6,382,000.00** |

**Claim: 5976**
Date Filed:  05/16/2006
Docketed Total:  $53,133.90
Filing Creditor Name and Address:
  JOHNSON CONTROLS INC
  CONTROLS GROUP
  PO BOX 905240
  CHARLOTTE, NC 28290-5240

Claim Holder Name and Address
  JOHNSON CONTROLS INC
  CONTROLS GROUP
  PO BOX 905240
  CHARLOTTE, NC 28290-5240

Docketed Total:  **$53,133.90**

Allowed Total:  **$5,822.52**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $53,133.90 |
| | | | **$53,133.90** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,822.52 |
| | | | **$5,822.52** |

\*    See Exhibit D for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 13445**
Date Filed:   07/31/2006
Docketed Total:    $52,318.51
Filing Creditor Name and Address:
  JUDCO MANUFACTURING INC
  1429 W 240TH ST
  HARBOR CITY, CA 90710

Claim Holder Name and Address

JUDCO MANUFACTURING INC          Docketed Total:        $52,318.51
1429 W 240TH ST
HARBOR CITY, CA 90710

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $52,318.51 |
| | | | **$52,318.51** |

Allowed Total:        **$33,938.12**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $33,938.12 |
| | | | **$33,938.12** |

---

**Claim: 3640**
Date Filed:   05/01/2006
Docketed Total:    $47,083.50
Filing Creditor Name and Address:
  KORTEN QUALITY SYSTEMS LTD
  PO BOX 454
  ROMEO, MI 48065

Claim Holder Name and Address

MADISON NICHE OPPORTUNITIES          Docketed Total:        $47,083.50
FUND LLC
6143 S WILLOW DR STE 200
GREENWOOD VILLAGE, CO 80111

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $47,083.50 |
| | | | **$47,083.50** |

Allowed Total:        **$46,687.50**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $46,687.50 |
| | | | **$46,687.50** |

---

**Claim: 12530**
Date Filed:   07/28/2006
Docketed Total:    $312,610.00
Filing Creditor Name and Address:
  KYOCERA INDUSTRIAL
  CERAMICS CORP
  345 PARK AVE 18TH FL
  NEW YORK, NY 10154

Claim Holder Name and Address

KYOCERA INDUSTRIAL CERAMICS          Docketed Total:        $312,610.00
CORP
345 PARK AVE 18TH FL
NEW YORK, NY 10154

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $312,610.00 |
| | | | **$312,610.00** |

Allowed Total:        **$137,780.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $137,780.00 |
| | | | **$137,780.00** |

---

\*     See Exhibit D for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 15483<br>Date Filed:  07/31/2006<br>Docketed Total:  $66,952.29<br>Filing Creditor Name and Address:<br>  LIQUIDITY SOLUTIONS INC DBA<br>  REVENUE MANAGEMENT AS<br>  ASSIGNEE OF DIGIKEY<br>  ONE UNIVERSITY PLZ STE 312<br>  HACKENSACK, NJ 07601 | Claim Holder Name and Address<br>  LIQUIDITY SOLUTIONS INC DBA<br>  REVENUE MANAGEMENT AS<br>  ASSIGNEE OF DIGIKEY<br>  ONE UNIVERSITY PLZ STE 312<br>  HACKENSACK, NJ 07601<br><br>Docketed Total:  $66,952.29 | Allowed Total:  $64,639.19 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44507 | | | $66,952.29 | 05-44507 | | | $64,639.19 |
| | | | **$66,952.29** | | | | **$64,639.19** |

| | | |
|---|---|---|
| Claim: 6147<br>Date Filed:  05/17/2006<br>Docketed Total:  $2,996,365.10<br>Filing Creditor Name and Address:<br>  LITTELFUSE INC<br>  LITTELFUSE INC<br>  800 NORTHWEST HIGHWAY<br>  DES PLAINES, IL 60016 | Claim Holder Name and Address<br>  CONTRARIAN FUNDS LLC<br>  411 W PUTNAM AVE STE 225<br>  GREENWICH, CT 06830<br><br>Docketed Total:  $2,996,365.10 | Allowed Total:  $2,984,898.81 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $2,996,365.10 | 05-44640 | | | $2,984,898.81 |
| | | | **$2,996,365.10** | | | | **$2,984,898.81** |

| | | |
|---|---|---|
| Claim: 12161<br>Date Filed:  07/28/2006<br>Docketed Total:  $875,135.40<br>Filing Creditor Name and Address:<br>  MARQUARDT GMBH<br>  SCHLOSS STR 16<br>  RIETHEIM WEIHEIM 78604,<br>  GERMANY | Claim Holder Name and Address<br>  MARQUARDT GMBH<br>  SCHLOSS STR 16<br>  RIETHEIM WEIHEIM 78604,<br>  GERMANY<br><br>Docketed Total:  $875,135.40 | Allowed Total:  $794,954.68 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $875,135.40 | 05-44640 | | | $794,954.68 |
| | | | **$875,135.40** | | | | **$794,954.68** |

\*    See Exhibit D for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 15211**

| | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 15211 | Claim Holder Name and Address | | | | | | | |
| Date Filed: 07/31/2006 | | | | | | | | |
| Docketed Total: $1,352,891.10 | CONTRARIAN FUNDS LLC | Docketed Total: | | $1,352,891.10 | | Allowed Total: | | $626,637.92 |
| Filing Creditor Name and Address: | 411 W PUTNAM AVE STE 225 | | | | | | | |
| MILLENNIUM INDUSTRIES | GREENWICH, CT 06830 | | | | | | | |
| CORPORATION | | | | | | | | |
| CLARK HILL PLC | | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| 500 WOODWARD AVE STE 3500 | | 05-44640 | | $704,727.68 | $648,163.42 | 05-44640 | | | $626,637.92 |
| DETROIT, MI 48226-3435 | | | | | | | | |
| | | | | $704,727.68 | $648,163.42 | | | | $626,637.92 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 12043 | Claim Holder Name and Address | | | | | | | |
| Date Filed: 07/28/2006 | | | | | | | | |
| Docketed Total: $30,000.00 | MINNICK RALPH D | Docketed Total: | | $30,000.00 | | Allowed Total: | | $5,000.00 |
| Filing Creditor Name and Address: | LAUDIG GEORGE RUTHERFORD & | | | | | | | |
| MINNICK RALPH D | SIPES | | | | | | | |
| LAUDIG GEORGE RUTHERFORD | 156 E MARKET ST | | | | | | | |
| & SIPES | STE 600 | | | | | | | |
| 156 E MARKET ST | INDIANAPOLIS, IN 46204 | | | | | | | |
| STE 600 | | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| INDIANAPOLIS, IN 46204 | | 05-44481 | | | $30,000.00 | 05-44640 | | | $5,000.00 |
| | | | | | $30,000.00 | | | | $5,000.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10400 | Claim Holder Name and Address | | | | | | | |
| Date Filed: 07/24/2006 | | | | | | | | |
| Docketed Total: $237,792.65 | NATIONAL INSTRUMENTS CORP | Docketed Total: | | $237,792.65 | | Allowed Total: | | $233,891.61 |
| Filing Creditor Name and Address: | 11500 NORTH MOPAC EXPRESSWAY | | | | | | | |
| NATIONAL INSTRUMENTS CORP | AUSTIN, TX 78759 | | | | | | | |
| 11500 NORTH MOPAC | | | | | | | | |
| EXPRESSWAY | | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| AUSTIN, TX 78759 | | 05-44481 | | | $237,792.65 | 05-44640 | | | $233,891.61 |
| | | | | | $237,792.65 | | | | $233,891.61 |

\*      See Exhibit D for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

---

**CLAIM TO BE ALLOWED**

Claim: 9771
Date Filed:    07/18/2006
Docketed Total:    $977,354.65
Filing Creditor Name and Address:
  NSS TECHNOLOGIES INC FKA
  NATIONAL SET SCREW CORP
  C O ROBERT SZWAJKOS ESQ
  CURTIN & HEEFNER LLP
  250 N PENNSYLVANIA
  MORRISVILLE, PA 19067

**CLAIM AS DOCKETED**

Claim Holder Name and Address

BEAR STEARNS INVESTMENT
PRODUCTS INC
CO JPMORGAN CHASE BANK NA
LEGAL DEPT
1 CHASE MANHATTAN PLAZA 26TH
FL
NEW YORK, NY 10081

Docketed Total:    $977,354.65

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $977,354.65 |
| | | | **$977,354.65** |

**CLAIM AS ALLOWED**

Allowed Total:    $775,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $775,000.00 |
| | | | **$775,000.00** |

---

**CLAIM TO BE ALLOWED**

Claim: 11429
Date Filed:    07/27/2006
Docketed Total:    $278,019.25
Filing Creditor Name and Address:
  P & R INDUSTRIES INC EFT
  1524 CLINTON AVE N
  ROCHESTER, NY 14621

**CLAIM AS DOCKETED**

Claim Holder Name and Address

SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total:    $278,019.25

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $278,019.25 |
| | | | **$278,019.25** |

**CLAIM AS ALLOWED**

Allowed Total:    $275,394.25

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $275,394.25 |
| | | | **$275,394.25** |

---

**CLAIM TO BE ALLOWED**

Claim: 11190
Date Filed:    07/26/2006
Docketed Total:    $87,844.88
Filing Creditor Name and Address:
  PARLEX CORPORATION
  KUTCHIN & RUFO  PC
  155 FEDERAL ST 17TH FL
  BOSTON, MA 02110

**CLAIM AS DOCKETED**

Claim Holder Name and Address

SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total:    $87,844.88

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44610 | | | $87,844.88 |
| | | | **$87,844.88** |

**CLAIM AS ALLOWED**

Allowed Total:    $75,605.41

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $75,605.41 |
| | | | **$75,605.41** |

---

\*    See Exhibit D for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 11191<br>Date Filed: 07/26/2006<br>Docketed Total: $56,219.54<br>Filing Creditor Name and Address:<br>PARLEX CORPORATION<br>KUTCHIN & RUFO PC<br>155 FEDERAL ST 17TH FL<br>BOSTON, MA 02110 | Claim Holder Name and Address<br><br>SPCP GROUP LLC AS AGENT FOR<br>SILVER POINT CAPITAL FUND LP<br>AND SILVER POINT CAPITAL<br>OFFSHORE FUND LTD<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830<br><br>Docketed Total: $56,219.54 | Allowed Total: $53,627.03 |

| | | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | Case Number*<br>05-44567 | | | $56,219.54 | Case Number*<br>05-44567 | | | $53,627.03 |
| | | | | **$56,219.54** | | | | **$53,627.03** |

| Claim: 11193<br>Date Filed: 07/26/2006<br>Docketed Total: $39,295.28<br>Filing Creditor Name and Address:<br>PARLEX CORPORATION<br>KUTCHIN & RUFO PC<br>155 FEDERAL ST 17TH FL<br>BOSTON, MA 02110 | Claim Holder Name and Address<br><br>SPCP GROUP LLC AS AGENT FOR<br>SILVER POINT CAPITAL FUND LP<br>AND SILVER POINT CAPITAL<br>OFFSHORE FUND LTD<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830<br><br>Docketed Total: $39,295.28 | Allowed Total: $36,986.58 |

| | | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | Case Number*<br>05-44547 | | | $39,295.28 | Case Number*<br>05-44640 | | | $36,986.58 |
| | | | | **$39,295.28** | | | | **$36,986.58** |

\*     See Exhibit D for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim:** 2548
**Date Filed:** 04/04/2006
**Docketed Total:** $562,192.18
**Filing Creditor Name and Address:**
PBR AUSTRALIA PTY LTD
ATTN PETER VALENTINE
PO BOX 176
BENTLEIGH E VI 3165,
AUSTRALIA

Claim Holder Name and Address

PBR AUSTRALIA PTY LTD          Docketed Total:      $223,390.20
ATTN PETER VALENTINE
PO BOX 176
BENTLEIGH E VI 3165, AUSTRALIA

Allowed Total:      $39,766.37

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $223,390.20 |
| | | | **$223,390.20** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $39,766.37 |
| | | | **$39,766.37** |

Claim Holder Name and Address

SPECIAL SITUATIONS INVESTING          Docketed Total:      $338,801.98
GROUP INC
C/O GOLDMAN SACHS & CO
85 BROAD ST 27TH FL
NEW YORK, NY 10004

Allowed Total:      $338,801.98

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $338,801.98 |
| | | | **$338,801.98** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $338,801.98 |
| | | | **$338,801.98** |

**Claim:** 10579
**Date Filed:** 07/25/2006
**Docketed Total:** $760,117.01
**Filing Creditor Name and Address:**
PHILLIPS PLASTICS
CORPORATION
1201 HANLEY RD
HUDSON, WI 54016

Claim Holder Name and Address

CONTRARIAN FUNDS LLC          Docketed Total:      $760,117.01
411 W PUTNAM AVE S 225
GREENWICH, CT 06830

Allowed Total:      $753,910.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $751,115.95 | $9,001.06 | |
| | **$751,115.95** | **$9,001.06** | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $753,910.00 |
| | | | **$753,910.00** |

\*    See Exhibit D for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 10580**
Date Filed:   07/25/2006
Docketed Total:     $203,432.68
Filing Creditor Name and Address:
  PHILLIPS PLASTICS
  CORPORATION
  1201 HANLEY RD
  HUDSON, WI 54016

Claim Holder Name and Address
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE S 225
  GREENWICH, CT 06830

Docketed Total:     $203,432.68

Allowed Total:     $192,311.59

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $203,432.68 | | | 05-44640 | | | $192,311.59 |
| | **$203,432.68** | | | | | | **$192,311.59** |

**Claim: 12046**
Date Filed:   07/28/2006
Docketed Total:     $30,000.00
Filing Creditor Name and Address:
  PHILLIPS ROBERT
  LINDA GEORGE ESQW RUSSELL
  SIPES
  151 N DELAWARE ST STE 1700
  INDIANAPOLIS, IN 46204-2503

Claim Holder Name and Address
  PHILLIPS ROBERT
  LINDA GEORGE ESQW RUSSELL
  SIPES
  151 N DELAWARE ST STE 1700
  INDIANAPOLIS, IN 46204-2503

Docketed Total:     $30,000.00

Allowed Total:     $5,000.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $30,000.00 | 05-44640 | | | $5,000.00 |
| | | | **$30,000.00** | | | | **$5,000.00** |

**Claim: 2173**
Date Filed:   03/03/2006
Docketed Total:     $550,320.80
Filing Creditor Name and Address:
  PIC PRODUCTIVITY
  IMPROVEMENT CTR
  199 WENTWORTH ST E
  OSHAWA, ON L1H 3V6
  CANADA

Claim Holder Name and Address
  LONGACRE MASTER FUND LTD
  810 SEVENTH AVE 33RD FL
  NEW YORK, NY 10019

Docketed Total:     $550,320.80

Allowed Total:     $450,000.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $550,320.80 | 05-44640 | | | $450,000.00 |
| | | | **$550,320.80** | | | | **$450,000.00** |

\*      See Exhibit D for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**CLAIM TO BE ALLOWED**

Claim: 13775
Date Filed:    07/31/2006
Docketed Total:    $188,727.41
Filing Creditor Name and Address:
   PLATING TECHNOLOGY INC
   800 FREBIS AVE
   COLUMBUS, OH 43206

**CLAIM AS DOCKETED**

Claim Holder Name and Address

   CONTRARIAN FUNDS LLC          Docketed Total:          $188,727.41
   411 W PUTNAM AVE STE 225
   GREENWICH, CT 06830

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $188,727.41 |
| | | | **$188,727.41** |

**CLAIM AS ALLOWED**

Allowed Total:          $184,726.19

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $184,726.19 |
| | | | **$184,726.19** |

---

**CLAIM TO BE ALLOWED**

Claim: 12187
Date Filed:    07/28/2006
Docketed Total:    $100,551.70
Filing Creditor Name and Address:
   PORT CITY CASTINGS CORP
   AFFILIATE OF PORT CITY DIE
   CAST INC
   PORT CITY CASTINGS CORP
   601 TERRACE ST
   MUSKEGON, MI 49443-0786

**CLAIM AS DOCKETED**

Claim Holder Name and Address

   PORT CITY CASTINGS CORP          Docketed Total:          $100,551.70
   AFFILIATE OF PORT CITY DIE CAST
   INC
   PORT CITY CASTINGS CORP
   601 TERRACE ST
   MUSKEGON, MI 49443-0786

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $100,551.70 | | |
| | **$100,551.70** | | |

**CLAIM AS ALLOWED**

Allowed Total:          $3,696.39

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,696.39 |
| | | | **$3,696.39** |

---

**CLAIM TO BE ALLOWED**

Claim: 10710
Date Filed:    07/25/2006
Docketed Total:    $574,896.85
Filing Creditor Name and Address:
   PPG INDUSTRIES INC
   ONE PPG PL
   PITTSBURGH, PA 15272

**CLAIM AS DOCKETED**

Claim Holder Name and Address

   PPG INDUSTRIES INC          Docketed Total:          $574,896.85
   ONE PPG PL
   PITTSBURGH, PA 15272

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $574,896.85 |
| | | | **$574,896.85** |

**CLAIM AS ALLOWED**

Allowed Total:          $246,553.06

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $246,553.06 |
| | | | **$246,553.06** |

---

\*     See Exhibit D for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

## EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 15627**
Date Filed:   07/31/2006
Docketed Total:   $147,402.29
Filing Creditor Name and Address:
  PREMIER PRODUCTS INC
  3030 KERSTEN CT
  KALAMAZOO, MI 49048

Claim Holder Name and Address
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Docketed Total:   $147,402.29

Allowed Total:   $144,511.61

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $147,402.29 | 05-44640 | | | $144,511.61 |
| | | | **$147,402.29** | | | | **$144,511.61** |

**Claim: 12047**
Date Filed:   07/28/2006
Docketed Total:   $30,000.00
Filing Creditor Name and Address:
  PROUD DOUGLAS AND ESTHER
  L GEORGE W R SIPES
  151 N DELAWARE ST STE 1700
  INDIANAPOLIS, IN 46204-2503

Claim Holder Name and Address
  PROUD DOUGLAS AND ESTHER
  L GEORGE W R SIPES
  151 N DELAWARE ST STE 1700
  INDIANAPOLIS, IN 46204-2503

Docketed Total:   $30,000.00

Allowed Total:   $5,000.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $30,000.00 | 05-44640 | | | $5,000.00 |
| | | | **$30,000.00** | | | | **$5,000.00** |

**Claim: 2073**
Date Filed:   02/21/2006
Docketed Total:   $29,268.00
Filing Creditor Name and Address:
  QUICK CABLE CORPORATION
  3700 QUICK DR
  FRANKSVILLE, WI 53126

Claim Holder Name and Address
  MADISON INVESTMENT TRUST
  SERIES 38
  6310 LAMAR AVE STE 120
  OVERLAND PARK, KS 66202

Docketed Total:   $29,268.00

Allowed Total:   $28,260.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $29,268.00 | 05-44640 | | | $28,260.00 |
| | | | **$29,268.00** | | | | **$28,260.00** |

\*     See Exhibit D for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

## EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 16334**
Date Filed:   09/25/2006
Docketed Total:     $398,139.37
Filing Creditor Name and Address:
  RAWAC PLATING COMPANY
  ONE UNIVERSITY PLZ STE 312
  HACKENSACK, NJ 07601

Claim Holder Name and Address

  RAWAC PLATING COMPANY
  ONE UNIVERSITY PLZ STE 312
  HACKENSACK, NJ 07601

Docketed Total:     $398,139.37

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $398,139.37 |
| | | | **$398,139.37** |

Allowed Total:     $352,725.84

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $352,725.84 |
| | | | **$352,725.84** |

---

**Claim: 11264**
Date Filed:   07/27/2006
Docketed Total:     $673,272.82
Filing Creditor Name and Address:
  REPUBLIC ENGINEERED
  PRODUCTS INC
  MCDONALD HOPKINS CO LPA
  600 SUPERIOR AVE E STE 2100
  CLEVELAND, OH 44114

Claim Holder Name and Address

  AMROC INVESTMENTS LLC
  535 MADISON AVE 15TH FL
  NEW YORK, NY 10022

Docketed Total:     $673,272.82

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $673,272.82 |
| | | | **$673,272.82** |

Allowed Total:     $673,122.03

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $673,122.03 |
| | | | **$673,122.03** |

---

**Claim: 8863**
Date Filed:   06/30/2006
Docketed Total:     $25,198.10
Filing Creditor Name and Address:
  RIVERSIDE CLAIMS LLC AS
  ASSIGNEE FOR LAUREN
  MANUFACTURING
  PO BOX 626 PLANETARIUM
  STATION
  NEW YORK, NY 10024

Claim Holder Name and Address

  RIVERSIDE CLAIMS LLC AS
  ASSIGNEE FOR LAUREN
  MANUFACTURING
  PO BOX 626 PLANETARIUM
  STATION
  NEW YORK, NY 10024

Docketed Total:     $25,198.10

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $25,198.10 |
| | | | **$25,198.10** |

Allowed Total:     $23,290.40

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $23,290.40 |
| | | | **$23,290.40** |

---

\*      See Exhibit D for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

## EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 8860**
Date Filed:   06/30/2006
Docketed Total:   $4,745.00
Filing Creditor Name and Address:
   RIVERSIDE CLAIMS LLC AS
   ASSIGNEE FOR SA
   TECHNOLOGIES INC
   PO BOX 626 PLANETARIUM
   STATION
   NEW YORK, NY 10024

Claim Holder Name and Address
   RIVERSIDE CLAIMS LLC AS
   ASSIGNEE FOR SA TECHNOLOGIES
   INC
   PO BOX 626 PLANETARIUM
   STATION
   NEW YORK, NY 10024

Docketed Total:   $4,745.00

Allowed Total:   $3,200.00

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44507 | | | $4,745.00 | | 05-44507 | | | $3,200.00 |
| | | | **$4,745.00** | | | | | **$3,200.00** |

**Claim: 8858**
Date Filed:   06/30/2006
Docketed Total:   $12,982.30
Filing Creditor Name and Address:
   RIVERSIDE CLAIMS LLC AS
   ASSIGNEE FOR VANEX FIRE
   SYSTEMS
   PO BOX 626 PLANETARIUM
   STATION
   NEW YORK, NY 10024

Claim Holder Name and Address
   RIVERSIDE CLAIMS LLC AS
   ASSIGNEE FOR VANEX FIRE
   SYSTEMS
   PO BOX 626 PLANETARIUM
   STATION
   NEW YORK, NY 10024

Docketed Total:   $12,982.30

Allowed Total:   $12,864.15

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | | | $12,982.30 | | 05-44640 | | | $12,864.15 |
| | | | **$12,982.30** | | | | | **$12,864.15** |

**Claim: 4011**
Date Filed:   05/01/2006
Docketed Total:   $30,350.37
Filing Creditor Name and Address:
   ROOT NEAL & CO INC
   64 PEABODY ST
   BUFFALO, NY 14240

Claim Holder Name and Address
   MADISON INVESTMENT TRUST
   SERIES 38
   6310 LAMAR AVE STE 120
   OVERLAND PARK, KS 66202

Docketed Total:   $30,350.37

Allowed Total:   $25,682.68

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | | $30,350.37 | | 05-44640 | | | $25,682.68 |
| | | | **$30,350.37** | | | | | **$25,682.68** |

\*      See Exhibit D for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim 2680**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 2680<br>Date Filed:  04/18/2006<br>Docketed Total:  $111,073.70<br>Filing Creditor Name and Address:<br>ROTHRIST TUBE INC<br>NELSON MULLINS RILEY &<br>SCARBOROUGH LLP<br>PO BOX 11070<br>COLUMBIA, SC 29211-1070 | Claim Holder Name and Address<br><br>ROTHRIST TUBE INC          Docketed Total:  **$111,073.70**<br>NELSON MULLINS RILEY &<br>SCARBOROUGH LLP<br>PO BOX 11070<br>COLUMBIA, SC 29211-1070 | Allowed Total:  **$100,896.19** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $111,073.70 | 05-44640 | | | $100,896.19 |
| | | | **$111,073.70** | | | | **$100,896.19** |

**Claim 15692**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 15692<br>Date Filed:  07/31/2006<br>Docketed Total:  $12,209.13<br>Filing Creditor Name and Address:<br>SIEMENS BULDING<br>TECHNOLOGIES INC<br>FAGELHABER LLC<br>55 E MONROE ST 40TH FL<br>CHICAGO, IL 60603 | Claim Holder Name and Address<br><br>SIEMENS BULDING TECHNOLOGIES          Docketed Total:  **$12,209.13**<br>INC<br>FAGELHABER LLC<br>55 E MONROE ST 40TH FL<br>CHICAGO, IL 60603 | Allowed Total:  **$8,407.85** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $12,209.13 | | | 05-44640 | | | $8,407.85 |
| | **$12,209.13** | | | | | | **$8,407.85** |

\*      See Exhibit D for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 14141**
Date Filed:   07/31/2006
Docketed Total:   $2,565,472.27
Filing Creditor Name and Address:
  SPCP GROUP LLC AS ASSIGNEE
  OF PARKER HANNIFIN
  CORPORATION
  TWO GREENWICH PLZ 1ST FL
  GREENWICH, CT 06830

Claim Holder Name and Address

  CONTRARIAN FUNDS LLC        Docketed Total:    $2,492,426.58
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,492,426.58 |
| | | | $2,492,426.58 |

Allowed Total:    $2,343,162.15

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $24,324.10 |
| 05-44640 | | | $2,318,838.05 |
| | | | $2,343,162.15 |

Claim Holder Name and Address

  SPCP GROUP LLC AS ASSIGNEE OF     Docketed Total:    $73,045.69
  PARKER HANNIFIN CORPORATION
  TWO GREENWICH PLZ 1ST FL
  GREENWICH, CT 06830

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $73,045.69 | |
| | | $73,045.69 | |

Allowed Total:    $121,842.03

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $386.01 |
| 05-44640 | | | $121,456.02 |
| | | | $121,842.03 |

**Claim: 15423**
Date Filed:   07/31/2006
Docketed Total:   $6,153,413.36
Filing Creditor Name and Address:
  SPECIAL SITUATIONS INVESTING
  GROUP INC
  C/O GOLDMAN SACHS & CO
  30 HUDSON 17TH FL
  JERSEY CITY, NJ 07302

Claim Holder Name and Address

  SPECIAL SITUATIONS INVESTING        Docketed Total:    $6,153,413.36
  GROUP INC
  C/O GOLDMAN SACHS & CO
  30 HUDSON 17TH FL
  JERSEY CITY, NJ 07302

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,153,413.36 |
| | | | $6,153,413.36 |

Allowed Total:    $5,858,665.54

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,858,665.54 |
| | | | $5,858,665.54 |

*    See Exhibit D for a listing of debtor entities by case number.

**    "UNL" denotes an unliquidated claim.

### EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 5980**
Date Filed: 05/16/2006
Docketed Total: $9,225,767.18
Filing Creditor Name and Address:
SPECIAL SITUATIONS INVESTING
GROUP INC AS ASSIGNEE OF PBR
KNOXVILLE LLC
10215 CANEEL DR
KNOXVILLE, TN 37931

Claim Holder Name and Address
PBR KNOXVILLE LLC
10215 CANEEL DR
KNOXVILLE, TN 37931

Docketed Total: $68,308.80

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $68,308.80 | | |
| | $68,308.80 | | |

Allowed Total: $0.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $0.00 |
| | | | $0.00 |

Claim Holder Name and Address
SPECIAL SITUATIONS INVESTING
GROUP INC
C/O GOLDMAN SACHS & CO
85 BROAD ST 27TH FL
NEW YORK, NY 10004

Docketed Total: $9,157,458.38

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $9,157,458.38 |
| | | | $9,157,458.38 |

Allowed Total: $9,157,458.38

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $9,157,458.38 |
| | | | $9,157,458.38 |

**Claim: 9772**
Date Filed: 07/18/2006
Docketed Total: $72,034.20
Filing Creditor Name and Address:
SPS TECHNOLOGIES
WATERFORD COMPANY FKA
TERRY MACHINE COMPANY
C O ROBERT SZWAJKOS ESQUIRE
CURTIN & HEEFNER LLP
250 N PENNSYLVANIA AVE
MORRISVILLE, PA 19067

Claim Holder Name and Address
BEAR STEARNS INVESTMENT
PRODUCTS INC
CO JPMORGAN CHASE BANK NA
LEGAL DEPT
1 CHASE MANHATTAN PLAZA 26TH
FL
NEW YORK, NY 10081

Docketed Total: $72,034.20

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $72,034.20 |
| | | | $72,034.20 |

Allowed Total: $72,025.32

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $72,025.32 |
| | | | $72,025.32 |

\*    See Exhibit D for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.

## EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 8094**
Date Filed: 06/16/2006
Docketed Total: $271.50
Filing Creditor Name and Address:
TAX COMMISSIONER OF THE
STATE OF OHIO
30 E BROAD ST
COLUMBUS, OH 43215

Claim Holder Name and Address
TAX COMMISSIONER OF THE STATE
OF OHIO
30 E BROAD ST
COLUMBUS, OH 43215

Docketed Total: $271.50

Allowed Total: $222.89

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $271.50 | | 05-44640 | | $222.89 | |
| | | $271.50 | | | | $222.89 | |

**Claim: 12828**
Date Filed: 07/28/2006
Docketed Total: $2,696,313.72
Filing Creditor Name and Address:
TCS AMERICA A DIV OF TATA
AMERICA INTERNATIONAL
CORPORATION
TCS AMERICA
101 PK AVE 26TH FL
NEW YORK, NY 10178

Claim Holder Name and Address
SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total: $2,696,313.72

Allowed Total: $2,671,979.95

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $2,696,313.72 | 05-44640 | | | $2,671,979.95 |
| | | | $2,696,313.72 | | | | $2,671,979.95 |

**Claim: 16583**
Date Filed: 03/20/2007
Docketed Total: $206,964.00
Filing Creditor Name and Address:
TESTEQUITY INC
2450 TURQUOISE CIR
THOUSAND OAKS, CA 91320

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 33RD FL
NEW YORK, NY 10019

Docketed Total: $206,964.00

Allowed Total: $166,885.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $206,964.00 | 05-44640 | | | $166,885.00 |
| | | | $206,964.00 | | | | $166,885.00 |

\*     See Exhibit D for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

## EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10373<br>Date Filed: 07/24/2006<br>Docketed Total: $61,309.20<br>Filing Creditor Name and Address:<br>THE DAYTON POWER AND<br>LIGHT COMPANY<br>1065 WOODMAN DR<br>DAYTON, OH 45432 | Claim Holder Name and Address<br><br>THE DAYTON POWER AND LIGHT<br>COMPANY<br>1065 WOODMAN DR<br>DAYTON, OH 45432 | | Docketed Total: | $61,309.20 | | | Allowed Total: | $37,272.92 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$61,309.20<br><br>**$61,309.20** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$37,272.92<br><br>**$37,272.92** |
| Claim: 11462<br>Date Filed: 07/27/2006<br>Docketed Total: $506,709.93<br>Filing Creditor Name and Address:<br>VALEO CLIMATE CONTROL<br>CORPORATION<br>3000 UNIVERSITY DR<br>AUBURN HILLS, MI 48326 | Claim Holder Name and Address<br><br>VALEO CLIMATE CONTROL<br>CORPORATION<br>3000 UNIVERSITY DR<br>AUBURN HILLS, MI 48326 | | Docketed Total: | $506,709.93 | | | Allowed Total: | $156,725.41 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$506,709.93<br><br>**$506,709.93** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$156,725.41<br><br>**$156,725.41** |
| Claim: 2340<br>Date Filed: 03/20/2006<br>Docketed Total: $5,083.55<br>Filing Creditor Name and Address:<br>VERIZON NORTH INC<br>404 BROCK DR<br>BLOOMINGTON, IL 61701 | Claim Holder Name and Address<br><br>VERIZON NORTH INC<br>404 BROCK DR<br>BLOOMINGTON, IL 61701 | | Docketed Total: | $5,083.55 | | | Allowed Total: | $4,200.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$5,083.55<br><br>**$5,083.55** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$4,200.00<br><br>**$4,200.00** |

\*    See Exhibit D for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.

## EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

### Claim 11640

Claim: 11640
Date Filed:   07/27/2006
Docketed Total:   $6,183,936.00
Filing Creditor Name and Address:
 VICTORY PACKAGING LP
 VICTORY PACKAGING LLP
 3555 TIMMONS LAND STE 1440
 HOUSTON, TX 77027

Claim Holder Name and Address
 VICTORY PACKAGING LP
 VICTORY PACKAGING LLP
 3555 TIMMONS LAND STE 1440
 HOUSTON, TX 77027

Docketed Total:   $6,183,936.00

Allowed Total:   $3,764,666.98

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | UNL | $6,183,936.00 |
| | | UNL | $6,183,936.00 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,764,666.98 |
| | | | $3,764,666.98 |

### Claim 12052

Claim: 12052
Date Filed:   07/28/2006
Docketed Total:   $30,000.00
Filing Creditor Name and Address:
 WALDO RICHARD L AND
 GWENDOLYN A WALDO
 PLAINTIFFS V
 L GEORGE W R SIPES
 151 N DELAWARE ST STE 1700
 INDIANAPOLIS, IN 46204-2503

Claim Holder Name and Address
 WALDO RICHARD L AND
 GWENDOLYN A WALDO
 PLAINTIFFS V
 L GEORGE W R SIPES
 151 N DELAWARE ST STE 1700
 INDIANAPOLIS, IN 46204-2503

Docketed Total:   $30,000.00

Allowed Total:   $5,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $30,000.00 |
| | | | $30,000.00 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,000.00 |
| | | | $5,000.00 |

### Claim 16447

Claim: 16447
Date Filed:   12/08/2006
Docketed Total:   $76,844.72
Filing Creditor Name and Address:
 WRIGHT PLASTIC PRODUCTS CO
 LLC
 201 CONDENSERY RD
 SHERIDAN, MI 48884

Claim Holder Name and Address
 CONTRARIAN FUNDS LLC
 411 W PUTNAM AVE S 225
 GREENWICH, CT 06830

Docketed Total:   $76,844.72

Allowed Total:   $72,148.40

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $76,844.72 |
| | | | $76,844.72 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $72,148.40 |
| | | | $72,148.40 |

Total Claims To Be Allowed: 103

Total Amount As Allowed:    $93,260,741.48

Total Amount As Allowed:    $83,833,319.19

*    See Exhibit D for a listing of debtor entities by case number.

**    "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

## EXHIBIT C-1 - DUPLICATE OR AMENDED CLAIMS

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|

**CLAIM TO BE EXPUNGED**

Claim Number:    16606
Date Filed:    05/14/2007
Creditor's Name and Address:

1ST CHOICE HEATING & COOLING INC
JOEL D APPLEBAUM P36774 CLARK HILL PLC
500 WOODWARD AVE STE 3500
DETROIT, MI 48226

| | |
|---|---|
| Debtor: | DELPHI CORPORATION (05-44481) |
| Secured: | $22,046.54 |
| Priority: | |
| Administrative: | |
| Unsecured: | |
| Total: | $22,046.54 |

**SURVIVING CLAIM**

Claim Number:    16601
Date Filed:    05/15/2007
Creditor's  Name and Address:

1ST CHOICE HEATING & COOLING INC
JOEL D APPLEBAUM P36774 CLARK HILL PLC
500 WOODWARD AVE STE 3500
DETROIT, MI 48226

| | |
|---|---|
| Debtor: | DELPHI CORPORATION (05-44481) |
| Secured: | $22,046.54 |
| Priority: | |
| Administrative | |
| Unsecured: | |
| Total: | $22,046.54 |
| Current Status | To be allowed -- see Exhibit A |

---

Claim Number:    13740
Date Filed:    07/31/2006
Creditor's Name and Address:

BREEN COLOR CONCENTRATES INC
MARK CONLAN ESQ
GIBBONS PC
ONE GATEWAY CTR
NEWARK, NJ 07102-5310

| | |
|---|---|
| Debtor: | DELPHI CORPORATION (05-44481) |
| Secured: | |
| Priority: | |
| Administrative: | |
| Unsecured: | $11,505.71 |
| Total: | $11,505.71 |

Claim Number:    14174
Date Filed:    07/31/2006
Creditor's  Name and Address:

BREEN COLOR CONCENTRATES INC
MARK CONLAN ESQ
GIBBONS PC
ONE GATEWAY CTR
NEWARK, NJ 07102-5310

| | |
|---|---|
| Debtor: | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Secured: | |
| Priority: | |
| Administrative | |
| Unsecured: | $11,505.71 |
| Total: | $11,505.71 |
| Current Status | Ordered modified pursuant to prior order |

---

Claim Number:    16541
Date Filed:    02/13/2007
Creditor's Name and Address:

CONTRARIAN FUNDS LLC
ATTN ALISA MUMOLA
411 W PUTNAM AVE S 225
GREENWICH, CT 06830

| | |
|---|---|
| Debtor: | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Secured: | |
| Priority: | |
| Administrative: | |
| Unsecured: | $31,991.00 |
| Total: | $31,991.00 |

Claim Number:    6321
Date Filed:    05/19/2006
Creditor's  Name and Address:

CONTRARIAN FUNDS LLC
ATTN ALISA MUMOLA
411 W PUTNAM AVE S 225
GREENWICH, CT 06830

| | |
|---|---|
| Debtor: | DELPHI CORPORATION (05-44481) |
| Secured: | |
| Priority: | |
| Administrative | |
| Unsecured: | $31,991.00 |
| Total: | $31,991.00 |
| Current Status | Allowed pursuant to stipulation (Docket No. 11413) |

**In re Delphi Corporation, et al.**
Case No. 05-44481 (RDD)

**EXHIBIT C-1 - DUPLICATE OR AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | | SURVIVING CLAIM | |
|---|---|---|---|
| Claim Number: 16515<br>Date Filed: 02/07/2007<br>Creditor's Name and Address:<br><br>CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE S 225<br>GREENWICH, CT 06830 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $38,900.00<br>Total: $38,900.00 | Claim Number: 1308<br>Date Filed: 12/27/2005<br>Creditor's Name and Address:<br><br>CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE S 225<br>GREENWICH, CT 06830 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative<br>Unsecured: $38,900.00<br>Total: $38,900.00<br><br>Current Status    Ordered modified pursuant to prior order |
| Claim Number: 14878<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br><br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $76,844.72<br>Total: $76,844.72 | Claim Number: 16447<br>Date Filed: 12/08/2006<br>Creditor's Name and Address:<br><br>CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE S 225<br>GREENWICH, CT 06830 | Debtor: DELPHI MECHATRONIC SYSTEMS, INC. (05-44567)<br>Secured:<br>Priority:<br>Administrative<br>Unsecured: $76,844.72<br>Total: $76,844.72<br><br>Current Status    To be allowed -- see Exhibit B |
| Claim Number: 6991<br>Date Filed: 05/30/2006<br>Creditor's Name and Address:<br><br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $168,862.08<br>Total: $168,862.08 | Claim Number: 16386<br>Date Filed: 10/24/2006<br>Creditor's Name and Address:<br><br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative<br>Unsecured: $168,862.08<br>Total: $168,862.08<br><br>Current Status    Objected to pursuant to 31st Omnibus Claims Objection (Docket No. 14349) |

**In re Delphi Corporation, et al.**
Case No. 05-44481 (RDD)

### EXHIBIT C-1 - DUPLICATE OR AMENDED CLAIMS

| CLAIM TO BE EXPUNGED | | SURVIVING CLAIM | |
|---|---|---|---|
| | Debtor:  DELPHI CORPORATION (05-44481) | | Debtor:  DELPHI CORPORATION (05-44481) |
| Claim Number:  1672 | | Claim Number:  16739 | |
| Date Filed:  01/26/2006 | | Date Filed:  11/06/2007 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| | Priority:  $175,000.00 | | Priority: |
| FIRST TECHNOLOGY HOLDINGS INC AND | | FIRST TECHNOLOGY HOLDINGS INC AND | |
| AFFILIATES AND SUBSIDIARIES | Administrative: | AFFILIATES AND SUBSIDIARIES AND | Administrative |
| JOHN D HERTZBERG | Unsecured:  $458,258.00 | CONTROL DEVICES INC AND FIRST INERTIA | Unsecured:  $633,258.00 |
| 30150 TELEGRAPH RD STE 444 | | SWITCH LIMITED | |
| BINGHAM FARMS, MI 48025 | Total:  $633,258.00 | THOMAS SKIBINSKI | Total:  $633,258.00 |
| | | CONTROL DEVICES INC AND FIRST INERTIA | |
| | | SWITCH | |
| | | C O SENSATA TECHNOLOGIES INC | Current Status    To be allowed -- see Exhibit B |
| | | 529 PLEASANT ST MS B 1 | |
| | | ATTLEBORO, MA 02703 | |

**Total Claims To Be Expunged:**      **7**

**Total Asserted Amount To Be Expunged:**      **$983,408.05**

In re Delphi Corporation, et al.                                        Thirty-Second Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| 1ST CHOICE HEATING & COOLING I<br>8147 ISLANDVIEW DR<br>NEWAYGO, MI 49337 | 15805 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $12,491.44<br><br><br><br>$12,491.44 | 08/02/2006 | DELPHI CORPORATION (05-44481) |
| ARGO PARTNERS<br>12 W 37TH ST 9TH FL<br>NEW YORK, NY 10018 | 14279 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$3,649.48<br>$3,649.48 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BASF CORPORATION<br>100 CAMPUS DR<br>FLORHAM PARK, NJ 07932 | 16200 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,015,234.23<br>$1,015,234.23 | 08/14/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BEAVER VALLEY MANUFACTURING INC<br>IRA RUBIN<br>GOLDMAN RUBIN & SHAPIRO<br>1340 WOODMAN DR<br>DAYTON, OH 45432 | 11186 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$180,633.39<br>$180,633.39 | 07/26/2006 | DELPHI CORPORATION (05-44481) |
| BURKBURNETT INDEPENDENT SCHOOL DISTRICT<br>HAROLD LEREW<br>PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>PO BOX 8188<br>WICHITA FALLS, TX 76307 | 2076 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $61,138.40<br><br><br><br>$61,138.40 | 02/21/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CROWN CREDIT COMPANY<br>ATTN RODNEY J HINDERS ESQ<br>115 N MAIN ST<br>NEW BREMEN, OH 45869 | 6578 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$2,152.00<br>$2,152.00 | 05/22/2006 | ASEC MANUFACTURING GENERAL PARTNERSHIP (05-44482) |
| FIRST CHOICE HEATING & COOLING INC<br>8147 ISLANDVIEW DR<br>NEWAYGO, MI 49337 | 15804 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $9,555.10<br><br><br><br>$9,555.10 | 08/02/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                                        Thirty-Second Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JOHN E BENZ & CO<br>JEREMY R JOHNSON ESQ<br>DLA PIPER RUDNICK GRAY CARY<br>US LLP<br>1251 AVE OF THE AMERICAS<br>NEW YORK, NY 10020-5283 | 14297 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| JPMORGAN CHASE BANK NA<br>ATTN NEEMA VELUVOLU<br>4 NEW YORK PLAZA FL 16<br>NEW YORK, NY 10004-2413 | 11599 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $432,705.04<br>$432,705.04 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MICROSYS TECHNOLOGIES INC<br>3710 NASHUA DRIVE UNIT 1<br>MISSISSAUGA, ON L4V 1M5<br>CANADA | 2054 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,775.00<br>$1,775.00 | 02/17/2006 | DELPHI CORPORATION (05-44481) |
| OHIO DEPARTMENT OF TAXATION<br>REBECCA DAUM<br>ATTORNEY BANKRUPTCY<br>DIVISION<br>PO BOX 530<br>COLUMBUS, OH 43216-0530 | 16596 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $2,976.58<br>$2,976.58 | 04/13/2007 | DELPHI CORPORATION (05-44481) |
| OHIO DEPARTMENT OF TAXATION<br>REBECCA L DAUM<br>30 E BROAD ST<br>COLUMBUS, OH 43215 | 1426 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $5,503.23<br>$5,503.23 | 01/03/2006 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |
| PBR COLUMBIA LLC<br>ATTN DAVID WHEELER<br>201 METROPOLITAN DR<br>WEST COLUMBIA, SC 29170<br><br>SPECIAL SITUATIONS INVESTING<br>GROUP INC<br>ATTN AL DOMBROWSKI<br>C/O GOLDMAN SACHS & CO<br>85 BROAD ST 27TH FL<br>NEW YORK, NY 10004 | 6610 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,508,953.50<br><br>$447,670.98<br>$1,956,624.48 | 05/22/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

|  | Total: | 13 | $3,684,438.37 | | |
|---|---|---|---|---|---|

---

*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, <u>et al.</u>                                Thirty-Second Omnibus Claims Objection

Case No. 05-44481 (RDD)

Exhibit D - Debtor Entity Reference

| CASE NUMBER | DEBTOR ENTITY |
|---|---|
| 05-44481 | DELPHI CORPORATION |
| 05-44482 | ASEC MANUFACTURING GENERAL PARTNERSHIP |
| 05-44507 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION |
| 05-44547 | DELPHI ELECTRONICS (HOLDING) LLC |
| 05-44554 | DELPHI TECHNOLOGIES, INC. |
| 05-44567 | DELPHI MECHATRONIC SYSTEMS, INC. |
| 05-44610 | DELCO ELECTRONICS OVERSEAS CORPORATION |
| 05-44624 | DELPHI CONNECTION SYSTEMS |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |

# Exhibit E

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                          :

In re                          :       Chapter 11
                                            :

DELPHI CORPORATION, et al.,     :       Case No. 05-44481 (RDD)
                                            :

                  Debtors.     :       (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


<u>NOTICE OF OBJECTION TO CLAIM</u>

[Claimant Name]:


       Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), are sending you this notice. According to the Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases. Based upon the Debtors' review of your proof or proofs of claim, the Debtors have determined that one or more of your "Claims," as such term is defined in 11 U.S.C. § 101(5), identified in the table below should be disallowed and expunged, modified and allowed, or allowed in the asserted amount as summarized in the table and described in more detail in the Debtors' Thirty-Second Omnibus Objection Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Regarding (A) Asserted Amount Claims, (B) Claims Subject To Modification, And (C) Claims To Be Expunged (the "Thirty-Second Omnibus Claims Objection"), dated November 14, 2008, a copy of which is enclosed (without exhibits). The Debtors' Thirty-Second Omnibus Claims Objection is set for hearing on December 17, 2008 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004. AS FURTHER DESCRIBED IN THE ENCLOSED THIRTY-SECOND OMNIBUS CLAIMS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON DECEMBER 10, 2008. IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

       The enclosed Thirty-Second Omnibus Claims Objection identifies four different categories of objections. The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

       The Claims identified as having a Basis For Objection of "Asserted Amount Claims" are Claims that assert liabilities or dollar amounts that the Debtors have determined should be allowed at the asserted amount set forth in the corresponding proof of claim.

       Claims identified as having a Basis For Objection of "Claims Subject To Modification" are those Claims with respect to each of which the Debtors, together with the current

holders and, as applicable, the original claimants asserting such Claims (the "Claimants"), have reached a settlement in principle with respect to the proper amount and classification of each Claim Subject To Modification and the proper Debtor liable for each such Claim.  Accordingly, the Debtors seek to convert the amount of each Claim Subject To Modification to a fully liquidated amount agreed to between the Debtors and the Claimant and seek to have such Claim allowed in that agreed-upon amount as an unsecured claim against the stated Debtor.

The Claims identified as having a Basis For Objection of "Duplicate Or Amended Claims" under the column heading "Claim To Be Expunged" are either duplicates of other Claims filed with this Court or have been amended or superseded by later-filed Claims.

Claims identified as having a Basis For Objection of "Claims To Be Expunged Pursuant To Settlement" are Claims that assert liabilities or dollar amounts that are not owing pursuant to settlements in principle with the holders of such Claims.

| Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Treatment Of Claim |
|---|---|---|---|---|
|  |  |  |  |  |

If you wish to view the complete exhibits to the Thirty-Second Omnibus Claims Objection, you can do so at www.delphidocket.com.  If you have any questions about this notice or the Thirty-Second Omnibus Claims Objection to your Claim, please contact the Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Thirty-Second Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern Time) on December 10, 2008. Your Response, if any, to the Thirty-Second Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of

the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 632, New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed, (ii) the name of the claimant and a brief description of the basis for the amount of the Claim, (iii) a concise statement setting forth the reasons why the Claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Thirty-Second Omnibus Claims Objection, (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim, (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate, and (vi) the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the December 17, 2008 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order. With respect to all uncontested objections, the Debtors have requested that the Court conduct a final hearing on December 17, 2008 at 10:00 a.m. (prevailing Eastern time).

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order. IF NO RESPONSES TO THE THIRTY-SECOND OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE THIRTY-SECOND OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION PROCEDURES ORDER. Thus, your failure to respond may forever bar you from sustaining a Claim against the Debtors.

[Claimant Name]
[Address 1]
[Address 2] [Address 3]
[City], [State] [Zip]
[Country]

Dated:  New York, New York
      November 14, 2008

# Exhibit F

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                 :
In re                           :      Chapter 11
                                 :
DELPHI CORPORATION, et al.,    :      Case No. 05-44481 (RDD)
                               :
                Debtors.     :      (Jointly Administered)
                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:


       Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), are sending you this notice. According to the Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases. Based upon the Debtors' review of your proof or proofs of claim, the Debtors have determined that one or more of your "Claims," as such term is defined in 11 U.S.C. § 101(5), identified in the table below should be disallowed and expunged, modified and allowed, or allowed in the asserted amount as summarized in the table and described in more detail in the Debtors' Thirty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Regarding (A) Asserted Amount Claims, (B) Claims Subject To Modification, And (C) Claims To Be Expunged, (the "Thirty-Second Omnibus Claims Objection"), dated November 14, 2008, a copy of which is enclosed (without exhibits). The Debtors' Thirty-Second Omnibus Claims Objection is set for hearing on December 17, 2008 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004. AS FURTHER DESCRIBED IN THE ENCLOSED THIRTY-SECOND OMNIBUS CLAIMS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON DECEMBER 10, 2008. IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

       The enclosed Thirty-Second Omnibus Claims Objection identifies four different categories of objections. The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

       The Claims identified as having a Basis For Objection of "Asserted Amount Claims" are Claims that assert liabilities or dollar amounts that should be allowed at the asserted amount set forth in the corresponding proof of claim.

       Claims identified as having a Basis For Objection of "Claims Subject To Modification" are those Claims with respect to each of which the Debtors, together with the current

holders and, as applicable, the original claimants asserting such Claims (the "Claimants"), have reached a settlement in principle with respect to the proper amount and classification of each Claim Subject To Modification and the proper Debtor liable for each such Claim.  Accordingly, the Debtors seek to convert the amount of each Claim Subject To Modification to a fully liquidated amount agreed to between the Debtors and the Claimant and seek to have such Claim allowed in that agreed-upon amount as an unsecured claim against the stated Debtor.

The Claims identified as having a Basis For Objection of "Duplicate Or Amended Claims" under the column heading "Claim To Be Expunged" are either duplicates of other Claims filed with this Court or have been amended or superseded by later-filed Claims.

Claims identified as having a Basis For Objection of "Claims To Be Expunged Pursuant To Settlement" are Claims that assert liabilities or dollar amounts that are not owing pursuant to settlements in principle with the holders of such Claims.

| Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Treatment Of Claim | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Correct Debtor | Modified Amount | Modified Nature |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

If you wish to view the complete exhibits to the Thirty-Second Omnibus Claims Objection, you can do so at www.delphidocket.com.  If you have any questions about this notice or the Thirty-Second Omnibus Claims Objection to your Claim, please contact the Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING

2

SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Thirty-Second Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern Time) on December 10, 2008. Your Response, if any, to the Thirty-Second Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 632, New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed, (ii) the name of the claimant and a brief description of the basis for the amount of the Claim, (iii) a concise statement setting forth the reasons why the Claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Thirty-Second Omnibus Claims Objection, (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim, (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate, and (vi) the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the December 17, 2008 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order.  With respect to all uncontested objections, the Debtors have requested that the Court conduct a final hearing on December 17, 2008 at 10:00 a.m. (prevailing Eastern time).

IF YOUR PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.  PURSUANT TO THE CLAIMS OBJECTION PROCEDURES ORDER, THE DEBTORS MAY ELECT, IN THEIR SOLE DISCRETION, TO ACCEPT SUCH AMOUNT PROVISIONALLY AS THE ESTIMATED AMOUNT OF YOUR PROOF OF CLAIM PURSUANT TO SECTION 502(c) OF THE

BANKRUPTCY CODE FOR ALL PURPOSES OTHER THAN ALLOWANCE, BUT INCLUDING VOTING AND ESTABLISHING RESERVES FOR PURPOSES OF DISTRIBUTION UNDER A REORGANIZATION PLAN.  YOUR PROOF OF CLAIM WOULD REMAIN SUBJECT TO FURTHER OBJECTION AND REDUCTION, AS APPROPRIATE, AND TO SECTION 502(j) OF THE BANKRUPTCY CODE.  THE DEBTORS' ELECTION WOULD BE MADE BY SERVING YOU WITH A NOTICE IN THE FORM ATTACHED TO THE CLAIMS OBJECTION PROCEDURES ORDER.

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE THIRTY-SECOND OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE THIRTY-SECOND OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from sustaining a Claim against the Debtors.

[Claimant Name]
[Address 1]
[Address 2] [Address 3]
[City], [State] [Zip]
[Country]

Dated:  New York, New York
       November 14, 2008

4

Exhibit G - Claimants And Related Claims Subject To Thirty-Second Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| 1ST CHOICE HEATING & COOLING I | 15805 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| 1ST CHOICE HEATING & COOLING INC | 16601 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| 1ST CHOICE HEATING & COOLING INC | 16606 | EXHIBIT C-1 - DUPLICATE OR AMENDED CLAIMS |
| ABC TECHNOLOGIES INC | 1168 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| ADMIRAL TOOL & MFG CO OF ILLINOIS | 16406 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| AIRGAS EAST INC | 14278 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| AIRGAS EAST INC | 14279 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| AIRGAS SOUTHWEST INC | 14277 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| ALPS AUTOMOTIVE INC | 2246 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| AMES REESE INC | 9816 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| AMROC INVESTMENTS LLC | 11264 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| AMROC INVESTMENTS LLC AS ASSIGNEE OF FASTENAL COMPANY | 7514 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| AMROC INVESTMENTS LLC/FASTENAL COMPANY | 7514 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| ARGO PARTNERS | 14277 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| ARGO PARTNERS | 14278 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| ARGO PARTNERS | 14279 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| ARGO PARTNERS | 16132 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| ASM CAPITAL | 2317 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| ASM CAPITAL AS ASSIGNEE FOR SPEED MOTOR EXPRESS OF WNY INC | 2317 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| ASM CAPITAL II LP | 16406 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| BANK OF AMERICA N A | 5423 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| BASF CORPORATION | 16200 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| BASF CORPORATION | 8012 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| BEAR STEARNS INVESTMENT PRODUCTS INC | 2246 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| BEAR STEARNS INVESTMENT PRODUCTS INC | 2713 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| BEAR STEARNS INVESTMENT PRODUCTS INC | 9771 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| BEAR STEARNS INVESTMENT PRODUCTS INC | 9772 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| BEAR STEARNS INVESTMENT PRODUCTS INC | 9798 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| BEAR STEARNS INVESTMENT PRODUCTS INC/CTS CORPORATION | 11256 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| BEAR STEARNS INVESTMENT PRODUCTS INC/FUTABA CORPORATION OF AMERICA | 9261 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| BEAVER VALLEY MANUFACTURING INC | 11186 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| BEAVER VALLEY MANUFACTURING INC | 16615 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |

Exhibit G - Claimants And Related Claims Subject To Thirty-Second Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| BELLSOUTH TELECOMMUNICATIONS INC | 1570 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| BRAKE PARTS INC WIX FILTRATION CORP AFFINIA GROUP INC | 12011 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| BREEN COLOR CONCENTRATES INC | 13740 | EXHIBIT C-1 - DUPLICATE OR AMENDED CLAIMS |
| BURKBURNETT INDEPENDENT SCHOOL DISTRICT | 2076 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| CDW COMPUTER CENTERS INC | 1659 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CDW COMPUTER CENTERS INC | 419 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CDW COMPUTER CENTERS INC | 420 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CDW COMPUTER CENTERS INC | 88 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CINGULAR WIRELESS | 5084 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CINGULAR WIRELESS | 5085 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CINGULAR WIRELESS | 5087 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CIRCLE BROACH COMPANY INC | 9541 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CLARION CORPORATION OF AMERICA | 2127 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| COMPUTER PATENT ANNUITIES LP | 15379 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTI TECH ELASTOMER COATINGS | 9079 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC | 10579 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC | 10580 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC | 10581 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CONTRARIAN FUNDS LLC | 13775 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC | 14795 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CONTRARIAN FUNDS LLC | 14878 | EXHIBIT C-1 - DUPLICATE OR AMENDED CLAIMS |
| CONTRARIAN FUNDS LLC | 15211 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC | 15222 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CONTRARIAN FUNDS LLC | 15627 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC | 16447 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC | 16479 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CONTRARIAN FUNDS LLC | 16515 | EXHIBIT C-1 - DUPLICATE OR AMENDED CLAIMS |
| CONTRARIAN FUNDS LLC | 16541 | EXHIBIT C-1 - DUPLICATE OR AMENDED CLAIMS |
| CONTRARIAN FUNDS LLC | 16570 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC | 5568 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC | 6147 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC | 6991 | EXHIBIT C-1 - DUPLICATE OR AMENDED CLAIMS |
| CONTRARIAN FUNDS LLC | 8012 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF BLISSFIELD MANUFACTURING COMPANY | 9109 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF CAMOPLAST INCORPORATED | 12691 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF CAPSTAN ATLANTIC | 7374 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |

Exhibit G - Claimants And Related Claims Subject To Thirty-Second Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF ELECTRONIC SERVICES LLC DBA CSI ELECTRONICS | 9112 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF FLOW DRY TECHNOLOGY LTD | 12689 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF GEMINI PLASTICS INC | 10388 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF HITCHINER MANUFACTURING CO INC | 9796 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF IMCO INC | 7237 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF INA USA CORPORATION | 12686 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF MTD TECHNOLOGIES INC | 10382 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF PAX MACHINE WORKS INC | 9792 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF PRESTOLITE WIRE CORPORATION | 9113 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF REGENCY MCALLEN | 10387 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF SCHAEFFLER CANADA INC | 12690 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF SP DIV NMC LLC | 9791 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF STRATTEC SECURITY CORP | 12692 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF TRELLEBORG KUNHWA CO LTD | 12695 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF TRELLEBORG YSH INC | 12696 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF TRELLEBORG YSH SA DE CV | 12694 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF TROSTEL LTD | 12693 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF WHIRLAWAY CORPORATION | 9793 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS TRANSFEREE OF UNITED STARS INDUSTRIES INC | 16745 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC/SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | 14141 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTROL MASTERS INC | 8219 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CORUS LP | 5423 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CREATIVE TECHNIQUES INC | 14795 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CROWLEY TOOL CO | 16132 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CROWN CREDIT COMPANY | 6578 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| CTS CORPORPATION | 11256 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| DECO AUTOMOTIVE A DIVISION OF MAGNA INTERNATIONAL INC | 13458 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |

Exhibit G - Claimants And Related Claims Subject To Thirty-Second Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| DEMAG PLASTICS GROUP CORP | 10284 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| ELECTRONIC SOLUTIONS INC | 1201 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| EMC2 CORPORATION | 14837 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| EMPRESAS CA LE TIAXCALA SA DE CV | 15511 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| FHBC AMERICA INC | 6991 | EXHIBIT C-1 - DUPLICATE OR AMENDED CLAIMS |
| FIRST CHOICE HEATING & COOLING INC | 15804 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| FIRST TECHNOLOGY HOLDINGS INC AND AFFILIATES AND SUBSIDIARIES | 1672 | EXHIBIT C-1 - DUPLICATE OR AMENDED CLAIMS |
| FIRST TECHNOLOGY HOLDINGS INC AND AFFILIATES AND SUBSIDIARIES AND CONTROL DEVICES INC AND FIRST INERTIA SWITCH LIMITED | 16739 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| FIRSTENERGY SOLUTIONS CORP | 2342 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| FLEXIBLE AUTOMATION INC | 863 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| FOSTER ELECTRIC USA INC | 5568 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| FRAENKISCHE USA LP | 16511 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| FREUDENBERG NONWOVENS LP EFT | 5463 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| FUTABA CORPORATION OF AMERICA | 9261 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| GCI TECHNOLOGIES INC | 16570 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| GE CONSUMER & INDUSTRIAL F K A GE LIGHTING | 10191 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| GE CONSUMER & INDUSTRIAL F K A GE LIGHTING | 10192 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| GENERAL ELECTRIC CAPITAL CORP | 15452 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| GENERAL ELECTRIC COMPANY GE FANUC AUTOMATION NORTH AMERICA INC | 500 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| GOBAR SYSTEMS INC | 15429 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| GOLDMAN SACHS CREDIT PARTNERS LP | 14144 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| GOLDMAN SACHS CREDIT PARTNERS LP | 14145 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| GOLDMAN SACHS CREDIT PARTNERS LP | 2127 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| GOLDMAN SACHS CREDIT PARTNERS LP ASSIGNEE OF SIEMENS VDO AUTOMOTIVE CORPORATION AND SIEMENS VDO AUTOMOTIVE INC | 15064 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| GREELEY CONTAINMENT & REWORK INC | 11248 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| GREELEY CONTAINMENT & REWORK INC | 11249 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| GREELEY CONTAINMENT & REWORK INC | 11250 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| GREELEY CONTAINMENT & REWORK INC | 11251 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| GREER STOP NUT INC | 9798 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| GRUNER AG | 831 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| HAMMOND GROUP INC | 4427 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| HENKEL SURFACE TECHNOLOGIES | 6497 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| HEWLETT PACKARD COMPANY | 9352 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |

Exhibit G - Claimants And Related Claims Subject To Thirty-Second Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| HEWLETT PACKARD FINANCIAL SERVICES COMPANY FKA COMPAQ FINANCIAL SERVICES CORPORATION | 10683 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| HITACHI CHEMICAL SINGAPORE PTE LTD FKA HITACHI CHEMICAL ASIA PACIFIC PTE LTD | 416 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| IBJTC BUSINESS CREDIT CORPORATION AS SUCCESSOR IN INTEREST TO IBJ WHITEHALL BUSINESS CREDIT CORPORATION | 9995 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| ILM TOOL INC | 773 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| INFINEON TECHNOLOGIES NORTH AMERICA CORP | 11968 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| IRON MOUNTAIN INFORMATION MANAGEMENT INC | 646 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| JOHN E BENZ & CO | 14297 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| JOHN E BENZ & CO | 14314 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| JOHNSON CONTROLS INC | 5976 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| JPMORGAN CHASE BANK NA | 11599 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| JPMORGAN CHASE BANK NA | 16616 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| JUDCO MANUFACTURING INC | 13445 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| JUDCO MANUFACTURING INC | 16012 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| KORTEN QUALITY SYSTEMS LTD | 3640 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| KYOCERA INDUSTRIAL CERAMICS CORP | 12530 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| LIQUIDITY SOLUTIONS INC | 9816 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF HAMMOND GROUP INC | 4427 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF DIGIKEY | 15483 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| LITTELFUSE INC | 6147 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| LONGACRE MASTER FUND LTD | 16395 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| LONGACRE MASTER FUND LTD | 16583 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| LONGACRE MASTER FUND LTD | 2173 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| LONGACRE MASTER FUND LTD | 9079 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| MAC ARTHUR CORPORATION | 11599 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| MAC ARTHUR CORPORATION | 16616 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| MADISON INVESTMENT TRUST SERIES 38 | 2073 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| MADISON INVESTMENT TRUST SERIES 38 | 4011 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| MADISON NICHE OPPORTUNITIES FUND LLC | 3640 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| MARQUARDT GMBH | 12161 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| MICROSYS TECHNOLOGIES INC | 2053 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| MICROSYS TECHNOLOGIES INC | 2054 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |

Exhibit G - Claimants And Related Claims Subject To Thirty-Second Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| MILLENNIUM INDUSTRIES CORPORATION | 15211 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| MINNICK RALPH D | 12043 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| MUSKEGON CASTINGS CORP | 12186 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| MUSKEGON CASTINGS CORP/SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 12186 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| NATIONAL INSTRUMENTS CORP | 10400 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| NEOSONG USA INC | 5053 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| NOVELIS CORP | 15222 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| NSS TECHNOLOGIES INC FKA NATIONAL SET SCREW CORP | 9771 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| OHIO DEPARTMENT OF TAXATION | 1426 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| OHIO DEPARTMENT OF TAXATION | 16596 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| P & R INDUSTRIES INC EFT | 11429 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| PARK ENTERPRISES OF ROCHESTER INC | 16395 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| PARKVIEW METAL PRODUCTS | 13929 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| PARLEX CORPORATION | 11190 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| PARLEX CORPORATION | 11191 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| PARLEX CORPORATION | 11193 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| PBR AUSTRALIA PTY LTD | 2548 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| PBR AUSTRALIA PTY LTD/SPECIAL SITUATIONS INVESTING GROUP INC | 2548 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| PBR COLUMBIA LLC/SPECIAL SITUATIONS INVESTING GROUP INC | 6610 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| PBR KNOXVILLE LLC/SPECIAL SITUATIONS INVESTING GROUP INC | 5980 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| PHILLIPS PLASTICS CORPORATION | 10579 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| PHILLIPS PLASTICS CORPORATION | 10580 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| PHILLIPS PLASTICS CORPORATION | 10581 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| PHILLIPS ROBERT | 12046 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| PIC PRODUCTIVITY IMPROVEMENT CTR | 2173 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| PLATING TECHNOLOGY INC | 13775 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| PORT CITY CASTINGS CORP AFFILIATE OF PORT CITY DIE CAST INC | 12187 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| PORT CITY METAL PRODUCTS INC | 12190 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| PPG INDUSTRIES INC | 10710 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| PREMIER PRODUCTS INC | 15627 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| PROUD DOUGLAS AND ESTHER | 12047 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| QUICK CABLE CORPORATION | 2073 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| RAWAC PLATING COMPANY | 16334 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |

Exhibit G - Claimants And Related Claims Subject To Thirty-Second Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| REDROCK CAPITAL PARTNERS LLC | 863 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| REPUBLIC ENGINEERED PRODUCTS INC | 11264 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR JAN PAK HUNTSVILLE | 4045 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR LAUREN MANUFACTURING | 8863 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR SA TECHNOLOGIES INC | 8860 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR STANDARD SCALE & SUPPLY CO | 8865 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR VANEX FIRE SYSTEMS | 8858 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR WHYCO FINISHING TECHNOLOGIES LLC | 8874 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| ROOT NEAL & CO INC | 4011 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| ROTHRIST TUBE INC | 2680 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| SBC GLOBAL | 1581 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| SENSUS PRECISION DIE CASTING INC | 16479 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| SIEMENS BULDING TECHNOLOGIES INC | 15692 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| SIERRA LIQUIDITY FUND LLC ASSIGNEE METRIC EQUIPMENT SALES INC ASSIGNOR | 15976 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| SPCP GROUP LLC | 12011 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 11190 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 11191 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 11193 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 11429 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 1201 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 12257 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 12828 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| SPCP GROUP LLC AS ASSIGNEE OF FUJIKOKI AMERICA INC | 14137 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | 14141 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| SPCP GROUP LLC AS ASSIGNEE OF TEXTRON FASTENING SYSTEMS CANADA LTD | 14144 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| SPCP GROUP LLC AS ASSIGNEE OF TEXTRON FASTENING SYSTEMS CANADA LTD | 14145 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |

Exhibit G - Claimants And Related Claims Subject To Thirty-Second Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| SPECIAL SITUATIONS INVESTING GROUP INC | 14137 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| SPECIAL SITUATIONS INVESTING GROUP INC | 15423 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| SPECIAL SITUATIONS INVESTING GROUP INC AS ASSIGNEE OF PBR COLUMBIA LLC | 6610 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| SPECIAL SITUATIONS INVESTING GROUP INC AS ASSIGNEE OF PBR KNOXVILLE LLC | 5980 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| SPS TECHNOLOGIES WATERFORD COMPANY FKA TERRY MACHINE COMPANY | 9772 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| SSOE INC | 16541 | EXHIBIT C-1 - DUPLICATE OR AMENDED CLAIMS |
| STANLEY ELECTRIC SALES OF AMERICA INC | 12257 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| TAX COMMISSIONER OF THE STATE OF OHIO | 8094 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| TCS AMERICA A DIV OF TATA AMERICA INTERNATIONAL CORPORATION | 12828 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| TESTEQUITY INC | 16583 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| TEXAS INSTRUMENTS INCORPORATED AND TEXAS INSTRUMENTS INCORPORATED S&C | 2713 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| THE DAYTON POWER AND LIGHT COMPANY | 10373 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| THE GROWING CONCERN | 1507 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| VALEO CLIMATE CONTROL CORPORATION | 11462 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| VERITAS SOFTWARE CORPORATION | 10913 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| VERIZON NORTH INC | 2340 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| VICTORY PACKAGING LP | 11640 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| WALDO RICHARD L AND GWENDOLYN A WALDO PLAINTIFFS V | 12052 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| WASHINGTON LABORATORIES LTD | 16515 | EXHIBIT C-1 - DUPLICATE OR AMENDED CLAIMS |
| WRIGHT PLASTIC PRODUCTS CO LLC | 14878 | EXHIBIT C-1 - DUPLICATE OR AMENDED CLAIMS |
| WRIGHT PLASTIC PRODUCTS CO LLC | 16447 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
      In re                 :          Chapter 11
                                                          :
DELPHI CORPORATION, et al.,                               :          Case No. 05-44481 (RDD)
                                                          :
            Debtors.    :          (Jointly Administered)
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
REGARDING (A) ASSERTED AMOUNT CLAIMS, (B) CLAIMS
SUBJECT TO MODIFICATION, AND (C) CLAIMS TO BE EXPUNGED,
AS IDENTIFIED IN THIRTY-SECOND OMNIBUS CLAIMS OBJECTION

("THIRTY-SECOND OMNIBUS CLAIMS OBJECTION ORDER")

      Upon the Thirty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And

Fed. R. Bankr. P. 3007 Regarding (A) Asserted Amount Claims, (B) Claims Subject To

Modification, And (C) Claims To Be Expunged, dated November 14, 2008 (the "Thirty-Second

Omnibus Claims Objection"),[1] of Delphi Corporation ("Delphi") and certain of its subsidiaries

and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the

"Debtors"); and upon the record of the hearing held on the Thirty-Second Omnibus Claims

Objection; and after due deliberation thereon; and good and sufficient cause appearing therefor,

---

[1]   Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Thirty-Second Omnibus Claims Objection.

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

        A.      Each holder of a claim, as such term is defined in 11 U.S.C. § 101(5) (as

to each, a "Claim"), listed on Exhibits A, B, C-1, and C-2 hereto was properly and timely served

with a copy of the Thirty-Second Omnibus Claims Objection, a personalized Notice Of

Objection To Claim, a copy of the Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P.

2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings

Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections

To Claims (Docket No. 6089) (the "Claims Objection Procedures Order"), the proposed order

granting the Thirty-Second Omnibus Claims Objection, and notice of the deadline for responding

to the Thirty-Second Omnibus Claims Objection.  No other or further notice of the Thirty-

Second Omnibus Claims Objection is necessary.

        B.      This Court has jurisdiction over the Thirty-Second Omnibus Claims

Objection pursuant to 28 U.S.C. §§ 157 and 1334.  The Thirty-Second Omnibus Claims

Objection is a core proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the

Thirty-Second Omnibus Claims Objection in this district is proper under 28 U.S.C. §§ 1408 and

1409.

        C.      The Claims listed on Exhibit A hereto assert liabilities or dollar amounts

that the Debtors have determined should be allowed in their asserted amounts (the "Asserted

Amount Claims").

        D.      The Claims listed on Exhibit B hereto assert claims that the Debtors have

determined should be modified solely to assert a properly classified, fully liquidated claim

---

[2]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings
of fact when appropriate.  See Fed. R. Bankr. P. 7052.

2

amount against a Debtor that, in some instances, may be different from the one identified by the Claimant (the "Claims Subject To Modification").

        E.      The Claims listed on Exhibit C-1 hereto under the column heading Claims To Be Expunged are either duplicates of other Claims filed with this Court or have been amended or superseded by later-filed Claims (the "Duplicate Or Amended Claims").

        F.      The Claims listed on Exhibit C-2 hereto assert liabilities or dollar amounts that are not owing as a result of settlements in principle with the holders of such Claims (the "Claims To Be Expunged Pursuant To Settlement").

        G.      Exhibit D hereto displays the formal name of the Debtor entity and its associated bankruptcy case number referenced on Exhibit C-1 or C-2.  Exhibit G sets forth each of the Claims referenced on Exhibits A, B, C-1, and C-2 in alphabetical order by claimant and cross-references each such Claim by proof of claim number and basis of objection.

        H.      The relief requested in the Thirty-Second Omnibus Claims Objection and granted herein is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest.

      NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

        1.      Each Asserted Amount Claim listed on Exhibit A hereto is hereby allowed at the amount asserted on the corresponding proof of claim.

        2.      Each "Claim As Docketed" amount, classification, and Debtor listed on Exhibit B hereto is hereby revised to reflect the amount, classification, and Debtor listed as the "Claim As Modified."  No Claimant listed on Exhibit B hereto shall be entitled to (a) recover any Claim Subject To Modification in an amount exceeding the dollar value listed as the "Modified

Total" of the Claim, and/or (b) assert a classification that is inconsistent with that listed in the

"Claim As Modified" column, and/or (c) assert a Claim against a Debtor whose case number is

not listed in the "Claim As Modified" column on Exhibit B hereto.  Each Claim Subject To

Modification is hereby modified and allowed to reflect the Modified Total as set forth on

Exhibit B hereto.

        3.      Each of the Claims To Be Expunged listed on Exhibit C-1 hereto is hereby

disallowed and expunged in its entirety.

        4.      Each of the Claims To Be Expunged Pursuant To Settlement listed on

Exhibit C-2 hereto is hereby disallowed and expunged in its entirety.

        5.      Allowance of each of the Asserted Amount Claims set forth on Exhibit A

hereto and each of the Claims As Modified set forth on Exhibit B hereto (and together with the

Asserted Amount Claims, the "Allowed Claims") is subject to the following:

        (a)    Without further order of this Court, the Debtors are authorized to
offset or reduce the Allowed Claim for purposes of distribution to
holders of allowed claims entitled to receive distributions under any
plan of reorganization of the Debtors by the amount of any cure
payments made on account of the assumption, pursuant to section
365 of the Bankruptcy Code, of an executory contract or unexpired
lease to which the counterparty associated with the Proof of Claim is
a party.

        (b)    To the extent an Asserted Amount Claim set forth on Exhibit A or a
Claim Subject To Modification set forth on Exhibit B also
incorporates a reclamation demand with respect to which either (i)
the Debtors and the Claimant have entered into a letter agreement
whereby the Debtors and the Claimant agreed upon the valid amount
of the reclamation demand or (ii) the Claimant is deemed to have
consented to the Debtors' determination of the valid amount of the
reclamation demand (with respect to (b)(i) and (ii), each, a
"Reclamation Agreement"), the Claimant holding such Claim
reserves the right, pursuant to section 503(b) of the Bankruptcy
Code, to seek administrative priority status for that portion of the
Claim subject to such Reclamation Agreement, subject to the
Debtors' right to seek, at any time and notwithstanding a Claimant's
agreement to the amount pursuant to the Reclamation Agreement, a

4

judicial determination that certain reserved defenses (the "Reserved Defenses") with respect to the reclamation demand are valid.

(c)     The allowance of the Allowed Claim shall act as an injunction against any "Person" (as that term is defined in 101(41) of the Bankruptcy Code) commencing any action, employment of process, or act to collect, offset, or recover with respect to each such Allowed Claim.

(d)     The allowance of each such Allowed Claim subject to this Thirty-Second Omnibus Claims Objection resolves all of the responses filed by Claimants to prior omnibus claims objections with respect to each such Allowed Claim subject to the Thirty-Second Omnibus Claims Objection.

6.      Entry of this order is without prejudice to the Debtors' right to object, on any grounds whatsoever, to any other claims in these chapter 11 cases.

7.      This Court shall retain jurisdiction over the Debtors and the holders of Claims subject to the Thirty-Second Omnibus Claims Objection to hear and determine all matters arising from the implementation of this order.

8.      Each of the objections by the Debtors to each Claim addressed in the Thirty-Second Omnibus Claims Objection and attached hereto as Exhibits A, B, C-1, and C-2 constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014.  This order shall be deemed a separate order with respect to each Claim that is the subject of the Thirty-Second Omnibus Claims Objection.  Any stay of this order shall apply only to the contested matter which involves such Claim and shall not act to stay the applicability or finality of this order with respect to the other contested matters covered hereby.

9.      Kurtzman Carson Consultants LLC is hereby directed to serve this order, including exhibits, in accordance with the Claims Objection Procedures Order.

Dated: New York, New York
      December \_\_\_, 2008

_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT E

Delphi Corporation

Thirty-Second Omnibus Claims Objection

Exhibit C-1 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| 1st Choice Heating & Cooling Inc | Joel D Applebaum P36774 Clark Hill PLC 500 Woodward Ave Ste 3500 Detroit, MI 48226 | 5/14/07 | 16606 | $22,046.54 | Duplicate Or Amended Claims | Disallow and Expunge | 16601 |
| Breen Color Concentrates Inc | Mark Conlan Esq Gibbons PC One Gateway Ctr Newark, NJ 07102-5310 | 7/31/06 | 13740 | $11,505.71 | Duplicate Or Amended Claims | Disallow and Expunge | 14174 |
| Contrarian Funds LLC | Attn Alpa Jimenez 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 5/30/06 | 6991 | $168,862.08 | Duplicate Or Amended Claims | Disallow and Expunge | 16386 |
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 5/30/06 | 6991 | $168,862.08 | Duplicate Or Amended Claims | Disallow and Expunge | 16386 |
| Contrarian Funds LLC | Attn Alpa Jimenez 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 7/31/06 | 14878 | $76,844.72 | Duplicate Or Amended Claims | Disallow and Expunge | 16447 |
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/31/06 | 14878 | $76,844.72 | Duplicate Or Amended Claims | Disallow and Expunge | 16447 |
| Contrarian Funds LLC | Attn Alisa Mumola 411 W Putnam Ave S 225 Greenwich, CT 06830 | 2/7/07 | 16515 | $38,900.00 | Duplicate Or Amended Claims | Disallow and Expunge | 1308 |
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 2/7/07 | 16515 | $38,900.00 | Duplicate Or Amended Claims | Disallow and Expunge | 1308 |

Delphi Corporation
Thirty-Second Omnibus Claims Objection
Exhibit C-1 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| Contrarian Funds LLC | Attn Alisa Mumola<br>411 W Putnam Ave S 225<br>Greenwich, CT 06830 | 2/13/07 | 16541 | $31,991.00 | Duplicate Or Amended Claims | Disallow and Expunge | 6321 |
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 2/13/07 | 16541 | $31,991.00 | Duplicate Or Amended Claims | Disallow and Expunge | 6321 |
| First Technology Holdings Inc and Affiliates and Subsidiaries | John D Hertzberg<br>30150 Telegraph Rd Ste 444<br>Bingham Farms, MI 48025 | 1/26/06 | 1672 | $633,258.00 | Duplicate Or Amended Claims | Disallow and Expunge | 16739 |

Delphi Corporation
Thirty-Second Omnibus Claims Objection
Exhibit C-2 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| 1st Choice Heating & Cooling I | 8147 Islandview Dr<br>Newaygo, MI 49337 | 8/2/06 | 15805 | $12,491.44 | Claims To Be Expunged Pursuant To Settlement | Disallow and Expunge | |
| Argo Partners | Argo Partners<br>12 W 37th St 9th Fl<br>New York, NY 10018 | 7/31/06 | 14279 | $3,649.48 | Claims To Be Expunged Pursuant To Settlement | Disallow and Expunge | |
| Argo Partners | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 7/31/06 | 14279 | $3,649.48 | Claims To Be Expunged Pursuant To Settlement | Disallow and Expunge | |
| Basf Corporation | 100 Campus Dr<br>Florham Park, NJ 07932 | 8/14/06 | 16200 | $1,015,234.23 | Claims To Be Expunged Pursuant To Settlement | Disallow and Expunge | |
| Beaver Valley Manufacturing Inc | Ira Rubin<br>Goldman Rubin & Shapiro<br>1340 Woodman Dr<br>Dayton, OH 45432 | 7/26/06 | 11186 | $180,633.39 | Claims To Be Expunged Pursuant To Settlement | Disallow and Expunge | |
| Burkburnett Independent School District | Harold Lerew<br>Perdue Brandon Fielder Collins & Mott LLP<br>PO Box 8188<br>Wichita Falls, TX 76307 | 2/21/06 | 2076 | $61,138.40 | Claims To Be Expunged Pursuant To Settlement | Disallow and Expunge | |
| Crown Credit Company | Attn Rodney J Hinders Esq<br>115 N Main St<br>New Bremen, OH 45869 | 5/22/06 | 6578 | $2,152.00 | Claims To Be Expunged Pursuant To Settlement | Disallow and Expunge | |
| Crown Credit Company | Crown Equipment Corporation<br>Crown Equipment Corporation<br>Attn Rodney J Hinders Esq 40 S Washington St<br>New Bremen, OH 45869 | 5/22/06 | 6578 | $2,152.00 | Claims To Be Expunged Pursuant To Settlement | Disallow and Expunge | |
| First Choice Heating & Cooling Inc | 8147 Islandview Dr<br>Newaygo, MI 49337 | 8/2/06 | 15804 | $9,555.10 | Claims To Be Expunged Pursuant To Settlement | Disallow and Expunge | |

Page 1 of 3

Delphi Corporation
Thirty-Second Omnibus Claims Objection
Exhibit C-2 Service List

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| | Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| | John E Benz & Co | Jeremy R Johnson Esq<br>DLA Piper Rudnick Gray Cary US LLP<br>1251 Ave of the Americas<br>New York, NY 10020-5283 | 7/31/06 | 14297 | $0.00 | Claims To Be Expunged Pursuant To Settlement | Disallow and Expunge | |
| | JPMorgan Chase Bank NA | Attn Neema Veluvolu<br>4 New York Plaza Fl 16<br>New York, NY 10004-2413 | 7/27/06 | 11599 | $432,705.04 | Claims To Be Expunged Pursuant To Settlement | Disallow and Expunge | |
| | JPMorgan Chase Bank NA | JPMorgan Chase Bank NA<br>Attn Susan McNamara Legal Dept<br>Mail Code NY1 A436 1 Chase Manhattan Plz 26th Fl<br>New York, NY 10081 | 7/27/06 | 11599 | $432,705.04 | Claims To Be Expunged Pursuant To Settlement | Disallow and Expunge | |
| | Microsys Technologies Inc | 3710 Nashua Drive Unit 1<br>Mississauga, ON L4V 1M5 Canada | 2/17/06 | 2054 | $1,775.00 | Claims To Be Expunged Pursuant To Settlement | Disallow and Expunge | |
| | Ohio Department of Taxation | Attorney General of the State of Ohio<br>Collection Enforcement<br>150 E Gay St 21st Floor<br>Columbus, OH 43215 | 4/13/07 | 16596 | $2,976.58 | Claims To Be Expunged Pursuant To Settlement | Disallow and Expunge | |
| | Ohio Department of Taxation | Ohio Department of Taxation<br>c/o Rebecca Daum<br>30 E Broad St 23rd Floor<br>Columbus, OH 43216 | 4/13/07 | 16596 | $2,976.58 | Claims To Be Expunged Pursuant To Settlement | Disallow and Expunge | |
| | Ohio Department of Taxation | Rebecca Daum<br>Attorney Bankruptcy Division<br>PO Box 530<br>Columbus, OH 43216-0530 | 4/13/07 | 16596 | $2,976.58 | Claims To Be Expunged Pursuant To Settlement | Disallow and Expunge | |
| | Ohio Department of Taxation | Rebecca L Daum<br>30 E Broad St<br>Columbus, OH 43215 | 1/3/06 | 1426 | $5,503.23 | Claims To Be Expunged Pursuant To Settlement | Disallow and Expunge | |
| | Pbr Columbia Llc | Attn David Wheeler<br>201 Metropolitan Dr<br>West Columbia, SC 29170 | 5/22/06 | 6610 | $1,956,624.48 | Claims To Be Expunged Pursuant To Settlement | Disallow and Expunge | |
| | Pbr Columbia Llc | Foley & Lardner LLP<br>Hilary Jewett<br>90 Park Ave<br>New York, NY 10016 | 5/22/06 | 6610 | $1,956,624.48 | Claims To Be Expunged Pursuant To Settlement | Disallow and Expunge | |

11/17/2008 1:31 PM
Delphi Omni 32 Objection Exhibit C-2 Service List

Delphi Corporation
Thirty-Second Omnibus Claims Objection
Exhibit C-2 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Treatment of Claim | Surviving Claim Number |
| Pbr Columbia Llc | Foley & Lardner LLP<br>Judy A O Neill<br>500 Woodward Ave Ste 2700<br>Detroit, MI 48226 | 5/22/06 | 6610 | $1,956,624.48 | Claims To Be Expunged Pursuant To Settlement | Disallow and Expunge | |
| Special Situations Investing Group Inc | Attn Al Dombrowski<br>c/o Goldman Sachs & Co<br>85 Broad St 27th Fl<br>New York, NY 10004 | 5/22/06 | 6610 | $1,956,624.48 | Claims To Be Expunged Pursuant To Settlement | Disallow and Expunge | |
| Special Situations Investing Group Inc | Attn Al Dombrowski<br>c/o Goldman Sachs & Co<br>85 Broad St 27th Fl<br>New York, NY 10004 | 5/22/06 | 6610 | $1,956,624.48 | Claims To Be Expunged Pursuant To Settlement | Disallow and Expunge | |
| Special Situations Investing Group Inc | Goodwin Procter LLP<br>Allan S Brilliant Emanuel C Grillo Brian W Harvey<br>599 Lexington Ave<br>New York, NY 10022 | 5/22/06 | 6610 | $1,956,624.48 | Claims To Be Expunged Pursuant To Settlement | Disallow and Expunge | |

11/17/2008 1:31 PM
Delphi Omni 32 Objection Exhibit C-2 Service List

# EXHIBIT F

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                           :
In re                      :      Chapter 11
                           :
DELPHI CORPORATION, et al.,   :      Case No. 05-44481 (RDD)
                           :
               Debtors.   :      (Jointly Administered)
                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x


NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:


      Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), are sending you this notice.  According to the Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases.  Based upon the Debtors' review of your proof or proofs of claim, the Debtors have determined that one or more of your "Claims," as such term is defined in 11 U.S.C. § 101(5), identified in the table below should be disallowed and expunged, modified and allowed, or allowed in the asserted amount as summarized in the table and described in more detail in the Debtors' Thirty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Regarding (A) Asserted Amount Claims, (B) Claims Subject To Modification, And (C) Claims To Be Expunged (the "Thirty-Second Omnibus Claims Objection"), dated November 14, 2008, a copy of which is enclosed (without exhibits).  The Debtors' Thirty-Second Omnibus Claims Objection is set for hearing on December 17, 2008 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.  AS FURTHER DESCRIBED IN THE ENCLOSED THIRTY-SECOND OMNIBUS CLAIMS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON DECEMBER 10, 2008.  IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

      The enclosed Thirty-Second Omnibus Claims Objection identifies four different categories of objections.  The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

      The Claims identified as having a Basis For Objection of "Asserted Amount Claims" are Claims that assert liabilities or dollar amounts that the Debtors have determined should be allowed at the asserted amount set forth in the corresponding proof of claim.

Claims identified as having a Basis For Objection of "Claims Subject To Modification" are those Claims with respect to each of which the Debtors, together with the current holders and, as applicable, the original claimants asserting such Claims (the "Claimants"), have reached a settlement in principle with respect to the proper amount and classification of each Claim Subject To Modification and the proper Debtor liable for each such Claim.  Accordingly, the Debtors seek to convert the amount of each Claim Subject To Modification to a fully liquidated amount agreed to between the Debtors and the Claimant and seek to have such Claim allowed in that agreed-upon amount as an unsecured claim against the stated Debtor.

The Claims identified as having a Basis For Objection of "Duplicate Or Amended Claims" under the column heading "Claim To Be Expunged" are either duplicates of other Claims filed with this Court or have been amended or superseded by later-filed Claims.

Claims identified as having a Basis For Objection of "Claims To Be Expunged Pursuant To Settlement" are Claims that assert liabilities or dollar amounts that are not owing pursuant to settlements in principle with the holders of such Claims.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | Surviving Claim Number |
|:---:|:---:|:---:|:---:|:---:|:---:|
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ |

If you wish to view the complete exhibits to the Thirty-Second Omnibus Claims Objection, you can do so at www.delphidocket.com.  If you have any questions about this notice or the Thirty-Second Omnibus Claims Objection to your Claim, please contact the Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING

---

[1]    Asserted Claim Amounts listed as $0.00 reflect that the claim amount asserted is unliquidated.

SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Thirty-Second Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern Time) on December 10, 2008. Your Response, if any, to the Thirty-Second Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 632, New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed, (ii) the name of the claimant and a brief description of the basis for the amount of the Claim, (iii) a concise statement setting forth the reasons why the Claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Thirty-Second Omnibus Claims Objection, (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim, (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate, and (vi) the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the December 17, 2008 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order.  With respect to all uncontested objections, the Debtors have requested that the Court conduct a final hearing on December 17, 2008 at 10:00 a.m. (prevailing Eastern time).

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE THIRTY-SECOND OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE THIRTY-SECOND OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER

NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE
CLAIMS OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you
from sustaining a Claim against the Debtors.


Dated:  New York, New York
         November 14, 2008

# EXHIBIT G

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                          :
     In re                    :    Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :    Case No. 05-44481 (RDD)
                                          :
             Debtors.       :    (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m),
3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR
HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN
NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS

("CLAIM OBJECTION PROCEDURES ORDER")

     Upon the Motion For Order Pursuant To 11 U.S.C. §§ 502(b) And 502(c) And

Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For

Hearings Regarding Disallowance Or Estimation Of Claims And (ii) Certain Notices And

Procedures Governing Hearings Regarding Disallowance Or Estimation Of Claims, dated

October 31, 2006 (the "Motion"), of Delphi Corporation and certain of its subsidiaries and

affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the

"Debtors"); and upon the objections to the Motion and the record of the hearing held on the

Motion; and after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY FOUND AND DETERMINED THAT:[1]

A.    Proper, timely, adequate, and sufficient notice of the Motion has been
provided, such notice was good, sufficient and appropriate under the particular circumstances,
and no other or further notice of the Motion is or shall be required.

B.    The Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157
and 1334.  The Motion is a core proceeding under 28 U.S.C. § 157 (b)(2).  Venue of these cases
and the Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409.

C.    The relief requested in the Motion and granted herein is in the best
interests of the Debtors, their estates, their creditors, and other parties-in-interest.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED
THAT:

1.    This Court shall conduct special periodic hearings on contested claims
matters in these cases (the "Claims Hearing Dates"), to be held in Courtroom 610, United States
Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New
York 10004 unless the Debtors and the parties whose claims are affected are otherwise notified
by the Court. The following dates and times have been scheduled as Claims Hearing Dates in
these chapter 11 cases:

December 13, 2006 at 10:00 a.m. (prevailing Eastern time)

January 12, 2007 at 10:00 a.m. (prevailing Eastern time)

February 14, 2007 at 10:00 a.m. (prevailing Eastern time)

March 1, 2007 at 10:00 a.m. (prevailing Eastern time)

---

[1]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings
of fact when appropriate.  See Fed. R. Bankr. P. 7052.  Capitalized terms used and not otherwise defined herein
shall have the meanings ascribed to them in the Motion.

2

March 21, 2007 at 10:00 a.m. (prevailing Eastern time)

April 5, 2007 at 10:00 a.m. (prevailing Eastern time)

April 27, 2007 at 10:00 a.m. (prevailing Eastern time)

May 10, 2007 at 10:00 a.m. (prevailing Eastern time)

May 24, 2007 at 10:00 a.m. (prevailing Eastern time)

June 1, 2007 at 10:00 a.m. (prevailing Eastern time)

June 14, 2007 at 10:00 a.m. (prevailing Eastern time)

June 22, 2007 at 10:00 a.m. (prevailing Eastern time)

July 12, 2007 at 10:00 a.m. (prevailing Eastern time)

July 20, 2007 at 10:00 a.m. (prevailing Eastern time)

August 2, 2007 at 10:00 a.m. (prevailing Eastern time)

August 17, 2007 at 10:00 a.m. (prevailing Eastern time)

August 30, 2007 at 10:00 a.m. (prevailing Eastern time)

September 28, 2007 at 10:00 a.m. (prevailing Eastern time)

October 11, 2007 at 10:00 a.m. (prevailing Eastern time)

October 26, 2007 at 10:00 a.m. (prevailing Eastern time)

November 8, 2007 at 10:00 a.m. (prevailing Eastern time)

November 30, 2007 at 10:00 a.m. (prevailing Eastern time)

December 6, 2007 at 10:00 a.m. (prevailing Eastern time)

2.     Any response to a claims objection or an omnibus claims objection (a

"Response") must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure,

the Local Bankruptcy Rules for the Southern District of New York, and the Amended Eighth

Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006,

3

9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management,

And Administrative Procedures, entered on October 26, 2006 (the "Amended Eighth

Supplemental Case Management Order") (Docket No. 5418), (c) be filed with the Bankruptcy

Court in accordance with General Order M-242 (as amended) – registered users of the

Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest

must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or

any other Windows-based word processing format), (d) be submitted in hard copy form directly

to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United

States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610,

New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive,

Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps,

Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n:

John Wm. Butler, Jr., John K. Lyons, and Randall G. Reese), in each case so as to be received no

later than 4:00 p.m. (prevailing Eastern time) on the seventh calendar day prior to the Omnibus

Hearing for which the relevant claims objection or omnibus claims objection is scheduled.

      3.      Every Response must contain at a minimum the following:

      (a)      the title of the claims objection to which the Response is directed;

      (b)      the name of the claimant (each holder of a proof of claim, a "Claimant") and a brief description of the basis for the amount of the claim;

      (c)      a concise statement setting forth the reasons why the claim should not be disallowed, expunged, reduced, or reclassified, including, but not limited to, the specific factual and legal bases upon which the Claimant will rely in opposing the claims objection;

      (d)      unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that the Claimant need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that the Claimant shall disclose to the Debtors all information and provide copies of all documents that the Claimant believes to be

4

confidential, proprietary, or otherwise protected and upon which the Claimant intends to rely in support of its Claim, subject to appropriate confidentiality constraints;

(e)    to the extent that the claim is contingent or fully or partially unliquidated, the amount that the Claimant believes would be the allowable amount of such claim upon liquidation of the claim or occurrence of the contingency, as appropriate; and

(f)    the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the claim.

4.    Only those Responses made in writing and timely filed and received will be considered by the Court.  If a Claimant whose proof of claim is subject to a claims objection and who is served with the relevant claims objection fails to file and serve a timely Response in compliance with the foregoing procedures, the Debtors may present to the Court an appropriate order seeking relief with respect to such claim consistent with the relief sought in the relevant claims objection without further notice to the claimant, provided that, upon entry of such an order, the claimant shall receive notice of the entry of such order as provided below; provided, however, that if the claimant files a timely Response, which does not include the required minimum information provided in paragraph 3 above, the Debtors shall seek disallowance and expungement of the relevant claim or claims only in accordance with the Claims Hearing Procedures provided in paragraph 9 below.

5.    To the extent that a Response is filed with respect to any claim listed in a claims objection (each, a "Contested Claim"), each such Claim and the objection to such Claim asserted in the claims objection shall be deemed to constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.

6.    The Debtors are hereby authorized and directed to serve each Claimant whose proof of claim is listed in any omnibus claims objection with (a) a personalized Notice Of Objection To Claim which specifically identifies the Claimant's proof of claim that is subject to objection and the basis for such objection and (b) a complete copy of the relevant omnibus

5

claims objection without exhibits.  Service of omnibus claims objections in such manner shall

constitute good and sufficient notice and no other or further notice to claimants of an omnibus

claims objection shall be required.

       7.     Kurtzman Carson Consultants, LLC (the "Claims Agent") is hereby

authorized and directed to serve all orders entered with respect to any omnibus claims objections,

including exhibits, upon only the master service list and the 2002 list.  The Claims Agent is

hereby further authorized and directed to serve all claimants whose proofs of claim are the

subject of an order entered with respect to an omnibus claims objection with a copy of such order,

without exhibits, and a personalized Notice Of Entry Of Order in the form attached hereto as

Exhibit A specifically identifying such Claimant's proof of claim that is subject to the order, the

Court's treatment of such proof of claim, and the basis for such treatment, and advising the

Claimant of its ability to view the order with exhibits free of charge on the Debtors' Legal

Information Website.  Without limiting the foregoing, the Court hereby directs the Claims Agent

to serve the First Omnibus Claims Order in the manner provided hereby.

       8.     Any order entered by the Court with respect to an objection asserted in an

omnibus claims objection shall be deemed a separate order with respect to each claim covered by

such order.

       9.     The following procedures shall apply with respect to the determination of

Contested Claims (the "Claims Hearing Procedures"):

       (a)     Adjournment Of Claims Hearing.

       (i)     All Contested Claims for which a timely Response is filed shall be
automatically adjourned to a future hearing, the date of which shall be determined by the Debtors,
in their sole discretion, by serving the Claimant with notice as provided herein.  The Debtors
may send such notice to each Claimant when they deem it appropriate to do so, subject to the
requirements of the Bankruptcy Code, the Bankruptcy Rules, and any further order of this Court.

6

The Debtors shall schedule the further hearing upon each Contested Claim to a Claims Hearing of the Debtors' election:

(A)    for a non-evidentiary hearing to address the legal sufficiency of the particular proof of claim and whether the proof of claim states a claim against the asserted Debtor under Bankruptcy Rule 7012 (a "Sufficiency Hearing"), by serving upon the relevant Claimant by facsimile or overnight delivery, and filing with this Court, a notice substantially in the form attached hereto as <u>Exhibit B</u> (a "Notice Of Sufficiency Hearing") and a copy of this Order at least 20 business days prior to the date of such Sufficiency Hearing, or

(B)    for an evidentiary hearing on the merits of such Contested Claim (a "Claims Objection Hearing"), by serving upon the relevant Claimant by facsimile or overnight delivery, and filing with this Court, a notice substantially in the form attached hereto as <u>Exhibit C</u> (a "Notice Of Claims Objection Hearing" and, collectively with the Notice of Sufficiency Hearing, the "Notices of Hearing") and a copy of this Order at least 65 calendar days prior to the date of such Claims Objection Hearing.

(ii)    The Debtors, in their sole discretion, are authorized to further adjourn a hearing scheduled in accordance herewith at any time by providing notice to the Court and the Claimant at least five business days prior to the date of the scheduled hearing; <u>provided</u>, <u>however</u>, that the hearing on any Contested Claim shall not be adjourned for more than a total of 180 calendar days from date of service of the initial Notice of Hearing set forth in paragraph 9(a)(i)(A) and (B) above without consent of the Claimant with respect thereto, unless otherwise ordered by the Court.

(b)    <u>Sufficiency Hearing Procedures</u>.

(i)    To the extent that a Contested Claim is adjourned to a Sufficiency Hearing, if the Debtors wish to file a supplemental pleading, they shall file and serve their pleading no later than ten calendar days before the scheduled Sufficiency Hearing. The supplemental pleading shall not exceed fifteen single-sided, double-spaced pages.

(ii)    To the extent that a Contested Claim is adjourned to a Sufficiency Hearing, if the Claimant wishes to file a supplemental response, the Claimant shall file and serve its response no later than two business days before the scheduled Sufficiency Hearing. The supplemental response shall not exceed fifteen single-sided, double-spaced pages.

(iii)    To the extent that this Court determines upon conclusion of the Sufficiency Hearing that a Contested Claim cannot be disallowed in whole or in part without further proceedings, the Debtors shall provide to the Claimant a Notice Of Claims Objection Hearing pursuant to the procedures set forth above.

(c)    <u>Mandatory Meet And Confer</u>.

(i)    If (A) (1) the amount in dispute for a Contested Claim exceeds $1,000,000 or (2) a Contested Claim asserts unliquidated claims (unless the Claimant irrevocably agrees in writing that the allowed amount of such Contested Claim shall be limited to a maximum of $1,000,000), (B) the Claimant (if an individual) or the Claimant's principal place of

business (if a governmental unit or a person, as defined in section 101(41) of the Bankruptcy Code, other than an individual) is located within 90 miles of Troy, Michigan, and (C) such Contested Claim is scheduled by the Debtors for a Claims Objection Hearing, the Debtors and the relevant Claimant  shall hold an in-person meet and confer (an "In-Person Meet and Confer") at a neutral location in Troy, Michigan, or such other location as is reasonably acceptable to the Debtors, within ten business days of service of the Notice Of Claims Objection Hearing.

(ii)     If (A) (1) the amount in dispute for a Contested Claim is less than or equal to $1,000,000, (2) a Contested Claim asserts unliquidated claims and the Claimant with respect thereto irrevocably agrees in writing that the allowed amount of such Contested Claim shall be limited to a maximum of $1,000,000, or (3) the Claimant (if an individual) or the Claimant's principal place of business (if a governmental unit or a person, as defined in section 101(41) of the Bankruptcy Code, other than an individual) is located more than 90 miles from Troy, Michigan, and (B) such Contested Claim is scheduled by the Debtors for a Claims Objection Hearing, the Debtors and the relevant Claimant shall hold a telephonic meet and confer (a "Telephonic Meet and Confer" and, collectively with In-Person Meet and Confers, the "Meet and Confers") within ten business days of service of the Notice Of Claims Objection Hearing.

(iii)     The following representatives of each of the Debtors and the Claimant shall attend the Meet and Confer: (A) counsel for each of the parties, except for a Claimant proceeding pro se, who shall be prepared to discuss the matter described in paragraph 9 (k) below, and (B) a person possessing ultimate authority to reconcile, settle, or otherwise resolve the Contested Claim on behalf of the Debtors and the Claimant, respectively; provided, however, that counsel for each of the parties may participate in the Meet and Confer telephonically.

(iv)     The Court will consider appropriate sanctions, including allowance or disallowance of the Contested Claim, if either party does not follow the foregoing procedures or conduct the Meet and Confer in good faith.

(d)     Debtors' Statement Of Disputed Issues.  Within five business days after service of the Notice Of Claims Objection Hearing, the Debtors shall file and serve a written statement of disputed issues (the "Statement Of Disputed Issues") upon the Claimant.  The Statement Of Disputed Issues shall contain a concise statement summarily setting forth the primary reasons why the claim should be disallowed, expunged, reduced, or reclassified as set forth in the claims objection, including, but not limited to, the material factual and legal bases upon which the Debtors will rely in prosecuting the claims objection, without prejudice to the Debtors' right to later identify and assert additional legal and factual bases for disallowance, expungement, reduction, or reclassification of the Contested Claim.  The Statement of Disputed Issues shall also include documentation supporting the disallowance, expungement, reduction, or reclassification of the Contested Claim, without prejudice to the Debtors' right to later identify additional documentation supporting the disallowance, expungement, reduction, or reclassification of the Contested Claim; provided, however, that the Debtors need not disclose confidential, proprietary, or otherwise protected information in the Statement of Disputed Issues; provided further, however, that the Debtors shall disclose to the Claimant all information and

8

provide copies of all documents that the Debtors believe to be confidential, proprietary, or otherwise protected, subject to appropriate confidentiality constraints.

        (e)    <u>Claimant's Supplemental Response</u>.  The following procedures apply to the Claimant's written supplemental response (the "Supplemental Response"), subject to modification pursuant to paragraph 9(k), filed in connection with a Claims Objection Hearing for a Contested Claim:

        (i)    The Claimant may file and serve its Supplemental Response (with a copy to chambers) no later than 30 business days prior to commencement of the Claims Objection Hearing.  The Supplemental Response shall not exceed 20 single-sided, double-spaced pages (exclusive of exhibits or affidavits).

        (ii)    If the Claimant relies on exhibits, the Claimant shall include such exhibits in its Supplemental Response (other than those previously included with either its Proof of Claim or its Response); <u>provided</u>, <u>however</u>, that the Claimant need not disclose confidential, proprietary, or otherwise protected information in the Supplemental Response; <u>provided</u> further, <u>however</u>, that the Claimant shall disclose to the Debtors all information and provide copies of all documents that the Claimant believes to be confidential, proprietary, or otherwise protected and upon which the Claimant intends to rely in support of its Contested Claim, subject to appropriate confidentiality constraints.  The Claimant shall include a certificate of counsel or a declaration or affidavit authenticating any documents attached to the Supplemental Response, as appropriate.

        (iii)    The Supplemental Response may include affidavits or declarations from no more than two witnesses setting forth the basis of the Contested Claim and evidence supporting the Contested Claim; <u>provided</u>, <u>however</u>, that if the Claimant intends to call a person not under such Claimant's control at the hearing, the Claimant shall, in lieu of an affidavit or declaration of such person, identify such person, the Claimant's basis for calling such person as a witness, and the reason that it did not file an affidavit or declaration of such person.  If an affiant or declarant does not attend the Claims Objection Hearing, such affiant or declarant's affidavit or declaration shall be stricken.  The Claimant shall not be permitted to elicit any direct testimony at the Claims Objection Hearing; instead, the affidavit or declaration submitted with the Supplemental Response, or such witnesses' deposition transcript if the witnesses were not under the Claimant's control, shall serve as the witnesses' direct testimony and the Debtors may cross examine the witnesses at the Claims Objection Hearing, or counter-designate deposition testimony.  No other or additional witnesses may introduce evidence at the hearing on behalf of the Claimant.

        (iv)    No later than three business days prior to commencement of the Claims Objection Hearing, if the Claimant timely filed a Supplemental Response, the Claimant may file and serve (with a copy to chambers) an amended Supplemental Response and a supplemental affidavit or declaration on behalf of each of its witnesses solely for the purpose of supplementing the Supplemental Response and the witnesses' prior affidavits or declarations with respect to matters adduced through the discovery provided by these Claims Hearing Procedures; <u>provided</u> that the amended Supplemental Response shall be subject to the page limitations set forth above.

    (f)   <u>Debtors' Supplemental Reply</u>.  The following procedures shall apply to the Debtors' written supplemental reply, if any (the "Supplemental Reply"), subject to modification pursuant to paragraph 9(k) below, filed in connection with a Claims Objection Hearing with respect to a Contested Claim:

    (i)   The Debtors may file and serve (with a copy to chambers) a Supplemental Reply no later than 20 business days prior to commencement of the Claims Objection Hearing.  The Supplemental Reply shall not exceed 20 single-sided, double-spaced pages (exclusive of exhibits or affidavits).

    (ii)   If the Debtors rely on exhibits, the Debtors shall include such exhibits in their Supplemental Reply (other than those previously included with either their objection or reply); <u>provided</u>, <u>however</u>, that the Debtors need not disclose confidential, proprietary, or otherwise protected information in the Supplemental Reply; <u>provided</u> <u>further</u>, <u>however</u>, that the Debtors shall disclose to the Claimant all information and provide copies of all documents that the Debtors believe to be confidential, proprietary, or otherwise protected and upon which the Debtors intend to rely in support of their objection, subject to appropriate confidentiality constraints.  The Debtors shall include a certificate of counsel or a declaration or affidavit authenticating any documents attached to the Supplemental Reply.

    (iii)   The Supplemental Reply may include affidavits or declarations from no more than two witnesses setting forth the Debtors' basis for objecting to the Contested Claim and evidence in support of such objection to the Contested Claim; <u>provided</u>, <u>however</u>, that if the Debtors intend to call a person not under the Debtors' control at the hearing, the Debtors shall, in lieu of an affidavit or declaration of such person, identify such person, the Debtors' basis for calling such person as a witness, and the reason that it did not file an affidavit or declaration of such person.  If an affiant or declarant does not attend the Claims Objection Hearing, as appropriate, such affiant or declarant's affidavit or declaration shall be stricken.  The Debtors shall not be permitted to elicit any direct testimony at the Claims Objection Hearing, instead, the affidavit or declaration submitted with the Supplemental Reply, or such witnesses' deposition transcript if the witnesses were not under the Debtors' control, shall serve as the witnesses' direct testimony and the Claimant may cross examine the witnesses at the Claims Objection Hearing or counter-designate deposition testimony.  No other or additional witnesses may introduce evidence at the hearing on behalf of the Debtors.

    (iv)   No later than three business days prior to commencement of the Claims Objection Hearing, if the Debtors timely filed a Supplemental Reply, the Debtors may file and serve (with a copy to chambers) an amended Supplemental Reply and a supplemental affidavit or declaration on behalf of each of their witnesses solely for the purpose of supplementing the Supplemental Reply and the witnesses' prior affidavits or declarations with respect to matters adduced through the discovery provided by these Claims Hearing Procedures; <u>provided</u> that the amended Supplemental Reply shall be subject to the page limitations set forth above.

    (g)   <u>Mandatory Non-Binding Summary Mediation</u>.  Except as set forth below, at least 15 business days prior to commencement of the Claims Objection Hearing, the Debtors and the Claimant shall submit to mandatory non-binding summary mediation (each, a

"Mediation") in an effort to consensually resolve the Contested Claim.  The Mediation shall be governed by General Order M-143 except as follows.  The following procedures shall apply to each Mediation, subject to modification pursuant to paragraph 9(k) below:

        (i)      Each Mediation shall be assigned to one of the mediators listed by the Debtors on Exhibit D hereto (each, a "Mediator").  The Debtors and the Claimant shall agree upon the Mediator at the Meet and Confer; provided that, if the Debtors and the Claimant are unable to agree upon a Mediator, the parties shall promptly report such inability to agree to the Court.

        (ii)      The Mediator shall not have the authority to require either the Debtors or the Claimant to provide any additional briefing with respect to the Mediation.

        (iii)      If (A) (1) the amount in dispute for a Contested Claim exceeds $1,000,000 or (2) a Contested Claim asserts unliquidated claims (unless the Claimant with respect thereto irrevocably agrees in writing that the allowed amount of such Contested Claim shall be limited to a maximum of $1,000,000) and (B) the Claimant (if an individual) or the Claimant's principal place of business (if a governmental unit or a person, as defined in section 101(41) of the Bankruptcy Code, other than an individual) is located within 90 miles of Troy, Michigan, the Mediation shall be held at a neutral location in Troy, Michigan.

        (iv)      If (A) (1) the amount in dispute for a Contested Claim exceeds $1,000,000 or (2) a Contested Claim asserts unliquidated claims (unless the Claimant with respect thereto irrevocably agrees in writing that the allowed amount of such Contested Claim shall be limited to a maximum of $1,000,000), and (B) the Claimant (if an individual) or the Claimant's principal place of business (if a governmental unit or a person, as defined in section 101(41) of the Bankruptcy Code, other than an individual) is located more than 90 miles from Troy, Michigan, the Mediation shall be held at a neutral location reasonably acceptable to the Debtors and the Claimant; provided that, if the Debtors and the Claimant are unable to agree upon a neutral location at the Meet and Confer, the parties shall promptly report such inability to agree to the Court.

        (v)      If (A) the amount in dispute for a Contested Claim is less than or equal to $1,000,000 or (B) the Contested Claim asserts unliquidated claims and the Claimant with respect thereto irrevocably agrees in writing that the allowed amount of such Contested Claim shall be limited to a maximum of $1,000,000, participation in Mediation shall be voluntary and any Mediation may be held telephonically at either the Debtors' or the Claimant's request.

        (vi)      A person possessing ultimate authority to reconcile, settle, or otherwise resolve the Contested Claim on behalf of each of the Debtors and the Claimant shall attend an in-person Mediation or participate in a telephonic Mediation, if any; provided, however, that the Debtors' counsel will not be precluded from attending and participating in a Mediation in the event that the claimant elects not to have its counsel attend or participate in a Mediation.

        (vii)      Absent consent of each of the Claimant and the Debtors, the length of the Mediation shall be limited to one day.

(viii)    The Court will consider appropriate sanctions, including allowance or disallowance of the Contested Claim, if either party does not follow the foregoing procedures or conduct the Mediation in good faith.

(ix)    The Debtors and the Claimant shall each bear its own costs in participating in the Mediation.  The Debtors are hereby authorized to pay the Mediator's fees.

(h)    <u>Claims Objection Hearing Discovery</u>.  If a Claims Objection Hearing is scheduled for a particular Contested Claim, the Debtors and the Claimant shall be bound by the following discovery procedures, which shall otherwise be governed by the Bankruptcy Rules, subject to modification pursuant to paragraph 9(k) below:

(i)    No later than five business days after service of the Supplemental Response, the Debtors may request:

(A)    That the Claimant produce documents relevant to the Contested Claim.  Documents shall be produced at least ten business days prior to commencement of the Claims Objection Hearing.

(B)    That the Claimant respond to no more than 15 interrogatories, including discrete subparts.  Responses shall be produced at least ten business days prior to commencement of the Claims Objection Hearing.

(C)    That the Claimant respond to no more than ten requests for admission.  Responses shall be produced at least ten business days prior to commencement of the Claims Objection Hearing.

(ii)    No later than five business days after service of the Supplemental Reply, the Claimant may request:

(A)    That the Debtors produce documents relevant to the Contested Claim.  Documents shall be produced at least ten business days prior to commencement of the Claims Objection Hearing.

(B)    That the Debtors respond to no more than 15 interrogatories, including discrete subparts.  Responses shall be produced at least ten business days prior to commencement of the Claims Objection Hearing.

(C)    That the Debtors respond to no more than ten requests for admission.  Responses shall be produced at least ten business days prior to commencement of the Claims Objection Hearing.

(iii)    No earlier than fifteen business days prior to the commencement of the Claims Objection Hearing, but at least five business days prior to commencement of the Claims Objection Hearing, the Debtors may, at their election, take the deposition upon oral examination of each witness whose affidavit or declaration was proffered in support of the Claimant's Supplemental Response.  Each deposition shall not exceed three hours.

12

(iv)    No earlier than fifteen business days prior to the commencement of the Claims Objection Hearing, but at least five business days prior to commencement of the Claims Objection Hearing, the Claimant may, at its election, take the deposition upon oral examination of each witness whose affidavit or declaration was proffered in support of the Debtors' Supplemental Reply.  Each deposition shall not exceed three hours.

(v)    Except as provided in paragraph 9(g)(vi) above, nothing in this Order alters any obligation of opposing counsel with regard to communications with non-counsel opponents or any applicable law regarding corporations or other business entities to be represented by counsel.

(i)    Conduct Of The Claims Objection Hearing.  The Debtors and the Claimant shall each be permitted, subject to modification pursuant to paragraph 9(k) below, no more than one hour to present their respective cases, inclusive of time cross-examining their opponent's witnesses and making argument to the Court.  The parties shall coordinate with each other in advance of the hearing with respect to, joint exhibit binders, stipulated admission of evidence, anticipated disputes regarding the admission of particular evidence and any designated deposition testimony.

(j)    Estimation Based Upon Claimant's Asserted Estimated Amount.  To the extent that a Contested Claim would be subject to estimation pursuant to section 502(c) of the Bankruptcy Code and the Debtors have sought authority to estimate such Contested Claim pursuant to an omnibus claims objection and/or a motion to estimate claims, if the Claimant has filed a Response in accordance with the procedures outlined above which (i) acknowledges that the Contested Claim is contingent or fully or partially unliquidated and (ii) provides the amount that the Claimant believes would be the allowable amount of such Contested Claim upon liquidation of the Contested Claim or occurrence of the contingency, as appropriate (the "Claimant's Asserted Estimated Amount"), the Debtors are hereby authorized, in their sole discretion, to elect to provisionally accept the Claimant's Asserted Estimated Amount as the estimated amount of such Contested Claim pursuant to section 502(c) of the Bankruptcy Code for all purposes other than allowance, but including voting and establishing reserves for purposes of distribution, subject to further objection and reduction as appropriate and section 502(j) of the Bankruptcy Code.  The Debtors' election shall be made by serving the Claimant with a Notice Of Election To Accept Claimant's Asserted Estimated Amount in the form attached hereto as Exhibit E.  The Contested Claim will otherwise remain subject in all respects to the procedures outlined herein.

(k)    Ability To Modify Procedures By Agreement Or Order Of Court.  At the Meet and Confer, the parties shall discuss discovery parameters, briefing, evidence to be presented, the timing outlined herein, and any modifications thereto that are necessary due to the facts and circumstances of the relevant Contested Claim.  Should the parties be unable to agree on reasonable modifications to these Claim Hearing Procedures, if any, either party may request that the Court promptly schedule a teleconference to consider such proposed modifications.  No discovery, testimony, or motion practice other than that described herein, as modified, shall be permitted, unless otherwise agreed by the parties or ordered by the Court.

10.     The procedures approved herein shall not apply to claims filed by Banc of America Securities LLC (as to proof of claim number 10758), Barclays Capital Inc. (as to proof of claim number 11658), Bear, Stearns & Co. Inc. (as to proof of claim number 10732), Cadence Innovation LLC, Citigroup Global Markets, Inc. (as to proof of claim number 10731), Credit Suisse Securities (USA) LLC (as to proof of claim number 10763), Merrill Lynch, Peirce, Fenner & Smith Inc. (as to proof of claim number 10761), Morgan Stanley & Co. Inc. (as to proof of claim number 10762), the Pension Benefit Guaranty Corporation, Robert Bosch GmbH, the State of California Environmental Protection Agency, the State of Michigan Environmental Protection Agency, the State of Ohio Environmental Protection Agency, Technology Properties, Ltd., UBS Securities LLC (as to proof of claim number 10759), the United States Environmental Protection Agency, and Wachovia Capital Markets, LLC (as to proof of claim number 10760) (collectively, the "Excluded Parties") for any purpose, including, but not limited to, any objections to such claims or other litigation in respect of such claims; provided, however, that nothing contained herein shall preclude any of the Excluded Parties or the Debtors, after notice and an opportunity to be heard, from seeking to establish appropriate alternative claims resolution procedures.

11.     With respect to the claim of Gary Whitney ("Mr. Whitney") (claim number 10157) and NuTech Plastics Engineering, Inc. ("NuTech") (claim number 1279 against Delphi Automotive Systems LLC), nothing in this Order shall limit Mr. Whitney's or NuTech's ability to request relief from the automatic stay provisions under section 362 of the Bankruptcy Code subject to the Debtors' right to object to such request.

12.     The Debtors shall not serve a Notice of Hearing on Orix Warren, LLC ("Orix Warren") with respect to proof of claim number 10202 until the earliest of the following

14

to occur: (a) the Debtors assume the lease between Delphi Automotive Systems LLC and Orix Warren with respect to property located at 4551 Research Parkway in Warren, Ohio (the "Orix Lease"), (b) the Debtors reject the Orix Lease, or (c) the Orix Lease terminates or is terminated pursuant to its terms.

13.     Nothing in this Order shall preclude any right to seek estimation of a claim under section 502(c) of the Bankruptcy Code, any right to seek relief from the automatic stay under section 362 of the Bankruptcy Code to liquidate a claim in a different forum, any right to seek protection of information under section 107(b) of the Bankruptcy Code or any right not specifically addressed in this Order.

14.     This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

15.     The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied by the Motion.

Dated: New York, New York
        December 6, 2006


          /s/Robert D. Drain_____
          UNITED STATES BANKRUPTCY JUDGE

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
        In re                                 :      Chapter 11
                                                          :
DELPHI CORPORATION, et al.,        :      Case No. 05-44481 (RDD)
                                                          :
                        Debtors.        :      (Jointly Administered)
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF ENTRY OF ORDER WITH RESPECT
TO [_____] OMNIBUS CLAIMS OBJECTION

        PLEASE TAKE NOTICE that on _____ _, 200_, the United States Bankruptcy

Court for the Southern District of New York entered a [title of order] (the "Order").

PLEASE TAKE FURTHER NOTICE THAT a copy of the Order, excluding exhibits, is attached hereto.

PLEASE TAKE FURTHER NOTICE that the proof of claim listed below, which you filed against Delphi Corporation and/or other of its subsidiaries and affiliates that are debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), was the subject of the Order and was listed on Exhibit __ to the Order and was accordingly disallowed and expunged, unless otherwise provided below in the column entitled "Treatment Of Claim."

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | Surviving Claim Number (if any) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

---

[1] Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

2

PLEASE TAKE FURTHER NOTICE that you may view the complete exhibits to the Order by requesting a copy from the claims and noticing agent in the above-captioned chapter 11 cases, Kurtzman Carson Consultants LLC, at 1-888-259-2691 or by accessing the Debtors' Legal Information Website at www.delphidocket.com.

Dated:  New York, New York
_____ _, 200_

BY ORDER OF THE COURT

John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)
SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

- and -

Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)
SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
        In re                             :      Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :      Case No. 05-44481 (RDD)
                                          :
                        Debtors.          :      (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF HEARING WITH RESPECT TO
DEBTORS' OBJECTION TO PROOF OF CLAIM NO. [_____]

        PLEASE TAKE NOTICE that on _____ _, 200_, Delphi Corporation and certain

of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases

(collectively, the "Debtors"), objected to proof of claim number _____ (the "Proof of Claim")

filed by _____ (the "Claimant") pursuant to the [Title Of Applicable Omnibus Claims

Objection] (the "Objection").

PLEASE TAKE FURTHER NOTICE that pursuant to the Order Pursuant To 11

U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014

Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices

And Procedures Governing Objections To Claims, entered December __, 2006 (the "Order"), a

sufficiency hearing (the "Sufficiency Hearing") to address the legal sufficiency of the Proof of

Claim and whether the Proof of Claim states a colorable claim against the asserted Debtor is

hereby scheduled for _____, 200_, at 10:00 a.m. (prevailing Eastern time) in the United

States Bankruptcy Court for the Southern District of New York (the "Court").

PLEASE TAKE FURTHER NOTICE that the Sufficiency Hearing will proceed

in accordance with the procedures provided in the Order, unless such procedures are modified in

accordance with Paragraph 9(k) thereof.  Please review the Order carefully – failure to comply

with the procedures provided in the Order (or as modified pursuant to Paragraph 9(k)) could

result in the disallowance and expungement of the Proof of Claim.  A copy of the Order is

attached hereto for your convenience.

PLEASE TAKE FURTHER NOTICE that the Debtors may further adjourn the

Hearing at any time at least five business days prior to the scheduled hearing upon notice to the

Court and the Claimant.

Dated:  New York, New York
_____ \_, 200\_

<div style="margin-left:40%">

SKADDEN, ARPS, SLATE, MEAGHER &
  FLOM LLP

By:_____
    John Wm. Butler, Jr. (JB 4711)
    John K. Lyons (JL 4951)
    Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

By:_____
    Kayalyn A. Marafioti (KM 9632)
    Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

</div>

3

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
        In re                             :      Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :      Case No. 05-44481 (RDD)
                                          :
                      Debtors.            :      (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF CLAIMS OBJECTION HEARING WITH
RESPECT TO DEBTORS' OBJECTION TO PROOF OF CLAIM NO. [_____]

        PLEASE TAKE NOTICE that on _____ _, 200_, Delphi Corporation and certain

of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases

(collectively, the "Debtors"), objected to proof of claim number _____ (the "Proof of Claim")

filed by _____ (the "Claimant") pursuant to the [Title Of Applicable Omnibus Claims

Objection] (the "Objection").

PLEASE TAKE FURTHER NOTICE that pursuant to the Order Pursuant To 11

U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014

Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices

And Procedures Governing Objections To Claims, entered December __, 2006 (the "Order"), a

claims objection hearing (the "Claims Objection Hearing") for purposes of holding an

evidentiary hearing on the merits of the Proof of Claim is hereby scheduled for _____, 200_,

at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern

District of New York (the "Court").

PLEASE TAKE FURTHER NOTICE that the Claims Objection Hearing will

proceed in accordance with the procedures provided in the Order, unless such procedures are

modified in accordance with Paragraph 9(k) thereof.  Please review the Order carefully – failure

to comply with the procedures provided in the Order (or as modified pursuant to Paragraph 9(k))

could result in the disallowance and expungement of the Proof of Claim.  A copy of the Order is

attached hereto for your convenience.

PLEASE TAKE FURTHER NOTICE that the Debtors may further adjourn the

Hearing at any time at least five business days prior to the scheduled hearing upon notice to the

Court and the Claimant.

Dated:  New York, New York
       _____ \_, 200\_

                              SKADDEN, ARPS, SLATE, MEAGHER &
                                FLOM LLP

By:_____
    John Wm. Butler, Jr. (JB 4711)
    John K. Lyons (JL 4951)
    Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

By:_____
    Kayalyn A. Marafioti (KM 9632)
    Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

<u>EXHIBIT D</u>

<u>LIST OF MEDIATORS</u>

Lawrence Abramcyzk
Marc Abrams
Ronald Barliant
Michael Baum
Morton Collins
Susan Cook
Samuel Damren
Eugene Driker
Jonathan Flaxer
Rozanne Giunta
Erwin Katz
Edward Moran
Alan Nisselson
Thomas Plunkett
Marty Reisig

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
    In re                                 :    Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :    Case No. 05-44481 (RDD)
                                          :
                        Debtors.          :    (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF DEBTORS' ELECTION TO ACCEPT CLAIMANT'S
ASSERTED ESTIMATED AMOUNT FOR PROOF OF CLAIM NUMBER [_____]

          PLEASE TAKE NOTICE that on _____ _, 200_, Delphi Corporation and certain

of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases

(collectively, the "Debtors"), objected to proof of claim number _____ (the "Proof of Claim")

filed by _____ (the "Claimant") pursuant to the [Title Of Applicable Omnibus Claims

Objection] (the "Objection").

PLEASE TAKE FURTHER NOTICE that on _____ _, 200_, the Claimant filed

its response to the objection, wherein Claimant (i) acknowledged that the Proof of Claim asserts

claims that are contingent or fully or partially unliquidated and (ii) stated that the Claimant

believes that the allowable amount of the Proof of Claim upon liquidation of the Contested

Claim or occurrence of the contingency, as appropriate, is $_____ (the "Claimant's Asserted

Estimated Amount").

PLEASE TAKE FURTHER NOTICE that pursuant to the Order Pursuant To 11

U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014

Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices

And Procedures Governing Objections To Claims, entered December __, 2006 (the "Order"), the

Debtors hereby provide notice that the Debtors elect to accept the Claimant's Asserted Estimated

Amount as the estimated amount of the Proof of Claim pursuant to section 502(c) of the

Bankruptcy Code as set forth in the Objection.  A copy of the Order is attached hereto.

PLEASE TAKE FURTHER NOTICE that any hearing scheduled pursuant to the

Order is hereby cancelled.

2

PLEASE TAKE FURTHER NOTICE that the Debtors' election to accept the

Claimant's Asserted Estimated Amount is without prejudice to the Debtors' right to object to any

other claims in these chapter 11 cases, or to further object to the Proof of Claim, on any grounds

whatsoever.

Dated:  New York, New York
       _____ \_, 200\_

                         SKADDEN, ARPS, SLATE, MEAGHER &
                           FLOM LLP

                         By:_____
                            John Wm. Butler, Jr. (JB 4711)
                            John K. Lyons (JL 4951)
                            Ron E. Meisler (RM 3026)
                         333 West Wacker Drive, Suite 2100
                         Chicago, Illinois  60606
                         (312) 407-0700

                         By:_____
                            Kayalyn A. Marafioti (KM 9632)
                            Thomas J. Matz (TM 5986)
                         Four Times Square
                         New York, New York 10036
                         (212) 735-3000

                         Attorneys for Delphi Corporation, et al.,
                            Debtors and Debtors-in-Possession

3

# EXHIBIT H

Delphi Corporation
Thirty-Second Omnibus Claims Objection
Exhibit A Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Modified Debtor | Modified Amount | Modified Nature |
| 1st Choice Heating & Cooling Inc | Joel D Applebaum P36774 Clark Hill PLC<br>500 Woodward Ave Ste 3500<br>Detroit, MI 48226 | 5/15/07 | 16601 | $22,046.54 | Asserted Amount Claims | 05-44640 | $22,046.54 | Secured |
| Argo Partners | Argo Partners<br>12 W 37th St 9th Fl<br>New York, NY 10018 | 8/9/06 | 16132 | $22,475.50 | Asserted Amount Claims | 05-44640 | $22,475.50 | General Unsecured |
| Argo Partners | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 8/9/06 | 16132 | $22,475.50 | Asserted Amount Claims | 05-44640 | $22,475.50 | General Unsecured |
| Bank of America N A | Attn Clare Pierce<br>40 W 57th St<br>New York, NY 10019 | 5/10/06 | 5423 | $645,056.53 | Asserted Amount Claims | 05-44640 | $645,056.53 | General Unsecured |
| Bear Stearns Investment Products Inc | Attn Susan Mcnamara<br>co JPMorgan Chase Bank NA<br>Legal Dept 1 Chase Manhattan Plaza 26th Fl<br>New York, NY 10081 | 4/24/06 | 2713 | $6,253,576.29 | Asserted Amount Claims | 05-44640 | $6,253,576.29 | General Unsecured |
| BellSouth Telecommunications Inc | BellSouth Regional Bankruptcy Center<br>301 W Bay St Rm 29EF1<br>Jacksonville, FL 32202 | 1/17/06 | 1570 | $1,621.57 | Asserted Amount Claims | 05-44640 | $1,621.57 | General Unsecured |
| CDW Computer Centers Inc | c/o Receivables Management Services RMS<br>PO Box 5126<br>Timonium, MD 21094 | 10/24/05 | 88 | $5,813.57 | Asserted Amount Claims | 05-44640 | $5,813.57 | General Unsecured |
| CDW Computer Centers Inc | c/o Receivables Management Services RMS<br>PO Box 5126<br>Timonium, MD 21094 | 11/8/05 | 419 | $132.69 | Asserted Amount Claims | 05-44640 | $132.69 | General Unsecured |
| CDW Computer Centers Inc | c/o Receivables Management Services RMS<br>PO Box 5126<br>Timonium, MD 21094 | 11/8/05 | 420 | $14,748.55 | Asserted Amount Claims | 05-44567 | $14,748.55 | General Unsecured |
| CDW Computer Centers Inc | c/o Receivables Management Services RMS<br>PO Box 5126<br>Timonium, MD 21094 | 1/24/06 | 1659 | $885.80 | Asserted Amount Claims | 05-44640 | $885.80 | General Unsecured |
| Cingular Wireless | Banko<br>PO Box 309<br>Portland, OR 97207-0309 | 5/8/06 | 5084 | $1,370.20 | Asserted Amount Claims | 05-44640 | $1,370.20 | General Unsecured |
| Cingular Wireless | Banko<br>PO Box 309<br>Portland, OR 97207-0309 | 5/8/06 | 5085 | $1,011.99 | Asserted Amount Claims | 05-44640 | $1,011.99 | General Unsecured |
| Cingular Wireless | Banko<br>PO Box 309<br>Portland, OR 97207-0309 | 5/8/06 | 5087 | $31,423.21 | Asserted Amount Claims | 05-44640 | $31,423.21 | General Unsecured |
| Circle Broach Company Inc | 38358 Abruzzi Dr<br>Westland, MI 48185 | 7/14/06 | 9541 | $30,818.00 | Asserted Amount Claims | 05-44640 | $30,818.00 | General Unsecured |

Delphi Corporation
Thirty-Second Omnibus Claims Objection
Exhibit A Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Modified Debtor | Modified Amount | Modified Nature |
| Contrarian Funds LLC | Attn Alisa Mumola 411 W Putnam Ave S 225 Greenwich, CT 06830 | 7/25/06 | 10581 | $112,039.75 | Asserted Amount Claims | 05-44567 | $112,039.75 | General Unsecured |
| Contrarian Funds LLC | Attn Alisa Mumola 411 W Putnam Ave S 225 Greenwich, CT 06830 | 7/31/06 | 15222 | $392,351.79 | Asserted Amount Claims | 05-44640 | $392,351.79 | General Unsecured |
| Contrarian Funds LLC | Attn Alisa Mumola 411 W Putnam Ave S 225 Greenwich, CT 06830 | 1/11/07 | 16479 | $561,083.00 | Asserted Amount Claims | 05-44640 | $561,083.00 | General Unsecured |
| Contrarian Funds LLC | Attn Alisa Mumola 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 7/31/06 | 14795 | $23,040.60 | Asserted Amount Claims | 05-44640 | $23,040.60 | General Unsecured |
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/25/06 | 10581 | $112,039.75 | Asserted Amount Claims | 05-44567 | $112,039.75 | General Unsecured |
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/31/06 | 14795 | $23,040.60 | Asserted Amount Claims | 05-44640 | $23,040.60 | General Unsecured |
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/31/06 | 15222 | $392,351.79 | Asserted Amount Claims | 05-44640 | $392,351.79 | General Unsecured |
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 1/11/07 | 16479 | $561,083.00 | Asserted Amount Claims | 05-44640 | $561,083.00 | General Unsecured |
| Contrarian Funds LLC as assignee of Gemini Plastics Inc | Attn Alpa Jimenez 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 7/24/06 | 10388 | $141,675.49 | Asserted Amount Claims | 05-44640 | $141,675.49 | General Unsecured |
| Contrarian Funds LLC as assignee of Gemini Plastics Inc | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/24/06 | 10388 | $141,675.49 | Asserted Amount Claims | 05-44640 | $141,675.49 | General Unsecured |
| Contrarian Funds LLC as Assignee of Hitchiner Manufacturing Co Inc | Contrarian Funds LLC Attn Alpa Jimenez 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 7/18/06 | 9796 | $572,033.91 | Asserted Amount Claims | 05-44640 | $572,033.91 | General Unsecured |

Delphi Corporation
Thirty-Second Omnibus Claims Objection
Exhibit A Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Modified Debtor | Modified Amount | Modified Nature |
| Contrarian Funds LLC as Assignee of Hitchiner Manufacturing Co Inc | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/18/06 | 9796 | $572,033.91 | Asserted Amount Claims | 05-44640 | $572,033.91 | General Unsecured |
| Contrarian Funds LLC as assignee of MTD Technologies Inc | Attn Alpa Jimenez 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 7/24/06 | 10382 | $210,732.14 | Asserted Amount Claims | 05-44640 | $210,732.14 | General Unsecured |
| Contrarian Funds LLC as assignee of MTD Technologies Inc | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/24/06 | 10382 | $210,732.14 | Asserted Amount Claims | 05-44640 | $210,732.14 | General Unsecured |
| Contrarian Funds LLC as Assignee of Pax Machine Works Inc | Attn Alpa Jimenez Contrarian Funds LLC 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 7/18/06 | 9792 | $214,580.56 | Asserted Amount Claims | 05-44640 | $214,580.56 | General Unsecured |
| Contrarian Funds LLC as Assignee of Pax Machine Works Inc | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/18/06 | 9792 | $214,580.56 | Asserted Amount Claims | 05-44640 | $214,580.56 | General Unsecured |
| Contrarian Funds LLC as assignee of Schaeffler Canada Inc | Contrarian Funds LLC Attn Alpa Jimenez 411 West Putnam Avenue Ste 225 Greenwich, CT 06830 | 7/28/06 | 12690 | $865,517.60 | Asserted Amount Claims | 05-44640 | $865,517.60 | General Unsecured |
| Contrarian Funds LLC as assignee of Schaeffler Canada Inc | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/28/06 | 12690 | $865,517.60 | Asserted Amount Claims | 05-44640 | $865,517.60 | General Unsecured |
| Contrarian Funds LLC as Assignee of SP DIV NMC LLC | Attn Alpa Jimenez Contrarian Funds LLC 411 W Putnam Ave  Ste 225 Greenwich, CT 06830 | 7/18/06 | 9791 | $299,745.20 | Asserted Amount Claims | 05-44640 | $299,745.20 | General Unsecured |
| Contrarian Funds LLC as Assignee of SP DIV NMC LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/18/06 | 9791 | $299,745.20 | Asserted Amount Claims | 05-44640 | $299,745.20 | General Unsecured |
| Control Masters Inc | 5235 Katrine Ave Downers Grove, IL 60515 | 6/19/06 | 8219 | $3,340.00 | Asserted Amount Claims | 05-44482 | $3,340.00 | General Unsecured |
| Deco Automotive a division of Magna International Inc | Schafer and Weiner PLLC 40950 Woodward Ave Ste 100 Bloomfield Hills, MI 48304 | 7/31/06 | 13458 | $74,664.00 | Asserted Amount Claims | 05-44640 | $74,664.00 | General Unsecured |

Delphi Corporation
Thirty-Second Omnibus Claims Objection
Exhibit A Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| **Name** | **Address** | **Date Filed** | **Claim Number** | **Asserted Claim Amount** | **Basis For Objection** | **Modified Debtor** | **Modified Amount** | **Modified Nature** |
| Demag Plastics Group Corp | Attn Karen Freeman<br>11792 Alameda Dr<br>Strongsville, OH 44149 | 7/24/06 | 10284 | $22,268.60 | Asserted Amount Claims | 05-44640 | $22,268.60 | General Unsecured |
| Demag Plastics Group Corp | Christopher W Peer Esq<br>Hahn Loeser & Parks LLP<br>Hahn Loeser Parks LLP 3300 BP Tower 200 Public Sq<br>Cleveland, OH 44114-2301 | 7/24/06 | 10284 | $22,268.60 | Asserted Amount Claims | 05-44640 | $22,268.60 | General Unsecured |
| Gobar Systems Inc | Paige Leigh Ellerman Esq<br>Taft Stettinius & Hollister LLP<br>425 Walnut Street Ste 1800<br>Cincinnati, OH 45202 | 7/31/06 | 15429 | $431,794.32 | Asserted Amount Claims | 05-44640 | $431,794.32 | General Unsecured |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez<br>c/o Goldman Sachs & Co<br>30 Hudson 17th Fl<br>Jersey City, NJ 07302 | 7/31/06 | 14144 | $887.24 | Asserted Amount Claims | 05-44640 | $887.24 | General Unsecured |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez<br>c/o Goldman Sachs & Co<br>30 Hudson 17th Fl<br>Jersey City, NJ 07302 | 7/31/06 | 14145 | $9,359.53 | Asserted Amount Claims | 05-44640 | $9,359.53 | General Unsecured |
| Greeley Containment & Rework Inc | 200 Baseline Rd E<br>Bowmanville, ON L1C 1A2 Canada | 7/27/06 | 11249 | $31,625.46 | Asserted Amount Claims | 05-44640 | $31,625.46 | General Unsecured |
| Gruner AG | Gruner AG Eduard Spreitzer CEO<br>Burglestrasse 15 17<br>Wehingen,  78564 GERMANY | 11/23/05 | 831 | $3,847.71 | Asserted Amount Claims | 05-44567 | $3,847.71 | General Unsecured |
| Henkel Surface Technologies | Drinker Biddle & Reath LLP<br>Attn David B Aaronson<br>One Logan Sq 18th & Cherry Streets<br>Philadelphia, PA 19103 | 5/22/06 | 6497 | $67,576.91 | Asserted Amount Claims | 05-44640 | $67,576.91 | General Unsecured |
| Henkel Surface Technologies | Henkel Surface Technologies<br>32100 Stephenson Hwy<br>Madison Heights, MI 48071 | 5/22/06 | 6497 | $67,576.91 | Asserted Amount Claims | 05-44640 | $67,576.91 | General Unsecured |
| Hitachi Chemical Singapore Pte Ltd fka Hitachi Chemical Asia Pacific Pte Ltd | Attn Menachem O Zelmanovitz Esq<br>Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178 | 11/7/05 | 416 | $5,415,329.84 | Asserted Amount Claims | 05-44640 | $5,415,329.84 | General Unsecured |
| ILM Tool Inc | ILM Tool Inc<br>23301 Clawiter Rd<br>Hayward, CA 94545 | 11/22/05 | 773 | $112,139.54 | Asserted Amount Claims | 05-44511 | $112,139.54 | General Unsecured |
| Iron Mountain Information Management Inc | R Frederick Linfesty Esq<br>Iron Mountain Inc<br>745 Atlantic Ave 10th Fl<br>Boston, MA 02111 | 11/17/05 | 646 | $33,597.65 | Asserted Amount Claims | 05-44640 | $33,597.65 | General Unsecured |

Delphi Corporation
Thirty-Second Omnibus Claims Objection
Exhibit A Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Modified Debtor | Modified Amount | Modified Nature |
| John E Benz & Co | Attn Jeremy R Johnson Esq<br>c/o DLA Piper Rudnick Gray Cary US LLP<br>1251 Avenue of the Americas<br>New York, NY 10020-5283 | 7/31/06 | 14314 | $87,701.00 | Asserted Amount Claims | 05-44640 | $87,701.00 | General Unsecured |
| JPMorgan Chase Bank NA | Attn Neema Veluvolu<br>4 New York Plaza Fl 16<br>New York, NY 10004-2413 | 6/22/07 | 16616 | $414,063.61 | Asserted Amount Claims | 05-44640 | $414,063.61 | General Unsecured |
| Judco Manufacturing Inc | 1429 W 240th St<br>Harbor City, CA 90710 | 8/9/06 | 16012 | $2,605.25 | Asserted Amount Claims | 05-44640 | $2,605.25 | General Unsecured |
| Longacre Master Fund Ltd | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 10/30/06 | 16395 | $655,686.82 | Asserted Amount Claims | 05-44640 | $655,686.82 | General Unsecured |
| Longacre Master Fund Ltd | Vladimir Jelisavcic<br>810 Seventh Ave 33rd Fl<br>New York, NY 10019 | 10/30/06 | 16395 | $655,686.82 | Asserted Amount Claims | 05-44640 | $655,686.82 | General Unsecured |
| Microsys Technologies Inc | 3710 Nashua Drive Unit 1<br>Mississauga, ON L4V 1M5 Canada | 2/17/06 | 2053 | $9,044.19 | Asserted Amount Claims | 05-44640 | $9,044.19 | General Unsecured |
| Neosong Usa Inc | 718 W Longview Ln<br>Palatine, IL 60067 | 5/8/06 | 5053 | $2,502.00 | Asserted Amount Claims | 05-44567 | $2,502.00 | General Unsecured |
| Parkview Metal Products | c/o Robert D Wolford<br>Miller Johnson<br>PO Box 306<br>Grand Rapids, MI 49501-0306 | 7/31/06 | 13929 | $187,374.96 | Asserted Amount Claims | 05-44640 | $187,374.96 | General Unsecured |
| Parkview Metal Products | Miller Johnson<br>Thomas P Sarb<br>250 Monroe Ave NW Ste 800 PO Box 306<br>Grand Rapids, MI 49501-0306 | 7/31/06 | 13929 | $187,374.96 | Asserted Amount Claims | 05-44640 | $187,374.96 | General Unsecured |
| Port City Metal Products Inc | c/o Parmenter O Toole<br>601 Terrace St<br>Muskegon, MI 49443-0786 | 7/28/06 | 12190 | $5,738.00 | Asserted Amount Claims | 05-44567 | $5,738.00 | General Unsecured |
| Riverside Claims LLC as Assignee for Jan Pak Huntsville | Riverside Claims LLC<br>PO Box 626 Planetarium Station<br>New York, NY 10024 | 11/25/05 | 4045 | $4,691.52 | Asserted Amount Claims | 05-44640 | $4,691.52 | General Unsecured |
| Riverside Claims LLC as Assignee for Standard Scale & Supply Co | Riverside Claims LLC<br>PO Box 626 Planetarium Station<br>New York, NY 10024 | 6/30/06 | 8865 | $2,026.50 | Asserted Amount Claims | 05-44640 | $2,026.50 | General Unsecured |
| Riverside Claims LLC as Assignee for Whyco Finishing Technologies LLC | Riverside Claims LLC<br>PO Box 626 Planetarium Station<br>New York, NY 10024 | 6/30/06 | 8874 | $101,655.48 | Asserted Amount Claims | 05-44640 | $101,655.48 | General Unsecured |

Delphi Corporation
Thirty-Second Omnibus Claims Objection
Exhibit A Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Modified Debtor | Modified Amount | Modified Nature |
| SBC Global | PO Box 981268<br>West Sacramento, CA 95798 | 1/17/06 | 1581 | $816.99 | Asserted Amount Claims | 05-44624 | $816.99 | General Unsecured |
| Sierra Liquidity Fund LLC Assignee Metric Equipment Sales Inc Assignor | Sierra Liquidity Fund<br>2699 White Rd Ste 255<br>Irvine, CA 92614 | 8/9/06 | 15976 | $991.00 | Asserted Amount Claims | 05-44640 | $991.00 | General Unsecured |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Attn Brian A Jarmain<br>Two Greenwich Plz 1st Fl<br>Greenwich, CT 06830 | 7/28/06 | 12186 | $48,161.52 | Asserted Amount Claims | 05-44640 | $48,161.52 | General Unsecured |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Attn Brian A Jarmain<br>Two Greenwich Plz 1st Fl<br>Greenwich, CT 06830 | 7/28/06 | 12257 | $217,822.60 | Asserted Amount Claims | 05-44567 | $217,822.60 | General Unsecured |
| Special Situations Investing Group Inc | Attn Al Dombrowski<br>c/o Goldman Sachs & Co<br>85 Broad St 27th Fl<br>New York, NY 10004 | 7/31/06 | 14137 | $2,752,068.75 | Asserted Amount Claims | 05-44640 | $2,752,068.75 | General Unsecured |
| Special Situations Investing Group Inc | Goodwin Procter LLP<br>Allan S Brilliant Emanuel C Grillo Brian W Harvey<br>599 Lexington Ave<br>New York, NY 10022 | 7/31/06 | 14137 | $2,752,068.75 | Asserted Amount Claims | 05-44640 | $2,752,068.75 | General Unsecured |
| The Growing Concern | Jennifer Jones<br>1918 Bassett<br>El Paso, TX 79901 | 1/10/06 | 1507 | $1,039.50 | Asserted Amount Claims | 05-44640 | $1,039.50 | General Unsecured |
| VERITAS Software Corporation | Lawrence Schwab Thomas Gaa<br>Bialson Bergen & Schwab<br>2600 El Camino Real Ste 300<br>Palo Alto, CA 94306 | 7/26/06 | 10913 | $40,867.33 | Asserted Amount Claims | 05-44640 | $40,867.33 | General Unsecured |

11/17/2008 1:30 PM
Delphi Omni 32 Objection Exhibit A Service List

Delphi Corporation
Thirty-Second Omnibus Claims Objection
Exhibit B Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Modified Debtor | Modified Amount | Modified Nature |
| ABC Technologies Inc | Brian Illion<br>ABC Group<br>2 Norelco Dr<br>Toronto, ON M9L 2X6 Canada | 12/15/05 | 1168 | $70,900.93 | Claims Subject To Modification | 05-44640 | $53,744.60 | General Unsecured |
| ABC Technologies Inc | Foley & Lardner LLP<br>Hilary Jewett<br>90 Park Ave<br>New York, NY 10016 | 12/15/05 | 1168 | $70,900.93 | Claims Subject To Modification | 05-44640 | $53,744.60 | General Unsecured |
| ABC Technologies Inc | Foley & Lardner LLP<br>Judy A O Neill<br>500 Woodward Ave Ste 2700<br>Detroit, MI 48226 | 12/15/05 | 1168 | $70,900.93 | Claims Subject To Modification | 05-44640 | $53,744.60 | General Unsecured |
| Amroc Investments LLC | Attn David S Leinwand Esq<br>535 Madison Ave 15th Fl<br>New York, NY 10022 | 6/6/06 | 7514 | $58,187.44 | Claims Subject To Modification | 05-44640 | $0.00 | General Unsecured |
| Amroc Investments LLC | Attn David S Leinwand Esq<br>535 Madison Ave 15th Fl<br>New York, NY 10022 | 7/27/06 | 11264 | $673,272.82 | Claims Subject To Modification | 05-44640 | $673,122.03 | General Unsecured |
| Argo Partners | Argo Partners<br>12 W 37th St 9th Fl<br>New York, NY 10018 | 7/31/06 | 14277 | $88,154.71 | Claims Subject To Modification | 05-44640 | $85,085.84 | General Unsecured |
| Argo Partners | Argo Partners<br>12 W 37th St 9th Fl<br>New York, NY 10018 | 7/31/06 | 14278 | $18,704.93 | Claims Subject To Modification | 05-44640 | $13,927.33 | General Unsecured |
| Argo Partners | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 7/31/06 | 14277 | $88,154.71 | Claims Subject To Modification | 05-44640 | $85,085.84 | General Unsecured |
| Argo Partners | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 7/31/06 | 14278 | $18,704.93 | Claims Subject To Modification | 05-44640 | $13,927.33 | General Unsecured |
| ASM Capital | 7600 Jericho Tpke Ste 302<br>Woodbury, NY 11797 | 3/16/06 | 2317 | $88,316.34 | Claims Subject To Modification | 05-44640 | $85,117.00 | General Unsecured |

11/17/2008 1:31 PM
Delphi Omni 32 Objection Exhibit B Service List

Delphi Corporation
Thirty-Second Omnibus Claims Objection
Exhibit B Service List

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Modified Debtor | Modified Amount | Modified Nature |
| | ASM Capital | Damon & Morey LLP<br>Attn Beth Ann Bivona<br>1000 Cathedral Pl 298 Main St<br>Buffalo, NY 14202-4096 | 3/16/06 | 2317 | $88,316.34 | Claims Subject To Modification | 05-44640 | $85,117.00 | General Unsecured |
| | ASM Capital | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N<br>Zinman Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 3/16/06 | 2317 | $88,316.34 | Claims Subject To Modification | 05-44640 | $85,117.00 | General Unsecured |
| | ASM Capital II LP | ASM Capital II LP<br>7600 Jericho Turnpike Ste 302<br>Woodbury, NY 11797 | 11/6/06 | 16406 | $149,294.92 | Claims Subject To Modification | 05-44640 | $138,261.83 | General Unsecured |
| | ASM Capital II LP | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N<br>Zinman Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 11/6/06 | 16406 | $149,294.92 | Claims Subject To Modification | 05-44640 | $138,261.83 | General Unsecured |
| | Bear Stearns Investment Products Inc | Attn Susan Mcnamara<br>co JPMorgan Chase Bank NA<br>Legal Dept 1 Chase Manhattan Plaza 26th Fl<br>New York, NY 10081 | 7/11/06 | 9261 | $4,251,232.51 | Claims Subject To Modification | 05-44640 | $3,929,761.02 | General Unsecured |
| | Bear Stearns Investment Products Inc | Attn Susan Mcnamara<br>co JPMorgan Chase Bank NA<br>Legal Dept 1 Chase Manhattan Plaza 26th Fl<br>New York, NY 10081 | 7/18/06 | 9771 | $977,354.65 | Claims Subject To Modification | 05-44640 | $775,000.00 | General Unsecured |
| | Bear Stearns Investment Products Inc | Attn Susan Mcnamara<br>co JPMorgan Chase Bank NA<br>Legal Dept 1 Chase Manhattan Plaza 26th Fl<br>New York, NY 10081 | 7/18/06 | 9772 | $72,034.20 | Claims Subject To Modification | 05-44640 | $72,025.32 | General Unsecured |
| | Bear Stearns Investment Products Inc | Attn Susan Mcnamara<br>co JPMorgan Chase Bank NA<br>Legal Dept 1 Chase Manhattan Plaza 26th Fl<br>New York, NY 10081 | 7/18/06 | 9798 | $37,253.38 | Claims Subject To Modification | 05-44640 | $28,772.36 | General Unsecured |

Delphi Corporation
Thirty-Second Omnibus Claims Objection
Exhibit B Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Modified Debtor | Modified Amount | Modified Nature |
| Bear Stearns Investment Products Inc | Attn Susan Mcnamara co JPMorgan Chase Bank NA Legal Dept 1 Chase Manhattan Plaza 26th Fl New York, NY 10081 | 7/27/06 | 11256 | $2,405,898.43 | Claims Subject To Modification | 05-44640 | $1,950,968.78 | General Unsecured |
| Beaver Valley Manufacturing Inc | Ira Rubin Goldman Rubin & Shapiro 1340 Woodman Dr Dayton, OH 45432 | 6/15/07 | 16615 | $180,633.39 | Claims Subject To Modification | 05-44640 | $173,347.89 | General Unsecured |
| Computer Patent Annuities LP | Calinoff & Katz LLP Dorothy H Marinis Riggio 140 E 45th St 17th Fl New York, NY 10017 | 7/31/06 | 15379 | $617,204.24 | Claims Subject To Modification | 05-44554 | $602,481.60 | General Unsecured |
| Computer Patent Annuities LP | Gill David Accounts Receivable Manager CPA House 11 15 Seaton Place St Helier, Jersey JE1 1BL Channel Islands | 7/31/06 | 15379 | $617,204.24 | Claims Subject To Modification | 05-44554 | $602,481.60 | General Unsecured |
| Computer Patent Annuities LP | Miles & Stockbridge PC Thomas D Renda Kerry Hopkins 10 Light St Baltimore, MD 21202 | 7/31/06 | 15379 | $617,204.24 | Claims Subject To Modification | 05-44554 | $602,481.60 | General Unsecured |
| Contrarian Funds LLC | Attn Alisa Mumola 411 W Putnam Ave S 225 Greenwich, CT 06830 | 5/10/06 | 5568 | $307,574.95 | Claims Subject To Modification | 05-44640 | $307,010.23 | General Unsecured |
| Contrarian Funds LLC | Attn Alisa Mumola 411 W Putnam Ave S 225 Greenwich, CT 06830 | 7/25/06 | 10579 | $760,117.01 | Claims Subject To Modification | 05-44640 | $753,910.00 | General Unsecured |
| Contrarian Funds LLC | Attn Alisa Mumola 411 W Putnam Ave S 225 Greenwich, CT 06830 | 7/25/06 | 10580 | $203,432.68 | Claims Subject To Modification | 05-44640 | $192,311.59 | General Unsecured |
| Contrarian Funds LLC | Attn Alisa Mumola 411 W Putnam Ave S 225 Greenwich, CT 06830 | 12/8/06 | 16447 | $76,844.72 | Claims Subject To Modification | 05-44567 | $72,148.40 | General Unsecured |
| Contrarian Funds LLC | Attn Alisa Mumola 411 W Putnam Ave S 225 Greenwich, CT 06830 | 3/12/07 | 16570 | $337,154.09 | Claims Subject To Modification | 05-44640 | $334,006.68 | General Unsecured |

Delphi Corporation
Thirty-Second Omnibus Claims Objection
Exhibit B Service List

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Modified Debtor | Modified Amount | Modified Nature |
| | Contrarian Funds LLC | Attn Alisa Mumola<br>411 W Putnam Ave Ste 225<br>Greenwich, CT 06830 | 7/31/06 | 15211 | $1,352,891.10 | Claims Subject To Modification | 05-44640 | $626,637.92 | General Unsecured |
| | Contrarian Funds LLC | Attn Alpa Jimenez<br>411 W Putnam Ave Ste 225<br>Greenwich, CT 06830 | 5/17/06 | 6147 | $2,996,365.10 | Claims Subject To Modification | 05-44640 | $2,984,898.81 | General Unsecured |
| | Contrarian Funds LLC | Attn Alpa Jimenez<br>411 W Putnam Ave Ste 225<br>Greenwich, CT 06830 | 6/15/06 | 8012 | $856,055.16 | Claims Subject To Modification | 05-44640 | $791,010.71 | General Unsecured |
| | Contrarian Funds LLC | Attn Alpa Jimenez<br>411 W Putnam Ave Ste 225<br>Greenwich, CT 06830 | 7/31/06 | 13775 | $188,727.41 | Claims Subject To Modification | 05-44640 | $184,726.19 | General Unsecured |
| | Contrarian Funds LLC | Attn Alpa Jimenez<br>411 W Putnam Ave Ste 225<br>Greenwich, CT 06830 | 7/31/06 | 15627 | $147,402.29 | Claims Subject To Modification | 05-44640 | $144,511.61 | General Unsecured |
| | Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 5/10/06 | 5568 | $307,574.95 | Claims Subject To Modification | 05-44640 | $307,010.23 | General Unsecured |
| | Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 5/17/06 | 6147 | $2,996,365.10 | Claims Subject To Modification | 05-44640 | $2,984,898.81 | General Unsecured |
| | Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 6/15/06 | 8012 | $856,055.16 | Claims Subject To Modification | 05-44640 | $791,010.71 | General Unsecured |
| | Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 7/25/06 | 10579 | $760,117.01 | Claims Subject To Modification | 05-44640 | $753,910.00 | General Unsecured |

Delphi Corporation
Thirty-Second Omnibus Claims Objection
Exhibit B Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Modified Debtor | Modified Amount | Modified Nature |
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/25/06 | 10580 | $203,432.68 | Claims Subject To Modification | 05-44640 | $192,311.59 | General Unsecured |
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/31/06 | 13775 | $188,727.41 | Claims Subject To Modification | 05-44640 | $184,726.19 | General Unsecured |
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/31/06 | 15211 | $1,352,891.10 | Claims Subject To Modification | 05-44640 | $626,637.92 | General Unsecured |
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/31/06 | 15627 | $147,402.29 | Claims Subject To Modification | 05-44640 | $144,511.61 | General Unsecured |
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 12/8/06 | 16447 | $76,844.72 | Claims Subject To Modification | 05-44567 | $72,148.40 | General Unsecured |
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 3/12/07 | 16570 | $337,154.09 | Claims Subject To Modification | 05-44640 | $334,006.68 | General Unsecured |
| Contrarian Funds LLC as Assignee of Blissfield Manufacturing Company | Attn Alpa Jimenez 411 West Putnam Ave Ste 225 Greenwich, CT 06830 | 7/7/06 | 9109 | $1,254,290.43 | Claims Subject To Modification | 05-44640 | $1,253,738.05 | General Unsecured |

Delphi Corporation
Thirty-Second Omnibus Claims Objection
Exhibit B Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Modified Debtor | Modified Amount | Modified Nature |
| Contrarian Funds LLC as Assignee of Blissfield Manufacturing Company | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/7/06 | 9109 | $1,254,290.43 | Claims Subject To Modification | 05-44640 | $1,253,738.05 | General Unsecured |
| Contrarian Funds LLC as assignee of Camoplast Incorporated | Contrarian Funds LLC Attn Alpa Jimenez 411 West Putnam Avenue Ste 225 Greenwich, CT 06830 | 7/28/06 | 12691 | $1,539,602.72 | Claims Subject To Modification | 05-44640 | $1,534,352.39 | General Unsecured |
| Contrarian Funds LLC as assignee of Camoplast Incorporated | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/28/06 | 12691 | $1,539,602.72 | Claims Subject To Modification | 05-44640 | $1,534,352.39 | General Unsecured |
| Contrarian Funds LLC as Assignee of Capstan Atlantic | Attn Alpa Jimenez 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 6/2/06 | 7374 | $595,983.31 | Claims Subject To Modification | 05-44640 | $530,803.34 | General Unsecured |
| Contrarian Funds LLC as Assignee of Capstan Atlantic | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 6/2/06 | 7374 | $595,983.31 | Claims Subject To Modification | 05-44640 | $530,803.34 | General Unsecured |
| Contrarian Funds LLC as Assignee of Electronic Services LLC DBA CSI Electronics | Attn Alpa Jimenez 411 West Putnam Ave Ste 225 Greenwich, CT 06830 | 7/7/06 | 9112 | $135,377.75 | Claims Subject To Modification | 05-44640 | $131,228.12 | General Unsecured |
| Contrarian Funds LLC as Assignee of Electronic Services LLC DBA CSI Electronics | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/7/06 | 9112 | $135,377.75 | Claims Subject To Modification | 05-44640 | $131,228.12 | General Unsecured |
| Contrarian Funds LLC as assignee of Flow Dry Technology Ltd | Contrarian Funds LLC Attn Alpa Jimenez 411 West Putnam Avenue Ste 225 Greenwich, CT 06830 | 7/28/06 | 12689 | $176,114.66 | Claims Subject To Modification | 05-44640 | $174,308.42 | General Unsecured |

Delphi Corporation
Thirty-Second Omnibus Claims Objection
Exhibit B Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Modified Debtor | Modified Amount | Modified Nature |
| Contrarian Funds LLC as assignee of Flow Dry Technology Ltd | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/28/06 | 12689 | $176,114.66 | Claims Subject To Modification | 05-44640 | $174,308.42 | General Unsecured |
| Contrarian Funds LLC as Assignee of IMCO Inc | Attn Alpa Jiminez 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 5/31/06 | 7237 | $241,702.84 | Claims Subject To Modification | 05-44640 | $236,776.04 | General Unsecured |
| Contrarian Funds LLC as Assignee of IMCO Inc | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 5/31/06 | 7237 | $241,702.84 | Claims Subject To Modification | 05-44640 | $236,776.04 | General Unsecured |
| Contrarian Funds LLC as assignee of INA USA Corporation | Contrarian Funds LLC Attn Alpa Jiminez 411 West Putnam Avenue Ste 225 Greenwich, CT 06830 | 7/28/06 | 12686 | $2,466,373.54 | Claims Subject To Modification | 05-44640 | $2,319,296.37 | General Unsecured |
| Contrarian Funds LLC as assignee of INA USA Corporation | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/28/06 | 12686 | $2,466,373.54 | Claims Subject To Modification | 05-44640 | $2,319,296.37 | General Unsecured |
| Contrarian Funds LLC as Assignee of Prestolite Wire Corporation | Attn Alpa Jiminez Contrarian Funds LLC 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 7/7/06 | 9113 | $116,590.48 | Claims Subject To Modification | 05-44640 | $103,372.28 | General Unsecured |
| Contrarian Funds LLC as Assignee of Prestolite Wire Corporation | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/7/06 | 9113 | $116,590.48 | Claims Subject To Modification | 05-44640 | $103,372.28 | General Unsecured |
| Contrarian Funds LLC as assignee of Regency McAllen | Attn Alpa Jiminez 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 7/24/06 | 10387 | $36,892.83 | Claims Subject To Modification | 05-44640 | $34,687.23 | General Unsecured |

Delphi Corporation
Thirty-Second Omnibus Claims Objection
Exhibit B Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Modified Debtor | Modified Amount | Modified Nature |
| Contrarian Funds LLC as assignee of Regency McAllen | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/24/06 | 10387 | $36,892.83 | Claims Subject To Modification | 05-44640 | $34,687.23 | General Unsecured |
| Contrarian Funds LLC as Assignee of Strattec Security Corp | Alpa Jimenez Contrarian Funds LLC 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 7/28/06 | 12692 | $3,398,927.24 | Claims Subject To Modification | 05-44640 | $3,397,304.07 | General Unsecured |
| Contrarian Funds LLC as Assignee of Strattec Security Corp | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/28/06 | 12692 | $3,398,927.24 | Claims Subject To Modification | 05-44640 | $3,397,304.07 | General Unsecured |
| Contrarian Funds LLC as Assignee of Trelleborg Kunhwa Co Ltd | Alpa Jimenez Contrarian Funds LLC 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 7/28/06 | 12695 | $120,459.00 | Claims Subject To Modification | 05-44640 | $77,394.00 | General Unsecured |
| Contrarian Funds LLC as Assignee of Trelleborg Kunhwa Co Ltd | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/28/06 | 12695 | $120,459.00 | Claims Subject To Modification | 05-44640 | $77,394.00 | General Unsecured |
| Contrarian Funds LLC as Assignee of Trelleborg Ysh Inc | Alpa Jimenez Contrarian Funds LLC 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 7/28/06 | 12696 | $109,002.60 | Claims Subject To Modification | 05-44640 | $89,520.40 | General Unsecured |
| Contrarian Funds LLC as Assignee of Trelleborg Ysh Inc | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/28/06 | 12696 | $109,002.60 | Claims Subject To Modification | 05-44640 | $89,520.40 | General Unsecured |
| Contrarian Funds LLC as Assignee of Trelleborg Ysh SA de CV | Alpa Jimenez Contrarian Funds LLC 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 7/28/06 | 12694 | $91,243.71 | Claims Subject To Modification | 05-44640 | $82,066.83 | General Unsecured |

Delphi Corporation
Thirty-Second Omnibus Claims Objection
Exhibit B Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Modified Debtor | Modified Amount | Modified Nature |
| Contrarian Funds LLC as Assignee of Trelleborg Ysh SA de CV | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/28/06 | 12694 | $91,243.71 | Claims Subject To Modification | 05-44640 | $82,066.83 | General Unsecured |
| Contrarian Funds LLC as Assignee of Trostel Ltd | Alpa Jimenez Contrarian Funds LLC 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 7/28/06 | 12693 | $1,494,571.82 | Claims Subject To Modification | 05-44640 | $1,220,897.18 | General Unsecured |
| Contrarian Funds LLC as Assignee of Trostel Ltd | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/28/06 | 12693 | $1,494,571.82 | Claims Subject To Modification | 05-44640 | $1,220,897.18 | General Unsecured |
| Contrarian Funds LLC as Assignee of Whirlaway Corporation | Attn Alpa Jimenez Contrarian Funds LLC 411 W Putnam Ave  Ste 225 Greenwich, CT 06830 | 7/18/06 | 9793 | $568,283.69 | Claims Subject To Modification | 05-44640 | $557,199.69 | General Unsecured |
| Contrarian Funds LLC as Assignee of Whirlaway Corporation | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/18/06 | 9793 | $568,283.69 | Claims Subject To Modification | 05-44640 | $557,199.69 | General Unsecured |
| Contrarian Funds LLC as Transferee of United Stars Industries Inc | Attn Alpa Jimenez Contrarian Funds LLC 411 W Putnam Ave Ste 225 Greenwich, Ct 06830 | 11/13/07 | 16745 | $13,238.61 | Claims Subject To Modification | 05-44640 | $12,546.16 | General Unsecured |
| Contrarian Funds LLC as Transferee of United Stars Industries Inc | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 11/13/07 | 16745 | $13,238.61 | Claims Subject To Modification | 05-44640 | $12,546.16 | General Unsecured |
| CTS Corporation | 171 Covington Dr Bloomingdale, IL 60108 | 7/27/06 | 11256 | $2,405,898.43 | Claims Subject To Modification | 05-44640 | $401,296.27 | General Unsecured |

Delphi Corporation
Thirty-Second Omnibus Claims Objection
Exhibit B Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Modified Debtor | Modified Amount | Modified Nature |
| CTS Corporation | CTS Corporation<br>Attn Elizabeth Bottorff Ahlemann<br>Senior Legal Counsel 905 W Blvd N<br>Elkhart, IN 46514 | 7/27/06 | 11256 | $2,405,898.43 | Claims Subject To Modification | 05-44640 | $401,296.27 | General Unsecured |
| EMC2 Corporation | c/o Receivable Management Services RMS<br>PO Box 5126<br>Timonium, MD 21094 | 7/31/06 | 14837 | $115,123.63 | Claims Subject To Modification | 05-44640 | $73,757.89 | General Unsecured |
| Empresas Ca Le Tiaxcala SA de CV | Reed Smith LLP<br>Elena Lazarou<br>599 Lexington Ave<br>New York, NY 10022 | 7/31/06 | 15511 | $184,306.40 | Claims Subject To Modification | 05-44640 | $74,000.00 | General Unsecured |
| Empresas Ca Le Tiaxcala SA de CV | Stephen Bobo<br>Sachnoff & Weaver Ltd<br>10 S Wacker Dr Ste 4000<br>Chicago, IL 60606 | 7/31/06 | 15511 | $184,306.40 | Claims Subject To Modification | 05-44640 | $74,000.00 | General Unsecured |
| Fastenal Company | Attn Legal<br>PO Box 978<br>Winona, MN 55987-0978 | 6/6/06 | 7514 | $58,187.44 | Claims Subject To Modification | 05-44640 | $1,567.26 | General Unsecured |
| FIRST TECHNOLOGY HOLDINGS INC AND AFFILIATES AND SUBSIDIARIES AND CONTROL DEVICES INC AND FIRST INERTIA SWITCH LIMITED | RICHARD C PEDONE<br>NIXON PEABODY LLP<br>100 SUMMER ST<br>BOSTON, MA 02110 | 11/6/07 | 16739 | $633,258.00 | Claims Subject To Modification | 05-44640 | $566,254.64 | General Unsecured |
| FIRST TECHNOLOGY HOLDINGS INC AND AFFILIATES AND SUBSIDIARIES AND CONTROL DEVICES INC AND FIRST INERTIA SWITCH LIMITED | THOMAS SKIBINSKI<br>CONTROL DEVICES INC AND FIRST INERTIA SWITCH<br>C O SENSATA TECHNOLOGIES INC 529 PLEASANT ST MS B 1<br>ATTLEBORO, MA 02703 | 11/6/07 | 16739 | $633,258.00 | Claims Subject To Modification | 05-44640 | $566,254.64 | General Unsecured |
| Firstenergy Solutions Corp | Bankruptcy Analyst<br>395 Ghent Rd<br>Akron, OH 44333 | 3/20/06 | 2342 | $2,801,641.96 | Claims Subject To Modification | 05-44640 | $2,445,010.64 | General Unsecured |
| Fraenkische USA LP | Attn Simone Kraus<br>Smith Gambreil & Russell LLP<br>1230 Peachtree St NE Promenade II Ste 3100<br>Atlanta, GA 30309 | 6/8/06 | 16511 | $59,175.40 | Claims Subject To Modification | 05-44640 | $32,056.78 | General Unsecured |

Delphi Corporation
Thirty-Second Omnibus Claims Objection
Exhibit B Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Modified Debtor | Modified Amount | Modified Nature |
| Freudenberg Nonwovens Lp Eft | 2975 Pembroke Rd<br>Hopkinsville, KY 42240 | 5/10/06 | 5463 | $17,971.26 | Claims Subject To Modification | 05-44640 | $10,115.16 | General Unsecured |
| Freudenberg Nonwovens Lp Eft | Bodman Llp<br>Ralph E Mcdowell<br>100 Renaissance Ctr 34th Fl<br>Detroit, MI 48243 | 5/10/06 | 5463 | $17,971.26 | Claims Subject To Modification | 05-44640 | $10,115.16 | General Unsecured |
| Futaba Corporation Of America | 711 E State Pky<br>Schaumburg, IL 60173 | 7/11/06 | 9261 | $4,251,232.51 | Claims Subject To Modification | 05-44640 | $197,369.77 | General Unsecured |
| Futaba Corporation Of America | Burr & Forman LLP<br>Michael Leo Hall<br>420 N 20th St Ste 3100<br>Birmingham, AL 35203 | 7/11/06 | 9261 | $4,251,232.51 | Claims Subject To Modification | 05-44640 | $3,929,761.02 | General Unsecured |
| GE Consumer & Industrial f k a GE Lighting | Day Pitney LLP<br>Attn Richard M Meth<br>200 Campus Dr<br>Florham Park, NJ 07932-0950 | 7/21/06 | 10192 | $5,295.00 | Claims Subject To Modification | 05-44567 | $2,783.00 | General Unsecured |
| GE Consumer & Industrial f k a GE Lighting | Day Pitney LLP<br>Attn Richard M Meth<br>7 Times Sq<br>New York, NY 10036-7311 | 7/21/06 | 10192 | $5,295.00 | Claims Subject To Modification | 05-44567 | $2,783.00 | General Unsecured |
| GE Consumer & Industrial f k a GE Lighting | Day Pitney LLP<br>Attn Richard M Meth<br>PO Box 1945<br>Morristown, NJ 07962-1945 | 7/21/06 | 10192 | $5,295.00 | Claims Subject To Modification | 05-44567 | $2,783.00 | General Unsecured |
| GE Consumer & Industrial f k a GE Lighting | Michael B Bach Esq<br>11256 Cornell Park Dr Ste 500<br>Cincinnati, OH 45242 | 7/21/06 | 10191 | $7,020.00 | Claims Subject To Modification | 05-44640 | $3,680.00 | General Unsecured |
| GE Consumer & Industrial f k a GE Lighting | Michael B Bach Esq<br>11256 Cornell Park Dr Ste 500<br>Cincinnati, OH 45242 | 7/21/06 | 10192 | $5,295.00 | Claims Subject To Modification | 05-44567 | $2,783.00 | General Unsecured |
| General Electric Capital Corp | General Electric Capital Corp<br>Attn Uri Sky<br>c o GE Capital Solutions Vendor Finance<br>1010 Thomas Edison Blvd SW<br>Cedar Rapids, IA 52404 | 7/31/06 | 15452 | $651,626.18 | Claims Subject To Modification | 05-44640 | $620,181.39 | General Unsecured |

Delphi Corporation
Thirty-Second Omnibus Claims Objection
Exhibit B Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Modified Debtor | Modified Amount | Modified Nature |
| General Electric Capital Corp | Reed Smith LLP<br>Elena Lazarou<br>599 Lexington Ave<br>New York, NY 10022 | 7/31/06 | 15452 | $651,626.18 | Claims Subject To Modification | 05-44640 | $620,181.39 | General Unsecured |
| General Electric Capital Corp | Reed Smith LLP<br>Stephen T Bobo Arlene N Gelman Pia N Thompson<br>10 S Wacker Dr 40th Fl<br>Chicago, IL 60606 | 7/31/06 | 15452 | $651,626.18 | Claims Subject To Modification | 05-44640 | $620,181.39 | General Unsecured |
| General Electric Company GE Fanuc Automation North America Inc | Michael R Enright Esq<br>Robinson & Cole LLP<br>280 Trumbull St<br>Hartford, CT 06103 | 11/10/05 | 500 | $6,837.48 | Claims Subject To Modification | 05-44640 | $2,279.16 | General Unsecured |
| Goldman Sachs Credit Partners LP | c/o Goldman Sachs & Co<br>Attn Pedro Ramirez<br>30 Hudson 17th Fl<br>Jersey City, NJ 07302 | 2/27/06 | 2127 | $2,115,405.67 | Claims Subject To Modification | 05-44640 | $2,010,294.45 | General Unsecured |
| Goldman Sachs Credit Partners LP Assignee of Siemens VDO Automotive Corporation and Siemens VDO Automotive Inc | One New York Plaza 42nd Fl<br>New York, NY 10004 | 7/31/06 | 15064 | $5,895,235.82 | Claims Subject To Modification | 05-44640 | $5,711,817.00 | General Unsecured |
| Goldman Sachs Credit Partners LP Assignee of Siemens VDO Automotive Corporation and Siemens VDO Automotive Inc | Brown Rudnick Berlack Israels LLP<br>Attn Steven D Pohl<br>One Financial Center<br>Boston, MA 02111 | 7/31/06 | 15064 | $5,895,235.82 | Claims Subject To Modification | 05-44640 | $5,711,817.00 | General Unsecured |
| Goldman Sachs Credit Partners LP Assignee of Siemens VDO Automotive Corporation and Siemens VDO Automotive Inc | Goldman Sachs Credit Partners LP assignee of Siemans VDO Automotive Corporation and Siemans VDO Automotive Inc<br>Attn Steven F Wasserman Esq<br>Brown Rudnick Berlack Israels LLP Seven Times Square<br>New York, NY 10036 | 7/31/06 | 15064 | $5,895,235.82 | Claims Subject To Modification | 05-44640 | $5,711,817.00 | General Unsecured |
| Greeley Containment & Rework Inc | 200 Baseline Rd E<br>Bowmanville, ON L1C 1A2 Canada | 7/27/06 | 11248 | $1,777.27 | Claims Subject To Modification | 05-44640 | $1,512.63 | General Unsecured |

Delphi Corporation
Thirty-Second Omnibus Claims Objection
Exhibit B Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Modified Debtor | Modified Amount | Modified Nature |
| Greeley Containment & Rework Inc | 200 Baseline Rd E<br>Bowmanville, ON L1C 1A2 Canada | 7/27/06 | 11250 | $46,237.04 | Claims Subject To Modification | 05-44640 | $34,571.14 | General Unsecured |
| Greeley Containment & Rework Inc | 200 Baseline Rd E<br>Bowmanville, ON L1C 1A2 Canada | 7/27/06 | 11251 | $31,625.46 | Claims Subject To Modification | 05-44640 | $14,271.26 | General Unsecured |
| Hewlett Packard Company | Attn K Higman<br>2125 E Katella Ave Ste 400<br>Anaheim, CA 92806 | 7/11/06 | 9352 | $4,948,005.65 | Claims Subject To Modification | 05-44640 | $4,921,104.00 | General Unsecured |
| Hewlett Packard Company | Hewlett Packard Co<br>Legal Dept MS 20 BQ<br>Palo Alto, CA 94304-1112 | 7/11/06 | 9352 | $4,948,005.65 | Claims Subject To Modification | 05-44640 | $4,921,104.00 | General Unsecured |
| Hewlett Packard Financial Services Company fka Compaq Financial Services Corporation | Attn Americas Recovery Leader<br>420 Mountain Ave<br>Murray Hill, NJ 07974-0006 | 7/26/06 | 10683 | $953,280.40 | Claims Subject To Modification | 05-44640 | $166,642.02 | General Unsecured |
| IBJTC Business Credit Corporation as successor in interest to IBJ Whitehall Business Credit Corporation | Ronald S Beacher & Conrad K Chiu<br>Day Pitney LLP<br>7 Times Square<br>New York, NY 10036 | 7/20/06 | 9995 | $57,149.69 | Claims Subject To Modification | 05-44640 | $44,643.53 | General Unsecured |
| Infineon Technologies North America Corp | Arlene N Gelman<br>Sachnoff & Weaver Ltd<br>10 S Wacker Dr 40th Fl<br>Chicago, IL 60606 | 7/28/06 | 11968 | $6,491,471.33 | Claims Subject To Modification | 05-44640 | $6,382,000.00 | General Unsecured |
| Infineon Technologies North America Corp | Reed Smith LLP<br>Elena Lazarou<br>599 Lexington Ave<br>New York, NY 10022 | 7/28/06 | 11968 | $6,491,471.33 | Claims Subject To Modification | 05-44640 | $6,382,000.00 | General Unsecured |
| Johnson Controls Inc | Controls Group<br>PO Box 905240<br>Charlotte, NC 28290-5240 | 5/16/06 | 5976 | $53,133.90 | Claims Subject To Modification | 05-44640 | $5,822.52 | General Unsecured |
| Johnson Controls Inc | Reed Smith LLP<br>Elena Lazarou<br>599 Lexington Ave<br>New York, NY 10022 | 5/16/06 | 5976 | $53,133.90 | Claims Subject To Modification | 05-44640 | $5,822.52 | General Unsecured |

11/17/2008 1:31 PM
Delphi Omni 32 Objection Exhibit B Service List

Delphi Corporation
Thirty-Second Omnibus Claims Objection
Exhibit B Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Modified Debtor | Modified Amount | Modified Nature |
| Johnson Controls Inc | Reed Smith LLP Stephen T Bobo Arlene N Gelman Pia N Thompson 10 S Wacker Dr 40th Fl Chicago, IL 60606 | 5/16/06 | 5976 | $53,133.90 | Claims Subject To Modification | 05-44640 | $5,822.52 | General Unsecured |
| Judco Manufacturing Inc | 1429 W 240th St Harbor City, CA 90710 | 7/31/06 | 13445 | $52,318.51 | Claims Subject To Modification | 05-44640 | $33,938.12 | General Unsecured |
| Kyocera Industrial Ceramics Corp | c/o Loeb & Loeb LLP 345 Park Ave 18th Fl New York, NY 10154 | 7/28/06 | 12530 | $312,610.00 | Claims Subject To Modification | 05-44640 | $137,780.00 | General Unsecured |
| Liquidity Solutions Inc | Dba Revenue Management One University Plaza Ste 312 Hackensack, NJ 07601 | 7/18/06 | 9816 | $13,417.47 | Claims Subject To Modification | 05-44640 | $10,767.47 | General Unsecured |
| Liquidity Solutions Inc as Assignee of Hammond Group Inc | Dba Revenue Management One University Plaza Ste 312 Hackensack, NJ 07601 | 5/2/06 | 4427 | $139,123.46 | Claims Subject To Modification | 05-44640 | $137,745.38 | General Unsecured |
| Liquidity Solutions Inc dba Revenue Management as assignee of Digikey | Jeffrey L Caress One University Plz Ste 312 Hackensack, NJ 07601 | 7/31/06 | 15483 | $66,952.29 | Claims Subject To Modification | 05-44507 | $64,639.19 | General Unsecured |
| Longacre Master Fund Ltd | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 3/3/06 | 2173 | $550,320.80 | Claims Subject To Modification | 05-44640 | $450,000.00 | General Unsecured |
| Longacre Master Fund Ltd | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/6/06 | 9079 | $129,383.00 | Claims Subject To Modification | 05-44640 | $117,611.00 | General Unsecured |
| Longacre Master Fund Ltd | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 3/20/07 | 16583 | $206,964.00 | Claims Subject To Modification | 05-44640 | $166,885.00 | General Unsecured |
| Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 33rd Fl New York, NY 10019 | 3/3/06 | 2173 | $550,320.80 | Claims Subject To Modification | 05-44640 | $450,000.00 | General Unsecured |

11/17/2008 1:31 PM
Delphi Omni 32 Objection Exhibit B Service List

Delphi Corporation
Thirty-Second Omnibus Claims Objection
Exhibit B Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Modified Debtor | Modified Amount | Modified Nature |
| Longacre Master Fund Ltd | Vladimir Jelisavcic<br>810 Seventh Ave 33rd Fl<br>New York, NY 10019 | 7/6/06 | 9079 | $129,383.00 | Claims Subject To Modification | 05-44640 | $117,611.00 | General Unsecured |
| Longacre Master Fund Ltd | Vladimir Jelisavcic<br>810 Seventh Ave 33rd Fl<br>New York, NY 10019 | 3/20/07 | 16583 | $206,964.00 | Claims Subject To Modification | 05-44640 | $166,885.00 | General Unsecured |
| Madison Investment Trust Series 38 | Madison Investment Trust Series 38<br>6310 Lamar Ave Ste 120<br>Overland Park, KS 66202 | 2/21/06 | 2073 | $29,268.00 | Claims Subject To Modification | 05-44640 | $28,260.00 | General Unsecured |
| Madison Investment Trust Series 38 | Madison Investment Trust Series 38<br>6310 Lamar Ave Ste 120<br>Overland Park, KS 66202 | 5/1/06 | 4011 | $30,350.37 | Claims Subject To Modification | 05-44640 | $25,682.68 | General Unsecured |
| Madison Niche Opportunities Fund LLC | 6143 S Willow Dr Ste 200<br>Greenwood Village, CO 80111 | 5/1/06 | 3640 | $47,083.50 | Claims Subject To Modification | 05-44640 | $46,687.50 | General Unsecured |
| Marquardt GmbH | Schloss Str 16<br>Rietheim Weiheim, 78604  Germany | 7/28/06 | 12161 | $875,135.40 | Claims Subject To Modification | 05-44640 | $794,954.68 | General Unsecured |
| Marquardt GmbH | Bond Schoeneck & King PLLC<br>Stephen A Donato<br>One Lincoln Ctr 18th Fl<br>Syracuse, NY 13202 | 7/28/06 | 12161 | $875,135.40 | Claims Subject To Modification | 05-44640 | $794,954.68 | General Unsecured |
| Minnick Ralph D | Linda George Esq<br>Laudig George Rutherford & Sipes<br>156 E Market St Ste 600<br>Indianapolis, IN 46204 | 7/28/06 | 12043 | $30,000.00 | Claims Subject To Modification | 05-44640 | $5,000.00 | General Unsecured |
| National Instruments Corp | Order Team<br>11500 North Mopac Expressway<br>Austin, TX 78759 | 7/24/06 | 10400 | $237,792.65 | Claims Subject To Modification | 05-44640 | $233,891.61 | General Unsecured |
| PBR Australia Pty Ltd | Foley & Lardner LLP<br>Hilary Jewett<br>90 Park Ave<br>New York, NY 10016 | 4/4/06 | 2548 | $562,192.18 | Claims Subject To Modification | 05-44640 | $39,766.37 | General Unsecured |
| PBR Australia Pty Ltd | Foley & Lardner LLP<br>Judy A O Neill<br>500 Woodward Ave Ste 2700<br>Detroit, MI 48226 | 4/4/06 | 2548 | $562,192.18 | Claims Subject To Modification | 05-44640 | $39,766.37 | General Unsecured |

11/17/2008 1:31 PM
Delphi Omni 32 Objection Exhibit B Service List

Delphi Corporation
Thirty-Second Omnibus Claims Objection
Exhibit B Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Modified Debtor | Modified Amount | Modified Nature |
| PBR Australia Pty Ltd | PBR Australia Pty Ltd<br>Attn Peter Valentine<br>PO Box 176<br>Bentleigh E VI 3165,   Australia | 4/4/06 | 2548 | $562,192.18 | Claims Subject To Modification | 05-44640 | $39,766.37 | General Unsecured |
| Pbr Knoxville Llc | Attn Pres Lawhon<br>10215 Caneel Dr<br>Knoxville, TN 37931 | 5/16/06 | 5980 | $9,225,767.18 | Claims Subject To Modification | 05-44640 | $0.00 | General Unsecured |
| Pbr Knoxville Llc | Foley & Lardner LLP<br>Hilary Jewett<br>90 Park Ave<br>New York, NY 10016 | 5/16/06 | 5980 | $9,225,767.18 | Claims Subject To Modification | 05-44640 | $0.00 | General Unsecured |
| Pbr Knoxville Llc | Foley & Lardner LLP<br>Judy A O Neill<br>500 Woodward Ave Ste 2700<br>Detroit, MI 48226 | 5/16/06 | 5980 | $9,225,767.18 | Claims Subject To Modification | 05-44640 | $0.00 | General Unsecured |
| Phillips Robert | c/o Laudig George Rutherford & Sipes<br>Linda George EsqW Russell Sipes<br>151 N Delaware St Ste 1700<br>Indianapolis, IN 46204-2503 | 7/28/06 | 12046 | $30,000.00 | Claims Subject To Modification | 05-44640 | $5,000.00 | General Unsecured |
| Port City Castings Corp affiliate of Port City Die Cast Inc | c/o Parmenter O Toole<br>Port City Castings Corp<br>601 Terrace St<br>Muskegon, MI 49443-0786 | 7/28/06 | 12187 | $100,551.70 | Claims Subject To Modification | 05-44640 | $3,696.39 | General Unsecured |
| PPG Industries Inc | One PPG Pl<br>Pittsburgh, PA 15272 | 7/25/06 | 10710 | $574,896.85 | Claims Subject To Modification | 05-44640 | $246,553.06 | General Unsecured |
| PPG Industries Inc | Kirkpatrick & Lockhart Nicholson Graham LLP<br>Robert N Michaelson Esq<br>599 Lexington Ave<br>New York, NY 10022 | 7/25/06 | 10710 | $574,896.85 | Claims Subject To Modification | 05-44640 | $246,553.06 | General Unsecured |
| Proud Douglas And Esther | c/o Luadig George Rutherford & Sipes<br>L George W R Sipes<br>151 N Delaware St Ste 1700<br>Indianapolis, IN 46204-2503 | 7/28/06 | 12047 | $30,000.00 | Claims Subject To Modification | 05-44640 | $5,000.00 | General Unsecured |

Delphi Corporation
Thirty-Second Omnibus Claims Objection
Exhibit B Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Modified Debtor | Modified Amount | Modified Nature |
| Rawac Plating Company | c/o Liquidity Solutions Inc dba Revenue Management<br>One University Plz Ste 312<br>Hackensack, NJ 07601 | 9/25/06 | 16334 | $398,139.37 | Claims Subject To Modification | 05-44640 | $352,725.84 | General Unsecured |
| Redrock Capital Partners LLC | Redrock Capital Partners LLC<br>475 17th St Ste 544<br>Denver, CO 80202 | 11/28/05 | 863 | $14,900.00 | Claims Subject To Modification | 05-44640 | $13,410.00 | General Unsecured |
| Riverside Claims LLC as Assignee for Lauren Manufacturing | Riverside Claims LLC<br>PO Box 626 Planetarium Station<br>New York, NY 10024 | 6/30/06 | 8863 | $25,198.10 | Claims Subject To Modification | 05-44640 | $23,290.40 | General Unsecured |
| Riverside Claims LLC as Assignee for SA Technologies Inc | Riverside Claims LLC<br>PO Box 626 Planetarium Station<br>New York, NY 10024 | 6/30/06 | 8860 | $4,745.00 | Claims Subject To Modification | 05-44507 | $3,200.00 | General Unsecured |
| Riverside Claims LLC as Assignee for Vanex Fire Systems | Riverside Claims LLC<br>PO Box 626 Planetarium Station<br>New York, NY 10024 | 6/30/06 | 8858 | $12,982.30 | Claims Subject To Modification | 05-44640 | $12,864.15 | General Unsecured |
| Rothrist Tube Inc | Attn Linda K Barr<br>Nelson Mullins Riley & Scarborough LLP<br>PO Box 11070<br>Columbia, SC 29211-1070 | 4/18/06 | 2680 | $111,073.70 | Claims Subject To Modification | 05-44640 | $100,896.19 | General Unsecured |
| Rothrist Tube Inc | Nelson Mullins Riley & Scarborough LLP<br>George B Cauthen Jody A Bedenbaugh<br>Meridian Bldg Seventeenth Fl 1320 Main St<br>PO Box 11070<br>Columbia, SC 29201 | 4/18/06 | 2680 | $111,073.70 | Claims Subject To Modification | 05-44640 | $100,896.19 | General Unsecured |
| Rothrist Tube Inc | Nelson Mullins Riley & Scarborough LLP<br>Richard B Herzog<br>999 Peachtree St Ste 1400<br>Atlanta, GA 30309 | 4/18/06 | 2680 | $111,073.70 | Claims Subject To Modification | 05-44640 | $100,896.19 | General Unsecured |
| Siemens Bulding Technologies Inc | Lauren Newman<br>FagelHaber LLC<br>55 E Monroe St 40th Fl<br>Chicago, IL 60603 | 7/31/06 | 15692 | $12,209.13 | Claims Subject To Modification | 05-44640 | $8,407.85 | General Unsecured |
| SPCP Group LLC | Attn Brian Jarmain<br>2 Greenwich Plz 1st Fl<br>Greenwich, CT 06830 | 7/28/06 | 12011 | $179,220.24 | Claims Subject To Modification | 05-44640 | $94,076.50 | General Unsecured |

Delphi Corporation
Thirty-Second Omnibus Claims Objection
Exhibit B Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Modified Debtor | Modified Amount | Modified Nature |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Attn Brian A Jarmain Two Greenwich Plz 1st Fl Greenwich, CT 06830 | 7/26/06 | 11190 | $87,844.88 | Claims Subject To Modification | 05-44640 | $75,605.41 | General Unsecured |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Attn Brian A Jarmain Two Greenwich Plz 1st Fl Greenwich, CT 06830 | 7/26/06 | 11191 | $56,219.54 | Claims Subject To Modification | 05-44567 | $53,627.03 | General Unsecured |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Attn Brian A Jarmain Two Greenwich Plz 1st Fl Greenwich, CT 06830 | 7/26/06 | 11193 | $39,295.28 | Claims Subject To Modification | 05-44640 | $36,986.58 | General Unsecured |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Attn Brian A Jarmain Two Greenwich Plz 1st Fl Greenwich, CT 06830 | 7/27/06 | 11429 | $278,019.25 | Claims Subject To Modification | 05-44640 | $275,394.25 | General Unsecured |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Attn Brian A Jarmain Two Greenwich Plz 1st Fl Greenwich, CT 06830 | 7/28/06 | 12828 | $2,696,313.72 | Claims Subject To Modification | 05-44640 | $2,671,979.95 | General Unsecured |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund Ltd | Attn Irene Wu 2 Greenwich Plz 1st Fl Greenwich, CT 06830 | 12/19/05 | 1201 | $104,504.04 | Claims Subject To Modification | 05-44640 | $101,001.74 | General Unsecured |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Goodwin Procter LLP Allan S Brilliant Craig P Druehl & Meagan E Costello 599 Lexington Ave New York, NY 10022 | 7/26/06 | 11190 | $87,844.88 | Claims Subject To Modification | 05-44640 | $75,605.41 | General Unsecured |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Goodwin Procter LLP Allan S Brilliant Craig P Druehl & Meagan E Costello 599 Lexington Ave New York, NY 10022 | 7/26/06 | 11191 | $56,219.54 | Claims Subject To Modification | 05-44567 | $53,627.03 | General Unsecured |

Delphi Corporation
Thirty-Second Omnibus Claims Objection
Exhibit B Service List

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Modified Debtor | Modified Amount | Modified Nature |
| | SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Goodwin Procter LLP Allan S Brilliant Craig P Druehl & Meagan E Costello 599 Lexington Ave New York, NY 10022 | 7/26/06 | 11193 | $39,295.28 | Claims Subject To Modification | 05-44640 | $36,986.58 | General Unsecured |
| | SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Goodwin Procter LLP Allan S Brilliant Craig P Druehl & Meagan E Costello 599 Lexington Ave New York, NY 10022 | 7/27/06 | 11429 | $278,019.25 | Claims Subject To Modification | 05-44640 | $275,394.25 | General Unsecured |
| | SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Goodwin Procter LLP Allan S Brilliant Craig P Druehl & Meagan E Costello 599 Lexington Ave New York, NY 10022 | 7/28/06 | 12828 | $2,696,313.72 | Claims Subject To Modification | 05-44640 | $2,671,979.95 | General Unsecured |
| | Special Situations Investing Group Inc | Attn Al Dombrowski c/o Goldman Sachs & Co 85 Broad St 27th Fl New York, NY 10004 | 4/4/06 | 2548 | $562,192.18 | Claims Subject To Modification | 05-44640 | $338,801.98 | General Unsecured |
| | Special Situations Investing Group Inc | Attn Al Dombrowski c/o Goldman Sachs & Co 85 Broad St 27th Fl New York, NY 10004 | 5/16/06 | 5980 | $9,225,767.18 | Claims Subject To Modification | 05-44640 | $9,157,458.38 | General Unsecured |
| | Special Situations Investing Group Inc | Attn Pedro Ramirez c/o Goldman Sachs & Co 30 Hudson 17th Fl Jersey City, NJ 07302 | 7/31/06 | 15423 | $6,153,413.36 | Claims Subject To Modification | 05-44640 | $5,858,665.54 | General Unsecured |
| | Special Situations Investing Group Inc | Goodwin Procter LLP Allan S Brilliant Emanuel C Grillo Brian W Harvey 599 Lexington Ave New York, NY 10022 | 4/4/06 | 2548 | $562,192.18 | Claims Subject To Modification | 05-44640 | $338,801.98 | General Unsecured |
| | Special Situations Investing Group Inc | Goodwin Procter LLP Allan S Brilliant Emanuel C Grillo Brian W Harvey 599 Lexington Ave New York, NY 10022 | 5/16/06 | 5980 | $9,225,767.18 | Claims Subject To Modification | 05-44640 | $9,157,458.38 | General Unsecured |

Delphi Corporation
Thirty-Second Omnibus Claims Objection
Exhibit B Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Modified Debtor | Modified Amount | Modified Nature |
| Special Situations Investing Group Inc | Goodwin Procter LLP<br>Allan S Brilliant Emanuel C Grillo Brian W Harvey<br>599 Lexington Ave<br>New York, NY 10022 | 7/31/06 | 15423 | $6,153,413.36 | Claims Subject To Modification | 05-44640 | $5,858,665.54 | General Unsecured |
| Tax Commissioner of the State of Ohio | 30 E Broad St<br>Columbus, OH 43215 | 6/16/06 | 8094 | $271.50 | Claims Subject To Modification | 05-44640 | $222.89 | Priority |
| Tax Commissioner of the State of Ohio | Attorney General of the State of Ohio<br>Attorney General of the State of Ohio<br>Collection Enforcement 150 E Gay St 21st Fl<br>Columbus, OH 43215 | 6/16/06 | 8094 | $271.50 | Claims Subject To Modification | 05-44640 | $222.89 | Priority |
| The Dayton Power and Light Company | 1065 Woodman Dr<br>Dayton, OH 45432 | 7/24/06 | 10373 | $61,309.20 | Claims Subject To Modification | 05-44640 | $37,272.92 | General Unsecured |
| Valeo Climate Control Corporation | Attn Christopher R Connely<br>3000 University Dr<br>Auburn Hills, MI 48326 | 7/27/06 | 11462 | $506,709.93 | Claims Subject To Modification | 05-44640 | $156,725.41 | General Unsecured |
| Valeo Climate Control Corporation | Honigman Miller Schwartz and Cohn LLP<br>Judy B Calton<br>2290 First National Bldg 660 Woodward Ave<br>Detroit, MI 48226-3506 | 7/27/06 | 11462 | $506,709.93 | Claims Subject To Modification | 05-44640 | $156,725.41 | General Unsecured |
| Verizon North Inc | AFNI Verizon<br>404 Brock Dr<br>Bloomington, IL 61701 | 3/20/06 | 2340 | $5,083.55 | Claims Subject To Modification | 05-44640 | $4,200.00 | General Unsecured |
| Victory Packaging LP | Attn Mr Benjamin Samuels Vice Chairman<br>Victory Packaging LLP<br>3555 Timmons Land Ste 1440<br>Houston, TX 77027 | 7/27/06 | 11640 | $6,183,936.00 | Claims Subject To Modification | 05-44640 | $3,764,666.98 | General Unsecured |
| Victory Packaging LP | Thompson & Knight LLP<br>Attn Ira L Herman Esq<br>Ira L Herman Esq 919 Third Ave 39th Fl<br>New York, NY 10022 | 7/27/06 | 11640 | $6,183,936.00 | Claims Subject To Modification | 05-44640 | $3,764,666.98 | General Unsecured |
| Victory Packaging LP | Victory Packaging LP<br>3555 Timmons Ln Ste 1400<br>Houston, TX 77027 | 7/27/06 | 11640 | $6,183,936.00 | Claims Subject To Modification | 05-44640 | $3,764,666.98 | General Unsecured |

Delphi Corporation
Thirty-Second Omnibus Claims Objection
Exhibit B Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Modified Debtor | Modified Amount | Modified Nature |
| Waldo Richard L And Gwendolyn A Waldo Plaintiffs V | c/o Laudig George Rutherford & Sipes L George W R Sipes 151 N Delaware St Ste 1700 Indianapolis, IN 46204-2503 | 7/28/06 | 12052 | $30,000.00 | Claims Subject To Modification | 05-44640 | $5,000.00 | General Unsecured |

# EXHIBIT I

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
In re                                         :       Chapter 11
                                              :
DELPHI CORPORATION, et al.,                   :       Case No. 05-44481 (RDD)
                                              :
                          Debtors.            :       (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x


NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:


    Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), are sending you this notice.  According to the Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases.  Based upon the Debtors' review of your proof or proofs of claim, the Debtors have determined that one or more of your "Claims," as such term is defined in 11 U.S.C. § 101(5), identified in the table below should be disallowed and expunged, modified and allowed, or allowed in the asserted amount as summarized in the table and described in more detail in the Debtors' Thirty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Regarding (A) Asserted Amount Claims, (B) Claims Subject To Modification, And (C) Claims To Be Expunged, (the "Thirty-Second Omnibus Claims Objection"), dated November 14, 2008, a copy of which is enclosed (without exhibits).  The Debtors' Thirty-Second Omnibus Claims Objection is set for hearing on December 17, 2008 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.  AS FURTHER DESCRIBED IN THE ENCLOSED THIRTY-SECOND OMNIBUS CLAIMS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON DECEMBER 10, 2008.  IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

    The enclosed Thirty-Second Omnibus Claims Objection identifies four different categories of objections.  The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

    The Claims identified as having a Basis For Objection of "Asserted Amount Claims" are Claims that assert liabilities or dollar amounts that should be allowed at the asserted amount set forth in the corresponding proof of claim.

Claims identified as having a Basis For Objection of "Claims Subject To Modification" are those Claims with respect to each of which the Debtors, together with the current holders and, as applicable, the original claimants asserting such Claims (the "Claimants"), have reached a settlement in principle with respect to the proper amount and classification of each Claim Subject To Modification and the proper Debtor liable for each such Claim.  Accordingly, the Debtors seek to convert the amount of each Claim Subject To Modification to a fully liquidated amount agreed to between the Debtors and the Claimant and seek to have such Claim allowed in that agreed-upon amount as an unsecured claim against the stated Debtor.

The Claims identified as having a Basis For Objection of "Duplicate Or Amended Claims" under the column heading "Claim To Be Expunged" are either duplicates of other Claims filed with this Court or have been amended or superseded by later-filed Claims.

Claims identified as having a Basis For Objection of "Claims To Be Expunged Pursuant To Settlement" are Claims that assert liabilities or dollar amounts that are not owing pursuant to settlements in principle with the holders of such Claims.

| Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Correct Debtor | Modified Amount | Modified Nature |
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ | ❾ |

If you wish to view the complete exhibits to the Thirty-Second Omnibus Claims Objection, you can do so at www.delphidocket.com.  If you have any questions about this notice or the Thirty-Second Omnibus Claims Objection to your Claim, please contact the Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING

SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

      If you disagree with the Thirty-Second Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern Time) on December 10, 2008. Your Response, if any, to the Thirty-Second Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 632, New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

      Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed, (ii) the name of the claimant and a brief description of the basis for the amount of the Claim, (iii) a concise statement setting forth the reasons why the Claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Thirty-Second Omnibus Claims Objection, (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a <u>prima facie</u> right to payment; <u>provided</u>, <u>however</u>, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; <u>provided further</u>, <u>however</u>, that you must disclose to the Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim, (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate, and (vi) the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

      If you properly and timely file and serve a Response in accordance with the procedures described above, and the Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the December 17, 2008 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order. With respect to all uncontested objections, the Debtors have requested that the Court conduct a final hearing on December 17, 2008 at 10:00 a.m. (prevailing Eastern time).

      IF YOUR PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION. PURSUANT TO THE CLAIMS OBJECTION PROCEDURES ORDER, THE DEBTORS MAY ELECT, IN THEIR

3

SOLE DISCRETION, TO ACCEPT SUCH AMOUNT PROVISIONALLY AS THE ESTIMATED
AMOUNT OF YOUR PROOF OF CLAIM PURSUANT TO SECTION 502(c) OF THE
BANKRUPTCY CODE FOR ALL PURPOSES OTHER THAN ALLOWANCE, BUT INCLUDING
VOTING AND ESTABLISHING RESERVES FOR PURPOSES OF DISTRIBUTION UNDER A
REORGANIZATION PLAN.  YOUR PROOF OF CLAIM WOULD REMAIN SUBJECT TO
FURTHER OBJECTION AND REDUCTION, AS APPROPRIATE, AND TO SECTION 502(j) OF THE
BANKRUPTCY CODE.  THE DEBTORS' ELECTION WOULD BE MADE BY SERVING YOU
WITH A NOTICE IN THE FORM ATTACHED TO THE CLAIMS OBJECTION PROCEDURES
ORDER.

The Bankruptcy Court will consider only those Responses made as set forth herein and in
accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE THIRTY-
SECOND OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN
ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS
OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER
SUSTAINING THE THIRTY-SECOND OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER
NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE
CLAIMS OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you
from sustaining a Claim against the Debtors.

Dated:  New York, New York
        November 14, 2008