# **EXHIBIT A**

| | |
|---|---|
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan  48098<br>Attention:  General Counsel | Latham & Watkins LLP<br>885 Third Avenue<br>New York, New York  10022<br>Attention:  Robert J. Rosenberg &<br>           Mark A. Broude<br>  Counsel for the Official Committee of Unsecured Creditors |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive<br>Suite 2100<br>Chicago, Illinois  60606<br>Attention:  John Wm. Butler, Jr., Esq.<br>  Counsel to the Debtors | Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, New York  10004<br>Attention:  Bonnie Steingart<br>  Counsel for the Official Committee of Equity Security Holders |
| Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, New York  10017<br>Attention:  Donald Bernstein &<br>           Brian Resnick<br>Counsel for the Agent under the Post-Petition Credit Facility | The Office of the United States Trustee<br>  for the Southern District of New York<br>33 Whitehall Street<br>Suite 2100<br>New York, New York  10004<br>Attention:  Brian Masumoto |