**ANDREWS KURTH LLP**
450 Lexington Avenue
New York, New York 10017
Paul N. Silverstein (PS 5098)
Jonathan Levine (JL 9674)
Telephone: (212) 850-2800
Fax: (212) 850-2929

Counsel to M.D. Sass Re/Enterprise Portfolio Company, L.P.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                     :    Chapter 11
                                                           :
DELPHI CORP., et al.,                                      :    Case No. 05-44481 (RDD)
                                                           :    Jointly Administered
                                                           :
            Debtors.                                       :
-----------------------------------------------------------x

### AFFIDAVIT OF SERVICE

I, Alexandra Zoë Bunnell, being over the age of eighteen (18) years, and duly sworn, state under oath that on November 20, 2008, I served the Response of M.D. Sass Re/Enterprise Portfolio Company, L.P. to Debtors' Motion to Supplement DIP Financing Order and Approve Accommodation Agreement upon the names listed on the service list attached via facsimile.

_____
Alexandra Zoë Bunnell

Subscribed and sworn to before me this
20th day of November, 2008

_____
Notary Public

JAKELYNE GARCIA
Notary Public, State of New York
No. 01GA6006659
Qualified in New York County
Commission Expires May 4, 20__

NYC:183803.1

## Service List

| | |
|---|---|
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Attn: David M. Sherbin, Esq.<br>Via Facsimile: 248-813-2673 | Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606<br>Attn: John Wm. Butler, Jr., Esq.<br>Via Facsimile: 312-407-8501 |
| Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>Attn: Donald Bernstein, Esq.<br>Via Facsimile: 212-450-3092 | Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>Attn: Brian Resnick, Esq.<br>Via Facsimile: 212-450-3213 |
| Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022<br>Attn: Robert J. Rosenberg, Esq.<br>Via Facsimile: 212-751-4864 | Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022<br>Attn: Mark A. Broude, Esq.<br>Via Facsimile: 212-751-4864 |
| Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY 10004<br>Attn: Bonnie Steingart<br>Via Facsimile: 212-859-4000 | Office of the United States Trustee<br>for the Southern District of New York<br>33 Whitehall Street<br>Suite 2100<br>New York, NY 100004<br>Attn: Brian Musamoto, Esq.<br>Via Facsimile: 212-668-2255 |

NYC:183803.1