UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

In re:

DELPHI CORPORATION,                                    Case No. 05-44481 RDD
                                                       (Jointly Administered)
                                                       Chapter 11

        Debtor.
_____/

## REQUEST TO BE REMOVED FROM LIST FOR RECEIVING ELECTRONIC FILINGS

Please remove my name and e-mail address hwangr@michigan.gov from the list of those persons and entities that request copies of ECF notices required under Rule 2002 filed in this case after this date.

       /S/       Roland Hwang
ROLAND HWANG (P32697)
Assistant Attorney General
Attorneys for Michigan DLEG, UIA
3030 W. Grand Boulevard, Ste. 9-600
Detroit, MI 48202
(313) 456-2210
telefax: (313) 456-2201
hwangr@michigan.gov

Dated: November 20, 2008

1