UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

In re:

DELPHI CORPORATION,     Case No. 05-44481 RDD
    (Jointly Administered)
    Chapter 11

      Debtor.

_____/

CERTIFICATION OF SERVICE

    It is hereby certified that the Request To Be Removed From List For Receiving Electronic Filings has this date been made electronically filed with the Clerk of the Court which will send notification of such filing upon the following individuals via using the ECF system, and other entities who are registered on the ECF system:

    John William Butler, Esq.        jbutler@skadden.com

    Kayalyn A. Marafioti, Esq.        kamarafio@skadden.com

    I hereby certify that I have mailed, via the United States Postal Service, the foregoing document(s) to the following non-ECF participant(s):

    /S/     Roland Hwang_____
Roland Hwang (P32697)
Assistant Attorney General
Attorney for Michigan, DLEG, UIA
3030 W. Grand Boulevard, Ste. 9-600
Detroit, MI 48202
(313) 456-2210
Telefax: (313) 456-2201
hwangr@michigan.gov

Dated: November 20, 2008

1