Honigman Miller Schwartz and Cohn LLP
Aaron M. Silver (Michigan Bar No.: P65481)
Attorneys for Quasar Industries, Inc.
2290 First National Building
660 Woodward Avenue, Suite 2290
Detroit, Michigan  48226
Telephone:  (313) 465-7560
Facsimile:  (313) 465-7561
Email:  asilver@honigman.com

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

IN RE:

                                                        Chapter 11

DELPHI CORPORATION, et al.,                             Case No.  05-44481 (RDD)

              Debtors.                                  (Jointly Administered)

_____/

### REQUEST FOR REMOVAL FROM ECF NOTIFICATION

Aaron M. Silver, an attorney with Honigman Miller Schwartz and Cohn LLP, requests

that his name and e-mail address asilver@honigman.com be removed from the ECF notification

in the above-captioned case.  Mr. Silver no longer represents an interest in the proceedings.

                              Respectfully submitted,

                              **Honigman Miller Schwartz and Cohn LLP**
                              Attorneys for Quasar Industries, Inc.

                              By:  /s/ Aaron M. Silver_____
                                    Aaron M. Silver (Michigan Bar No. P65481)
                                    2290 First National Building.
                                    660 Woodard Ave., Suite 2290
                                    Detroit, MI  48226
                                    Telephone:  (313) 465-7560
                                    Facsimile:    (313) 465-6560
                                    email address:  asilver@honigman.com

Dated:  November 21, 2008

Honigman Miller Schwartz and Cohn LLP
Aaron M. Silver (Michigan Bar No.: P65481)
Attorneys for Quasar Industries, Inc.
2290 First National Building
660 Woodward Avenue, Suite 2290
Detroit, Michigan  48226
Telephone:  (313) 465-7560
Facsimile:  (313) 465-7561
Email:  asilver@honigman.com

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

IN RE:

                                       Chapter 11

DELPHI CORPORATION, et al.,           Case No.  05-44481 (RDD)

            Debtors.                      (Jointly Administered)

_____/

## CERTIFICATE OF SERVICE

The undersigned hereby certifies and affirms that on Friday, November 21, 2008, he electronically filed with the clerk of the court, using the ECF system *Request for Removal from ECF Notification* (the "Request"), which ECF system will send an electronic copy of same to the following ECF participants:

- Anne Marie Aaronson     aaronsoa@pepperlaw.com

- David B. Aaronson     david.aaronson@dbr.com

- Elizabeth Abdelmasieh     elizabeth@regencap.com

- Franklin C. Adams     franklin.adams@bbklaw.com

- Jason R. Adams     jadams@torys.com

- Jennifer L. Adamy     bankruptcy@goodwin.com

- David J. Adler     dadler@mccarter.com

- Joseph W. Allen     jallen@jaeckle.com

- Christopher A. Andreoff    candreoff@jaffelaw.com, ckelley@jaffelaw.com

- Philip D. Anker    philip.anker@wilmerhale.com

- Joel D. Applebaum    japplebaum@clarkhill.com

- Allison R. Bach    abach@dickinsonwright.com

- Stephen M. Bales    sbales@zieglermetzger.com

- C. David Bargamian    dbargamian@bsdd.com

- Courtney Engelbrecht Barr    cbarr@lockelord.com, docket@lockelord.com

- William J. Barrett    william.barrett@bfkn.com

- David S. Barritt    barritt@chapman.com

- Joseph M. Barry    jbarry@ycst.com

- Douglas P. Bartner    dbartner@shearman.com,
  mtorkin@shearman.com,ned.schodek@shearman.com,yuichi.haraguchi@shearman.com,atenzer@shearman.com

- Donald F. Baty    dbaty@honigman.com

- Douglas P. Baumstein    dbaumstein@whitecase.com, lpolyova@whitecase.com

- Peter Nils Baylor    pnb@nutter.com

- Ronald Scott Beacher    rbeacher@daypitney.com

- W. Robinson Beard    jkirk@stites.com

- Thomas M. Beeman    tom@beemanlawoffice.com

- Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com

- Ryan B. Bennett    rbennett@kirkland.com,
  asathy@kirkland.com;rkwasteniet@kirkland.com;pfraumann@kirkland.com;jgoldfinger@kirkland.com

- Timothy C. Bennett    tbennett@klng.com

- Neil Matthew Berger    neilberger@teamtogut.com,
  abrogan@teamtogut.com;bdawson@teamtogut.com;jlee@teamtogut.com;awinchell@teamtogut.com;echaf
  etz@teamtogut.com;sskelly@teamtogut.com;bdawson@teamtogut.com;sreichert@teamtogut.com;dcahir@
  teamtogut.com;dsmith@teamtogut.com;kackerman@teamtogut.com

- Leslie Ann Berkoff    lberkoff@moritthock.com

- Richard J. Bernard    rbernard@bakerlaw.com

- Jeffrey Bernstein    jbernstein@mdmc-law.com

- Brendan G. Best    ssalinas@dykema.com

- Brendan G. Best    ssalinas@dykema.com

- Beth Ann Bivona    bbivona@damonmorey.com, wsavino@damonmorey.com;mbrennan@damonmorey.com

- Florence Bonaccorso-Saenz    florence.saenz@la.gov

- Charles E. Boulbol    rtrack@msn.com

- Eliza K. Bradley    ebradley@robergelaw.com

- William M. Braman    wmbraman@binghammchale.com

- Wendy D. Brewer    wendy.brewer@btlaw.com, bankruptcyindy@btlaw.com

- Allan S. Brilliant    abrilliant@goodwinprocter.com, nymanagingclerk@goodwinprocter.com

- Timothy W. Brink    timothy.brink@dlapiper.com

- James L. Bromley    maofiling@cgsh.com

- Mark A. Broude    mark.broude@lw.com

- Lee B. Brumitt    lbrumitt@dysarttaylor.com, sriley@dysarttaylor.com

- Daniel E. Bruso    dbruso@cantorcolburn.com, DMayhew@cantorcolburn.com

- Jacob Buchdahl    jbuchdahl@susmangodfrey.com

- Deborah M. Buell    maofiling@cgsh.com

- Kevin J. Burke    kburke@cahill.com

- Michael G. Busenkell    mbusenkell@wcsr.com

- John Wm. Butler    jbutler@skadden.com

- Aaron R. Cahn    cahn@clm.com

- Robert A. Calinoff    rcalinoff@candklaw.com

- Judy B. Calton    jcalton@honigman.com

- Paul W. Carey    bankrupt@modl.com, pwcarey@modl.com

- Scott Cargill    scargill@lowenstein.com

- James S. Carr    KDWBankruptcyDepartment@kelleydrye.com

- D. Christopher Carson    ccarson@burr.com

- Michelle Carter    mcarter@kslaw.com, pwhite@kslaw.com

- Linda J. Casey    caseyl@pepperlaw.com, hillera@pepperlaw.com;jaffeh@pepperlaw.com;shieldsa@pepperlaw.com;barsonl@pepperlaw.com;kistlerb@pepperlaw.com

- Michael Cassell    mcassell@lefkowitzhogan.com

- Ben T. Caughey    ben.caughey@icemiller.com

- George B. Cauthen    george.cauthen@nelsonmullins.com,
  mary.cutler@nelsonmullins.com;brook.wright@nelsonmullins.com

- Rocco A. Cavaliere    rcavaliere@blankrome.com, senese@blankrome.com;nmorales@blankrome.com

- Babette A. Ceccotti    bceccotti@cwsny.com, ecf@cwsny.com

- Sarah B. Chapman Carter    scarter@pselaw.com

- Erik G. Chappell    egc@lydenlaw.com

- J Eric Charlton    echarlton@hiscockbarclay.com

- Conrad Chiu    cchiu@daypitney.com

- David D. Cleary    david.cleary@dl.com, mkhambat@dl.com

- Marvin E. Clements    agbanknewyork@ag.tn.gov

- Tiffany Strelow Cobb    tscobb@vorys.com, cdfricke@vorys.com

- Theodore A. Cohen    tcohen@smrh.com, amontoya@sheppardmullin.com

- Mark B. Conlan    mconlan@gibbonslaw.com

- Dennis J. Connolly    dconnolly@alston.com

- Susan M. Cook    smcook@lambertleser.com

- Patrick M. Costello    pcostello@bbslaw.com

- Thomas W. Cranmer    cranmer@millercanfield.com,
  rouman@millercanfield.com;christenson@millercanfield.com

- David N. Crapo    dcrapo@gibbonslaw.com

- Tyson A. Crist    tcrist@szd.com

- Michael G. Cruse    mcruse@wnj.com, hziegler@wnj.com

- Gary H. Cunningham    gcunningham@gmhlaw.com

- Louis A. Curcio    lcurcio@tpwlaw.com

- Vincent D'Agostino    vdagostino@lowenstein.com

- Jeannine D'Amico    jeannine.damico@cwt.com

- Sherri Lynn Dahl    sdahl@ssd.com, SSzymanski@ssd.com

- Douglas R. Davis    ddavis@paulweiss.com

- Jeffry A. Davis    jadavis@mintz.com, dsjohnson@mintz.com

- Michael S. Davis    mdavis@zeklaw.com,
  mmccarthy@zeklaw.com;rguttmann@zeklaw.com;mmillnamow@zeklaw.com

- Carina M. De La Torre    cdelatorre@boselaw.com

- James J. DeCristofaro    james.decristofaro@lovells.com

- Karen Veronica DeFio    kdefio@bsk.com

- J. Michael Debbeler    mdebbeler@graydon.com

- Robert Dehney    rdehney@mnat.com,
  cmiller@mnat.com;tdriscoll@mnat.com;dabbott@mnat.com;dbutz@mnat.com;wlamotte@mnat.com

- Christopher M. Desiderio    cdesiderio@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

- Gerard DiConza    gdiconza@dlawpc.com, las@dlawpc.com

- Maria J. DiConza    diconzam@gtlaw.com, baddleyd@gtlaw.com;petermann@gtlaw.com

- John P. Dillman    houston_bankruptcy@publicans.com

- Karen Dine    karen.dine@pillsburylaw.com

- Stephen A. Donato    sdonato@bsk.com, kdoner@bsk.com;heddy@bsk.com

- J. Ted Donovan    TDonovan@Finkgold.com;srshmulevitz@finkgold.com

- Amish R. Doshi    adoshi@daypitney.com

- Mary Joanne Dowd    dowd.mary@arentfox.com, rothleder.jeffrey@arentfox.com

- David G. Dragich    ddragich@foley.com

- David B. Draper    ddraper@terra-law.com

- Dennis J. Drebsky    ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

- Robert W. Dremluk    rdremluk@seyfarth.com,
  pbaisier@seyfarth.com,lravnikar@seyfarth.com,dchristian@seyfarth.com,

- David W. Dykhouse    dwdykhouse@pbwt.com;cbelanger@pbwt.com

- Frank L. Eaton    featon@whitecase.com,
  icruz@whitecase.com;mresnicoff@whitecase.com;lbegy@whitecase.com;tdee@whitecase.com

- Weston T. Eguchi    weguchi@orrick.com

- Gayle Ehrlich    gehrlich@sandw.com

- Robert L. Eisenbach    reisenbach@cooley.com

- Judith Elkin    judith.elkin@haynesboone.com

- Paige Leigh Ellerman    ellerman@taftlaw.com, docket@taftlaw.com

- Bruce N. Elliott    elliott@cmplaw.com

- Kristin Elliott    kristin.elliott@klgates.com

- Rex H. Elliott    loris@cooperelliott.com, rexe@cooperelliott.com;sheilav@cooperelliott.com

- Barbara Ellis-Monro    bellis-monro@sgrlaw.com, sgr.notifications@gmail.com

- Alyssa Englund    aenglund@orrick.com

- Michael R. Enright    menright@rc.com

- Richard L. Epling    richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com

- Margot Erlich    margot.erlich@pillsburylaw.com

- Scott L. Esbin    bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com

- Michael S. Etkin    metkin@lowenstein.com, mseymour@lowenstein.com

- Stephen Vincent Falanga    sfalanga@connellfoley.com

- Marc Falcone    mfalcone@paulweiss.com

- Eugene I. Farber    efarber747@aol.com

- Kathleen A. Farinas    kf@lgrslaw.com

- Robert Michael Farquhar    mfarquhar@winstead.com, whsu@winstead.com

- William L. Farris    farrisw@sullcrom.com

- Bonnie Glantz Fatell    fatell@blankrome.com

- Oscar B. Fears    bfears@law.ga.gov

- Robert J. Feinstein    rfeinstein@pszyj.com, dharris@pszyjw.com

- Hermann Ferre    hferre@thelenreid.com

- Richard L. Ferrell    Ferrell@taftlaw.com

- Charles J. Filardi    charles@filardi-law.com, abothwell@filardi-law.com

- Andrea Fischer    afischer@olshanlaw.com, ssallie@olshanlaw.com;rsalnave@olshanlaw.com

- Jonathan L. Flaxer    jflaxer@golenbock.com,
  ssmith@golenbock.com;avassallo@golenbock.com;eneuman@golenbock.com

- Daniel A. Fliman    dfliman@kasowitz.com

- Jonathan D. Forstot    jforstot@tpw.com, mmuller@tpw.com;lcurcio@tpw.com

- Mateo Fowler    mateofowler@quinnemanuel.com

- Mateo Z. Fowler    leticiabustinduy@quinnemanuel.com

- Edward M. Fox    edward.fox@klgates.com

- Shawn Randall Fox    sfox@mcguirewoods.com

- Joseph D. Frank    jfrank@fgllp.com, ccarpenter@fgllp.com;rheiligman@fgllp.com

- Mark S. Frankel    mfrankel@couzens.com

- Thomas M. Franklin    tmflaw@swbell.net

- Edward A. Friedman    efriedman@fklaw.com, vgarvey@fklaw.com

- Michael Friedman    mfriedman@rkollp.com, mschneider@rkollp.com;ksambur@rkollp.com

- Scott J. Friedman    sjfriedman@jonesday.com, ChicagoBRR@jonesday.com

- Patricia B. Fugee    pfugee@ralaw.com, lmsmith@ralaw.com

- Lars H. Fuller    lfuller@rothgerber.com

- Timothy A. Fusco    fusco@millercanfield.com, skoczylas@millercanfield.com

- Thomas M. Gaa    tgaa@bbslaw.com, catherine@bbslaw.com

- James Gadsden    bankruptcy@clm.com

- James M. Garner    jgarner@shergarner.com, jchocheles@shergarner.com

- Victoria D. Garry    vgarry@ag.state.oh.us

- Joanne Gelfand    joanne.gelfand@akerman.com

- Yann Geron    ygeron@foxrothschild.com

- Philip J. Giacinti    pjg@procopio.com, caw@procopio.com

- Karen Giannelli    kgiannelli@gibbonslaw.com

- Leo J. Gibson    lgibson@bsdd.com

- Celeste R. Gill    gillcr@michigan.gov, sherwoodj@michigan.com

- Joseph M. Gitto    jgitto@nixonpeabody.com

- Eduardo J. Glas    eglas@mccarter.com

- Jeffrey R. Gleit    jgleit@kasowitz.com, courtnotices@kasowitz.com;cciuffani@kasowitz.com

- Larry Ivan Glick    larryglick@erols.com

- Ronald L. Glick    rlg@stevenslee.com

- Matthew Alexander Gold    courts@argopartners.net

- Eric D. Goldberg    egoldberg@Stutman.com

- Scott R. Goldberg    sgoldber@quarles.com

- Scott A. Golden    sagolden@hhlaw.com, khseal@hhlaw.com

- Robert C. Goodrich    nashvillebankruptcyfilings@stites.com

- Robert D. Gordon    rgordon@clarkhill.com

- Gary A. Gotto    ggotto@krplc.com

- Garry M. Graber    ggraber@hodgsonruss.com, bomalley@hodgsonruss.com;mmuskopf@hodgsonruss.com

- David S. Gragg    dgragg@langleybanack.com, cjohnston@langleybanack.com

- Jeffrey J. Graham    jgraham@taftlaw.com,
  ecfclerk@taftlaw.com;dwineinger@taftlaw.com;docket@taftlaw.com

- Warren R. Graham    wrg@dmlegal.com

- Jonathan S. Green    greenj@millercanfield.com

- Wendy B. Green    wgreen@formanlaw.com

- John T. Gregg    jgregg@btlaw.com

- Lisa S. Gretchko    lgretchko@howardandhoward.com, dbrandon@howardandhoward.com

- Stephen H. Gross    sgross@hodgsonruss.com, rcipollaro@hodgsonruss.com

- Stephen B. Grow    sgrow@wnj.com, kfrantz@wnj.com

- Janice Beth Grubin    janice.grubin@dbr.com, daniel.northrop@dbr.com

- Kevin Grzelak    phcdelphi@priceheneveld.com

- Peter J. Gurfein    pgurfein@akingump.com

- Elizabeth A. Haas    info@thehaaslawfirm.com

- Dennis M. Haley    dhaley@winegarden-law.com

- Michael Leo Hall    mhall@burr.com

- Alan D. Halperin    ahalperin@halperinlaw.net,
  cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net;spark@halperinlaw.net

- William J. Hanlon    whanlon@seyfarth.com

- David Hansen    david.hansen@la.gov

- Kristopher M. Hansen    insolvency2@stroock.com;docketing@stroock.com

- Jill M. Hartley    jh@previant.com

- Brian W. Harvey    bharvey@goodwinprocter.com, bharvey@goodwinprocter.com

- Lonie A. Hassel    lah@groom.com

- William M. Hawkins    whawkins@loeb.com

- Nava Hazan    nhazan@mwe.com

- Ryan D. Heilman    rheilman@schaferandweiner.com

- Ira L. Herman    ira.herman@tklaw.com

- Neil E. Herman    Nherman@morganlewis.com

- Brian S. Hermann    bhermann@paulweiss.com

- William Heuer    wheuer@dl.com, haaronson@dl.com

- Jeannette Eisan Hinshaw    kmcintosh@boselaw.com

- Robert M. Hirsh    hirsh.robert@arentfox.com, Mckinley.Karen@arentfox.com

- Shannon E. Hoff    mstinson@burr.com

- Michelle R. Holl    mholl@mayerbrownrowe.com

- John R. Humphrey    jhumphrey@taftlaw.com,
  jhumphrey@taftlaw.com;ecfclerk@taftlaw.com;docket@taftlaw.com

- Jay W. Hurst    jay.hurst@oag.state.tx.us

- Donald J. Hutchinson    hutchinson@millercanfield.com

- Roland Hwang    hwangr@michigan.gov

- Mark S. Indelicato
  mindelicato@hahnhessen.com;eschnitzer@hahnhessen.com;kcraner@hahnhessen.com;jcerbone@hahnhessen.com

- Michael G. Insalaco    minsalaco@zeklaw.com

- Peter Janovsky    PJanovsky@ZEKlaw.com

- Susan Jennik    sjennik@kjmlabor.com

- Mary L. Johnson    mjohnson@sheppardmullin.com, msternstein@sheppardmullin.com

- Roger G. Jones    rjones@bccb.com

- Richard Josephson    basargent@stoel.com

- John E. Jureller    jjureller@klestadt.com, jjureller@klestadt.com

- Allen G. Kadish    kadisha@gtlaw.com

- Dana P. Kane    lsi@liquiditysolutions.com

- Andrew C. Kassner    andrew.kassner@dbr.com

- William M. Katich    wkatich@atg.state.il.us

- Kristi A. Katsma    kkatsma@dickinsonwright.com, dnavin@dickinsonwright.com

- Patrick J. Keating    pkeating@bdblaw.com

- David Kennedy    david.kennedy2@usdoj.gov

- Thomas M. Kennedy    tkennedy@kjmlabor.com

- Michael P. Kessler    michael.kessler@weil.com,
  ilusion.rodriguez@weil.com;garrett.fail@weil.com;rachel.albanese@weil.com;robert.lemons@weil.com;jae.kim@weil.com

- Jocelyn Keynes    jk@stevenslee.com

- Ron Kilgard    BankruptcyECF@krplc.com

- Tami Hart Kirby    tkirby@porterwright.com

- Myron Kirschbaum    mkirschbaum@kayescholer.com

- Karen L. Kirshenbaum    kkirshenbaum@lynchrowin.com

- Jeremy C. Kleinman    jkleinman@fgllp.com

- Tracy L. Klestadt    tklestadt@klestadt.com, tklestadt@gmail.com

- Brandi P. Klineberg    bklineberg@moritthock.com

- Jonathan Koevary    jkoevary@kramerlevin.com

- Howard Koh    hkoh@meisterseelig.com

- Seth F. Kornbluth    skornbluth@herrick.com

- Alan M. Koschik    akoschik@brouse.com

- Lawrence J. Kotler    ljkotler@duanemorris.com

- Deborah Kovsky-Apap    kovskyd@pepperlaw.com, kressk@pepperlaw.com,wisotska@pepperlaw.com

- Stuart A. Krause    skrause@zeklaw.com

- Julia S. Kreher    jkreher@hodgsonruss.com, pmacpher@hodgsonruss.com

- Duane Kumagai    dkumagai@rutterhobbs.com

- David R. Kuney    dkuney@sidley.com,
  nroberge@sidley.com;kjacobs@sidley.com;zdelacru@sidley.com;emcdonnell@sidley.com

- Glenn M. Kurtz    gkurtz@whitecase.com

- Randall D. LaTour    rdlatour@vssp.com, cdfricke@vorys.com;jcookdubin@vorys.com

- Darryl S. Laddin    bkrfilings@agg.com

- Ralph L. Landy    landy.ralph@pbgc.gov, efile@pbgc.gov

- Stuart A. Laven    slaven@bfca.com

- James N. Lawlor    jlawlor@wmd-law.com, gbenaur@wmd-law.com

- Elena Lazarou    elazarou@reedsmith.com, elazarou@reedsmith.com

- Harlan Mitchell Lazarus    HMLLAW@WORLDNET.ATT.NET, HMLLAW@ATT.NET

- Thomas A. Lee    notices@becket-lee.com

- David S. Lefere    davidl@bolhouselaw.com

- Harris Donald Leinwand    hleinwand@aol.com, hleinwand@aol.com

- David E. Lemke    david.lemke@wallerlaw.com,
  cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;robert.welhoelter@wallerlaw.com;wallerbankr
  uptcy@wallerlaw.com

- Joseph H. Lemkin    jhlemkin@duanemorris.com

- Ira M. Levee    ilevee@lowenstein.com, mseymour@lowenstein.com

- Jill Levi    jlevi@toddlevi.com, drosenberg@toddlevi.com

- Kenneth M. Lewis    klewis@rosenpc.com, srosen@rosenpc.com

- Kim Martin Lewis    kim.lewis@dinslaw.com,
  john.persiani@dinslaw.com;lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com

- Mark S. Lichtenstein    mlichtenstein@crowell.com, mlichtenstein@crowell.com

- David Liebov    liebovd@sullcrom.com

- Eric Lopez Schnabel    schnabel.eric@dorsey.com

- Dennis W. Loughlin    dloughlin@wnj.com, hziegler@wnj.com

- Daniel A. Lowenthal    dalowenthal@pbwt.com, mcobankruptcy@pbwt.com

- A. Peter Lubitz    plubitz@schiffhardin.com

- Donald K. Ludman    dludman@brownconnery.com

- Matthew J. Lund    kovskyd@pepperlaw.com

- John H. Maddock    jmaddock@mcguirewoods.com,
  jmaddock@mcguirewoods.com;jsheerin@mcguirewoods.com

- Amina Maddox    amina.maddox@law.dol.lps.state.nj.us

- John S. Mairo    jsmairo@pbnlaw.com,
  mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;jmgastineau@pbnlaw.com;lkkabse@pbnlaw.com;jamca
  doo@pbnlaw.com;wdbailey@pbnlaw.com

- Donald W. Mallory    donald.mallory@dinslaw.com

- Jacob A. Manheimer    mpottle@pierceatwood.com

- Kayalyn A. Marafioti    kmarafio@skadden.com

- Alan E. Marder    lgomez@msek.com

- Andrew L. Margulis    amargulis@ropers.com

- Kenneth S. Marks    kmarks@susmangodfrey.com

- Ilan Markus    ilan.markus@leclairryan.com

- John J. Marquess    jjm@legalcost.com

- Madison L. Martin    nashvillebankruptcyfilings@stites.com

- Richard Gary Mason    rgmason@wlrk.com

- Victor J. Mastromarco    vmastromar@aol.com

- Deborah A. Mattison    dmattison@wcqp.com

- Thomas J. Matz    tmatz@skadden.com

- Kristin B. Mayhew    abothwell@pepehazard.com

- Alan S. Maza    mazaa@sec.gov

- Jil Mazer-Marino    jmazermarino@msek.com, kgiddens@msek.com

- Daniel P. Mazo    dpm@curtinheefner.com

- Aaron G. McCollough    amccollough@mcguirewoods.com

- Michael K. McCrory    michael.mccrory@btlaw.com, bankruptcyindy@btlaw.com

- Ralph E. McDowell    rmcdowell@bodmanllp.com

- Douglas J. McGill    douglas.mcgill@dbr.com

- Frank McGinn    ffm@bostonbusinesslaw.com

- Scott S. McKessy    smckessy@reedsmith.com

- Terence McLaughlin    maosbny@willkie.com, tmclaughlin@willkie.com

- Michelle McMahon    michelle.mcmahon@bryancave.com, dortiz@bryancave.com

- Greta A. McMorris    gmcmorris@stinsonmoheck.com

- Austin L. McMullen    amcmulle@bccb.com

- Patrick E. Mears    patrick.mears@btlaw.com

- Derek F. Meek    dmeek@burr.com

- Barbara S Mehlsack    bmehlsack@gkllaw.com

- Timothy Mehok    timothy.mehok@hellerehrman.com

- Richard M. Meth    msteen@daypitney.com

- G. Christopher Meyer    cmeyer@ssd.com

- Sally Meyer    smeyer@madisonliquidity.com

- Merle C. Meyers    mmeyers@mlg-pc.com

- Robert N. Michaelson    rmichaelson@klgates.com

- Angela Z. Miller    amiller@phillipslytle.com, jhahn@phillipslytle.com

- Brian Parker Miller    parker.miller@alston.com

- Kathleen M. Miller    kmm@skfdelaware.com, tlc@skfdelaware.com

- W. Timothy Miller    miller@taftlaw.com, adams@taftlaw.com;docket@taftlaw.com

- Alan K. Mills    amills@btlaw.com, bankruptcyindy@btlaw.com

- Robert K. Minkoff    lsi@liquiditysolutions.com

- Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com, moldovanlb@morrisoncohen.com

- James P. Moloy    jmoloy@dannpecar.com

- Michael C. Moody    mmoody@orourkeandmoody.com, firm@orourkeandmoody.com;morourke@orourkeandmoody.com

- Audrey E. Moog    amoog@hhlaw.com

- Brett S. Moore    bsmoore@pbnlaw.com, mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;jmgastineau@pbnlaw.com;lkkabse@pbnlaw.com;jamcadoo@pbnlaw.com;wdbailey@pbnlaw.com;rmschechter@pbnlaw.com;jsbasner@pbnlaw.com

- Brian F. Moore    bmoore@mccarter.com

- Gene T. Moore    gtmlaw@bellsouth.net

- Thomas R. Morris    morris@silvermanmorris.com, morris@silvermanmorris.com

- Sarah E. Morrison    sarah.morrison@doj.ca.gov

- Whitney L. Mosby    wmosby@binghammchale.com

- Eric T. Moser    eric.moser@klgates.com, kristen.serrao@klgates.com

- Alisa Mumola    alisa@contrariancapital.com

- Jill L. Murch    jmurch@foley.com, khall@foley.com

- James P. Murphy    murph@berrymoorman.com

- Robert D. Nachman    rnachman@scgk.com

- Bruce S. Nathan    bnathan@lowenstein.com

- Melissa Z. Neier    mneier@ibolaw.com

- Michael R. Nestor    bankfilings@ycst.com

- Marie L. Nienhuis    zraiche@gklaw.com;mroufus@gklaw.com

- Timothy F. Nixon    tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com

- Richard P. Norton    rnorton@hunton.com

- Gordon Z. Novod    gnovod@kramerlevin.com

- Kasey C. Nye    knye@quarles.com

- Michael P. O'Connor    mpolaw@aol.com

- Michael O'Hayer    mkohayer@aol.com

- Martin P. Ochs    martin@oglaw.net

- Sean A. Okeefe    sokeefe@winthropcouchot.com

- Patrick J. Orr    porr@klestadt.com

- Karen Ostad    kostad@mofo.com

- Mark Russell Owens    mowens@btlaw.com, mowens@btlaw.com;bankruptcyindy@btlaw.com

- Isaac M. Pachulski    ipachulski@stutman.com

- Nicholas R. Pagliari    npagliari@quinnfirm.com, mseaberg@quinnfirm.com;dcornelius@quinnfirm.com

- Charles Palella    cpalella@kurzman.com

- Ingrid S. Palermo    ipalermo@hselaw.com

- Sapna W. Palla    spalla@kayescholer.com,
  bmintz@kayescholer.com;rcappiello@kayescholer.com;maosbny@kayescholer.com;tlangsdorf@kayeschol
  er.com

- Charles N. Panzer    cpanzer@sillscummis.com

- Richard J. Parks    rjp@pietragallo.com, kas2@pietragallo.com

- Felton E. Parrish    fparrish@kslaw.com

- Susan P. Persichilli    susan.persichilli@bipc.com

- Geoffrey J. Peters    colnyecf@weltman.com

- Lowell Peterson    lpeterson@msek.com

- Ronald R. Peterson    rpeterson@jenner.com, anicoll@jenner.com;docketing@jenner.com

- Ed Phillips    ephillips@thurman-phillips.com

- Christine A.M. Pierpont    cpierpont@ssd.com

- Shone Pierre    shone.pierre@la.gov

- Alex Pirogovsky    alex@alexplaw.com

- Leslie A. Plaskon    leslieplaskon@paulhastings.com

- Constantine Pourakis    cp@stevenslee.com

- Mark T. Power
  MPower@HahnHessen.com;kcraner@hahnhessen.com;jcerbone@hahnhessen.com;eschnitzer@hahnhesse
  n.com;jzawadzki@hahnhessen.com;sthompson@hahnhessen.com;mmarhyan@hahnhessen.com;nrigano@
  hahnhessen.com

- Susan Power-Johnston    sjohnston@cov.com

- Ronald S. Pretekin    pretekin@coollaw.com, piatt@coollaw.com

- Dennis E. Quaid    dquaid@fagelhaber.com

- Paul A. Rachmuth    prachmuth@reedsmith.com

- Thomas B. Radom    radom@butzel.com

- Dennis Jay Raterink    raterinkd@michigan.gov

- Gary Ravert    gravert@mwe.com

- Eric T. Ray    eray@balch.com

- Ira A. Reid    ira.a.reid@bakernet.com

- Steven J. Reisman    sreisman@curtis.com,
  webmaster@docketware.com;ceilbott@curtis.com;jdrew@curtis.com;sbeyer@curtis.com;tbarnes@curtis.com

- Brian Resnick    delphi.docket@dpw.com

- Kenneth A. Reynolds    kreynolds@mklawnyc.com, jwalsh@mklawnyc.com;tcard@mklawnyc.com

- Kenneth A. Reynolds    kar@pryormandelup.com, jwalsh@mklawnyc.com;tcard@mklawnyc.com

- Walter Reynolds    wreynolds@porterwright.com

- Marc E. Richards    mrichards@blankrome.com

- Tracy E. Richardson    tracy.richardson@dol.lps.state.nj.us

- Craig Philip Rieders    crieders@gjb-law.com;cgreco@gjb-law.com, cgreco@gjb-law.com;bamron@gjb-law.com

- Sandra A. Riemer    sriemer@phillipsnizer.com, ddore@phillipsnizer.com

- Marianne Goldstein Robbins    MGR@PREVIANT.COM,
  MGR@PREVIANT.COM;EM@PREVIANT.COM

- Matthew R. Robbins    mrr@previant.com

- Elizabeth A. Roberge    eroberge@robergelaw.com

- Jean R. Robertson    jrobertson@calfee.com, jrobertson@calfee.com

- Scott D. Rosen    srosen@cb-shea.com

- Heath D. Rosenblat    hrosenblat@kayscholer.com

- Paul M. Rosenblatt    prosenblatt@kilpatrickstockton.com

- Jeffrey A. Rosenthal    maofiling@cgsh.com, aweaver@cgsh.com;stkaiser@cgsh.com

- David A. Rosenzweig    DRosenzweig@Fulbright.com

- David S. Rosner    dfliman@kasowitz.com;courtnotices@kasowitz.com

- Ira Rubin    irarubin265@aol.com, norma@bizwoh.rr.com

- Robert B. Rubin    brubin@burr.com

- Maura I. Russell    dangiulo@dreierllp.com, ECFNotices@dreierllp.com

- E. Todd Sable    tsable@honigman.com

- Chester B. Salomon    cs@stevenslee.com

- Brian D. Salwoski    bsalwowski@atg.state.in.us

- Diane W. Sanders    austin.bankruptcy@publicans.com

- William A. Sankbeil    was@krwlaw.com

- Thomas P. Sarb    ecfsarbt@millerjohnson.com

- Robert V. Sartin    rsartin@fbtlaw.com

- William F. Savino    wsavino@damonmorey.com, alunday@damonmorey.com

- Louis A. Scarcella    lscarcella@farrellfritz.com

- Thomas J. Schank    tomschank@hunterschank.com, mcraig@hunterschank.com

- Ilan D. Scharf    ischarf@pszjlaw.com

- Michael L. Schein    mschein@vedderprice.com, ecf_nydocket@vedderprice.com

- James R. Scheuerle    jrs@parmenterlaw.com, lms@parmenterlaw.com

- Andrew W. Schilling    aschilling@fklaw.com, vgarvey@fklaw.com

- William H. Schorling    william.schorling@bipc.com

- Christopher P. Schueller    christopher.schueller@bipc.com,
  timothy.palmer@bipc.com;donna.curcio@bipc.com

- Sheila R. Schwager    srs@hteh.com

- Bryan I. Schwartz    bschwartz@lplegal.com

- Matthew L. Schwartz    matthew.schwartz@usdoj.gov

- Mark S. Scott    mscott@riemerlaw.com

- Lon J. Seidman    filings@spallp.com, lseidman@silvermanacampora.com

- Howard Seife    arosenblatt@chadbourne.com;jporter@chadbourne.com

- Jay Selanders    jay.selanders@kutakrock.com

- Mark A. Shaiken    mshaiken@stinson.com, jgant@stinson.com;amurdock@stinsonmoheck.com

- Mark H. Shapiro    shapiro@steinbergshapiro.com

- Andrea Sheehan    sheehan@txschoollaw.com,
  coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com

- Andrew Howard Sherman    asherman@sillscummis.com, asherman@sillscummis.com

- Mark Sherrill    mark.sherrill@sablaw.com

- Joseph E. Shickich    jshickich@riddellwilliams.com

- Adam L. Shiff    ashiff@kasowitz.com,
  alungen@kasowitz.com;courtnotices@kasowitz.com;jcarter@kasowitz.com

- Stephen J. Shimshak    sshimshak@paulweiss.com, sshimshak@paulweiss.com

- J. Christopher Shore    cshore@whitecase.com,
  jdisanti@whitecase.com;mcosbny@whitecase.com;agoldenberg@whitecase.com;earundel@whitecase.com

- Robert J. Sidman    rjsidman@vorys.com, bkbowers@vorys.com

- Robert Sidorsky    sidorsky@butzel.com

- Aaron M. Silver    asilver@honigman.com, mmccoy@honigman.com

- Paul N. Silverstein    paulsilverstein@andrewskurth.com, jlevine@akllp.com

- Sam O. Simmerman    sosimmerman@kwgd.com, mhelmick@kwgd.com

- John A. Simon    jsimon@foley.com

- Joseph E. Simpson    jsimpson@hselaw.com

- Thomas R. Slome    lgomez@msek.com

- Richard G. Smolev    rsmolev@kayescholer.com, rrotman@kayescholer.com;maosbny@kayescholer.com

- Jesse L. Snyder    jsnyder@tpwlaw.com, jforstot@tpwlaw.com;mmuller@tpwlaw.com

- Marc P. Solomon    msolomon@burr.com

- Sean C. Southard    ssouthard@klestadt.com

- Paul H. Spaeth    spaethlaw@phslaw.com

- Robyn J. Spalter    notice@regencap.com

- Sarah F. Sparrow    ssparrow@tuggleduggins.com, martit@tuggleduggins.com

- Douglas E. Spelfogel    dspelfogel@bakerlaw.com

- Michael A. Spero    jspecf@sternslaw.com

- Byron C. Starcher    byron.starcher@nelsonmullins.com

- Robert J. Stark    claukamg@brownrudnick.com

- Catherine Steege    csteege@jenner.com

- Matthew B. Stein    mstein@sonnenschein.com

- Bonnie Steingart    steinbo@ffhsj.com, nydocketclrk@ffhsj.com

- Stephen P. Stella     attorneystella@sszpc.com

- Malani Sternstein     msternstein@sheppardmullin.com

- Alexander Stotland     axs@maddinhauser.com, msl@maddinhauser.com;bac@maddinhauser.com

- Brent C. Strickland     bstrickland@wtplaw.com

- Joseph G. Strines     joseph.strines@dplinc.com

- James M. Sullivan     jmsullivan@mwe.com

- Michelle T. Sutter     msutter@ag.state.oh.us

- Paul Sweeney     psweeney@linowes-law.com

- Dona Szak     dszak@ajamie.com

- Robert Szwajkos     rsz@curtinheefner.com

- Douglas T. Tabachnik     dtabachnik@dttlaw.com

- Jeffrey L. Tanenbaum
  garrett.fail@weil.com;robert.lemons@weil.com;michele.meises@weil.com;larnett@intlsteel.com

- Roger L. Tarbutton     roger.tarbutton@jocogov.org

- Samuel Jason Teele     jteele@lowenstein.com, gbuccellato@lowenstein.com;klafiura@lowenstein.com

- Janice L. Thompson     Thompson.Janice@dol.gov

- Richard S. Toder     rtoder@morganlewis.com

- Gordon J. Toering     gtoering@wnj.com

- Albert Togut     alcourt@teamtogut.com, kackerman@teamtogut.com

- Sheldon S. Toll     lawtoll@comcast.net

- Michael A. Trentadue     mtrentadue@boselaw.com

- Martin B. Tucker     mtucker@fbtlaw.com

- Raymond J. Urbanik     rurbanik@munsch.com

- Robert Usadi     rusadi@cahill.com

- Shmuel Vasser     shmuel.vasser@dechert.com

- Lori V. Vaughan     lvaughan@foley.com

- Frank F. Velocci     frank.velocci@dbr.com

- Gary Vist     gvist@masudafunai.com

- Joseph J. Vitale     jvitale@cwsny.com

- Arthur T. Walsh     omclaw@aol.com

- Sean M. Walsh    swalsh@gmhlaw.com, jmahar@gmhlaw.com

- Michael D. Warner    bankruptcy@warnerstevens.com

- W. Clark Watson    cwatson@balch.com

- Robert K. Weiler    rweiler@greenseifter.com, lellis@greenseifter.com

- William P. Weintraub    wweintraub@fklaw.com, vgarvey@fklaw.com

- Jay Welford    jwelford@jaffelaw.com, dgoldberg@jaffelaw.com;phage@jaffelaw.com

- Robert J. Welhoelter    robert.welhoelter@wallerlaw.com,
  darlene.banach@wallerlaw.com;chris.cronk@wallerlaw.com;bk@wallerlaw.com

- Elizabeth Weller    dallas.bankruptcy@publicans.com

- David A. Wender    david.wender@alston.com

- Michael R. Wernette    mwernette@schaferandweiner.com

- Robert A White    rwhite@murthalaw.com

- Amy Williams-Derry    awilliams-derry@kellerrohrback.com, bellis@kellerrohrback.com

- Stephen F. Willig    swillig@damato-lynch.com, ecf@damato-lynch.com;hfried@damato-lynch.com

- Eric R. Wilson    KDWBankruptcyDepartment@Kelleydrye.com

- W. Joe Wilson    jwilson@tylercooper.com

- Jeffrey C. Wisler    jcw@cblhlaw.com

- Craig A. Wolfe    cwolfe@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

- Douglas Wolfe    dwolfe@asmcapital.com

- Robert D. Wolford    ecfwolfordr@millerjohnson.com

- Richard L. Wynne    rwynne@kirkland.com;sperry@kirkland.com;scho@kirkland.com

- Zhiyuan Xu    mxu@schiffhardin.com

- David Farrington Yates    fyates@sonnenschein.com

- Stephen L. Yonaty    syonaty@chwattys.com

- German Yusufov    pcaocvbk@pcao.pima.gov

- Helen A. Zamboni    hzamboni@underbergkessler.com

- Menachem O. Zelmanovitz    mzelmanovitz@morganlewis.com

The undersigned also confirms that on this 21st day of November, 2008, he served a copy of the Request upon the following non-ECF participants by regular mail, at their business addresses noted below.

Elizabeth B. Ahlemann
905 West Boulevard N.
Elkhart, IN 46514

3V Capital Management LLC
3V Capital Management LLC
1 Greenwich Office Park N
51 E Weaver St
Greenwich, CT 06831

AFI, LLC
One University Plaza
Suite 312
Hackensack, NJ 07601

Elizabeth Bottorf Ahlemann
CTS Corporation
905 West Boulevard N.
Elkhart, IN 45614

Akerman Senterfitt
Akerman Senterfitt, Esqs.
Las Olas Centre II, Ste 1600
350 East Las Olas Blvd.
Ft. Lauderdale, Fl 33301-2229

Michael J. Alerding
Bingham McHale LLP
10 W. Market Street
Suite 2700
Indianapolis, IN 46204-4900

Harvey Altus
30500 Northwestern Hwy., Ste 500
Farmington Hills, MI 48334

Mark K. Ames
Taxing Authority Consulting Services, PC
2812 Emerywood Parkway
Suite 220
Richmond, VA 23294

Manda L. Anagnost
1024 N. Michigan Avenue
P.O. Box 3197
Saginaw, MI 48605-3197

Kyra E. Andrassy
Weiland, Golden, Smiley, Wang,
Ekvall &Strok, LLP.
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

Bruce D. Atherton
BRUCE D. ATHERTON & ASSOCIATES, PLLC
455 S. 4th Street, Suite 1450
Louisville, KY 40202-2528

Mark I Bane
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Margaret Bartindale
State of Michigan
Department of Attorney General
Revenue & Collections Division
3030 W. Grand Blvd. 10th Fl.
Ste. 200
Detroit, MI 48202

Robert E. Bartkus
DILLON, BITAR & LUTHER LLC
53 Maple Avenue
P.O. Box 398
Morristown, NJ 07963-0398

Howard S. Beltzer
Morgan, Lewis & Bockius LLP
101 Parke Avenue
New York, NY 10178
hbeltzer@morganlewis.com

Glenn P. Berger
Jaffe & Asher LLP
600 Third Avenue
New York, NY 10016

Neil Berger
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY 10119

Blue Heron Micro Opportunities Fund, LLP
5315 North Kings Highway
Myrtle Beach, SC 29577

Anthony D. Boccanfuso
Arnold & Porter
399 Park Avenue
New York, NY 10022

Bond, Schoeneck & King, PLLC
Attn: Stephen A. Donato, Esq.
One Lincoln Center
18th Floor
Syracuse, NY 13202

Dewitt Brown
Buchanan Ingersoll & Rooney PC
1835 Market Street
14th Floor
Philadelphia, PA 19103

J. Michael Brown
Gallivan, White & Boyd, PA
55 Beattie Place
Suite 1200
Greensville, SC 29601

Robert F. Brown
Rendigs, Fry, Kiely & Dennis, L.L.P.
One West Fourth Street
Suite 900
Cincinnati, OH 45202-3688

Tamika A. Bryant
Howard & Howard Attorneys, P.C.
39400 Woodward Avenue
Suite 101
Bloomfield Hills, MI 48304-5151

Jacob W. Buchdahl
Susman Godfrey LLP
654 MAdison Avenue

5th Floor
New York, NY 10065

Burr & Forman LLP
420 North 20th Street
Suite 3100
Birmingham, AL 35203

Barbara Lee Caldwell
Hebert Schenk P.C.
4742 N. 24th Street
Suite 100
Phoenix, AZ 85016

Thomas R. Califano
DLA Piper US LLP
1251 Avenue of the Americas
29th Floor
New York, NY 10020-1104

Joseph A. Carbone
Joseph A. Carbone Co., L.P.A.
1370 Ontario Street
Suite 800
Cleveland, OH 44113

Jeffrey G. Carl
6597 Parkwood Dr.
Lockport, NY 14094

Roberto Carrillo
Garvey Schubert Barer
100 Wall Street
20th Floor
New York, NY 10005

Babette A. Ceccotti
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, NY 10036

Central Transport International,
Inc.
c/o Mark H. Shapiro
24901 Northwestern Highway
Suite 611
Southfield, MI 48075

Brad A. Chalker
Law Offices of Brad A. Chalker,
LLC.
848-C East Franklin St.
Centerville, OH 45459

Elaine L. Chao
U.S. Department of Labor

Office of the Solicitor
230 South Dearborn Street
Room 844
Chicago, IL 60604

Maria E. Chavez-Ruark
DLA Piper US LLP
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209

Chi-Hau Chen
415 Bradford Place
N. Dartmouth, MA 02747

Wanda W. Chen
415 Bradford Place
N. Dartmouth, MA 02747

Matthew W. Cheney
Orrick, Herrington, & Sutcliffe
LLP
3050 K Street, N.W.
Washington, DC 20007

Cherry Corporation
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922

Cherry GMBH
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922

Mark Ira Chinitz
Stein Riso Mantel LLP
405 Lexington Avenue
New York, NY 10174

Megan E. Clark
Freking & Betz
525 Vine Street
Sixth Street
Cincinnati, OH 45202

R. John Clark
Hancock & Estabrook, LLP
1500 Tower 1
P.O. Box 4976
Syracuse, NY 13221-4976

Clark, Thomas & Winters PC
c/o Will Guerrant
300 W. Sixth Street, Suite 1500
Austin, TX 78701

Jeffrey L. Cohen
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036

Michael L. Cook
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

Jeffrey A. Cooper
Carella, Byrne, Bain, Gilfillan,
Cecchi,
Stewart & Olstein
5 Becker Farm Road
Roseland, NJ 07068

Martin E. Crandall
Clark Hill PLC
500 Woodward Avenue
Suite 3500
Detroit, MI 48226

Maureen A. Cronin
Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY 10022

Thomas M. Cryan, Jr
Baker & McKenzie LLP
815 Connecticut Avenue, N.W.
Washington, DC 20006

Gary H. Cunningham
Kramer Mellen, P.C.
3000 Town Center, Ste. 1700
Southfield, MI 48075-1277

John K. Cunningham
White & Case, LLP
200 South Biscayne Boulevard
Suite 4900
Miami, FL 33131

Andrew Currie
WilmerHale, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

Raniero D'Aversa
Orrick, Herrington & Sutcliffe
LLP
666 Fifth Avenue
New York, NY 10103-001

Craig Alan Damast
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174

Richard L Darst
8888 Keystone Crossing Blvd
Suite 800
Indianapolis, IN 46240

Tracy Hope Davis
United States Trustee Office
33 Whitehall Street
21st Floor
New York, NY 10004

Dayton Supply & Tool
Company
Attn: Dwight Woessner
507 East First Street
Dayton, OH 45402

Gail DeCaire
1714 Delaware
Saginaw, MI 48602

Peter D. DeChiara
Cohen, Weiss and Simon, LLP
330 West 42nd Street
New York, NY 10036

Debt Acquisition Company of
America V, LLC
1565 Hotel Circle South
Suite 310
San Diego, CA 92108

Karol K. Denniston
DLP PIPER LLP
550 South Hope Street
Suite 2300
Los Angeles, CA 90071

Dept Of Revenue
Compliance Division
Bankruptcy Section
P.O. Box 161108
Atlanta, GA 30321

Paul H. Deutch
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Deutsche Bank Securities Inc.

60 Wall Street, 3rd Floor
New York, NY

Devco Corporation
300 Lanidex Plaza
Parsippany, NJ 07054

Ira S. Dizengoff
Akin, Gump, Strauss, Hauer &
Feld, LLP
One Bryant Park
New York, NY 10036

Diane L. Donabedian
Luce, Forward, Hamilton &
Scripps, LLP
121 Spear Street, Suite 200
San Francisco, CA 94105

William E. Dornbos
New York State Attorney
General
120 Broadway
26th Floor
New York, NY 10271

Larry R. Dorning
Attorney at Law, P.C.
111 West Main Street
Hohenwalk, TN 38462

Christie Lyman Dowling
Balch & Bingham, LLP
1901 Sixth Avenue N.
Suite 2600
Birmingham, AL 35209

Seth A. Drucker
Honigman Miller Schwartz and
Cohn LLP
660 Woodward Avenue
Suite 2290
Detroit, MI 48226

Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103

James P. Dube
Blake, Cassels & Graydon, LLP
Box 25, Commerce Court West
199 Bay Street
Toronto, Ontario, M5L 1A9

Frank L. Eaton

WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787

David S. Elkind
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Douglas Ellmann
Ellmann & Ellmann, P.C.
308 West Huron
Ann Arbor, MI 48103-4204

Energy Engineering &
Consulting Services, LLC
2137 South 800 West
Swayzee, IN 46986

Michael S. Etkin
Lowenstein Sandler PC
1251 Avenue of the Americas
18th Floor
New York, NY 10019

Gary Ettelman
Ettelman & Hochheiser, P.C.
100 Quentin Roosevelt Blvd.
# 401
Garden City, NY 11530

Fair Harbor Capital, LLC
875 Avenue of the Americas
Suite 2305
New York, NY 10001

Michael Farina
Thaler & Gertler, LLP
900 Merchants Concourse
Suite 414
Westbury, NY 11590

Benjamin D. Feder
Thompson Hine LLP
335 Madison Avenue
12th Floor
New York, NY 10017

Michael D. Fishman
39533 Woodward Avenue, Suite
140
Bloomfield Hills, MI 48304

Brian T. FitzGerald
Senior Assistant County
Attorney

Post Office Box 1110
Tampa, FL 33601-1110

Elizabeth K. Flaagan
HOLME ROBERTS & OWEN
LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203

Mark T. Flewelling
Anglin, Flewelling, Rasmussen,
Campbell
& Trytten LLP
199 South Los Robles Avenue
Suite 600
Pasadena, CA 91101

Glenn D. Forbis
39533 Woodward Avenue, Suite
140
Bloomfield Hills, MI 48304

Charles R. Forman
Post Office Box 159
Oscala, FL 34478

Lorna J. Foster
P.O. Box 245
Plainwell, MI 49080

Steven E. Fox
Dreier LLP
499 Park Avenue
14th Floor
New York, NY 10022

Joseph D. Frank
Frank/Gecker LLP
325 N. LaSalle
Suite 625
Chicago, IL 60610

Richard A. Freese
2031 2nd Avenue
Birmingham, AL 35203

GE Commercial Materials
c/o Lori Vaughan
Foley & Lardner LLP
90 Park Avenue
37th Floor
New York, NY 10016

GMD Industries LLC dba
Production Screw Machine Co.
1414 E. Second Street

Dayton, OH 45403-1023

Anthony N. Gardner
9217 Canyon
Las Vegas, NV 89144

David Garland
Moore, Clarke, DuVall &
Rodgers, P.C.
2829 Old Dawson Road
Albany, GA 31707

Ira P. Goldberg
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068-5738

Ira P. Goldberg
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068-5738

Robert B. Goldi
Sotiroff & Abramczyk, P.C.
30400 Telegraph Road
Suite 444
Bingham Farms, MI 48025

Andrew Goldman
Wilmer Cutler Pickering Hale
and Dorr LLP
399 Park Avenue
New York, NY 10022

Andrew D. Gottfried
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

Gary E. Green
Fagel Haber, LLC
55 East Monroe Street
40th Floor
Chicago, IL 60603

David M. Grogan
Shumaker Loop & Kendrick
128 South Tryon Street
Suite 1800
Charlotte, NC 28202

Jonathan P. Guy
Orrick, Herrington & Sutcliffe
LLP
Columbia Center
1152 15th Street, N.W.

Washington, DC 20005-1706

Holly G. Gydus
Regen Capital
2109 Broadway
New York, NY 10023

Hain Capital Group, LLC
301 Route 17
6th Floor
Rutherford, NJ 07070

Timothy C. Hall
Previant, Goldberg, Uelmen,
Gratz,
Miller & Brueggeman
1555 N. Rivercenter Drive
# 202
Milwaukee, WI 53212

Tara Hannon
Mandel Katz Manna & Brosnan,
LLP
210 Route 303
Valley Cottage, NY 10989

Harco Brake Systems, Inc.
PO Box 335
Englewood, OH 45322

Harco Industries, Inc.
PO Box 335
Englewood, OH 45322

Daniel J. Harlan
1360 S. Fifth Street
Suite 204
St. Charles, MO 63301

Larry D. Harvey
Larry D. Harvey P.C.
5290 DTC Parkway
Suite 150
Englewood, CO 80111

Bruce A. Harwood
1000 Elm Street
PO Box 3701
Manchester, NH 03105-3701

Emily R. Haus
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, IL 60610-4764

Mark C. Haut
Fulbright & Jaworski, LLP
666 Fifth Avenue
New York, NY 10103

Dion W. Hayes
McGuireWoods LLP
901 East Cary Street
Richmond, VA 23219-4030

Heraeus Amersil, Inc.
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922

Patricia L. Hill
Statman, Harris & Eyrich, LLC
110 North Main Street
Suite 1520
Dayton, OH 45402

Marc E. Hirschfield
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
MHirschfield@ropesgray.com

David A. Hodges
Centre Place
212 Center Street
Fifth Floor
Little Rock, AR 72201

Trevor R. Hoffmann
Haynes and Boone, LLP
1221 Avenue of the Americas
26th Floor
New York, NY 10020

Evan C. Hollander
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

Joon P. Hong
Richards Kibbe & Orbe, LLP
One World Financial Center
New York, NY 10281

Stephanie K. Hoos
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

Eric H. Horn
Lowenstein Sandler PC

65 Livingston Avenue
Roseland, NJ 07068

Peggy A. Housner
State of Michigan
Department of Attorney General
Revenue & Collections Division
3030 W. Grand Blvd. 10th Fl.
Ste. 200
Detroit, MI 48202

Peggy Ann Housner
Michigan Department of
Attorney General
First Floor, Treasury Building
430 West Allegan Street
Lansing, MI 48922

Patrick Howell
Whyte Hirschboeck Dudek, S.C.
555 East Wells Street
Suite 1900
Milwaukee, WI 53202

Patrick B. Howell
Whyte Hirschboeck Dudek S.C.
555 East Wells Street
Suite 1900
Milwaukee, WI 53202

John J. Hunter
Hunter & Schank Co. LPA
1700 Canton Avenue
Toledo, OH 43624

Jay R. Indyke
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036

Intec Group, Inc.
c/o Vedder, Price, Kaufman &
Kammholz,PC
222 North LaSalle Street
Suite 2200
Chicago, IL 60601

Internal Revenue Service, Dept.
of the Treasury
290 Broadway
New York, NY 10007

Iowa Department of Revenue
1305 E. Walnut St.
Hoover State Office Bldg. - 3rd
FL

Des Moines, IA 50319-0120

Iron Mountain Information
Management, Inc.
c/o Windels Mark Lane &
Mittendorf, LLP
156 West 56th Street
New York, NY 10019

Kurt Jacobs
Sidley Austin LLP
1501 K Street NW
Washington, DC 20005

Helen Jarmakowicz
201 Browertown Rd
West Paterson, NJ 07424-2609

William H. Jeffress
Baker Botts LLP
1299 Pennsylvania Ave NW
Washington, DC 20004-2400

Hilary Jewett
Foley & Lardner, LLP
90 Park Avenue
New York, NY 10016

Gregory J. Jordan
Dykema Gossett Rooks Pitts
PLLC
10 South Wacker Drive
Suite 2300
Chicago, IL 60606

KS Capital Partners, L.P.
11 West 42nd Street, 30th Floor
New York, NY 10036

Kardex Systems Inc.
25 Industrial Blvd
Paoli, PA 19301

Jessica Kastin
O'Melveny & Myers
7 Times Square
New York, NY 10036

William M. Katich
500 South Second Street
Springfield, IL 62706

William Kerscher
1321 Kings Carriage
Grand Blanc, MI 48439

Thomas H. Keyse
1700 Lincoln Street
Suite 4000
Denver, CO 80203

Steve Kieselstein
Kieselstein LawFirm, PLLC
43 British American Boulevard
Latham, NY 12110

Evelyn M. Kiresen
St. Andrews-South Life Care
Community
6065 S Verde Trail
Apt # G-321
Boca Raton, FL 33433

Susheel Kirpalani
Quinn Emanuel Urquhart Oliver
& Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010

Steven Klenda
APS Capitol Corp.
1301 S. Capital of Texas
Highway
Suite A-131
Austin, TX 78746

Alan J. Knauf
Knauf Shaw LLP
1125 Crossroads Building
2 State Street
Rochester, NY 14614

Joseph B. Koczko
Thompson Hine LLP
One Chase Manhattan Plaza
58th Floor
New York, NY 10005

Shalom L. Kohn
Sidley Austin LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

Hanan B. Kolko
Meyer, Suozzi, English & Klein,
P.C.
1350 Broadway
Suite 501
New York, NY 10018

Laurie Krepto

Montgomery, McCracken
Walker & Rhoads
123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109

Kelly A. Kruse
4190 Telegraph Rd.
Ste 3500
Bloomfield Hills, MI 48302

Diane V. Kuenzel
Kuenzel & Lutes, P.A.
4111 Land O' Lakes Boulevard
Suite 302-D
Land O' Lakes, FL 34639

Kurtzman Carson Consultants
LLC
2335 Alaska Avenue
El Segundo, CA 90245

Edward D. Kutchin
Kutchin & Rufo, P.C.
155 Federal Street, 17th Floor
Boston, MA 02110-1727

Denise K. LaRue
HASKIN LAUTER LaRUE &
GIBBONS
255 North Alabama Street
Indianapolis, IN 46204

Andrew Ladika
3951 River Lane
Rocky River, OH 44116

Harold A. Larson
Couzens, Lansky, Fealk, Ellis,
Roeder
& Lazar, P.C.
39395 W. 12 Mile Road
Suite 200
Farmington Hills,, MI 48331

James Michael Lawniczak
Calfee, Halter & Griswold, LLP
1400 McDonald Investment
Center
800 Superior Avenue
Cleveland, OH 44114-2688

Anna C. Lee
Mandel, Katz, Manna &
Brosnan, LLP
210 Route 303

Valley Cottage, NY 10989

Edward J. Leen
Mandel, Katz, Manna &
Brosnan, LLP
The Law Building
210 Route 303
Valley Cottage, NY 10989

David S. Leinwand
Amroc Investments, LLC
535 Madison Avenue
15th Floor
New York, NY 10017

Clifford Leong
3616 Garner Pl.
Encinitas, CA 92024

Alicia M. Leonhard
Office of the United States
Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Edward J. Lesniak
Burke, Warren, MacKay &
Serritella, P.C.
330 N. Wabash Avenue
22nd Floor
Chicago, IL 60611-3607

Ira M. Levee
Lowenstein Sandler PC
1251 Avenue of the Americas
18th Floor
New York, NY 10019

J. Michael Levengood
McKenna Long & Aldridge LLP
303 Peachtree Street
Suite 5300
Atlanta, GA 30308

MSX International, Inc.
22355 W. 11 Mile Road
Southfield, MI 48034

Sara Klettke MacWilliams
Howard & Howard Attorneys,
P.C.
39400 Woodward Avenue
Suite 101
Bloomfield Hills, MI 48304

Madison Investment Trust -
Series (1-50)
6310 Lamar Ave
Suite 120
Overland Park, KS 66202

Larry Magarik
Kennedy, Jennik & Murray,
P.C.
113 University Place, 7th Floor
New York, NY 10003

Amy Wood Malone
Colbert & Winstead, P.C.
1812 Broadway
Nashville, TN 37203

Neal S. Mann
New York State Attorney
General's O
120 Broadway
24th Floor
New York, NY 10271

Nauni Manty
Felhaber, Larson, Fenlon &
Vogt
US Bank Plaza
220 South 6th Street
Suite 2200
Minneapolis, MN 55402

Wendy G. Marcari
Dreier LLP
499 Park Avenue
14th Floor
New York, NY 10022

Dorothy H. Marinis-Riggio
Calinoff & Katz, LLP
750 Lexington Avenue
31st Floor
New York, NY 10022

John K. McAndrew
Woods Oviatt Gilman LLP
700 Crossroads Building
2 State Street
Rochester, NY 14614

John K. McAndrew
Woods Oviatt Gilman LLP
700 Crossroads Building
2 State Street
Rochester, NY 14614

McDemott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922

Timothy S. McFadden
Locke Lord Bissell &
Liddell.LLP
111 South Wacker Drive
Chicago, IL 60606

Daniel A. McLaughlin
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Patrick E. Mears
Barnes & Thornburg LLP
300 Ottawa Avenue, NW
Suite 500
Grand Rapids, MI 49503

Richard G. Menaker
Menaker & Herrmann, LLP
10 E. 40th Street
New York, NY 10016

Methode Electronics, Inc., and
its Affiliates
115 South LaSalle Street
Chicago, IL 60603

Miami-Dade County Tax
Collector
140 West Flagler Street
Suite 1403
Miami, FL 33130-1569

James W. Moennich
Wickens, Herzer,Panza, Cook &
Batista Co
35765 Chester Road
Avon, OH 44011-1262

Moore & Hansen PLLP
225 South Sixth Street
Suite 4850
Minneapolis, MN 55402

Moraine Maintenance Co, Inc
2611 Nordic Rd
Dayton, OH 45414

Andrew L. Morrison
Reed Smith LLP
599 Lexington Ave
28th Floor

New York, NY 10022

Larren M. Nashelsky
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

C. Donald Neville
Kroll, McNamara, Evans &
Delehanty, LLP
29 South Main Street
West Hartford, CT 06107

Newington Capital, Inc.
P.O Box 20224
New York, NY 10021-0063

Lauren Newman
Fagle Haber, LLC
55 East Monroe Street
40th Floor
Chicago, IL 60603

Newstart Factors, Inc
281 Tresser Blvd
Suite 1501
Stamford, CT 06901

Thomas R. Noland
Stratman, Harris & Eyrich, LLC
110 North Main Street
Suite 1520
Dayton, OH 45402

Nutech Plastics Engineering,
Inc.
Tisdale & Associates LLC
1600 Broadway
Suite 2600
Denver, CO 80202

Michael P. O'Connor
10 Esquire Road, Suite 14
New City, NY 10956

Ore Hill Hub Fund, LTD.
650 FIFTH AVENUE 9TH FL
NEW YORK, NY 10019

James R. Oswald
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

PBR International
c/o Lori Vaughan

Foley & Lardner
90 Park Avenue
37th Floor
New York, NY 10016

PML FLIGHTLINK LTD.
NEWMAN LANE
ALTON, HAMPSHIRE
UNITED KINGDOM 0X16
1SG

Stephen M. Packman
Archer & Greiner
One Centennial Square
Haddonfield, NJ 08033

Anneliese H. Pak
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

George Panters
Hayt, Hayt & Landau
600 Northern Blvd.
Great Neck, NY 11021

Thomas C. Pavlik
Novak, Robenalt, Pavlik
Skylight Office Tower, Suite
270
1660 West Second Street
Cleveland, OH 44113

Anne M. Peterson
Phillips Lytle Hitchcock Blaine
& Huber
3400 HSBC Center
Buffalo, NY 14203

A. Robert Pietrzak
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Marc A. Pifko
Kirkpatrick & Lockhart
Preston Gates Ellis LLP
599 Lexington Avenue
New York, NY 10022

Thomas A. Pitta
Lowenstein Sandler PC
1251 Avenue of the Americas
New York, NY 10020

Steven D. Pohl

Brown Rudnick LLP
One Financial Center
Boston, MA 02111

Alan B. Posner
Kelman Loria, PLLC
660 Woodward Ave.
Suite 1420
Detroit, MI 48226

David M. Posner
Otterbourg,Steindler,Houston&
Rosen P.C.
230 Park Ave
New York, NY 10022

Amy Wallace Potter
DLI Piper US LLP
2000 University Avenue
East Palo Alto, CA 94303

Michael Potter
N.38 W.26876 Glacier Rd.
Pewaukee, WI 53072

Thomas B. Prickett, II
215 Second Avenue East
P.O. Box 1200
Oneonta, AL 35121

Geoffrey T. Raicht
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
graicht@sidley.com,
emcdonnell@sidley.com

Redrock Capital Partners, LLC
111 S. Main Street
Suite C11
PO Box 9095
Breckenridge, CO 80424

Jo Christine Reed
Sonnenschein Nath &
Rosenthal, LLP
1221 Avenue of the Americas
New York, NY 10020

Sandra A. Reimer
666 Fifth Avenue
New York, NY 10103

Donald P. Renaldo
Sidley Austin LLP
787 Seventh Avenue

New York, NY 10019

Republic Engineered Products,
Inc.
c/o Shawn M. Riley, Esq.
McDonald Hopkins Co., LPA
600 Superior Avenue, E.
Suite 2100
Cleveland, OH 44114

Kenneth A. Reynolds
Pryor & Madelup, LLP
675 Old Country Road
Westbury, NY 11590

Vincent E. Rhynes
1514 W. Manchester Ave # 5
Los Angeles, CA 90047

Jeffrey A. Rich
Rich, Crites & Dittmer, LLC
300 East Broad Street, Suite 300
Columbus, OH 43215

Geoffrey A. Richards
200 East Randolph Drive
Chicago, IL 60601

Michael P. Richman
Foley & Lardner, LLP
90 Park Avenue
37th Floor
New York, NY 10016

Harold Ritvo
Harold Ritvo, P.C.
One University Plaza
Hackensack, NJ 07601

Terri A. Roberts
32 North Stone Ave
Suite 2100
Tucson, AZ 85701

Patricia M. Rodenhausen
U.S. Department of Labor
Office of the Solicitor
201 Varick Street
Room 983
New York, NY 10014

Caroline Rogus
WilmerHale, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

Andrew Neil Rosenberg
Paul, Weiss, Rifkind, Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

Risa M. Rosenberg
Milbank Tweed Hadley &
McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413

Robert J. Rosenberg
Latham & Watkins
885 Third Avenue
New York, NY 10022

Gregg Rossi
P.O. Box 6045
Youngstown, OH 44501

Richard A. Rossman
Pepper Hamilton LLP
100 Renaissance Center
36th Floor
Detroit, MI 48243

Gregory T. Roth
2288 Major Lane
Davison, MI 48423

Paul J.N. Roy
Mayer, Brown, LLP
71 S. Wacker Drive
Chicago, IL 60606

Paul Rubin
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016

Laurent A. Ruessmann
Sidley Austin LLP
Square de Meeus, 35
B-1000 Brussels, Belgium

Leon R. Russell
3102 Oak Lawn
Suite 600, LB 164
Dallas, TX 75219

Bruce J. Ruzinsky
Jackson Walker L.L.P.
1401 McKinney Street
Suite 1900

Houston, TX 77010

Samsung Electro Mechanics Co
Ltd
314 Maetan 3-dong, youngtong-
gu
Suwon, Kyunggi 448-803
Republic of Korea

Charles P. Schulman
Sachnoff & Weaver, Ltd.
10 South Wacker Drive
40th Floor
Chicago, IL 60606

Lawrence M. Schwab
BIALSON, BERGEN &
SCHWAB, Esq.
2600 El Camino Real
Suite 300
Palto Alto, CA 94306

Andrea B. Schwartz
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, NY 10103

Peter Gregory Schwed
Loeb & Loeb, LLP
345 Park Avenue
New York, NY 10154

Gary I. Selinger
Hodgson Russ LLP
60 East 42nd Street, 37th Floor
New York, NY 10165

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Lesley Shore
110 W College St
Hagerstown, IN 47346

Wallace A. Showman
1350 Avenue of the Americas
29th Floor
New York, NY 10019

Sierra Liquidity Fund
2699 White Road #255
Irvine, CA 92614

John D. Silk
Rothschild, Barry & Myers

55 West Monroe Street
Suite 3900
Chicago, IL 60603-5017

Rebecca H. Simoni
von Briesen & Roper, s.c.
411 E. Wisconsin Avenue
Ste. 700
Milwaukee, WI 53202

Rick L. Sizemore
6595 Westminster Drive
East Amherst, NY 14051

Skadden Arps Slate Meagher &
Flom LLP
4 Times Square
New York, Ny 10036

R. Michael Sment
Law Offices of Michael R.
Sment
770 County Square Drive
Suite 210
Ventura, CA 93003-5407

Mary Beth Smith
7339 Bedford Rd.
Hubbard, OH 44425

Wendy W. Smith
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050

Michael J. Sobieray
Stewart & Stewart
Attorneys at Law
931 S. Rangeline Road
Carmel, IN 46032

Solvay Fluorides Inc.
3500 Missouri Ave.
East Saint Louis, IL 60055-0236

Mark R. Somerstein
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Paul H Spaeth
130 West Second St., Ste. 450
Dayton, OH 45402

Thomas St. George
729 Clifton Dr. Ne.

Warren, OH 44484

David E. Stenson
Liberty Tower
Suite 1210
120 W. Second Street
Dayton, OH 45402

Andrew Stern
Sidley Austin LLP
787 Seventh
New York, NY 10019

Stikeman Elliot LLP
199 Bay Street
5300 Commerce Court West
Toronto, ON M5L 1B9

Stonehill Institutional Partners,
L.P.
c/o Stonehill Capital
Management
885 Third Avenue
30th Floor
New York, NY 10022

Ronald R. Sussman
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036

Leigh C Taggart
39533 Woodward Avenue
Suite 140
Bloomfield Hills, MI 48304

Robert P. Tata
307 Tiffin Avenue
Huron, OH 44839

John E. Taylor
Bingham McHale LLP
10 W. Market Street
Suite 2700
Indianapolis, IN 46204-4900

Jay Teitelbaum
Teitelbaum & Baskin LLP
3 Barker Avenue
Third Floor
White Plains, NY 10601

Andrew M. Thaler
Thaler & Gertler, LLP
900 Merchants Concourse
Suite 414

Westbury, NY 11590

Thermotech Company
1302 South 5th Street
Hopkins, MN 55343-7877

Zakarij O. Thomas
Klett Rooney Lieber &
Schorling
One Oxford Centre
40th Floor
Pittsburgh, PA 15219-6498

Togut Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10119

Seth P. Tompkins
1000 Maccabees Center
25800 Northwestern Highway
Southfield, MI 48075-1000

Amy M. Tonti
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219
atonti@reedsmith.com,
slucas@reedsmith.com

Laura L. Torrado
Bear, Stearns & Co
383 Madison Avenue 8th Floor
New York, NY 10179

Trade-Debt.net
P.O Box 1487
West Babylon, NY 11704

Paul Traub
Dreier LLP
499 Park Avenue
14th Floor
New York, NY 10022

Douglas M. Trout
301 West Third Street
PO Box 972
Dayton, OH 45422

TypeWrite Word Processing
Service
356 Eltingville Boulevard
Staten Island, NY 10312

United States District Court

500 Pearl Street
New York, NY 10007

Universal Am-Can, Ltd.
c/o Mark H. Shapiro
24901 Northwestern Highway
Suite 611
Southfield, MI 48075

Philip Urofsky
Cadwalader, Wickersham &
Taft, LLP
1201 F. Street, N.W.
Washington, DC 20004

Versatile Engineering
1559 West 135th Street
Gardena, CA 90249

VonWin Capital, L.P.
60 Madison Avenue
2nd Floor
New York, NY 10010

Wallace W. Walker
Roetzel & Andress
222 South Main Street
Akron, OH 44309

Timothy W. Walsh
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104

Patricia Weinmann
2913 Tyler Avenue
Berkley, MI 48072

Jeffrey H. Weir, II
Colella & Kolczun, P.L.L.
6055 Park Square Drive
Lorain, OH 44053

Jeffrey H. Weir, II
Colella & Kolczun, P.L.L.
6055 Park Square Drive
Lorain, OH 44053

Evelyn R. Williams
4861 Kinghurst Dr.
San Jose, CA 95124

Wireless Matrix Corporation
c/o Cooley Godward LLP
101 California Street
5th Floor

| | | |
|---|---|---|
| San Francisco, CA 94111-5800 | 2055 Sanyo Ave<br>San Diego, CA 92154-6229 | Holland & Knight, LLP<br>195 Broadway<br>New York, NY 10007 |
| D. Bradley Young<br>Sanyo North America | Peter Alan Zisser | |

Respectfully submitted,

**Honigman Miller Schwartz and Cohn LLP**
Attorneys for Quasar Industries, Inc.

By:  /s/ Aaron M. Silver
    Aaron M. Silver (Michigan Bar No. P65481)
    2290 First National Building.
    660 Woodard Ave., Suite 2290
    Detroit, MI  48226
    Telephone:  (313) 465-7560
    Facsimile:   (313) 465-6560
    email address:  asilver@honigman.com

DETROIT.3415957.1