QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
Susheel Kirpalani (SK-8926)
James C. Tecce (JT-5910)
Scott C. Shelley (SS-1013)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Counsel To Tranche C Collective Of DIP Lenders*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                                       :
                                                             : Chapter 11
DELPHI CORP., ET AL.,                                        : Case No. 05-44481 (RDD)
                                                             : Jointly Administered
                                       Debtors.              :
------------------------------------------------------------ x

## CERTIFICATE OF SERVICE

I, Christopher Clark, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that on November 19, 2008, I caused a true and correct copy of the following pleadings (the "Pleadings") to be served by electronic mail to all persons and entities to have formally appeared and requested service in these cases, which e-mail addresses are attached hereto as Schedule A:

1) NOTICE OF APPEARANCE OF QUINN EMANUEL URQUHART OLIVER & HEDGES LLP ON BEHALF OF COLLECTIVE OF TRANCHE C DIP LENDERS;

2) VERIFIED STATEMENT OF QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP, PURSUANT TO FED. R. BANKR. P. 2019(A);

3) TRANCHE C COLLECTIVE'S (I) RESPONSE TO DEBTORS' MOTION TO SUPPLEMENT DIP FINANCING ORDER AND APPROVE ACCOMMODATION

61406/2708040.1

AGREEMENT, (II) CROSS-MOTION PURSUANT TO 11 U.S.C. §§ 105(A), 361, 363(E), AND 1107(A) FOR ENTRY OF ORDER PROVIDING ADEQUATE PROTECTION IN EXCHANGE FOR FORBEARANCE, AND (III) MOTION PURSUANT TO 11 U.S.C. § 105(D) FOR CHAMBERS CONFERENCE.

I further certify that on November 19, 2008 I caused a true and correct copy of the Pleadings to be served on the parties as set forth in Schedule B via overnight mail.

I further certify that on November 19, 2008 I caused a true and correct copy of the Pleadings to be served on the parties set forth in Schedule C via postage pre-paid U.S. Mail.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  November 21, 2008
        New York, New York

                                                /s/ Christopher Clark
                                                CHRISTOPHER CLARK

61406/2708040.1

SCHEDULE A

61406/2708040.1

rstark@brownrudnick.com; cp@stevenslee.com; cs@stevenslee.com; altogut@teamtogut.com; mwarner@warnerstevens.com; harvey.miller@weil.com; jeff.tanenbaum@weil.com; martin.bienenstock@weil.com; bsimon@cwsny.com; sreisman@cm-p.com; donald.bernstein@dpw.com; brian.resnick@dpw.com; sean.p.corcoran@delphi.com; karen.j.craft@delphi.com; cschiff@flextronics.com; paul.anderson@flextronics.com; trey.chambers@freescale.com; rodbuje@ffhsj.com; sliviri@ffhsj.com; randall.eisenberg@fticonsulting.com; valerie.venable@ge.com; lhassel@groom.com; sgross@hodgsonruss.com; fgorman@honigman.com; rweiss@honigman.com; mariaivalerio@irs.gov; bderrough@jefferies.com; richard.duker@jpmorgan.com; gianni.russello@jpmorgan.com; gnovod@kramerlevin.com; tmayer@kramerlevin.com; sbetance@kccllc.com; robert.rosenberg@lw.com; daniel.fisher@lawdeb.com; patrick.healy@lawdeb.com; dcleary@mwe.com; jdejonker@mwe.com; mkhambati@mwe.com; conh@mctiguelaw.com; bmctigue@mctiguelaw.com; bmctigue@mctiguelaw.com; lszlezinger@mesirowfinancial.com; gbray@milbank.com; tkreller@milbank.com; jtill@milbank.com; jmoldovan@morrisoncohen.com; newyork@sec.gov; william.dornbos@oag.state.ny.us; rsiegel@omm.com; tjerman@omm.com; landy.ralph@pbgc.gov; morris.karen@pbgc.gov; menke.john@pbfgc.gov; bangert.beth@pbgc.gov; efile@pbgc.gov; sriemer@phillipsnizer.com; david.resnick@us.rothschild.com; rdremluk@seyfarth.com; dbartner@shearman.com; jfrizzley@shearman.com; kziman@stblaw.com; rtrust@stblaw.com; wrussell@stblaw.com; jbutler@skadden.com; jlyonsch@skadden.com; rmeisler@skadden.com; kmarafio@skadden.com; tmatz@skadden.com; ddoyle@spencerfane.com; nfranke@spencerfane.com; michael.kessler@weil.com; scimalore@wilmingtontrust.com; adalberto@canadas.com; javanzato@apslaw.com; david.boyle@airgas.com; bkessinger@akebono-usa.com; ddunn@akingump.com; idizengoff@akingump.com; pgurfein@akingump.com; mgreger@allenmatkins.com; craig.freeman@alston.com; dconnolly@alston.com; dwender@alston.com; steven.keyes@aam.com; gogimalik@andrewskurth.com; lwalzer@angelogordon.com; mtf@afrct.com; jorenstein@aoblaw.com; aleinoff@amph.com; Cohen.Mitchell@arentfox.com; Hirsh.Robert@arentfox.com; dladdin@agg.com; joel_gross@aporter.com; cgalloway@atsautomation.com; eray@balch.com; kim.robinson@bfkn.com; william.barrett@bfkn.com; alan.mills@btlaw.com; john.gregg@btlaw.com; mark.owens@btlaw.com; michael.mccrory@btlaw.com; pmears@btlaw.com; wendy.brewer@btlaw.com; ffm@bostonbusinesslaw.com; tom@beemanlawoffice.com; hannah@blbglaw.com; sean@blbglaw.com; wallace@blbglaw.com; murph@berrymoorman.com; klaw@bbslaw.com; lschwab@bbslaw.com; pcostello@bbslaw.com; tgaa@bbslaw.com; jtaylor@binghammchale.com; malerding@binghammchale.com; wmosby@binghammchale.com; mrichards@blankrome.com; rmcdowell@bodmanllp.com; chill@bsk.com; csullivan@bsk.com; sdonato@bsk.com; mtrentadue@boselaw.com; cdelatorre@boselaw.com; amcmullen@bccb.com; rjones@bccb.com; massimiliano_cini@brembo.it; dludman@brownconnery.com; schristianson@buchalter.com; mary.caloway@bipc.com; william.schorling@bipc.com; mhall@burr.com; jeannine.damico@cwt.com; jonathan.greenberg@BASF.COM; rusadi@cahill.com; jrobertson@calfee.com; dhriggio@gmail.com; rcalinoff@candklaw.com; rweisberg@carsonfischer.com; cahn@clm.com; ddeutsch@chadbourne.com; japplebaum@clarkhill.com; sdeeby@clarkhill.com; rgordon@clarkhill.com; maofiling@cgsh.com; maofiling@cgsh.com; tmaxson@cohenlaw.com; jvitale@cwsny.com; bceccotti@cwsny.com; srosen@cb-shea.com; Elliott@cmplaw.com; jwisler@cblh.com; mlee@contrariancapital.com; jstanton@contrariancapital.com; wraine@contrariancapital.com; solax@contrariancapital.com; Pretekin@coollaw.com; sjohnston@cov.com; swalsh@chglaw.com; dpm@curtinheefner.com; rsz@curtinheefner.com; ceilbott@curtis.com; krk4@daimlerchrysler.com; wsavino@damonmorey.com; davidpmartin@erisacase.com; davidpmartin@bellsouth.net; rmeth@daypitney.com; rbeacher@daypitney.com; cchiu@daypitney.com; carol_sowa@denso-diam.com; gdiconza@dlawpc.com; john.persiani@dinslaw.com; richard.kremen@dlapiper.com; jguerrier@dreierllp.com; andrew.kassner@dbr.com; david.aaronson@dbr.com; janice.grubin@dbr.com; jhlemkin@duanemorris.com; dmdelphi@duanemorris.com; wmsimkulak@duanemorris.com; dparker@dykema.com; mmsmith@dykema.com; ssalinas@dykema.com; mbusenkell@eckertseamans.com; ayala.hassell@eds.com; akatz@entergy.com; gettelman@e-hlaw.com; lscarcella@farrellfritz.com; pcollins@farrellfritz.com; charles@filardi-law.com; tdonovan@finkgold.com; ddragich@foley.com; jmurch@foley.com; jsimon@foley.com; mrichman@foley.com;

fstevens@foxrothschild.com; mviscount@foxrothschild.com; ftrikkers@rikkerslaw.com;
drosenzweig@fulbright.com; mparker@fulbright.com; dcimo@gjb-law.com; dcrapo@gibbonslaw.com;
bhoover@goldbergsegalla.com; abrilliant@goodwinproctor.com; cdruehl@goodwinproctor.com;
bmehlsack@gkllaw.com; pbilowz@goulstonstorrs.com; jsabella@gelaw.com; jeisenhofer@gelaw.com;
mrr@previant.com; tch@previant.com; mdebbeler@graydon.com; diconzam@gtlaw.com; heyens@gtlaw.com;
ckm@greensfelder.com; jpb@greensfelder.com; cbattaglia@halperinlaw.net; ahalperin@halperinlaw.net;
jdyas@halperinlaw.net; rjclark@hancocklaw.com; hleinwand@aol.com; judith.elkin@haynesboone.com;
lenard.parkins@haynesboone.com; kenric.kattner@haynesboone.com; prubin@herrick.com;
anne.kennelly@hp.com; ken.higman@hp.com; sharon.petrosino@hp.com; echarlton@hiscockbarclay.com;
jkreher@hodgsonruss.com; sgross@hodgsonruss.com; amoog@hhlaw.com; ecdolan@hhlaw.com;
sagolden@hhlaw.com; elizabeth.flaagan@hro.com; dbaty@honigman.com; tsable@honigman.com;
lmurphy@honigman.Com; sdrucker@honigman.com; lgretchko@howardandhoward.com;
lmcbryan@hwmklaw.com; jrhunter@hunterschank.com; tomschank@hunterschank.com; mmassad@hunton.com;
sholmes@hunton.com; aee@hurwitzfine.com; Ben.Caughey@icemiller.com; greg.bibbes@infineon.com;
jeffery.gillispie@infineon.com; heather@inplaytechnologies.com; rgriffin@iuoe.org; bruzinsky@jw.com;
dkillen@jw.com; hforrest@jw.com; pbarr@jaffelaw.com; JRS@Parmenterlaw.com; wschultz@jasoninc.com;
rpeterson@jenner.com; gerdekomarek@bellsouth.net; cball@jonesday.com; sjfriedman@jonesday.com;
john.sieger@kattenlaw.com; rsmolev@kayescholer.com; kcookson@keglerbrown.com;
lsarko@kellerrohrback.com; claufenberg@kellerrohrback.com; eriley@kellerrohrback.com;
ggotto@kellerrohrback.com; cwolfe@kelleydrye.com; jboyle@kelleydrye.com; mstone@kelleydrye.com;
lmagarik@kjmlabor.com; sjennik@kjmlabor.com; tkennedy@kjmlabor.com; degan@kslaw.com;
sdabney@kslaw.com; bdimos@kslaw.com; jstempel@kirkland.com; efox@klng.com; sosimmerman@kwgd.com;
jay.selanders@kutakrock.com; ekutchin@kutchinrufo.com; knorthup@kutchinrufo.com;
smcook@lambertleser.com; mark.broude@lw.com; michael.riela@lw.com; mitchell.seider@lw.com;
robert.rosenberg@lw.com; mkohayer@aol.com; rcharles@lrlaw.com; sfreeman@lrlaw.com; jengland@linear.com;
austin.bankruptcy@publicans.com; dallas.bankruptcy@publicans.com; houston_bankruptcy@publicans.com;
kwalsh@lockelord.com; tmcfadden@lockelord.com; gschwed@loeb.com; whawkins@loeb.com;
bnathan@lowenstein.com; ilevee@lowenstein.com; krosen@lowenstein.com; metkin@lowenstein.com;
scargill@lowenstein.com; vdagostino@lowenstein.com; egc@lydenlaw.com; axs@maddinhauser.com;
jlanden@madisoncap.com; lmc@ml-legal.com; vmastromar@aol.com; gsantella@masudafunai.com;
dadler@mccarter.com; eglas@mccarter.com; jsalmas@mccarthy.ca; lsalzman@mccarthy.ca; gravert@mwe.com;
jmsullivan@mwe.com; sselbst@mwe.com; shandler@mwe.com; mquinn@mwe.com;
sopincar@mcdonaldhopkins.com; sriley@mcdonaldhopkins.com; jbernstein@mdmc-law.com;
amccollough@mcguirewoods.com, dblanks@mcguirewoods.com; jmaddock@mcguirewoods.com;
tslome@msek.com; hkolko@msek.com; lpeterson@msek.com; mmeyers@mlg-pc.com; emeyers@mrrlaw.net;
rrosenbaum@mrrlaw.net; mdtcbkc@miamidade.gov; miag@michigan.gov; raterinkd@michigan.gov;
miag@michigan.gov; jdonahue@miheritage.com; trenda@milesstockbridge.com; vjones@millermartin.com;
sarbt@millerjohnson.com; wolfordr@millerjohnson.com; greenj@millercanfield.com; fusco@millercanfield.com;
pjricotta@mintz.com; pricotta@mintz.com; Jeff.Ott@molex.com; agottfried@morganlewis.com;
mzelmanovitz@morganlewis.com; resterkin@morganlewis.com; lberkoff@moritthock.com;
mdallago@morrisoncohen.com; rurbanik@munsch.com; jwielebinski@munsch.com; drukavina@munsch.com;
sandy@nlsg.com; Knathan@nathanneuman.com; lisa.moore2@nationalcity.com; marty_noland@nrel.gov;
george.cauthen@nelsonmullins.com; tracy.richardson@dol.lps.state.nj.us; bbeckworth@nixlawfirm.com;
jangelovich@nixlawfirm.com; susanwhatley@nixlawfirm.com; eabdelmasieh@nmmlaw.com;
dgheiman@jonesday.com; cahope@chapter13macon.com; jay.hurst@oag.state.tx.us; msutter@ag.state.oh.us;
michaelz@orbotech.com; mmoody@orourkeandmoody.com; aenglund@orrick.com; fholden@orrick.com;
jguy@orrick.com; Rdaversa@orrick.com; rwyron@orrick.com; mseidl@pszjlaw.com; Rfeinstein@pszjlaw.com;

61406/2708040.1

lscharf@pszjlaw.com; dwdykhouse@pbwt.com; spaethlaw@phslaw.com; arosenberg@paulweiss.com; cweidler@paulweiss.com; ddavis@paulweiss.com; emccolm@paulweiss.com; jbrass@paulweiss.com; sshimshak@paulweiss.com; housnerp@michigan.gov; kmayhew@pepehazard.com; aaronsona@pepperlaw.com; lawallf@pepperlaw.com; jaffeh@pepperlaw.com; caseyl@pepperlaw.com; scarter@pselaw.com; jmanheimer@pierceatwood.com; kcunningham@pierceatwood.com; rjp@pbandg.com; karen.dine@pillsburylaw.com; margot.erlich@pillsburylaw.com; mark.houle@pillsburylaw.com; richard.epling@pillsburylaw.com; robin.spear@pillsburylaw.com; bsmoore@pbnlaw.com; jsmairo@pbnlaw.com; jh@previant.com; mgr@previant.com; enrique.bujidos@es.pwc.com; jkp@qad.com; jharris@quarles.com; jdawson@quarles.com; knye@quarles.com; rlp@quarles.com; apille@reedsmith.com; elazarou@reedsmith.com; jkaczka@republicengineered.com; jlapinsky@republicengineered.com; jshickich@riddellwilliams.com; jcrotty@rieckcrotty.com; mscott@riemerlaw.com; holly@regencap.com; amathews@robinsonlaw.com; cnorgaard@ropers.com; gregory.kaden@ropesgray.com; marc.hirschfield@ropesgray.com; tslome@rsmllp.com; rtrack@msn.com; cschulman@sachnoff.com; agelman@sachnoff.com; cbelmonte@ssbb.com; pbosswick@ssbb.com; rcarrillo@ssbb.com; dweiner@schaferandweiner.com; hborin@schaferandweiner.com; mnewman@schaferandweiner.com; mwernette@schaferandweiner.com; shellie@schaferandweiner.com; rheilman@schaferandweiner.com; egeekie@schiffhardin.com; myarnoff@sbclasslaw.com; shandler@sbclasslaw.com; james.bentley@srz.com; michael.cook@srz.com; carol.weiner.levy@srz.com; pbaisier@seyfarth.com; rdremluk@seyfarth.com; whanlon@seyfarth.com; bharwood@sheehan.com; lawtoll@comcast.net; ewaters@sheppardmullin.com; msternstein@sheppardmullin.com; tcohen@sheppardmullin.com; twardle@sheppardmullin.com; rthibeaux@shergarner.com; rthibeaux@shergarner.com; bankruptcy@goodwin.com; bankruptcy@goodwin.com; asherman@sillscummis.com; jzackin@sillscummis.com; vhamilton@sillscummis.com; skimmelman@sillscummis.com; cfortgang@silverpointcapital.com; attorneystella@sszpc.com; bellis-monro@sgrlaw.com; kmiller@skfdelaware.com; fyates@sonnenschein.com; mmachen@sonnenschein.com; rrichards@sonnenschein.com; lloyd.sarakin@am.sony.com; emarcks@ssd.com; cmeyer@ssd.com; sarah.morrison@doj.ca.gov; hwangr@michigan.gov; jmbaumann@steeltechnologies.com; rkidd@srcm-law.com; shapiro@steinbergshapiro.com; jposta@sternslaw.com; jspecf@sternslaw.com; cs@stevenslee.com; cp@stevenslee.com; mshaiken@stinsonmoheck.com; robert.goodrich@stites.com; madison.cashman@stites.com; wbeard@stites.com; loucourtsum@stites.com; cpajak@stutman.com; egoldberg@stutman.com; ipachulski@stutman.com; jdavidson@stutman.com; ferrell@taftlaw.com; miller@taftlaw.com; jteitelbaum@morganlewis.com; rbaskin@tblawllp.com; agbanknewyork@ag.tn.gov; ddraper@terra-law.com; jforstot@tpw.com; lcurcio@tpw.com; thaler@tglawfirm.com; niizeki.tetsuhiro@furukawa.co.jp; robert.morris@timken.com; dlowenthal@thelenreid.com; mcolabianchi@thelen.com; rhett.campbell@tklaw.com; ira.herman@tklaw.com; john.brannon@tklaw.com; lnewman@tcfhlaw.com; dquaid@tcfhlaw.com;efiledocketgroup@fagelhaber.com; ephillips@thurman-phillips.com; tguerriero@us.tiauto.com; jlevi@toddlevi.com; bmcdonough@teamtogut.com; jwilson@tylercooper.com; matthew.schwartz@usdoj.gov; hzamboni@underbergkessler.com; mkilgore@UP.com; djury@usw.org; rjsidman@vssp.com; tscobb@vorys.com; EAKleinhaus@wlrk.com; RGMason@wlrk.com; david.lemke@wallerlaw.com; robert.welhoelter@wallerlaw.com; gtoering@wnj.com; mcruse@wnj.com; growsb@wnj.com; mwarner@warnerstevens.com; lekvall@wgllp.com; aordubegian@weineisen.com; gpeters@weltman.com; gkurtz@ny.whitecase.com; guzzi@whitecase.com; dbaumstein@ny.whitecase.com; tlauria@whitecase.com; featon@miami.whitecase.com; barnold@whdlaw.com; jmoennich@wickenslaw.com; mwinthrop@winthropcouchot.com; sokeefe@winthropcouchot.com; agrumbine@wcsr.com; rkisicki@woodsoviatt.com; pjanovsky@zeklaw.com; skrause@zeklaw.com

SCHEDULE B

61406/2708040.1

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-2094801 | rstark@brownrudnick.com | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | bsimon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | 2126971559 | sreisman@cm-p.com | Counsel to Flextronics International, Inc.; Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd., Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell | Donald Bernstein / Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 / 212-450-4213 | 212-450-3092 / 212-450-3213 | donald.bernstein@dpw.com / brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2491 | sean.p.corcoran@delphi.com / karen.j.craft@delphi.com | Debtors |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | 303-652-4716 | cschiff@flextronics.com | Counsel to Flextronics International Inc. |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | | paul.anderson@flextronics.com | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers III / Brad Eric Sheler / Bonnie Steingart / Vivek Melwani | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Creditor Committee Member |
| Fried, Frank, Harris, Shriver & Jacobson | Jennifer L Rodburg / Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | rodbuje@ffhsi.com / silviri@ffhsi.com | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-247-1010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | 866-585-2386 | valerie.venable@ge.com | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel to Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 1540 Broadway | 24th Fl | New York | NY | 10036 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Internal Revenue Service | Attn: Insolvency Department | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 | 313-628-3648 | 313-628-3602 | | Michigan IRS |
| Internal Revenue Service | Attn: Insolvency Department / Maria Valerio | 290 Broadway | 5th Floor | New York | NY | 10007 | 212-436-1038 | 212-436-1931 | mariavalerio@irs.gov | IRS |
| IUE-CWA | Conference Board Chairman | 2360 W. Dorothy Lane | Suite 201 | Dayton | OH | 45439 | 937-294-7813 | 937-294-9164 | | Creditor Committee Member |
| Jefferies & Company, Inc. | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | 212-270-0430 | gianni.russello@jpmorgan.com / susan.atkins@jpmorgan.com | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | gnovod@kramerlevin.com | Counsel to Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Counsel to Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | 310-823-9133 | sbetance@kccllc.com | Noticing and Claims Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | daniel.fisher@lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | patrick.healy@lawdeb.com | Indenture Trustee |
| McDermott Will & Emery LLP | David D. Cleary | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | dcleary@mwe.com | Counsel to Recticel North America, Inc. |

05-44481-rdd    Doc 14476    Filed 11/21/08    Entered 11/21/08 13:40:26    Main Document
Pg 9 of 17

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | jdejonker@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Mohsin N. Khambati | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | mkhambati@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Peter A. Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | pclark@mwe.com | Counsel to Recticel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | conh@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | bmctigue@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | 212-682-5015 | lszlezinger@mesirowfinancial.com | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | 213-629-5063 | gbray@milbank.com tkreller@milbank.com jtill@milbank.com | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | 9175223103 | jmoldovan@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | william.dorrobos@oag.state.ny.us | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel Tom A. Jerman, Rachel Janger | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Myers LLP | | 1625 Eye Street. NW | | Washington | DC | 20005 | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Israel Goldowitz | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | landy.ralph@pbgc.gov morris.karen@pbgc.gov menke.john@pbgc.gov | Chief Counsel to the Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Karen L. Morris, John Menke, Ralph L. Landy, Beth A. Bangert | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | bangert.beth@pbgc.gov efile@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | 212-848-7179 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com jlyonsch@skadden.com meisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | ddoyle@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | nfranke@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198505 | cp@stevenslee.com cs@stevenslee.com | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| Tyco Electronics Corporation | MaryAnn Brererton, Assistant General Counsel | 60 Columbia Road | | Morristown | NJ | 07960 | 973-656-8365 | 973-656-8805 | | Creditor Committee Member |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

11/10/2008 3:37 PM
Master Service List 080911 Overnight

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| United States Trustee | Brian Masumoto | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | 212-668-2255 does not take service via fax | | Counsel to United States Trustee |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | 817-810-5255 | mwarner@warnerstevens.com | Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | 212-310-8077 | harvey.miller@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | jeff.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

11/10/2008 3:37 PM
Master Service List 080911 Overnight

Delphi Corporation
Special Parties

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| A Shulman Inc | Carrie M Caldwell | Vorys Sater Seymour And Pease Llp | 2100 One Cleveland Ctr 1375 E 9th S | Cleveland | OH | 44114 | |
| Ad Hoc Commit Prepetit Lend Dk Acq | Allan Brilliant E Grillo B Harvey | Goodwin Procter Llp | 599 Lexington Ave | New York | NY | 10022 | |
| Administrative Agent Pre Secured Le | B Angiolllo K Ziman W Russell Jr | Simpson Thacher & Bartlett Llp | 425 Lexington Ave | New York | NY | 10017 | |
| Agfa Gevaert Nv | Jonathan R Doolittle | Verrill Dana Llp | One Portland Square | Portland | ME | 04112 | |
| American Axle & Manufacturing Inc | Robert J Diehl Jr Ralph E Mcdowell | Bodman Llp | 100 Renaissance Ctr 34th Fl | Detroit | MI | 48243 | |
| Android Industries Inc | Attn Daniel J Weiner | Schafer & Weiner PLLC | 40950 Woodward Ave Suite 100 | Bloomfield Hills | MI | 48304 | |
| Arc Automotive | Alan Halperin Christopher Battaglia | Halperin Battaglia Raicht Llp | 555 Madison Ave 9th Fl | New York | NY | 10022 | |
| Arneses Electronics Auto Cordaflex | Deborah M Buell | Cleary Gottlieb Steen & Hamilton | One Liberty Plaza | New York | NY | 10006 | |
| Autocam Corporation | John T Gregg Esq | Barnes & Thornburg Llp | 300 Ottawa Ave Nw Ste 500 | Grand Rapids | MI | 49503 | |
| Autoliv North America Inc | Anthony Nellis | Ryan Wolf | 5350 Airport Rd | Ogden | UT | 84405 | |
| Autoliv North America Inc | Attn Steve LaPlante | Miller Canfield Paddock and Stone PLC | 150 West Jefferson Suite 2500 | Detroit | MI | 48226 | |
| Automodular Assemblies Inc | Attn David Adler Brian F Moore | McCarter & English LLP | 245 Park Ave | New York | NY | 10167 | |
| Barnes & Thornburg LLP | Attn Michael McCory Mark Owens | Howard County | 11 S Meridian St | Indianapolis | IN | 46204 | |
| Benteler Automotive Corp | Thomas P Sarb | Miller Johnson 250 Monroe Ave | Nw Ste 800 PO Box 306 | Grand Rapids | MI | 49501-0306 | |
| Calsonic Kansei Corporation | Attn Roger G Jones | Boult Cummings Conners & Berry PLC | 1600 Division Street Suite 700 PO Box 340025 | Nashville | TN | 37203 | |
| Cami Automotive | Susan Nicholson Esq | | 300 Ingersoll St PO Box 1005 | Ingersoll | ON | N5C4A6 | CA |
| Cohen Weiss & Simon LLP | Joseph J Vitale Bruce Simon Babette Ceccotti | | 330 West 42nd Street | New York | NY | 10036 | |
| Dekko Stamping Pent Tech Dekko Tech | Martin E Seifert | Haller & Colvin Pc | 444 East Main St | Fort Wayne | IN | 46802 | |
| Denso International America Inc | Attn Marc E Richards | Blank Rome LLP | 405 Lexington Avenue | New York | NY | 10174 | |
| Equistar Chemicals | Attn Mark S Finkelstein | Shannon Martin Finkelstein & Alvarado PC | 2400 Two Houston Center 909 Fannin Street | Houston | TX | 77010 | |
| Essex Group | Michael R Seidl | Pachulski Stang Ziehl Young Jones | 919 North Market St 17th Fl | Wilmington | DE | 19801 | |
| Federal Mogul Corporation | Jonathan Gordon | Sidley Austin Brown & Wood Llp | 555 West Fifth St | Los Angeles | CA | 90013 | |
| Forhealth Technologies Inc | John G Loughnane | Mccarter & English Llp | 225 Franklin St | Boston | MA | 02110 | |
| Freescale Semiconductor Inc | Sandra A Riemer Canadice Frost | Phillips Nizer Llp | 666 Fifth Ave | New York | NY | 10103-0084 | |
| Fujikura America Inc Murata Elect | Paul M Baisier Robert W Dremluk | Seyfarth Shaw Llp | 1270 Ave Of The Americas Ste 2500 | New York | NY | 10020-1801 | |
| Furukawa Electric North America Adp | Michael S Mcelwee | Michael S Mcelwee | 333 Bridge St Nw Ste 1700 | Grand Rapids | MI | 49504 | |
| General Electric Company/ Metaldyne Corporation/ Pbr Columbia Llc / Yazaki North America Inc | David G Dragich | Foley & Lardner Llp | 1 Detroit Ctr 500 Woodward Ave Ste 2700 | Detroit | MI | 48226 | |
| General Motors Corporation | M Bienenstock M Kessler J Tanenbaum | Weil Gotshal & Manges Llp | 767 Fifth Ave | New York | NY | 10153-0119 | |
| General Motors Corporation | Attn Peter D Isakoff | Weil Gotshal & Manges LLP | 1300 Eye Street NW Suite 900 | Washington | DC | 20005 | |
| Gibbs Die Casting Corporation | Michael K Mccrory Wendy D Brewer | Barnes & Thornburg Llp | 11 S Meridian St | Indianapolis | IN | 46204 | |
| Gw Plastics Inc | J Eric Charlton | Hiscock & Barclay | One Pk Pl PO Box 4878 | Syracuse | NY | 13221 | |
| Harco Industries Inc | Ronald S Pretekin | Coolidge Wall | 33 West First St Ste 600 | Dayton | OH | 45402 | |
| Hayes Lemmerz Intl Inc & Lear Corp | Attn Ralph E McDowell | Bodman LLP | 100 Renaissance Ctr | Detroit | MI | 48243 | |
| Hewlett Packard | Andrew H Sherman | Sills Cummins Epstein & Gross | One Riverfront Plaza | Newark | NJ | 07102 | |
| Hitachi Automotive Products Usa Inc | Brian D Spector Esq | Spector & Ehrenworth Pc | 30 Columbia Turnpike | Florham Pk | NJ | 07932 | |
| Honda Entities | Cherie Macdonald J Patrick Bradley | Greensfelder Hemker & Gale Pc | 12 Wolf Creek Dr Ste 100 | Swansea | IL | 62226 | |
| Honda Entities | Robert J Sidman Robert A Bell | Vorys Sater Seymour And Pease Llp | 52 East Gay St PO Box 1008 | Columbus | OH | 43215 | |
| Ideal Tool | Attn James R Walczak | 100 State Street | Suite 700 | Erie | PA | 16507-1459 | |

Delphi Corporation
Special Parties

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Isi Of Indiana | Michael J Hebenstreit | Whitman Hebenstreit Zubek Ste 2000 | Market Square Ctr 151 N Delaware St | Indianapolis | IN | 46204 | |
| Itapsa Sa De Cv | Robert J Taylor | Kane Russell Coleman & Logan Pc | 3700 Thanksgiving Tower 1601 Elm St | Dallas | TX | 75201 | |
| IUE CWA | James D Clark Peter Mitchell | 501 Third St NW | Sixth Fl | Washington | DC | 20001 | |
| Kaiser Aluminum & Chemical Corp | Timothy Mehok | Heller Ehrman Llp | 7 Times Square | New York | NY | 10036-6524 | |
| Kelley Drye | Craig A Wolfe | 101 Park Ave | | New York | NY | 10178-0002 | |
| Kennedy Jennick & Murray PC | Thomas Kennedy | 113 University Place | 7th Floor | New York | NY | 10003 | |
| Lorentson Manuf Comp SW Kokomo | Michael A Trentadue Carina M de la Torre | Bose Mckinney & Evans LLP | 111 Monument Circle Ste 2700 | Indianapolis | IN | 46204 | |
| Magna International Group | Max Newman | Schafer & Weiner Pllc | 40950 Woodward Ave Ste 100 | Bloomfield Hills | MI | 48304 | |
| Magna International Inc And Certain Of Its Affiliates | Sanford P Rosen Kenneth M Lewis | Sanford P Rosen & Associates Pc | 747 Third Ave | New York | NY | 10017 | |
| Means Industries Inc | Michael Yetnikoff | Schiff Hardin Llp | 6600 Sears Tower | Chicago | IL | 60606 | |
| Methode Electronics Inc | Attn Timothy S McFadden | Lord Bissell & Brook LLP | 111 South Wacker Drive | Chicago | IL | 60606 | |
| Mid American Products | Mark H Shapiro | Steinberg Shapiro & Clark | 24901 Northwest Hwy Ste 611 | Southfield | MI | 48075 | |
| Morgan Advanced Ceramics Inc | Attn Paul M Rosenblatt | Kilpatrick Stockton LLP | 1100 Peachtree Street Suite 2800 | Atlanta | GA | 30309-4530 | |
| Multek Flexible Circuit Sheldahl MX | Northfield Acquisition Co | | 101 Pk Ave | New York | NY | 10178-0061 | |
| National Molding Corp Sec Plas Div | Kenneth A Reynolds NMC | Pryor & Mandelup Llp | 675 Old Country Rd | Westbury | NY | 11590 | |
| Newman Aluminum Automotive Impact E | John S Mairo Brett S Moore | Porzio Bromberg & Newman Pc | 156 West 56th St | New York | NY | 10019 | |
| Norsk Hydro Canada Inc | Patricia A Borenstein | Miles & Stockbridge Pc | 10 Light St | Baltimore | MD | 21202 | |
| Omega Tool Corp L&w Engineering Co Southtec Llc Dott Industries Inc Alps Automotive Inc Pioneer Automotive Technologies Inc Lakeside Plastics Limited Android Industries Inc Ai Doraville Llc And Ai Genesee Llc | Sanford P Rosen Kenneth M Lewis | Sanford P Rosen & Associates Pc | 747 Third Ave | New York | NY | 10017-2803 | |
| Pension Benefit Guaranty Corp | Karen L Morris | Deputy Chief Counsel | 1200 K Street NW Ste 340 | Washington | DC | 20005 | |
| Pension Benefit Guaranty Corp | Merrill Stone M Bane M Somerstein | Kelley Drye & Warren Llp | 101 Pk Ave | New York | NY | 10178 | |
| Power & Signal Group | John J Monaghan | Holland & Knight Llp | 10 St James Ave | Boston | MA | 02116 | |
| Preferred Sourcing LLC | Attn John R Humphrey | Sommer Barnard Attorneys PC | One Indiana Sq Suite 3500 | Indianapolis | IN | 46204-2033 | |
| Preferred Sourcing LLC | Attn Randy Wagoner | VP of Finance | 3802 North 600 West Ste A | Greenfield | IN | 46140 | |
| Robert Bosch Corp & Affiliates | Gordon J Toering | Warner Nordcross & Judd Llp | 900 Fifth Third Ctr 111 Lyon St Nw | Grand Rapids | MI | 49503-2487 | |
| Semiconductor Components Llc | John Dawson John Harris S Goldberg | Quarles & Brady Streich Lang Llp | Renaissance One 2 N Central Ave | Phoenix | AZ | 85004-2391 | |
| Simpson Thacher & Bartlett | Attn Kenneth S Ziman | 425 Lexington Ave | | New York | NY | 10017 | |
| Source Electronics Corporation | Steven E Boyce | Sheehan Phinney Bass & Green Pa | 1000 Elm St PO Box 3701 | Manchester | NH | 03105 | |
| Sumida America Inc | Attn Joseph H Lemkin | Duane Morris LLP | 744 Broad Street Suite 1200 | Newark | NJ | 07102 | |
| Tawas Industries | Kennith R Karble | Braun Kendrick Finkerbeiner Plc | 4301 Fashion Square Blvd | Saginaw | MI | 48603 | |
| Textron Fastening Systems Inc | Tracy L Klestadt | Klestadt & Winters Llp | 292 Madison Ave 17th Fl | New York | NY | 10017-6314 | |
| Thyssenkrupp Budd Systems Llc | Mark A Shaiken | Stinson Morrison Hecker Llp | 1201 Walnut St | Kansas City | MO | 64106 | |
| Tricon Industries Inc | Attn Greg E Szilagyi Alex Pirogovsky | Ungaretti & Harris LLP | 3500 Three First National Plaza | Chicago | IL | 60602 | |
| United Auto Workers | Daniel Sherrick | 8000 E Jefferson Ave | | Detroit | MI | 48214 | |
| Viasystems Group Inc | Daniel J Weber | Daniel J Weber | 101 South Harley Rd Ste 400 | St Louis | MO | 63105 | |
| Visteon | Attn Alan J Schwartz | Jacob & Weingarten PC | 2301 W Big Beaver Road Suite 777 | Troy | MI | 48084 | |
| Wabash Technologies Inc | Richard Delaney | Bendall Delaney Hartburg Mcneely | 533 Warren St | Huntington | IN | 46750 | |

Delphi Corporation
Special Parties

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Wc Heraues | Peter A Clark | Mcdermott Will & Emery | 327 West Monroe St | Chicago | IL | 60606 | |
| Wireless Matrix Corporation | Gregg S Kleiner | Cooley Godward Kronish Llp | 101 California St 5th Fl | San Francisco | CA | 94111-5800 | |
| Worthington Steel Comp Michigan Inc | Tiffany Strelow Cobb Robert Bell Jr | Vorys Sater Seymour And Pease Llp | 52 East Gay St PO Box 1008 | Columbus | OH | 43215 | |
| Xm Satellite Radio Inc | Scott A Golden | Hogan & Hartson Llp | 875 Third Ave | New York | NY | 10022 | |
| Yazaki North America Inc | Attn James Harrington | Foley & Lardner LLP | 1 Detroit Ctr 500 Woodward Ave Ste 2700 | Detroit | MI | 48226-3489 | |

3 of 3

In re. Delphi Corporation et, al.
Case No. 05-44481 (RDD)

11/10/2008 3:34 PM
All DIP Special Parties Combined 080923

# SCHEDULE C

61406/2708040.1

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Angelo, Gordon & Co. | Leigh Walzer | 245 Park Avenue | 26th Floor | New York | NY | 10167 | 212-692-8251 | |
| APS Clearing, Inc. | Andy Leinhoff Matthew Hamilton | 1301 S. Capital of Texas Highway | Suite B-220 | Austin | TX | 78746 | 512-314-4416 | Counsel to APS Clearing, Inc. |
| Bingham McHale LLP | John E Taylor Michael J Alerding | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | 317-635-8900 | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |
| DaimlerChrysler Corporation | Kim Kolb | CIMS 485-13-32 | 1000 Chrysler Drive | Auburn Hills | MI | 48326-2766 | 248-576-5741 | Counsel to DaimlerChrysler Corporation; DaimlerChrylser Motors Company, LLC; DaimlerChrylser Canada, Inc. |
| Eckert Seamans Cherin & Mellott LLC | Michael G. Busenkell | 300 Delaware Avenue | Suite 1360 | Wilmington | DE | 19801 | 302-425-0430 | Counsel to Chicago Miniature Optoelectronic Technologies, Inc. |
| Gratz, Miller & Brueggeman, S.C. | Timothy C. Hall | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | 414-271-4500 | Counsel to International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Jason, Inc. | Beth Klimczak, General Counsel | 411 E. Wisconsin Ave | Suite 2120 | Milwaukee | WI | 53202 | | General Counsel to Jason Incorporated |
| Nix, Patterson & Roach, L.L.P. | Bradley E. Beckworth | 205 Linda Drive | | Daingerfield | TX | 75638 | 903-645-7333 | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Nix, Patterson & Roach, L.L.P. | Jeffrey J. Angelovich | 205 Linda Drive | | Daingerfield | TX | 75638 | 903-645-7333 | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Nix, Patterson & Roach, L.L.P. | Susan Whatley | 205 Linda Drive | | Daingerfield | TX | 75638 | 903-645-7333 | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

11/10/2008 3:29 PM
US Mail (31)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Norris, McLaughlin & Marcus | Elizabeth L. Abdelmasieh, Esq | 721 Route 202-206 | P.O. Box 1018 | Somerville | NJ | 08876 | 908-722-0700 | Counsel to Rotor Clip Company, Inc. |
| Paul, Weiss, Rifkind, Wharton & Garrison | Curtis J. Weidler | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | 212-373-3157 | Counsel to Ambrake Corporation; Akebono Corporation |
| Paul, Weiss, Rifkind, Wharton & Garrison | Justin G. Brass | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | 212-373-3000 | Counsel to Merrill Lynch, Pierce, Fenner & Smith, Incorporated |
| Pepper, Hamilton LLP | Linda J. Casey | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | 215-981-4000 | Counsel to SKF USA, Inc. |
| Professional Technologies Services | John V. Gorman | P.O. Box #304 | | Frankenmuth | MI | 48734 | 989-385-3230 | Corporate Secretary for Professional Technologies Services |
| Republic Engineered Products, Inc. | Joseph Lapinsky | 3770 Embassy Parkway | | Akron | OH | 44333 | 330-670-3004 | Counsel to Republic Engineered Products, Inc. |
| Ropers, Majeski, Kohn & Bentley | Christopher Norgaard | 515 South Flower Street | Suite 1100 | Los Angeles | CA | 90071 | 213-312-2000 | Counsel to Brembo S.p.A; Bibielle S.p.A., AP Racing |
| Ropes & Gray LLP | Gregory O. Kaden | One International Place | | Boston | MA | 02110-2624 | 617-951-7000 | Attorneys for D-J, Inc. |
| Sachnoff & Weaver, Ltd | Charles S. Schulman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | 312-207-1000 | Counsel to Infineon Technologies North America Corporation |
| Schafer and Weiner PLLC | Max Newman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | 248-540-3340 | Counsel to Dott Industries, Inc. |
| Shipman & Goodwin LLP | Jennifer L. Adamy Lloyd B. Sarakin - Chief Counsel, Finance and Credit | One Constitution Plaza | | Hartford | CT | 06103-1919 | 860-251-5811 | Counsel to Fortune Plastics Company of Illinois, Inc.; Universal Metal Hose Co. |
| Sony Electronics Inc. | | 1 Sony Drive | MD #1 E-4 | Park Ridge | NJ | 07656 | 201-930-7483 | Counsel to Sony Electronics, Inc. |
| Squire, Sanders & Dempsey L.L.P. | Eric Marcks | One Maritime Plaza | Suite 300 | San Francisco | CA | 94111-3492 | | Counsel to Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| | | | | | | | | Counsel to Bing Metals Group, Inc.; Gentral Transport International, Inc.; Crown Enerprises, Inc.; Economy Transport, Inc.; Logistics Insight Corp (LINC); Universal Am-Can, Ltd.; Universal Truckload Services, Inc. |
| Steinberg Shapiro & Clark | Mark H. Shapiro | 24901 Northwestern Highway | Suite 611 | Southfield | MI | 48075 | 248-352-4700 | Co-Counsel for David Gargis, Jimmy Mueller, and D. Keith Livingston |
| Thaler & Gertler LLP | Andrew M. Thaler Esq | 90 Merrick Ave Ste 400 | | East Meadow | NY | 11554 | 516-228-3533 | |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

11/10/2008 3:29 PM
US Mail (31)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Thelen Reid Brown Raysman & Steiner LLP | David A. Lowenthal | 875 Third Avenue | | New York | NY | 10022 | 212-603-2000 | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation and Oki Semiconductor Company |
| Togut, Segal & Segal LLP | Albert Togut, Esq. | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | Conflicts counsel to Debtors |
| Vorys, Sater, Seymour and Pease LLP | Robert J. Sidman, Esq. | 52 East Gay Street | P.O. Box 1008 | Columbus | OH | 43216-1008 | 614-464-6422 | Counsel to Electronic Data Systems Corp. and EDS Information Services, L.L.C. |
| Warner Stevens, L.L.P. | Michael D. Warner | 301 Commerce Street | Suite 1700 | Fort Worth | TX | 76102 | 817-810-5250 | Counsel to Toshiba America Electronic Components, Inc. |
| Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP | Lei Lei Wang Ekvall | 650 Town Center Drive | Suite 950 | Costa Mesa | CA | 92626 | 714-966-1000 | |
| WL Ross & Co., LLC | Stephen Toy | 1166 Avenue of the Americas | | New York | NY | 10036-2708 | 212-826-1100 | Counsel to WL Ross & Co., LLC |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

11/10/2008 3:29 PM
US Mail (31)