Judith Elkin (JE-4112)
**HAYNES AND BOONE, LLP**
1221 Avenue of the Americas
26th Floor
New York, NY 10020
Telephone: (212) 659-7300
Facsimile:  (212) 918-8989

Attorneys for Calyon New York Branch

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
                                                                    :
In re:                                                              :    Chapter 11
                                                                    :
DELPHI CORPORATION, *et al.*,                                       :    Case No.  05-44481 (RDD)
                                                                    :
                Debtors.                                            :    (Jointly Administered)
------------------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                       ) ss:
COUNTY OF NEW YORK     )

       Paul L. Fabsik, being duly sworn, deposes and says, that deponent is not a party to this action, is over 18 years of age and resides in New York City, New York:

       That on the 20th day of November, 2008 deponent served a copy of the Objection Of Calyon New York Branch To Debtors' Expedited Motion For Order (I) Supplementing January 5, 2007 DIP Refinancing Order And Authorizing Debtors To Enter Into And Implement Accommodation Agreement With Agent And Participating Lenders And (II) Authorizing Debtors To (A) Enter Into Related Documents And (B) Pay Fees In Connection Therewith to the persons on the attached Service List via facsimile.

H-21747_1.DOC

SEE ATTACHED SERVICE LIST

/s/ Paul L. Fabsik
Paul L. Fabsik

SWORN TO AND SUBSCRIBED before me on this 21st day of November, 2008 by Vivian Hwang.

/s/ Vivian Hwang
Notary Public in and for The State of New York

2

H-21747_1.DOC

## SERVICE LIST

| | |
|---|---|
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Attn: David M. Sherbin, Esq.<br>Via Facsimile: 248.813.2673 | Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606<br>Attn: John Wm. Butler, Jr., Esq.<br>Via Facsimile: 312.407.8501 |
| Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>Attn: Donald Bernstein, Esq.<br>Via Facsimile: 212.450.3092 | Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>Attn: Brian Resnick, Esq.<br>Via Facsimile: 212.450.3213 |
| Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022<br>Attn: Robert J. Rosenberg, Esq.<br>Via Facsimile: 212.859.4000 | Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022<br>Attn: Mark A. Broude, Esq.<br>Via Facsimile: 212.751.4864 |
| Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY 10004<br>Attn: Bonnie Steingart<br>Via Facsimile: 212.859.4000 | Office of the United States Trustee for the Southern District of New York<br>33 Whitehall Street<br>Suite 2100<br>New York, NY 10004<br>Attn: Brian Masumoto, Esq.<br>Via Facsimile: 212.668.2255 |

H-21747_1.DOC