DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 450-6501
Donald S. Bernstein (DB 6681)
Michael S. Flynn (MF 0505)
Brian M. Resnick (BR 4687)

*Counsel to JPMorgan Chase Bank, N.A., the Administrative Agent for the Amended and Restated Revolving Credit, Term Loan and Guaranty Agreement and a Lender Thereunder*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
                                      :
**In re:**                            :
                                      : **Chapter 11 Case No.**
                                      :
**DELPHI CORP., et al.,**             : **05-44481 (RDD)**
                                      :
                                      : **(Jointly Administered)**
                                      :
**Debtors.**                          :
------------------------------------- x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )   ss:
COUNTY OF NEW YORK   )

   Andrea J. Gildea, being duly sworn, deposes and says:

   1.   I am not a party to this action, I am over eighteen years of age and I am employed by the law firm of Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017.

2.  That on the 21st day of November, 2008, I caused a true and correct copy of the JPMorgan Chase Bank, N.A.'s Response To The Tranche C Collective's Response To Debtors' Motion To Supplement Dip Financing Order And Approve Accommodation Agreement to be filed and served via the Electronic Court Filing system.

3.  I further declare that on the 21st day of November, 2008, I caused copies of the above-referenced pleading to be served by overnight mail to the parties listed in the attached Exhibit A.

Dated:   New York, New York
         November 22, 2008

/s/ Andrea J. Gildea
Andrea J. Gildea

Sworn to before me this
22nd day of November, 2008.

Jean M. Doherty
Notary Public

JEAN M. DOHERTY
Notary Public, State of New York
No. 24-4797952
Qualified in Kings County
Cert. Filed in New York County
Commission Expires Aug. 31, 2009

# Exhibit A

| | |
|---|---|
| Delphi Corporation<br>Attention: General Counsel | 5725 Delphi Drive<br>Troy, Michigan 48098 |
| Cooley Godward Kronish LLP<br>Attention: Ronald R. Sussman | 1114 Avenue of the Americas<br>New York, NY 10036 |
| Winston & Strawn LLP<br>Attention: David Neier | 200 Park Avenue<br>New York, New York 10166 |
| Haynes And Boone, LLP<br>Attention: Judith Elkin | 1221 Avenue of the Americas 26th Floor New York, NY 10020 |
| Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>Attention: Susheel Kirpalani | 51 Madison Avenue, 22nd Floor<br>New York, New York 10010 |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Attention: John Wm. Butler, Jr., Esq. | 333 West Wacker Drive<br>Suite 2100<br>Chicago, Illinois 60606 |
| Latham & Watkins LLP<br>Attention: Mark A. Broude | 885 Third Avenue<br>New York, New York 10022 |
| Fried, Frank, Harris, Shriver & Jacobson LLP<br>Attention: Bonnie Steingart | One New York Plaza<br>New York, New York 10004 |
| The Office of the United States Trustee for the Southern District of New York<br>Attention: Brian Masumoto | 33 Whitehall Street<br>Suite 2100<br>New York, New York 10004 |