05-44481-rdd    Doc 14489-1    Filed 11/24/08    Entered 11/24/08 13:51:03    Exhibit A
Pg 1 of 1

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Thirty-First Omnibus Claims Objection

## EXHIBIT A - UNTIMELY EQUITY CLAIM

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ROBERT W ANDERSON<br>ESTATE OF ANNE M ANDERSON<br>PERSONAL REPRESENTATIVE<br>14611 MCGUIRE ST<br>TAYLOR, MI 48180-4433 | 16824 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/29/2008 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | 1 | | UNL | | |

\*    "UNL" denotes an unliquidated claim.