**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Thirty-First Omnibus Claims Objection**

## EXHIBIT B-2 - UNTIMELY BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | 16386 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$168,862.08<br>$168,862.08 | 10/24/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| RALPH E TOLLIVER<br>4229 COLUMBIA RD<br>MEDINA, OH 44256 | 16826 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$477.34<br>$477.34 | 09/08/2008 | DELPHI CORPORATION (05-44481) |

Total:    2                   $169,339.42