**EXHIBIT B-3 - BOOKS AND RECORDS TAX CLAIM THAT IS SUBJECT TO PRIOR ORDER ***

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ERIE COUNTY TREASURER<br>247 COLUMBUS AVE STE 115<br>SANDUSKY, OH 44870 | 11372 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $218,106.97<br><br><br><br>$218,106.97 | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| **Total:** | **1** | | **$218,106.97** | | |

\* The asserted and docketed Debtor, classification, and amount is as asserted in the proof of claim filed with the Court. However, the proof of claim on this Exhibit has been ordered modified with respect to the Debtor and amount pursuant to a prior order on an omnibus claims objection. This Exhibit does not reflect the Debtor, classification, and amount as modified in the prior order.