**In re Delphi Corporation, et al.**

**Thirty-First Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT C - UNTIMELY CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| GERALDINE R CATCHINGS HOLMES<br>6723 BARBADOS DR<br>HOUSTON, TX 77088 | 16823 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $26,573.61<br><br><br>$26,573.61 | 07/01/2008 | DELPHI CORPORATION (05-44481) |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 16822 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $4,123.19<br><br>$621.56<br>$4,744.75 | 05/13/2008 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |

**Total:**    **2**      **$31,318.36**