**EXHIBIT D - MODIFIED CLAIMS ASSERTING RECLAMATION THAT ARE SUBJECT TO PRIOR ORDERS**\*\*

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10703<br>Date Filed: 07/25/2006<br>Docketed Total: $ 1,380,747.26<br>Filing Creditor Name and Address:<br>CAROLINA FORGE COMPANY LLC EFT<br>PO BOX 370<br>WILSON, NC 27893 | Claim Holder Name and Address<br>JPMORGAN CHASE BANK NA<br>270 PARK AVE 17TH FL<br>NEW YORK, NY 10017 | Docketed Total: | | $1,380,747.26 | | Modified Total: | | $1,110,146.77 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$197,519.25 | Unsecured<br>$1,183,228.01 | Case Number*<br>05-44640 | Secured | Priority<br>$197,519.25 | Unsecured<br>$912,627.52 |
| | | | $197,519.25 | $1,183,228.01 | | | $197,519.25 | $912,627.52 |
| Claim: 2350<br>Date Filed: 03/21/2006<br>Docketed Total: $ 222,736.28<br>Filing Creditor Name and Address:<br>FEDERAL SCREW WORKS<br>20229 9 MILE RD<br>SAINT CLAIR SHORES, MI 48080-1775 | Claim Holder Name and Address<br>FEDERAL SCREW WORKS<br>20229 9 MILE RD<br>SAINT CLAIR SHORES, MI 48080-1775 | Docketed Total: | | $222,736.28 | | Modified Total: | | $211,647.27 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$4,013.35 | Unsecured<br>$218,722.93 | Case Number*<br>05-44640 | Secured | Priority<br>$4,013.35 | Unsecured<br>$207,633.92 |
| | | | $4,013.35 | $218,722.93 | | | $4,013.35 | $207,633.92 |
| Claim: 1787<br>Date Filed: 02/06/2006<br>Docketed Total: $ 596,771.49<br>Filing Creditor Name and Address:<br>UNIVERSAL BEARINGS INC<br>PO BOX 38<br>BREMEN, IN 46506 | Claim Holder Name and Address<br>GOLDMAN SACHS CREDIT PARTNERS LP<br>C/O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY, NJ 07302 | Docketed Total: | | $596,771.49 | | Modified Total: | | $435,247.55 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$132,614.03 | Unsecured<br>$464,157.46 | Case Number*<br>05-44640 | Secured | Priority<br>$1,391.72 | Unsecured<br>$433,855.83 |
| | | | $132,614.03 | $464,157.46 | | | $1,391.72 | $433,855.83 |
| | | | | | **Total Claims To Be Modified: 3**<br>**Total Amount As Docketed: $2,200,255.03**<br>**Total Amount As Modified: $ 1,757,041.59** | | | |

\*   See Exhibit E for a listing of debtor entities by case number.

\*\*  The asserted and docketed Debtor, classification, and amount reflected in the "Claim As Docketed" column on this Exhibit is as asserted in the proof of claim filed with the Court. However, each proof of claim on this Exhibit has been ordered modified with respect to the Debtor and/or classification and/or amount pursuant to prior omnibus claims objection orders. This Exhibit does not reflect the Debtor, classification, and amount as modified in prior omnibus claims objections orders.