SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

      - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti
Thomas J. Matz (

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
      In re                                   :    Chapter 11
                                              :
DELPHI CORPORATION, et al.,                   :    Case No. 05-44481 (RDD)
                                              :
                          Debtor.             :    (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF ASSUMPTION AND/OR ASSIGNMENT OF EXECUTORY
CONTRACT OR UNEXPIRED LEASE TO QUALIFIED BIDDERS
IN CONNECTION WITH SALE OF EXHAUST BUSINESS

PLEASE TAKE NOTICE THAT:

          1.          Pursuant to the Order Under 11 U.S.C. § 363 And 1123 And Fed. R.

Bankr. P. 2002 And 9014 (I) Approving Bidding Procedures, (II) Granting Certain Bid

Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale

Hearing Date In Connection With Sale Of Exhaust Business (the "Bidding Procedures

Order") entered by the United States Bankruptcy Court for the Southern District of New York

(the "Bankruptcy Court") on _____, 2008, Delphi Corporation ("Delphi") and certain

of its affiliates, including certain affiliated chapter 11 Debtors as set forth in the Agreement

(the "Selling Debtor Entities")[1] have entered into a Master Sale And Purchase Agreement (the

"Agreement") with Bienes Turgon S.A. de C.V. and certain of its affiliates (the "Buyers") for

the purchase of substantially all of the assets (the "Acquired Assets") exclusively used in the

exhaust emissions business of Delphi (the "Exhaust Business").

      2.      Pursuant to the Bidding Procedures set forth in the Bidding Procedures

Order, the following parties, in addition to the Buyers, have submitted Qualified Bids for the

Acquired Assets and will participate in an Auction to be held on December 11, 2008 at the

offices of Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Chicago,

Illinois 60606, or such later time or other place as the Selling Debtor Entities will notify all

Qualified Bidders who have submitted Qualified Bids (but in no event later than the second

Business Day prior to the Sale Hearing).

| Qualified Bidders |
|---|
|  |
|  |

      3.      Pursuant to the terms of the Agreement (or any asset sale and purchase

agreement that the Selling Debtor Entities may enter into with the Successful Bidder), the

Selling Debtor Entities will seek to assume and assign the prepetition contracts (the

"Assumed U.S. Contracts") listed on Exhibit 1 hereto to the Buyers or the Successful Bidder,

as case may be, subject to approval at the hearing to be held at 10:00 a.m. (prevailing Eastern

time) on December 17, 2008 (the "Sale Hearing") before the Honorable Robert D. Drain,

---

[1]      Under the Agreement, the Selling Debtor Entities are comprised of Delphi Automotive Systems LLC, Delphi Technologies, Inc., and Delphi Corporation. Certain assets will be sold under the Agreement by non-Debtor affiliates of the Selling Debtor Entities listed on Schedule 1 to the Agreement. The Selling Debtor Entities and the selling non-Debtor affiliates are collectively referred to as the "Sellers."

United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of

New York, One Bowling Green, Room 610, New York, New York 10004.

       4.     Objections, if any, to the assumption and assignment of an Assumed

U.S. Contract to a Qualified Bidder, who may ultimately become the Successful Bidder, must

(a) be in writing, (b) state with specificity the reasons for such objection, (c) conform to the

Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District

of New York, and the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R.

Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain

Notice, Case Management, And Administrative Procedures, entered March 20, 2006 (Docket

No. 2883), and the Twelfth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And

Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And

Certain Notice, Case Management, And Administrative Procedures, entered July 23, 2008

(Docket No. 13965), (d) be filed with the Bankruptcy Court in accordance with General

Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system

must file electronically, and all other parties-in-interest must file on a 3.5 inch disk

(preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based

word processing format), (e) be submitted in hard-copy form directly to the chambers of the

Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court

for the Southern District of New York, One Bowling Green, Room 610, New York, New

York 10004, and (f) be served in hard-copy form <u>so that they are actually received</u> two days

prior to the Sale Hearing by (i) Delphi Automotive Systems LLC, 5725 Delphi Drive, Troy,

Michigan 48098 (Att'n: Legal Staff), (ii) Delphi Corporation, 5725 Delphi Drive, Troy,

Michigan 48098 (Att'n: Deputy General Counsel, Transactional & Restructuring), (iii)

counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker

Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: Ron E. Meisler and Allison K. Verderber

Herriott), (iv) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Donald Bernstein and Brian Resnick), (v) counsel for the official committee of unsecured creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), (vi) counsel for the official committee of equity security holders, Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004 (Att'n: Bonnie Steingart), (vii) counsel for the Buyers, Butzel Long, Stoneridge West, 41000 Woodward Avenue, Bloomfield Hills, Michigan 48304 (Att'n Michael F. Golab), and (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n:  Brian Masumoto).

       5.      If an objection to the assumption and assignment of an Assumed U.S. Contract to any Qualified Bidder set forth above is timely filed and received, a hearing with respect to the objection will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004, at the Sale Hearing or such other date and time as the Court may schedule.  If no objection is timely filed and received, the non-Debtor counterparty to the Assumed U.S. Contract will be deemed to have consented to the assumption and assignment of the Assumed U.S. Contract to a Qualified Bidder that is selected as the Successful Bidder and will be forever barred from asserting any other claims as to such Assumed U.S. Contract, including, but not limited to, the propriety or effectiveness of the assumption and assignment of the Assumed U.S. Contract, against the Selling Debtor Entities or the Successful Bidder, or the property of either of them.

       6.      The Selling Debtor Entities assert that pursuant to 11 U.S.C. § 365, there is adequate assurance that the Cure Amount set forth on Exhibit E to the Motion will be paid in accordance with the terms of the Sale Approval Order.  Further, the Selling Debtor

Entities assert that there is adequate assurance of the Qualified Bidders' future performance under the executory contract or unexpired lease to be assumed and assigned because of the significant resources of the Qualified Bidders.

       7.       Prior to the Closing Date, the Selling Debtor Entities may revise their decision with respect to the assumption and/or assignment of any Assumed U.S. Contract and provide a new notice amending the information provided in this notice.

Dated:  New York, New York
       _____, 2008

       SKADDEN, ARPS, SLATE, MEAGHER
        & FLOM LLP

   By: _____
      John Wm. Butler, Jr.
      John K. Lyons
      Ron E. Meisler
   333 West Wacker Drive, Suite 2100
   Chicago, Illinois  60606
   (312) 407-0700

       - and -

   By:_____
      Kayalyn A. Marafioti
      Thomas J. Matz
   Four Times Square
   New York, New York 10036
   (212) 735-3000

   Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession