IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                   :

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

     I, Darlene Calderon, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

     On November 21, 2008, I caused to be served the document listed below upon the parties listed on Exhibit A hereto via overnight mail:

     Debtors' Omnibus Reply in Support of Accommodation Motion and Response to Tranche C Collective's Cross-Motion Pursuant to 11 U.S.C. §§ 105(a), 361, 363(e), and 1107(a) for Adequate Protection (Docket No. 14481)

Dated: November 26, 2008

                                                            */s/ Darlene Calderon*
                                                                Darlene Calderon

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 26th day of November, 2008, by Darlene Calderon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: */s/ L. Maree Sanders*

Commission Expires: *10/1/09*

# EXHIBIT A

Delphi Corporation
Response Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Davis, Polk & Wardwell | Donald Bernstein, Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092, 212-450-4213 | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | Debtors |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler, Bonnie Steingart, Vivek Melwani, Jennifer L Rodburg, Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | Counsel to Equity Security Holders Committee |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | Postpetition Administrative Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | Counsel to Official Committee of Unsecured Creditors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | Counsel to the Debtor |
| United States Trustee | Brian Masumoto | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | Counsel to United States Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

11/24/2008 8:10 PM
Response Service List 080915

Delphi Corporation
Special Parties

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| A Shulman Inc | Carrie M Caldwell | Vorys Sater Seymour And Pease Llp | 2100 One Cleveland Ctr 1375 E 9th S | Cleveland | OH | 44114 | |
| Ad Hoc Commit Prepetit Lend Dk Acq | Allan Brilliant E Grillo B Harvey | Goodwin Procter Llp | 599 Lexington Ave | New York | NY | 10022 | |
| Administrative Agent Pre Secured Le | B Angiolilo K Ziman W Russell Jr | Simpson Thacher & Bartlett Llp | 425 Lexington Ave | New York | NY | 10017 | |
| Agfa Gevaert Nv | Jonathan R Doolittle | Verrill Dana Llp | One Portland Square | Portland | ME | 04112 | |
| American Axle & Manufacturing Inc | Robert J Diehl Jr Ralph E Mcdowell | Bodman Llp | 100 Renaissance Ctr 34th Fl | Detroit | MI | 48243 | |
| Android Industries Inc | Attn Daniel J Weiner | Schafer & Weiner PLLC | 40950 Woodward Ave Suite 100 | Bloomfield Hills | MI | 48304 | |
| Arc Automotive | Alan Halperin Christopher Battaglia | Halperin Battaglia Raicht Llp | 555 Madison Ave 9th Fl | New York | NY | 10022 | |
| Arneses Electronics Auto Cordaflex | Deborah M Buell | Cleary Gottlieb Steen & Hamilton | One Liberty Plaza | New York | NY | 10006 | |
| Autocam Corporation | John T Gregg Esq | Barnes & Thornburg Llp | 300 Ottawa Ave Nw Ste 500 | Grand Rapids | MI | 49503 | |
| Autoliv North America Inc | Anthony Nellis | Ryan Wolf | 5350 Airport Rd | Ogden | UT | 84405 | |
| Autoliv North America Inc | Attn Steve LaPlante | Miller Canfield Paddock and Stone PLC | 150 West Jefferson Suite 2500 | Detroit | MI | 48226 | |
| Automodular Assemblies Inc | Attn David Adler Brian F Moore | McCarter & English LLP | 245 Park Ave | New York | NY | 10167 | |
| Barnes & Thornburg LLP | Attn Michael McCory Mark Owens | Howard County | 11 S Meridian St | Indianapolis | IN | 46204 | |
| Benteler Automotive Corp | Thomas P Sarb | Miller Johnson 250 Monroe Ave | Nw Ste 800 PO Box 306 | Grand Rapids | MI | 49501-0306 | |
| Bingham McCutchen LLP | Hillary A Pelletier | One Federal Street | | Boston | MA | 02110-1726 | |
| Calsonic Kansei Corporation | Attn Roger G Jones | Boult Cummings Conners & Berry PLC | 1600 Division Street Suite 700 PO Box 340025 | Nashville | TN | 37203 | |
| Cami Automotive | Susan Nicholson Esq | Susan Nicholson Esq | 300 Ingersoll St PO Box 1005 | Ingersoll | ON | N5C4A6 | CA |
| Cohen Weiss & Simon LLP | Joseph J Vitale  Bruce Simon  Babette Ceccotti | 330 West 42nd Street | | New York | NY | 10036 | |
| Dekko Stamping Pent Tech Dekko Tech | Martin E Seifert | Haller & Colvin Pc | 444 East Main St | Fort Wayne | IN | 46802 | |
| Denso International America Inc | Attn Marc E Richards | Blank Rome LLP | 405 Lexington Avenue | New York | NY | 10174 | |
| Equistar Chemicals | Attn Mark S Finkelstein | Shannon Martin Finkelstein & Alvarado PC | 2400 Two Houston Center 909 Fannin Street | Houston | TX | 77010 | |
| Essex Group | Michael R Seidl | Pachulski Stang Ziehl Young Jones | 919 North Market St 17th Fl | Wilmington | DE | 19801 | |
| Federal Mogul Corporation | Jonathan Gordon | Sidley Austin Brown & Wood Llp | 555 West Fifth St | Los Angeles | CA | 90013 | |
| Forhealth Technologies Inc | John G Loughnane | Mccarter & English Llp | 225 Franklin St | Boston | MA | 02110 | |
| Freescale Semiconductor Inc | Sandra A Riemer Canadice Frost | Phillips Nizer Llp | 666 Fifth Ave | New York | NY | 10103-0084 | |
| Fujikura America Inc Murata Elect | Paul M Baisier Robert W Dremluk | Seyfarth Shaw Llp | 1270 Ave Of The Americas Ste 2500 | New York | NY | 10020-1801 | |
| Furukawa Electric North America Adp | Michael S Mcelwee | Michael S Mcelwee | 333 Bridge St Nw Ste 1700 | Grand Rapids | MI | 49504 | |
| General Electric Company/ Metaldyne Corporation/ Pbr Columbia Llc / Yazaki North America Inc | David G Dragich | Foley & Lardner Llp | 1 Detroit Ctr 500 Woodward Ave Ste 2700 | Detroit | MI | 48226 | |
| General Motors Corporation | M Bienenstock M Kessler J Tanenbaum | Weil Gotshal & Manges Llp | 767 Fifth Ave | New York | NY | 10153-0119 | |
| General Motors Corporation | Attn Peter D Isakoff | Weil Gotshal & Manges LLP | 1300 Eye Street NW Suite 900 | Washington | DC | 20005 | |
| Gibbs Die Casting Corporation | Michael K Mccrory Wendy D Brewer | Barnes & Thornburg Llp | 11 S Meridian St | Indianapolis | IN | 46204 | |
| Gw Plastics Inc | J Eric Charlton | Hiscock & Barclay | One Pk Pl PO Box 4878 | Syracuse | NY | 13221 | |
| Harco Industries Inc | Ronald S Pretekin | Coolidge Wall | 33 West First St Ste 600 | Dayton | OH | 45402 | |
| Hayes Lemmerz Intl Inc & Lear Corp | Attn Ralph E McDowell | Bodman LLP | 100 Renaissance Ctr | Detroit | MI | 48243 | |
| Hewlett Packard | Andrew H Sherman | Sills Cummins Epstein & Gross | One Riverfront Plaza | Newark | NJ | 07102 | |
| Hitachi Automotive Products Usa Inc | Brian D Spector Esq | Spector & Ehrenworth Pc | 30 Columbia Turnpike | Florham Pk | NJ | 07932 | |
| Honda Entities | Cherie Macdonald J Patrick Bradley | Greensfelder Hemker & Gale Pc | 12 Wolf Creek Dr Ste 100 | Swansea | IL | 62226 | |
| Honda Entities | Robert J Sidman Robert A Bell | Vorys Sater Seymour And Pease Llp | 52 East Gay St PO Box 1008 | Columbus | OH | 43215 | |
| Ideal Tool | Attn James R Walczak | 100 State Street | Suite 700 | Erie | PA | 16507-1459 | |

In re. Delphi Corporation et, al.
Case No. 05-44481 (RDD)

Page 1 of 3

11/24/2008 7:46 PM
All DIP Special Parties Combined 081117

Delphi Corporation
Special Parties

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Isi Of Indiana | Michael J Hebenstreit | Whitman Hebenstreit Zubek Ste 2000 | Market Square Ctr 151 N Delaware St | Indianapolis | IN | 46204 | |
| Itapsa Sa De Cv | Robert J Taylor | Kane Russell Coleman & Logan Pc | 3700 Thanksgiving Tower 1601 Elm St | Dallas | TX | 75201 | |
| IUE CWA | James D Clark  Peter Mitchell | 501 Third St NW | Sixth Fl | Washington | DC | 20001 | |
| Kaiser Aluminum & Chemical Corp | Timothy Mehok | Heller Ehrman Llp | 7 Times Square | New York | NY | 10036-6524 | |
| Kelley Drye | Craig A Wolfe | 101 Park Ave | | New York | NY | 10178-0002 | |
| Kennedy Jennick & Murray PC | Thomas Kennedy | 113 University Place | 7th Floor | New York | NY | 10003 | |
| Lorentson Manuf Comp SW Kokomo | Michael A Trentadue Carina M de la Torre | Bose Mckinney & Evans LLP | 111 Monument Circle Ste 2700 | Indianapolis | IN | 46204 | |
| Magna International Group | Max Newman | Schafer & Weiner Pllc | 40950 Woodward Ave Ste 100 | Bloomfield Hills | MI | 48304 | |
| Magna International Inc And Certain Of Its Affiliates | Sanford P Rosen Kenneth M Lewis | Sanford P Rosen & Associates Pc | 747 Third Ave | New York | NY | 10017 | |
| Means Industries Inc | Michael Yetnikoff | Schiff Hardin Llp | 6600 Sears Tower | Chicago | IL | 60606 | |
| Methode Electronics Inc | Attn Timothy S McFadden | Lord Bissell & Brook LLP | 111 South Wacker Drive | Chicago | IL | 60606 | |
| Mid American Products | Mark H Shapiro | Steinberg Shapiro & Clark | 24901 Northwest Hwy Ste 611 | Southfield | MI | 48075 | |
| Morgan Advanced Ceramics Inc | Attn Paul M Rosenblatt | Kilpatrick Stockton LLP | 1100 Peachtree Street Suite 2800 | Atlanta | GA | 30309-4530 | |
| Multek Flexible Circuit Sheldahl MX | Northfield Acquisition Co | Steven J Reisman Curtis Mallet Prev | 101 Pk Ave | New York | NY | 10178-0061 | |
| National Molding Corp Sec Plas Div | Kenneth A Reynolds NMC | Pryor & Mandelup Llp | 675 Old Country Rd | Westbury | NY | 11590 | |
| Newman Aluminum Automotive Impact E | John S Mairo Brett S Moore | Porzio Bromberg & Newman Pc | 156 West 56th St | New York | NY | 10019 | |
| Norsk Hydro Canada Inc | Patricia A Borenstein | Miles & Stockbridge Pc | 10 Light St | Baltimore | MD | 21202 | |
| Omega Tool Corp L&w Engineering Co Southtec Llc Dott Industries Inc Alps Automotive Inc Pioneer Automotive Technologies Inc Lakeside Plastics Limited Android Industries Inc Ai Doraville Llc And Ai Genesee Llc | Sanford P Rosen Kenneth M Lewis | Sanford P Rosen & Associates Pc | 747 Third Ave | New York | NY | 10017-2803 | |
| Pension Benefit Guaranty Corp | Karen L Morris | Deputy Chief Counsel | 1200 K Street NW Ste 340 | Washington | DC | 20005 | |
| Pension Benefit Guaranty Corp | Merrill Stone M Bane M Somerstein | Kelley Drye & Warren Llp | 101 Pk Ave | New York | NY | 10178 | |
| Power & Signal Group | John J Monaghan | Holland & Knight Llp | 10 St James Ave | Boston | MA | 02116 | |
| Preferred Sourcing LLC | Attn John R Humphrey | Sommer Barnard Attorneys PC | One Indiana Sq Suite 3500 | Indianapolis | IN | 46204-2033 | |
| Preferred Sourcing LLC | Attn Randy Wagoner | VP of Finance | 3802 North 600 West Ste A | Greenfield | IN | 46140 | |
| Quinn Emanuel Urquhart Oliver Hedge | Susheel Kirpalani | 51 Madison Ave 22nd Floor | | New York | NY | 10010 | |
| Robert Bosch Corp & Affiliates | Gordon J Toering | Warner Nordcross & Judd Llp | 900 Fifth Third Ctr 111 Lyon St Nw | Grand Rapids | MI | 49503-2487 | |
| Semiconductor Components Llc | John Dawson John Harris S Goldberg | Quarles & Brady Streich Lang Llp | Renaissance One 2 N Central Ave | Phoenix | AZ | 85004-2391 | |
| Simpson Thacher & Bartlett | Attn Kenneth S Ziman | 425 Lexington Ave | | New York | NY | 10017 | |
| Source Electronics Corporation | Steven E Boyce | Sheehan Phinney Bass & Green Pa | 1000 Elm St PO Box 3701 | Manchester | NH | 03105 | |
| Sumida America Inc | Attn Joseph H Lemkin | Duane Morris LLP | 744 Broad Street Suite 1200 | Newark | NJ | 07102 | |
| Tawas Industries | Kennth R Karble | Braun Kendrick Finkerbeiner Plc | 4301 Fashion Square Blvd | Saginaw | MI | 48603 | |
| Textron Fastening Systems Inc | Tracy L Klestadt | Klestadt & Winters Llp | 292 Madison Ave 17th Fl | New York | NY | 10017-6314 | |
| Thyssenkrupp Budd Systems Llc | Mark A Shaiken | Stinson Morrison Hecker Llp | 1201 Walnut St | Kansas City | MO | 64106 | |
| Tricon Industries Inc | Attn Greg E Szilagyi Alex Pirogovsky | Ungaretti & Harris LLP | 3500 Three First National Plaza | Chicago | IL | 60602 | |
| United Auto Workers | Daniel Sherrick | 8000 E Jefferson Ave | | Detroit | MI | 48214 | |
| Viasystems Group Inc | Daniel J Weber | Daniel J Weber | 101 South Harley Rd Ste 400 | St Louis | MO | 63105 | |
| Visteon | Attn Alan J Schwartz | Jacob & Weingarten PC | 2301 W Big Beaver Road Suite 777 | Troy | MI | 48084 | |
| Wabash Technologies Inc | Richard Delaney | Bendall Delaney Hartburg Mcneely | 533 Warren St | Huntington | IN | 46750 | |

In re. Delphi Corporation et, al.
Case No. 05-44481 (RDD)

Page 2 of 3

11/24/2008 7:46 PM
All DIP Special Parties Combined 081117

Delphi Corporation
Special Parties

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Wc Heraues | Peter A Clark | Mcdermott Will & Emery | 327 West Monroe St | Chicago | IL | 60606 | |
| Winston & Strawn LLP | David Neier | 200 Park Ave | | New York | NY | 10166-4193 | |
| Wireless Matrix Corporation | Gregg S Kleiner | Cooley Godward Kronish Llp | 101 California St 5th Fl | San Francisco | CA | 94111-5800 | |
| Worthington Steel Comp Michigan Inc | Tiffany Strelow Cobb Robert Bell Jr | Vorys Sater Seymour And Pease Llp | 52 East Gay St PO Box 1008 | Columbus | OH | 43215 | |
| Xm Satellite Radio Inc | Scott A Golden | Hogan & Hartson Llp | 875 Third Ave | New York | NY | 10022 | |
| Yazaki North America Inc | Attn James Harrington | Foley & Lardner LLP | 1 Detroit Ctr 500 Woodward Ave Ste 2700 | Detroit | MI | 48226-3489 | |

In re. Delphi Corporation et, al.
Case No. 05-44481 (RDD)

Page 3 of 3

11/24/2008 7:46 PM
All DIP Special Parties Combined 081117