DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 450-6501
Donald S. Bernstein (DB 6681)
Michael S. Flynn (MF 0505)
Brian M. Resnick (BR 4687)

*Counsel to JPMorgan Chase Bank, N.A., the Administrative Agent for the Amended and Restated Revolving Credit, Term Loan and Guaranty Agreement and a Lender Thereunder*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| **DELPHI CORP., et al.,** | 05-44481 (RDD) |
| | (Jointly Administered) |
| **Debtors.** | |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                              )   ss:
COUNTY OF NEW YORK  )

Andrea J. Gildea, being duly sworn, deposes and says:

1. I am not a party to this action, I am over eighteen years of age and I am employed by the law firm of Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017.

    2. That on the 30th day of November, 2008, I caused a true and correct copy of JPMorgan Chase Bank, N.A.'s Response to the Supplemental Objection of Tranche C Collective in Response to Debtors' Revised Accommodation Agreement to be filed and served via the Electronic Court Filing system.

    3. I further declare that on the 2nd day of December, 2008, I caused copies of the above-referenced pleading to be served by overnight mail to the parties listed in the attached Exhibit A.

Dated: New York, New York
    December 2, 2008

            /s/ Andrea J. Gildea
              Andrea J. Gildea

Sworn to before me this
2nd day of December, 2008.

_____
Marguerite M. Melvin
Notary Public, State of New York
No. 01ME6114050
Qualified in NY Country
Commission Expires Aug. 16, 2012

# Exhibit A

| | |
|---|---|
| Delphi Corporation<br>Attention: General Counsel | 5725 Delphi Drive<br>Troy, Michigan 48098 |
| Cooley Godward Kronish LLP<br>Attention: Ronald R. Sussman | 1114 Avenue of the Americas<br>New York, NY 10036 |
| Winston & Strawn LLP<br>Attention: David Neier | 200 Park Avenue<br>New York, New York 10166 |
| Haynes And Boone, LLP<br>Attention: Judith Elkin | 1221 Avenue of the Americas 26th<br>Floor New York, NY 10020 |
| Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>Attention: Susheel Kirpalani | 51 Madison Avenue, 22nd Floor<br>New York, New York 10010 |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Attention: John Wm. Butler, Jr., Esq. | 333 West Wacker Drive<br>Suite 2100<br>Chicago, Illinois 60606 |
| Latham & Watkins LLP<br>Attention: Mark A. Broude | 885 Third Avenue<br>New York, New York 10022 |
| Fried, Frank, Harris, Shriver & Jacobson LLP<br>Attention: Bonnie Steingart | One New York Plaza<br>New York, New York 10004 |
| The Office of the United States Trustee<br>for the Southern District of New York<br>Attention: Brian Masumoto | 33 Whitehall Street<br>Suite 2100<br>New York, New York 10004 |