**QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP**
Susheel Kirpalani (SK-8926)
James C. Tecce (JT-5910)
Scott C. Shelley (SS-1013)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Counsel To Tranche C Collective Of DIP Lenders*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
In re:                                                     :
                                                           :  Chapter 11
DELPHI CORP., ET AL.,                                      :  Case No.  05-44481 (RDD)
                                                           :  Jointly Administered
                                       Debtors.            :
---------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, Harrison Denman, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that on November 28, 2008, I caused a true and correct copy of the following pleading to be served by electronic mail to all persons and entities to have formally appeared and requested service in these cases, which e-mail addresses are attached hereto as Schedule A:

1)    Supplemental Objection Of Tranche C Collective In Response To Debtors' Revised Accommodation Agreement (Docket No. 14501).

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  December 3, 2008
New York, New York

/s/ Harrison Denman
HARRISON DENMAN

SCHEDULE A

rstark@brownrudnick.com; cp@stevenslee.com; cs@stevenslee.com; altogut@teamtogut.com; mwarner@warnerstevens.com; harvey.miller@weil.com; jeff.tanenbaum@weil.com; martin.bienenstock@weil.com; bsimon@cwsny.com; sreisman@cm-p.com; donald.bernstein@dpw.com; brian.resnick@dpw.com; sean.p.corcoran@delphi.com; karen.j.craft@delphi.com; cschiff@flextronics.com; paul.anderson@flextronics.com; trey.chambers@freescale.com; rodbuje@ffhsj.com; sliviri@ffhsj.com; randall.eisenberg@fticonsulting.com; valerie.venable@ge.com; lhassel@groom.com; sgross@hodgsonruss.com; fgorman@honigman.com; rweiss@honigman.com; mariaivalerio@irs.gov; bderrough@jefferies.com; richard.duker@jpmorgan.com; gianni.russello@jpmorgan.com; gnovod@kramerlevin.com; tmayer@kramerlevin.com; sbetance@kccllc.com; robert.rosenberg@lw.com; daniel.fisher@lawdeb.com; patrick.healy@lawdeb.com; dcleary@mwe.com; jdejonker@mwe.com; mkhambati@mwe.com; conh@mctiguelaw.com; bmctigue@mctiguelaw.com; bmctigue@mctiguelaw.com; lszlezinger@mesirowfinancial.com; gbray@milbank.com; tkreller@milbank.com; jtill@milbank.com; jmoldovan@morrisoncohen.com; newyork@sec.gov; william.dornbos@oag.state.ny.us; rsiegel@omm.com; tjerman@omm.com; landy.ralph@pbgc.gov; morris.karen@pbgc.gov; menke.john@pbfgc.gov; bangert.beth@pbgc.gov; efile@pbgc.gov; sriemer@phillipsnizer.com; david.resnick@us.rothschild.com; rdremluk@seyfarth.com; dbartner@shearman.com; jfrizzley@shearman.com; kziman@stblaw.com; rtrust@stblaw.com; wrussell@stblaw.com; jbutler@skadden.com; jlyonsch@skadden.com; rmeisler@skadden.com; kmarafio@skadden.com; tmatz@skadden.com; ddoyle@spencerfane.com; nfranke@spencerfane.com; michael.kessler@weil.com; scimalore@wilmingtontrust.com; adalberto@canadas.com; javanzato@apslaw.com; david.boyle@airgas.com; bkessinger@akebono-usa.com; ddunn@akingump.com; idizengoff@akingump.com; pgurfein@akingump.com; mgreger@allenmatkins.com; craig.freeman@alston.com; dconnolly@alston.com; dwender@alston.com; steven.keyes@aam.com; gogimalik@andrewskurth.com; lwalzer@angelogordon.com; mtf@afrct.com; jorenstein@aoblaw.com; aleinoff@amph.com; Cohen.Mitchell@arentfox.com; Hirsh.Robert@arentfox.com; dladdin@agg.com; joel_gross@aporter.com; cgalloway@atsautomation.com; eray@balch.com; kim.robinson@bfkn.com; william.barrett@bfkn.com; alan.mills@btlaw.com; john.gregg@btlaw.com; mark.owens@btlaw.com; michael.mccrory@btlaw.com; pmears@btlaw.com; wendy.brewer@btlaw.com; ffm@bostonbusinesslaw.com; tom@beemanlawoffice.com; hannah@blbglaw.com; sean@blbglaw.com; wallace@blbglaw.com; murph@berrymoorman.com; klaw@bbslaw.com; lschwab@bbslaw.com; pcostello@bbslaw.com; tgaa@bbslaw.com; jtaylor@binghammchale.com; malerding@binghammchale.com; wmosby@binghammchale.com; mrichards@blankrome.com; rmcdowell@bodmanllp.com; chill@bsk.com; csullivan@bsk.com; sdonato@bsk.com; mtrentadue@boselaw.com; cdelatorre@boselaw.com; amcmullen@bccb.com; rjones@bccb.com; massimiliano_cini@brembo.it; dludman@brownconnery.com; schristianson@buchalter.com; mary.caloway@bipc.com; william.schorling@bipc.com; mhall@burr.com; jeannine.damico@cwt.com; jonathan.greenberg@BASF.COM; rusadi@cahill.com; jrobertson@calfee.com; dhriggio@gmail.com; rcalinoff@candklaw.com; rweisberg@carsonfischer.com; cahn@clm.com; ddeutsch@chadbourne.com; japplebaum@clarkhill.com; sdeeby@clarkhill.com; rgordon@clarkhill.com; maofiling@cgsh.com; maofiling@cgsh.com; tmaxson@cohenlaw.com; jvitale@cwsny.com; bceccotti@cwsny.com; srosen@cb-shea.com; Elliott@cmplaw.com; jwisler@cblh.com; mlee@contrariancapital.com; jstanton@contrariancapital.com; wraine@contrariancapital.com; solax@contrariancapital.com; Pretekin@coollaw.com; sjohnston@cov.com; swalsh@chglaw.com; dpm@curtinheefner.com; rsz@curtinheefner.com; ceilbott@curtis.com; krk4@daimlerchrysler.com; wsavino@damonmorey.com; davidpmartin@erisacase.com; davidpmartin@bellsouth.net; rmeth@daypitney.com; rbeacher@daypitney.com; cchiu@daypitney.com; carol_sowa@denso-diam.com; gdiconza@dlawpc.com; john.persiani@dinslaw.com; richard.kremen@dlapiper.com; jguerrier@dreierllp.com; andrew.kassner@dbr.com; david.aaronson@dbr.com; janice.grubin@dbr.com; jhlemkin@duanemorris.com; dmdelphi@duanemorris.com; wmsimkulak@duanemorris.com; dparker@dykema.com; mmsmith@dykema.com; ssalinas@dykema.com; mbusenkell@eckertseamans.com; ayala.hassell@eds.com; akatz@entergy.com; gettelman@e-hlaw.com; lscarcella@farrellfritz.com; pcollins@farrellfritz.com; charles@filardi-law.com; tdonovan@finkgold.com; ddragich@foley.com; jmurch@foley.com; jsimon@foley.com; mrichman@foley.com;

fstevens@foxrothschild.com; mviscount@foxrothschild.com; ftrikkers@rikkerslaw.com; drosenzweig@fulbright.com; mparker@fulbright.com; dcimo@gjb-law.com; dcrapo@gibbonslaw.com; bhoover@goldbergsegalla.com; abrilliant@goodwinproctor.com; cdruehl@goodwinproctor.com; bmehlsack@gkllaw.com; pbilowz@goulstonstorrs.com; jsabella@gelaw.com; jeisenhofer@gelaw.com; mrr@previant.com; tch@previant.com; mdebbeler@graydon.com; diconzam@gtlaw.com; heyens@gtlaw.com; ckm@greensfelder.com; jpb@greensfelder.com; cbattaglia@halperinlaw.net; ahalperin@halperinlaw.net; jdyas@halperinlaw.net; rjclark@hancocklaw.com; hleinwand@aol.com; judith.elkin@haynesboone.com; lenard.parkins@haynesboone.com; kenric.kattner@haynesboone.com; prubin@herrick.com; anne.kennelly@hp.com; ken.higman@hp.com; sharon.petrosino@hp.com; echarlton@hiscockbarclay.com; jkreher@hodgsonruss.com; sgross@hodgsonruss.com; amoog@hhlaw.com; ecdolan@hhlaw.com; sagolden@hhlaw.com; elizabeth.flaagan@hro.com; dbaty@honigman.com; tsable@honigman.com; lmurphy@honigman.Com; sdrucker@honigman.com; lgretchko@howardandhoward.com; lmcbryan@hwmklaw.com; jrhunter@hunterschank.com; tomschank@hunterschank.com; mmassad@hunton.com; sholmes@hunton.com; aee@hurwitzfine.com; Ben.Caughey@icemiller.com; greg.bibbes@infineon.com; jeffery.gillispie@infineon.com; heather@inplaytechnologies.com; rgriffin@iuoe.org; bruzinsky@jw.com; dkillen@jw.com; hforrest@jw.com; pbarr@jaffelaw.com; JRS@Parmenterlaw.com; wschultz@jasoninc.com; rpeterson@jenner.com; gerdekomarek@bellsouth.net; cball@jonesday.com; sjfriedman@jonesday.com; john.sieger@kattenlaw.com; rsmolev@kayescholer.com; kcookson@keglerbrown.com; lsarko@kellerrohrback.com; claufenberg@kellerrohrback.com; eriley@kellerrohrback.com; ggotto@kellerrohrback.com; cwolfe@kelleydrye.com; jboyle@kelleydrye.com; mstone@kelleydrye.com; lmagarik@kjmlabor.com; sjennik@kjmlabor.com; tkennedy@kjmlabor.com; degan@kslaw.com; sdabney@kslaw.com; bdimos@kslaw.com; jstempel@kirkland.com; efox@klng.com; sosimmerman@kwgd.com; jay.selanders@kutakrock.com; ekutchin@kutchinrufo.com; knorthup@kutchinrufo.com; smcook@lambertleser.com; mark.broude@lw.com; michael.riela@lw.com; mitchell.seider@lw.com; robert.rosenberg@lw.com; mkohayer@aol.com; rcharles@lrlaw.com; sfreeman@lrlaw.com; jengland@linear.com; austin.bankruptcy@publicans.com; dallas.bankruptcy@publicans.com; houston_bankruptcy@publicans.com; kwalsh@lockelord.com; tmcfadden@lockelord.com; gschwed@loeb.com; whawkins@loeb.com; bnathan@lowenstein.com; ilevee@lowenstein.com; krosen@lowenstein.com; metkin@lowenstein.com; scargill@lowenstein.com; vdagostino@lowenstein.com; egc@lydenlaw.com; axs@maddinhauser.com; jlanden@madisoncap.com; lmc@ml-legal.com; vmastromar@aol.com; gsantella@masudafunai.com; dadler@mccarter.com; eglas@mccarter.com; jsalmas@mccarthy.ca; lsalzman@mccarthy.ca; gravert@mwe.com; jmsullivan@mwe.com; sselbst@mwe.com; shandler@mwe.com; mquinn@mwe.com; sopincar@mcdonaldhopkins.com; sriley@mcdonaldhopkins.com; jbernstein@mdmc-law.com; amccollough@mcguirewoods.com; dblanks@mcquirewoods.com; jmaddock@mcguirewoods.com; tslome@msek.com; hkolko@msek.com; lpeterson@msek.com; mmeyers@mlg-pc.com; emeyers@mrrlaw.net; rrosenbaum@mrrlaw.net; mdtcbkc@miamidade.gov; miag@michigan.gov; raterinkd@michigan.gov; miag@michigan.gov; jdonahue@miheritage.com; trenda@milesstockbridge.com; vjones@millermartin.com; sarbt@millerjohnson.com; wolfordr@millerjohnson.com; greenj@millercanfield.com; fusco@millercanfield.com; pjricotta@mintz.com; pricotta@mintz.com; Jeff.Ott@molex.com; agottfried@morganlewis.com; mzelmanovitz@morganlewis.com; resterkin@morganlewis.com; lberkoff@moritthock.com; mdallago@morrisoncohen.com; rurbanik@munsch.com; jwielebinski@munsch.com; drukavina@munsch.com; sandy@nlsg.com; Knathan@nathanneuman.com; lisa.moore2@nationalcity.com; marty_noland@nrel.gov; george.cauthen@nelsonmullins.com; tracy.richardson@dol.lps.state.nj.us; bbeckworth@nixlawfirm.com; jangelovich@nixlawfirm.com; susanwhatley@nixlawfirm.com; eabdelmasieh@nmmlaw.com; dgheiman@jonesday.com; cahope@chapter13macon.com; jay.hurst@oag.state.tx.us; msutter@ag.state.oh.us; michaelz@orbotech.com; mmoody@orourkeandmoody.com; aenglund@orrick.com; fholden@orrick.com; jguy@orrick.com; Rdaversa@orrick.com; rwyron@orrick.com; mseidl@pszjlaw.com; Rfeinstein@pszjlaw.com;

lscharf@pszjlaw.com; dwdykhouse@pbwt.com; spaethlaw@phslaw.com; arosenberg@paulweiss.com; cweidler@paulweiss.com; ddavis@paulweiss.com; emccolm@paulweiss.com; jbrass@paulweiss.com; sshimshak@paulweiss.com; housnerp@michigan.gov; kmayhew@pepehazard.com; aaronsona@pepperlaw.com; lawallf@pepperlaw.com; jaffeh@pepperlaw.com; caseyl@pepperlaw.com; scarter@pselaw.com; jmanheimer@pierceatwood.com; kcunningham@pierceatwood.com; rjp@pbandg.com; karen.dine@pillsburylaw.com; margot.erlich@pillsburylaw.com; mark.houle@pillsburylaw.com; richard.epling@pillsburylaw.com; robin.spear@pillsburylaw.com; bsmoore@pbnlaw.com; jsmairo@pbnlaw.com; jh@previant.com; mgr@previant.com; enrique.bujidos@es.pwc.com; jkp@qad.com; jharris@quarles.com; jdawson@quarles.com; knye@quarles.com; rlp@quarles.com; apille@reedsmith.com; elazarou@reedsmith.com; jkaczka@republicengineered.com; jlapinsky@republicengineered.com; jshickich@riddellwilliams.com; jcrotty@rieckcrotty.com; mscott@riemerlaw.com; holly@regencap.com; amathews@robinsonlaw.com; cnorgaard@ropers.com; gregory.kaden@ropesgray.com; marc.hirschfield@ropesgray.com; tslome@rsmllp.com; rtrack@msn.com; cschulman@sachnoff.com; agelman@sachnoff.com; cbelmonte@ssbb.com; pbosswick@ssbb.com; rcarrillo@ssbb.com; dweiner@schaferandweiner.com; hborin@schaferandweiner.com; mnewman@schaferandweiner.com; mwernette@schaferandweiner.com; shellie@schaferandweiner.com; rheilman@schaferandweiner.com; egeekie@schiffhardin.com; myarnoff@sbclasslaw.com; shandler@sbclasslaw.com; james.bentley@srz.com; michael.cook@srz.com; carol.weiner.levy@srz.com; pbaisier@seyfarth.com; rdremluk@seyfarth.com; whanlon@seyfarth.com; bharwood@sheehan.com; lawtoll@comcast.net; ewaters@sheppardmullin.com; msternstein@sheppardmullin.com; tcohen@sheppardmullin.com; twardle@sheppardmullin.com; rthibeaux@shergarner.com; rthibeaux@shergarner.com; bankruptcy@goodwin.com; bankruptcy@goodwin.com; asherman@sillscummis.com; jzackin@sillscummis.com; vhamilton@sillscummis.com; skimmelman@sillscummis.com; cfortgang@silverpointcapital.com; attorneystella@sszpc.com; bellis-monro@sgrlaw.com; kmiller@skfdelaware.com; fyates@sonnenschein.com; mmachen@sonnenschein.com; rrichards@sonnenschein.com; lloyd.sarakin@am.sony.com; emarcks@ssd.com; cmeyer@ssd.com; sarah.morrison@doj.ca.gov; hwangr@michigan.gov; jmbaumann@steeltechnologies.com; rkidd@srcm-law.com; shapiro@steinbergshapiro.com; jposta@sternslaw.com; jspecf@sternslaw.com; cs@stevenslee.com; cp@stevenslee.com; mshaiken@stinsonmoheck.com; robert.goodrich@stites.com; madison.cashman@stites.com; wbeard@stites.com; loucourtsum@stites.com; cpajak@stutman.com; egoldberg@stutman.com; ipachulski@stutman.com; jdavidson@stutman.com; ferrell@taftlaw.com; miller@taftlaw.com; jteitelbaum@morganlewis.com; rbaskin@tblawllp.com; agbanknewyork@ag.tn.gov; ddraper@terra-law.com; jforstot@tpw.com; lcurcio@tpw.com; thaler@tglawfirm.com; niizeki.tetsuhiro@furukawa.co.jp; robert.morris@timken.com; dlowenthal@thelenreid.com; mcolabianchi@thelen.com; rhett.campbell@tklaw.com; ira.herman@tklaw.com; john.brannon@tklaw.com; lnewman@tcfhlaw.com; dquaid@tcfhlaw.com;efiledocketgroup@fagelhaber.com; ephillips@thurman-phillips.com; tguerriero@us.tiauto.com; jlevi@toddlevi.com; bmcdonough@teamtogut.com; jwilson@tylercooper.com; matthew.schwartz@usdoj.gov; hzamboni@underbergkessler.com; mkilgore@UP.com; djury@usw.org; rjsidman@vssp.com; tscobb@vorys.com; EAKleinhaus@wlrk.com; RGMason@wlrk.com; david.lemke@wallerlaw.com; robert.welhoelter@wallerlaw.com; gtoering@wnj.com; mcruse@wnj.com; growsb@wnj.com; mwarner@warnerstevens.com; lekvall@wgllp.com; aordubegian@weineisen.com; gpeters@weltman.com; gkurtz@ny.whitecase.com; guzzi@whitecase.com; dbaumstein@ny.whitecase.com; tlauria@whitecase.com; featon@miami.whitecase.com; barnold@whdlaw.com; jmoennich@wickenslaw.com; mwinthrop@winthropcouchot.com; sokeefe@winthropcouchot.com; agrumbine@wcsr.com; rkisicki@woodsoviatt.com; pjanovsky@zeklaw.com; skrause@zeklaw.com