PEPPER HAMILTON LLP
Francis J. Lawall
Anne Marie Aaronson (AA 1679)
Nina M. Varughese
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA  19103-2799
(215) 981-4000

Counsel for Sierra International, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

**MOTION AND ORDER FOR ADMISSION TO PRACTICE**
***PRO HAC VICE* OF NINA M. VARUGHESE**

I, Nina M. Varughese, admitted to practice before the Supreme Court of New Jersey, the Supreme Court of Pennsylvania and the United States District Court for the District of New Jersey, and a member in good standing of the Bars of these Courts, request admission, *pro hac vice*, before the Honorable Robert D. Drain to represent Sierra International, Inc. in the above-captioned cases, together with any proceedings related thereto.

My business address, telephone number, fax number and e-mail address are:

Nina M. Varughese, Esq.
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
Telephone: (215) 981-4000
Facsimile:  (215) 981-4750
Varughesen@pepperlaw.com

#10321071 v1

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

/s/ Nina Varughese
Nina M. Varughese
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4000
Facsimile: (215) 981-4750
Varughesen@pepperlaw.com

Dated: December 4, 2008

Counsel for Sierra International, Inc.

## ORDER GRANTING MOTION *PRO HAC VICE* OF NINA M. VARUGHESE

IT IS HEREBY ORDERED that Nina M. Varughese, Esq. is admitted to practice, *pro hac vice*, in the above-captioned cases, as well as all other proceedings related thereto, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Date:_____          _____
New York, New York                  United States Bankruptcy Judge

#10321071 v1