CALFEE, HALTER & GRISWOLD LLP
1400 KeyBank Center
800 Superior Ave.
Cleveland, Ohio  44114
Telephone:  (216) 622-8400
Facsimile:  (216) 241-0816
Jean R. Robertson (OH 0069252)

Attorney for Technical Materials, Inc.,
Brush Wellman, Inc., Zentrix Technologies, Inc.,
and Brush Engineered Materials

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Delphi Corporation, *et al.*, | ) | Case No. 05-44481-RDD |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Honorable Robert D. Drain |
| | ) | |

### REQUEST FOR REMOVAL FROM ECF NOTIFICATION

Jean R. Robertson of the law firm of Calfee, Halter & Griswold LLP, 1400 KeyBank Center, 800 Superior Avenue, Cleveland, Ohio 44114, hereby requests that she be removed from the Court's Electronic Mail Notices List in the above-captioned case in that Technical Materials, Inc., Brush Wellman, Inc., Zentrix Technologies, Inc., and Brush Engineered Materials no longer

{00442068.DOC;1 }

hold an interest in this case.

Dated: December 4, 2008                Respectfully submitted,

<div style="margin-left:3em;">

/s/ Jean R. Robertson
Jean R. Robertson (MI P70389)
CALFEE, HALTER & GRISWOLD LLP
1400 KeyBank Center
800 Superior Avenue
Cleveland, Ohio 44114
Telephone: (216) 622-8400
Facsimile: (216) 241-0816
E-mail: jrobertson@calfee.com

COUNSEL FOR TECHNICAL MATERIALS, INC., BRUSH WELLMAN, INC., ZENTRIX TECHNOLOGIES, INC., AND BRUSH ENGINEERED MATERIALS

</div>