November 10, 2008

General Motors/Delphi Corporation
Payroll Services
P.O. Box 62650
Phoenix, AZ 85082-2650

Re: Consent Agreement
    Payment Demand
    Obligee/Paul C. Mathis

TO WHOM IT MAY CONCERN:

Pursuant the Attached Proof of Claim You are herby to
issue Payment on the Consent Agreement dated July 27, 2007
transfer of documents, submitted to Obligor listed above;
General Motors/Delphi Corporation et,. al,. on August 4, 2007

Respectfully,

*Paul C. Mathis*

Paul C. Mathis
42416 Brownstone Dr.
Novi Mi 48377

NOV 2 4 2008

cc: United States Southern District Court (Bankruptcy Court)
    Hon. Robert D. Drain
    One Bowling Green-Rm 610
    New York, New York 10004

Certified Mail 70031010000318590590

November 10, 2008


General Motors/Delphi Corporation
Payroll Services
P.O. Box 62650
Phoenix, AZ 85082-2650



Re: Consent Agreement
    Payment Demand
    Obligee/Paul C. Mathis


TO WHOM IT MAY CONCERN:


Pursuant the Attached Proof of Claim You are herby to
issue Payment on the Consent Agreement dated July 27, 2007
transfer of documents, submitted to Obligor listed above;
General Motors/Delphi Corporation et,. al,. on August 4, 2007




Respectfully,

*Paul C. Mathis*

Paul C. Mathis
42416 Brownstone Dr.
Novi Mi 48377

cc: United States Southern District Court (Bankruptcy Court)
    Hon. Robert D. Drain
    One Bowling Green-Rm 610
    New York, New York 10004


Certified Mail 70031010000318590590