November 16, 2008<br>
3701 Ironwood Way<br>
Anderson, Indiana<br>
46011

To: Honorable Judge Robert D. Drain

Greetings from Anderson, Indiana!

Perhaps I've already written to you TOO MANY times and have said little, if anything, that might be helpful to you.

Assuming that is true, it will not hurt anything for me to re-write, that prior to my retirement in 1991, I was blessed to work for Delco-Remy for nearly 42 years when it was a division of General Motors Corporation.

The purpose of my letter today, is to briefly outline a Sunday afternoon idea of what might be a good way for the Delphi Corporation to emerge from bankruptcy.

It appears that General Motors Corporation CAN'T easily build a vehicle without the assistance and the facilities of DELPHI CORPORATION. If this is true, then maybe a small part of our nation's economic problems and an even larger part of GM problems are because GM prematurely formed the Delphi Corporation. Thus, it may be in the best interest of Delphi and GM and our nation <u>for the two corporations to again become one.</u>

I also KNOW that "Customer LOYALTY", particularly in the USA, goes HAND IN HAND with jobs in the USA and I'm reasonably sure that GM also recognizes this is a fact.

Automotive history reveals that GM and the UAW had some really "big fights" right here in Anderson, Indiana, fights which impacted the whole North American Automotive Industry, and the results of those fights were finally part of the cause for the creation of Delphi Corporation.

My suggestion as already stated is, that Delphi and GM again become GM. Then GM can, with credibility, tell the American public that GM intends to "win back your business". GM can then tell the North American market that GM intends to buy parts "made in America". I also believe Delphi/GM must continue what they are currently doing to win as much as they possibly can of the "Global " or the "World Market". (and at the same time, execute plans to regain North American customer loyalty)

Current stockholders in Delphi are likely to be quite pleased to take shares of GM stock in exchange for their Delphi stock. At today's trading prices it almost seems feasible a one for one exchange might be reasonable.

I think that GM could then offer a bit of encouragement, that would likely convince "little investors" like me and the widow lady across the street to invest a few dollars. They just need to give us some small reason to do so. Jobs in our town would be a <u>huge reason</u> along with the possibility that we might again receive a dividend in the next few years.

Lastly, I don't pretend to know what all it will take to best help Delphi and its stockholders and our nation. However, I'm very confident there is a <u>workable</u> solution which is sure to have a lot of detailed sub-solutions.

Just to see again, "Made in U.S.A." is sure to help to restore North American "customer loyalty" to North American corporations.

Best regards,

*Robert W. Ward*
Robert W. Ward