Bonnie Steingart
Jennifer Rodburg
Richard Slivinski
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone:  212.859.8000
Facsimile:  212.859.4000

*Counsel for the Official Committee of Equity Security Holders*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :

In re:                                            :       Chapter 11
                                                            :

  Delphi Corporation, <u>et</u> <u>al</u>.,              :       Case No.  05-44481 (RDD)
                                                            :       (Jointly Administered)

                                   Debtors.              :

                                                            :

                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>CERTIFICATE OF SERVICE</u>

       1.     I, Marissa Soto, certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on November 21, 2008, I caused to be filed and served via the Electronic Court Filing System a true and correct copy of the document listed below upon the parties listed on Exhibit A hereto.

       2.     I further certify that on November 26, 2008, I caused copies of the document listed below to be served on the parties listed on Exhibit B via First Class Mail; and on November 24, 2008, I caused copies of the document listed below to be served on the parties listed on Exhibit C via hand delivery.

> ➢ Statement of the Official Committee of Equity Security Holders in Support of the Debtors' Motion for Order (I) Supplementing January 5, 2007 DIP Refinancing Order and Authorizing Debtors to Enter Into and Implement Accommodation Agreement with Agent and Participating

Lenders and (II) Authorizing Debtors to (A) Enter Into Related
Documents and (B) Pay Fees in Connection Therewith

Dated:  New York, New York
        December 5, 2008

/s/ Marissa Soto
MARISSA SOTO

# <u>Exhibit A</u>

## Service by Electronic Mail on November 21, 2008

aaronsoa@pepperlaw.com; david.aaronson@dbr.com; elizabeth@regencap.com;
franklin.adams@bbklaw.com; jadams@torys.com; bankruptcy@goodwin.com;
dadler@mccarter.com; jallen@jaeckle.com; mailto:candreoff@jaffelaw.com;
ckelley@jaffelaw.com; philip.anker@wilmerhale.com; japplebaum@clarkhill.com;
abach@dickinsonwright.com; sbales@zieglermetzger.com; dbargamian@bsdd.com;
cbarr@lockelord.com; docket@lockelord.com; william.barrett@bfkn.com;
barritt@chapman.com; jbarry@ycst.com; dbartner@shearman.com;
mtorkin@shearman.com,ned.schodek@shearman.com,yuichi.haraguchi@shearman.com,atenzer
@shearman.com; dbaty@honigman.com; dbaumstein@whitecase.com;
lpolyova@whitecase.com; pnb@nutter.com; rbeacher@daypitney.com; jkirk@stites.com;
tom@beemanlawoffice.com; mailto:cbelmonte@ssbb.com, pbosswick@ssbb.com;
rbennett@kirkland.com; asathy@kirkland.com; rkwasteniet@kirkland.com;
pfraumann@kirkland.com; jgoldfinger@kirkland.com; tbennett@klng.com;
neilberger@teamtogut.com; abrogan@teamtogut.com; bdawson@teamtogut.com;
jlee@teamtogut.com; awinchell@teamtogut.com; echafetz@teamtogut.com;
sskelly@teamtogut.com; bdawson@teamtogut.com; sreichert@teamtogut.com;
dcahir@teamtogut.com; dsmith@teamtogut.com; kackerman@teamtogut.com;
lberkoff@moritthock.com; rbernard@bakerlaw.com; jbernstein@mdmc-law.com;
ssalinas@dykema.com; ssalinas@dykema.com; bbivona@damonmorey.com;
wsavino@damonmorey.com;mbrennan@damonmorey.com; florence.saenz@la.gov;
rtrack@msn.com; ebradley@robergelaw.com; wmbraman@binghammchale.com;
wendy.brewer@btlaw.com; bankruptcyindy@btlaw.com; abrilliant@goodwinprocter.com;
nymanagingclerk@goodwinprocter.com; timothy.brink@dlapiper.com; maofiling@cgsh.com;
mark.broude@lw.com; lbrumitt@dysarttaylor.com; sriley@dysarttaylor.com;
dbruso@cantorcolburn.com; DMayhew@cantorcolburn.com; jbuchdahl@susmangodfrey.com;
maofiling@cgsh.com; kburke@cahill.com; mbusenkell@wcsr.com; jbutler@skadden.com;
cahn@clm.com; rcalinoff@candklaw.com; jcalton@honigman.com; bankrupt@modl.com;
pwcarey@modl.com; scargill@lowenstein.com; KDWBankruptcyDepartment@kelleydrye.com;
ccarson@burr.com; mcarter@kslaw.com; pwhite@kslaw.com; caseyl@pepperlaw.com;
hillera@pepperlaw.com; jaffeh@pepperlaw.com; shieldsa@pepperlaw.com;
barsonl@pepperlaw.com; kistlerb@pepperlaw.com; mcassell@lefkowitzhogan.com;
ben.caughey@icemiller.com; george.cauthen@nelsonmullins.com;
mary.cutler@nelsonmullins.com; brook.wright@nelsonmullins.com;
rcavaliere@blankrome.com; senese@blankrome.com; nmorales@blankrome.com;
bceccotti@cwsny.com; ecf@cwsny.com; scarter@pselaw.com; egc@lydenlaw.com;
echarlton@hiscockbarclay.com; cchiu@daypitney.com; david.cleary@dl.com;
mkhambat@dl.com; agbanknewyork@ag.tn.gov; tscobb@vorys.com; cdfricke@vorys.com;
tcohen@smrh.com; amontoya@sheppardmullin.com; mconlan@gibbonslaw.com;
dconnolly@alston.com; smcook@lambertleser.com; pcostello@bbslaw.com;
cranmer@millercanfield.com; rouman@millercanfield.com;christenson@millercanfield.com;
dcrapo@gibbonslaw.com; tcrist@szd.com; mcruse@wnj.com; hziegler@wnj.com;

gcunningham@gmhlaw.com; lcurcio@tpwlaw.com; vdagostino@lowenstein.com;
jeannine.damico@cwt.com; sdahl@ssd.com; SSzymanski@ssd.com; ddavis@paulweiss.com;
jadavis@mintz.com; dsjohnson@mintz.com; mdavis@zeklaw.com; mmccarthy@zeklaw.com;
rguttmann@zeklaw.com; mmillnamow@zeklaw.com; cdelatorre@boselaw.com;
james.decristofaro@lovells.com; kdefio@bsk.com; mdebbeler@graydon.com;
rdehney@mnat.com; cmiller@mnat.com; tdriscoll@mnat.com; dabbott@mnat.com;
dbutz@mnat.com; wlamotte@mnat.com; cdesiderio@nixonpeabody.com;
nyc.managing.clerk@nixonpeabody.com; gdiconza@dlawpc.com; las@dlawpc.com;
diconzam@gtlaw.com; baddleyd@gtlaw.com;petermann@gtlaw.com;
houston_bankruptcy@publicans.com; karen.dine@pillsburylaw.com; sdonato@bsk.com;
kdoner@bsk.com;heddy@bsk.com; TDonovan@Finkgold.com; srshmulevitz@finkgold.com
adoshi@daypitney.com; dowd.mary@arentfox.com; rothleder.jeffrey@arentfox.com;
ddragich@foley.com; ddraper@terra-law.com; ddrebsky@nixonpeabody.com;
nyc.managing.clerk@nixonpeabody.com; rdremluk@seyfarth.com; pbaisier@seyfarth.com;
lravnikar@seyfarth.com; dchristian@seyfarth.com;
dwdykhouse@pbwt.com;cbelanger@pbwt.com; featon@whitecase.com; icruz@whitecase.com;
mresnicoff@whitecase.com; lbegy@whitecase.com; tdee@whitecase.com;
weguchi@orrick.com; gehrlich@sandw.com; reisenbach@cooley.com;
judith.elkin@haynesboone.com; ellerman@taftlaw.com; docket@taftlaw.com;
elliott@cmplaw.com; kristin.elliott@klgates.com; loris@cooperelliott.com;
rexe@cooperelliott.com; sheilav@cooperelliott.com; bellis-monro@sgrlaw.com;
sgr.notifications@gmail.com; aenglund@orrick.com; menright@rc.com;
richard.epling@pillsburylaw.com; gianni.dimos@pillsburylaw.com;
margot.erlich@pillsburylaw.com; bankruptcyinfo@esbinalter.com;
bankruptcyinfo@esbinalter.com; metkin@lowenstein.com; mseymour@lowenstein.com;
sfalanga@connellfoley.com; mfalcone@paulweiss.com; efarber747@aol.com; kf@lgrslaw.com;
mfarquhar@winstead.com; whsu@winstead.com; farrisw@sullcrom.com;
fatell@blankrome.com; bfears@law.ga.gov; rfeinstein@pszyj.com; dharris@pszyjw.com;
hferre@thelenreid.com; Ferrell@taftlaw.com; charles@filardi-law.com; abothwell@filardi-
law.com; afischer@olshanlaw.com; ssallie@olshanlaw.com;rsalnave@olshanlaw.com;
jflaxer@golenbock.com; ssmith@golenbock.com; avassallo@golenbock.com;
eneuman@golenbock.com; dfliman@kasowitz.com; jforstot@tpw.com;
mmuller@tpw.com;lcurcio@tpw.com; mateofowler@quinnemanuel.com;
leticiabustinduy@quinnemanuel.com; edward.fox@klgates.com; sfox@mcguirewoods.com;
jfrank@fgllp.com; ccarpenter@fgllp.com; rheiligman@fgllp.com; mfrankel@couzens.com;
tmflaw@swbell.net; efriedman@fklaw.co; vgarvey@fklaw.com; mfriedman@rkollp.com;
mschneider@rkollp.com;ksambur@rkollp.com; sjfriedman@jonesday.com;
ChicagoBRR@jonesday.com; pfugee@ralaw.com; lmsmith@ralaw.com;
lfuller@rothgerber.com; fusco@millercanfield.com; skoczylas@millercanfield.com;
tgaa@bbslaw.com; catherine@bbslaw.com; bankruptcy@clm.com; jgarner@shergarner.com;
chocheles@shergarner.com; vgarry@ag.state.oh.us; joanne.gelfand@akerman.com;
ygeron@foxrothschild.com; pjg@procopio.com; caw@procopio.com;
kgiannelli@gibbonslaw.com; lgibson@bsdd.com; gillcr@michigan.gov;

sherwoodj@michigan.com; jgitto@nixonpeabody.com; eglas@mccarter.com;
jgleit@kasowitz.com; courtnotices@kasowitz.com;cciuffani@kasowitz.com;
larryglick@erols.com; rlg@stevenslee.com; courts@argopartners.net; egoldberg@Stutman.com;
sgoldber@quarles.com; sagolden@hhlaw.com; khseal@hhlaw.com;
nashvillebankruptcyfilings@stites.com; rgordon@clarkhill.com; ggotto@krplc.com;
ggraber@hodgsonruss.com; bomalley@hodgsonruss.com; mmuskopf@hodgsonruss.com;
dgragg@langleybanack.com; cjohnston@langleybanack.com; jgraham@taftlaw.com;
ecfclerk@taftlaw.com;dwineinger@taftlaw.com;docket@taftlaw.com; wrg@dmlegal.com;
greenj@millercanfield.com; wgreen@formanlaw.com; jgregg@btlaw.com;
lgretchko@howardandhoward.com; dbrandon@howardandhoward.com;
sgross@hodgsonruss.com; rcipollaro@hodgsonruss.com; sgrow@wnj.com; kfrantz@wnj.com;
janice.grubin@dbr.com; daniel.northrop@dbr.com; phcdelphi@priceheneveld.com;
pgurfein@akingump.com; info@thehaaslawfirm.com; dhaley@winegarden-law.com;
mhall@burr.com; ahalperin@halperinlaw.net; cmitchell@halperinlaw.net;
cbattaglia@halperinlaw.net; spark@halperinlaw.net; whanlon@seyfarth.com;
david.hansen@la.gov; insolvency2@stroock.com;docketing@stroock.com; jh@previant.com;
bharvey@goodwinprocter.com; bharvey@goodwinprocter.com; lah@groom.com;
whawkins@loeb.com; nhazan@mwe.com; rheilman@schaferandweiner.com;
ira.herman@tklaw.com; Nherman@morganlewis.com; bhermann@paulweiss.com;
wheuer@dl.com; haaronson@dl.com; kmcintosh@boselaw.com;
mailto:hirsh.robert@arentfox.com; Mckinley.Karen@arentfox.com; mstinson@burr.com;
mholl@mayerbrownrowe.com; jhumphrey@taftlaw.com; jhumphrey@taftlaw.com;
ecfclerk@taftlaw.com; docket@taftlaw.com; jay.hurst@oag.state.tx.us;
hutchinson@millercanfield.com; hwangr@michigan.gov; mindelicato@hahnhessen.com;
eschnitzer@hahnhessen.com; kcraner@hahnhessen.com; jcerbone@hahnhessen.com;
minsalaco@zeklaw.com; PJanovsky@ZEKlaw.com; sjennik@kjmlabor.com;
mjohnson@sheppardmullin.com; msternstein@sheppardmullin.com; rjones@bccb.com;
basargent@stoel.com; jjureller@klestadt.com; jjureller@klestadt.com; kadisha@gtlaw.com;
lsi@liquiditysolutions.com; andrew.kassner@dbr.com; wkatich@atg.state.il.us;
kkatsma@dickinsonwright.com; dnavin@dickinsonwright.com; pkeating@bdblaw.com;
david.kennedy2@usdoj.gov; tkennedy@kjmlabor.com; michael.kessler@weil.com;
ilusion.rodriguez@weil.com; garrett.fail@weil.com;rachel.albanese@weil.com;
robert.lemons@weil.com; jae.kim@weil.com; jk@stevenslee.com; BankruptcyECF@krplc.com;
tkirby@porterwright.com; mkirschbaum@kayescholer.com; kkirshenbaum@lynchrowin.com;
jkleinman@fgllp.com; tklestadt@klestadt.com; tklestadt@gmail.com;
bklineberg@moritthock.com; jkoevary@kramerlevin.com; hkoh@meisterseelig.com;
skornbluth@herrick.com; akoschik@brouse.com; ljkotler@duanemorris.com;
kovskyd@pepperlaw.com; kressk@pepperlaw.com; wisotska@pepperlaw.com;
skrause@zeklaw.com; jkreher@hodgsonruss.com; pmacpher@hodgsonruss.com;
dkumagai@rutterhobbs.com; dkuney@sidley.com; nroberge@sidley.com; kjacobs@sidley.com;
zdelacru@sidley.com; emcdonnell@sidley.com; gkurtz@whitecase.com; rdlatour@vssp.com;
cdfricke@vorys.com; jcookdubin@vorys.com; bkrfilings@agg.com; landy.ralph@pbgc.gov;
efile@pbgc.gov; slaven@bfca.com; jlawlor@wmd-law.com; gbenaur@wmd-law.com;

elazarou@reedsmith.com; elazarou@reedsmith.com; HMLLAW@WORLDNET.ATT.NET; HMLLAW@ATT.NET; notices@becket-lee.com; davidl@bolhouselaw.com; hleinwand@aol.com; hleinwand@aol.com; david.lemke@wallerlaw.com; cathy.thomas@wallerlaw.com; chris.cronk@wallerlaw.com; robert.welhoelter@wallerlaw.com; wallerbankruptcy@wallerlaw.com; jhlemkin@duanemorris.com; ilevee@lowenstein.com; mseymour@lowenstein.com; jlevi@toddlevi.com; drosenberg@toddlevi.com; klewis@rosenpc.com; srosen@rosenpc.com; kim.lewis@dinslaw.com; john.persiani@dinslaw.com; lisa.geeding@dinslaw.com; patrick.burns@dinslaw.com; mlichtenstein@crowell.com; mlichtenstein@crowell.com; liebovd@sullcrom.com; schnabel.eric@dorsey.com; dloughlin@wnj.com; hziegler@wnj.com; dalowenthal@pbwt.com; mcobankruptcy@pbwt.com; plubitz@schiffhardin.com; dludman@brownconnery.com; kovskyd@pepperlaw.com; jmaddock@mcguirewoods.com; jmaddock@mcguirewoods.com; jsheerin@mcguirewoods.com; amina.maddox@law.dol.lps.state.nj.us; jsmairo@pbnlaw.com; mdlaskowski@pbnlaw.com; sakelly@pbnlaw.com; jmgastineau@pbnlaw.com; lkkabse@pbnlaw.com; jamcadoo@pbnlaw.com; wdbailey@pbnlaw.com; donald.mallory@dinslaw.com; mpottle@pierceatwood.com; kmarafio@skadden.com; lgomez@msek.com; amargulis@ropers.com; kmarks@susmangodfrey.com; ilan.markus@leclairryan.com; jjm@legalcost.com; nashvillebankruptcyfilings@stites.com; rgmason@wlrk.com; vmastromar@aol.com; dmattison@wcqp.com; tmatz@skadden.com; abothwell@pepehazard.com; mazaa@sec.gov; jmazermarino@msek.com; kgiddens@msek.com; dpm@curtinheefner.com; amccollough@mcguirewoods.com; michael.mccrory@btlaw.com; bankruptcyindy@btlaw.com; rmcdowell@bodmanllp.com; douglas.mcgill@dbr.com; ffm@bostonbusinesslaw.com; smckessy@reedsmith.com; maosbny@willkie.com; tmclaughlin@willkie.com; michelle.mcmahon@bryancave.com; dortiz@bryancave.com; gmcmorris@stinsonmoheck.com; amcmulle@bccb.com; patrick.mears@btlaw.com; dmeek@burr.com; bmehlsack@gklaw.com; timothy.mehok@hellerehrman.com; msteen@daypitney.com; cmeyer@ssd.com; smeyer@madisonliquidity.com; mmeyers@mlg-pc.com; rmichaelson@klgates.com; amiller@phillipslytle.com; jhahn@phillipslytle.com; parker.miller@alston.com; kmm@skfdelaware.com; tlc@skfdelaware.com; miller@taftlaw.com; adams@taftlaw.com;docket@taftlaw.com; amills@btlaw.com; bankruptcyindy@btlaw.com; lsi@liquiditysolutions.com; bankruptcy@morrisoncohen.com; moldovanlb@morrisoncohen.com; jmoloy@dannpecar.com; mmoody@orourkeandmoody.com; firm@orourkeandmoody.com; morourke@orourkeandmoody.com; amoog@hhlaw.com; bsmoore@pbnlaw.com; mdlaskowski@pbnlaw.com; sakelly@pbnlaw.com; jmgastineau@pbnlaw.com; lkkabse@pbnlaw.com; jamcadoo@pbnlaw.com; wdbailey@pbnlaw.com; rmschechter@pbnlaw.com; jsbasner@pbnlaw.com; bmoore@mccarter.com; gtmlaw@bellsouth.net; morris@silvermanmorris.com; morris@silvermanmorris.com; sarah.morrison@doj.ca.gov; wmosby@binghammchale.com; eric.moser@klgates.com; kristen.serrao@klgates.com; alisa@contrariancapital.com; jmurch@foley.com; khall@foley.com; murph@berrymoorman.com; rnachman@scgk.com; bnathan@lowenstein.com; dneier@winston.com; dcunsolo@winston.com; mneier@ibolaw.com; bankfilings@ycst.com; zraiche@gklaw.com;mroufus@gklaw.com; tnixon@gklaw.com; zraiche@gklaw.com; mroufus@gklaw.com;rnorton@hunton.com; gnovod@kramerlevin.com;

knye@quarles.com; mpolaw@aol.com; mkohayer@aol.com; martin@oglaw.net;
sokeefe@winthropcouchot.com; porr@klestadt.com; kostad@mofo.com; mowens@btlaw.com;
mowens@btlaw.com; bankruptcyindy@btlaw.com; ipachulski@stutman.com;
npagliari@quinnfirm.com; mseaberg@quinnfirm.com; dcornelius@quinnfirm.com;
cpalella@kurzman.com; ipalermo@hselaw.com; spalla@kayescholer.com;
bmintz@kayescholer.com; rcappiello@kayescholer.com; maosbny@kayescholer.com;
tlangsdorf@kayescholer.com; cpanzer@sillscummis.com; rjp@pietragallo.com;
kas2@pietragallo.com; fparrish@kslaw.com; susan.persichilli@bipc.com;
colnyecf@weltman.com; lpeterson@msek.com; rpeterson@jenner.com; anicoll@jenner.com;
docketing@jenner.com; ephillips@thurman-phillips.com; cpierpont@ssd.com;
shone.pierre@la.gov; alex@alexplaw.com; leslieplaskon@paulhastings.com;
cp@stevenslee.com; MPower@HahnHessen.com; kcraner@hahnhessen.com;
jcerbone@hahnhessen.com; eschnitzer@hahnhessen.com; jzawadzki@hahnhessen.com;
sthompson@hahnhessen.com; mmarhyan@hahnhessen.com; nrigano@hahnhessen.com;
sjohnston@cov.com; pretekin@coollaw.com; piatt@coollaw.com; dquaid@fagelhaber.com;
prachmuth@reedsmith.com; radom@butzel.com; raterinkd@michigan.gov; gravert@mwe.com;
eray@balch.com; ira.a.reid@bakernet.com; sreisman@curtis.com;
webmaster@docketware.com; ceilbott@curtis.com; jdrew@curtis.com;
sbeyer@curtis.com;tbarnes@curtis.com; delphi.docket@dpw.com; kreynolds@mklawnyc.com;
jwalsh@mklawnyc.com; tcard@mklawnyc.com; kar@pryormandelup.com;
walsh@mklawnyc.com; tcard@mklawnyc.com; wreynolds@porterwright.com;
mrichards@blankrome.com; tracy.richardson@dol.lps.state.nj.us; crieders@gjb-law.com;
cgreco@gjb-law.com; cgreco@gjb-law.com; bamron@gjb-law.com; sriemer@phillipsnizer.com;
ddore@phillipsnizer.com; MGR@PREVIANT.COM; MGR@PREVIANT.COM;
EM@PREVIANT.COM; mrr@previant.com; eroberge@robergelaw.com;
jrobertson@calfee.com; jrobertson@calfee.com; srosen@cb-shea.com;
hrosenblat@kayscholer.com; prosenblatt@kilpatrickstockton.com; maofiling@cgsh.com;
aweaver@cgsh.com; stkaiser@cgsh.com; DRosenzweig@Fulbright.com;
dfliman@kasowitz.com; courtnotices@kasowitz.com; irarubin265@aol.com;
norma@bizwoh.rr.com; brubin@burr.com; dangiulo@dreierllp.com;
ECFNotices@dreierllp.com; tsable@honigman.com; cs@stevenslee.com;
bsalwowski@atg.state.in.us; austin.bankruptcy@publicans.com; was@krwlaw.com;
ecfsarbt@millerjohnson.com; rsartin@fbtlaw.com; wsavino@damonmorey.com;
alunday@damonmorey.com; lscarcella@farrellfritz.com; tomschank@hunterschank.com;
mcraig@hunterschank.com; ischarf@pszjlaw.com; mschein@vedderprice.com;
ecf_nydocket@vedderprice.com; jrs@parmenterlaw.com; lms@parmenterlaw.com;
aschilling@fklaw.com; vgarvey@fklaw.com; william.schorling@bipc.com;
christopher.schueller@bipc.com; timothy.palmer@bipc.com; donna.curcio@bipc.com;
srs@hteh.com; bschwartz@lplegal.com; matthew.schwartz@usdoj.gov; mscott@riemerlaw.com;
filings@spallp.com; lseidman@silvermanacampora.com; arosenblatt@chadbourne.com;
jporter@chadbourne.com; jay.selanders@kutakrock.com; mshaiken@stinson.com;
jgant@stinson.com; amurdock@stinsonmoheck.com; shapiro@steinbergshapiro.com;
sheehan@txschoollaw.com; coston@txschoollaw.com; ashee1@yahoo.com;

garza@txschoollaw.com; asherman@sillscummis.com; asherman@sillscummis.com;
mark.sherrill@sablaw.com; jshickich@riddellwilliams.com; ashiff@kasowitz.com;
alungen@kasowitz.com; courtnotices@kasowitz.com; jcarter@kasowitz.com;
sshimshak@paulweiss.com; sshimshak@paulweiss.com; cshore@whitecase.com;
jdisanti@whitecase.com; mcosbny@whitecase.com; agoldenberg@whitecase.com;
earundel@whitecase.com; rjsidman@vorys.com; bkbowers@vorys.com; sidorsky@butzel.com;
asilver@honigman.com; mmccoy@honigman.com; paulsilverstein@andrewskurth.com;
jlevine@akllp.com; sosimmerman@kwgd.com; mhelmick@kwgd.com; jsimon@foley.com;
jsimpson@hselaw.com; lgomez@msek.com; rsmolev@kayescholer.com;
rrotman@kayescholer.com; maosbny@kayescholer.com; jsnyder@tpwlaw.com;
jforstot@tpwlaw.com; mmuller@tpwlaw.com; msolomon@burr.com; ssouthard@klestadt.com;
spaethlaw@phslaw.com; notice@regencap.com; ssparrow@tuggleduggins.com;
martit@tuggleduggins.com; dspelfogel@bakerlaw.com; jspecf@sternslaw.com;
byron.starcher@nelsonmullins.com; claukamg@brownrudnick.com; csteege@jenner.com;
mstein@sonnenschein.com; steinbo@ffhsj.com; nydocketclrk@ffhsj.com;
attorneystella@sszpc.com; msternstein@sheppardmullin.com; axs@maddinhauser.com;
msl@maddinhauser.com; bac@maddinhauser.com; bstrickland@wtplaw.com;
joseph.strines@dplinc.com; jmsullivan@mwe.com; msutter@ag.state.oh.us;
psweeney@linowes-law.com; dszak@ajamie.com; rsz@curtinheefner.com;
dtabachnik@dttlaw.com; garrett.fail@weil.com; robert.lemons@weil.com;
michele.meises@weil.com; larnett@intlsteel.com; roger.tarbutton@jocogov.org;
jteele@lowenstein.com; gbuccellato@lowenstein.com; klafiura@lowenstein.com;
Thompson.Janice@dol.gov; rtoder@morganlewis.com; gtoering@wnj.com;
alcourt@teamtogut.com; kackerman@teamtogut.com; lawtoll@comcast.net;
mtrentadue@boselaw.com; mtucker@fbtlaw.com; rurbanik@munsch.com; rusadi@cahill.com;
shmuel.vasser@dechert.com; lvaughan@foley.com; frank.velocci@dbr.com;
gvist@masudafunai.com; jvitale@cwsny.com; omclaw@aol.com; swalsh@gmhlaw.com;
jmahar@gmhlaw.com; bankruptcy@warnerstevens.com; cwatson@balch.com;
rweiler@greenseifter.com; lellis@greenseifter.com; wweintraub@fklaw.com; ,
vgarvey@fklaw.com; jwelford@jaffelaw.com; dgoldberg@jaffelaw.com; phage@jaffelaw.com;
robert.welhoelter@wallerlaw.com; darlene.banach@wallerlaw.com;
chris.cronk@wallerlaw.com; bk@wallerlaw.com; dallas.bankruptcy@publicans.com;
david.wender@alston.com; mwernette@schaferandweiner.com; rwhite@murthalaw.com;
awilliams-derry@kellerrohrback.com; bellis@kellerrohrback.com; swillig@damato-lynch.com;
ecf@damato-lynch.com; hfried@damato-lynch.com;
KDWBankruptcyDepartment@Kelleydrye.com; jwilson@tylercooper.com; jcw@cblhlaw.com;
cwolfe@kelleydrye.com; KDWBankruptcyDepartment@kelleydrye.com;
dwolfe@asmcapital.com; ecfwolfordr@millerjohnson.com; rwynne@kirkland.com;
sperry@kirkland.com; scho@kirkland.com; mxu@schiffhardin.com; fyates@sonnenschein.com;
syonaty@chwattys.com; pcaocvbk@pcao.pima.gov; hzamboni@underbergkessler.com;
mzelmanovitz@morganlewis.com

# **Exhibit B**

**Service by First Class Mail on November 26, 2008**

Robert J. Stark
Brown Rudnick Berlack Istaeis L.L.P.
Seven Times Square
New York, New York 10036

Leslie N. Silverman
Clearly Gottlieb Steen & Hamilton L.L.P.
One Liberty Plaza
New York, New York 10006

Bruce Simon
Cohen, Weiss & Simon
330 West 42nd Street
New York, New York 10036

Steven J. Reisman
Curtis, Mallet-Prevost, Colt & Mosle L.L.P.
101 Park Avenue
New York, New York 10178

Donald Bernstein
Brian Resnick
Davis, Polk & Wardwell
450 Lexington Avenue
New York, New York 10017

Sean Corcoran
Karen Craft
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Carrie L. Schiff
Flextronics International
305 Intelocken Parkway
Broomfield, CO 80021

Paul W. Anderson
Flextronics International USA, Inc.
2090 Fortune Drive
San Jose, CA 95191

Richard Lee Chambers, III
Freescale Semiconductor, Inc.
6501 William Cannon Drive West
Austin, TX 78735

Randall S. Eisenberg
FTI Consulting, Inc.
3 Times Square
New York, New York 10036

Valerie Venable
General Electric Company
9930 Kincey Avenue
Huntersville, NC 28078

Lonie A. Hassel
Groom Law Group
1701 Pennsylvania Avenue, N.W.
Washington, DC 20006

Stephen H. Gross
Hodgson Russ L.L.P.
1540 Broadway
New York, New York 10036

Frank L. Gorman
Robert B. Weiss
Honigman Miller Schwartz and Cohn L.L.P.
2290 First National Building
Detroit, MI 48226

Attention: Insolvency Department
Internal Revenue Service
477 Michigan Avenue
Detroit, MI 48226

Conference Board Chairman
IUE-CWA 2360 W. Dorothy Lane
Dayton, OH 45439

Richard Duker
JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, New York 10017

Sheryl Betance
Kurtzman Carson Consultants
2335 Alaska Avenue
El Segundo, CA 90245

Daniel R. Fisher
Patrick J. Healy
Law Debenture Trust of New York
400 Madison Avenue
New York, New York 10017
J.Brian McTigue
Cornish F. Hitchcock
McTigue Law Firm
5301 Wisconsin Avenue, N.W.
Washington, DC 20015

Gregory A. Bray
Thomas R. Kreller
James E. Till
Milbank Tweed Hadley & McCloy L.L.P.
601 South Figueroa Street
Los Angeles, CA 90017

Attention: Maria Valerio
Insolvency Department
Internal Revenue Service
290 Broadway

William Q. Derrough
Jefferies & Company, Inc.
520 Madison Avenue
New York, New York 10022

Susan Atkins
Gianni Russello
JPMorgan Chase Bank, N.A.
277 Park Avenue
New York, New York 10172

Gordon Z. Novod
Thomas Moers Mayer
Kramer Levin Naftalis & Frankel L.L.P.
1177 Avenue of the Americas
New York, New York 10172
Robert J, Rosenberg
Latham & Watkins L.L.P.
885 Third Avenue
New York, New York 10022

David D. Cleary
Jason J. DeJonker
Mohsin N. Khambati
Peter A. Clark
McDermott Will & Emery L.L.P.
227 West Monroe Street
Chicago, IL 60606

Leon Szlezinger
Mesirow Financial
666 Third Avenue
New York, New York 10017

12

Mark Schonfeld
Regional Director
Northeast Regional Office
3 World Financial Center
New York, New York 10281

Robert Siegel
O'Melveny & Meyers L.L.P.
400 South Hope Street
Los Angeles, CA 90071

Sandra A.Riemer
Phillips Nizer L.L.P.
666 Fifth Avenue
New York, New York 10103

Robet W. Dremluk
Seyfarth Shaw L.L.P.
620 Eighth Avenue
New York, New York 10018

Kenneth S. Ziman
Robert H. Trust
William T. Russell, Jr.
Simpson Thatcher & Bartlett L.L.P.
425 Lexington Avenue
New York, New York 10017

Kayalyn A. Marafioti
Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom L.L.P.
4 Times Square
New York, New York 10036

Chester B. Salomon
Constantine D. Pourakis
Steven & Lee, P.C.
485 Madison Avenue
New York, New York 10022

Joseph T. Moldovan
Morrison Cohen L.L.P.
909 Third Avenue
New York, New York 10022

Attorney General Andrew Cuomo
Office of New York State
120 Broadway
New York City, New York 10271

Tom A. Jerman
Rachel Janger
O'Melveny &  Meyers L.L.P.
1625 Eye Street, N.W.
Washington, DC 20006

Jeffrey Cohen
Ralph L. Landy
Pension Benefit Guaranty Corporation
1200 K. Street, N.W.
Washington, DC 20005

David L. Resnick
Rothchild, Inc.
1251 Avenue of the Americas
New York, New York 10020

Douglas Bartner
Jill Frizzley
Shearman & Sterling L.L.P.
599 Lexington Avenue
New Yrok, New York 10022

John Wm. Butler
John K, Lyons
Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom L.L.P.
333 W. Wacker Dr.
Chicago, IL 60606

MaryAnn Brereton
Assistant General Counsel
Tyco Electronics Corporation
60 Columbia Road
Morristown, NJ 7960

Daniel D. Doyle
Nicholas Fanke
Spencer Fan Britt & Browne L.L.P.
1 North Brentwood Boulevard
St. Louis, Mo 63105

Harvey F. Miller
Jeffery L. Tanenbaum
Martin J. Bienenstock
Michael P. Kessler
Weil, Gotshal & Manges L.L.P.
767 Fifth Avenue
New York, New York 10153

Albert Togut
Togut, Segal & Segal L.L.P.
One Penn Plaza
New York, New York 10119

Michael D. Warner
Warner Stevens, L.L.P.
1700 City Center Tower II
Fort Worth, TX 76102

14

# **Exhibit C**

**<u>Service by Hand Delivery on November 24, 2008</u>**

<u>The Court</u>
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, New York 10004
Attn: Chambers of Hon. Robert D. Drain

<u>United States Trustee</u>
Brian S. Masumoto
Office of the US Trustee for the Southern District of New York
33 Whitehall Street
New York, New York 10004