TOGUT, SEGAL & SEGAL LLP
Bankruptcy Conflicts-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger (NB-3599)

**PRESENTMENT DATE: 12/22/2008
AT 10:00 AM**

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF PRESENTMENT OF JOINT STIPULATION AND AGREED
ORDER COMPROMISING AND ALLOWING PROOF OF CLAIM NO.
<u>16739 AND EXPUNGING PROOF OF CLAIM NO. 1672</u>**

**<u>(FIRST TECHNOLOGY HOLDINGS, INC AND AFFILAITES)</u>**

PLEASE TAKE NOTICE that on April 27, 2007, Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), objected to proof of claim number 1672 (the "Proof of Claim" or the "Claim") filed by First Technology Holdings, Inc. (the "Claimant") pursuant to the Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books and Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected on the Debtors' Books and Records, (E) Untimely Claims and

Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation Agreement (Docket No. 7825) (the "Thirteenth Omnibus Objection").

PLEASE TAKE FURTHER NOTICE that on December 21, 2007, the Debtors' objected to Claim No. 16739 Filed by Sensata Technologies, Inc., Control Devices, Inc and First Inertia Switch Limited (together, "Current Claimants") pursuant to the Debtors' Twenty-Fourth Omnibus Objection Pursuant to 11 U.S.C. Section 502(b) and Fed. R. Bankr. P. 3007 To Certain (a) Duplicate or Amended Claims, (b) Claims Unsubstantiated By Debtors' Books and Records, (C) Untimely Claims, (d) Claims Subject to Modification, Modified Claims Asserting Reclamation, And Claim Subject to Modification That is Subject to Prior Order (Docket No. 11588) (the "Twenty-Fourth Omnibus Objection").

PLEASE TAKE FURTHER NOTICE that the Debtors, the Claimant and the Current Claimants have agreed to settle the Objection with respect to the Proofs of Claims and have executed a Joint Stipulation and Agreed Order Compromising And Allowing Proof of Claim Number 16739 and Expunging Proof of Claim No. 1672 (First Technology Holdings, Inc and Affiliates) (the "Joint Stipulation").

PLEASE TAKE FURTHER NOTICE that the Debtors will present the Joint Stipulation, a copy of which is annexed hereto, for consideration at the hearing scheduled for December 22, 2008 at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York.

Dated: New York, New York
December 8, 2008

DELPHI CORPORATION, *et al.*
By their attorneys,
TOGUT, SEGAL & SEGAL LLP
By:

/s/ Neil Berger
NEIL BERGER (NB-3599)
A Member of the Firm
One Penn Plaza
New York, New York 10119
(212) 594-5000