**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____/

**In Re:**

DELPHI CORPORATION, *et al*,

    **Debtors.**

_____/

Chapter 11

Case No. 05-44481 (RDD)

(Jointly Administered)

## CERTIFICATE OF SERVICE

      I certify that true and correct copies of our *Response Of Port City Metal Products, Inc. To Debtors' Thirty-Second Omnibus Objection Pursuant To 11 USC 502(B) And Fed. R. Bankr. P.3007 Regarding (A) Asserted Amount Claims, (B) Claims Subject To Modification, And C) Claims To Be Expunged* were served electronically (where email addresses are indicated, and by overnight delivery) on December 9, 2008, on the following:

Hon. Robert D. Drain
United States Bankruptcy Judge
Southern District of New York
One Bowling Green-Suite 632
New York NY 10004
(212.668.2301)

Delphi Corporation
Attn:  General Counsel
5725 Delphi Drive
Troy MI 48098
(248.813.2000)

Skadden, Arps, Slate, Meagher & Flom LLP
Attn:  John Wm. Butler, Jr.
John K. Lyons
Joseph N. Wharton
333 West Wacker Drive, Suite 2100
Chicago IL 60606
jbutler@skadden.com


Dated: December 9, 2008

                PARMENTER O'TOOLE

                By:   /s/ James R. Scheuerle
                    James R. Scheuerle (P42932)
                    601 Terrace Street, PO Box 786
                    Muskegon MI 49443-0786
                    Telephone 231.722.1621
                    Fax 231.728.2206
                    Email JRS@Parmenterlaw.com