BARNES & THORNBURG LLP
Attorneys for Clarion Corporation of America
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433
Michael K. McCrory, Esq.
Mark R. Owens, Esq. (MO 9742)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481(RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 9th day of December, 2008, he caused a copy of *Clarion Corporation of America's Response (the "Response") to the Debtors' Thirty-Second Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 Regarding (A) Asserted Amount Claims, (B) Claims Subject to Modification, and (C) Claims to be Expunged* to be filed electronically via the Court's ECF system. Notice of this filing will be sent pursuant to the Court's ECF system. Parties may access this filing through the Court's ECF system. The undersigned hereby further certifies that on the 9th day of December, 2008, he caused a copy of *Clarion Corporation of America's Response (the "Response") to the Debtors' Thirty-Second Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 Regarding (A) Asserted Amount Claims, (B) Claims Subject to Modification, and (C) Claims to be Expunged* to be served upon the following via Federal Express, prepaid, overnight delivery.

Honorable Robert D. Drain                    Delphi Corporation
United States Bankruptcy Judge               5725 Delphi Drive
United States Bankruptcy Court for the       Troy, Michigan 48098
Southern District of New York                Att'n:  General Counsel
One Bowling Green, Room 632
New York, New York 10004

Skadden, Arps, Slate, Meagher & Flom LLP
333 W. Wacker Drive, Suite 2100
Chicago, Illinois 60606
Att'n:  John Wm. Butler, Jr.
        John K. Lyons
        Joseph N. Wharton


Dated:  December 9, 2008                       /s/ Mark R. Owens
                                             Michael K. McCrory, Esq.
                                             Mark R. Owens, Esq. (MO 9742)
                                             BARNES & THORNBURG LLP
                                             11 S. Meridian Street
                                             Indianapolis, IN 46204
                                             Telephone (317) 236-1313
                                             Facsimile (317) 231-7433
                                             E-Mail:  michael.mccrory@btlaw.com
                                             E-Mail:  mark.owens@btlaw.com

                                             *Attorneys for Clarion Corporation of America*

INDS01 WCARSON 1087383v1