UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
   In re                                                           :
:    Chapter 11
DELPHI CORPORATION, et al.,             :
:    Case No. 05-44481 (RDD)
                     Debtors.               :
:    (Jointly Administered)
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 9th day of December, 2008, a true and correct copy of the attached *Response of General Electric Capital Corporation to the Debtors' Thirty-Second Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 Regarding (A) Asserted Amount Claims, (B) Claims Subject to Modification, and (C) Claims to be Expunged* was caused to be served via ECF Electronic Notification and via Federal Express to the parties set forth below:

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Att'n: General Counsel

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton


Date:   December 9, 2008
       New York, New York                     /s/ Amanda Leonard
                                                      AMANDA LEONARD

US_ACTIVE-100895801.1