Hearing Date And Time: December 17, 2008 at 10:00 a.m. (prevailing Eastern time)
Response Date And Time: December 10, 2008 at 4:00 p.m. (prevailing Eastern time)

**FOLEY & LARDNER LLP**
David G. Dragich (Admitted *pro hac vice*)
500 Woodward Ave., Suite 2700
Detroit, MI 48226
Telephone: (313) 234-7100
Facsimile: (313) 234-2800
Attorneys for PBR Knoxville LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
In re:

DELPHI CORPORATION, et al.,

          Debtors.
-------------------------------------------------------------x

    )
    )
    )    Chapter 11
    )    Case No. 05-44481 (RDD)
    )    Jointly Administered
    )

## LIMITED RESPONSE OF PBR KNOXVILLE LLC TO DEBTORS' THIRTY-SECOND OMNIBUS OBJECTION PURSUANT TO 11 U.S.C. § 502(B) AND FED. R. BANKR. P. 3007 REGARDING (A) ASSERTED AMOUNT CLAIMS, (B) CLAIMS SUBJECT TO MODIFICATION, AND (C) CLAIMS TO BE EXPUNGED

### ("THIRTY-SECOND OMNIBUS CLAIMS OBJECTION")

PBR Knoxville LLC ("PBR Knoxville"), by its attorneys Foley & Lardner LLP, hereby submits this Limited Response (the "Response") to the Debtors' Thirty -Second Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 Regarding (A) Asserted Amount Claims, (B) Claims Subject to Modification, and (C) Claims to be Expunged (the "Thirty-Second Omnibus Claims Objection"). In support of its Response, PBR Knoxville respectfully represents as follows:

1.    The Thirty-Second Omnibus Claims Objection addresses Claim Number 5980 filed by PBR Knoxville (the "Claim"). The Claim asserts an unsecured claim against the Debtors in the amount of $9,157,458.38 and a secured claim in the amount of $68,308.80.

2.      The Debtors' Thirty-Second Omnibus Claims Objection seeks to modify the secured portion of the Claim such that it be modified from $68,308.80 to $0.00. The Debtors do not seek to modify the unsecured portion of the claim (which has been assigned by PBR Knoxville) as the modified amount of $9,157,458.38 remains the same as the filed amount.

3.      Section 502(a) of the Bankruptcy Code and Bankruptcy Rule 3001(f) provide that a properly filed proof of claim constitutes *prima facie* evidence of the validity and the amount of the claim, unless a party objects. The party objecting to the claim has the burden of going forward and of introducing evidence sufficient to rebut the presumption of validity. In re Wells, 51 B.R. 563 (D. Colo. 1985); Matter of Unimet Corp., 74 B.R. 156 (Bankr. N.D. Ohio 1987). The Debtors have set forth no such evidence. Other than generic and vague representations, the Debtors offer neither evidence nor specific bases to object to the Claim. The Debtors fail to provide any supporting materials to support the Thirty-Second Omnibus Claims Objection.

4.      PBR Knoxville, on the other hand, reiterates its position that the Claim is due and owing by the Debtors in the amounts set forth in the Claim. The documents supporting the Claim were annexed as exhibits previously filed and submitted. For ease of reference, PBR Knoxville re-attaches hereto as **Exhibit A**, the Claim, with supporting documents. PBR Knoxville will continue to work with the Debtors in an effort to resolve the Claim. PBR's Response is limited to the issues regarding the secured portion of its claim.

WHEREFORE, PBR Knoxville respectfully requests that the Court enter an order denying the Debtors' Thirty-Second Omnibus Claims Objection with respect to the secured portion of its Claim and award such other and further relief as may be just and proper.

2

Respectfully submitted,

**FOLEY & LARDNER LLP**

/s/ David G. Dragich_____

David G. Dragich (Admitted *pro hac vice*)
500 Woodward Ave., Suite 2700
Detroit, MI 48226
Telephone: (313) 234-7100
Facsimile: (313) 234-2800
Attorneys for PBR Knoxville LLC

Dated: December 10, 2008

# EXHIBIT A

AMENDED

# 5980

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT   Southern   DISTRICT OF   New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor | Case Number |
|---|---|
| Delphi Automotive Systems LLC | 05-44640 |

**Received**

**MAY 18 2006**

**Kurtzman Carson**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

PBR Knoxville LLC

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
PBR Knoxville LLC
Attn: Pres Lawhon
10215 Caneel Dr.
Knoxville, TN  37931
Telephone number:   (865) 670-1313

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Claim #05980
USBC SDNY
Delphi Corporation, et al.
05-44481 (RDD)

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor:

Check here ☐ replaces
if this claim ☒ amends   a previously filed claim, dated: 5/2/06

1. **Basis for Claim**
   ☒ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☐ Other _____

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last four digits of your SS #: _____
   Unpaid compensation for services performed
   from _____ to _____
   (date)                    (date)

2. **Date debt was incurred:**
   Date goods shipped.

3. **If court judgment, date obtained:**

4. **Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

   **Unsecured Nonpriority Claim** $ 9,157,458.38*
   * ($10,511,688.65 less recoupments of $1,285,921.47**)
   ☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority. **less secured claim/setoff of $68,308.80

   **Secured Claim**
   ☒ Check this box if your claim is secured by collateral (including a right of setoff).

   Brief Description of Collateral:
   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other Setoff
   Value of Collateral:   $ 68,308.80

   Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

   **Unsecured Priority Claim**
   ☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

   Amount entitled to priority $ _____

   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
   ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(____).
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

5. **Total Amount of Claim at Time Case Filed:**

| | $9,157,458.38 | $68,308.80 | 0 | $9,225,767.18 |
|---|---|---|---|---|
| | (unsecured) | (secured) | (priority) | (Total) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

7. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

RECEIVED
MAY 16 2006
CLAIMS PROCESSING CENTER
USBC, SDNY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 11 May 2006 | Pres Lawhon
General Manager |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up t

0544640060516000000000002

## APPENDIX TO PBR KNOXVILLE LLC PROOF OF CLAIM

PBR Knoxville LLC ("PBR Knoxville") holds pre-petition claims against Delphi Automotive Systems LLC ("Delphi Automotive" or the "Debtor")[1] as set forth in the attached Proof of Claim (the "Claim").

Upon information and belief, documents supporting the Claim are in the possession of Delphi Automotive. The numerous invoices, purchase orders, contracts and other supporting documents are too voluminous to attach to the Claim. However, PBR Knoxville has attached hereto a summary of its Claim.

PBR Knoxville is a party to various pre-petition agreements and arrangements with Delphi Automotive, pursuant to which PBR Knoxville could be deemed to hold a prepetition claim on account of claims that are not currently liquidated, or which remain contingent. A summary of all potential unliquidated contingent claims would be unduly burdensome, if not impossible. PBR Knoxville reserves all of its rights with respect to claims under its agreements or arrangements with Delphi Automotive or any of the Debtors.

PBR Knoxville further reserves its rights to amend, modify or supplement this proof of claim at any time, including, without limitation, to assert claims on account of: (i) other obligations arising under agreements or arrangements or otherwise that may be deemed to be prepetition in nature; (ii) indemnification, setoff, recoupment or other rights; (iii) any consequential or other contractual damages; and (iv) any other causes of action sounding in contract, tort or otherwise, under statute or other applicable law, including counterclaims, relating to PBR Knoxville's agreements, arrangements and dealings with Delphi Automotive. PBR Knoxville further reserves the right to assert any administrative claims against the Debtor arising under agreements, arrangements or otherwise, including without limitation any right to assert that some or all of the amounts due are not prepetition claims.

---

[1] The contracts, purchase orders and other documents that form the basis for the claims are between PBR Knoxville and Delphi Energy & Chassis Systems. While Delphi Automotive's Schedule F lists PBR Knoxville as a creditor and its Schedule G lists executory contracts with PBR Knoxville, PBR Knoxville is uncertain if Delphi Energy & Chassis Systems is a division of Delphi Automotive or Delphi Corporation. Therefore, out of an abundance of caution, PBR Knoxville is filing identical claims in both cases.

DETR_117788.1

PBR Knoxville LLC
Delphi Prepetition Debt

| OUTSTANDING DEBT DUE TO PBR | PBR | |
|---|---|---|
| **1.  Product Delivered & Debt Due** | | |
| Product | 10,511,688.65 | Note 1 |
| Tooling | | |
| Obsolete inventory claims | | |
| Other claims | | |
| Other claims | | |
| SUB TOTAL | 10,511,688.65 | |
| **TOTAL DEBT DUE FROM DELPHI TO PBR** | 10,511,688.65 | |
| **2.  Deduct PBR debt due to Delphi** | | |
| Discounts for Accelerated Payments | (37,367.28) | |
| Pad Pass Thru – 1/1/05 - 6/30/05 | (982,150.51) | Note 2 |
| Pad Pass Thru – 1/1/05-10/07/05 | (156,984.00) | Note 3 |
| Pad Pass Thru - 10/08/05 - 12/31/05 | (41,664.00) | Note 3 |
| Other claims - Accepted Cost Recovery | (9,044.00) | |
| Overpayments- productivity credits not taken | (58,711.68) | |
| **TOTAL DEBT DUE FROM PBR TO DELPHI** | (1,285,921.47) | |
| **NET DEBT DUE FROM DELPHI TO PBR before set** | 9,225,767.18 | |

Note 1: See attached detail for invoice number, ship date and amount.

| | Contract Number | Part Number | Amount |
|---|---|---|---|
| Note 2: $982,150.51 Pad pass thru | 550003173 | 18041703/4 | $   208,165.10 |
| | 550000694 | 18041703/4 | $          - |
| | 550038367 | 18049691/2 | $   157,157.55 |
| | 550004986 | 18044786/7 | $    16,994.21 |
| | 550053219 | 18084569/70 | $          - |
| | 550050403 | 18084569/70 | $   456,560.52 |
| | 550006253 | 18048556/7 | $   143,273.13 |
| | | Total | $   982,150.51 |

| | Contract Number | Part Number | Amount |
|---|---|---|---|
| Note 3: $156,984 and $41,664 pad pass thru | 550004986 | 18044786/7 | $   198,648.00 |
| Set Off / Secured Claim: Overpayments - invoice paid by Bosch | | | $    68,308.80 |
| Total Unsecured Claim | | | $9,157,458.38 |
| Grand Total | | | $9,225,767.18 |

**PBR Knoxville LLC**
**Delphi Outstanding Amounts**
**Detail Listing**

| Invoice | Ship Date | Amount |
|---------|-----------|--------|
| 24561 | 7/29/2005 | 8,961.66 |
| 24975 | 8/30/2005 | 40,175.10 |
| 24981 | 8/30/2005 | 40,175.10 |
| 24988 | 8/31/2005 | 17,745.99 |
| 24989 | 8/31/2005 | 418.34 |
| 24993 | 9/1/2005 | 99,389.70 |
| 24996 | 8/31/2005 | 44,877.92 |
| 24998 | 8/31/2005 | 44,634.74 |
| 25001 | 8/31/2005 | 44,877.92 |
| 25002 | 8/31/2005 | 67,038.88 |
| 25003 | 8/31/2005 | 67,082.08 |
| 25011 | 9/1/2005 | 49,093.58 |
| 25016 | 9/1/2005 | 49,093.58 |
| 25017 | 9/1/2005 | 67,038.88 |
| 25018 | 9/1/2005 | 43,146.00 |
| 25019 | 9/1/2005 | 67,038.88 |
| 25020 | 9/1/2005 | 27,089.28 |
| 25022 | 9/1/2005 | 107,865.00 |
| 25023 | 9/2/2005 | 49,093.58 |
| 25026 | 9/2/2005 | 49,116.56 |
| 25029 | 9/2/2005 | 49,093.58 |
| 25030 | 9/2/2005 | 67,038.88 |
| 25031 | 9/2/2005 | 75,465.72 |
| 25032 | 9/2/2005 | 67,082.08 |
| 25034 | 9/2/2005 | 32,381.46 |
| 25035 | 9/2/2005 | 74,495.52 |
| 25037 | 9/2/2005 | 129,438.00 |
| 25039 | 9/6/2005 | 44,855.94 |
| 25041 | 9/6/2005 | 44,855.94 |
| 25043 | 9/6/2005 | 129,438.00 |
| 25045 | 9/6/2005 | 44,855.94 |
| 25047 | 9/6/2005 | 44,855.94 |
| 25049 | 9/6/2005 | 44,877.92 |
| 25051 | 9/6/2005 | 44,699.92 |
| 25053 | 9/6/2005 | 54,178.56 |
| 25054 | 9/7/2005 | 72,160.00 |
| 25055 | 9/7/2005 | 77,697.40 |
| 25057 | 9/7/2005 | 53,617.60 |
| 25059 | 9/7/2005 | 53,617.60 |
| 25062 | 9/7/2005 | 53,617.60 |
| 25064 | 9/7/2005 | 53,617.60 |
| 25065 | 9/7/2005 | 75,465.72 |
| 25067 | 9/7/2005 | 53,617.60 |
| 25068 | 9/7/2005 | 86,292.00 |
| 25070 | 9/7/2005 | 40,633.92 |
| 25071 | 9/8/2005 | 49,158.76 |

PBR Knoxville LLC
Delphi Outstanding Amounts
Detail Listing

| Invoice | Ship Date | Amount |
|---|---|---|
| 25074 | 9/8/2005 | 53,617.60 |
| 25075 | 9/8/2005 | 49,158.76 |
| 25077 | 9/8/2005 | 4,119.33 |
| 25078 | 9/8/2005 | 15,938.48 |
| 25079 | 9/8/2005 | 2,503.21 |
| 25080 | 9/8/2005 | 20.59 |
| 25081 | 9/8/2005 | 1,486.43 |
| 25082 | 9/8/2005 | 57,213.51 |
| 25083 | 9/8/2005 | 43,428.09 |
| 25084 | 9/8/2005 | 53,617.60 |
| 25086 | 9/8/2005 | 61,744.68 |
| 25087 | 9/8/2005 | 49,158.76 |
| 25089 | 9/8/2005 | 74,495.52 |
| 25090 | 9/8/2005 | 54,710.52 |
| 25091 | 9/9/2005 | 53,617.60 |
| 25093 | 9/9/2005 | 53,617.60 |
| 25095 | 9/9/2005 | 49,136.76 |
| 25098 | 9/9/2005 | 53,617.60 |
| 25099 | 9/9/2005 | 75,465.72 |
| 25101 | 9/9/2005 | 53,617.60 |
| 25103 | 9/9/2005 | 132,550.08 |
| 25104 | 9/9/2005 | 74,495.52 |
| 25106 | 9/9/2005 | 129,438.00 |
| 25114 | 9/12/2005 | 75,465.72 |
| 25120 | 9/12/2005 | 110,204.55 |
| 25121 | 9/12/2005 | 74,495.52 |
| 25124 | 9/12/2005 | 129,438.00 |
| 25191 | 9/19/2005 | 49,136.76 |
| 25193 | 9/19/2005 | 49,136.76 |
| 25195 | 9/19/2005 | 49,136.76 |
| 25198 | 9/19/2005 | 49,136.76 |
| 25203 | 9/19/2005 | 49,136.76 |
| 25207 | 9/20/2005 | 49,114.78 |
| 25209 | 9/20/2005 | 49,114.78 |
| 25211 | 9/20/2005 | 49,114.78 |
| 25214 | 9/20/2005 | 49,114.78 |
| 25216 | 9/20/2005 | 49,114.78 |
| 25218 | 9/20/2005 | 74,495.52 |
| 25221 | 9/20/2005 | 49,051.16 |
| 25223 | 9/21/2005 | 53,638.82 |
| 25225 | 9/21/2005 | 53,638.82 |
| 25227 | 9/21/2005 | 53,617.60 |
| 25229 | 9/21/2005 | 1,433.98 |
| 25230 | 9/21/2005 | 17,041.34 |
| 25231 | 9/21/2005 | 17,041.34 |
| 25232 | 9/21/2005 | 672.52 |

PBR Knoxville LLC
Delphi Outstanding Amounts
Detail Listing

| Invoice | Ship Date | Amount |
|---|---|---|
| 25233 | 9/21/2005 | 92,455.34 |
| 25234 | 9/21/2005 | 58,676.32 |
| 25235 | 9/21/2005 | 2,705.98 |
| 25237 | 9/21/2005 | 90,200.00 |
| 25238 | 9/21/2005 | 75,465.72 |
| 25240 | 9/21/2005 | 53,617.60 |
| 25242 | 9/21/2005 | 53,617.60 |
| 25244 | 9/21/2005 | 74,495.52 |
| 25245 | 9/21/2005 | 111,482.46 |
| 25247 | 9/21/2005 | 26,884.98 |
| 25249 | 9/21/2005 | 26,798.58 |
| 25252 | 9/21/2005 | 129,438.00 |
| 25254 | 9/21/2005 | 49,136.76 |
| 25256 | 9/21/2005 | 53,617.60 |
| 25258 | 9/21/2005 | 49,136.76 |
| 25260 | 9/21/2005 | 43,146.00 |
| 25264 | 9/21/2005 | 40,153.90 |
| 25266 | 9/21/2005 | 74,495.52 |
| 25269 | 9/21/2005 | 40,153.12 |
| 25272 | 9/23/2005 | 44,677.92 |
| 25274 | 9/23/2005 | 49,136.76 |
| 25276 | 9/23/2005 | 44,677.92 |
| 25278 | 9/23/2005 | 75,465.72 |
| 25281 | 9/23/2005 | 44,677.92 |
| 25283 | 9/23/2005 | 49,136.76 |
| 25285 | 9/23/2005 | 43,146.00 |
| 25288 | 9/23/2005 | 74,495.52 |
| 25290 | 9/23/2005 | 129,438.00 |
| 25291 | 9/23/2005 | 31,365.82 |
| 25294 | 9/26/2005 | 49,136.76 |
| 25296 | 9/26/2005 | 49,136.76 |
| 25298 | 9/26/2005 | 49,136.76 |
| 25301 | 9/26/2005 | 75,465.72 |
| 25302 | 9/26/2005 | 49,136.76 |
| 25304 | 9/26/2005 | 49,136.76 |
| 25306 | 9/26/2005 | 39,555.99 |
| 25309 | 9/26/2005 | 74,495.52 |
| 25311 | 9/26/2005 | 40,197.88 |
| 25313 | 9/27/2005 | 49,136.76 |
| 25315 | 9/27/2005 | 49,136.76 |
| 25317 | 9/27/2005 | 49,136.76 |
| 25319 | 9/27/2005 | 49,136.76 |
| 25322 | 9/27/2005 | 49,136.76 |
| 25324 | 9/27/2005 | 67,723.20 |
| 25325 | 9/28/2005 | 2,935.96 |
| 25326 | 9/28/2005 | 49,929.30 |

PBR Knoxville LLC
Delphi Outstanding Amounts
Detail Listing

| Invoice | Ship Date | Amount |
|---------|-----------|--------|
| 25329 | 9/29/2005 | 2,806.21 |
| 25339 | 9/28/2005 | 61,744.68 |
| 25342 | 9/28/2005 | 111,465.99 |
| 25345 | 9/28/2005 | 54,178.56 |
| 25369 | 9/30/2005 | 53,817.60 |
| 25371 | 9/30/2005 | 53,574.40 |
| 25373 | 9/30/2005 | 53,574.40 |
| 25378 | 9/30/2005 | 40,131.92 |
| 25385 | 10/3/2005 | 49,136.76 |
| 25387 | 10/3/2005 | 49,136.76 |
| 25389 | 10/3/2005 | 49,136.76 |
| 25390 | 10/3/2005 | 75,465.72 |
| 25392 | 10/3/2005 | 49,136.76 |
| 25393 | 10/3/2005 | 50,593.68 |
| 25394 | 10/3/2005 | 74,495.52 |
| 25397 | 10/3/2005 | 49,136.76 |
| 25399 | 10/3/2005 | 31,235.44 |
| 25402 | 10/4/2005 | 49,136.76 |
| 25404 | 10/4/2005 | 44,677.92 |
| 25406 | 10/4/2005 | 49,136.76 |
| 25407 | 10/4/2005 | 75,465.72 |
| 25409 | 10/4/2005 | 49,158.76 |
| 25410 | 10/4/2005 | 74,495.52 |
| 25412 | 10/4/2005 | 35,694.28 |
| 25415 | 10/4/2005 | 44,677.92 |
| 25417 | 10/4/2005 | 35,802.66 |
| 25420 | 10/4/2005 | 49,136.76 |
| 25422 | 10/4/2005 | 49,136.76 |
| 25424 | 10/4/2005 | 49,136.76 |
| 25425 | 10/5/2005 | 548.86 |
| 25426 | 10/5/2005 | 18,860.97 |
| 25427 | 10/5/2005 | 28,884.00 |
| 25428 | 10/5/2005 | 43,296.00 |
| 25429 | 10/5/2005 | 1,754.68 |
| 25432 | 10/4/2005 | 49,136.76 |
| 25433 | 10/4/2005 | 75,465.72 |
| 25434 | 10/4/2005 | 133,688.34 |
| 25435 | 10/4/2005 | 74,495.52 |
| 25438 | 10/4/2005 | 49,136.76 |
| 25441 | 10/4/2005 | 31,235.44 |
| 25442 | 10/4/2005 | 130,069.80 |
| 25444 | 10/5/2005 | 49,136.76 |
| 25446 | 10/6/2005 | 49,136.76 |
| 25448 | 10/6/2005 | 49,136.76 |
| 25452 | 10/6/2005 | 22,317.76 |
| 25454 | 10/6/2005 | 49,136.76 |

**PBR Knoxville LLC**
**Delphi Outstanding Amounts**
**Detail Listing**

| Invoice | Ship Date | Amount |
|---------|-----------|--------|
| 25455 | 10/6/2005 | 74,495.52 |
| 25456 | 10/6/2005 | 75,879.54 |
| 25458 | 10/6/2005 | 49,138.76 |
| 25459 | 10/6/2005 | 130,069.80 |
| 25469 | 10/7/2005 | 75,465.72 |
| 25473 | 10/7/2005 | 74,495.52 |
| 25474 | 10/7/2005 | 90,326.25 |
| 25105 | 9/9/2005 | 687.00 |
| Total | | 10,511,688.65 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing Response of PBR

Knoxville LLC to Debtors' Thirty-Second Omnibus Claims Objection has been served upon the

following by hand delivery this 10th day of December, 2008:


Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 632
New York, New York 10004

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL  60606
Attn:   John Wm. Butler Jr.
        John K. Lyons
        Joseph N. Wharton


Delphi Corporation
5725 Delphi Drive
Troy, Michigan  48098
Attn: General Counsel


                        _____/s/ Kathy Rose_____
                        Kathy Rose, Administrative Legal Assistant
                        FOLEY & LARDNER LLP
                        500 Woodward Ave., Suite 2700
                        Detroit, MI  48226
                        Telephone:  (313) 234-7100

4