# EXHIBIT A

**RENEWAL NO. 1**
For
Equipment Schedule No. 1093
To Master Lease Agreement dated as of May 1, 1995
Between
General Motors Corporation ("Lessee")
And
IBJ Whitehall Business Credit Corporation, as Assignee
Of
First American Capital Management Group, Inc. ("Lessor")

**ORIGINAL**

Capitalized terms not defined herein shall have the meanings assigned to them in the Master Lease Agreement identified above ("Agreement"; said Agreement and this Schedule No. 1093 being collectively referred to as "Lease").

The Lessee hereby agrees to extend the Basic Term for the Equipment described herein pursuant to the terms and conditions of the Lease, except as modified herein.

A.    Equipment:                          Equipment subject to Equipment Schedule No. 1093, as further described on the Attached Annex A (the "Renewal Equipment")

B.    Financial Terms

    1.  Capitalized Lessor's Cost:      $38,170.00

    2.  Equipment Location:           General Motors Corporation
                                      Delphi Chassis Systems
                                      Dock 101/3100 Needmore Rd.
                                      Dayton, OH 45414
                                      Montgomery County

    3.  Renewal Term Lease Rate Factor/Dollars:   1.294% / $493.92

    4.  Renewal Term (Number of Months):   12

    5.  Renewal Term Commencement Date:    June 1, 2004

    6.  Renewal Term Termination Date:     The date the Lessee returns the items of Renewal Equipment to Lessor in the condition required by the Lease upon not less than 90 days prior written notice, but in no event earlier than May 31, 2005.

C.    Term and Rent

    1.  Renewal Term Rent:  Commencing on the Renewal Term Commencement Date, and on the last day of each month thereafter (each, a "Rent Payment Date") during the Renewal Term, Lessee shall pay as rent ("Renewal Term Rent") the product of the Renewal Term Lease Rate Factor times the Capital Lessor's Cost of all Equipment on this Renewal.

Except as expressly modified hereby, all terms and provisions of the Lease shall remain in full force and effect.  This Renewal is not binding or effective with respect to the Lease or Equipment until executed on behalf of Lessor and Lessee by authorized representatives of Lessor and Lessee, respectively.

IN WITNESS WHEREOF, Lessee and Lessor have caused this Renewal to be executed by their duly authorized representatives.

IBJ Whitehall Business Credit Corporation, as Assignee of
First American Capital Management Group, Inc.
("Lessor")

By: _____

Name: _____

Title: _____President_____

Delphi Corporation as Assignee of
General Motors Corporation
("Lessee")

By: _____

Name:   John W. Jarrett

Title:   Purchasing Manager

Federal I.D. Number: 38-0572515

* Note: this is a Delphi asset

**ANNEX A**
**To Renewal No. 1**
**For**
**Equipment Schedule No. 1093**
**To Master Lease Agreement dated as of May 1, 1995**
**Between**
**General Motors Corporation ("Lessee")**
**And**
**IBJ Whitehall Business Credit Corporation, as Assignee**
**Of**
**First American Capital Management Group, Inc. ("Lessor")**

**ORIGINAL**

●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

**Equipment Location:**
General Motors Corporation
Delphi Chassis Systems
Dock 101/3100 Needmore Rd.
Dayton, OH  45414
Montgomery County

Hyster

|    | SERIAL NUMBER | DESCRIPTION | QTY | COST PER UNIT | TOTAL COST |
|----|---------------|-------------|-----|---------------|------------|
| DC | C098V04944V   | E80XL2      | 1   | $38,170.00    | $38,170.00 |

● See Original Schedule 1093 Annex C for detailed description of equipment.

**TOTAL EQUIPMENT COST:**                                **$38,170.00**

Initials:

_[signature]_
Lessor

_[signature]_
Lessee

**RENEWAL NO. 2**
**For**
**Equipment Schedule No. 1093**
**To Master Lease Agreement dated as of May 1, 1995**
**Between**
**General Motors Corporation ("Lessee")**
**And**
**IBJ Whitehall Business Credit Corporation, as Assignee**
**Of**
**First American Capital Management Group, Inc. ("Lessor")**

# ORIGINAL

Capitalized terms not defined herein shall have the meanings assigned to them in the Master Lease Agreement identified above ("Agreement"; said Agreement and this Schedule No. 1093 being collectively referred to as "Lease").

The Lessee hereby agrees to extend the Basic Term for the Equipment described herein pursuant to the terms and conditions of the Lease, except as modified herein.

A.   Equipment:                                    Equipment subject to Equipment Schedule No. 1093, as further described on the
                                                   Attached Annex A (the "Renewal Equipment")

B.   Financial Terms

     1.   Capitalized Lessor's Cost:              $30,165.00

     2.   Equipment Location:                     General Motors Corporation
                                                  Delphi Saginaw Steering Systems
                                                  3900 Holland Rd.
                                                  Saginaw, MI  48601
                                                  Saginaw County

     3.   Renewal Term Lease Rate Factor/Dollars: 1.132%

     4.   Renewal Term (Number of Months):        24

     5.   Renewal Term Commencement Date:         June 1, 2004

     6.   Renewal Term Termination Date:          The date the Lessee returns the items of Renewal Equipment to
                                                  Lessor in the condition required by the Lease upon not less
                                                  than 90 days prior written notice, but in no event earlier than
                                                  May 31, 2006.

C.   Term and Rent

     1.   Renewal Term Rent:  Commencing on the Renewal Term Commencement Date, and on the last day of each month thereafter
          (each, a "Rent Payment Date") during the Renewal Term, Lessee shall pay as rent ("Renewal Term Rent") the product of the
          Renewal Term Lease Rate Factor times the Capital Lessor's Cost of all Equipment on this Renewal.

Except as expressly modified hereby, all terms and provisions of the Lease shall remain in full force and effect.  This Renewal is not binding
or effective with respect to the Lease or Equipment until executed on behalf of Lessor and Lessee by authorized representatives of Lessor and
Lessee, respectively.

IN WITNESS WHEREOF, Lessee and Lessor have caused this Renewal to be executed by their duly authorized representatives.

**IBJ Whitehall Business Credit Corporation, as Assignee of**          **Delphi Corporation, as Assignee of**
**First American Capital Management Group, Inc.**                       **General Motors Corporation**
**("Lessor")**                                                          **("Lessee")**

By:  _Stn Robbins_                                                      By:  _John W. Jarrett_

Name:  STEVEN M. ROBBINS                                                Name:   John W. Jarrett

Title:  VICE PRESIDENT                                                  Title:   Purchasing Manager

                                                                        Federal I.D. Number: 38-0572515

**ANNEX A**
**To Renewal No. 2**
**For**
**Equipment Schedule No. 1093**
**To Master Lease Agreement dated as of May 1, 1995**
**Between**
**General Motors Corporation ("Lessee")**
**And**
**IBJ Whitehall Business Credit Corporation, as Assignee**
**Of**
**First American Capital Management Group, Inc. ("Lessor")**

# ORIGINAL

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

**Equipment Location:**
General Motors Corporation
Delphi Saginaw Steering Systems
3900 Holland Rd.
Saginaw, MI  48601
Saginaw County

Hyster

|     | SERIAL NUMBER | DESCRIPTION | QTY | COST PER UNIT | TOTAL COST |
|-----|---------------|-------------|-----|---------------|------------|
| S2  | C098V04861V   | E80XL2      | 1   | $30,165.00    | $30,165.00 |

• See Original Schedule 1093 Annex C for detailed description of equipment.

**TOTAL EQUIPMENT COST:**          **$30,165.00**

**Initials:**

_Lessor_

_Lessee_

824.17.3.4
5662
1094 R2

### RENEWAL NO. 2
For
**Equipment Schedule No. 1094**
**To Master Lease Agreement dated as of May 1, 1995**
Between
**General Motors Corporation ("Lessee")**
And
**IBJ Whitehall Business Credit Corporation, as Assignee**
Of
**First American Capital Management Group, Inc. ("Lessor")**

# ORIGINAL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Capitalized terms not defined herein shall have the meanings assigned to them in the Master Lease Agreement identified above ("Agreement"; said Agreement and this Schedule No. 1094 being collectively referred to as "Lease").

The Lessee hereby agrees to extend the Basic Term for the Equipment described herein pursuant to the terms and conditions of the Lease, except as modified herein.

A.    Equipment:                          Equipment subject to Equipment Schedule No. 1094, as further described on the
                                         Attached Annex A (the "Renewal Equipment")

B.    Financial Terms

      1.   Capitalized Lessor's Cost:     $30,530.00

      2.   Equipment Location:            General Motors Corporation
                                         Delphi Chassis Systems
                                         Dock 101/3100 Needmore Rd.
                                         Dayton, OH  45414
                                         Montgomery County

      3.   Renewal Term Lease Rate Factor/Dollars:    1.294% / $395.06

      4.   Renewal Term (Number of Months):           12

      5.   Renewal Term Commencement Date:            September 1, 2004

      6.   Renewal Term Termination Date:             The date the Lessee returns the items of Renewal Equipment to
                                                     Lessor in the condition required by the Lease upon not less
                                                     than 90 days prior written notice, but in no event earlier than
                                                     August 31, 2005.

C.    Term and Rent

      1.   Renewal Term Rent:  Commencing on the Renewal Term Commencement Date, and on the last day of each month thereafter
           (each, a "Rent Payment Date") during the Renewal Term, Lessee shall pay as rent ("Renewal Term Rent") the product of the
           Renewal Term Lease Rate Factor times the Capital Lessor's Cost of all Equipment on this Renewal.

Except as expressly modified hereby, all terms and provisions of the Lease shall remain in full force and effect.  This Renewal is not binding or effective with respect to the Lease or Equipment until executed on behalf of Lessor and Lessee by authorized representatives of Lessor and Lessee, respectively.

IN WITNESS WHEREOF, Lessee and Lessor have caused this Renewal to be executed by their duly authorized representatives.

**IBJ Whitehall Business Credit Corporation, as Assignee of**              **Delphi Corporation as Assignee of**
**First American Capital Management Group, Inc.**                          **General Motors Corporation**
**("Lessor")**                                                            **("Lessee")**

By: _____                                             By: _____

Name: _Hinofumi Suyama_                                                   Name:   John W. Jarrett

Title: _President_                                                        Title:   Purchasing Manager

                                                                          Federal I.D. Number: 38-0572515

                                                                          ⚹ this is a Delphi asset

**ANNEX A**
**To Renewal No. 2**
**For**
**Equipment Schedule No. 1094**
**To Master Lease Agreement dated as of May 1, 1995**
**Between**
**General Motors Corporation ("Lessee")**
**And**
**IBJ Whitehall Business Credit Corporation, as Assignee**
**Of**
**First American Capital Management Group, Inc. ("Lessor")**



**Equipment Location:**
General Motors Corporation
Delphi Chassis Systems
Dock 101/3100 Needmore Rd.
Dayton, OH  45414
Montgomery County

Hyster

| | SERIAL NUMBER | DESCRIPTION | QTY | COST PER UNIT | TOTAL COST |
|---|---|---|---|---|---|
| DC | D004D06443V | S80XL | 1 | $30,530.00 | $30,530.00 |

• See Original Schedule 1094 Annex C for detailed description of equipment.

**TOTAL EQUIPMENT COST:**            **$30,530.00**

**Initials:**

_(signature)_
Lessor

_(signature)_
Lessee

*824-022*

## RENEWAL NO. 1
, For
**Equipment Schedule No. 1137**
**To Master Lease Agreement dated as of May 1, 1995**
**Between**
**General Motors Corporation ("Lessee")**
**And**
**IBJ Whitehall Business Credit Corporation, as Assignee**
**Of**
**First American Capital Management Group, Inc. ("Lessor")**

# ORIGINAL

Capitalized terms not defined herein shall have the meanings assigned to them in the Master Lease Agreement identified above ("Agreement"; said Agreement and this Schedule No. 1137 being collectively referred to as "Lease").

The Lessee hereby agrees to extend the Basic Term for the Equipment described herein pursuant to the terms and conditions of the Lease, except as modified herein.

A.    Equipment:                                          Equipment subject to Equipment Schedule No. 1137, as further described on the
                                                          Attached Annex A (the "Renewal Equipment")

B.    Financial Terms

    1.  Capitalized Lessor's Cost:               $113,664.00

    2.  Equipment Location:                     Delphi Corporation
                                                          Delphi Packard Electric Systems
                                                          Receiving Plant Dock 13
                                                          1265 North River Road
                                                          Warren, OH  44483

    3.  Renewal Term Lease Rate Factor/Dollars:  1.0511%  /  $1,194.72

    4.  Renewal Term (Number of Months):        24

    5.  Renewal Term Commencement Date:         April 1, 2005

    6.  Renewal Term Termination Date:          The date the Lessee returns the items of Renewal Equipment to
                                                          Lessor in the condition required by the Lease upon not less
                                                          than 90 days prior written notice, but in no event earlier than
                                                          March 31, 2007.

C.    Term and Rent

    1.  Renewal Term Rent:  Commencing on the Renewal Term Commencement Date, and on the last day of each month thereafter (each, a "Rent Payment Date") during the Renewal Term, Lessee shall pay as rent ("Renewal Term Rent") the product of the Renewal Term Lease Rate Factor times the Capital Lessor's Cost of all Equipment on this Renewal.

Except as expressly modified hereby, all terms and provisions of the Lease shall remain in full force and effect.  This Renewal is not binding or effective with respect to the Lease or Equipment until executed on behalf of Lessor and Lessee by authorized representatives of Lessor and Lessee, respectively.

IN WITNESS WHEREOF, Lessee and Lessor have caused this Renewal to be executed by their duly authorized representatives.

**IBJ Whitehall Business Credit Corporation, as Assignee of**
**First American Capital Management Group, Inc.**
**("Lessor")**

By: _____

Name: _Hirofumi Sugiura_

Title: _president_

**Delphi Corporation, as Assignee of**
**General Motors Corporation**
**("Lessee")**

By: _____

Name:   John W. Jarrett

Title:    Purchasing Manager

Federal I.D. Number: 38-0572515

_* this is a Delphi asset._

**ANNEX A**
**To Renewal No. 1**
**For**
**Equipment Schedule No. 1137**
**To Master Lease Agreement dated as of May 1, 1995**
**Between**
**General Motors Corporation ("Lessee")**
**And**
**IBJ Whitehall Business Credit Corporation, as Assignee**
**Of**
**First American Capital Management Group, Inc. ("Lessor")**

# ORIGINAL

**Equipment Location:**
Delphi Corporation
Delphi Packard Electric Systems
Receiving Plant Dock 13
1265 North River Road
Warren, OH 44483

Crown

|    | SERIAL NUMBER | DESCRIPTION | QTY | COST PER UNIT | TOTAL COST |
|----|---------------|-------------|-----|---------------|------------|
| P1 | 1A203955      | RC3020-30   | 6   | $18,944.00    | $113,664.00 |
|    | 1A203996      |             |     |               |            |
|    | 1A204010      |             |     |               |            |
|    | 1A204011      |             |     |               |            |
|    | 1A204019      |             |     |               |            |
|    | 1A204080      |             |     |               |            |

- See Original Schedule 1137 Annex C for detailed description of equipment.


**TOTAL EQUIPMENT COST:**                    **$113,664.00**


**Initials:**

_____
Lessor

_____
Lessee

824-23
Asset # 5719

**RENEWAL NO. 1**
For
**Equipment Schedule No. 1180**
**To Master Lease Agreement dated as of May 1, 1995**
Between
**General Motors Corporation ("Lessee")**
And
**IBJ Whitehall Business Credit Corporation, as Assignee**
Of
**First American Capital Management Group, Inc. ("Lessor")**

**ORIGINAL**

Capitalized terms not defined herein shall have the meanings assigned to them in the Master Lease Agreement identified above ("Agreement"; said Agreement and this Schedule No. 1180 being collectively referred to as "Lease").

The Lessee hereby agrees to extend the Basic Term for the Equipment described herein pursuant to the terms and conditions of the Lease, except as modified herein.

A.  Equipment:                          Equipment subject to Equipment Schedule No. 1180, as further described on the
                                        Attached Annex A (the "Renewal Equipment")

B.  Financial Terms

    1.  Capitalized Lessor's Cost:      $33,480.00

    2.  Equipment Location:             General Motors Corporation
                                        Delphi Saginaw Steering Systems
                                        Plant 4 Cisco 44024
                                        3900 Holland Rd.
                                        Saginaw, MI 48601
                                        Saginaw County

    3.  Renewal Term Lease Rate Factor/Dollars:   1.294% / $433.23

    4.  Renewal Term (Number of Months):          12

    5.  Renewal Term Commencement Date:           November 1, 2004

    6.  Renewal Term Termination Date:            The date the Lessee returns the items of Renewal Equipment to
                                                  Lessor in the condition required by the Lease upon not less
                                                  than 90 days prior written notice, but in no event earlier than
                                                  October 31, 2005.

C.  Term and Rent

    1.  Renewal Term Rent:  Commencing on the Renewal Term Commencement Date, and on the last day of each month thereafter
        (each, a "Rent Payment Date") during the Renewal Term, Lessee shall pay as rent ("Renewal Term Rent") the product of the
        Renewal Term Lease Rate Factor times the Capital Lessor's Cost of all Equipment on this Renewal.

Except as expressly modified hereby, all terms and provisions of the Lease shall remain in full force and effect. This Renewal is not binding
or effective with respect to the Lease or Equipment until executed on behalf of Lessor and Lessee by authorized representatives of Lessor and
Lessee, respectively.

IN WITNESS WHEREOF, Lessee and Lessor have caused this Renewal to be executed by their duly authorized representatives.

**IBJ Whitehall Business Credit Corporation, as Assignee of**          **Delphi Corporation as Assignee of**
**First American Capital Management Group, Inc.**                      **General Motors Corporation**
**("Lessor")**                                                         **("Lessee")**

By: _____                                           By: _____

Name: _Hirofumi Sigano_                                               Name:   John W. Jarrett

Title: _President_                                                    Title:   Purchasing Manager

                                                                      Federal I.D. Number: 38-0572515

                                                                      this is a Delphi asset

**ANNEX A**
**To Renewal No. 1**
**For**
**Equipment Schedule No. 1180**
**To Master Lease Agreement dated as of May 1, 1995**
**Between**
**General Motors Corporation ("Lessee")**
**And**
**IBJ Whitehall Business Credit Corporation, as Assignee**
**Of**
**First American Capital Management Group, Inc. ("Lessor")**

# ORIGINAL

**Equipment Location:**
General Motors Corporation
Delphi Saginaw Steering Systems
Plant 4 Cisco 44024
3900 Holland Rd.
Saginaw, MI 48601
Saginaw County

Hyster

|    | SERIAL NUMBER | DESCRIPTION | QTY | COST PER UNIT | TOTAL COST |
|----|---------------|-------------|-----|---------------|------------|
| S2 | G005D13568V   | H90XL2S     | 1   | $33,480.00    | $33,480.00 |

• See Original Schedule 1180 Annex C for detailed description of equipment.

**TOTAL EQUIPMENT COST:**                    **$33,480.00**

**Initials:**

Lessor

Lessee

*824-24*

*Asset # 5723*

**ORIGINAL**

**RENEWAL NO. 1**
**For**
**Equipment Schedule No. 1185**
**To Master Lease Agreement dated as of May 1, 1995**
**Between**
**General Motors Corporation ("Lessee")**
**And**
**IBJ Whitehall Business Credit Corporation, as Assignee**
**Of**
**First American Capital Management Group, Inc. ("Lessor")**

Capitalized terms not defined herein shall have the meanings assigned to them in the Master Lease Agreement identified above ("Agreement"; said Agreement and this Schedule No. 1185 being collectively referred to as "Lease").

The Lessee hereby agrees to extend the Basic Term for the Equipment described herein pursuant to the terms and conditions of the Lease, except as modified herein.

A.  Equipment:                    Equipment subject to Equipment Schedule No. 1185, as further described on the Attached Annex A (the "Renewal Equipment")

B.  Financial Terms

    1.  Capitalized Lessor's Cost:      $57,395.00

    2.  Equipment Location:           Delphi Corporation
                               Delphi Chassis Systems
                               2509 Hayes Avenue
                               Sandusky, OH  44870
                               Erie County

    3.  Renewal Term Lease Rate Factor/Dollars:  1.2128% / $696.09

    4.  Renewal Term (Number of Months):    12

    5.  Renewal Term Commencement Date:     September 1, 2005

    6.  Renewal Term Termination Date:       The date the Lessee returns the items of Renewal Equipment to Lessor in the condition required by the Lease upon not less than 90 days prior written notice, but in no event earlier than August 31, 2006.

C.  Term and Rent

    1.  Renewal Term Rent:  Commencing on the Renewal Term Commencement Date, and on the last day of each month thereafter (each, a "Rent Payment Date") during the Renewal Term, Lessee shall pay as rent ("Renewal Term Rent") the product of the Renewal Term Lease Rate Factor times the Capital Lessor's Cost of all Equipment on this Renewal.

Except as expressly modified hereby, all terms and provisions of the Lease shall remain in full force and effect.  This Renewal is not binding or effective with respect to the Lease or Equipment until executed on behalf of Lessor and Lessee by authorized representatives of Lessor and Lessee, respectively.

IN WITNESS WHEREOF, Lessee and Lessor have caused this Renewal to be executed by their duly authorized representatives.

| | |
|---|---|
| **IBJ Whitehall Business Credit Corporation, as Assignee of**<br>**First American Capital Management Group, Inc.**<br>**("Lessor")** | **Delphi Corporation, as Assignee of**<br>**General Motors Corporation**<br>**("Lessee")** |
| By: _____ | By: _____ |
| Name: _Hiro fumi Sapano_ | Name:   John W. Jarrett |
| Title: _President_ | Title:    **Purchasing Manager** |
| | **Federal I.D. Number: 38-0572515** |

*this is a Delphi asset*

**ANNEX A**
**To Renewal No. 1**
**For**
**Equipment Schedule No. 1185**
**To Master Lease Agreement dated as of May 1, 1995**
**Between**
**General Motors Corporation ("Lessee")**
**And**
**IBJ Whitehall Business Credit Corporation, as Assignee**
**Of**
**First American Capital Management Group, Inc. ("Lessor")**

# ORIGINAL

**Equipment Location:**
Delphi Corporation
Delphi Chassis Systems
2509 Hayes Avenue
Sandusky, OH 44870
Erie County

Hyster

|     | SERIAL NUMBER | DESCRIPTION | QTY | COST PER UNIT | TOTAL COST |
|-----|---------------|-------------|-----|---------------|------------|
| SA  | B024D05850W   | S135XL2     | 1   | $57,395.00    | $57,395.00 |

- See Original Schedule 1185 Annex C for detailed description of equipment

**TOTAL EQUIPMENT COST:**      **$57,395.00**

Initials:

_____
Lessor

_____
Lessee

### RENEWAL NO. 1
#### For
#### Equipment Schedule No. 1205
#### To Master Lease Agreement dated as of May 1, 1995
#### Between
#### General Motors Corporation ("Lessee")
#### And
#### IBJ Whitehall Business Credit Corporation, as Assignee
#### Of
#### First American Capital Management Group, Inc. ("Lessor")

**ORIGINAL**

Capitalized terms not defined herein shall have the meanings assigned to them in the Master Lease Agreement identified above ("Agreement"; said Agreement and this Schedule No. 1205 being collectively referred to as "Lease").

The Lessee hereby agrees to extend the Basic Term for the Equipment described herein pursuant to the terms and conditions of the Lease, except as modified herein.

A.    Equipment:                          Equipment subject to Equipment Schedule No. 1205, as further described on the
                                          Attached Annex A (the "Renewal Equipment")

B.    Financial Terms

      1.  Capitalized Lessor's Cost:      $40,945.00

      2.  Equipment Location:             General Motors Corporation
                                          Delphi Saginaw Steering Systems
                                          3900 E. Holland Rd.
                                          Saginaw, MI 48601-9494
                                          Saginaw County

      3.  Renewal Term Lease Rate Factor/Dollars:   1.132%  /  $463.50

      4.  Renewal Term (Number of Months):          24

      5.  Renewal Term Commencement Date:           May 1, 2004

      6.  Renewal Term Termination Date:            The date the Lessee returns the items of Renewal Equipment to
                                                    Lessor in the condition required by the Lease upon not less
                                                    than 90 days prior written notice, but in no event earlier than
                                                    April 30, 2006.

C.    Term and Rent

      1.  Renewal Term Rent:  Commencing on the Renewal Term Commencement Date, and on the last day of each month thereafter
          (each, a "Rent Payment Date") during the Renewal Term, Lessee shall pay as rent ("Renewal Term Rent") the product of the
          Renewal Term Lease Rate Factor times the Capital Lessor's Cost of all Equipment on this Renewal.

Except as expressly modified hereby, all terms and provisions of the Lease shall remain in full force and effect.  This Renewal is not binding
or effective with respect to the Lease or Equipment until executed on behalf of Lessor and Lessee by authorized representatives of Lessor and
Lessee, respectively.

IN WITNESS WHEREOF, Lessee and Lessor have caused this Renewal to be executed by their duly authorized representatives.

IBJ Whitehall Business Credit Corporation, as Assignee of        Delphi Corporation as Assignee of
First American Capital Management Group, Inc.                    General Motors Corporation
("Lessor")                                                       ("Lessee")

By: _____                                      By: _____

Name: _STEVEN M. ROBBINS_                                        Name:   John W. Jarrett

Title: _VICE PRESIDENT_                                          Title:   Purchasing Manager

                                                                 Federal I.D. Number: 38-0572515

                                                                 * This is a Delphi asset

**ANNEX A**
To Renewal No. 1
For
Equipment Schedule No. 1205
To Master Lease Agreement dated as of May 1, 1995
Between
General Motors Corporation ("Lessee")
And
IBJ Whitehall Business Credit Corporation, as Assignee
Of
First American Capital Management Group, Inc. ("Lessor")

**ORIGINAL**

●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

**Equipment Location:**
General Motors Corporation
Delphi Saginaw Steering Systems
3900 E. Holland Rd.
Saginaw, MI 48601-9494
Saginaw County

Hyster

|     | SERIAL NUMBER | DESCRIPTION | QTY | COST PER UNIT | TOTAL COST |
|-----|---------------|-------------|-----|---------------|------------|
| JE  | G005D13580V   | H110XL2     | 1   | $40,945.00    | $40,945.00 |

• See Original Schedule 1205 Annex C for detailed description of equipment.

**TOTAL EQUIPMENT COST:**              **$40,945.00**

**Initials:**

Lessor

Lessee

824.43.1.2
6054
6056
6057
1336 R1

**RENEWAL NO. 1**
For
Equipment Schedule No. 1336
To Master Lease Agreement dated as of May 1, 1995
Between
General Motors Corporation ("Lessee")
And
IBJ Whitehall Business Credit Corporation, as Assignee
Of
First American Capital Management Group, Inc. ("Lessor")

**ORIGINAL**

Capitalized terms not defined herein shall have the meanings assigned to them in the Master Lease Agreement identified above ("Agreement"; said Agreement and this Schedule No. 1336 being collectively referred to as "Lease").

The Lessee hereby agrees to extend the Basic Term for the Equipment described herein pursuant to the terms and conditions of the Lease, except as modified herein.

A.    Equipment:                                  Equipment subject to Equipment Schedule No. 1336, as further described on the
                                                  Attached Annex A (the "Renewal Equipment")

B.    Financial Terms

      1.  Capitalized Lessor's Cost:              $21,991.00

      2.  Equipment Location:                     General Motors Corporation
                                                  Delphi Harrison Thermal Systems
                                                  3600 Dryden Road
                                                  Moraine, OH 45439-1410
                                                  Montgomery County

      3.  Renewal Term Lease Rate Factor/Dollars: 1.132% / $248.98

      4.  Renewal Term (Number of Months):        24

      5.  Renewal Term Commencement Date:         September 1, 2004

      6.  Renewal Term Termination Date:          The date the Lessee returns the items of Renewal Equipment to
                                                  Lessor in the condition required by the Lease upon not less
                                                  than 90 days prior written notice, but in no event earlier than
                                                  August 31, 2006.

C.    Term and Rent

      1.  Renewal Term Rent:  Commencing on the Renewal Term Commencement Date, and on the last day of each month thereafter
          (each, a "Rent Payment Date") during the Renewal Term, Lessee shall pay as rent ("Renewal Term Rent") the product of the
          Renewal Term Lease Rate Factor times the Capital Lessor's Cost of all Equipment on this Renewal.

Except as expressly modified hereby, all terms and provisions of the Lease shall remain in full force and effect.  This Renewal is not binding
or effective with respect to the Lease or Equipment until executed on behalf of Lessor and Lessee by authorized representatives of Lessor and
Lessee, respectively.

IN WITNESS WHEREOF, Lessee and Lessor have caused this Renewal to be executed by their duly authorized representatives.

**IBJ Whitehall Business Credit Corporation, as Assignee of**        **Delphi Corporation as Assignee of**
**First American Capital Management Group, Inc.**                     **General Motors Corporation**
**("Lessor")**                                                       **("Lessee")**

By:  _____                                         By:  _____

Name:  _Hirofumi Sugano_                                             Name:  **John W. Jarrett**

Title:  _president_                                                  Title:  **Purchasing Manager**

                                                                     Federal I.D. Number: 38-0572515

                                                                     *  this is a Delphi asset

**ANNEX A**
**To Renewal No. 1**
**For**
**Equipment Schedule No. 1336**
**To Master Lease Agreement dated as of May 1, 1995**
**Between**
**General Motors Corporation ("Lessee")**
**And**
**IBJ Whitehall Business Credit Corporation, as Assignee**
**Of**
**First American Capital Management Group, Inc. ("Lessor")**



**Equipment Location:**
General Motors Corporation
Delphi Harrison Thermal Systems
3600 Dryden Road
Moraine, OH 45439-1410
Montgomery County

Hyster

| | SERIAL NUMBER | DESCRIPTION | QTY | COST PER UNIT | TOTAL COST |
|---|---|---|---|---|---|
| DY | A454N01752W | W40XTC | 1 | $13,725.00 | $13,725.00 |
| | A218H04005W A218H04006W | W40XT | 2 | $ 4,133.00 | $ 8,266.00 |

- See Original Schedule 1336 Annex C for detailed description of equipment.

**TOTAL EQUIPMENT COST:**                    **$21,991.00**

**Initials:**

Lessor

Lessee



**RENEWAL NO. 1**
For
**Equipment Schedule No. 1366**
**To Master Lease Agreement dated as of May 1, 1995**
Between
**General Motors Corporation ("Lessee")**
And
**IBJ Whitehall Business Credit Corporation, as Assignee**
Of
**First American Capital Management Group, Inc. ("Lessor")**

**ORIGINAL**

Capitalized terms not defined herein shall have the meanings assigned to them in the Master Lease Agreement identified above ("Agreement"; said Agreement and this Schedule No. 1366 being collectively referred to as "Lease").

The Lessee hereby agrees to extend the Basic Term for the Equipment described herein pursuant to the terms and conditions of the Lease, except as modified herein.

A.    Equipment:                                    Equipment subject to Equipment Schedule No. 1366, as further described on the Attached Annex A (the "Renewal Equipment")

B.    Financial Terms

    1.    Capitalized Lessor's Cost:              $112,100.00

    2.    Equipment Location:                     General Motors Corporation
                                        Saginaw Operations
                                        2328 East Genesee
                                        Saginaw, MI  48601
                                        Saginaw County

    3.    Renewal Term Lease Rate Factor/Dollars:    1.2128% / $1,359.55

    4.    Renewal Term (Number of Months):            12

    5.    Renewal Term Commencement Date:             November 1, 2005

    6.    Renewal Term Termination Date:              The date the Lessee returns the items of Renewal Equipment to Lessor in the condition required by the Lease upon not less than 90 days prior written notice, but in no event earlier than October 31, 2006.

C.    Term and Rent

    1.    Renewal Term Rent:  Commencing on the Renewal Term Commencement Date, and on the last day of each month thereafter (each, a "Rent Payment Date") during the Renewal Term, Lessee shall pay as rent ("Renewal Term Rent") the product of the Renewal Term Lease Rate Factor times the Capital Lessor's Cost of all Equipment on this Renewal.

Except as expressly modified hereby, all terms and provisions of the Lease shall remain in full force and effect.  This Renewal is not binding or effective with respect to the Lease or Equipment until executed on behalf of Lessor and Lessee by authorized representatives of Lessor and Lessee, respectively.

IN WITNESS WHEREOF, Lessee and Lessor have caused this Renewal to be executed by their duly authorized representatives.

**IBJ Whitehall Business Credit Corporation, as Assignee of**
**First American Capital Management Group, Inc.**
**("Lessor")**

By: _____

Name: _Hirofumi Supano_

Title: _President_


**Delphi Corporation, as Assignee of**
**General Motors Corporation**
**("Lessee")**

By: _____

Name:    John W. Jarrett

Title:    Purchasing Manager

Federal I.D. Number: 38-0572515

\* Note; this is a Delphi asset

ANNEX A
To Renewal No. 1
For
Equipment Schedule No. 1366
To Master Lease Agreement dated as of May 1, 1995
Between
General Motors Corporation ("Lessee")
And
IBJ Whitehall Business Credit Corporation, as Assignee
Of
First American Capital Management Group, Inc. ("Lessor")



**Equipment Location:**
General Motors Corporation
Saginaw Operations
2328 East Genesee
Saginaw, MI 48601
Saginaw County

Hyster

| | SERIAL NUMBER | DESCRIPTION | QTY | COST PER UNIT | TOTAL COST |
|---|---|---|---|---|---|
| SM | F108V16716W | E65XM2 | 5 | $22,420.00 | $112,100.00 |
| | F108V16717W | | | | |
| | F108V16718W | | | | |
| | F108V16719W | | | | |
| | F108V16739W | | | | |

• See Original Schedule 1366 Annex C for detailed description of equipment.

TOTAL EQUIPMENT COST:                          $112,100.00

Initials:

_____
Lessor

_____
Lessee