**DAY PITNEY LLP**
Ronald S. Beacher (RB8837)
Conrad K. Chiu (CC66346)
Marie Polito Hofsdal (MP7042)
7 Times Square
New York, New York 10036
Telephone:   (212) 297-5800
Facsimile:    (212) 916-2940
E-Mail:        rbeacher@daypitney.com
                  cchiu@daypitney.com
                  mhofsdal@daypitney.com

Hearing Date:    December 17, 2008
Hearing Time:    10:00 A.M.
Objection Date:  December 10, 2008

Attorneys for IBJTC Business Credit Corporation,
as successor to IBJ Whitehall Business Credit Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 )<br>) Case No. 05-44481 (RDD)<br>**DELPHI CORPORATION,** *et al.***,** )<br>) (Jointly Administered)<br>Debtors. ) |

**CERTIFICATION OF SERVICE REGARDING IBJC BUSINESS CREDIT
CORPORATION'S LIMITED RESPONSE TO DEBTORS' THIRTY-SECOND
OMNIBUS OBJECTION PURSUANT TO 11 U.S.C. § 502(B) AND FED. R. BANKR.
P. 3007 REGARDING (A) ASSERTED AMOUNT CLAIMS, (B) CLAIMS
SUBJECT TO MODIFICATION, AND (C) CLAIMS TO BE EXPUNGED**

MARIE POLITO HOFSDAL, of full age, hereby certifies as follows:

I am an associate with the firm of Day Pitney LLP, with an office located at 7 Times Square, New York, New York 10036. Day Pitney is counsel for IBJTC Business Credit Corporation, as successor to IBJ Whitehall Business Credit Corporation in connection with the above-referenced matter.

1.    On December 10, 2008, I electronically filed IBJTC Business Credit Corporation's Limited Response To Debtors' Thirty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 Regarding (A) Asserted Amount Claims, (B)

Claims Subject To Modification, And (C) Claims To Be Expunged with the United States Bankruptcy Court for the Southern District of New York and thereafter served same upon all parties on the annexed service list as noted thereon.

I certify under penalty of perjury that the foregoing statements made by me are true and correct.

/s/ Marie Polito Hofsdal
Marie Polito Hofsdal (MP7042)

Dated: December 10, 2008
      New York, New York

05-44481-rdd    Doc 14579    Filed 12/10/08    Entered 12/10/08 14:02:53    Main Document
Pg 2 of 3

# SERVICE LIST

**Served Via Overnight Mail and Facsimile on 12/10/08:**

**The Debtors:**

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
(Att'n: General Counsel)

**Served Via Overnight Mail on 12/10/08:**

**United States Trustee:**

Office of the United States Trustee
for the Southern District of New York,
33 Whitehall Street, Suite 2100
New York, New York 10004
(Att'n: Alicia M. Leonhard, Esq.)

**Chambers of the Honorable Robert D. Drain, U.S.B.J.**

Honorable Robert D. Drain, U.S.B.J.
United States Bankruptcy Court for the Southern District of New York
One Bowling Green, Room 632
New York, New York 10004

**Served Via Overnight Mail, Facsimile and E-mail on 12/10/08:**

**Counsel To The Debtors:**

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606
(Att'n: John Wm. Butler, Jr., Esq., John K. Lyons, Esq. and Joseph N. Wharton, Esq.)