UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al. | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

_____/

**WITHDRAWAL OF RESPONSE OF CTS OF CANADA CO.
TO DEBTORS' THIRTEENTH OMNIBUS OBJECTION TO CLAIMS**

Pursuant to the Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 11279 (Court Docket No. 14419), the Response of CTS of Canada Co. to Debtors' Thirteenth Omnibus Objection to Claims (Court Docket No. 8085) is hereby withdrawn with prejudice.

Respectfully submitted,

CTS of Canada Co.

By: *Elizabeth Bottorff Ahlemann*
Elizabeth Bottorff Ahlemann
Assistant General Counsel
CTS Corporation
905 West Boulevard N.
Elkhart, IN 46514
Tel. No. (574) 523-3800
Fax No. (574) 294-6151
E-Mail: Elizabeth.Ahlemann@ctscorp.com

Dated: December 9, 2008

## CERTIFICATE OF SERVICE

I, Elizabeth Bottorff Ahlemann, Assistant General Counsel for CTS Corporation, hereby certify that a copy of the foregoing Withdrawal of Response of CTS of Canada Co. to Debtors' Thirteenth Omnibus Objection to Claims was served upon the following parties on this 9th day of December, 2008:

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Att'n: General Counsel

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
Att'n: John William Butler, Jr.
      Ron E. Meisler
      Joseph N. Wharton

- and -

Kayalyn A. Marafioti
Thomas J. Matz
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation et al., Debtor and Debtors-in-Possession

and

Tara Hannon
Mandel, Katz & Brosnan LLP
210 Route 303
Valley Cottage, NY 10989

Counsel for Bear Stearns Investment Products, Inc.

*Elizabeth Bottorff Ahlemann*
Elizabeth Bottorff Ahlemann