## Exhibit A

## Invoices Without Proofs of Deliveries

| Invoice No. | Invoice Date | Amount of Invoice Claimed on Proof of Claim |
|---:|---:|---:|
| 6010 | 2/26/04 | $ 540.00 |
| 110104 | 11/30/03 | $ 534.43 |
| 203669 | 5/15/04 | $ 412.00 |
| 206665 | 5/4/04 | $ 2,560.00 |
| 208975 | 5/4/04 | $ 120.00 |
| 208976 | 5/16/04 | $ 240.00 |
| 208980 | 12/10/03 | $ 1,000.00 |
| 209102 | 3/29/04 | $ 960.00 |
| 419051 | 3/4/04 | $ 1,403.50 |
| 603235 | 6/30/04 | $ 380.00 |
| 604869 | 3/4/04 | $ 46.97 |
| 604966 | 5/13/04 | $ 4,500.00 |
| 606935 | 2/26/04 | $ 55.05 |
| 607462 | 12/8/03 | $ 1,036.80 |
| 607478 | 2/27/04 | $ 540.00 |
| 608176 | 2/27/04 | $ 2,400.00 |
| 676410 | 3/21/04 | $ 160.00 |
| 676411 | 3/21/04 | $ 320.00 |
| 676598 | 3/21/04 | $ 1,728.00 |
| 679249 | 4/14/04 | $ 589.50 |
| 681121 | 6/3/04 | $ 2,428.65 |
| 1207504 | 6/7/04 | $ 100.40 |
| 6088861 | 6/18/04 | $ 2,120.00 |
| 6089051 | 6/21/04 | $ 188.90 |
| 6090051 | 6/21/04 | $ 1,104.00 |
| 63675752 | 6/28/04 | $ 398.00 |
| 67676831 | 6/28/04 | $ 1,167.67 |
| 67678312 | 6/29/04 | $ 562.30 |
| 1102040000 | 6/29/04 | $ 23,183.45 |

|  |  |
|---:|---:|
| Total | $50,779.62 |
| Less invoices not on POC | $9,616.94 |
| Net amount | $41,162.68 |