**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                                         Chapter 11

                                                                       Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                                 Jointly Administered

                     Debtors

---------------------------------------------------------------x

**ORDER OF ADMISSION TO PRACTICE,** *Pro Hac Vice*

     UPON the motion of Nina M. Varughese, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

     ORDERED, that Nina M. Varughese, Esq. is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  December 12, 2008
          New York, New York

                                                        /s/Robert D. Drain_____
                                                        UNITED STATES BANKRUPTCY JUDGE