Exhibit B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                     :

In re                        :        Chapter 11
                                     :

DELPHI CORPORATION, et al.,      :        Case No. 05-44481 (RDD)
                                     :

                  Debtors.     :        (Jointly Administered)
                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
REGARDING (A) ASSERTED AMOUNT CLAIMS, (B) CLAIMS
SUBJECT TO MODIFICATION, AND (C) CLAIMS TO BE EXPUNGED,
AS IDENTIFIED IN THIRTY-SECOND OMNIBUS CLAIMS OBJECTION

("THIRTY-SECOND OMNIBUS CLAIMS OBJECTION ORDER")

Upon the Thirty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And

Fed. R. Bankr. P. 3007 Regarding (A) Asserted Amount Claims, (B) Claims Subject To

Modification, And (C) Claims To Be Expunged, dated November 14, 2008 (the "Thirty-Second

Omnibus Claims Objection"),[1] of Delphi Corporation ("Delphi") and certain of its subsidiaries

and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the

"Debtors"); and upon the record of the hearing held on the Thirty-Second Omnibus Claims

Objection; and after due deliberation thereon; and good and sufficient cause appearing therefor,

---

[1]    Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Thirty-
Second Omnibus Claims Objection.

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

      A.      Each holder of a claim, as such term is defined in 11 U.S.C. § 101(5) (as to each, a "Claim"), listed on Exhibits A, B, C-1, and C-2 hereto was properly and timely served with a copy of the Thirty-Second Omnibus Claims Objection, a personalized Notice Of Objection To Claim, a copy of the Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims (Docket No. 6089) (the "Claims Objection Procedures Order"), the proposed order granting the Thirty-Second Omnibus Claims Objection, and notice of the deadline for responding to the Thirty-Second Omnibus Claims Objection.  No other or further notice of the Thirty-Second Omnibus Claims Objection is necessary.

      B.      This Court has jurisdiction over the Thirty-Second Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334.  The Thirty-Second Omnibus Claims Objection is a core proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the Thirty-Second Omnibus Claims Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

      C.      The Claims listed on Exhibit A hereto assert liabilities or dollar amounts that the Debtors have determined should be allowed in their asserted amounts (the "Asserted Amount Claims").

      D.      The Claims listed on Exhibit B hereto assert claims that the Debtors have determined should be modified solely to assert a properly classified, fully liquidated claim

---

[2]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate.  See Fed. R. Bankr. P. 7052.

amount against a Debtor that, in some instances, may be different from the one identified by the

Claimant (the "Claims Subject To Modification").

        E.      The Claims listed on <u>Exhibit C-1</u> hereto under the column heading Claims

To Be Expunged are either duplicates of other Claims filed with this Court or have been

amended or superseded by later-filed Claims (the "Duplicate Or Amended Claims").

        F.      The Claims listed on <u>Exhibit C-2</u> hereto assert liabilities or dollar amounts

that are not owing as a result of settlements in principle with the holders of such Claims (the

"Claims To Be Expunged Pursuant To Settlement").

        G.      <u>Exhibit E</u> hereto displays the formal name of the Debtor entity and its

associated bankruptcy case number referenced on <u>Exhibits A</u>, <u>B</u>, <u>C-1</u>, <u>C-2</u>, <u>D-1</u>, <u>D-2</u>, and <u>D-3</u>.

<u>Exhibit F</u> sets forth each of the Claims referenced on <u>Exhibits A</u>, <u>B</u>, <u>C-1</u>, <u>C-2</u>, <u>D-1</u>, <u>D-2</u>, and <u>D-3</u>

in alphabetical order by claimant and cross-references each such Claim by proof of claim number

and basis of objection.

        H.      The relief requested in the Thirty-Second Omnibus Claims Objection and

granted herein is in the best interests of the Debtors, their estates, their creditors, and other

parties-in-interest.

      NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED

THAT:

        1.      Each Asserted Amount Claim listed on <u>Exhibit A</u> hereto is hereby allowed

at the amount asserted on the corresponding proof of claim.

        2.      Each "Claim As Docketed" amount, classification, and Debtor listed on

<u>Exhibit B</u> hereto is hereby revised to reflect the amount, classification, and Debtor listed as the

"Claim As Modified."  No Claimant listed on <u>Exhibit B</u> hereto shall be entitled to (a) recover any

3

Claim Subject To Modification in an amount exceeding the dollar value listed as the "Modified

Total" of the Claim, and/or (b) assert a classification that is inconsistent with that listed in the

"Claim As Modified" column, and/or (c) assert a Claim against a Debtor whose case number is

not listed in the "Claim As Modified" column on <u>Exhibit B</u> hereto.  Each Claim Subject To

Modification is hereby modified and allowed to reflect the Modified Total as set forth on

<u>Exhibit B</u> hereto.

        3.        Each of the Claims To Be Expunged listed on <u>Exhibit C-1</u> hereto is hereby

disallowed and expunged in its entirety.

        4.        Each of the Claims To Be Expunged Pursuant To Settlement listed on

<u>Exhibit C-2</u> hereto is hereby disallowed and expunged in its entirety.

        5.        Allowance of each of the Asserted Amount Claims set forth on <u>Exhibit A</u>

hereto and each of the Claims As Modified set forth on <u>Exhibit B</u> hereto (and together with the

Asserted Amount Claims, the "Allowed Claims") is subject to the following:

        (a)    Without further order of this Court, the Debtors are authorized to
offset or reduce the Allowed Claim for purposes of distribution to
holders of allowed claims entitled to receive distributions under any
plan of reorganization of the Debtors by the amount of any cure
payments made on account of the assumption, pursuant to section
365 of the Bankruptcy Code, of an executory contract or unexpired
lease to which the counterparty associated with the Proof of Claim is
a party.

        (b)    To the extent an Asserted Amount Claim set forth on <u>Exhibit A</u> or a
Claim Subject To Modification set forth on <u>Exhibit B</u> also
incorporates a reclamation demand with respect to which either (i)
the Debtors and the Claimant have entered into a letter agreement
whereby the Debtors and the Claimant agreed upon the valid amount
of the reclamation demand or (ii) the Claimant is deemed to have
consented to the Debtors' determination of the valid amount of the
reclamation demand (with respect to (b)(i) and (ii), each, a
"Reclamation Agreement"), the Claimant holding such Claim
reserves the right, pursuant to section 503(b) of the Bankruptcy
Code, to seek administrative priority status for that portion of the
Claim subject to such Reclamation Agreement, subject to the

Debtors' right to seek, at any time and notwithstanding a Claimant's agreement to the amount pursuant to the Reclamation Agreement, a judicial determination that certain reserved defenses (the "Reserved Defenses") with respect to the reclamation demand are valid and the classification set forth on Exhibit A or Exhibit B for such Allowed Claim shall not be deemed to waive or in any way impair the foregoing right of the Claimant to seek administrative expense priority status for that portion of the Allowed Claim subject to such Reclamation Agreement.

(c)     The allowance of the Allowed Claim shall act as an injunction against any "Person" (as that term is defined in 101(41) of the Bankruptcy Code) commencing any action, employment of process, or act to collect, offset, or recover with respect to each such Allowed Claim.

(d)     The allowance of each such Allowed Claim subject to this Thirty-Second Omnibus Claims Objection resolves all of the responses filed by Claimants to prior omnibus claims objections with respect to each such Allowed Claim subject to the Thirty-Second Omnibus Claims Objection.

6.     With respect to each Claim for which a Response to the Thirty-Second Omnibus Claims Objection has been filed and served, and which has not been resolved by the parties, all of which Claims are listed on Exhibits D-1, D-2, and D-3 hereto, the hearing regarding the objection to such Claims shall be adjourned to a future date to be noticed by the Debtors consistent with and subject to the Claims Objection Procedures Order; provided, however, that such adjournment shall be without prejudice to the Debtors' right to assert that any such Response was untimely or otherwise deficient under the Claims Objection Procedures Order.

7.     Entry of this order is without prejudice to the Debtors' right to object, on any grounds whatsoever, to any other claims in these chapter 11 cases or to further object to Claims that are the subject of the Thirty-Second Omnibus Claims Objection.

8.      This Court shall retain jurisdiction over the Debtors and the holders of Claims subject to the Thirty-Second Omnibus Claims Objection to hear and determine all matters arising from the implementation of this order.

9.      Each of the objections by the Debtors to each Claim addressed in the Thirty-Second Omnibus Claims Objection and attached hereto as Exhibits A, B, C-1, C-2, D-1, D-2, and D-3 constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014. This order shall be deemed a separate order with respect to each Claim that is the subject of the Thirty-Second Omnibus Claims Objection.  Any stay of this order shall apply only to the contested matter which involves such Claim and shall not act to stay the applicability or finality of this order with respect to the other contested matters covered hereby.

10.     Kurtzman Carson Consultants LLC is hereby directed to serve this order, including exhibits, in accordance with the Claims Objection Procedures Order.


Dated: New York, New York
        December ___, 2008


_____
        UNITED STATES BANKRUPTCY JUDGE

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 14599-2   Filed 12/16/08   Entered 12/16/08 14:33:17   Thirty-Second Omnibus Claims Objection
Exhibit B
Pg 8 of 73

EXHIBIT A - ASSERTED AMOUNT CLAIMS

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 16601**
Date Filed: 05/15/2007
Docketed Total: $22,046.54
Filing Creditor Name and Address:
1ST CHOICE HEATING & COOLING INC
500 WOODWARD AVE STE 3500
DETROIT, MI 48226

Claim Holder Name and Address
1ST CHOICE HEATING & COOLING INC
500 WOODWARD AVE STE 3500
DETROIT, MI 48226
Docketed Total: **$22,046.54**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $22,046.54 | | |
| | **$22,046.54** | | |

Modified Total: **$22,046.54**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $22,046.54 | | |
| | **$22,046.54** | | |

---

**Claim: 1570**
Date Filed: 01/17/2006
Docketed Total: $1,621.57
Filing Creditor Name and Address:
BELLSOUTH TELECOMMUNICATIONS INC
301 W BAY ST RM 29EF1
JACKSONVILLE, FL 32202

Claim Holder Name and Address
BELLSOUTH TELECOMMUNICATIONS INC
301 W BAY ST RM 29EF1
JACKSONVILLE, FL 32202
Docketed Total: **$1,621.57**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,621.57 |
| | | | **$1,621.57** |

Modified Total: **$1,621.57**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,621.57 |
| | | | **$1,621.57** |

---

**Claim: 88**
Date Filed: 10/24/2005
Docketed Total: $5,813.57
Filing Creditor Name and Address:
CDW COMPUTER CENTERS INC
PO BOX 5126
TIMONIUM, MD 21094

Claim Holder Name and Address
CDW COMPUTER CENTERS INC
PO BOX 5126
TIMONIUM, MD 21094
Docketed Total: **$5,813.57**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $5,813.57 |
| | | | **$5,813.57** |

Modified Total: **$5,813.57**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,813.57 |
| | | | **$5,813.57** |

---

**Claim: 419**
Date Filed: 11/08/2005
Docketed Total: $132.69
Filing Creditor Name and Address:
CDW COMPUTER CENTERS INC
PO BOX 5126
TIMONIUM, MD 21094

Claim Holder Name and Address
CDW COMPUTER CENTERS INC
PO BOX 5126
TIMONIUM, MD 21094
Docketed Total: **$132.69**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $132.69 |
| | | | **$132.69** |

Modified Total: **$132.69**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $132.69 |
| | | | **$132.69** |

---

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.

**EXHIBIT A - ASSERTED AMOUNT CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 420**
Date Filed: 11/08/2005
Docketed Total: $14,748.55
Filing Creditor Name and Address:
CDW COMPUTER CENTERS INC
PO BOX 5126
TIMONIUM, MD 21094

Claim Holder Name and Address
CDW COMPUTER CENTERS INC
PO BOX 5126
TIMONIUM, MD 21094

Docketed Total: **$14,748.55**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $14,748.55 |
| | | | **$14,748.55** |

Modified Total: **$14,748.55**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $14,748.55 |
| | | | **$14,748.55** |

---

**Claim: 1659**
Date Filed: 01/24/2006
Docketed Total: $885.80
Filing Creditor Name and Address:
CDW COMPUTER CENTERS INC
PO BOX 5126
TIMONIUM, MD 21094

Claim Holder Name and Address
CDW COMPUTER CENTERS INC
PO BOX 5126
TIMONIUM, MD 21094

Docketed Total: **$885.80**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $885.80 |
| | | | **$885.80** |

Modified Total: **$885.80**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $885.80 |
| | | | **$885.80** |

---

**Claim: 5084**
Date Filed: 05/08/2006
Docketed Total: $1,370.20
Filing Creditor Name and Address:
CINGULAR WIRELESS
PO BOX 309
PORTLAND, OR 97207-0309

Claim Holder Name and Address
CINGULAR WIRELESS
PO BOX 309
PORTLAND, OR 97207-0309

Docketed Total: **$1,370.20**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,370.20 |
| | | | **$1,370.20** |

Modified Total: **$1,370.20**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,370.20 |
| | | | **$1,370.20** |

---

**Claim: 5085**
Date Filed: 05/08/2006
Docketed Total: $1,011.99
Filing Creditor Name and Address:
CINGULAR WIRELESS
PO BOX 309
PORTLAND, OR 97207-0309

Claim Holder Name and Address
CINGULAR WIRELESS
PO BOX 309
PORTLAND, OR 97207-0309

Docketed Total: **$1,011.99**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,011.99 |
| | | | **$1,011.99** |

Modified Total: **$1,011.99**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,011.99 |
| | | | **$1,011.99** |

---

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 14599-2   Filed 12/16/08   Entered 12/16/08 14:33:17   Thirty-Second Omnibus Claims Objection   Exhibit B
Pg 10 of 73

EXHIBIT A - ASSERTED AMOUNT CLAIMS

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 5087**
Date Filed: 05/08/2006
Docketed Total: $31,423.21
Filing Creditor Name and Address:
CINGULAR WIRELESS
PO BOX 309
PORTLAND, OR 97207-0309

Claim Holder Name and Address
CINGULAR WIRELESS
PO BOX 309
PORTLAND, OR 97207-0309

Docketed Total: $31,423.21

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $31,423.21 |
| | | | $31,423.21 |

Modified Total: $31,423.21

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $31,423.21 |
| | | | $31,423.21 |

---

**Claim: 9541**
Date Filed: 07/14/2006
Docketed Total: $30,818.00
Filing Creditor Name and Address:
CIRCLE BROACH COMPANY INC
38358 ABRUZZI DR
WESTLAND, MI 48185

Claim Holder Name and Address
CIRCLE BROACH COMPANY INC
38358 ABRUZZI DR
WESTLAND, MI 48185

Docketed Total: $30,818.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $30,818.00 | UNL |
| | | $30,818.00 | UNL |

Modified Total: $30,818.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $30,818.00 |
| | | | $30,818.00 |

---

**Claim: 10388**
Date Filed: 07/24/2006
Docketed Total: $141,675.49
Filing Creditor Name and Address:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF GEMINI PLASTICS
INC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Claim Holder Name and Address
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF GEMINI PLASTICS INC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total: $141,675.49

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $141,675.49 |
| | | | $141,675.49 |

Modified Total: $141,675.49

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $141,675.49 |
| | | | $141,675.49 |

---

\*     See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.

Case No. 05-44481 (RDD)

05-44481-rdd   Doc 14599-2   Filed 12/16/08   Entered 12/16/08 14:33:17   Thirty-Second Omnibus Claims Objection
Pg 11 of 73   Exhibit B

**EXHIBIT A - ASSERTED AMOUNT CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 9796**

Date Filed: 07/18/2006

Docketed Total: $572,033.91

Filing Creditor Name and Address:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF HITCHINER
MANUFACTURING CO INC
ATTN ALPA JIMENEZ
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Claim Holder Name and Address

CONTRARIAN FUNDS LLC AS
ASSIGNEE OF HITCHINER
MANUFACTURING CO INC
ATTN ALPA JIMENEZ
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total: **$572,033.91**

Modified Total: **$572,033.91**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $8,179.67 | $563,854.24 | 05-44640 | | | $572,033.91 |
| | | **$8,179.67** | **$563,854.24** | | | | **$572,033.91** |

**Claim: 10382**

Date Filed: 07/24/2006

Docketed Total: $210,732.14

Filing Creditor Name and Address:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF MTD
TECHNOLOGIES INC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Claim Holder Name and Address

CONTRARIAN FUNDS LLC AS
ASSIGNEE OF MTD TECHNOLOGIES
INC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total: **$210,732.14**

Modified Total: **$210,732.14**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $16,294.70 | $194,437.44 | 05-44640 | | | $210,732.14 |
| | | **$16,294.70** | **$194,437.44** | | | | **$210,732.14** |

**Claim: 9792**

Date Filed: 07/18/2006

Docketed Total: $214,580.56

Filing Creditor Name and Address:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF PAX MACHINE
WORKS INC
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Claim Holder Name and Address

CONTRARIAN FUNDS LLC AS
ASSIGNEE OF PAX MACHINE WORKS
INC
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total: **$214,580.56**

Modified Total: **$214,580.56**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $865.58 | $213,714.98 | 05-44640 | | | $214,580.56 |
| | | **$865.58** | **$213,714.98** | | | | **$214,580.56** |

---

\*     See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 14599-2   Filed 12/16/08   Entered 12/16/08 14:33:17   Exhibit B
Pg 12 of 73

Thirty-Second Omnibus Claims Objection

EXHIBIT A - ASSERTED AMOUNT CLAIMS

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 12690**
Date Filed:   07/28/2006
Docketed Total:    $865,517.60
Filing Creditor Name and Address:
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF SCHAEFFLER
  CANADA INC
  ATTN ALPA JIMENEZ
  411 WEST PUTNAM AVENUE STE
  225
  GREENWICH, CT 06830

Claim Holder Name and Address

CONTRARIAN FUNDS LLC AS
ASSIGNEE OF SCHAEFFLER CANADA
INC
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVENUE STE 225
GREENWICH, CT 06830

Docketed Total:        $865,517.60

Modified Total:        $865,517.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $80,774.09 | $784,743.51 |
| | | $80,774.09 | $784,743.51 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $865,517.60 |
| | | | $865,517.60 |

---

**Claim: 9791**
Date Filed:   07/18/2006
Docketed Total:    $299,745.20
Filing Creditor Name and Address:
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF SP DIV NMC LLC
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE  STE 225
  GREENWICH, CT 06830

Claim Holder Name and Address

CONTRARIAN FUNDS LLC AS
ASSIGNEE OF SP DIV NMC LLC
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE  STE 225
GREENWICH, CT 06830

Docketed Total:        $299,745.20

Modified Total:        $299,745.20

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $5,367.21 | $294,377.99 |
| | | $5,367.21 | $294,377.99 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $299,745.20 |
| | | | $299,745.20 |

---

**Claim: 8219**
Date Filed:   06/19/2006
Docketed Total:    $3,340.00
Filing Creditor Name and Address:
  CONTROL MASTERS INC
  5235 KATRINE AVE
  DOWNERS GROVE, IL 60515

Claim Holder Name and Address

CONTROL MASTERS INC
5235 KATRINE AVE
DOWNERS GROVE, IL 60515

Docketed Total:        $3,340.00

Modified Total:        $3,340.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44482 | | | $3,340.00 |
| | | | $3,340.00 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44482 | | | $3,340.00 |
| | | | $3,340.00 |

---

\*     See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.

Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14599-2    Filed 12/16/08    Entered 12/16/08 14:33:17    Thirty-Second Omnibus Claims Objection    Exhibit B
Pg 13 of 73

EXHIBIT A - ASSERTED AMOUNT CLAIMS

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 5423<br>Date Filed: 05/10/2006<br>Docketed Total: $645,056.53<br>Filing Creditor Name and Address:<br>CORUS LP<br>HOLME ROBERTS & OWEN LLP<br>1700 LINCOLN ST STE 4100<br>DENVER, CO 80203 | Claim Holder Name and Address<br><br>BANK OF AMERICA N A<br>40 W 57TH ST<br>NEW YORK, NY 10019<br><br>Docketed Total: $645,056.53 | Modified Total: $645,056.53 |

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44640 | | | $645,056.53<br>**$645,056.53** | 05-44640 | | | $645,056.53<br>**$645,056.53** |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14795<br>Date Filed: 07/31/2006<br>Docketed Total: $23,040.60<br>Filing Creditor Name and Address:<br>CREATIVE TECHNIQUES INC<br>2441 N OPDYKE RD<br>AUBURN HILLS, MI 48326 | Claim Holder Name and Address<br><br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br><br>Docketed Total: $23,040.60 | Modified Total: $23,040.60 |

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44481 | | | $23,040.60<br>**$23,040.60** | 05-44640 | | | $23,040.60<br>**$23,040.60** |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16132<br>Date Filed: 08/09/2006<br>Docketed Total: $22,475.50<br>Filing Creditor Name and Address:<br>CROWLEY TOOL CO<br>190 MOLLY WALTON RD<br>HENDERSONVILLE, TN 37075 | Claim Holder Name and Address<br><br>ARGO PARTNERS<br>12 W 37TH ST 9TH FL<br>NEW YORK, NY 10018<br><br>Docketed Total: $22,475.50 | Modified Total: $22,475.50 |

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44481 | | | $22,475.50<br>**$22,475.50** | 05-44640 | | | $22,475.50<br>**$22,475.50** |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 13458<br>Date Filed: 07/31/2006<br>Docketed Total: $74,664.00<br>Filing Creditor Name and Address:<br>DECO AUTOMOTIVE A DIVISION<br>OF MAGNA INTERNATIONAL INC<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS, MI 48304 | Claim Holder Name and Address<br><br>DECO AUTOMOTIVE A DIVISION OF<br>MAGNA INTERNATIONAL INC<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS, MI 48304<br><br>Docketed Total: $74,664.00 | Modified Total: $74,664.00 |

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44640 | $74,664.00<br>**$74,664.00** | | | 05-44640 | | | $74,664.00<br>**$74,664.00** |

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 14599-2   Filed 12/16/08   Entered 12/16/08 14:33:17   Exhibit B
Pg 14 of 73

Thirty-Second Omnibus Claims Objection

EXHIBIT A - ASSERTED AMOUNT CLAIMS

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 10284**
Date Filed: 07/24/2006
Docketed Total: $22,268.60
Filing Creditor Name and Address:
DEMAG PLASTICS GROUP CORP
11792 ALAMEDA DR
STRONGSVILLE, OH 44149

Claim Holder Name and Address
DEMAG PLASTICS GROUP CORP
11792 ALAMEDA DR
STRONGSVILLE, OH 44149      Docketed Total:   **$22,268.60**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $22,268.60 |
| | | | **$22,268.60** |

Modified Total:   **$22,268.60**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $22,268.60 |
| | | | **$22,268.60** |

---

**Claim: 15429**
Date Filed: 07/31/2006
Docketed Total: $431,794.32
Filing Creditor Name and Address:
GOBAR SYSTEMS INC
TAFT STETTINIUS & HOLLISTER LLP
425 WALNUT STREET STE 1800
CINCINNATI, OH 45202

Claim Holder Name and Address
GOBAR SYSTEMS INC
TAFT STETTINIUS & HOLLISTER LLP
425 WALNUT STREET STE 1800
CINCINNATI, OH 45202      Docketed Total:   **$431,794.32**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $431,794.32 |
| | | | **$431,794.32** |

Modified Total:   **$431,794.32**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $431,794.32 |
| | | | **$431,794.32** |

---

**Claim: 831**
Date Filed: 11/23/2005
Docketed Total: $3,847.71
Filing Creditor Name and Address:
GRUNER AG
BURGLESTRASSE 15 17
WEHINGEN, 78564
GERMANY

Claim Holder Name and Address
GRUNER AG
BURGLESTRASSE 15 17
WEHINGEN, 78564
GERMANY      Docketed Total:   **$3,847.71**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $3,847.71 |
| | | | **$3,847.71** |

Modified Total:   **$3,847.71**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $3,847.71 |
| | | | **$3,847.71** |

---

**Claim: 6497**
Date Filed: 05/22/2006
Docketed Total: $67,576.91
Filing Creditor Name and Address:
HENKEL SURFACE TECHNOLOGIES
32100 STEPHENSON HWY
MADISON HEIGHTS, MI 48071

Claim Holder Name and Address
HENKEL SURFACE TECHNOLOGIES
32100 STEPHENSON HWY
MADISON HEIGHTS, MI 48071      Docketed Total:   **$67,576.91**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $67,576.91 |
| | | | **$67,576.91** |

Modified Total:   **$67,576.91**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $67,576.91 |
| | | | **$67,576.91** |

---

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

05-44481-rdd    Doc 14599-2    Filed 12/16/08    Entered 12/16/08 14:33:17    **Thirty-Second Omnibus Claims Objection**
Exhibit B
Pg 15 of 73

**EXHIBIT A - ASSERTED AMOUNT CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 773**
Date Filed: 11/22/2005
Docketed Total: $112,139.54
Filing Creditor Name and Address:
ILM TOOL INC
23301 CLAWITER RD
HAYWARD, CA 94545

Claim Holder Name and Address:
ILM TOOL INC
23301 CLAWITER RD
HAYWARD, CA 94545

Docketed Total: **$112,139.54**

Modified Total: **$112,139.54**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $112,139.54 | 05-44511 | | | $112,139.54 |
| | | | **$112,139.54** | | | | **$112,139.54** |

**Claim: 646**
Date Filed: 11/17/2005
Docketed Total: $33,597.65
Filing Creditor Name and Address:
IRON MOUNTAIN INFORMATION
MANAGEMENT INC
IRON MOUNTAIN INC
745 ATLANTIC AVE 10TH FL
BOSTON, MA 02111

Claim Holder Name and Address:
IRON MOUNTAIN INFORMATION
MANAGEMENT INC
IRON MOUNTAIN INC
745 ATLANTIC AVE 10TH FL
BOSTON, MA 02111

Docketed Total: **$33,597.65**

Modified Total: **$33,597.65**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $33,597.65 | | | 05-44640 | | | $33,597.65 |
| | **$33,597.65** | | | | | | **$33,597.65** |

**Claim: 14314**
Date Filed: 07/31/2006
Docketed Total: $87,701.00
Filing Creditor Name and Address:
JOHN E BENZ & CO
C/O DLA PIPER RUDNICK GRAY
CARY US LLP
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-5283

Claim Holder Name and Address:
JOHN E BENZ & CO
C/O DLA PIPER RUDNICK GRAY
CARY US LLP
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-5283

Docketed Total: **UNL**

Modified Total: **$87,701.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | | 05-44640 | | | $87,701.00 |
| | | | | | | | **$87,701.00** |

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

EXHIBIT A - ASSERTED AMOUNT CLAIMS

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16012<br>Date Filed: 08/09/2006<br>Docketed Total: $2,605.25<br>Filing Creditor Name and Address:<br>JUDCO MANUFACTURING INC<br>1429 W 240TH ST<br>HARBOR CITY, CA 90710 | Claim Holder Name and Address<br><br>JUDCO MANUFACTURING INC   Docketed Total: **$2,605.25**<br>1429 W 240TH ST<br>HARBOR CITY, CA 90710<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44481 — — $2,605.25<br>**$2,605.25** | Modified Total: **$2,605.25**<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 $2,605.25<br>**$2,605.25** |
| Claim: 16616<br>Date Filed: 06/22/2007<br>Docketed Total: $414,063.61<br>Filing Creditor Name and Address:<br>MAC ARTHUR CORPORATION<br>WINEGARDEN HALEY<br>LINDHOLM & ROBERSTON PLC<br>G 9460 S SAGINAW ST STE A<br>GRAND BLANC, MI 48439 | Claim Holder Name and Address<br><br>JPMORGAN CHASE BANK NA   Docketed Total: **$414,063.61**<br>4 NEW YORK PLAZA FL 16<br>NEW YORK, NY 10004-2413<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 — — $414,063.61<br>**$414,063.61** | Modified Total: **$414,063.61**<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 $414,063.61<br>**$414,063.61** |
| Claim: 2053<br>Date Filed: 02/17/2006<br>Docketed Total: $9,044.19<br>Filing Creditor Name and Address:<br>MICROSYS TECHNOLOGIES INC<br>3710 NASHUA DRIVE UNIT 1<br>MISSISSAUGA, ON L4V 1M5<br>CANADA | Claim Holder Name and Address<br><br>MICROSYS TECHNOLOGIES INC   Docketed Total: **$9,044.19**<br>3710 NASHUA DRIVE UNIT 1<br>MISSISSAUGA, ON L4V 1M5<br>CANADA<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44481 — — $9,044.19<br>**$9,044.19** | Modified Total: **$9,044.19**<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 $9,044.19<br>**$9,044.19** |

\*     See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14599-2    Filed 12/16/08    Entered 12/16/08 14:33:17    Thirty-Second Omnibus Claims Objection
Exhibit B
Pg 17 of 73

EXHIBIT A - ASSERTED AMOUNT CLAIMS

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 12186**
Date Filed: 07/28/2006
Docketed Total: $48,161.52
Filing Creditor Name and Address:
MUSKEGON CASTINGS CORP
601 TERRACE ST
MUSKEGON, MI 49443-0786

Claim Holder Name and Address

SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total: **$48,161.52**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $48,161.52 | | |
| | **$48,161.52** | | |

Modified Total: **$48,161.52**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $48,161.52 |
| | | | **$48,161.52** |

---

**Claim: 5053**
Date Filed: 05/08/2006
Docketed Total: $2,502.00
Filing Creditor Name and Address:
NEOSONG USA INC
718 W LONGVIEW LN
PALATINE, IL 60067

Claim Holder Name and Address

NEOSONG USA INC
718 W LONGVIEW LN
PALATINE, IL 60067

Docketed Total: **$2,502.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,502.00 |
| | | | **$2,502.00** |

Modified Total: **$2,502.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $2,502.00 |
| | | | **$2,502.00** |

---

**Claim: 15222**
Date Filed: 07/31/2006
Docketed Total: $392,351.79
Filing Creditor Name and Address:
NOVELIS CORP
6060 PKLAND BLVD
CLEVELAND, OH 44124-4185

Claim Holder Name and Address

CONTRARIAN FUNDS LLC
411 W PUTNAM AVE S 225
GREENWICH, CT 06830

Docketed Total: **$392,351.79**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $33,090.25 | $359,261.54 |
| | | **$33,090.25** | **$359,261.54** |

Modified Total: **$392,351.79**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $392,351.79 |
| | | | **$392,351.79** |

---

**Claim: 16395**
Date Filed: 10/30/2006
Docketed Total: $655,686.82
Filing Creditor Name and Address:
PARK ENTERPRISES OF
ROCHESTER INC
ATTN JERRY GREENFIELD ESQ
2 STATE ST STE1600
ROCHESTER, NY 14614

Claim Holder Name and Address

LONGACRE MASTER FUND LTD
810 SEVENTH AVE 33RD FL
NEW YORK, NY 10019

Docketed Total: **$655,686.82**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $655,686.82 |
| | | | **$655,686.82** |

Modified Total: **$655,686.82**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $655,686.82 |
| | | | **$655,686.82** |

---

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 14599-2   Filed 12/16/08   Entered 12/16/08 14:33:17   Thirty-Second Omnibus Claims Objection
Exhibit B
Pg 18 of 73

EXHIBIT A - ASSERTED AMOUNT CLAIMS

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 13929**
Date Filed: 07/31/2006
Docketed Total: $187,374.96
Filing Creditor Name and Address:
PARKVIEW METAL PRODUCTS
MILLER JOHNSON
PO BOX 306
GRAND RAPIDS, MI 49501-0306

Claim Holder Name and Address
PARKVIEW METAL PRODUCTS
MILLER JOHNSON
PO BOX 306
GRAND RAPIDS, MI 49501-0306
Docketed Total: $187,374.96

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $187,374.96 |
| | | | $187,374.96 |

Modified Total: $187,374.96

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $187,374.96 |
| | | | $187,374.96 |

**Claim: 10581**
Date Filed: 07/25/2006
Docketed Total: $112,039.75
Filing Creditor Name and Address:
PHILLIPS PLASTICS
CORPORATION
1201 HANLEY RD
HUDSON, WI 54016

Claim Holder Name and Address
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE S 225
GREENWICH, CT 06830
Docketed Total: $112,039.75

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | $112,039.75 | | |
| | $112,039.75 | | |

Modified Total: $112,039.75

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $112,039.75 |
| | | | $112,039.75 |

**Claim: 4045**
Date Filed: 11/25/2005
Docketed Total: $4,691.52
Filing Creditor Name and Address:
RIVERSIDE CLAIMS LLC AS
ASSIGNEE FOR JAN PAK
HUNTSVILLE
PO BOX 626 PLANETARIUM
STATION
NEW YORK, NY 10024

Claim Holder Name and Address
RIVERSIDE CLAIMS LLC AS
ASSIGNEE FOR JAN PAK
HUNTSVILLE
PO BOX 626 PLANETARIUM STATION
NEW YORK, NY 10024
Docketed Total: $4,691.52

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $4,691.52 |
| | | | $4,691.52 |

Modified Total: $4,691.52

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,691.52 |
| | | | $4,691.52 |

*     See Exhibit E for a listing of debtor entities by case number.

**    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 14599-2   Filed 12/16/08   Entered 12/16/08 14:33:17   Thirty-Second Omnibus Claims Objection
Exhibit B
Pg 19 of 73

**EXHIBIT A - ASSERTED AMOUNT CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

Claim: 8865
Date Filed: 06/30/2006
Docketed Total: $2,026.50
Filing Creditor Name and Address:
RIVERSIDE CLAIMS LLC AS
ASSIGNEE FOR STANDARD SCALE
& SUPPLY CO
PO BOX 626 PLANETARIUM
STATION
NEW YORK, NY 10024

Claim Holder Name and Address

RIVERSIDE CLAIMS LLC AS
ASSIGNEE FOR STANDARD SCALE &
SUPPLY CO
PO BOX 626 PLANETARIUM STATION
NEW YORK, NY 10024

Docketed Total: $2,026.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,026.50 |
| | | | $2,026.50 |

Modified Total: $2,026.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,026.50 |
| | | | $2,026.50 |

---

Claim: 8874
Date Filed: 06/30/2006
Docketed Total: $101,655.48
Filing Creditor Name and Address:
RIVERSIDE CLAIMS LLC AS
ASSIGNEE FOR WHYCO
FINISHING TECHNOLOGIES LLC
PO BOX 626 PLANETARIUM
STATION
NEW YORK, NY 10024

Claim Holder Name and Address

RIVERSIDE CLAIMS LLC AS
ASSIGNEE FOR WHYCO FINISHING
TECHNOLOGIES LLC
PO BOX 626 PLANETARIUM STATION
NEW YORK, NY 10024

Docketed Total: $101,655.48

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $101,655.48 |
| | | | $101,655.48 |

Modified Total: $101,655.48

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $101,655.48 |
| | | | $101,655.48 |

---

Claim: 1581
Date Filed: 01/17/2006
Docketed Total: $816.99
Filing Creditor Name and Address:
SBC GLOBAL
PO BOX 981268
WEST SACRAMENTO, CA 95798

Claim Holder Name and Address

SBC GLOBAL
PO BOX 981268
WEST SACRAMENTO, CA 95798

Docketed Total: $816.99

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44624 | | | $816.99 |
| | | | $816.99 |

Modified Total: $816.99

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44624 | | | $816.99 |
| | | | $816.99 |

---

\*   See Exhibit E for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14599-2    Filed 12/16/08    Entered 12/16/08 14:33:17    Exhibit B

Thirty-Second Omnibus Claims Objection

Pg 20 of 73

EXHIBIT A - ASSERTED AMOUNT CLAIMS

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 16479**
Date Filed: 01/11/2007
Docketed Total: $561,083.00
Filing Creditor Name and Address:
SENSUS PRECISION DIE CASTING INC
PO BOX 11587
RICHMOND, VA 15871

Claim Holder Name and Address

CONTRARIAN FUNDS LLC
411 W PUTNAM AVE S 225
GREENWICH, CT 06830

Docketed Total: $561,083.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $561,083.00 |
| | | | **$561,083.00** |

Modified Total: $561,083.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $561,083.00 |
| | | | **$561,083.00** |

---

**Claim: 15976**
Date Filed: 08/09/2006
Docketed Total: $991.00
Filing Creditor Name and Address:
SIERRA LIQUIDITY FUND LLC
ASSIGNEE METRIC EQUIPMENT
SALES INC ASSIGNOR
SIERRA LIQUIDITY FUND
2699 WHITE RD STE 255
IRVINE, CA 92614

Claim Holder Name and Address

SIERRA LIQUIDITY FUND LLC
ASSIGNEE METRIC EQUIPMENT
SALES INC ASSIGNOR
SIERRA LIQUIDITY FUND
2699 WHITE RD STE 255
IRVINE, CA 92614

Docketed Total: $991.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $991.00 |
| | | | **$991.00** |

Modified Total: $991.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $991.00 |
| | | | **$991.00** |

---

**Claim: 14137**
Date Filed: 07/31/2006
Docketed Total: $2,752,068.75
Filing Creditor Name and Address:
SPCP GROUP LLC AS ASSIGNEE
OF FUJIKOKI AMERICA INC
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Claim Holder Name and Address

SPECIAL SITUATIONS INVESTING GROUP INC
C/O GOLDMAN SACHS & CO
85 BROAD ST 27TH FL
NEW YORK, NY 10004

Docketed Total: $2,752,068.75

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,752,068.75 |
| | | | **$2,752,068.75** |

Modified Total: $2,752,068.75

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,752,068.75 |
| | | | **$2,752,068.75** |

---

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14599-2    Filed 12/16/08    Entered 12/16/08 14:33:17    Thirty-Second Omnibus Claims Objection
Exhibit B
Pg 21 of 73

**EXHIBIT A - ASSERTED AMOUNT CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

---

**Claim: 14144**
Date Filed:  07/31/2006
Docketed Total:   $887.24
Filing Creditor Name and Address:
  SPCP GROUP LLC AS ASSIGNEE
  OF TEXTRON FASTENING
  SYSTEMS CANADA LTD
  TWO GREENWICH PLZ 1ST FL
  GREENWICH, CT 06830

Claim Holder Name and Address

GOLDMAN SACHS CREDIT       Docketed Total:       $887.24
PARTNERS LP
C/O GOLDMAN SACHS & CO
30 HUDSON 17TH FL
JERSEY CITY, NJ 07302

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $887.24 |
| | | | **$887.24** |

Modified Total:       $887.24

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $887.24 |
| | | | **$887.24** |

---

**Claim: 14145**
Date Filed:  07/31/2006
Docketed Total:   $9,359.53
Filing Creditor Name and Address:
  SPCP GROUP LLC AS ASSIGNEE
  OF TEXTRON FASTENING
  SYSTEMS CANADA LTD
  TWO GREENWICH PLZ 1ST FL
  GREENWICH, CT 06830

Claim Holder Name and Address

GOLDMAN SACHS CREDIT       Docketed Total:       $9,359.53
PARTNERS LP
C/O GOLDMAN SACHS & CO
30 HUDSON 17TH FL
JERSEY CITY, NJ 07302

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $9,359.53 |
| | | | **$9,359.53** |

Modified Total:       $9,359.53

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $9,359.53 |
| | | | **$9,359.53** |

---

**Claim: 12257**
Date Filed:  07/28/2006
Docketed Total:   $217,822.60
Filing Creditor Name and Address:
  STANLEY ELECTRIC SALES OF
  AMERICA INC
  AFRCT LLP
  199 S LOS ROBLES AVE STE 600
  PASADENA, CA 91101

Claim Holder Name and Address

SPCP GROUP LLC AS AGENT FOR       Docketed Total:       $217,822.60
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | $21,450.40 | $196,372.20 |
| | | **$21,450.40** | **$196,372.20** |

Modified Total:       $217,822.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $217,822.60 |
| | | | **$217,822.60** |

---

\*     See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 14599-2   Filed 12/16/08   Entered 12/16/08 14:33:17   Thirty-Second Omnibus Claims Objection   Exhibit B
Pg 22 of 73

**EXHIBIT A - ASSERTED AMOUNT CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2713**
Date Filed:   04/24/2006
Docketed Total:   $6,253,576.29
Filing Creditor Name and Address:
TEXAS INSTRUMENTS
INCORPORATED AND TEXAS
INSTRUMENTS INCORPORATED
S&C
MUNSCH HARDT KOPF & HARR
PC
3800 LINCOLN PLZ
500 N AKARD ST
DALLAS, TX 75201-6659

Claim Holder Name and Address

BEAR STEARNS INVESTMENT PRODUCTS INC
CO JPMORGAN CHASE BANK NA
LEGAL DEPT
1 CHASE MANHATTAN PLAZA 26TH FL
NEW YORK, NY 10081

Docketed Total:   **$6,253,576.29**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,253,576.29 |
| | | | **$6,253,576.29** |

Modified Total:   **$6,253,576.29**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,253,576.29 |
| | | | **$6,253,576.29** |

---

**Claim: 1507**
Date Filed:   01/10/2006
Docketed Total:   $1,039.50
Filing Creditor Name and Address:
THE GROWING CONCERN
1918 BASSETT
EL PASO, TX 79901

Claim Holder Name and Address

THE GROWING CONCERN
1918 BASSETT
EL PASO, TX 79901

Docketed Total:   **$1,039.50**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,039.50 |
| | | | **$1,039.50** |

Modified Total:   **$1,039.50**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,039.50 |
| | | | **$1,039.50** |

---

**Claim: 10913**
Date Filed:   07/26/2006
Docketed Total:   $40,867.33
Filing Creditor Name and Address:
VERITAS SOFTWARE
CORPORATION
BIALSON BERGEN & SCHWAB
2600 EL CAMINO REAL STE 300
PALO ALTO, CA 94306

Claim Holder Name and Address

VERITAS SOFTWARE CORPORATION
BIALSON BERGEN & SCHWAB
2600 EL CAMINO REAL STE 300
PALO ALTO, CA 94306

Docketed Total:   **$40,867.33**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | UNL | UNL | $40,867.33 |
| | **UNL** | **UNL** | **$40,867.33** |

Modified Total:   **$40,867.33**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $40,867.33 |
| | | | **$40,867.33** |

---

**Total Claims To Be Modified: 50**

**Total Amount As Docketed:**   **$15,712,375.00**

**Total Amount As Modified:**   **$15,712,375.00**

---

\*     See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1168**
Date Filed: 12/15/2005
Docketed Total: $70,900.93
Filing Creditor Name and Address:
ABC TECHNOLOGIES INC
ABC GROUP
2 NORELCO DR
TORONTO, ON M9L 2X6
CANADA

Claim Holder Name and Address
ABC TECHNOLOGIES INC
ABC GROUP
2 NORELCO DR
TORONTO, ON M9L 2X6
CANADA

Docketed Total: $70,900.93

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $70,900.93 |
| | | | **$70,900.93** |

Modified Total: $53,744.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $53,744.60 |
| | | | **$53,744.60** |

---

**Claim: 16406**
Date Filed: 11/06/2006
Docketed Total: $149,294.92
Filing Creditor Name and Address:
ADMIRAL TOOL & MFG CO OF
ILLINOIS
ASM CAPITAL
7600 JERICHO TPKE STE 302
WOODBURY, NY 11797

Claim Holder Name and Address
ASM CAPITAL II LP
7600 JERICHO TURNPIKE STE 302
WOODBURY, NY 11797

Docketed Total: $149,294.92

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $149,294.92 |
| | | | **$149,294.92** |

Modified Total: $138,261.83

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $138,261.83 |
| | | | **$138,261.83** |

---

**Claim: 14278**
Date Filed: 07/31/2006
Docketed Total: $18,704.93
Filing Creditor Name and Address:
AIRGAS EAST INC
AIRGAS INC
259 N RADNOR CHESTER ROAD
STE 100
RADNOR, PA 19087

Claim Holder Name and Address
ARGO PARTNERS
12 W 37TH ST 9TH FL
NEW YORK, NY 10018

Docketed Total: $18,704.93

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44554 | | | $18,704.93 |
| | | | **$18,704.93** |

Modified Total: $13,927.33

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $13,927.33 |
| | | | **$13,927.33** |

---

\*     See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 14277<br>Date Filed: 07/31/2006<br>Docketed Total: $88,154.71<br>Filing Creditor Name and Address:<br>AIRGAS SOUTHWEST INC<br>AIRGAS INC<br>259 N RADNOR CHESTER ROAD<br>SUITE 100<br>RADNOR, PA 19087 | Claim Holder Name and Address<br>ARGO PARTNERS<br>12 W 37TH ST 9TH FL<br>NEW YORK, NY 10018<br><br>Docketed Total: $88,154.71 | | | | Modified Total: $85,085.84 | | | |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $88,154.71 | 05-44640 | | | $85,085.84 |
| | | | | **$88,154.71** | | | | **$85,085.84** |
| Claim: 9816<br>Date Filed: 07/18/2006<br>Docketed Total: $13,417.47<br>Filing Creditor Name and Address:<br>AMES REESE INC<br>REESE PUGH SAMLEY<br>WAGENSELLER & MECUM PC<br>120 N SHIPPEN ST<br>LANCASTER, PA 17602 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS INC<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK, NJ 07601<br><br>Docketed Total: $13,417.47 | | | | Modified Total: $10,767.47 | | | |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $13,417.47 | 05-44640 | | | $10,767.47 |
| | | | | **$13,417.47** | | | | **$10,767.47** |
| Claim: 7514<br>Date Filed: 06/06/2006<br>Docketed Total: $58,187.44<br>Filing Creditor Name and Address:<br>AMROC INVESTMENTS LLC AS<br>ASSIGNEE OF FASTENAL<br>COMPANY<br>PO BOX 978<br>WINONA, MN 55987-0978 | Claim Holder Name and Address<br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022<br><br>Docketed Total: $55,180.98 | | | | Modified Total: $0.00 | | | |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $55,180.98 | 05-44640 | | | $0.00 |
| | | | | **$55,180.98** | | | | **$0.00** |
| | Claim Holder Name and Address<br>FASTENAL COMPANY<br>PO BOX 978<br>WINONA, MN 55987-0978<br><br>Docketed Total: $3,006.46 | | | | Modified Total: $1,567.26 | | | |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $3,006.46 | 05-44640 | | | $1,567.26 |
| | | | | **$3,006.46** | | | | **$1,567.26** |

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2317**
Date Filed: 03/16/2006
Docketed Total: $88,316.34
Filing Creditor Name and Address:
ASM CAPITAL AS ASSIGNEE FOR
SPEED MOTOR EXPRESS OF WNY
INC
7600 JERICHO TPKE STE 302
WOODBURY, NY 11797

Claim Holder Name and Address
ASM CAPITAL
7600 JERICHO TPKE STE 302
WOODBURY, NY 11797

Docketed Total: $88,316.34

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $88,316.34 |
| | | | $88,316.34 |

Modified Total: $85,117.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $85,117.00 |
| | | | $85,117.00 |

---

**Claim: 8012**
Date Filed: 06/15/2006
Docketed Total: $856,055.16
Filing Creditor Name and Address:
BASF CORPORATION
100 CAMPUS DR
FLORHAM PARK, NJ 07932

Claim Holder Name and Address
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total: $856,055.16

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $856,055.16 |
| | | | $856,055.16 |

Modified Total: $791,010.71

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $791,010.71 |
| | | | $791,010.71 |

---

**Claim: 16615**
Date Filed: 06/15/2007
Docketed Total: $180,633.39
Filing Creditor Name and Address:
BEAVER VALLEY
MANUFACTURING INC
GOLDMAN RUBIN & SHAPIRO
1340 WOODMAN DR
DAYTON, OH 45432

Claim Holder Name and Address
BEAVER VALLEY MANUFACTURING
INC
GOLDMAN RUBIN & SHAPIRO
1340 WOODMAN DR
DAYTON, OH 45432

Docketed Total: $180,633.39

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $180,633.39 |
| | | | $180,633.39 |

Modified Total: $173,347.89

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $173,347.89 |
| | | | $173,347.89 |

---

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 12011**

| | | |
|---|---|---|
| Date Filed:  07/28/2006 | Claim Holder Name and Address | |
| Docketed Total:  $179,220.24 | | Modified Total:  $94,076.50 |
| Filing Creditor Name and Address: | SPCP GROUP LLC           Docketed Total:          $179,220.24 | |
| BRAKE PARTS INC WIX | 2 GREENWICH PLZ 1ST FL | |
| FILTRATION CORP AFFINIA | GREENWICH, CT 06830 | |
| GROUP INC | | |
| BRAKES PARTS WIX | | |
| 4400 PRIME PKWY | | |
| MCHENRY, IL 60050 | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $179,220.24 | 05-44640 | | | $94,076.50 |
| | | | **$179,220.24** | | | | **$94,076.50** |

**Claim: 9079**

| | | |
|---|---|---|
| Date Filed:  07/06/2006 | Claim Holder Name and Address | |
| Docketed Total:  $129,383.00 | | Modified Total:  $117,611.00 |
| Filing Creditor Name and Address: | LONGACRE MASTER FUND LTD           Docketed Total:          $129,383.00 | |
| CONTI TECH ELASTOMER | 810 SEVENTH AVE 33RD FL | |
| COATINGS | NEW YORK, NY 10019 | |
| CONTINENTAL AG | | |
| STRAWINSKYLAAN 3111 6TH FL | | |
| AMSTERDAM, 1077ZX | | |
| NETHERLANDS | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $129,383.00 | 05-44640 | | | $117,611.00 |
| | | | **$129,383.00** | | | | **$117,611.00** |

**Claim: 9109**

| | | |
|---|---|---|
| Date Filed:  07/07/2006 | Claim Holder Name and Address | |
| Docketed Total:  $1,254,290.43 | | Modified Total:  $1,253,738.05 |
| Filing Creditor Name and Address: | CONTRARIAN FUNDS LLC AS           Docketed Total:          $1,254,290.43 | |
| CONTRARIAN FUNDS LLC AS | ASSIGNEE OF BLISSFIELD | |
| ASSIGNEE OF BLISSFIELD | MANUFACTURING COMPANY | |
| MANUFACTURING COMPANY | 411 WEST PUTNAM AVE | |
| 411 WEST PUTNAM AVE | STE 225 | |
| STE 225 | GREENWICH, CT 06830 | |
| GREENWICH, CT 06830 | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $1,254,290.43 | 05-44640 | | | $1,253,738.05 |
| | | | **$1,254,290.43** | | | | **$1,253,738.05** |

---

*      See Exhibit E for a listing of debtor entities by case number.

**      "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14599-2    Filed 12/16/08    Entered 12/16/08 14:33:17    Exhibit B
Pg 27 of 73

Thirty-Second Omnibus Claims Objection

## EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 12691**
Date Filed: 07/28/2006
Docketed Total: $1,539,602.72
Filing Creditor Name and Address:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF CAMOPLAST
INCORPORATED
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVENUE STE
225
GREENWICH, CT 06830

Claim Holder Name and Address
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF CAMOPLAST
INCORPORATED
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVENUE STE 225
GREENWICH, CT 06830

Docketed Total: $1,539,602.72

Modified Total: $1,534,352.39

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $98,196.60 | $1,441,406.12 | 05-44640 | | | $1,534,352.39 |
| | | **$98,196.60** | **$1,441,406.12** | | | | **$1,534,352.39** |

**Claim: 7374**
Date Filed: 06/02/2006
Docketed Total: $595,983.31
Filing Creditor Name and Address:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF CAPSTAN
ATLANTIC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Claim Holder Name and Address
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF CAPSTAN ATLANTIC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total: $595,983.31

Modified Total: $530,803.34

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $595,983.31 | 05-44640 | | | $530,803.34 |
| | | | **$595,983.31** | | | | **$530,803.34** |

**Claim: 9112**
Date Filed: 07/07/2006
Docketed Total: $135,377.75
Filing Creditor Name and Address:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF ELECTRONIC
SERVICES LLC DBA CSI
ELECTRONICS
411 WEST PUTNAM AVE
STE 225
GREENWICH, CT 06830

Claim Holder Name and Address
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF ELECTRONIC
SERVICES LLC DBA CSI
ELECTRONICS
411 WEST PUTNAM AVE
STE 225
GREENWICH, CT 06830

Docketed Total: $135,377.75

Modified Total: $131,228.12

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $29,610.00 | $105,767.75 | 05-44640 | | | $131,228.12 |
| | | **$29,610.00** | **$105,767.75** | | | | **$131,228.12** |

\*     See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14599-2    Filed 12/16/08    Entered 12/16/08 14:33:17    Exhibit B
Pg 28 of 73

Thirty-Second Omnibus Claims Objection

## EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 12689**
Date Filed: 07/28/2006
Docketed Total: $176,114.66
Filing Creditor Name and Address:
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF FLOW DRY
  TECHNOLOGY LTD
  ATTN ALPA JIMENEZ
  411 WEST PUTNAM AVENUE STE
  225
  GREENWICH, CT 06830

Claim Holder Name and Address
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF FLOW DRY
  TECHNOLOGY LTD
  ATTN ALPA JIMENEZ
  411 WEST PUTNAM AVENUE STE 225
  GREENWICH, CT 06830

Docketed Total: $176,114.66

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $42,727.58 | $133,387.08 |
| | | $42,727.58 | $133,387.08 |

Modified Total: $174,308.42

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $174,308.42 |
| | | | $174,308.42 |

---

**Claim: 7237**
Date Filed: 05/31/2006
Docketed Total: $241,702.84
Filing Creditor Name and Address:
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF IMCO INC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Claim Holder Name and Address
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF IMCO INC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Docketed Total: $241,702.84

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $241,702.84 |
| | | | $241,702.84 |

Modified Total: $236,776.04

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $236,776.04 |
| | | | $236,776.04 |

---

**Claim: 12686**
Date Filed: 07/28/2006
Docketed Total: $2,466,373.54
Filing Creditor Name and Address:
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF INA USA
  CORPORATION
  ATTN ALPA JIMENEZ
  411 WEST PUTNAM AVENUE STE
  225
  GREENWICH, CT 06830

Claim Holder Name and Address
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF INA USA
  CORPORATION
  ATTN ALPA JIMENEZ
  411 WEST PUTNAM AVENUE STE 225
  GREENWICH, CT 06830

Docketed Total: $2,466,373.54

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $265,875.25 | $2,200,498.29 |
| | | $265,875.25 | $2,200,498.29 |

Modified Total: $2,319,296.37

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,319,296.37 |
| | | | $2,319,296.37 |

---

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 9113**

Date Filed: 07/07/2006

Docketed Total: $116,590.48

Filing Creditor Name and Address:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF PRESTOLITE WIRE
CORPORATION
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Claim Holder Name and Address

CONTRARIAN FUNDS LLC AS
ASSIGNEE OF PRESTOLITE WIRE
CORPORATION
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total: $116,590.48

Modified Total: $103,372.28

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $16,141.07 | $100,449.41 | 05-44640 | | | $103,372.28 |
| | | **$16,141.07** | **$100,449.41** | | | | **$103,372.28** |

**Claim: 10387**

Date Filed: 07/24/2006

Docketed Total: $36,892.83

Filing Creditor Name and Address:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF REGENCY
MCALLEN
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Claim Holder Name and Address

CONTRARIAN FUNDS LLC AS
ASSIGNEE OF REGENCY MCALLEN
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total: $36,892.83

Modified Total: $34,687.23

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $36,892.83 | 05-44640 | | | $34,687.23 |
| | | | **$36,892.83** | | | | **$34,687.23** |

**Claim: 12692**

Date Filed: 07/28/2006

Docketed Total: $3,398,927.24

Filing Creditor Name and Address:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF STRATTEC
SECURITY CORP
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Claim Holder Name and Address

CONTRARIAN FUNDS LLC AS
ASSIGNEE OF STRATTEC SECURITY
CORP
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total: $3,398,927.24

Modified Total: $3,397,304.07

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $43,124.50 | $3,355,802.74 | 05-44640 | | | $3,397,304.07 |
| | | **$43,124.50** | **$3,355,802.74** | | | | **$3,397,304.07** |

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

### Claim 12695

Claim: 12695
Date Filed:   07/28/2006
Docketed Total:   $120,459.00
Filing Creditor Name and Address:
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF TRELLEBORG
  KUNHWA CO LTD
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Claim Holder Name and Address
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF TRELLEBORG
  KUNHWA CO LTD
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Docketed Total:   $120,459.00

Modified Total:   $77,394.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $120,459.00 | 05-44640 | | | $77,394.00 |
| | | | **$120,459.00** | | | | **$77,394.00** |

### Claim 12696

Claim: 12696
Date Filed:   07/28/2006
Docketed Total:   $109,002.60
Filing Creditor Name and Address:
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF TRELLEBORG YSH
  INC
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Claim Holder Name and Address
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF TRELLEBORG YSH INC
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Docketed Total:   $109,002.60

Modified Total:   $89,520.40

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $15,865.76 | $93,136.84 | 05-44640 | | | $89,520.40 |
| | | **$15,865.76** | **$93,136.84** | | | | **$89,520.40** |

### Claim 12694

Claim: 12694
Date Filed:   07/28/2006
Docketed Total:   $91,243.71
Filing Creditor Name and Address:
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF TRELLEBORG YSH
  SA DE CV
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Claim Holder Name and Address
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF TRELLEBORG YSH SA
  DE CV
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Docketed Total:   $91,243.71

Modified Total:   $82,066.83

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $91,243.71 | 05-44640 | | | $82,066.83 |
| | | | **$91,243.71** | | | | **$82,066.83** |

\*      See Exhibit E for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14599-2    Filed 12/16/08    Entered 12/16/08 14:33:17    Exhibit B
Pg 31 of 73

Thirty-Second Omnibus Claims Objection

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 12693**
Date Filed: 07/28/2006
Docketed Total: $1,494,571.82
Filing Creditor Name and Address:
 CONTRARIAN FUNDS LLC AS
 ASSIGNEE OF TROSTEL LTD
 CONTRARIAN FUNDS LLC
 411 W PUTNAM AVE STE 225
 GREENWICH, CT 06830

Claim Holder Name and Address
 CONTRARIAN FUNDS LLC AS
 ASSIGNEE OF TROSTEL LTD
 CONTRARIAN FUNDS LLC
 411 W PUTNAM AVE STE 225
 GREENWICH, CT 06830

Docketed Total: $1,494,571.82

Modified Total: $1,220,897.18

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $16,213.43 | $1,478,358.39 |
| | | **$16,213.43** | **$1,478,358.39** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,220,897.18 |
| | | | **$1,220,897.18** |

---

**Claim: 9793**
Date Filed: 07/18/2006
Docketed Total: $568,283.69
Filing Creditor Name and Address:
 CONTRARIAN FUNDS LLC AS
 ASSIGNEE OF WHIRLAWAY
 CORPORATION
 CONTRARIAN FUNDS LLC
 411 W PUTNAM AVE STE 225
 GREENWICH, CT 06830

Claim Holder Name and Address
 CONTRARIAN FUNDS LLC AS
 ASSIGNEE OF WHIRLAWAY
 CORPORATION
 CONTRARIAN FUNDS LLC
 411 W PUTNAM AVE STE 225
 GREENWICH, CT 06830

Docketed Total: $568,283.69

Modified Total: $557,199.69

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $26,238.62 | $542,045.07 |
| | | **$26,238.62** | **$542,045.07** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $557,199.69 |
| | | | **$557,199.69** |

---

**Claim: 16745**
Date Filed: 11/13/2007
Docketed Total: $13,238.61
Filing Creditor Name and Address:
 CONTRARIAN FUNDS LLC AS
 TRANSFEREE OF UNITED STARS
 INDUSTRIES INC
 CONTRARIAN FUNDS LLC
 411 W PUTNAM AVE STE 225
 GREENWICH, CT 06830

Claim Holder Name and Address
 CONTRARIAN FUNDS LLC AS
 TRANSFEREE OF UNITED STARS
 INDUSTRIES INC
 CONTRARIAN FUNDS LLC
 411 W PUTNAM AVE STE 225
 GREENWICH, CT 06830

Docketed Total: $13,238.61

Modified Total: $12,546.16

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $13,238.61 | |
| | | **$13,238.61** | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $12,546.16 |
| | | | **$12,546.16** |

---

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14599-2    Filed 12/16/08    Entered 12/16/08 14:33:17    Exhibit B
Pg 32 of 73

Thirty-Second Omnibus Claims Objection

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

---

**Claim: 11256**
Date Filed: 07/27/2006
Docketed Total: $2,405,898.43
Filing Creditor Name and Address:
CTS CORPORRATION
171 COVINGTON DR
BLOOMINGDALE, IL 60108

Claim Holder Name and Address

BEAR STEARNS INVESTMENT
PRODUCTS INC
CO JPMORGAN CHASE BANK NA
LEGAL DEPT
1 CHASE MANHATTAN PLAZA 26TH
FL
NEW YORK, NY 10081

Docketed Total: $1,950,968.78

Modified Total: $1,950,968.78

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $1,950,968.78 | 05-44640 | | | $1,950,968.78 |
| | | | **$1,950,968.78** | | | | **$1,950,968.78** |

Claim Holder Name and Address

CTS CORPORATION
171 COVINGTON DR
BLOOMINGDALE, IL 60108

Docketed Total: $293,785.09

Modified Total: $401,296.27

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $293,785.09 | 05-44640 | | | $401,296.27 |
| | | | **$293,785.09** | | | | **$401,296.27** |

---

**Claim: 1201**
Date Filed: 12/19/2005
Docketed Total: $104,504.04
Filing Creditor Name and Address:
ELECTRONIC SOLUTIONS INC
1590 PAGE INDUSTRIAL BLVD
ST LOUIS, MO 63132

Claim Holder Name and Address

SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
2 GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total: $104,504.04

Modified Total: $101,001.74

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $104,504.04 | 05-44640 | | | $101,001.74 |
| | | | **$104,504.04** | | | | **$101,001.74** |

---

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14599-2    Filed 12/16/08    Entered 12/16/08 14:33:17    Exhibit B
Pg 33 of 73

Thirty-Second Omnibus Claims Objection

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 14837**
Date Filed: 07/31/2006
Docketed Total: $115,123.63
Filing Creditor Name and Address:
EMC2 CORPORATION
PO BOX 5126
TIMONIUM, MD 21094

Claim Holder Name and Address
EMC2 CORPORATION
PO BOX 5126
TIMONIUM, MD 21094

Docketed Total: $115,123.63

Modified Total: $73,757.89

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $40,950.67 | $74,172.96 | 05-44640 | | | $73,757.89 |
| | | $40,950.67 | $74,172.96 | | | | $73,757.89 |

**Claim: 15511**
Date Filed: 07/31/2006
Docketed Total: $184,306.40
Filing Creditor Name and Address:
EMPRESAS CA LE TIAXCALA SA
DE CV
SACHNOFF & WEAVER LTD
10 S WACKER DR STE 4000
CHICAGO, IL 60606

Claim Holder Name and Address
EMPRESAS CA LE TIAXCALA SA DE
CV
SACHNOFF & WEAVER LTD
10 S WACKER DR STE 4000
CHICAGO, IL 60606

Docketed Total: $184,306.40

Modified Total: $74,000.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $184,306.40 | 05-44640 | | | $74,000.00 |
| | | | $184,306.40 | | | | $74,000.00 |

**Claim: 16739**
Date Filed: 11/06/2007
Docketed Total: $633,258.00
Filing Creditor Name and Address:
FIRST TECHNOLOGY HOLDINGS
INC AND AFFILIATES AND
SUBSIDIARIES AND CONTROL
DEVICES INC AND FIRST
INERTIA SWITCH LIMITED
CONTROL DEVICES INC AND
FIRST INERTIA SWITCH
C O SENSATA TECHNOLOGIES
INC
529 PLEASANT ST MS B 1
ATTLEBORO, MA 02703

Claim Holder Name and Address
FIRST TECHNOLOGY HOLDINGS
INC AND AFFILIATES AND
SUBSIDIARIES AND CONTROL
DEVICES INC AND FIRST INERTIA
SWITCH LIMITED
CONTROL DEVICES INC AND FIRST
INERTIA SWITCH
C O SENSATA TECHNOLOGIES INC
529 PLEASANT ST MS B 1
ATTLEBORO, MA 02703

Docketed Total: $633,258.00

Modified Total: $566,254.64

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $633,258.00 | 05-44640 | | | $566,254.64 |
| | | | $633,258.00 | | | | $566,254.64 |

---

\*     See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2342**
Date Filed: 03/20/2006
Docketed Total: $2,801,641.96
Filing Creditor Name and Address:
FIRSTENERGY SOLUTIONS CORP
395 GHENT RD
AKRON, OH 44333

Claim Holder Name and Address
FIRSTENERGY SOLUTIONS CORP
395 GHENT RD
AKRON, OH 44333
Docketed Total: $2,801,641.96

Modified Total: $2,445,010.64

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,801,641.96 |
| | | | $2,801,641.96 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,445,010.64 |
| | | | $2,445,010.64 |

---

**Claim: 863**
Date Filed: 11/28/2005
Docketed Total: $14,900.00
Filing Creditor Name and Address:
FLEXIBLE AUTOMATION INC
3387 E BRISTOL RD
BURTON, MI 48529

Claim Holder Name and Address
REDROCK CAPITAL PARTNERS LLC
475 17TH ST STE 544
DENVER, CO 80202
Docketed Total: $14,900.00

Modified Total: $13,410.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $14,900.00 |
| | | | $14,900.00 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $13,410.00 |
| | | | $13,410.00 |

---

**Claim: 5568**
Date Filed: 05/10/2006
Docketed Total: $307,574.95
Filing Creditor Name and Address:
FOSTER ELECTRIC USA INC
203 N LASALLE ST STE 2500
CHICAGO, IL 60601-1262

Claim Holder Name and Address
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE S 225
GREENWICH, CT 06830
Docketed Total: $307,574.95

Modified Total: $307,010.23

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $307,574.95 |
| | | | $307,574.95 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $307,010.23 |
| | | | $307,010.23 |

---

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

Claim: 16511
Date Filed:    06/08/2006
Docketed Total:    $59,175.40
Filing Creditor Name and Address:
    FRAENKISCHE USA LP
    SMITH GAMBREIL & RUSSELL
    LLP
    1230 PEACHTREE ST NE
    PROMENADE II STE 3100
    ATLANTA, GA 30309

Claim Holder Name and Address

FRAENKISCHE USA LP
SMITH GAMBREIL & RUSSELL LLP
1230 PEACHTREE ST NE
PROMENADE II STE 3100
ATLANTA, GA 30309

Docketed Total:    **$59,175.40**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $59,175.40 |
| | | | **$59,175.40** |

Modified Total:    **$32,056.78**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $32,056.78 |
| | | | **$32,056.78** |

---

Claim: 5463
Date Filed:    05/10/2006
Docketed Total:    $17,971.26
Filing Creditor Name and Address:
    FREUDENBERG NONWOVENS LP
    EFT
    2975 PEMBROKE RD
    HOPKINSVILLE, KY 42240

Claim Holder Name and Address

FREUDENBERG NONWOVENS LP
EFT
2975 PEMBROKE RD
HOPKINSVILLE, KY 42240

Docketed Total:    **$17,971.26**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $17,971.26 |
| | | | **$17,971.26** |

Modified Total:    **$10,115.16**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $10,115.16 |
| | | | **$10,115.16** |

---

*    See Exhibit E for a listing of debtor entities by case number.

**    "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 9261**
Date Filed: 07/11/2006
Docketed Total: $4,251,232.51
Filing Creditor Name and Address:
FUTABA CORPORATION OF AMERICA
711 E STATE PKY
SCHAUMBURG, IL 60173

Claim Holder Name and Address:
BEAR STEARNS INVESTMENT PRODUCTS INC
CO JPMORGAN CHASE BANK NA
LEGAL DEPT
1 CHASE MANHATTAN PLAZA 26TH FL
NEW YORK, NY 10081

Docketed Total: $4,145,064.91

Modified Total: $3,929,761.02

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $856,790.09 | $3,288,274.82 | 05-44640 | | | $3,929,761.02 |
| | | **$856,790.09** | **$3,288,274.82** | | | | **$3,929,761.02** |

Claim Holder Name and Address:
FUTABA CORPORATION OF AMERICA
711 E STATE PKY
SCHAUMBURG, IL 60173

Docketed Total: $106,167.60

Modified Total: $197,369.77

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | UNL | $106,167.60 | 05-44640 | | | $197,369.77 |
| | | **UNL** | **$106,167.60** | | | | **$197,369.77** |

**Claim: 16570**
Date Filed: 03/12/2007
Docketed Total: $337,154.09
Filing Creditor Name and Address:
GCI TECHNOLOGIES INC
1301 PRECISION DR
PLANO, TX 75074

Claim Holder Name and Address:
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE S 225
GREENWICH, CT 06830

Docketed Total: $337,154.09

Modified Total: $334,006.68

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $5,981.92 | $331,172.17 | 05-44640 | | | $334,006.68 |
| | | **$5,981.92** | **$331,172.17** | | | | **$334,006.68** |

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 10191**
Date Filed: 07/21/2006
Docketed Total: $7,020.00
Filing Creditor Name and Address:
GE CONSUMER & INDUSTRIAL F K A GE LIGHTING
11256 CORNELL PARK DR STE 500
CINCINNATI, OH 45242

Claim Holder Name and Address
GE CONSUMER & INDUSTRIAL F K A GE LIGHTING
11256 CORNELL PARK DR STE 500
CINCINNATI, OH 45242

Docketed Total: $7,020.00

Modified Total: $3,680.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $7,020.00 | 05-44640 | | | $3,680.00 |
| | | | **$7,020.00** | | | | **$3,680.00** |

**Claim: 10192**
Date Filed: 07/21/2006
Docketed Total: $5,295.00
Filing Creditor Name and Address:
GE CONSUMER & INDUSTRIAL F K A GE LIGHTING
11256 CORNELL PARK DR STE 500
CINCINNATI, OH 45242

Claim Holder Name and Address
GE CONSUMER & INDUSTRIAL F K A GE LIGHTING
11256 CORNELL PARK DR STE 500
CINCINNATI, OH 45242

Docketed Total: $5,295.00

Modified Total: $2,783.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $5,295.00 | 05-44567 | | | $2,783.00 |
| | | | **$5,295.00** | | | | **$2,783.00** |

**Claim: 500**
Date Filed: 11/10/2005
Docketed Total: $6,837.48
Filing Creditor Name and Address:
GENERAL ELECTRIC COMPANY GE FANUC AUTOMATION NORTH AMERICA INC
ROBINSON & COLE LLP
280 TRUMBULL ST
HARTFORD, CT 06103

Claim Holder Name and Address
GENERAL ELECTRIC COMPANY GE FANUC AUTOMATION NORTH AMERICA INC
ROBINSON & COLE LLP
280 TRUMBULL ST
HARTFORD, CT 06103

Docketed Total: $6,837.48

Modified Total: $2,279.16

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $6,837.48 | 05-44640 | | | $2,279.16 |
| | | | **$6,837.48** | | | | **$2,279.16** |

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

### EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 15064**
Date Filed:    07/31/2006
Docketed Total:    $5,895,235.82
Filing Creditor Name and Address:
GOLDMAN SACHS CREDIT
PARTNERS LP ASSIGNEE OF
SIEMENS VDO AUTOMOTIVE
CORPORATION AND SIEMENS
VDO AUTOMOTIVE INC
ONE NEW YORK PLAZA 42ND FL
NEW YORK, NY 10004

Claim Holder Name and Address
GOLDMAN SACHS CREDIT PARTNERS LP ASSIGNEE OF SIEMENS VDO AUTOMOTIVE CORPORATION AND SIEMENS VDO AUTOMOTIVE INC
ONE NEW YORK PLAZA 42ND FL
NEW YORK, NY 10004

Docketed Total:    **UNL**

Modified Total:    **$5,711,817.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,711,817.00 |
| | | | **$5,711,817.00** |

---

**Claim: 9798**
Date Filed:    07/18/2006
Docketed Total:    $37,253.38
Filing Creditor Name and Address:
GREER STOP NUT INC
CURTIN & HEEFNER LLP
250 N PENNSYLVANIA AVE
MORRISVILLE, PA 19067

Claim Holder Name and Address
BEAR STEARNS INVESTMENT PRODUCTS INC
CO JPMORGAN CHASE BANK NA
LEGAL DEPT
1 CHASE MANHATTAN PLAZA 26TH FL
NEW YORK, NY 10081

Docketed Total:    **$37,253.38**

Modified Total:    **$28,772.36**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $37,253.38 |
| | | | **$37,253.38** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $28,772.36 |
| | | | **$28,772.36** |

---

**Claim: 4427**
Date Filed:    05/02/2006
Docketed Total:    $139,123.46
Filing Creditor Name and Address:
HAMMOND GROUP INC
1414 FIELD ST BLDG B
HAMMOND, IN 46320-173

Claim Holder Name and Address
LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF HAMMOND GROUP INC
ONE UNIVERSITY PLAZA STE 312
HACKENSACK, NJ 07601

Docketed Total:    **$139,123.46**

Modified Total:    **$137,745.38**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $15,397.30 | $123,726.16 |
| | | **$15,397.30** | **$123,726.16** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $137,745.38 |
| | | | **$137,745.38** |

---

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

## EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 9352**
Date Filed:    07/11/2006
Docketed Total:    $4,948,005.65
Filing Creditor Name and Address:
    HEWLETT PACKARD COMPANY
    2125 E KATELLA AVE STE 400
    ANAHEIM, CA 92806

Claim Holder Name and Address

    HEWLETT PACKARD COMPANY
    2125 E KATELLA AVE STE 400
    ANAHEIM, CA 92806

Docketed Total:    **$4,948,005.65**

Modified Total:    **$4,921,104.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $4,948,005.65 | 05-44640 | | | $4,921,104.00 |
| | | | **$4,948,005.65** | | | | **$4,921,104.00** |

**Claim: 11968**
Date Filed:    07/28/2006
Docketed Total:    $6,491,471.33
Filing Creditor Name and Address:
    INFINEON TECHNOLOGIES
    NORTH AMERICA CORP
    SACHNOFF & WEAVER LTD
    10 S WACKER DR 40TH FL
    CHICAGO, IL 60606

Claim Holder Name and Address

    INFINEON TECHNOLOGIES NORTH
    AMERICA CORP
    SACHNOFF & WEAVER LTD
    10 S WACKER DR 40TH FL
    CHICAGO, IL 60606

Docketed Total:    **$6,491,471.33**

Modified Total:    **$6,403,761.10**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $6,491,471.33 | 05-44640 | | | $6,403,761.10 |
| | | | **$6,491,471.33** | | | | **$6,403,761.10** |

**Claim: 5976**
Date Filed:    05/16/2006
Docketed Total:    $53,133.90
Filing Creditor Name and Address:
    JOHNSON CONTROLS INC
    CONTROLS GROUP
    PO BOX 905240
    CHARLOTTE, NC 28290-5240

Claim Holder Name and Address

    JOHNSON CONTROLS INC
    CONTROLS GROUP
    PO BOX 905240
    CHARLOTTE, NC 28290-5240

Docketed Total:    **$53,133.90**

Modified Total:    **$5,822.52**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $53,133.90 | 05-44640 | | | $5,822.52 |
| | | | **$53,133.90** | | | | **$5,822.52** |

\*        See Exhibit E for a listing of debtor entities by case number.

\*\*      "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

---

**CLAIM TO BE MODIFIED**

Claim: 13445
Date Filed: 07/31/2006
Docketed Total: $52,318.51
Filing Creditor Name and Address:
JUDCO MANUFACTURING INC
1429 W 240TH ST
HARBOR CITY, CA 90710

**CLAIM AS DOCKETED****

Claim Holder Name and Address
JUDCO MANUFACTURING INC   Docketed Total:   $52,318.51
1429 W 240TH ST
HARBOR CITY, CA 90710

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $52,318.51 |
| | | | **$52,318.51** |

**CLAIM AS MODIFIED**

Modified Total:   $33,938.12

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $33,938.12 |
| | | | **$33,938.12** |

---

**CLAIM TO BE MODIFIED**

Claim: 3640
Date Filed: 05/01/2006
Docketed Total: $47,083.50
Filing Creditor Name and Address:
KORTEN QUALITY SYSTEMS LTD
PO BOX 454
ROMEO, MI 48065

**CLAIM AS DOCKETED****

Claim Holder Name and Address
MADISON NICHE OPPORTUNITIES   Docketed Total:   $47,083.50
FUND LLC
6143 S WILLOW DR STE 200
GREENWOOD VILLAGE, CO 80111

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $47,083.50 |
| | | | **$47,083.50** |

**CLAIM AS MODIFIED**

Modified Total:   $46,687.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $46,687.50 |
| | | | **$46,687.50** |

---

**CLAIM TO BE MODIFIED**

Claim: 12530
Date Filed: 07/28/2006
Docketed Total: $312,610.00
Filing Creditor Name and Address:
KYOCERA INDUSTRIAL
CERAMICS CORP
345 PARK AVE 18TH FL
NEW YORK, NY 10154

**CLAIM AS DOCKETED****

Claim Holder Name and Address
KYOCERA INDUSTRIAL CERAMICS   Docketed Total:   $312,610.00
CORP
345 PARK AVE 18TH FL
NEW YORK, NY 10154

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $312,610.00 |
| | | | **$312,610.00** |

**CLAIM AS MODIFIED**

Modified Total:   $137,780.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $137,780.00 |
| | | | **$137,780.00** |

---

\*     See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 15483**
Date Filed:   07/31/2006
Docketed Total:   $66,952.29
Filing Creditor Name and Address:
  LIQUIDITY SOLUTIONS INC DBA
  REVENUE MANAGEMENT AS
  ASSIGNEE OF DIGIKEY
  ONE UNIVERSITY PLZ STE 312
  HACKENSACK, NJ 07601

Claim Holder Name and Address
  LIQUIDITY SOLUTIONS INC DBA
  REVENUE MANAGEMENT AS
  ASSIGNEE OF DIGIKEY
  ONE UNIVERSITY PLZ STE 312
  HACKENSACK, NJ 07601

Docketed Total:   $66,952.29

Modified Total:   $64,639.19

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44507 | | | $66,952.29 | 05-44507 | | | $64,639.19 |
| | | | **$66,952.29** | | | | **$64,639.19** |

**Claim: 6147**
Date Filed:   05/17/2006
Docketed Total:   $2,996,365.10
Filing Creditor Name and Address:
  LITTELFUSE INC
  LITTELFUSE INC
  800 NORTHWEST HIGHWAY
  DES PLAINES, IL 60016

Claim Holder Name and Address
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Docketed Total:   $2,996,365.10

Modified Total:   $2,984,898.81

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $2,996,365.10 | 05-44640 | | | $2,984,898.81 |
| | | | **$2,996,365.10** | | | | **$2,984,898.81** |

**Claim: 12161**
Date Filed:   07/28/2006
Docketed Total:   $875,135.40
Filing Creditor Name and Address:
  MARQUARDT GMBH
  SCHLOSS STR 16
  RIETHEIM WEIHEIM 78604,
  GERMANY

Claim Holder Name and Address
  MARQUARDT GMBH
  SCHLOSS STR 16
  RIETHEIM WEIHEIM 78604,
  GERMANY

Docketed Total:   $875,135.40

Modified Total:   $794,954.68

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $875,135.40 | 05-44640 | | | $794,954.68 |
| | | | **$875,135.40** | | | | **$794,954.68** |

\*      See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14599-2    Filed 12/16/08    Entered 12/16/08 14:33:17    Exhibit B
Pg 42 of 73

Thirty-Second Omnibus Claims Objection

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 15211**
Date Filed:   07/31/2006
Docketed Total:   $1,352,891.10
Filing Creditor Name and Address:
  MILLENNIUM INDUSTRIES
  CORPORATION
  CLARK HILL PLC
  500 WOODWARD AVE STE 3500
  DETROIT, MI 48226-3435

Claim Holder Name and Address

  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Docketed Total:   **$1,352,891.10**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $704,727.68 | $648,163.42 |
| | | **$704,727.68** | **$648,163.42** |

Modified Total:   **$626,637.92**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $626,637.92 |
| | | | **$626,637.92** |

---

**Claim: 12043**
Date Filed:   07/28/2006
Docketed Total:   $30,000.00
Filing Creditor Name and Address:
  MINNICK RALPH D
  LAUDIG GEORGE RUTHERFORD
  & SIPES
  156 E MARKET ST
  STE 600
  INDIANAPOLIS, IN 46204

Claim Holder Name and Address

  MINNICK RALPH D
  LAUDIG GEORGE RUTHERFORD &
  SIPES
  156 E MARKET ST
  STE 600
  INDIANAPOLIS, IN 46204

Docketed Total:   **$30,000.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $30,000.00 |
| | | | **$30,000.00** |

Modified Total:   **$5,000.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,000.00 |
| | | | **$5,000.00** |

---

**Claim: 10400**
Date Filed:   07/24/2006
Docketed Total:   $237,792.65
Filing Creditor Name and Address:
  NATIONAL INSTRUMENTS CORP
  11500 NORTH MOPAC
  EXPRESSWAY
  AUSTIN, TX 78759

Claim Holder Name and Address

  NATIONAL INSTRUMENTS CORP
  11500 NORTH MOPAC EXPRESSWAY
  AUSTIN, TX 78759

Docketed Total:   **$237,792.65**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $237,792.65 |
| | | | **$237,792.65** |

Modified Total:   **$233,891.61**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $233,891.61 |
| | | | **$233,891.61** |

---

\*      See Exhibit E for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 9771**
Date Filed: 07/18/2006
Docketed Total: $977,354.65
Filing Creditor Name and Address:
NSS TECHNOLOGIES INC FKA
NATIONAL SET SCREW CORP
C O ROBERT SZWAJKOS ESQ
CURTIN & HEEFNER LLP
250 N PENNSYLVANIA
MORRISVILLE, PA 19067

Claim Holder Name and Address
BEAR STEARNS INVESTMENT
PRODUCTS INC
CO JPMORGAN CHASE BANK NA
LEGAL DEPT
1 CHASE MANHATTAN PLAZA 26TH FL
NEW YORK, NY 10081

Docketed Total: $977,354.65

Modified Total: $775,000.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $977,354.65 | 05-44640 | | | $775,000.00 |
| | | | **$977,354.65** | | | | **$775,000.00** |

**Claim: 11429**
Date Filed: 07/27/2006
Docketed Total: $278,019.25
Filing Creditor Name and Address:
P & R INDUSTRIES INC EFT
1524 CLINTON AVE N
ROCHESTER, NY 14621

Claim Holder Name and Address
SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total: $278,019.25

Modified Total: $275,394.25

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $278,019.25 | 05-44640 | | | $275,394.25 |
| | | | **$278,019.25** | | | | **$275,394.25** |

**Claim: 11190**
Date Filed: 07/26/2006
Docketed Total: $87,844.88
Filing Creditor Name and Address:
PARLEX CORPORATION
KUTCHIN & RUFO PC
155 FEDERAL ST 17TH FL
BOSTON, MA 02110

Claim Holder Name and Address
SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total: $87,844.88

Modified Total: $75,605.41

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44610 | | | $87,844.88 | 05-44640 | | | $75,605.41 |
| | | | **$87,844.88** | | | | **$75,605.41** |

\*    See Exhibit E for a listing of debtor entities by case number.
\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14599-2    Filed 12/16/08    Entered 12/16/08 14:33:17    Exhibit B
Pg 44 of 73

Thirty-Second Omnibus Claims Objection

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 11191**
Date Filed:   07/26/2006
Docketed Total:   $56,219.54
Filing Creditor Name and Address:
  PARLEX CORPORATION
  KUTCHIN & RUFO  PC
  155 FEDERAL ST 17TH FL
  BOSTON, MA 02110

Claim Holder Name and Address

SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total:   $56,219.54

Modified Total:   $53,986.58

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $56,219.54 | 05-44567 | | | $53,986.58 |
| | | | **$56,219.54** | | | | **$53,986.58** |

**Claim: 11193**
Date Filed:   07/26/2006
Docketed Total:   $39,295.28
Filing Creditor Name and Address:
  PARLEX CORPORATION
  KUTCHIN & RUFO  PC
  155 FEDERAL ST 17TH FL
  BOSTON, MA 02110

Claim Holder Name and Address

SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total:   $39,295.28

Modified Total:   $36,986.58

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44547 | | | $39,295.28 | 05-44640 | | | $36,986.58 |
| | | | **$39,295.28** | | | | **$36,986.58** |

**Claim: 10579**
Date Filed:   07/25/2006
Docketed Total:   $760,117.01
Filing Creditor Name and Address:
  PHILLIPS PLASTICS
  CORPORATION
  1201 HANLEY RD
  HUDSON, WI 54016

Claim Holder Name and Address

CONTRARIAN FUNDS LLC
411 W PUTNAM AVE S 225
GREENWICH, CT 06830

Docketed Total:   $760,117.01

Modified Total:   $753,910.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $751,115.95 | $9,001.06 | | 05-44640 | | | $753,910.00 |
| | **$751,115.95** | **$9,001.06** | | | | | **$753,910.00** |

\*      See Exhibit E for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

## EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 10580**
Date Filed:   07/25/2006
Docketed Total:   $203,432.68
Filing Creditor Name and Address:
  PHILLIPS PLASTICS
  CORPORATION
  1201 HANLEY RD
  HUDSON, WI 54016

Claim Holder Name and Address

  CONTRARIAN FUNDS LLC          Docketed Total:   $203,432.68
  411 W PUTNAM AVE S 225
  GREENWICH, CT 06830

Modified Total:   $192,311.59

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $203,432.68 | | |
| | $203,432.68 | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $192,311.59 |
| | | | $192,311.59 |

---

**Claim: 12046**
Date Filed:   07/28/2006
Docketed Total:   $30,000.00
Filing Creditor Name and Address:
  PHILLIPS ROBERT
  LINDA GEORGE ESQW RUSSELL
  SIPES
  151 N DELAWARE ST STE 1700
  INDIANAPOLIS, IN 46204-2503

Claim Holder Name and Address

  PHILLIPS ROBERT               Docketed Total:   $30,000.00
  LINDA GEORGE ESQW RUSSELL
  SIPES
  151 N DELAWARE ST STE 1700
  INDIANAPOLIS, IN 46204-2503

Modified Total:   $5,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $30,000.00 |
| | | | $30,000.00 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,000.00 |
| | | | $5,000.00 |

---

**Claim: 2173**
Date Filed:   03/03/2006
Docketed Total:   $550,320.80
Filing Creditor Name and Address:
  PIC PRODUCTIVITY
  IMPROVEMENT CTR
  199 WENTWORTH ST E
  OSHAWA, ON L1H 3V6
  CANADA

Claim Holder Name and Address

  LONGACRE MASTER FUND LTD      Docketed Total:   $550,320.80
  810 SEVENTH AVE 33RD FL
  NEW YORK, NY 10019

Modified Total:   $450,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $550,320.80 |
| | | | $550,320.80 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $450,000.00 |
| | | | $450,000.00 |

---

\*     See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

### EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 13775**
Date Filed: 07/31/2006
Docketed Total: $188,727.41
Filing Creditor Name and Address:
PLATING TECHNOLOGY INC
800 FREBIS AVE
COLUMBUS, OH 43206

Claim Holder Name and Address

CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total: $188,727.41

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $188,727.41 |
| | | | $188,727.41 |

Modified Total: $184,726.19

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $184,726.19 |
| | | | $184,726.19 |

---

**Claim: 12187**
Date Filed: 07/28/2006
Docketed Total: $100,551.70
Filing Creditor Name and Address:
PORT CITY CASTINGS CORP
AFFILIATE OF PORT CITY DIE
CAST INC
PORT CITY CASTINGS CORP
601 TERRACE ST
MUSKEGON, MI 49443-0786

Claim Holder Name and Address

PORT CITY CASTINGS CORP
AFFILIATE OF PORT CITY DIE CAST
INC
PORT CITY CASTINGS CORP
601 TERRACE ST
MUSKEGON, MI 49443-0786

Docketed Total: $100,551.70

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $100,551.70 | | |
| | $100,551.70 | | |

Modified Total: $3,696.39

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,696.39 |
| | | | $3,696.39 |

---

**Claim: 10710**
Date Filed: 07/25/2006
Docketed Total: $574,896.85
Filing Creditor Name and Address:
PPG INDUSTRIES INC
ONE PPG PL
PITTSBURGH, PA 15272

Claim Holder Name and Address

PPG INDUSTRIES INC
ONE PPG PL
PITTSBURGH, PA 15272

Docketed Total: $574,896.85

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $574,896.85 |
| | | | $574,896.85 |

Modified Total: $246,553.06

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $246,553.06 |
| | | | $246,553.06 |

---

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

### Claim 15627

Claim: 15627
Date Filed:   07/31/2006
Docketed Total:    $147,402.29
Filing Creditor Name and Address:
PREMIER PRODUCTS INC
3030 KERSTEN CT
KALAMAZOO, MI 49048

**Claim Holder Name and Address**

CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total:    **$147,402.29**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $147,402.29 |
| | | | **$147,402.29** |

Modified Total:    **$144,511.61**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $144,511.61 |
| | | | **$144,511.61** |

### Claim 12047

Claim: 12047
Date Filed:   07/28/2006
Docketed Total:    $30,000.00
Filing Creditor Name and Address:
PROUD DOUGLAS AND ESTHER
L GEORGE W R SIPES
151 N DELAWARE ST STE 1700
INDIANAPOLIS, IN 46204-2503

**Claim Holder Name and Address**

PROUD DOUGLAS AND ESTHER
L GEORGE W R SIPES
151 N DELAWARE ST STE 1700
INDIANAPOLIS, IN 46204-2503

Docketed Total:    **$30,000.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $30,000.00 |
| | | | **$30,000.00** |

Modified Total:    **$5,000.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,000.00 |
| | | | **$5,000.00** |

### Claim 2073

Claim: 2073
Date Filed:   02/21/2006
Docketed Total:    $29,268.00
Filing Creditor Name and Address:
QUICK CABLE CORPORATION
3700 QUICK DR
FRANKSVILLE, WI 53126

**Claim Holder Name and Address**

MADISON INVESTMENT TRUST
SERIES 38
6310 LAMAR AVE STE 120
OVERLAND PARK, KS 66202

Docketed Total:    **$29,268.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $29,268.00 |
| | | | **$29,268.00** |

Modified Total:    **$28,260.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $28,260.00 |
| | | | **$28,260.00** |

---

\*     See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14599-2    Filed 12/16/08    Entered 12/16/08 14:33:17    Exhibit B
Pg 48 of 73

Thirty-Second Omnibus Claims Objection

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 16334**
Date Filed:  09/25/2006
Docketed Total:  $398,139.37
Filing Creditor Name and Address:
  RAWAC PLATING COMPANY
  ONE UNIVERSITY PLZ STE 312
  HACKENSACK, NJ 07601

Claim Holder Name and Address
  RAWAC PLATING COMPANY
  ONE UNIVERSITY PLZ STE 312
  HACKENSACK, NJ 07601

Docketed Total:  $398,139.37

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $398,139.37 |
| | | | $398,139.37 |

Modified Total:  $352,725.84

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $352,725.84 |
| | | | $352,725.84 |

---

**Claim: 11264**
Date Filed:  07/27/2006
Docketed Total:  $673,272.82
Filing Creditor Name and Address:
  REPUBLIC ENGINEERED
  PRODUCTS INC
  MCDONALD HOPKINS CO LPA
  600 SUPERIOR AVE E STE 2100
  CLEVELAND, OH 44114

Claim Holder Name and Address
  AMROC INVESTMENTS LLC
  535 MADISON AVE 15TH FL
  NEW YORK, NY 10022

Docketed Total:  $673,272.82

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $673,272.82 |
| | | | $673,272.82 |

Modified Total:  $673,122.03

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $673,122.03 |
| | | | $673,122.03 |

---

**Claim: 8863**
Date Filed:  06/30/2006
Docketed Total:  $25,198.10
Filing Creditor Name and Address:
  RIVERSIDE CLAIMS LLC AS
  ASSIGNEE FOR LAUREN
  MANUFACTURING
  PO BOX 626 PLANETARIUM
  STATION
  NEW YORK, NY 10024

Claim Holder Name and Address
  RIVERSIDE CLAIMS LLC AS
  ASSIGNEE FOR LAUREN
  MANUFACTURING
  PO BOX 626 PLANETARIUM
  STATION
  NEW YORK, NY 10024

Docketed Total:  $25,198.10

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $25,198.10 |
| | | | $25,198.10 |

Modified Total:  $23,290.40

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $23,290.40 |
| | | | $23,290.40 |

---

*     See Exhibit E for a listing of debtor entities by case number.

**    "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 8860**
Date Filed:   06/30/2006
Docketed Total:   $4,745.00
Filing Creditor Name and Address:
RIVERSIDE CLAIMS LLC AS
ASSIGNEE FOR SA
TECHNOLOGIES INC
PO BOX 626 PLANETARIUM
STATION
NEW YORK, NY 10024

Claim Holder Name and Address
RIVERSIDE CLAIMS LLC AS
ASSIGNEE FOR SA TECHNOLOGIES
INC
PO BOX 626 PLANETARIUM
STATION
NEW YORK, NY 10024

Docketed Total:   $4,745.00

Modified Total:   $3,200.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $4,745.00 |
| | | | $4,745.00 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $3,200.00 |
| | | | $3,200.00 |

---

**Claim: 8858**
Date Filed:   06/30/2006
Docketed Total:   $12,982.30
Filing Creditor Name and Address:
RIVERSIDE CLAIMS LLC AS
ASSIGNEE FOR VANEX FIRE
SYSTEMS
PO BOX 626 PLANETARIUM
STATION
NEW YORK, NY 10024

Claim Holder Name and Address
RIVERSIDE CLAIMS LLC AS
ASSIGNEE FOR VANEX FIRE
SYSTEMS
PO BOX 626 PLANETARIUM
STATION
NEW YORK, NY 10024

Docketed Total:   $12,982.30

Modified Total:   $12,864.15

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $12,982.30 |
| | | | $12,982.30 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $12,864.15 |
| | | | $12,864.15 |

---

**Claim: 4011**
Date Filed:   05/01/2006
Docketed Total:   $30,350.37
Filing Creditor Name and Address:
ROOT NEAL & CO INC
64 PEABODY ST
BUFFALO, NY 14240

Claim Holder Name and Address
MADISON INVESTMENT TRUST
SERIES 38
6310 LAMAR AVE STE 120
OVERLAND PARK, KS 66202

Docketed Total:   $30,350.37

Modified Total:   $25,682.68

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $30,350.37 |
| | | | $30,350.37 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $25,682.68 |
| | | | $25,682.68 |

---

\*     See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 15692**
Date Filed: 07/31/2006
Docketed Total: $12,209.13
Filing Creditor Name and Address:
SIEMENS BULDING
TECHNOLOGIES INC
FAGELHABER LLC
55 E MONROE ST 40TH FL
CHICAGO, IL 60603

Claim Holder Name and Address
SIEMENS BULDING TECHNOLOGIES INC
FAGELHABER LLC
55 E MONROE ST 40TH FL
CHICAGO, IL 60603

Docketed Total: $12,209.13

Modified Total: $8,407.85

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $12,209.13 | | |
| | **$12,209.13** | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $8,407.85 |
| | | | **$8,407.85** |

**Claim: 14141**
Date Filed: 07/31/2006
Docketed Total: $2,565,472.27
Filing Creditor Name and Address:
SPCP GROUP LLC AS ASSIGNEE
OF PARKER HANNIFIN
CORPORATION
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Claim Holder Name and Address
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total: $2,492,426.58

Modified Total: $2,465,004.18

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,492,426.58 |
| | | | **$2,492,426.58** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,440,294.07 |
| 05-44507 | | | $24,710.11 |
| | | | **$2,465,004.18** |

Claim Holder Name and Address
SPCP GROUP LLC AS ASSIGNEE OF
PARKER HANNIFIN CORPORATION
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total: $73,045.69

Modified Total: $0.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $73,045.69 | |
| | | **$73,045.69** | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $0.00 |
| 05-44640 | | | $0.00 |
| | | | **$0.00** |

\*      See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14599-2    Filed 12/16/08    Entered 12/16/08 14:33:17    Exhibit B
Pg 51 of 73

Thirty-Second Omnibus Claims Objection

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

Claim: 15423
Date Filed:    07/31/2006
Docketed Total:    $6,153,413.36
Filing Creditor Name and Address:
  SPECIAL SITUATIONS INVESTING
  GROUP INC
  C/O GOLDMAN SACHS & CO
  30 HUDSON 17TH FL
  JERSEY CITY, NJ 07302

Claim Holder Name and Address

LONGACRE MASTER FUND LTD          Docketed Total:    $1,000,000.00
C O US BANK NATIONAL
ASSOCIATION
CORPORATE TRUST SERVICES
1420 FIFTH AVE 7TH FL
SEATTLE, WA 98101

Modified Total:    $952,100.11

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,000,000.00 |
| | | | **$1,000,000.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $952,100.11 |
| | | | **$952,100.11** |

Claim Holder Name and Address

SPECIAL SITUATIONS INVESTING          Docketed Total:    $5,153,413.36
GROUP INC
C/O GOLDMAN SACHS & CO
30 HUDSON 17TH FL
JERSEY CITY, NJ 07302

Modified Total:    $4,906,565.43

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,153,413.36 |
| | | | **$5,153,413.36** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,906,565.43 |
| | | | **$4,906,565.43** |

Claim: 9772
Date Filed:    07/18/2006
Docketed Total:    $72,034.20
Filing Creditor Name and Address:
  SPS TECHNOLOGIES
  WATERFORD COMPANY FKA
  TERRY MACHINE COMPANY
  C O ROBERT SZWAJKOS ESQUIRE
  CURTIN & HEEFNER LLP
  250 N PENNSYLVANIA AVE
  MORRISVILLE, PA 19067

Claim Holder Name and Address

BEAR STEARNS INVESTMENT          Docketed Total:    $72,034.20
PRODUCTS INC
CO JPMORGAN CHASE BANK NA
LEGAL DEPT
1 CHASE MANHATTAN PLAZA 26TH
FL
NEW YORK, NY 10081

Modified Total:    $72,025.32

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $72,034.20 |
| | | | **$72,034.20** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $72,025.32 |
| | | | **$72,025.32** |

\*      See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 8094**
Date Filed: 06/16/2006
Docketed Total: $271.50
Filing Creditor Name and Address:
TAX COMMISSIONER OF THE
STATE OF OHIO
30 E BROAD ST
COLUMBUS, OH 43215

Claim Holder Name and Address
TAX COMMISSIONER OF THE STATE OF OHIO
30 E BROAD ST
COLUMBUS, OH 43215
Docketed Total: $271.50

Modified Total: $222.89

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $271.50 | | 05-44640 | | $222.89 | |
| | | $271.50 | | | | $222.89 | |

**Claim: 12828**
Date Filed: 07/28/2006
Docketed Total: $2,696,313.72
Filing Creditor Name and Address:
TCS AMERICA A DIV OF TATA
AMERICA INTERNATIONAL
CORPORATION
TCS AMERICA
101 PK AVE 26TH FL
NEW YORK, NY 10178

Claim Holder Name and Address
SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830
Docketed Total: $2,696,313.72

Modified Total: $2,671,979.95

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $2,696,313.72 | 05-44640 | | | $2,671,979.95 |
| | | | $2,696,313.72 | | | | $2,671,979.95 |

**Claim: 16583**
Date Filed: 03/20/2007
Docketed Total: $206,964.00
Filing Creditor Name and Address:
TESTEQUITY INC
2450 TURQUOISE CIR
THOUSAND OAKS, CA 91320

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 33RD FL
NEW YORK, NY 10019
Docketed Total: $206,964.00

Modified Total: $166,885.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $206,964.00 | 05-44640 | | | $166,885.00 |
| | | | $206,964.00 | | | | $166,885.00 |

\*     See Exhibit E for a listing of debtor entities by case number.
\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14599-2    Filed 12/16/08    Entered 12/16/08 14:33:17    Exhibit B
Pg 53 of 73

Thirty-Second Omnibus Claims Objection

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 10373**
Date Filed:    07/24/2006
Docketed Total:    $61,309.20
Filing Creditor Name and Address:
THE DAYTON POWER AND
LIGHT COMPANY
1065 WOODMAN DR
DAYTON, OH 45432

Claim Holder Name and Address

THE DAYTON POWER AND LIGHT
COMPANY
1065 WOODMAN DR
DAYTON, OH 45432

Docketed Total:    $61,309.20

Modified Total:    $37,272.92

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $61,309.20 |
| | | | **$61,309.20** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $37,272.92 |
| | | | **$37,272.92** |

**Claim: 2340**
Date Filed:    03/20/2006
Docketed Total:    $5,083.55
Filing Creditor Name and Address:
VERIZON NORTH INC
404 BROCK DR
BLOOMINGTON, IL 61701

Claim Holder Name and Address

VERIZON NORTH INC
404 BROCK DR
BLOOMINGTON, IL 61701

Docketed Total:    $5,083.55

Modified Total:    $4,200.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $5,083.55 |
| | | | **$5,083.55** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,200.00 |
| | | | **$4,200.00** |

**Claim: 11640**
Date Filed:    07/27/2006
Docketed Total:    $6,183,936.00
Filing Creditor Name and Address:
VICTORY PACKAGING LP
VICTORY PACKAGING LLP
3555 TIMMONS LAND STE 1440
HOUSTON, TX 77027

Claim Holder Name and Address

VICTORY PACKAGING LP
VICTORY PACKAGING LLP
3555 TIMMONS LAND STE 1440
HOUSTON, TX 77027

Docketed Total:    $6,183,936.00

Modified Total:    $3,764,666.98

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | UNL | $6,183,936.00 |
| | | **UNL** | **$6,183,936.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,764,666.98 |
| | | | **$3,764,666.98** |

*       See Exhibit E for a listing of debtor entities by case number.

**      "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 12052**
Date Filed:  07/28/2006
Docketed Total:    $30,000.00
Filing Creditor Name and Address:
WALDO RICHARD L AND
GWENDOLYN A WALDO
PLAINTIFFS V
L GEORGE W R SIPES
151 N DELAWARE ST STE 1700
INDIANAPOLIS, IN 46204-2503

Claim Holder Name and Address

WALDO RICHARD L AND        Docketed Total:        $30,000.00
GWENDOLYN A WALDO
PLAINTIFFS V
L GEORGE W R SIPES
151 N DELAWARE ST STE 1700
INDIANAPOLIS, IN 46204-2503

Modified Total:        $5,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $30,000.00 |
| | | | **$30,000.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,000.00 |
| | | | **$5,000.00** |

**Claim: 16447**
Date Filed:  12/08/2006
Docketed Total:    $76,844.72
Filing Creditor Name and Address:
WRIGHT PLASTIC PRODUCTS CO
LLC
201 CONDENSERY RD
SHERIDAN, MI 48884

Claim Holder Name and Address

CONTRARIAN FUNDS LLC        Docketed Total:        $76,844.72
411 W PUTNAM AVE S 225
GREENWICH, CT 06830

Modified Total:        $72,148.40

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $76,844.72 |
| | | | **$76,844.72** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $72,148.40 |
| | | | **$72,148.40** |

**Total Claims To Be Modified: 90**

**Total Amount As Docketed:**        $72,240,178.95

**Total Amount As Modified:**        $65,350,525.74

\*      See Exhibit E for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Thirty-Second Omnibus Claims Objection

## EXHIBIT C-1 - DUPLICATE OR AMENDED CLAIMS

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim Number: 16606 — Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 05/14/2007<br>Creditor's Name and Address:<br>1ST CHOICE HEATING & COOLING INC<br>JOEL D APPLEBAUM P56774 CLARK HILL PLC<br>500 WOODWARD AVE STE 3500<br>DETROIT, MI 48226<br>Secured: $22,046.54<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $22,046.54 | Claim Number: 16601 — Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 05/15/2007<br>Creditor's Name and Address:<br>1ST CHOICE HEATING & COOLING INC<br>JOEL D APPLEBAUM P56774 CLARK HILL PLC<br>500 WOODWARD AVE STE 3500<br>DETROIT, MI 48226<br>Secured: $22,046.54<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $22,046.54 |
| Claim Number: 13740 — Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>BREEN COLOR CONCENTRATES INC<br>MARK CONLAN ESQ<br>GIBBONS PC<br>ONE GATEWAY CTR<br>NEWARK, NJ 07102-5310<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $11,505.71<br>Total: $11,505.71 | Claim Number: 14174 — Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>BREEN COLOR CONCENTRATES INC<br>MARK CONLAN ESQ<br>GIBBONS PC<br>ONE GATEWAY CTR<br>NEWARK, NJ 07102-5310<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $11,505.71<br>Total: $11,505.71 |
| Claim Number: 16541 — Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Date Filed: 02/13/2007<br>Creditor's Name and Address:<br>CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE S 225<br>GREENWICH, CT 06830<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $31,991.00<br>Total: $31,991.00 | Claim Number: 6321 — Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 05/19/2006<br>Creditor's Name and Address:<br>CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE S 225<br>GREENWICH, CT 06830<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $31,991.00<br>Total: $31,991.00 |
| Claim Number: 16515 — Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Date Filed: 02/07/2007<br>Creditor's Name and Address:<br>CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE S 225<br>GREENWICH, CT 06830<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $38,900.00<br>Total: $38,900.00 | Claim Number: 1308 — Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 12/27/2005<br>Creditor's Name and Address:<br>CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE S 225<br>GREENWICH, CT 06830<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $38,900.00<br>Total: $38,900.00 |
| Claim Number: 14878 — Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $76,844.72<br>Total: $76,844.72 | Claim Number: 16447 — Debtor: DELPHI MECHATRONIC SYSTEMS, INC. (05-44567)<br>Date Filed: 12/08/2006<br>Creditor's Name and Address:<br>CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE S 225<br>GREENWICH, CT 06830<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $76,844.72<br>Total: $76,844.72 |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14599-2    Filed 12/16/08    Entered 12/16/08 14:33:17    Exhibit B
Pg 56 of 73

Thirty-Second Omnibus Claims Objection

**EXHIBIT C-1 - DUPLICATE OR AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|

**CLAIM TO BE EXPUNGED**

Claim Number: 1672
Date Filed: 01/26/2006
Creditor's Name and Address:

FIRST TECHNOLOGY HOLDINGS INC AND
AFFILIATES AND SUBSIDIARIES
JOHN D HERTZBERG
30150 TELEGRAPH RD STE 444
BINGHAM FARMS, MI 48025

Debtor:    DELPHI CORPORATION (05-44481)

Secured:
Priority:              $175,000.00
Administrative:
Unsecured:             $458,258.00

Total:                 $633,258.00

**SURVIVING CLAIM**

Claim Number: 16739
Date Filed: 11/06/2007
Creditor's Name and Address:

FIRST TECHNOLOGY HOLDINGS INC AND
AFFILIATES AND SUBSIDIARIES AND
CONTROL DEVICES INC AND FIRST INERTIA
SWITCH LIMITED
THOMAS SKIBINSKI
CONTROL DEVICES INC AND FIRST INERTIA
SWITCH
C O SENSATA TECHNOLOGIES INC
529 PLEASANT ST MS B 1
ATTLEBORO, MA 02703

Debtor:    DELPHI CORPORATION (05-44481)

Secured:
Priority:
Administrative
Unsecured:             $633,258.00

Total:                 $633,258.00

**Total Claims To Be Expunged:**    6
**Total Asserted Amount To Be Expunged:**    $814,545.97

**In re Delphi Corporation, et al.**                    Thirty-Second Omnibus Claims Objection

**Case No. 05-44481 (RDD)**

## EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| 1ST CHOICE HEATING & COOLING I<br>8147 ISLANDVIEW DR<br>NEWAYGO, MI 49337 | 15805 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $12,491.44<br><br><br><br>$12,491.44 | 08/02/2006 | DELPHI CORPORATION (05-44481) |
| ARGO PARTNERS<br>12 W 37TH ST 9TH FL<br>NEW YORK, NY 10018 | 14279 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$3,649.48<br>$3,649.48 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BASF CORPORATION<br>100 CAMPUS DR<br>FLORHAM PARK, NJ 07932 | 16200 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,015,234.23<br>$1,015,234.23 | 08/14/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BEAVER VALLEY MANUFACTURING INC<br>IRA RUBIN<br>GOLDMAN RUBIN & SHAPIRO<br>1340 WOODMAN DR<br>DAYTON, OH 45432 | 11186 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$180,633.39<br>$180,633.39 | 07/26/2006 | DELPHI CORPORATION (05-44481) |
| BURKBURNETT INDEPENDENT SCHOOL DISTRICT<br>HAROLD LEREW<br>PERDUE BRANDON FIELDER<br>COLLINS & MOTT LLP<br>PO BOX 8188<br>WICHITA FALLS, TX 76307 | 2076 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $61,138.40<br><br><br><br>$61,138.40 | 02/21/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CROWN CREDIT COMPANY<br>ATTN RODNEY J HINDERS ESQ<br>115 N MAIN ST<br>NEW BREMEN, OH 45869 | 6578 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$2,152.00<br>$2,152.00 | 05/22/2006 | ASEC MANUFACTURING GENERAL PARTNERSHIP (05-44482) |
| FIRST CHOICE HEATING & COOLING INC<br>8147 ISLANDVIEW DR<br>NEWAYGO, MI 49337 | 15804 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $9,555.10<br><br><br><br>$9,555.10 | 08/02/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

*       "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**                                    **Thirty-Second Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JOHN E BENZ & CO<br>JEREMY R JOHNSON ESQ<br>DLA PIPER RUDNICK GRAY CARY<br>US LLP<br>1251 AVE OF THE AMERICAS<br>NEW YORK, NY 10020-5283 | 14297 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| JPMORGAN CHASE BANK NA<br>ATTN NEEMA VELUVOLU<br>4 NEW YORK PLAZA FL 16<br>NEW YORK, NY 10004-2413 | 11599 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$432,705.04<br>$432,705.04 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MICROSYS TECHNOLOGIES INC<br>3710 NASHUA DRIVE UNIT 1<br>MISSISSAUGA, ON L4V 1M5<br>CANADA | 2054 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,775.00<br>$1,775.00 | 02/17/2006 | DELPHI CORPORATION (05-44481) |
| OHIO DEPARTMENT OF TAXATION<br>REBECCA DAUM<br>ATTORNEY BANKRUPTCY<br>DIVISION<br>PO BOX 530<br>COLUMBUS, OH 43216-0530 | 16596 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$2,976.58<br><br>$2,976.58 | 04/13/2007 | DELPHI CORPORATION (05-44481) |
| OHIO DEPARTMENT OF TAXATION<br>REBECCA L DAUM<br>30 E BROAD ST<br>COLUMBUS, OH 43215 | 1426 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$5,503.23<br><br><br>$5,503.23 | 01/03/2006 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |

|  | Total: | 12 | $1,727,813.89 |
|---|---|---|---|

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT D-1 - ADJOURNED ASSERTED AMOUNT CLAIM**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

Claim: 12190
Date Filed:    07/28/2006
Docketed Total:    $5,738.00
Filing Creditor Name and Address:
  PORT CITY METAL PRODUCTS
  INC
  601 TERRACE ST
  MUSKEGON, MI 49443-0786

Claim Holder Name and Address

  PORT CITY METAL PRODUCTS INC          Docketed Total:          $5,738.00
  601 TERRACE ST
  MUSKEGON, MI 49443-0786

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | $5,738.00 | | |
| | **$5,738.00** | | |

Modified Total:          $5,738.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $5,738.00 |
| | | | **$5,738.00** |

**Total Claims To Be Modified: 1**

**Total Amount As Docketed:**          $5,738.00

**Total Amount As Modified:**          $5,738.00

*    See Exhibit E for a listing of debtor entities by case number.

**EXHIBIT D-2 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2127**
Date Filed: 02/27/2006
Docketed Total: $2,115,405.67
Filing Creditor Name and Address:
CLARION CORPORATION OF AMERICA
661 W REDONDO BEACH BLVD
GARDENA, CA 90247

Claim Holder Name and Address
GOLDMAN SACHS CREDIT PARTNERS LP
ATTN PEDRO RAMIREZ
30 HUDSON 17TH FL
JERSEY CITY, NJ 07302

Docketed Total: $2,115,405.67

Modified Total: $2,010,294.45

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $2,115,405.67 | 05-44640 | | | $2,010,294.45 |
| | | | **$2,115,405.67** | | | | **$2,010,294.45** |

**Claim: 15379**
Date Filed: 07/31/2006
Docketed Total: $617,204.24
Filing Creditor Name and Address:
COMPUTER PATENT ANNUITIES LP
CPA HOUSE
11 15 SEATON PLACE
ST HELIER JERSEY, JE1 1BL
CHANNEL ISLANDS

Claim Holder Name and Address
COMPUTER PATENT ANNUITIES LP
CPA HOUSE
11 15 SEATON PLACE
ST HELIER JERSEY, JE1 1BL
CHANNEL ISLANDS

Docketed Total: $617,204.24

Modified Total: $602,481.60

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44554 | | | $617,204.24 | 05-44554 | | | $602,481.60 |
| | | | **$617,204.24** | | | | **$602,481.60** |

**Claim: 15452**
Date Filed: 07/31/2006
Docketed Total: $651,626.18
Filing Creditor Name and Address:
GENERAL ELECTRIC CAPITAL CORP
ATTN URI SKY
C O GE CAPITAL SOLUTIONS
VENDOR FINANCE
1010 THOMAS EDISON BLVD SW
CEDAR RAPIDS, IA 52404

Claim Holder Name and Address
GENERAL ELECTRIC CAPITAL CORP
ATTN URI SKY
C O GE CAPITAL SOLUTIONS
VENDOR FINANCE
1010 THOMAS EDISON BLVD SW
CEDAR RAPIDS, IA 52404

Docketed Total: $651,626.18

Modified Total: $620,181.39

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $651,626.18 | 05-44640 | | | $620,181.39 |
| | | | **$651,626.18** | | | | **$620,181.39** |

\*     See Exhibit E for a listing of debtor entities by case number.

### EXHIBIT D-2 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 10683**
Date Filed:    07/26/2006
Docketed Total:    $953,280.40
Filing Creditor Name and Address:
HEWLETT PACKARD FINANCIAL
SERVICES COMPANY FKA
COMPAQ FINANCIAL SERVICES
CORPORATION
420 MOUNTAIN AVE
MURRAY HILL, NJ 07974-0006

**Claim Holder Name and Address**

HEWLETT PACKARD FINANCIAL       Docketed Total:    $953,280.40
SERVICES COMPANY FKA COMPAQ
FINANCIAL SERVICES
CORPORATION
420 MOUNTAIN AVE
MURRAY HILL, NJ 07974-0006

Modified Total:    $166,642.02

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $953,280.40 |
| | | | **$953,280.40** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $166,642.02 |
| | | | **$166,642.02** |

---

**Claim: 9995**
Date Filed:    07/20/2006
Docketed Total:    $57,149.69
Filing Creditor Name and Address:
IBJTC BUSINESS CREDIT
CORPORATION AS SUCCESSOR
IN INTEREST TO IBJ WHITEHALL
BUSINESS CREDIT
CORPORATION
DAY PITNEY LLP
7 TIMES SQUARE
NEW YORK, NY 10036

**Claim Holder Name and Address**

IBJTC BUSINESS CREDIT       Docketed Total:    $57,149.69
CORPORATION AS SUCCESSOR IN
INTEREST TO IBJ WHITEHALL
BUSINESS CREDIT CORPORATION
DAY PITNEY LLP
7 TIMES SQUARE
NEW YORK, NY 10036

Modified Total:    $44,643.53

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $57,149.69 |
| | | | **$57,149.69** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $44,643.53 |
| | | | **$44,643.53** |

*    See Exhibit E for a listing of debtor entities by case number.

**EXHIBIT D-2 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

Claim: 2548
Date Filed:    04/04/2006
Docketed Total:    $562,192.18
Filing Creditor Name and Address:
  PBR AUSTRALIA PTY LTD
  ATTN PETER VALENTINE
  PO BOX 176
  BENTLEIGH E VI 3165,
  AUSTRALIA

**CLAIM AS DOCKETED**

Claim Holder Name and Address

  PBR AUSTRALIA PTY LTD          Docketed Total:        $223,390.20
  ATTN PETER VALENTINE
  PO BOX 176
  BENTLEIGH E VI 3165, AUSTRALIA

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $223,390.20 |
| | | | $223,390.20 |

Claim Holder Name and Address

  SPECIAL SITUATIONS INVESTING      Docketed Total:        $338,801.98
  GROUP INC
  C/O GOLDMAN SACHS & CO
  85 BROAD ST 27TH FL
  NEW YORK, NY 10004

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $338,801.98 |
| | | | $338,801.98 |

**CLAIM AS MODIFIED**

                                      Modified Total:        $39,766.37

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $39,766.37 |
| | | | $39,766.37 |

                                      Modified Total:        $338,801.98

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $338,801.98 |
| | | | $338,801.98 |

\*    See Exhibit E for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 14599-2   Filed 12/16/08   Entered 12/16/08 14:33:17   Exhibit B
Pg 63 of 73

Thirty-Second Omnibus Claims Objection

**EXHIBIT D-2 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**CLAIM TO BE MODIFIED**

Claim: 5980
Date Filed:   05/16/2006
Docketed Total:     $9,225,767.18
Filing Creditor Name and Address:
  SPECIAL SITUATIONS INVESTING
  GROUP INC AS ASSIGNEE OF PBR
  KNOXVILLE LLC
  10215 CANEEL DR
  KNOXVILLE, TN 37931

**CLAIM AS DOCKETED**

Claim Holder Name and Address

  PBR KNOXVILLE LLC          Docketed Total:          $68,308.80
  10215 CANEEL DR
  KNOXVILLE, TN 37931

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $68,308.80 | | |
| | **$68,308.80** | | |

Claim Holder Name and Address

  SPECIAL SITUATIONS INVESTING          Docketed Total:          $9,157,458.38
  GROUP INC
  C/O GOLDMAN SACHS & CO
  85 BROAD ST 27TH FL
  NEW YORK, NY 10004

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $9,157,458.38 |
| | | | **$9,157,458.38** |

**CLAIM AS MODIFIED**

Modified Total:          $0.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $0.00 |
| | | | **$0.00** |

Modified Total:          $9,157,458.38

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $9,157,458.38 |
| | | | **$9,157,458.38** |

Total Claims To Be Modified: 7
Total Amount As Docketed:          $14,182,625.54
Total Amount As Modified:          $12,980,269.72

*     See Exhibit E for a listing of debtor entities by case number.

Page 4 of 4

In re Delphi Corporation, et al.          Thirty-Second Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT D-3 - ADJOURNED CLAIM TO BE EXPUNGED PURSUANT TO SETTLEMENT

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PBR COLUMBIA LLC<br>ATTN DAVID WHEELER<br>201 METROPOLITAN DR<br>WEST COLUMBIA, SC 29170<br><br>SPECIAL SITUATIONS INVESTING<br>GROUP INC<br>ATTN AL DOMBROWSKI<br>C/O GOLDMAN SACHS & CO<br>85 BROAD ST 27TH FL<br>NEW YORK, NY 10004 | 6610 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,508,953.50<br><br><br>$447,670.98<br>$1,956,624.48 | 05/22/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

Total:          1                    $1,956,624.48

In re Delphi Corporation, <u>et al.</u>                                    Thirty-Second Omnibus Claims Objection

**Case No. 05-44481 (RDD)**

### Exhibit E - Debtor Entity Reference

| CASE NUMBER | DEBTOR ENTITY |
| --- | --- |
| 05-44481 | DELPHI CORPORATION |
| 05-44482 | ASEC MANUFACTURING GENERAL PARTNERSHIP |
| 05-44507 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION |
| 05-44547 | DELPHI ELECTRONICS (HOLDING) LLC |
| 05-44554 | DELPHI TECHNOLOGIES, INC. |
| 05-44567 | DELPHI MECHATRONIC SYSTEMS, INC. |
| 05-44610 | DELCO ELECTRONICS OVERSEAS CORPORATION |
| 05-44624 | DELPHI CONNECTION SYSTEMS |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14599-2    Filed 12/16/08    Entered 12/16/08 14:33:17    Exhibit B
Pg 66 of 73

Thirty-Second Omnibus Claims Objection

Exhibit F - Claimants And Related Claims Subject To Thirty-Second Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| 1ST CHOICE HEATING & COOLING I | 15805 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| 1ST CHOICE HEATING & COOLING INC | 16601 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| 1ST CHOICE HEATING & COOLING INC | 16606 | EXHIBIT C-1 - DUPLICATE OR AMENDED CLAIMS |
| ABC TECHNOLOGIES INC | 1168 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| ADMIRAL TOOL & MFG CO OF ILLINOIS | 16406 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| AIRGAS EAST INC | 14278 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| AIRGAS EAST INC | 14279 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| AIRGAS SOUTHWEST INC | 14277 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| AMES REESE INC | 9816 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| AMROC INVESTMENTS LLC | 11264 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| AMROC INVESTMENTS LLC AS ASSIGNEE OF FASTENAL COMPANY | 7514 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| AMROC INVESTMENTS LLC/FASTENAL COMPANY | 7514 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| ARGO PARTNERS | 14277 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| ARGO PARTNERS | 14278 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| ARGO PARTNERS | 14279 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| ARGO PARTNERS | 16132 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| ASM CAPITAL | 2317 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| ASM CAPITAL AS ASSIGNEE FOR SPEED MOTOR EXPRESS OF WNY INC | 2317 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| ASM CAPITAL II LP | 16406 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| BANK OF AMERICA N A | 5423 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| BASF CORPORATION | 16200 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| BASF CORPORATION | 8012 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| BEAR STEARNS INVESTMENT PRODUCTS INC | 2713 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| BEAR STEARNS INVESTMENT PRODUCTS INC | 9771 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| BEAR STEARNS INVESTMENT PRODUCTS INC | 9772 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| BEAR STEARNS INVESTMENT PRODUCTS INC | 9798 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| BEAR STEARNS INVESTMENT PRODUCTS INC/CTS CORPORATION | 11256 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| BEAR STEARNS INVESTMENT PRODUCTS INC/FUTABA CORPORATION OF AMERICA | 9261 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| BEAVER VALLEY MANUFACTURING INC | 11186 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| BEAVER VALLEY MANUFACTURING INC | 16615 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| BELLSOUTH TELECOMMUNICATIONS INC | 1570 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| BRAKE PARTS INC WIX FILTRATION CORP AFFINIA GROUP INC | 12011 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 14599-2   Filed 12/16/08   Entered 12/16/08 14:33:17   Exhibit B
Pg 67 of 73

Thirty-Second Omnibus Claims Objection

Exhibit F - Claimants And Related Claims Subject To Thirty-Second Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| BREEN COLOR CONCENTRATES INC | 13740 | EXHIBIT C-1 - DUPLICATE OR AMENDED CLAIMS |
| BURKBURNETT INDEPENDENT SCHOOL DISTRICT | 2076 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| CDW COMPUTER CENTERS INC | 1659 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CDW COMPUTER CENTERS INC | 419 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CDW COMPUTER CENTERS INC | 420 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CDW COMPUTER CENTERS INC | 88 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CINGULAR WIRELESS | 5084 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CINGULAR WIRELESS | 5085 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CINGULAR WIRELESS | 5087 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CIRCLE BROACH COMPANY INC | 9541 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CLARION CORPORATION OF AMERICA | 2127 | EXHIBIT D-2 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| COMPUTER PATENT ANNUITIES LP | 15379 | EXHIBIT D-2 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| CONTI TECH ELASTOMER COATINGS | 9079 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC | 10579 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC | 10580 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC | 10581 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CONTRARIAN FUNDS LLC | 13775 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC | 14795 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CONTRARIAN FUNDS LLC | 14878 | EXHIBIT C-1 - DUPLICATE OR AMENDED CLAIMS |
| CONTRARIAN FUNDS LLC | 15211 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC | 15222 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CONTRARIAN FUNDS LLC | 15627 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC | 16447 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC | 16479 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CONTRARIAN FUNDS LLC | 16515 | EXHIBIT C-1 - DUPLICATE OR AMENDED CLAIMS |
| CONTRARIAN FUNDS LLC | 16541 | EXHIBIT C-1 - DUPLICATE OR AMENDED CLAIMS |
| CONTRARIAN FUNDS LLC | 16570 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC | 5568 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC | 6147 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC | 8012 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF BLISSFIELD MANUFACTURING COMPANY | 9109 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF CAMOPLAST INCORPORATED | 12691 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF CAPSTAN ATLANTIC | 7374 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF ELECTRONIC SERVICES LLC DBA CSI ELECTRONICS | 9112 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 14599-2   Filed 12/16/08   Entered 12/16/08 14:33:17   Exhibit B
Pg 68 of 73

Thirty-Second Omnibus Claims Objection

Exhibit F - Claimants And Related Claims Subject To Thirty-Second Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF FLOW DRY TECHNOLOGY LTD | 12689 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF GEMINI PLASTICS INC | 10388 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF HITCHINER MANUFACTURING CO INC | 9796 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF IMCO INC | 7237 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF INA USA CORPORATION | 12686 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF MTD TECHNOLOGIES INC | 10382 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF PAX MACHINE WORKS INC | 9792 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF PRESTOLITE WIRE CORPORATION | 9113 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF REGENCY MCALLEN | 10387 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF SCHAEFFLER CANADA INC | 12690 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF SP DIV NMC LLC | 9791 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF STRATTEC SECURITY CORP | 12692 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF TRELLEBORG KUNHWA CO LTD | 12695 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF TRELLEBORG YSH INC | 12696 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF TRELLEBORG YSH SA DE CV | 12694 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF TROSTEL LTD | 12693 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF WHIRLAWAY CORPORATION | 9793 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS TRANSFEREE OF UNITED STARS INDUSTRIES INC | 16745 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC/SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | 14141 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTROL MASTERS INC | 8219 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CORUS LP | 5423 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CREATIVE TECHNIQUES INC | 14795 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CROWLEY TOOL CO | 16132 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CROWN CREDIT COMPANY | 6578 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| CTS CORPORPATION | 11256 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| DECO AUTOMOTIVE A DIVISION OF MAGNA INTERNATIONAL INC | 13458 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| DEMAG PLASTICS GROUP CORP | 10284 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| ELECTRONIC SOLUTIONS INC | 1201 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 14599-2   Filed 12/16/08   Entered 12/16/08 14:33:17   Exhibit B
Pg 69 of 73

Thirty-Second Omnibus Claims Objection

Exhibit F - Claimants And Related Claims Subject To Thirty-Second Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| EMC2 CORPORATION | 14837 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| EMPRESAS CA LE TIAXCALA SA DE CV | 15511 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| FIRST CHOICE HEATING & COOLING INC | 15804 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| FIRST TECHNOLOGY HOLDINGS INC AND AFFILIATES AND SUBSIDIARIES | 1672 | EXHIBIT C-1 - DUPLICATE OR AMENDED CLAIMS |
| FIRST TECHNOLOGY HOLDINGS INC AND AFFILIATES AND SUBSIDIARIES AND CONTROL DEVICES INC AND FIRST INERTIA SWITCH LIMITED | 16739 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| FIRSTENERGY SOLUTIONS CORP | 2342 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| FLEXIBLE AUTOMATION INC | 863 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| FOSTER ELECTRIC USA INC | 5568 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| FRAENKISCHE USA LP | 16511 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| FREUDENBERG NONWOVENS LP EFT | 5463 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| FUTABA CORPORATION OF AMERICA | 9261 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| GCI TECHNOLOGIES INC | 16570 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| GE CONSUMER & INDUSTRIAL F K A GE LIGHTING | 10191 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| GE CONSUMER & INDUSTRIAL F K A GE LIGHTING | 10192 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| GENERAL ELECTRIC CAPITAL CORP | 15452 | EXHIBIT D-2 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| GENERAL ELECTRIC COMPANY GE FANUC AUTOMATION NORTH AMERICA INC | 500 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| GOBAR SYSTEMS INC | 15429 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| GOLDMAN SACHS CREDIT PARTNERS LP | 14144 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| GOLDMAN SACHS CREDIT PARTNERS LP | 14145 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| GOLDMAN SACHS CREDIT PARTNERS LP | 2127 | EXHIBIT D-2 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| GOLDMAN SACHS CREDIT PARTNERS LP ASSIGNEE OF SIEMENS VDO AUTOMOTIVE CORPORATION AND SIEMENS VDO AUTOMOTIVE INC | 15064 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| GREER STOP NUT INC | 9798 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| GRUNER AG | 831 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| HAMMOND GROUP INC | 4427 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| HENKEL SURFACE TECHNOLOGIES | 6497 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| HEWLETT PACKARD COMPANY | 9352 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| HEWLETT PACKARD FINANCIAL SERVICES COMPANY FKA COMPAQ FINANCIAL SERVICES CORPORATION | 10683 | EXHIBIT D-2 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| IBJTC BUSINESS CREDIT CORPORATION AS SUCCESSOR IN INTEREST TO IBJ WHITEHALL BUSINESS CREDIT CORPORATION | 9995 | EXHIBIT D-2 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| ILM TOOL INC | 773 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| INFINEON TECHNOLOGIES NORTH AMERICA CORP | 11968 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| IRON MOUNTAIN INFORMATION MANAGEMENT INC | 646 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 14599-2   Filed 12/16/08   Entered 12/16/08 14:33:17   Exhibit B
Pg 70 of 73

Thirty-Second Omnibus Claims Objection

Exhibit F - Claimants And Related Claims Subject To Thirty-Second Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| JOHN E BENZ & CO | 14297 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| JOHN E BENZ & CO | 14314 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| JOHNSON CONTROLS INC | 5976 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| JPMORGAN CHASE BANK NA | 11599 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| JPMORGAN CHASE BANK NA | 16616 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| JUDCO MANUFACTURING INC | 13445 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| JUDCO MANUFACTURING INC | 16012 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| KORTEN QUALITY SYSTEMS LTD | 3640 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| KYOCERA INDUSTRIAL CERAMICS CORP | 12530 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| LIQUIDITY SOLUTIONS INC | 9816 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF HAMMOND GROUP INC | 4427 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF DIGIKEY | 15483 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| LITTELFUSE INC | 6147 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| LONGACRE MASTER FUND LTD | 16395 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| LONGACRE MASTER FUND LTD | 16583 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| LONGACRE MASTER FUND LTD | 2173 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| LONGACRE MASTER FUND LTD | 9079 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| LONGACRE MASTER FUND LTD/SPECIAL SITUATIONS INVESTING GROUP INC | 15423 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| MAC ARTHUR CORPORATION | 11599 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| MAC ARTHUR CORPORATION | 16616 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| MADISON INVESTMENT TRUST SERIES 38 | 2073 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| MADISON INVESTMENT TRUST SERIES 38 | 4011 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| MADISON NICHE OPPORTUNITIES FUND LLC | 3640 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| MARQUARDT GMBH | 12161 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| MICROSYS TECHNOLOGIES INC | 2053 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| MICROSYS TECHNOLOGIES INC | 2054 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| MILLENNIUM INDUSTRIES CORPORATION | 15211 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| MINNICK RALPH D | 12043 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| MUSKEGON CASTINGS CORP | 12186 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| MUSKEGON CASTINGS CORP/SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 12186 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| NATIONAL INSTRUMENTS CORP | 10400 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 14599-2   Filed 12/16/08   Entered 12/16/08 14:33:17   Exhibit B
Pg 71 of 73

Thirty-Second Omnibus Claims Objection

Exhibit F - Claimants And Related Claims Subject To Thirty-Second Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| NEOSONG USA INC | 5053 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| NOVELIS CORP | 15222 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| NSS TECHNOLOGIES INC FKA NATIONAL SET SCREW CORP | 9771 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| OHIO DEPARTMENT OF TAXATION | 1426 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| OHIO DEPARTMENT OF TAXATION | 16596 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| P & R INDUSTRIES INC EFT | 11429 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| PARK ENTERPRISES OF ROCHESTER INC | 16395 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| PARKVIEW METAL PRODUCTS | 13929 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| PARLEX CORPORATION | 11190 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| PARLEX CORPORATION | 11191 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| PARLEX CORPORATION | 11193 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| PBR AUSTRALIA PTY LTD | 2548 | EXHIBIT D-2 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| PBR AUSTRALIA PTY LTD/SPECIAL SITUATIONS INVESTING GROUP INC | 2548 | EXHIBIT D-2 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| PBR COLUMBIA LLC/SPECIAL SITUATIONS INVESTING GROUP INC | 6610 | EXHIBIT D-3 - ADJOURNED CLAIM TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| PBR KNOXVILLE LLC/SPECIAL SITUATIONS INVESTING GROUP INC | 5980 | EXHIBIT D-2 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| PHILLIPS PLASTICS CORPORATION | 10579 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| PHILLIPS PLASTICS CORPORATION | 10580 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| PHILLIPS PLASTICS CORPORATION | 10581 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| PHILLIPS ROBERT | 12046 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| PIC PRODUCTIVITY IMPROVEMENT CTR | 2173 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| PLATING TECHNOLOGY INC | 13775 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| PORT CITY CASTINGS CORP AFFILIATE OF PORT CITY DIE CAST INC | 12187 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| PORT CITY METAL PRODUCTS INC | 12190 | EXHIBIT D-1 - ADJOURNED ASSERTED AMOUNT CLAIM |
| PPG INDUSTRIES INC | 10710 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| PREMIER PRODUCTS INC | 15627 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| PROUD DOUGLAS AND ESTHER | 12047 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| QUICK CABLE CORPORATION | 2073 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| RAWAC PLATING COMPANY | 16334 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| REDROCK CAPITAL PARTNERS LLC | 863 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| REPUBLIC ENGINEERED PRODUCTS INC | 11264 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR JAN PAK HUNTSVILLE | 4045 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR LAUREN MANUFACTURING | 8863 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR SA TECHNOLOGIES INC | 8860 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR STANDARD SCALE & SUPPLY CO | 8865 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14599-2    Filed 12/16/08    Entered 12/16/08 14:33:17    Exhibit B
Pg 72 of 73

Thirty-Second Omnibus Claims Objection

Exhibit F - Claimants And Related Claims Subject To Thirty-Second Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR VANEX FIRE SYSTEMS | 8858 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR WHYCO FINISHING TECHNOLOGIES LLC | 8874 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| ROOT NEAL & CO INC | 4011 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| SBC GLOBAL | 1581 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| SENSUS PRECISION DIE CASTING INC | 16479 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| SIEMENS BULDING TECHNOLOGIES INC | 15692 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| SIERRA LIQUIDITY FUND LLC ASSIGNEE METRIC EQUIPMENT SALES INC ASSIGNOR | 15976 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| SPCP GROUP LLC | 12011 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 11190 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 11191 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 11193 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 11429 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 1201 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 12257 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 12828 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| SPCP GROUP LLC AS ASSIGNEE OF FUJIKOKI AMERICA INC | 14137 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | 14141 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| SPCP GROUP LLC AS ASSIGNEE OF TEXTRON FASTENING SYSTEMS CANADA LTD | 14144 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| SPCP GROUP LLC AS ASSIGNEE OF TEXTRON FASTENING SYSTEMS CANADA LTD | 14145 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| SPECIAL SITUATIONS INVESTING GROUP INC | 14137 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| SPECIAL SITUATIONS INVESTING GROUP INC | 15423 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| SPECIAL SITUATIONS INVESTING GROUP INC AS ASSIGNEE OF PBR COLUMBIA LLC | 6610 | EXHIBIT D-3 - ADJOURNED CLAIM TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| SPECIAL SITUATIONS INVESTING GROUP INC AS ASSIGNEE OF PBR KNOXVILLE LLC | 5980 | EXHIBIT D-2 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| SPS TECHNOLOGIES WATERFORD COMPANY FKA TERRY MACHINE COMPANY | 9772 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 14599-2   Filed 12/16/08   Entered 12/16/08 14:33:17   Exhibit B
Pg 73 of 73

Thirty-Second Omnibus Claims Objection

Exhibit F - Claimants And Related Claims Subject To Thirty-Second Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| SSOE INC | 16541 | EXHIBIT C-1 - DUPLICATE OR AMENDED CLAIMS |
| STANLEY ELECTRIC SALES OF AMERICA INC | 12257 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| TAX COMMISSIONER OF THE STATE OF OHIO | 8094 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| TCS AMERICA A DIV OF TATA AMERICA INTERNATIONAL CORPORATION | 12828 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| TESTEQUITY INC | 16583 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| TEXAS INSTRUMENTS INCORPORATED AND TEXAS INSTRUMENTS INCORPORATED S&C | 2713 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| THE DAYTON POWER AND LIGHT COMPANY | 10373 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| THE GROWING CONCERN | 1507 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| VERITAS SOFTWARE CORPORATION | 10913 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| VERIZON NORTH INC | 2340 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| VICTORY PACKAGING LP | 11640 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| WALDO RICHARD L AND GWENDOLYN A WALDO PLAINTIFFS V | 12052 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| WASHINGTON LABORATORIES LTD | 16515 | EXHIBIT C-1 - DUPLICATE OR AMENDED CLAIMS |
| WRIGHT PLASTIC PRODUCTS CO LLC | 14878 | EXHIBIT C-1 - DUPLICATE OR AMENDED CLAIMS |
| WRIGHT PLASTIC PRODUCTS CO LLC | 16447 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |