# **Exhibit 2**

# Schedule of Cure Amounts

| Party | Contract | Cure Amount |
|---|---|---|
| Borla Romcat S.A. | License and Technical Assistance Agreement between Delphi Automotive Systems LLC and Borla Romcat S.A., dated February 28, 1999 | $0 |
| Sango Co., Ltd. | License Agreement between Sango Co., Ltd. and Delphi Automotive Systems LLC, dated March 14, 2003 | $0 |
| Katcon S.A. de C.V. | Technical Information and Assistance Agreement Amendment between Delphi Technologies, Inc and Katcon, S.A. de C.V. dated May 2, 2000 | $0 |