# **Exhibit 3**

## SCHEDULE 3.5.1

## ALLOCATION OF PRELIMINARY PURCHASE PRICE

The Preliminary Purchase Price shall be allocated as follows`

|    |                                                                               | **Purchase Price Allocation $ USD MM** |
|----|-------------------------------------------------------------------------------|----------------------------------------|
| 1. | Katcon, S.A. de C.V.  -  Sale of Shares                                       | 2.4                                    |
| 2. | Delphi South Africa (Proprietary) Ltd. Sale of Shares                         | 2.0                                    |
| 3. | Shanghai Delphi Emission Control Systems Company, Ltd. (China) Sale of Assets | 4.2                                    |
| 4. | Delphi Automotive Systems Australia Ltd. Sale of Asset                        | 3.3                                    |
| 5. | Delphi Automotive Systems Pvt. Ltd. Maharashtra, India Sale of  Assets        | 0.2                                    |
| 6. | Delphi Poland S.A.                                                            | 4.7                                    |
| 7. | Delphi Automotive Systems Luxembourg S.A.                                     | 0.05                                   |
| 8. | All Acquired Assets of Filing Affiliates.                                     | 0.15                                   |
|    | **Total**                                                                     | 17.0                                   |