In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14605-1    Filed 12/17/08    Entered 12/17/08 15:53:20    Exhibit a
Pg 1 of 15

Thirty-Second Omnibus Claims Objection
Exhibit a

**EXHIBIT A - ASSERTED AMOUNT CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16601<br>Date Filed: 05/15/2007<br>Docketed Total: $22,046.54<br>Filing Creditor Name and Address:<br>1ST CHOICE HEATING & COOLING INC<br>500 WOODWARD AVE STE 3500<br>DETROIT, MI 48226 | Claim Holder Name and Address<br>1ST CHOICE HEATING & COOLING INC<br>500 WOODWARD AVE STE 3500<br>DETROIT, MI 48226<br><br>Docketed Total: $22,046.54<br><br>Case Number*  Secured      Priority    Unsecured<br>05-44481      $22,046.54<br>              $22,046.54 | Modified Total: $22,046.54<br><br>Case Number*  Secured      Priority    Unsecured<br>05-44640      $22,046.54<br>              $22,046.54 |
| Claim: 1570<br>Date Filed: 01/17/2006<br>Docketed Total: $1,621.57<br>Filing Creditor Name and Address:<br>BELLSOUTH TELECOMMUNICATIONS INC<br>301 W BAY ST RM 29EF1<br>JACKSONVILLE, FL 32202 | Claim Holder Name and Address<br>BELLSOUTH TELECOMMUNICATIONS INC<br>301 W BAY ST RM 29EF1<br>JACKSONVILLE, FL 32202<br><br>Docketed Total: $1,621.57<br><br>Case Number*  Secured    Priority    Unsecured<br>05-44481                              $1,621.57<br>                                      $1,621.57 | Modified Total: $1,621.57<br><br>Case Number*  Secured    Priority    Unsecured<br>05-44640                              $1,621.57<br>                                      $1,621.57 |
| Claim: 88<br>Date Filed: 10/24/2005<br>Docketed Total: $5,813.57<br>Filing Creditor Name and Address:<br>CDW COMPUTER CENTERS INC<br>PO BOX 5126<br>TIMONIUM, MD 21094 | Claim Holder Name and Address<br>CDW COMPUTER CENTERS INC<br>PO BOX 5126<br>TIMONIUM, MD 21094<br><br>Docketed Total: $5,813.57<br><br>Case Number*  Secured    Priority    Unsecured<br>05-44481                              $5,813.57<br>                                      $5,813.57 | Modified Total: $5,813.57<br><br>Case Number*  Secured    Priority    Unsecured<br>05-44640                              $5,813.57<br>                                      $5,813.57 |
| Claim: 419<br>Date Filed: 11/08/2005<br>Docketed Total: $132.69<br>Filing Creditor Name and Address:<br>CDW COMPUTER CENTERS INC<br>PO BOX 5126<br>TIMONIUM, MD 21094 | Claim Holder Name and Address<br>CDW COMPUTER CENTERS INC<br>PO BOX 5126<br>TIMONIUM, MD 21094<br><br>Docketed Total: $132.69<br><br>Case Number*  Secured    Priority    Unsecured<br>05-44481                              $132.69<br>                                      $132.69 | Modified Total: $132.69<br><br>Case Number*  Secured    Priority    Unsecured<br>05-44640                              $132.69<br>                                      $132.69 |

\*     See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**  
**Case No. 05-44481 (RDD)**   05-44481-rdd    Doc 14605-1    Filed 12/17/08    Entered 12/17/08 15:53:20    Exhibit a   **Thirty-Second Omnibus Claims Objection**
Pg 2 of 15

**EXHIBIT A - ASSERTED AMOUNT CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 420<br>Date Filed: 11/08/2005<br>Docketed Total: $14,748.55<br>Filing Creditor Name and Address:<br>CDW COMPUTER CENTERS INC<br>PO BOX 5126<br>TIMONIUM, MD 21094 | Claim Holder Name and Address<br><br>CDW COMPUTER CENTERS INC          Docketed Total:          $14,748.55<br>PO BOX 5126<br>TIMONIUM, MD 21094 | | | | Modified Total:          $14,748.55 | | | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44567 | | | $14,748.55 | 05-44567 | | | $14,748.55 |
| | | | | $14,748.55 | | | | $14,748.55 |
| Claim: 1659<br>Date Filed: 01/24/2006<br>Docketed Total: $885.80<br>Filing Creditor Name and Address:<br>CDW COMPUTER CENTERS INC<br>PO BOX 5126<br>TIMONIUM, MD 21094 | Claim Holder Name and Address<br><br>CDW COMPUTER CENTERS INC          Docketed Total:          $885.80<br>PO BOX 5126<br>TIMONIUM, MD 21094 | | | | Modified Total:          $885.80 | | | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | | $885.80 | 05-44640 | | | $885.80 |
| | | | | $885.80 | | | | $885.80 |
| Claim: 5084<br>Date Filed: 05/08/2006<br>Docketed Total: $1,370.20<br>Filing Creditor Name and Address:<br>CINGULAR WIRELESS<br>PO BOX 309<br>PORTLAND, OR 97207-0309 | Claim Holder Name and Address<br><br>CINGULAR WIRELESS          Docketed Total:          $1,370.20<br>PO BOX 309<br>PORTLAND, OR 97207-0309 | | | | Modified Total:          $1,370.20 | | | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $1,370.20 | 05-44640 | | | $1,370.20 |
| | | | | $1,370.20 | | | | $1,370.20 |
| Claim: 5085<br>Date Filed: 05/08/2006<br>Docketed Total: $1,011.99<br>Filing Creditor Name and Address:<br>CINGULAR WIRELESS<br>PO BOX 309<br>PORTLAND, OR 97207-0309 | Claim Holder Name and Address<br><br>CINGULAR WIRELESS          Docketed Total:          $1,011.99<br>PO BOX 309<br>PORTLAND, OR 97207-0309 | | | | Modified Total:          $1,011.99 | | | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $1,011.99 | 05-44640 | | | $1,011.99 |
| | | | | $1,011.99 | | | | $1,011.99 |

\*       See Exhibit E for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**  
**Case No. 05-44481 (RDD)**  
05-44481-rdd   Doc 14605-1   Filed 12/17/08   Entered 12/17/08 15:53:20   Exhibit a  
Pg 3 of 15  
Thirty-Second Omnibus Claims Objection  
Exhibit a  

EXHIBIT A - ASSERTED AMOUNT CLAIMS

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 5087<br>Date Filed: 05/08/2006<br>Docketed Total: $31,423.21<br>Filing Creditor Name and Address:<br>CINGULAR WIRELESS<br>PO BOX 309<br>PORTLAND, OR 97207-0309 | Claim Holder Name and Address<br>CINGULAR WIRELESS<br>PO BOX 309<br>PORTLAND, OR 97207-0309 | Docketed Total: | | $31,423.21 | | Modified Total: | | $31,423.21 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$31,423.21<br>**$31,423.21** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$31,423.21<br>**$31,423.21** |
| Claim: 9541<br>Date Filed: 07/14/2006<br>Docketed Total: $30,818.00<br>Filing Creditor Name and Address:<br>CIRCLE BROACH COMPANY INC<br>38358 ABRUZZI DR<br>WESTLAND, MI 48185 | Claim Holder Name and Address<br>CIRCLE BROACH COMPANY INC<br>38358 ABRUZZI DR<br>WESTLAND, MI 48185 | Docketed Total: | | $30,818.00 | | Modified Total: | | $30,818.00 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$30,818.00<br>**$30,818.00** | Unsecured<br>UNL<br>**UNL** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$30,818.00<br>**$30,818.00** |
| Claim: 10388<br>Date Filed: 07/24/2006<br>Docketed Total: $141,675.49<br>Filing Creditor Name and Address:<br>CONTRARIAN FUNDS LLC AS<br>ASSIGNEE OF GEMINI PLASTICS<br>INC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC AS<br>ASSIGNEE OF GEMINI PLASTICS INC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Docketed Total: | | $141,675.49 | | Modified Total: | | $141,675.49 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$141,675.49<br>**$141,675.49** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$141,675.49<br>**$141,675.49** |

\*       See Exhibit E for a listing of debtor entities by case number.

\*\*      "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**  
**Case No. 05-44481 (RDD)**          05-44481-rdd    Doc 14605-1    Filed 12/17/08    Entered 12/17/08 15:53:20    Exhibit a
Pg 4 of 15

**Thirty-Second Omnibus Claims Objection**

EXHIBIT A - ASSERTED AMOUNT CLAIMS

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 9796<br>Date Filed: 07/18/2006<br>Docketed Total: $572,033.91<br>Filing Creditor Name and Address:<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF HITCHINER MANUFACTURING CO INC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF HITCHINER MANUFACTURING CO INC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | | Docketed Total: | $572,033.91 | | Modified Total: | | $572,033.91 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$8,179.67<br>**$8,179.67** | Unsecured<br>$563,854.24<br>**$563,854.24** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$572,033.91<br>**$572,033.91** |
| Claim: 10382<br>Date Filed: 07/24/2006<br>Docketed Total: $210,732.14<br>Filing Creditor Name and Address:<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF MTD TECHNOLOGIES INC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF MTD TECHNOLOGIES INC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | | Docketed Total: | $210,732.14 | | Modified Total: | | $210,732.14 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$16,294.70<br>**$16,294.70** | Unsecured<br>$194,437.44<br>**$194,437.44** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$210,732.14<br>**$210,732.14** |
| Claim: 9792<br>Date Filed: 07/18/2006<br>Docketed Total: $214,580.56<br>Filing Creditor Name and Address:<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF PAX MACHINE WORKS INC<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF PAX MACHINE WORKS INC<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | | Docketed Total: | $214,580.56 | | Modified Total: | | $214,580.56 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$865.58<br>**$865.58** | Unsecured<br>$213,714.98<br>**$213,714.98** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$214,580.56<br>**$214,580.56** |

\*       See Exhibit E for a listing of debtor entities by case number.

\*\*      "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

05-44481-rdd    Doc 14605-1    Filed 12/17/08    Entered 12/17/08 15:53:20    Exhibit a
Pg 5 of 15

Thirty-Second Omnibus Claims Objection
Exhibit A

EXHIBIT A - ASSERTED AMOUNT CLAIMS

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 12690<br>Date Filed: 07/28/2006<br>Docketed Total: $865,517.60<br>Filing Creditor Name and Address:<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF SCHAEFFLER CANADA INC<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVENUE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF SCHAEFFLER CANADA INC<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVENUE STE 225<br>GREENWICH, CT 06830 | Docketed Total: | | $865,517.60 | | Modified Total: | | $865,517.60 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$80,774.09 | Unsecured<br>$784,743.51 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$865,517.60 |
| | | | $80,774.09 | $784,743.51 | | | | $865,517.60 |
| Claim: 9791<br>Date Filed: 07/18/2006<br>Docketed Total: $299,745.20<br>Filing Creditor Name and Address:<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF SP DIV NMC LLC<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF SP DIV NMC LLC<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Docketed Total: | | $299,745.20 | | Modified Total: | | $299,745.20 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$5,367.21 | Unsecured<br>$294,377.99 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$299,745.20 |
| | | | $5,367.21 | $294,377.99 | | | | $299,745.20 |
| Claim: 8219<br>Date Filed: 06/19/2006<br>Docketed Total: $3,340.00<br>Filing Creditor Name and Address:<br>CONTROL MASTERS INC<br>5235 KATRINE AVE<br>DOWNERS GROVE, IL 60515 | Claim Holder Name and Address<br>CONTROL MASTERS INC<br>5235 KATRINE AVE<br>DOWNERS GROVE, IL 60515 | Docketed Total: | | $3,340.00 | | Modified Total: | | $3,340.00 |
| | Case Number*<br>05-44482 | Secured | Priority | Unsecured<br>$3,340.00 | Case Number*<br>05-44482 | Secured | Priority | Unsecured<br>$3,340.00 |
| | | | | $3,340.00 | | | | $3,340.00 |

\*     See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**  
**Case No. 05-44481 (RDD)**

05-44481-rdd    Doc 14605-1    Filed 12/17/08    Entered 12/17/08 15:53:20    Exhibit a
Pg 6 of 15

**Thirty-Second Omnibus Claims Objection**
**Exhibit a**

**EXHIBIT A - ASSERTED AMOUNT CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 5423<br>Date Filed: 05/10/2006<br>Docketed Total: $645,056.53<br>Filing Creditor Name and Address:<br>CORUS LP<br>HOLME ROBERTS & OWEN LLP<br>1700 LINCOLN ST STE 4100<br>DENVER, CO 80203 | Claim Holder Name and Address<br>BANK OF AMERICA N A    Docketed Total: $645,056.53<br>40 W 57TH ST<br>NEW YORK, NY 10019<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                                        $645,056.53<br>                                                                   $645,056.53 | Modified Total: $645,056.53<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                                        $645,056.53<br>                                                               $645,056.53 |
| Claim: 14795<br>Date Filed: 07/31/2006<br>Docketed Total: $23,040.60<br>Filing Creditor Name and Address:<br>CREATIVE TECHNIQUES INC<br>2441 N OPDYKE RD<br>AUBURN HILLS, MI 48326 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC    Docketed Total: $23,040.60<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                                        $23,040.60<br>                                                           $23,040.60 | Modified Total: $23,040.60<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                                      $23,040.60<br>                                                      $23,040.60 |
| Claim: 16132<br>Date Filed: 08/09/2006<br>Docketed Total: $22,475.50<br>Filing Creditor Name and Address:<br>CROWLEY TOOL CO<br>190 MOLLY WALTON RD<br>HENDERSONVILLE, TN 37075 | Claim Holder Name and Address<br>ARGO PARTNERS    Docketed Total: $22,475.50<br>12 W 37TH ST 9TH FL<br>NEW YORK, NY 10018<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                                   $22,475.50<br>                                                      $22,475.50 | Modified Total: $22,475.50<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                                  $22,475.50<br>                                                   $22,475.50 |
| Claim: 13458<br>Date Filed: 07/31/2006<br>Docketed Total: $74,664.00<br>Filing Creditor Name and Address:<br>DECO AUTOMOTIVE A DIVISION<br>OF MAGNA INTERNATIONAL INC<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS, MI 48304 | Claim Holder Name and Address<br>DECO AUTOMOTIVE A DIVISION OF  Docketed Total: $74,664.00<br>MAGNA INTERNATIONAL INC<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS, MI 48304<br><br>Case Number*  Secured        Priority  Unsecured<br>05-44640        $74,664.00<br>                 $74,664.00 | Modified Total: $74,664.00<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                                  $74,664.00<br>                                                   $74,664.00 |

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14605-1    Filed 12/17/08    Entered 12/17/08 15:53:20    Exhibit a
Pg 7 of 15

Thirty-Second Omnibus Claims Objection  
Exhibit a

EXHIBIT A - ASSERTED AMOUNT CLAIMS

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10284<br>Date Filed: 07/24/2006<br>Docketed Total: $22,268.60<br>Filing Creditor Name and Address:<br>DEMAG PLASTICS GROUP CORP<br>11792 ALAMEDA DR<br>STRONGSVILLE, OH 44149 | Claim Holder Name and Address<br>DEMAG PLASTICS GROUP CORP<br>11792 ALAMEDA DR<br>STRONGSVILLE, OH 44149 | Docketed Total: | | $22,268.60 | | Modified Total: | | $22,268.60 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$22,268.60<br>$22,268.60 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$22,268.60<br>$22,268.60 |
| Claim: 15429<br>Date Filed: 07/31/2006<br>Docketed Total: $431,794.32<br>Filing Creditor Name and Address:<br>GOBAR SYSTEMS INC<br>TAFT STETTINIUS & HOLLISTER LLP<br>425 WALNUT STREET STE 1800<br>CINCINNATI, OH 45202 | Claim Holder Name and Address<br>GOBAR SYSTEMS INC<br>TAFT STETTINIUS & HOLLISTER LLP<br>425 WALNUT STREET STE 1800<br>CINCINNATI, OH 45202 | Docketed Total: | | $431,794.32 | | Modified Total: | | $431,794.32 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$431,794.32<br>$431,794.32 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$431,794.32<br>$431,794.32 |
| Claim: 831<br>Date Filed: 11/23/2005<br>Docketed Total: $3,847.71<br>Filing Creditor Name and Address:<br>GRUNER AG<br>BURGLESTRASSE 15 17<br>WEHINGEN, 78564<br>GERMANY | Claim Holder Name and Address<br>GRUNER AG<br>BURGLESTRASSE 15 17<br>WEHINGEN, 78564<br>GERMANY | Docketed Total: | | $3,847.71 | | Modified Total: | | $3,847.71 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$3,847.71<br>$3,847.71 | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$3,847.71<br>$3,847.71 |
| Claim: 6497<br>Date Filed: 05/22/2006<br>Docketed Total: $67,576.91<br>Filing Creditor Name and Address:<br>HENKEL SURFACE TECHNOLOGIES<br>32100 STEPHENSON HWY<br>MADISON HEIGHTS, MI 48071 | Claim Holder Name and Address<br>HENKEL SURFACE TECHNOLOGIES<br>32100 STEPHENSON HWY<br>MADISON HEIGHTS, MI 48071 | Docketed Total: | | $67,576.91 | | Modified Total: | | $67,576.91 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$67,576.91<br>$67,576.91 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$67,576.91<br>$67,576.91 |

\*   See Exhibit E for a listing of debtor entities by case number.

\*\*  "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**  
**Case No. 05-44481 (RDD)**  
05-44481-rdd    Doc 14605-1    Filed 12/17/08    Entered 12/17/08 15:53:20    Exhibit a  
Pg 8 of 15  
**Thirty-Second Omnibus Claims Objection**  
**EXHIBIT A - ASSERTED AMOUNT CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 773<br>Date Filed: 11/22/2005<br>Docketed Total: $112,139.54<br>Filing Creditor Name and Address:<br>ILM TOOL INC<br>23301 CLAWITER RD<br>HAYWARD, CA 94545 | Claim Holder Name and Address<br>ILM TOOL INC    Docketed Total: $112,139.54<br>23301 CLAWITER RD<br>HAYWARD, CA 94545<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                            $112,139.54<br>                                                        $112,139.54 | Modified Total: $112,139.54<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44511                                            $112,139.54<br>                                                        $112,139.54 |
| Claim: 646<br>Date Filed: 11/17/2005<br>Docketed Total: $33,597.65<br>Filing Creditor Name and Address:<br>IRON MOUNTAIN INFORMATION<br>MANAGEMENT INC<br>IRON MOUNTAIN INC<br>745 ATLANTIC AVE 10TH FL<br>BOSTON, MA 02111 | Claim Holder Name and Address<br>IRON MOUNTAIN INFORMATION    Docketed Total: $33,597.65<br>MANAGEMENT INC<br>IRON MOUNTAIN INC<br>745 ATLANTIC AVE 10TH FL<br>BOSTON, MA 02111<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481        $33,597.65<br>                $33,597.65 | Modified Total: $33,597.65<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                            $33,597.65<br>                                                        $33,597.65 |
| Claim: 14314<br>Date Filed: 07/31/2006<br>Docketed Total: $87,701.00<br>Filing Creditor Name and Address:<br>JOHN E BENZ & CO<br>C/O DLA PIPER RUDNICK GRAY<br>CARY US LLP<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020-5283 | Claim Holder Name and Address<br>JOHN E BENZ & CO    Docketed Total: UNL<br>C/O DLA PIPER RUDNICK GRAY<br>CARY US LLP<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020-5283<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640 | Modified Total: $87,701.00<br><br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                            $87,701.00<br>                                                        $87,701.00 |

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Thirty-Second Omnibus Claims Objection  
Exhibit A

05-44481-rdd    Doc 14605-1    Filed 12/17/08    Entered 12/17/08 15:53:20    Exhibit a  
Pg 9 of 15

EXHIBIT A - ASSERTED AMOUNT CLAIMS

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16012<br>Date Filed: 08/09/2006<br>Docketed Total: $2,605.25<br>Filing Creditor Name and Address:<br>JUDCO MANUFACTURING INC<br>1429 W 240TH ST<br>HARBOR CITY, CA 90710 | Claim Holder Name and Address<br>JUDCO MANUFACTURING INC<br>1429 W 240TH ST<br>HARBOR CITY, CA 90710<br><br>Docketed Total: $2,605.25<br><br>Case Number*: 05-44481   Unsecured: $2,605.25<br>Total: $2,605.25 | Modified Total: $2,605.25<br><br>Case Number*: 05-44640   Unsecured: $2,605.25<br>Total: $2,605.25 |
| Claim: 16616<br>Date Filed: 06/22/2007<br>Docketed Total: $414,063.61<br>Filing Creditor Name and Address:<br>MAC ARTHUR CORPORATION<br>WINEGARDEN HALEY<br>LINDHOLM & ROBERSTON PLC<br>G 9460 S SAGINAW ST STE A<br>GRAND BLANC, MI 48439 | Claim Holder Name and Address<br>JPMORGAN CHASE BANK NA<br>4 NEW YORK PLAZA FL 16<br>NEW YORK, NY 10004-2413<br><br>Docketed Total: $414,063.61<br><br>Case Number*: 05-44640   Unsecured: $414,063.61<br>Total: $414,063.61 | Modified Total: $414,063.61<br><br>Case Number*: 05-44640   Unsecured: $414,063.61<br>Total: $414,063.61 |
| Claim: 2053<br>Date Filed: 02/17/2006<br>Docketed Total: $9,044.19<br>Filing Creditor Name and Address:<br>MICROSYS TECHNOLOGIES INC<br>3710 NASHUA DRIVE UNIT 1<br>MISSISSAUGA, ON L4V 1M5<br>CANADA | Claim Holder Name and Address<br>MICROSYS TECHNOLOGIES INC<br>3710 NASHUA DRIVE UNIT 1<br>MISSISSAUGA, ON L4V 1M5<br>CANADA<br><br>Docketed Total: $9,044.19<br><br>Case Number*: 05-44481   Unsecured: $9,044.19<br>Total: $9,044.19 | Modified Total: $9,044.19<br><br>Case Number*: 05-44640   Unsecured: $9,044.19<br>Total: $9,044.19 |

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**  
**Case No. 05-44481 (RDD)**  05-44481-rdd Doc 14605-1 Filed 12/17/08 Entered 12/17/08 15:53:20 **Thirty-Second Omnibus Claims Objection**  
Pg 10 of 15  Exhibit a

**EXHIBIT A - ASSERTED AMOUNT CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 12186<br>Date Filed: 07/28/2006<br>Docketed Total: $48,161.52<br>Filing Creditor Name and Address:<br>MUSKEGON CASTINGS CORP<br>601 TERRACE ST<br>MUSKEGON, MI 49443-0786 | Claim Holder Name and Address<br>SPCP GROUP LLC AS AGENT FOR<br>SILVER POINT CAPITAL FUND LP<br>AND SILVER POINT CAPITAL<br>OFFSHORE FUND LTD<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | Docketed Total: | | $48,161.52 | | Modified Total: | | $48,161.52 |
| | Case Number*<br>05-44640 | Secured<br>$48,161.52<br>**$48,161.52** | Priority | Unsecured | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$48,161.52<br>**$48,161.52** |
| Claim: 5053<br>Date Filed: 05/08/2006<br>Docketed Total: $2,502.00<br>Filing Creditor Name and Address:<br>NEOSONG USA INC<br>718 W LONGVIEW LN<br>PALATINE, IL 60067 | Claim Holder Name and Address<br>NEOSONG USA INC<br>718 W LONGVIEW LN<br>PALATINE, IL 60067 | Docketed Total: | | $2,502.00 | | Modified Total: | | $2,502.00 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$2,502.00<br>**$2,502.00** | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$2,502.00<br>**$2,502.00** |
| Claim: 15222<br>Date Filed: 07/31/2006<br>Docketed Total: $392,351.79<br>Filing Creditor Name and Address:<br>NOVELIS CORP<br>6060 PKLAND BLVD<br>CLEVELAND, OH 44124-4185 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE S 225<br>GREENWICH, CT 06830 | Docketed Total: | | $392,351.79 | | Modified Total: | | $392,351.79 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$33,090.25<br>**$33,090.25** | Unsecured<br>$359,261.54<br>**$359,261.54** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$392,351.79<br>**$392,351.79** |
| Claim: 16395<br>Date Filed: 10/30/2006<br>Docketed Total: $655,686.82<br>Filing Creditor Name and Address:<br>PARK ENTERPRISES OF<br>ROCHESTER INC<br>ATTN JERRY GREENFIELD ESQ<br>2 STATE ST STE1600<br>ROCHESTER, NY 14614 | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019 | Docketed Total: | | $655,686.82 | | Modified Total: | | $655,686.82 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$655,686.82<br>**$655,686.82** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$655,686.82<br>**$655,686.82** |

\*   See Exhibit E for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14605-1    Filed 12/17/08    Entered 12/17/08 15:53:20    Exhibit a
Pg 11 of 15

Thirty-Second Omnibus Claims Objection
Exhibit A

EXHIBIT A - ASSERTED AMOUNT CLAIMS

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 13929<br>Date Filed: 07/31/2006<br>Docketed Total: $187,374.96<br>Filing Creditor Name and Address:<br>PARKVIEW METAL PRODUCTS<br>MILLER JOHNSON<br>PO BOX 306<br>GRAND RAPIDS, MI 49501-0306 | Claim Holder Name and Address<br>PARKVIEW METAL PRODUCTS<br>MILLER JOHNSON<br>PO BOX 306<br>GRAND RAPIDS, MI 49501-0306<br><br>Docketed Total: $187,374.96<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                                    $187,374.96<br>                                                                    **$187,374.96** | Modified Total: $187,374.96<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                                    $187,374.96<br>                                                                    **$187,374.96** |
| Claim: 10581<br>Date Filed: 07/25/2006<br>Docketed Total: $112,039.75<br>Filing Creditor Name and Address:<br>PHILLIPS PLASTICS<br>CORPORATION<br>1201 HANLEY RD<br>HUDSON, WI 54016 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE S 225<br>GREENWICH, CT 06830<br><br>Docketed Total: $112,039.75<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44567           $112,039.75<br>                       **$112,039.75** | Modified Total: $112,039.75<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44567                                                    $112,039.75<br>                                                                    **$112,039.75** |
| Claim: 4045<br>Date Filed: 11/25/2005<br>Docketed Total: $4,691.52<br>Filing Creditor Name and Address:<br>RIVERSIDE CLAIMS LLC AS<br>ASSIGNEE FOR JAN PAK<br>HUNTSVILLE<br>PO BOX 626 PLANETARIUM<br>STATION<br>NEW YORK, NY 10024 | Claim Holder Name and Address<br>RIVERSIDE CLAIMS LLC AS<br>ASSIGNEE FOR JAN PAK<br>HUNTSVILLE<br>PO BOX 626 PLANETARIUM STATION<br>NEW YORK, NY 10024<br><br>Docketed Total: $4,691.52<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                                    $4,691.52<br>                                                                    **$4,691.52** | Modified Total: $4,691.52<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                                    $4,691.52<br>                                                                    **$4,691.52** |

\*   See Exhibit E for a listing of debtor entities by case number.

\*\*  "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14605-1    Filed 12/17/08    Entered 12/17/08 15:53:20    Exhibit a  
Pg 12 of 15

Thirty-Second Omnibus Claims Objection  
Exhibit a

EXHIBIT A - ASSERTED AMOUNT CLAIMS

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8865<br>Date Filed: 06/30/2006<br>Docketed Total: $2,026.50<br>Filing Creditor Name and Address:<br>RIVERSIDE CLAIMS LLC AS<br>ASSIGNEE FOR STANDARD SCALE<br>& SUPPLY CO<br>PO BOX 626 PLANETARIUM STATION<br>NEW YORK, NY 10024 | Claim Holder Name and Address<br>RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR STANDARD SCALE & SUPPLY CO<br>PO BOX 626 PLANETARIUM STATION<br>NEW YORK, NY 10024<br><br>Docketed Total: $2,026.50<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                           $2,026.50<br>                                                             $2,026.50 | Modified Total: $2,026.50<br><br><br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                           $2,026.50<br>                                                             $2,026.50 |
| Claim: 8874<br>Date Filed: 06/30/2006<br>Docketed Total: $101,655.48<br>Filing Creditor Name and Address:<br>RIVERSIDE CLAIMS LLC AS<br>ASSIGNEE FOR WHYCO<br>FINISHING TECHNOLOGIES LLC<br>PO BOX 626 PLANETARIUM STATION<br>NEW YORK, NY 10024 | Claim Holder Name and Address<br>RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR WHYCO FINISHING TECHNOLOGIES LLC<br>PO BOX 626 PLANETARIUM STATION<br>NEW YORK, NY 10024<br><br>Docketed Total: $101,655.48<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                           $101,655.48<br>                                                             $101,655.48 | Modified Total: $101,655.48<br><br><br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                           $101,655.48<br>                                                             $101,655.48 |
| Claim: 1581<br>Date Filed: 01/17/2006<br>Docketed Total: $816.99<br>Filing Creditor Name and Address:<br>SBC GLOBAL<br>PO BOX 981268<br>WEST SACRAMENTO, CA 95798 | Claim Holder Name and Address<br>SBC GLOBAL<br>PO BOX 981268<br>WEST SACRAMENTO, CA 95798<br><br>Docketed Total: $816.99<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44624                                           $816.99<br>                                                             $816.99 | Modified Total: $816.99<br><br><br><br>Case Number*  Secured  Priority  Unsecured<br>05-44624                                           $816.99<br>                                                             $816.99 |

\*     See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

05-44481-rdd    Doc 14605-1    Filed 12/17/08    Entered 12/17/08 15:53:20    Exhibit a
Pg 13 of 15

Thirty-Second Omnibus Claims Objection
Exhibit A

**EXHIBIT A - ASSERTED AMOUNT CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 16479<br>Date Filed: 01/11/2007<br>Docketed Total: $561,083.00<br>Filing Creditor Name and Address:<br>SENSUS PRECISION DIE CASTING INC<br>PO BOX 11587<br>RICHMOND, VA 15871 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE S 225<br>GREENWICH, CT 06830<br><br>Docketed Total: $561,083.00<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $561,083.00<br>                                                    $561,083.00 | Modified Total: $561,083.00<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $561,083.00<br>                                                    $561,083.00 |
| Claim: 15976<br>Date Filed: 08/09/2006<br>Docketed Total: $991.00<br>Filing Creditor Name and Address:<br>SIERRA LIQUIDITY FUND LLC<br>ASSIGNEE METRIC EQUIPMENT SALES INC ASSIGNOR<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614 | Claim Holder Name and Address<br>SIERRA LIQUIDITY FUND LLC<br>ASSIGNEE METRIC EQUIPMENT SALES INC ASSIGNOR<br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614<br><br>Docketed Total: $991.00<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                    $991.00<br>                                                    $991.00 | Modified Total: $991.00<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $991.00<br>                                                    $991.00 |
| Claim: 14137<br>Date Filed: 07/31/2006<br>Docketed Total: $2,752,068.75<br>Filing Creditor Name and Address:<br>SPCP GROUP LLC AS ASSIGNEE OF FUJIKOKI AMERICA INC<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br>SPECIAL SITUATIONS INVESTING GROUP INC<br>C/O GOLDMAN SACHS & CO<br>85 BROAD ST 27TH FL<br>NEW YORK, NY 10004<br><br>Docketed Total: $2,752,068.75<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $2,752,068.75<br>                                                    $2,752,068.75 | Modified Total: $2,752,068.75<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $2,752,068.75<br>                                                    $2,752,068.75 |

\*       See Exhibit E for a listing of debtor entities by case number.

\*\*      "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

05-44481-rdd    Doc 14605-1    Filed 12/17/08    Entered 12/17/08 15:53:20    Exhibit a
Pg 14 of 15

Thirty-Second Omnibus Claims Objection
Exhibit a

**EXHIBIT A - ASSERTED AMOUNT CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14144<br>Date Filed: 07/31/2006<br>Docketed Total: $887.24<br>Filing Creditor Name and Address:<br>SPCP GROUP LLC AS ASSIGNEE<br>OF TEXTRON FASTENING<br>SYSTEMS CANADA LTD<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br>GOLDMAN SACHS CREDIT PARTNERS LP<br>C/O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY, NJ 07302<br><br>Docketed Total: $887.24<br><br>Case Number*: 05-44640<br>Secured: <br>Priority: <br>Unsecured: $887.24<br>Total: $887.24 | Modified Total: $887.24<br><br>Case Number*: 05-44640<br>Secured: <br>Priority: <br>Unsecured: $887.24<br>Total: $887.24 |
| Claim: 14145<br>Date Filed: 07/31/2006<br>Docketed Total: $9,359.53<br>Filing Creditor Name and Address:<br>SPCP GROUP LLC AS ASSIGNEE<br>OF TEXTRON FASTENING<br>SYSTEMS CANADA LTD<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br>GOLDMAN SACHS CREDIT PARTNERS LP<br>C/O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY, NJ 07302<br><br>Docketed Total: $9,359.53<br><br>Case Number*: 05-44640<br>Secured: <br>Priority: <br>Unsecured: $9,359.53<br>Total: $9,359.53 | Modified Total: $9,359.53<br><br>Case Number*: 05-44640<br>Secured: <br>Priority: <br>Unsecured: $9,359.53<br>Total: $9,359.53 |
| Claim: 12257<br>Date Filed: 07/28/2006<br>Docketed Total: $217,822.60<br>Filing Creditor Name and Address:<br>STANLEY ELECTRIC SALES OF<br>AMERICA INC<br>AFRCT LLP<br>199 S LOS ROBLES AVE STE 600<br>PASADENA, CA 91101 | Claim Holder Name and Address<br>SPCP GROUP LLC AS AGENT FOR<br>SILVER POINT CAPITAL FUND LP<br>AND SILVER POINT CAPITAL<br>OFFSHORE FUND LTD<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830<br><br>Docketed Total: $217,822.60<br><br>Case Number*: 05-44567<br>Secured: <br>Priority: $21,450.40<br>Unsecured: $196,372.20<br>Totals: $21,450.40    $196,372.20 | Modified Total: $217,822.60<br><br>Case Number*: 05-44567<br>Secured: <br>Priority: <br>Unsecured: $217,822.60<br>Total: $217,822.60 |

\*     See Exhibit E for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14605-1    Filed 12/17/08    Entered 12/17/08 15:53:20    Exhibit a
Pg 15 of 15

Thirty-Second Omnibus Claims Objection  
Exhibit a

EXHIBIT A - ASSERTED AMOUNT CLAIMS

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2713<br>Date Filed: 04/24/2006<br>Docketed Total: $6,253,576.29<br>Filing Creditor Name and Address:<br>TEXAS INSTRUMENTS INCORPORATED AND TEXAS INSTRUMENTS INCORPORATED S&C<br>MUNSCH HARDT KOPF & HARR PC<br>3800 LINCOLN PLZ<br>500 N AKARD ST<br>DALLAS, TX 75201-6659 | Claim Holder Name and Address<br>BEAR STEARNS INVESTMENT PRODUCTS INC<br>CO JPMORGAN CHASE BANK NA<br>LEGAL DEPT<br>1 CHASE MANHATTAN PLAZA 26TH FL<br>NEW YORK, NY 10081<br><br>Case Number*<br>05-44640 | Docketed Total:<br><br><br><br><br><br>Secured | <br><br><br><br><br><br>Priority | $6,253,576.29<br><br><br><br><br><br>Unsecured<br>$6,253,576.29<br>—————<br>$6,253,576.29 | <br><br><br><br><br><br>Case Number*<br>05-44640 | Modified Total:<br><br><br><br><br><br>Secured | <br><br><br><br><br><br>Priority | $6,253,576.29<br><br><br><br><br><br>Unsecured<br>$6,253,576.29<br>—————<br>$6,253,576.29 |
| Claim: 1507<br>Date Filed: 01/10/2006<br>Docketed Total: $1,039.50<br>Filing Creditor Name and Address:<br>THE GROWING CONCERN<br>1918 BASSETT<br>EL PASO, TX 79901 | Claim Holder Name and Address<br>THE GROWING CONCERN<br>1918 BASSETT<br>EL PASO, TX 79901<br><br>Case Number*<br>05-44481 | Docketed Total:<br><br><br><br>Secured | <br><br><br><br>Priority | $1,039.50<br><br><br><br>Unsecured<br>$1,039.50<br>—————<br>$1,039.50 | <br><br><br><br>Case Number*<br>05-44640 | Modified Total:<br><br><br><br>Secured | <br><br><br><br>Priority | $1,039.50<br><br><br><br>Unsecured<br>$1,039.50<br>—————<br>$1,039.50 |
| Claim: 10913<br>Date Filed: 07/26/2006<br>Docketed Total: $40,867.33<br>Filing Creditor Name and Address:<br>VERITAS SOFTWARE CORPORATION<br>BIALSON BERGEN & SCHWAB<br>2600 EL CAMINO REAL STE 300<br>PALO ALTO, CA 94306 | Claim Holder Name and Address<br>VERITAS SOFTWARE CORPORATION<br>BIALSON BERGEN & SCHWAB<br>2600 EL CAMINO REAL STE 300<br>PALO ALTO, CA 94306<br><br>Case Number*<br>05-44640 | Docketed Total:<br><br><br><br>Secured<br>UNL<br>—————<br>UNL | <br><br><br><br>Priority<br>UNL<br>—————<br>UNL | $40,867.33<br><br><br><br>Unsecured<br>$40,867.33<br>—————<br>$40,867.33 | <br><br><br><br>Case Number*<br>05-44640 | Modified Total:<br><br><br><br>Secured | <br><br><br><br>Priority | $40,867.33<br><br><br><br>Unsecured<br>$40,867.33<br>—————<br>$40,867.33 |

**Total Claims To Be Modified: 50**

**Total Amount As Docketed:**     $15,712,375.00

**Total Amount As Modified:**     $15,712,375.00

\*   See Exhibit E for a listing of debtor entities by case number.

\*\*  "UNL" denotes an unliquidated claim.