**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 1168**
Date Filed: 12/15/2005
Docketed Total: $70,900.93
Filing Creditor Name and Address:
ABC TECHNOLOGIES INC
ABC GROUP
2 NORELCO DR
TORONTO, ON M9L 2X6
CANADA

Claim Holder Name and Address
ABC TECHNOLOGIES INC
ABC GROUP
2 NORELCO DR
TORONTO, ON M9L 2X6
CANADA

Docketed Total: $70,900.93

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $70,900.93 |
| | | | **$70,900.93** |

Modified Total: $53,744.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $53,744.60 |
| | | | **$53,744.60** |

---

**Claim: 16406**
Date Filed: 11/06/2006
Docketed Total: $149,294.92
Filing Creditor Name and Address:
ADMIRAL TOOL & MFG CO OF
ILLINOIS
ASM CAPITAL
7600 JERICHO TPKE STE 302
WOODBURY, NY 11797

Claim Holder Name and Address
ASM CAPITAL II LP
7600 JERICHO TURNPIKE STE 302
WOODBURY, NY 11797

Docketed Total: $149,294.92

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $149,294.92 |
| | | | **$149,294.92** |

Modified Total: $138,261.83

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $138,261.83 |
| | | | **$138,261.83** |

---

**Claim: 14278**
Date Filed: 07/31/2006
Docketed Total: $18,704.93
Filing Creditor Name and Address:
AIRGAS EAST INC
AIRGAS INC
259 N RADNOR CHESTER ROAD
STE 100
RADNOR, PA 19087

Claim Holder Name and Address
ARGO PARTNERS
12 W 37TH ST 9TH FL
NEW YORK, NY 10018

Docketed Total: $18,704.93

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44554 | | | $18,704.93 |
| | | | **$18,704.93** |

Modified Total: $13,927.33

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $13,927.33 |
| | | | **$13,927.33** |

---

*    See Exhibit E for a listing of debtor entities by case number.

**   "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 14605-2   Filed 12/17/08   Entered 12/17/08 15:53:20   Exhibit B
Pg 2 of 32

Thirty-Second Omnibus Claims Objection

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

---

**Claim: 14277**
Date Filed:  07/31/2006
Docketed Total:  $88,154.71
Filing Creditor Name and Address:
AIRGAS SOUTHWEST INC
AIRGAS INC
259 N RADNOR CHESTER ROAD
SUITE 100
RADNOR, PA 19087

Claim Holder Name and Address

ARGO PARTNERS     Docketed Total:  **$88,154.71**
12 W 37TH ST 9TH FL
NEW YORK, NY 10018

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $88,154.71 |
| | | | **$88,154.71** |

Modified Total:  **$85,085.84**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $85,085.84 |
| | | | **$85,085.84** |

---

**Claim: 9816**
Date Filed:  07/18/2006
Docketed Total:  $13,417.47
Filing Creditor Name and Address:
AMES REESE INC
REESE PUGH SAMLEY
WAGENSELLER & MECUM PC
120 N SHIPPEN ST
LANCASTER, PA 17602

Claim Holder Name and Address

LIQUIDITY SOLUTIONS INC     Docketed Total:  **$13,417.47**
ONE UNIVERSITY PLAZA STE 312
HACKENSACK, NJ 07601

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $13,417.47 |
| | | | **$13,417.47** |

Modified Total:  **$10,767.47**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $10,767.47 |
| | | | **$10,767.47** |

---

**Claim: 7514**
Date Filed:  06/06/2006
Docketed Total:  $58,187.44
Filing Creditor Name and Address:
AMROC INVESTMENTS LLC AS
ASSIGNEE OF FASTENAL
COMPANY
PO BOX 978
WINONA, MN 55987-0978

Claim Holder Name and Address

AMROC INVESTMENTS LLC     Docketed Total:  **$55,180.98**
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $55,180.98 |
| | | | **$55,180.98** |

Modified Total:  **$0.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $0.00 |
| | | | **$0.00** |

Claim Holder Name and Address

FASTENAL COMPANY     Docketed Total:  **$3,006.46**
PO BOX 978
WINONA, MN 55987-0978

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $3,006.46 |
| | | | **$3,006.46** |

Modified Total:  **$1,567.26**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,567.26 |
| | | | **$1,567.26** |

---

\*      See Exhibit E for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 14605-2   Filed 12/17/08   Entered 12/17/08 15:53:20   Exhibit B
Pg 3 of 32

Thirty-Second Omnibus Claims Objection

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2317**
Date Filed:   03/16/2006
Docketed Total:   $88,316.34
Filing Creditor Name and Address:
ASM CAPITAL AS ASSIGNEE FOR
SPEED MOTOR EXPRESS OF WNY
INC
7600 JERICHO TPKE STE 302
WOODBURY, NY 11797

Claim Holder Name and Address
  ASM CAPITAL
  7600 JERICHO TPKE STE 302
  WOODBURY, NY 11797

Docketed Total:   $88,316.34

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $88,316.34 |
| | | | $88,316.34 |

Modified Total:   $85,117.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $85,117.00 |
| | | | $85,117.00 |

---

**Claim: 8012**
Date Filed:   06/15/2006
Docketed Total:   $856,055.16
Filing Creditor Name and Address:
  BASF CORPORATION
  100 CAMPUS DR
  FLORHAM PARK, NJ 07932

Claim Holder Name and Address
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Docketed Total:   $856,055.16

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $856,055.16 |
| | | | $856,055.16 |

Modified Total:   $791,010.71

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $791,010.71 |
| | | | $791,010.71 |

---

**Claim: 16615**
Date Filed:   06/15/2007
Docketed Total:   $180,633.39
Filing Creditor Name and Address:
  BEAVER VALLEY
  MANUFACTURING INC
  GOLDMAN RUBIN & SHAPIRO
  1340 WOODMAN DR
  DAYTON, OH 45432

Claim Holder Name and Address
  BEAVER VALLEY MANUFACTURING
  INC
  GOLDMAN RUBIN & SHAPIRO
  1340 WOODMAN DR
  DAYTON, OH 45432

Docketed Total:   $180,633.39

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $180,633.39 |
| | | | $180,633.39 |

Modified Total:   $173,347.89

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $173,347.89 |
| | | | $173,347.89 |

---

\*      See Exhibit E for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14605-2    Filed 12/17/08    Entered 12/17/08 15:53:20    Exhibit B
Pg 4 of 32

Thirty-Second Omnibus Claims Objection

## EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 12011**
Date Filed:   07/28/2006
Docketed Total:    $179,220.24
Filing Creditor Name and Address:
BRAKE PARTS INC WIX
FILTRATION CORP AFFINIA
GROUP INC
BRAKES PARTS WIX
4400 PRIME PKWY
MCHENRY, IL 60050

Claim Holder Name and Address
SPCP GROUP LLC
2 GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total:    $179,220.24

Modified Total:    $94,076.50

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $179,220.24 | 05-44640 | | | $94,076.50 |
| | | | **$179,220.24** | | | | **$94,076.50** |

**Claim: 9079**
Date Filed:   07/06/2006
Docketed Total:    $129,383.00
Filing Creditor Name and Address:
CONTI TECH ELASTOMER
COATINGS
CONTINENTAL AG
STRAWINSKYLAAN 3111 6TH FL
AMSTERDAM, 1077ZX
NETHERLANDS

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 33RD FL
NEW YORK, NY 10019

Docketed Total:    $129,383.00

Modified Total:    $117,611.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $129,383.00 | 05-44640 | | | $117,611.00 |
| | | | **$129,383.00** | | | | **$117,611.00** |

**Claim: 9109**
Date Filed:   07/07/2006
Docketed Total:    $1,254,290.43
Filing Creditor Name and Address:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF BLISSFIELD
MANUFACTURING COMPANY
411 WEST PUTNAM AVE
STE 225
GREENWICH, CT 06830

Claim Holder Name and Address
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF BLISSFIELD
MANUFACTURING COMPANY
411 WEST PUTNAM AVE
STE 225
GREENWICH, CT 06830

Docketed Total:    $1,254,290.43

Modified Total:    $1,253,738.05

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $1,254,290.43 | 05-44640 | | | $1,253,738.05 |
| | | | **$1,254,290.43** | | | | **$1,253,738.05** |

\*      See Exhibit E for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

## EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 12691**
Date Filed: 07/28/2006
Docketed Total: $1,539,602.72
Filing Creditor Name and Address:
CONTRARIAN FUNDS LLC AS ASSIGNEE OF CAMOPLAST INCORPORATED
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVENUE STE 225
GREENWICH, CT 06830

Claim Holder Name and Address:
CONTRARIAN FUNDS LLC AS ASSIGNEE OF CAMOPLAST INCORPORATED
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVENUE STE 225
GREENWICH, CT 06830
Docketed Total: $1,539,602.72

Modified Total: $1,534,352.39

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $98,196.60 | $1,441,406.12 | 05-44640 | | | $1,534,352.39 |
| | | **$98,196.60** | **$1,441,406.12** | | | | **$1,534,352.39** |

**Claim: 7374**
Date Filed: 06/02/2006
Docketed Total: $595,983.31
Filing Creditor Name and Address:
CONTRARIAN FUNDS LLC AS ASSIGNEE OF CAPSTAN ATLANTIC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Claim Holder Name and Address:
CONTRARIAN FUNDS LLC AS ASSIGNEE OF CAPSTAN ATLANTIC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830
Docketed Total: $595,983.31

Modified Total: $530,803.34

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $595,983.31 | 05-44640 | | | $530,803.34 |
| | | | **$595,983.31** | | | | **$530,803.34** |

**Claim: 9112**
Date Filed: 07/07/2006
Docketed Total: $135,377.75
Filing Creditor Name and Address:
CONTRARIAN FUNDS LLC AS ASSIGNEE OF ELECTRONIC SERVICES LLC DBA CSI ELECTRONICS
411 WEST PUTNAM AVE STE 225
GREENWICH, CT 06830

Claim Holder Name and Address:
CONTRARIAN FUNDS LLC AS ASSIGNEE OF ELECTRONIC SERVICES LLC DBA CSI ELECTRONICS
411 WEST PUTNAM AVE STE 225
GREENWICH, CT 06830
Docketed Total: $135,377.75

Modified Total: $131,228.12

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $29,610.00 | $105,767.75 | 05-44640 | | | $131,228.12 |
| | | **$29,610.00** | **$105,767.75** | | | | **$131,228.12** |

\*      See Exhibit E for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 12689**
Date Filed: 07/28/2006
Docketed Total: $176,114.66
Filing Creditor Name and Address:
CONTRARIAN FUNDS LLC AS ASSIGNEE OF FLOW DRY TECHNOLOGY LTD
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVENUE STE 225
GREENWICH, CT 06830

Claim Holder Name and Address
CONTRARIAN FUNDS LLC AS ASSIGNEE OF FLOW DRY TECHNOLOGY LTD
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVENUE STE 225
GREENWICH, CT 06830

Docketed Total: $176,114.66

Modified Total: $174,308.42

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $42,727.58 | $133,387.08 |
| | | $42,727.58 | $133,387.08 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $174,308.42 |
| | | | $174,308.42 |

---

**Claim: 7237**
Date Filed: 05/31/2006
Docketed Total: $241,702.84
Filing Creditor Name and Address:
CONTRARIAN FUNDS LLC AS ASSIGNEE OF IMCO INC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Claim Holder Name and Address
CONTRARIAN FUNDS LLC AS ASSIGNEE OF IMCO INC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total: $241,702.84

Modified Total: $236,776.04

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $241,702.84 |
| | | | $241,702.84 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $236,776.04 |
| | | | $236,776.04 |

---

**Claim: 12686**
Date Filed: 07/28/2006
Docketed Total: $2,466,373.54
Filing Creditor Name and Address:
CONTRARIAN FUNDS LLC AS ASSIGNEE OF INA USA CORPORATION
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVENUE STE 225
GREENWICH, CT 06830

Claim Holder Name and Address
CONTRARIAN FUNDS LLC AS ASSIGNEE OF INA USA CORPORATION
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVENUE STE 225
GREENWICH, CT 06830

Docketed Total: $2,466,373.54

Modified Total: $2,319,296.37

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $265,875.25 | $2,200,498.29 |
| | | $265,875.25 | $2,200,498.29 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,319,296.37 |
| | | | $2,319,296.37 |

---

\*      See Exhibit E for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 9113**
Date Filed: 07/07/2006
Docketed Total: $116,590.48
Filing Creditor Name and Address:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF PRESTOLITE WIRE
CORPORATION
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Claim Holder Name and Address

CONTRARIAN FUNDS LLC AS
ASSIGNEE OF PRESTOLITE WIRE
CORPORATION
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total: $116,590.48

Modified Total: $103,372.28

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $16,141.07 | $100,449.41 |
| | | **$16,141.07** | **$100,449.41** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $103,372.28 |
| | | | **$103,372.28** |

---

**Claim: 10387**
Date Filed: 07/24/2006
Docketed Total: $36,892.83
Filing Creditor Name and Address:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF REGENCY
MCALLEN
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Claim Holder Name and Address

CONTRARIAN FUNDS LLC AS
ASSIGNEE OF REGENCY MCALLEN
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total: $36,892.83

Modified Total: $34,687.23

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $36,892.83 |
| | | | **$36,892.83** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $34,687.23 |
| | | | **$34,687.23** |

---

**Claim: 12692**
Date Filed: 07/28/2006
Docketed Total: $3,398,927.24
Filing Creditor Name and Address:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF STRATTEC
SECURITY CORP
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Claim Holder Name and Address

CONTRARIAN FUNDS LLC AS
ASSIGNEE OF STRATTEC SECURITY
CORP
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total: $3,398,927.24

Modified Total: $3,397,304.07

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $43,124.50 | $3,355,802.74 |
| | | **$43,124.50** | **$3,355,802.74** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,397,304.07 |
| | | | **$3,397,304.07** |

---

\*      See Exhibit E for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

## EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 12695**
Date Filed: 07/28/2006
Docketed Total: $120,459.00
Filing Creditor Name and Address:
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF TRELLEBORG
  KUNHWA CO LTD
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Claim Holder Name and Address
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF TRELLEBORG
  KUNHWA CO LTD
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Docketed Total: $120,459.00

Modified Total: $77,394.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $120,459.00 |
| | | | $120,459.00 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $77,394.00 |
| | | | $77,394.00 |

---

**Claim: 12696**
Date Filed: 07/28/2006
Docketed Total: $109,002.60
Filing Creditor Name and Address:
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF TRELLEBORG YSH
  INC
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Claim Holder Name and Address
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF TRELLEBORG YSH INC
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Docketed Total: $109,002.60

Modified Total: $89,520.40

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $15,865.76 | $93,136.84 |
| | | $15,865.76 | $93,136.84 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $89,520.40 |
| | | | $89,520.40 |

---

**Claim: 12694**
Date Filed: 07/28/2006
Docketed Total: $91,243.71
Filing Creditor Name and Address:
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF TRELLEBORG YSH
  SA DE CV
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Claim Holder Name and Address
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF TRELLEBORG YSH SA
  DE CV
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Docketed Total: $91,243.71

Modified Total: $82,066.83

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $91,243.71 |
| | | | $91,243.71 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $82,066.83 |
| | | | $82,066.83 |

---

\*　　See Exhibit E for a listing of debtor entities by case number.

\*\*　　"UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 14605-2   Filed 12/17/08   Entered 12/17/08 15:53:20   Exhibit B
Pg 9 of 32

Thirty-Second Omnibus Claims Objection

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 12693**
Date Filed:   07/28/2006
Docketed Total:   $1,494,571.82
Filing Creditor Name and Address:
 CONTRARIAN FUNDS LLC AS
 ASSIGNEE OF TROSTEL LTD
 CONTRARIAN FUNDS LLC
 411 W PUTNAM AVE STE 225
 GREENWICH, CT 06830

Claim Holder Name and Address
 CONTRARIAN FUNDS LLC AS
 ASSIGNEE OF TROSTEL LTD
 CONTRARIAN FUNDS LLC
 411 W PUTNAM AVE STE 225
 GREENWICH, CT 06830

Docketed Total:   $1,494,571.82

Modified Total:   $1,220,897.18

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $16,213.43 | $1,478,358.39 |
| | | **$16,213.43** | **$1,478,358.39** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,220,897.18 |
| | | | **$1,220,897.18** |

**Claim: 9793**
Date Filed:   07/18/2006
Docketed Total:   $568,283.69
Filing Creditor Name and Address:
 CONTRARIAN FUNDS LLC AS
 ASSIGNEE OF WHIRLAWAY
 CORPORATION
 CONTRARIAN FUNDS LLC
 411 W PUTNAM AVE  STE 225
 GREENWICH, CT 06830

Claim Holder Name and Address
 CONTRARIAN FUNDS LLC AS
 ASSIGNEE OF WHIRLAWAY
 CORPORATION
 CONTRARIAN FUNDS LLC
 411 W PUTNAM AVE  STE 225
 GREENWICH, CT 06830

Docketed Total:   $568,283.69

Modified Total:   $557,199.69

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $26,238.62 | $542,045.07 |
| | | **$26,238.62** | **$542,045.07** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $557,199.69 |
| | | | **$557,199.69** |

**Claim: 16745**
Date Filed:   11/13/2007
Docketed Total:   $13,238.61
Filing Creditor Name and Address:
 CONTRARIAN FUNDS LLC AS
 TRANSFEREE OF UNITED STARS
 INDUSTRIES INC
 CONTRARIAN FUNDS LLC
 411 W PUTNAM AVE STE 225
 GREENWICH, CT 06830

Claim Holder Name and Address
 CONTRARIAN FUNDS LLC AS
 TRANSFEREE OF UNITED STARS
 INDUSTRIES INC
 CONTRARIAN FUNDS LLC
 411 W PUTNAM AVE STE 225
 GREENWICH, CT 06830

Docketed Total:   $13,238.61

Modified Total:   $12,546.16

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $13,238.61 | |
| | | **$13,238.61** | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $12,546.16 |
| | | | **$12,546.16** |

\*     See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

## EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 11256**
Date Filed: 07/27/2006
Docketed Total: $2,405,898.43
Filing Creditor Name and Address:
  CTS CORPORPATION
  171 COVINGTON DR
  BLOOMINGDALE, IL 60108

Claim Holder Name and Address

BEAR STEARNS INVESTMENT PRODUCTS INC
CO JPMORGAN CHASE BANK NA
LEGAL DEPT
1 CHASE MANHATTAN PLAZA 26TH FL
NEW YORK, NY 10081

Docketed Total: $1,950,968.78

Modified Total: $1,950,968.78

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,950,968.78 |
| | | | $1,950,968.78 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,950,968.78 |
| | | | $1,950,968.78 |

Claim Holder Name and Address

CTS CORPORATION
171 COVINGTON DR
BLOOMINGDALE, IL 60108

Docketed Total: $293,785.09

Modified Total: $401,296.27

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $293,785.09 |
| | | | $293,785.09 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $401,296.27 |
| | | | $401,296.27 |

**Claim: 1201**
Date Filed: 12/19/2005
Docketed Total: $104,504.04
Filing Creditor Name and Address:
  ELECTRONIC SOLUTIONS INC
  1590 PAGE INDUSTRIAL BLVD
  ST LOUIS, MO 63132

Claim Holder Name and Address

SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
2 GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total: $104,504.04

Modified Total: $101,001.74

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $104,504.04 |
| | | | $104,504.04 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $101,001.74 |
| | | | $101,001.74 |

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14605-2    Filed 12/17/08    Entered 12/17/08 15:53:20    Exhibit B
Pg 11 of 32

Thirty-Second Omnibus Claims Objection

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

### Row 1

**CLAIM TO BE MODIFIED**

Claim: 14837
Date Filed: 07/31/2006
Docketed Total: $115,123.63
Filing Creditor Name and Address:
EMC2 CORPORATION
PO BOX 5126
TIMONIUM, MD 21094

**CLAIM AS DOCKETED**

Claim Holder Name and Address

EMC2 CORPORATION
PO BOX 5126
TIMONIUM, MD 21094

Docketed Total: $115,123.63

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $40,950.67 | $74,172.96 |
| | | $40,950.67 | $74,172.96 |

**CLAIM AS MODIFIED**

Modified Total: $73,757.89

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $73,757.89 |
| | | | $73,757.89 |

### Row 2

**CLAIM TO BE MODIFIED**

Claim: 15511
Date Filed: 07/31/2006
Docketed Total: $184,306.40
Filing Creditor Name and Address:
EMPRESAS CA LE TIAXCALA SA
DE CV
SACHNOFF & WEAVER LTD
10 S WACKER DR STE 4000
CHICAGO, IL 60606

**CLAIM AS DOCKETED**

Claim Holder Name and Address

EMPRESAS CA LE TIAXCALA SA DE
CV
SACHNOFF & WEAVER LTD
10 S WACKER DR STE 4000
CHICAGO, IL 60606

Docketed Total: $184,306.40

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $184,306.40 |
| | | | $184,306.40 |

**CLAIM AS MODIFIED**

Modified Total: $74,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $74,000.00 |
| | | | $74,000.00 |

### Row 3

**CLAIM TO BE MODIFIED**

Claim: 16739
Date Filed: 11/06/2007
Docketed Total: $633,258.00
Filing Creditor Name and Address:
FIRST TECHNOLOGY HOLDINGS
INC AND AFFILIATES AND
SUBSIDIARIES AND CONTROL
DEVICES INC AND FIRST
INERTIA SWITCH LIMITED
CONTROL DEVICES INC AND
FIRST INERTIA SWITCH
C O SENSATA TECHNOLOGIES
INC
529 PLEASANT ST MS B 1
ATTLEBORO, MA 02703

**CLAIM AS DOCKETED**

Claim Holder Name and Address

FIRST TECHNOLOGY HOLDINGS
INC AND AFFILIATES AND
SUBSIDIARIES AND CONTROL
DEVICES INC AND FIRST INERTIA
SWITCH LIMITED
CONTROL DEVICES INC AND FIRST
INERTIA SWITCH
C O SENSATA TECHNOLOGIES INC
529 PLEASANT ST MS B 1
ATTLEBORO, MA 02703

Docketed Total: $633,258.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $633,258.00 |
| | | | $633,258.00 |

**CLAIM AS MODIFIED**

Modified Total: $566,254.64

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $566,254.64 |
| | | | $566,254.64 |

---

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14605-2    Filed 12/17/08    Entered 12/17/08 15:53:20    Exhibit B
Pg 12 of 32

Thirty-Second Omnibus Claims Objection

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2342<br>Date Filed:   03/20/2006<br>Docketed Total:   $2,801,641.96<br>Filing Creditor Name and Address:<br>  FIRSTENERGY SOLUTIONS CORP<br>  395 GHENT RD<br>  AKRON, OH 44333 | Claim Holder Name and Address<br><br>  FIRSTENERGY SOLUTIONS CORP<br>  395 GHENT RD<br>  AKRON, OH 44333<br><br>Docketed Total:   $2,801,641.96 | Modified Total:   $2,445,010.64 |
| | Case Number*   Secured   Priority   Unsecured<br>05-44481                                                  $2,801,641.96<br><br>                                                                 $2,801,641.96 | Case Number*   Secured   Priority   Unsecured<br>05-44640                                                  $2,445,010.64<br><br>                                                                 $2,445,010.64 |
| Claim: 863<br>Date Filed:   11/28/2005<br>Docketed Total:   $14,900.00<br>Filing Creditor Name and Address:<br>  FLEXIBLE AUTOMATION INC<br>  3387 E BRISTOL RD<br>  BURTON, MI 48529 | Claim Holder Name and Address<br><br>  REDROCK CAPITAL PARTNERS LLC<br>  475 17TH ST STE 544<br>  DENVER, CO 80202<br><br>Docketed Total:   $14,900.00 | Modified Total:   $13,410.00 |
| | Case Number*   Secured   Priority   Unsecured<br>05-44481                                                  $14,900.00<br><br>                                                                 $14,900.00 | Case Number*   Secured   Priority   Unsecured<br>05-44640                                                  $13,410.00<br><br>                                                                 $13,410.00 |
| Claim: 5568<br>Date Filed:   05/10/2006<br>Docketed Total:   $307,574.95<br>Filing Creditor Name and Address:<br>  FOSTER ELECTRIC USA INC<br>  203 N LASALLE ST STE 2500<br>  CHICAGO, IL 60601-1262 | Claim Holder Name and Address<br><br>  CONTRARIAN FUNDS LLC<br>  411 W PUTNAM AVE S 225<br>  GREENWICH, CT 06830<br><br>Docketed Total:   $307,574.95 | Modified Total:   $307,010.23 |
| | Case Number*   Secured   Priority   Unsecured<br>05-44640                                                  $307,574.95<br><br>                                                                 $307,574.95 | Case Number*   Secured   Priority   Unsecured<br>05-44640                                                  $307,010.23<br><br>                                                                 $307,010.23 |

\*     See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14605-2    Filed 12/17/08    Entered 12/17/08 15:53:20    Exhibit B
Pg 13 of 32

Thirty-Second Omnibus Claims Objection

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

Claim: 16511
Date Filed:    06/08/2006
Docketed Total:    $59,175.40
Filing Creditor Name and Address:
  FRAENKISCHE USA LP
  SMITH GAMBREIL & RUSSELL
  LLP
  1230 PEACHTREE ST NE
  PROMENADE II STE 3100
  ATLANTA, GA 30309

Claim Holder Name and Address

  FRAENKISCHE USA LP
  SMITH GAMBREIL & RUSSELL LLP
  1230 PEACHTREE ST NE
  PROMENADE II STE 3100
  ATLANTA, GA 30309

Docketed Total:    **$59,175.40**

Modified Total:    **$32,056.78**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $59,175.40 |
| | | | **$59,175.40** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $32,056.78 |
| | | | **$32,056.78** |

Claim: 5463
Date Filed:    05/10/2006
Docketed Total:    $17,971.26
Filing Creditor Name and Address:
  FREUDENBERG NONWOVENS LP
  EFT
  2975 PEMBROKE RD
  HOPKINSVILLE, KY 42240

Claim Holder Name and Address

  FREUDENBERG NONWOVENS LP
  EFT
  2975 PEMBROKE RD
  HOPKINSVILLE, KY 42240

Docketed Total:    **$17,971.26**

Modified Total:    **$10,115.16**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $17,971.26 |
| | | | **$17,971.26** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $10,115.16 |
| | | | **$10,115.16** |

\*      See Exhibit E for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 9261**
Date Filed:    07/11/2006
Docketed Total:    $4,251,232.51
Filing Creditor Name and Address:
FUTABA CORPORATION OF
AMERICA
711 E STATE PKY
SCHAUMBURG, IL 60173

*Claim Holder Name and Address*

BEAR STEARNS INVESTMENT    Docketed Total:    **$4,145,064.91**
PRODUCTS INC
CO JPMORGAN CHASE BANK NA
LEGAL DEPT
1 CHASE MANHATTAN PLAZA 26TH
FL
NEW YORK, NY 10081

Modified Total:    **$3,929,761.02**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $856,790.09 | $3,288,274.82 | 05-44640 | | | $3,929,761.02 |
| | | **$856,790.09** | **$3,288,274.82** | | | | **$3,929,761.02** |

*Claim Holder Name and Address*

FUTABA CORPORATION OF    Docketed Total:    **$106,167.60**
AMERICA
711 E STATE PKY
SCHAUMBURG, IL 60173

Modified Total:    **$197,369.77**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | UNL | $106,167.60 | 05-44640 | | | $197,369.77 |
| | | **UNL** | **$106,167.60** | | | | **$197,369.77** |

**Claim: 16570**
Date Filed:    03/12/2007
Docketed Total:    $337,154.09
Filing Creditor Name and Address:
GCI TECHNOLOGIES INC
1301 PRECISION DR
PLANO, TX 75074

*Claim Holder Name and Address*

CONTRARIAN FUNDS LLC    Docketed Total:    **$337,154.09**
411 W PUTNAM AVE S 225
GREENWICH, CT 06830

Modified Total:    **$334,006.68**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $5,981.92 | $331,172.17 | 05-44640 | | | $334,006.68 |
| | | **$5,981.92** | **$331,172.17** | | | | **$334,006.68** |

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

---

**Claim: 10191**
Date Filed: 07/21/2006
Docketed Total: $7,020.00
Filing Creditor Name and Address:
GE CONSUMER & INDUSTRIAL F K A GE LIGHTING
11256 CORNELL PARK DR STE 500
CINCINNATI, OH 45242

Claim Holder Name and Address
GE CONSUMER & INDUSTRIAL F K A GE LIGHTING
11256 CORNELL PARK DR STE 500
CINCINNATI, OH 45242

Docketed Total: $7,020.00

Modified Total: $3,680.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $7,020.00 | 05-44640 | | | $3,680.00 |
| | | | **$7,020.00** | | | | **$3,680.00** |

---

**Claim: 10192**
Date Filed: 07/21/2006
Docketed Total: $5,295.00
Filing Creditor Name and Address:
GE CONSUMER & INDUSTRIAL F K A GE LIGHTING
11256 CORNELL PARK DR STE 500
CINCINNATI, OH 45242

Claim Holder Name and Address
GE CONSUMER & INDUSTRIAL F K A GE LIGHTING
11256 CORNELL PARK DR STE 500
CINCINNATI, OH 45242

Docketed Total: $5,295.00

Modified Total: $2,783.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $5,295.00 | 05-44567 | | | $2,783.00 |
| | | | **$5,295.00** | | | | **$2,783.00** |

---

**Claim: 500**
Date Filed: 11/10/2005
Docketed Total: $6,837.48
Filing Creditor Name and Address:
GENERAL ELECTRIC COMPANY GE FANUC AUTOMATION NORTH AMERICA INC
ROBINSON & COLE LLP
280 TRUMBULL ST
HARTFORD, CT 06103

Claim Holder Name and Address
GENERAL ELECTRIC COMPANY GE FANUC AUTOMATION NORTH AMERICA INC
ROBINSON & COLE LLP
280 TRUMBULL ST
HARTFORD, CT 06103

Docketed Total: $6,837.48

Modified Total: $2,279.16

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $6,837.48 | 05-44640 | | | $2,279.16 |
| | | | **$6,837.48** | | | | **$2,279.16** |

---

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 15064**
Date Filed:   07/31/2006
Docketed Total:   $5,895,235.82
Filing Creditor Name and Address:
  GOLDMAN SACHS CREDIT
  PARTNERS LP ASSIGNEE OF
  SIEMENS VDO AUTOMOTIVE
  CORPORATION AND SIEMENS
  VDO AUTOMOTIVE INC
  ONE NEW YORK PLAZA 42ND FL
  NEW YORK, NY 10004

Claim Holder Name and Address
  GOLDMAN SACHS CREDIT
  PARTNERS LP ASSIGNEE OF
  SIEMENS VDO AUTOMOTIVE
  CORPORATION AND SIEMENS VDO
  AUTOMOTIVE INC
  ONE NEW YORK PLAZA 42ND FL
  NEW YORK, NY 10004

Docketed Total:   **UNL**

Modified Total:   **$5,711,817.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | | 05-44640 | | | $5,711,817.00 |
| | | | | | | | **$5,711,817.00** |

---

**Claim: 9798**
Date Filed:   07/18/2006
Docketed Total:   $37,253.38
Filing Creditor Name and Address:
  GREER STOP NUT INC
  CURTIN & HEEFNER LLP
  250 N PENNSYLVANIA AVE
  MORRISVILLE, PA 19067

Claim Holder Name and Address
  BEAR STEARNS INVESTMENT
  PRODUCTS INC
  CO JPMORGAN CHASE BANK NA
  LEGAL DEPT
  1 CHASE MANHATTAN PLAZA 26TH
  FL
  NEW YORK, NY 10081

Docketed Total:   **$37,253.38**

Modified Total:   **$28,772.36**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $37,253.38 | 05-44640 | | | $28,772.36 |
| | | | **$37,253.38** | | | | **$28,772.36** |

---

**Claim: 4427**
Date Filed:   05/02/2006
Docketed Total:   $139,123.46
Filing Creditor Name and Address:
  HAMMOND GROUP INC
  1414 FIELD ST BLDG B
  HAMMOND, IN 46320-173

Claim Holder Name and Address
  LIQUIDITY SOLUTIONS INC AS
  ASSIGNEE OF HAMMOND GROUP
  INC
  ONE UNIVERSITY PLAZA STE 312
  HACKENSACK, NJ 07601

Docketed Total:   **$139,123.46**

Modified Total:   **$137,745.38**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $15,397.30 | $123,726.16 | 05-44640 | | | $137,745.38 |
| | | **$15,397.30** | **$123,726.16** | | | | **$137,745.38** |

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 9352**
Date Filed:    07/11/2006
Docketed Total:    $4,948,005.65
Filing Creditor Name and Address:
HEWLETT PACKARD COMPANY
2125 E KATELLA AVE STE 400
ANAHEIM, CA 92806

Claim Holder Name and Address

HEWLETT PACKARD COMPANY
2125 E KATELLA AVE STE 400
ANAHEIM, CA 92806

Docketed Total:    $4,948,005.65

Modified Total:    $4,921,104.00

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | | $4,948,005.65 | | 05-44640 | | | $4,921,104.00 |
| | | | **$4,948,005.65** | | | | | **$4,921,104.00** |

**Claim: 11968**
Date Filed:    07/28/2006
Docketed Total:    $6,491,471.33
Filing Creditor Name and Address:
INFINEON TECHNOLOGIES
NORTH AMERICA CORP
SACHNOFF & WEAVER LTD
10 S WACKER DR 40TH FL
CHICAGO, IL 60606

Claim Holder Name and Address

INFINEON TECHNOLOGIES NORTH
AMERICA CORP
SACHNOFF & WEAVER LTD
10 S WACKER DR 40TH FL
CHICAGO, IL 60606

Docketed Total:    $6,491,471.33

Modified Total:    $6,403,761.10

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | | | $6,491,471.33 | | 05-44640 | | | $6,403,761.10 |
| | | | **$6,491,471.33** | | | | | **$6,403,761.10** |

**Claim: 5976**
Date Filed:    05/16/2006
Docketed Total:    $53,133.90
Filing Creditor Name and Address:
JOHNSON CONTROLS INC
CONTROLS GROUP
PO BOX 905240
CHARLOTTE, NC 28290-5240

Claim Holder Name and Address

JOHNSON CONTROLS INC
CONTROLS GROUP
PO BOX 905240
CHARLOTTE, NC 28290-5240

Docketed Total:    $53,133.90

Modified Total:    $5,822.52

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | | $53,133.90 | | 05-44640 | | | $5,822.52 |
| | | | **$53,133.90** | | | | | **$5,822.52** |

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 14605-2   Filed 12/17/08   Entered 12/17/08 15:53:20   Exhibit B
Pg 18 of 32

Thirty-Second Omnibus Claims Objection

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

Claim: 13445
Date Filed: 07/31/2006
Docketed Total: $52,318.51
Filing Creditor Name and Address:
JUDCO MANUFACTURING INC
1429 W 240TH ST
HARBOR CITY, CA 90710

Claim Holder Name and Address
JUDCO MANUFACTURING INC
1429 W 240TH ST
HARBOR CITY, CA 90710
Docketed Total: $52,318.51

Modified Total: $33,938.12

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $52,318.51 |
| | | | **$52,318.51** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $33,938.12 |
| | | | **$33,938.12** |

---

Claim: 3640
Date Filed: 05/01/2006
Docketed Total: $47,083.50
Filing Creditor Name and Address:
KORTEN QUALITY SYSTEMS LTD
PO BOX 454
ROMEO, MI 48065

Claim Holder Name and Address
MADISON NICHE OPPORTUNITIES
FUND LLC
6143 S WILLOW DR STE 200
GREENWOOD VILLAGE, CO 80111
Docketed Total: $47,083.50

Modified Total: $46,687.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $47,083.50 |
| | | | **$47,083.50** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $46,687.50 |
| | | | **$46,687.50** |

---

Claim: 12530
Date Filed: 07/28/2006
Docketed Total: $312,610.00
Filing Creditor Name and Address:
KYOCERA INDUSTRIAL
CERAMICS CORP
345 PARK AVE 18TH FL
NEW YORK, NY 10154

Claim Holder Name and Address
KYOCERA INDUSTRIAL CERAMICS
CORP
345 PARK AVE 18TH FL
NEW YORK, NY 10154
Docketed Total: $312,610.00

Modified Total: $137,780.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $312,610.00 |
| | | | **$312,610.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $137,780.00 |
| | | | **$137,780.00** |

---

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14605-2    Filed 12/17/08    Entered 12/17/08 15:53:20    Exhibit B

Pg 19 of 32

Thirty-Second Omnibus Claims Objection

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 15483**
Date Filed: 07/31/2006
Docketed Total: $66,952.29
Filing Creditor Name and Address:
LIQUIDITY SOLUTIONS INC DBA
REVENUE MANAGEMENT AS
ASSIGNEE OF DIGIKEY
ONE UNIVERSITY PLZ STE 312
HACKENSACK, NJ 07601

Claim Holder Name and Address
LIQUIDITY SOLUTIONS INC DBA
REVENUE MANAGEMENT AS
ASSIGNEE OF DIGIKEY
ONE UNIVERSITY PLZ STE 312
HACKENSACK, NJ 07601

Docketed Total: $66,952.29

Modified Total: $64,639.19

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44507 | | | $66,952.29 | 05-44507 | | | $64,639.19 |
| | | | **$66,952.29** | | | | **$64,639.19** |

**Claim: 6147**
Date Filed: 05/17/2006
Docketed Total: $2,996,365.10
Filing Creditor Name and Address:
LITTELFUSE INC
LITTELFUSE INC
800 NORTHWEST HIGHWAY
DES PLAINES, IL 60016

Claim Holder Name and Address
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total: $2,996,365.10

Modified Total: $2,984,898.81

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $2,996,365.10 | 05-44640 | | | $2,984,898.81 |
| | | | **$2,996,365.10** | | | | **$2,984,898.81** |

**Claim: 12161**
Date Filed: 07/28/2006
Docketed Total: $875,135.40
Filing Creditor Name and Address:
MARQUARDT GMBH
SCHLOSS STR 16
RIETHEIM WEIHEIM 78604,
GERMANY

Claim Holder Name and Address
MARQUARDT GMBH
SCHLOSS STR 16
RIETHEIM WEIHEIM 78604,
GERMANY

Docketed Total: $875,135.40

Modified Total: $794,954.68

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $875,135.40 | 05-44640 | | | $794,954.68 |
| | | | **$875,135.40** | | | | **$794,954.68** |

\*      See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

## EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 15211**
Date Filed: 07/31/2006
Docketed Total: $1,352,891.10
Filing Creditor Name and Address:
MILLENNIUM INDUSTRIES
CORPORATION
CLARK HILL PLC
500 WOODWARD AVE STE 3500
DETROIT, MI 48226-3435

Claim Holder Name and Address
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830
Docketed Total: $1,352,891.10

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $704,727.68 | $648,163.42 |
| | | $704,727.68 | $648,163.42 |

Modified Total: $626,637.92

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $626,637.92 |
| | | | $626,637.92 |

---

**Claim: 12043**
Date Filed: 07/28/2006
Docketed Total: $30,000.00
Filing Creditor Name and Address:
MINNICK RALPH D
LAUDIG GEORGE RUTHERFORD
& SIPES
156 E MARKET ST
STE 600
INDIANAPOLIS, IN 46204

Claim Holder Name and Address
MINNICK RALPH D
LAUDIG GEORGE RUTHERFORD &
SIPES
156 E MARKET ST
STE 600
INDIANAPOLIS, IN 46204
Docketed Total: $30,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $30,000.00 |
| | | | $30,000.00 |

Modified Total: $5,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,000.00 |
| | | | $5,000.00 |

---

**Claim: 10400**
Date Filed: 07/24/2006
Docketed Total: $237,792.65
Filing Creditor Name and Address:
NATIONAL INSTRUMENTS CORP
11500 NORTH MOPAC
EXPRESSWAY
AUSTIN, TX 78759

Claim Holder Name and Address
NATIONAL INSTRUMENTS CORP
11500 NORTH MOPAC EXPRESSWAY
AUSTIN, TX 78759
Docketed Total: $237,792.65

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $237,792.65 |
| | | | $237,792.65 |

Modified Total: $233,891.61

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $233,891.61 |
| | | | $233,891.61 |

---

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14605-2    Filed 12/17/08    Entered 12/17/08 15:53:20    Exhibit B
Pg 21 of 32

Thirty-Second Omnibus Claims Objection

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

---

**Claim: 9771**
Date Filed: 07/18/2006
Docketed Total: $977,354.65
Filing Creditor Name and Address:
NSS TECHNOLOGIES INC FKA
NATIONAL SET SCREW CORP
C O ROBERT SZWAJKOS ESQ
CURTIN & HEEFNER LLP
250 N PENNSYLVANIA
MORRISVILLE, PA 19067

Claim Holder Name and Address
BEAR STEARNS INVESTMENT
PRODUCTS INC
CO JPMORGAN CHASE BANK NA
LEGAL DEPT
1 CHASE MANHATTAN PLAZA 26TH
FL
NEW YORK, NY 10081

Docketed Total: $977,354.65

Modified Total: $775,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $977,354.65 |
| | | | **$977,354.65** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $775,000.00 |
| | | | **$775,000.00** |

---

**Claim: 11429**
Date Filed: 07/27/2006
Docketed Total: $278,019.25
Filing Creditor Name and Address:
P & R INDUSTRIES INC EFT
1524 CLINTON AVE N
ROCHESTER, NY 14621

Claim Holder Name and Address
SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total: $278,019.25

Modified Total: $275,394.25

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $278,019.25 |
| | | | **$278,019.25** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $275,394.25 |
| | | | **$275,394.25** |

---

**Claim: 11190**
Date Filed: 07/26/2006
Docketed Total: $87,844.88
Filing Creditor Name and Address:
PARLEX CORPORATION
KUTCHIN & RUFO  PC
155 FEDERAL ST 17TH FL
BOSTON, MA 02110

Claim Holder Name and Address
SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total: $87,844.88

Modified Total: $75,605.41

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44610 | | | $87,844.88 |
| | | | **$87,844.88** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $75,605.41 |
| | | | **$75,605.41** |

---

\*     See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

---

**Claim: 11191**
Date Filed:  07/26/2006
Docketed Total:  $56,219.54
Filing Creditor Name and Address:
  PARLEX CORPORATION
  KUTCHIN & RUFO  PC
  155 FEDERAL ST 17TH FL
  BOSTON, MA 02110

Claim Holder Name and Address

SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total:  $56,219.54

Modified Total:  $53,986.58

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $56,219.54 |
| | | | **$56,219.54** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $53,986.58 |
| | | | **$53,986.58** |

---

**Claim: 11193**
Date Filed:  07/26/2006
Docketed Total:  $39,295.28
Filing Creditor Name and Address:
  PARLEX CORPORATION
  KUTCHIN & RUFO  PC
  155 FEDERAL ST 17TH FL
  BOSTON, MA 02110

Claim Holder Name and Address

SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total:  $39,295.28

Modified Total:  $36,986.58

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44547 | | | $39,295.28 |
| | | | **$39,295.28** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $36,986.58 |
| | | | **$36,986.58** |

---

**Claim: 10579**
Date Filed:  07/25/2006
Docketed Total:  $760,117.01
Filing Creditor Name and Address:
  PHILLIPS PLASTICS
  CORPORATION
  1201 HANLEY RD
  HUDSON, WI 54016

Claim Holder Name and Address

CONTRARIAN FUNDS LLC
411 W PUTNAM AVE S 225
GREENWICH, CT 06830

Docketed Total:  $760,117.01

Modified Total:  $753,910.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $751,115.95 | $9,001.06 | |
| | **$751,115.95** | **$9,001.06** | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $753,910.00 |
| | | | **$753,910.00** |

---

\*      See Exhibit E for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

## EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10580<br>Date Filed: 07/25/2006<br>Docketed Total: $203,432.68<br>Filing Creditor Name and Address:<br>PHILLIPS PLASTICS<br>CORPORATION<br>1201 HANLEY RD<br>HUDSON, WI 54016 | Claim Holder Name and Address<br><br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE S 225<br>GREENWICH, CT 06830 | |

Claim: 10580 — Docketed Total: $203,432.68; Modified Total: $192,311.59

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $203,432.68 | | | 05-44640 | | | $192,311.59 |
| | **$203,432.68** | | | | | | **$192,311.59** |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12046<br>Date Filed: 07/28/2006<br>Docketed Total: $30,000.00<br>Filing Creditor Name and Address:<br>PHILLIPS ROBERT<br>LINDA GEORGE ESQW RUSSELL<br>SIPES<br>151 N DELAWARE ST STE 1700<br>INDIANAPOLIS, IN 46204-2503 | Claim Holder Name and Address<br><br>PHILLIPS ROBERT<br>LINDA GEORGE ESQW RUSSELL<br>SIPES<br>151 N DELAWARE ST STE 1700<br>INDIANAPOLIS, IN 46204-2503 | |

Claim: 12046 — Docketed Total: $30,000.00; Modified Total: $5,000.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $30,000.00 | 05-44640 | | | $5,000.00 |
| | | | **$30,000.00** | | | | **$5,000.00** |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2173<br>Date Filed: 03/03/2006<br>Docketed Total: $550,320.80<br>Filing Creditor Name and Address:<br>PIC PRODUCTIVITY<br>IMPROVEMENT CTR<br>199 WENTWORTH ST E<br>OSHAWA, ON L1H 3V6<br>CANADA | Claim Holder Name and Address<br><br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019 | |

Claim: 2173 — Docketed Total: $550,320.80; Modified Total: $450,000.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $550,320.80 | 05-44640 | | | $450,000.00 |
| | | | **$550,320.80** | | | | **$450,000.00** |

\*      See Exhibit E for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 13775**
Date Filed: 07/31/2006
Docketed Total: $188,727.41
Filing Creditor Name and Address:
PLATING TECHNOLOGY INC
800 FREBIS AVE
COLUMBUS, OH 43206

Claim Holder Name and Address
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total: $188,727.41

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $188,727.41 |
| | | | **$188,727.41** |

Modified Total: $184,726.19

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $184,726.19 |
| | | | **$184,726.19** |

---

**Claim: 12187**
Date Filed: 07/28/2006
Docketed Total: $100,551.70
Filing Creditor Name and Address:
PORT CITY CASTINGS CORP
AFFILIATE OF PORT CITY DIE
CAST INC
PORT CITY CASTINGS CORP
601 TERRACE ST
MUSKEGON, MI 49443-0786

Claim Holder Name and Address
PORT CITY CASTINGS CORP
AFFILIATE OF PORT CITY DIE CAST
INC
PORT CITY CASTINGS CORP
601 TERRACE ST
MUSKEGON, MI 49443-0786

Docketed Total: $100,551.70

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $100,551.70 | | |
| | **$100,551.70** | | |

Modified Total: $3,696.39

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,696.39 |
| | | | **$3,696.39** |

---

**Claim: 10710**
Date Filed: 07/25/2006
Docketed Total: $574,896.85
Filing Creditor Name and Address:
PPG INDUSTRIES INC
ONE PPG PL
PITTSBURGH, PA 15272

Claim Holder Name and Address
PPG INDUSTRIES INC
ONE PPG PL
PITTSBURGH, PA 15272

Docketed Total: $574,896.85

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $574,896.85 |
| | | | **$574,896.85** |

Modified Total: $246,553.06

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $246,553.06 |
| | | | **$246,553.06** |

---

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 15627**
Date Filed:    07/31/2006
Docketed Total:    $147,402.29
Filing Creditor Name and Address:
PREMIER PRODUCTS INC
3030 KERSTEN CT
KALAMAZOO, MI 49048

Claim Holder Name and Address
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total:    **$147,402.29**

Modified Total:    **$144,511.61**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $147,402.29 |
| | | | **$147,402.29** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $144,511.61 |
| | | | **$144,511.61** |

---

**Claim: 12047**
Date Filed:    07/28/2006
Docketed Total:    $30,000.00
Filing Creditor Name and Address:
PROUD DOUGLAS AND ESTHER
L GEORGE W R SIPES
151 N DELAWARE ST STE 1700
INDIANAPOLIS, IN 46204-2503

Claim Holder Name and Address
PROUD DOUGLAS AND ESTHER
L GEORGE W R SIPES
151 N DELAWARE ST STE 1700
INDIANAPOLIS, IN 46204-2503

Docketed Total:    **$30,000.00**

Modified Total:    **$5,000.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $30,000.00 |
| | | | **$30,000.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,000.00 |
| | | | **$5,000.00** |

---

**Claim: 2073**
Date Filed:    02/21/2006
Docketed Total:    $29,268.00
Filing Creditor Name and Address:
QUICK CABLE CORPORATION
3700 QUICK DR
FRANKSVILLE, WI 53126

Claim Holder Name and Address
MADISON INVESTMENT TRUST
SERIES 38
6310 LAMAR AVE STE 120
OVERLAND PARK, KS 66202

Docketed Total:    **$29,268.00**

Modified Total:    **$28,260.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $29,268.00 |
| | | | **$29,268.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $28,260.00 |
| | | | **$28,260.00** |

---

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 16334**
Date Filed:    09/25/2006
Docketed Total:    $398,139.37
Filing Creditor Name and Address:
RAWAC PLATING COMPANY
ONE UNIVERSITY PLZ STE 312
HACKENSACK, NJ 07601

Claim Holder Name and Address
RAWAC PLATING COMPANY          Docketed Total:    $398,139.37
ONE UNIVERSITY PLZ STE 312
HACKENSACK, NJ 07601

Modified Total:    $352,725.84

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $398,139.37 | 05-44640 | | | $352,725.84 |
| | | | **$398,139.37** | | | | **$352,725.84** |

**Claim: 11264**
Date Filed:    07/27/2006
Docketed Total:    $673,272.82
Filing Creditor Name and Address:
REPUBLIC ENGINEERED
PRODUCTS INC
MCDONALD HOPKINS CO LPA
600 SUPERIOR AVE E STE 2100
CLEVELAND, OH 44114

Claim Holder Name and Address
AMROC INVESTMENTS LLC          Docketed Total:    $673,272.82
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Modified Total:    $673,122.03

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $673,272.82 | 05-44640 | | | $673,122.03 |
| | | | **$673,272.82** | | | | **$673,122.03** |

**Claim: 8863**
Date Filed:    06/30/2006
Docketed Total:    $25,198.10
Filing Creditor Name and Address:
RIVERSIDE CLAIMS LLC AS
ASSIGNEE FOR LAUREN
MANUFACTURING
PO BOX 626 PLANETARIUM
STATION
NEW YORK, NY 10024

Claim Holder Name and Address
RIVERSIDE CLAIMS LLC AS          Docketed Total:    $25,198.10
ASSIGNEE FOR LAUREN
MANUFACTURING
PO BOX 626 PLANETARIUM
STATION
NEW YORK, NY 10024

Modified Total:    $23,290.40

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $25,198.10 | 05-44640 | | | $23,290.40 |
| | | | **$25,198.10** | | | | **$23,290.40** |

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 8860**
Date Filed: 06/30/2006
Docketed Total: $4,745.00
Filing Creditor Name and Address:
RIVERSIDE CLAIMS LLC AS
ASSIGNEE FOR SA
TECHNOLOGIES INC
PO BOX 626 PLANETARIUM
STATION
NEW YORK, NY 10024

Claim Holder Name and Address
RIVERSIDE CLAIMS LLC AS
ASSIGNEE FOR SA TECHNOLOGIES
INC
PO BOX 626 PLANETARIUM
STATION
NEW YORK, NY 10024

Docketed Total: $4,745.00

Modified Total: $3,200.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $4,745.00 |
| | | | **$4,745.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $3,200.00 |
| | | | **$3,200.00** |

**Claim: 8858**
Date Filed: 06/30/2006
Docketed Total: $12,982.30
Filing Creditor Name and Address:
RIVERSIDE CLAIMS LLC AS
ASSIGNEE FOR VANEX FIRE
SYSTEMS
PO BOX 626 PLANETARIUM
STATION
NEW YORK, NY 10024

Claim Holder Name and Address
RIVERSIDE CLAIMS LLC AS
ASSIGNEE FOR VANEX FIRE
SYSTEMS
PO BOX 626 PLANETARIUM
STATION
NEW YORK, NY 10024

Docketed Total: $12,982.30

Modified Total: $12,864.15

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $12,982.30 |
| | | | **$12,982.30** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $12,864.15 |
| | | | **$12,864.15** |

**Claim: 4011**
Date Filed: 05/01/2006
Docketed Total: $30,350.37
Filing Creditor Name and Address:
ROOT NEAL & CO INC
64 PEABODY ST
BUFFALO, NY 14240

Claim Holder Name and Address
MADISON INVESTMENT TRUST
SERIES 38
6310 LAMAR AVE STE 120
OVERLAND PARK, KS 66202

Docketed Total: $30,350.37

Modified Total: $25,682.68

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $30,350.37 |
| | | | **$30,350.37** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $25,682.68 |
| | | | **$25,682.68** |

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 14605-2   Filed 12/17/08   Entered 12/17/08 15:53:20   Exhibit B
Pg 28 of 32

Thirty-Second Omnibus Claims Objection

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 15692**
Date Filed:   07/31/2006
Docketed Total:   $12,209.13
Filing Creditor Name and Address:
SIEMENS BULDING
TECHNOLOGIES INC
FAGELHABER LLC
55 E MONROE ST 40TH FL
CHICAGO, IL 60603

Claim Holder Name and Address

SIEMENS BULDING TECHNOLOGIES
INC
FAGELHABER LLC
55 E MONROE ST 40TH FL
CHICAGO, IL 60603

Docketed Total:   $12,209.13

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $12,209.13 | | |
| | **$12,209.13** | | |

Modified Total:   $8,407.85

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $8,407.85 |
| | | | **$8,407.85** |

---

**Claim: 14141**
Date Filed:   07/31/2006
Docketed Total:   $2,565,472.27
Filing Creditor Name and Address:
SPCP GROUP LLC AS ASSIGNEE
OF PARKER HANNIFIN
CORPORATION
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Claim Holder Name and Address

CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total:   $2,492,426.58

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,492,426.58 |
| | | | **$2,492,426.58** |

Modified Total:   $2,465,004.18

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,440,294.07 |
| 05-44507 | | | $24,710.11 |
| | | | **$2,465,004.18** |

Claim Holder Name and Address

SPCP GROUP LLC AS ASSIGNEE OF
PARKER HANNIFIN CORPORATION
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total:   $73,045.69

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $73,045.69 | |
| | | **$73,045.69** | |

Modified Total:   $0.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $0.00 |
| 05-44640 | | | $0.00 |
| | | | **$0.00** |

---

\*     See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

## EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 15423<br>Date Filed: 07/31/2006<br>Docketed Total: $6,153,413.36<br>Filing Creditor Name and Address:<br>SPECIAL SITUATIONS INVESTING GROUP INC<br>C/O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY, NJ 07302 | Claim Holder Name and Address<br><br>LONGACRE MASTER FUND LTD   Docketed Total:   **$1,000,000.00**<br>C O US BANK NATIONAL ASSOCIATION<br>CORPORATE TRUST SERVICES<br>1420 FIFTH AVE 7TH FL<br>SEATTLE, WA 98101 | Modified Total:   **$952,100.11** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,000,000.00 |
| | | | **$1,000,000.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $952,100.11 |
| | | | **$952,100.11** |

| | Claim Holder Name and Address<br><br>SPECIAL SITUATIONS INVESTING GROUP INC   Docketed Total:   **$5,153,413.36**<br>C/O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY, NJ 07302 | Modified Total:   **$4,906,565.43** |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,153,413.36 |
| | | | **$5,153,413.36** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,906,565.43 |
| | | | **$4,906,565.43** |

| Claim: 9772<br>Date Filed: 07/18/2006<br>Docketed Total: $72,034.20<br>Filing Creditor Name and Address:<br>SPS TECHNOLOGIES WATERFORD COMPANY FKA TERRY MACHINE COMPANY<br>C O ROBERT SZWAJKOS ESQUIRE<br>CURTIN & HEEFNER LLP<br>250 N PENNSYLVANIA AVE<br>MORRISVILLE, PA 19067 | Claim Holder Name and Address<br><br>BEAR STEARNS INVESTMENT PRODUCTS INC   Docketed Total:   **$72,034.20**<br>CO JPMORGAN CHASE BANK NA<br>LEGAL DEPT<br>1 CHASE MANHATTAN PLAZA 26TH FL<br>NEW YORK, NY 10081 | Modified Total:   **$72,025.32** |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $72,034.20 |
| | | | **$72,034.20** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $72,025.32 |
| | | | **$72,025.32** |

\*   See Exhibit E for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.

## EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 8094**
Date Filed:    06/16/2006
Docketed Total:    $271.50
Filing Creditor Name and Address:
TAX COMMISSIONER OF THE
STATE OF OHIO
30 E BROAD ST
COLUMBUS, OH 43215

Claim Holder Name and Address

TAX COMMISSIONER OF THE STATE OF OHIO
30 E BROAD ST
COLUMBUS, OH 43215

Docketed Total:    **$271.50**

Modified Total:    **$222.89**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $271.50 | |
| | | **$271.50** | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $222.89 | |
| | | **$222.89** | |

---

**Claim: 12828**
Date Filed:    07/28/2006
Docketed Total:    $2,696,313.72
Filing Creditor Name and Address:
TCS AMERICA A DIV OF TATA
AMERICA INTERNATIONAL
CORPORATION
TCS AMERICA
101 PK AVE 26TH FL
NEW YORK, NY 10178

Claim Holder Name and Address

SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total:    **$2,696,313.72**

Modified Total:    **$2,671,979.95**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,696,313.72 |
| | | | **$2,696,313.72** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,671,979.95 |
| | | | **$2,671,979.95** |

---

**Claim: 16583**
Date Filed:    03/20/2007
Docketed Total:    $206,964.00
Filing Creditor Name and Address:
TESTEQUITY INC
2450 TURQUOISE CIR
THOUSAND OAKS, CA 91320

Claim Holder Name and Address

LONGACRE MASTER FUND LTD
810 SEVENTH AVE 33RD FL
NEW YORK, NY 10019

Docketed Total:    **$206,964.00**

Modified Total:    **$166,885.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $206,964.00 |
| | | | **$206,964.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $166,885.00 |
| | | | **$166,885.00** |

---

\*      See Exhibit E for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 10373**

Date Filed: 07/24/2006

Docketed Total: $61,309.20

Filing Creditor Name and Address:
THE DAYTON POWER AND
LIGHT COMPANY
1065 WOODMAN DR
DAYTON, OH 45432

Claim Holder Name and Address

THE DAYTON POWER AND LIGHT COMPANY
1065 WOODMAN DR
DAYTON, OH 45432

Docketed Total: $61,309.20

Modified Total: $37,272.92

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $61,309.20 | 05-44640 | | | $37,272.92 |
| | | | **$61,309.20** | | | | **$37,272.92** |

**Claim: 2340**

Date Filed: 03/20/2006

Docketed Total: $5,083.55

Filing Creditor Name and Address:
VERIZON NORTH INC
404 BROCK DR
BLOOMINGTON, IL 61701

Claim Holder Name and Address

VERIZON NORTH INC
404 BROCK DR
BLOOMINGTON, IL 61701

Docketed Total: $5,083.55

Modified Total: $4,200.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $5,083.55 | 05-44640 | | | $4,200.00 |
| | | | **$5,083.55** | | | | **$4,200.00** |

**Claim: 11640**

Date Filed: 07/27/2006

Docketed Total: $6,183,936.00

Filing Creditor Name and Address:
VICTORY PACKAGING LP
VICTORY PACKAGING LLP
3555 TIMMONS LAND STE 1440
HOUSTON, TX 77027

Claim Holder Name and Address

VICTORY PACKAGING LP
VICTORY PACKAGING LLP
3555 TIMMONS LAND STE 1440
HOUSTON, TX 77027

Docketed Total: $6,183,936.00

Modified Total: $3,764,666.98

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | UNL | $6,183,936.00 | 05-44640 | | | $3,764,666.98 |
| | | **UNL** | **$6,183,936.00** | | | | **$3,764,666.98** |

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14605-2    Filed 12/17/08    Entered 12/17/08 15:53:20    Exhibit B
Pg 32 of 32

Thirty-Second Omnibus Claims Objection

## EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 12052**
Date Filed: 07/28/2006
Docketed Total: $30,000.00
Filing Creditor Name and Address:
WALDO RICHARD L AND
GWENDOLYN A WALDO
PLAINTIFFS V
L GEORGE W R SIPES
151 N DELAWARE ST STE 1700
INDIANAPOLIS, IN 46204-2503

Claim Holder Name and Address
WALDO RICHARD L AND
GWENDOLYN A WALDO
PLAINTIFFS V
L GEORGE W R SIPES
151 N DELAWARE ST STE 1700
INDIANAPOLIS, IN 46204-2503

Docketed Total: $30,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $30,000.00 |
| | | | $30,000.00 |

Modified Total: $5,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,000.00 |
| | | | $5,000.00 |

**Claim: 16447**
Date Filed: 12/08/2006
Docketed Total: $76,844.72
Filing Creditor Name and Address:
WRIGHT PLASTIC PRODUCTS CO
LLC
201 CONDENSERY RD
SHERIDAN, MI 48884

Claim Holder Name and Address
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE S 225
GREENWICH, CT 06830

Docketed Total: $76,844.72

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $76,844.72 |
| | | | $76,844.72 |

Modified Total: $92,839.58

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $92,839.58 |
| | | | $92,839.58 |

**Total Claims To Be Modified: 90**

Total Amount As Docketed: $72,240,178.95

Total Amount As Modified: $65,371,216.92

---

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.