**EXHIBIT D-1 - ADJOURNED ASSERTED AMOUNT CLAIM**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12190<br>Date Filed: 07/28/2006<br>Docketed Total: $5,738.00<br>Filing Creditor Name and Address:<br>PORT CITY METAL PRODUCTS INC<br>601 TERRACE ST<br>MUSKEGON, MI 49443-0786 | Claim Holder Name and Address<br>PORT CITY METAL PRODUCTS INC    Docketed Total: $5,738.00<br>601 TERRACE ST<br>MUSKEGON, MI 49443-0786<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44567 / $5,738.00<br>$5,738.00 | Modified Total: $5,738.00<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44567 / / / $5,738.00<br>$5,738.00 |

**Total Claims To Be Modified:** 1

**Total Amount As Docketed:**   $5,738.00

**Total Amount As Modified:**   $5,738.00

\*    See Exhibit E for a listing of debtor entities by case number.