**EXHIBIT D-2 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 2127<br>Date Filed: 02/27/2006<br>Docketed Total: $2,115,405.67<br>Filing Creditor Name and Address:<br>CLARION CORPORATION OF AMERICA<br>661 W REDONDO BEACH BLVD<br>GARDENA, CA 90247 | Claim Holder Name and Address<br>GOLDMAN SACHS CREDIT PARTNERS LP<br>ATTN PEDRO RAMIREZ<br>30 HUDSON 17TH FL<br>JERSEY CITY, NJ 07302 | Docketed Total: | | $2,115,405.67 | | Modified Total: | | $2,010,294.45 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,115,405.67<br>$2,115,405.67 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,010,294.45<br>$2,010,294.45 |
| Claim: 15379<br>Date Filed: 07/31/2006<br>Docketed Total: $617,204.24<br>Filing Creditor Name and Address:<br>COMPUTER PATENT ANNUITIES LP<br>CPA HOUSE<br>11 15 SEATON PLACE<br>ST HELIER JERSEY, JE1 1BL<br>CHANNEL ISLANDS | Claim Holder Name and Address<br>COMPUTER PATENT ANNUITIES LP<br>CPA HOUSE<br>11 15 SEATON PLACE<br>ST HELIER JERSEY, JE1 1BL<br>CHANNEL ISLANDS | Docketed Total: | | $617,204.24 | | Modified Total: | | $602,481.60 |
| | Case Number*<br>05-44554 | Secured | Priority | Unsecured<br>$617,204.24<br>$617,204.24 | Case Number*<br>05-44554 | Secured | Priority | Unsecured<br>$602,481.60<br>$602,481.60 |
| Claim: 15452<br>Date Filed: 07/31/2006<br>Docketed Total: $651,626.18<br>Filing Creditor Name and Address:<br>GENERAL ELECTRIC CAPITAL CORP<br>ATTN URI SKY<br>C O GE CAPITAL SOLUTIONS<br>VENDOR FINANCE<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS, IA 52404 | Claim Holder Name and Address<br>GENERAL ELECTRIC CAPITAL CORP<br>ATTN URI SKY<br>C O GE CAPITAL SOLUTIONS<br>VENDOR FINANCE<br>1010 THOMAS EDISON BLVD SW<br>CEDAR RAPIDS, IA 52404 | Docketed Total: | | $651,626.18 | | Modified Total: | | $620,181.39 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$651,626.18<br>$651,626.18 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$620,181.39<br>$620,181.39 |

\* See Exhibit E for a listing of debtor entities by case number.

**EXHIBIT D-2 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10683<br>Date Filed: 07/26/2006<br>Docketed Total: $953,280.40<br>Filing Creditor Name and Address:<br>  HEWLETT PACKARD FINANCIAL<br>  SERVICES COMPANY FKA<br>  COMPAQ FINANCIAL SERVICES<br>  CORPORATION<br>  420 MOUNTAIN AVE<br>  MURRAY HILL, NJ 07974-0006 | Claim Holder Name and Address<br>  HEWLETT PACKARD FINANCIAL    Docketed Total:    $953,280.40<br>  SERVICES COMPANY FKA COMPAQ<br>  FINANCIAL SERVICES<br>  CORPORATION<br>  420 MOUNTAIN AVE<br>  MURRAY HILL, NJ 07974-0006<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                         $953,280.40<br>                                                 $953,280.40 | Modified Total:    $166,642.02<br><br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                         $166,642.02<br>                                                 $166,642.02 |
| Claim: 9995<br>Date Filed: 07/20/2006<br>Docketed Total: $57,149.69<br>Filing Creditor Name and Address:<br>  IBJTC BUSINESS CREDIT<br>  CORPORATION AS SUCCESSOR<br>  IN INTEREST TO IBJ WHITEHALL<br>  BUSINESS CREDIT<br>  CORPORATION<br>  DAY PITNEY LLP<br>  7 TIMES SQUARE<br>  NEW YORK, NY 10036 | Claim Holder Name and Address<br>  IBJTC BUSINESS CREDIT          Docketed Total:    $57,149.69<br>  CORPORATION AS SUCCESSOR IN<br>  INTEREST TO IBJ WHITEHALL<br>  BUSINESS CREDIT CORPORATION<br>  DAY PITNEY LLP<br>  7 TIMES SQUARE<br>  NEW YORK, NY 10036<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                         $57,149.69<br>                                                 $57,149.69 | Modified Total:    $44,643.53<br><br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                         $44,643.53<br>                                                 $44,643.53 |

\*    See Exhibit E for a listing of debtor entities by case number.

**EXHIBIT D-2 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2548<br>Date Filed: 04/04/2006<br>Docketed Total: $562,192.18<br>Filing Creditor Name and Address:<br>PBR AUSTRALIA PTY LTD<br>ATTN PETER VALENTINE<br>PO BOX 176<br>BENTLEIGH E VI 3165,<br>AUSTRALIA | Claim Holder Name and Address<br>PBR AUSTRALIA PTY LTD    Docketed Total: **$223,390.20**<br>ATTN PETER VALENTINE<br>PO BOX 176<br>BENTLEIGH E VI 3165, AUSTRALIA<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                  $223,390.20<br>                                          **$223,390.20** | Modified Total: **$39,766.37**<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                  $39,766.37<br>                                          **$39,766.37** |
| | Claim Holder Name and Address<br>SPECIAL SITUATIONS INVESTING   Docketed Total: **$338,801.98**<br>GROUP INC<br>C/O GOLDMAN SACHS & CO<br>85 BROAD ST 27TH FL<br>NEW YORK, NY 10004<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                  $338,801.98<br>                                          **$338,801.98** | Modified Total: **$338,801.98**<br><br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                  $338,801.98<br>                                          **$338,801.98** |

\*   See Exhibit E for a listing of debtor entities by case number.

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14605-6    Filed 12/17/08    Entered 12/17/08 15:53:20    Exhibit D2
Pg 4 of 4

Thirty-Second Omnibus Claims Objection

**EXHIBIT D-2 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 5980<br>Date Filed: 05/16/2006<br>Docketed Total: $9,225,767.18<br>Filing Creditor Name and Address:<br>SPECIAL SITUATIONS INVESTING GROUP INC AS ASSIGNEE OF PBR KNOXVILLE LLC<br>10215 CANEEL DR<br>KNOXVILLE, TN 37931 | Claim Holder Name and Address<br>PBR KNOXVILLE LLC    Docketed Total: $68,308.80<br>10215 CANEEL DR<br>KNOXVILLE, TN 37931<br><br>Case Number*  Secured   Priority   Unsecured<br>05-44640     $68,308.80<br>              $68,308.80 | Modified Total: $0.00<br><br><br><br>Case Number*  Secured   Priority   Unsecured<br>05-44640                              $0.00<br>                                       $0.00 |
| | Claim Holder Name and Address<br>SPECIAL SITUATIONS INVESTING GROUP INC    Docketed Total: $9,157,458.38<br>C/O GOLDMAN SACHS & CO<br>85 BROAD ST 27TH FL<br>NEW YORK, NY 10004<br><br>Case Number*  Secured   Priority   Unsecured<br>05-44640                              $9,157,458.38<br>                                       $9,157,458.38 | Modified Total: $9,157,458.38<br><br><br><br>Case Number*  Secured   Priority   Unsecured<br>05-44640                              $9,157,458.38<br>                                       $9,157,458.38 |

**Total Claims To Be Modified: 7**

**Total Amount As Docketed:** $14,182,625.54

**Total Amount As Modified:** $12,980,269.72

\*    See Exhibit E for a listing of debtor entities by case number.