05-44481-rdd    Doc 14605-7    Filed 12/17/08    Entered 12/17/08 15:53:20    Exhibit D3
Pg 1 of 1

In re Delphi Corporation, et al.    Thirty-Second Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT D-3 - ADJOURNED CLAIM TO BE EXPUNGED PURSUANT TO SETTLEMENT**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PBR COLUMBIA LLC<br>ATTN DAVID WHEELER<br>201 METROPOLITAN DR<br>WEST COLUMBIA, SC 29170<br><br>SPECIAL SITUATIONS INVESTING GROUP INC<br>ATTN AL DOMBROWSKI<br>C/O GOLDMAN SACHS & CO<br>85 BROAD ST 27TH FL<br>NEW YORK, NY 10004 | 6610 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,508,953.50<br><br><br>$447,670.98<br>$1,956,624.48 | 05/22/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Total: | 1 | | $1,956,624.48 | | |