In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14605-9    Filed 12/17/08    Entered 12/17/08 15:53:20    Exhibit F
Pg 1 of 8

Thirty-Second Omnibus Claims Objection

Exhibit F - Claimants And Related Claims Subject To Thirty-Second Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| 1ST CHOICE HEATING & COOLING I | 15805 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| 1ST CHOICE HEATING & COOLING INC | 16601 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| 1ST CHOICE HEATING & COOLING INC | 16606 | EXHIBIT C-1 - DUPLICATE OR AMENDED CLAIMS |
| ABC TECHNOLOGIES INC | 1168 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| ADMIRAL TOOL & MFG CO OF ILLINOIS | 16406 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| AIRGAS EAST INC | 14278 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| AIRGAS EAST INC | 14279 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| AIRGAS SOUTHWEST INC | 14277 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| AMES REESE INC | 9816 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| AMROC INVESTMENTS LLC | 11264 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| AMROC INVESTMENTS LLC AS ASSIGNEE OF FASTENAL COMPANY | 7514 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| AMROC INVESTMENTS LLC/FASTENAL COMPANY | 7514 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| ARGO PARTNERS | 14277 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| ARGO PARTNERS | 14278 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| ARGO PARTNERS | 14279 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| ARGO PARTNERS | 16132 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| ASM CAPITAL | 2317 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| ASM CAPITAL AS ASSIGNEE FOR SPEED MOTOR EXPRESS OF WNY INC | 2317 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| ASM CAPITAL II LP | 16406 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| BANK OF AMERICA N A | 5423 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| BASF CORPORATION | 16200 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| BASF CORPORATION | 8012 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| BEAR STEARNS INVESTMENT PRODUCTS INC | 2713 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| BEAR STEARNS INVESTMENT PRODUCTS INC | 9771 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| BEAR STEARNS INVESTMENT PRODUCTS INC | 9772 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| BEAR STEARNS INVESTMENT PRODUCTS INC | 9798 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| BEAR STEARNS INVESTMENT PRODUCTS INC/CTS CORPORATION | 11256 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| BEAR STEARNS INVESTMENT PRODUCTS INC/FUTABA CORPORATION OF AMERICA | 9261 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| BEAVER VALLEY MANUFACTURING INC | 11186 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| BEAVER VALLEY MANUFACTURING INC | 16615 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| BELLSOUTH TELECOMMUNICATIONS INC | 1570 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| BRAKE PARTS INC WIX FILTRATION CORP AFFINIA GROUP INC | 12011 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14605-9    Filed 12/17/08    Entered 12/17/08 15:53:20    Exhibit F
Pg 2 of 8

Thirty-Second Omnibus Claims Objection

Exhibit F - Claimants And Related Claims Subject To Thirty-Second Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| BREEN COLOR CONCENTRATES INC | 13740 | EXHIBIT C-1 - DUPLICATE OR AMENDED CLAIMS |
| BURKBURNETT INDEPENDENT SCHOOL DISTRICT | 2076 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| CDW COMPUTER CENTERS INC | 1659 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CDW COMPUTER CENTERS INC | 419 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CDW COMPUTER CENTERS INC | 420 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CDW COMPUTER CENTERS INC | 88 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CINGULAR WIRELESS | 5084 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CINGULAR WIRELESS | 5085 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CINGULAR WIRELESS | 5087 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CIRCLE BROACH COMPANY INC | 9541 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CLARION CORPORATION OF AMERICA | 2127 | EXHIBIT D-2 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| COMPUTER PATENT ANNUITIES LP | 15379 | EXHIBIT D-2 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| CONTI TECH ELASTOMER COATINGS | 9079 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC | 10579 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC | 10580 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC | 10581 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CONTRARIAN FUNDS LLC | 13775 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC | 14795 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CONTRARIAN FUNDS LLC | 14878 | EXHIBIT C-1 - DUPLICATE OR AMENDED CLAIMS |
| CONTRARIAN FUNDS LLC | 15211 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC | 15222 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CONTRARIAN FUNDS LLC | 15627 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC | 16447 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC | 16479 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CONTRARIAN FUNDS LLC | 16515 | EXHIBIT C-1 - DUPLICATE OR AMENDED CLAIMS |
| CONTRARIAN FUNDS LLC | 16541 | EXHIBIT C-1 - DUPLICATE OR AMENDED CLAIMS |
| CONTRARIAN FUNDS LLC | 16570 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC | 5568 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC | 6147 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC | 8012 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF BLISSFIELD MANUFACTURING COMPANY | 9109 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF CAMOPLAST INCORPORATED | 12691 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF CAPSTAN ATLANTIC | 7374 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF ELECTRONIC SERVICES LLC DBA CSI ELECTRONICS | 9112 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |

In re: Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14605-9    Filed 12/17/08    Entered 12/17/08 15:53:20    Exhibit F
Pg 3 of 8

Thirty-Second Omnibus Claims Objection

Exhibit F - Claimants And Related Claims Subject To Thirty-Second Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF FLOW DRY TECHNOLOGY LTD | 12689 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF GEMINI PLASTICS INC | 10388 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF HITCHINER MANUFACTURING CO INC | 9796 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF IMCO INC | 7237 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF INA USA CORPORATION | 12686 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF MTD TECHNOLOGIES INC | 10382 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF PAX MACHINE WORKS INC | 9792 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF PRESTOLITE WIRE CORPORATION | 9113 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF REGENCY MCALLEN | 10387 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF SCHAEFFLER CANADA INC | 12690 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF SP DIV NMC LLC | 9791 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF STRATTEC SECURITY CORP | 12692 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF TRELLEBORG KUNHWA CO LTD | 12695 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF TRELLEBORG YSH INC | 12696 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF TRELLEBORG YSH SA DE CV | 12694 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF TROSTEL LTD | 12693 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF WHIRLAWAY CORPORATION | 9793 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS TRANSFEREE OF UNITED STARS INDUSTRIES INC | 16745 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC/SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | 14141 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTROL MASTERS INC | 8219 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CORUS LP | 5423 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CREATIVE TECHNIQUES INC | 14795 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CROWLEY TOOL CO | 16132 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CROWN CREDIT COMPANY | 6578 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| CTS CORPORPATION | 11256 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| DECO AUTOMOTIVE A DIVISION OF MAGNA INTERNATIONAL INC | 13458 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| DEMAG PLASTICS GROUP CORP | 10284 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| ELECTRONIC SOLUTIONS INC | 1201 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14605-9    Filed 12/17/08    Entered 12/17/08 15:53:20    Exhibit F
Pg 4 of 8

Thirty-Second Omnibus Claims Objection

Exhibit F - Claimants And Related Claims Subject To Thirty-Second Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| EMC2 CORPORATION | 14837 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| EMPRESAS CA LE TIAXCALA SA DE CV | 15511 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| FIRST CHOICE HEATING & COOLING INC | 15804 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| FIRST TECHNOLOGY HOLDINGS INC AND AFFILIATES AND SUBSIDIARIES | 1672 | EXHIBIT C-1 - DUPLICATE OR AMENDED CLAIMS |
| FIRST TECHNOLOGY HOLDINGS INC AND AFFILIATES AND SUBSIDIARIES AND CONTROL DEVICES INC AND FIRST INERTIA SWITCH LIMITED | 16739 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| FIRSTENERGY SOLUTIONS CORP | 2342 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| FLEXIBLE AUTOMATION INC | 863 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| FOSTER ELECTRIC USA INC | 5568 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| FRAENKISCHE USA LP | 16511 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| FREUDENBERG NONWOVENS LP EFT | 5463 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| FUTABA CORPORATION OF AMERICA | 9261 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| GCI TECHNOLOGIES INC | 16570 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| GE CONSUMER & INDUSTRIAL F K A GE LIGHTING | 10191 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| GE CONSUMER & INDUSTRIAL F K A GE LIGHTING | 10192 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| GENERAL ELECTRIC CAPITAL CORP | 15452 | EXHIBIT D-2 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| GENERAL ELECTRIC COMPANY GE FANUC AUTOMATION NORTH AMERICA INC | 500 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| GOBAR SYSTEMS INC | 15429 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| GOLDMAN SACHS CREDIT PARTNERS LP | 14144 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| GOLDMAN SACHS CREDIT PARTNERS LP | 14145 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| GOLDMAN SACHS CREDIT PARTNERS LP | 2127 | EXHIBIT D-2 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| GOLDMAN SACHS CREDIT PARTNERS LP ASSIGNEE OF SIEMENS VDO AUTOMOTIVE CORPORATION AND SIEMENS VDO AUTOMOTIVE INC | 15064 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| GREER STOP NUT INC | 9798 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| GRUNER AG | 831 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| HAMMOND GROUP INC | 4427 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| HENKEL SURFACE TECHNOLOGIES | 6497 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| HEWLETT PACKARD COMPANY | 9352 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| HEWLETT PACKARD FINANCIAL SERVICES COMPANY FKA COMPAQ FINANCIAL SERVICES CORPORATION | 10683 | EXHIBIT D-2 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| IBJTC BUSINESS CREDIT CORPORATION AS SUCCESSOR IN INTEREST TO IBJ WHITEHALL BUSINESS CREDIT CORPORATION | 9995 | EXHIBIT D-2 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| ILM TOOL INC | 773 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| INFINEON TECHNOLOGIES NORTH AMERICA CORP | 11968 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| IRON MOUNTAIN INFORMATION MANAGEMENT INC | 646 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14605-9    Filed 12/17/08    Entered 12/17/08 15:53:20    Exhibit F
Pg 5 of 8

Thirty-Second Omnibus Claims Objection

Exhibit F - Claimants And Related Claims Subject To Thirty-Second Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| JOHN E BENZ & CO | 14297 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| JOHN E BENZ & CO | 14314 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| JOHNSON CONTROLS INC | 5976 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| JPMORGAN CHASE BANK NA | 11599 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| JPMORGAN CHASE BANK NA | 16616 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| JUDCO MANUFACTURING INC | 13445 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| JUDCO MANUFACTURING INC | 16012 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| KORTEN QUALITY SYSTEMS LTD | 3640 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| KYOCERA INDUSTRIAL CERAMICS CORP | 12530 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| LIQUIDITY SOLUTIONS INC | 9816 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF HAMMOND GROUP INC | 4427 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF DIGIKEY | 15483 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| LITTELFUSE INC | 6147 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| LONGACRE MASTER FUND LTD | 16395 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| LONGACRE MASTER FUND LTD | 16583 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| LONGACRE MASTER FUND LTD | 2173 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| LONGACRE MASTER FUND LTD | 9079 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| LONGACRE MASTER FUND LTD/SPECIAL SITUATIONS INVESTING GROUP INC | 15423 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| MAC ARTHUR CORPORATION | 11599 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| MAC ARTHUR CORPORATION | 16616 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| MADISON INVESTMENT TRUST SERIES 38 | 2073 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| MADISON INVESTMENT TRUST SERIES 38 | 4011 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| MADISON NICHE OPPORTUNITIES FUND LLC | 3640 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| MARQUARDT GMBH | 12161 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| MICROSYS TECHNOLOGIES INC | 2053 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| MICROSYS TECHNOLOGIES INC | 2054 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| MILLENNIUM INDUSTRIES CORPORATION | 15211 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| MINNICK RALPH D | 12043 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| MUSKEGON CASTINGS CORP | 12186 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| MUSKEGON CASTINGS CORP/SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 12186 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| NATIONAL INSTRUMENTS CORP | 10400 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14605-9    Filed 12/17/08    Entered 12/17/08 15:53:20    Exhibit F
Pg 6 of 8

Thirty-Second Omnibus Claims Objection

Exhibit F - Claimants And Related Claims Subject To Thirty-Second Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| NEOSONG USA INC | 5053 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| NOVELIS CORP | 15222 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| NSS TECHNOLOGIES INC FKA NATIONAL SET SCREW CORP | 9771 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| OHIO DEPARTMENT OF TAXATION | 1426 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| OHIO DEPARTMENT OF TAXATION | 16596 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| P & R INDUSTRIES INC EFT | 11429 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| PARK ENTERPRISES OF ROCHESTER INC | 16395 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| PARKVIEW METAL PRODUCTS | 13929 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| PARLEX CORPORATION | 11190 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| PARLEX CORPORATION | 11191 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| PARLEX CORPORATION | 11193 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| PBR AUSTRALIA PTY LTD | 2548 | EXHIBIT D-2 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| PBR AUSTRALIA PTY LTD/SPECIAL SITUATIONS INVESTING GROUP INC | 2548 | EXHIBIT D-2 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| PBR COLUMBIA LLC/SPECIAL SITUATIONS INVESTING GROUP INC | 6610 | EXHIBIT D-3 - ADJOURNED CLAIM TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| PBR KNOXVILLE LLC/SPECIAL SITUATIONS INVESTING GROUP INC | 5980 | EXHIBIT D-2 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| PHILLIPS PLASTICS CORPORATION | 10579 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| PHILLIPS PLASTICS CORPORATION | 10580 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| PHILLIPS PLASTICS CORPORATION | 10581 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| PHILLIPS ROBERT | 12046 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| PIC PRODUCTIVITY IMPROVEMENT CTR | 2173 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| PLATING TECHNOLOGY INC | 13775 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| PORT CITY CASTINGS CORP AFFILIATE OF PORT CITY DIE CAST INC | 12187 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| PORT CITY METAL PRODUCTS INC | 12190 | EXHIBIT D-1 - ADJOURNED ASSERTED AMOUNT CLAIM |
| PPG INDUSTRIES INC | 10710 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| PREMIER PRODUCTS INC | 15627 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| PROUD DOUGLAS AND ESTHER | 12047 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| QUICK CABLE CORPORATION | 2073 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| RAWAC PLATING COMPANY | 16334 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| REDROCK CAPITAL PARTNERS LLC | 863 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| REPUBLIC ENGINEERED PRODUCTS INC | 11264 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR JAN PAK HUNTSVILLE | 4045 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR LAUREN MANUFACTURING | 8863 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR SA TECHNOLOGIES INC | 8860 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR STANDARD SCALE & SUPPLY CO | 8865 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14605-9    Filed 12/17/08    Entered 12/17/08 15:53:20    Exhibit F
Pg 7 of 8

Thirty-Second Omnibus Claims Objection

Exhibit F - Claimants And Related Claims Subject To Thirty-Second Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---:|---|
| RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR VANEX FIRE SYSTEMS | 8858 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR WHYCO FINISHING TECHNOLOGIES LLC | 8874 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| ROOT NEAL & CO INC | 4011 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| SBC GLOBAL | 1581 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| SENSUS PRECISION DIE CASTING INC | 16479 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| SIEMENS BULDING TECHNOLOGIES INC | 15692 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| SIERRA LIQUIDITY FUND LLC ASSIGNEE METRIC EQUIPMENT SALES INC ASSIGNOR | 15976 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| SPCP GROUP LLC | 12011 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 11190 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 11191 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 11193 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 11429 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 1201 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 12257 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 12828 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| SPCP GROUP LLC AS ASSIGNEE OF FUJIKOKI AMERICA INC | 14137 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | 14141 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| SPCP GROUP LLC AS ASSIGNEE OF TEXTRON FASTENING SYSTEMS CANADA LTD | 14144 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| SPCP GROUP LLC AS ASSIGNEE OF TEXTRON FASTENING SYSTEMS CANADA LTD | 14145 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| SPECIAL SITUATIONS INVESTING GROUP INC | 14137 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| SPECIAL SITUATIONS INVESTING GROUP INC | 15423 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| SPECIAL SITUATIONS INVESTING GROUP INC AS ASSIGNEE OF PBR COLUMBIA LLC | 6610 | EXHIBIT D-3 - ADJOURNED CLAIM TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| SPECIAL SITUATIONS INVESTING GROUP INC AS ASSIGNEE OF PBR KNOXVILLE LLC | 5980 | EXHIBIT D-2 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| SPS TECHNOLOGIES WATERFORD COMPANY FKA TERRY MACHINE COMPANY | 9772 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14605-9    Filed 12/17/08    Entered 12/17/08 15:53:20    Exhibit F
Pg 8 of 8

Thirty-Second Omnibus Claims Objection

Exhibit F - Claimants And Related Claims Subject To Thirty-Second Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
| --- | --- | --- |
| SSOE INC | 16541 | EXHIBIT C-1 - DUPLICATE OR AMENDED CLAIMS |
| STANLEY ELECTRIC SALES OF AMERICA INC | 12257 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| TAX COMMISSIONER OF THE STATE OF OHIO | 8094 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| TCS AMERICA A DIV OF TATA AMERICA INTERNATIONAL CORPORATION | 12828 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| TESTEQUITY INC | 16583 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| TEXAS INSTRUMENTS INCORPORATED AND TEXAS INSTRUMENTS INCORPORATED S&C | 2713 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| THE DAYTON POWER AND LIGHT COMPANY | 10373 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| THE GROWING CONCERN | 1507 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| VERITAS SOFTWARE CORPORATION | 10913 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| VERIZON NORTH INC | 2340 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| VICTORY PACKAGING LP | 11640 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| WALDO RICHARD L AND GWENDOLYN A WALDO PLAINTIFFS V | 12052 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| WASHINGTON LABORATORIES LTD | 16515 | EXHIBIT C-1 - DUPLICATE OR AMENDED CLAIMS |
| WRIGHT PLASTIC PRODUCTS CO LLC | 14878 | EXHIBIT C-1 - DUPLICATE OR AMENDED CLAIMS |
| WRIGHT PLASTIC PRODUCTS CO LLC | 16447 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |