Dec 3, 2008

Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 610
New York, New York 10004

Dear Honorable Robert D. Drain

    I Sheryl Yvette Carter, enclosing copies of documents concerning my previous Attorney Todd Kime, + Binon + Associates letters, copies from, or concerning my Workers Compensation Results, claims. As I continue being misled, misrepresentation, delay tactic, etc. Atty Todd Kime withdraw my claim, until it expire, I fired him. Then Binon + Associates contacted me, I hired that firm, then Binon + Associates had me sign a form giving them access to my Social Security file, which again I was misled, misrepresented, they never contacted my doctors. The claim was dismissed 3/08, I was notify 10/24/08 after my Social Security Hearing. So I fired Binon + Associates, then hired Michael Kearns who can not doing nothing at this point.

    I don't know if my Workers Compensation is added in my claim in your court, I tried several times to contact Delphi Attorney Kuetzman Career Consultants LLC, I was directed to an recording several times, I left several messages. In the documents I received by Oct 6, 2008, I read failure of the Debtors to pay their Workers Compensation obligations suppose to Result in a draw down, the Debtors are authorized to pay all amounts related in Workers Compensation claims. I do not know if the amounts are

included in my claim.

Also ~~Honorable~~ Robert D. Drain I did not sign any papers giving up any of my rights. I also hope that my other Attorney Geoffrey Damon gave up all my notes including the last one dated 5/06 through 12/15/06

Thank you.

Sincerely
M.A. Sheryl Y. Carter

P.S. There was my 1st Attorney who handled this claim in Dayton Ohio, who I had to Report to the ~~Bar~~ Bar Associated on misrepresentation, and held document that took 1½ yrs to be denied.

Sincerely
M.A. Sheryl Y. Carter



# Ohio Bureau of Workers Compensation Detail

Access: **REPRESENTATIVE**  
Selection: **SSN SEARCH**  
Sub Selection: **CLAIM STATUS**  
SSN: **06-888317**

Date/Time Searched: **10/28/2008 02:39 PM**

Ohio BWC Status: **CONNECTED**　　　　　　　　　　　　　　　　　　　　　　　　　　　　⊠ DISCONNECT

## Claim Status

| | | | | | |
|---|---|---|---|---|---|
| Claim # | 06-888317 | Claim Status | **DISMISSED** | Claim Type | **LT-ACC-SI-COV** |
| Injured Worker | **CARTER, SHARYL Y** | | | Injury Date | **12-15-2006** |
| Filing Date | **01-10-2007** | Statute of Lim. | **12-16-2011** | Change Over | |
| Status | **ACTIVE** | Status Date | **12-15-2006** | Handicap Pct. | **0.0** |
| Last Hearing | | Last Medical Paid | | Last Indemnity Paid | |
| Tot Amount Paid | **$0.00** | Tot Medical Paid | **$0.00** | Tot Indemnity Paid | **$0.00** |
| Provider Contact | | Inj Worker Contact | | Employer Contact | |
| Medical Settled | | Compensation Settled | | Determination | **03-05-2007** |
| Last Updated | **11-05-2007** | MMI Date | | | |

[ Selection Menu ]  [ SSN Search ]
[ Injured Worker ]  [ Injury Status ]  [ Payment Plan ]

Copyright © 2008 OPENonline LLC. All rights reserved. Use of this website signifies your agreement to the Terms of Service Agreement and Online Privacy Policy.



# Ohio Bureau of Workers Compensation Detail

Access: **REPRESENTATIVE**
Selection: **SSN SEARCH**
Sub Selection: **CLAIM STATUS**
SSN: **04-826088**

Date/Time Searched: **10/28/2008 02:39 PM**

Ohio BWC Status: **CONNECTED**    ☒ DISCONNECT

## Claim Status

| | | | | | | |
|---|---|---|---|---|---|---|
| Claim # | 04-826088 | Claim Status | DISALLOWED | Claim Type | LT-ACC-SI-COV |
| Injured Worker | CARTER, SHARYL Y | | | Injury Date | 04-27-2004 |
| Filing Date | 05-12-2004 | Statute of Lim. | 04-27-2014 | Change Over | 06-24-2004 |
| Status | ACTIVE | Status Date | 04-27-2004 | Handicap Pct. | 0.0 |
| Last Hearing | | Last Medical Paid | | Last Indemnity Paid | |
| Tot Amount Paid | $0.00 | Tot Medical Paid | $0.00 | Tot Indemnity Paid | $0.00 |
| Provider Contact | | Inj Worker Contact | | Employer Contact | |
| Medical Settled | | Compensation Settled | | Determination | 06-24-2004 |
| Last Updated | 09-14-2004 | MMI Date | | | |

[ Selection Menu ]  [ SSN Search ]
[ Injured Worker ]  [ Injury Status ]  [ Payment Plan ]

Copyright © 2008 OPENonline LLC. All rights reserved. Use of this website signifies your agreement to the Terms of Service Agreement and Online Privacy Policy.



# Ohio Bureau of Workers Compensation Detail

Access: **REPRESENTATIVE**
Selection: **SSN SEARCH**
Sub Selection: **CLAIM STATUS**
SSN: **98-801409**

Date/Time Searched: **10/28/2008 02:40 PM**

Ohio BWC Status: **CONNECTED**  ☒ DISC

## Claim Status

| | | | | | | |
|---|---|---|---|---|---|---|
| Claim # | 98-801409 | Claim Status | DISALLOWED | Claim Type | MO-ACC-SI-COV | |
| Injured Worker | CARTER, SHARYL Y | | | Injury Date | 03-01-1998 | |
| Filing Date | 05-19-2003 | Statute of Lim. | 03-01-2004 | Change Over | | |
| Status | ACTIVE | Status Date | 03-01-1998 | Handicap Pct. | 0.0 | |
| Last Hearing | | Last Medical Paid | | Last Indemnity Paid | | |
| Tot Amount Paid | $0.00 | Tot Medical Paid | $0.00 | Tot Indemnity Paid | $0.00 | |
| Provider Contact | | Inj Worker Contact | | Employer Contact | | |
| Medical Settled | | Compensation Settled | | Determination | 06-30-2003 | |
| Last Updated | 04-28-2006 | MMI Date | | | | |

[ Selection Menu ]  [ SSN Search ]
[ Injured Worker ]  [ Injury Status ]  [ Payment Plan ]

Copyright © 2008 OPENonline LLC. All rights reserved. Use of this website signifies your agreement to the Term Service Agreement and Online Privacy Policy.



# Ohio Bureau of Workers Compensation Detail

Access:     **REPRESENTATIVE**                          Date/Time Searched: **10/28/2008 02:39 PM**
Selection:  **SSN SEARCH**
SSN:        **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**

| Ohio BWC Status: **CONNECTED** | ☒ DISCONNECT |

## Social Security Search

Click the circle next to the Claim Number and then click on the appropriate Sub Request.

| CLAIM # | INJURED WORKER | DATE OF INJURY | ARCHIVED | SOURCE | STATUS |
|---|---|---|---|---|---|
| ○ 98-801409 | SHARYL Y CARTER | 03/01/1998 | | | |
| ○ 06-888317 | SHARYL Y CARTER | 12/15/2006 | | | |
| ○ 04-826088 | SHARYL Y CARTER | 04/27/2004 | | | |

| Selection Menu |
| Claim Location | Claim Status | Injured Worker |

Copyright © 2008 OPENonline LLC. All rights reserved. Use of this website signifies your agreement to the Terms of Service Agreement and Online Privacy Policy.

Your self-insured employer information and BWC claim number are listed on the attached cards. You are responsible for communicating any claim information to your employer and for advising medical providers that your claim is self-insured.

I wish you a safe, quick recovery and return to work.

Sincerely,

William E. Mabe, Administrator/CEO

CC:
STEPHANIE M FRONISTA-WARD MD

Please detach one card to carry with you and keep the second card for your records.

**BWC IDENTIFICATION CARD**

INJURED WORKER: SHARYL Y CARTER
CLAIM NUMBER: 06-888317 SI
INJURY DATE: 12/15/2006
EMPLOYER: DELPHI AUTOMOTIVE SYST
PHONE NUMBER:
EMPLOYER REP: SEDGWICK CLAIMS MANAGEME
PHONE NUMBER: (614) 485-3001
BWC SELF-INSURED DEPARTMENT
(800) 644-6292

BWC Use Only
05/08/05