PEPPER HAMILTON LLP
Francis J. Lawall (FL 0972)
Anne Marie Aaronson (AA 1679)
Nina M. Varughese (*pro hac vice*)
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA  19103-2799
(215) 981-4000

Counsel for Capro Ltd.

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DELPHI CORPORATION, *et al.*,<br><br>　　　　Debtors. | Chapter 11<br><br>Case Nos. 05-44481 (RDD)<br><br>Jointly Administered |

### NOTICE OF SUBSTITUTION OF COUNSEL

Anne M. Aaronson, Esquire, of the firm of Pepper Hamilton, LLP, hereby withdraws her appearance on behalf of Capro Ltd. in the above-captioned bankruptcy cases.

Nina M. Varughese, Esquire of Pepper Hamilton, LLP hereby submits her substituted appearance simultaneously herewith.

| PEPPER HAMILTON LLP | PEPPER HAMILTON LLP |
|---|---|
| By:  /s/ Anne M. Aaronson<br>　　Anne M. Aaronson (AA 1679)<br>　　3000 Two Logan Square<br>　　18th and Arch Streets<br>　　Philadelphia, PA  19103-2799<br>　　Telephone:  (215) 981-4000<br>　　Facsimile:  (215) 981-4750<br>　　E-mail: aaronsona@pepperlaw.com | /s/ Nina Varughese<br>Nina M. Varughese (*pro hac vice*)<br>3000 Two Logan Square<br>18th and Arch Streets<br>Philadelphia, PA  19103-2799<br>Telephone: (215) 981-4000<br>Facsimile: (215) 981-4750<br>E-mail: varughesen@pepperlaw.com |
| Withdrawing Counsel for Capro Ltd. | Counsel for Capro Ltd. |

#10330082 v1