PEPPER HAMILTON LLP
Francis J. Lawall (FL 0972)
Anne Marie Aaronson (AA 1679)
Nina M. Varughese (*pro hac vice*)
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

Counsel for Capro Ltd.

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re )<br>)<br>DELPHI CORPORATION, *et al.*, )<br>)<br>Debtors. )<br>)<br>) | Chapter 11<br><br>Case Nos. 05-44481 (RDD)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 18, 2008, copies of the Notice of Substitution of Counsel were served via first class U.S. Mail, postage prepaid, on the attached service list.

Dated: December 18, 2008

PEPPER HAMILTON LLP

/s/ Anne M. Aaronson
Anne M. Aaronson (AA 1679)
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
Telephone: (215) 981-4000
Facsimile: (215) 981-4750
E-mail: aaronsona@pepperlaw.com

Withdrawing Counsel for Capro Ltd.

-2-

#10530082 v1

Delphi Corporation
c/o Andrew Currie, Esquire
Caroline Rogus, Esquire
WilmerHale, LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006

Delphi Corporation
c/o David S. Gragg, Esquire
Langley & Banack, Inc.
745 E. Mulberry
Suite 900
San Antonio, TX  78212

Delphi Corporation
c/o David S. Rosner, Esquire
Kasowitz Benson Torres & Friedman, LLP
1633 Broadway
New York, NY  10119-6022

Delphi Corporation
c/o Dennis J. Connolly, Esquire
Alston & Bird, LLP
1201 W. Peachtree Street
Atlanta, GA  30309-3424

Delphi Corporation
c/o Douglas P. Bartner, Esquire
Shearman & Sterling, LLP
599 Lexington Avenue
New York, NY  10022-6069

Delphi Corporation
c/o Jessica Kastin, Esquire
O'Melveny & Myers
7 Times Square
New York, NY  10036

Delphi Corporation
c/o John Wm. Butler, Jr., Esquire
Skadden Arps Slate Meagher & Flom, LLP
333 West Wacker Drive
Chicago, IL  60606-1285

Delphi Corporation
c/o Kayalyn A. Marafioti, Esquire
Skadden Arps Slate Meagher & Flom, LLP
Thomas J. Matz, Esquire
Four times Square
New York, NY  10036

Delphi Corporation
c/o Lowell Peterson, Esquire
Meyer Suozzi English & Klein
1350 Broadway
Suite 501
New York, NY  10018

Delphi Corporation
c/o Mark S. Lichtenstein, Esquire
Crowell & Moring, LLP
153 E. 53rd Street
31st Floor
New York, NY  10022

Delphi Corporation
c/o Mateo Fowler, Esquire
Quinn Emanuel Urquhardt Oliver & Hedges
865 S. Figueroa Street
10th Floor
Los Angeles, CA  90017

Delphi Corporation
c/o Michael O'Hayer, Esquire
22 North Walnut Street
West Chester, PA  19380

Delphi Corporation
c/o Paul J. N. Roy, Esquire
Mayer Brown, LLP
71 S. Wacker Drive
Chicago, IL  60606

Alicia M. Leonhard
Tracy Hope Davis
Office of the U. S. Trustee
33 Whitehall Street
21st Floor
New York, NY  10004

Official Committee of Unsecured Creditors
c/o Mark A. Broude, Esquire
Robert J. Rosenberg, Esquire
Latham & Watkins
885 Third Avenue
New York, NY  10022-4802

Official Committee of Unsecured Creditors
c/o Michael D. Warner, Esquire
Warner Stevens, LLP
301 Commerce Street
Suite 1700
Fort Worth, TX  76102

#10323406 v1