PEPPER HAMILTON LLP
Francis J. Lawall (FL 0972)
Anne Marie Aaronson (AA 1679)
Nina M. Varughese (*pro hac vice*)
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

Counsel for Sierra International, Inc.

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| DELPHI CORPORATION, *et al.*, ) | |
| ) | Case Nos. 05-44481 (RDD) |
| Debtors. ) | |
| ) | Jointly Administered |
| ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Anne M. Aaronson, Esquire, of the firm of Pepper Hamilton, LLP, hereby withdraws her appearance on behalf of Sierra International, Inc. in the above-captioned bankruptcy cases. Nina M. Varughese, Esquire of Pepper Hamilton, LLP hereby submits her substituted appearance simultaneously herewith.

PEPPER HAMILTON LLP                          PEPPER HAMILTON LLP

By:  /s/ Anne M. Aaronson                    /s/ Nina Varughese
Anne M. Aaronson (AA 1679)                   Nina M. Varughese (*pro hac vice*)
3000 Two Logan Square                        3000 Two Logan Square
18th and Arch Streets                        18th and Arch Streets
Philadelphia, PA 19103-2799                  Philadelphia, PA 19103-2799
Telephone: (215) 981-4000                    Telephone: (215) 981-4000
Facsimile: (215) 981-4750                    Facsimile: (215) 981-4750
E-mail: aaronsona@pepperlaw.com              E-mail: varughesen@pepperlaw.com

Withdrawing Counsel for Sierra International, Inc.    Counsel for Sierra International, Inc.

#10330036 v1