**PEPPER HAMILTON LLP**
J. Gregg Miller
Anne Marie Aaronson (AA 1679)
Nina M. Varughese (*pro hac vice)*
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

Counsel for Ametek, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) |
| | ) Chapter 11 |
| DELPHI CORPORATION, *et al.,* | ) |
| | ) Case Nos. 05-44481 (RDD) |
| Debtors. | ) |
| | ) Jointly Administered |
| | ) |

### NOTICE OF SUBSTITUTION OF COUNSEL

Anne M. Aaronson, Esquire, of the firm of Pepper Hamilton, LLP, hereby

withdraws her appearance on behalf of Ametek, Inc. in the above-captioned bankruptcy cases.

Nina M. Varughese, Esquire of Pepper Hamilton, LLP hereby submits her substituted

appearance simultaneously herewith.

PEPPER HAMILTON LLP                          PEPPER HAMILTON LLP

By:  /s/ Anne M. Aaronson                    Nina M. Varughese (*pro hac vice)*
     Anne M. Aaronson (AA 1679)              3000 Two Logan Square
     3000 Two Logan Square                   18th and Arch Streets
     18th and Arch Streets                   Philadelphia, PA 19103-2799
     Philadelphia, PA 19103-2799             Telephone: (215) 981-4000
     Telephone: (215) 981-4000               Facsimile: (215) 981-4750
     Facsimile: (215) 981-4750               E-mail: varughesen@pepperlaw.com
     E-mail: aaronsona@pepperlaw.com

Withdrawing Counsel for Ametek, Inc.         Counsel for Ametek, Inc.

#10330122 v1