PEPPER HAMILTON LLP
Francis J. Lawall (FL 0972)
Anne Marie Aaronson (AA 1679)
Nina M. Varughese *(pro hac vice)*
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

Counsel for Cleo, Inc.

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re )<br>)<br>DELPHI CORPORATION, *et al.*, )<br>)<br>　　　Debtors. )<br>)<br>) | Chapter 11<br><br>Case Nos. 05-44481 (RDD)<br><br>Jointly Administered |

## NOTICE OF SUBSTITUTION OF COUNSEL

Anne M. Aaronson, Esquire, of the firm of Pepper Hamilton, LLP, hereby withdraws her appearance on behalf of Cleo, Inc. in the above-captioned bankruptcy cases. Nina M. Varughese, Esquire of Pepper Hamilton, LLP hereby submits her substituted appearance simultaneously herewith.

| PEPPER HAMILTON LLP | PEPPER HAMILTON LLP |
|---|---|
| By: /s/ Anne M. Aaronson<br>Anne M. Aaronson (AA 1679)<br>3000 Two Logan Square<br>18th and Arch Streets<br>Philadelphia, PA 19103-2799<br>Telephone: (215) 981-4000<br>Facsimile: (215) 981-4750<br>E-mail: aaronsona@pepperlaw.com | *Nina Varughese*<br>Nina M. Varughese *(pro hac vice)*<br>3000 Two Logan Square<br>18th and Arch Streets<br>Philadelphia, PA 19103-2799<br>Telephone: (215) 981-4000<br>Facsimile: (215) 981-4750<br>E-mail: varughesen@pepperlaw.com |
| Withdrawing Counsel for Cleo, Inc. | Counsel for Cleo, Inc. |

#10329783 v1