PEPPER HAMILTON LLP
Francis J. Lawall (FL 0972)
Anne Marie Aaronson (AA 1679)
Nina M. Varughese *(pro hac vice)*
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

Counsel for Teleflex Incorporated

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| DELPHI CORPORATION, *et al.*, ) | |
| ) | Case Nos. 05-44481 (RDD) |
| Debtors. ) | |
| ) | Jointly Administered |
| ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Anne M. Aaronson, Esquire, of the firm of Pepper Hamilton, LLP, hereby withdraws her appearance on behalf of Teleflex Incorporated in the above-captioned bankruptcy cases. Nina M. Varughese, Esquire of Pepper Hamilton, LLP hereby submits her substituted appearance simultaneously herewith.

| PEPPER HAMILTON LLP | PEPPER HAMILTON LLP |
|---|---|
| By:  /s/ Anne M. Aaronson | /s/ Nina Varughese |
| Anne M. Aaronson (AA 1679) | Nina M. Varughese *(pro hac vice)* |
| 3000 Two Logan Square | 3000 Two Logan Square |
| 18th & Arch Streets | Eighteenth and Arch Streets |
| Philadelphia, PA 19103-2799 | Philadelphia, PA 19103-2799 |
| Telephone: (215) 981-4000 | Telephone: (215) 981-4000 |
| Facsimile: (215) 981-4750 | Facsimile: (215) 981-4750 |
| E-mail: aaronsona@pepperlaw.com | E-mail: varughesen@pepperlaw.com |
| Withdrawing Counsel for Teleflex Incorporated | Counsel for Teleflex Incorporated |

#10329862 v1