K&L GATES LLP
Eric T. Moser, Esq.
599 Lexington Avenue
New York, NY 10022-6030
(212) 536-3900
(212) 536-3901 (fax)
    and
David A. Murdoch, Esq. (PA I.D. No. 00239)
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
(412) 355-6500
(412) 355-6501 (fax)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                              :      **Chapter 11**
**In re:**                                                    :
                                                              :      **Case No. 05-44481 (RDD)**
**DELPHI CORPORATION, et al.,**                               :      **(Jointly Administered)**
                                                              :
         **Debtors**                                          :
-------------------------------------------------------------x

### WITHDRAWAL OF RESPONSE AND LIMITED OBJECTION OF WESCO DISTRIBUTION, INC. TO DEBTORS' TWENTY-THIRD OMNIBUS OBJECTION

WESCO Distribution, Inc ("WESCO"), by its undersigned attorneys, K&L Gates LLP, hereby withdraws with prejudice the Response and Limited Objection of WESCO Distribution, Inc. to Debtors' Twenty-Third Omnibus Objection, filed on December 13, 2007 at Docket No. 11441 (the "Response"). WESCO is withdrawing its Response pursuant to the terms of the Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 12223 which was entered by this Court on December 3, 2008 (Docket No. 14521).

- 2 -

Dated: December 19, 2008          Respectfully submitted,

K&L GATES LLP

/s/ Eric T. Moser
Eric T. Moser
599 Lexington Avenue
New York, NY 10022-6030
(212) 536-3900
(212) 536-3901 (fax)

      and

David A. Murdoch, Esq. (PA I.D. No. 00239)
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
(412) 355-6500
(412) 355-6501 (fax)

Attorneys for WESCO Distribution, Inc.