**EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED*** | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 12117<br>Date Filed: 07/28/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>ALBRECHT DONALD D | Claim Holder Name<br><br>ALBRECHT DONALD D | | Docketed Total: | **UNL** | | | Allowed Total: | **$480,962.66** |
| | **Case Number***<br>05-44481 | Secured | Priority | Unsecured<br>UNL<br><br>**UNL** | **Case Number***<br>05-44481 | Secured | Priority | Unsecured<br>$480,962.66<br><br>**$480,962.66** |
| Claim: 6693<br>Date Filed: 05/23/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>ANDERSON JON R | Claim Holder Name<br><br>ANDERSON JON R | | Docketed Total: | **UNL** | | | Allowed Total: | **$661,458.53** |
| | **Case Number***<br>05-44481 | Secured | Priority | Unsecured<br>UNL<br><br>**UNL** | **Case Number***<br>05-44481 | Secured | Priority | Unsecured<br>$661,458.53<br><br>**$661,458.53** |
| Claim: 9683<br>Date Filed: 07/17/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>ARNOLD THOMAS B | Claim Holder Name<br><br>ARNOLD THOMAS B | | Docketed Total: | **UNL** | | | Allowed Total: | **$138,910.45** |
| | **Case Number***<br>05-44481 | Secured | Priority | Unsecured<br>UNL<br><br>**UNL** | **Case Number***<br>05-44481 | Secured | Priority | Unsecured<br>$138,910.45<br><br>**$138,910.45** |
| Claim: 10854<br>Date Filed: 07/25/2006<br>Docketed Total: $20,000.00<br>Filing Creditor Name:<br>BANK WAYNE H | Claim Holder Name<br><br>BANK WAYNE H | | Docketed Total: | **$20,000.00** | | | Allowed Total: | **$433,387.84** |
| | **Case Number***<br>05-44481 | Secured | Priority | Unsecured<br>$20,000.00<br><br>**$20,000.00** | **Case Number***<br>05-44481 | Secured | Priority | Unsecured<br>$433,387.84<br><br>**$433,387.84** |

\*      See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

\*\*\*   Certain creditors' addresses are intentionally omitted.

EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE ALLOWED*** | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 9657<br>Date Filed: 07/17/2006<br>Docketed Total: $1,142,111.00<br>Filing Creditor Name:<br>BECK BRUCE T | Claim Holder Name<br><br>BECK BRUCE T | | Docketed Total: | $1,142,111.00 | | Allowed Total: | | $590,788.65 |
| | **Case Number*** | Secured | Priority | Unsecured | **Case Number*** | Secured | Priority | Unsecured |
| | 05-44481 | | | $1,142,111.00 | 05-44481 | | | $590,788.65 |
| | | | | **$1,142,111.00** | | | | **$590,788.65** |
| Claim: 9833<br>Date Filed: 07/18/2006<br>Docketed Total: $462,000.00<br>Filing Creditor Name:<br>BREMER RICHARD J | Claim Holder Name<br><br>BREMER RICHARD J | | Docketed Total: | $462,000.00 | | Allowed Total: | | $475,185.98 |
| | **Case Number*** | Secured | Priority | Unsecured | **Case Number*** | Secured | Priority | Unsecured |
| | 05-44481 | | | $462,000.00 | 05-44481 | | | $475,185.98 |
| | | | | **$462,000.00** | | | | **$475,185.98** |
| Claim: 12103<br>Date Filed: 07/28/2006<br>Docketed Total: $1,467,882.00<br>Filing Creditor Name:<br>BROOKS GARY J & KATHLEEN L | Claim Holder Name<br><br>BROOKS GARY J & KATHLEEN L | | Docketed Total: | $1,467,882.00 | | Allowed Total: | | $367,793.32 |
| | **Case Number*** | Secured | Priority | Unsecured | **Case Number*** | Secured | Priority | Unsecured |
| | 05-44481 | | $366,859.00 | $1,101,023.00 | 05-44481 | | | $367,793.32 |
| | | | **$366,859.00** | **$1,101,023.00** | | | | **$367,793.32** |
| Claim: 10852<br>Date Filed: 07/25/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>COLLINS WILLIAM L | Claim Holder Name<br><br>COLLINS WILLIAM L | | Docketed Total: | UNL | | Allowed Total: | | $429,220.05 |
| | **Case Number*** | Secured | Priority | Unsecured | **Case Number*** | Secured | Priority | Unsecured |
| | 05-44481 | | | UNL | 05-44481 | | | $429,220.05 |
| | | | | **UNL** | | | | **$429,220.05** |

\*      See Exhibit E for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

\*\*\*    Certain creditors' addresses are intentionally omitted.

**EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED*** | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 16769<br>Date Filed: 01/07/2008<br>Docketed Total: $1,897,936.00<br>Filing Creditor Name:<br>COTTEN CHARLES A | Claim Holder Name<br><br>COTTEN CHARLES A | | Docketed Total: | $1,897,936.00 | | | Allowed Total: | $891,602.39 |
| | **Case Number*** <br>05-44481 | Secured | Priority | Unsecured <br>$1,897,936.00 <br><br>**$1,897,936.00** | **Case Number*** <br>05-44481 | Secured | Priority | Unsecured <br>$891,602.39 <br><br>**$891,602.39** |
| Claim: 16828<br>Date Filed: 11/05/2008<br>Docketed Total: $156,351.92<br>Filing Creditor Name:<br>COY RAMSEY | Claim Holder Name<br><br>COY RAMSEY | | Docketed Total: | $156,351.92 | | | Allowed Total: | $156,351.92 |
| | **Case Number*** <br>05-44481 | Secured | Priority | Unsecured <br>$156,351.92 <br><br>**$156,351.92** | **Case Number*** <br>05-44481 | Secured | Priority | Unsecured <br>$156,351.92 <br><br>**$156,351.92** |
| Claim: 10605<br>Date Filed: 07/25/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>CRACRAFT LARRY F | Claim Holder Name<br><br>CRACRAFT LARRY F | | Docketed Total: | UNL | | | Allowed Total: | $252,317.49 |
| | **Case Number*** <br>05-44481 | Secured | Priority | Unsecured <br>UNL <br><br>**UNL** | **Case Number*** <br>05-44481 | Secured | Priority | Unsecured <br>$252,317.49 <br><br>**$252,317.49** |
| Claim: 16772<br>Date Filed: 01/09/2008<br>Docketed Total: $506,253.43<br>Filing Creditor Name:<br>DETTINGER ROBERT E | Claim Holder Name<br><br>DETTINGER ROBERT E | | Docketed Total: | $506,253.43 | | | Allowed Total: | $289,538.39 |
| | **Case Number*** <br>05-44481 | Secured | Priority | Unsecured <br>$506,253.43 <br><br>**$506,253.43** | **Case Number*** <br>05-44481 | Secured | Priority | Unsecured <br>$289,538.39 <br><br>**$289,538.39** |

\*     See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

\*\*\*   Certain creditors' addresses are intentionally omitted.

**EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED*** | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 9608**
Date Filed:    07/17/2006
Docketed Total:    $0.00
Filing Creditor Name:
DRURY DAVID L

Claim Holder Name
DRURY DAVID L                Docketed Total:    **UNL**

Allowed Total:    **$795,580.89**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | UNL | 05-44481 | | | $795,580.89 |
| | | | **UNL** | | | | **$795,580.89** |

**Claim: 10826**
Date Filed:    07/25/2006
Docketed Total:    $497,400.00
Filing Creditor Name:
FATZINGER ROBERT L

Claim Holder Name
FATZINGER ROBERT L                Docketed Total:    **$497,400.00**

Allowed Total:    **$204,326.38**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $497,400.00 | 05-44481 | | | $204,326.38 |
| | | | **$497,400.00** | | | | **$204,326.38** |

**Claim: 16767**
Date Filed:    01/07/2008
Docketed Total:    $1,233,634.80
Filing Creditor Name:
GOLDSWEIG DAVID N

Claim Holder Name
GOLDSWEIG DAVID N                Docketed Total:    **$1,233,634.80**

Allowed Total:    **$490,329.07**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $1,233,634.80 | 05-44481 | | | $490,329.07 |
| | | | **$1,233,634.80** | | | | **$490,329.07** |

**Claim: 9536**
Date Filed:    07/14/2006
Docketed Total:    $0.00
Filing Creditor Name:
GOLICK EDWARD A

Claim Holder Name
GOLICK EDWARD A                Docketed Total:    **UNL**

Allowed Total:    **$474,181.20**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | UNL | 05-44481 | | | $474,181.20 |
| | | | **UNL** | | | | **$474,181.20** |

\*        See Exhibit E for a listing of debtor entities by case number.

\*\*       "UNL" denotes an unliquidated claim.

\*\*\*     Certain creditors' addresses are intentionally omitted.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14619-1    Filed 12/22/08    Entered 12/22/08 18:06:14    Exhibit A-1
Pg 5 of 17

Thirty-Third Omnibus Claims Objection

EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE ALLOWED*** | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| **Claim: 9229**<br>Date Filed: 07/10/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>GORDON PATRICIA A | Claim Holder Name<br><br>GORDON PATRICIA A | | Docketed Total: | **UNL** | | Allowed Total: | | **$151,278.47** |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | UNL | 05-44481 | | | $151,278.47 |
| | | | | **UNL** | | | | **$151,278.47** |
| **Claim: 15802**<br>Date Filed: 08/02/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>HANDLEY RALPH E | Claim Holder Name<br><br>HANDLEY RALPH E | | Docketed Total: | **UNL** | | Allowed Total: | | **$688,154.49** |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | UNL | 05-44481 | | | $688,154.49 |
| | | | | **UNL** | | | | **$688,154.49** |
| **Claim: 10413**<br>Date Filed: 07/24/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>HEGSTROM JAMES B | Claim Holder Name<br><br>HEGSTROM JAMES B | | Docketed Total: | **UNL** | | Allowed Total: | | **$275,352.94** |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | UNL | 05-44481 | | | $275,352.94 |
| | | | | **UNL** | | | | **$275,352.94** |
| **Claim: 16795**<br>Date Filed: 01/28/2008<br>Docketed Total: $457,668.25<br>Filing Creditor Name:<br>HEILMAN GERALD D | Claim Holder Name<br><br>HEILMAN GERALD D | | Docketed Total: | **$457,668.25** | | Allowed Total: | | **$457,668.25** |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $457,668.25 | 05-44481 | | | $457,668.25 |
| | | | | **$457,668.25** | | | | **$457,668.25** |

\*      See Exhibit E for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

\*\*\*    Certain creditors' addresses are intentionally omitted.

EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE ALLOWED*** | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim 11033**

Claim: 11033
Date Filed:   07/26/2006
Docketed Total:   $1,690,647.15
Filing Creditor Name:
HELM WESLEY D

Claim Holder Name
HELM WESLEY D          Docketed Total:   $1,690,647.15

Allowed Total:   $938,944.59

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,690,647.15 |
| | | | $1,690,647.15 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $938,944.59 |
| | | | $938,944.59 |

**Claim 16719**

Claim: 16719
Date Filed:   10/04/2007
Docketed Total:   $540,000.00
Filing Creditor Name:
HENDRICKSON DAVID M

Claim Holder Name
HENDRICKSON DAVID M          Docketed Total:   $540,000.00

Allowed Total:   $505,963.07

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $540,000.00 | |
| | | $540,000.00 | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $505,963.07 |
| | | | $505,963.07 |

**Claim 11944**

Claim: 11944
Date Filed:   07/28/2006
Docketed Total:   $0.00
Filing Creditor Name:
HERREN WILLIAM R

Claim Holder Name
HERREN WILLIAM R          Docketed Total:   UNL

Allowed Total:   $1,356,968.31

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | UNL |
| | | | UNL |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,356,968.31 |
| | | | $1,356,968.31 |

\*      See Exhibit E for a listing of debtor entities by case number.

\*\*      "UNL" denotes an unliquidated claim.

\*\*\*      Certain creditors' addresses are intentionally omitted.

EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE ALLOWED*** | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10560<br>Date Filed: 07/24/2006<br>Docketed Total: $15,650.00<br>Filing Creditor Name:<br><br>HODITS JR FRANK W | Claim Holder Name<br><br>HODITS JR FRANK W | | Docketed Total: | $15,650.00 | | | Allowed Total: | $449,345.55 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$15,650.00 | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$449,345.55 |
| | | | | $15,650.00 | | | | $449,345.55 |
| Claim: 13463<br>Date Filed: 07/31/2006<br>Docketed Total: $3,000,000.00<br>Filing Creditor Name:<br><br>HOLDEN JOHN DONALDSON | Claim Holder Name<br><br>HOLDEN JOHN DONALDSON | | Docketed Total: | $3,000,000.00 | | | Allowed Total: | $803,517.77 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$3,000,000.00 | Unsecured | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$803,517.77 |
| | | | $3,000,000.00 | | | | | $803,517.77 |
| Claim: 9439<br>Date Filed: 07/13/2006<br>Docketed Total: $868,272.00<br>Filing Creditor Name:<br><br>HOLLASCH KURT D | Claim Holder Name<br><br>HOLLASCH KURT D | | Docketed Total: | $868,272.00 | | | Allowed Total: | $1,135,197.60 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$868,272.00 | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,135,197.60 |
| | | | | $868,272.00 | | | | $1,135,197.60 |
| Claim: 9600<br>Date Filed: 07/17/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br><br>HOLMES JOHN R | Claim Holder Name<br><br>HOLMES JOHN R | | Docketed Total: | UNL | | | Allowed Total: | $1,029,067.30 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>UNL | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,029,067.30 |
| | | | | UNL | | | | $1,029,067.30 |

\*       See Exhibit E for a listing of debtor entities by case number.

\*\*      "UNL" denotes an unliquidated claim.

\*\*\*     Certain creditors' addresses are intentionally omitted.

EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE ALLOWED*** | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 12150<br>Date Filed: 07/28/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>HOSSENLOPP PETER M | Claim Holder Name<br><br>HOSSENLOPP PETER M | | Docketed Total: | **UNL** | | Allowed Total: | | **$270,416.79** |
| | **Case Number\***<br>05-44481 | Secured | Priority | Unsecured<br>UNL<br><br>**UNL** | **Case Number\***<br>05-44481 | Secured | Priority | Unsecured<br>$270,416.79<br><br>**$270,416.79** |
| Claim: 5385<br>Date Filed: 05/09/2006<br>Docketed Total: $5,426.66<br>Filing Creditor Name:<br>HUSAR JR MICHAEL A | Claim Holder Name<br><br>HUSAR JR MICHAEL A | | Docketed Total: | **$5,426.66** | | Allowed Total: | | **$829,587.53** |
| | **Case Number\***<br>05-44481 | Secured | Priority<br>$5,426.66<br><br>**$5,426.66** | Unsecured | **Case Number\***<br>05-44481 | Secured | Priority | Unsecured<br>$829,587.53<br><br>**$829,587.53** |
| Claim: 5298<br>Date Filed: 05/08/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>ICKES ARTHUR D | Claim Holder Name<br><br>ICKES ARTHUR D | | Docketed Total: | **UNL** | | Allowed Total: | | **$461,762.80** |
| | **Case Number\***<br>05-44481 | Secured | Priority | Unsecured<br>UNL<br><br>**UNL** | **Case Number\***<br>05-44481 | Secured | Priority | Unsecured<br>$461,762.80<br><br>**$461,762.80** |
| Claim: 16798<br>Date Filed: 02/01/2008<br>Docketed Total: $1,672,405.95<br>Filing Creditor Name:<br>JACKSON JERRY F | Claim Holder Name<br><br>JACKSON JERRY F | | Docketed Total: | **$1,672,405.95** | | Allowed Total: | | **$789,299.33** |
| | **Case Number\***<br>05-44481 | Secured | Priority | Unsecured<br>$1,672,405.95<br><br>**$1,672,405.95** | **Case Number\***<br>05-44481 | Secured | Priority | Unsecured<br>$789,299.33<br><br>**$789,299.33** |

\*        See Exhibit E for a listing of debtor entities by case number.

\*\*      "UNL" denotes an unliquidated claim.

\*\*\*    Certain creditors' addresses are intentionally omitted.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 14619-1   Filed 12/22/08   Entered 12/22/08 18:06:14   Exhibit A-1
Pg 9 of 17

Thirty-Third Omnibus Claims Objection

EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE ALLOWED*** | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 16774**
Date Filed: 01/10/2008
Docketed Total: $494,993.00
Filing Creditor Name:
JULIUS MICHAEL L

Claim Holder Name
JULIUS MICHAEL L          Docketed Total: $494,993.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $494,993.00 | |
| | | **$494,993.00** | |

Allowed Total: $361,944.39

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $361,944.39 |
| | | | **$361,944.39** |

**Claim: 9834**
Date Filed: 07/18/2006
Docketed Total: $619,909.00
Filing Creditor Name:
KARVONEN THOMAS D

Claim Holder Name
KARVONEN THOMAS D          Docketed Total: $619,909.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $619,909.00 |
| | | | **$619,909.00** |

Allowed Total: $296,341.54

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $296,341.54 |
| | | | **$296,341.54** |

**Claim: 9817**
Date Filed: 07/18/2006
Docketed Total: $1,082,431.00
Filing Creditor Name:
KRIEGER HARVEY J

Claim Holder Name
KRIEGER HARVEY J          Docketed Total: $1,082,431.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,082,431.00 |
| | | | **$1,082,431.00** |

Allowed Total: $326,574.62

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $326,574.62 |
| | | | **$326,574.62** |

**Claim: 8759**
Date Filed: 06/29/2006
Docketed Total: $180.00
Filing Creditor Name:
LEVIJOKI W ALAN

Claim Holder Name
LEVIJOKI W ALAN          Docketed Total: $180.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $180.00 |
| | | | **$180.00** |

Allowed Total: $703,498.74

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $703,498.74 |
| | | | **$703,498.74** |

\*       See Exhibit E for a listing of debtor entities by case number.

\*\*      "UNL" denotes an unliquidated claim.

\*\*\*     Certain creditors' addresses are intentionally omitted.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14619-1    Filed 12/22/08    Entered 12/22/08 18:06:14    Exhibit A-1

Thirty-Third Omnibus Claims Objection

Pg 10 of 17

EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE ALLOWED*** | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 9867<br>Date Filed: 07/19/2006<br>Docketed Total: $1,129,205.00<br>Filing Creditor Name:<br>LIENESCH JOHN H | Claim Holder Name<br><br>LIENESCH JOHN H | | Docketed Total: | $1,129,205.00 | | | Allowed Total: | $369,872.30 |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $1,129,205.00 | 05-44481 | | | $369,872.30 |
| | | | | **$1,129,205.00** | | | | **$369,872.30** |
| Claim: 12119<br>Date Filed: 07/28/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>LININGER CHARLES D | Claim Holder Name<br><br>LININGER CHARLES D | | Docketed Total: | UNL | | | Allowed Total: | $451,978.07 |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | UNL | 05-44481 | | | $451,978.07 |
| | | | | **UNL** | | | | **$451,978.07** |
| Claim: 9977<br>Date Filed: 07/20/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>LIPPA MICHAEL R | Claim Holder Name<br><br>LIPPA MICHAEL R | | Docketed Total: | UNL | | | Allowed Total: | $491,342.64 |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | UNL | 05-44481 | | | $491,342.64 |
| | | | | **UNL** | | | | **$491,342.64** |
| Claim: 16779<br>Date Filed: 01/10/2008<br>Docketed Total: $773,764.00<br>Filing Creditor Name:<br>MALANGA RONALD R | Claim Holder Name<br><br>MALANGA RONALD R | | Docketed Total: | $773,764.00 | | | Allowed Total: | $471,406.40 |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $773,764.00 | 05-44481 | | | $471,406.40 |
| | | | | **$773,764.00** | | | | **$471,406.40** |

\*       See Exhibit E for a listing of debtor entities by case number.

\*\*      "UNL" denotes an unliquidated claim.

\*\*\*     Certain creditors' addresses are intentionally omitted.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 14619-1   Filed 12/22/08   Entered 12/22/08 18:06:14   Exhibit A-1

Pg 11 of 17

Thirty-Third Omnibus Claims Objection

EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE ALLOWED*** | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 9287**
Date Filed: 07/11/2006
Docketed Total: $9,600.00
Filing Creditor Name:
MARQUIS TERRY L

| Claim Holder Name | | | |
|---|---|---|---|
| MARQUIS TERRY L | | Docketed Total: | **$9,600.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $9,600.00 |
| | | | **$9,600.00** |

Allowed Total: **$612,959.30**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $612,959.30 |
| | | | **$612,959.30** |

---

**Claim: 9659**
Date Filed: 07/17/2006
Docketed Total: $1,265,725.00
Filing Creditor Name:
MAYNE JIMMY C

| Claim Holder Name | | | |
|---|---|---|---|
| MAYNE JIMMY C | | Docketed Total: | **$1,265,725.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,265,725.00 |
| | | | **$1,265,725.00** |

Allowed Total: **$495,304.36**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $495,304.36 |
| | | | **$495,304.36** |

---

**Claim: 9974**
Date Filed: 07/20/2006
Docketed Total: $2,721,806.00
Filing Creditor Name:
MEAD DENNIS M

| Claim Holder Name | | | |
|---|---|---|---|
| MEAD DENNIS M | | Docketed Total: | **$2,721,806.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,721,806.00 |
| | | | **$2,721,806.00** |

Allowed Total: **$537,724.43**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $537,724.43 |
| | | | **$537,724.43** |

---

**Claim: 4443**
Date Filed: 05/01/2006
Docketed Total: $0.00
Filing Creditor Name:
MOBLEY MD EVELYN H

| Claim Holder Name | | | |
|---|---|---|---|
| MOBLEY MD EVELYN H | | Docketed Total: | **UNL** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | UNL |
| | | | **UNL** |

Allowed Total: **$17,177.82**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $17,177.82 |
| | | | **$17,177.82** |

---

\*       See Exhibit E for a listing of debtor entities by case number.

\*\*      "UNL" denotes an unliquidated claim.

\*\*\*     Certain creditors' addresses are intentionally omitted.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14619-1    Filed 12/22/08    Entered 12/22/08 18:06:14    Exhibit A-1

Pg 12 of 17

Thirty-Third Omnibus Claims Objection

**EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED*** | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 9213**
Date Filed: 07/10/2006
Docketed Total: $0.00
Filing Creditor Name:
MONTGOMERY SHARON

Claim Holder Name
MONTGOMERY SHARON         Docketed Total: **UNL**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | UNL |
| | | | **UNL** |

Allowed Total: **$188,244.23**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $188,244.23 |
| | | | **$188,244.23** |

---

**Claim: 11226**
Date Filed: 07/26/2006
Docketed Total: $0.00
Filing Creditor Name:
ONEILL BRIAN P

Claim Holder Name
ONEILL BRIAN P         Docketed Total: **UNL**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | UNL | UNL |
| | | **UNL** | **UNL** |

Allowed Total: **$336,642.50**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $336,642.50 |
| | | | **$336,642.50** |

---

**Claim: 16013**
Date Filed: 08/09/2006
Docketed Total: $2,101,279.00
Filing Creditor Name:
RAUSCH CARL G

Claim Holder Name
RAUSCH CARL G         Docketed Total: **$2,101,279.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,101,279.00 |
| | | | **$2,101,279.00** |

Allowed Total: **$1,267,847.18**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,267,847.18 |
| | | | **$1,267,847.18** |

---

**Claim: 16799**
Date Filed: 02/07/2008
Docketed Total: $0.00
Filing Creditor Name:
RIES THOMAS E

Claim Holder Name
RIES THOMAS E         Docketed Total: **UNL**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | UNL |
| | | | **UNL** |

Allowed Total: **$303,783.28**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $303,783.28 |
| | | | **$303,783.28** |

---

\*        See Exhibit E for a listing of debtor entities by case number.

\*\*       "UNL" denotes an unliquidated claim.

\*\*\*      Certain creditors' addresses are intentionally omitted.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14619-1    Filed 12/22/08    Entered 12/22/08 18:06:14    Exhibit A-1
Pg 13 of 17

Thirty-Third Omnibus Claims Objection

EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE ALLOWED*** | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 8939**
Date Filed: 07/05/2006
Docketed Total: $7,003.75
Filing Creditor Name:
RITZENTHALER FRANCIS H

| Claim Holder Name | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| RITZENTHALER FRANCIS H | | Docketed Total: | | $7,003.75 | | Allowed Total: | | $260,212.34 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $7,003.75 | 05-44481 | | | $260,212.34 |
| | | | **$7,003.75** | | | | **$260,212.34** |

**Claim: 7412**
Date Filed: 06/05/2006
Docketed Total: $0.00
Filing Creditor Name:
ROBINSON JOHN H

| Claim Holder Name | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ROBINSON JOHN H | | Docketed Total: | | UNL | | Allowed Total: | | $1,008,159.70 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | UNL | 05-44481 | | | $1,008,159.70 |
| | | | **UNL** | | | | **$1,008,159.70** |

**Claim: 5790**
Date Filed: 05/15/2006
Docketed Total: $0.00
Filing Creditor Name:
RODEMAN DONALD W

| Claim Holder Name | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| RODEMAN DONALD W | | Docketed Total: | | UNL | | Allowed Total: | | $213,958.84 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | UNL | 05-44481 | | | $213,958.84 |
| | | | **UNL** | | | | **$213,958.84** |

**Claim: 11119**
Date Filed: 07/27/2006
Docketed Total: $0.00
Filing Creditor Name:
ROSE CHARLES L

| Claim Holder Name | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ROSE CHARLES L | | Docketed Total: | | UNL | | Allowed Total: | | $365,729.08 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | UNL | 05-44481 | | | $365,729.08 |
| | | | **UNL** | | | | **$365,729.08** |

\*       See Exhibit E for a listing of debtor entities by case number.

\*\*      "UNL" denotes an unliquidated claim.

\*\*\*     Certain creditors' addresses are intentionally omitted.

EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE ALLOWED*** | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 9662<br>Date Filed: 07/17/2006<br>Docketed Total: $807,906.00<br>Filing Creditor Name:<br>ROSE MICHAEL P | Claim Holder Name<br>ROSE MICHAEL P | Docketed Total: | | $807,906.00 | | Allowed Total: | | $378,620.72 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$807,906.00<br><br>$807,906.00 | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$378,620.72<br><br>$378,620.72 |
| Claim: 7192<br>Date Filed: 05/31/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>ROWLEY ALAN BOYD | Claim Holder Name<br>ROWLEY ALAN BOYD | Docketed Total: | | UNL | | Allowed Total: | | $335,894.47 |
| | Case Number*<br>05-44481 | Secured | Priority<br>UNL<br><br>UNL | Unsecured | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$335,894.47<br><br>$335,894.47 |
| Claim: 16110<br>Date Filed: 08/09/2006<br>Docketed Total: $1,748,075.00<br>Filing Creditor Name:<br>SHAFFER LOWELL K | Claim Holder Name<br>SHAFFER LOWELL K | Docketed Total: | | $1,748,075.00 | | Allowed Total: | | $505,806.60 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,748,075.00<br><br>$1,748,075.00 | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$505,806.60<br><br>$505,806.60 |
| Claim: 10572<br>Date Filed: 07/25/2006<br>Docketed Total: $2,811,699.50<br>Filing Creditor Name:<br>SHOLL J D AND SHOLL<br>ROSEMARIE S | Claim Holder Name<br>SHOLL J D AND SHOLL ROSEMARIE S | Docketed Total: | | $2,811,699.50 | | Allowed Total: | | $368,186.71 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$2,811,699.50<br><br>$2,811,699.50 | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$368,186.71<br><br>$368,186.71 |

\*      See Exhibit E for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

\*\*\*    Certain creditors' addresses are intentionally omitted.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14619-1    Filed 12/22/08    Entered 12/22/08 18:06:14    Exhibit A-1

Pg 15 of 17

Thirty-Third Omnibus Claims Objection

EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE ALLOWED*** | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| **Claim: 11909**<br>Date Filed:  07/20/2006<br>Docketed Total:   $0.00<br>Filing Creditor Name:<br>SMITH RAYMOND C | Claim Holder Name<br>SMITH RAYMOND C | | Docketed Total: | **UNL** | | | Allowed Total: | **$49,651.58** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>UNL | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$49,651.58 |
| | | | | **UNL** | | | | **$49,651.58** |
| **Claim: 10765**<br>Date Filed:  07/25/2006<br>Docketed Total:   $320,532.00<br>Filing Creditor Name:<br>SOSNOWCHIK THOMAS J | Claim Holder Name<br>SOSNOWCHIK THOMAS J | | Docketed Total: | **$320,532.00** | | | Allowed Total: | **$849,627.88** |
| | Case Number*<br>05-44481 | Secured | Priority<br>$320,532.00 | Unsecured | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$849,627.88 |
| | | | **$320,532.00** | | | | | **$849,627.88** |
| **Claim: 15998**<br>Date Filed:  08/09/2006<br>Docketed Total:   $0.00<br>Filing Creditor Name:<br>SPELMAN WILLIAM C | Claim Holder Name<br>SPELMAN WILLIAM C | | Docketed Total: | **UNL** | | | Allowed Total: | **$253,800.67** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>UNL | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$253,800.67 |
| | | | | **UNL** | | | | **$253,800.67** |
| **Claim: 8781**<br>Date Filed:  06/30/2006<br>Docketed Total:   $0.00<br>Filing Creditor Name:<br>STRANEY PATRICK J | Claim Holder Name<br>STRANEY PATRICK J | | Docketed Total: | **UNL** | | | Allowed Total: | **$538,906.71** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>UNL | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$538,906.71 |
| | | | | **UNL** | | | | **$538,906.71** |

*       See Exhibit E for a listing of debtor entities by case number.

**      "UNL" denotes an unliquidated claim.

***     Certain creditors' addresses are intentionally omitted.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 14619-1   Filed 12/22/08   Entered 12/22/08 18:06:14   Exhibit A-1
Pg 16 of 17

Thirty-Third Omnibus Claims Objection

EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE ALLOWED*** | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Claim: 8575**<br>Date Filed: 06/26/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>VANDENBERG FREDERIC P | Claim Holder Name<br><br>VANDENBERG FREDERIC P | | Docketed Total: | **UNL** | | Allowed Total: | | **$440,894.64** |
| | **Case Number***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>UNL<br>**UNL** | **Case Number***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$440,894.64<br>**$440,894.64** |
| **Claim: 7793**<br>Date Filed: 06/12/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>WARREN WILLIAM S | Claim Holder Name<br><br>WARREN WILLIAM S | | Docketed Total: | **UNL** | | Allowed Total: | | **$1,720,990.33** |
| | **Case Number***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>UNL<br>**UNL** | **Case Number***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$1,720,990.33<br>**$1,720,990.33** |
| **Claim: 16804**<br>Date Filed: 02/12/2008<br>Docketed Total: $395,061.17<br>Filing Creditor Name:<br>WILHELM JR RALPH V | Claim Holder Name<br><br>WILHELM JR RALPH V | | Docketed Total: | **$395,061.17** | | Allowed Total: | | **$395,061.17** |
| | **Case Number***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$395,061.17<br>**$395,061.17** | **Case Number***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$395,061.17<br>**$395,061.17** |
| **Claim: 9800**<br>Date Filed: 07/18/2006<br>Docketed Total: $721,575.00<br>Filing Creditor Name:<br>WINGEIER KENNETH G | Claim Holder Name<br><br>WINGEIER KENNETH G | | Docketed Total: | **$721,575.00** | | Allowed Total: | | **$943,354.88** |
| | **Case Number***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$721,575.00<br>**$721,575.00** | **Case Number***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$943,354.88<br>**$943,354.88** |

\*      See Exhibit E for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

\*\*\*    Certain creditors' addresses are intentionally omitted.

**EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED*** | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| | | **Total Claims To Be Allowed: 63** |
| | | **Total Amount As Docketed:** $32,644,383.58 |
| | | **Total Amount As Allowed:** $33,135,958.12 |

\*      See Exhibit E for a listing of debtor entities by case number.

\*\*      "UNL" denotes an unliquidated claim.

\*\*\*      Certain creditors' addresses are intentionally omitted.