**EXHIBIT A-2 - SERP SCHEDULED LIABILITIES SUBJECT TO MODIFICATION**

| SCHEDULED LIABILITY TO BE ALLOWED** | SCHEDULED LIABILITY AS DOCKETED | SCHEDULED LIABILITY AS ALLOWED |
|---|---|---|
| Scheduled Liability: 10416656<br>Date Filed: 01/17/2008<br>Docketed Total: $495,359.52<br>Filing Creditor Name:<br>ALBRECHT JAMES W | Claim Holder Name<br>ALBRECHT JAMES W    Docketed Total: $495,359.52<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $495,359.52<br>                                                                $495,359.52 | Allowed Total: $495,359.52<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $495,359.52<br>                                                                $495,359.52 |
| Scheduled Liability: 10416633<br>Date Filed: 01/17/2008<br>Docketed Total: $756,502.89<br>Filing Creditor Name:<br>ANDERSON MICHAEL O | Claim Holder Name<br>ANDERSON MICHAEL O    Docketed Total: $756,502.89<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $756,502.89<br>                                                                $756,502.89 | Allowed Total: $756,502.89<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $756,502.89<br>                                                                $756,502.89 |
| Scheduled Liability: 10416651<br>Date Filed: 01/17/2008<br>Docketed Total: $571,926.56<br>Filing Creditor Name:<br>ARNDT FREDERICK P | Claim Holder Name<br>ARNDT FREDERICK P    Docketed Total: $571,926.56<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $571,926.56<br>                                                                $571,926.56 | Allowed Total: $571,926.56<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $571,926.56<br>                                                                $571,926.56 |
| Scheduled Liability: 10416752<br>Date Filed: 01/17/2008<br>Docketed Total: $162,101.49<br>Filing Creditor Name:<br>BYERS,CATHERINE | Claim Holder Name<br>BYERS,CATHERINE    Docketed Total: $162,101.49<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $162,101.49<br>                                                                $162,101.49 | Allowed Total: $162,101.49<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $162,101.49<br>                                                                $162,101.49 |

\*   See Exhibit E for a listing of debtor entities by case number.

\*\*  Certain creditors' addresses are intentionally omitted.

**EXHIBIT A-2 - SERP SCHEDULED LIABILITIES SUBJECT TO MODIFICATION**

| SCHEDULED LIABILITY TO BE ALLOWED** | SCHEDULED LIABILITY AS DOCKETED | | | | SCHEDULED LIABILITY AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Scheduled Liability: 10416736<br>Date Filed: 01/17/2008<br>Docketed Total: $194,295.05<br>Filing Creditor Name:<br>CHAO KEH-CHUNG M | Claim Holder Name<br>CHAO KEH-CHUNG M | | Docketed Total: | $194,295.05 | | | Allowed Total: | $194,295.05 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$194,295.05<br>$194,295.05 | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$194,295.05<br>$194,295.05 |
| Scheduled Liability: 10416747<br>Date Filed: 01/17/2008<br>Docketed Total: $93,176.61<br>Filing Creditor Name:<br>FAGAN ROBERT W | Claim Holder Name<br>FAGAN ROBERT W | | Docketed Total: | $93,176.61 | | | Allowed Total: | $93,176.61 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$93,176.61<br>$93,176.61 | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$93,176.61<br>$93,176.61 |
| Scheduled Liability: 10416721<br>Date Filed: 01/17/2008<br>Docketed Total: $262,369.61<br>Filing Creditor Name:<br>FAULKNER DEAN L | Claim Holder Name<br>FAULKNER DEAN L | | Docketed Total: | $262,369.61 | | | Allowed Total: | $262,369.61 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$262,369.61<br>$262,369.61 | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$262,369.61<br>$262,369.61 |
| Scheduled Liability: 10416720<br>Date Filed: 01/17/2008<br>Docketed Total: $203,048.10<br>Filing Creditor Name:<br>FLANAGAN JAMES P | Claim Holder Name<br>FLANAGAN JAMES P | | Docketed Total: | $203,048.10 | | | Allowed Total: | $203,048.10 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$203,048.10<br>$203,048.10 | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$203,048.10<br>$203,048.10 |

\*     See Exhibit E for a listing of debtor entities by case number.

\**    Certain creditors' addresses are intentionally omitted.

**EXHIBIT A-2 - SERP SCHEDULED LIABILITIES SUBJECT TO MODIFICATION**

| SCHEDULED LIABILITY TO BE ALLOWED** | SCHEDULED LIABILITY AS DOCKETED | SCHEDULED LIABILITY AS ALLOWED |
|---|---|---|
| Scheduled Liability: 10417038<br>Date Filed: 10/10/2008<br>Docketed Total: $894,254.46<br>Filing Creditor Name:<br>JOHNSON,ROBERT | Claim Holder Name<br>JOHNSON,ROBERT              Docketed Total: $894,254.46<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44481                                              $894,254.46<br>                                                             $894,254.46 | Allowed Total: $894,254.46<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44481                                              $894,254.46<br>                                                             $894,254.46 |
| Scheduled Liability: 10416754<br>Date Filed: 01/17/2008<br>Docketed Total: $163,080.81<br>Filing Creditor Name:<br>KAYE,DIANE L | Claim Holder Name<br>KAYE,DIANE L              Docketed Total: $163,080.81<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44481                                              $163,080.81<br>                                                             $163,080.81 | Allowed Total: $163,080.81<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44481                                              $163,080.81<br>                                                             $163,080.81 |
| Scheduled Liability: 10416683<br>Date Filed: 01/17/2008<br>Docketed Total: $425,721.39<br>Filing Creditor Name:<br>KELLER NORBERT L | Claim Holder Name<br>KELLER NORBERT L              Docketed Total: $425,721.39<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44481                                              $425,721.39<br>                                                             $425,721.39 | Allowed Total: $425,721.39<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44481                                              $425,721.39<br>                                                             $425,721.39 |
| Scheduled Liability: 10416693<br>Date Filed: 01/17/2008<br>Docketed Total: $372,652.96<br>Filing Creditor Name:<br>LAWRENCE SUSAN K | Claim Holder Name<br>LAWRENCE SUSAN K              Docketed Total: $372,652.96<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44481                                              $372,652.96<br>                                                             $372,652.96 | Allowed Total: $372,652.96<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44481                                              $372,652.96<br>                                                             $372,652.96 |

\*     See Exhibit E for a listing of debtor entities by case number.

\*\*    Certain creditors' addresses are intentionally omitted.

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14619-2    Filed 12/22/08    Entered 12/22/08 18:06:14    Exhibit A-2  
Pg 4 of 5

Thirty-Third Omnibus Claims Objection

**EXHIBIT A-2 - SERP SCHEDULED LIABILITIES SUBJECT TO MODIFICATION**

| SCHEDULED LIABILITY TO BE ALLOWED** | SCHEDULED LIABILITY AS DOCKETED | | | | SCHEDULED LIABILITY AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Scheduled Liability: 10416750<br>Date Filed: 01/17/2008<br>Docketed Total: $9,400.29<br>Filing Creditor Name:<br>LEE ANTHONY | Claim Holder Name<br>LEE ANTHONY | | Docketed Total: | $9,400.29 | | | Allowed Total: | $9,400.29 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$9,400.29<br>$9,400.29 | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$9,400.29<br>$9,400.29 |
| Scheduled Liability: 10417039<br>Date Filed: 10/10/2008<br>Docketed Total: $1,679.02<br>Filing Creditor Name:<br>LIND,RICHARD | Claim Holder Name<br>LIND,RICHARD | | Docketed Total: | $1,679.02 | | | Allowed Total: | $1,679.02 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,679.02<br>$1,679.02 | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,679.02<br>$1,679.02 |
| Scheduled Liability: 10416675<br>Date Filed: 01/17/2008<br>Docketed Total: $448,568.80<br>Filing Creditor Name:<br>MILLER SHARON L | Claim Holder Name<br>MILLER SHARON L | | Docketed Total: | $448,568.80 | | | Allowed Total: | $448,568.80 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$448,568.80<br>$448,568.80 | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$448,568.80<br>$448,568.80 |
| Scheduled Liability: 10417037<br>Date Filed: 10/10/2008<br>Docketed Total: $582,366.09<br>Filing Creditor Name:<br>NORTHERN,EDWARD | Claim Holder Name<br>NORTHERN,EDWARD | | Docketed Total: | $582,366.09 | | | Allowed Total: | $582,366.09 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$582,366.09<br>$582,366.09 | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$582,366.09<br>$582,366.09 |

\*      See Exhibit E for a listing of debtor entities by case number.

\*\*     Certain creditors' addresses are intentionally omitted.

**EXHIBIT A-2 - SERP SCHEDULED LIABILITIES SUBJECT TO MODIFICATION**

| SCHEDULED LIABILITY TO BE ALLOWED** | SCHEDULED LIABILITY AS DOCKETED | SCHEDULED LIABILITY AS ALLOWED |
|---|---|---|
| Scheduled Liability: 10416712<br>Date Filed: 01/17/2008<br>Docketed Total: $296,559.67<br>Filing Creditor Name:<br>SLETVOLD JR GEORGE J | Claim Holder Name<br>SLETVOLD JR GEORGE J    Docketed Total: $296,559.67<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                              $296,559.67<br>                                                                                    $296,559.67 | Allowed Total: $296,559.67<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                              $296,559.67<br>                                                                                    $296,559.67 |
| Scheduled Liability: 10416756<br>Date Filed: 01/17/2008<br>Docketed Total: $102,095.41<br>Filing Creditor Name:<br>WANDER,JANET | Claim Holder Name<br>WANDER,JANET    Docketed Total: $102,095.41<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                              $102,095.41<br>                                                                                    $102,095.41 | Allowed Total: $102,095.41<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                              $102,095.41<br>                                                                                    $102,095.41 |

**Total Claims To Be Allowed: 18**

**Total Amount As Docketed:** $6,035,158.73

**Total Amount As Allowed:** $6,035,158.73

\*   See Exhibit E for a listing of debtor entities by case number.

\*\*  Certain creditors' addresses are intentionally omitted.