**EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS** **

| CLAIM TO BE EXPUNGED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 12097<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>BROOKS GARY J | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $975,345.00<br>Total: $975,345.00 | Claim: 12103<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>BROOKS GARY J & KATHLEEN L | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $366,859.00<br>Administrative<br>Unsecured: $1,101,023.00<br>Total: $1,467,882.00 |
| Claim: 12101<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>BROOKS GARY J | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $18,570.00<br>Total: $18,570.00 | Claim: 12103<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>BROOKS GARY J & KATHLEEN L | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $366,859.00<br>Administrative<br>Unsecured: $1,101,023.00<br>Total: $1,467,882.00 |
| Claim: 12102<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>BROOKS GARY J | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $18,000.00<br>Total: $18,000.00 | Claim: 12103<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>BROOKS GARY J & KATHLEEN L | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $366,859.00<br>Administrative<br>Unsecured: $1,101,023.00<br>Total: $1,467,882.00 |
| Claim: 12099<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>BROOKS GARY J | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $18,570.00<br>Total: $18,570.00 | Claim: 12103<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>BROOKS GARY J & KATHLEEN L | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $366,859.00<br>Administrative<br>Unsecured: $1,101,023.00<br>Total: $1,467,882.00 |
| Claim: 12100<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>BROOKS GARY J | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $81,854.00<br>Total: $81,854.00 | Claim: 12103<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>BROOKS GARY J & KATHLEEN L | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $366,859.00<br>Administrative<br>Unsecured: $1,101,023.00<br>Total: $1,467,882.00 |

\*      "UNL" denotes an unliquidated claim.

\*\*     Certain creditors' addresses are intentionally omitted.

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14619-3    Filed 12/22/08    Entered 12/22/08 18:06:14    Exhibit B  
Pg 2 of 11

Exhibit B  
Thirty-Third Omnibus Claims Objection

**EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS \*\***

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 13596　Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/31/2006<br>Creditor's Name: CRACRAFT LARRY F<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 10605　Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/25/2006<br>Creditor's Name: CRACRAFT LARRY F<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL |
| Claim: 9613　Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/17/2006<br>Creditor's Name: DRURY DAVID L<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $693,840.00<br>Total: $693,840.00 | Claim: 9608　Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/17/2006<br>Creditor's Name: DRURY DAVID L<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL |
| Claim: 9611　Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/17/2006<br>Creditor's Name: DRURY DAVID L<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 9608　Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/17/2006<br>Creditor's Name: DRURY DAVID L<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL |
| Claim: 9610　Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/17/2006<br>Creditor's Name: DRURY DAVID L<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $216,000.00<br>Total: $216,000.00 | Claim: 9608　Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/17/2006<br>Creditor's Name: DRURY DAVID L<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL |
| Claim: 9612　Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/17/2006<br>Creditor's Name: DRURY DAVID L<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 9608　Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/17/2006<br>Creditor's Name: DRURY DAVID L<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL |

\*　"UNL" denotes an unliquidated claim.

\*\*　Certain creditors' addresses are intentionally omitted.

**EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS ***

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 9609<br>Date Filed: 07/17/2006<br>Creditor's Name: DRURY DAVID L<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 9608<br>Date Filed: 07/17/2006<br>Creditor's Name: DRURY DAVID L<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL |
| Claim: 13506<br>Date Filed: 07/25/2006<br>Creditor's Name: FATZINGER ROBERT L<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 10826<br>Date Filed: 07/25/2006<br>Creditor's Name: FATZINGER ROBERT L<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $497,400.00<br>Total: $497,400.00 |
| Claim: 16718<br>Date Filed: 10/04/2007<br>Creditor's Name: HENDRICKSON<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | Claim: 16719<br>Date Filed: 10/04/2007<br>Creditor's Name: HENDRICKSON DAVID M<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $540,000.00<br>Administrative:<br>Unsecured:<br>Total: $540,000.00 |
| Claim: 16713<br>Date Filed: 09/24/2007<br>Creditor's Name: HENDRICKSON DAVID<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,592,050.00<br>Total: $1,592,050.00 | Claim: 16719<br>Date Filed: 10/04/2007<br>Creditor's Name: HENDRICKSON DAVID M<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $540,000.00<br>Administrative:<br>Unsecured:<br>Total: $540,000.00 |
| Claim: 16720<br>Date Filed: 10/04/2007<br>Creditor's Name: HENDRICKSON DAVID M<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | Claim: 16719<br>Date Filed: 10/04/2007<br>Creditor's Name: HENDRICKSON DAVID M<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $540,000.00<br>Administrative:<br>Unsecured:<br>Total: $540,000.00 |

\*   "UNL" denotes an unliquidated claim.

\*\*  Certain creditors' addresses are intentionally omitted.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14619-3    Filed 12/22/08    Entered 12/22/08 18:06:14    Exhibit B
Pg 4 of 11

Exhibit B
Thirty-Third Omnibus Claims Objection

**EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS** **

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 14035<br>Date Filed: 07/24/2006<br>Creditor's Name: HODITS JR FRANK W<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $140,404.00<br>Total: $140,404.00 | Claim: 10560<br>Date Filed: 07/24/2006<br>Creditor's Name: HODITS JR FRANK W<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $15,650.00<br>Total: $15,650.00 |
| Claim: 14036<br>Date Filed: 07/24/2006<br>Creditor's Name: HODITS JR FRANK W<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $907,080.00<br>Total: $907,080.00 | Claim: 10560<br>Date Filed: 07/24/2006<br>Creditor's Name: HODITS JR FRANK W<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $15,650.00<br>Total: $15,650.00 |
| Claim: 13493<br>Date Filed: 07/24/2006<br>Creditor's Name: HODITS JR FRANK W<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $12,738.00<br>Total: $12,738.00 | Claim: 10560<br>Date Filed: 07/24/2006<br>Creditor's Name: HODITS JR FRANK W<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $15,650.00<br>Total: $15,650.00 |
| Claim: 13494<br>Date Filed: 07/24/2006<br>Creditor's Name: HODITS JR FRANK W<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $13,378.00<br>Total: $13,378.00 | Claim: 10560<br>Date Filed: 07/24/2006<br>Creditor's Name: HODITS JR FRANK W<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $15,650.00<br>Total: $15,650.00 |
| Claim: 10562<br>Date Filed: 07/24/2006<br>Creditor's Name: HOLLASCH KURT D<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $202,000.00<br>Total: $202,000.00 | Claim: 9439<br>Date Filed: 07/13/2006<br>Creditor's Name: HOLLASCH KURT D<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $868,272.00<br>Total: $868,272.00 |

\*   "UNL" denotes an unliquidated claim.

\*\*  Certain creditors' addresses are intentionally omitted.

**EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS ** **

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 9666<br>Date Filed: 07/17/2006<br>Creditor's Name: HOLLASCH KURT D<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $11,700.00<br>Total: $11,700.00 | Claim: 9439<br>Date Filed: 07/13/2006<br>Creditor's Name: HOLLASCH KURT D<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $868,272.00<br>Total: $868,272.00 |
| Claim: 11161<br>Date Filed: 07/26/2006<br>Creditor's Name: HOLLASCH KURT D<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,941,219.00<br>Total: $1,941,219.00 | Claim: 9439<br>Date Filed: 07/13/2006<br>Creditor's Name: HOLLASCH KURT D<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $868,272.00<br>Total: $868,272.00 |
| Claim: 10563<br>Date Filed: 07/24/2006<br>Creditor's Name: HOLLASCH KURT D<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $1,720,083.00<br>Administrative:<br>Unsecured: UNL<br>Total: $1,720,083.00 | Claim: 9439<br>Date Filed: 07/13/2006<br>Creditor's Name: HOLLASCH KURT D<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $868,272.00<br>Total: $868,272.00 |
| Claim: 10564<br>Date Filed: 07/24/2006<br>Creditor's Name: HOLLASCH KURT D<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $88,284.00<br>Total: $88,284.00 | Claim: 9439<br>Date Filed: 07/13/2006<br>Creditor's Name: HOLLASCH KURT D<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $868,272.00<br>Total: $868,272.00 |
| Claim: 9835<br>Date Filed: 07/18/2006<br>Creditor's Name: KARVONEN THOMAS D<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $50,728.00<br>Total: $50,728.00 | Claim: 9834<br>Date Filed: 07/18/2006<br>Creditor's Name: KARVONEN THOMAS D<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $619,909.00<br>Total: $619,909.00 |

\*     "UNL" denotes an unliquidated claim.

\*\*    Certain creditors' addresses are intentionally omitted.

**EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS ***

| CLAIM TO BE EXPUNGED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 9818<br>Date Filed: 07/18/2006<br>Creditor's Name:<br>KRIEGER HARVEY J | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $44,131.00<br>Total: $44,131.00 | Claim: 9817<br>Date Filed: 07/18/2006<br>Creditor's Name:<br>KRIEGER HARVEY J | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative<br>Unsecured: $1,082,431.00<br>Total: $1,082,431.00 |
| Claim: 9978<br>Date Filed: 07/20/2006<br>Creditor's Name:<br>LIPPA MICHAEL R | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 9977<br>Date Filed: 07/20/2006<br>Creditor's Name:<br>LIPPA MICHAEL R | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative<br>Unsecured: UNL<br>Total: UNL |
| Claim: 9979<br>Date Filed: 07/20/2006<br>Creditor's Name:<br>LIPPA MICHAEL R | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 9977<br>Date Filed: 07/20/2006<br>Creditor's Name:<br>LIPPA MICHAEL R | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative<br>Unsecured: UNL<br>Total: UNL |
| Claim: 9288<br>Date Filed: 07/11/2006<br>Creditor's Name:<br>MARQUIS TERRY L | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $19,200.00<br>Total: $19,200.00 | Claim: 9287<br>Date Filed: 07/11/2006<br>Creditor's Name:<br>MARQUIS TERRY L | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative<br>Unsecured: $9,600.00<br>Total: $9,600.00 |
| Claim: 9292<br>Date Filed: 07/11/2006<br>Creditor's Name:<br>MARQUIS TERRY L | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $950,107.35<br>Total: $950,107.35 | Claim: 9287<br>Date Filed: 07/11/2006<br>Creditor's Name:<br>MARQUIS TERRY L | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative<br>Unsecured: $9,600.00<br>Total: $9,600.00 |

\*      "UNL" denotes an unliquidated claim.

\*\*     Certain creditors' addresses are intentionally omitted.

**EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS \*\***

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 9290<br>Date Filed: 07/11/2006<br>Creditor's Name: MARQUIS TERRY L<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 9287<br>Date Filed: 07/11/2006<br>Creditor's Name: MARQUIS TERRY L<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $9,600.00<br>Total: $9,600.00 |
| Claim: 9291<br>Date Filed: 07/11/2006<br>Creditor's Name: MARQUIS TERRY L<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $5,415.92<br>Total: $5,415.92 | Claim: 9287<br>Date Filed: 07/11/2006<br>Creditor's Name: MARQUIS TERRY L<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $9,600.00<br>Total: $9,600.00 |
| Claim: 9289<br>Date Filed: 07/11/2006<br>Creditor's Name: MARQUIS TERRY L<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $937,667.91<br>Total: $937,667.91 | Claim: 9287<br>Date Filed: 07/11/2006<br>Creditor's Name: MARQUIS TERRY L<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $9,600.00<br>Total: $9,600.00 |
| Claim: 16800<br>Date Filed: 02/07/2008<br>Creditor's Name: RIES THOMAS E<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 16799<br>Date Filed: 02/07/2008<br>Creditor's Name: RIES THOMAS E<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL |
| Claim: 8940<br>Date Filed: 07/05/2006<br>Creditor's Name: RITZENTHALER FRANCIS H<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $20,000.00<br>Total: $20,000.00 | Claim: 8939<br>Date Filed: 07/05/2006<br>Creditor's Name: RITZENTHALER FRANCIS H<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $7,003.75<br>Total: $7,003.75 |

\*   "UNL" denotes an unliquidated claim.

\*\*  Certain creditors' addresses are intentionally omitted.

**EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS ***

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 8941<br>Date Filed: 07/05/2006<br>Creditor's Name:<br>RITZENTHALER FRANCIS H<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $280,032.00<br>Administrative:<br>Unsecured: $739,006.00<br>Total: $1,019,038.00 | Claim: 8939<br>Date Filed: 07/05/2006<br>Creditor's Name:<br>RITZENTHALER FRANCIS H<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $7,003.75<br>Total: $7,003.75 |
| Claim: 8947<br>Date Filed: 07/05/2006<br>Creditor's Name:<br>RITZENTHALER FRANCIS H<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $13,151.00<br>Total: $13,151.00 | Claim: 8939<br>Date Filed: 07/05/2006<br>Creditor's Name:<br>RITZENTHALER FRANCIS H<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $7,003.75<br>Total: $7,003.75 |
| Claim: 8942<br>Date Filed: 07/05/2006<br>Creditor's Name:<br>RITZENTHALER FRANCIS H<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $450,432.00<br>Administrative:<br>Unsecured: $618,208.00<br>Total: $1,068,640.00 | Claim: 8939<br>Date Filed: 07/05/2006<br>Creditor's Name:<br>RITZENTHALER FRANCIS H<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $7,003.75<br>Total: $7,003.75 |
| Claim: 8948<br>Date Filed: 07/05/2006<br>Creditor's Name:<br>RITZENTHALER FRANCIS H<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $18,225.00<br>Total: $18,225.00 | Claim: 8939<br>Date Filed: 07/05/2006<br>Creditor's Name:<br>RITZENTHALER FRANCIS H<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $7,003.75<br>Total: $7,003.75 |
| Claim: 5791<br>Date Filed: 05/15/2006<br>Creditor's Name:<br>RODEMAN DONALD W<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 5790<br>Date Filed: 05/15/2006<br>Creditor's Name:<br>RODEMAN DONALD W<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL |

\*   "UNL" denotes an unliquidated claim.

\*\*  Certain creditors' addresses are intentionally omitted.

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14619-3    Filed 12/22/08    Entered 12/22/08 18:06:14    Exhibit B  
Pg 9 of 11

Exhibit B  
Thirty-Third Omnibus Claims Objection

**EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS **

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 5793<br>Date Filed: 05/15/2006<br>Creditor's Name: RODEMAN DONALD W<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 5790<br>Date Filed: 05/15/2006<br>Creditor's Name: RODEMAN DONALD W<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL |
| Claim: 5792<br>Date Filed: 05/15/2006<br>Creditor's Name: RODEMAN DONALD W<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 5790<br>Date Filed: 05/15/2006<br>Creditor's Name: RODEMAN DONALD W<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL |
| Claim: 16712<br>Date Filed: 09/24/2007<br>Creditor's Name: SOSNOWCHIK THOMAS J<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,524,000.00<br>Total: $1,524,000.00 | Claim: 10765<br>Date Filed: 07/25/2006<br>Creditor's Name: SOSNOWCHIK THOMAS J<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $320,532.00<br>Administrative:<br>Unsecured:<br>Total: $320,532.00 |
| Claim: 16710<br>Date Filed: 09/24/2007<br>Creditor's Name: SOSNOWCHIK THOMAS J<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $5,836.00<br>Total: $5,836.00 | Claim: 10765<br>Date Filed: 07/25/2006<br>Creditor's Name: SOSNOWCHIK THOMAS J<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $320,532.00<br>Administrative:<br>Unsecured:<br>Total: $320,532.00 |
| Claim: 16715<br>Date Filed: 09/27/2007<br>Creditor's Name: SOSNOWCHIK THOMAS J<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $76,442.00<br>Total: $76,442.00 | Claim: 10765<br>Date Filed: 07/25/2006<br>Creditor's Name: SOSNOWCHIK THOMAS J<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $320,532.00<br>Administrative:<br>Unsecured:<br>Total: $320,532.00 |

\*      "UNL" denotes an unliquidated claim.  
\*\*     Certain creditors' addresses are intentionally omitted.

**EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS **

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 16704<br>Date Filed: 09/14/2007<br>Creditor's Name:<br>SOSNOWCHIK THOMAS J<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $281,332.00<br>Total: $281,332.00 | Claim: 10765<br>Date Filed: 07/25/2006<br>Creditor's Name:<br>SOSNOWCHIK THOMAS J<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $320,532.00<br>Administrative:<br>Unsecured:<br>Total: $320,532.00 |
| Claim: 16722<br>Date Filed: 10/09/2007<br>Creditor's Name:<br>STRANEY PATRICK J<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,127,091.00<br>Total: $1,127,091.00 | Claim: 8781<br>Date Filed: 06/30/2006<br>Creditor's Name:<br>STRANEY PATRICK J<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative<br>Unsecured: UNL<br>Total: UNL |
| Claim: 16723<br>Date Filed: 10/09/2007<br>Creditor's Name:<br>STRANEY PATRICK J<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $732,609.00<br>Total: $732,609.00 | Claim: 8781<br>Date Filed: 06/30/2006<br>Creditor's Name:<br>STRANEY PATRICK J<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative<br>Unsecured: UNL<br>Total: UNL |
| Claim: 9804<br>Date Filed: 07/18/2006<br>Creditor's Name:<br>WINGEIER KENNETH G<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $31,779.00<br>Total: $31,779.00 | Claim: 9800<br>Date Filed: 07/18/2006<br>Creditor's Name:<br>WINGEIER KENNETH G<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative<br>Unsecured: $721,575.00<br>Total: $721,575.00 |
| Claim: 9802<br>Date Filed: 07/18/2006<br>Creditor's Name:<br>WINGEIER KENNETH G<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $16,251.00<br>Total: $16,251.00 | Claim: 9800<br>Date Filed: 07/18/2006<br>Creditor's Name:<br>WINGEIER KENNETH G<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative<br>Unsecured: $721,575.00<br>Total: $721,575.00 |

\*      "UNL" denotes an unliquidated claim.

\*\*     Certain creditors' addresses are intentionally omitted.

**EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS ***

| CLAIM TO BE EXPUNGED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 9801<br>Date Filed: 07/18/2006<br>Creditor's Name:<br>WINGEIER KENNETH G | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,047,969.48<br>Total: $2,047,969.48 | Claim: 9800<br>Date Filed: 07/18/2006<br>Creditor's Name:<br>WINGEIER KENNETH G | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $721,575.00<br>Total: $721,575.00 |
| Claim: 9805<br>Date Filed: 07/18/2006<br>Creditor's Name:<br>WINGEIER KENNETH G | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $178,453.00<br>Total: $178,453.00 | Claim: 9800<br>Date Filed: 07/18/2006<br>Creditor's Name:<br>WINGEIER KENNETH G | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $721,575.00<br>Total: $721,575.00 |
| Claim: 9803<br>Date Filed: 07/18/2006<br>Creditor's Name:<br>WINGEIER KENNETH G | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $451,994.79<br>Administrative:<br>Unsecured: $1,180,228.75<br>Total: $1,632,223.54 | Claim: 9800<br>Date Filed: 07/18/2006<br>Creditor's Name:<br>WINGEIER KENNETH G | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $721,575.00<br>Total: $721,575.00 |

**Total Claims To Be Expunged:** 53
**Total Asserted Amount To Be Expunged:** $20,451,405.20

\*     "UNL" denotes an unliquidated claim.
\*\*    Certain creditors' addresses are intentionally omitted.