**EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 1704<br>Date Filed: 01/30/2006<br>Docketed Total: $874,448.21<br>Filing Creditor Name and Address:<br>CAPRO LTD<br>155 S LIMERICK RD<br>LIMERICK, PA 19468-1699 | Claim Holder Name and Address<br>BEAR STEARNS INVESTMENT PRODUCTS INC<br>CO JPMORGAN CHASE BANK NA<br>LEGAL DEPT<br>1 CHASE MANHATTAN PLAZA 26TH FL<br>NEW YORK, NY 10081<br><br>Docketed Total: $874,448.21<br><br>Case Number*: 05-44640<br>Secured: $299,723.41<br>Unsecured: $574,724.80<br>Totals: $299,723.41 / $574,724.80 | Allowed Total: $857,771.97<br><br>Case Number*: 05-44640<br>Unsecured: $857,771.97<br>Total: $857,771.97 |
| Claim: 10971<br>Date Filed: 07/26/2006<br>Docketed Total: $332,442.44<br>Filing Creditor Name and Address:<br>EATON AEROQUIP DE MEXICO SA DE CV<br>1111 SUPERIOR AVE<br>CLEVELAND, OH 44114-2584 | Claim Holder Name and Address<br>EATON AEROQUIP DE MEXICO SA DE CV<br>1111 SUPERIOR AVE<br>CLEVELAND, OH 44114-2584<br><br>Docketed Total: $332,442.44<br><br>Case Number*: 05-44481<br>Unsecured: $332,442.44<br>Total: $332,442.44 | Allowed Total: $130,456.03<br><br>Case Number*: 05-44640<br>Unsecured: $130,456.03<br>Total: $130,456.03 |
| Claim: 6809<br>Date Filed: 05/25/2006<br>Docketed Total: $740,224.29<br>Filing Creditor Name and Address:<br>EATON CORPORATION<br>DBA REVENUE MANAGEMENT<br>1 UNIVERSITY PLAZA NO 312<br>HACKENSACK, NJ 07601 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF EATON CORPORATION<br>DBA REVENUE MANAGEMENT<br>1 UNIVERSITY PLAZA NO 312<br>HACKENSACK, NJ 07601<br><br>Docketed Total: $740,224.29<br><br>Case Number*: 05-44640<br>Unsecured: $740,224.29<br>Total: $740,224.29 | Allowed Total: $583,936.24<br><br>Case Number*: 05-44640<br>Unsecured: $583,936.24<br>Total: $583,936.24 |

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.

**EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 10908<br>Date Filed: 07/26/2006<br>Docketed Total: $4,692.90<br>Filing Creditor Name and Address:<br>EATON ELECTRICAL<br>1111 SUPERIOR AVE<br>CLEVELAND, OH 44114-2584 | Claim Holder Name and Address<br>EATON ELECTRICAL   Docketed Total: $4,692.90<br>1111 SUPERIOR AVE<br>CLEVELAND, OH 44114-2584<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                        $4,692.90<br>                                                                $4,692.90 | Allowed Total: $4,692.90<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                        $4,692.90<br>                                                                $4,692.90 |
| Claim: 11029<br>Date Filed: 07/26/2006<br>Docketed Total: $1,865.03<br>Filing Creditor Name and Address:<br>EATON HYDRAULICS INC<br>EATON CORPORATION<br>1111 SUPERIOR AVE<br>CLEVELAND, OH 44114-2584 | Claim Holder Name and Address<br>EATON HYDRAULICS INC   Docketed Total: $1,865.03<br>EATON CORPORATION<br>1111 SUPERIOR AVE<br>CLEVELAND, OH 44114-2584<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                        $1,865.03<br>                                                                $1,865.03 | Allowed Total: $1,865.03<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                        $1,865.03<br>                                                                $1,865.03 |
| Claim: 10970<br>Date Filed: 07/26/2006<br>Docketed Total: $14,019.41<br>Filing Creditor Name and Address:<br>EATON YALE LTD<br>1111 SUPERIOR AVE<br>CLEVELAND, OH 44114-2584 | Claim Holder Name and Address<br>EATON YALE LTD   Docketed Total: $14,019.41<br>1111 SUPERIOR AVE<br>CLEVELAND, OH 44114-2584<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                        $14,019.41<br>                                                                $14,019.41 | Allowed Total: $7,500.00<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                        $7,500.00<br>                                                                $7,500.00 |
| Claim: 3738<br>Date Filed: 05/01/2006<br>Docketed Total: $50,374.12<br>Filing Creditor Name and Address:<br>MOLDTECH INC<br>1900 COMMERCE PKY<br>LANCASTER, NY 14086 | Claim Holder Name and Address<br>MOLDTECH INC   Docketed Total: $50,374.12<br>1900 COMMERCE PKY<br>LANCASTER, NY 14086<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                        $50,374.12<br>                                                                $50,374.12 | Allowed Total: $46,544.80<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                        $46,544.80<br>                                                                $46,544.80 |

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.

**EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10411<br>Date Filed: 07/24/2006<br>Docketed Total: $157,011.51<br>Filing Creditor Name and Address:<br>PHELPS DODGE MAGNET WIRE CO<br>ONE N CENTRAL AVE<br>PHOENIX, AZ 85004 | Claim Holder Name and Address<br>HAIN CAPITAL HOLDINGS LLC<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070 | Docketed Total: | | $157,011.51 | | Allowed Total: | | $150,301.40 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$157,011.51<br>$157,011.51 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$150,301.40<br>$150,301.40 |
| Claim: 590<br>Date Filed: 11/15/2005<br>Docketed Total: $29,390.33<br>Filing Creditor Name and Address:<br>SANDVIK MATERIALS TECHNOLOGY<br>8 PARK CTR CT STE 200<br>OWINGS MILLS, MD 21117 | Claim Holder Name and Address<br>SANDVIK MATERIALS TECHNOLOGY<br>8 PARK CTR CT STE 200<br>OWINGS MILLS, MD 21117 | Docketed Total: | | $29,390.33 | | Allowed Total: | | $17,987.25 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$29,390.33<br>$29,390.33 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$17,987.25<br>$17,987.25 |
| Claim: 5907<br>Date Filed: 05/16/2006<br>Docketed Total: $64,430.50<br>Filing Creditor Name and Address:<br>SCHAEFFLER KG<br>SCHAEFFLER ACCOUNTING SERVICES<br>GEORG SCHAFER STR 30<br>SCHWEINFURT, 97421<br>GERMANY | Claim Holder Name and Address<br>SCHAEFFLER KG<br>SCHAEFFLER ACCOUNTING SERVICES<br>GEORG SCHAFER STR 30<br>SCHWEINFURT, 97421<br>GERMANY | Docketed Total: | | $64,430.50 | | Allowed Total: | | $16,719.87 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$64,430.50<br>$64,430.50 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$16,719.87<br>$16,719.87 |

\*     See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14619-4    Filed 12/22/08    Entered 12/22/08 18:06:14    Exhibit C
Pg 4 of 5

Thirty-Third Omnibus Claims Objection

**EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 1726<br>Date Filed: 01/31/2006<br>Docketed Total: $5,849.70<br>Filing Creditor Name and Address:<br>  SIERRA INTERNATIONAL INC<br>  155 SOUTH LIMERICK RD<br>  LIMERICK, PA 19468-1699 | Claim Holder Name and Address<br>  BEAR STEARNS INVESTMENT<br>  PRODUCTS INC<br>  CO JPMORGAN CHASE BANK NA<br>  LEGAL DEPT<br>  1 CHASE MANHATTAN PLAZA 26TH FL<br>  NEW YORK, NY 10081<br><br>Docketed Total: $5,849.70<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640    $629.00       $5,220.70<br>               $629.00            $5,220.70 | Allowed Total: $3,333.70<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                            $3,333.70<br>                                      $3,333.70 |
| Claim: 1728<br>Date Filed: 01/31/2006<br>Docketed Total: $212,632.48<br>Filing Creditor Name and Address:<br>  TELEFLEX AUTOMOTIVE<br>  MANUFACTURING<br>  CORPORATION<br>  155 S LIMERICK RD<br>  LIMERICK, PA 19468-1699 | Claim Holder Name and Address<br>  BEAR STEARNS INVESTMENT<br>  PRODUCTS INC<br>  CO JPMORGAN CHASE BANK NA<br>  LEGAL DEPT<br>  1 CHASE MANHATTAN PLAZA 26TH FL<br>  NEW YORK, NY 10081<br><br>Docketed Total: $212,632.48<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640    $64,731.84       $147,900.64<br>              $64,731.84         $147,900.64 | Allowed Total: $181,558.42<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                          $181,558.42<br>                                  $181,558.42 |
| Claim: 1703<br>Date Filed: 01/30/2006<br>Docketed Total: $59,962.24<br>Filing Creditor Name and Address:<br>  TELEFLEX INCORPORATED DBA<br>  TELEFLEX MORSE<br>  155 SOUTH LIMERICK RD<br>  LIMERICK, PA 19468-1699 | Claim Holder Name and Address<br>  BEAR STEARNS INVESTMENT<br>  PRODUCTS INC<br>  CO JPMORGAN CHASE BANK NA<br>  LEGAL DEPT<br>  1 CHASE MANHATTAN PLAZA 26TH FL<br>  NEW YORK, NY 10081<br><br>Docketed Total: $59,962.24<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640    $27,431.68       $32,530.56<br>              $27,431.68         $32,530.56 | Allowed Total: $47,395.10<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                          $47,395.10<br>                                  $47,395.10 |

\*     See Exhibit E for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14619-4    Filed 12/22/08    Entered 12/22/08 18:06:14    Exhibit C
Pg 5 of 5

Thirty-Third Omnibus Claims Objection

**EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 11681<br>Date Filed: 07/27/2006<br>Docketed Total: $2,227,147.77<br>Filing Creditor Name and Address:<br>TESA AG<br>JAMES J DECRISTOFARO ESQ<br>LOVELLS<br>590 MADISON AVE<br>NEW YORK, NY 10022 | Claim Holder Name and Address<br>TESA AG<br>JAMES J DECRISTOFARO ESQ<br>LOVELLS<br>590 MADISON AVE<br>NEW YORK, NY 10022<br><br>Docketed Total: $2,227,147.77<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640  $151,257.61  UNL  $2,075,890.16<br>**Total:** $151,257.61  UNL  $2,075,890.16 | Allowed Total: $1,837,259.20<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640  $1,837,259.20<br>**Total:** $1,837,259.20 |
| Claim: 8139<br>Date Filed: 06/19/2006<br>Docketed Total: $44,754.00<br>Filing Creditor Name and Address:<br>THE BRIX GROUP INC<br>541 DIVISION ST<br>CAMPBELL, CA 95008 | Claim Holder Name and Address<br>THE BRIX GROUP INC<br>541 DIVISION ST<br>CAMPBELL, CA 95008<br><br>Docketed Total: $44,754.00<br><br>Case Number*  Secured  Priority  Unsecured<br>05-47474  $44,754.00<br>**Total:** $44,754.00 | Allowed Total: $27,595.51<br><br>Case Number*  Secured  Priority  Unsecured<br>05-47474  $27,595.51<br>**Total:** $27,595.51 |
| Claim: 16375<br>Date Filed: 10/19/2006<br>Docketed Total: $595,386.02<br>Filing Creditor Name and Address:<br>TPO DISPLAYS USA INC FKA<br>MOBILE DISPLAY SYSTEMS<br>KIRKPATRICK & LOCKHART<br>NICHOLSON GRAHAM LLP<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022 | Claim Holder Name and Address<br>TPO DISPLAYS USA INC FKA<br>MOBILE DISPLAY SYSTEMS<br>KIRKPATRICK & LOCKHART<br>NICHOLSON GRAHAM LLP<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022<br><br>Docketed Total: $595,386.02<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481  $595,386.02<br>**Total:** $595,386.02 | Allowed Total: $413,423.52<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640  $413,423.52<br>**Total:** $413,423.52 |

**Total Claims To Be Allowed: 16**

**Total Amount As Docketed:** $5,414,630.95

**Total Amount As Allowed:** $4,328,340.94

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.