**EXHIBIT D - CLAIM TO BE EXPUNGED PURSUANT TO SETTLEMENT**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MOBILE DISPLAY SYSTEMS<br>C/O ROBERT N MICHAELSON ESQ<br>KIRKPATRICK & LOCKHART<br>NICHOLSON GRAHAM LLP<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022 | 14295 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$124,961.82<br>$124,961.82 | 07/31/2006 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **1** | | **$124,961.82** | | |