In re Delphi Corporation, et al.                                      Thirty-Third Omnibus Claims Objection

**Case No. 05-44481 (RDD)**

### Exhibit E - Debtor Entity Reference

| CASE NUMBER | DEBTOR ENTITY |
|:---:|:---|
| 05-44481 | DELPHI CORPORATION |
| 05-47474 | MOBILEARIA, INC. |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |