IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re : Chapter 11
:
DELPHI CORPORATION, et al., : Case No. 05-44481 (RDD)
:
Debtors. : (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AFFIDAVIT OF SERVICE

I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On December 22, 2008, I caused to be served the document listed below (i) upon the parties listed on Exhibit A hereto via overnight mail, (ii) upon the parties listed on Exhibit B hereto via electronic notification and (iii) upon the parties listed on Exhibit C hereto via facsimile:

> Notice of Intention to Enter Into Amendment to Real Property Lease (Walter Jones Boulevard and Spur Drive, El Paso, Texas Lease) [a copy of which is attached hereto as Exhibit D]

Dated: December 26, 2008

                */s/ Evan Gershbein*
                 Evan Gershbein

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 26th day of December, 2008, by Evan Gershbein, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:  */s/ L. Maree Sanders*

Commission Expires: *10/1/09*

# EXHIBIT A

Delphi Corporation
El Paso Lease Notice Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Phone | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Davis, Polk & Wardwell | Donald Bernstein<br>Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092<br>212-450-4213 | Counsel to Debtor's Postpetition Administrative Agent |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler<br>Bonnie Steingart<br>Vivek Melwani<br>Jennifer L Rodburg<br>Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | Counsel to Equity Security Holders Committee |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | Counsel to Official Committee of Unsecured Creditors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| United States Trustee | Brian Masumoto | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | Counsel to United States Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

12/23/2008 11:41 AM
El Paso Lease Notice Overnight

# EXHIBIT B

Delphi Corporation
El Paso Lease Notice Service List

| Company | Contact | Address1 | City | State | Zip | Phone | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Davis, Polk & Wardwell | Donald Bernstein<br>Brian Resnick | 450 Lexington Avenue | New York | NY | 10017 | 212-450-4092<br>212-450-4213 | donald.bernstein@dpw.com<br>brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler<br>Bonnie Steingart<br>Vivek Melwani<br>Jennifer L Rodburg<br>Richard J Slivinski | One New York Plaza | New York | NY | 10004 | 212-859-8000 | rodbuje@ffhsj.com<br>sliviri@ffhsj.com | Counsel to Equity Security Holders Committee |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | New York | NY | 10022 | 212-906-1370 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman,<br>Robert H. Trust,<br>William T. Russell, Jr. | 425 Lexington Avenue | New York | NY | 10017 | 212-455-2000 | kziman@stblaw.com<br>rtrust@stblaw.com<br>wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

12/23/2008 11:46 AM
El Paso Lease Notice Email

# EXHIBIT C

Delphi Corporation
El Paso Lease Notice Service List

| Company | Contact | Address1 | City | State | Zip | Phone | Fax | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Davis, Polk & Wardwell | Donald Bernstein<br>Brian Resnick | 450 Lexington Avenue | New York | NY | 10017 | 212-450-4092<br>212-450-4213 | 212-450-3092<br>212-450-3213 | Counsel to Debtor's Postpetition Administrative Agent |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler<br>Bonnie Steingart<br>Vivek Melwani<br>Jennifer L Rodburg<br>Richard J Slivinski | One New York Plaza | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | Counsel to Equity Security Holders Committee |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | Counsel to Official Committee of Unsecured Creditors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman,<br>Robert H. Trust,<br>William T. Russell, Jr. | 425 Lexington Avenue | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

12/23/2008 11:45 AM
El Paso Lease Notice Fax

# EXHIBIT D

**Objection Deadline: January 8, 2009**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF INTENTION TO ENTER INTO AMENDMENT
TO REAL PROPERTY LEASE
(Walter Jones Boulevard and Spur Drive, El Paso, Texas Lease)

1. ORDER APPROVING ENTERING INTO OR RENEWING NEW LEASES

PLEASE TAKE NOTICE that on January 6, 2006, the United States Bankruptcy Court for the Southern District of New York entered an Order Under 11 U.S.C. §§ 363, 1107, and 1108 Approving Procedures To Enter Into Or Renew Real Property Leases Without Further Court Approval (the "Order," a copy of which is attached hereto as Exhibit 1) (Docket No. 1777). The Order authorized the above-captioned debtors and debtors-in-possession (the "Debtors") to enter into or renew certain real property leases and deliver notice thereof to the Notice Parties (as defined in the Order) without further Court approval. The Debtors have determined to enter into an amendment (the "Amendment") of its real property lease as described below to extend the terms of such lease pursuant to the Order:

      Location Of Leased Premises:

      Buildings A, B, C, and D and all of the remaining premises commonly known as Lots 2 and 3 and a portion of Lot 1, Block 14, Butterfield Trail Industrial Park Unit Three, located at Walter Jones Boulevard and Spur Drive, El Paso, Texas

2. AMENDMENT EFFECTIVE DATE

PLEASE TAKE FURTHER NOTICE that the Debtors intend to enter into the Amendment on or after January 8, 2009 unless an objection is served in the manner described in the Order.

3. LESSOR

TR Butterfield Trail Corp.

PLEASE TAKE FURTHER NOTICE that the Lessors under the Amendment are not "insiders" of any of the Debtors as defined in 11 U.S.C. § 101(31).

4. DESCRIPTION OF AMENDMENT TERMS

PLEASE TAKE FURTHER NOTICE that a description of the terms of the Amendment is attached hereto as Exhibit 2.

Dated:  New York, New York
        December 22, 2008

                SKADDEN, ARPS, SLATE, MEAGHER
                    & FLOM LLP

By:   /s/ John Wm. Butler, Jr.
     John Wm. Butler, Jr. (JB 4711)
     John K. Lyons (JL 9331)
     Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

- and -

By:   /s/ Kayalyn A. Marafioti
     Kayalyn A. Marafioti (KM 9632)
     Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

05-44481-rdd    Doc 14628    Filed 12/26/08    Entered 12/26/08 20:46:46    Main Document
Pg 11 of 15

<u>Exhibit 1 - Order</u>

```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                          :
       In re                              :    Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :    Case No. 05-44481 (RDD)
                                          :
                        Debtors.          :    (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

ORDER UNDER 11 U.S.C. §§ 363, 1107, AND 1108 APPROVING
PROCEDURES TO ENTER INTO OR RENEW REAL PROPERTY
<u>LEASES WITHOUT FURTHER COURT APPROVAL</u>

("LEASE PROCEDURES ORDER")

Upon the motion, dated December 16, 2005 (the "Motion"), of Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for an order (the "Order") under 11 U.S.C. §§ 365, 1107, and 1108 approving procedures to enter into new or renew existing non-residential leases or subleases of real property (the "Leases") without further Court approval; and upon the record of the hearing held on the Motion; and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion is GRANTED as provided herein.

2. The Debtors are hereby authorized but not directed to enter into or renew the Leases without further Court approval, subject to the procedures set forth below.

3. For a Lease with average Lease obligations of $200,000 or less per annum or Lease obligations of $1 million or less in the aggregate (a "De Minimis Lease"), the Debtors shall be authorized but not directed to enter into or renew a De Minimis Lease without further Bankruptcy Court approval. The Debtors, however, shall use reasonable efforts to provide notice of the terms of any De Minimis Lease it intends to enter into to counsel for the Official Committee of Unsecured Creditors prior to entering into such De Minimis Lease. In the event Debtors are unable to provide such notice to counsel for the Official Committee of Unsecured Creditors prior to entering into a De Minimis Lease, Debtors shall provide such notice after the Debtors enter into the De Minimis Lease. Notwithstanding the foregoing, if a lessor under a De Minimis Lease is an "insider" as defined in section 101(31) of the Bankruptcy Code, the Debtors shall comply with the procedures set forth in paragraph 4 herein.

4. For a Lease with average lease obligations of $200,001 or more per annum or Lease obligations in excess of $1 million up to and including $5 million in the aggregate, the Debtors shall give notice of their intention to enter into or renew such Lease (the "Lease Notice") to (a) the Office of the United States Trustee for the Southern District of New York, (b) counsel for the Official Committee of Unsecured Creditors, (c) counsel for the agent under the Debtors' prepetition credit facility, and (d) counsel for the agent under the Debtors' post-petition facility (collectively, the "Notice Parties"). The Debtors shall serve the Lease Notice by facsimile, overnight delivery, or hand delivery. The Lease Notice shall include the following information: (a) the proposed Lease to be entered into or renewed, (b) the identity of the lessor (including a statement as to whether the proposed lessor is an "insider" as defined in section 101(31) of the

2

Bankruptcy Code), and (c) a description of the terms of the proposed Lease. The Notice Parties shall have ten business days following initial receipt of the Lease Notice to object to or request additional time to evaluate the proposed Lease. If counsel to the Debtors receives no written objection or written request for additional time prior to the expiration of such ten business day period, the Debtors shall be authorized to enter into or renew the Lease. If a Notice Party objects to the proposed Lease within ten business days after the Lease Notice is received, the Debtors and such objecting Notice Party shall meet and confer in an attempt to negotiate a consensual resolution. Should either party determine that an impasse exists, then the Debtors shall move the Bankruptcy Court for authority to enter into or renew the Lease, as the case may be, upon notice to the objecting party and other parties-in-interest in accordance with the Court's Case Management Order entered on October 14, 2005 ("Case Management Order").

       5.   For a Lease with Lease obligations in excess of $5 million in the aggregate, the Debtors will be authorized to enter into the Lease only after obtaining Bankruptcy Court approval of the proposed Lease after notice and a hearing.

       6.   This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

       7.   The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied by the Motion.

Dated:    New York, New York  
            January 6, 2006

                                  /s/ Robert D. Drain  
                                  UNITED STATES BANKRUPTCY JUDGE

<u>Exhibit 2 - Lease Amendment Terms</u>

| | | |
|---|---|---|
| 1. | Landlords: | TR Butterfield Trail Corp.<br>c/o Invesco Real Estate<br>Three Galleria Tower<br>Suite 500<br>Dallas, Texas 75240<br>Attention: Asset Manager<br><br>*With a copy to:*<br><br>Holland & Knight LLP<br>131 South Dearborn Street, 30th Floor<br>Chicago, Illinois 60603<br>Attention: James T. Mayer, Esq. |
| 2. | Tenant: | Delphi Automotive Systems LLC |
| 3. | Premises: | Buildings A, B, C, and D and all of the remaining premises commonly known as Lots 2 and 3 and a portion of Lot 1, Block 14, Butterfield Trail Industrial Park Unit Three, comprising approximately 497,611 square feet of floor space of buildings located at:<br><br>Walter Jones Boulevard and Spur Drive El Paso, Texas |
| 4. | Commencement Date: | January 1, 2009 |
| 5. | Expiration Date: | June 30, 2009 |
| 6. | Monthly Base Rent: | No increase from current rates; tenant would pay building rent of $114,035.85 per month plus ground rent of $29,856.66 per month |
| 7. | Additional Rent: | No increase from current rates; tenant would pay taxes, individual utility costs, and certain other costs, totaling approximately $99,108 per month in the aggregate |
| 8. | Permitted Use: | Warehouse, office, light manufacturing, and any other use permitted by applicable zoning regulations and not inconsistent with the character of the buildings |