IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
    :
In re      :    Chapter 11
    :
DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
    :
Debtors.    :    (Jointly Administered)
    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AFFIDAVIT OF SERVICE

      I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

      On December 22, 2008, I caused to be served the document listed below (i) upon the parties listed on Exhibit A hereto via overnight delivery; (ii) upon the parties listed on Exhibit B via email notification and (ii) upon the parties listed on Exhibit C hereto via postage pre-paid U.S. mail:

    1)    Debtors' Thirty-Third Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed.R.Bankr.P.3007 Regarding (A) SERP Claims And Scheduled Liabilities Subject To Modification, (B) Duplicate Or Amended SERP Claims, (C) Claims Subject To Modification, And (D) Claim To Be Expunged Pursuant To Settlement ("Thirty-Third Omnibus Claims Objection") (Docket No. 14619) [a copy of which is attached hereto as Exhibit D]

      On December 22, 2008, I caused to be served the documents listed below upon the parties listed on Exhibit E hereto via postage pre-paid U.S. mail:

    2)    Debtors' Thirty-Third Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed.R.Bankr.P.3007 Regarding (A) SERP Claims And Scheduled Liabilities Subject To Modification, (B) Duplicate Or Amended SERP Claims, (C) Claims Subject To Modification, And (D) Claim To Be Expunged Pursuant To Settlement ("Thirty-Third Omnibus Claims Objection") (without exhibits) (Docket No. 14619) [a copy of which is attached hereto as Exhibit D]

    3)    Personalized Notice of Objection to Claim (the "Personalized Notice") [a copy of the form of which is attached hereto as Exhibit F]. Each party's Personalized Notice was sent to the name and address listed in columns 1

and 2 of <u>Exhibit E</u> attached hereto. In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 8 of <u>Exhibit E</u> attached hereto. The chart contained in the form of the Personalized Notice which is attached hereto as <u>Exhibit F</u> has been marked so as to demonstrate the manner in which the information listed in columns 3 through 8 of <u>Exhibit E</u> attached hereto was incorporated into each Personalized Notice.

4)     Order Pursuant to 11 U.S.C. Section 502(b) and Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, and 9014 Establishing (I) Dates for Hearings Regarding Objections to Claims and (II) Certain Notices and Procedures Governing Objections to Claims ("Claim Objection Procedures Order") (Docket No. 6089) [a copy of which is attached hereto as <u>Exhibit G</u>]

On December 22, 2008, I caused to be served the documents listed below upon the parties listed on <u>Exhibit H</u> hereto via postage pre-paid U.S. mail:

5)     Debtors' Thirty-Third Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed.R.Bankr.P.3007 Regarding (A) SERP Claims And Scheduled Liabilities Subject To Modification, (B) Duplicate Or Amended SERP Claims, (C) Claims Subject To Modification, And (D) Claim To Be Expunged Pursuant To Settlement ("Thirty-Third Omnibus Claims Objection") (without exhibits) (Docket No. 14619) [a copy of which is attached hereto as <u>Exhibit D</u>]

6)     Personalized Notice of Objection to Claim (the "Personalized Notice") [a copy of the form of which is attached hereto as <u>Exhibit I</u>]. Each party's Personalized Notice was sent to the name and address listed in columns 1 and 2 of <u>Exhibit H</u> attached hereto. In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 8 of <u>Exhibit H</u> attached hereto. The chart contained in the form of the Personalized Notice which is attached hereto as <u>Exhibit I</u> has been marked so as to demonstrate the manner in which the information listed in columns 3 through 8 of <u>Exhibit H</u> attached hereto was incorporated into each Personalized Notice.

7)     Order Pursuant to 11 U.S.C. Section 502(b) and Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, and 9014 Establishing (I) Dates for Hearings Regarding Objections to Claims and (II) Certain Notices and Procedures Governing Objections to Claims ("Claim Objection Procedures Order") (Docket No. 6089) [a copy of which is attached hereto as <u>Exhibit G</u>]

On December 22, 2008, I caused to be served the documents listed below upon the parties listed on Exhibit J hereto via postage pre-paid U.S. mail:

8)    Debtors' Thirty-Third Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed.R.Bankr.P.3007 Regarding (A) SERP Claims And Scheduled Liabilities Subject To Modification, (B) Duplicate Or Amended SERP Claims, (C) Claims Subject To Modification, And (D) Claim To Be Expunged Pursuant To Settlement ("Thirty-Third Omnibus Claims Objection") (without exhibits) (Docket No. 14619) [a copy of which is attached hereto as Exhibit D]

9)    Personalized Notice of Objection to Claim (the "Personalized Notice") [a copy of the form of which is attached hereto as Exhibit K]. Each party's Personalized Notice was sent to the name and address listed in columns 1 and 2 of Exhibit J attached hereto.  In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 9 of Exhibit J attached hereto.  The chart contained in the form of the Personalized Notice which is attached hereto as Exhibit K has been marked so as to demonstrate the manner in which the information listed in columns 3 through 9 of Exhibit J attached hereto was incorporated into each Personalized Notice.

10)    Order Pursuant to 11 U.S.C. Section 502(b) and Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, and 9014 Establishing (I) Dates for Hearings Regarding Objections to Claims and (II) Certain Notices and Procedures Governing Objections to Claims ("Claim Objection Procedures Order") (Docket No. 6089) [a copy of which is attached hereto as Exhibit G]

Dated: December 26, 2008

*/s/ Evan Gershbein*
Evan Gershbein

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 26th day of December, 2008, by Evan Gershbein, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:    */s/ L. Maree Sanders*

Commission Expires:   *10/1/09*

# EXHIBIT A

Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-2094801 | rstark@brownrudnick.com | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | bsimon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | 2126971559 | sreisman@cm-p.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | 212-450-3092 212-450-3213 | donald.bernstein@dpw.com brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2491 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | 303-652-4716 | cschiff@flextronics.com | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | | paul.anderson@flextronics.com | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Creditor Committee Member |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | rodbuie@ffhsj.com sliviri@ffhsj.com | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | 866-585-2386 | valerie.venable@ge.com | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel to Employee Benefits |
| Hodgson Russ LLP | Stephen G. Hross | 1540 Broadway | 24th Fl | New York | NY | 10036 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Internal Revenue Service | Attn: Insolvency Department | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 | 313-628-3648 | 313-628-3602 | | Michigan IRS |
| Internal Revenue Service | Attn: Insolvency Department, Maria Valerio | 290 Broadway | 5th Floor | New York | NY | 10007 | 212-436-1038 | 212-436-1931 | mariaivalerio@irs.gov | IRS |
| IUE-CWA | Conference Board Chairman | 2360 W. Dorothy Lane | Suite 201 | Dayton | OH | 45439 | 937-294-7813 | 937-294-9164 | | Creditor Committee Member |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | 212-270-0430 | gianni.russello@jpmorgan.com susan.atkins@jpmorgan.com | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | 310-823-9133 | sbetance@kccllc.com | Noticing and Claims Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | daniel.fisher@lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | patrick.healy@lawdeb.com | Indenture Trustee |
| McDermott Will & Emery LLP | David D. Cleary | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | dcleary@mwe.com | Counsel to Recticel North America, Inc. |

Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | jdejonker@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Mohsin N. Khambati | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | mkhambati@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Peter A. Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | pclark@mwe.com | Counsel to Recticel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | conh@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | bmctigue@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | 212-682-5015 | lszlezinger@mesirowfinancial.com | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | 213-629-5063 | gbray@milbank.com tkreller@milbank.com jtill@milbank.com jmoldovan@morrisoncohen.com | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | 9175223103 | | Counsel to Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | william.dornbos@oag.state.ny.us | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Israel Goldowitz | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | | Chief Counsel to the Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Karen L. Morris, John Menke, Ralph L. Landy, Beth A. Bangert | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | landy.ralph@pbgc.gov morris.karen@pbgc.gov menke.john@pbfgc.gov bangert.beth@pbgc.gov efile@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | 212-848-7179 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | ddoyle@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | nfranke@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198505 | cp@stevenslee.com cs@stevenslee.com | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| Tyco Electronics Corporation | MaryAnn Brereton, Assistant General Counsel | 60 Columbia Road | | Morristown | NJ | 07960 | 973-656-8365 | 973-656-8805 | | Creditor Committee Member |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

12/24/2008 5:05 PM
Master Service List 081119 Overnight

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| United States Trustee | Brian Masumoto | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | 212-668-2255 does not take service via fax | | Counsel to United States Trustee |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | 817-810-5255 | mwarner@warnerstevens.com | Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | 212-310-8077 | harvey.miller@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | jeff.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

# EXHIBIT B

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|-------|-------|------------------|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | rstark@brownrudnick.com | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | bsimon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | sreisman@cm-p.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | donald.bernstein@dpw.com brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | cschiff@flextronics.com | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | paul.anderson@flextronics.com | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | trey.chambers@freescale.com | Creditor Committee Member |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | rodbuje@ffhsj.com sliviri@ffhsj.com | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | valerie.venable@ge.com | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | lhassel@groom.com | Counsel to Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 1540 Broadway | 24th Fl | New York | NY | 10036 | 212-751-4300 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | susan.atkins@jpmorgan.com | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | sbetance@kccllc.com | Noticing and Claims Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | daniel.fisher@lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | patrick.healy@lawdeb.com | Indenture Trustee |

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | jdejonker@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Peter A. Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | pclark@mwe.com | Counsel to Recticel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | conh@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | bmctigue@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | lszlezinger@mesirowfinancial.com | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | gbray@milbank.com tkreller@milbank.com jtill@milbank.com | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | jmoldovan@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | william.dornbos@oag.state.ny.us | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Karen L. Morris, John Menke, Ralph L. Landy, Beth A. Bangert | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | landy.ralph@pbgc.gov morris.karen@pbgc.gov menke.john@pbfgc.gov bangert.beth@pbgc.gov efile@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | 212-218-5500 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | ddoyle@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

12/24/2008 5:05 PM
Master Service List 081119 Email

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|-------|-------|------------------|
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | nfranke@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | cp@stevenslee.com cs@stevenslee.com | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | mwarner@warnerstevens.com | Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | harvey.miller@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | jeff.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

12/24/2008 5:05 PM
Master Service List 081119 Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Adalberto Cañadas Castillo | | Avda Ramon de Carranza | 10-1° | Cadiz | | 11006 | Spain | 34 956 226 311 | adalberto@canadas.com | Representative to DASE |
| Adler Pollock & Sheehan PC | Joseph Avanzato | One Citizens Plz 8th Fl | | Providence | RI | 02903 | | 401-274-7200 | javanzato@apslaw.com | Attorneys for Fry's Metals Inc. and Specialty Coatings Systems Eft |
| Airgas, Inc. | David Boyle | 259 Radnor-Chester Road, Suite 100 | P.O. Box 6675 | Radnor | PA | 19087-8675 | | 610-902-6028 | david.boyle@airgas.com | Counsel to Airgas, Inc. |
| Akebono Brake Corporaton | Brandon J. Kessinger | 310 Ring Road | | Elizabethtown | KY | 42701 | | 270-234-5580 | bkessinger@akebono-usa.com | Representative for Akebono Corporation |
| Akin Gump Strauss Hauer & Feld, LLP | David M Dunn | 1333 New Hampshire Ave NW | | Washington | DC | 20036 | | 202-887-4000 | ddunn@akingump.com | Counsel to TAI Unsecured Creditors Liquidating Trust |
| Akin Gump Strauss Hauer & Feld, LLP | Ira S Dizengoff | One Bryant Park | | New York | NY | 10036 | | 212-872-1000 | idizengoff@akingump.com | Counsel to TAI Unsecured Creditors Liquidating Trust |
| Akin Gump Strauss Hauer & Feld, LLP | Peter J. Gurfein | 2029 Centure Park East | Suite 2400 | Los Angeles | CA | 90067 | | 310-552-6696 | pgurfein@akingump.com | Counsel to Wamco, Inc. |
| Allen Matkins Leck Gamble & Mallory LLP | Michael S. Greger | 1900 Main Street | Fifth Floor | Irvine | CA | 92614-7321 | | 949-553-1313 | mgreger@allenmatkins.com | Counsel to Kilroy Realty, L.P. |
| Alston & Bird, LLP | Craig E. Freeman | 90 Park Avenue | | New York | NY | 10016 | | 212-210-9400 | craig.freeman@alston.com | Counsel to Cadence Innovation, LLC |
| Alston & Bird, LLP | Dennis J. Connolly; David A. Wender | 1201 West Peachtree Street | | Atlanta | GA | 30309 | | 404-881-7269 | dconnolly@alston.com dwender@alston.com | Counsel to Cadence Innovation, LLC, PD George Co, Furukawa Electric Company, Ltd., and Furukawa Electric North America APD, Inc. |
| American Axle & Manufacturing, Inc. | Steven R. Keyes | One Dauch Drive, Mail Code 6E-2-42 | | Detroit | MI | 48243 | | 313-758-4868 | steven.keyes@aam.com | Representative for American Axle & Manufacturing, Inc. |
| Andrews Kurth LLP | Gogi Malik | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | gogimalik@andrewskurth.com | Counsel to ITW Mortgage Investments IV, Inc. |
| Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP | Mark T. Flewelling | 199 South Los Robles Avenue | Suite 600 | Pasadena | CA | 91101-2459 | | 626-535-1900 | mtf@afrct.com | Counsel to Stanley Electric Sales of America, Inc. |
| Anthony Ostlund & Baer PA | John B Orenstein | 3600 Wells Fargo Ctr | 90 S 7th St | Minneapolis | MN | 55402 | | 612-349-6969 | jorenstein@aoblaw.com | Attorneys for Whitebox Hedged High Yield Partners, LP |
| Arent Fox PLLC | Mitchell D. Cohen | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | Cohen.Mitchell@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arent Fox PLLC | Robert M. Hirsh | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | Hirsh.Robert@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arnall Golden Gregory LLP | Darryl S. Laddin | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | | 404-873-8120 | dladdin@agg.com | Counsel to Daishinku (America) Corp. d/b/a KDS America ("Daishinku") Corp. d/b/a KDS America ("Daishinku"), SBC Telecommunications, Inc. (SBC) |
| Arnold & Porter LLP | Joel M. Gross | 555 Twelfth Street, N.W. | | Washington | D.C. | 20004-1206 | | 202-942-5000 | joel_gross@aporter.com | Counsel to CSX Transportation, Inc. |
| ATS Automation Tooling Systems Inc. | Carl Galloway | 250 Royal Oak Road | | Cambridge | Ontario | N3H 4R6 | Canada | 519-653-4483 | cgalloway@atsautomation.com | Attorney for Alabama Power Company |
| Balch & Bingham LLP | Eric T. Ray | PO Box 306 | | Birmingham | AL | 35201 | | 205-251-8100 | eray@balch.com | Attorney for Alabama Power Company |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | Kimberly J. Robinson | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | kim.robinson@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | William J. Barrett | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | william.barrett@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 23

12/24/2008 5:06 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Barnes & Thornburg LLP | Alan K. Mills | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | alan.mills@btlaw.com | Counsel to Mays Chemical Company |
| Barnes & Thornburg LLP | John T. Gregg | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3930 | john.gregg@btlaw.com | Counsel to Priority Health; Clarion Corporation of America |
| Barnes & Thornburg LLP | Mark R. Owens | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | mark.owens@btlaw.com | Counsel to Clarion Corporation of America |
| Barnes & Thornburg LLP | Michael K. McCrory | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | michael.mccrory@btlaw.com | Counsel to Gibbs Die Casting Corporation; Clarion Corporation of America |
| Barnes & Thornburg LLP | Patrick E. Mears | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3936 | pmears@btlaw.com | Counsel to Armada Rubber Manufacturing Company, Bank of America Leasing & Leasing & Capital, LLC, & AutoCam Corporation |
| Barnes & Thornburg LLP | Wendy D. Brewer | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | wendy.brewer@btlaw.com | Counsel to Gibbs Die Casting Corporation |
| Bartlett Hackett Feinberg P.C. | Frank F. McGinn | 155 Federal Street | 9th Floor | Boston | MA | 02110 | | 617-422-0200 | ffm@bostonbusinesslaw.com | Counsel to Iron Mountain Information Management, Inc. |
| Beeman Law Office | Thomas M Beeman | 33 West 10th Street | Suite 200 | Anderson | IN | 46016 | | 765-640-1330 | tom@beemanlawoffice.com | Counsel to Madison County (Indiana) Treasurer |
| Bernstein Litowitz Berger & Grossman | Hannah E. Greenwald | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1411 | hannah@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | John P. Coffey | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1409 | sean@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | Wallace A. Showman | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1429 | wallace@blbglaw.com | Counsel to SANLUIS Rassini International, Inc.; Rassini, S.A. de C.V. |
| Berry Moorman P.C. | James P. Murphy | 535 Griswold | Suite 1900 | Detroit | MI | 48226 | | 313-496-1200 | murph@berrymoorman.com | Counsel to Kamax L.P.; Optrex America, Inc.; GKN Sinter Metals, Inc. |
| Bialson, Bergen & Schwab | Kenneth T. Law, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | klaw@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.. |
| Bialson, Bergen & Schwab | Lawrence M. Schwab, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | lschwab@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.; Solectron Corporation; Solectron De Mexico SA de CV; Solectron Invotronics; Coherent, Inc.; Veritas Software Corporation |
| Bialson, Bergen & Schwab | Patrick M. Costello, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | pcostello@bbslaw.com | Solectron Corporation; Solectron de Mexico SA de CV; Solectron Invotronics and Coherent, Inc. |
| Bialson, Bergen & Schwab | Thomas M. Gaa | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | tgaa@bbslaw.com | Counsel to  Veritas Software Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 23

12/24/2008 5:06 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Bingham McHale LLP | Whitney L Mosby | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-635-8900 | wmosby@binghammchale.com | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |
| Blank Rome LLP | Marc E. Richards | The Chrylser Building | 405 Lexington Avenue | New York | NY | 10174 | | 212-885-5000 | mrichards@blankrome.com | Counsel to DENSO International America, Inc. |
| Bodman LLP | Ralph E. McDowell | 100 Renaissance Center | 34th Floor | Detroit | MI | 48243 | | 313-393-7592 | rmcdowell@bodmanllp.com | Counsel to Freudenberg-NOK; General Partnership; Freudenberg-NOK, Inc.; Flextech, Inc.; Vibracoustic de Mexico, S.A. de C.V.; Lear Corporation; American Axle & Manufacturing, Inc. |
| Bond, Schoeneck & King, PLLC | Camille W. Hill | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | chill@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp. |
| Bond, Schoeneck & King, PLLC | Charles J. Sullivan | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | csullivan@bsk.com | Counsel to Diemolding Corporation |
| Bond, Schoeneck & King, PLLC | Stephen A. Donato | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | sdonato@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp; Diemolding Corporation |
| Bose McKinney & Evans LLP | Michael A Trentadue Carina M de la Torre | 111 Monument Circle Ste 2700 | | Indianapolis | IN | 46204 | | 317-684-5000 | mtrentadue@boselaw.com cdelatorre@boselaw.com | Counsel to Decatur Plastics Products, Inc. and Eikenberry & Associates, Inc.; Lorentson Manufacturing, Company, Inc.; Lorentson Manufacturing Compnay Southwest, Inc.; Lorentson Tooling, Inc.; L & S Tools, Inc. |
| Boult, Cummings, Conners & Berry, PLC | Austin L. McMullen | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | amcmullen@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Boult, Cummings, Conners & Berry, PLC | Roger G. Jones | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | rjones@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Brembo S.p.A. | Massimiliano Cini | Administration Department via Brembo 25 | 24035 Curno BG | Bergamo | | | Italy | 00039-035-605-529 | massimiliano_cini@brembo.it | Creditor |
| Brown & Connery, LLP | Donald K. Ludman | 6 North Broad Street | | Woodbury | NJ | 08096 | | 856-812-8900 | dludman@brownconnery.com | Counsel to SAP America, Inc. |
| Buchalter Nemer, A Profesional Corporation | Shawn M. Christianson | 333 Market Street | 25th Floor | San Francisco | CA | 94105-2126 | | 415-227-0900 | schristianson@buchalter.com | Counsel to Oracle USA, Inc.; Oracle Credit Corporation |
| Buchanan Ingersoll & Rooney | Mary Caloway | The Brandywine Building | 1000 West Street, Suite 1410 | Wilmington | DE | 19801 | | 302-552-4200 | mary.caloway@bipc.com | Counsel to Fiduciary Counselors |
| Buchanan Ingersoll & Rooney | William H. Schorling, Esq. | 1835 Market St. 14th Floor | | Philadelphia | PA | 19103 | | 215-665-5326 | william.schorling@bipc.com | Counsel to Fiduciary Counselors |
| Burr & Forman LLP | Michael Leo Hall | 420 North Twentieth Street | Suite 3100 | Birmingham | AL | 35203 | | (205) 458-5367 | mhall@burr.com | Counsel to Mercedes-Benz U.S. International, Inc. |
| Cadwalader Wickersham & Taft LLP | Jeannine D'Amico | 1201 F St NW Ste 1100 | | Washington | DC | 20004 | | 202-862-2452 | jeannine.damico@cwt.com | Attorneys for the Audit Committee of Delphi Corporation |
| Cahill Gordon & Reindel LLP | Jonathan Greenberg | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | jonathan.greenberg@BASF.COM | Counsel to Engelhard Corporation |
| Cahill Gordon & Reindel LLP | Robert Usadi | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | rusadi@cahill.com | Counsel to Engelhard Corporation |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Calfee, Halter & Griswold LLC | Jean R. Robertson, Esq. | 1400 McDonald Investment Ctr | 800 Superior Ave | Cleveland | OH | 44114 | | 216-622-8404 | jrobertson@calfee.com | Counsel to Brush Engineered materials |
| Calinoff & Katz, LLp | Dorothy H. Marinis-Riggio Robert Calinoff | 140 East 45th Street | 17th Floor | New York | NY | 10017 | | 212-826-8800 | dhriggio@gmail.com rcalinoff@candklaw.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, I |
| Carson Fischer, P.L.C. | Robert A. Weisberg | 300 East Maple Road | Third Floor | Birmingham | MI | 48009-6317 | | 248-644-4840 | rweisberg@carsonfischer.com | Counsel to Cascade Die Casting Group, Inc. |
| Carter Ledyard & Milburn LLP | Aaron R. Cahn | 2 Wall Street | | New York | NY | 10005 | | 212-732-3200 | cahn@clm.com | Counsel to STMicroelectronics, Inc. |
| Chadbourne & Parke LLP | Douglas Deutsch, Esq. | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-408-5100 | ddeutsch@chadbourne.com | Counsel to EagleRock Capital Management, LLC |
| Clark Hill PLC | Joel D. Applebaum | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | japplebaum@clarkhill.com | Counsel to 1st Choice Heating & Cooling, Inc.; BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLC | Shannon Deeby | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | sdeeby@clarkhill.com | Counsel to BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLLC | Robert D. Gordon | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8572 | rgordon@clarkhill.com | Counsel to ATS Automation Tooling Systems Inc. |
| Cleary Gottlieb Steen & Hamilton LLP | Deborah M. Buell | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | maofiling@cgsh.com | Counsel to Arneses Electricos Automotrices, S.A.de C.V.; Cordaflex, S.A. de C.V. |
| Cleary, Gottlieb, Steen & Hamilton LLP | James L. Bromley | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | maofiling@cgsh.com | Counsel to Bear, Stearns, Co. Inc.; Citigroup, Inc.; Credit Suisse First Boston; Deutsche Bank Securities, Inc.; Goldman Sachs Group, Inc.; JP Morgan Chase & Co.; Lehman Brothers, Inc.; Merrill Lynch & Co.; Morgan Stanley & Co., Inc.; UBS Securities, LLC |
| Cohen & Grigsby, P.C. | Thomas D. Maxson | 11 Stanwix Street | 15th Floor | Pittsburgh | PA | 15222-1319 | | 412-297-4706 | tmaxson@cohenlaw.com | Counsel to Nova Chemicals, Inc. |
| Cohen, Weiss & Simon LLP | Joseph J. Vitale Babette Ceccotti | 330 West 42nd Street | | New York | NY | 10036 | | 212-356-0238 | jvitale@cwsny.com bceccotti@cwsny.com | Counsel to International Union, United Automobile, Areospace and Agriculture Implement Works of America (UAW) |
| Cohn Birnbaum & Shea P.C. | Scott D. Rosen, Esq. | 100 Pearl Street, 12th Floor | | Hartford | CT | 06103 | | 860-493-2200 | srosen@cb-shea.com | Counsel to Floyd Manufacturing Co., Inc. |
| Conlin, McKenney & Philbrick, P.C. | Bruce N. Elliott | 350 South Main Street | Suite 400 | Ann Arbor | MI | 48104 | | 734-971-9000 | Elliott@cmplaw.com | Counsel to Brazeway, Inc. |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C. Wisler, Esq. | 1007 N. Orange Street | P.O. Box 2207 | Wilmington | DE | 19899 | | 302-658-9141 | jwisler@cblh.com | Counsel to ORIX Warren, LLC |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 4 of 23

12/24/2008 5:06 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-------|------------------|
| Contrarian Capital Management, L.L.C. | Mark Lee, Janice Stanton, Bill Raine, Seth Lax | 411 West Putnam Avenue | Suite 225 | Greenwich | CT | 06830 | | 203-862-8200 (230) 862-8231 | mlee@contrariancapital.com jstanton@contrariancapital.com wraine@contrariancapital.com solax@contrariancapital.com | Counsel to Contrarian Capital Management, L.L.C. |
| Coolidge Wall Co. LPA | Ronald S. Pretekin | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | Pretekin@coollaw.com | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Ccompany; Attorneys for Columbia Industrial |
| Covington & Burling | Susan Power Johnston Aaron R. Marcu | 620 Eighth Ave | | New York | NY | 10018 | | 212-841-1005 | sjohnston@cov.com | Special Counsel to the Debtor |
| Cox, Hodgman & Giarmarco, P.C. | Sean M. Walsh, Esq. | Tenth Floor Columbia Center | 101 W. Big Beaver Road | Troy | MI | 48084-5280 | | 248-457-7000 | swalsh@chglaw.com | Counsel to Nisshinbo Automotive Corporation |
| Curtin & Heefner, LLP | Daniel P. Mazo | 250 N. Pennslyvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | dpm@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Curtin & Heefner, LLP | Robert  Szwajkos | 250 N. Pennslyvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | rsz@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Cindi Eilbott | 101 Park Avenue | | New York | NY | 10178-0061 | | 212-696-6936 | ceilbott@curtis.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Damon & Morey LLP | William F. Savino | 1000 Cathedral Place | 298 Main Street | Buffalo | NY | 14202-4096 | | 716-856-5500 | wsavino@damonmorey.com | Counsel to Relco, Inc.; The Durham Companies, Inc. |
| David P. Martin | | 519 Energy Center Blvd | Ste 1104 | Northport | AL | 35401 | | 205-343-1771 | davidpmartin@erisacase.com davidpmartin@bellsouth.net | Co-Counsel for David Gargis, Jimmy Mueller, and D. Keith Livingston |
| Day Pitney LLP | Richard M. Meth | P.O. Box 1945 | | Morristown | NJ | 07962-1945 | | 973-966-6300 | rmeth@daypitney.com | Counsel to Marshall E. Campbell Company |
| Day Pitney LLP | Ronald S. Beacher Conrad K. Chiu | 7 Times Square | | New York | NY | 10036 | | 212-297-5800 | rbeacher@daypitney.com cchiu@daypitney.com | Counsel to IBJTC Business Credit Corporation, as successor to IBJ Whitehall Business Credit Corporation |
| Denso International America, Inc. | Carol Sowa | 24777 Denso Drive | | Southfield | MI | 48086 | | 248-372-8531 | carol_sowa@denso-diam.com | Counsel to Denso International America, Inc. |
| DiConza Law, P.C. | Gerard DiConza, Esq. | 630 Third Avenue, 7th Floor | | New York | NY | 10017 | | 212-682-4940 | gdiconza@dlawpc.com | Counsel to Tyz-All Plastics, Inc.; Co-Counsel to Tower Automotive, Inc. |
| Dinsmore & Shohl LLP | John Persiani | 1900 Chemed Center | 255 East Fifth Street | Cincinnati | OH | 45202 | | 513-977-8200 | john.persiani@dinslaw.com | Counsel to The Procter & Gamble Company |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 5 of 23

12/24/2008 5:06 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| DLA Piper Rudnick Gray Cary US LLP | Richard M. Kremen Maria Ellena Chavez-Ruark | The Marbury Building | 6225 Smith Avenue | Baltimore | Maryland | 21209-3600 | | 410-580-3000 | richard.kremen@dlapiper.com | Counsel to Constellation NewEnergy, Inc. & Constellation NewEnergy - Gas Division, LLC |
| Dreier LLP | Maura I. Russell Wendy G. Marcari | 499 Park Ave | 14th Fl | New York | NY | 10022 | | 212-328-6100 | jguerrier@dreierllp.com | Counsel to SPCP Group LLC |
| Drinker Biddle & Reath LLP | Andrew C. Kassner | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | andrew.kassner@dbr.com | Counsel to Penske Truck Leasing Co., L.P. |
| Drinker Biddle & Reath LLP | David B. Aaronson | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | david.aaronson@dbr.com | Counsel to Penske Truck Leasing Co., L.P. and Quaker Chemical Corporation |
| Drinker Biddle & Reath LLP | Janice B. Grubin | 140 Broadway 39th Fl | | New York | NY | 10005-1116 | | 212-248-3140 | janice.grubin@dbr.com | Counsel to Vanguard Distributors, Inc. |
| Duane Morris LLP | Joseph H. Lemkin | 744 Broad Street | Suite 1200 | Newark | NJ | 07102 | | 973-424-2000 | jhlemkin@duanemorris.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC; and Hosiden America Corporation |
| Duane Morris LLP | Margery N. Reed, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | dmdelphi@duanemorris.com | Counsel to ACE American Insurance Company |
| Duane Morris LLP | Wendy M. Simkulak, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | wmsimkulak@duanemorris.com | Counsel to ACE American Insurance Company |
| Dykema Gossett PLLC | Douglas S Parker | 39577 Woodward Ave | Suite 300 | Bloomfield Hills | MI | 48304 | | 248-203-0703 | dparker@dykema.com | Counsel for Federal Screw |
| Dykema Gossett PLLC | Morgan Smith | 10 South Wacker Dr | Suite 2300 | Chicago | IL | 60606 | | 312-627-5679 | mmsmith@dykema.com | Attorneys for Tremond City Barrel Fill PRP Group |
| Dykema Gossett PLLC | Sharon A. Salinas | 10 South Wacker Dr | Suite 2300 | Chicago | IL | 60606 | | 312-627-2199 | ssalinas@dykema.com | Counsel to Tremont City Barrel Fill PRP Group |
| Electronic Data Systems Corporation | Ayala Hassell | 5400 Legacy Dr. | Mail Stop H3-3A-05 | Plano | TX | 75024 | | 212-715-9100 | ayala.hassell@eds.com | Representative for Electronic Data Systems Corporation |
| Entergy Services, Inc. | Alan H. Katz | 639 Loyola Ave 26th Fl | | New Orleans | LA | 70113 | | | akatz@entergy.com | Assistant General Counsel to Entergy Services, Inc |
| Ettelman & Hochheiser, P.C. | Gary Ettelman | c/o Premium Cadillac | 77 Main Street | New Rochelle | NY | 10801 | | 516-227-6300 | gettelman@e-hlaw.com | Counsel to Jon Ballin |
| Farrell Fritz PC | Louis A. Scarcella Patrick T. Collins | 1320 RexCorp Plaza | | Uniondale | NY | 11556-1320 | | 516-227-0700 | lscarcella@farrellfritz.com pcollins@farrellfritz.com | Counsel to Official Committee of Equity Holders |
| Filardi Law Offices LLC | Charles J. Filardi, Jr., Esq. | 65 Trumbull Street | Second Floor | New Haven | CT | 06510 | | 203-562-8588 | charles@filardi-law.com | Counsel to Federal Express Corporation |
| Finkel Goldstein Rosenbloom & Nash LLP | Ted J. Donovan | 26 Broadway | Suite 711 | New York | NY | 10004 | | 212-344-2929 | tdonovan@finkgold.com | Counsel to Pillarhouse (U.S.A.) Inc. |
| Foley & Lardner LLP | David G Dragich | 500 Woodward Ave Suite 2700 | | Detroit | MI | 48226-3489 | | 313-234-7100 | ddragich@foley.com | Counsel to Intermet Corporation |
| Foley & Lardner LLP | Jill L. Murch | 321 North Clark Street | Suite 2800 | Chicago | IL | 60610-4764 | | 312-832-4500 | jmurch@foley.com | Counsel to Kuss Corporation |
| Foley & Lardner LLP | John A. Simon | One Detroit Center | 500 Woodward Ave Suite 2700 | Detroit | MI | 48226-3489 | | 313-234-7100 | jsimon@foley.com | Counsel to Ernst & Young LLP |
| Foley & Lardner LLP | Michael P. Richman | 90 Park Avenue | 37th Floor | New York | NY | 10016-1314 | | 212-682-7474 | mrichman@foley.com | Counsel to Ernst & Young LLP |
| Fox Rothschild LLP | Fred Stevens | 13 East 37th Street | Suite 800 | New York | NY | 10016 | | 212-682-7575 | fstevens@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Fox Rothschild LLP | Michael J. Viscount, Jr. | 1301 Atlantic Avenue | Suite 400 | Atlantic City | NJ | 08401-7212 | | 609-348-4515 | mviscount@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 6 of 23

12/24/2008 5:06 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Frederick T. Rikkers | | 419 Venture Court | P.O. Box 930555 | Verona | WI | 53593 | | 608-848-6350 | ftrikkers@rikkerslaw.com | Counsel to Southwest Metal Finishing, Inc. |
| Fulbright & Jaworski LLP | David A Rosenzweig | 666 Fifth Avenue | | New York | NY | 10103-3198 | | 212-318-3000 | drosenzweig@fulbright.com | Counsel to Southwest Research Institute Attorney for Solvay Fluorides, LLC |
| Fulbright & Jaworski LLP | Michael M Parker | 300 Convent St Ste 2200 | | San Antonio | TX | 78205 | | 210-224-5575 | mparker@fulbright.com | Counsel to Southwest Research Institute |
| Genovese Joblove & Battista, P.A. | David C. Cimo | 100 S.E. 2nd Street | Suite 4400 | Miami | FL | 33131 | | 305-349-2300 | dcimo@gjb-law.com | Counsel to Ryder Integrated Logistics, Inc. |
| Gibbons P.C. | David N. Crapo | One Gateway Center | | Newark | NJ | 07102-5310 | | 973-596-4523 | dcrapo@gibbonslaw.com | Counsel to Epcos, Inc. |
| Goldberg Segalla LLP | Attn Bruce W Hoover | 665 Main St Ste 400 | | Buffalo | NY | 14203 | | 716-566-5400 | bhoover@goldbergsegalla.com | Attorneys for MasTec Inc. |
| Goodwin Proctor LLP | Allan S. Brilliant | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | abrilliant@goodwinproctor.com | Counsel to UGS Corp. |
| Goodwin Proctor LLP | Craig P. Druehl | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | cdruehl@goodwinproctor.com | Counsel to UGS Corp. |
| Gorlick, Kravitz & Listhaus, P.C. | Barbara S. Mehlsack | 17 State Street | 4th Floor | New York | NY | 10004 | | 212-269-2500 | bmehlsack@gkllaw.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Goulston & Storrs, P.C. | Peter D. Bilowz | 400 Atlantic Avenue | | Boston | MA | 02110-333 | | 617-482-1776 | pbilowz@goulstonstorrs.com | Counsel to Thermotech Company |
| Grant & Eisenhofer P.A. | James J Sabella | 485 Lexington Ave | | New York | NY | 10017 | | 646-722-8520 | jsabella@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Grant & Eisenhofer P.A. | Jay W. Eisenhofer | 45 Rockefeller Center | 650 Fifth Avenue | New York | NY | 10111 | | 212-755-6501 | jeisenhofer@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Gratz, Miller & Brueggeman, S.C. | Matthew R. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | mrr@previant.com | Counsel to International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Graydon Head & Ritchey LLP | J. Michael Debbler, Susan M. Argo | 1900 Fifth Third Center | 511 Walnut Street | Cincinnati | OH | 45202 | | 513-621-6464 | mdebbeler@graydon.com | Counsel to Grote Industries; Batesville Tool & Die; PIA Group; Reliable Castings |
| Greenberg Traurig, LLP | Maria J. DiConza | MetLife Bldg | 200 Park Avenue | New York | NY | 10166 | | 212-801-9200 | diconzam@gtlaw.com | Counsel to Samtech Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 7 of 23

12/24/2008 5:06 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Greenberg Traurig, LLP | Shari L. Heyen | 1000 Louisiana | Suite 1800 | Houston | TX | 77002 | | 713-374-3500 | heyens@gtlaw.com | Counsel to Samtech Corporation |
| Greensfelder, Hemker & Gale, P.C. | Cherie Macdonald J. Patrick Bradley | 10 S. Broadway | Suite 200 | St. Louis | MO | 63102 | | 314-241-9090 | ckm@greensfelder.com jpb@greensfelder.com | Counsel to ARC Automotive, Inc. |
| Halperin Battaglia Raicht, LLP | Alan D. Halperin Christopher J.Battaglia Julie D. Dyas | 555 Madison Avenue | 9th Floor | New York | NY | 10022 | | 212-765-9100 | cbattaglia@halperinlaw.net ahalperin@halperinlaw.net jdyas@halperinlaw.net | Counsel to Pacific Gas Turbine Center, LLC and Chromalloy Gas Turbine Corporation; ARC Automotive, Inc |
| Hancock & Estabrook LLP | R John Clark Esq | 1500 Tower I | PO Box 4976 | Syracuse | NY | 13221-4976 | | 315-471-3151 | rjclark@hancocklaw.com | Counsel to Alliance Precision Plastics Corporation |
| Harris D. Leinwand | Harris D. Leinwand | 350 Fifth Avenue | Suite 2418 | New York | NY | 10118 | | 212-725-7338 | hleinwand@aol.com | Counsel to Baker Hughes Incorporated; Baker Petrolite Corporation |
| Haynes and Boone, LLP | Judith Elkin | 153 East 53rd Street | Suite 4900 | New York | NY | 10022 | | 212-659-7300 | judith.elkin@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Haynes and Boone, LLP | Lenard M. Parkins Kenric D. Kattner | 1 Houston Center | 1221 McKinney, Suite 2100 | Houston | TX | 77010 | | 713-547-2000 | lenard.parkins@haynesboone.com kenric.kattner@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Herrick, Feinstein LLP | Paul Rubin | 2 Park Avenue | | New York | NY | 10016 | | 212-592-1448 | prubin@herrick.com | Counsel to Canon U.S.A., Inc. and Schmidt Technology GmbH |
| Hewlett-Packard Company | Anne Marie Kennelly | 3000 Hanover St., M/S 1050 | | Palo Alto | CA | 94304 | | 650-857-6902 | anne.kennelly@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Kenneth F. Higman | 2125 E. Katella Avenue | Suite 400 | Anaheim | CA | 92806 | | 714-940-7120 | ken.higman@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Sharon Petrosino | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | | 908-898-4760 | sharon.petrosino@hp.com | Counsel to Hewlett-Packard Financial Services Company |
| Hinckley Allen & Snyder LLP | Michael J Pendell | 185 Asylum St CityPlace I | 35th Floor | Hartford | CT | 06103-3488 | | 860-725-6200 | mpendell@haslaw.com | Counsel to Barnes Group, Inc. |
| Hiscock & Barclay, LLP | J. Eric Charlton | 300 South Salina Street | PO Box 4878 | Syracuse | NY | 13221-4878 | | 315-425-2716 | echarlton@hiscockbarclay.com | Counsel to GW Plastics, Inc. |
| Hodgson Russ LLP | Julia S. Kreher | One M&T Plaza | Suite 2000 | Buffalo | NY | 14203 | | 716-848-1330 | jkreher@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hodgson Russ LLP | Stephen H. Gross, Esq. | 60 E 42nd St 37th Fl | | New York | NY | 10165-0150 | | 212-661-3535 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation, Co-Counsel for Yazaki North America, Inc. |
| Hogan & Hartson L.L.P. | Audrey Moog | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | amoog@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Edward C. Dolan | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | ecdolan@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Scott A. Golden | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | sagolden@hhlaw.com | Counsel to XM Satellite Radio Inc. |
| Holme Roberts & Owen, LLP | Elizabeth K. Flaagan | 1700 Lincoln | Suite 4100 | Denver | CO | 80203 | | 303-861-7000 | elizabeth.flaagan@hro.com | Counsel to CoorsTek, Inc.; Corus, L.P. |
| Honigman, Miller, Schwartz and Cohn, LLP | Donald T. Baty, Jr. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7314 | dbaty@honigman.com | Counsel to Fujitsu Ten Corporation of America |
| Honigman, Miller, Schwartz and Cohn, LLP | E. Todd Sable | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7548 | tsable@honigman.com | Counsel to Valeo Climate Control Corp.; Valeo Electrical Systems, Inc. - Motors and Actuators Division;Valeo Electrical Systems, Inc. - Wipers Division; Valeo Switches & Detection System, Inc. |
| Honigman, Miller, Schwartz and Cohn, LLP | Lawrence J. Murphy | 2290 First National Building | 660 Woodward Ave | Detroit | MI | 48226 | | 313-465-7488 | lmurphy@honigman.Com | Attorneys for Guide Corporation and Lightsource Parent Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 8 of 23

12/24/2008 5:06 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Honigman, Miller, Schwartz and Cohn, LLP | Seth A Drucker | 2290 First National Building | 660 Woodward Avenue Ste 2290 | Detroit | MI | 48226 | | 313-465-7626 | sdrucker@honigman.com | Counsel for Valeo Climate Control, Corp. |
| Howard & Howard Attorneys PC | Lisa S Gretchko | 39400 Woodward Ave | Ste 101 | Bloomfield Hills | MI | 48304-5151 | | 248-723-0396 | lgretchko@howardandhoward.com | Intellectual Property Counsel for Delphi Corporation, et al. |
| Howick, Westfall, McBryan & Kaplan, LLP | Louis G. McBryan | 3101 Tower Creek Parkway | Ste 600 One Tower Creek | Atlanta | GA | 30339 | | 678-384-7000 | lmcbryan@hwmklaw.com | Counsel to Vanguard Distributors, Inc. |
| Hunter & Schank Co. LPA | John J. Hunter | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | | 419-255-4300 | jrhunter@hunterschank.com | Counsel to ZF Group North America Operations, Inc. |
| Hunter & Schank Co. LPA | Thomas J. Schank | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | | 419-255-4300 | tomschank@hunterschank.com | Counsel to ZF Group North America Operations, Inc. |
| Hunton & Wiliams LLP | Michael P. Massad, Jr. | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | mmassad@hunton.com | Counsel to RF Monolithics, Inc. |
| Hunton & Wiliams LLP | Steven T. Holmes | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | sholmes@hunton.com | Counsel to RF Monolithics, Inc. |
| Hurwitz & Fine P.C. | Ann E. Evanko | 1300 Liberty Building | | Buffalo | NY | 14202 | | 716-849-8900 | aee@hurwitzfine.com | Counsel to Jiffy-Tite Co., Inc. |
| Ice Miller | Ben T. Caughey | One American Square | Box 82001 | Indianapolis | IN | 46282-0200 | | 317-236-2100 | Ben.Caughey@icemiller.com | Counsel to Sumco, Inc. |
| Infineon Technologies North America Corporation | Greg Bibbes | 1730 North First Street | M/S 11305 | San Jose | CA | 95112 | | 408-501-6442 | greg.bibbes@infineon.com | General Counsel & Vice President for Infineon Technologies North America Corporation |
| Infineon Technologies North America Corporation | Jeff Gillespie | 2529 Commerce Drive | Suite H | Kokomo | IN | 46902 | | 765-454-2146 | jeffery.gillispie@infineon.com | Global Account Manager for Infineon Technologies North America |
| InPlay Technologies Inc | Heather Beshears | 234 South Extension Road | | Mesa | AZ | 85201 | | | heather@inplaytechnologies.com | Creditor |
| International Union of Operating Engineers | Richard Griffin | 1125-17th Avenue, N.W. | | Washington | DC | 20036 | | 202-429-9100 | rgriffin@iuoe.org | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Jackson Walker LLP | Bruce J. Ruzinsky Desiree K. Killen | 1401 McKinney St Ste 1900 | | Houston | TX | 77010 | | 713-751-4200 | bruzinsky@jw.com dkillen@jw.com | Counsel to Constellation NewEnergy, Inc. |
| Jackson Walker LLP | Heather M. Forrest | 901 Main St Ste 600 | | Dallas | TX | 75202 | | 214-953-6000 | hforrest@jw.com | Counsel to Constellation NewEnergy, Inc. |
| Jaffe, Raitt, Heuer & Weiss, P.C. | Paige E. Barr | 27777 Franklin Road | Suite 2500 | Southfield | MI | 48034 | | 248-351-3000 | pbarr@jaffelaw.com | Counsel to Trutron Corporation |
| James R Scheuerle | Parmenter O'Toole | 601 Terrace Street | PO Box 786 | Muskegon | MI | 49443-0786 | | 231-722-1621 | JRS@Parmenterlaw.com | Counsel to Port City Die Cast and Port City Group Inc |
| Jason, Inc. | Will Schultz, General Counsel | 411 E. Wisconsin Ave | Suite 2120 | Milwaukee | WI | 53202 | | 414-277-2110 | wschultz@jasoninc.com | General Counsel to Jason Incorporated |
| Jenner & Block LLP | Ronald R. Peterson | One IBM Plaza | | Chicago | IL | 60611 | | 312-222-9350 | rpeterson@jenner.com | Counsel to SPX Corporation (Contech Division), Alcan Rolled Products-Ravenswood, LLC, Tenneco Inc. and Contech LLC |
| Johnston, Harris Gerde & Komarek, P.A. | Jerry W. Gerde, Esq. | 239 E. 4th St. | | Panama City | FL | 32401 | | 850-763-8421 | gerdekomarek@bellsouth.net | Counsel to Peggy C. Brannon, Bay County Tax Collector |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 9 of 23

12/24/2008 5:06 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-------|-----------------|
| Jones Day | Corinne Ball | 222 East 41st Street | | New York | NY | 10017 | | 212-326-7844 | cball@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Jones Day | Peter J. Benvenutti Michaeline H. Correa | 555 California St 26th Floor | | San Francisco | CA | 94104 | | 415-626-3939 | pjbenvenutti@jonesday.com mcorrea@jonesday.com | Attorneys for Symantec Corporation, Successor-in-Interest to Veritas Corporation |
| Jones Day | Scott J. Friedman | 222 East 41st Street | | New York | NY | 10017 | | 212-326-3939 | sjfriedman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Katten Muchin Rosenman LLP | John P. Sieger, Esq. | 525 West Monroe Street | | Chicago | IL | 60661 | | 312-902-5200 | john.sieger@kattenlaw.com | Counsel to TDK Corporation America and MEMC Electronic Materials, Inc. |
| Kaye Scholer LLP | Richard G Smolev | 425 Park Avenue | | New York | NY | 10022-3598 | | 212-236-8000 | rsmolev@kayescholer.com | Counsel to InPlay Technologies Inc |
| Kegler, Brown, Hill & Ritter Co., LPA | Kenneth R. Cookson | 65 East State Street | Suite 1800 | Columbus | OH | 43215 | | 614-426-5400 | kcookson@keglerbrown.com | Counsel to Solution Recovery Services |
| Keller Rohrback L.L.P. | Lynn Lincoln Sarko Cari Campen Laufenberg Erin M. Rily | 1201 Third Avenue | Suite 3200 | Seattle | WA | 98101 | | 206-623-1900 | lsarko@kellerrohrback.com claufenberg@kellerrohrback.com eriley@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Keller Rohrback P.L.C. | Gary A. Gotto | National Bank Plaza | 3101 North Central Avenue, Suite 900 | Phoenix | AZ | 85012 | | 602-248-0088 | ggotto@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Kelley Drye & Warren, LLP | Craig A. Wolfe | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | cwolfe@kelleydrye.com | Counsel to the Pension Benefit Guaranty Corporation |
| Kelley Drye & Warren, LLP | Joseph Boyle | 200 Kimball Dr | | Parsippany | NJ | 07054 | | 973-503-5900 | jboyle@kelleydrye.com | Counsel to the Pension Benefit Guaranty Corporation |
| Kelley Drye & Warren, LLP | Merrill B. Stone | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | mstone@kelleydrye.com | Counsel to the Pension Benefit Guaranty Corporation |
| Kennedy, Jennick & Murray | Larry Magarik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | lmagarik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Susan M. Jennik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | sjennik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 10 of 23

12/24/2008 5:06 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-------|------------------|
| Kennedy, Jennick & Murray | Thomas Kennedy | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | tkennedy@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| King & Spalding, LLP | Daniel Egan | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | degan@kslaw.com | Counsel to KPMG LLP |
| King & Spalding, LLP | H. Slayton Dabney, Jr. | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | sdabney@kslaw.com | Counsel to KPMG LLP |
| Kirkland & Ellis LLP | Jim Stempel | 200 East Randolph Drive | | Chicago | IL | 60601 | | 312-861-2000 | jstempel@kirkland.com | Counsel to Lunt Mannufacturing Company |
| Kirkpatrick & Lockhart Nicholson Graham LLP | Edward M. Fox | 599 Lexington Avenue | | New York | NY | 10022 | | 212-536-4812 | efox@klng.com | Counsel to Wilmington Trust Company, as Indenture trustee |
| Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A. | Sam O. Simmerman | 4775 Munson Street N.W. | P.O. Box 36963 | Canton | OH | 44735-6963 | | 330-497-0700 | sosimmerman@kwgd.com | Counsel to for Millwood, Inc. |
| Kutak Rock LLP | Jay Selanders | 1010 Grand Blvd Ste 500 | | Kansas City | MO | 64106 | | 816-502-4617 | jay.selanders@kutakrock.com | Counsel to DaimlerChrysler Corporation; DaimlerChrylser Motors Company, LLC; DaimlerChrylser Canada, Inc. |
| Kutchin & Rufo, P.C. | Edward D. Kutchin | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | ekutchin@kutchinrufo.com | Counsel to Parlex Corporation |
| Kutchin & Rufo, P.C. | Kerry R. Northrup | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | knorthup@kutchinrufo.com | Counsel to Parlex Corporation |
| Lambert, Leser, Isackson, Cook & Guinta, P.C. | Susan M. Cook | 309 Davidson Building | PO Box 835 | Bay City | MI | 48707-0835 | | 989-893-3518 | smcook@lambertleser.com | Counsel to Linamar Corporation |
| Latham & Watkins | Mark A. Broude | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1384 | mark.broude@lw.com | UCC Professional |
| Latham & Watkins | Michael J. Riela | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | michael.riela@lw.com | UCC Professional |
| Latham & Watkins | Mitchell A. Seider | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | mitchell.seider@lw.com | UCC Professional |
| Latham & Watkins | Robert Rosenberg | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1370 | robert.rosenberg@lw.com | UCC Professional |
| Law Offices of Michael O'Hayer | Michael O'Hayer Esq | 22 N Walnut Street | | West Chester | PA | 19380 | | 610-738-1230 | mkohayer@aol.com | Counsel to A-1 Specialized Services and Supplies Inc |
| Lewis and Roca LLP | Rob Charles, Esq. | One South Church Street | Suite 700 | Tucson | AZ | 85701 | | 520-629-4427 | rcharles@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Lewis and Roca LLP | Susan M. Freeman, Esq. | 40 North Central Avenue | Suite 1900 | Phoenix | AZ | 85004-4429 | | 602-262-5756 | sfreeman@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Linear Technology Corporation | John England, Esq. | General Counsel for Linear Technology Corporation | 1630 McCarthy Blvd. | Milpitas | CA | 95035-7417 | | 408-432-1900 | jengland@linear.com | Counsel to Linear Technology Corporation |
| Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | 1949 South IH 35 (78741) | P.O. Box 17428 | Austin | TX | 78760-7428 | | 512-447-6675 | austin.bankruptcy@publicans.com | Counsel to Cameron County, Brownsville ISD |
| Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | 2323 Bryan Street | Suite 1600 | Dallas | TX | 75201 | | 214-880-0089 | dallas.bankruptcy@publicans.com | Counsel to Dallas County and Tarrant County |
| Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | P.O. Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3478 | houston_bankruptcy@publicans.com | Counsel in Charge for Taxing Authorities: Cypress-Fairbanks Independent School District, City of Houston, Harris County |
| Locke Lord Bissell & Liddell | Kevin J. Walsh | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | | 212-812-8304 | kwalsh@lockelord.com | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 11 of 23

12/24/2008 5:06 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Locke Lord Bissell & Liddell | Timothy S. McFadden | 111 South Wacker Drive | | Chicago | IL | 60606 | | 312-443-0370 | tmcfadden@lockelord.com | Counsel to Methode Electronics, Inc. |
| Loeb & Loeb LLP | P. Gregory Schwed | 345 Park Avenue | | New York | NY | 10154-0037 | | 212-407-4000 | gschwed@loeb.com | Counsel to Creditor The Interpublic Group of Companies, Inc. and Proposed Auditor Deloitte & Touche, LLP |
| Loeb & Loeb LLP | William M. Hawkins | 345 Park Avenue | | New York | NY | 10154 | | 212-407-4000 | whawkins@loeb.com | Counsel to Industrial Ceramics Corporation |
| Lowenstein Sandler PC | Bruce S. Nathan | 1251 Avenue of the Americas | | New York | NY | 10020 | | 212-262-6700 | bnathan@lowenstein.com | Counsel to Daewoo International (America) Corp. |
| Lowenstein Sandler PC | Ira M. Levee | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | ilevee@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Kenneth A. Rosen | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | krosen@lowenstein.com | Counsel to Cerberus Capital Management, L.P. |
| Lowenstein Sandler PC | Michael S. Etkin | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | metkin@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Scott Cargill | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | scargill@lowenstein.com | Counsel to Cerberus Capital Management, L.P.; AT&T Corporation |
| Lowenstein Sandler PC | Vincent A. D'Agostino | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | vdagostino@lowenstein.com | Counsel to AT&T Corporation |
| Lyden, Liebenthal & Chappell, Ltd. | Erik G. Chappell | 5565 Airport Highway | Suite 101 | Toledo | OH | 43615 | | 419-867-8900 | egc@lydenlaw.com | Counsel to Metro Fibres, Inc. |
| Maddin, Hauser, Wartell, Roth & Heller PC | Alexander Stotland Esq | 28400 Northwestern Hwy | Third Floor | Southfield | MI | 48034 | | 248-354-4030 | axs@maddinhauser.com | Attorney for Danice Manufacturing Co. |
| Madison Capital Management | Joe Landen | 6143 South Willow Drive | Suite 200 | Greenwood Village | CO | 80111 | | 303-957-4254 | jlanden@madisoncap.com | Representative for Madison Capital Management |
| Margulies & Levinson, LLP | Leah M. Caplan, Esq. | 30100 Chagrin Boulevard | Suite 250 | Pepper Pike | OH | 44124 | | 216-514-4935 | lmc@ml-legal.com | Counsel to Venture Plastics |
| Mastromarco & Jahn, P.C. | Victor J. Mastromarco, Jr. | 1024 North Michigan Avenue | P.O. Box 3197 | Saginaw | MI | 48605-3197 | | 989-752-1414 | vmastromar@aol.com | Counsel to H.E. Services Company and Robert Backie and Counsel to Cindy Palmer, Personal Representative to the Estate of Michael Palmer |
| Masuda Funai Eifert & Mitchell, Ltd. | Gary D. Santella | 203 North LaSalle Street | Suite 2500 | Chicago | IL | 60601-1262 | | 312-245-7500 | gsantella@masudafunai.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC and Hosiden America Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 12 of 23

12/24/2008 5:06 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| McCarter & English, LLP | David J. Adler, Jr. Esq. | 245 Park Avenue, 27th Floor | | New York | NY | 10167 | | 212-609-6800 | dadler@mccarter.com | Counsel to Ward Products, LLC |
| McCarter & English, LLP | Eduardo J. Glas, Esq. | Four Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4096 | | 913-622-4444 | eglas@mccarter.com | Counsel to General Products Delaware Corporation |
| McCarthy Tetrault LLP | John J. Salmas Lorne P. Salzman | 66 Wellington Street West | Suite 4700 | Toronto | Ontario | M5K 1E6 | | 416-362-1812 | jsalmas@mccarthy.ca lsalzman@mccarthy.ca | Counsel to Themselves (McCarthy Tetrault LLP) |
| McDermott Will & Emery LLP | Gary O. Ravert | 340 Madison Avenue | | New York | NY | 10017-1922 | | 212-547-5477 | gravert@mwe.com | Counsel for Temic Automotive of North America, Inc. |
| McDermott Will & Emery LLP | James M. Sullivan | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5477 | jmsullivan@mwe.com | Counsel to Linear Technology Corporation, National Semiconductor Corporation; Timken Corporation |
| McDermott Will & Emery LLP | Stephen B. Selbst | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5400 | sselbst@mwe.com | Counsel to National Semiconductor Corporation |
| McDermott Will & Emery LLP | Steven P. Handler Monica M. Quinn | 227 W Monroe St | | Chicago | IL | 60606 | | 312-372-2000 | shandler@mwe.com mquinn@mwe.com | Counsel for Temic Automotive of North America, Inc. |
| McDonald Hopkins Co., LPA | Scott N. Opincar, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | sopincar@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McDonald Hopkins Co., LPA | Shawn M. Riley, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | sriley@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Jeffrey Bernstein, Esq. | Three Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4079 | | 973-622-7711 | jbernstein@mdmc-law.com | Counsel to New Jersey Self-Insurers Guaranty Association |
| McGuirewoods LLP | Aaron G McCollough Esq | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | | 804-775-1000 | amccollough@mcguirewoods.com | Counsel to Siemens Energy & Automation, Inc. |
| McGuirewoods LLP | Daniel F Blanks | One James Center | 901 East Cary Street | Richmond | VA | 23219 | | 804-775-1000 | dblanks@mcguirewoods.com | Counsel for CSX Transportation, Inc. |
| McGuirewoods LLP | John H Maddock III | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | | 804-775-1178 | jmaddock@mcguirewoods.com | Counsel to Siemens Logistics Assembly Systems, Inc.; Counsel for CSX Transportation, Inc. |
| Meyer, Suozzi, English & Klein, P.C. | Attn Thomas R Slome Esq | 990 Stewart Ave Ste 300 | PO Box 9194 | Garden City | NY | 11530-9194 | | 516-741-6565 | tslome@msek.com | Counsel for Pamela Geller |
| Meyer, Suozzi, English & Klein, P.C. | Hanan Kolko | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | hkolko@msek.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Meyer, Suozzi, English & Klein, P.C. | Lowell Peterson, Esq. | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | lpeterson@msek.com | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Meyers Law Group, P.C. | Merle C. Meyers | 44 Montgomery Street | Suite 1010 | San Francisco | CA | 94104 | | 415-362-7500 | mmeyers@mlg-pc.com | Counsel to Alps Automotive, Inc. |
| Meyers, Rodbell & Rosenbaum, P.A. | M. Evan Meyers | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | emeyers@mrrlaw.net | Counsel for Prince George County, Maryland |
| Meyers, Rodbell & Rosenbaum, P.A. | Robert H. Rosenbaum | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | rrosenbaum@mrrlaw.net | Counsel for Prince George County, Maryland |
| Miami-Dade County Tax Collector | April Burch | Paralegal Unit | 140 West Flagler St Ste 1403 | Miami | FL | 33130 | | 305-375-5314 | mdtcbkc@miamidade.gov | Paralegal Collection Specialist for Miami-Dade County |
| Michael Cox | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | miag@michigan.gov | Attorney General for State of Michigan, Department of Treasury |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 13 of 23

12/24/2008 5:06 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Dennis J. Raterink | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | raterinkd@michigan.gov | Assistant Attorney General for Worker's Compensation Agency |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Michael Cox | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | miag@michigan.gov | Attorney General for Worker's Compensation Agency |
| Michigan Heritage Bank | Janice M. Donahue | 28300 Orchard Lake Rd | Ste 200 | Farmington Hills | MI | 48334 | | 248-538-2529 | jdonahue@miheritage.com | Counsel to  Michigan Heritage Bank; MHB Leasing, Inc. |
| Miles & Stockbridge, P.C. | Thomas D. Renda | 10 Light Street | | Baltimore | MD | 21202 | | 410-385-3418 | trenda@milesstockbridge.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Miller & Martin PLLC | Dale Allen | 150 Fourth Ave North | Ste 1200 | Nashville | TN | 37219 | | | vjones@millermartin.com | Counsel to Averitt Express |
| Miller Johnson | Thomas P. Sarb Robert D. Wolford | 250 Monroe Avenue, N.W. | Suite 800, PO Box 306 | Grand Rapids | MI | 49501-0306 | | 616-831-1748 616-831-1726 | sarbt@millerjohnson.com wolfordr@millerjohnson.com | Counsel to Pridgeon & Clay, Inc. |
| Miller, Canfield, Paddock and Stone, P.L.C. | Jonathan S. Green | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8452 | greenj@millercanfield.com | Counsel to Wells Operating Partnership, LP |
| Miller, Canfield, Paddock and Stone, P.L.C. | Timothy A. Fusco | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8435 | fusco@millercanfield.com | Counsel to Niles USA Inc.; Techcentral, LLC; The Bartech Group, Inc.; Fischer Automotive Systems |
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Paul J. Ricotta | One Financial Center | | Boston | MA | 02111 | | 617-542-6000 | pjricotta@mintz.com pricotta@mintz.com | Counsel to Hitachi Automotive Products (USA), Inc. and Conceria Pasubio |
| Molex Connector Corp | Jeff Ott | 2222 Wellington Ct. | | Lisle | IL | 60532 | | 630-527-4254 | Jeff.Ott@molex.com  | Counsel to Molex Connector Corp |
| Morgan, Lewis & Bockius LLP | Andrew D. Gottfried | 101 Park Avenue | | New York | NY | 10178-0060 | | 212-309-6000 | agottfried@morganlewis.com | Counsel to ITT Industries, Inc.; Hitachi Chemical (Singapore), Ltd. |
| Morgan, Lewis & Bockius LLP | Menachem O. Zelmanovitz | 101 Park Avenue | | New York | NY | 10178 | | 212-309-6000 | mzelmanovitz@morganlewis.com | Counsel to Hitachi Chemical (Singapore) Pte, Ltd. |
| Morgan, Lewis & Bockius LLP | Richard W. Esterkin, Esq. | 300 South Grand Avenue | | Los Angeles | CA | 90017 | | 213-612-1163 | resterkin@morganlewis.com | Counsel to Sumitomo Corporation |
| Moritt Hock Hamroff & Horowitz LLP | Leslie Ann Berkoff | 400 Garden City Plaza | | Garden City | NY | 11530 | | 516-873-2000 | lberkoff@moritthock.com | Counsel to Standard Microsystems Corporation and its direct and indirect subsidiares Oasis SiliconSystems AG and SMSC NA Automotive, LLC (successor-in-interst to Oasis Silicon Systems, Inc.) |
| Morrison Cohen LLP | Michael R. Dal Lago | 909 Third Avenue | | New York | NY | 10022 | | 212-735-8757 | mdallago@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 14 of 23

12/24/2008 5:06 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Munsch Hardt Kopf & Harr, P.C. | Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq. and Davor Rukavina, Esq. | 3800 Lincoln Plaza | 500 North Akard Street | Dallas | RX | 75201-6659 | | 214-855-7590 214-855-7561 214-855-7587 | rurbanik@munsch.com jwielebinski@munsch.com drukavina@munsch.com | Counsel to Texas Instruments Incorporated |
| Nantz, Litowich, Smith, Girard & Hamilton, P.C. | Sandra S. Hamilton | 2025 East Beltline, S.E. | Suite 600 | Grand Rapids | MI | 49546 | | 616-977-0077 | sandy@nlsg.com | Counsel to Lankfer Diversified Industries, Inc. |
| Nathan, Neuman & Nathan, P.C. | Kenneth A. Nathan | 29100 Northwestern Highway | Suite 260 | Southfield | MI | 48034 | | 248-351-0099 | Knathan@nathanneuman.com | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| National City Commercial Capital | Lisa M. Moore | 995 Dalton Avenue | | Cincinnati | OH | 45203 | | 513-455-2390 | lisa.moore2@nationalcity.com | Vice President and Senior Counsel to National City Commercial Capital |
| National Renewable Energy Laboratory | Marty Noland Principal Attorney | 1617 Golden Blvd | Legal Office, Mail Stop 1734 | Golden | CO | 80401 | | 303-384-7550 | marty_noland@nrel.gov | Counsel for National Renewable Energy Laboratory |
| Nelson Mullins Riley & Scarborough | George B. Cauthen | 1320 Main Street, 17th Floor | PO Box 11070 | Columbia | SC | 29201 | | 803-7255-9425 | george.cauthen@nelsonmullins.com | Counsel to Datwyler Rubber & Plastics, Inc.; Datwyler, Inc.; Datwyler i/o devices (Americas), Inc.; Rothrist Tube (USA), Inc. |
| New Jersey Attorney General's Office Division of Law | Tracy E Richardson Deputy Attorney General | R.J. Hughes Justice Complex | 25 Market St P.O. Box 106 | Trenton | NJ | 08628-0106 | | 609-292-1537 | tracy.richardson@dol.lps.state.nj.us | Deputy Attorney General - State of New Jersey Division of Taxation |
| North Point | David G. Heiman | 901 Lakeside Avenue | | Cleveland | OH | 44114 | | 216-586-3939 | dgheiman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Office of the Chapter 13 Trustee | Camille Hope | P.O. Box 954 | | Macon | GA | 31202 | | 478-742-8706 | cahope@chapter13macon.com | Office of the Chapter 13 Trustee |
| Office of the Texas Attorney General | Jay W. Hurst | P.O. Box 12548 | | Austin | TX | 78711-2548 | | 512-475-4861 | jay.hurst@oag.state.tx.us | Counsel to The Texas Comptroller of Public Accounts |
| Ohio Environmental Protection Agency | c/o Michelle T. Sutter | Principal Assistant Attorney General Environmental Enforcement Section | 30 E Broad St 25th Fl | Columbus | OH | 43215 | | 614-466-2766 | msutter@ag.state.oh.us | Attorney for State of Ohio, Environmental Protection Agency |
| Orbotech, Inc. | Michael M. Zizza, Legal Manager | 44 Manning Road | | Billerica | MA | 01821 | | 978-901-5025 | michaelz@orbotech.com | Company |
| O'Rourke Katten & Moody | Michael Moody | 55 W Wacker Dr | Ste 1400 | Chicago | IL | 60615 | | 312-849-2020 | mmoody@orourkeandmoody.com | Counsel to Ameritech Credit Corporation d/b/a SBC Capital Services |
| Orrick, Herrington & Sutcliffe LLP | Alyssa Englund, Esq. | 666 Fifth Avenue | | New York | NY | 10103 | | 212-506-5187 | aenglund@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Frederick D. Holden, Jr., Esq. | 405 Howard Street | | San Francisco | CA | 94105 | | 415-773-5700 | fholden@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Jonathan P. Guy | Columbia Center | 1152 15th St NW | Washington | DC | 20005-1706 | | 202-339-8400 | jguy@orrick.com | Counsel to Westwood Associates, Inc. |
| Orrick, Herrington & Sutcliffe LLP | Raniero D'Aversa, Jr. | 666 Fifth Avenue | | New York | NY | 10103-0001 | | 212-506-3715 | Rdaversa@orrick.com | Counsel to Bank of America, N.A. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 15 of 23

12/24/2008 5:06 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Orrick, Herrington & Sutcliffe LLP | Richard H. Wyron | Columbia Center | 1152 15th St NW | Washington | DC | 20005-1706 | | 202-339-8400 | rwyron@orrick.com | Counsel to Westwood Associates, Inc. |
| Pachulski Stang Ziehl & Jones LLP | Michael R. Seidl | 919 N. Market Street, 17th Floor | P.O. Box 8705 | Wilmington | DE | 19899-8705 | | 302-652-4100 | mseidl@pszjlaw.com | Counsel for Essex Group, Inc. |
| Pachulski Stang Ziehl & Jones LLP | Robert J. Feinstein Ilan D. Scharf | 780 Third Avenue, 36th Floor | | New York | NY | 10017-2024 | | 212-561-7700 | Rfeinstein@pszjlaw.com lscharf@pszjlaw.com | Counsel for Essex Group, Inc. |
| Patterson Belknap Webb & Tyler LLP | David W. Dykhouse Phyllis S. Wallitt | 1133 Avenue of the Americas | | New York | NY | 10036-6710 | | 212-336-2000 | dwdykhouse@pbwt.com | Attorneys for Fry's Metals Inc. and Specialty Coatings Systems Eft |
| Paul H. Spaeth Co. LPA | Paul H. Spaeth | 130 W Second St Ste 450 | | Dayton | OH | 45402 | | 937-223-1655 | spaethlaw@phslaw.com | Attorneys for F&G Multi-Slide Inc and F&G Tool & Die Co. Inc. |
| Paul, Weiss, Rifkind, Wharton & Garrison | Andrew N. Rosenberg | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | arosenberg@paulweiss.com | Counsel to Merrill Lynch, Pierce, Fenner & Smith, Incorporated |
| Paul, Weiss, Rifkind, Wharton & Garrison | Douglas R. Davis | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | ddavis@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Elizabeth R. McColm | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | emccolm@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Stephen J. Shimshak | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3133 | sshimshak@paulweiss.com | Counsel to Ambrake Corporation |
| Peggy Housner | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | housnerp@michigan.gov | Assistant Attorney General for State of Michigan, Department of Treasury |
| Pepe & Hazard LLP | Kristin B. Mayhew | 30 Jelliff Lane | | Southport | CT | 06890-1436 | | 203-319-4022 | kmayhew@pepehazard.com | Counsel for Illinois Tool Works Inc., Illinois Tool Works for Hobart Brothers Co., Hobart Brothers Company, ITW Food Equipment Group LLC and Tri-Mark, Inc. |
| Pepper, Hamilton LLP | Anne Marie Aaronson | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | aaronsona@pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper, Hamilton LLP | Francis J. Lawall | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | lawallf@pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper, Hamilton LLP | Henry Jaffe | 1313 Market Street | PO Box 1709 | Wilmington | DE | 19899-1709 | | 302-777-6500 | jaffeh@pepperlaw.com | Counsel to SKF USA, Inc. |
| Pickrel Shaeffer & Ebeling | Sarah B. Carter Esq | 2700 Kettering Tower | | Dayton | OH | 45423-2700 | | 937-223-1130 | scarter@pselaw.com | |
| Pierce Atwood LLP | Jacob A. Manheimer | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | jmanheimer@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 16 of 23

12/24/2008 5:06 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-------|------------------|
| Pierce Atwood LLP | Keith J. Cunningham | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | kcunningham@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pietragallo Bosick & Gordon LLP | Richard J. Parks | 54 Buhl Blvd | | Sharon | PA | 16146 | | 724-981-1397 | rjp@pbandg.com | Counsel to Ideal Tool Company, Inc. |
| Pillsbury Winthrop Shaw Pittman LLP | Karen B. Dine | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | karen.dine@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Margot P. Erlich | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | margot.erlich@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Mark D. Houle | 650 Town Center Drive | Ste 550 | Costa Mesa | CA | 92626-7122 | | 714-436-6800 | mark.houle@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Richard L. Epling | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | richard.epling@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Robin L. Spear | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | robin.spear@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Porzio, Bromberg & Newman, P.C. | Brett S. Moore, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | bsmoore@pbnlaw.com | |
| Porzio, Bromberg & Newman, P.C. | John S. Mairo, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | jsmairo@pbnlaw.com | Counsel to Neuman Aluminum Automotive, Inc. and Neuman Aluminum Impact Extrusion, Inc. |
| Previant, Goldberg, Uelman, Gratz, Miller & Brueggeman, S.C. | Jill M. Hartley and Marianne G. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | jh@previant.com mgr@previant.com | Counsel to International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| PriceWaterHouseCoopers | Enrique Bujidos | Almagro | 40 | Madrid | | 28010 | Spain | 34 915 684 356 | enrique.bujidos@es.pwc.com | Representative to DASE |
| QAD, Inc. | Jason Pickering, Esq. | 10,000 Midlantic Drive | | Mt. Laurel | NJ | 08054 | | 856-840-2489 | jkp@qad.com | Counsel to QAD, Inc. |
| Quarles & Brady LLP | John A. Harris | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | jharris@quarles.com | Counsel to Semiconductor Components Industries, Inc. |
| Quarles & Brady LLP | John J. Dawson | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | jdawson@quarles.com | Counsel to Semiconductor Components Industries, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 17 of 23

12/24/2008 5:06 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Quarles & Brady LLP | Kasey C. Nye | One South Church Street | | Tucson | AZ | 85701 | | 520-770-8717 | knye@quarles.com | Counsel to Offshore International, Inc.; Maquilas Teta Kawi, S.A. de C.V.; On Semiconductor Corporation; Flambeau Inc. |
| Quarles & Brady LLP | Roy Prange | 33 E Main St Ste 900 | | Madison | WI | 53703-3095 | | 608-283-2485 | rlp@quarles.com | Counsel for Flambeau Inc. |
| Reed Smith | Ann Pille | 10 South Wacker Drive | | Chicago | IL | 60606 | | 312-207-1000 | apille@reedsmith.com | Counsel to Infineon; Infineon Technologies |
| Reed Smith | Elena Lazarou | 599 Lexington Avenue | 29th Street | New York | NY | 10022 | | 212-521-5400 | elazarou@reedsmith.com | Counsel to General Electric Capital Corporation, Stategic Asset Finance. |
| Republic Engineered Products, Inc. | Joseph A Kaczka | 3770 Embassy Parkway | | Akron | OH | 44333 | | 330-670-3215 | jkaczka@republicengineered.com | Counsel to Republic Engineered Products, Inc. |
| Riddell Williams P.S. | Joseph E. Shickich, Jr. | 1001 4th Ave. | Suite 4500 | Seattle | WA | 98154-1195 | | 206-624-3600 | jshickich@riddellwilliams.com | Counsel to Microsoft Corporation; Microsoft Licensing, GP |
| Rieck and Crotty PC | Jerome F Crotty | 55 West Monroe Street | Suite 3390 | Chicago | IL | 60603 | | 312-726-4646 | jcrotty@rieckcrotty.com | Counsel to Mary P. O'Neill and Liam P. O'Neill |
| Riemer & Braunstein LLP | Mark S. Scott | Three Center Plaza | | Boston | MA | 02108 | | 617-523-9000 | mscott@riemerlaw.com | Counsel to ICX Corporation |
| Riverside Claims LLC | Holly Rogers | 2109 Broadway | Suite 206 | New York | NY | 10023 | | 212-501-0990 | holly@regencap.com | Riverside Claims LLC |
| Robinson, McFadden & Moore, P.C. | Annemarie B. Mathews | P.O. Box 944 | | Columbia | SC | 29202 | | 803-779-8900 | amathews@robinsonlaw.com | Counsel to Blue Cross Blue Shield of South Carolina |
| Ropes & Gray LLP | Marc E. Hirschfield | 45 Rockefeller Plaza | | New York | NY | 10111-0087 | | 212-841-5700 | marc.hirschfield@ropesgray.com | Attorneys for D-J, Inc. |
| Rosen Slome Marder LLP | Thomas R. Slome | 333 Earle Ovington Boulevard | Suite 901 | Uniondale | NY | 11533 | | 516-227-1600 | tslome@rsmllp.com | Counsel to JAE Electronics, Inc. |
| Russell Reynolds Associates, Inc. | Charles E. Boulbol, P.C. | 26 Broadway, 17th Floor | | New York | NY | 10004 | | 212-825-9457 | rtrack@msn.com | Counsel to Russell Reynolds Associates, Inc. |
| Satterlee Stephens Burke & Burke LLP | Christopher R. Belmonte | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | cbelmonte@ssbb.com | Counsel to Moody's Investors Service |
| Satterlee Stephens Burke & Burke LLP | Pamela A. Bosswick | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | pbosswick@ssbb.com | Counsel to Moody's Investors Service |
| Satterlee Stephens Burke & Burke LLP | Roberto Carrillo | 230 Park Avenue | Suite 1130 | New York | NY | 10169 | | 212-818-9200 | rcarrillo@ssbb.com | Attorney's for Tecnomec S.r.l. |
| Schafer and Weiner PLLC | Daniel Weiner | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | dweiner@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Howard Borin | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | hborin@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Michael R Wernette | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | mwernette@schaferandweiner.com shellie@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Ryan Heilman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | rheilman@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schiff Hardin LLP | Eugene J. Geekie, Jr. | 7500 Sears Tower | | Chicago | IL | 60606 | | 312-258-5635 | egeekie@schiffhardin.com | Counsel to  Means Industries |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 18 of 23

12/24/2008 5:06 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-------|------------------|
| Schiffrin & Barroway, LLP | Michael Yarnoff | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7056 | myarnoff@sbclasslaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Schiffrin & Barroway, LLP | Sean M. Handler | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7706 | shandler@sbclasslaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Schulte Roth & Sabel LLP | James T. Bentley | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2273 | james.bentley@srz.com | Counsel to Panasonic Autommotive Systems Company of America |
| Schulte Roth & Sabel LLP | Michael L. Cook | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | michael.cook@srz.com | Counsel to Panasonic Automotive Systems Company of America; D.C. Capital Partners, L.P. |
| Schulte Roth & Zabel LLP | Carol Weiner Levy | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | carol.weiner.levy@srz.com | Counsel to D.C. Capital Partners, L.P. |
| Seyfarth Shaw LLP | Paul M. Baisier, Esq. | 1545 Peachtree Street, N.E. | Suite 700 | Atlanta | GA | 30309-2401 | | 404-885-1500 | pbaisier@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | | 212-218-5500 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | William J. Hanlon | World Trade Center East | Two Seaport Lane, Suite 300 | Boston | MA | 02210 | | 617-946-4800 | whanlon@seyfarth.com | Counsel to  le Belier/LBQ Foundry S.A. de C.V. |
| Sheehan Phinney Bass + Green Professional Association | Bruce A. Harwood | 1000 Elm Street | P.O. Box 3701 | Manchester | NH | 03105-3701 | | 603-627-8139 | bharwood@sheehan.com | Counsel to Source Electronics, Inc. |
| Sheldon S. Toll PLLC | Sheldon S. Toll | 2000 Town Center | Suite 2550 | Southfield | MI | 48075 | | 248-358-2460 | lawtoll@comcast.net | Counsel to Milwaukee Investment Company |
| Sheppard Mullin Richter & Hampton LLP | Eric Waters | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | ewaters@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Malani J. Sternstein | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | msternstein@sheppardmullin.com | Counsel to International Rectifier Corp. and Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theodore A. Cohen | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | tcohen@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theresa Wardle | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | twardle@sheppardmullin.com | Counsel to International Rectifier Corp. |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 5353 Essen Lane | Suite 650 | Baton Rouge | LA | 70809 | | 225-757-2185 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 909 Poydras Street | 28th Floor | New Orleans | LA | 70112-1033 | | 504-299-2100 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Shipman & Goodwin LLP | Kathleen M. LaManna | One Constitution Plaza | | Hartford | CT | 06103-1919 | | 860-251-5603 | bankruptcy@goodwin.com | |
| Sills, Cummis Epstein & Gross, P.C. | Andrew H. Sherman | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | asherman@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Jack M. Zackin | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | jzackin@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 19 of 23

12/24/2008 5:06 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-------|-------------------|
| Sills, Cummis Epstein & Gross, P.C. | Valerie A Hamilton Simon Kimmelman | 650 College Rd E | | Princeton | NJ | 08540 | | 609-227-4600 | vhamilton@sillscummis.com skimmelman@sillscummis.com | Counsel to Doosan Infracore America Corp. |
| Silver Point Capital, L.P. | Chaim J. Fortgang | Two Greenwich Plaza | 1st Floor | Greenwich | CT | 06830 | | 203-542-4216 | cfortgang@silverpointcapital.com | Counsel to Silver Point Capital, L.P. |
| Simon, Stella & Zingas, PC | Stephen P. Stella | 422 W Congress Ste 400 | | Detroit | MI | 48226 | | 313-962-6400 X225 | attorneystella@sszpc.com | Counsel to Motor City Electric |
| Smith, Gambrell & Russell, LLP | Barbara Ellis-Monro | 1230 Peachtree Street, N.E. | Suite 3100 | Atlanta | GA | 30309 | | 404-815-3500 | bellis-monro@sgrlaw.com | Counsel to Southwire Company |
| Smith, Katzenstein & Furlow LLP | Kathleen M. Miller | 800 Delaware Avenue, 7th Floor | P.O. Box 410 | Wilmington | DE | 19899 | | 302-652-8400 | kmiller@skfdelaware.com | Counsel to Airgas, Inc. |
| Sonnenschein Nath & Rosenthal LLP | D. Farrington Yates | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | | 212-768-6700 | fyates@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. and United Plastics Group |
| Sonnenschein Nath & Rosenthal LLP | Monika J. Machen | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | mmachen@sonnenschein.com | Counsel to United Plastics Group |
| Sonnenschein Nath & Rosenthal LLP | Robert E. Richards | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | rrichards@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. |
| Squire, Sanders & Dempsey L.L.P. | G. Christopher Meyer | 4900 Key Tower | 127 Public Sq | Cleveland | OH | 44114 | | 216-479-8692 | cmeyer@ssd.com | Counsel to Furukawa Electric Co., Ltd.; Counsel for the City of Dayton, Ohio |
| State of California Office of the Attorney General | Sarah E. Morrison | Deputy Attorney General | 300 South Spring Street Ste 1702 | Los Angeles | CA | 90013 | | 213-897-2640 | sarah.morrison@doj.ca.gov | Attorneys for the State of the California Department of Toxic Substances Control |
| State of Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency | Roland Hwang Assistant Attorney General | 3030 W. Grand Boulevard | Suite 9-600 | Detroit | MI | 48202 | | 313-456-2210 | hwangr@michigan.gov | Assistant Attorney General for State of Michigan, Unemployment Tax Office of the Department of Labor & Economic Growth, Unemployment Insurance Agency |
| Steel Technologies, Inc. | John M. Baumann | 15415 Shelbyville Road | | Louisville | KY | 40245 | | 502-245-0322 | jmbaumann@steeltechnologies.com | Counsel to Steel Technologies, Inc. |
| Stein, Rudser, Cohen & Magid LLP | Robert F. Kidd | 825 Washington Street | Suite 200 | Oakland | CA | 94607 | | 510-287-2365 | rkidd@srcm-law.com | Counsel to Excel Global Logistics, Inc. |
| Sterns & Weinroth, P.C. | Jeffrey S. Posta Michael A Spero Simon Kimmelman Valerie A Hamilton | 50 West State Street, Suite 1400 | PO Box 1298 | Trenton | NJ | 08607-1298 | | 609-392-2100 | jposta@sternslaw.com jspecf@sternslaw.com | Counsel to Doosan Infracore America Corp. |
| Stevens & Lee, P.C. | Chester B. Salomon, Esq. Constantine D. Pourakis, Esq. | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-319-8500 | cs@stevenslee.com cp@stevenslee.com | Counsel to Tonolli Canada Ltd.; VJ Technologies, Inc. and V.J. ElectroniX, Inc. |
| Stinson Morrison Hecker LLP | Mark A. Shaiken | 1201 Walnut Street | | Kansas City | MO | 64106 | | 816-842-8600 | mshaiken@stinsonmoheck.com | Counsel to Thyssenkrupp Waupaca, Inc. and Thyssenkrupp Stahl Company |
| Stites & Harbison PLLC | Madison L.Cashman | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | robert.goodrich@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison PLLC | Robert C. Goodrich, Jr. | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | madison.cashman@stites.com | Counsel to Setech, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 20 of 23

12/24/2008 5:06 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Stites & Harbison, PLLC | W. Robinson Beard, Esq. | 400 West Market Street | | Louisville | KY | 40202 | | 502-681-0448 502-587-3400 | wbeard@stites.com loucourtsum@stites.com | Counsel to WAKO Electronics (USA), Inc.,Ambrake Corporation, and Akebona Corporation (North America) |
| Stutman Treister & Glatt Professional Corporation | Christine M. Pajak Eric D. Goldberg Isaac M. Pachulski Esq Jeffrey H Davidson Esq | 1901 Avenue of the Stars | 12th Floor | Los Angeles | CA | 90067 | | 310-228-5600 | cpajak@stutman.com egoldberg@stutman.com ipachulski@stutman.com jdavidson@stutman.com | Counsel to CR Intrinsic Investors, LLC, Elliot Associates, L.P., Highland Capital Management, L.P. |
| Taft, Stettinius & Hollister LLP | Richard L .Ferrell | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202-3957 | | 513-381-2838 | ferrell@taftlaw.com | Counsel to Wren Industries, Inc. |
| Taft, Stettinius & Hollister LLP | W Timothy Miller Esq | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202 | | 513-381-2838 | miller@taftlaw.com | Counsel to Select Industries Corporation and Gobar Systems, Inc. |
| Teitelbaum & Baskin LLP | Jay Teitelbaum Ron Baskin | 3 Barker Avenue | 3rd Floor | White Plains | NY | 10601 | | 914-437-7670 | jteitelbaum@tblawllp.com rbaskin@tblawllp.com | Counsel to Mary H. Schaefer |
| Tennessee Department of Revenue | Marvin E. Clements, Jr. | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 | | 615-532-2504 | agbanknewyork@ag.tn.gov | Tennesse Department of Revenue |
| Terra Law LLP | David B. Draper | 60 S. Market Street | Suite 200 | San Jose | CA | 95113 | | 408-299-1200 | ddraper@terra-law.com | Counsel to Maxim Integrated Products, Inc. |
| Thacher Proffitt & Wood LLP | Jonathan D. Forstot | Two World Financial Center | | New York | NY | 10281 | | 212-912-7679 | jforstot@tpw.com | Counsel to TT Electronics, Plc |
| Thacher Proffitt & Wood LLP | Louis A. Curcio | Two World Financial Center | | New York | NY | 10281 | | 212-912-7607 | lcurcio@tpw.com | Counsel to TT Electronics, Plc |
| The Furukawa Electric Co., Ltd. | Mr. Tetsuhiro Niizeki | 6-1 Marunouchi | 2-Chrome, Chiyoda-ku | Tokyo | Japan | 100-8322 | | | niizeki.tetsuhiro@furukawa.co.jp | Counsel to The Furukawa Electric Co., Ltd. |
| The Timpken Corporation BIC - 08 | Robert Morris | 1835 Dueber Ave. SW | PO Box 6927 | Canton | OH | 44706-0927 | | 330-438-3000 | robert.morris@timken.com | Representative for Timken Corporation |
| Thompson & Knight | Rhett G. Cambell | 333 Clay Street | Suite 3300 | Houston | TX | 77002 | | 713-654-1871 | rhett.campbell@tklaw.com | Counsel to STMicroelectronics, Inc. |
| Thompson & Knight LLP | Ira L. Herman | 919 Third Avenue | 39th Floor | New York | NY | 10022-3915 | | 212-751-3045 | ira.herman@tklaw.com | Counsel to Victory Packaging |
| Thompson & Knight LLP | John S. Brannon | 1700 Pacific Avenue | Suite 3300 | Dallas | TX | 75201-4693 | | 214-969-1505 | john.brannon@tklaw.com | Counsel to Victory Packaging |
| Thompson Coburn Fagel Haber | Lauren Newman | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | | 312-346-7500 | lnewman@tcfhlaw.com | Counsel to Aluminum International, Inc. |
| Thompson Coburn LLP d/b/a Thompson Coburn Fagel Haber | Dennis E. Quaid Esq | 55 E Monroe 40th Fl | | Chicago | IL | 60603 | | 312-580-2215 | dquaid@tcfhlaw.com efiledocketgroup@fagelhaber.com | Counsel for Penn Aluminum International Inc |
| Thurman & Phillips, P.C. | Ed Phillips, Jr. | 8000 IH 10 West | Suite 1000 | San Antonio | TX | 78230 | | 210-341-2020 | ephillips@thurman-phillips.com | Counsel to Royberg, Inc. d/b/a Precision Mold & Tool and d/b/a Precision Mold and Tool Group |
| TI Group Automotive Systms LLC | Timothy M. Guerriero | 12345 E Nine Mile Rd | | Warren | MI | 48089 | | 586-755-8066 | tguerriero@us.tiauto.com | General Counsel and Company Secretary to TI Group Automotive Systems LLC |
| Todd & Levi, LLP | Jill Levi, Esq. | 444 Madison Avenue | Suite 1202 | New York | NY | 10022 | | 212-308-7400 | jlevi@toddlevi.com | Counsel to Bank of Lincolnwood |
| U.S. Department of Justice | Matthew L Schwartz Joseph N Cordaro | Assistant United States Attorneys | 86 Chambers Street 3rd Fl | New York | NY | 10007 | | 212-637-1945 | matthew.schwartz@usdoj.gov | Counsel to Environmental Protection Agency; Internal Revenue Service; Department of Health and Human Services; and Customs and Border Protection |
| Underberg & Kessler, LLP | Helen Zamboni | 300 Bausch & Lomb Place | | Rochester | NY | 14604 | | 585-258-2800 | hzamboni@underbergkessler.com | Counsel to McAlpin Industries, Inc. |
| Union Pacific Railroad Company | Mary Ann Kilgore | 1400 Douglas Street | MC 1580 | Omaha | NE | 68179 | | 402-544-4195 | mkilgore@UP.com | Counsel to Union Pacific Railroad Company |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 21 of 23

12/24/2008 5:06 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-------|------------------|
| United Steel, Paper and Forestry, Rubber, Manufacturing, Energy | Allied Industrial and Service Workers, Intl Union (USW), AFL-CIO David Jury, Esq. | Five Gateway Center Suite 807 | | Pittsburgh | PA | 15222 | | 412-562-2546 | djury@usw.org | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Vorys, Sater, Seymour and Pease LLP | Tiffany Strelow Cobb | 52 East Gay Street | | Columbus | OH | 43215 | | 614-464-8322 | tscobb@vorys.com | Counsel to America Online, Inc. and its Subsidiaries and Affiliates |
| Wachtell, Lipton, Rosen & Katz | Emil A. Kleinhaus | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | EAKleinhaus@wlrk.com | Counsel to Capital Research and Management Company |
| Wachtell, Lipton, Rosen & Katz | Richard G. Mason | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | RGMason@wlrk.com | Counsel to Capital Research and Management Company |
| Waller Lansden Dortch & Davis, PLLC | David E. Lemke, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | david.lemke@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Waller Lansden Dortch & Davis, PLLC | Robert J. Welhoelter, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | robert.welhoelter@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Warner Norcross & Judd LLP | Gordon J. Toering | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2185 | gtoering@wnj.com | Counsel to Robert Bosch Corporation; Counsel to Daewoo International Corp and Daewoo International (America) Corp |
| Warner Norcross & Judd LLP | Michael G. Cruse | 2000 Town Center | Suite 2700 | Southfield | MI | 48075 | | 248-784-5131 | mcruse@wnj.com | Counsel to Compuware Corporation |
| Warner Norcross & Judd LLP | Stephen B. Grow | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2158 | growsb@wnj.com | Counsel to Behr Industries Corp. |
| Weinstein, Eisen & Weiss LLP | Aram Ordubegian | 1925 Century Park East | #1150 | Los Angeles | CA | 90067 | | 310-203-9393 | aordubegian@weineisen.com | Counsel to Orbotech, Inc. |
| Weltman, Weinberg & Reis Co., L.P.A. | Geoffrey J. Peters | 175 South Third Street | Suite 900 | Columbus | OH | 43215 | | 614-857-4326 | gpeters@weltman.com | Counsel to Seven Seventeen Credit Union |
| White & Case LLP | Glenn Kurtz Gerard Uzzi Douglas Baumstein | 1155 Avenue of the Americas | | New York | NY | 10036-2787 | | 212-819-8200 | gkurtz@ny.whitecase.com guzzi@whitecase.com dbaumstein@ny.whitecase.com | Counsel to Appaloosa Management, LP |
| White & Case LLP | Thomas Lauria Frank Eaton | Wachovia Financial Center | 200 South Biscayne Blvd., Suite 4900 | Miami | FL | 33131 | | 305-371-2700 | tlauria@whitecase.com featon@miami.whitecase.com | Counsel to Appaloosa Management, LP |
| Whyte, Hirschboeck Dudek S.C. | Bruce G. Arnold | 555 East Wells Street | Suite 1900 | Milwaukee | WI | 53202-4894 | | 414-273-2100 | barnold@whdlaw.com | Counsel to Schunk Graphite Technology |
| Wickens Herzer Panza Cook & Batista Co | James W Moennich Esq | 35765 Chester Rd | | Avon | OH | 44011-1262 | | 440-930-8000 | jmoennich@wickenslaw.com | Counsel for Delphi Sandusky ESOP |
| Winston & Strawn LLP | David Neier Carey D. Schreiber | 200 Park Avenue | | New York | NY | 10166-4193 | | 212-294-6700 | dneier@winston.com cschreiber@winston.com | Counsel to Ad Hoc Group of Tranche A & B DIP Lenders |
| Winthrop Couchot Professional Corporation | Marc. J. Winthrop | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | mwinthrop@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Winthrop Couchot Professional Corporation | Sean A. O'Keefe | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | sokeefe@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Womble Carlyle Sandridge & Rice, PLLC | Allen Grumbine | 550 South Main St | | Greenville | SC | 29601 | | 864-255-5402 | agrumbine@wcsr.com | Counsel to Armacell |
| Woods Oviatt Gilman LLP | Ronald J. Kisinski | 700 Crossroads Bldg | 2 State St | Rochester | NY | 14614 | | 585-362-4514 | rkisicki@woodsoviatt.com | |
| Zeichner Ellman & Krause LLP | Peter Janovsky | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | pjanovsky@zeklaw.com | Counsel to Toyota Tsusho America, Inc. and Karl Kufner, KG aka Karl Kuefner, KG |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 22 of 23

12/24/2008 5:06 PM
Email (400)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-------|------------------|
| Zeichner Ellman & Krause LLP | Stuart Krause | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | skrause@zeklaw.com | Counsel to Toyota Tsusho America, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 23 of 23

12/24/2008 5:06 PM
Email (400)

# EXHIBIT C

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| Angelo, Gordon & Co. | Leigh Walzer | 245 Park Avenue | 26th Floor | New York | NY | 10167 | 212-692-8251 | 212-867-6395 | |
| APS Clearing, Inc. | Andy Leinhoff Matthew Hamilton | 1301 S. Capital of Texas Highway | Suite B-220 | Austin | TX | 78746 | 512-314-4416 | 512-314-4462 | Counsel to APS Clearing, Inc. |
| Bingham McHale LLP | John E Taylor Michael J Alerding | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | 317-635-8900 | 317-236-9907 | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |
| DaimlerChrysler Corporation | Kim Kolb | CIMS 485-13-32 | 1000 Chrysler Drive | Auburn Hills | MI | 48326-2766 | 248-576-5741 | | Counsel to DaimlerChrysler Corporation; DaimlerChrysler Motors Company, LLC; DaimlerChrylser Canada, Inc. |
| Eckert Seamans Cherin & Mellott LLC | Michael G. Busenkell | 300 Delaware Avenue | Suite 1360 | Wilmington | DE | 19801 | 302-425-0430 | 302-425-0432 | Counsel to Chicago Miniature Optoelectronic Technologies, Inc. |
| Gratz, Miller & Brueggeman, S.C. | Timothy C. Hall | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | 414-271-4500 | 414-271-6308 | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Jason, Inc. | Beth Klimczak, General Counsel | 411 E. Wisconsin Ave | Suite 2120 | Milwaukee | WI | 53202 | | | General Counsel to Jason Incorporated |
| Nix, Patterson & Roach, L.L.P. | Bradley E. Beckworth Jeffrey J. Angelovich Susan Whatley | 205 Linda Drive | | Daingerfield | TX | 75638 | 903-645-7333 | 903-645-4415 | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Norris, McLaughlin & Marcus | Elizabeth L. Abdelmasieh, Esq | 721 Route 202-206 | P.O. Box 1018 | Somerville | NJ | 08876 | 908-722-0700 | 908-722-0755 | Counsel to Rotor Clip Company, Inc. |
| Paul, Weiss, Rifkind, Wharton & Garrison | Curtis J. Weidler | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | 212-373-3157 | 212-373-2053 | Counsel to Ambrake Corporation; Akebono Corporation |
| Paul, Weiss, Rifkind, Wharton & Garrison | Justin G. Brass | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | 212-373-3000 | 212-757-3990 | Counsel to Merrill Lynch, Pierce, Fenner & Smith, Incorporated |
| Pepper, Hamilton LLP | Linda J. Casey | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | 215-981-4000 | 215-981-4750 | Counsel to SKF USA, Inc. |
| Professional Technologies Services | John V. Gorman | P.O. Box #304 | | Frankenmuth | MI | 48734 | 989-385-3230 | 989-754-7690 | Corporate Secretary for Professional Technologies Services |
| Quinn Emanuel Urquhart Oliver & Hedges LLP | Susheel Kirpalani James C Tecce Scott C Shelley | 51 Madison Ave 22nd Fl | | New York | NY | 10010 | 212-849-7199 | 212-849-7100 | Counsel For Collective Of Tranche C DIP Lenders |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 3

12/24/2008 5:06 PM
US Mail (32)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| Republic Engineered Products, Inc. | Joseph Lapinsky | 3770 Embassy Parkway | | Akron | OH | 44333 | 330-670-3004 | 330-670-3020 | Counsel to Republic Engineered Products, Inc. |
| Ropers, Majeski, Kohn & Bentley | Christopher Norgaard | 515 South Flower Street | Suite 1100 | Los Angeles | CA | 90071 | 213-312-2000 | 213-312-2001 | Counsel to Brembo S.p.A; Bibielle S.p.A.; AP Racing |
| Ropes & Gray LLP | Gregory O. Kaden | One International Place | | Boston | MA | 02110-2624 | 617-951-7000 | 617-951-7050 | Attorneys for D-J, Inc. |
| Sachnoff & Weaver, Ltd | Arlene Gelman Charles S. Schulman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | 312-207-1000 | 312-207-6400 | Counsel to Infineon Technologies North America Corporation |
| Schafer and Weiner PLLC | Max Newman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | 248-540-3340 | | Counsel to Dott Industries, Inc. |
| Shipman & Goodwin LLP | Jennifer L. Adamy | One Constitution Plaza | | Hartford | CT | 06103-1919 | 860-251-5811 | 860-251-5218 | Counsel to Fortune Plastics Company of Illinois, Inc.; Universal Metal Hose Co., |
| Sony Electronics Inc. | Lloyd B. Sarakin - Chief Counsel, Finance and Credit | 1 Sony Drive | MD #1 E-4 | Park Ridge | NJ | 07656 | 201-930-7483 | | Counsel to Sony Electronics, Inc. |
| Squire, Sanders & Dempsey L.L.P. | Eric Marcks | One Maritime Plaza | Suite 300 | San Francisco | CA | 94111-3492 | | 415-393-9887 | Counsel to Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| Steinberg Shapiro & Clark | Mark H. Shapiro | 24901 Northwestern Highway | Suite 611 | Southfield | MI | 48075 | 248-352-4700 | 248-352-4488 | Counsel to Bing Metals Group, Inc.; Gentral Transport International, Inc.; Crown Enerprises, Inc.; Economy Transport, Inc.; Logistics Insight Corp (LINC); Universal Am-Can, Ltd.; Universal Truckload Services, Inc. |
| Thaler & Gertler LLP | Andrew M. Thaler Esq | 90 Merrick Ave Ste 400 | | East Meadow | NY | 11554 | 516-228-3533 | 516-228-3396 | Co-Counsel for David Gargis, Jimmy Mueller, and D. Keith Livingston |
| Thelen Reid Brown Raysman & Steiner LLP | David A. Lowenthal | 875 Third Avenue | | New York | NY | 10022 | 212-603-2000 | 212-603-2001 | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation and Oki Semiconductor Company |
| Thelen Reid Brown Raysman & Steiner LLP | Marcus O. Colabianchi | 101 Second St Ste 1800 | | San Francisco | CA | 94105-3606 | 415-369-7301 | 415-369-8764 | Counsel to Oki Semiconductor Company |
| Togut, Segal & Segal LLP | Albert Togut, Esq. | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | Conflicts counsel to Debtors |
| Tyler, Cooper & Alcorn, LLP | W. Joe Wilson | 185 Asylum Street | CityPlace I 35th Floor | Hartford | CT | 06103-3488 | 860-725-6200 | 860-278-3802 | Counsel to Barnes Group, Inc. |
| Vorys, Sater, Seymour and Pease LLP | Robert J. Sidman, Esq. | 52 East Gay Street | P.O. Box 1008 | Columbus | OH | 43216-1008 | 614-464-6422 | 614-719-8676 | |
| Warner Stevens, L.L.P. | Michael D. Warner | 301 Commerce Street | Suite 1700 | Fort Worth | TX | 76102 | 817-810-5250 | 817-810-5255 | Counsel to Electronic Data Systems Corp. and EDS Information Services, L.L.C. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

12/24/2008 5:06 PM
US Mail (32)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP | Lei Lei Wang Ekvall | 650 Town Center Drive | Suite 950 | Costa Mesa | CA | 92626 | 714-966-1000 | 714-966-1002 | Counsel to Toshiba America Electronic Components, Inc. |
| WL Ross & Co., LLC | Stephen Toy | 1166 Avenue of the Americas | | New York | NY | 10036-2708 | 212-826-1100 | 212-317-4893 | Counsel to WL. Ross & Co., LLC |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

12/24/2008 5:06 PM
US Mail (32)

# EXHIBIT D

**Hearing Date And Time: January 27, 2009 at 10:00 a.m. (prevailing Eastern time)**
**Response Date And Time: January 20, 2009 at 4:00 p.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti
Thomas J. Matz

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  -  x
                                                    :
        In re                                       :       Chapter 11
                                                    :
DELPHI CORPORATION, et al.,                         :       Case No. 05-44481 (RDD)
                                                    :
                                                    :       (Jointly Administered)
                Debtors.                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  - -  x

DEBTORS' THIRTY-THIRD OMNIBUS OBJECTION PURSUANT TO
11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 REGARDING
(A)  SERP CLAIMS AND SCHEDULED LIABILITIES SUBJECT TO
MODIFICATION, (B) DUPLICATE OR AMENDED SERP CLAIMS, (C)
CLAIMS SUBJECT TO MODIFICATION, AND (D) CLAIM TO BE
EXPUNGED PURSUANT TO SETTLEMENT

("THIRTY-THIRD OMNIBUS CLAIMS OBJECTION")

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), hereby submit this Thirty-Third Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Regarding (A) SERP Claims And Scheduled Liabilities Subject To Modification, (B) Duplicate Or Amended SERP Claims, (C) Claims Subject To Modification, And (D) Claim To Be Expunged Pursuant To Settlement (the "Thirty-Third Omnibus Claims Objection" or the "Objection"), and respectfully represent as follows:

Background

A.    The Chapter 11 Filings

1.    On October 8 and 14, 2005, the Debtors filed voluntary petitions in this Court for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended (the "Bankruptcy Code"). The Debtors continue to operate their businesses and manage their properties as debtors-in-possession under Bankruptcy Code sections 1107(a) and 1108. This Court has ordered joint administration of these cases.

2.    No trustee or examiner has been appointed in these cases. On October 17, 2005, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors. On April 28, 2006, the U.S. Trustee appointed an official committee of equity holders (together with the official committee of unsecured creditors, the "Statutory Committees").

3.    On December 10, 2007, the Debtors filed the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (Docket No. 11386) (the "Plan") and the First Amended Disclosure Statement with respect to the Plan (Docket No. 11388) (the "December 10 Disclosure Statement"). The Court

2

entered an order approving the adequacy of the Disclosure Statement and granting the related

solicitation procedures motion on December 10, 2007 (Docket No. 11389).  On January 25, 2008,

the Court entered an order confirming the Plan (as modified) (Docket No. 12359) (the

"Confirmation Order"), and the order became final on February 4, 2008.  Although the Debtors

on April 4, 2008 had satisfied the conditions required to substantially consummate the Plan, as

confirmed by this Court (the "Confirmed Plan"), including obtaining $6.1 billion of exit

financing, Delphi's Plan Investors (as defined in the Confirmed Plan) refused to participate in a

closing that was commenced but not completed and refused to fund their Investment Agreement

(as defined in the Confirmed Plan) with Delphi.  On May 16, 2008, Delphi filed complaints for

damages and specific performance against the Plan Investors and related parties who refused to

honor their equity financing commitments and refused to participate in the closing that would

have led to Delphi's successful emergence from chapter 11.  On October 3, 2008, the Debtors

filed a motion (Docket No. 14310) (the "Plan Modification Approval Motion") under 11 U.S.C.

§ 1127 for an order approving (i) certain modifications to the Confirmed Plan and related

modifications to the December 10 Disclosure Statement and (ii) related procedures for re-

soliciting votes on the Confirmed Plan, as modified.  In light of the current crisis in the global

debt and equity markets, however, the Debtors filed a notice adjourning the hearing on the Plan

Modification Motion to the regularly-scheduled omnibus hearing on March 24, 2009 (Docket No.

14580) pending further discussions with emergence capital funding parties and an assessment of

which supplemental plan modifications are warranted in the current conditions to enable the

Debtors to emerge from chapter 11 as soon as practicable.

4.      This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding under 28 U.S.C. § 157(b)(2).

5.      The statutory predicates for the relief requested herein are sections 502(b) of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

B.      Current Business Operations Of The Debtors

6.      Delphi and its subsidiaries and affiliates (collectively, the "Company") as of December 31, 2007 had global net sales of $22.3 billion and global assets of approximately $13.7 billion.[1]  At the time of its chapter 11 filing, Delphi ranked as the fifth largest public company business reorganization in terms of revenues and the thirteenth largest public company business reorganization in terms of assets.  Delphi's non-U.S. subsidiaries are not chapter 11 debtors and have continued their business operations without supervision from the Court.[2]

7.      The Company is a leading global technology innovator with significant engineering resources and technical competencies in a variety of disciplines, and is one of the largest global suppliers of vehicle electronics, transportation components, integrated systems and modules, and other electronic technology.  The Company supplies products to nearly every major global automotive original equipment manufacturer ("OEM").

---

[1]   The aggregated financial data used herein generally consists of consolidated information from Delphi and its worldwide subsidiaries and affiliates as disclosed in the Company's Form 10-K filed on February 19, 2008.

[2]   On March 20, 2007, Delphi Automotive Systems Espana S.L. ("DASE"), whose sole operation is a non-core automotive component plant in Cadiz, Spain, filed a "Concurso" application for a Spanish insolvency proceeding, which was approved by the Spanish court on April 13, 2007.  On July 4, 2007, DASE, its Concurso receivers, and the Cadiz workers councils and unions reached a settlement on a social plan, the funding of which was approved by this Court on July 19, 2007.  The Spanish court approved the social plan on July 31, 2007.  The Concurso proceeding is consistent with Delphi's transformation plan to optimize its manufacturing footprint and to lower its overall cost structure.

8.    Delphi was incorporated in Delaware in 1998 as a wholly owned subsidiary of General Motors Corporation ("GM").  Prior to January 1, 1999, GM conducted the Company's business through various divisions and subsidiaries.  Effective January 1, 1999, the assets and liabilities of these divisions and subsidiaries were transferred to the Company in accordance with the terms of a Master Separation Agreement between Delphi and GM.  In connection with these transactions, Delphi accelerated its evolution from a North American-based, captive automotive supplier to a global supplier of components, integrated systems, and modules for a wide range of customers and applications.  Although GM is still the Company's single largest customer, today more than half of Delphi's revenue is generated from non-GM sources.

C.    Events Leading To The Chapter 11 Filing

9.    In the first two years following Delphi's separation from GM, the Company generated approximately $2 billion in net income.  Every year thereafter, however, with the exception of 2002, the Company has suffered losses.  In calendar year 2004, the Company reported a net loss of approximately $4.8 billion on $28.6 billion in net sales.[3] Reflective of a continued downturn in the marketplace, in 2005 Delphi incurred net losses of approximately $2.4 billion on net sales of $26.9 billion.  Moreover, in 2006 the Debtors incurred a net loss of $5.5 billion, $3.0 billion of which comprised charges related to the U.S. employee special attrition programs, and in 2007, the Debtors incurred a net loss of $3.1 billion.

10.    The Debtors believe that the Company's financial performance deteriorated because of (i) increasingly unsustainable U.S. legacy liabilities and operational

---

[3]    Reported net losses in calendar year 2004 reflect a $4.1 billion tax charge, primarily related to the recording of a valuation allowance on U.S. deferred tax assets as of December 31, 2004.  The Company's net operating loss in calendar year 2004 was $482 million.

restrictions preventing the Debtors from exiting non-profitable, non-core operations, all of which had the effect of creating largely fixed labor costs, (ii) a competitive U.S. vehicle production environment for domestic OEMs resulting in the reduced number of motor vehicles that GM produces annually in the United States and related pricing pressures, and (iii) increasing commodity prices.

11.     In light of these factors, the Company determined that it would be imprudent and irresponsible to defer addressing and resolving its U.S. legacy liabilities, product portfolio, operational issues, and forward-looking revenue requirements.  Because discussions with its major stakeholders had not progressed sufficiently by the end of the third quarter of 2005, the Company commenced these chapter 11 cases for its U.S. businesses to complete its transformation plan and preserve value for its stakeholders.

D.     The Debtors' Transformation Plan

12.     On March 31, 2006, the Company outlined the key tenets of a transformation plan that it believed would enable it to return to stable, profitable business operations.  The Debtors stated that they needed to focus on five key areas: first, modifying the Company's labor agreements to create a competitive arena in which to conduct business; second, concluding their negotiations with GM to finalize GM's financial support for the Debtors' legacy and labor costs and to ascertain GM's business commitment to the Company; third, streamlining their product portfolio to capitalize on their world-class technology and market strengths and make the necessary manufacturing alignment with their new focus; fourth, transforming their salaried workforce to ensure that the Company's organizational and cost structure is competitive and aligned with its product portfolio and manufacturing footprint; and fifth, devising a workable solution to their pension situation.

E.    Plan Confirmation And Postconfirmation Matters

13.    The Confirmed Plan is based upon a series of global settlements and compromises that involve nearly every major constituency in the Debtors' reorganization cases, including Delphi's labor unions and GM. After the Plan was confirmed, the Debtors focused their efforts on satisfying the conditions for the Confirmed Plan to become effective. On April 4, 2008, having satisfied those conditions, the Debtors began a formal closing process attended by representatives of GM, the exit lenders, and the Statutory Committees. The Plan Investors, however, refused to participate in the closing or fund their obligations under the Investment Agreement. Following April 4, the Debtors nevertheless continued working with their stakeholders to evaluate their options to move forward with emerging from chapter 11 as soon as reasonably practicable.

14.    On September 12, 2008, Delphi announced steps that it was taking to complete the successful restructuring of its U.S. operations, transformation of the company on a global basis, and emergence from chapter 11. Those steps included implementing amended, comprehensive settlement agreements with GM, taking action to fund and preserve Delphi's hourly and salaried pension plans, and completing the reaffirmation process for Delphi's August 2008 Reaffirmed Plan Of Reorganization Business Plan.

15.    Concurrently with the announcement on September 12, 2008, the Debtors filed a motion for approval of two comprehensive agreements with GM: the Amended and Restated Global Settlement Agreement (the "Amended GSA") and the Amended and Restated Master Restructuring Agreement (the "Amended MRA"). On September 26, 2008, this Court entered an order authorizing the Debtors' implementation of the Amended GSA and the Amended MRA, the provisions of which became effective on September 29, 2008.

7

16.    Through the Amended GSA and Amended MRA, the Debtors addressed two fundamental tenets of their Transformation Plan: (i) obtaining financial support from GM for certain of Delphi's legacy and labor costs and GM's business commitments to Delphi going forward and (ii) devising a workable solution to Delphi's pension funding situation.  Under the Amended GSA and Amended MRA, GM agreed to contribute substantial additional value to the Debtors and eliminate significant elements of conditionality to the performance of GM's obligations.  Delphi estimates the value of the net consideration received under the Amended GSA and Amended MRA to be approximately $10.6 billion (increased from approximately $6.0 billion under the Original GSA and Original MRA), which includes an increase of nearly $2 billion in connection with the amount of Delphi's net hourly pension liabilities transferred and to be transferred to GM pursuant to section 414(l) of the Internal Revenue Code (increased from $1.5 billion under the Original GSA to approximately $3.4 billion under the Amended GSA).  As part of the approval process of the Amended GSA and Amended MRA, Delphi, GM, and the Creditors' Committee negotiated a consensual first amendment to the Amended GSA which sets forth the circumstances under which GM would allocate a portion of its recovery to unsubordinated general unsecured creditors.

17.    Through the transfer of pension assets and liabilities to GM described above and the freezing of Delphi's hourly pension plan (which was also approved as part of the Amended GSA with the consent of Delphi's U.S. unions), Delphi has substantially achieved its pension funding strategy objectives for hourly employees.  In addition, on  September 23, 2008, this Court entered an order authorizing the Debtors to take certain actions with respect to certain of its pension plans and to implement replacement pension plans (the "Pension Order").  With respect to its salaried employees, pursuant to the Pension Order, on September 30, 2008, Delphi

froze the applicable salaried pension plans and implemented replacement plans that will be more

cost-effective for the remainder of their chapter 11 cases and after emergence from chapter 11.

18.     As a result of all the factors described above, the Debtors were able to

formulate certain modifications to the Confirmed Plan, which are set forth in the Plan

Modification Approval Motion filed on October 3, 2008, and which are currently under review in

light of the current condition of the global capital markets and global automotive industry.

19.     Upon the conclusion of the reorganization process, the Debtors expect to

emerge as a stronger, more financially sound business with viable U.S. operations that are well-

positioned to advance global enterprise objectives.  In the meantime, Delphi will marshal all of

its resources to continue to deliver high-quality products to its customers globally.  Additionally,

the Company will seek to preserve and continue the strategic growth of its non-U.S. operations

and maintain its prominence as the world's premier auto supplier.

F.      Bar Date, Proofs Of Claim, And Omnibus Claims Objections

20.     On April 12, 2006, this Court entered an Order Under 11 U.S.C. §§ 107(b),

501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a)

Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice

Thereof (Docket No. 3206) (the "Bar Date Order").  Among other things, the Bar Date Order

established July 31, 2006 (the "Bar Date") as the last date for all persons and entities holding or

wishing to assert "Claims," as such term is defined in 11 U.S.C. § 101(5) (each, a "Claim"),

against a Debtor (collectively, the "Claimants") to file a proof of claim with respect to each such

Claim.

21.     On or prior to April 20, 2006, Kurtzman Carson Consultants LLC, the

claims and noticing agent in these cases (the "Claims Agent"), provided notice of the Bar Date

by mailing a notice of Bar Date approved by this Court (the "Bar Date Notice"), together with a

proof of claim form, to (a) the persons or entities set forth in the Debtors' Schedules of Assets
and Liabilities and Statements of Financial Affairs filed with this Court on January 20, 2006 (and
subsequently amended on February 1, 2006 and April 18, 2006) (collectively, the "Schedules and
Statements")[4] and (b) the persons and entities included in the notice database compiled by the
Debtors, but not listed on any of the Schedules and Statements.  In total, the Debtors provided
Bar Date Notices to more than 500,000 persons and entities.

      22.     In addition, the Debtors published the Bar Date Notice in the New York
Times (National Edition), the Wall Street Journal (National, European, and Asian Editions),
USA Today (Worldwide Edition), the Automotive News (National Edition), and in local editions
of the following publications: the Adrian Daily Telegram, the Arizona Daily Star, the Buffalo
News, the Chicago Sun Times, the Clinton News, the Columbia Dispatch, the Daily Leader,
Dayton Daily News, the Detroit Free Press, the El Paso Times, the Fitzgerald Herald Leader, the
Flint Journal, the Gadsden Times, the Grand Rapids Press, the Greenville News, the Indianapolis
Star, the Kansas City Star, the Kokomo Tribune, the Lansing State Journal, the Laurel Leader,
the Los Angeles Daily News, the Milwaukee Journal Sentinel, the Mobile Beacon, the Mobile
Register, the Oakland Press, the Olathe Daily News, the Rochester Democrat and Chronicle, the
Saginaw News, the Sandusky Register, the Tribune Chronicle, the Tulsa World, the Tuscaloosa
News, and The Vindicator, and electronically through posting on the Delphi Legal Information
Website, www.delphidocket.com, on or before April 24, 2006.

---

[4]    The Schedules and Statement were subsequently amended on October 12, 2007, January 17, 2008, and October
10, 2008.

23.    Approximately 16,825 proofs of claim (the "Proofs of Claim") have been

filed against the Debtors in these cases.  The Debtors have filed 32 omnibus Claims objections,[5]

pursuant to which this Court has disallowed and expunged 9,884 Claims and modified

approximately 3,888 Claims.  In addition, the hearings with respect to approximately 155 Claims

remain adjourned pursuant to the Claims Objection Procedures Order (as defined below).

24.    On October 31, 2006, the Debtors filed the Motion For Order Pursuant To

11 U.S.C. §§ 502(b) And 502(c) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007,

And 9014 Establishing (i) Dates For Hearings Regarding Disallowance Or Estimation Of Claims

And (ii) Certain Notices And Procedures Governing Hearings Regarding Disallowance Or

Estimation Of Claims (Docket No. 5453), in which the Debtors requested this Court, among

other things, to approve certain procedures for contested claim objections.  On December 7, 2006,

the Court entered the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m),

3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding

Objections To Claims And (ii) Certain Notices And Procedures Governing Objections to Claims

(Docket No. 6089) (the "Claims Objection Procedures Order").

25.    On November 30, 2007, the Debtors filed the Motion Under New

Bankruptcy Rule 3007(c) And 11 U.S.C. § 105(a) For Order Authorizing Debtors To Continue

Claims Objection Procedures Under Order Dated December 7, 2006 Pursuant To 11 U.S.C. §

---

[5]    The Debtors filed Claims objections on September 19, 2006 (Docket No. 5151), October 31, 2006 (Docket Nos.
5451 and 5452), December 8, 2006 (Docket Nos. 6099 and 6100), January 12, 2007 (Docket Nos. 6571 and
6585), February 15, 2007  (Docket Nos. 6962 and 6968), March 16, 2007 (Docket Nos. 7300 and 7301), April
27, 2007 (Docket Nos. 7824 and 7825), May 22, 2007 (Docket Nos. 7998 and 7999), June 15, 2007 (Docket
Nos. 8270 and 8271), July 13, 2007 (Docket Nos. 8616 and 8617), August 24, 2007 (Docket No. 9151),
September 21, 2007 (Docket No. 9535), October 26, 2007 (Docket No. 10738), November 19, 2007 (Docket
No. 10982), December 21, 2007 (Docket No. 11588), January 18, 2008 (Docket No. 12288), February 15, 2008
(Docket Nos. 12686 and 12687), March 27, 2008 (Docket Nos. 13269 and 13270), June 27, 2008 (Docket No.
13823), October 17, 2008 (Docket No. 14349), and November 14, 2008 (Docket No. 14442).

502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I)

Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures

Governing Objections To Claims (Docket No. 11187).  In that motion, the Debtors requested this

Court, among other things, to authorize the Debtors to continue certain of their current practices

and procedures for filing and serving notice of omnibus Claims objections pursuant to the Claims

Objection Procedures Order, including omnibus Claims objections to more than 100 Claims.  On

December 20, 2007, this Court granted this relief by entering the Order Under New Bankruptcy

Rule 3007 And 11 U.S.C. § 105(a) Authorizing Debtors To Continue Claims Objection

Procedures Under Order Dated December 7, 2006 Pursuant To 11 U.S.C. § 502(b) And Fed. R.

Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings

Regarding Objections To Claims And (II) Certain Notices And Procedures Governing

Objections To Claims (Docket No. 11561).

      26.     In this Objection, the Debtors are objecting to 133 Proofs of Claim and 18

Claims listed on the Debtors' Schedules and Statements, as currently amended (the "Scheduled

Liabilities"), all of which are set forth on Exhibit F hereto in alphabetical order by claimant and

cross-referenced by proof of claim number and basis of objection.

Relief Requested

      27.     By this Objection, the Debtors seek entry of an order pursuant to section

502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 modifying and allowing (a) the

Claims for liabilities owing in connection with the Debtors' Supplemental Executive Retirement

Program (the "SERP")[6] (each, a "SERP Claim" and, collectively, the "SERP Claims") set forth

---

[6]    Since the separation from GM, Delphi has maintained the SERP for certain senior level salaried employees to
    provide retirement benefits that are comparable to those provided to their industry peers.  The SERP is a non-

*(cont'd)*

on Exhibit A-1 hereto as "SERP Claims Subject To Modification" because the Debtors have

reached a settlement in principle with the holder (each, a "SERP Claim Holder" and, collectively,

the "SERP Claim Holders") of each such SERP Claim in the amount set forth on Exhibit A-1 and

(b) the Scheduled Liabilities set forth on Exhibit A-2 hereto as "SERP Scheduled Liabilities

Subject To Modification" because the Debtors have reached a settlement in principle with each

party (each, a "SERP Scheduled Party" and, collectively, the "SERP Scheduled Parties") to

whom a Scheduled Liability is owing arising from the SERP (each, a "SERP Scheduled

Liability") in the amount set forth on Exhibit A-2.

      28.     Second, the Debtors seek entry of an order pursuant to section 502(b) of

the Bankruptcy Code and Bankruptcy Rule 3007 disallowing and expunging the SERP Claims

set forth on Exhibit B hereto as "Claims To Be Expunged" because they are duplicative of other

Claims or have been amended or superseded by later-filed Claims (the "Duplicate Or Amended

SERP Claims").

      29.     Third, the Debtors seek entry of an order pursuant to section 502(b) of the

Bankruptcy Code and Bankruptcy Rule 3007 modifying and allowing the Claims set forth on

Exhibit C hereto because the Debtors have reached a settlement in principle with the holders of

such Claims in the amount of each such Claim set forth on Exhibit C.

      30.     Finally, by this Objection, the Debtors seek entry of an order pursuant to

section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 disallowing and expunging

_____

*(cont'd from previous page)*

    qualified defined benefit plan under the Internal Revenue Code (the "IRC") that is separate from, but is
    integrated with, the Delphi Retirement Program for Salaried Employees, which is the defined benefit pension
    plan under the IRC that Delphi maintains for its salaried employees.  In connection with obligations allegedly
    owing under the SERP, certain claimants filed proofs of claim against the Debtors and certain other creditors
    were listed as scheduled creditors on the Debtors' statements of schedules and liabilities.  By this Objection, the
    Debtors seek, among other things, to modify and allow those SERP Claims (including both Proofs of Claim and
    Scheduled Liabilities) that have been settled in principle.

the Claim set forth on <u>Exhibit D</u> hereto as "Claim To Be Expunged Pursuant To Settlement"

because the Debtors have reached a settlement in principle with the holder of such Claim that the

Claim should be disallowed and expunged.

Objections To Claims

G.    <u>SERP Claims And Scheduled Liabilities Subject To Modification</u>

31.    During their Claims review, the Debtors determined that certain SERP

Claims Subject To Modification state the incorrect amount or are overstated.  The Debtors have

also determined that certain SERP Scheduled Liabilities Subject To Modification reflect

liabilities or dollar amounts that are incorrect or overstated.

(a)    <u>SERP Claims Subject To Modification</u>

32.    In reconciling the SERP Claims Subject To Modification, the Debtors,

together with the SERP Claim Holders, have reached a settlement in principle with respect to the

proper amount and classification of each SERP Claim Subject To Modification as well as the

proper Debtor which is liable for each such SERP Claim Subject To Modification.

33.    The Debtors, having reached a settlement in principle with each SERP

Claim Holder, seek to convert the amount of each SERP Claim Subject To Modification to a

fully liquidated amount agreed to between the Debtors and the SERP Claim Holder and seek to

have such SERP Claim Subject To Modification allowed in that agreed-upon amount as an

unsecured Claim against the agreed-upon Debtor.

34.    Set forth on <u>Exhibit A-1</u> is a list of SERP Claims Subject To Modification

that the Debtors believe should be modified solely to assert a properly classified, fully liquidated

claim amount against a Debtor that, in some instances, may be different from the one identified

by the SERP Claim Holder in the Proof of Claim.  For each SERP Claim Subject To

14

Modification, Exhibit A-1 reflects the amount,[7] classification, and Debtor asserted in the SERP

Claim Holder's Proof of Claim in a column titled "SERP Claim As Docketed." The Debtors and

each SERP Claim Holder now agree that the amount owed in respect of each SERP Claim

Subject To Modification is the proposed modified dollar amount for the SERP Claim set forth on

Exhibit A-1 in a column titled "SERP Claim As Modified," and that the named Debtor identified

in that column is the sole obligor for the SERP Claim.

        35.      The Debtors object to the asserted amount of each SERP Claim Subject To

Modification listed on Exhibit A-1 and request that each such SERP Claim be allowed the

amount listed in the "SERP Claim As Modified" column of Exhibit A-1, provided, however, that

each such claim will be automatically adjusted, as necessary, to account for, among other things,

actual payments received by the SERP Claim Holder during these chapter 11 cases pursuant to

the Order Under 11 U.S.C. §§ 105(a), 363, 507, 1107, And 1108 (I) Authorizing Debtors To Pay

Prepetition Wages And Salaries To Employees And Independent Contractors; (II) Authorizing

Debtors To Pay Prepetition Benefits And Continue Maintenance Of Human Capital Benefit

Programs In The Ordinary Course; And (III) Directing Banks To Honor Prepetition Checks For

Payment Of Prepetition Human Capital Obligations (Docket No. 198) (the "Human Capital

Order") entered by this Court on October 13, 2005.[8] Thus, no SERP Claim Holder listed on

Exhibit A-1 would be entitled to receive a distribution on any SERP Claim Subject To

Modification in an amount exceeding the dollar value listed as the "Modified Total" for such

Claim on Exhibit A-1.

---

[7]    The asserted amounts for SERP Claims Subject To Modification on Exhibit A-1 reflect only asserted liquidated
claims.

[8]    The amounts set forth on Exhibit A-1 reflect payments made pursuant to the Human Capital Order prior to the
filing of this Objection.

36.     The Debtors are authorized to seek allowance of each of the SERP Claims

Subject To Modification because either (a) the SERP Claims involve ordinary course

controversies or (b) they have authority to do so under the Amended And Restated Order Under

11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To

Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court

Approval (Docket No. 8401) entered on June 26, 2007 (the "Amended And Restated Settlement

Procedures Order").

37.     Accordingly, the Debtors (a) object to the asserted amount for each SERP

Claim Subject To Modification set forth on Exhibit A-1 and (b) seek an order modifying and

allowing each SERP Claim Subject To Modification to reflect the Modified Total and, where

applicable, the appropriate Debtor, as set forth on Exhibit A-1.

(b)     SERP Scheduled Liabilities Subject To Modification

38.     During the Debtors' review of liabilities owed in connection with the

SERP, the Debtors reached settlements in principle with each SERP Scheduled Party to whom a

SERP Scheduled Liability Subject To Modification is owing.  Accordingly, the Debtors seek to

convert the amount of each SERP Scheduled Liability Subject To Modification to a fully

liquidated amount agreed to between the Debtors and the relevant SERP Scheduled Party and

seek to have such SERP Scheduled Liability Subject To Modification allowed in that agreed-

upon amount as an unsecured Scheduled Liability against the agreed-upon Debtor.

39.     Set forth on Exhibit A-2 is a list of SERP Scheduled Liabilities Subject To

Modification that the Debtors believe should be allowed as a properly classified, fully liquidated

Claim.  Accordingly, the Debtors object to the amount for each SERP Scheduled Liability

Subject To Modification listed on Exhibit A-2 and request that each such SERP Claim be revised

to reflect the amount listed in the "SERP Scheduled Liability As Modified" column of Exhibit A-

16

2, provided, however, that each such claim will be automatically adjusted, as necessary, to account for, among other things, actual payments received by the SERP Scheduled Party during these chapter 11 cases pursuant to the Human Capital Order.[9] Thus, no SERP Scheduled Party listed on Exhibit A-2 would be entitled to receive a distribution on any SERP Scheduled Liability Subject To Modification in an amount exceeding the dollar value listed as the "Modified Total" for such Claim on Exhibit A-2.

40.    For clarity, Exhibits A-1 and A-2 refer to a Debtor entity by case number and Exhibit E sets forth the formal name of the Debtor entity and its associated bankruptcy case number referenced in Exhibits A-1 or A-2.

41.    The Debtors are authorized to seek allowance of each of the SERP Scheduled Liabilities Subject To Modification because either (a) the SERP Scheduled Liabilities Subject To Modification involve ordinary course controversies or (b) they have authority to do so under the Amended And Restated Settlement Procedures Order.

H.    Duplicate Or Amended SERP Claims

42.    During their Claims review, the Debtors determined that certain Proofs of Claim in fact assert a duplicate SERP Claim (the "Duplicate SERP Claims") for a single liability. In such instances, a Duplicate SERP Claim arose when a Claimant filed two Proofs of Claim against the same Debtor entity for the same liability.  In an effort to eliminate the Duplicate SERP Claims, the Debtors reviewed the Proofs of Claim, the supporting documentation provided in those Proofs of Claim, and the Debtors' Schedules and Statements to determine which Duplicate SERP Claim should be the surviving claim.

---

[9]    The amounts set forth on Exhibit A-2 reflect payments made pursuant to the Human Capital Order prior to the filing of this Objection.

43.     Additionally, the Debtors determined that certain SERP Claims evidenced by Proofs of Claim were subsequently amended or superseded by other Proofs of Claim filed by creditors with respect to the same liabilities (the "Amended SERP Claims").  For instance, the Amended SERP Claims were filed to (a) amend an amount previously asserted in an earlier Proof of Claim (the "Original Claim") and/or (b) to amend the classification of an earlier Original Claim.

44.     It is axiomatic that creditors are not entitled to multiple recoveries for a single liability against a debtor.  Accordingly, the Debtors wish to eliminate (a) the Duplicate SERP Claims and (b) Original Claims for which Amended SERP Claims were subsequently filed.

45.     Set forth on Exhibit B is a list of SERP Claims that the Debtors have identified as Duplicate Or Amended SERP Claims.  For each Duplicate Or Amended SERP Claim, Exhibit B classifies a Proof of Claim as either a "SERP Claim To Be Expunged" or as a "Surviving SERP Claim."  The current status of each Surviving SERP Claim is set forth on Exhibit B.  The Debtors request that each Claim identified as a SERP Claim To Be Expunged on Exhibit B be disallowed and expunged in its entirety.

I.     Claims Subject To Modification

46.     During their Claims review, the Debtors determined that certain Claims for liabilities, other than liabilities owing in connection with the SERP, state an incorrect amount or are overstated (collectively, the "Claims Subject To Modification").  In reconciling the Claims Subject To Modification, the Debtors, together with the current holders of such Claims and, as applicable, the original claimants asserting such Claims (the "Claimants"), have reached a settlement in principle with respect to the proper amount and classification of each Claim Subject To Modification as well as the proper Debtor which is liable for each such Claim.

18

47.    The Debtors, having reached a settlement in principle with each Claimant, seek to convert the amount of each Claim Subject To Modification to a fully liquidated amount agreed to between the Debtors and the Claimant and seek to have such Claim allowed in that agreed-upon amount as an unsecured Claim against the agreed-upon Debtor.

48.    Set forth on Exhibit C is a list of Claims Subject To Modification that the Debtors believe should be modified solely to assert a properly classified, fully liquidated claim amount against a Debtor that, in some instances, may be different from the one identified by the Claimant.  For each Claim Subject To Modification, Exhibit C reflects the amount, classification, and Debtor asserted in the Claimant's Proof of Claim in a column titled "Claim As Docketed."[10] The Debtors and each Claimant now agree that the amount asserted in each Claim Subject To Modification is owed only in the proposed modified dollar amount for the Claim set forth on Exhibit C in a column titled "Claim As Modified," and that the named Debtor identified in that column is the sole obligor on the Claim.

49.    The Debtors object to the amount for each Claim Subject To Modification listed on Exhibit C and request that each such Claim be revised to reflect the amount listed in the "Claim As Modified" column of Exhibit C.  Thus, no Claimant listed on Exhibit C would be entitled to receive a distribution on any Claim Subject To Modification in an amount exceeding the dollar value listed as the "Modified Total" for such Claim on Exhibit C.  For clarity, Exhibit C refers to a Debtor entity by case number and Exhibit D sets forth the formal name of the Debtor entity and its associated bankruptcy case number referenced in Exhibit C.

---

[10]    The "Asserted Claim Amounts" on Exhibit C reflect only asserted liquidated claims.

50.    As stated above, the Debtors are authorized to seek allowance of each of the Claims Subject To Modification because either (a) the Claims involve ordinary course controversies or (b) the Debtors have authority to do so under the Settlement Procedures Order.

51.    Accordingly, the Debtors (a) object to the asserted amount for each Claim Subject To Modification set forth on Exhibit C and (b) seek an order modifying and allowing each Claim Subject To Modification to reflect the Modified Total and, where applicable, the appropriate Debtor as set forth on Exhibit C.

J.    Claim To Be Expunged Pursuant To Settlement

52.    During their Claims review, the Debtors determined that a certain Proof of Claim asserts liabilities and a dollar amount that are not owing as a result of a settlement in principle with the holder of the Claim (the "Claim To Be Expunged Pursuant To Settlement"). Accordingly, the Debtors wish to eliminate the Claim To Be Expunged Pursuant To Settlement.

53.    Set forth on Exhibit D is the Claim that the Debtors have identified as the Claim To Be Expunged Pursuant To Settlement.  The Debtors request that the Claim marked as the Claim To Be Expunged Pursuant To Settlement on Exhibit D be disallowed and expunged in its entirety.

54.    Accordingly, the Debtors (a) object to the Claim To Be Expunged Pursuant To Settlement listed on Exhibit D and (b) seek entry of an order disallowing and expunging in its entirety the Claim To Be Expunged Pursuant To Settlement.

Separate Contested Matters

55.    Pursuant to the Claims Objection Procedures Order, to the extent that a response is filed with respect to any Claim listed in this Thirty-Third Omnibus Claims Objection, each such Claim and the objection to such Claim asserted in this Objection will be deemed to constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  Pursuant to the

20

Claims Objection Procedures Order, any order entered by the Court with respect to an objection asserted in this Objection will be deemed a separate order with respect to each Claim.

<u>Releases And Reservation Of Rights</u>

56.    The Debtors expressly reserve the right to amend, modify, or supplement this Thirty-Third Omnibus Claims Objection and to file additional objections to any other Claims (filed or not) which may be asserted against the Debtors, including without limitation the right to object to any Claim not objected to in this Objection on the basis that it has been asserted against the wrong Debtor entity.  Should one or more of the grounds for objection stated in this Objection be dismissed, the Debtors reserve their rights to object on other stated grounds or on any other grounds that the Debtors discover during the pendency of these cases.  In addition, the Debtors reserve the right to seek further reduction of any Claim to the extent that such Claim has been paid.

57.    For each Claim the Debtors seek to allow pursuant to this Objection, <u>such allowance is conditioned upon the following releases and reservations of rights</u>:

(a)    The allowance of the Claim shall act as an injunction against any "Person" (as that term is defined in 101(41) of the Bankruptcy Code) commencing any action, employment of process, or act to collect, offset, or recover with respect to each such Claim.  This injunction specifically includes all Actions under the Employee Retirement Income Security Act of 1974, as amended, which regulates employee benefit plans; Title VII of the Civil Rights Act of 1964, as amended, which prohibits discrimination in employment based on race, color, national origin, religion, or sex; the Americans with Disabilities Act, which prohibits discrimination in employment based on disability; the Age Discrimination in Employment Act, which prohibits discrimination in employment based on age; the Equal Pay Act, which prohibits wage discrimination; state fair employment practices or civil rights laws; and any other federal, state or local law, order, or regulation or the common law relating to employment or employment discrimination, including those which preclude any form of discrimination based on age.  Nothing contained herein is intended to preclude Delphi from continuing the

21

benefits provided under the Delphi Life And Disability Benefits Program For Salaried Employees and the Salaried Health Care Plan (or Claimant's rights, if any, to receive benefits thereunder), subject to the terms thereof and Delphi's rights and defenses thereto. Furthermore, nothing contained herein shall alter (a) the Claimant's right(s) to continue to receive benefits related to the Delphi Retirement Program for Salaried Employees and (b) Delphi's reciprocal rights and defenses thereto.

(b)    The allowance of each such Claim subject to this Thirty-Third Omnibus Claims Objection will hereby resolve all of the responses filed by Claimants to prior omnibus claims objections with respect to each such Claim subject to this Thirty-Third Omnibus Claims Objection.

58.    For each Claim Subject To Modification the Debtors seek to allow pursuant to this Objection, <u>such allowance is further conditioned upon the following releases and reservations of rights</u>:

(a)    Without further order of this Court, the Debtors are authorized to offset or reduce the Claim Subject To Modification for purposes of distribution to holders of allowed claims entitled to receive distributions under any plan of reorganization of the Debtors by the amount of any cure payments made on account of the assumption, pursuant to section 365 of the Bankruptcy Code, of an executory contract or unexpired lease to which the counterparty associated with the Proof of Claim is a party.

(b)    To the extent that a Claim Subject To Modification also incorporates a reclamation demand with respect to which either (i) the Debtors and the Claimant have entered into a letter agreement whereby the Debtors and the Claimant agreed upon the valid amount of the reclamation demand or (ii) the Claimant is deemed to have consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (b)(i) and (ii), each, a "Reclamation Agreement"), the Claimant holding such Claim Subject To Modification reserves the right, pursuant to section 503(b) of the Bankruptcy Code, to seek administrative priority status for that portion of the Claim Subject To Modification subject to such Reclamation Agreement, subject to the Debtors' right to seek, at any time and notwithstanding a Claimant's agreement to the amount pursuant to the Reclamation Agreement, a judicial determination that certain reserved defenses (the "Reserved Defenses") with respect to the reclamation demand are valid and the classification set forth on <u>Exhibit C</u> for such Claim Subject To Modification shall not

22

be deemed to waive or in any way impair the foregoing right of the
Claimant to seek administrative expense priority status for that
portion of the Claim Subject To Modification subject to such
Reclamation Agreement.

Responses To Objections

59.    Responses to the Thirty-Third Omnibus Claims Objection are governed by
the provisions of the Claims Objection Procedures Order.  The following summarizes the
provisions of that Order, but is qualified in all respects by the express terms thereof.

K.    Filing And Service Of Responses

60.    To contest an objection, responses (each, a "Response"), if any, to the
Thirty-Third Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules
of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York,
and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in
accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's
case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch
disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based
word processing format), (d) be submitted in hard copy form directly to the chambers of the
Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court
for the Southern District of New York, One Bowling Green, Room 632, New York, New York
10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098
(Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom
LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.,
John K. Lyons, and Joseph N. Wharton), in each case so as to be **received no later than 4:00
p.m. (prevailing Eastern time) on January 20, 2009**.

23

L.    Contents Of Responses

61.    Every Response to this Thirty-Third Omnibus Claims Objection must

contain at a minimum the following:

> (a)    the title of the claims objection to which the Response is directed;
>
> (b)    the name of the Claimant and a brief description of the basis for
> the amount of the Claim;
>
> (c)    a concise statement setting forth the reasons why the Claim should
> not be disallowed and expunged, including, but not limited to, the
> specific factual and legal bases upon which the Claimant will rely
> in opposing the claims objection;
>
> (d)    unless already set forth in the Proof of Claim previously filed with
> the Court, documentation sufficient to establish a prima facie right
> to payment; provided, however, that the Claimant need not
> disclose confidential, proprietary, or otherwise protected
> information in the Response; provided further, however, that the
> Claimant must disclose to the Debtors all information and provide
> copies of all documents that the Claimant believes to be
> confidential, proprietary, or otherwise protected and upon which
> the Claimant intends to rely in support of its Claim, subject to
> appropriate confidentiality constraints;
>
> (e)    to the extent that the Claim is contingent or fully or partially
> unliquidated, the amount that the Claimant believes would be the
> allowable amount of such Claim upon liquidation of the Claim or
> occurrence of the contingency, as appropriate; and
>
> (f)    the address(es) to which the Debtors must return any reply to the
> Response, if different from the address(es) presented in the claim.

M.    Timely Response Required

62.    If a Response is properly and timely filed and served in accordance with

the foregoing procedures, the hearing on the relevant Claims covered by the Response will be

adjourned to a future hearing, the date of which will be determined by the Debtors, by serving

notice to the Claimant as provided in the Claims Objection Procedures Order.  With respect to all

uncontested objections, the Debtors request that this Court conduct a final hearing on January 27,

2009 at 10:00 a.m. (prevailing Eastern time).  The procedures set forth in the Claims Objection

24

Procedures Order will apply to all Responses and hearings arising from this Thirty-Third

Omnibus Claims Objection.

    63.  <u>Pursuant to the Claims Objection Procedures Order, only those Responses</u>

<u>made in writing and timely filed and received will be considered by the Court.  If a Claimant</u>

<u>whose Proof of Claim is subject to the Thirty-Third Omnibus Claims Objection and who is</u>

<u>served with the Thirty-Third Omnibus Claims Objection fails to file and serve a timely Response</u>

<u>in compliance with the Claims Objection Procedures Order, the Debtors may present to the Court</u>

<u>an appropriate order seeking relief with respect to such Claim consistent with the relief sought in</u>

<u>the Thirty-Third Omnibus Claims Objection without further notice to the Claimant, provided that,</u>

<u>upon entry of such an order, the Claimant will receive notice of the entry of such order as</u>

<u>provided in the Claims Objection Procedures Order; provided further, however, that if the</u>

<u>Claimant files a timely Response which does not include the required minimum information</u>

<u>required by the Claims Objection Procedures Order, the Debtors may seek disallowance and</u>

<u>expungement of the relevant Claim or Claims only in accordance with the Claims Objection</u>

<u>Procedures Order.</u>

    64.  To the extent that a Claim would be subject to estimation pursuant to

section 502(c) of the Bankruptcy Code, if the Claimant has filed a Response in accordance with

the procedures outlined above which (a) acknowledges that the Claim is contingent or fully or

partially unliquidated and (b) provides the amount that the Claimant believes would be the

allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency,

as appropriate (the "Claimant's Asserted Estimated Amount"), <u>pursuant to the Claims Objection</u>

<u>Procedures Order the Debtors may elect to accept provisionally the Claimant's Asserted</u>

<u>Estimated Amount as the estimated amount of such Claim pursuant to section 502(c) of the</u>

25

Bankruptcy Code for all purposes other than allowance, but including voting and establishing reserves for purposes of distribution under a reorganization plan, subject to further objection and reduction as appropriate and section 502(j) of the Bankruptcy Code, by providing notice as described more fully in the Claims Objection Procedures Order.

Replies To Responses

65.     Replies to any Responses will be governed by the Claims Objection Procedures Order.

Service Of Thirty-Third Omnibus Claims Objection Order

66.     Service of any order with regard to this Thirty-Third Omnibus Claims Objection will be made in accordance with the Claims Objection Procedures Order.

Further Information

67.     Questions about this Thirty-Third Omnibus Claims Objection or requests for additional information about the proposed disposition of Claims hereunder should be directed to the Debtors' counsel by e-mail to delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton). Questions regarding the amount of a Claim or the filing of a Claim should be directed to the Claims Agent at 1-888-249-2691 or www.delphidocket.com.  Claimants should not contact the Clerk of the Bankruptcy Court to discuss the merits of their Claims.

Notice

68.     Notice of this Motion has been provided in accordance with the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management,

26

And Administrative Procedures, entered March 20, 2006 (Docket No. 2883), and the Thirteenth
Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006,
9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management,
And Administrative Procedures, entered December 4, 2008 (Docket No. 14534).  In light of the
nature of the relief requested, the Debtors submit that no other or further notice is necessary.

        69.      Pursuant to the Claims Objection Procedures Order, the Debtors will
provide each Claimant whose Proof of Claim is subject to an objection pursuant to this Thirty-
Third Omnibus Claims Objection with a personalized Notice Of Objection To Claim which
specifically identifies the Claimant's Proof of Claim that is subject to an objection and the basis
for such objection as well as a copy of the Claims Objection Procedures Order.  A form of the
Notice Of Objection To Claim to be sent to the Claimants listed on Exhibits A-1 and C is
attached hereto as Exhibit G.  A form of the Notice Of Objection To Claim to be sent to the
Claimants listed on Exhibits B and D is attached hereto as Exhibit H.  A form of the Notice Of
Objection To Claim to be sent to the Claimants listed on Exhibit A-2 is attached hereto as
Exhibit I.  Claimants will receive a copy of this Thirty-Third Omnibus Claims Objection without
Exhibits A through I hereto.  Claimants will nonetheless be able to review Exhibits A through I
hereto free of charge by accessing the Debtors' Legal Information Website
(www.delphidocket.com).  In light of the nature of the relief requested, the Debtors submit that
no other or further notice is necessary.

WHEREFORE the Debtors respectfully request that the Court enter an order (a) granting the relief requested herein and (b) granting the Debtors such other and further relief as is just.

Dated:  New York, New York
        December 22, 2008

SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP

By:   /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr.
    John K. Lyons
    Ron E. Meisler
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

    - and -

By:   /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti
    Thomas J. Matz
Four Times Square
New York, New York 10036

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

### EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE ALLOWED*** | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 12117**
Date Filed:  07/28/2006
Docketed Total:  $0.00
Filing Creditor Name:
ALBRECHT DONALD D

Claim Holder Name
ALBRECHT DONALD D          Docketed Total:  UNL

Allowed Total:  $480,962.66

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | UNL |
| | | | **UNL** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $480,962.66 |
| | | | **$480,962.66** |

**Claim: 6693**
Date Filed:  05/23/2006
Docketed Total:  $0.00
Filing Creditor Name:
ANDERSON JON R

Claim Holder Name
ANDERSON JON R          Docketed Total:  UNL

Allowed Total:  $661,458.53

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | UNL |
| | | | **UNL** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $661,458.53 |
| | | | **$661,458.53** |

**Claim: 9683**
Date Filed:  07/17/2006
Docketed Total:  $0.00
Filing Creditor Name:
ARNOLD THOMAS B

Claim Holder Name
ARNOLD THOMAS B          Docketed Total:  UNL

Allowed Total:  $138,910.45

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | UNL |
| | | | **UNL** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $138,910.45 |
| | | | **$138,910.45** |

**Claim: 10854**
Date Filed:  07/25/2006
Docketed Total:  $20,000.00
Filing Creditor Name:
BANK WAYNE H

Claim Holder Name
BANK WAYNE H          Docketed Total:  $20,000.00

Allowed Total:  $433,387.84

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $20,000.00 |
| | | | **$20,000.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $433,387.84 |
| | | | **$433,387.84** |

\*      See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

\*\*\*  Certain creditors' addresses are intentionally omitted.

### EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE ALLOWED*** | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

| | Claim Holder Name | |
|---|---|---|
| Claim: 9657<br>Date Filed:    07/17/2006<br>Docketed Total:    $1,142,111.00<br>Filing Creditor Name:<br><br>BECK BRUCE T | BECK BRUCE T       Docketed Total:       **$1,142,111.00** | Allowed Total:       **$590,788.65** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $1,142,111.00 | 05-44481 | | | $590,788.65 |
| | | | **$1,142,111.00** | | | | **$590,788.65** |

| | Claim Holder Name | |
|---|---|---|
| Claim: 9833<br>Date Filed:    07/18/2006<br>Docketed Total:    $462,000.00<br>Filing Creditor Name:<br><br>BREMER RICHARD J | BREMER RICHARD J       Docketed Total:       **$462,000.00** | Allowed Total:       **$475,185.98** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $462,000.00 | 05-44481 | | | $475,185.98 |
| | | | **$462,000.00** | | | | **$475,185.98** |

| | Claim Holder Name | |
|---|---|---|
| Claim: 12103<br>Date Filed:    07/28/2006<br>Docketed Total:    $1,467,882.00<br>Filing Creditor Name:<br><br>BROOKS GARY J & KATHLEEN L | BROOKS GARY J & KATHLEEN L       Docketed Total:       **$1,467,882.00** | Allowed Total:       **$367,793.32** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $366,859.00 | $1,101,023.00 | 05-44481 | | | $367,793.32 |
| | | **$366,859.00** | **$1,101,023.00** | | | | **$367,793.32** |

| | Claim Holder Name | |
|---|---|---|
| Claim: 10852<br>Date Filed:    07/25/2006<br>Docketed Total:    $0.00<br>Filing Creditor Name:<br><br>COLLINS WILLIAM L | COLLINS WILLIAM L       Docketed Total:       **UNL** | Allowed Total:       **$429,220.05** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | UNL | 05-44481 | | | $429,220.05 |
| | | | **UNL** | | | | **$429,220.05** |

\*       See Exhibit E for a listing of debtor entities by case number.

\*\*      "UNL" denotes an unliquidated claim.

\*\*\*     Certain creditors' addresses are intentionally omitted.

In re Delphi Corporation, et al.    05-44481-rdd   Doc 14629   Filed 12/26/08   Entered 12/26/08 20:57:31   Main Document   Thirty-Third Omnibus Claims Objection

Case No. 05-44481 (RDD)          Pg 70 of 201

### EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE ALLOWED*** | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 16769**
Date Filed: 01/07/2008
Docketed Total: $1,897,936.00
Filing Creditor Name:
COTTEN CHARLES A

| Claim Holder Name | | | | | | | |
|---|---|---|---|---|---|---|---|
| COTTEN CHARLES A | | Docketed Total: | $1,897,936.00 | | | Allowed Total: | $891,602.39 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $1,897,936.00 | 05-44481 | | | $891,602.39 |
| | | | **$1,897,936.00** | | | | **$891,602.39** |

**Claim: 16828**
Date Filed: 11/05/2008
Docketed Total: $156,351.92
Filing Creditor Name:
COY RAMSEY

| Claim Holder Name | | | | | | | |
|---|---|---|---|---|---|---|---|
| COY RAMSEY | | Docketed Total: | $156,351.92 | | | Allowed Total: | $156,351.92 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $156,351.92 | 05-44481 | | | $156,351.92 |
| | | | **$156,351.92** | | | | **$156,351.92** |

**Claim: 10605**
Date Filed: 07/25/2006
Docketed Total: $0.00
Filing Creditor Name:
CRACRAFT LARRY F

| Claim Holder Name | | | | | | | |
|---|---|---|---|---|---|---|---|
| CRACRAFT LARRY F | | Docketed Total: | UNL | | | Allowed Total: | $252,317.49 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | UNL | 05-44481 | | | $252,317.49 |
| | | | **UNL** | | | | **$252,317.49** |

**Claim: 16772**
Date Filed: 01/09/2008
Docketed Total: $506,253.43
Filing Creditor Name:
DETTINGER ROBERT E

| Claim Holder Name | | | | | | | |
|---|---|---|---|---|---|---|---|
| DETTINGER ROBERT E | | Docketed Total: | $506,253.43 | | | Allowed Total: | $289,538.39 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $506,253.43 | 05-44481 | | | $289,538.39 |
| | | | **$506,253.43** | | | | **$289,538.39** |

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.

\*\*\*  Certain creditors' addresses are intentionally omitted.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14629    Filed 12/26/08    Entered 12/26/08 20:57:31    Main Document
Pg 71 of 201

Thirty-Third Omnibus Claims Objection

### EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE ALLOWED*** | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 9608**
Date Filed: 07/17/2006
Docketed Total: $0.00
Filing Creditor Name:
DRURY DAVID L

Claim Holder Name
DRURY DAVID L
Docketed Total: **UNL**

Allowed Total: **$795,580.89**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | UNL |
| | | | **UNL** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $795,580.89 |
| | | | **$795,580.89** |

---

**Claim: 10826**
Date Filed: 07/25/2006
Docketed Total: $497,400.00
Filing Creditor Name:
FATZINGER ROBERT L

Claim Holder Name
FATZINGER ROBERT L
Docketed Total: **$497,400.00**

Allowed Total: **$204,326.38**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $497,400.00 |
| | | | **$497,400.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $204,326.38 |
| | | | **$204,326.38** |

---

**Claim: 16767**
Date Filed: 01/07/2008
Docketed Total: $1,233,634.80
Filing Creditor Name:
GOLDSWEIG DAVID N

Claim Holder Name
GOLDSWEIG DAVID N
Docketed Total: **$1,233,634.80**

Allowed Total: **$490,329.07**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,233,634.80 |
| | | | **$1,233,634.80** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $490,329.07 |
| | | | **$490,329.07** |

---

**Claim: 9536**
Date Filed: 07/14/2006
Docketed Total: $0.00
Filing Creditor Name:
GOLICK EDWARD A

Claim Holder Name
GOLICK EDWARD A
Docketed Total: **UNL**

Allowed Total: **$474,181.20**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | UNL |
| | | | **UNL** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $474,181.20 |
| | | | **$474,181.20** |

---

\*      See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

\*\*\*  Certain creditors' addresses are intentionally omitted.

### EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE ALLOWED*** | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 9229**
Date Filed: 07/10/2006
Docketed Total: $0.00
Filing Creditor Name:
GORDON PATRICIA A

Claim Holder Name
GORDON PATRICIA A          Docketed Total:          **UNL**

Allowed Total:          **$151,278.47**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | UNL | 05-44481 | | | $151,278.47 |
| | | | **UNL** | | | | **$151,278.47** |

**Claim: 15802**
Date Filed: 08/02/2006
Docketed Total: $0.00
Filing Creditor Name:
HANDLEY RALPH E

Claim Holder Name
HANDLEY RALPH E          Docketed Total:          **UNL**

Allowed Total:          **$688,154.49**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | UNL | 05-44481 | | | $688,154.49 |
| | | | **UNL** | | | | **$688,154.49** |

**Claim: 10413**
Date Filed: 07/24/2006
Docketed Total: $0.00
Filing Creditor Name:
HEGSTROM JAMES B

Claim Holder Name
HEGSTROM JAMES B          Docketed Total:          **UNL**

Allowed Total:          **$275,352.94**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | UNL | 05-44481 | | | $275,352.94 |
| | | | **UNL** | | | | **$275,352.94** |

**Claim: 16795**
Date Filed: 01/28/2008
Docketed Total: $457,668.25
Filing Creditor Name:
HEILMAN GERALD D

Claim Holder Name
HEILMAN GERALD D          Docketed Total:          **$457,668.25**

Allowed Total:          **$457,668.25**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $457,668.25 | 05-44481 | | | $457,668.25 |
| | | | **$457,668.25** | | | | **$457,668.25** |

\*     See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

\*\*\*   Certain creditors' addresses are intentionally omitted.

**EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED*** | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 11033**
Date Filed:    07/26/2006
Docketed Total:    $1,690,647.15
Filing Creditor Name:
HELM WESLEY D

Claim Holder Name
HELM WESLEY D    Docketed Total:    $1,690,647.15

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,690,647.15 |
| | | | **$1,690,647.15** |

Allowed Total:    $938,944.59

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $938,944.59 |
| | | | **$938,944.59** |

---

**Claim: 16719**
Date Filed:    10/04/2007
Docketed Total:    $540,000.00
Filing Creditor Name:
HENDRICKSON DAVID M

Claim Holder Name
HENDRICKSON DAVID M    Docketed Total:    $540,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $540,000.00 | |
| | | **$540,000.00** | |

Allowed Total:    $505,963.07

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $505,963.07 |
| | | | **$505,963.07** |

---

**Claim: 11944**
Date Filed:    07/28/2006
Docketed Total:    $0.00
Filing Creditor Name:
HERREN WILLIAM R

Claim Holder Name
HERREN WILLIAM R    Docketed Total:    UNL

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | UNL |
| | | | **UNL** |

Allowed Total:    $1,356,968.31

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,356,968.31 |
| | | | **$1,356,968.31** |

---

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

\*\*\*    Certain creditors' addresses are intentionally omitted.

**EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED*** | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 10560**
Date Filed:    07/24/2006
Docketed Total:    $15,650.00
Filing Creditor Name:
HODITS JR FRANK W

Claim Holder Name
HODITS JR FRANK W          Docketed Total:    $15,650.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $15,650.00 |
| | | | **$15,650.00** |

Allowed Total:    $449,345.55

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $449,345.55 |
| | | | **$449,345.55** |

---

**Claim: 13463**
Date Filed:    07/31/2006
Docketed Total:    $3,000,000.00
Filing Creditor Name:
HOLDEN JOHN DONALDSON

Claim Holder Name
HOLDEN JOHN DONALDSON          Docketed Total:    $3,000,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $3,000,000.00 | |
| | | **$3,000,000.00** | |

Allowed Total:    $803,517.77

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $803,517.77 |
| | | | **$803,517.77** |

---

**Claim: 9439**
Date Filed:    07/13/2006
Docketed Total:    $868,272.00
Filing Creditor Name:
HOLLASCH KURT D

Claim Holder Name
HOLLASCH KURT D          Docketed Total:    $868,272.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $868,272.00 |
| | | | **$868,272.00** |

Allowed Total:    $1,135,197.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,135,197.60 |
| | | | **$1,135,197.60** |

---

**Claim: 9600**
Date Filed:    07/17/2006
Docketed Total:    $0.00
Filing Creditor Name:
HOLMES JOHN R

Claim Holder Name
HOLMES JOHN R          Docketed Total:    UNL

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | UNL |
| | | | **UNL** |

Allowed Total:    $1,029,067.30

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,029,067.30 |
| | | | **$1,029,067.30** |

---

\*      See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

\*\*\*  Certain creditors' addresses are intentionally omitted.

**EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED*** | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

### Claim: 12150

Date Filed: 07/28/2006
Docketed Total: $0.00
Filing Creditor Name:
HOSSENLOPP PETER M

**Claim As Docketed:**
Claim Holder Name
HOSSENLOPP PETER M
Docketed Total: UNL

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | UNL |
| | | | UNL |

**Claim As Allowed:**
Allowed Total: $270,416.79

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $270,416.79 |
| | | | $270,416.79 |

### Claim: 5385

Date Filed: 05/09/2006
Docketed Total: $5,426.66
Filing Creditor Name:
HUSAR JR MICHAEL A

**Claim As Docketed:**
Claim Holder Name
HUSAR JR MICHAEL A
Docketed Total: $5,426.66

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $5,426.66 | |
| | | $5,426.66 | |

**Claim As Allowed:**
Allowed Total: $829,587.53

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $829,587.53 |
| | | | $829,587.53 |

### Claim: 5298

Date Filed: 05/08/2006
Docketed Total: $0.00
Filing Creditor Name:
ICKES ARTHUR D

**Claim As Docketed:**
Claim Holder Name
ICKES ARTHUR D
Docketed Total: UNL

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | UNL |
| | | | UNL |

**Claim As Allowed:**
Allowed Total: $461,762.80

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $461,762.80 |
| | | | $461,762.80 |

### Claim: 16798

Date Filed: 02/01/2008
Docketed Total: $1,672,405.95
Filing Creditor Name:
JACKSON JERRY F

**Claim As Docketed:**
Claim Holder Name
JACKSON JERRY F
Docketed Total: $1,672,405.95

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,672,405.95 |
| | | | $1,672,405.95 |

**Claim As Allowed:**
Allowed Total: $789,299.33

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $789,299.33 |
| | | | $789,299.33 |

---

\*       See Exhibit E for a listing of debtor entities by case number.

\*\*      "UNL" denotes an unliquidated claim.

\*\*\*     Certain creditors' addresses are intentionally omitted.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14629    Filed 12/26/08    Entered 12/26/08 20:57:31    Main Document
Pg 76 of 201

Thirty-Third Omnibus Claims Objection

## EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE ALLOWED*** | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 16774**
Date Filed: 01/10/2008
Docketed Total: $494,993.00
Filing Creditor Name:
JULIUS MICHAEL L

Claim Holder Name
JULIUS MICHAEL L
Docketed Total: $494,993.00

Allowed Total: $361,944.39

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $494,993.00 | 05-44481 | | | $361,944.39 |
| | | | **$494,993.00** | | | | **$361,944.39** |

**Claim: 9834**
Date Filed: 07/18/2006
Docketed Total: $619,909.00
Filing Creditor Name:
KARVONEN THOMAS D

Claim Holder Name
KARVONEN THOMAS D
Docketed Total: $619,909.00

Allowed Total: $296,341.54

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $619,909.00 | 05-44481 | | | $296,341.54 |
| | | | **$619,909.00** | | | | **$296,341.54** |

**Claim: 9817**
Date Filed: 07/18/2006
Docketed Total: $1,082,431.00
Filing Creditor Name:
KRIEGER HARVEY J

Claim Holder Name
KRIEGER HARVEY J
Docketed Total: $1,082,431.00

Allowed Total: $326,574.62

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $1,082,431.00 | 05-44481 | | | $326,574.62 |
| | | | **$1,082,431.00** | | | | **$326,574.62** |

**Claim: 8759**
Date Filed: 06/29/2006
Docketed Total: $180.00
Filing Creditor Name:
LEVIJOKI W ALAN

Claim Holder Name
LEVIJOKI W ALAN
Docketed Total: $180.00

Allowed Total: $703,498.74

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $180.00 | 05-44481 | | | $703,498.74 |
| | | | **$180.00** | | | | **$703,498.74** |

*     See Exhibit E for a listing of debtor entities by case number.

**    "UNL" denotes an unliquidated claim.

***   Certain creditors' addresses are intentionally omitted.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14629    Filed 12/26/08    Entered 12/26/08 20:57:31    Main Document
Pg 77 of 201

Thirty-Third Omnibus Claims Objection

**EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED*** | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 9867**
Date Filed: 07/19/2006
Docketed Total: $1,129,205.00
Filing Creditor Name:
LIENESCH JOHN H

Claim Holder Name
LIENESCH JOHN H          Docketed Total: **$1,129,205.00**

Allowed Total: **$369,872.30**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,129,205.00 |
| | | | **$1,129,205.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $369,872.30 |
| | | | **$369,872.30** |

---

**Claim: 12119**
Date Filed: 07/28/2006
Docketed Total: $0.00
Filing Creditor Name:
LININGER CHARLES D

Claim Holder Name
LININGER CHARLES D          Docketed Total: **UNL**

Allowed Total: **$451,978.07**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | UNL |
| | | | **UNL** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $451,978.07 |
| | | | **$451,978.07** |

---

**Claim: 9977**
Date Filed: 07/20/2006
Docketed Total: $0.00
Filing Creditor Name:
LIPPA MICHAEL R

Claim Holder Name
LIPPA MICHAEL R          Docketed Total: **UNL**

Allowed Total: **$491,342.64**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | UNL |
| | | | **UNL** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $491,342.64 |
| | | | **$491,342.64** |

---

**Claim: 16779**
Date Filed: 01/10/2008
Docketed Total: $773,764.00
Filing Creditor Name:
MALANGA RONALD R

Claim Holder Name
MALANGA RONALD R          Docketed Total: **$773,764.00**

Allowed Total: **$471,406.40**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $773,764.00 |
| | | | **$773,764.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $471,406.40 |
| | | | **$471,406.40** |

---

\*      See Exhibit E for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

\*\*\*    Certain creditors' addresses are intentionally omitted.

### EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE ALLOWED*** | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 9287**
Date Filed:   07/11/2006
Docketed Total:   $9,600.00
Filing Creditor Name:
MARQUIS TERRY L

Claim Holder Name
MARQUIS TERRY L          Docketed Total:          $9,600.00

Allowed Total:          $612,959.30

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $9,600.00 |
| | | | **$9,600.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $612,959.30 |
| | | | **$612,959.30** |

---

**Claim: 9659**
Date Filed:   07/17/2006
Docketed Total:   $1,265,725.00
Filing Creditor Name:
MAYNE JIMMY C

Claim Holder Name
MAYNE JIMMY C          Docketed Total:          $1,265,725.00

Allowed Total:          $495,304.36

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,265,725.00 |
| | | | **$1,265,725.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $495,304.36 |
| | | | **$495,304.36** |

---

**Claim: 9974**
Date Filed:   07/20/2006
Docketed Total:   $2,721,806.00
Filing Creditor Name:
MEAD DENNIS M

Claim Holder Name
MEAD DENNIS M          Docketed Total:          $2,721,806.00

Allowed Total:          $537,724.43

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,721,806.00 |
| | | | **$2,721,806.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $537,724.43 |
| | | | **$537,724.43** |

---

**Claim: 4443**
Date Filed:   05/01/2006
Docketed Total:   $0.00
Filing Creditor Name:
MOBLEY MD EVELYN H

Claim Holder Name
MOBLEY MD EVELYN H          Docketed Total:          UNL

Allowed Total:          $17,177.82

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | UNL |
| | | | **UNL** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $17,177.82 |
| | | | **$17,177.82** |

---

\*        See Exhibit E for a listing of debtor entities by case number.

\*\*      "UNL" denotes an unliquidated claim.

\*\*\*   Certain creditors' addresses are intentionally omitted.

### EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE ALLOWED*** | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 9213**
Date Filed: 07/10/2006
Docketed Total: $0.00
Filing Creditor Name:
MONTGOMERY SHARON

Claim Holder Name
MONTGOMERY SHARON
Docketed Total: **UNL**

Allowed Total: **$188,244.23**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | UNL |
| | | | **UNL** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $188,244.23 |
| | | | **$188,244.23** |

---

**Claim: 11226**
Date Filed: 07/26/2006
Docketed Total: $0.00
Filing Creditor Name:
ONEILL BRIAN P

Claim Holder Name
ONEILL BRIAN P
Docketed Total: **UNL**

Allowed Total: **$336,642.50**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | UNL | UNL |
| | | **UNL** | **UNL** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $336,642.50 |
| | | | **$336,642.50** |

---

**Claim: 16013**
Date Filed: 08/09/2006
Docketed Total: $2,101,279.00
Filing Creditor Name:
RAUSCH CARL G

Claim Holder Name
RAUSCH CARL G
Docketed Total: **$2,101,279.00**

Allowed Total: **$1,267,847.18**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,101,279.00 |
| | | | **$2,101,279.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,267,847.18 |
| | | | **$1,267,847.18** |

---

**Claim: 16799**
Date Filed: 02/07/2008
Docketed Total: $0.00
Filing Creditor Name:
RIES THOMAS E

Claim Holder Name
RIES THOMAS E
Docketed Total: **UNL**

Allowed Total: **$303,783.28**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | UNL |
| | | | **UNL** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $303,783.28 |
| | | | **$303,783.28** |

---

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.

\*\*\*  Certain creditors' addresses are intentionally omitted.

**EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED*** | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8939<br>Date Filed: 07/05/2006<br>Docketed Total: $7,003.75<br>Filing Creditor Name:<br>RITZENTHALER FRANCIS H | Claim Holder Name<br><br>RITZENTHALER FRANCIS H | | Docketed Total: | $7,003.75 | | | Allowed Total: | $260,212.34 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$7,003.75<br>**$7,003.75** | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$260,212.34<br>**$260,212.34** |
| Claim: 7412<br>Date Filed: 06/05/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>ROBINSON JOHN H | Claim Holder Name<br><br>ROBINSON JOHN H | | Docketed Total: | UNL | | | Allowed Total: | $1,008,159.70 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>UNL<br>**UNL** | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,008,159.70<br>**$1,008,159.70** |
| Claim: 5790<br>Date Filed: 05/15/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>RODEMAN DONALD W | Claim Holder Name<br><br>RODEMAN DONALD W | | Docketed Total: | UNL | | | Allowed Total: | $213,958.84 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>UNL<br>**UNL** | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$213,958.84<br>**$213,958.84** |
| Claim: 11119<br>Date Filed: 07/27/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>ROSE CHARLES L | Claim Holder Name<br><br>ROSE CHARLES L | | Docketed Total: | UNL | | | Allowed Total: | $365,729.08 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>UNL<br>**UNL** | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$365,729.08<br>**$365,729.08** |

\*     See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

\*\*\*   Certain creditors' addresses are intentionally omitted.

## EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE ALLOWED*** | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 9662 | Claim Holder Name | | | | | | | |
| Date Filed: 07/17/2006 | ROSE MICHAEL P | | Docketed Total: | $807,906.00 | | Allowed Total: | | $378,620.72 |
| Docketed Total: $807,906.00 | | | | | | | | |
| Filing Creditor Name: | | | | | | | | |
| ROSE MICHAEL P | | | | | | | | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $807,906.00 | 05-44481 | | | $378,620.72 |
| | | | | $807,906.00 | | | | $378,620.72 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 7192 | Claim Holder Name | | | | | | | |
| Date Filed: 05/31/2006 | ROWLEY ALAN BOYD | | Docketed Total: | UNL | | Allowed Total: | | $335,894.47 |
| Docketed Total: $0.00 | | | | | | | | |
| Filing Creditor Name: | | | | | | | | |
| ROWLEY ALAN BOYD | | | | | | | | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | UNL | | 05-44481 | | | $335,894.47 |
| | | | UNL | | | | | $335,894.47 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 16110 | Claim Holder Name | | | | | | | |
| Date Filed: 08/09/2006 | SHAFFER LOWELL K | | Docketed Total: | $1,748,075.00 | | Allowed Total: | | $505,806.60 |
| Docketed Total: $1,748,075.00 | | | | | | | | |
| Filing Creditor Name: | | | | | | | | |
| SHAFFER LOWELL K | | | | | | | | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $1,748,075.00 | 05-44481 | | | $505,806.60 |
| | | | | $1,748,075.00 | | | | $505,806.60 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10572 | Claim Holder Name | | | | | | | |
| Date Filed: 07/25/2006 | SHOLL J D AND SHOLL ROSEMARIE S | | Docketed Total: | $2,811,699.50 | | Allowed Total: | | $368,186.71 |
| Docketed Total: $2,811,699.50 | | | | | | | | |
| Filing Creditor Name: | | | | | | | | |
| SHOLL J D AND SHOLL ROSEMARIE S | | | | | | | | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $2,811,699.50 | 05-44481 | | | $368,186.71 |
| | | | | $2,811,699.50 | | | | $368,186.71 |

*       See Exhibit E for a listing of debtor entities by case number.

**      "UNL" denotes an unliquidated claim.

***     Certain creditors' addresses are intentionally omitted.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14629    Filed 12/26/08    Entered 12/26/08 20:57:31    Main Document
Pg 82 of 201

Thirty-Third Omnibus Claims Objection

## EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE ALLOWED*** | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 11909**
Date Filed: 07/20/2006
Docketed Total: $0.00
Filing Creditor Name:
SMITH RAYMOND C

Claim Holder Name
SMITH RAYMOND C          Docketed Total: **UNL**

Allowed Total: **$49,651.58**

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | | UNL | | 05-44481 | | | $49,651.58 |
| | | | **UNL** | | | | | **$49,651.58** |

---

**Claim: 10765**
Date Filed: 07/25/2006
Docketed Total: $320,532.00
Filing Creditor Name:
SOSNOWCHIK THOMAS J

Claim Holder Name
SOSNOWCHIK THOMAS J          Docketed Total: **$320,532.00**

Allowed Total: **$849,627.88**

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | $320,532.00 | | | 05-44481 | | | $849,627.88 |
| | | **$320,532.00** | | | | | | **$849,627.88** |

---

**Claim: 15998**
Date Filed: 08/09/2006
Docketed Total: $0.00
Filing Creditor Name:
SPELMAN WILLIAM C

Claim Holder Name
SPELMAN WILLIAM C          Docketed Total: **UNL**

Allowed Total: **$253,800.67**

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | | UNL | | 05-44481 | | | $253,800.67 |
| | | | **UNL** | | | | | **$253,800.67** |

---

**Claim: 8781**
Date Filed: 06/30/2006
Docketed Total: $0.00
Filing Creditor Name:
STRANEY PATRICK J

Claim Holder Name
STRANEY PATRICK J          Docketed Total: **UNL**

Allowed Total: **$538,906.71**

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | | UNL | | 05-44481 | | | $538,906.71 |
| | | | **UNL** | | | | | **$538,906.71** |

---

*      See Exhibit E for a listing of debtor entities by case number.
**     "UNL" denotes an unliquidated claim.
***    Certain creditors' addresses are intentionally omitted.

### EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE ALLOWED*** | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 8575**
Date Filed: 06/26/2006
Docketed Total: $0.00
Filing Creditor Name:
VANDENBERG FREDERIC P

Claim Holder Name
VANDENBERG FREDERIC P          Docketed Total:          **UNL**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | UNL |
| | | | **UNL** |

Allowed Total:          **$440,894.64**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $440,894.64 |
| | | | **$440,894.64** |

---

**Claim: 7793**
Date Filed: 06/12/2006
Docketed Total: $0.00
Filing Creditor Name:
WARREN WILLIAM S

Claim Holder Name
WARREN WILLIAM S          Docketed Total:          **UNL**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | UNL |
| | | | **UNL** |

Allowed Total:          **$1,720,990.33**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,720,990.33 |
| | | | **$1,720,990.33** |

---

**Claim: 16804**
Date Filed: 02/12/2008
Docketed Total: $395,061.17
Filing Creditor Name:
WILHELM JR RALPH V

Claim Holder Name
WILHELM JR RALPH V          Docketed Total:          **$395,061.17**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $395,061.17 |
| | | | **$395,061.17** |

Allowed Total:          **$395,061.17**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $395,061.17 |
| | | | **$395,061.17** |

---

**Claim: 9800**
Date Filed: 07/18/2006
Docketed Total: $721,575.00
Filing Creditor Name:
WINGEIER KENNETH G

Claim Holder Name
WINGEIER KENNETH G          Docketed Total:          **$721,575.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $721,575.00 |
| | | | **$721,575.00** |

Allowed Total:          **$943,354.88**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $943,354.88 |
| | | | **$943,354.88** |

---

\*      See Exhibit E for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

\*\*\*   Certain creditors' addresses are intentionally omitted.

**EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED*** | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
|  |  | **Total Claims To Be Allowed: 63** |
|  |  | **Total Amount As Docketed:**     $32,644,383.58 |
|  |  | **Total Amount As Allowed:**     $33,135,958.12 |

\*     See Exhibit E for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

\*\*\*     Certain creditors' addresses are intentionally omitted.

**EXHIBIT A-2 - SERP SCHEDULED LIABILITIES SUBJECT TO MODIFICATION**

| SCHEDULED LIABILITY TO BE ALLOWED** | SCHEDULED LIABILITY AS DOCKETED | | | | SCHEDULED LIABILITY AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Scheduled Liability: 10416656<br>Date Filed: 01/17/2008<br>Docketed Total: $495,359.52<br>Filing Creditor Name:<br>ALBRECHT JAMES W | Claim Holder Name<br><br>ALBRECHT JAMES W | | Docketed Total: | $495,359.52 | | | Allowed Total: | $495,359.52 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$495,359.52<br><br>**$495,359.52** | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$495,359.52<br><br>**$495,359.52** |
| Scheduled Liability: 10416633<br>Date Filed: 01/17/2008<br>Docketed Total: $756,502.89<br>Filing Creditor Name:<br>ANDERSON MICHAEL O | Claim Holder Name<br><br>ANDERSON MICHAEL O | | Docketed Total: | $756,502.89 | | | Allowed Total: | $756,502.89 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$756,502.89<br><br>**$756,502.89** | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$756,502.89<br><br>**$756,502.89** |
| Scheduled Liability: 10416651<br>Date Filed: 01/17/2008<br>Docketed Total: $571,926.56<br>Filing Creditor Name:<br>ARNDT FREDERICK P | Claim Holder Name<br><br>ARNDT FREDERICK P | | Docketed Total: | $571,926.56 | | | Allowed Total: | $571,926.56 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$571,926.56<br><br>**$571,926.56** | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$571,926.56<br><br>**$571,926.56** |
| Scheduled Liability: 10416752<br>Date Filed: 01/17/2008<br>Docketed Total: $162,101.49<br>Filing Creditor Name:<br>BYERS,CATHERINE | Claim Holder Name<br><br>BYERS,CATHERINE | | Docketed Total: | $162,101.49 | | | Allowed Total: | $162,101.49 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$162,101.49<br><br>**$162,101.49** | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$162,101.49<br><br>**$162,101.49** |

\*      See Exhibit E for a listing of debtor entities by case number.

\*\*     Certain creditors' addresses are intentionally omitted.

**EXHIBIT A-2 - SERP SCHEDULED LIABILITIES SUBJECT TO MODIFICATION**

| SCHEDULED LIABILITY TO BE ALLOWED** | SCHEDULED LIABILITY AS DOCKETED | | | | SCHEDULED LIABILITY AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

**CHAO KEH-CHUNG M**

Scheduled Liability: 10416736
Date Filed: 01/17/2008
Docketed Total: $194,295.05
Filing Creditor Name:

CHAO KEH-CHUNG M

Claim Holder Name

CHAO KEH-CHUNG M    Docketed Total: **$194,295.05**

Allowed Total: **$194,295.05**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $194,295.05 | 05-44481 | | | $194,295.05 |
| | | | **$194,295.05** | | | | **$194,295.05** |

---

Scheduled Liability: 10416747
Date Filed: 01/17/2008
Docketed Total: $93,176.61
Filing Creditor Name:

FAGAN ROBERT W

Claim Holder Name

FAGAN ROBERT W    Docketed Total: **$93,176.61**

Allowed Total: **$93,176.61**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $93,176.61 | 05-44481 | | | $93,176.61 |
| | | | **$93,176.61** | | | | **$93,176.61** |

---

Scheduled Liability: 10416721
Date Filed: 01/17/2008
Docketed Total: $262,369.61
Filing Creditor Name:

FAULKNER DEAN L

Claim Holder Name

FAULKNER DEAN L    Docketed Total: **$262,369.61**

Allowed Total: **$262,369.61**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $262,369.61 | 05-44481 | | | $262,369.61 |
| | | | **$262,369.61** | | | | **$262,369.61** |

---

Scheduled Liability: 10416720
Date Filed: 01/17/2008
Docketed Total: $203,048.10
Filing Creditor Name:

FLANAGAN JAMES P

Claim Holder Name

FLANAGAN JAMES P    Docketed Total: **$203,048.10**

Allowed Total: **$203,048.10**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $203,048.10 | 05-44481 | | | $203,048.10 |
| | | | **$203,048.10** | | | | **$203,048.10** |

\*      See Exhibit E for a listing of debtor entities by case number.

\*\*     Certain creditors' addresses are intentionally omitted.

**EXHIBIT A-2 - SERP SCHEDULED LIABILITIES SUBJECT TO MODIFICATION**

| SCHEDULED LIABILITY TO BE ALLOWED** | SCHEDULED LIABILITY AS DOCKETED | | | | SCHEDULED LIABILITY AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

| | Claim Holder Name | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Scheduled Liability: 10417038<br>Date Filed: 10/10/2008<br>Docketed Total: $894,254.46<br>Filing Creditor Name:<br>JOHNSON,ROBERT | JOHNSON,ROBERT | | Docketed Total: | $894,254.46 | | | Allowed Total: | $894,254.46 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$894,254.46<br>**$894,254.46** | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$894,254.46<br>**$894,254.46** |

| | Claim Holder Name | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Scheduled Liability: 10416754<br>Date Filed: 01/17/2008<br>Docketed Total: $163,080.81<br>Filing Creditor Name:<br>KAYE,DIANE L | KAYE,DIANE L | | Docketed Total: | $163,080.81 | | | Allowed Total: | $163,080.81 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$163,080.81<br>**$163,080.81** | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$163,080.81<br>**$163,080.81** |

| | Claim Holder Name | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Scheduled Liability: 10416683<br>Date Filed: 01/17/2008<br>Docketed Total: $425,721.39<br>Filing Creditor Name:<br>KELLER NORBERT L | KELLER NORBERT L | | Docketed Total: | $425,721.39 | | | Allowed Total: | $425,721.39 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$425,721.39<br>**$425,721.39** | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$425,721.39<br>**$425,721.39** |

| | Claim Holder Name | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Scheduled Liability: 10416693<br>Date Filed: 01/17/2008<br>Docketed Total: $372,652.96<br>Filing Creditor Name:<br>LAWRENCE SUSAN K | LAWRENCE SUSAN K | | Docketed Total: | $372,652.96 | | | Allowed Total: | $372,652.96 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$372,652.96<br>**$372,652.96** | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$372,652.96<br>**$372,652.96** |

\*      See Exhibit E for a listing of debtor entities by case number.

\*\*      Certain creditors' addresses are intentionally omitted.

**EXHIBIT A-2 - SERP SCHEDULED LIABILITIES SUBJECT TO MODIFICATION**

| SCHEDULED LIABILITY TO BE ALLOWED** | SCHEDULED LIABILITY AS DOCKETED | | | | SCHEDULED LIABILITY AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Scheduled Liability: 10416750<br>Date Filed: 01/17/2008<br>Docketed Total: $9,400.29<br>Filing Creditor Name:<br>LEE ANTHONY | Claim Holder Name<br><br>LEE ANTHONY | | Docketed Total: | **$9,400.29** | | | Allowed Total: | **$9,400.29** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$9,400.29<br><br>**$9,400.29** | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$9,400.29<br><br>**$9,400.29** |
| Scheduled Liability: 10417039<br>Date Filed: 10/10/2008<br>Docketed Total: $1,679.02<br>Filing Creditor Name:<br>LIND,RICHARD | Claim Holder Name<br><br>LIND,RICHARD | | Docketed Total: | **$1,679.02** | | | Allowed Total: | **$1,679.02** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,679.02<br><br>**$1,679.02** | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,679.02<br><br>**$1,679.02** |
| Scheduled Liability: 10416675<br>Date Filed: 01/17/2008<br>Docketed Total: $448,568.80<br>Filing Creditor Name:<br>MILLER SHARON L | Claim Holder Name<br><br>MILLER SHARON L | | Docketed Total: | **$448,568.80** | | | Allowed Total: | **$448,568.80** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$448,568.80<br><br>**$448,568.80** | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$448,568.80<br><br>**$448,568.80** |
| Scheduled Liability: 10417037<br>Date Filed: 10/10/2008<br>Docketed Total: $582,366.09<br>Filing Creditor Name:<br>NORTHERN,EDWARD | Claim Holder Name<br><br>NORTHERN,EDWARD | | Docketed Total: | **$582,366.09** | | | Allowed Total: | **$582,366.09** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$582,366.09<br><br>**$582,366.09** | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$582,366.09<br><br>**$582,366.09** |

\*      See Exhibit E for a listing of debtor entities by case number.

\*\*      Certain creditors' addresses are intentionally omitted.

In re Delphi Corporation, et al.    05-44481-rdd    Doc 14629    Filed 12/26/08    Entered 12/26/08 20:57:31    Main Document    Thirty-Third Omnibus Claims Objection

Case No. 05-44481 (RDD)

Pg 89 of 201

**EXHIBIT A-2 - SERP SCHEDULED LIABILITIES SUBJECT TO MODIFICATION**

| SCHEDULED LIABILITY TO BE ALLOWED** | SCHEDULED LIABILITY AS DOCKETED | | | | SCHEDULED LIABILITY AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Scheduled Liability: 10416712<br>Date Filed: 01/17/2008<br>Docketed Total: $296,559.67<br>Filing Creditor Name:<br>SLETVOLD JR GEORGE J | Claim Holder Name<br><br>SLETVOLD JR GEORGE J | | Docketed Total: | $296,559.67 | | | Allowed Total: | $296,559.67 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$296,559.67 | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$296,559.67 |
| | | | | $296,559.67 | | | | $296,559.67 |
| Scheduled Liability: 10416756<br>Date Filed: 01/17/2008<br>Docketed Total: $102,095.41<br>Filing Creditor Name:<br>WANDER,JANET | Claim Holder Name<br><br>WANDER,JANET | | Docketed Total: | $102,095.41 | | | Allowed Total: | $102,095.41 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$102,095.41 | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$102,095.41 |
| | | | | $102,095.41 | | | | $102,095.41 |

**Total Claims To Be Allowed: 18**

**Total Amount As Docketed:** $6,035,158.73

**Total Amount As Allowed:** $6,035,158.73

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*    Certain creditors' addresses are intentionally omitted.

**EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS \*\***

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 12097    Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/28/2006<br>Creditor's Name:    Secured:<br>BROOKS GARY J    Priority:<br>Administrative:<br>Unsecured: $975,345.00<br>Total: $975,345.00 | Claim: 12103    Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/28/2006<br>Creditor's Name:    Secured:<br>BROOKS GARY J & KATHLEEN L    Priority: $366,859.00<br>Administrative:<br>Unsecured: $1,101,023.00<br>Total: $1,467,882.00 |
| Claim: 12101    Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/28/2006<br>Creditor's Name:    Secured:<br>BROOKS GARY J    Priority:<br>Administrative:<br>Unsecured: $18,570.00<br>Total: $18,570.00 | Claim: 12103    Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/28/2006<br>Creditor's Name:    Secured:<br>BROOKS GARY J & KATHLEEN L    Priority: $366,859.00<br>Administrative:<br>Unsecured: $1,101,023.00<br>Total: $1,467,882.00 |
| Claim: 12102    Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/28/2006<br>Creditor's Name:    Secured:<br>BROOKS GARY J    Priority:<br>Administrative:<br>Unsecured: $18,000.00<br>Total: $18,000.00 | Claim: 12103    Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/28/2006<br>Creditor's Name:    Secured:<br>BROOKS GARY J & KATHLEEN L    Priority: $366,859.00<br>Administrative:<br>Unsecured: $1,101,023.00<br>Total: $1,467,882.00 |
| Claim: 12099    Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/28/2006<br>Creditor's Name:    Secured:<br>BROOKS GARY J    Priority:<br>Administrative:<br>Unsecured: $18,570.00<br>Total: $18,570.00 | Claim: 12103    Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/28/2006<br>Creditor's Name:    Secured:<br>BROOKS GARY J & KATHLEEN L    Priority: $366,859.00<br>Administrative:<br>Unsecured: $1,101,023.00<br>Total: $1,467,882.00 |
| Claim: 12100    Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/28/2006<br>Creditor's Name:    Secured:<br>BROOKS GARY J    Priority:<br>Administrative:<br>Unsecured: $81,854.00<br>Total: $81,854.00 | Claim: 12103    Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/28/2006<br>Creditor's Name:    Secured:<br>BROOKS GARY J & KATHLEEN L    Priority: $366,859.00<br>Administrative:<br>Unsecured: $1,101,023.00<br>Total: $1,467,882.00 |

\*     "UNL" denotes an unliquidated claim.

\*\*     Certain creditors' addresses are intentionally omitted.

### EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS **

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|

| Claim: 13596 | Debtor: DELPHI CORPORATION (05-44481) | Claim: 10605 | Debtor: DELPHI CORPORATION (05-44481) |
|---|---|---|---|
| Date Filed: 07/31/2006 | | Date Filed: 07/25/2006 | |
| Creditor's Name: | Secured: | Creditor's Name: | Secured: |
| CRACRAFT LARRY F | Priority: | CRACRAFT LARRY F | Priority: |
| | Administrative: | | Administrative: |
| | Unsecured: UNL | | Unsecured: UNL |
| | Total: UNL | | Total: UNL |

| Claim: 9613 | Debtor: DELPHI CORPORATION (05-44481) | Claim: 9608 | Debtor: DELPHI CORPORATION (05-44481) |
|---|---|---|---|
| Date Filed: 07/17/2006 | | Date Filed: 07/17/2006 | |
| Creditor's Name: | Secured: | Creditor's Name: | Secured: |
| DRURY DAVID L | Priority: | DRURY DAVID L | Priority: |
| | Administrative: | | Administrative: |
| | Unsecured: $693,840.00 | | Unsecured: UNL |
| | Total: $693,840.00 | | Total: UNL |

| Claim: 9611 | Debtor: DELPHI CORPORATION (05-44481) | Claim: 9608 | Debtor: DELPHI CORPORATION (05-44481) |
|---|---|---|---|
| Date Filed: 07/17/2006 | | Date Filed: 07/17/2006 | |
| Creditor's Name: | Secured: | Creditor's Name: | Secured: |
| DRURY DAVID L | Priority: UNL | DRURY DAVID L | Priority: |
| | Administrative: | | Administrative: |
| | Unsecured: UNL | | Unsecured: UNL |
| | Total: UNL | | Total: UNL |

| Claim: 9610 | Debtor: DELPHI CORPORATION (05-44481) | Claim: 9608 | Debtor: DELPHI CORPORATION (05-44481) |
|---|---|---|---|
| Date Filed: 07/17/2006 | | Date Filed: 07/17/2006 | |
| Creditor's Name: | Secured: | Creditor's Name: | Secured: |
| DRURY DAVID L | Priority: | DRURY DAVID L | Priority: |
| | Administrative: | | Administrative: |
| | Unsecured: $216,000.00 | | Unsecured: UNL |
| | Total: $216,000.00 | | Total: UNL |

| Claim: 9612 | Debtor: DELPHI CORPORATION (05-44481) | Claim: 9608 | Debtor: DELPHI CORPORATION (05-44481) |
|---|---|---|---|
| Date Filed: 07/17/2006 | | Date Filed: 07/17/2006 | |
| Creditor's Name: | Secured: | Creditor's Name: | Secured: |
| DRURY DAVID L | Priority: | DRURY DAVID L | Priority: |
| | Administrative: | | Administrative: |
| | Unsecured: UNL | | Unsecured: UNL |
| | Total: UNL | | Total: UNL |

\*     "UNL" denotes an unliquidated claim.

\*\*     Certain creditors' addresses are intentionally omitted.

### EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS **

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|

| | | | | |
|---|---|---|---|---|
| Claim: | 9609 | Debtor: DELPHI CORPORATION (05-44481) | | |
| Date Filed: | 07/17/2006 | Secured: | | |
| Creditor's Name: | | Priority: | | |
| DRURY DAVID L | | Administrative: | | |
| | | Unsecured: | UNL | |
| | | Total: | UNL | |

| | | |
|---|---|---|
| Claim: | 9608 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: | 07/17/2006 | Secured: |
| Creditor's Name: | | Priority: |
| DRURY DAVID L | | Administrative: |
| | | Unsecured: UNL |
| | | Total: UNL |

| | | |
|---|---|---|
| Claim: | 13506 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: | 07/25/2006 | Secured: |
| Creditor's Name: | | Priority: |
| FATZINGER ROBERT L | | Administrative: |
| | | Unsecured: UNL |
| | | Total: UNL |

| | | |
|---|---|---|
| Claim: | 10826 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: | 07/25/2006 | Secured: |
| Creditor's Name: | | Priority: |
| FATZINGER ROBERT L | | Administrative: |
| | | Unsecured: $497,400.00 |
| | | Total: $497,400.00 |

| | | |
|---|---|---|
| Claim: | 16718 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: | 10/04/2007 | Secured: |
| Creditor's Name: | | Priority: UNL |
| HENDRICKSON | | Administrative: |
| | | Unsecured: |
| | | Total: UNL |

| | | |
|---|---|---|
| Claim: | 16719 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: | 10/04/2007 | Secured: $540,000.00 |
| Creditor's Name: | | Priority: |
| HENDRICKSON DAVID M | | Administrative: |
| | | Unsecured: |
| | | Total: $540,000.00 |

| | | |
|---|---|---|
| Claim: | 16713 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: | 09/24/2007 | Secured: |
| Creditor's Name: | | Priority: |
| HENDRICKSON DAVID | | Administrative: |
| | | Unsecured: $1,592,050.00 |
| | | Total: $1,592,050.00 |

| | | |
|---|---|---|
| Claim: | 16719 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: | 10/04/2007 | Secured: $540,000.00 |
| Creditor's Name: | | Priority: |
| HENDRICKSON DAVID M | | Administrative: |
| | | Unsecured: |
| | | Total: $540,000.00 |

| | | |
|---|---|---|
| Claim: | 16720 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: | 10/04/2007 | Secured: |
| Creditor's Name: | | Priority: UNL |
| HENDRICKSON DAVID M | | Administrative: |
| | | Unsecured: |
| | | Total: UNL |

| | | |
|---|---|---|
| Claim: | 16719 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: | 10/04/2007 | Secured: $540,000.00 |
| Creditor's Name: | | Priority: |
| HENDRICKSON DAVID M | | Administrative: |
| | | Unsecured: |
| | | Total: $540,000.00 |

\*      "UNL" denotes an unliquidated claim.

\*\*     Certain creditors' addresses are intentionally omitted.

## EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS **

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 14035   Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/24/2006<br>Creditor's Name:   Secured:<br>HODITS JR FRANK W   Priority:<br>Administrative:<br>Unsecured: $140,404.00<br>Total: $140,404.00 | Claim: 10560   Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/24/2006<br>Creditor's Name:   Secured:<br>HODITS JR FRANK W   Priority:<br>Administrative:<br>Unsecured: $15,650.00<br>Total: $15,650.00 |
| Claim: 14036   Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/24/2006<br>Creditor's Name:   Secured:<br>HODITS JR FRANK W   Priority:<br>Administrative:<br>Unsecured: $907,080.00<br>Total: $907,080.00 | Claim: 10560   Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/24/2006<br>Creditor's Name:   Secured:<br>HODITS JR FRANK W   Priority:<br>Administrative:<br>Unsecured: $15,650.00<br>Total: $15,650.00 |
| Claim: 13493   Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/24/2006<br>Creditor's Name:   Secured:<br>HODITS JR FRANK W   Priority:<br>Administrative:<br>Unsecured: $12,738.00<br>Total: $12,738.00 | Claim: 10560   Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/24/2006<br>Creditor's Name:   Secured:<br>HODITS JR FRANK W   Priority:<br>Administrative:<br>Unsecured: $15,650.00<br>Total: $15,650.00 |
| Claim: 13494   Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/24/2006<br>Creditor's Name:   Secured:<br>HODITS JR FRANK W   Priority:<br>Administrative:<br>Unsecured: $13,378.00<br>Total: $13,378.00 | Claim: 10560   Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/24/2006<br>Creditor's Name:   Secured:<br>HODITS JR FRANK W   Priority:<br>Administrative:<br>Unsecured: $15,650.00<br>Total: $15,650.00 |
| Claim: 10562   Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/24/2006<br>Creditor's Name:   Secured:<br>HOLLASCH KURT D   Priority:<br>Administrative:<br>Unsecured: $202,000.00<br>Total: $202,000.00 | Claim: 9439   Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/13/2006<br>Creditor's Name:   Secured:<br>HOLLASCH KURT D   Priority:<br>Administrative:<br>Unsecured: $868,272.00<br>Total: $868,272.00 |

\*   "UNL" denotes an unliquidated claim.

\*\*   Certain creditors' addresses are intentionally omitted.

**EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS \*\***

| CLAIM TO BE EXPUNGED * | | | SURVIVING CLAIM * | | |
|---|---|---|---|---|---|
| Claim: 9666 | Debtor: DELPHI CORPORATION (05-44481) | | Claim: 9439 | Debtor: DELPHI CORPORATION (05-44481) | |
| Date Filed: 07/17/2006 | | | Date Filed: 07/13/2006 | | |
| Creditor's Name: | Secured: | | Creditor's Name: | Secured: | |
| HOLLASCH KURT D | Priority: | | HOLLASCH KURT D | Priority: | |
| | Administrative: | | | Administrative | |
| | Unsecured: | $11,700.00 | | Unsecured: | $868,272.00 |
| | Total: | $11,700.00 | | Total: | $868,272.00 |
| Claim: 11161 | Debtor: DELPHI CORPORATION (05-44481) | | Claim: 9439 | Debtor: DELPHI CORPORATION (05-44481) | |
| Date Filed: 07/26/2006 | | | Date Filed: 07/13/2006 | | |
| Creditor's Name: | Secured: | | Creditor's Name: | Secured: | |
| HOLLASCH KURT D | Priority: | | HOLLASCH KURT D | Priority: | |
| | Administrative: | | | Administrative | |
| | Unsecured: | $1,941,219.00 | | Unsecured: | $868,272.00 |
| | Total: | $1,941,219.00 | | Total: | $868,272.00 |
| Claim: 10563 | Debtor: DELPHI CORPORATION (05-44481) | | Claim: 9439 | Debtor: DELPHI CORPORATION (05-44481) | |
| Date Filed: 07/24/2006 | | | Date Filed: 07/13/2006 | | |
| Creditor's Name: | Secured: | | Creditor's Name: | Secured: | |
| HOLLASCH KURT D | Priority: | $1,720,083.00 | HOLLASCH KURT D | Priority: | |
| | Administrative: | | | Administrative | |
| | Unsecured: | UNL | | Unsecured: | $868,272.00 |
| | Total: | $1,720,083.00 | | Total: | $868,272.00 |
| Claim: 10564 | Debtor: DELPHI CORPORATION (05-44481) | | Claim: 9439 | Debtor: DELPHI CORPORATION (05-44481) | |
| Date Filed: 07/24/2006 | | | Date Filed: 07/13/2006 | | |
| Creditor's Name: | Secured: | | Creditor's Name: | Secured: | |
| HOLLASCH KURT D | Priority: | | HOLLASCH KURT D | Priority: | |
| | Administrative: | | | Administrative | |
| | Unsecured: | $88,284.00 | | Unsecured: | $868,272.00 |
| | Total: | $88,284.00 | | Total: | $868,272.00 |
| Claim: 9835 | Debtor: DELPHI CORPORATION (05-44481) | | Claim: 9834 | Debtor: DELPHI CORPORATION (05-44481) | |
| Date Filed: 07/18/2006 | | | Date Filed: 07/18/2006 | | |
| Creditor's Name: | Secured: | | Creditor's Name: | Secured: | |
| KARVONEN THOMAS D | Priority: | | KARVONEN THOMAS D | Priority: | |
| | Administrative: | | | Administrative | |
| | Unsecured: | $50,728.00 | | Unsecured: | $619,909.00 |
| | Total: | $50,728.00 | | Total: | $619,909.00 |

\*    "UNL" denotes an unliquidated claim.

\*\*   Certain creditors' addresses are intentionally omitted.

## EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS **

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 9818   Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/18/2006<br>Creditor's Name:<br>KRIEGER HARVEY J<br><br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $44,131.00<br><br>Total: $44,131.00 | Claim: 9817   Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/18/2006<br>Creditor's Name:<br>KRIEGER HARVEY J<br><br>Secured:<br>Priority:<br>Administrative<br>Unsecured: $1,082,431.00<br><br>Total: $1,082,431.00 |
| Claim: 9978   Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/20/2006<br>Creditor's Name:<br>LIPPA MICHAEL R<br><br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br><br>Total: UNL | Claim: 9977   Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/20/2006<br>Creditor's Name:<br>LIPPA MICHAEL R<br><br>Secured:<br>Priority:<br>Administrative<br>Unsecured: UNL<br><br>Total: UNL |
| Claim: 9979   Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/20/2006<br>Creditor's Name:<br>LIPPA MICHAEL R<br><br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br><br>Total: UNL | Claim: 9977   Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/20/2006<br>Creditor's Name:<br>LIPPA MICHAEL R<br><br>Secured:<br>Priority:<br>Administrative<br>Unsecured: UNL<br><br>Total: UNL |
| Claim: 9288   Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/11/2006<br>Creditor's Name:<br>MARQUIS TERRY L<br><br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $19,200.00<br><br>Total: $19,200.00 | Claim: 9287   Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/11/2006<br>Creditor's Name:<br>MARQUIS TERRY L<br><br>Secured:<br>Priority:<br>Administrative<br>Unsecured: $9,600.00<br><br>Total: $9,600.00 |
| Claim: 9292   Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/11/2006<br>Creditor's Name:<br>MARQUIS TERRY L<br><br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $950,107.35<br><br>Total: $950,107.35 | Claim: 9287   Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/11/2006<br>Creditor's Name:<br>MARQUIS TERRY L<br><br>Secured:<br>Priority:<br>Administrative<br>Unsecured: $9,600.00<br><br>Total: $9,600.00 |

\*     "UNL" denotes an unliquidated claim.

\*\*    Certain creditors' addresses are intentionally omitted.

## EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS **

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 9290     Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/11/2006<br>Creditor's Name:    Secured:<br>MARQUIS TERRY L     Priority:<br>Administrative:<br>Unsecured: UNL<br><br>Total: UNL | Claim: 9287     Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/11/2006<br>Creditor's Name:    Secured:<br>MARQUIS TERRY L     Priority:<br>Administrative:<br>Unsecured: $9,600.00<br><br>Total: $9,600.00 |
| Claim: 9291     Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/11/2006<br>Creditor's Name:    Secured:<br>MARQUIS TERRY L     Priority:<br>Administrative:<br>Unsecured: $5,415.92<br><br>Total: $5,415.92 | Claim: 9287     Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/11/2006<br>Creditor's Name:    Secured:<br>MARQUIS TERRY L     Priority:<br>Administrative:<br>Unsecured: $9,600.00<br><br>Total: $9,600.00 |
| Claim: 9289     Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/11/2006<br>Creditor's Name:    Secured:<br>MARQUIS TERRY L     Priority:<br>Administrative:<br>Unsecured: $937,667.91<br><br>Total: $937,667.91 | Claim: 9287     Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/11/2006<br>Creditor's Name:    Secured:<br>MARQUIS TERRY L     Priority:<br>Administrative:<br>Unsecured: $9,600.00<br><br>Total: $9,600.00 |
| Claim: 16800     Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 02/07/2008<br>Creditor's Name:    Secured:<br>RIES THOMAS E     Priority:<br>Administrative:<br>Unsecured: UNL<br><br>Total: UNL | Claim: 16799     Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 02/07/2008<br>Creditor's Name:    Secured:<br>RIES THOMAS E     Priority:<br>Administrative:<br>Unsecured: UNL<br><br>Total: UNL |
| Claim: 8940     Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/05/2006<br>Creditor's Name:    Secured:<br>RITZENTHALER FRANCIS H     Priority:<br>Administrative:<br>Unsecured: $20,000.00<br><br>Total: $20,000.00 | Claim: 8939     Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/05/2006<br>Creditor's Name:    Secured:<br>RITZENTHALER FRANCIS H     Priority:<br>Administrative:<br>Unsecured: $7,003.75<br><br>Total: $7,003.75 |

*    "UNL" denotes an unliquidated claim.

**   Certain creditors' addresses are intentionally omitted.

**EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS \*\***

| CLAIM TO BE EXPUNGED * | | SURVIVING CLAIM * | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Claim: 8941 | Debtor: DELPHI CORPORATION (05-44481) | Claim: 8939 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 07/05/2006 | | Date Filed: 07/05/2006 | |
| Creditor's Name: | Secured: | Creditor's Name: | Secured: |
| RITZENTHALER FRANCIS H | Priority: $280,032.00 | RITZENTHALER FRANCIS H | Priority: |
| | Administrative: | | Administrative: |
| | Unsecured: $739,006.00 | | Unsecured: $7,003.75 |
| | Total: $1,019,038.00 | | Total: $7,003.75 |
| Claim: 8947 | Debtor: DELPHI CORPORATION (05-44481) | Claim: 8939 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 07/05/2006 | | Date Filed: 07/05/2006 | |
| Creditor's Name: | Secured: | Creditor's Name: | Secured: |
| RITZENTHALER FRANCIS H | Priority: | RITZENTHALER FRANCIS H | Priority: |
| | Administrative: | | Administrative: |
| | Unsecured: $13,151.00 | | Unsecured: $7,003.75 |
| | Total: $13,151.00 | | Total: $7,003.75 |
| Claim: 8942 | Debtor: DELPHI CORPORATION (05-44481) | Claim: 8939 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 07/05/2006 | | Date Filed: 07/05/2006 | |
| Creditor's Name: | Secured: | Creditor's Name: | Secured: |
| RITZENTHALER FRANCIS H | Priority: $450,432.00 | RITZENTHALER FRANCIS H | Priority: |
| | Administrative: | | Administrative: |
| | Unsecured: $618,208.00 | | Unsecured: $7,003.75 |
| | Total: $1,068,640.00 | | Total: $7,003.75 |
| Claim: 8948 | Debtor: DELPHI CORPORATION (05-44481) | Claim: 8939 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 07/05/2006 | | Date Filed: 07/05/2006 | |
| Creditor's Name: | Secured: | Creditor's Name: | Secured: |
| RITZENTHALER FRANCIS H | Priority: | RITZENTHALER FRANCIS H | Priority: |
| | Administrative: | | Administrative: |
| | Unsecured: $18,225.00 | | Unsecured: $7,003.75 |
| | Total: $18,225.00 | | Total: $7,003.75 |
| Claim: 5791 | Debtor: DELPHI CORPORATION (05-44481) | Claim: 5790 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 05/15/2006 | | Date Filed: 05/15/2006 | |
| Creditor's Name: | Secured: | Creditor's Name: | Secured: |
| RODEMAN DONALD W | Priority: | RODEMAN DONALD W | Priority: |
| | Administrative: | | Administrative: |
| | Unsecured: UNL | | Unsecured: UNL |
| | Total: UNL | | Total: UNL |

\*      "UNL" denotes an unliquidated claim.

\*\*      Certain creditors' addresses are intentionally omitted.

## EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS **

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|

| CLAIM TO BE EXPUNGED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 5793<br>Date Filed: 05/15/2006<br>Creditor's Name:<br>RODEMAN DONALD W | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br><br>Total: UNL | Claim: 5790<br>Date Filed: 05/15/2006<br>Creditor's Name:<br>RODEMAN DONALD W | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative<br>Unsecured: UNL<br><br>Total: UNL |
| Claim: 5792<br>Date Filed: 05/15/2006<br>Creditor's Name:<br>RODEMAN DONALD W | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br><br>Total: UNL | Claim: 5790<br>Date Filed: 05/15/2006<br>Creditor's Name:<br>RODEMAN DONALD W | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative<br>Unsecured: UNL<br><br>Total: UNL |
| Claim: 16712<br>Date Filed: 09/24/2007<br>Creditor's Name:<br>SOSNOWCHIK THOMAS J | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,524,000.00<br><br>Total: $1,524,000.00 | Claim: 10765<br>Date Filed: 07/25/2006<br>Creditor's Name:<br>SOSNOWCHIK THOMAS J | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $320,532.00<br>Administrative:<br>Unsecured:<br><br>Total: $320,532.00 |
| Claim: 16710<br>Date Filed: 09/24/2007<br>Creditor's Name:<br>SOSNOWCHIK THOMAS J | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $5,836.00<br><br>Total: $5,836.00 | Claim: 10765<br>Date Filed: 07/25/2006<br>Creditor's Name:<br>SOSNOWCHIK THOMAS J | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $320,532.00<br>Administrative:<br>Unsecured:<br><br>Total: $320,532.00 |
| Claim: 16715<br>Date Filed: 09/27/2007<br>Creditor's Name:<br>SOSNOWCHIK THOMAS J | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $76,442.00<br><br>Total: $76,442.00 | Claim: 10765<br>Date Filed: 07/25/2006<br>Creditor's Name:<br>SOSNOWCHIK THOMAS J | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: $320,532.00<br>Administrative:<br>Unsecured:<br><br>Total: $320,532.00 |

\*    "UNL" denotes an unliquidated claim.

\*\*    Certain creditors' addresses are intentionally omitted.

**EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS \*\***

| CLAIM TO BE EXPUNGED * | | SURVIVING CLAIM * | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Claim: 16704 | Debtor: DELPHI CORPORATION (05-44481) | Claim: 10765 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 09/14/2007 | | Date Filed: 07/25/2006 | |
| Creditor's Name: | Secured: | Creditor's Name: | Secured: |
| SOSNOWCHIK THOMAS J | Priority: | SOSNOWCHIK THOMAS J | Priority: $320,532.00 |
| | Administrative: | | Administrative: |
| | Unsecured: $281,332.00 | | Unsecured: |
| | Total: $281,332.00 | | Total: $320,532.00 |

| | | | |
|---|---|---|---|
| Claim: 16722 | Debtor: DELPHI CORPORATION (05-44481) | Claim: 8781 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 10/09/2007 | | Date Filed: 06/30/2006 | |
| Creditor's Name: | Secured: | Creditor's Name: | Secured: |
| STRANEY PATRICK J | Priority: | STRANEY PATRICK J | Priority: |
| | Administrative: | | Administrative: |
| | Unsecured: $1,127,091.00 | | Unsecured: UNL |
| | Total: $1,127,091.00 | | Total: UNL |

| | | | |
|---|---|---|---|
| Claim: 16723 | Debtor: DELPHI CORPORATION (05-44481) | Claim: 8781 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 10/09/2007 | | Date Filed: 06/30/2006 | |
| Creditor's Name: | Secured: | Creditor's Name: | Secured: |
| STRANEY PATRICK J | Priority: | STRANEY PATRICK J | Priority: |
| | Administrative: | | Administrative: |
| | Unsecured: $732,609.00 | | Unsecured: UNL |
| | Total: $732,609.00 | | Total: UNL |

| | | | |
|---|---|---|---|
| Claim: 9804 | Debtor: DELPHI CORPORATION (05-44481) | Claim: 9800 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 07/18/2006 | | Date Filed: 07/18/2006 | |
| Creditor's Name: | Secured: | Creditor's Name: | Secured: |
| WINGEIER KENNETH G | Priority: | WINGEIER KENNETH G | Priority: |
| | Administrative: | | Administrative: |
| | Unsecured: $31,779.00 | | Unsecured: $721,575.00 |
| | Total: $31,779.00 | | Total: $721,575.00 |

| | | | |
|---|---|---|---|
| Claim: 9802 | Debtor: DELPHI CORPORATION (05-44481) | Claim: 9800 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 07/18/2006 | | Date Filed: 07/18/2006 | |
| Creditor's Name: | Secured: | Creditor's Name: | Secured: |
| WINGEIER KENNETH G | Priority: | WINGEIER KENNETH G | Priority: |
| | Administrative: | | Administrative: |
| | Unsecured: $16,251.00 | | Unsecured: $721,575.00 |
| | Total: $16,251.00 | | Total: $721,575.00 |

\*     "UNL" denotes an unliquidated claim.

\*\*     Certain creditors' addresses are intentionally omitted.

**EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS ***

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|

| | | | | |
|---|---|---|---|---|
| Claim: 9801 | Debtor: DELPHI CORPORATION (05-44481) | Claim: 9800 | Debtor: DELPHI CORPORATION (05-44481) | |
| Date Filed: 07/18/2006 | | Date Filed: 07/18/2006 | | |
| Creditor's Name: | Secured: | Creditor's Name: | Secured: | |
| WINGEIER KENNETH G | Priority: | WINGEIER KENNETH G | Priority: | |
| | Administrative: | | Administrative: | |
| | Unsecured: $2,047,969.48 | | Unsecured: $721,575.00 | |
| | Total: $2,047,969.48 | | Total: $721,575.00 | |

| | | | | |
|---|---|---|---|---|
| Claim: 9805 | Debtor: DELPHI CORPORATION (05-44481) | Claim: 9800 | Debtor: DELPHI CORPORATION (05-44481) | |
| Date Filed: 07/18/2006 | | Date Filed: 07/18/2006 | | |
| Creditor's Name: | Secured: | Creditor's Name: | Secured: | |
| WINGEIER KENNETH G | Priority: | WINGEIER KENNETH G | Priority: | |
| | Administrative: | | Administrative: | |
| | Unsecured: $178,453.00 | | Unsecured: $721,575.00 | |
| | Total: $178,453.00 | | Total: $721,575.00 | |

| | | | | |
|---|---|---|---|---|
| Claim: 9803 | Debtor: DELPHI CORPORATION (05-44481) | Claim: 9800 | Debtor: DELPHI CORPORATION (05-44481) | |
| Date Filed: 07/18/2006 | | Date Filed: 07/18/2006 | | |
| Creditor's Name: | Secured: | Creditor's Name: | Secured: | |
| WINGEIER KENNETH G | Priority: $451,994.79 | WINGEIER KENNETH G | Priority: | |
| | Administrative: | | Administrative: | |
| | Unsecured: $1,180,228.75 | | Unsecured: $721,575.00 | |
| | Total: $1,632,223.54 | | Total: $721,575.00 | |

**Total Claims To Be Expunged:**    53
**Total Asserted Amount To Be Expunged:**    $20,451,405.20

* "UNL" denotes an unliquidated claim.

** Certain creditors' addresses are intentionally omitted.

### EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 1704**
Date Filed: 01/30/2006
Docketed Total: $874,448.21
Filing Creditor Name and Address:
CAPRO LTD
155 S LIMERICK RD
LIMERICK, PA 19468-1699

Claim Holder Name and Address

BEAR STEARNS INVESTMENT
PRODUCTS INC
CO JPMORGAN CHASE BANK NA
LEGAL DEPT
1 CHASE MANHATTAN PLAZA 26TH
FL
NEW YORK, NY 10081

Docketed Total: $874,448.21

Allowed Total: $857,771.97

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $299,723.41 | | $574,724.80 |
| | **$299,723.41** | | **$574,724.80** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $857,771.97 |
| | | | **$857,771.97** |

---

**Claim: 10971**
Date Filed: 07/26/2006
Docketed Total: $332,442.44
Filing Creditor Name and Address:
EATON AEROQUIP DE MEXICO
SA DE CV
1111 SUPERIOR AVE
CLEVELAND, OH 44114-2584

Claim Holder Name and Address

EATON AEROQUIP DE MEXICO SA
DE CV
1111 SUPERIOR AVE
CLEVELAND, OH 44114-2584

Docketed Total: $332,442.44

Allowed Total: $130,456.03

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $332,442.44 |
| | | | **$332,442.44** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $130,456.03 |
| | | | **$130,456.03** |

---

**Claim: 6809**
Date Filed: 05/25/2006
Docketed Total: $740,224.29
Filing Creditor Name and Address:
EATON CORPORATION
DBA REVENUE MANAGEMENT
1 UNIVERSITY PLAZA NO 312
HACKENSACK, NJ 07601

Claim Holder Name and Address

LIQUIDITY SOLUTIONS INC AS
ASSIGNEE OF EATON
CORPORATION
DBA REVENUE MANAGEMENT
1 UNIVERSITY PLAZA NO 312
HACKENSACK, NJ 07601

Docketed Total: $740,224.29

Allowed Total: $583,936.24

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $740,224.29 |
| | | | **$740,224.29** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $583,936.24 |
| | | | **$583,936.24** |

---

\*     See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

### EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 10908**
Date Filed:    07/26/2006
Docketed Total:    $4,692.90
Filing Creditor Name and Address:
    EATON ELECTRICAL
    1111 SUPERIOR AVE
    CLEVELAND, OH 44114-2584

Claim Holder Name and Address
    EATON ELECTRICAL          Docketed Total:    $4,692.90
    1111 SUPERIOR AVE
    CLEVELAND, OH 44114-2584

Allowed Total:    $4,692.90

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $4,692.90 |
| | | | **$4,692.90** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,692.90 |
| | | | **$4,692.90** |

---

**Claim: 11029**
Date Filed:    07/26/2006
Docketed Total:    $1,865.03
Filing Creditor Name and Address:
    EATON HYDRAULICS INC
    EATON CORPORATION
    1111 SUPERIOR AVE
    CLEVELAND, OH 44114-2584

Claim Holder Name and Address
    EATON HYDRAULICS INC          Docketed Total:    $1,865.03
    EATON CORPORATION
    1111 SUPERIOR AVE
    CLEVELAND, OH 44114-2584

Allowed Total:    $1,865.03

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,865.03 |
| | | | **$1,865.03** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,865.03 |
| | | | **$1,865.03** |

---

**Claim: 10970**
Date Filed:    07/26/2006
Docketed Total:    $14,019.41
Filing Creditor Name and Address:
    EATON YALE LTD
    1111 SUPERIOR AVE
    CLEVELAND, OH 44114-2584

Claim Holder Name and Address
    EATON YALE LTD          Docketed Total:    $14,019.41
    1111 SUPERIOR AVE
    CLEVELAND, OH 44114-2584

Allowed Total:    $7,500.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $14,019.41 |
| | | | **$14,019.41** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $7,500.00 |
| | | | **$7,500.00** |

---

**Claim: 3738**
Date Filed:    05/01/2006
Docketed Total:    $50,374.12
Filing Creditor Name and Address:
    MOLDTECH INC
    1900 COMMERCE PKY
    LANCASTER, NY 14086

Claim Holder Name and Address
    MOLDTECH INC          Docketed Total:    $50,374.12
    1900 COMMERCE PKY
    LANCASTER, NY 14086

Allowed Total:    $46,544.80

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $50,374.12 |
| | | | **$50,374.12** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $46,544.80 |
| | | | **$46,544.80** |

---

\*       See Exhibit E for a listing of debtor entities by case number.

\*\*      "UNL" denotes an unliquidated claim.

### EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 10411<br>Date Filed:   07/24/2006<br>Docketed Total:   $157,011.51<br>Filing Creditor Name and Address:<br>PHELPS DODGE MAGNET WIRE CO<br>ONE N CENTRAL AVE<br>PHOENIX, AZ 85004 | Claim Holder Name and Address<br><br>HAIN CAPITAL HOLDINGS LLC      Docketed Total:    $157,011.51<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070<br><br>**Case Number\*** | **Secured** | **Priority** | **Unsecured**<br>05-44640 | | | $157,011.51<br>$157,011.51 | Allowed Total:    $150,301.40<br><br>**Case Number\*** | **Secured** | **Priority** | **Unsecured**<br>05-44640 | | | $150,301.40<br>$150,301.40 |
| Claim: 590<br>Date Filed:   11/15/2005<br>Docketed Total:   $29,390.33<br>Filing Creditor Name and Address:<br>SANDVIK MATERIALS TECHNOLOGY<br>8 PARK CTR STE 200<br>OWINGS MILLS, MD 21117 | Claim Holder Name and Address<br><br>SANDVIK MATERIALS      Docketed Total:    $29,390.33<br>TECHNOLOGY<br>8 PARK CTR STE 200<br>OWINGS MILLS, MD 21117<br><br>**Case Number\*** | **Secured** | **Priority** | **Unsecured**<br>05-44481 | | | $29,390.33<br>$29,390.33 | Allowed Total:    $17,987.25<br><br>**Case Number\*** | **Secured** | **Priority** | **Unsecured**<br>05-44640 | | | $17,987.25<br>$17,987.25 |
| Claim: 5907<br>Date Filed:   05/16/2006<br>Docketed Total:   $64,430.50<br>Filing Creditor Name and Address:<br>SCHAEFFLER KG<br>SCHAEFFLER ACCOUNTING SERVICES<br>GEORG SCHAFER STR 30<br>SCHWEINFURT, 97421<br>GERMANY | Claim Holder Name and Address<br><br>SCHAEFFLER KG      Docketed Total:    $64,430.50<br>SCHAEFFLER ACCOUNTING SERVICES<br>GEORG SCHAFER STR 30<br>SCHWEINFURT, 97421<br>GERMANY<br><br>**Case Number\*** | **Secured** | **Priority** | **Unsecured**<br>05-44481 | | | $64,430.50<br>$64,430.50 | Allowed Total:    $16,719.87<br><br>**Case Number\*** | **Secured** | **Priority** | **Unsecured**<br>05-44640 | | | $16,719.87<br>$16,719.87 |

\*      See Exhibit E for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

## EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 1726**
Date Filed: 01/31/2006
Docketed Total: $5,849.70
Filing Creditor Name and Address:
SIERRA INTERNATIONAL INC
155 SOUTH LIMERICK RD
LIMERICK, PA 19468-1699

Claim Holder Name and Address
BEAR STEARNS INVESTMENT PRODUCTS INC
CO JPMORGAN CHASE BANK NA
LEGAL DEPT
1 CHASE MANHATTAN PLAZA 26TH FL
NEW YORK, NY 10081

Docketed Total: $5,849.70

Allowed Total: $3,333.70

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $629.00 | | $5,220.70 | 05-44640 | | | $3,333.70 |
| | **$629.00** | | **$5,220.70** | | | | **$3,333.70** |

**Claim: 1728**
Date Filed: 01/31/2006
Docketed Total: $212,632.48
Filing Creditor Name and Address:
TELEFLEX AUTOMOTIVE MANUFACTURING CORPORATION
155 S LIMERICK RD
LIMERICK, PA 19468-1699

Claim Holder Name and Address
BEAR STEARNS INVESTMENT PRODUCTS INC
CO JPMORGAN CHASE BANK NA
LEGAL DEPT
1 CHASE MANHATTAN PLAZA 26TH FL
NEW YORK, NY 10081

Docketed Total: $212,632.48

Allowed Total: $181,558.42

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $64,731.84 | | $147,900.64 | 05-44640 | | | $181,558.42 |
| | **$64,731.84** | | **$147,900.64** | | | | **$181,558.42** |

**Claim: 1703**
Date Filed: 01/30/2006
Docketed Total: $59,962.24
Filing Creditor Name and Address:
TELEFLEX INCORPORATED DBA TELEFLEX MORSE
155 SOUTH LIMERICK RD
LIMERICK, PA 19468-1699

Claim Holder Name and Address
BEAR STEARNS INVESTMENT PRODUCTS INC
CO JPMORGAN CHASE BANK NA
LEGAL DEPT
1 CHASE MANHATTAN PLAZA 26TH FL
NEW YORK, NY 10081

Docketed Total: $59,962.24

Allowed Total: $47,395.10

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $27,431.68 | | $32,530.56 | 05-44640 | | | $47,395.10 |
| | **$27,431.68** | | **$32,530.56** | | | | **$47,395.10** |

\*       See Exhibit E for a listing of debtor entities by case number.

\*\*      "UNL" denotes an unliquidated claim.

## EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 11681<br>Date Filed:  07/27/2006<br>Docketed Total:  $2,227,147.77<br>Filing Creditor Name and Address:<br>TESA AG<br>JAMES J DECRISTOFARO ESQ<br>LOVELLS<br>590 MADISON AVE<br>NEW YORK, NY 10022 | Claim Holder Name and Address<br><br>TESA AG<br>JAMES J DECRISTOFARO ESQ<br>LOVELLS<br>590 MADISON AVE<br>NEW YORK, NY 10022 | Docketed Total: | | $2,227,147.77 | | Allowed Total: | | $1,837,259.20 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | $151,257.61 | UNL | $2,075,890.16 | 05-44640 | | | $1,837,259.20 |
| | | **$151,257.61** | **UNL** | **$2,075,890.16** | | | | **$1,837,259.20** |
| Claim: 8139<br>Date Filed:  06/19/2006<br>Docketed Total:  $44,754.00<br>Filing Creditor Name and Address:<br>THE BRIX GROUP INC<br>541 DIVISION ST<br>CAMPBELL, CA 95008 | Claim Holder Name and Address<br><br>THE BRIX GROUP INC<br>541 DIVISION ST<br>CAMPBELL, CA 95008 | Docketed Total: | | $44,754.00 | | Allowed Total: | | $27,595.51 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-47474 | | | $44,754.00 | 05-47474 | | | $27,595.51 |
| | | | | **$44,754.00** | | | | **$27,595.51** |
| Claim: 16375<br>Date Filed:  10/19/2006<br>Docketed Total:  $595,386.02<br>Filing Creditor Name and Address:<br>TPO DISPLAYS USA INC FKA<br>MOBILE DISPLAY SYSTEMS<br>KIRKPATRICK & LOCKHART<br>NICHOLSON GRAHAM LLP<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022 | Claim Holder Name and Address<br><br>TPO DISPLAYS USA INC FKA<br>MOBILE DISPLAY SYSTEMS<br>KIRKPATRICK & LOCKHART<br>NICHOLSON GRAHAM LLP<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022 | Docketed Total: | | $595,386.02 | | Allowed Total: | | $413,423.52 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44481 | | | $595,386.02 | 05-44640 | | | $413,423.52 |
| | | | | **$595,386.02** | | | | **$413,423.52** |

|  |  |
|---|---|
| | **Total Claims To Be Allowed: 16** |
| | **Total Amount As Docketed:**    $5,414,630.95 |
| | **Total Amount As Allowed:**    $4,328,340.94 |

\*      See Exhibit E for a listing of debtor entities by case number.

\*\*      "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**                                    **Thirty-Third Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT D - CLAIM TO BE EXPUNGED PURSUANT TO SETTLEMENT

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MOBILE DISPLAY SYSTEMS<br>C/O ROBERT N MICHAELSON ESQ<br>KIRKPATRICK & LOCKHART<br>NICHOLSON GRAHAM LLP<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022 | 14295 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$124,961.82<br>$124,961.82 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| **Total:** | **1** | | **$124,961.82** | | |

In re Delphi Corporation, <u>et al.</u>                                    **Thirty-Third Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

**Exhibit E - Debtor Entity Reference**

| CASE NUMBER | DEBTOR ENTITY |
|---|---|
| 05-44481 | DELPHI CORPORATION |
| 05-47474 | MOBILEARIA, INC. |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |

Exhibit F - Claimants And Related Claims And Scheduled Liabilities Subject To Thirty-Third Omnibus Claims Objection

| Claim Holder | Claim/Scheduled Liability | Exhibit |
|---|---|---|
| ALBRECHT DONALD D | 12117 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| ALBRECHT JAMES W | 10416656 | EXHIBIT A-2 - SERP SCHEDULED LIABILITIES SUBJECT TO MODIFICATION |
| ANDERSON JON R | 6693 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| ANDERSON MICHAEL O | 10416633 | EXHIBIT A-2 - SERP SCHEDULED LIABILITIES SUBJECT TO MODIFICATION |
| ARNDT FREDERICK P | 10416651 | EXHIBIT A-2 - SERP SCHEDULED LIABILITIES SUBJECT TO MODIFICATION |
| ARNOLD THOMAS B | 9683 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| BANK WAYNE H | 10854 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| BEAR STEARNS INVESTMENT PRODUCTS INC | 1703 | EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION |
| BEAR STEARNS INVESTMENT PRODUCTS INC | 1704 | EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION |
| BEAR STEARNS INVESTMENT PRODUCTS INC | 1726 | EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION |
| BEAR STEARNS INVESTMENT PRODUCTS INC | 1728 | EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION |
| BECK BRUCE T | 9657 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| BREMER RICHARD J | 9833 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| BROOKS GARY J | 12097 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| BROOKS GARY J | 12099 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| BROOKS GARY J | 12100 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| BROOKS GARY J | 12101 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| BROOKS GARY J | 12102 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| BROOKS GARY J & KATHLEEN L | 12103 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| BYERS,CATHERINE | 10416752 | EXHIBIT A-2 - SERP SCHEDULED LIABILITIES SUBJECT TO MODIFICATION |
| CAPRO LTD | 1704 | EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION |
| CHAO KEH-CHUNG M | 10416736 | EXHIBIT A-2 - SERP SCHEDULED LIABILITIES SUBJECT TO MODIFICATION |
| COLLINS WILLIAM L | 10852 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| COTTEN CHARLES A | 16769 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| COY RAMSEY | 16828 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| CRACRAFT LARRY F | 10605 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| CRACRAFT LARRY F | 13596 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| DETTINGER ROBERT E | 16772 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| DRURY DAVID L | 9608 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| DRURY DAVID L | 9609 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| DRURY DAVID L | 9610 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| DRURY DAVID L | 9611 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| DRURY DAVID L | 9612 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |

Exhibit F - Claimants And Related Claims And Scheduled Liabilities Subject To Thirty-Third Omnibus Claims Objection

| Claim Holder | Claim/Scheduled Liability | Exhibit |
|---|---|---|
| DRURY DAVID L | 9613 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| EATON AEROQUIP DE MEXICO SA DE CV | 10971 | EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION |
| EATON CORPORATION | 6809 | EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION |
| EATON ELECTRICAL | 10908 | EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION |
| EATON HYDRAULICS INC | 11029 | EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION |
| EATON YALE LTD | 10970 | EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION |
| FAGAN ROBERT W | 10416747 | EXHIBIT A-2 - SERP SCHEDULED LIABILITIES SUBJECT TO MODIFICATION |
| FATZINGER ROBERT L | 10826 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| FATZINGER ROBERT L | 13506 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| FAULKNER DEAN L | 10416721 | EXHIBIT A-2 - SERP SCHEDULED LIABILITIES SUBJECT TO MODIFICATION |
| FLANAGAN JAMES P | 10416720 | EXHIBIT A-2 - SERP SCHEDULED LIABILITIES SUBJECT TO MODIFICATION |
| GOLDSWEIG DAVID N | 16767 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| GOLICK EDWARD A | 9536 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| GORDON PATRICIA A | 9229 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| HAIN CAPITAL HOLDINGS LLC | 10411 | EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION |
| HANDLEY RALPH E | 15802 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| HEGSTROM JAMES B | 10413 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| HEILMAN GERALD D | 16795 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| HELM WESLEY D | 11033 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| HENDRICKSON | 16718 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| HENDRICKSON DAVID | 16713 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| HENDRICKSON DAVID M | 16719 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| HENDRICKSON DAVID M | 16720 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| HERREN WILLIAM R | 11944 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| HODITS JR FRANK W | 10560 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| HODITS JR FRANK W | 13493 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| HODITS JR FRANK W | 13494 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| HODITS JR FRANK W | 14035 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| HODITS JR FRANK W | 14036 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| HOLDEN JOHN DONALDSON | 13463 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| HOLLASCH KURT D | 10562 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| HOLLASCH KURT D | 10563 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| HOLLASCH KURT D | 10564 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| HOLLASCH KURT D | 11161 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| HOLLASCH KURT D | 9439 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |

Exhibit F - Claimants And Related Claims And Scheduled Liabilities Subject To Thirty-Third Omnibus Claims Objection

| Claim Holder | Claim/Scheduled Liability | Exhibit |
|---|---|---|
| HOLLASCH KURT D | 9666 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| HOLMES JOHN R | 9600 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| HOSSENLOPP PETER M | 12150 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| HUSAR JR MICHAEL A | 5385 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| ICKES ARTHUR D | 5298 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| JACKSON JERRY F | 16798 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| JOHNSON,ROBERT | 10417038 | EXHIBIT A-2 - SERP SCHEDULED LIABILITIES SUBJECT TO MODIFICATION |
| JULIUS MICHAEL L | 16774 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| KARVONEN THOMAS D | 9834 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| KARVONEN THOMAS D | 9835 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| KAYE,DIANE L | 10416754 | EXHIBIT A-2 - SERP SCHEDULED LIABILITIES SUBJECT TO MODIFICATION |
| KELLER NORBERT L | 10416683 | EXHIBIT A-2 - SERP SCHEDULED LIABILITIES SUBJECT TO MODIFICATION |
| KRIEGER HARVEY J | 9817 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| KRIEGER HARVEY J | 9818 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| LAWRENCE SUSAN K | 10416693 | EXHIBIT A-2 - SERP SCHEDULED LIABILITIES SUBJECT TO MODIFICATION |
| LEE ANTHONY | 10416750 | EXHIBIT A-2 - SERP SCHEDULED LIABILITIES SUBJECT TO MODIFICATION |
| LEVIJOKI W ALAN | 8759 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| LIENESCH JOHN H | 9867 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| LIND,RICHARD | 10417039 | EXHIBIT A-2 - SERP SCHEDULED LIABILITIES SUBJECT TO MODIFICATION |
| LININGER CHARLES D | 12119 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| LIPPA MICHAEL R | 9977 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| LIPPA MICHAEL R | 9978 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| LIPPA MICHAEL R | 9979 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF EATON CORPORATION | 6809 | EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION |
| MALANGA RONALD R | 16779 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| MARQUIS TERRY L | 9287 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| MARQUIS TERRY L | 9288 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| MARQUIS TERRY L | 9289 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| MARQUIS TERRY L | 9290 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| MARQUIS TERRY L | 9291 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| MARQUIS TERRY L | 9292 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |

Exhibit F - Claimants And Related Claims And Scheduled Liabilities Subject To Thirty-Third Omnibus Claims Objection

| Claim Holder | Claim/Scheduled Liability | Exhibit |
|---|---|---|
| MAYNE JIMMY C | 9659 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| MEAD DENNIS M | 9974 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| MILLER SHARON L | 10416675 | EXHIBIT A-2 - SERP SCHEDULED LIABILITIES SUBJECT TO MODIFICATION |
| MOBILE DISPLAY SYSTEMS | 14295 | EXHIBIT D - CLAIM TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| MOBLEY MD EVELYN H | 4443 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| MOLDTECH INC | 3738 | EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION |
| MONTGOMERY SHARON | 9213 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| NORTHERN,EDWARD | 10417037 | EXHIBIT A-2 - SERP SCHEDULED LIABILITIES SUBJECT TO MODIFICATION |
| ONEILL BRIAN P | 11226 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| PHELPS DODGE MAGNET WIRE CO | 10411 | EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION |
| RAUSCH CARL G | 16013 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| RIES THOMAS E | 16799 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| RIES THOMAS E | 16800 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| RITZENTHALER FRANCIS H | 8939 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| RITZENTHALER FRANCIS H | 8940 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| RITZENTHALER FRANCIS H | 8941 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| RITZENTHALER FRANCIS H | 8942 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| RITZENTHALER FRANCIS H | 8947 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| RITZENTHALER FRANCIS H | 8948 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| ROBINSON JOHN H | 7412 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| RODEMAN DONALD W | 5790 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| RODEMAN DONALD W | 5791 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| RODEMAN DONALD W | 5792 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| RODEMAN DONALD W | 5793 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| ROSE CHARLES L | 11119 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| ROSE MICHAEL P | 9662 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| ROWLEY ALAN BOYD | 7192 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| SANDVIK MATERIALS TECHNOLOGY | 590 | EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION |
| SCHAEFFLER KG | 5907 | EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION |
| SHAFFER LOWELL K | 16110 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| SHOLL J D AND SHOLL ROSEMARIE S | 10572 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| SIERRA INTERNATIONAL INC | 1726 | EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION |
| SLETVOLD JR GEORGE J | 10416712 | EXHIBIT A-2 - SERP SCHEDULED LIABILITIES SUBJECT TO MODIFICATION |
| SMITH RAYMOND C | 11909 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| SOSNOWCHIK THOMAS J | 10765 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |

Exhibit F - Claimants And Related Claims And Scheduled Liabilities Subject To Thirty-Third Omnibus Claims Objection

| Claim Holder | Claim/Scheduled Liability | Exhibit |
|---|---|---|
| SOSNOWCHIK THOMAS J | 16704 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| SOSNOWCHIK THOMAS J | 16710 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| SOSNOWCHIK THOMAS J | 16712 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| SOSNOWCHIK THOMAS J | 16715 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| SPELMAN WILLIAM C | 15998 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| STRANEY PATRICK J | 16722 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| STRANEY PATRICK J | 16723 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| STRANEY PATRICK J | 8781 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| TELEFLEX AUTOMOTIVE MANUFACTURING CORPORATION | 1728 | EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION |
| TELEFLEX INCORPORATED DBA TELEFLEX MORSE | 1703 | EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION |
| TESA AG | 11681 | EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION |
| THE BRIX GROUP INC | 8139 | EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION |
| TPO DISPLAYS USA INC FKA MOBILE DISPLAY SYSTEMS | 16375 | EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION |
| VANDENBERG FREDERIC P | 8575 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| WANDER,JANET | 10416756 | EXHIBIT A-2 - SERP SCHEDULED LIABILITIES SUBJECT TO MODIFICATION |
| WARREN WILLIAM S | 7793 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| WILHELM JR RALPH V | 16804 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| WINGEIER KENNETH G | 9800 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| WINGEIER KENNETH G | 9801 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| WINGEIER KENNETH G | 9802 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| WINGEIER KENNETH G | 9803 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| WINGEIER KENNETH G | 9804 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| WINGEIER KENNETH G | 9805 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
        In re                             :        Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :        Case No. 05-44481 (RDD)
                                          :
                        Debtors.          :        (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:


        Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession
in the above-captioned cases (collectively, the "Debtors"), are sending you this notice. According to the
Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases. Based upon
the Debtors' review of your proof or proofs of claim or scheduled liability, the Debtors have determined
that one or more of your "Claims," as such term is defined in 11 U.S.C. § 101(5), identified in the table
below should be disallowed and expunged, or modified and allowed as summarized in the table and
described in more detail in the Debtors' Thirty-Third Omnibus Objection Pursuant To 11 U.S.C. § 502(b)
And Fed. R. Bankr. P. 3007 Regarding (A) SERP Claims And Scheduled Liabilities Subject To
Modification, (B) Duplicate Or Amended SERP Claims, (C) Claims Subject To Modification, And (D)
Claim To Be Expunged Pursuant To Settlement (the "Thirty-Third Omnibus Claims Objection"), dated
December 22, 2008, a copy of which is enclosed (without exhibits). The Debtors' Thirty-Third Omnibus
Claims Objection is set for hearing on January 27, 2009 at 10:00 a.m. (prevailing Eastern time) before the
Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York (the
"Bankruptcy Court"), One Bowling Green, Room 610, New York, New York 10004.  AS FURTHER
DESCRIBED IN THE ENCLOSED THIRTY-THIRD OMNIBUS CLAIMS OBJECTION AND
BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE DEBTORS' OBJECTION TO YOUR
CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON January 20, 2009.  IF YOU DO NOT
RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE
RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER
THAN NOTICE OF ENTRY OF AN ORDER.

        The enclosed Thirty-Third Omnibus Claims Objection identifies four different categories of
objections.  The category of claim objection applicable to you is identified in the table below in the
column entitled "Basis For Objection":

        Claims identified as having a Basis For Objection of "SERP Claims Subject To
        Modification" are those Claims with respect to each of which the Debtors, together with
        the persons asserting such Claims (the "SERP Claim Holders"), have reached a
        settlement in principle with respect to the proper amount and classification of each SERP
        Claim Subject To Modification and the proper Debtor liable for each such Claim.

Accordingly, the Debtors seek to convert the amount of each SERP Claim Subject To Modification to a fully liquidated amount agreed to between the Debtors and the SERP Claim Holder and seek to have such Claim allowed in that agreed-upon amount as an unsecured claim against the stated Debtor.

Claims identified as having a Basis For Objection of "SERP Scheduled Liabilities Subject To Modification" are those Claims listed on the Debtors' Schedules of Assets and Liabilities filed with the Bankruptcy Court on January 20, 2006 and subsequently amended on February 1, 2006, April 18, 2006, October 12, 2007, January 17, 2008, and October 10, 2008 (the "Scheduled Liabilities") with respect to each of which the Debtors, together with the claimants to which such Scheduled Liabilities are owing (each, a "SERP Scheduled Party"), have reached a settlement in principle with respect to the proper amount and classification of each SERP Scheduled Liability Subject To Modification and the proper Debtor liable for each such Claim.  Accordingly, the Debtors seek to convert the amount of each SERP Scheduled Liability Subject To Modification to a fully liquidated amount agreed to between the Debtors and the SERP Scheduled Party and seek to have such Claim allowed in that agreed-upon amount as an unsecured claim against the stated Debtor.

The Claims identified as having a Basis For Objection of "Duplicate Or Amended SERP Claims" under the column heading "SERP Claim To Be Expunged" are either duplicates of other SERP Claims filed with this Court or have been amended or superseded by later-filed SERP Claims.

Claims identified as having a Basis For Objection of "Claims Subject To Modification" are those Claims with respect to each of which the Debtors, together with the current holders and, as applicable, the original claimants asserting such Claims (the "Claimants"), have reached a settlement in principle with respect to the proper amount and classification of each Claim Subject To Modification and the proper Debtor liable for each such Claim.  Accordingly, the Debtors seek to convert the amount of each Claim Subject To Modification to a fully liquidated amount agreed to between the Debtors and the Claimant and seek to have such Claim allowed in that agreed-upon amount as an unsecured claim against the stated Debtor.

The Claim identified as having a Basis For Objection of "Claim To Be Expunged Pursuant To Settlement" is a Claim that asserts liabilities or dollar amounts that are not owing pursuant to a settlement in principle with the holder of such Claim.

| Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Allowed Debtor | Allowed Amount | Allowed Nature |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

If you wish to view the complete exhibits to the Thirty-Third Omnibus Claims Objection, you can do so at www.delphidocket.com. If you have any questions about this notice or the Thirty-Third Omnibus Claims Objection to your Claim, please contact the Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton). Questions regarding the amount of a Claim or the filing of a Claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE DEBTORS' OBJECTION AS SET FORTH ABOVE. A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH. THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Thirty-Third Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern time) on January 20, 2009. Your Response, if any, to the Thirty-Third Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-

3

based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 632, New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed, (ii) the name of the claimant and a brief description of the basis for the amount of the Claim, (iii) a concise statement setting forth the reasons why the Claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Thirty-Third Omnibus Claims Objection, (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim, (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate, and (vi) the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the January 27, 2009 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order. With respect to all uncontested objections, the Debtors have requested that the Court conduct a final hearing on January 27, 2009 at 10:00 a.m. (prevailing Eastern time).

IF YOUR PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION. PURSUANT TO THE CLAIMS OBJECTION PROCEDURES ORDER, THE DEBTORS MAY ELECT, IN THEIR SOLE DISCRETION, TO ACCEPT SUCH AMOUNT PROVISIONALLY AS THE ESTIMATED AMOUNT OF YOUR PROOF OF CLAIM PURSUANT TO SECTION 502(c) OF THE BANKRUPTCY CODE FOR ALL PURPOSES OTHER THAN ALLOWANCE, BUT INCLUDING VOTING AND ESTABLISHING RESERVES FOR PURPOSES OF DISTRIBUTION UNDER A REORGANIZATION PLAN. YOUR PROOF OF CLAIM WOULD REMAIN SUBJECT TO FURTHER OBJECTION AND REDUCTION, AS APPROPRIATE, AND TO SECTION 502(j) OF THE BANKRUPTCY CODE. THE DEBTORS' ELECTION WOULD BE MADE BY SERVING YOU WITH A NOTICE IN THE FORM ATTACHED TO THE CLAIMS OBJECTION PROCEDURES ORDER.

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE THIRTY-THIRD OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE THIRTY-THIRD OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from sustaining a Claim against the Debtors.

[Claimant Name]
[Address 1]
[Address 2] [Address 3]
[City], [State] [Zip]
[Country]

Dated:  New York, New York
        December 22, 2008

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                           :
        In re                              :    Chapter 11
                                           :
DELPHI CORPORATION, et al.,                :    Case No. 05-44481 (RDD)
                                           :
                    Debtors.               :    (Jointly Administered)
                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:


        Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), are sending you this notice. According to the Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases. Based upon the Debtors' review of your proof or proofs of claim or scheduled liability, the Debtors have determined that one or more of your "Claims," as such term is defined in 11 U.S.C. § 101(5), identified in the table below should be disallowed and expunged, or modified and allowed as summarized in the table and described in more detail in the Debtors' Thirty-Third Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Regarding (A) SERP Claims And Scheduled Liabilities Subject To Modification, (B) Duplicate Or Amended SERP Claims, (C) Claims Subject To Modification, And (D) Claim To Be Expunged Pursuant To Settlement (the "Thirty-Third Omnibus Claims Objection"), dated December 22, 2008, a copy of which is enclosed (without exhibits). The Debtors' Thirty-Third Omnibus Claims Objection is set for hearing on January 27, 2009 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), One Bowling Green, Room 610, New York, New York 10004. AS FURTHER DESCRIBED IN THE ENCLOSED THIRTY-THIRD OMNIBUS CLAIMS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON January 20, 2009. IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

        The enclosed Thirty-Third Omnibus Claims Objection identifies four different categories of objections. The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

        Claims identified as having a Basis For Objection of "SERP Claims Subject To Modification" are those Claims with respect to each of which the Debtors, together with the persons asserting such Claims (the "SERP Claim Holders"), have reached a settlement in principle with respect to the proper amount and classification of each SERP Claim Subject To Modification and the proper Debtor liable for each such Claim.

Accordingly, the Debtors seek to convert the amount of each SERP Claim Subject To Modification to a fully liquidated amount agreed to between the Debtors and the SERP Claim Holder and seek to have such Claim allowed in that agreed-upon amount as an unsecured claim against the stated Debtor.

Claims identified as having a Basis For Objection of "SERP Scheduled Liabilities Subject To Modification" are those Claims listed on the Debtors' Schedules of Assets and Liabilities filed with the Bankruptcy Court on January 20, 2006 and subsequently amended on February 1, 2006, April 18, 2006, October 12, 2007, January 17, 2008, and October 10, 2008 (the "Scheduled Liabilities") with respect to each of which the Debtors, together with the claimants to which such Scheduled Liabilities are owing (each, a "SERP Scheduled Party"), have reached a settlement in principle with respect to the proper amount and classification of each SERP Scheduled Liability Subject To Modification and the proper Debtor liable for each such Claim.  Accordingly, the Debtors seek to convert the amount of each SERP Scheduled Liability Subject To Modification to a fully liquidated amount agreed to between the Debtors and the SERP Scheduled Party and seek to have such Claim allowed in that agreed-upon amount as an unsecured claim against the stated Debtor.

The Claims identified as having a Basis For Objection of "Duplicate Or Amended SERP Claims" under the column heading "SERP Claim To Be Expunged" are either duplicates of other SERP Claims filed with this Court or have been amended or superseded by later-filed SERP Claims.

Claims identified as having a Basis For Objection of "Claims Subject To Modification" are those Claims with respect to each of which the Debtors, together with the current holders and, as applicable, the original claimants asserting such Claims (the "Claimants"), have reached a settlement in principle with respect to the proper amount and classification of each Claim Subject To Modification and the proper Debtor liable for each such Claim.  Accordingly, the Debtors seek to convert the amount of each Claim Subject To Modification to a fully liquidated amount agreed to between the Debtors and the Claimant and seek to have such Claim allowed in that agreed-upon amount as an unsecured claim against the stated Debtor.

The Claim identified as having a Basis For Objection of "Claim To Be Expunged Pursuant To Settlement" is a Claim that asserts liabilities or dollar amounts that are not owing pursuant to a settlement in principle with the holder of such Claim.

| Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Treatment Of Claim |
|------------|--------------|-----------------------|---------------------|--------------------|
|            |              |                       |                     |                    |

    If you wish to view the complete exhibits to the Thirty-Third Omnibus Claims Objection, you can do so at www.delphidocket.com.  If you have any questions about this notice or the Thirty-Third Omnibus Claims Objection to your Claim, please contact the Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and

Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Thirty-Third Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern time) on January 20, 2009. Your Response, if any, to the Thirty-Third Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 632, New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed, (ii) the name of the claimant and a brief description of the basis for the amount of the Claim, (iii) a concise statement setting forth the reasons why the Claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Thirty-Third Omnibus Claims Objection, (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim, (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate, and (vi) the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the January 27, 2009 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order.  With respect to all uncontested objections, the

3

Debtors have requested that the Court conduct a final hearing on January 27, 2009 at 10:00 a.m. (prevailing Eastern time).

      IF YOUR PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.  PURSUANT TO THE CLAIMS OBJECTION PROCEDURES ORDER, THE DEBTORS MAY ELECT, IN THEIR SOLE DISCRETION, TO ACCEPT SUCH AMOUNT PROVISIONALLY AS THE ESTIMATED AMOUNT OF YOUR PROOF OF CLAIM PURSUANT TO SECTION 502(c) OF THE BANKRUPTCY CODE FOR ALL PURPOSES OTHER THAN ALLOWANCE, BUT INCLUDING VOTING AND ESTABLISHING RESERVES FOR PURPOSES OF DISTRIBUTION UNDER A REORGANIZATION PLAN.  YOUR PROOF OF CLAIM WOULD REMAIN SUBJECT TO FURTHER OBJECTION AND REDUCTION, AS APPROPRIATE, AND TO SECTION 502(j) OF THE BANKRUPTCY CODE.  THE DEBTORS' ELECTION WOULD BE MADE BY SERVING YOU WITH A NOTICE IN THE FORM ATTACHED TO THE CLAIMS OBJECTION PROCEDURES ORDER.

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE THIRTY-THIRD OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE THIRTY-THIRD OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from sustaining a Claim against the Debtors.

[Claimant Name]
[Address 1]
[Address 2] [Address 3]
[City], [State] [Zip]
[Country]

Dated:  New York, New York
        December 22, 2008

5

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
       In re                                  :        Chapter 11
                                              :
DELPHI CORPORATION, et al.,                   :        Case No. 05-44481 (RDD)
                                              :
                              Debtors.        :        (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - x


NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:


        Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession
in the above-captioned cases (collectively, the "Debtors"), are sending you this notice.  According to the
Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases.  Based upon
the Debtors' review of your proof or proofs of claim or scheduled liability, the Debtors have determined
that one or more of your "Claims," as such term is defined in 11 U.S.C. § 101(5), identified in the table
below should be disallowed and expunged, or modified and allowed as summarized in the table and
described in more detail in the Debtors' Thirty-Third Omnibus Objection Pursuant To 11 U.S.C. § 502(b)
And Fed. R. Bankr. P. 3007 Regarding (A) SERP Claims And Scheduled Liabilities Subject To
Modification, (B) Duplicate Or Amended SERP Claims, (C) Claims Subject To Modification, And (D)
Claim To Be Expunged Pursuant To Settlement (the "Thirty-Third Omnibus Claims Objection"), dated
December 22, 2008, a copy of which is enclosed (without exhibits).  The Debtors' Thirty-Third Omnibus
Claims Objection is set for hearing on January 27, 2009 at 10:00 a.m. (prevailing Eastern time) before the
Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York (the
"Bankruptcy Court"), One Bowling Green, Room 610, New York, New York 10004.  AS FURTHER
DESCRIBED IN THE ENCLOSED THIRTY-THIRD OMNIBUS CLAIMS OBJECTION AND
BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE DEBTORS' OBJECTION TO YOUR
CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON January 20, 2009.  IF YOU DO NOT
RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE
RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER
THAN NOTICE OF ENTRY OF AN ORDER.

        The enclosed Thirty-Third Omnibus Claims Objection identifies four different categories of
objections.  The category of claim objection applicable to you is identified in the table below in the
column entitled "Basis For Objection":

        Claims identified as having a Basis For Objection of "SERP Claims Subject To
        Modification" are those Claims with respect to each of which the Debtors, together with

the persons asserting such Claims (the "SERP Claim Holders"), have reached a settlement in principle with respect to the proper amount and classification of each SERP Claim Subject To Modification and the proper Debtor liable for each such Claim. Accordingly, the Debtors seek to convert the amount of each SERP Claim Subject To Modification to a fully liquidated amount agreed to between the Debtors and the SERP Claim Holder and seek to have such Claim allowed in that agreed-upon amount as an unsecured claim against the stated Debtor.

Claims identified as having a Basis For Objection of "SERP Scheduled Liabilities Subject To Modification" are those Claims listed on the Debtors' Schedules of Assets and Liabilities filed with the Bankruptcy Court on January 20, 2006 and subsequently amended on February 1, 2006, April 18, 2006, October 12, 2007, January 17, 2008, and October 10, 2008 (the "Scheduled Liabilities") with respect to each of which the Debtors, together with the claimants to which such Scheduled Liabilities are owing (each, a "SERP Scheduled Party"), have reached a settlement in principle with respect to the proper amount and classification of each SERP Scheduled Liability Subject To Modification and the proper Debtor liable for each such Claim. Accordingly, the Debtors seek to convert the amount of each SERP Scheduled Liability Subject To Modification to a fully liquidated amount agreed to between the Debtors and the SERP Scheduled Party and seek to have such Claim allowed in that agreed-upon amount as an unsecured claim against the stated Debtor.

The Claims identified as having a Basis For Objection of "Duplicate Or Amended SERP Claims" under the column heading "SERP Claim To Be Expunged" are either duplicates of other SERP Claims filed with this Court or have been amended or superseded by later-filed SERP Claims.

Claims identified as having a Basis For Objection of "Claims Subject To Modification" are those Claims with respect to each of which the Debtors, together with the current holders and, as applicable, the original claimants asserting such Claims (the "Claimants"), have reached a settlement in principle with respect to the proper amount and classification of each Claim Subject To Modification and the proper Debtor liable for each such Claim. Accordingly, the Debtors seek to convert the amount of each Claim Subject To Modification to a fully liquidated amount agreed to between the Debtors and the Claimant and seek to have such Claim allowed in that agreed-upon amount as an unsecured claim against the stated Debtor.

2

The Claim identified as having a Basis For Objection of "Claim To Be Expunged Pursuant To Settlement" is a Claim that asserts liabilities or dollar amounts that are not owing pursuant to a settlement in principle with the holder of such Claim.

| Scheduled Liability Number | Scheduled Liability Docketed Amount | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|
| | | | Allowed Debtor | Allowed Amount | Allowed Nature |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

If you wish to view the complete exhibits to the Thirty-Third Omnibus Claims Objection, you can do so at www.delphidocket.com. If you have any questions about this notice or the Thirty-Third Omnibus Claims Objection to your Claim, please contact the Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton). Questions regarding the amount of a Claim or the filing of a Claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE DEBTORS' OBJECTION AS SET FORTH ABOVE. A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH. THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Thirty-Third Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern time) on January 20, 2009. Your Response, if any, to the Thirty-Third Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the

Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 632, New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed, (ii) the name of the claimant and a brief description of the basis for the amount of the Claim, (iii) a concise statement setting forth the reasons why the Claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Thirty-Third Omnibus Claims Objection, (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim, (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate, and (vi) the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the January 27, 2009 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order. With respect to all uncontested objections, the Debtors have requested that the Court conduct a final hearing on January 27, 2009 at 10:00 a.m. (prevailing Eastern time).

IF YOUR PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION. PURSUANT TO THE CLAIMS OBJECTION PROCEDURES ORDER, THE DEBTORS MAY ELECT, IN THEIR SOLE DISCRETION, TO ACCEPT SUCH AMOUNT PROVISIONALLY AS THE ESTIMATED AMOUNT OF YOUR PROOF OF CLAIM PURSUANT TO SECTION 502(c) OF THE BANKRUPTCY CODE FOR ALL PURPOSES OTHER THAN ALLOWANCE, BUT INCLUDING VOTING AND ESTABLISHING RESERVES FOR PURPOSES OF DISTRIBUTION UNDER A REORGANIZATION PLAN. YOUR PROOF OF CLAIM WOULD REMAIN SUBJECT TO FURTHER OBJECTION AND REDUCTION, AS APPROPRIATE, AND TO SECTION 502(j) OF THE BANKRUPTCY CODE. THE DEBTORS' ELECTION WOULD BE MADE BY SERVING YOU WITH A NOTICE IN THE FORM ATTACHED TO THE CLAIMS OBJECTION PROCEDURES ORDER.

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order. IF NO RESPONSES TO THE THIRTY-THIRD OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE THIRTY-THIRD OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION PROCEDURES ORDER. Thus, your failure to respond may forever bar you from sustaining a Claim against the Debtors.

[Claimant Name]
[Address 1]
[Address 2] [Address 3]
[City], [State] [Zip]
[Country]

Dated:  New York, New York
        December 22, 2008

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                    :

      In re                    :     Chapter 11

                       :

DELPHI CORPORATION, et al.,    :     Case No. 05-44481 (RDD)

                       :

            Debtors.     :     (Jointly Administered)

                       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
REGARDING (A)  SERP CLAIMS AND SCHEDULED LIABILITIES
SUBJECT TO MODIFICATION, (B) DUPLICATE OR AMENDED SERP
CLAIMS, (C) CLAIMS SUBJECT TO MODIFICATION, AND (D) CLAIM
TO BE EXPUNGED PURSUANT TO SETTLEMENT, AS IDENTIFIED IN
<u>THIRTY-THIRD OMNIBUS CLAIMS OBJECTION</u>

("THIRTY-THIRD OMNIBUS CLAIMS OBJECTION ORDER")

Upon the Thirty-Third Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And

Fed. R. Bankr. P. 3007 Regarding (A) SERP Claims And Scheduled Liabilities Subject To

Modification, (B) Duplicate Or Amended SERP Claims, (C) Claims Subject To Modification,

And (D) Claim To Be Expunged Pursuant To Settlement, dated December 22, 2008 (the "Thirty-

Third Omnibus Claims Objection"),[1] of Delphi Corporation ("Delphi") and certain of its

subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases

(collectively, the "Debtors"); and upon the record of the hearing held on the Thirty-Third

Omnibus Claims Objection; and after due deliberation thereon; and good and sufficient cause

appearing therefor,

---

[1]    Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Thirty-
Third Omnibus Claims Objection.

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

     A.     Each holder of a claim, as such term is defined in 11 U.S.C. § 101(5) (as to each, a "Claim"), listed on Exhibits A-1, A-2, B, C, and D hereto was properly and timely served with a copy of the Thirty-Third Omnibus Claims Objection, a personalized Notice Of Objection To Claim, a copy of the Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims (Docket No. 6089) (the "Claims Objection Procedures Order"), the proposed order granting the Thirty-Third Omnibus Claims Objection, and notice of the deadline for responding to the Thirty-Third Omnibus Claims Objection.  No other or further notice of the Thirty-Third Omnibus Claims Objection is necessary.

     B.     This Court has jurisdiction over the Thirty-Third Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334.  The Thirty-Third Omnibus Claims Objection is a core proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the Thirty-Third Omnibus Claims Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

     C.     The Claims listed on Exhibit A-1 hereto assert SERP Claims that the Debtors have determined should be modified solely to assert a properly classified, fully liquidated claim amount against a Debtor that, in some instances, may be different from the one identified by the SERP Claim Holder (the "SERP Claims Subject To Modification").

     D.     The Scheduled Liabilities listed on Exhibit A-2 hereto assert liabilities arising from the SERP that the Debtors have determined should be modified solely to assert a

---

[2]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate.  See Fed. R. Bankr. P. 7052.

properly classified, fully liquidated claim amount against a Debtor that, in some instances, may be different from the one identified by the SERP Scheduled Party (the "SERP Scheduled Liabilities Subject To Modification").

E.      The SERP Claims listed on Exhibit B hereto under the column heading Claims To Be Expunged are either duplicates of other SERP Claims filed with this Court or have been amended or superseded by later-filed SERP Claims.

F.      The Claims listed on Exhibit C hereto assert claims that the Debtors have determined should be modified solely to assert a properly classified, fully liquidated claim amount against a Debtor that, in some instances, may be different from the one identified by the Claimant (the "Claims Subject To Modification").

G.      The Claim listed on Exhibit D hereto asserts liabilities and a dollar amount that are not owing as a result of a settlement in principle with the holder of such Claim (the "Claim To Be Expunged Pursuant To Settlement").

H.      Exhibit E hereto sets forth the formal name of the Debtor entity and its associated bankruptcy case number referenced on Exhibits A-1, A-2, B, C, and D.  Exhibit F sets forth each of the SERP Claims, Scheduled Liabilities, and Claims referenced on Exhibits A-1, A-2, B, C, and D in alphabetical order by claimant and cross-references each such Claim by (i) proof of claim number or schedule number and (ii) basis of objection.

I.      The relief requested in the Thirty-Third Omnibus Claims Objection and granted herein is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

3

1.      Each "SERP Claim As Docketed" amount, classification, and Debtor listed on Exhibit A-1 hereto is hereby revised to reflect the amount, classification, and Debtor listed as the "SERP Claim As Modified."  No SERP Claim Holder listed on Exhibit A-1 hereto shall be entitled to (a) recover any SERP Claim Subject To Modification in an amount exceeding the dollar value listed as the "Modified Total" of the Claim, and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified" column, and/or (c) assert a Claim against a Debtor whose case number is not listed in the "Claim As Modified" column on Exhibit A-1 hereto; provided, however, that each such Claim shall be automatically adjusted, as necessary, to account for, among other things, actual payments received by the SERP Claim Holder during these chapter 11 cases pursuant to that certain Order Under 11 U.S.C. §§ 105(a), 363, 507, 1107, And 1108 (I) Authorizing Debtors To Pay Prepetition Wages And Salaries To Employees And Independent Contractors; (II) Authorizing Debtors To Pay Prepetition Benefits And Continue Maintenance Of Human Capital Benefit Programs In The Ordinary Course; And (III) Directing Banks To Honor Prepetition Checks For Payment Of Prepetition Human Capital Obligations (Docket No. 198) (the "Human Capital Order") entered by this Court on October 13, 2005.  Each SERP Claim Subject To Modification is hereby modified and allowed to reflect the Modified Total as set forth on Exhibit A-1 hereto.

2.      Each SERP Scheduled Liability Subject To Modification listed on Exhibit A-2 is hereby revised to reflect the amount, classification, and Debtor listed as the "SERP Scheduled Liability As Modified."  No SERP Scheduled Party listed on Exhibit A-2 hereto shall be entitled to (a) recover any SERP Scheduled Liability Subject To Modification in an amount exceeding the dollar value listed as the "Modified Total" of the Claim, and/or (b) assert a classification that is inconsistent with that listed in the "SERP Scheduled Liability As Modified"

4

column, and/or (c) assert a SERP Claim against a Debtor whose case number is not listed in the "SERP Scheduled Liability As Modified" column on Exhibit A-2 hereto; provided, however, that each such Claim will be automatically adjusted, as necessary, to account for, among other things, actual payments received by the SERP Scheduled Party during these chapter 11 cases pursuant to the Human Capital Order.  Each SERP Scheduled Liability Subject To Modification is hereby modified and allowed to reflect the Modified Total as set forth on Exhibit A-2 hereto.

3.    Each of the SERP Claims To Be Expunged listed on Exhibit B hereto is hereby disallowed and expunged in its entirety.

4.    Each "Claim As Docketed" amount, classification, and Debtor listed on Exhibit C hereto is hereby revised to reflect the amount, classification, and Debtor listed as the "Claim As Modified."  No Claimant listed on Exhibit C hereto shall be entitled to (a) recover any Claim Subject To Modification in an amount exceeding the dollar value listed as the "Modified Total" of the Claim, and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified" column, and/or (c) assert a Claim against a Debtor whose case number is not listed in the "Claim As Modified" column on Exhibit C hereto.  Each Claim Subject To Modification is hereby modified and allowed to reflect the Modified Total as set forth on Exhibit C hereto.

5.    The Claim To Be Expunged Pursuant To Settlement listed on Exhibit D hereto is hereby disallowed and expunged in its entirety.

6.    Allowance of each of the Claims set forth on Exhibits A-1, A-2, and C hereto (together, the "Allowed Claims") is subject to the following:

(a)    The allowance of the Claim shall act as an injunction against any "Person" (as that term is defined in 101(41) of the Bankruptcy Code) commencing any action, employment of process, or act to collect, offset, or recover with respect to each such Claim.  This injunction

5

specifically includes all Actions under the Employee Retirement Income Security Act of 1974, as amended, which regulates employee benefit plans; Title VII of the Civil Rights Act of 1964, as amended, which prohibits discrimination in employment based on race, color, national origin, religion, or sex; the Americans with Disabilities Act, which prohibits discrimination in employment based on disability; the Age Discrimination in Employment Act, which prohibits discrimination in employment based on age; the Equal Pay Act, which prohibits wage discrimination; state fair employment practices or civil rights laws; and any other federal, state or local law, order, or regulation or the common law relating to employment or employment discrimination, including those which preclude any form of discrimination based on age. Nothing contained herein is intended to preclude Delphi from continuing the benefits provided under the Delphi Life And Disability Benefits Program For Salaried Employees and the Salaried Health Care Plan (or Claimant's rights, if any, to receive benefits thereunder), subject to the terms thereof and Delphi's rights and defenses thereto. Furthermore, nothing contained herein shall alter (a) the Claimant's right(s) to continue to receive benefits related to the Delphi Retirement Program for Salaried Employees and (b) Delphi's reciprocal rights and defenses thereto.

(b)    The allowance of each such Claim subject to this Thirty-Third Omnibus Claims Objection shall resolve all of the responses filed by Claimants to prior omnibus claims objections with respect to each such Claim subject to this Thirty-Third Omnibus Claims Objection.

7.    Allowance of each of the Claims Subject To Modification set forth on

Exhibit C is further subject to the following:

(a)    Without further order of this Court, the Debtors are authorized to offset or reduce the Claim Subject To Modification for purposes of distribution to holders of allowed claims entitled to receive distributions under any plan of reorganization of the Debtors by the amount of any cure payments made on account of the assumption, pursuant to section 365 of the Bankruptcy Code, of an executory contract or unexpired lease to which the counterparty associated with the Proof of Claim is a party.

(b)    To the extent that a Claim Subject To Modification also incorporates a reclamation demand with respect to which either (i) the Debtors and the Claimant have entered into a letter agreement whereby the Debtors and the Claimant agreed upon the valid amount of the reclamation demand or (ii) the Claimant is deemed to have consented to the Debtors' determination of the valid amount of the

reclamation demand (with respect to (b)(i) and (ii), each, a "Reclamation Agreement"), the Claimant holding such Claim Subject To Modification reserves the right, pursuant to section 503(b) of the Bankruptcy Code, to seek administrative priority status for that portion of the Claim Subject To Modification subject to such Reclamation Agreement, subject to the Debtors' right to seek, at any time and notwithstanding a Claimant's agreement to the amount pursuant to the Reclamation Agreement, a judicial determination that certain reserved defenses (the "Reserved Defenses") with respect to the reclamation demand are valid and the classification set forth on Exhibit C for such Claim Subject To Modification shall not be deemed to waive or in any way impair the foregoing right of the Claimant to seek administrative expense priority status for that portion of the Claim Subject To Modification subject to such Reclamation Agreement.

8.    Entry of this order is without prejudice to the Debtors' right to object, on any grounds whatsoever, to any other claims in these chapter 11 cases or to further object to Claims that are the subject of the Thirty-Third Omnibus Claims Objection.

9.    This Court shall retain jurisdiction over the Debtors and the holders of Claims subject to the Thirty-Third Omnibus Claims Objection to hear and determine all matters arising from the implementation of this order.

10.    Each of the objections by the Debtors to each Claim addressed in the Thirty-Third Omnibus Claims Objection and attached hereto as Exhibits A-1, A-2, B, C, and D constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014.  This order shall be deemed a separate order with respect to each Claim that is the subject of the Thirty-Third Omnibus Claims Objection.  Any stay of this order shall apply only to the contested matter which involves such Claim and shall not act to stay the applicability or finality of this order with respect to the other contested matters covered hereby.

11.     Kurtzman Carson Consultants LLC is hereby directed to serve this order, including exhibits, in accordance with the Claims Objection Procedures Order.


Dated:  New York, New York
        January ___, 2009          _____
                                        UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT E

Delphi Corporation
Thirty-Third Omnibus Claims Objection
Exhibit A-2 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Scheduled Liability Number | Scheduled Liability Docketed Amount | Basis For Objection | Allowed Case Number | Allowed Unsecured Amount | Allowed Nature |
| ALBRECHT JAMES W | 12704 WOODSIDE DRIVE PROSPECT, KY 40059 | 10416656 | $495,359.52 | SERP Claims Subject to Modification | 05-44481 | $495,359.52 | General Unsecured |
| ANDERSON MICHAEL O | 3509 WALTON WAY KOKOMO, IN 46902-4180 | 10416633 | $756,502.89 | SERP Claims Subject to Modification | 05-44481 | $756,502.89 | General Unsecured |
| ARNDT FREDERICK P | 3532 BOWMAN DR SAGINAW, MI 48609-9794 | 10416651 | $571,926.56 | SERP Claims Subject to Modification | 05-44481 | $571,926.56 | General Unsecured |
| BYERS, CATHERINE | 7339 KIWI DR NINEVEH, IN 46164 | 10416752 | $162,101.49 | SERP Claims Subject to Modification | 05-44481 | $162,101.49 | General Unsecured |
| CHAO KEH-CHUNG M | 857 ASA GRAY DRIVE ANN ARBOR, MI 48105 | 10416736 | $194,295.05 | SERP Claims Subject to Modification | 05-44481 | $194,295.05 | General Unsecured |
| FAGAN ROBERT W | 965 E 7TH ST FLINT, MI 48503-2777 | 10416747 | $93,176.61 | SERP Claims Subject to Modification | 05-44481 | $93,176.61 | General Unsecured |
| FAULKNER DEAN L | 3179 KESTREL CT MARTINSVILLE, IN 46151-6900 | 10416721 | $262,369.61 | SERP Claims Subject to Modification | 05-44481 | $262,369.61 | General Unsecured |
| FLANAGAN JAMES P | 1124 WIND RIDGE DR EL PASO, TX 79912-7461 | 10416720 | $203,048.10 | SERP Claims Subject to Modification | 05-44481 | $203,048.10 | General Unsecured |
| JOHNSON, ROBERT | 1800 N STANTON ST No 304 EL PASO, TX 79902 | 10417038 | $894,254.46 | SERP Claims Subject to Modification | 05-44481 | $894,254.46 | General Unsecured |

Delphi Corporation
Thirty-Third Omnibus Claims Objection
Exhibit A-2 Service List

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| | Name | Address | Scheduled Liability Number | Scheduled Liability Docketed Amount | Basis For Objection | Allowed Case Number | Allowed Unsecured Amount | Allowed Nature |
| | KAYE, DIANE L | 1410 STUYVESSANT BLOOMFIELD HILLS, MI 48301-2145 | 10416754 | $163,080.81 | SERP Claims Subject to Modification | 05-44481 | $163,080.81 | General Unsecured |
| | KELLER NORBERT L | 1824 CRAGIN DR BLOOMFIELD, MI 48302-2229 | 10416683 | $425,721.39 | SERP Claims Subject to Modification | 05-44481 | $425,721.39 | General Unsecured |
| | LAWRENCE SUSAN K | 1311 N MAIN ST ROCHESTER, MI 48307-1120 | 10416693 | $372,652.96 | SERP Claims Subject to Modification | 05-44481 | $372,652.96 | General Unsecured |
| | LEE ANTHONY | 1832 NEW CASTLE DRIVE TROY, MI 48098 | 10416750 | $9,400.29 | SERP Claims Subject to Modification | 05-44481 | $9,400.29 | General Unsecured |
| | LIND, RICHARD | 105 HARBOUR TREES LANE NOBLESVILLE, IN 46062-9081 | 10417039 | $1,679.02 | SERP Claims Subject to Modification | 05-44481 | $1,679.02 | General Unsecured |
| | MILLER SHARON L | 807 MARIDON COURT VANDALIA, OH 45377 | 10416675 | $448,568.80 | SERP Claims Subject to Modification | 05-44481 | $448,568.80 | General Unsecured |
| | NORTHERN, EDWARD | 3625 CARMELLE WOODS MASON, OH 45040 | 10417037 | $582,366.09 | SERP Claims Subject to Modification | 05-44481 | $582,366.09 | General Unsecured |
| | SLETVOLD JR GEORGE J | 420 CHATSWORTH LN CANFIELD, OH 44406-9623 | 10416712 | $296,559.67 | SERP Claims Subject to Modification | 05-44481 | $296,559.67 | General Unsecured |
| | WANDER, JANET | 4530 S BAY VALLEY DR SUTTONS BAY, MI 49682 | 10416756 | $102,095.41 | SERP Claims Subject to Modification | 05-44481 | $102,095.41 | General Unsecured |

# EXHIBIT F

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - x
                                :

In re                         :       Chapter 11

                                 :

DELPHI CORPORATION, et al.,    :       Case No. 05-44481 (RDD)

                                 :

             Debtors.      :       (Jointly Administered)

                                 :

- - - - - - - - - - - - - - - - - - - - - - - - - - x


NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:


      Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), are sending you this notice. According to the Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases. Based upon the Debtors' review of your proof or proofs of claim or scheduled liability, the Debtors have determined that one or more of your "Claims," as such term is defined in 11 U.S.C. § 101(5), identified in the table below should be disallowed and expunged, or modified and allowed as summarized in the table and described in more detail in the Debtors' Thirty-Third Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Regarding (A) SERP Claims And Scheduled Liabilities Subject To Modification, (B) Duplicate Or Amended SERP Claims, (C) Claims Subject To Modification, And (D) Claim To Be Expunged Pursuant To Settlement (the "Thirty-Third Omnibus Claims Objection"), dated December 22, 2008, a copy of which is enclosed (without exhibits). The Debtors' Thirty-Third Omnibus Claims Objection is set for hearing on January 27, 2009 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), One Bowling Green, Room 610, New York, New York 10004. AS FURTHER DESCRIBED IN THE ENCLOSED THIRTY-THIRD OMNIBUS CLAIMS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON January 20, 2009. IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

      The enclosed Thirty-Third Omnibus Claims Objection identifies four different categories of objections. The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

      Claims identified as having a Basis For Objection of "SERP Claims Subject To Modification" are those Claims with respect to each of which the Debtors, together with

the persons asserting such Claims (the "SERP Claim Holders"), have reached a settlement in principle with respect to the proper amount and classification of each SERP Claim Subject To Modification and the proper Debtor liable for each such Claim. Accordingly, the Debtors seek to convert the amount of each SERP Claim Subject To Modification to a fully liquidated amount agreed to between the Debtors and the SERP Claim Holder and seek to have such Claim allowed in that agreed-upon amount as an unsecured claim against the stated Debtor.

Claims identified as having a Basis For Objection of "SERP Scheduled Liabilities Subject To Modification" are those Claims listed on the Debtors' Schedules of Assets and Liabilities filed with the Bankruptcy Court on January 20, 2006 and subsequently amended on February 1, 2006, April 18, 2006, October 12, 2007, January 17, 2008, and October 10, 2008 (the "Scheduled Liabilities") with respect to each of which the Debtors, together with the claimants to which such Scheduled Liabilities are owing (each, a "SERP Scheduled Party"), have reached a settlement in principle with respect to the proper amount and classification of each SERP Scheduled Liability Subject To Modification and the proper Debtor liable for each such Claim. Accordingly, the Debtors seek to convert the amount of each SERP Scheduled Liability Subject To Modification to a fully liquidated amount agreed to between the Debtors and the SERP Scheduled Party and seek to have such Claim allowed in that agreed-upon amount as an unsecured claim against the stated Debtor.

The Claims identified as having a Basis For Objection of "Duplicate Or Amended SERP Claims" under the column heading "SERP Claim To Be Expunged" are either duplicates of other SERP Claims filed with this Court or have been amended or superseded by later-filed SERP Claims.

Claims identified as having a Basis For Objection of "Claims Subject To Modification" are those Claims with respect to each of which the Debtors, together with the current holders and, as applicable, the original claimants asserting such Claims (the "Claimants"), have reached a settlement in principle with respect to the proper amount and classification of each Claim Subject To Modification and the proper Debtor liable for each such Claim. Accordingly, the Debtors seek to convert the amount of each Claim Subject To Modification to a fully liquidated amount agreed to between the Debtors and the Claimant and seek to have such Claim allowed in that agreed-upon amount as an unsecured claim against the stated Debtor.

The Claim identified as having a Basis For Objection of "Claim To Be Expunged Pursuant To Settlement" is a Claim that asserts liabilities or dollar amounts that are not owing pursuant to a settlement in principle with the holder of such Claim.

| Scheduled Liability Number | Scheduled Liability Docketed Amount | Basis For Objection | Treatment Of Claim | | |
| --- | --- | --- | --- | --- | --- |
| | | | Allowed Debtor | Allowed Amount | Allowed Nature |
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ |

If you wish to view the complete exhibits to the Thirty-Third Omnibus Claims Objection, you can do so at www.delphidocket.com.  If you have any questions about this notice or the Thirty-Third Omnibus Claims Objection to your Claim, please contact the Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Thirty-Third Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern time) on January 20, 2009. Your Response, if any, to the Thirty-Third Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 632, New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel)

and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

      Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed, (ii) the name of the claimant and a brief description of the basis for the amount of the Claim, (iii) a concise statement setting forth the reasons why the Claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Thirty-Third Omnibus Claims Objection, (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim, (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate, and (vi) the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

      If you properly and timely file and serve a Response in accordance with the procedures described above, and the Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the January 27, 2009 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order.  With respect to all uncontested objections, the Debtors have requested that the Court conduct a final hearing on January 27, 2009 at 10:00 a.m. (prevailing Eastern time).

      IF YOUR PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.  PURSUANT TO THE CLAIMS OBJECTION PROCEDURES ORDER, THE DEBTORS MAY ELECT, IN THEIR SOLE DISCRETION, TO ACCEPT SUCH AMOUNT PROVISIONALLY AS THE ESTIMATED AMOUNT OF YOUR PROOF OF CLAIM PURSUANT TO SECTION 502(c) OF THE BANKRUPTCY CODE FOR ALL PURPOSES OTHER THAN ALLOWANCE, BUT INCLUDING VOTING AND ESTABLISHING RESERVES FOR PURPOSES OF DISTRIBUTION UNDER A REORGANIZATION PLAN.  YOUR PROOF OF CLAIM WOULD REMAIN SUBJECT TO FURTHER OBJECTION AND REDUCTION, AS APPROPRIATE, AND TO SECTION 502(j) OF THE BANKRUPTCY CODE.  THE DEBTORS' ELECTION WOULD BE MADE BY SERVING YOU WITH A NOTICE IN THE FORM ATTACHED TO THE CLAIMS OBJECTION PROCEDURES ORDER.

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE THIRTY-THIRD OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE THIRTY-THIRD OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from sustaining a Claim against the Debtors.

Dated:  New York, New York
        December 22, 2008

# EXHIBIT G

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                               :

In re                      :     Chapter 11
                               :

DELPHI CORPORATION, <u>et al.</u>,    :     Case No. 05-44481 (RDD)
                               :

               Debtors.    :     (Jointly Administered)
                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m),
3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR
HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN
<u>NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS</u>

("CLAIM OBJECTION PROCEDURES ORDER")

Upon the Motion For Order Pursuant To 11 U.S.C. §§ 502(b) And 502(c) And
Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For
Hearings Regarding Disallowance Or Estimation Of Claims And (ii) Certain Notices And
Procedures Governing Hearings Regarding Disallowance Or Estimation Of Claims, dated
October 31, 2006 (the "Motion"), of Delphi Corporation and certain of its subsidiaries and
affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the
"Debtors"); and upon the objections to the Motion and the record of the hearing held on the
Motion; and after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY FOUND AND DETERMINED THAT:[1]

A.     Proper, timely, adequate, and sufficient notice of the Motion has been provided, such notice was good, sufficient and appropriate under the particular circumstances, and no other or further notice of the Motion is or shall be required.

B.     The Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334.  The Motion is a core proceeding under 28 U.S.C. § 157 (b)(2).  Venue of these cases and the Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409.

C.     The relief requested in the Motion and granted herein is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.     This Court shall conduct special periodic hearings on contested claims matters in these cases (the "Claims Hearing Dates"), to be held in Courtroom 610, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 unless the Debtors and the parties whose claims are affected are otherwise notified by the Court. The following dates and times have been scheduled as Claims Hearing Dates in these chapter 11 cases:

> December 13, 2006 at 10:00 a.m. (prevailing Eastern time)
>
> January 12, 2007 at 10:00 a.m. (prevailing Eastern time)
>
> February 14, 2007 at 10:00 a.m. (prevailing Eastern time)
>
> March 1, 2007 at 10:00 a.m. (prevailing Eastern time)

---

[1]     Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate.  See Fed. R. Bankr. P. 7052.  Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Motion.

March 21, 2007 at 10:00 a.m. (prevailing Eastern time)

April 5, 2007 at 10:00 a.m. (prevailing Eastern time)

April 27, 2007 at 10:00 a.m. (prevailing Eastern time)

May 10, 2007 at 10:00 a.m. (prevailing Eastern time)

May 24, 2007 at 10:00 a.m. (prevailing Eastern time)

June 1, 2007 at 10:00 a.m. (prevailing Eastern time)

June 14, 2007 at 10:00 a.m. (prevailing Eastern time)

June 22, 2007 at 10:00 a.m. (prevailing Eastern time)

July 12, 2007 at 10:00 a.m. (prevailing Eastern time)

July 20, 2007 at 10:00 a.m. (prevailing Eastern time)

August 2, 2007 at 10:00 a.m. (prevailing Eastern time)

August 17, 2007 at 10:00 a.m. (prevailing Eastern time)

August 30, 2007 at 10:00 a.m. (prevailing Eastern time)

September 28, 2007 at 10:00 a.m. (prevailing Eastern time)

October 11, 2007 at 10:00 a.m. (prevailing Eastern time)

October 26, 2007 at 10:00 a.m. (prevailing Eastern time)

November 8, 2007 at 10:00 a.m. (prevailing Eastern time)

November 30, 2007 at 10:00 a.m. (prevailing Eastern time)

December 6, 2007 at 10:00 a.m. (prevailing Eastern time)

2.      Any response to a claims objection or an omnibus claims objection (a

"Response") must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure,

the Local Bankruptcy Rules for the Southern District of New York, and the Amended Eighth

Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006,

3

9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management,

And Administrative Procedures, entered on October 26, 2006 (the "Amended Eighth

Supplemental Case Management Order") (Docket No. 5418), (c) be filed with the Bankruptcy

Court in accordance with General Order M-242 (as amended) – registered users of the

Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest

must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or

any other Windows-based word processing format), (d) be submitted in hard copy form directly

to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United

States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610,

New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive,

Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps,

Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n:

John Wm. Butler, Jr., John K. Lyons, and Randall G. Reese), in each case so as to be received no

later than 4:00 p.m. (prevailing Eastern time) on the seventh calendar day prior to the Omnibus

Hearing for which the relevant claims objection or omnibus claims objection is scheduled.

        3.      Every Response must contain at a minimum the following:

        (a)      the title of the claims objection to which the Response is directed;

        (b)      the name of the claimant (each holder of a proof of claim, a
"Claimant") and a brief description of the basis for the amount of the claim;

        (c)      a concise statement setting forth the reasons why the claim should
not be disallowed, expunged, reduced, or reclassified, including, but not limited to, the specific
factual and legal bases upon which the Claimant will rely in opposing the claims objection;

        (d)      unless already set forth in the proof of claim previously filed with
the Court, documentation sufficient to establish a prima facie right to payment; provided,
however, that the Claimant need not disclose confidential, proprietary, or otherwise protected
information in the Response; provided further, however, that the Claimant shall disclose to the
Debtors all information and provide copies of all documents that the Claimant believes to be

4

confidential, proprietary, or otherwise protected and upon which the Claimant intends to rely in support of its Claim, subject to appropriate confidentiality constraints;

(e)    to the extent that the claim is contingent or fully or partially unliquidated, the amount that the Claimant believes would be the allowable amount of such claim upon liquidation of the claim or occurrence of the contingency, as appropriate; and

(f)    the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the claim.

4.    Only those Responses made in writing and timely filed and received will be considered by the Court.  If a Claimant whose proof of claim is subject to a claims objection and who is served with the relevant claims objection fails to file and serve a timely Response in compliance with the foregoing procedures, the Debtors may present to the Court an appropriate order seeking relief with respect to such claim consistent with the relief sought in the relevant claims objection without further notice to the claimant, provided that, upon entry of such an order, the claimant shall receive notice of the entry of such order as provided below; provided, however, that if the claimant files a timely Response, which does not include the required minimum information provided in paragraph 3 above, the Debtors shall seek disallowance and expungement of the relevant claim or claims only in accordance with the Claims Hearing Procedures provided in paragraph 9 below.

5.    To the extent that a Response is filed with respect to any claim listed in a claims objection (each, a "Contested Claim"), each such Claim and the objection to such Claim asserted in the claims objection shall be deemed to constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.

6.    The Debtors are hereby authorized and directed to serve each Claimant whose proof of claim is listed in any omnibus claims objection with (a) a personalized Notice Of Objection To Claim which specifically identifies the Claimant's proof of claim that is subject to objection and the basis for such objection and (b) a complete copy of the relevant omnibus

claims objection without exhibits.  Service of omnibus claims objections in such manner shall constitute good and sufficient notice and no other or further notice to claimants of an omnibus claims objection shall be required.

7.       Kurtzman Carson Consultants, LLC (the "Claims Agent") is hereby authorized and directed to serve all orders entered with respect to any omnibus claims objections, including exhibits, upon only the master service list and the 2002 list.  The Claims Agent is hereby further authorized and directed to serve all claimants whose proofs of claim are the subject of an order entered with respect to an omnibus claims objection with a copy of such order, without exhibits, and a personalized Notice Of Entry Of Order in the form attached hereto as Exhibit A specifically identifying such Claimant's proof of claim that is subject to the order, the Court's treatment of such proof of claim, and the basis for such treatment, and advising the Claimant of its ability to view the order with exhibits free of charge on the Debtors' Legal Information Website.  Without limiting the foregoing, the Court hereby directs the Claims Agent to serve the First Omnibus Claims Order in the manner provided hereby.

8.       Any order entered by the Court with respect to an objection asserted in an omnibus claims objection shall be deemed a separate order with respect to each claim covered by such order.

9.       The following procedures shall apply with respect to the determination of Contested Claims (the "Claims Hearing Procedures"):

(a)       Adjournment Of Claims Hearing.

(i)       All Contested Claims for which a timely Response is filed shall be automatically adjourned to a future hearing, the date of which shall be determined by the Debtors, in their sole discretion, by serving the Claimant with notice as provided herein.  The Debtors may send such notice to each Claimant when they deem it appropriate to do so, subject to the requirements of the Bankruptcy Code, the Bankruptcy Rules, and any further order of this Court.

The Debtors shall schedule the further hearing upon each Contested Claim to a Claims Hearing of the Debtors' election:

     (A)  for a non-evidentiary hearing to address the legal sufficiency of the particular proof of claim and whether the proof of claim states a claim against the asserted Debtor under Bankruptcy Rule 7012 (a "Sufficiency Hearing"), by serving upon the relevant Claimant by facsimile or overnight delivery, and filing with this Court, a notice substantially in the form attached hereto as <u>Exhibit B</u> (a "Notice Of Sufficiency Hearing") and a copy of this Order at least 20 business days prior to the date of such Sufficiency Hearing, or

     (B)  for an evidentiary hearing on the merits of such Contested Claim (a "Claims Objection Hearing"), by serving upon the relevant Claimant by facsimile or overnight delivery, and filing with this Court, a notice substantially in the form attached hereto as <u>Exhibit C</u> (a "Notice Of Claims Objection Hearing" and, collectively with the Notice of Sufficiency Hearing, the "Notices of Hearing") and a copy of this Order at least 65 calendar days prior to the date of such Claims Objection Hearing.

     (ii)  The Debtors, in their sole discretion, are authorized to further adjourn a hearing scheduled in accordance herewith at any time by providing notice to the Court and the Claimant at least five business days prior to the date of the scheduled hearing; <u>provided</u>, <u>however</u>, that the hearing on any Contested Claim shall not be adjourned for more than a total of 180 calendar days from date of service of the initial Notice of Hearing set forth in paragraph 9(a)(i)(A) and (B) above without consent of the Claimant with respect thereto, unless otherwise ordered by the Court.

   (b)  <u>Sufficiency Hearing Procedures</u>.

     (i)  To the extent that a Contested Claim is adjourned to a Sufficiency Hearing, if the Debtors wish to file a supplemental pleading, they shall file and serve their pleading no later than ten calendar days before the scheduled Sufficiency Hearing. The supplemental pleading shall not exceed fifteen single-sided, double-spaced pages.

     (ii)  To the extent that a Contested Claim is adjourned to a Sufficiency Hearing, if the Claimant wishes to file a supplemental response, the Claimant shall file and serve its response no later than two business days before the scheduled Sufficiency Hearing. The supplemental response shall not exceed fifteen single-sided, double-spaced pages.

     (iii)  To the extent that this Court determines upon conclusion of the Sufficiency Hearing that a Contested Claim cannot be disallowed in whole or in part without further proceedings, the Debtors shall provide to the Claimant a Notice Of Claims Objection Hearing pursuant to the procedures set forth above.

   (c)  <u>Mandatory Meet And Confer</u>.

     (i)  If (A) (1) the amount in dispute for a Contested Claim exceeds $1,000,000 or (2) a Contested Claim asserts unliquidated claims (unless the Claimant irrevocably agrees in writing that the allowed amount of such Contested Claim shall be limited to a maximum of $1,000,000), (B) the Claimant (if an individual) or the Claimant's principal place of

business (if a governmental unit or a person, as defined in section 101(41) of the Bankruptcy Code, other than an individual) is located within 90 miles of Troy, Michigan, and (C) such Contested Claim is scheduled by the Debtors for a Claims Objection Hearing, the Debtors and the relevant Claimant shall hold an in-person meet and confer (an "In-Person Meet and Confer") at a neutral location in Troy, Michigan, or such other location as is reasonably acceptable to the Debtors, within ten business days of service of the Notice Of Claims Objection Hearing.

(ii)     If (A) (1) the amount in dispute for a Contested Claim is less than or equal to $1,000,000, (2) a Contested Claim asserts unliquidated claims and the Claimant with respect thereto irrevocably agrees in writing that the allowed amount of such Contested Claim shall be limited to a maximum of $1,000,000, or (3) the Claimant (if an individual) or the Claimant's principal place of business (if a governmental unit or a person, as defined in section 101(41) of the Bankruptcy Code, other than an individual) is located more than 90 miles from Troy, Michigan, and (B) such Contested Claim is scheduled by the Debtors for a Claims Objection Hearing, the Debtors and the relevant Claimant shall hold a telephonic meet and confer (a "Telephonic Meet and Confer" and, collectively with In-Person Meet and Confers, the "Meet and Confers") within ten business days of service of the Notice Of Claims Objection Hearing.

(iii)     The following representatives of each of the Debtors and the Claimant shall attend the Meet and Confer: (A) counsel for each of the parties, except for a Claimant proceeding pro se, who shall be prepared to discuss the matter described in paragraph 9 (k) below, and (B) a person possessing ultimate authority to reconcile, settle, or otherwise resolve the Contested Claim on behalf of the Debtors and the Claimant, respectively; provided, however, that counsel for each of the parties may participate in the Meet and Confer telephonically.

(iv)     The Court will consider appropriate sanctions, including allowance or disallowance of the Contested Claim, if either party does not follow the foregoing procedures or conduct the Meet and Confer in good faith.

(d)     Debtors' Statement Of Disputed Issues.  Within five business days after service of the Notice Of Claims Objection Hearing, the Debtors shall file and serve a written statement of disputed issues (the "Statement Of Disputed Issues") upon the Claimant.  The Statement Of Disputed Issues shall contain a concise statement summarily setting forth the primary reasons why the claim should be disallowed, expunged, reduced, or reclassified as set forth in the claims objection, including, but not limited to, the material factual and legal bases upon which the Debtors will rely in prosecuting the claims objection, without prejudice to the Debtors' right to later identify and assert additional legal and factual bases for disallowance, expungement, reduction, or reclassification of the Contested Claim.  The Statement of Disputed Issues shall also include documentation supporting the disallowance, expungement, reduction, or reclassification of the Contested Claim, without prejudice to the Debtors' right to later identify additional documentation supporting the disallowance, expungement, reduction, or reclassification of the Contested Claim; provided, however, that the Debtors need not disclose confidential, proprietary, or otherwise protected information in the Statement of Disputed Issues; provided further, however, that the Debtors shall disclose to the Claimant all information and

8

provide copies of all documents that the Debtors believe to be confidential, proprietary, or otherwise protected, subject to appropriate confidentiality constraints.

(e)    <u>Claimant's Supplemental Response</u>.  The following procedures apply to the Claimant's written supplemental response (the "Supplemental Response"), subject to modification pursuant to paragraph 9(k), filed in connection with a Claims Objection Hearing for a Contested Claim:

(i)    The Claimant may file and serve its Supplemental Response (with a copy to chambers) no later than 30 business days prior to commencement of the Claims Objection Hearing.  The Supplemental Response shall not exceed 20 single-sided, double-spaced pages (exclusive of exhibits or affidavits).

(ii)    If the Claimant relies on exhibits, the Claimant shall include such exhibits in its Supplemental Response (other than those previously included with either its Proof of Claim or its Response); <u>provided</u>, <u>however</u>, that the Claimant need not disclose confidential, proprietary, or otherwise protected information in the Supplemental Response; <u>provided</u> <u>further</u>, <u>however</u>, that the Claimant shall disclose to the Debtors all information and provide copies of all documents that the Claimant believes to be confidential, proprietary, or otherwise protected and upon which the Claimant intends to rely in support of its Contested Claim, subject to appropriate confidentiality constraints.  The Claimant shall include a certificate of counsel or a declaration or affidavit authenticating any documents attached to the Supplemental Response, as appropriate.

(iii)    The Supplemental Response may include affidavits or declarations from no more than two witnesses setting forth the basis of the Contested Claim and evidence supporting the Contested Claim; <u>provided</u>, <u>however</u>, that if the Claimant intends to call a person not under such Claimant's control at the hearing, the Claimant shall, in lieu of an affidavit or declaration of such person, identify such person, the Claimant's basis for calling such person as a witness, and the reason that it did not file an affidavit or declaration of such person.  If an affiant or declarant does not attend the Claims Objection Hearing, such affiant or declarant's affidavit or declaration shall be stricken.  The Claimant shall not be permitted to elicit any direct testimony at the Claims Objection Hearing; instead, the affidavit or declaration submitted with the Supplemental Response, or such witnesses' deposition transcript if the witnesses were not under the Claimant's control, shall serve as the witnesses' direct testimony and the Debtors may cross examine the witnesses at the Claims Objection Hearing, or counter-designate deposition testimony.  No other or additional witnesses may introduce evidence at the hearing on behalf of the Claimant.

(iv)    No later than three business days prior to commencement of the Claims Objection Hearing, if the Claimant timely filed a Supplemental Response, the Claimant may file and serve (with a copy to chambers) an amended Supplemental Response and a supplemental affidavit or declaration on behalf of each of its witnesses solely for the purpose of supplementing the Supplemental Response and the witnesses' prior affidavits or declarations with respect to matters adduced through the discovery provided by these Claims Hearing Procedures; <u>provided</u> that the amended Supplemental Response shall be subject to the page limitations set forth above.

(f)    Debtors' Supplemental Reply.  The following procedures shall apply to the Debtors' written supplemental reply, if any (the "Supplemental Reply"), subject to modification pursuant to paragraph 9(k) below, filed in connection with a Claims Objection Hearing with respect to a Contested Claim:

(i)    The Debtors may file and serve (with a copy to chambers) a Supplemental Reply no later than 20 business days prior to commencement of the Claims Objection Hearing.  The Supplemental Reply shall not exceed 20 single-sided, double-spaced pages (exclusive of exhibits or affidavits).

(ii)    If the Debtors rely on exhibits, the Debtors shall include such exhibits in their Supplemental Reply (other than those previously included with either their objection or reply); provided, however, that the Debtors need not disclose confidential, proprietary, or otherwise protected information in the Supplemental Reply; provided further, however, that the Debtors shall disclose to the Claimant all information and provide copies of all documents that the Debtors believe to be confidential, proprietary, or otherwise protected and upon which the Debtors intend to rely in support of their objection, subject to appropriate confidentiality constraints.  The Debtors shall include a certificate of counsel or a declaration or affidavit authenticating any documents attached to the Supplemental Reply.

(iii)    The Supplemental Reply may include affidavits or declarations from no more than two witnesses setting forth the Debtors' basis for objecting to the Contested Claim and evidence in support of such objection to the Contested Claim; provided, however, that if the Debtors intend to call a person not under the Debtors' control at the hearing, the Debtors shall, in lieu of an affidavit or declaration of such person, identify such person, the Debtors' basis for calling such person as a witness, and the reason that it did not file an affidavit or declaration of such person.  If an affiant or declarant does not attend the Claims Objection Hearing, as appropriate, such affiant or declarant's affidavit or declaration shall be stricken.  The Debtors shall not be permitted to elicit any direct testimony at the Claims Objection Hearing, instead, the affidavit or declaration submitted with the Supplemental Reply, or such witnesses' deposition transcript if the witnesses were not under the Debtors' control, shall serve as the witnesses' direct testimony and the Claimant may cross examine the witnesses at the Claims Objection Hearing or counter-designate deposition testimony.  No other or additional witnesses may introduce evidence at the hearing on behalf of the Debtors.

(iv)    No later than three business days prior to commencement of the Claims Objection Hearing, if the Debtors timely filed a Supplemental Reply, the Debtors may file and serve (with a copy to chambers) an amended Supplemental Reply and a supplemental affidavit or declaration on behalf of each of their witnesses solely for the purpose of supplementing the Supplemental Reply and the witnesses' prior affidavits or declarations with respect to matters adduced through the discovery provided by these Claims Hearing Procedures; provided that the amended Supplemental Reply shall be subject to the page limitations set forth above.

(g)    Mandatory Non-Binding Summary Mediation.  Except as set forth below, at least 15 business days prior to commencement of the Claims Objection Hearing, the Debtors and the Claimant shall submit to mandatory non-binding summary mediation (each, a

10

"Mediation") in an effort to consensually resolve the Contested Claim. The Mediation shall be governed by General Order M-143 except as follows. The following procedures shall apply to each Mediation, subject to modification pursuant to paragraph 9(k) below:

   (i) Each Mediation shall be assigned to one of the mediators listed by the Debtors on Exhibit D hereto (each, a "Mediator"). The Debtors and the Claimant shall agree upon the Mediator at the Meet and Confer; provided that, if the Debtors and the Claimant are unable to agree upon a Mediator, the parties shall promptly report such inability to agree to the Court.

   (ii) The Mediator shall not have the authority to require either the Debtors or the Claimant to provide any additional briefing with respect to the Mediation.

   (iii) If (A) (1) the amount in dispute for a Contested Claim exceeds $1,000,000 or (2) a Contested Claim asserts unliquidated claims (unless the Claimant with respect thereto irrevocably agrees in writing that the allowed amount of such Contested Claim shall be limited to a maximum of $1,000,000) and (B) the Claimant (if an individual) or the Claimant's principal place of business (if a governmental unit or a person, as defined in section 101(41) of the Bankruptcy Code, other than an individual) is located within 90 miles of Troy, Michigan, the Mediation shall be held at a neutral location in Troy, Michigan.

   (iv) If (A) (1) the amount in dispute for a Contested Claim exceeds $1,000,000 or (2) a Contested Claim asserts unliquidated claims (unless the Claimant with respect thereto irrevocably agrees in writing that the allowed amount of such Contested Claim shall be limited to a maximum of $1,000,000), and (B) the Claimant (if an individual) or the Claimant's principal place of business (if a governmental unit or a person, as defined in section 101(41) of the Bankruptcy Code, other than an individual) is located more than 90 miles from Troy, Michigan, the Mediation shall be held at a neutral location reasonably acceptable to the Debtors and the Claimant; provided that, if the Debtors and the Claimant are unable to agree upon a neutral location at the Meet and Confer, the parties shall promptly report such inability to agree to the Court.

   (v) If (A) the amount in dispute for a Contested Claim is less than or equal to $1,000,000 or (B) the Contested Claim asserts unliquidated claims and the Claimant with respect thereto irrevocably agrees in writing that the allowed amount of such Contested Claim shall be limited to a maximum of $1,000,000, participation in Mediation shall be voluntary and any Mediation may be held telephonically at either the Debtors' or the Claimant's request.

   (vi) A person possessing ultimate authority to reconcile, settle, or otherwise resolve the Contested Claim on behalf of each of the Debtors and the Claimant shall attend an in-person Mediation or participate in a telephonic Mediation, if any; provided, however, that the Debtors' counsel will not be precluded from attending and participating in a Mediation in the event that the claimant elects not to have its counsel attend or participate in a Mediation.

   (vii) Absent consent of each of the Claimant and the Debtors, the length of the Mediation shall be limited to one day.

11

(viii)   The Court will consider appropriate sanctions, including allowance or disallowance of the Contested Claim, if either party does not follow the foregoing procedures or conduct the Mediation in good faith.

(ix)   The Debtors and the Claimant shall each bear its own costs in participating in the Mediation.  The Debtors are hereby authorized to pay the Mediator's fees.

(h)   <u>Claims Objection Hearing Discovery</u>.  If a Claims Objection Hearing is scheduled for a particular Contested Claim, the Debtors and the Claimant shall be bound by the following discovery procedures, which shall otherwise be governed by the Bankruptcy Rules, subject to modification pursuant to paragraph 9(k) below:

(i)   No later than five business days after service of the Supplemental Response, the Debtors may request:

(A)   That the Claimant produce documents relevant to the Contested Claim.  Documents shall be produced at least ten business days prior to commencement of the Claims Objection Hearing.

(B)   That the Claimant respond to no more than 15 interrogatories, including discrete subparts.  Responses shall be produced at least ten business days prior to commencement of the Claims Objection Hearing.

(C)   That the Claimant respond to no more than ten requests for admission.  Responses shall be produced at least ten business days prior to commencement of the Claims Objection Hearing.

(ii)   No later than five business days after service of the Supplemental Reply, the Claimant may request:

(A)   That the Debtors produce documents relevant to the Contested Claim.  Documents shall be produced at least ten business days prior to commencement of the Claims Objection Hearing.

(B)   That the Debtors respond to no more than 15 interrogatories, including discrete subparts.  Responses shall be produced at least ten business days prior to commencement of the Claims Objection Hearing.

(C)   That the Debtors respond to no more than ten requests for admission.  Responses shall be produced at least ten business days prior to commencement of the Claims Objection Hearing.

(iii)   No earlier than fifteen business days prior to the commencement of the Claims Objection Hearing, but at least five business days prior to commencement of the Claims Objection Hearing, the Debtors may, at their election, take the deposition upon oral examination of each witness whose affidavit or declaration was proffered in support of the Claimant's Supplemental Response.  Each deposition shall not exceed three hours.

12

(iv)    No earlier than fifteen business days prior to the commencement of the Claims Objection Hearing, but at least five business days prior to commencement of the Claims Objection Hearing, the Claimant may, at its election, take the deposition upon oral examination of each witness whose affidavit or declaration was proffered in support of the Debtors' Supplemental Reply.  Each deposition shall not exceed three hours.

(v)    Except as provided in paragraph 9(g)(vi) above, nothing in this Order alters any obligation of opposing counsel with regard to communications with non-counsel opponents or any applicable law regarding corporations or other business entities to be represented by counsel.

(i)    <u>Conduct Of The Claims Objection Hearing</u>.  The Debtors and the Claimant shall each be permitted, subject to modification pursuant to paragraph 9(k) below, no more than one hour to present their respective cases, inclusive of time cross-examining their opponent's witnesses and making argument to the Court.  The parties shall coordinate with each other in advance of the hearing with respect to, joint exhibit binders, stipulated admission of evidence, anticipated disputes regarding the admission of particular evidence and any designated deposition testimony.

(j)    <u>Estimation Based Upon Claimant's Asserted Estimated Amount</u>.  To the extent that a Contested Claim would be subject to estimation pursuant to section 502(c) of the Bankruptcy Code and the Debtors have sought authority to estimate such Contested Claim pursuant to an omnibus claims objection and/or a motion to estimate claims, if the Claimant has filed a Response in accordance with the procedures outlined above which (i) acknowledges that the Contested Claim is contingent or fully or partially unliquidated and (ii) provides the amount that the Claimant believes would be the allowable amount of such Contested Claim upon liquidation of the Contested Claim or occurrence of the contingency, as appropriate (the "Claimant's Asserted Estimated Amount"), the Debtors are hereby authorized, in their sole discretion, to elect to provisionally accept the Claimant's Asserted Estimated Amount as the estimated amount of such Contested Claim pursuant to section 502(c) of the Bankruptcy Code for all purposes other than allowance, but including voting and establishing reserves for purposes of distribution, subject to further objection and reduction as appropriate and section 502(j) of the Bankruptcy Code.  The Debtors' election shall be made by serving the Claimant with a Notice Of Election To Accept Claimant's Asserted Estimated Amount in the form attached hereto as <u>Exhibit E</u>.  The Contested Claim will otherwise remain subject in all respects to the procedures outlined herein.

(k)    <u>Ability To Modify Procedures By Agreement Or Order Of Court</u>.  At the Meet and Confer, the parties shall discuss discovery parameters, briefing, evidence to be presented, the timing outlined herein, and any modifications thereto that are necessary due to the facts and circumstances of the relevant Contested Claim.  Should the parties be unable to agree on reasonable modifications to these Claim Hearing Procedures, if any, either party may request that the Court promptly schedule a teleconference to consider such proposed modifications.  No discovery, testimony, or motion practice other than that described herein, as modified, shall be permitted, unless otherwise agreed by the parties or ordered by the Court.

13

10.     The procedures approved herein shall not apply to claims filed by Banc of America Securities LLC (as to proof of claim number 10758), Barclays Capital Inc. (as to proof of claim number 11658), Bear, Stearns & Co. Inc. (as to proof of claim number 10732), Cadence Innovation LLC, Citigroup Global Markets, Inc. (as to proof of claim number 10731), Credit Suisse Securities (USA) LLC (as to proof of claim number 10763), Merrill Lynch, Peirce, Fenner & Smith Inc. (as to proof of claim number 10761), Morgan Stanley & Co. Inc. (as to proof of claim number 10762), the Pension Benefit Guaranty Corporation, Robert Bosch GmbH, the State of California Environmental Protection Agency, the State of Michigan Environmental Protection Agency, the State of Ohio Environmental Protection Agency, Technology Properties, Ltd., UBS Securities LLC (as to proof of claim number 10759), the United States Environmental Protection Agency, and Wachovia Capital Markets, LLC (as to proof of claim number 10760) (collectively, the "Excluded Parties") for any purpose, including, but not limited to, any objections to such claims or other litigation in respect of such claims; provided, however, that nothing contained herein shall preclude any of the Excluded Parties or the Debtors, after notice and an opportunity to be heard, from seeking to establish appropriate alternative claims resolution procedures.

11.     With respect to the claim of Gary Whitney ("Mr. Whitney") (claim number 10157) and NuTech Plastics Engineering, Inc. ("NuTech") (claim number 1279 against Delphi Automotive Systems LLC), nothing in this Order shall limit Mr. Whitney's or NuTech's ability to request relief from the automatic stay provisions under section 362 of the Bankruptcy Code subject to the Debtors' right to object to such request.

12.     The Debtors shall not serve a Notice of Hearing on Orix Warren, LLC ("Orix Warren") with respect to proof of claim number 10202 until the earliest of the following

14

to occur: (a) the Debtors assume the lease between Delphi Automotive Systems LLC and Orix

Warren with respect to property located at 4551 Research Parkway in Warren, Ohio (the "Orix

Lease"), (b) the Debtors reject the Orix Lease, or (c) the Orix Lease terminates or is terminated

pursuant to its terms.

13.     Nothing in this Order shall preclude any right to seek estimation of a claim

under section 502(c) of the Bankruptcy Code, any right to seek relief from the automatic stay

under section 362 of the Bankruptcy Code to liquidate a claim in a different forum, any right to

seek protection of information under section 107(b) of the Bankruptcy Code or any right not

specifically addressed in this Order.

14.     This Court shall retain jurisdiction to hear and determine all matters

arising from the implementation of this order.

15.     The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for

the United States Bankruptcy Court for the Southern District of New York for the service and

filing of a separate memorandum of law is deemed satisfied by the Motion.

Dated:  New York, New York
        December 6, 2006


          /s/Robert D. Drain
          UNITED STATES BANKRUPTCY JUDGE

15

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF ENTRY OF ORDER WITH RESPECT
TO [_____] OMNIBUS CLAIMS OBJECTION

      PLEASE TAKE NOTICE that on _____ _, 200_, the United States Bankruptcy

Court for the Southern District of New York entered a [title of order] (the "Order").

PLEASE TAKE FURTHER NOTICE THAT a copy of the Order, excluding exhibits, is attached hereto.

PLEASE TAKE FURTHER NOTICE that the proof of claim listed below, which you filed against Delphi Corporation and/or other of its subsidiaries and affiliates that are debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), was the subject of the Order and was listed on Exhibit __ to the Order and was accordingly disallowed and expunged, unless otherwise provided below in the column entitled "Treatment Of Claim."

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | Surviving Claim Number (if any) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

---

[1] Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

2

PLEASE TAKE FURTHER NOTICE that you may view the complete exhibits to the Order by requesting a copy from the claims and noticing agent in the above-captioned chapter 11 cases, Kurtzman Carson Consultants LLC, at 1-888-259-2691 or by accessing the Debtors' Legal Information Website at www.delphidocket.com.

Dated:  New York, New York
   _____ _, 200_

          BY ORDER OF THE COURT

           John Wm. Butler, Jr. (JB 4711)
           John K. Lyons (JL 4951)
           Ron E. Meisler (RM 3026)
           SKADDEN, ARPS, SLATE, MEAGHER
            & FLOM LLP
           333 West Wacker Drive, Suite 2100
           Chicago, Illinois  60606
           (312) 407-0700

            - and -

           Kayalyn A. Marafioti (KM 9632)
           Thomas J. Matz (TM 5986)
           SKADDEN, ARPS, SLATE, MEAGHER
            & FLOM LLP
           Four Times Square
           New York, New York 10036
           (212) 735-3000

           Attorneys for Delphi Corporation, et al.,
            Debtors and Debtors-in-Possession

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                   :
     In re                        :     Chapter 11
                                     :
DELPHI CORPORATION, et al.,     :     Case No. 05-44481 (RDD)
                                     :
                  Debtors.    :     (Jointly Administered)
                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF HEARING WITH RESPECT TO
DEBTORS' OBJECTION TO PROOF OF CLAIM NO. [_____]

        PLEASE TAKE NOTICE that on _____ _, 200_, Delphi Corporation and certain

of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases

(collectively, the "Debtors"), objected to proof of claim number _____ (the "Proof of Claim")

filed by _____ (the "Claimant") pursuant to the [Title Of Applicable Omnibus Claims

Objection] (the "Objection").

PLEASE TAKE FURTHER NOTICE that pursuant to the Order Pursuant To 11

U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014

Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices

And Procedures Governing Objections To Claims, entered December __, 2006 (the "Order"), a

sufficiency hearing (the "Sufficiency Hearing") to address the legal sufficiency of the Proof of

Claim and whether the Proof of Claim states a colorable claim against the asserted Debtor is

hereby scheduled for _____, 200_, at 10:00 a.m. (prevailing Eastern time) in the United

States Bankruptcy Court for the Southern District of New York (the "Court").

PLEASE TAKE FURTHER NOTICE that the Sufficiency Hearing will proceed

in accordance with the procedures provided in the Order, unless such procedures are modified in

accordance with Paragraph 9(k) thereof.  Please review the Order carefully – failure to comply

with the procedures provided in the Order (or as modified pursuant to Paragraph 9(k)) could

result in the disallowance and expungement of the Proof of Claim.  A copy of the Order is

attached hereto for your convenience.

PLEASE TAKE FURTHER NOTICE that the Debtors may further adjourn the

Hearing at any time at least five business days prior to the scheduled hearing upon notice to the

Court and the Claimant.


Dated:  New York, New York
         _____ _, 200_

                                    SKADDEN, ARPS, SLATE, MEAGHER &
                                       FLOM LLP

                                    By:_____
                                         John Wm. Butler, Jr. (JB 4711)
                                         John K. Lyons (JL 4951)
                                         Ron E. Meisler (RM 3026)
                                    333 West Wacker Drive, Suite 2100
                                    Chicago, Illinois  60606
                                    (312) 407-0700

                                    By:_____
                                         Kayalyn A. Marafioti (KM 9632)
                                         Thomas J. Matz (TM 5986)
                                    Four Times Square
                                    New York, New York 10036
                                    (212) 735-3000

                                    Attorneys for Delphi Corporation, et al.,
                                         Debtors and Debtors-in-Possession

3

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

     - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                           :
      In re                    :     Chapter 11
                           :
DELPHI CORPORATION, et al.,    :     Case No. 05-44481 (RDD)
                           :
             Debtors.    :     (Jointly Administered)
                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF CLAIMS OBJECTION HEARING WITH
RESPECT TO DEBTORS' OBJECTION TO PROOF OF CLAIM NO. [_____]

        PLEASE TAKE NOTICE that on _____ _, 200_, Delphi Corporation and certain

of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases

(collectively, the "Debtors"), objected to proof of claim number _____ (the "Proof of Claim")

filed by _____ (the "Claimant") pursuant to the [Title Of Applicable Omnibus Claims

Objection] (the "Objection").

PLEASE TAKE FURTHER NOTICE that pursuant to the Order Pursuant To 11

U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014

Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices

And Procedures Governing Objections To Claims, entered December __, 2006 (the "Order"), a

claims objection hearing (the "Claims Objection Hearing") for purposes of holding an

evidentiary hearing on the merits of the Proof of Claim is hereby scheduled for _____, 200_,

at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern

District of New York (the "Court").

PLEASE TAKE FURTHER NOTICE that the Claims Objection Hearing will

proceed in accordance with the procedures provided in the Order, unless such procedures are

modified in accordance with Paragraph 9(k) thereof.  Please review the Order carefully – failure

to comply with the procedures provided in the Order (or as modified pursuant to Paragraph 9(k))

could result in the disallowance and expungement of the Proof of Claim.  A copy of the Order is

attached hereto for your convenience.

PLEASE TAKE FURTHER NOTICE that the Debtors may further adjourn the

Hearing at any time at least five business days prior to the scheduled hearing upon notice to the

Court and the Claimant.

Dated:  New York, New York
_____ \_, 200\_

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

By:_____
    John Wm. Butler, Jr. (JB 4711)
    John K. Lyons (JL 4951)
    Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

By:_____
    Kayalyn A. Marafioti (KM 9632)
    Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

3

EXHIBIT D

LIST OF MEDIATORS

Lawrence Abramcyzk
Marc Abrams
Ronald Barliant
Michael Baum
Morton Collins
Susan Cook
Samuel Damren
Eugene Driker
Jonathan Flaxer
Rozanne Giunta
Erwin Katz
Edward Moran
Alan Nisselson
Thomas Plunkett
Marty Reisig

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

       - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
       In re                            :    Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :    Case No. 05-44481 (RDD)
                                        :
                       Debtors.         :    (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF DEBTORS' ELECTION TO ACCEPT CLAIMANT'S
ASSERTED ESTIMATED AMOUNT FOR PROOF OF CLAIM NUMBER [_____]

            PLEASE TAKE NOTICE that on _____ _, 200_, Delphi Corporation and certain

of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases

(collectively, the "Debtors"), objected to proof of claim number _____ (the "Proof of Claim")

filed by _____ (the "Claimant") pursuant to the [Title Of Applicable Omnibus Claims

Objection] (the "Objection").

PLEASE TAKE FURTHER NOTICE that on _____ _, 200_, the Claimant filed

its response to the objection, wherein Claimant (i) acknowledged that the Proof of Claim asserts

claims that are contingent or fully or partially unliquidated and (ii) stated that the Claimant

believes that the allowable amount of the Proof of Claim upon liquidation of the Contested

Claim or occurrence of the contingency, as appropriate, is $_____ (the "Claimant's Asserted

Estimated Amount").

PLEASE TAKE FURTHER NOTICE that pursuant to the Order Pursuant To 11

U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014

Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices

And Procedures Governing Objections To Claims, entered December __, 2006 (the "Order"), the

Debtors hereby provide notice that the Debtors elect to accept the Claimant's Asserted Estimated

Amount as the estimated amount of the Proof of Claim pursuant to section 502(c) of the

Bankruptcy Code as set forth in the Objection.  A copy of the Order is attached hereto.

PLEASE TAKE FURTHER NOTICE that any hearing scheduled pursuant to the

Order is hereby cancelled.

2

PLEASE TAKE FURTHER NOTICE that the Debtors' election to accept the

Claimant's Asserted Estimated Amount is without prejudice to the Debtors' right to object to any

other claims in these chapter 11 cases, or to further object to the Proof of Claim, on any grounds

whatsoever.

Dated:  New York, New York
         _____ _, 200_

                                        SKADDEN, ARPS, SLATE, MEAGHER &
                                          FLOM LLP

                                        By:_____
                                            John Wm. Butler, Jr. (JB 4711)
                                            John K. Lyons (JL 4951)
                                            Ron E. Meisler (RM 3026)
                                        333 West Wacker Drive, Suite 2100
                                        Chicago, Illinois  60606
                                        (312) 407-0700

                                        By:_____
                                            Kayalyn A. Marafioti (KM 9632)
                                            Thomas J. Matz (TM 5986)
                                        Four Times Square
                                        New York, New York 10036
                                        (212) 735-3000

                                        Attorneys for Delphi Corporation, et al.,
                                            Debtors and Debtors-in-Possession

3

# EXHIBIT H

Delphi Corporation
Thirty-Third Omnibus Claims Objection
Exhibit B Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Treatment of Claim | Surviving Claim Number |
| Brooks Gary J | 3753 Mount Vernon Dr Lake Orion, MI 48360-2713 | 7/28/06 | 12097 | $975,345.00 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 12103 |
| Brooks Gary J | 3753 Mount Vernon Lake Orion, MI 48360 | 7/28/06 | 12099 | $18,570.00 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 12103 |
| Brooks Gary J | 3753 Mount Vernon Dr Lake Orion, MI 48360-2713 | 7/28/06 | 12100 | $81,854.00 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 12103 |
| Brooks Gary J | 3753 Mount Vernon Lake Orion, MI 48360 | 7/28/06 | 12101 | $18,570.00 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 12103 |
| Brooks Gary J | 3753 Mount Vernon Lake Orion, MI 48360 | 7/28/06 | 12102 | $18,000.00 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 12103 |
| Cracraft Larry F | 510 Rudgate Ln Kokomo, IN 46901-3816 | 7/31/06 | 13596 | $0.00 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 10605 |
| Drury David L | 315 Riverway Dr Vero Beach, FL 32963-2650 | 7/17/06 | 9609 | $0.00 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 9608 |
| Drury David L | 315 Riverway Dr Vero Beach, FL 32963-2650 | 7/17/06 | 9610 | $216,000.00 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 9608 |
| Drury David L | 315 Riverway Dr Vero Beach, FL 32963-2650 | 7/17/06 | 9611 | $0.00 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 9608 |
| Drury David L | 315 Riverway Dr Vero Beach, FL 32963-2650 | 7/17/06 | 9612 | $0.00 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 9608 |
| Drury David L | 315 Riverway Dr Vero Beach, FL 32963-2650 | 7/17/06 | 9613 | $693,840.00 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 9608 |

12/24/2008 5:07 PM
Delphi Omni 33 Objection Exhibit B Service List

Delphi Corporation
Thirty-Third Omnibus Claims Objection
Exhibit B Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Treatment of Claim | Surviving Claim Number |
| Fatzinger Robert L | 4116 Brookfield Way Southport, NC 28461-9062 | 7/25/06 | 13506 | $0.00 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 10826 |
| Hendrickson | David M Hendrickson 1012 Nottingham Ln Kokomo, IN 46902 | 10/4/07 | 16718 | $0.00 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 16719 |
| Hendrickson David | David M Hendrickson 1012 Nottingham Ln Kokomo, IN 46902 | 9/24/07 | 16713 | $1,592,050.00 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 16719 |
| Hendrickson David M | 1012 Nottingham Ln Kokomo, IN 46902 | 10/4/07 | 16720 | $0.00 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 16719 |
| Hodits Jr Frank W | 526 Mariner Village Huron, OH 44839 | 7/24/06 | 13493 | $12,738.00 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 10560 |
| Hodits Jr Frank W | 526 Mariner Village Huron, OH 44839 | 7/24/06 | 13494 | $13,378.00 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 10560 |
| Hodits Jr Frank W | 526 Mariner Village Huron, OH 44839 | 7/24/06 | 14035 | $140,404.00 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 10560 |
| Hodits Jr Frank W | 526 Mariner Village Huron, OH 44839 | 7/24/06 | 14036 | $907,080.00 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 10560 |
| Hollasch Kurt D | 6780 Bear Ridge Rd Lockport, NY 14094-9288 | 7/17/06 | 9666 | $11,700.00 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 9439 |
| Hollasch Kurt D | 6780 Bear Ridge Rd Lockport, NY 14094-9288 | 7/24/06 | 10562 | $202,000.00 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 9439 |
| Hollasch Kurt D | 6780 Bear Ridge Rd Lockport, NY 14094-9288 | 7/24/06 | 10563 | $1,720,083.00 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 9439 |

12/24/2008 5:07 PM
Delphi Omni 33 Objection Exhibit B Service List

Delphi Corporation
Thirty-Third Omnibus Claims Objection
Exhibit B Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Treatment of Claim | Surviving Claim Number |
| Hollasch Kurt D | 6780 Bear Ridge Rd<br>Lockport, NY 14094-9288 | 7/24/06 | 10564 | $88,284.00 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 9439 |
| Hollasch Kurt D | 6780 Bear Ridge Rd<br>Lockport, NY 14094-9288 | 7/26/06 | 11161 | $1,941,219.00 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 9439 |
| Karvonen Thomas D | 44 Cedar Dr<br>Mills River, NC 28759 | 7/18/06 | 9835 | $50,728.00 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 9834 |
| Krieger Harvey J | Krieger Lida<br>1150 Wheatfield Ct<br>Dayton, OH 45458-4742 | 7/18/06 | 9818 | $44,131.00 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 9817 |
| Lippa Michael R | 3661 Culpepper Dr<br>N Tonawanda, NY 14120-3607 | 7/20/06 | 9978 | $0.00 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 9977 |
| Lippa Michael R | 3661 Culpepper Dr<br>N Tonawanda, NY 14120-3607 | 7/20/06 | 9979 | $0.00 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 9977 |
| Marquis Terry L | 3388 Winding Rd<br>Kintnersville, PA 18930-9538 | 7/11/06 | 9288 | $19,200.00 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 9287 |
| Marquis Terry L | 3388 Winding Rd<br>Kintnersville, PA 18930-9538 | 7/11/06 | 9289 | $937,667.91 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 9287 |
| Marquis Terry L | 3388 Winding Rd<br>Kintnersville, PA 18930-9538 | 7/11/06 | 9290 | $0.00 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 9287 |
| Marquis Terry L | 3388 Winding Rd<br>Kintnersville, PA 18930-9538 | 7/11/06 | 9291 | $5,415.92 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 9287 |
| Marquis Terry L | 3388 Winding Rd<br>Kintnersville, PA 18930-9538 | 7/11/06 | 9292 | $950,107.35 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 9287 |

Delphi Corporation
Thirty-Third Omnibus Claims Objection
Exhibit B Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Treatment of Claim | Surviving Claim Number |
| Ries Thomas E | 30 Island Creek Dr<br>Okatie, SC 29909 | 2/7/08 | 16800 | $0.00 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 16799 |
| Ritzenthaler Francis H | 7672 Highland Dr<br>Gasport, NY 14067-9264 | 7/5/06 | 8940 | $20,000.00 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 8939 |
| Ritzenthaler Francis H | 7672 Highland Dr<br>Gasport, NY 14067-9264 | 7/5/06 | 8941 | $1,019,038.00 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 8939 |
| Ritzenthaler Francis H | 7672 Highland Dr<br>Gasport, NY 14067-9264 | 7/5/06 | 8942 | $1,068,640.00 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 8939 |
| Ritzenthaler Francis H | 7672 Highland Dr<br>Gasport, NY 14067-9264 | 7/5/06 | 8947 | $13,151.00 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 8939 |
| Ritzenthaler Francis H | 7672 Highland Dr<br>Gasport, NY 14067-9264 | 7/5/06 | 8948 | $18,225.00 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 8939 |
| Rodeman Donald W | 1020 Nottingham Ln<br>Kokomo, IN 46902-9551 | 5/15/06 | 5791 | $0.00 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 5790 |
| Rodeman Donald W | 1020 Nottingham Ln<br>Kokomo, IN 46902-9551 | 5/15/06 | 5792 | $0.00 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 5790 |
| Rodeman Donald W | 1020 Nottingham Ln<br>Kokomo, IN 46902-9551 | 5/15/06 | 5793 | $0.00 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 5790 |
| Sosnowchik Thomas J | 37407 S Jade Crest Dr<br>Tucson, AZ 85739-1406 | 9/14/07 | 16704 | $281,332.00 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 10765 |
| Sosnowchik Thomas J | 37407 S Jade Crest Dr<br>Tucson, AZ 85739 | 9/24/07 | 16710 | $5,836.00 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 10765 |

12/24/2008 5:07 PM
Delphi Omni 33 Objection Exhibit B Service List

Delphi Corporation
Thirty-Third Omnibus Claims Objection
Exhibit B Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Treatment of Claim | Surviving Claim Number |
| Sosnowchik Thomas J | 37407 S Jade Crest Dr Tucson, AZ 85739-1426 | 9/24/07 | 16712 | $1,524,000.00 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 10765 |
| Sosnowchik Thomas J | Sosnowchik 37407 S Jade Crest Dr Tucson, AZ 85739 | 9/27/07 | 16715 | $76,442.00 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 10765 |
| Straney Patrick J | 13916 Steprock Canyon Pl Tucson, AZ 85737 | 10/9/07 | 16722 | $1,127,091.00 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 8781 |
| Straney Patrick J | Attn Patricia L Brink 13916 Steprock Canyon Pl Tucson, AZ 85737 | 10/9/07 | 16723 | $732,609.00 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 8781 |
| Wingeier Kenneth G | 555 Mt Vintage Plantation Dr N Augusta, SC 29860-9264 | 7/18/06 | 9801 | $2,047,969.48 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 9800 |
| Wingeier Kenneth G | 555 Mt Vintage Plantation Dr N Augusta, SC 29860-9264 | 7/18/06 | 9802 | $16,251.00 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 9800 |
| Wingeier Kenneth G | 555 Mt Vintage Plantation Dr N Augusta, SC 29860-9264 | 7/18/06 | 9803 | $1,632,223.54 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 9800 |
| Wingeier Kenneth G | 555 Mt Vintage Plantation Dr N Augusta, SC 29860-9264 | 7/18/06 | 9804 | $31,779.00 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 9800 |
| Wingeier Kenneth G | 555 Mt Vintage Plantation Dr N Augusta, SC 29860-9264 | 7/18/06 | 9805 | $178,453.00 | Duplicate Or Amended SERP Claims | Disallow and Expunge | 9800 |

12/24/2008 5:07 PM
Delphi Omni 33 Objection Exhibit B Service List

Delphi Corporation
Thirty-Third Omnibus Claims Objection
Exhibit D Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Treatment of Claim | Surviving Claim Number |
| Mobile Display Systems | c/o Robert N Michaelson Esq Kirkpatrick & Lockhart Nicholson Graham LLP 599 Lexington Ave New York, NY 10022 | 7/31/06 | 14295 | $124,961.82 | Claim To Be Expunged Pursuant To Settlement | Disallow and Expunge | |

# EXHIBIT I

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
        In re                               :        Chapter 11
                                            :
DELPHI CORPORATION, et al.,                 :        Case No. 05-44481 (RDD)
                                            :
                        Debtors.            :        (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x


<u>NOTICE OF OBJECTION TO CLAIM</u>

[Claimant Name]:


        Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession
in the above-captioned cases (collectively, the "Debtors"), are sending you this notice.  According to the
Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases.  Based upon
the Debtors' review of your proof or proofs of claim or scheduled liability, the Debtors have determined
that one or more of your "Claims," as such term is defined in 11 U.S.C. § 101(5), identified in the table
below should be disallowed and expunged, or modified and allowed as summarized in the table and
described in more detail in the Debtors' Thirty-Third Omnibus Objection Pursuant To 11 U.S.C. § 502(b)
And Fed. R. Bankr. P. 3007 Regarding (A) SERP Claims And Scheduled Liabilities Subject To
Modification, (B) Duplicate Or Amended SERP Claims, (C) Claims Subject To Modification, And (D)
Claim To Be Expunged Pursuant To Settlement (the "Thirty-Third Omnibus Claims Objection"), dated
December 22, 2008, a copy of which is enclosed (without exhibits).  The Debtors' Thirty-Third Omnibus
Claims Objection is set for hearing on January 27, 2009 at 10:00 a.m. (prevailing Eastern time) before the
Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York (the
"Bankruptcy Court"), One Bowling Green, Room 610, New York, New York 10004.  AS FURTHER
DESCRIBED IN THE ENCLOSED THIRTY-THIRD OMNIBUS CLAIMS OBJECTION AND
BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE DEBTORS' OBJECTION TO YOUR
CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON January 20, 2009.  IF YOU DO NOT
RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE
RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER
THAN NOTICE OF ENTRY OF AN ORDER.

        The enclosed Thirty-Third Omnibus Claims Objection identifies four different categories of
objections.  The category of claim objection applicable to you is identified in the table below in the
column entitled "Basis For Objection":

        Claims identified as having a Basis For Objection of "SERP Claims Subject To
        Modification" are those Claims with respect to each of which the Debtors, together with

the persons asserting such Claims (the "SERP Claim Holders"), have reached a settlement in principle with respect to the proper amount and classification of each SERP Claim Subject To Modification and the proper Debtor liable for each such Claim. Accordingly, the Debtors seek to convert the amount of each SERP Claim Subject To Modification to a fully liquidated amount agreed to between the Debtors and the SERP Claim Holder and seek to have such Claim allowed in that agreed-upon amount as an unsecured claim against the stated Debtor.

Claims identified as having a Basis For Objection of "SERP Scheduled Liabilities Subject To Modification" are those Claims listed on the Debtors' Schedules of Assets and Liabilities filed with the Bankruptcy Court on January 20, 2006 and subsequently amended on February 1, 2006, April 18, 2006, October 12, 2007, January 17, 2008, and October 10, 2008 (the "Scheduled Liabilities") with respect to each of which the Debtors, together with the claimants to which such Scheduled Liabilities are owing (each, a "SERP Scheduled Party"), have reached a settlement in principle with respect to the proper amount and classification of each SERP Scheduled Liability Subject To Modification and the proper Debtor liable for each such Claim. Accordingly, the Debtors seek to convert the amount of each SERP Scheduled Liability Subject To Modification to a fully liquidated amount agreed to between the Debtors and the SERP Scheduled Party and seek to have such Claim allowed in that agreed-upon amount as an unsecured claim against the stated Debtor.

The Claims identified as having a Basis For Objection of "Duplicate Or Amended SERP Claims" under the column heading "SERP Claim To Be Expunged" are either duplicates of other SERP Claims filed with this Court or have been amended or superseded by later-filed SERP Claims.

Claims identified as having a Basis For Objection of "Claims Subject To Modification" are those Claims with respect to each of which the Debtors, together with the current holders and, as applicable, the original claimants asserting such Claims (the "Claimants"), have reached a settlement in principle with respect to the proper amount and classification of each Claim Subject To Modification and the proper Debtor liable for each such Claim. Accordingly, the Debtors seek to convert the amount of each Claim Subject To Modification to a fully liquidated amount agreed to between the Debtors and the Claimant and seek to have such Claim allowed in that agreed-upon amount as an unsecured claim against the stated Debtor.

The Claim identified as having a Basis For Objection of "Claim To Be Expunged Pursuant To Settlement" is a Claim that asserts liabilities or dollar amounts that are not owing pursuant to a settlement in principle with the holder of such Claim.

| Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Treatment Of Claim | Surviving Claim Number |
|:---:|:---:|:---:|:---:|:---:|:---:|
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ |

If you wish to view the complete exhibits to the Thirty-Third Omnibus Claims Objection, you can do so at www.delphidocket.com.  If you have any questions about this notice or the Thirty-Third Omnibus Claims Objection to your Claim, please contact the Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Thirty-Third Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern time) on January 20, 2009. Your Response, if any, to the Thirty-Third Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 632, New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed, (ii) the name of the claimant and a brief description of the basis for the amount of the Claim, (iii) a concise statement setting forth the reasons why the Claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon

3

which you will rely in opposing the Thirty-Third Omnibus Claims Objection, (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim, (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate, and (vi) the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the January 27, 2009 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order. With respect to all uncontested objections, the Debtors have requested that the Court conduct a final hearing on January 27, 2009 at 10:00 a.m. (prevailing Eastern time).

IF YOUR PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION. PURSUANT TO THE CLAIMS OBJECTION PROCEDURES ORDER, THE DEBTORS MAY ELECT, IN THEIR SOLE DISCRETION, TO ACCEPT SUCH AMOUNT PROVISIONALLY AS THE ESTIMATED AMOUNT OF YOUR PROOF OF CLAIM PURSUANT TO SECTION 502(c) OF THE BANKRUPTCY CODE FOR ALL PURPOSES OTHER THAN ALLOWANCE, BUT INCLUDING VOTING AND ESTABLISHING RESERVES FOR PURPOSES OF DISTRIBUTION UNDER A REORGANIZATION PLAN. YOUR PROOF OF CLAIM WOULD REMAIN SUBJECT TO FURTHER OBJECTION AND REDUCTION, AS APPROPRIATE, AND TO SECTION 502(j) OF THE BANKRUPTCY CODE. THE DEBTORS' ELECTION WOULD BE MADE BY SERVING YOU WITH A NOTICE IN THE FORM ATTACHED TO THE CLAIMS OBJECTION PROCEDURES ORDER.

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order. IF NO RESPONSES TO THE THIRTY-THIRD OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE THIRTY-THIRD OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION PROCEDURES ORDER. Thus, your failure to respond may forever bar you from sustaining a Claim against the Debtors.

Dated: New York, New York
December 22, 2008

# EXHIBIT J

Delphi Corporation
Thirty-Third Omnibus Claims Objection
Exhibit A-1 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Modified Debtor | Modified Amount | Modified Nature |
| Albrecht Donald D | 3511 Hickory Ln<br>Saginaw, MI 48603 | 7/28/06 | 12117 | $0.00 | SERP Claims Subject To Modification | 05-44481 | $480,962.66 | General Unsecured |
| Anderson Jon R | 7787 Nolensville Rd<br>Nolensville, TN 37135-9466 | 5/23/06 | 6693 | $0.00 | SERP Claims Subject To Modification | 05-44481 | $661,458.53 | General Unsecured |
| Arnold Thomas B | 1907 Wood Pke Ln<br>Commerce Twp, MI 48382-4862 | 7/17/06 | 9683 | $0.00 | SERP Claims Subject To Modification | 05-44481 | $138,910.45 | General Unsecured |
| Bank Wayne H | Jason W Bank Esq<br>40950 Woodward Ave Ste 100<br>Bloomfield Hills, MI 48304 | 7/25/06 | 10854 | $20,000.00 | SERP Claims Subject To Modification | 05-44481 | $433,387.84 | General Unsecured |
| Beck Bruce T | 318 Silvertree Ln<br>Dayton, OH 45459-4443 | 7/17/06 | 9657 | $1,142,111.00 | SERP Claims Subject To Modification | 05-44481 | $590,788.65 | General Unsecured |
| Bremer Richard J | 4495 Detroit St<br>Spruce, MI 48762-9737 | 7/18/06 | 9833 | $462,000.00 | SERP Claims Subject To Modification | 05-44481 | $475,185.98 | General Unsecured |
| Brooks Gary J & Kathleen L | Brooks Jt Ten<br>3753 Mount Vernon<br>Lake Orion, MI 48360 | 7/28/06 | 12103 | $1,467,882.00 | SERP Claims Subject To Modification | 05-44481 | $367,793.32 | General Unsecured |
| Collins William L | 867 Crooked Tree Dr<br>Petoskey, MI 49770 | 7/25/06 | 10852 | $0.00 | SERP Claims Subject To Modification | 05-44481 | $429,220.05 | General Unsecured |
| Cotten Charles A | 9281 Promontory Cir<br>Indianapolis, IN 46236 | 1/7/08 | 16769 | $1,897,936.00 | SERP Claims Subject To Modification | 05-44481 | $891,602.39 | General Unsecured |
| Coy Ramsey | 1040 E Rahn Rd<br>Dayton, OH 45429 | 11/5/08 | 16828 | $156,351.92 | SERP Claims Subject To Modification | 05-44481 | $156,351.92 | General Unsecured |
| Cracraft Larry F | 510 Rudgate Ln<br>Kokomo, IN 46901-3816 | 7/25/06 | 10605 | $0.00 | SERP Claims Subject To Modification | 05-44481 | $252,317.49 | General Unsecured |

Delphi Corporation
Thirty-Third Omnibus Claims Objection
Exhibit A-1 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Modified Debtor | Modified Amount | Modified Nature |
| Dettinger Robert E | 4255 Saint Cloud Way<br>Cleves, OH 45002-2323 | 1/9/08 | 16772 | $506,253.43 | SERP Claims Subject To Modification | 05-44481 | $289,538.39 | General Unsecured |
| Drury David L | 315 Riverway Dr<br>Vero Beach, FL 32963-2650 | 7/17/06 | 9608 | $0.00 | SERP Claims Subject To Modification | 05-44481 | $795,580.89 | General Unsecured |
| Fatzinger Robert L | 4116 Brookfield Way<br>Southport, NC 28461-9062 | 7/25/06 | 10826 | $497,400.00 | SERP Claims Subject To Modification | 05-44481 | $204,326.38 | General Unsecured |
| Goldsweig David N | 37599 Eagle Trace<br>Farmington Hills, MI 48331 | 1/7/08 | 16767 | $1,233,634.80 | SERP Claims Subject To Modification | 05-44481 | $490,329.07 | General Unsecured |
| Golick Edward A | 2968 Woodford Cir<br>Rochester Hills, MI 48306-3068 | 7/14/06 | 9536 | $0.00 | SERP Claims Subject To Modification | 05-44481 | $474,181.20 | General Unsecured |
| Gordon Patricia A | 631 H Skinnersville Rd<br>Amherst, NY 14228 | 7/10/06 | 9229 | $0.00 | SERP Claims Subject To Modification | 05-44481 | $151,278.47 | General Unsecured |
| Handley Ralph E | 13375 Haddon St<br>Fenton, MI 48430-1103 | 8/2/06 | 15802 | $0.00 | SERP Claims Subject To Modification | 05-44481 | $688,154.49 | General Unsecured |
| Hegstrom James B | 39370 Civic Center Dr No 314<br>Fremont, CA 94538 | 7/24/06 | 10413 | $0.00 | SERP Claims Subject To Modification | 05-44481 | $275,352.94 | General Unsecured |
| Hegstrom James B | Hegstrom James B<br>2000 Walnut Ave Apt P 304<br>Fremont, CA 94538-5387 | 7/24/06 | 10413 | $0.00 | SERP Claims Subject To Modification | 05-44481 | $275,352.94 | General Unsecured |
| Heilman Gerald D | 203 Wentworth St<br>Charleston, SC 29401 | 1/28/08 | 16795 | $457,668.25 | SERP Claims Subject To Modification | 05-44481 | $457,668.25 | General Unsecured |

12/24/2008 5:06 PM
Delphi Omni 33 Objection Exhibit A-1 Service List

Delphi Corporation
Thirty-Third Omnibus Claims Objection
Exhibit A-1 Service List

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Modified Debtor | Modified Amount | Modified Nature |
| | Helm Wesley D | Susan Jill Rice Brandt Fisher Alward & Roy P C Attorneys for Wesley D Helm 1241 E Eighth St Post Office Box 5817 Traverse City, MI 49686-5817 | 7/26/06 | 11033 | $1,690,647.15 | SERP Claims Subject To Modification | 05-44481 | $938,944.59 | General Unsecured |
| | Hendrickson David M | 1012 Nottingham Ln Kokomo, IN 46902 | 10/4/07 | 16719 | $540,000.00 | SERP Claims Subject To Modification | 05-44481 | $505,963.07 | General Unsecured |
| | Herren William R | c/o Susan M Cook Lambert Leser Isackson Cook & Giunta PC 916 Washington Ave Ste 309 Bay City, MI 48708 | 7/28/06 | 11944 | $0.00 | SERP Claims Subject To Modification | 05-44481 | $1,356,968.31 | General Unsecured |
| | Hodits Jr Frank W | 526 Mariner Village Huron, OH 44839 | 7/24/06 | 10560 | $15,650.00 | SERP Claims Subject To Modification | 05-44481 | $449,345.55 | General Unsecured |
| | Holden John Donaldson | 185 Isabella Point Dr Chuster Box 9205 Port Isabel, TX 78578 | 7/31/06 | 13463 | $3,000,000.00 | SERP Claims Subject To Modification | 05-44481 | $803,517.77 | General Unsecured |
| | Hollasch Kurt D | 6780 Bear Ridge Rd Lockport, NY 14094-9288 | 7/13/06 | 9439 | $868,272.00 | SERP Claims Subject To Modification | 05-44481 | $1,135,197.60 | General Unsecured |
| | Holmes John R | 10787 W County Rd 00 Ns Kokomo, IN 46901-8830 | 7/17/06 | 9600 | $0.00 | SERP Claims Subject To Modification | 05-44481 | $1,029,067.30 | General Unsecured |
| | Hossenlopp Peter M | 2220 Red River Dr Mission, TX 78572-7446 | 7/28/06 | 12150 | $0.00 | SERP Claims Subject To Modification | 05-44481 | $270,416.79 | General Unsecured |
| | Husar Jr Michael A | 12151 East Sand Hills Rd Scottsdale, AZ 85255 | 5/9/06 | 5385 | $5,426.66 | SERP Claims Subject To Modification | 05-44481 | $829,587.53 | General Unsecured |

12/24/2008 5:06 PM
Delphi Omni 33 Objection Exhibit A-1 Service List

Delphi Corporation
Thirty-Third Omnibus Claims Objection
Exhibit A-1 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Modified Debtor | Modified Amount | Modified Nature |
| Ickes Arthur D | 6824 Mulderstraat<br>Grand Ledge, MI 48837 | 5/8/06 | 5298 | $0.00 | SERP Claims Subject To Modification | 05-44481 | $461,762.80 | General Unsecured |
| Jackson Jerry F | Jerry F Jackson<br>7418 Campfire Run<br>Indianapolis, IN 46236-9260 | 2/1/08 | 16798 | $1,672,405.95 | SERP Claims Subject To Modification | 05-44481 | $789,299.33 | General Unsecured |
| Julius Michael L | 8906 E 96th St No 325<br>Fishers, IN 46037 | 1/10/08 | 16774 | $494,993.00 | SERP Claims Subject To Modification | 05-44481 | $361,944.39 | General Unsecured |
| Karvonen Thomas D | 44 Cedar Dr<br>Mills River, NC 28759 | 7/18/06 | 9834 | $619,909.00 | SERP Claims Subject To Modification | 05-44481 | $296,341.54 | General Unsecured |
| Krieger Harvey J | 1150 Wheatfield Ct<br>Dayton, OH 45458-4742 | 7/18/06 | 9817 | $1,082,431.00 | SERP Claims Subject To Modification | 05-44481 | $326,574.62 | General Unsecured |
| Levijoki W Alan | 2368 Marjorie Ln<br>Clio, MI 48420 | 6/29/06 | 8759 | $180.00 | SERP Claims Subject To Modification | 05-44481 | $703,498.74 | General Unsecured |
| Lienesch John H | 23640 Peppermill Court<br>Bonita Springs, FL 34134 | 7/19/06 | 9867 | $1,129,205.00 | SERP Claims Subject To Modification | 05-44481 | $369,872.30 | General Unsecured |
| Lininger Charles D | 5657 Pine Gate Dr<br>Saginaw, MI 48603-1651 | 7/28/06 | 12119 | $0.00 | SERP Claims Subject To Modification | 05-44481 | $451,978.07 | General Unsecured |
| Lippa Michael R | 3661 Culpepper Dr<br>N Tonawanda, NY 14120-3607 | 7/20/06 | 9977 | $0.00 | SERP Claims Subject To Modification | 05-44481 | $491,342.64 | General Unsecured |
| Malanga Ronald R | 1567 Woodhill Dr NE<br>Warren, OH 44484 | 1/10/08 | 16779 | $773,764.00 | SERP Claims Subject To Modification | 05-44481 | $471,406.40 | General Unsecured |
| Marquis Terry L | 3388 Winding Rd<br>Kintnersville, PA 18930-9538 | 7/11/06 | 9287 | $9,600.00 | SERP Claims Subject To Modification | 05-44481 | $612,959.30 | General Unsecured |

Delphi Corporation
Thirty-Third Omnibus Claims Objection
Exhibit A-1 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Modified Debtor | Modified Amount | Modified Nature |
| Mayne Jimmy C | 2121 Palazza Dr<br>Sarasota, FL 34238 | 7/17/06 | 9659 | $1,265,725.00 | SERP Claims Subject To Modification | 05-44481 | $495,304.36 | General Unsecured |
| Mead Dennis M | 900 Adams Rd<br>South Haven, MI 49090 | 7/20/06 | 9974 | $2,721,806.00 | SERP Claims Subject To Modification | 05-44481 | $537,724.43 | General Unsecured |
| Mead Dennis M | Dennis M Mead<br>2400 S Ocean Dr No 2241<br>Fort Pierce, FL 34949 | 7/20/06 | 9974 | $2,721,806.00 | SERP Claims Subject To Modification | 05-44481 | $537,724.43 | General Unsecured |
| Mobley Md Evelyn H | 400 Timberleaf Dr<br>Beavercreek, OH 45430-5100 | 5/1/06 | 4443 | $0.00 | SERP Claims Subject To Modification | 05-44481 | $17,177.82 | General Unsecured |
| Montgomery Sharon | 508 Pixley Ln<br>Noblesville, IN 46062-9737 | 7/10/06 | 9213 | $0.00 | SERP Claims Subject To Modification | 05-44481 | $188,244.23 | General Unsecured |
| Montgomery Sharon | Montgomery Sharon<br>5669 Tumbling Creek Rd<br>Hurricane Mills, TN 37078 | 7/10/06 | 9213 | $0.00 | SERP Claims Subject To Modification | 05-44481 | $188,244.23 | General Unsecured |
| Oneill Brian P | 2591 South Shore Dr<br>Flushing, MI 48433-3515 | 7/26/06 | 11226 | $0.00 | SERP Claims Subject To Modification | 05-44481 | $336,642.50 | General Unsecured |
| Rausch Carl G | 347 Glengarry Dr<br>Aurora, OH 44202-8585 | 8/9/06 | 16013 | $2,101,279.00 | SERP Claims Subject To Modification | 05-44481 | $1,267,847.18 | General Unsecured |
| Ries Thomas E | 30 Island Creek Dr<br>Okatie, SC 29909 | 2/7/08 | 16799 | $0.00 | SERP Claims Subject To Modification | 05-44481 | $303,783.28 | General Unsecured |
| Ritzenthaler Francis H | 7672 Highland Dr<br>Gasport, NY 14067-9264 | 7/5/06 | 8939 | $7,003.75 | SERP Claims Subject To Modification | 05-44481 | $260,212.34 | General Unsecured |
| Robinson John H | 145 Nw Pittock Dr<br>Portland, OR 97210-1074 | 6/5/06 | 7412 | $0.00 | SERP Claims Subject To Modification | 05-44481 | $1,008,159.70 | General Unsecured |

Delphi Corporation
Thirty-Third Omnibus Claims Objection
Exhibit A-1 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Modified Debtor | Modified Amount | Modified Nature |
| Rodeman Donald W | 1020 Nottingham Ln Kokomo, IN 46902-9551 | 5/15/06 | 5790 | $0.00 | SERP Claims Subject To Modification | 05-44481 | $213,958.84 | General Unsecured |
| Rose Charles L | 12225 E Houghton Lake Dr Houghton Lake, MI 48629-8619 | 7/27/06 | 11119 | $0.00 | SERP Claims Subject To Modification | 05-44481 | $365,729.08 | General Unsecured |
| Rose Michael P | 8130 Woodbridge Ct Springboro, OH 45066 | 7/17/06 | 9662 | $807,906.00 | SERP Claims Subject To Modification | 05-44481 | $378,620.72 | General Unsecured |
| Rowley Alan Boyd | 1519 Van Buskirk Rd Anderson, IN 46011 | 5/31/06 | 7192 | $0.00 | SERP Claims Subject To Modification | 05-44481 | $335,894.47 | General Unsecured |
| Shaffer Lowell K | 3389 Sunset Key Circle Punta Gorda, FL 33955-1971 | 8/9/06 | 16110 | $1,748,075.00 | SERP Claims Subject To Modification | 05-44481 | $505,806.60 | General Unsecured |
| Sholl J D and Sholl Rosemarie S | 350 Staples Dr Rolesville, NC 27571 | 7/25/06 | 10572 | $2,811,699.50 | SERP Claims Subject To Modification | 05-44481 | $368,186.71 | General Unsecured |
| Smith Raymond C | 13720 Gulf Blvd Apt 204 Madeira Beach, FL 33708-2549 | 7/20/06 | 11909 | $0.00 | SERP Claims Subject To Modification | 05-44481 | $49,651.58 | General Unsecured |
| Sosnowchik Thomas J | 37407 S Jade Crest Dr Tucson, AZ 85739-1406 | 7/25/06 | 10765 | $320,532.00 | SERP Claims Subject To Modification | 05-44481 | $849,627.88 | General Unsecured |
| Spelman William C | 1713 Green Acres Dr Kokomo, IN 46901-9549 | 8/9/06 | 15998 | $0.00 | SERP Claims Subject To Modification | 05-44481 | $253,800.67 | General Unsecured |
| Straney Patrick J | 13916 Steprock Canyon Pl Tucson, AZ 85737 | 6/30/06 | 8781 | $0.00 | SERP Claims Subject To Modification | 05-44481 | $538,906.71 | General Unsecured |
| Vandenberg Frederic P | 17823 Lost Pond Ln Spring Lake, MI 49456 | 6/26/06 | 8575 | $0.00 | SERP Claims Subject To Modification | 05-44481 | $440,894.64 | General Unsecured |

12/24/2008 5:06 PM
Delphi Omni 33 Objection Exhibit A-1 Service List

Delphi Corporation
Thirty-Third Omnibus Claims Objection
Exhibit A-1 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Modified Debtor | Modified Amount | Modified Nature |
| Warren William S | PO Box 8259<br>Ann Arbor, MI 48107-8259 | 6/12/06 | 7793 | $0.00 | SERP Claims Subject To Modification | 05-44481 | $1,720,990.33 | General Unsecured |
| Wilhelm Jr Ralph V | 16002 Colleton Ct<br>Carmel, IN 46033 | 2/12/08 | 16804 | $395,061.17 | SERP Claims Subject To Modification | 05-44481 | $395,061.17 | General Unsecured |
| Wingeier Kenneth G | 555 Mt Vintage Plantation Dr<br>N Augusta, SC 29860-9264 | 7/18/06 | 9800 | $721,575.00 | SERP Claims Subject To Modification | 05-44481 | $943,354.88 | General Unsecured |

12/24/2008 5:06 PM
Delphi Omni 33 Objection Exhibit A-1 Service List

Delphi Corporation
Thirty-Third Omnibus Claims Objection
Exhibit C Service List

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Modified Debtor | Modified Amount | Modified Nature |
| | Bear Stearns Investment Products Inc | Attn Susan Mcnamara co JPMorgan Chase Bank NA Legal Dept 1 Chase Manhattan Plaza 26th Fl New York, NY 10081 | 1/30/06 | 1703 | $59,962.24 | Claims Subject To Modification | 05-44640 | $47,395.10 | General Unsecured |
| | Bear Stearns Investment Products Inc | Attn Susan Mcnamara co JPMorgan Chase Bank NA Legal Dept 1 Chase Manhattan Plaza 26th Fl New York, NY 10081 | 1/30/06 | 1704 | $874,448.21 | Claims Subject To Modification | 05-44640 | $857,771.97 | General Unsecured |
| | Bear Stearns Investment Products Inc | Attn Susan Mcnamara co JPMorgan Chase Bank NA Legal Dept 1 Chase Manhattan Plaza 26th Fl New York, NY 10081 | 1/31/06 | 1726 | $5,849.70 | Claims Subject To Modification | 05-44640 | $3,333.70 | General Unsecured |
| | Bear Stearns Investment Products Inc | Attn Susan Mcnamara co JPMorgan Chase Bank NA Legal Dept 1 Chase Manhattan Plaza 26th Fl New York, NY 10081 | 1/31/06 | 1728 | $212,632.48 | Claims Subject To Modification | 05-44640 | $181,558.42 | General Unsecured |
| | Bear Stearns Investment Products Inc | Pepper Hamilton LLP Attn Francis J Lawall & Anne Marie Aaronson 3000 Two Logan Sq 18th & Arch Streets Philadelphia, PA 19103 | 1/31/06 | 1728 | $212,632.48 | Claims Subject To Modification | 05-44640 | $181,558.42 | General Unsecured |
| | Eaton Aeroquip De Mexico Sa De Cv | Eaton Corporation 1111 Superior Ave Cleveland, OH 44114-2584 | 7/26/06 | 10971 | $332,442.44 | Claims Subject To Modification | 05-44640 | $130,456.03 | General Unsecured |
| | Eaton Electrical | 1111 Superior Ave Cleveland, OH 44114-2584 | 7/26/06 | 10908 | $4,692.90 | Claims Subject To Modification | 05-44640 | $4,692.90 | General Unsecured |
| | Eaton Hydraulics Inc | Eaton Corporation 1111 Superior Ave Cleveland, OH 44114-2584 | 7/26/06 | 11029 | $1,865.03 | Claims Subject To Modification | 05-44640 | $1,865.03 | General Unsecured |
| | Eaton Yale Ltd | Eaton Corporation 1111 Superior Ave Cleveland, OH 44114-2584 | 7/26/06 | 10970 | $14,019.41 | Claims Subject To Modification | 05-44640 | $7,500.00 | General Unsecured |
| | Hain Capital Holdings LLC | Attn Ganna Liberchuk 301 Rte 17 6th Fl Rutherford, NJ 07070 | 7/24/06 | 10411 | $157,011.51 | Claims Subject To Modification | 05-44640 | $150,301.40 | General Unsecured |
| | Hain Capital Holdings LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/24/06 | 10411 | $157,011.51 | Claims Subject To Modification | 05-44640 | $150,301.40 | General Unsecured |

12/24/2008 5:07 PM
Delphi Omni 33 Objection Exhibit C Service List

Delphi Corporation
Thirty-Third Omnibus Claims Objection
Exhibit C Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Modified Debtor | Modified Amount | Modified Nature |
| Liquidity Solutions Inc as assignee of Eaton Corporation | c/o Liquidity Solutions Inc DBA Revenue Management 1 University Plaza No 312 Hackensack, NJ 07601 | 5/25/06 | 6809 | $740,224.29 | Claims Subject To Modification | 05-44640 | $583,936.24 | General Unsecured |
| Moldtech Inc | 1900 Commerce Pky Lancaster, NY 14086 | 5/1/06 | 3738 | $50,374.12 | Claims Subject To Modification | 05-44640 | $46,544.80 | General Unsecured |
| Sandvik Materials Technology | 8 Park Ctr Ct Ste 200 Owings Mills, MD 21117 | 11/15/05 | 590 | $29,390.33 | Claims Subject To Modification | 05-44640 | $17,987.25 | General Unsecured |
| Sandvik Materials Technology | Sandvik Materials Technology 982 Griffin Pond Rd Clark Summit, PA 18411 | 11/15/05 | 590 | $29,390.33 | Claims Subject To Modification | 05-44640 | $17,987.25 | General Unsecured |
| Schaeffler KG | Schaeffler Accounting Services Georg Schafer Str 30 Schweinfurt,  97421 Germany | 5/16/06 | 5907 | $64,430.50 | Claims Subject To Modification | 05-44640 | $16,719.87 | General Unsecured |
| Tesa AG | Karen Ostad Esq James J DeCristofaro Esq Lovells 590 Madison Ave New York, NY 10022 | 7/27/06 | 11681 | $2,227,147.77 | Claims Subject To Modification | 05-44640 | $1,837,259.20 | General Unsecured |
| Tesa AG | Lovells Karen Ostad 900 Third Ave New York, NY 10022 | 7/27/06 | 11681 | $2,227,147.77 | Claims Subject To Modification | 05-44640 | $1,837,259.20 | General Unsecured |
| The Brix Group Inc | David Tilton CFO 541 Division St Campbell, CA 95008 | 6/19/06 | 8139 | $44,754.00 | Claims Subject To Modification | 05-47474 | $27,595.51 | General Unsecured |
| TPO Displays USA Inc fka Mobile Display Systems | c/o Robert N Michaelson Esq Kirkpatrick & Lockhart Nicholson Graham LLP 599 Lexington Ave New York, NY 10022 | 10/19/06 | 16375 | $595,386.02 | Claims Subject To Modification | 05-44640 | $413,423.52 | General Unsecured |

12/24/2008 5:07 PM
Delphi Omni 33 Objection Exhibit C Service List

# EXHIBIT K

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - x
                        :

In re                      :      Chapter 11
                        :

DELPHI CORPORATION, et al.,   :      Case No. 05-44481 (RDD)

             Debtors.    :      (Jointly Administered)
                        :
- - - - - - - - - - - - - - - - - - - - - - - - - x


NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:


      Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), are sending you this notice. According to the Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases. Based upon the Debtors' review of your proof or proofs of claim or scheduled liability, the Debtors have determined that one or more of your "Claims," as such term is defined in 11 U.S.C. § 101(5), identified in the table below should be disallowed and expunged, or modified and allowed as summarized in the table and described in more detail in the Debtors' Thirty-Third Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Regarding (A) SERP Claims And Scheduled Liabilities Subject To Modification, (B) Duplicate Or Amended SERP Claims, (C) Claims Subject To Modification, And (D) Claim To Be Expunged Pursuant To Settlement (the "Thirty-Third Omnibus Claims Objection"), dated December 22, 2008, a copy of which is enclosed (without exhibits). The Debtors' Thirty-Third Omnibus Claims Objection is set for hearing on January 27, 2009 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), One Bowling Green, Room 610, New York, New York 10004. AS FURTHER DESCRIBED IN THE ENCLOSED THIRTY-THIRD OMNIBUS CLAIMS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON January 20, 2009. IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

      The enclosed Thirty-Third Omnibus Claims Objection identifies four different categories of objections. The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

      Claims identified as having a Basis For Objection of "SERP Claims Subject To Modification" are those Claims with respect to each of which the Debtors, together with

the persons asserting such Claims (the "SERP Claim Holders"), have reached a
settlement in principle with respect to the proper amount and classification of each SERP
Claim Subject To Modification and the proper Debtor liable for each such Claim.
Accordingly, the Debtors seek to convert the amount of each SERP Claim Subject To
Modification to a fully liquidated amount agreed to between the Debtors and the SERP
Claim Holder and seek to have such Claim allowed in that agreed-upon amount as an
unsecured claim against the stated Debtor.

Claims identified as having a Basis For Objection of "SERP Scheduled Liabilities
Subject To Modification" are those Claims listed on the Debtors' Schedules of Assets and
Liabilities filed with the Bankruptcy Court on January 20, 2006 and subsequently
amended on February 1, 2006, April 18, 2006, October 12, 2007, January 17, 2008, and
October 10, 2008 (the "Scheduled Liabilities") with respect to each of which the Debtors,
together with the claimants to which such Scheduled Liabilities are owing (each, a
"SERP Scheduled Party"), have reached a settlement in principle with respect to the
proper amount and classification of each SERP Scheduled Liability Subject To
Modification and the proper Debtor liable for each such Claim.  Accordingly, the Debtors
seek to convert the amount of each SERP Scheduled Liability Subject To Modification to
a fully liquidated amount agreed to between the Debtors and the SERP Scheduled Party
and seek to have such Claim allowed in that agreed-upon amount as an unsecured claim
against the stated Debtor.

The Claims identified as having a Basis For Objection of "Duplicate Or Amended SERP
Claims" under the column heading "SERP Claim To Be Expunged" are either duplicates
of other SERP Claims filed with this Court or have been amended or superseded by later-
filed SERP Claims.

Claims identified as having a Basis For Objection of "Claims Subject To Modification"
are those Claims with respect to each of which the Debtors, together with the current
holders and, as applicable, the original claimants asserting such Claims (the "Claimants"),
have reached a settlement in principle with respect to the proper amount and
classification of each Claim Subject To Modification and the proper Debtor liable for
each such Claim.  Accordingly, the Debtors seek to convert the amount of each Claim
Subject To Modification to a fully liquidated amount agreed to between the Debtors and
the Claimant and seek to have such Claim allowed in that agreed-upon amount as an
unsecured claim against the stated Debtor.

The Claim identified as having a Basis For Objection of "Claim To Be Expunged Pursuant To Settlement" is a Claim that asserts liabilities or dollar amounts that are not owing pursuant to a settlement in principle with the holder of such Claim.

| Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Allowed Debtor | Allowed Amount | Allowed Nature |
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ | ❾ |

If you wish to view the complete exhibits to the Thirty-Third Omnibus Claims Objection, you can do so at www.delphidocket.com.  If you have any questions about this notice or the Thirty-Third Omnibus Claims Objection to your Claim, please contact the Debtors' counsel by e-mail at delphi@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to Claims Agent at 1-888-249-2691 or www.delphidocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Thirty-Third Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern time) on January 20, 2009. Your Response, if any, to the Thirty-Third Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 632, New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel)

and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed, (ii) the name of the claimant and a brief description of the basis for the amount of the Claim, (iii) a concise statement setting forth the reasons why the Claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Thirty-Third Omnibus Claims Objection, (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim, (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate, and (vi) the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the January 27, 2009 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order.  With respect to all uncontested objections, the Debtors have requested that the Court conduct a final hearing on January 27, 2009 at 10:00 a.m. (prevailing Eastern time).

IF YOUR PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.  PURSUANT TO THE CLAIMS OBJECTION PROCEDURES ORDER, THE DEBTORS MAY ELECT, IN THEIR SOLE DISCRETION, TO ACCEPT SUCH AMOUNT PROVISIONALLY AS THE ESTIMATED AMOUNT OF YOUR PROOF OF CLAIM PURSUANT TO SECTION 502(c) OF THE BANKRUPTCY CODE FOR ALL PURPOSES OTHER THAN ALLOWANCE, BUT INCLUDING VOTING AND ESTABLISHING RESERVES FOR PURPOSES OF DISTRIBUTION UNDER A REORGANIZATION PLAN.  YOUR PROOF OF CLAIM WOULD REMAIN SUBJECT TO FURTHER OBJECTION AND REDUCTION, AS APPROPRIATE, AND TO SECTION 502(j) OF THE BANKRUPTCY CODE.  THE DEBTORS' ELECTION WOULD BE MADE BY SERVING YOU WITH A NOTICE IN THE FORM ATTACHED TO THE CLAIMS OBJECTION PROCEDURES ORDER.

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE THIRTY-THIRD OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE THIRTY-THIRD OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from sustaining a Claim against the Debtors.

Dated:  New York, New York
        December 22, 2008