IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
    In re                          :    Chapter 11
                                                          :
DELPHI CORPORATION, et al.,     :    Case No. 05-44481 (RDD)
                                                          :
                     Debtors.   :    (Jointly Administered)
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AFFIDAVIT OF SERVICE

      I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

      On December 24, 2008, I caused to be served the document listed below (i) upon the parties listed on Exhibit A hereto via electronic notification and (ii) upon the parties listed on Exhibit B hereto via postage pre-paid U.S. mail:

    1)    Order Pursuant To 11 U.S.C. § 502(b) And Fed.R.Bankr.P.3007 Regarding (A) Asserted Amount Claims, (B) Claims Subject To Modification, And (C) Claims To Be Expunged, As Identified In Thirty-Second Omnibus Claims Objection ("Thirty-Second Omnibus Claims Objection Order") (Docket No. 14605) [a copy of which is attached hereto as Exhibit C]

      On December 24, 2008, I caused to be served the documents listed below upon the parties listed on Exhibit D hereto via postage pre-paid U.S. mail:

    2)    Order Pursuant To 11 U.S.C. § 502(b) And Fed.R.Bankr.P.3007 Regarding (A) Asserted Amount Claims, (B) Claims Subject To Modification, And (C) Claims To Be Expunged, As Identified In Thirty-Second Omnibus Claims Objection ("Thirty-Second Omnibus Claims Objection Order") [without exhibits] (Docket No. 14605) [a copy of which is attached hereto as Exhibit C]

    3)    Personalized Notice Of Entry Of Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Regarding (A) Asserted Amount Claims, (B) Claims Subject To Modification, And (C) Claims To Be Expunged, As Identified In Thirty-Second Omnibus Claims Objection (the "Personalized Notice") [a copy of the form of which is attached hereto as Exhibit E]. Each party's Personalized Notice was sent to the name and address listed in columns 1 and 2 of Exhibit D attached hereto. In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3

through 8 of <u>Exhibit D</u> attached hereto.  The chart contained in the form of the Personalized Notice which is attached hereto as <u>Exhibit E</u> has been marked so as to demonstrate the manner in which the information listed in columns 3 through 8 of <u>Exhibit D</u> attached hereto was incorporated into each Personalized Notice.

On December 24, 2008, I caused to be served the documents listed below upon the parties listed on <u>Exhibit F</u> hereto via postage pre-paid U.S. mail:

4)    Order Pursuant To 11 U.S.C. § 502(b) And Fed.R.Bankr.P.3007 Regarding (A) Asserted Amount Claims, (B) Claims Subject To Modification, And (C) Claims To Be Expunged, As Identified In Thirty-Second Omnibus Claims Objection ("Thirty-Second Omnibus Claims Objection Order") [without exhibits] (Docket No. 14605) [a copy of which is attached hereto as <u>Exhibit C</u>]

5)    Personalized Notice Of Entry Of Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Regarding (A) Asserted Amount Claims, (B) Claims Subject To Modification, And (C) Claims To Be Expunged, As Identified In Thirty-Second Omnibus Claims Objection (the "Personalized Notice") [a copy of the form of which is attached hereto as <u>Exhibit G</u>].  Each party's Personalized Notice was sent to the name and address listed in columns 1 and 2 of <u>Exhibit F</u> attached hereto.  In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 9 of <u>Exhibit F</u> attached hereto.  The chart contained in the form of the Personalized Notice which is attached hereto as <u>Exhibit G</u> has been marked so as to demonstrate the manner in which the information listed in columns 3 through 9 of <u>Exhibit F</u> attached hereto was incorporated into each Personalized Notice.

On December 24, 2008, I caused to be served the documents listed below upon the parties listed on <u>Exhibit H</u> hereto via postage pre-paid U.S. mail:

6)    Order Pursuant To 11 U.S.C. § 502(b) And Fed.R.Bankr.P.3007 Regarding (A) Asserted Amount Claims, (B) Claims Subject To Modification, And (C) Claims To Be Expunged, As Identified In Thirty-Second Omnibus Claims Objection ("Thirty-Second Omnibus Claims Objection Order") [without exhibits] (Docket No. 14605) [a copy of which is attached hereto as <u>Exhibit C</u>]

7)    Personalized Notice Of Entry Of Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Regarding (A) Asserted Amount Claims, (B) Claims Subject To Modification, And (C) Claims To Be Expunged, As Identified In Thirty-Second Omnibus Claims Objection (the "Personalized Notice") [a copy of the form of which is attached hereto as <u>Exhibit I</u>].  Each party's Personalized Notice was sent to the name and address listed in columns 1

and 2 of <u>Exhibit H</u> attached hereto.  In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 9 of <u>Exhibit H</u> attached hereto.  The chart contained in the form of the Personalized Notice which is attached hereto as <u>Exhibit I</u> has been marked so as to demonstrate the manner in which the information listed in columns 3 through 9 of <u>Exhibit H</u> attached hereto was incorporated into each Personalized Notice.

On December 24, 2008, I caused to be served the documents listed below upon the parties listed on <u>Exhibit J</u> hereto via postage pre-paid U.S. mail:

8)  Order Pursuant To 11 U.S.C. § 502(b) And Fed.R.Bankr.P.3007 Regarding (A) Asserted Amount Claims, (B) Claims Subject To Modification, And (C) Claims To Be Expunged, As Identified In Thirty-Second Omnibus Claims Objection ("Thirty-Second Omnibus Claims Objection Order") [without exhibits] (Docket No. 14605) [a copy of which is attached hereto as <u>Exhibit C</u>]

9)  Personalized Notice Of Entry Of Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Regarding (A) Asserted Amount Claims, (B) Claims Subject To Modification, And (C) Claims To Be Expunged, As Identified In Thirty-Second Omnibus Claims Objection (the "Personalized Notice") [a copy of the form of which is attached hereto as <u>Exhibit K</u>].  Each party's Personalized Notice was sent to the name and address listed in columns 1 and 2 of <u>Exhibit J</u> attached hereto.  In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 12 of <u>Exhibit J</u> attached hereto.  The chart contained in the form of the Personalized Notice which is attached hereto as <u>Exhibit K</u> has been marked so as to demonstrate the manner in which the information listed in columns 3 through 12 of <u>Exhibit J</u> attached hereto was incorporated into each Personalized Notice.

Dated: December 29, 2008

_____*/s/ Evan Gershbein*_____
Evan Gershbein

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 29th day of December, 2008, by Evan Gershbein, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:    _____*/s/ Shannon J. Spencer*_____

Commission Expires:    _*6/20/10*_____

# EXHIBIT A

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | rstark@brownrudnick.com | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | bsimon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | sreisman@cm-p.com | Counsel to Flextronics International, Inc.; Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | donald.bernstein@dpw.com brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | cschiff@flextronics.com | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | paul.anderson@flextronics.com | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | trey.chambers@freescale.com | Creditor Committee Member |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | rodbuie@ffhsj.com sliviri@ffhsj.com | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | valerie.venable@ge.com | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | lhassel@groom.com | Counsel to Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 1540 Broadway | 24th Fl | New York | NY | 10036 | 212-751-4300 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | susan.atkins@jpmorgan.com | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | sbetance@kccllc.com | Noticing and Claims Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | daniel.fisher@lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | patrick.healy@lawdeb.com | Indenture Trustee |

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | jdejonker@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Peter A. Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | pclark@mwe.com | Counsel to Recticel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | conh@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | bmctigue@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | lszlezinger@mesirowfinancial.com | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | gbray@milbank.com tkreller@milbank.com jtill@milbank.com | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | jmoldovan@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | william.dornbos@oag.state.ny.us | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Karen L. Morris, John Menke, Ralph L. Landy, Beth A. Bangert | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | landy.ralph@pbgc.gov morris.karen@pbgc.gov menke.john@pbfgc.gov bangert.beth@pbgc.gov efile@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | 212-218-5500 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | ddoyle@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

12/26/2008 4:27 PM
Master Service List 081119 Email

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | nfranke@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | cp@stevenslee.com cs@stevenslee.com | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | mwarner@warnerstevens.com | Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | harvey.miller@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | jeff.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

12/26/2008 4:27 PM
Master Service List 081119 Email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Adalberto Cañadas Castillo | | Avda Ramon de Carranza | 10-1° | Cadiz | | 11006 | Spain | 34 956 226 311 | adalberto@canadas.com | Representative to DASE |
| Adler Pollock & Sheehan PC | Joseph Avanzato | One Citizens Plz 8th Fl | | Providence | RI | 02903 | | 401-274-7200 | javanzato@apslaw.com | Attorneys for Fry's Metals Inc. and Specialty Coatings Systems Eft |
| Airgas, Inc. | David Boyle | 259 Radnor-Chester Road, Suite 100 | P.O. Box 6675 | Radnor | PA | 19087-8675 | | 610-902-6028 | david.boyle@airgas.com | Counsel to Airgas, Inc. |
| Akebono Brake Corporaton | Brandon J. Kessinger | 310 Ring Road | | Elizabethtown | KY | 42701 | | 270-234-5580 | bkessinger@akebono-usa.com | Representative for Akebono Corporation |
| Akin Gump Strauss Hauer & Feld, LLP | David M Dunn | 1333 New Hampshire Ave NW | | Washington | DC | 20036 | | 202-887-4000 | ddunn@akingump.com | Counsel to TAI Unsecured Creditors Liquidating Trust |
| Akin Gump Strauss Hauer & Feld, LLP | Ira S Dizengoff | One Bryant Park | | New York | NY | 10036 | | 212-872-1000 | idizengoff@akingump.com | Counsel to TAI Unsecured Creditors Liquidating Trust |
| Akin Gump Strauss Hauer & Feld, LLP | Peter J. Gurfein | 2029 Centure Park East | Suite 2400 | Los Angeles | CA | 90067 | | 310-552-6696 | pgurfein@akingump.com | Counsel to Wamco, Inc. |
| Allen Matkins Leck Gamble & Mallory LLP | Michael S. Greger | 1900 Main Street | Fifth Floor | Irvine | CA | 92614-7321 | | 949-553-1313 | mgreger@allenmatkins.com | Counsel to Kilroy Realty, L.P. |
| Alston & Bird, LLP | Craig E. Freeman | 90 Park Avenue | | New York | NY | 10016 | | 212-210-9400 | craig.freeman@alston.com | Counsel to Cadence Innovation, LLC |
| Alston & Bird, LLP | Dennis J. Connolly; David A. Wender | 1201 West Peachtree Street | | Atlanta | GA | 30309 | | 404-881-7269 | dconnolly@alston.com dwender@alston.com | Counsel to Cadence Innovation, LLC, PD George Co, Furukawa Electric Company, Ltd., and Furukawa Electric North America APD, Inc. |
| American Axle & Manufacturing, Inc. | Steven R. Keyes | One Dauch Drive, Mail Code 6E-2-42 | | Detroit | MI | 48243 | | 313-758-4868 | steven.keyes@aam.com | Representative for American Axle & Manufacturing, Inc. |
| Andrews Kurth LLP | Gogi Malik | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | gogimalik@andrewskurth.com | Counsel to ITW Mortgage Investments IV, Inc. |
| Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP | Mark T. Flewelling | 199 South Los Robles Avenue | Suite 600 | Pasadena | CA | 91101-2459 | | 626-535-1900 | mtf@afrct.com | Counsel to Stanley Electric Sales of America, Inc. |
| Anthony Ostlund & Baer PA | John B Orenstein | 3600 Wells Fargo Ctr | 90 S 7th St | Minneapolis | MN | 55402 | | 612-349-6969 | jorenstein@aoblaw.com | Attorneys for Whitebox Hedged High Yield Partners, LP |
| Arent Fox PLLC | Mitchell D. Cohen | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | Cohen.Mitchell@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arent Fox PLLC | Robert M. Hirsh | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | Hirsh.Robert@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arnall Golden Gregory LLP | Darryl S. Laddin | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | | 404-873-8120 | dladdin@agg.com | Counsel to Daishinku (America) Corp. d/b/a KDS America ("Daishinku"), SBC Telecommunications, Inc. (SBC) |
| Arnold & Porter LLP | Joel M. Gross | 555 Twelfth Street, N.W. | | Washington | D.C. | 20004-1206 | | 202-942-5000 | joel_gross@aporter.com | Counsel to CSX Transportation, Inc. |
| ATS Automation Tooling Systems Inc. | Carl Galloway | 250 Royal Oak Road | | Cambridge | Ontario | N3H 4R6 | Canada | 519-653-4483 | cgalloway@atsautomation.com | Company |
| Balch & Bingham LLP | Eric T. Ray | PO Box 306 | | Birmingham | AL | 35201 | | 205-251-8100 | eray@balch.com | Attorney for Alabama Power Company |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | Kimberly J. Robinson | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | kim.robinson@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | William J. Barrett | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | william.barrett@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 22

12/26/2008 4:28 PM
Email (398)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-------|-----------------|
| Barnes & Thornburg LLP | Alan K. Mills | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | alan.mills@btlaw.com | Counsel to Mays Chemical Company |
| Barnes & Thornburg LLP | John T. Gregg | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3930 | john.gregg@btlaw.com | Counsel to Priority Health; Clarion Corporation of America |
| Barnes & Thornburg LLP | Mark R. Owens | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | mark.owens@btlaw.com | Counsel to Clarion Corporation of America |
| Barnes & Thornburg LLP | Michael K. McCrory | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | michael.mccrory@btlaw.com | Counsel to Gibbs Die Casting Corporation; Clarion Corporation of America |
| Barnes & Thornburg LLP | Patrick E. Mears | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3936 | pmears@btlaw.com | Counsel to Armada Rubber Manufacturing Company, Bank of America Leasing & Leasing & Capital, LLC, & AutoCam Corporation |
| Barnes & Thornburg LLP | Wendy D. Brewer | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | wendy.brewer@btlaw.com | Counsel to Gibbs Die Casting Corporation |
| Bartlett Hackett Feinberg P.C. | Frank F. McGinn | 155 Federal Street | 9th Floor | Boston | MA | 02110 | | 617-422-0200 | ffm@bostonbusinesslaw.com | Counsel to Iron Mountain Information Management, Inc. |
| Beeman Law Office | Thomas M Beeman | 33 West 10th Street | Suite 200 | Anderson | IN | 46016 | | 765-640-1330 | tom@beemanlawoffice.com | Counsel to Madison County (Indiana) Treasurer |
| Bernstein Litowitz Berger & Grossman | Hannah E. Greenwald | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1411 | hannah@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | John P. Coffey | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1409 | sean@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | Wallace A. Showman | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1429 | wallace@blbglaw.com | Counsel to SANLUIS Rassini International, Inc.; Rassini, S.A. de C.V. |
| Berry Moorman P.C. | James P. Murphy | 535 Griswold | Suite 1900 | Detroit | MI | 48226 | | 313-496-1200 | murph@berrymoorman.com | Counsel to Kamax L.P.; Optrex America, Inc.; GKN Sinter Metals, Inc. |
| Bialson, Bergen & Schwab | Kenneth T. Law, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | klaw@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.. |
| Bialson, Bergen & Schwab | Lawrence M. Schwab, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | lschwab@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.; Solectron Corporation; Solectron De Mexico SA de CV; Solectron Invotronics; Coherent, Inc.; Veritas Software Corporation |
| Bialson, Bergen & Schwab | Patrick M. Costello, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | pcostello@bbslaw.com | Solectron Corporation; Solectron de Mexico SA de CV; Solectron Invotronics and Coherent, Inc. |
| Bialson, Bergen & Schwab | Thomas M. Gaa | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | tgaa@bbslaw.com | Counsel to  Veritas Software Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 22

12/26/2008 4:28 PM
Email (398)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Bingham McHale LLP | Whitney L Mosby | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-635-8900 | wmosby@binghammchale.com | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |
| Blank Rome LLP | Marc E. Richards | The Chrylser Building | 405 Lexington Avenue | New York | NY | 10174 | | 212-885-5000 | mrichards@blankrome.com | Counsel to DENSO International America, Inc. |
| Bodman LLP | Ralph E. McDowell | 100 Renaissance Center | 34th Floor | Detroit | MI | 48243 | | 313-393-7592 | rmcdowell@bodmanllp.com | Counsel to Freudenberg-NOK; General Partnership; Freudenberg-NOK, Inc.; Flextech, Inc.; Vibracoustic de Mexico, S.A. de C.V.; Lear Corporation; American Axle & Manufacturing, Inc. |
| Bond, Schoeneck & King, PLLC | Camille W. Hill | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | chill@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp. |
| Bond, Schoeneck & King, PLLC | Charles J. Sullivan | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | csullivan@bsk.com | Counsel to Diemolding Corporation |
| Bond, Schoeneck & King, PLLC | Stephen A. Donato | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | sdonato@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp; Diemolding Corporation |
| Bose McKinney & Evans LLP | Michael A Trentadue Carina M de la Torre | 111 Monument Circle Ste 2700 | | Indianapolis | IN | 46204 | | 317-684-5000 | mtrentadue@boselaw.com cdelatorre@boselaw.com | Counsel to Decatur Plastics Products, Inc. and Eikenberry & Associates, Inc.; Lorentson Manufacturing, Company, Inc.; Lorentson Manufacturing Compnay Southwest, Inc.; Lorentson Tooling, Inc.; L & S Tools, Inc. |
| Boult, Cummings, Conners & Berry, PLC | Austin L. McMullen | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | amcmullen@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Boult, Cummings, Conners & Berry, PLC | Roger G. Jones | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | rjones@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Brembo S.p.A. | Massimiliano Cini | Administration Department via Brembo 25 | 24035 Curno BG | Bergamo | | | Italy | 00039-035-605-529 | massimiliano_cini@brembo.it | Creditor |
| Brown & Connery, LLP | Donald K. Ludman | 6 North Broad Street | | Woodbury | NJ | 08096 | | 856-812-8900 | dludman@brownconnery.com | Counsel to SAP America, Inc. |
| Buchalter Nemer, A Profesional Corporation | Shawn M. Christianson | 333 Market Street | 25th Floor | San Francisco | CA | 94105-2126 | | 415-227-0900 | schristianson@buchalter.com | Counsel to Oracle USA, Inc.; Oracle Credit Corporation |
| Buchanan Ingersoll & Rooney | Mary Caloway | The Brandywine Building | 1000 West Street, Suite 1410 | Wilmington | DE | 19801 | | 302-552-4200 | mary.caloway@bipc.com | Counsel to Fiduciary Counselors |
| Buchanan Ingersoll & Rooney | William H. Schorling, Esq. | 1835 Market St. 14th Floor | | Philadelphia | PA | 19103 | | 215-665-5326 | william.schorling@bipc.com | Counsel to Fiduciary Counselors |
| Burr & Forman LLP | Michael Leo Hall | 420 North Twentieth Street | Suite 3100 | Birmingham | AL | 35203 | | (205) 458-5367 | mhall@burr.com | Counsel to Mercedes-Benz U.S. International, Inc. |
| Cadwalader Wickersham & Taft LLP | Jeannine D'Amico | 1201 F St NW Ste 1100 | | Washington | DC | 20004 | | 202-862-2452 | jeannine.damico@cwt.com | Attorneys for the Audit Committee of Delphi Corporation |
| Cahill Gordon & Reindel LLP | Jonathan Greenberg | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | jonathan.greenberg@BASF.COM | Counsel to Engelhard Corporation |
| Cahill Gordon & Reindel LLP | Robert Usadi | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | rusadi@cahill.com | Counsel to Engelhard Corporation |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-------|------------------|
| Calfee, Halter & Griswold LLC | Jean R. Robertson, Esq. | 1400 McDonald Investment Ctr | 800 Superior Ave | Cleveland | OH | 44114 | | 216-622-8404 | jrobertson@calfee.com | Counsel to Brush Engineered materials |
| Calinoff & Katz, LLp | Dorothy H. Marinis-Riggio Robert Calinoff | 140 East 45th Street | 17th Floor | New York | NY | 10017 | | 212-826-8800 | dhriggio@gmail.com rcalinoff@candklaw.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, I |
| Carson Fischer, P.L.C. | Robert A. Weisberg | 300 East Maple Road | Third Floor | Birmingham | MI | 48009-6317 | | 248-644-4840 | rweisberg@carsonfischer.com | Counsel to Cascade Die Casting Group, Inc. |
| Carter Ledyard & Milburn LLP | Aaron R. Cahn | 2 Wall Street | | New York | NY | 10005 | | 212-732-3200 | cahn@clm.com | Counsel to STMicroelectronics, Inc. |
| Chadbourne & Parke LLP | Douglas Deutsch, Esq. | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-408-5100 | ddeutsch@chadbourne.com | Counsel to EagleRock Capital Management, LLC |
| Clark Hill PLC | Joel D. Applebaum | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | japplebaum@clarkhill.com | Counsel to 1st  Choice Heating & Cooling, Inc.; BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLC | Shannon Deeby | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | sdeeby@clarkhill.com | Counsel to BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLLC | Robert D. Gordon | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8572 | rgordon@clarkhill.com | Counsel to ATS Automation Tooling Systems Inc. |
| Cleary Gottlieb Steen & Hamilton LLP | Deborah M. Buell | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | maofiling@cgsh.com | Counsel to Arneses Electricos Automotrices, S.A.de C.V.; Cordaflex, S.A. de C.V. |
| Cleary, Gottlieb, Steen & Hamilton LLP | James L. Bromley | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | maofiling@cgsh.com | Counsel to Bear, Stearns, Co. Inc.; Citigroup, Inc.; Credit Suisse First Boston; Deutsche Bank Securities, Inc.; Goldman Sachs Group, Inc.; JP Morgan Chase & Co.; Lehman Brothers, Inc.; Merrill Lynch & Co.; Morgan Stanley & Co., Inc.; UBS Securities, LLC |
| Cohen & Grigsby, P.C. | Thomas D. Maxson | 11 Stanwix Street | 15th Floor | Pittsburgh | PA | 15222-1319 | | 412-297-4706 | tmaxson@cohenlaw.com | Counsel to Nova Chemicals, Inc. |
| Cohen, Weiss & Simon LLP | Joseph J. Vitale Babette Ceccotti | 330 West 42nd Street | | New York | NY | 10036 | | 212-356-0238 | jvitale@cwsny.com bceccotti@cwsny.com | Counsel to International Union, United Automobile, Areospace and Agriculture Implement Works of America (UAW) |
| Cohn Birnbaum & Shea P.C. | Scott D. Rosen, Esq. | 100 Pearl Street, 12th Floor | | Hartford | CT | 06103 | | 860-493-2200 | srosen@cb-shea.com | Counsel to Floyd Manufacturing Co., Inc. |
| Conlin, McKenney & Philbrick, P.C. | Bruce N. Elliott | 350 South Main Street | Suite 400 | Ann Arbor | MI | 48104 | | 734-971-9000 | Elliott@cmplaw.com | Counsel to Brazeway, Inc. |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C. Wisler, Esq. | 1007 N. Orange Street | P.O. Box 2207 | Wilmington | DE | 19899 | | 302-658-9141 | jwisler@cblh.com | Counsel to ORIX Warren, LLC |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 4 of 22

12/26/2008 4:28 PM
Email (398)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Contrarian Capital Management, L.L.C. | Mark Lee, Janice Stanton, Bill Raine, Seth Lax | 411 West Putnam Avenue | Suite 225 | Greenwich | CT | 06830 | | 203-862-8200 (230) 862-8231 | mlee@contrariancapital.com jstanton@contrariancapital.com wraine@contrariancapital.com solax@contrariancapital.com | Counsel to Contrarian Capital Management, L.L.C. |
| Coolidge Wall Co. LPA | Ronald S. Pretekin | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | Pretekin@coollaw.com | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Cocmpany; Attorneys for Columbia Industrial |
| Covington & Burling | Susan Power Johnston Aaron R. Marcu | 620 Eighth Ave | | New York | NY | 10018 | | 212-841-1005 | sjohnston@cov.com | Special Counsel to the Debtor |
| Cox, Hodgman & Giarmarco, P.C. | Sean M. Walsh, Esq. | Tenth Floor Columbia Center | 101 W. Big Beaver Road | Troy | MI | 48084-5280 | | 248-457-7000 | swalsh@chglaw.com | Counsel to Nisshinbo Automotive Corporation |
| Curtin & Heefner, LLP | Daniel P. Mazo | 250 N. Pennslyvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | dpm@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Curtin & Heefner, LLP | Robert  Szwajkos | 250 N. Pennslyvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | rsz@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Cindi Eilbott | 101 Park Avenue | | New York | NY | 10178-0061 | | 212-696-6936 | ceilbott@curtis.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Damon & Morey LLP | William F. Savino | 1000 Cathedral Place | 298 Main Street | Buffalo | NY | 14202-4096 | | 716-856-5500 | wsavino@damonmorey.com | Counsel to Relco, Inc.; The Durham Companies, Inc. |
| David P. Martin | | 519 Energy Center Blvd | Ste 1104 | Northport | AL | 35401 | | 205-343-1771 | davidpmartin@erisacase.com davidpmartin@bellsouth.net | Co-Counsel for David Gargis, Jimmy Mueller, and D. Keith Livingston |
| Day Pitney LLP | Richard M. Meth | P.O. Box 1945 | | Morristown | NJ | 07962-1945 | | 973-966-6300 | rmeth@daypitney.com | Counsel to Marshall E. Campbell Company |
| Day Pitney LLP | Ronald S. Beacher Conrad K. Chiu | 7 Times Square | | New York | NY | 10036 | | 212-297-5800 | rbeacher@daypitney.com cchiu@daypitney.com | Counsel to IBJTC Business Credit Corporation, as successor to IBJ Whitehall Business Credit Corporation |
| Denso International America, Inc. | Carol Sowa | 24777 Denso Drive | | Southfield | MI | 48086 | | 248-372-8531 | carol_sowa@denso-diam.com | Counsel to Denso International America, Inc. |
| DiConza Law, P.C. | Gerard DiConza, Esq. | 630 Third Avenue, 7th Floor | | New York | NY | 10017 | | 212-682-4940 | gdiconza@dlawpc.com | Counsel to Tyz-All Plastics, Inc.; Co-Counsel to Tower Automotive, Inc. |
| Dinsmore & Shohl LLP | John Persiani | 1900 Chemed Center | 255 East Fifth Street | Cincinnati | OH | 45202 | | 513-977-8200 | john.persiani@dinslaw.com | Counsel to The Procter & Gamble Company |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 5 of 22

12/26/2008 4:28 PM
Email (398)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| DLA Piper Rudnick Gray Cary US LLP | Richard M. Kremen Maria Ellena Chavez-Ruark | The Marbury Building | 6225 Smith Avenue | Baltimore | Maryland | 21209-3600 | | 410-580-3000 | richard.kremen@dlapiper.com | Counsel to Constellation NewEnergy, Inc. & Constellation NewEnergy - Gas Division, LLC |
| Dreier LLP | Maura I. Russell Wendy G. Marcari | 499 Park Ave | 14th Fl | New York | NY | 10022 | | 212-328-6100 | jguerrier@dreierllp.com | Counsel to SPCP Group LLC |
| Drinker Biddle & Reath LLP | Andrew C. Kassner | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | andrew.kassner@dbr.com | Counsel to Penske Truck Leasing Co., L.P. |
| Drinker Biddle & Reath LLP | David B. Aaronson | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | david.aaronson@dbr.com | Counsel to Penske Truck Leasing Co., L.P. and Quaker Chemical Corporation |
| Drinker Biddle & Reath LLP | Janice B. Grubin | 140 Broadway 39th Fl | | New York | NY | 10005-1116 | | 212-248-3140 | janice.grubin@dbr.com | Counsel to Vanguard Distributors, Inc. |
| Duane Morris LLP | Joseph H. Lemkin | 744 Broad Street | Suite 1200 | Newark | NJ | 07102 | | 973-424-2000 | jhlemkin@duanemorris.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC; and Hosiden America Corporation |
| Duane Morris LLP | Margery N. Reed, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | dmdelphi@duanemorris.com | Counsel to ACE American Insurance Company |
| Duane Morris LLP | Wendy M. Simkulak, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | wmsimkulak@duanemorris.com | Counsel to ACE American Insurance Company |
| Dykema Gossett PLLC | Douglas S Parker | 39577 Woodward Ave | Suite 300 | Bloomfield Hills | MI | 48304 | | 248-203-0703 | dparker@dykema.com | Counsel for Federal Screw |
| Dykema Gossett PLLC | Morgan Smith | 10 South Wacker Dr | Suite 2300 | Chicago | IL | 60606 | | 312-627-5679 | mmsmith@dykema.com | Attorneys for Tremont City Barrel Fill PRP Group |
| Dykema Gossett PLLC | Sharon A. Salinas | 10 South Wacker Dr | Suite 2300 | Chicago | IL | 60606 | | 312-627-2199 | ssalinas@dykema.com | Counsel to Tremont City Barrel Fill PRP Group |
| Electronic Data Systems Corporation | Ayala Hassell | 5400 Legacy Dr. | Mail Stop H3-3A-05 | Plano | TX | 75024 | | 212-715-9100 | ayala.hassell@eds.com | Representative for Electronic Data Systems Corporation |
| Entergy Services, Inc. | Alan H. Katz | 639 Loyola Ave 26th Fl | | New Orleans | LA | 70113 | | | akatz@entergy.com | Assistant General Counsel to Entergy Services, Inc |
| Ettelman & Hochheiser, P.C. | Gary Ettelman | c/o Premium Cadillac | 77 Main Street | New Rochelle | NY | 10801 | | 516-227-6300 | gettelman@e-hlaw.com | Counsel to Jon Ballin |
| Farrell Fritz PC | Louis A. Scarcella Patrick T. Collins | 1320 RexCorp Plaza | | Uniondale | NY | 11556-1320 | | 516-227-0700 | lscarcella@farrellfritz.com pcollins@farrellfritz.com | Counsel to Official Committee of Equity Holders |
| Filardi Law Offices LLC | Charles J. Filardi, Jr., Esq. | 65 Trumbull Street | Second Floor | New Haven | CT | 06510 | | 203-562-8588 | charles@filardi-law.com | Counsel to Federal Express Corporation |
| Finkel Goldstein Rosenbloom & Nash LLP | Ted J. Donovan | 26 Broadway | Suite 711 | New York | NY | 10004 | | 212-344-2929 | tdonovan@finkgold.com | Counsel to Pillarhouse (U.S.A.) Inc. |
| Foley & Lardner LLP | David G Dragich | 500 Woodward Ave Suite 2700 | | Detroit | MI | 48226-3489 | | 313-234-7100 | ddragich@foley.com | Counsel to Internet Corporation |
| Foley & Lardner LLP | Jill L. Murch | 321 North Clark Street | Suite 2800 | Chicago | IL | 60610-4764 | | 312-832-4500 | jmurch@foley.com | Counsel to Kuss Corporation |
| Foley & Lardner LLP | John A. Simon | One Detroit Center | 500 Woodward Ave Suite 2700 | Detroit | MI | 48226-3489 | | 313-234-7100 | jsimon@foley.com | Counsel to Ernst & Young LLP |
| Foley & Lardner LLP | Michael P. Richman | 90 Park Avenue | 37th Floor | New York | NY | 10016-1314 | | 212-682-7474 | mrichman@foley.com | Counsel to Ernst & Young LLP |
| Fox Rothschild LLP | Fred Stevens | 13 East 37th Street | Suite 800 | New York | NY | 10016 | | 212-682-7575 | fstevens@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Fox Rothschild LLP | Michael J. Viscount, Jr. | 1301 Atlantic Avenue | Suite 400 | Atlantic City | NJ | 08401-7212 | | 609-348-4515 | mviscount@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 6 of 22

12/26/2008 4:28 PM
Email (398)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-------|------------------|
| Frederick T. Rikkers | | 419 Venture Court | P.O. Box 930555 | Verona | WI | 53593 | | 608-848-6350 | frikkers@rikkerslaw.com | Counsel to Southwest Metal Finishing, Inc. |
| Fulbright & Jaworski LLP | David A Rosenzweig | 666 Fifth Avenue | | New York | NY | 10103-3198 | | 212-318-3000 | drosenzweig@fulbright.com | Counsel to Southwest Research Institute Attorney for Solvay Fluorides, LLC |
| Fulbright & Jaworski LLP | Michael M Parker | 300 Convent St Ste 2200 | | San Antonio | TX | 78205 | | 210-224-5575 | mparker@fulbright.com | Counsel to Southwest Research Institute |
| Genovese Joblove & Battista, P.A. | David C. Cimo | 100 S.E. 2nd Street | Suite 4400 | Miami | FL | 33131 | | 305-349-2300 | dcimo@gjb-law.com | Counsel to Ryder Integrated Logistics, Inc. |
| Gibbons P.C. | David N. Crapo | One Gateway Center | | Newark | NJ | 07102-5310 | | 973-596-4523 | dcrapo@gibbonslaw.com | Counsel to Epcos, Inc. |
| Goldberg Segalla LLP | Attn Bruce W Hoover | 665 Main St Ste 400 | | Buffalo | NY | 14203 | | 716-566-5400 | bhoover@goldbergsegalla.com | Attorneys for MasTec Inc. |
| Goodwin Proctor LLP | Allan S. Brilliant | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | abrilliant@goodwinproctor.com | Counsel to UGS Corp. |
| Goodwin Proctor LLP | Craig P. Druehl | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | cdruehl@goodwinproctor.com | Counsel to UGS Corp. |
| Gorlick, Kravitz & Listhaus, P.C. | Barbara S. Mehlsack | 17 State Street | 4th Floor | New York | NY | 10004 | | 212-269-2500 | bmehlsack@gkllaw.com | Counsel to International Brotherhod of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Goulston & Storrs, P.C. | Peter D. Bilowz | 400 Atlantic Avenue | | Boston | MA | 02110-333 | | 617-482-1776 | pbilowz@goulstonstorrs.com | Counsel to Thermotech Company |
| Grant & Eisenhofer P.A. | James J Sabella | 485 Lexington Ave | | New York | NY | 10017 | | 646-722-8520 | jsabella@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Grant & Eisenhofer P.A. | Jay W. Eisenhofer | 45 Rockefeller Center | 650 Fifth Avenue | New York | NY | 10111 | | 212-755-6501 | jeisenhofer@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Gratz, Miller & Brueggeman, S.C. | Matthew R. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | mrr@previant.com | Counsel to International Brotheroo of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Graydon Head & Ritchey LLP | J. Michael Debbeler, Susan M. Argo | 1900 Fifth Third Center | 511 Walnut Street | Cincinnati | OH | 45202 | | 513-621-6464 | mdebbeler@graydon.com | Counsel to Grote Industries; Batesville Tool & Die; PIA Group; Reliable Castings |
| Greenberg Traurig, LLP | Maria J. DiConza | MetLife Bldg | 200 Park Avenue | New York | NY | 10166 | | 212-801-9200 | diconzam@gtlaw.com | Counsel to Samtech Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 7 of 22

12/26/2008 4:28 PM
Email (398)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Greenberg Traurig, LLP | Shari L. Heyen | 1000 Louisiana | Suite 1800 | Houston | TX | 77002 | | 713-374-3500 | heyens@gtlaw.com | Counsel to Samtech Corporation |
| Greensfelder, Hemker & Gale, P.C. | Cherie Macdonald J. Patrick Bradley | 10 S. Broadway | Suite 200 | St. Louis | MO | 63102 | | 314-241-9090 | ckm@greensfelder.com jpb@greensfelder.com | Counsel to ARC Automotive, Inc. |
| Halperin Battaglia Raicht, LLP | Alan D. Halperin Christopher J.Battaglia Julie D. Dyas | 555 Madison Avenue | 9th Floor | New York | NY | 10022 | | 212-765-9100 | cbattaglia@halperinlaw.net ahalperin@halperinlaw.net jdyas@halperinlaw.net | Counsel to Pacific Gas Turbine Center, LLC and Chromalloy Gas Turbine Corporation; ARC Automotive, Inc |
| Hancock & Estabrook LLP | R John Clark Esq | 1500 Tower I | PO Box 4976 | Syracuse | NY | 13221-4976 | | 315-471-3151 | rjclark@hancocklaw.com | Counsel to Alliance Precision Plastics Corporation |
| Harris D. Leinwand | Harris D. Leinwand | 350 Fifth Avenue | Suite 2418 | New York | NY | 10118 | | 212-725-7338 | hleinwand@aol.com | Counsel to Baker Hughes Incorporated; Baker Petrolite Corporation |
| Haynes and Boone, LLP | Judith Elkin | 153 East 53rd Street | Suite 4900 | New York | NY | 10022 | | 212-659-7300 | judith.elkin@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Haynes and Boone, LLP | Lenard M. Parkins Kenric D. Kattner | 1 Houston Center | 1221 McKinney, Suite 2100 | Houston | TX | 77010 | | 713-547-2000 | lenard.parkins@haynesboone.com kenric.kattner@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Herrick, Feinstein LLP | Paul Rubin | 2 Park Avenue | | New York | NY | 10016 | | 212-592-1448 | prubin@herrick.com | Counsel to Canon U.S.A., Inc. and Schmidt Technology GmbH |
| Hewlett-Packard Company | Anne Marie Kennelly | 3000 Hanover St., M/S 1050 | | Palo Alto | CA | 94304 | | 650-857-6902 | anne.kennelly@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Kenneth F. Higman | 2125 E. Katella Avenue | Suite 400 | Anaheim | CA | 92806 | | 714-940-7120 | ken.higman@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Sharon Petrosino | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | | 908-898-4760 | sharon.petrosino@hp.com | Counsel to Hewlett-Packard Financial Services Company |
| Hinckley Allen & Snyder LLP | Michael J Pendell | 185 Asylum St CityPlace I | 35th Floor | Hartford | CT | 06103-3488 | | 860-725-6200 | mpendell@haslaw.com | Counsel to Barnes Group, Inc. |
| Hiscock & Barclay, LLP | J. Eric Charlton | 300 South Salina Street | PO Box 4878 | Syracuse | NY | 13221-4878 | | 315-425-2716 | echarlton@hiscockbarclay.com | Counsel to GW Plastics, Inc. |
| Hodgson Russ LLP | Julia S. Kreher | One M&T Plaza | Suite 2000 | Buffalo | NY | 14203 | | 716-848-1330 | jkreher@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hodgson Russ LLP | Stephen H. Gross, Esq. | 60 E 42nd St 37th Fl | | New York | NY | 10165-0150 | | 212-661-3535 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation, Co-Counsel for Yazaki North America, Inc. |
| Hogan & Hartson L.L.P. | Audrey Moog | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | amoog@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Edward C. Dolan | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | ecdolan@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Scott A. Golden | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | sagolden@hhlaw.com | Counsel to XM Satellite Radio Inc. |
| Holme Roberts & Owen, LLP | Elizabeth K. Flaagan | 1700 Lincoln | Suite 4100 | Denver | CO | 80203 | | 303-861-7000 | elizabeth.flaagan@hro.com | Counsel to CoorsTek, Inc.; Corus, L.P. |
| Honigman, Miller, Schwartz and Cohn, LLP | Donald T. Baty, Jr. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7314 | dbaty@honigman.com | Counsel to Fujitsu Ten Corporation of America |
| Honigman, Miller, Schwartz and Cohn, LLP | E. Todd Sable | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7548 | tsable@honigman.com | Counsel to Valeo Climate Control Corp.; Valeo Electrical Systems, Inc. - Motors and Actuators Division;Valeo Electrical Systems, Inc. - Wipers Division; Valeo Switches & Detection System, Inc. |
| Honigman, Miller, Schwartz and Cohn, LLP | Lawrence J. Murphy | 2290 First National Building | 660 Woodward Ave | Detroit | MI | 48226 | | 313-465-7488 | lmurphy@honigman.Com | Attorneys for Guide Corporation and Lightsource Parent Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 8 of 22

12/26/2008 4:28 PM
Email (398)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Honigman, Miller, Schwartz and Cohn, LLP | Seth A Drucker | 2290 First National Building | 660 Woodward Avenue Ste 2290 | Detroit | MI | 48226 | | 313-465-7626 | sdrucker@honigman.com | Counsel for Valeo Climate Control, Corp. |
| Howard & Howard Attorneys PC | Lisa S Gretchko | 39400 Woodward Ave | Ste 101 | Bloomfield Hills | MI | 48304-5151 | | 248-723-0396 | lgretchko@howardandhoward.com | Intellectual Property Counsel for Delphi Corporation, et al. |
| Howick, Westfall, McBryan & Kaplan, LLP | Louis G. McBryan | 3101 Tower Creek Parkway | Ste 600 One Tower Creek | Atlanta | GA | 30339 | | 678-384-7000 | lmcbryan@hwmklaw.com | Counsel to Vanguard Distributors, Inc. |
| Hunter & Schank Co. LPA | John J. Hunter | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | | 419-255-4300 | jrhunter@hunterschank.com | Counsel to ZF Group North America Operations, Inc. |
| Hunter & Schank Co. LPA | Thomas J. Schank | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | | 419-255-4300 | tomschank@hunterschank.com | Counsel to ZF Group North America Operations, Inc. |
| Hunton & Wiliams LLP | Michael P. Massad, Jr. | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | mmassad@hunton.com | Counsel to RF Monolithics, Inc. |
| Hunton & Wiliams LLP | Steven T. Holmes | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | sholmes@hunton.com | Counsel to RF Monolithics, Inc. |
| Hurwitz & Fine P.C. | Ann E. Evanko | 1300 Liberty Building | | Buffalo | NY | 14202 | | 716-849-8900 | aee@hurwitzfine.com | Counsel to Jiffy-Tite Co., Inc. |
| Ice Miller | Ben T. Caughey | One American Square | Box 82001 | Indianapolis | IN | 46282-0200 | | 317-236-2100 | Ben.Caughey@icemiller.com | Counsel to Sumco, Inc. |
| Infineon Technologies North America Corporation | Greg Bibbes | 1730 North First Street | M/S 11305 | San Jose | CA | 95112 | | 408-501-6442 | greg.bibbes@infineon.com | General Counsel & Vice President for Infineon Technologies North America Corporation |
| Infineon Technologies North America Corporation | Jeff Gillespie | 2529 Commerce Drive | Suite H | Kokomo | IN | 46902 | | 765-454-2146 | jeffery.gillispie@infineon.com | Global Account Manager for Infineon Technologies North America |
| InPlay Technologies Inc | Heather Beshears | 234 South Extension Road | | Mesa | AZ | 85201 | | | heather@inplaytechnologies.com | Creditor |
| International Union of Operating Engineers | Richard Griffin | 1125-17th Avenue, N.W. | | Washington | DC | 20036 | | 202-429-9100 | rgriffin@iuoe.org | Counsel to International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Jackson Walker LLP | Bruce J. Ruzinsky Desiree K. Killen | 1401 McKinney St Ste 1900 | | Houston | TX | 77010 | | 713-751-4200 | bruzinsky@jw.com dkillen@jw.com | Counsel to Constellation NewEnergy, Inc. |
| Jackson Walker LLP | Heather M. Forrest | 901 Main St Ste 600 | | Dallas | TX | 75202 | | 214-953-6000 | hforrest@jw.com | Counsel to Constellation NewEnergy, Inc. |
| James R Scheuerle | Parmenter O'Toole | 601 Terrace Street | PO Box 786 | Muskegon | MI | 49443-0786 | | 231-722-1621 | JRS@Parmenterlaw.com | Counsel to Port City Die Cast and Port City Group Inc |
| Jason, Inc. | Will Schultz, General Counsel | 411 E. Wisconsin Ave | Suite 2120 | Milwaukee | WI | 53202 | | 414-277-2110 | wschultz@jasoninc.com | General Counsel to Jason Incorporated |
| Jenner & Block LLP | Ronald R. Peterson | One IBM Plaza | | Chicago | IL | 60611 | | 312-222-9350 | rpeterson@jenner.com | Counsel to SPX Corporation (Contech Division), Alcan Rolled Products-Ravenswood, LLC, Tenneco Inc. and Contech LLC |
| Johnston, Harris Gerde & Komarek, P.A. | Jerry W. Gerde, Esq. | 239 E. 4th St. | | Panama City | FL | 32401 | | 850-763-8421 | gerdekomarek@bellsouth.net | Counsel to Peggy C. Brannon, Bay County Tax Collector |
| Jones Day | Corinne Ball | 222 East 41st Street | | New York | NY | 10017 | | 212-326-7844 | cball@jonesday.com | Counsel to WL. Ross & Co., LLC |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 9 of 22

12/26/2008 4:28 PM
Email (398)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Jones Day | Peter J. Benvenutti Michaeline H. Correa | 555 California St 26th Floor | | San Francisco | CA | 94104 | | 415-626-3939 | pjbenvenutti@jonesday.com mcorrea@jonesday.com | Attorneys for Symantec Corporation, Successor-in-Interest to Veritas Corporation |
| Jones Day | Scott J. Friedman | 222 East 41st Street | | New York | NY | 10017 | | 212-326-3939 | sjfriedman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Katten Muchin Rosenman LLP | John P. Sieger, Esq. | 525 West Monroe Street | | Chicago | IL | 60661 | | 312-902-5200 | john.sieger@kattenlaw.com | Counsel to TDK Corporation America and MEMC Electronic Materials, Inc. |
| Kaye Scholer LLP | Richard G Smolev | 425 Park Avenue | | New York | NY | 10022-3598 | | 212-236-8000 | rsmolev@kayescholer.com | Counsel to InPlay Technologies Inc |
| Kegler, Brown, Hill & Ritter Co., LPA | Kenneth R. Cookson | 65 East State Street | Suite 1800 | Columbus | OH | 43215 | | 614-426-5400 | kcookson@keglerbrown.com | Counsel to Solution Recovery Services |
| Keller Rohrback L.L.P. | Lynn Lincoln Sarko Cari Campen Laufenberg Erin M. Rily | 1201 Third Avenue | Suite 3200 | Seattle | WA | 98101 | | 206-623-1900 | lsarko@kellerrohrback.com claufenberg@kellerrohrback.com eriley@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Keller Rohrback P.L.C. | Gary A. Gotto | National Bank Plaza | 3101 North Central Avenue, Suite 900 | Phoenix | AZ | 85012 | | 602-248-0088 | ggotto@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Kelley Drye & Warren, LLP | Craig A. Wolfe | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | cwolfe@kelleydrye.com | Counsel to the Pension Benefit Guaranty Corporation |
| Kelley Drye & Warren, LLP | Joseph Boyle | 200 Kimball Dr | | Parsippany | NJ | 07054 | | 973-503-5900 | jboyle@kelleydrye.com | Counsel to the Pension Benefit Guaranty Corporation |
| Kelley Drye & Warren, LLP | Merrill B. Stone | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | mstone@kelleydrye.com | Counsel to the Pension Benefit Guaranty Corporation |
| Kennedy, Jennick & Murray | Larry Magarik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | lmagarik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Susan M. Jennik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | sjennik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Kennedy, Jennick & Murray | Thomas Kennedy | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | tkennedy@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| King & Spalding, LLP | Daniel Egan | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | degan@kslaw.com | Counsel to KPMG LLP |
| King & Spalding, LLP | H. Slayton Dabney, Jr. | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | sdabney@kslaw.com | Counsel to KPMG LLP |
| Kirkland & Ellis LLP | Jim Stempel | 200 East Randolph Drive | | Chicago | IL | 60601 | | 312-861-2000 | jstempel@kirkland.com | Counsel to Lunt Mannufacturing Company |
| Kirkpatrick & Lockhart Nicholson Graham LLP | Edward M. Fox | 599 Lexington Avenue | | New York | NY | 10022 | | 212-536-4812 | efox@klng.com | Counsel to Wilmington Trust Company, as Indenture trustee |
| Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A. | Sam O. Simmerman | 4775 Munson Street N.W. | P.O. Box 36963 | Canton | OH | 44735-6963 | | 330-497-0700 | sosimmerman@kwgd.com | Counsel to for Millwood, Inc. |
| Kutak Rock LLP | Jay Selanders | 1010 Grand Blvd Ste 500 | | Kansas City | MO | 64106 | | 816-502-4617 | jay.selanders@kutakrock.com | Counsel to DaimlerChrysler Corporation; DaimlerChrylser Motors Company, LLC; DaimlerChrylser Canada, Inc. |
| Kutchin & Rufo, P.C. | Edward D. Kutchin | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | ekutchin@kutchinrufo.com | Counsel to Parlex Corporation |
| Kutchin & Rufo, P.C. | Kerry R. Northrup | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | knorthup@kutchinrufo.com | Counsel to Parlex Corporation |
| Lambert. Leser, Isackson, Cook & Guinta, P.C. | Susan M. Cook | 309 Davidson Building | PO Box 835 | Bay City | MI | 48707-0835 | | 989-893-3518 | smcook@lambertleser.com | Counsel to Linamar Corporation |
| Latham & Watkins | Mark A. Broude | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1384 | mark.broude@lw.com | UCC Professional |
| Latham & Watkins | Michael J. Riela | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | michael.riela@lw.com | UCC Professional |
| Latham & Watkins | Mitchell A. Seider | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | mitchell.seider@lw.com | UCC Professional |
| Latham & Watkins | Robert Rosenberg | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1370 | robert.rosenberg@lw.com | UCC Professional |
| Law Offices of Michael O'Hayer | Michael O'Hayer Esq | 22 N Walnut Street | | West Chester | PA | 19380 | | 610-738-1230 | mkohayer@aol.com | Counsel to A-1 Specialized Services and Supplies Inc |
| Lewis and Roca LLP | Rob Charles, Esq. | One South Church Street | Suite 700 | Tucson | AZ | 85701 | | 520-629-4427 | rcharles@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Lewis and Roca LLP | Susan M. Freeman, Esq. | 40 North Central Avenue | Suite 1900 | Phoenix | AZ | 85004-4429 | | 602-262-5756 | sfreeman@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Linear Technology Corporation | John England, Esq. | General Counsel for Linear Technology Corporation | 1630 McCarthy Blvd. | Milpitas | CA | 95035-7417 | | 408-432-1900 | jengland@linear.com | Counsel to Linear Technology Corporation |
| Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | 1949 South IH 35 (78741) | P.O. Box 17428 | Austin | TX | 78760-7428 | | 512-447-6675 | austin.bankruptcy@publicans.com | Counsel to Cameron County, Brownsville ISD |
| Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | 2323 Bryan Street | Suite 1600 | Dallas | TX | 75201 | | 214-880-0089 | dallas.bankruptcy@publicans.om | Counsel to Dallas County and Tarrant County |
| Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | P.O. Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3478 | houston_bankruptcy@publicans.com | Counsel in Charge for Taxing Authorities: Cypress-Fairbanks Independent School District, City of Houston, Harris County |
| Locke Lord Bissell & Liddell | Kevin J. Walsh | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | | 212-812-8304 | kwalsh@lockelord.com | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 11 of 22

12/26/2008 4:28 PM
Email (398)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Locke Lord Bissell & Liddell | Timothy S. McFadden | 111 South Wacker Drive | | Chicago | IL | 60606 | | 312-443-0370 | tmcfadden@lockelord.com | Counsel to Methode Electronics, Inc. |
| Loeb & Loeb LLP | P. Gregory Schwed | 345 Park Avenue | | New York | NY | 10154-0037 | | 212-407-4000 | gschwed@loeb.com | Counsel to Creditor The Interpublic Group of Companies, Inc. and Proposed Auditor Deloitte & Touche, LLP |
| Loeb & Loeb LLP | William M. Hawkins | 345 Park Avenue | | New York | NY | 10154 | | 212-407-4000 | whawkins@loeb.com | Counsel to Industrial Ceramics Corporation |
| Lowenstein Sandler PC | Bruce S. Nathan | 1251 Avenue of the Americas | | New York | NY | 10020 | | 212-262-6700 | bnathan@lowenstein.com | Counsel to Daewoo International (America) Corp. |
| Lowenstein Sandler PC | Ira M. Levee | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | ilevee@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Kenneth A. Rosen | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | krosen@lowenstein.com | Counsel to Cerberus Capital Management, L.P. |
| Lowenstein Sandler PC | Michael S. Etkin | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | metkin@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Scott Cargill | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | scargill@lowenstein.com | Counsel to Cerberus Capital Management, L.P.; AT&T Corporation |
| Lowenstein Sandler PC | Vincent A. D'Agostino | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | vdagostino@lowenstein.com | Counsel to AT&T Corporation |
| Lyden, Liebenthal & Chappell, Ltd. | Erik G. Chappell | 5565 Airport Highway | Suite 101 | Toledo | OH | 43615 | | 419-867-8900 | egc@lydenlaw.com | Counsel to Metro Fibres, Inc. |
| Maddin, Hauser, Wartell, Roth & Heller PC | Alexander Stotland Esq | 28400 Northwestern Hwy | Third Floor | Southfield | MI | 48034 | | 248-354-4030 | axs@maddinhauser.com | Attorney for Danice Manufacturing Co. |
| Madison Capital Management | Joe Landen | 6143 South Willow Drive | Suite 200 | Greenwood Village | CO | 80111 | | 303-957-4254 | jlanden@madisoncap.com | Representative for Madison Capital Management |
| Margulies & Levinson, LLP | Leah M. Caplan, Esq. | 30100 Chagrin Boulevard | Suite 250 | Pepper Pike | OH | 44124 | | 216-514-4935 | lmc@ml-legal.com | Counsel to Venture Plastics |
| Mastromarco & Jahn, P.C. | Victor J. Mastromarco, Jr. | 1024 North Michigan Avenue | P.O. Box 3197 | Saginaw | MI | 48605-3197 | | 989-752-1414 | vmastromar@aol.com | Counsel to H.E. Services Company and Robert Backie and Counsel to Cindy Palmer, Personal Representative to the Estate of Michael Palmer |
| Masuda Funai Eifert & Mitchell, Ltd. | Gary D. Santella | 203 North LaSalle Street | Suite 2500 | Chicago | IL | 60601-1262 | | 312-245-7500 | gsantella@masudafunai.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC and Hosiden America Corporation |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| McCarter & English, LLP | David J. Adler, Jr. Esq. | 245 Park Avenue, 27th Floor | | New York | NY | 10167 | | 212-609-6800 | dadler@mccarter.com | Counsel to Ward Products, LLC |
| McCarter & English, LLP | Eduardo J. Glas, Esq. | Four Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4096 | | 913-622-4444 | eglas@mccarter.com | Counsel to General Products Delaware Corporation |
| McCarthy Tetrault LLP | John J. Salmas Lorne P. Salzman | 66 Wellington Street West | Suite 4700 | Toronto | Ontario | M5K 1E6 | | 416-362-1812 | jsalmas@mccarthy.ca lsalzman@mccarthy.ca | Counsel to Themselves (McCarthy Tetrault LLP) |
| McDermott Will & Emery LLP | Gary O. Ravert | 340 Madison Avenue | | New York | NY | 10017-1922 | | 212-547-5477 | gravert@mwe.com | Counsel for Temic Automotive of North America, Inc. |
| McDermott Will & Emery LLP | James M. Sullivan | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5477 | jmsullivan@mwe.com | Counsel to Linear Technology Corporation, National Semiconductor Corporation; Timken Corporation |
| McDermott Will & Emery LLP | Stephen B. Selbst | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5400 | sselbst@mwe.com | Counsel to National Semiconductor Corporation |
| McDermott Will & Emery LLP | Steven P. Handler Monica M. Quinn | 227 W Monroe St | | Chicago | IL | 60606 | | 312-372-2000 | shandler@mwe.com mquinn@mwe.com | Counsel for Temic Automotive of North America, Inc. |
| McDonald Hopkins Co., LPA | Scott N. Opincar, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | sopincar@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McDonald Hopkins Co., LPA | Shawn M. Riley, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | sriley@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Jeffrey Bernstein, Esq. | Three Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4079 | | 973-622-7711 | jbernstein@mdmc-law.com | Counsel to New Jersey Self-Insurers Guaranty Association |
| McGuireWoods LLP | Aaron G McCollough Esq | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | | 804-775-1000 | amccollough@mcguirewoods.com | Counsel to Siemens Energy & Automation, Inc. |
| McGuireWoods LLP | Daniel F Blanks | One James Center | 901 East Cary Street | Richmond | VA | 23219 | | 804-775-1000 | dblanks@mcguirewoods.com | Counsel for CSX Transportation, Inc. |
| McGuireWoods LLP | John H Maddock III | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | | 804-775-1178 | jmaddock@mcguirewoods.com | Counsel to Siemens Logistics Assembly Systems, Inc.; Counsel for CSX Transportation, Inc. |
| Meyer, Suozzi, English & Klein, P.C. | Attn Thomas R Slome Esq | 990 Stewart Ave Ste 300 | PO Box 9194 | Garden City | NY | 11530-9194 | | 516-741-6565 | tslome@msek.com | Counsel for Pamela Geller |
| Meyer, Suozzi, English & Klein, P.C. | Hanan Kolko | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | hkolko@msek.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Meyer, Suozzi, English & Klein, P.C. | Lowell Peterson, Esq. | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | lpeterson@msek.com | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Meyers Law Group, P.C. | Merle C. Meyers | 44 Montgomery Street | Suite 1010 | San Francisco | CA | 94104 | | 415-362-7500 | mmeyers@mlg-pc.com | Counsel to Alps Automotive, Inc. |
| Meyers, Rodbell & Rosenbaum, P.A. | M. Evan Meyers | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | emeyers@mrrlaw.net | Counsel to Prince George County, Maryland |
| Meyers, Rodbell & Rosenbaum, P.A. | Robert H. Rosenbaum | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | rrosenbaum@mrrlaw.net | Counsel to Prince George County, Maryland |
| Miami-Dade County Tax Collector | April Burch | Paralegal Unit | 140 West Flagler St Ste 1403 | Miami | FL | 33130 | | 305-375-5314 | mdtcbkc@miamidade.gov | Paralegal Collection Specialist for Miami-Dade County |
| Michael Cox | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | miag@michigan.gov | Attorney General for State of Michigan, Department of Treasury |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 13 of 22

12/26/2008 4:28 PM
Email (398)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Dennis J. Raterink | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | raterinkd@michigan.gov | Assistant Attorney General for Worker's Compensation Agency |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Michael Cox | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | miag@michigan.gov | Attorney General for Worker's Compensation Agency |
| Michigan Heritage Bank | Janice M. Donahue | 28300 Orchard Lake Rd | Ste 200 | Farmington Hills | MI | 48334 | | 248-538-2529 | jdonahue@miheritage.com | Counsel to Michigan Heritage Bank; MHB Leasing, Inc. |
| Miles & Stockbridge, P.C. | Thomas D. Renda | 10 Light Street | | Baltimore | MD | 21202 | | 410-385-3418 | trenda@milesstockbridge.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Miller & Martin PLLC | Dale Allen | 150 Fourth Ave North | Ste 1200 | Nashville | TN | 37219 | | | vjones@millermartin.com | Counsel to Averitt Express |
| Miller Johnson | Thomas P. Sarb Robert D. Wolford | 250 Monroe Avenue, N.W. | Suite 800, PO Box 306 | Grand Rapids | MI | 49501-0306 | | 616-831-1748 616-831-1726 | sarbt@millerjohnson.com wolfordr@millerjohnson.com | Counsel to Pridgeon & Clay, Inc. |
| Miller, Canfield, Paddock and Stone, P.L.C. | Jonathan S. Green | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8452 | greenj@millercanfield.com | Counsel to Wells Operating Partnership, LP |
| Miller, Canfield, Paddock and Stone, P.L.C. | Timothy A. Fusco | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8435 | fusco@millercanfield.com | Counsel to Niles USA Inc.; Techcentral, LLC; The Bartech Group, Inc.; Fischer Automotive Systems |
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Paul J. Ricotta | One Financial Center | | Boston | MA | 02111 | | 617-542-6000 | piricotta@mintz.com pricotta@mintz.com | Counsel to Hitachi Automotive Products (USA), Inc. and Conceria Pasubio |
| Molex Connector Corp | Jeff Ott | 2222 Wellington Ct. | | Lisle | IL | 60532 | | 630-527-4254 | Jeff.Ott@molex.com | Counsel to Molex Connector Corp |
| Morgan, Lewis & Bockius LLP | Andrew D. Gottfried | 101 Park Avenue | | New York | NY | 10178-0060 | | 212-309-6000 | agottfried@morganlewis.com | Counsel to ITT Industries, Inc.; Hitachi Chemical (Singapore), Ltd. |
| Morgan, Lewis & Bockius LLP | Menachem O. Zelmanovitz | 101 Park Avenue | | New York | NY | 10178 | | 212-309-6000 | mzelmanovitz@morganlewis.com | Counsel to Hitachi Chemical (Singapore) Pte, Ltd. |
| Morgan, Lewis & Bockius LLP | Richard W. Esterkin, Esq. | 300 South Grand Avenue | | Los Angeles | CA | 90017 | | 213-612-1163 | resterkin@morganlewis.com | Counsel to Sumitomo Corporation |
| Moritt Hock Hamroff & Horowitz LLP | Leslie Ann Berkoff | 400 Garden City Plaza | | Garden City | NY | 11530 | | 516-873-2000 | lberkoff@moritthock.com | Counsel to Standard Microsystems Corporation and its direct and indirect subsidiares Oasis SiliconSystems AG and SMSC NA Automotive, LLC (successor-in-interst to Oasis Silicon Systems, Inc.) |
| Morrison Cohen LLP | Michael R. Dal Lago | 909 Third Avenue | | New York | NY | 10022 | | 212-735-8757 | mdallago@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 14 of 22

12/26/2008 4:28 PM
Email (398)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Munsch Hardt Kopf & Harr, P.C. | Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq. and Davor Rukavina, Esq. | 3800 Lincoln Plaza | 500 North Akard Street | Dallas | RX | 75201-6659 | | 214-855-7590 214-855-7561 214-855-7587 | rurbanik@munsch.com jwielebinski@munsch.com drukavina@munsch.com | Counsel to Texas Instruments Incorporated |
| Nantz, Litowich, Smith, Girard & Hamilton, P.C. | Sandra S. Hamilton | 2025 East Beltline, S.E. | Suite 600 | Grand Rapids | MI | 49546 | | 616-977-0077 | sandy@nlsg.com | Counsel to Lankfer Diversified Industries, Inc. |
| Nathan, Neuman & Nathan, P.C. | Kenneth A. Nathan | 29100 Northwestern Highway | Suite 260 | Southfield | MI | 48034 | | 248-351-0099 | Knathan@nathanneuman.com | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| National City Commercial Capital | Lisa M. Moore | 995 Dalton Avenue | | Cincinnati | OH | 45203 | | 513-455-2390 | lisa.moore2@nationalcity.com | Vice President and Senior Counsel to National City Commercial Capital |
| National Renewable Energy Laboratory | Marty Noland Principal Attorney | 1617 Golden Blvd | Legal Office, Mail Stop 1734 | Golden | CO | 80401 | | 303-384-7550 | marty_noland@nrel.gov | Counsel for National Renewable Energy Laboratory |
| Nelson Mullins Riley & Scarborough | George B. Cauthen | 1320 Main Street, 17th Floor | PO Box 11070 | Columbia | SC | 29201 | | 803-7255-9425 | george.cauthen@nelsonmullins.com | Counsel to Datwyler Rubber & Plastics, Inc.; Datwyler, Inc.; Datwyler i/o devices (Americas), Inc.; Rothrist Tube (USA), Inc. |
| New Jersey Attorney General's Office Division of Law | Tracy E Richardson Deputy Attorney General | R.J. Hughes Justice Complex | 25 Market St P.O. Box 106 | Trenton | NJ | 08628-0106 | | 609-292-1537 | tracy.richardson@dol.lps.state.nj.us | Deputy Attorney General - State of New Jersey Division of Taxation |
| North Point | David G. Heiman | 901 Lakeside Avenue | | Cleveland | OH | 44114 | | 216-586-3939 | dgheiman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Office of the Chapter 13 Trustee | Camille Hope | P.O. Box 954 | | Macon | GA | 31202 | | 478-742-8706 | cahope@chapter13macon.com | Office of the Chapter 13 Trustee |
| Office of the Texas Attorney General | Jay W. Hurst | P.O. Box 12548 | | Austin | TX | 78711-2548 | | 512-475-4861 | jay.hurst@oag.state.tx.us | Counsel to The Texas Comptroller of Public Accounts |
| Ohio Environmental Protection Agency | c/o Michelle T. Sutter | Principal Assistant Attorney General Environmental Enforcement Section | 30 E Broad St 25th Fl | Columbus | OH | 43215 | | 614-466-2766 | msutter@ag.state.oh.us | Attorney for State of Ohio, Environmental Protection Agency |
| Orbotech, Inc. | Michael M. Zizza, Legal Manager | 44 Manning Road | | Billerica | MA | 01821 | | 978-901-5025 | michaelz@orbotech.com | Company |
| O'Rourke Katten & Moody | Michael Moody | 55 W Wacker Dr | Ste 1400 | Chicago | IL | 60615 | | 312-849-2020 | mmoody@rourkeandmoody.com | Counsel to Ameritech Credit Corporation d/b/a SBC Capital Services |
| Orrick, Herrington & Sutcliffe LLP | Alyssa Englund, Esq. | 666 Fifth Avenue | | New York | NY | 10103 | | 212-506-5187 | aenglund@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Frederick D. Holden, Jr., Esq. | 405 Howard Street | | San Francisco | CA | 94105 | | 415-773-5700 | fholden@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Jonathan P. Guy | Columbia Center | 1152 15th St NW | Washington | DC | 20005-1706 | | 202-339-8400 | jguy@orrick.com | Counsel to Westwood Associates, Inc. |
| Orrick, Herrington & Sutcliffe LLP | Raniero D'Aversa, Jr. | 666 Fifth Avenue | | New York | NY | 10103-0001 | | 212-506-3715 | Rdaversa@orrick.com | Counsel to Bank of America, N.A. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 15 of 22

12/26/2008 4:28 PM
Email (398)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-------|------------------|
| Orrick, Herrington & Sutcliffe LLP | Richard H. Wyron | Columbia Center | 1152 15th St NW | Washington | DC | 20005-1706 | | 202-339-8400 | rwyron@orrick.com | Counsel to Westwood Associates, Inc. |
| Pachulski Stang Ziehl & Jones LLP | Michael R. Seidl | 919 N. Market Street, 17th Floor | P.O. Box 8705 | Wilmington | DE | 19899-8705 | | 302-652-4100 | mseidl@pszjlaw.com | Counsel for Essex Group, Inc. |
| Pachulski Stang Ziehl & Jones LLP | Robert J. Feinstein Ilan D. Scharf | 780 Third Avenue, 36th Floor | | New York | NY | 10017-2024 | | 212-561-7700 | Rfeinstein@pszjlaw.com Ischarf@pszjlaw.com | Counsel for Essex Group, Inc. |
| Patterson Belknap Webb & Tyler LLP | Daniel A. Lowenthal | 1133 Avenue of the Americas | | New York | NY | 10036 | | 212-336-2720 | dalowenthal@pbwt.com | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation |
| Patterson Belknap Webb & Tyler LLP | David W. Dykhouse Phyllis S. Wallitt | 1133 Avenue of the Americas | | New York | NY | 10036-6710 | | 212-336-2000 | dwdykhouse@pbwt.com | Attorneys for Fry's Metals Inc. and Specialty Coatings Systems Eft |
| Paul H. Spaeth Co. LPA | Paul H. Spaeth | 130 W Second St Ste 450 | | Dayton | OH | 45402 | | 937-223-1655 | spaethlaw@phslaw.com | Attorneys for F&G Multi-Slide Inc and F&G Tool & Die Co. Inc. |
| Paul, Weiss, Rifkind, Wharton & Garrison | Andrew N. Rosenberg | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | arosenberg@paulweiss.com | Counsel to Merrill Lynch, Pierce, Fenner & Smith, Incorporated |
| Paul, Weiss, Rifkind, Wharton & Garrison | Douglas R. Davis | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | ddavis@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Elizabeth R. McColm | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | emccolm@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Stephen J. Shimshak | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3133 | sshimshak@paulweiss.com | Counsel to Ambrake Corporation |
| Peggy Housner | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | housnerp@michigan.gov | Assistant Attorney General for State of Michigan, Department of Treasury |
| Pepe & Hazard LLP | Kristin B. Mayhew | 30 Jelliff Lane | | Southport | CT | 06890-1436 | | 203-319-4022 | kmayhew@pepehazard.com | Counsel for Illinois Tool Works Inc., Illinois Tool Works for Hobart Brothers Co., Hobart Brothers Company, ITW Food Equipment Group LLC and Tri-Mark, Inc. |
| Pepper, Hamilton LLP | Francis J. Lawall | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | lawallf@pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper, Hamilton LLP | Henry Jaffe | 1313 Market Street | PO Box 1709 | Wilmington | DE | 19899-1709 | | 302-777-6500 | jaffeh@pepperlaw.com | Counsel to SKF USA, Inc. |
| Pepper, Hamilton LLP | Nina M. Varughese | 3000 Two Logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | varughesen@pepperlaw.com | Counsel to Capro, Ltd; Teleflex Automotive Manufacturing Corporation; Teleflex Incorporated; Ametek; Cleo, Inc.; Sierra International, Inc. |
| Pickrel Shaeffer & Ebeling | Sarah B. Carter Esq | 2700 Kettering Tower | | Dayton | OH | 45423-2700 | | 937-223-1130 | scarter@pselaw.com | |
| Pierce Atwood LLP | Jacob A. Manheimer | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | jmanheimer@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 16 of 22

12/26/2008 4:28 PM
Email (398)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Pierce Atwood LLP | Keith J. Cunningham | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | kcunningham@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pietragallo Bosick & Gordon LLP | Richard J. Parks | 54 Buhl Blvd | | Sharon | PA | 16146 | | 724-981-1397 | rjp@pbandg.com | Counsel to Ideal Tool Company, Inc. |
| Pillsbury Winthrop Shaw Pittman LLP | Karen B. Dine | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | karen.dine@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Margot P. Erlich | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | margot.erlich@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Mark D. Houle | 650 Town Center Drive | Ste 550 | Costa Mesa | CA | 92626-7122 | | 714-436-6800 | mark.houle@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Richard L. Epling | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | richard.epling@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Robin L. Spear | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | robin.spear@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Porzio, Bromberg & Newman, P.C. | Brett S. Moore, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | bsmoore@pbnlaw.com | |
| Porzio, Bromberg & Newman, P.C. | John S. Mairo, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | jsmairo@pbnlaw.com | Counsel to Neuman Aluminum Automotive, Inc. and Neuman Aluminum Impact Extrusion, Inc. |
| Previant, Goldberg, Uelman, Gratz, Miller & Brueggeman, S.C. | Jill M. Hartley and Marianne G. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | jh@previant.com mgr@previant.com | Counsel to International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| PriceWaterHouseCoopers | Enrique Bujidos | Almagro | 40 | Madrid | | 28010 | Spain | 34 915 684 356 | enrique.bujidos@es.pwc.com | Representative to DASE |
| QAD, Inc. | Jason Pickering, Inc. | 10,000 Midlantic Drive | | Mt. Laurel | NJ | 08054 | | 856-840-2489 | jkp@qad.com | Counsel to QAD, Inc. |
| Quarles & Brady LLP | John A. Harris | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | jharris@quarles.com | Counsel to Semiconductor Components Industries, Inc. |
| Quarles & Brady LLP | John J. Dawson | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | jdawson@quarles.com | Counsel to Semiconductor Components Industries, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 17 of 22

12/26/2008 4:28 PM
Email (398)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Quarles & Brady LLP | Kasey C. Nye | One South Church Street | | Tucson | AZ | 85701 | | 520-770-8717 | knye@quarles.com | Counsel to Offshore International, Inc.; Maquilas Teta Kawi, S.A. de C.V.; On Semiconductor Corporation; Flambeau Inc. |
| Quarles & Brady LLP | Roy Prange | 33 E Main St Ste 900 | | Madison | WI | 53703-3095 | | 608-283-2485 | rlp@quarles.com | Counsel for Flambeau Inc. |
| Reed Smith | Ann Pille | 10 South Wacker Drive | | Chicago | IL | 60606 | | 312-207-1000 | apille@reedsmith.com | Counsel to Infineon; Infineon Technologies |
| Reed Smith | Elena Lazarou | 599 Lexington Avenue | 29th Street | New York | NY | 10022 | | 212-521-5400 | elazarou@reedsmith.com | Counsel to General Electric Capital Corporation, Stategic Asset Finance. |
| Republic Engineered Products, Inc. | Joseph A Kaczka | 3770 Embassy Parkway | | Akron | OH | 44333 | | 330-670-3215 | ikaczka@republicengineered.com | Counsel to Republic Engineered Products, Inc. |
| Riddell Williams P.S. | Joseph E. Shickich, Jr. | 1001 4th Ave. | Suite 4500 | Seattle | WA | 98154-1195 | | 206-624-3600 | jshickich@riddellwilliams.com | Counsel to Microsoft Corporation; Microsoft Licensing, GP |
| Rieck and Crotty PC | Jerome F Crotty | 55 West Monroe Street | Suite 3390 | Chicago | IL | 60603 | | 312-726-4646 | jcrotty@rieckcrotty.com | Counsel to Mary P. O'Neill and Liam P. O'Neill |
| Riemer & Braunstein LLP | Mark S. Scott | Three Center Plaza | | Boston | MA | 02108 | | 617-523-9000 | mscott@riemerlaw.com | Counsel to ICX Corporation |
| Riverside Claims LLC | Holly Rogers | 2109 Broadway | Suite 206 | New York | NY | 10023 | | 212-501-0990 | holly@regencap.com | Riverside Claims LLC |
| Robinson, McFadden & Moore, P.C. | Annemarie B. Mathews | P.O. Box 944 | | Columbia | SC | 29202 | | 803-779-8900 | amathews@robinsonlaw.com | Counsel to Blue Cross Blue Shield of South Carolina |
| Ropes & Gray LLP | Marc E. Hirschfield | 45 Rockefeller Plaza | | New York | NY | 10111-0087 | | 212-841-5700 | marc.hirschfield@ropesgray.com | Attorneys for D-J, Inc. |
| Rosen Slome Marder LLP | Thomas R. Slome | 333 Earle Ovington Boulevard | Suite 901 | Uniondale | NY | 11533 | | 516-227-1600 | tslome@rsmllp.com | Counsel to JAE Electronics, Inc. |
| Russell Reynolds Associates, Inc. | Charles E. Boulbol, P.C. | 26 Broadway, 17th Floor | | New York | NY | 10004 | | 212-825-9457 | rtrack@msn.com | Counsel to Russell Reynolds Associates, Inc. |
| Satterlee Stephens Burke & Burke LLP | Christopher R. Belmonte | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | cbelmonte@ssbb.com | Counsel to Moody's Investors Service |
| Satterlee Stephens Burke & Burke LLP | Pamela A. Bosswick | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | pbosswick@ssbb.com | Counsel to Moody's Investors Service |
| Satterlee Stephens Burke & Burke LLP | Roberto Carrillo | 230 Park Avenue | Suite 1130 | New York | NY | 10169 | | 212-818-9200 | rcarrillo@ssbb.com | Attorney's for Tecnomec S.r.l. |
| Schafer and Weiner PLLC | Daniel Weiner | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | dweiner@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Howard Borin | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | hborin@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Michael R Wernette | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | mwernette@schaferandweiner.com shellie@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Ryan Heilman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | rheilman@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schiff Hardin LLP | Eugene J. Geekie, Jr. | 7500 Sears Tower | | Chicago | IL | 60606 | | 312-258-5635 | egeekie@schiffhardin.com | Counsel to  Means Industries |
| Schulte Roth & Sabel LLP | James T. Bentley | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2273 | james.bentley@srz.com | Counsel to Panasonic Automotive Systems Company of America |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 18 of 22

12/26/2008 4:28 PM
Email (398)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-------|------------------|
| Schulte Roth & Sabel LLP | Michael L. Cook | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | michael.cook@srz.com | Counsel to Panasonic Automotive Systems Company of America; D.C. Capital Partners, L.P. |
| Schulte Roth & Zabel LLP | Carol Weiner Levy | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | carol.weiner.levy@srz.com | Counsel to D.C. Capital Partners, L.P. |
| Seyfarth Shaw LLP | Paul M. Baisier, Esq. | 1545 Peachtree Street, N.E. | Suite 700 | Atlanta | GA | 30309-2401 | | 404-885-1500 | pbaisier@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | | 212-218-5500 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | William J. Hanlon | World Trade Center East | Two Seaport Lane, Suite 300 | Boston | MA | 02210 | | 617-946-4800 | whanlon@seyfarth.com | Counsel to  le Belier/LBQ Foundry S.A. de C.V. |
| Sheehan Phinney Bass + Green Professional Association | Bruce A. Harwood | 1000 Elm Street | P.O. Box 3701 | Manchester | NH | 03105-3701 | | 603-627-8139 | bharwood@sheehan.com | Counsel to Source Electronics, Inc. |
| Sheldon S. Toll PLLC | Sheldon S. Toll | 2000 Town Center | Suite 2550 | Southfield | MI | 48075 | | 248-358-2460 | lawtoll@comcast.net | Counsel to Milwaukee Investment Company |
| Sheppard Mullin Richter & Hampton LLP | Eric Waters | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | ewaters@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Malani J. Sternstein | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | msternstein@sheppardmullin.com | Counsel to International Rectifier Corp. and Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theodore A. Cohen | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | tcohen@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theresa Wardle | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | twardle@sheppardmullin.com | Counsel to International Rectifier Corp. |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 5353 Essen Lane | Suite 650 | Baton Rouge | LA | 70809 | | 225-757-2185 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 909 Poydras Street | 28th Floor | New Orleans | LA | 70112-1033 | | 504-299-2100 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Shipman & Goodwin LLP | Kathleen M. LaManna | One Constitution Plaza | | Hartford | CT | 06103-1919 | | 860-251-5603 | bankruptcy@goodwin.com | |
| Sills, Cummis Epstein & Gross, P.C. | Andrew H. Sherman | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | asherman@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Jack M. Zackin | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | jzackin@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Valerie A Hamilton Simon Kimmelman | 650 College Rd E | | Princeton | NJ | 08540 | | 609-227-4600 | vhamilton@sillscummis.com skimmelman@sillscummis.com | Counsel to Doosan Infracore America Corp. |
| Silver Point Capital, L.P. | Chaim J. Fortgang | Two Greenwich Plaza | 1st Floor | Greenwich | CT | 06830 | | 203-542-4216 | cfortgang@silverpointcapital.com | Counsel to Silver Point Capital, L.P. |
| Simon, Stella & Zingas, PC | Stephen P. Stella | 422 W Congress Ste 400 | | Detroit | MI | 48226 | | 313-962-6400 X225 | attorneystella@sszpc.com | Counsel to Motor City Electric |
| Smith, Gambrell & Russell, LLP | Barbara Ellis-Monro | 1230 Peachtree Street, N.E. | Suite 3100 | Atlanta | GA | 30309 | | 404-815-3500 | bellis-monro@sgrlaw.com | Counsel to Southwire Company |
| Smith, Katzenstein & Furlow LLP | Kathleen M. Miller | 800 Delaware Avenue, 7th Floor | P.O. Box 410 | Wilmington | DE | 19899 | | 302-652-8400 | kmiller@skfdelaware.com | Counsel to Airgas, Inc. |
| Sonnenschein Nath & Rosenthal LLP | D. Farrington Yates | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | | 212-768-6700 | fyates@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. and United Plastics Group |
| Sonnenschein Nath & Rosenthal LLP | Monika J. Machen | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | mmachen@sonnenschein.com | Counsel to United Plastics Group |
| Sonnenschein Nath & Rosenthal LLP | Robert E. Richards | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | rrichards@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 19 of 22

12/26/2008 4:28 PM
Email (398)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Squire, Sanders & Dempsey L.L.P. | G. Christopher Meyer | 4900 Key Tower | 127 Public Sq | Cleveland | OH | 44114 | | 216-479-8692 | cmeyer@ssd.com | Counsel to Furukawa Electric Co., Ltd.; Counsel for the City of Dayton, Ohio |
| State of California Office of the Attorney General | Sarah E. Morrison | Deputy Attorney General | 300 South Spring Street Ste 1702 | Los Angeles | CA | 90013 | | 213-897-2640 | sarah.morrison@doj.ca.gov | Attorneys for the State of California Department of Toxic Substances Control |
| State of Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency | Roland Hwang Assistant Attorney General | 3030 W. Grand Boulevard | Suite 9-600 | Detroit | MI | 48202 | | 313-456-2210 | hwangr@michigan.gov | Assistant Attorney General for State of Michigan, Unemployment Tax Office of the Department of Labor & Economic Growth, Unemployment Insurance Agency |
| Steel Technologies, Inc. | John M. Baumann | 15415 Shelbyville Road | | Louisville | KY | 40245 | | 502-245-0322 | jmbaumann@steeltechnologies.com | Counsel to Steel Technologies, Inc. |
| Stein, Rudser, Cohen & Magid LLP | Robert F. Kidd | 825 Washington Street | Suite 200 | Oakland | CA | 94607 | | 510-287-2365 | rkidd@srcm-law.com | Counsel to Excel Global Logistics, Inc. |
| Sterns & Weinroth, P.C. | Jeffrey S. Posta Michael A Spero Simon Kimmelman Valerie A Hamilton | 50 West State Street, Suite 1400 | PO Box 1298 | Trenton | NJ | 08607-1298 | | 609-392-2100 | jposta@sternslaw.com jspecf@sternslaw.com | Counsel to Doosan Infracore America Corp. |
| Stevens & Lee, P.C. | Chester B. Salomon, Esq. Constantine D. Pourakis, Esq. | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-319-8500 | cs@stevenslee.com cp@stevenslee.com | Counsel to Tonolli Canada Ltd.; VJ Technologies, Inc. and V.J. ElectroniX, Inc. |
| Stinson Morrison Hecker LLP | Mark A. Shaiken | 1201 Walnut Street | | Kansas City | MO | 64106 | | 816-842-8600 | mshaiken@stinsonmoheck.com | Counsel to Thyssenkrupp Waupaca, Inc. and Thyssenkrupp Stahl Company |
| Stites & Harbison PLLC | Madison L.Cashman | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | robert.goodrich@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison PLLC | Robert C. Goodrich, Jr. | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | madison.cashman@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison, PLLC | W. Robinson Beard, Esq. | 400 West Market Street | | Louisville | KY | 40202 | | 502-681-0448 502-587-3400 | wbeard@stites.com loucourtsum@stites.com | Counsel to WAKO Electronics (USA), Inc.,Ambrake Corporation, and Akebona Corporation (North America) |
| Stutman Treister & Glatt Professional Corporation | Christine M. Pajak Eric D. Goldberg Isaac M. Pachulski Esq Jeffrey H Davidson Esq | 1901 Avenue of the Stars | 12th Floor | Los Angeles | CA | 90067 | | 310-228-5600 | cpajak@stutman.com egoldberg@stutman.com ipachulski@stutman.com jdavidson@stutman.com | Counsel to CR Intrinsic Investors, LLC, Elliot Associates, L.P., Highland Capital Management, L.P. |
| Taft, Stettinius & Hollister LLP | Richard L .Ferrell | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202-3957 | | 513-381-2838 | ferrell@taftlaw.com | Counsel to Wren Industries, Inc. |
| Taft, Stettinius & Hollister LLP | W Timothy Miller Esq | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202 | | 513-381-2838 | miller@taftlaw.com | Counsel to Select Industries Corporation and Gobar Systems, Inc. |
| Teitelbaum & Baskin LLP | Jay Teitelbaum Ron Baskin | 3 Barker Avenue | 3rd Floor | White Plains | NY | 10601 | | 914-437-7670 | jteitelbaum@tblawllp.com rbaskin@tblawllp.com | Counsel to Mary H. Schaefer |
| Tennessee Department of Revenue | Marvin E. Clements, Jr. | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 | | 615-532-2504 | agbanknewyork@ag.tn.gov | Tennessee Department of Revenue |
| Terra Law LLP | David B. Draper | 60 S. Market Street | Suite 200 | San Jose | CA | 95113 | | 408-299-1200 | ddraper@terra-law.com | Counsel to Maxim Integrated Products, Inc. |
| Thacher Proffitt & Wood LLP | Jonathan D. Forstot | Two World Financial Center | | New York | NY | 10281 | | 212-912-7679 | jforstot@tpw.com | Counsel to TT Electronics, Plc |
| Thacher Proffitt & Wood LLP | Louis A. Curcio | Two World Financial Center | | New York | NY | 10281 | | 212-912-7607 | lcurcio@tpw.com | Counsel to TT Electronics, Plc |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 20 of 22

12/26/2008 4:28 PM
Email (398)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| The Furukawa Electric Co., Ltd. | Mr. Tetsuhiro Niizeki | 6-1 Marunouchi | 2-Chrome, Chiyoda-ku | Tokyo | | Japan | 100-8322 | | niizeki.tetsuhiro@furukawa.co.jp | Legal Department of The Furukawa Electric Co., Ltd. |
| The Timken Corporation BIC - 08 | Robert Morris | 1835 Dueber Ave. SW | PO Box 6927 | Canton | OH | 44706-0927 | | 330-438-3000 | robert.morris@timken.com | Representative for Timken Corporation |
| Thompson & Knight | Rhett G. Cambell | 333 Clay Street | Suite 3300 | Houston | TX | 77002 | | 713-654-1871 | rhett.campbell@tklaw.com | Counsel to STMicroelectronics, Inc. |
| Thompson & Knight LLP | Ira L. Herman | 919 Third Avenue | 39th Floor | New York | NY | 10022-3915 | | 212-751-3045 | ira.herman@tklaw.com | Counsel to Victory Packaging |
| Thompson & Knight LLP | John S. Brannon | 1700 Pacific Avenue | Suite 3300 | Dallas | TX | 75201-4693 | | 214-969-1505 | john.brannon@tklaw.com | Counsel to Victory Packaging |
| Thompson Coburn Fagel Haber | Lauren Newman | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | | 312-346-7500 | lnewman@tcfhlaw.com | Counsel to Aluminum International, Inc. |
| Thompson Coburn LLP d/b/a Thompson Coburn Fagel Haber | Dennis E. Quaid Esq | 55 E Monroe 40th Fl | | Chicago | IL | 60603 | | 312-580-2215 | dquaid@tcfhlaw.com efiledocketgroup@fagelhaber.com | Counsel for Penn Aluminum International Inc |
| Thurman & Phillips, P.C. | Ed Phillips, Jr. | 8000 IH 10 West | Suite 1000 | San Antonio | TX | 78230 | | 210-341-2020 | ephillips@thurman-phillips.com | Counsel to Royberg, Inc. d/b/a Precision Mold & Tool and d/b/a Precision Mold and Tool Group Company |
| TI Group Automotive Systms LLC | Timothy M. Guerriero | 12345 E Nine Mile Rd | | Warren | MI | 48089 | | 586-755-8066 | tguerriero@us.tiauto.com | General Counsel and Company Secretary to TI Group Automotive Systems LLC |
| Todd & Levi, LLP | Jill Levi, Esq. | 444 Madison Avenue | Suite 1202 | New York | NY | 10022 | | 212-308-7400 | jlevi@toddlevi.com | Counsel to Bank of Lincolnwood |
| U.S. Department of Justice | Matthew L Schwartz Joseph N Cordaro | Assistant United States Attorneys | 86 Chambers Street 3rd Fl | New York | NY | 10007 | | 212-637-1945 | matthew.schwartz@usdoj.gov | Counsel to Enviromental Protection Agency; Internal Revenue Service; Department of Health and Human Services; and Customs and Border Protection |
| Underberg & Kessler, LLP | Helen Zamboni | 300 Bausch & Lomb Place | | Rochester | NY | 14604 | | 585-258-2800 | hzamboni@underbergkessler.com | Counsel to McAlpin Industries, Inc. |
| Union Pacific Railroad Company | Mary Ann Kilgore | 1400 Douglas Street | MC 1580 | Omaha | NE | 68179 | | 402-544-4195 | mkilgore@UP.com | Counsel to Union Pacific Railroad Company |
| United Steel, Paper and Forestry, Rubber, Manufacturing, Energy | Allied Industrial and Service Workers, Intl Union (USW), AFL-CIO | David Jury, Esq. | Five Gateway Center Suite 807 | Pittsburgh | PA | 15222 | | 412-562-2546 | djury@usw.org | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Vorys, Sater, Seymour and Pease LLP | Tiffany Strelow Cobb | 52 East Gay Street | | Columbus | OH | 43215 | | 614-464-8322 | tscobb@vorys.com | Counsel to America Online, Inc. and its Subsidiaries and Affiliates |
| Wachtell, Lipton, Rosen & Katz | Emil A. Kleinhaus | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | EAKleinhaus@wlrk.com | Counsel to Capital Research and Management Company |
| Wachtell, Lipton, Rosen & Katz | Richard G. Mason | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | RGMason@wlrk.com | Counsel to Capital Research and Management Company |
| Waller Lansden Dortch & Davis, PLLC | David E. Lemke, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | david.lemke@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Waller Lansden Dortch & Davis, PLLC | Robert J. Welhoelter, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | robert.welhoelter@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Warner Norcross & Judd LLP | Gordon J. Toering | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2185 | gtoering@wnj.com | Counsel to Robert Bosch Corporation; Counsel to Daewoo International Corp and Daewoo International (America) Corp |
| Warner Norcross & Judd LLP | Michael G. Cruse | 2000 Town Center | Suite 2700 | Southfield | MI | 48075 | | 248-784-5131 | mcruse@wnj.com | Counsel to Compuware Corporation |
| Warner Norcross & Judd LLP | Stephen B. Grow | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2158 | growsb@wnj.com | Counsel to Behr Industries Corp. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 21 of 22

12/26/2008 4:28 PM
Email (398)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Weinstein, Eisen & Weiss LLP | Aram Ordubegian | 1925 Century Park East | #1150 | Los Angeles | CA | 90067 | | 310-203-9393 | aordubegian@weineisen.com | Counsel to Orbotech, Inc. |
| Weltman, Weinberg & Reis Co., L.P.A. | Geoffrey J. Peters | 175 South Third Street | Suite 900 | Columbus | OH | 43215 | | 614-857-4326 | gpeters@weltman.com | Counsel to Seven Seventeen Credit Union |
| White & Case LLP | Glenn Kurtz Gerard Uzzi Douglas Baumstein | 1155 Avenue of the Americas | | New York | NY | 10036-2787 | | 212-819-8200 | gkurtz@ny.whitecase.com guzzi@whitecase.com dbaumstein@ny.whitecase.com | Counsel to Appaloosa Management, LP |
| White & Case LLP | Thomas Lauria Frank Eaton | Wachovia Financial Center | 200 South Biscayne Blvd., Suite 4900 | Miami | FL | 33131 | | 305-371-2700 | tlauria@whitecase.com featon@miami.whitecase.com | Counsel to Appaloosa Management, LP |
| Whyte, Hirschboeck Dudek S.C. | Bruce G. Arnold | 555 East Wells Street | Suite 1900 | Milwaukee | WI | 53202-4894 | | 414-273-2100 | barnold@whdlaw.com | Counsel to Schunk Graphite Technology |
| Wickens Herzer Panza Cook & Batista Co | James W Moennich Esq | 35765 Chester Rd | | Avon | OH | 44011-1262 | | 440-930-8000 | jmoennich@wickenslaw.com | Counsel for Delphi Sandusky ESOP |
| Winston & Strawn LLP | David Neier Carey D. Schreiber | 200 Park Avenue | | New York | NY | 10166-4193 | | 212-294-6700 | dneier@winston.com cschreiber@winston.com | Counsel to Ad Hoc Group of Tranche A & B DIP Lenders |
| Winthrop Couchot Professional Corporation | Marc. J. Winthrop | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | mwinthrop@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Winthrop Couchot Professional Corporation | Sean A. O'Keefe | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | sokeefe@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Womble Carlyle Sandridge & Rice, PLLC | Allen Grumbine | 550 South Main St | | Greenville | SC | 29601 | | 864-255-5402 | agrumbine@wcsr.com | Counsel to Armacell |
| Woods Oviatt Gilman LLP | Ronald J. Kisinski | 700 Crossroads Bldg | 2 State St | Rochester | NY | 14614 | | 585-362-4514 | rkisicki@woodsoviatt.com | |
| Zeichner Ellman & Krause LLP | Peter Janovsky | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | pjanovsky@zeklaw.com | Counsel to Toyota Tsusho America, Inc. and Karl Kufner, KG aka Karl Kuefner, KG |
| Zeichner Ellman & Krause LLP | Stuart Krause | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | skrause@zeklaw.com | Counsel to Toyota Tsusho America, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 22 of 22

12/26/2008 4:28 PM
Email (398)

# EXHIBIT B

Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-2094801 | rstark@brownrudnick.com | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | bsimon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | 2126971559 | sreisman@cm-p.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | 212-450-3092 212-450-3213 | donald.bernstein@dpw.com brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2491 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | 303-652-4716 | cschiff@flextronics.com | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | | paul.anderson@flextronics.com | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Creditor Committee Member |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | rodbuje@ffhsj.com sliviri@ffhsj.com | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | 866-585-2386 | valerie.venable@ge.com | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel to Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 1540 Broadway | 24th Fl | New York | NY | 10036 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Internal Revenue Service | Attn: Insolvency Department | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 | 313-628-3648 | 313-628-3602 | | Michigan IRS |
| Internal Revenue Service | Attn: Insolvency Department, Maria Valerio | 290 Broadway | 5th Floor | New York | NY | 10007 | 212-436-1038 | 212-436-1931 | mariaivalerio@irs.gov | IRS |
| IUE-CWA | Conference Board Chairman | 2360 W. Dorothy Lane | Suite 201 | Dayton | OH | 45439 | 937-294-7813 | 937-294-9164 | | Creditor Committee Member |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | 212-270-0430 | gianni.russello@jpmorgan.com susan.atkins@jpmorgan.com | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | 310-823-9133 | sbetance@kccllc.com | Noticing and Claims Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | daniel.fisher@lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | patrick.healy@lawdeb.com | Indenture Trustee |
| McDermott Will & Emery LLP | David D. Cleary | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | dcleary@mwe.com | Counsel to Recticel North America, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 3

12/26/2008 4:27 PM
Master Service List 081119 US Mail

Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | jdejonker@mwe.com | Counsel to Reciticel North America, Inc. |
| McDermott Will & Emery LLP | Mohsin N. Khambati | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | mkhambati@mwe.com | Counsel to Reciticel North America, Inc. |
| McDermott Will & Emery LLP | Peter A. Clark | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | pclark@mwe.com | Counsel to Reciticel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | conh@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | bmctigue@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | 212-682-5015 | lszlezinger@mesirowfinancial.com | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | | Los Angeles | CA | 90017 | 213-892-4000 | 213-629-5063 | gbray@milbank.com tkreller@milbank.com jtill@milbank.com | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | 9175223103 | jmoldovan@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | william.dornbos@oag.state.ny.us | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Israel Goldowitz | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | | Chief Counsel to the Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Karen L. Morris, John Menke, Ralph L. Landy, Beth A. Bangert | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | landy.ralph@pbgc.gov morris.karen@pbgc.gov menke.john@pbfgc.gov bangert.beth@pbgc.gov efile@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | 212-848-7179 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | ddoyle@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | nfranke@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198505 | cp@stevenslee.com cs@stevenslee.com | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| Tyco Electronics Corporation | MaryAnn Brereton, Assistant General Counsel | 60 Columbia Road | | Morristown | NJ | 07960 | 973-656-8365 | 973-656-8805 | | Creditor Committee Member |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

12/26/2008 4:27 PM
Master Service List 081119 US Mail

Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| United States Trustee | Brian Masumoto | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | 212-668-2255 does not take service via fax | | Counsel to United States Trustee |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | 817-810-5255 | mwarner@warnerstevens.com | Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | 212-310-8077 | harvey.miller@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | jeff.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

12/26/2008 4:27 PM
Master Service List 081119 US Mail

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|-------|-----|------------------|
| Angelo, Gordon & Co. | Leigh Walzer | 245 Park Avenue | 26th Floor | New York | NY | 10167 | 212-692-8251 | 212-867-6395 | |
| APS Clearing, Inc. | Andy Leinhoff Matthew Hamilton | 1301 S. Capital of Texas Highway | Suite B-220 | Austin | TX | 78746 | 512-314-4416 | 512-314-4462 | Counsel to APS Clearing, Inc. |
| Bingham McHale LLP | John E Taylor Michael J Alerding | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | 317-635-8900 | 317-236-9907 | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |
| DaimlerChrysler Corporation | Kim Kolb | CIMS 485-13-32 | 1000 Chrysler Drive | Auburn Hills | MI | 48326-2766 | 248-576-5741 | | Counsel to DaimlerChrysler Corporation; DaimlerChrysler Motors Company, LLC; DaimlerChrysler Canada, Inc. |
| Eckert Seamans Cherin & Mellott LLC | Michael G. Busenkell | 300 Delaware Avenue | Suite 1360 | Wilmington | DE | 19801 | 302-425-0430 | 302-425-0432 | Counsel to Chicago Miniature Optoelectronic Technologies, Inc. |
| Gratz, Miller & Brueggeman, S.C. | Timothy C. Hall | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | 414-271-4500 | 414-271-6308 | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Jaffe, Raitt, Heuer & Weiss, P.C. | Paige E. Barr | 27777 Franklin Road | Suite 2500 | Southfield | MI | 48034 | 248-351-3000 | 248-351-3082 | Counsel to Trutron Corporation |
| Jason, Inc. | Beth Klimczak, General Counsel | 411 E. Wisconsin Ave | Suite 2120 | Milwaukee | WI | 53202 | | | General Counsel to Jason Incorporated |
| Nix, Patterson & Roach, L.L.P. | Bradley E. Beckworth Jeffrey J. Angelovich Susan Whatley | 205 Linda Drive | | Daingerfield | TX | 75638 | 903-645-7333 | 903-645-4415 | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Norris, McLaughlin & Marcus | Elizabeth L. Abdelmasieh, Esq | 721 Route 202-206 | P.O. Box 1018 | Somerville | NJ | 08876 | 908-722-0700 | 908-722-0755 | Counsel to Rotor Clip Company, Inc. |
| Paul, Weiss, Rifkind, Wharton & Garrison | Curtis J. Weidler | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | 212-373-3157 | 212-373-2053 | Counsel to Ambrake Corporation; Akebono Corporation |
| Paul, Weiss, Rifkind, Wharton & Garrison | Justin G. Brass | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | 212-373-3000 | 212-757-3990 | Counsel to Merrill Lynch, Pierce, Fenner & Smith, Incorporated |
| Pepper, Hamilton LLP | Linda J. Casey | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | 215-981-4000 | 215-981-4750 | Counsel to SKF USA Inc. |
| Professional Technologies Services | John V. Gorman | P.O. Box #304 | | Frankenmuth | MI | 48734 | 989-385-3230 | 989-754-7690 | Corporate Secretary for Professional Technologies Services |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 3

12/26/2008 4:28 PM
US Mail (34)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| Quinn Emanuel Urquhart Oliver & Hedges LLP | Susheel Kirpalani James C Tecce Scott C Shelley | 51 Madison Ave 22nd Fl | | New York | NY | 10010 | 212-849-7199 | 212-849-7100 | Counsel For Collective Of Tranche C DIP Lenders |
| Republic Engineered Products, Inc. | Joseph Lapinsky | 3770 Embassy Parkway | | Akron | OH | 44333 | 330-670-3004 | 330-670-3020 | Counsel to Republic Engineered Products, Inc. |
| Ropers, Majeski, Kohn & Bentley | Christopher Norgaard | 515 South Flower Street | Suite 1100 | Los Angeles | CA | 90071 | 213-312-2000 | 213-312-2001 | Counsel to Brembo S.p.A; Bibielle S.p.A.; AP Racing |
| Ropes & Gray LLP | Gregory O. Kaden | One International Place | | Boston | MA | 02110-2624 | 617-951-7000 | 617-951-7050 | Attorneys for D-J, Inc. |
| Sachnoff & Weaver, Ltd | Arlene Gelman Charles S. Schulman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | 312-207-1000 | 312-207-6400 | Counsel to Infineon Technologies North America Corporation |
| Schafer and Weiner PLLC | Max Newman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | 248-540-3340 | | Counsel to Dott Industries, Inc. |
| Schiffrin & Barroway, LLP | Michael Yarnoff | 280 King of Prussia Road | | Radnor | PA | 19087 | 610-667-7056 | 610-667-7706 | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Schiffrin & Barroway, LLP | Sean M. Handler | 280 King of Prussia Road | | Radnor | PA | 19087 | 610-667-7706 | 610-667-7056 | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Shipman & Goodwin LLP | Jennifer L. Adamy | One Constitution Plaza | | Hartford | CT | 06103-1919 | 860-251-5811 | 860-251-5218 | Counsel to Fortune Plastics Company of Illinois, Inc.; Universal Metal Hose Co., |
| Sony Electronics Inc. | Lloyd B. Sarakin - Chief Counsel, Finance and Credit | 1 Sony Drive | MD #1 E-4 | Park Ridge | NJ | 07656 | 201-930-7483 | | Counsel to Sony Electronics, Inc. |
| Squire, Sanders & Dempsey L.L.P. | Eric Marcks | One Maritime Plaza | Suite 300 | San Francisco | CA | 94111-3492 | | 415-393-9887 | Counsel to Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| Steinberg Shapiro & Clark | Mark H. Shapiro | 24901 Northwestern Highway | Suite 611 | Southfield | MI | 48075 | 248-352-4700 | 248-352-4488 | Counsel to Bing Metals Group, Inc.; Gentral Transport International, Inc.; Crown Enerprises, Inc.; Economy Transport, Inc.; Logistics Insight Corp (LINC); Universal Am-Can, Ltd.; Universal Truckload Services, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

12/26/2008 4:28 PM
US Mail (34)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|-------|-----|------------------|
| Thaler & Gertler LLP | Andrew M. Thaler Esq | 90 Merrick Ave Ste 400 | | East Meadow | NY | 11554 | 516-228-3533 | 516-228-3396 | Co-Counsel for David Gargis, Jimmy Mueller, and D. Keith Livingston |
| Thelen Reid Brown Raysman & Steiner LLP | Marcus O. Colabianchi | 101 Second St Ste 1800 | | San Francisco | CA | 94105-3606 | 415-369-7301 | 415-369-8764 | Counsel to Oki Semiconductor Company |
| Togut, Segal & Segal LLP | Albert Togut, Esq. | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | Conflicts counsel to Debtors |
| Tyler, Cooper & Alcorn, LLP | W. Joe Wilson | 185 Asylum Street | CityPlace I 35th Floor | Hartford | CT | 06103-3488 | 860-725-6200 | 860-278-3802 | Counsel to Barnes Group, Inc. |
| Vorys, Sater, Seymour and Pease LLP | Robert J. Sidman, Esq. | 52 East Gay Street | P.O. Box 1008 | Columbus | OH | 43216-1008 | 614-464-6422 | 614-719-8676 | |
| Warner Stevens, L.L.P. | Michael D. Warner | 301 Commerce Street | Suite 1700 | Fort Worth | TX | 76102 | 817-810-5250 | 817-810-5255 | Counsel to Electronic Data Systems Corp. and EDS Information Services, L.L.C. |
| Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP | Lei Lei Wang Ekvall | 650 Town Center Drive | Suite 950 | Costa Mesa | CA | 92626 | 714-966-1000 | 714-966-1002 | Counsel to Toshiba America Electronic Components, Inc. |
| WL Ross & Co., LLC | Stephen Toy | 1166 Avenue of the Americas | | New York | NY | 10036-2708 | 212-826-1100 | 212-317-4893 | Counsel to WL. Ross & Co., LLC |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

12/26/2008 4:28 PM
US Mail (34)

# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                          :
            In re                         :        Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :        Case No. 05-44481 (RDD)
                                          :
                        Debtors.          :        (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
REGARDING (A) ASSERTED AMOUNT CLAIMS, (B) CLAIMS
SUBJECT TO MODIFICATION, AND (C) CLAIMS TO BE EXPUNGED,
AS IDENTIFIED IN THIRTY-SECOND OMNIBUS CLAIMS OBJECTION

("THIRTY-SECOND OMNIBUS CLAIMS OBJECTION ORDER")

            Upon the Thirty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And

Fed. R. Bankr. P. 3007 Regarding (A) Asserted Amount Claims, (B) Claims Subject To

Modification, And (C) Claims To Be Expunged, dated November 14, 2008 (the "Thirty-Second

Omnibus Claims Objection"),[1] of Delphi Corporation ("Delphi") and certain of its subsidiaries

and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the

"Debtors"); and upon the record of the hearing held on the Thirty-Second Omnibus Claims

Objection; and after due deliberation thereon; and good and sufficient cause appearing therefor,

---

[1]    Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Thirty-Second Omnibus Claims Objection.

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

A.       Each holder of a claim, as such term is defined in 11 U.S.C. § 101(5) (as

to each, a "Claim"), listed on Exhibits A, B, C-1, and C-2 hereto was properly and timely served

with a copy of the Thirty-Second Omnibus Claims Objection, a personalized Notice Of

Objection To Claim, a copy of the Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P.

2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings

Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections

To Claims (Docket No. 6089) (the "Claims Objection Procedures Order"), the proposed order

granting the Thirty-Second Omnibus Claims Objection, and notice of the deadline for responding

to the Thirty-Second Omnibus Claims Objection.  No other or further notice of the Thirty-

Second Omnibus Claims Objection is necessary.

B.       This Court has jurisdiction over the Thirty-Second Omnibus Claims

Objection pursuant to 28 U.S.C. §§ 157 and 1334.  The Thirty-Second Omnibus Claims

Objection is a core proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the

Thirty-Second Omnibus Claims Objection in this district is proper under 28 U.S.C. §§ 1408 and

1409.

C.       The Claims listed on Exhibit A hereto assert liabilities or dollar amounts

that the Debtors have determined should be allowed in their asserted amounts (the "Asserted

Amount Claims").

D.       The Claims listed on Exhibit B hereto assert claims that the Debtors have

determined should be modified solely to assert a properly classified, fully liquidated claim

---

[2]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings
of fact when appropriate.  See Fed. R. Bankr. P. 7052.

2

amount against a Debtor that, in some instances, may be different from the one identified by the

Claimant (the "Claims Subject To Modification").

  E.  The Claims listed on <u>Exhibit C-1</u> hereto under the column heading Claims

To Be Expunged are either duplicates of other Claims filed with this Court or have been

amended or superseded by later-filed Claims (the "Duplicate Or Amended Claims").

  F.  The Claims listed on <u>Exhibit C-2</u> hereto assert liabilities or dollar amounts

that are not owing as a result of settlements in principle with the holders of such Claims (the

"Claims To Be Expunged Pursuant To Settlement").

  G.  <u>Exhibit E</u> hereto displays the formal name of the Debtor entity and its

associated bankruptcy case number referenced on <u>Exhibits A</u>, <u>B</u>, <u>C-1</u>, <u>C-2</u>, <u>D-1</u>, <u>D-2</u>, and <u>D-3</u>.

<u>Exhibit F</u> sets forth each of the Claims referenced on <u>Exhibits A</u>, <u>B</u>, <u>C-1</u>, <u>C-2</u>, <u>D-1</u>, <u>D-2</u>, and <u>D-3</u>

in alphabetical order by claimant and cross-references each such Claim by proof of claim number

and basis of objection.

  H.  The relief requested in the Thirty-Second Omnibus Claims Objection and

granted herein is unopposed and is in the best interests of the Debtors, their estates, their

creditors, and other parties-in-interest.

  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED

THAT:

  1.  Each Asserted Amount Claim listed on <u>Exhibit A</u> hereto is hereby allowed

at the amount asserted on the corresponding proof of claim.

  2.  Each "Claim As Docketed" amount, classification, and Debtor listed on

<u>Exhibit B</u> hereto is hereby revised to reflect the amount, classification, and Debtor listed as the

"Claim As Modified."  No Claimant listed on <u>Exhibit B</u> hereto shall be entitled to (a) recover any

Claim Subject To Modification in an amount exceeding the dollar value listed as the "Modified

Total" of the Claim, and/or (b) assert a classification that is inconsistent with that listed in the

"Claim As Modified" column, and/or (c) assert a Claim against a Debtor whose case number is

not listed in the "Claim As Modified" column on Exhibit B hereto.  Each Claim Subject To

Modification is hereby modified and allowed to reflect the Modified Total as set forth on

Exhibit B hereto.

        3.      Each of the Claims To Be Expunged listed on Exhibit C-1 hereto is hereby

disallowed and expunged in its entirety.

        4.      Each of the Claims To Be Expunged Pursuant To Settlement listed on

Exhibit C-2 hereto is hereby disallowed and expunged in its entirety.

        5.      Allowance of each of the Asserted Amount Claims set forth on Exhibit A

hereto and each of the Claims As Modified set forth on Exhibit B hereto (and together with the

Asserted Amount Claims, the "Allowed Claims") is subject to the following:

        (a)    Without further order of this Court, the Debtors are authorized to
offset or reduce the Allowed Claim for purposes of distribution to
holders of allowed claims entitled to receive distributions under any
plan of reorganization of the Debtors by the amount of any cure
payments made on account of the assumption, pursuant to section
365 of the Bankruptcy Code, of an executory contract or unexpired
lease to which the counterparty associated with the Proof of Claim is
a party.

        (b)    To the extent an Asserted Amount Claim set forth on Exhibit A or a
Claim Subject To Modification set forth on Exhibit B also
incorporates a reclamation demand with respect to which either (i)
the Debtors and the Claimant have entered into a letter agreement
whereby the Debtors and the Claimant agreed upon the valid amount
of the reclamation demand or (ii) the Claimant is deemed to have
consented to the Debtors' determination of the valid amount of the
reclamation demand (with respect to (b)(i) and (ii), each, a
"Reclamation Agreement"), the Claimant holding such Claim
reserves the right, pursuant to section 503(b) of the Bankruptcy
Code, to seek administrative priority status for that portion of the
Claim subject to such Reclamation Agreement, subject to the

Debtors' right to seek, at any time and notwithstanding a Claimant's agreement to the amount pursuant to the Reclamation Agreement, a judicial determination that certain reserved defenses (the "Reserved Defenses") with respect to the reclamation demand are valid and the classification set forth on Exhibit A or Exhibit B for such Allowed Claim shall not be deemed to waive or in any way impair the foregoing right of the Claimant to seek administrative expense priority status for that portion of the Allowed Claim subject to such Reclamation Agreement.

(c)     The allowance of the Allowed Claim shall act as an injunction against any "Person" (as that term is defined in 101(41) of the Bankruptcy Code) commencing any action, employment of process, or act to collect, offset, or recover with respect to each such Allowed Claim.

(d)     The allowance of each such Allowed Claim subject to this Thirty-Second Omnibus Claims Objection resolves all of the responses filed by Claimants to prior omnibus claims objections with respect to each such Allowed Claim subject to the Thirty-Second Omnibus Claims Objection.

6.      With respect to each Claim for which a Response to the Thirty-Second Omnibus Claims Objection has been filed and served, and which has not been resolved by the parties, all of which Claims are listed on Exhibits D-1, D-2, and D-3 hereto, the hearing regarding the objection to such Claims shall be adjourned to a future date to be noticed by the Debtors consistent with and subject to the Claims Objection Procedures Order; provided, however, that such adjournment shall be without prejudice to the Debtors' right to assert that any such Response was untimely or otherwise deficient under the Claims Objection Procedures Order.

7.      Entry of this order is without prejudice to the Debtors' right to object, on any grounds whatsoever, to any other claims in these chapter 11 cases or to further object to Claims that are the subject of the Thirty-Second Omnibus Claims Objection.

5

8.      This Court shall retain jurisdiction over the Debtors and the holders of

Claims subject to the Thirty-Second Omnibus Claims Objection to hear and determine all

matters arising from the implementation of this order.

9.      Each of the objections by the Debtors to each Claim addressed in the

Thirty-Second Omnibus Claims Objection and attached hereto as Exhibits A, B, C-1, C-2, D-1,

D-2, and D-3 constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014.

This order shall be deemed a separate order with respect to each Claim that is the subject of the

Thirty-Second Omnibus Claims Objection.  Any stay of this order shall apply only to the

contested matter which involves such Claim and shall not act to stay the applicability or finality

of this order with respect to the other contested matters covered hereby.

10.     Kurtzman Carson Consultants LLC is hereby directed to serve this order,

including exhibits, in accordance with the Claims Objection Procedures Order.


Dated: New York, New York
       December 17, 2008


           _____/s/Robert D. Drain_____
                UNITED STATES BANKRUPTCY JUDGE

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14631    Filed 12/29/08    Entered 12/29/08 22:08:19    Main Document
Pg 44 of 157

Thirty-Second Omnibus Claims Objection

**EXHIBIT A - ASSERTED AMOUNT CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 16601**
Date Filed: 05/15/2007
Docketed Total: $22,046.54
Filing Creditor Name and Address:
1ST CHOICE HEATING &
COOLING INC
500 WOODWARD AVE STE 3500
DETROIT, MI 48226

Claim Holder Name and Address
1ST CHOICE HEATING & COOLING INC
500 WOODWARD AVE STE 3500
DETROIT, MI 48226

Docketed Total: **$22,046.54**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $22,046.54 | | |
| | **$22,046.54** | | |

Modified Total: **$22,046.54**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $22,046.54 | | |
| | **$22,046.54** | | |

---

**Claim: 1570**
Date Filed: 01/17/2006
Docketed Total: $1,621.57
Filing Creditor Name and Address:
BELLSOUTH
TELECOMMUNICATIONS INC
301 W BAY ST RM 29EF1
JACKSONVILLE, FL 32202

Claim Holder Name and Address
BELLSOUTH
TELECOMMUNICATIONS INC
301 W BAY ST RM 29EF1
JACKSONVILLE, FL 32202

Docketed Total: **$1,621.57**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,621.57 |
| | | | **$1,621.57** |

Modified Total: **$1,621.57**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,621.57 |
| | | | **$1,621.57** |

---

**Claim: 88**
Date Filed: 10/24/2005
Docketed Total: $5,813.57
Filing Creditor Name and Address:
CDW COMPUTER CENTERS INC
PO BOX 5126
TIMONIUM, MD 21094

Claim Holder Name and Address
CDW COMPUTER CENTERS INC
PO BOX 5126
TIMONIUM, MD 21094

Docketed Total: **$5,813.57**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $5,813.57 |
| | | | **$5,813.57** |

Modified Total: **$5,813.57**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,813.57 |
| | | | **$5,813.57** |

---

**Claim: 419**
Date Filed: 11/08/2005
Docketed Total: $132.69
Filing Creditor Name and Address:
CDW COMPUTER CENTERS INC
PO BOX 5126
TIMONIUM, MD 21094

Claim Holder Name and Address
CDW COMPUTER CENTERS INC
PO BOX 5126
TIMONIUM, MD 21094

Docketed Total: **$132.69**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $132.69 |
| | | | **$132.69** |

Modified Total: **$132.69**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $132.69 |
| | | | **$132.69** |

---

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14631    Filed 12/29/08    Entered 12/29/08 22:08:19    Main Document
Pg 45 of 157

Thirty-Second Omnibus Claims Objection

**EXHIBIT A - ASSERTED AMOUNT CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 420**
Date Filed: 11/08/2005
Docketed Total: $14,748.55
Filing Creditor Name and Address:
CDW COMPUTER CENTERS INC
PO BOX 5126
TIMONIUM, MD 21094

Claim Holder Name and Address
CDW COMPUTER CENTERS INC
PO BOX 5126
TIMONIUM, MD 21094

Docketed Total: $14,748.55

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $14,748.55 |
| | | | $14,748.55 |

Modified Total: $14,748.55

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $14,748.55 |
| | | | $14,748.55 |

---

**Claim: 1659**
Date Filed: 01/24/2006
Docketed Total: $885.80
Filing Creditor Name and Address:
CDW COMPUTER CENTERS INC
PO BOX 5126
TIMONIUM, MD 21094

Claim Holder Name and Address
CDW COMPUTER CENTERS INC
PO BOX 5126
TIMONIUM, MD 21094

Docketed Total: $885.80

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $885.80 |
| | | | $885.80 |

Modified Total: $885.80

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $885.80 |
| | | | $885.80 |

---

**Claim: 5084**
Date Filed: 05/08/2006
Docketed Total: $1,370.20
Filing Creditor Name and Address:
CINGULAR WIRELESS
PO BOX 309
PORTLAND, OR 97207-0309

Claim Holder Name and Address
CINGULAR WIRELESS
PO BOX 309
PORTLAND, OR 97207-0309

Docketed Total: $1,370.20

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,370.20 |
| | | | $1,370.20 |

Modified Total: $1,370.20

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,370.20 |
| | | | $1,370.20 |

---

**Claim: 5085**
Date Filed: 05/08/2006
Docketed Total: $1,011.99
Filing Creditor Name and Address:
CINGULAR WIRELESS
PO BOX 309
PORTLAND, OR 97207-0309

Claim Holder Name and Address
CINGULAR WIRELESS
PO BOX 309
PORTLAND, OR 97207-0309

Docketed Total: $1,011.99

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,011.99 |
| | | | $1,011.99 |

Modified Total: $1,011.99

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,011.99 |
| | | | $1,011.99 |

---

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14631    Filed 12/29/08    Entered 12/29/08 22:08:19    Main Document

Thirty-Second Omnibus Claims Objection

Pg 46 of 157

**EXHIBIT A - ASSERTED AMOUNT CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 5087**
Date Filed:   05/08/2006
Docketed Total:   $31,423.21
Filing Creditor Name and Address:
  CINGULAR WIRELESS
  PO BOX 309
  PORTLAND, OR 97207-0309

Claim Holder Name and Address
  CINGULAR WIRELESS
  PO BOX 309
  PORTLAND, OR 97207-0309

Docketed Total:   **$31,423.21**

Modified Total:   **$31,423.21**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $31,423.21 | 05-44640 | | | $31,423.21 |
| | | | **$31,423.21** | | | | **$31,423.21** |

**Claim: 9541**
Date Filed:   07/14/2006
Docketed Total:   $30,818.00
Filing Creditor Name and Address:
  CIRCLE BROACH COMPANY INC
  38358 ABRUZZI DR
  WESTLAND, MI 48185

Claim Holder Name and Address
  CIRCLE BROACH COMPANY INC
  38358 ABRUZZI DR
  WESTLAND, MI 48185

Docketed Total:   **$30,818.00**

Modified Total:   **$30,818.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $30,818.00 | UNL | 05-44640 | | | $30,818.00 |
| | | **$30,818.00** | **UNL** | | | | **$30,818.00** |

**Claim: 10388**
Date Filed:   07/24/2006
Docketed Total:   $141,675.49
Filing Creditor Name and Address:
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF GEMINI PLASTICS
  INC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Claim Holder Name and Address
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF GEMINI PLASTICS INC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Docketed Total:   **$141,675.49**

Modified Total:   **$141,675.49**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $141,675.49 | 05-44640 | | | $141,675.49 |
| | | | **$141,675.49** | | | | **$141,675.49** |

\*     See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT A - ASSERTED AMOUNT CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 9796**
Date Filed: 07/18/2006
Docketed Total: $572,033.91
Filing Creditor Name and Address:
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF HITCHINER
  MANUFACTURING CO INC
  ATTN ALPA JIMENEZ
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Claim Holder Name and Address
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF HITCHINER
  MANUFACTURING CO INC
  ATTN ALPA JIMENEZ
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Docketed Total: **$572,033.91**

Modified Total: **$572,033.91**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $8,179.67 | $563,854.24 | 05-44640 | | | $572,033.91 |
| | | **$8,179.67** | **$563,854.24** | | | | **$572,033.91** |

**Claim: 10382**
Date Filed: 07/24/2006
Docketed Total: $210,732.14
Filing Creditor Name and Address:
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF MTD
  TECHNOLOGIES INC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Claim Holder Name and Address
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF MTD TECHNOLOGIES
  INC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Docketed Total: **$210,732.14**

Modified Total: **$210,732.14**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $16,294.70 | $194,437.44 | 05-44640 | | | $210,732.14 |
| | | **$16,294.70** | **$194,437.44** | | | | **$210,732.14** |

**Claim: 9792**
Date Filed: 07/18/2006
Docketed Total: $214,580.56
Filing Creditor Name and Address:
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF PAX MACHINE
  WORKS INC
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Claim Holder Name and Address
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF PAX MACHINE WORKS
  INC
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Docketed Total: **$214,580.56**

Modified Total: **$214,580.56**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $865.58 | $213,714.98 | 05-44640 | | | $214,580.56 |
| | | **$865.58** | **$213,714.98** | | | | **$214,580.56** |

*    See Exhibit E for a listing of debtor entities by case number.

**    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14631    Filed 12/29/08    Entered 12/29/08 22:08:19    Main Document
Pg 48 of 157

Thirty-Second Omnibus Claims Objection

**EXHIBIT A - ASSERTED AMOUNT CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 12690**
Date Filed: 07/28/2006
Docketed Total: $865,517.60
Filing Creditor Name and Address:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF SCHAEFFLER
CANADA INC
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVENUE STE
225
GREENWICH, CT 06830

Claim Holder Name and Address

CONTRARIAN FUNDS LLC AS
ASSIGNEE OF SCHAEFFLER CANADA
INC
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVENUE STE 225
GREENWICH, CT 06830

Docketed Total: $865,517.60

Modified Total: $865,517.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $80,774.09 | $784,743.51 |
| | | **$80,774.09** | **$784,743.51** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $865,517.60 |
| | | | **$865,517.60** |

**Claim: 9791**
Date Filed: 07/18/2006
Docketed Total: $299,745.20
Filing Creditor Name and Address:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF SP DIV NMC LLC
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Claim Holder Name and Address

CONTRARIAN FUNDS LLC AS
ASSIGNEE OF SP DIV NMC LLC
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total: $299,745.20

Modified Total: $299,745.20

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $5,367.21 | $294,377.99 |
| | | **$5,367.21** | **$294,377.99** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $299,745.20 |
| | | | **$299,745.20** |

**Claim: 8219**
Date Filed: 06/19/2006
Docketed Total: $3,340.00
Filing Creditor Name and Address:
CONTROL MASTERS INC
5235 KATRINE AVE
DOWNERS GROVE, IL 60515

Claim Holder Name and Address

CONTROL MASTERS INC
5235 KATRINE AVE
DOWNERS GROVE, IL 60515

Docketed Total: $3,340.00

Modified Total: $3,340.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44482 | | | $3,340.00 |
| | | | **$3,340.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44482 | | | $3,340.00 |
| | | | **$3,340.00** |

\*     See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 14631   Filed 12/29/08   Entered 12/29/08 22:08:19   Main Document
Pg 49 of 157

Thirty-Second Omnibus Claims Objection

## EXHIBIT A - ASSERTED AMOUNT CLAIMS

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

---

**Claim: 5423**
Date Filed:   05/10/2006
Docketed Total:   $645,056.53
Filing Creditor Name and Address:
   CORUS LP
   HOLME ROBERTS & OWEN LLP
   1700 LINCOLN ST STE 4100
   DENVER, CO 80203

Claim Holder Name and Address
   BANK OF AMERICA N A
   40 W 57TH ST
   NEW YORK, NY 10019

Docketed Total:   $645,056.53

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $645,056.53 |
| | | | **$645,056.53** |

Modified Total:   $645,056.53

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $645,056.53 |
| | | | **$645,056.53** |

---

**Claim: 14795**
Date Filed:   07/31/2006
Docketed Total:   $23,040.60
Filing Creditor Name and Address:
   CREATIVE TECHNIQUES INC
   2441 N OPDYKE RD
   AUBURN HILLS, MI 48326

Claim Holder Name and Address
   CONTRARIAN FUNDS LLC
   411 W PUTNAM AVE STE 225
   GREENWICH, CT 06830

Docketed Total:   $23,040.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $23,040.60 |
| | | | **$23,040.60** |

Modified Total:   $23,040.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $23,040.60 |
| | | | **$23,040.60** |

---

**Claim: 16132**
Date Filed:   08/09/2006
Docketed Total:   $22,475.50
Filing Creditor Name and Address:
   CROWLEY TOOL CO
   190 MOLLY WALTON RD
   HENDERSONVILLE, TN 37075

Claim Holder Name and Address
   ARGO PARTNERS
   12 W 37TH ST 9TH FL
   NEW YORK, NY 10018

Docketed Total:   $22,475.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $22,475.50 |
| | | | **$22,475.50** |

Modified Total:   $22,475.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $22,475.50 |
| | | | **$22,475.50** |

---

**Claim: 13458**
Date Filed:   07/31/2006
Docketed Total:   $74,664.00
Filing Creditor Name and Address:
   DECO AUTOMOTIVE A DIVISION
   OF MAGNA INTERNATIONAL INC
   40950 WOODWARD AVE STE 100
   BLOOMFIELD HILLS, MI 48304

Claim Holder Name and Address
   DECO AUTOMOTIVE A DIVISION OF
   MAGNA INTERNATIONAL INC
   40950 WOODWARD AVE STE 100
   BLOOMFIELD HILLS, MI 48304

Docketed Total:   $74,664.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $74,664.00 | | |
| | **$74,664.00** | | |

Modified Total:   $74,664.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $74,664.00 |
| | | | **$74,664.00** |

---

\*     See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 14631   Filed 12/29/08   Entered 12/29/08 22:08:19   Main Document
Pg 50 of 157

Thirty-Second Omnibus Claims Objection

**EXHIBIT A - ASSERTED AMOUNT CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 10284**
Date Filed: 07/24/2006
Docketed Total: $22,268.60
Filing Creditor Name and Address:
DEMAG PLASTICS GROUP CORP
11792 ALAMEDA DR
STRONGSVILLE, OH 44149

Claim Holder Name and Address
DEMAG PLASTICS GROUP CORP
11792 ALAMEDA DR
STRONGSVILLE, OH 44149
Docketed Total: **$22,268.60**

Modified Total: **$22,268.60**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $22,268.60 | 05-44640 | | | $22,268.60 |
| | | | **$22,268.60** | | | | **$22,268.60** |

---

**Claim: 15429**
Date Filed: 07/31/2006
Docketed Total: $431,794.32
Filing Creditor Name and Address:
GOBAR SYSTEMS INC
TAFT STETTINIUS & HOLLISTER LLP
425 WALNUT STREET STE 1800
CINCINNATI, OH 45202

Claim Holder Name and Address
GOBAR SYSTEMS INC
TAFT STETTINIUS & HOLLISTER LLP
425 WALNUT STREET STE 1800
CINCINNATI, OH 45202
Docketed Total: **$431,794.32**

Modified Total: **$431,794.32**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $431,794.32 | 05-44640 | | | $431,794.32 |
| | | | **$431,794.32** | | | | **$431,794.32** |

---

**Claim: 831**
Date Filed: 11/23/2005
Docketed Total: $3,847.71
Filing Creditor Name and Address:
GRUNER AG
BURGLESTRASSE 15 17
WEHINGEN, 78564
GERMANY

Claim Holder Name and Address
GRUNER AG
BURGLESTRASSE 15 17
WEHINGEN, 78564
GERMANY
Docketed Total: **$3,847.71**

Modified Total: **$3,847.71**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $3,847.71 | 05-44567 | | | $3,847.71 |
| | | | **$3,847.71** | | | | **$3,847.71** |

---

**Claim: 6497**
Date Filed: 05/22/2006
Docketed Total: $67,576.91
Filing Creditor Name and Address:
HENKEL SURFACE TECHNOLOGIES
32100 STEPHENSON HWY
MADISON HEIGHTS, MI 48071

Claim Holder Name and Address
HENKEL SURFACE TECHNOLOGIES
32100 STEPHENSON HWY
MADISON HEIGHTS, MI 48071
Docketed Total: **$67,576.91**

Modified Total: **$67,576.91**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $67,576.91 | 05-44640 | | | $67,576.91 |
| | | | **$67,576.91** | | | | **$67,576.91** |

---

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14631    Filed 12/29/08    Entered 12/29/08 22:08:19    Main Document
Pg 51 of 157

Thirty-Second Omnibus Claims Objection

EXHIBIT A - ASSERTED AMOUNT CLAIMS

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 773**
Date Filed:   11/22/2005
Docketed Total:   $112,139.54
Filing Creditor Name and Address:
  ILM TOOL INC
  23301 CLAWITER RD
  HAYWARD, CA 94545

Claim Holder Name and Address
  ILM TOOL INC
  23301 CLAWITER RD
  HAYWARD, CA 94545
Docketed Total:   **$112,139.54**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $112,139.54 |
| | | | **$112,139.54** |

Modified Total:   **$112,139.54**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44511 | | | $112,139.54 |
| | | | **$112,139.54** |

---

**Claim: 646**
Date Filed:   11/17/2005
Docketed Total:   $33,597.65
Filing Creditor Name and Address:
  IRON MOUNTAIN INFORMATION
  MANAGEMENT INC
  IRON MOUNTAIN INC
  745 ATLANTIC AVE 10TH FL
  BOSTON, MA 02111

Claim Holder Name and Address
  IRON MOUNTAIN INFORMATION
  MANAGEMENT INC
  IRON MOUNTAIN INC
  745 ATLANTIC AVE 10TH FL
  BOSTON, MA 02111
Docketed Total:   **$33,597.65**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $33,597.65 | | |
| | **$33,597.65** | | |

Modified Total:   **$33,597.65**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $33,597.65 |
| | | | **$33,597.65** |

---

**Claim: 14314**
Date Filed:   07/31/2006
Docketed Total:   $87,701.00
Filing Creditor Name and Address:
  JOHN E BENZ & CO
  C/O DLA PIPER RUDNICK GRAY
  CARY US LLP
  1251 AVENUE OF THE AMERICAS
  NEW YORK, NY 10020-5283

Claim Holder Name and Address
  JOHN E BENZ & CO
  C/O DLA PIPER RUDNICK GRAY
  CARY US LLP
  1251 AVENUE OF THE AMERICAS
  NEW YORK, NY 10020-5283
Docketed Total:   **UNL**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | |

Modified Total:   **$87,701.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $87,701.00 |
| | | | **$87,701.00** |

---

*      See Exhibit E for a listing of debtor entities by case number.

**    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 14631   Filed 12/29/08   Entered 12/29/08 22:08:19   Main Document
Pg 52 of 157

Thirty-Second Omnibus Claims Objection

**EXHIBIT A - ASSERTED AMOUNT CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 16012**
Date Filed:   08/09/2006
Docketed Total:   $2,605.25
Filing Creditor Name and Address:
  JUDCO MANUFACTURING INC
  1429 W 240TH ST
  HARBOR CITY, CA 90710

Claim Holder Name and Address

JUDCO MANUFACTURING INC
1429 W 240TH ST
HARBOR CITY, CA 90710

Docketed Total:   **$2,605.25**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,605.25 |
| | | | **$2,605.25** |

Modified Total:   **$2,605.25**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,605.25 |
| | | | **$2,605.25** |

---

**Claim: 16616**
Date Filed:   06/22/2007
Docketed Total:   $414,063.61
Filing Creditor Name and Address:
  MAC ARTHUR CORPORATION
  WINEGARDEN HALEY
  LINDHOLM & ROBERSTON PLC
  G 9460 S SAGINAW ST STE A
  GRAND BLANC, MI 48439

Claim Holder Name and Address

JPMORGAN CHASE BANK NA
4 NEW YORK PLAZA FL 16
NEW YORK, NY 10004-2413

Docketed Total:   **$414,063.61**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $414,063.61 |
| | | | **$414,063.61** |

Modified Total:   **$414,063.61**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $414,063.61 |
| | | | **$414,063.61** |

---

**Claim: 2053**
Date Filed:   02/17/2006
Docketed Total:   $9,044.19
Filing Creditor Name and Address:
  MICROSYS TECHNOLOGIES INC
  3710 NASHUA DRIVE UNIT 1
  MISSISSAUGA, ON L4V 1M5
  CANADA

Claim Holder Name and Address

MICROSYS TECHNOLOGIES INC
3710 NASHUA DRIVE UNIT 1
MISSISSAUGA, ON L4V 1M5
CANADA

Docketed Total:   **$9,044.19**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $9,044.19 |
| | | | **$9,044.19** |

Modified Total:   **$9,044.19**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $9,044.19 |
| | | | **$9,044.19** |

---

\*     See Exhibit E for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 14631   Filed 12/29/08   Entered 12/29/08 22:08:19   Main Document
Pg 53 of 157

Thirty-Second Omnibus Claims Objection

**EXHIBIT A - ASSERTED AMOUNT CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 12186**
Date Filed:   07/28/2006
Docketed Total:   $48,161.52
Filing Creditor Name and Address:
MUSKEGON CASTINGS CORP
601 TERRACE ST
MUSKEGON, MI 49443-0786

Claim Holder Name and Address

SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total:   **$48,161.52**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $48,161.52 | | |
| | **$48,161.52** | | |

Modified Total:   **$48,161.52**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $48,161.52 |
| | | | **$48,161.52** |

---

**Claim: 5053**
Date Filed:   05/08/2006
Docketed Total:   $2,502.00
Filing Creditor Name and Address:
NEOSONG USA INC
718 W LONGVIEW LN
PALATINE, IL 60067

Claim Holder Name and Address

NEOSONG USA INC
718 W LONGVIEW LN
PALATINE, IL 60067

Docketed Total:   **$2,502.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,502.00 |
| | | | **$2,502.00** |

Modified Total:   **$2,502.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $2,502.00 |
| | | | **$2,502.00** |

---

**Claim: 15222**
Date Filed:   07/31/2006
Docketed Total:   $392,351.79
Filing Creditor Name and Address:
NOVELIS CORP
6060 PKLAND BLVD
CLEVELAND, OH 44124-4185

Claim Holder Name and Address

CONTRARIAN FUNDS LLC
411 W PUTNAM AVE S 225
GREENWICH, CT 06830

Docketed Total:   **$392,351.79**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $33,090.25 | $359,261.54 |
| | | **$33,090.25** | **$359,261.54** |

Modified Total:   **$392,351.79**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $392,351.79 |
| | | | **$392,351.79** |

---

**Claim: 16395**
Date Filed:   10/30/2006
Docketed Total:   $655,686.82
Filing Creditor Name and Address:
PARK ENTERPRISES OF
ROCHESTER INC
ATTN JERRY GREENFIELD ESQ
2 STATE ST STE1600
ROCHESTER, NY 14614

Claim Holder Name and Address

LONGACRE MASTER FUND LTD
810 SEVENTH AVE 33RD FL
NEW YORK, NY 10019

Docketed Total:   **$655,686.82**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $655,686.82 |
| | | | **$655,686.82** |

Modified Total:   **$655,686.82**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $655,686.82 |
| | | | **$655,686.82** |

---

\*     See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14631    Filed 12/29/08    Entered 12/29/08 22:08:19    Main Document

Thirty-Second Omnibus Claims Objection

Pg 54 of 157

**EXHIBIT A - ASSERTED AMOUNT CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 13929**
Date Filed:    07/31/2006
Docketed Total:    $187,374.96
Filing Creditor Name and Address:
    PARKVIEW METAL PRODUCTS
    MILLER JOHNSON
    PO BOX 306
    GRAND RAPIDS, MI 49501-0306

Claim Holder Name and Address
    PARKVIEW METAL PRODUCTS
    MILLER JOHNSON
    PO BOX 306
    GRAND RAPIDS, MI 49501-0306

Docketed Total:    **$187,374.96**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $187,374.96 |
| | | | **$187,374.96** |

Modified Total:    **$187,374.96**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $187,374.96 |
| | | | **$187,374.96** |

---

**Claim: 10581**
Date Filed:    07/25/2006
Docketed Total:    $112,039.75
Filing Creditor Name and Address:
    PHILLIPS PLASTICS
    CORPORATION
    1201 HANLEY RD
    HUDSON, WI 54016

Claim Holder Name and Address
    CONTRARIAN FUNDS LLC
    411 W PUTNAM AVE S 225
    GREENWICH, CT 06830

Docketed Total:    **$112,039.75**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | $112,039.75 | | |
| | **$112,039.75** | | |

Modified Total:    **$112,039.75**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $112,039.75 |
| | | | **$112,039.75** |

---

**Claim: 4045**
Date Filed:    11/25/2005
Docketed Total:    $4,691.52
Filing Creditor Name and Address:
    RIVERSIDE CLAIMS LLC AS
    ASSIGNEE FOR JAN PAK
    HUNTSVILLE
    PO BOX 626 PLANETARIUM
    STATION
    NEW YORK, NY 10024

Claim Holder Name and Address
    RIVERSIDE CLAIMS LLC AS
    ASSIGNEE FOR JAN PAK
    HUNTSVILLE
    PO BOX 626 PLANETARIUM STATION
    NEW YORK, NY 10024

Docketed Total:    **$4,691.52**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $4,691.52 |
| | | | **$4,691.52** |

Modified Total:    **$4,691.52**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,691.52 |
| | | | **$4,691.52** |

---

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14631    Filed 12/29/08    Entered 12/29/08 22:08:19    Main Document
Pg 55 of 157

Thirty-Second Omnibus Claims Objection

**EXHIBIT A - ASSERTED AMOUNT CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 8865**
Date Filed:   06/30/2006
Docketed Total:    $2,026.50
Filing Creditor Name and Address:
   RIVERSIDE CLAIMS LLC AS
   ASSIGNEE FOR STANDARD SCALE
   & SUPPLY CO
   PO BOX 626 PLANETARIUM
   STATION
   NEW YORK, NY 10024

Claim Holder Name and Address

RIVERSIDE CLAIMS LLC AS
ASSIGNEE FOR STANDARD SCALE &
SUPPLY CO
PO BOX 626 PLANETARIUM STATION
NEW YORK, NY 10024

Docketed Total:    **$2,026.50**

Modified Total:    **$2,026.50**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $2,026.50 | 05-44640 | | | $2,026.50 |
| | | | **$2,026.50** | | | | **$2,026.50** |

**Claim: 8874**
Date Filed:   06/30/2006
Docketed Total:    $101,655.48
Filing Creditor Name and Address:
   RIVERSIDE CLAIMS LLC AS
   ASSIGNEE FOR WHYCO
   FINISHING TECHNOLOGIES LLC
   PO BOX 626 PLANETARIUM
   STATION
   NEW YORK, NY 10024

Claim Holder Name and Address

RIVERSIDE CLAIMS LLC AS
ASSIGNEE FOR WHYCO FINISHING
TECHNOLOGIES LLC
PO BOX 626 PLANETARIUM STATION
NEW YORK, NY 10024

Docketed Total:    **$101,655.48**

Modified Total:    **$101,655.48**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $101,655.48 | 05-44640 | | | $101,655.48 |
| | | | **$101,655.48** | | | | **$101,655.48** |

**Claim: 1581**
Date Filed:   01/17/2006
Docketed Total:    $816.99
Filing Creditor Name and Address:
   SBC GLOBAL
   PO BOX 981268
   WEST SACRAMENTO, CA 95798

Claim Holder Name and Address

SBC GLOBAL
PO BOX 981268
WEST SACRAMENTO, CA 95798

Docketed Total:    **$816.99**

Modified Total:    **$816.99**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44624 | | | $816.99 | 05-44624 | | | $816.99 |
| | | | **$816.99** | | | | **$816.99** |

\*     See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14631    Filed 12/29/08    Entered 12/29/08 22:08:19    Main Document
Pg 56 of 157

Thirty-Second Omnibus Claims Objection

**EXHIBIT A - ASSERTED AMOUNT CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 16479**
Date Filed: 01/11/2007
Docketed Total: $561,083.00
Filing Creditor Name and Address:
SENSUS PRECISION DIE CASTING INC
PO BOX 11587
RICHMOND, VA 15871

Claim Holder Name and Address

CONTRARIAN FUNDS LLC
411 W PUTNAM AVE S 225
GREENWICH, CT 06830

Docketed Total: $561,083.00

Modified Total: $561,083.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $561,083.00 | 05-44640 | | | $561,083.00 |
| | | | **$561,083.00** | | | | **$561,083.00** |

**Claim: 15976**
Date Filed: 08/09/2006
Docketed Total: $991.00
Filing Creditor Name and Address:
SIERRA LIQUIDITY FUND LLC
ASSIGNEE METRIC EQUIPMENT
SALES INC ASSIGNOR
SIERRA LIQUIDITY FUND
2699 WHITE RD STE 255
IRVINE, CA 92614

Claim Holder Name and Address

SIERRA LIQUIDITY FUND LLC
ASSIGNEE METRIC EQUIPMENT
SALES INC ASSIGNOR
SIERRA LIQUIDITY FUND
2699 WHITE RD STE 255
IRVINE, CA 92614

Docketed Total: $991.00

Modified Total: $991.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $991.00 | 05-44640 | | | $991.00 |
| | | | **$991.00** | | | | **$991.00** |

**Claim: 14137**
Date Filed: 07/31/2006
Docketed Total: $2,752,068.75
Filing Creditor Name and Address:
SPCP GROUP LLC AS ASSIGNEE
OF FUJIKOKI AMERICA INC
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Claim Holder Name and Address

SPECIAL SITUATIONS INVESTING
GROUP INC
C/O GOLDMAN SACHS & CO
85 BROAD ST 27TH FL
NEW YORK, NY 10004

Docketed Total: $2,752,068.75

Modified Total: $2,752,068.75

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $2,752,068.75 | 05-44640 | | | $2,752,068.75 |
| | | | **$2,752,068.75** | | | | **$2,752,068.75** |

\*      See Exhibit E for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14631    Filed 12/29/08    Entered 12/29/08 22:08:19    Main Document
Pg 57 of 157

Thirty-Second Omnibus Claims Objection

**EXHIBIT A - ASSERTED AMOUNT CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 14144**
Date Filed: 07/31/2006
Docketed Total: $887.24
Filing Creditor Name and Address:
SPCP GROUP LLC AS ASSIGNEE
OF TEXTRON FASTENING
SYSTEMS CANADA LTD
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Claim Holder Name and Address

GOLDMAN SACHS CREDIT
PARTNERS LP
C/O GOLDMAN SACHS & CO
30 HUDSON 17TH FL
JERSEY CITY, NJ 07302

Docketed Total: $887.24

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $887.24 |
| | | | **$887.24** |

Modified Total: $887.24

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $887.24 |
| | | | **$887.24** |

---

**Claim: 14145**
Date Filed: 07/31/2006
Docketed Total: $9,359.53
Filing Creditor Name and Address:
SPCP GROUP LLC AS ASSIGNEE
OF TEXTRON FASTENING
SYSTEMS CANADA LTD
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Claim Holder Name and Address

GOLDMAN SACHS CREDIT
PARTNERS LP
C/O GOLDMAN SACHS & CO
30 HUDSON 17TH FL
JERSEY CITY, NJ 07302

Docketed Total: $9,359.53

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $9,359.53 |
| | | | **$9,359.53** |

Modified Total: $9,359.53

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $9,359.53 |
| | | | **$9,359.53** |

---

**Claim: 12257**
Date Filed: 07/28/2006
Docketed Total: $217,822.60
Filing Creditor Name and Address:
STANLEY ELECTRIC SALES OF
AMERICA INC
AFRCT LLP
199 S LOS ROBLES AVE STE 600
PASADENA, CA 91101

Claim Holder Name and Address

SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total: $217,822.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | $21,450.40 | $196,372.20 |
| | | **$21,450.40** | **$196,372.20** |

Modified Total: $217,822.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $217,822.60 |
| | | | **$217,822.60** |

---

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 14631   Filed 12/29/08   Entered 12/29/08 22:08:19   Main Document

Thirty-Second Omnibus Claims Objection

Pg 58 of 157

**EXHIBIT A - ASSERTED AMOUNT CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

---

**Claim: 2713**
Date Filed: 04/24/2006
Docketed Total: $6,253,576.29
Filing Creditor Name and Address:
TEXAS INSTRUMENTS
INCORPORATED AND TEXAS
INSTRUMENTS INCORPORATED
S&C
MUNSCH HARDT KOPF & HARR
PC
3800 LINCOLN PLZ
500 N AKARD ST
DALLAS, TX 75201-6659

Claim Holder Name and Address

BEAR STEARNS INVESTMENT          Docketed Total:          $6,253,576.29
PRODUCTS INC
CO JPMORGAN CHASE BANK NA
LEGAL DEPT
1 CHASE MANHATTAN PLAZA 26TH
FL
NEW YORK, NY 10081

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,253,576.29 |
| | | | **$6,253,576.29** |

Modified Total:          **$6,253,576.29**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,253,576.29 |
| | | | **$6,253,576.29** |

---

**Claim: 1507**
Date Filed: 01/10/2006
Docketed Total: $1,039.50
Filing Creditor Name and Address:
THE GROWING CONCERN
1918 BASSETT
EL PASO, TX 79901

Claim Holder Name and Address

THE GROWING CONCERN          Docketed Total:          $1,039.50
1918 BASSETT
EL PASO, TX 79901

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,039.50 |
| | | | **$1,039.50** |

Modified Total:          **$1,039.50**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,039.50 |
| | | | **$1,039.50** |

---

**Claim: 10913**
Date Filed: 07/26/2006
Docketed Total: $40,867.33
Filing Creditor Name and Address:
VERITAS SOFTWARE
CORPORATION
BIALSON BERGEN & SCHWAB
2600 EL CAMINO REAL STE 300
PALO ALTO, CA 94306

Claim Holder Name and Address

VERITAS SOFTWARE CORPORATION          Docketed Total:          $40,867.33
BIALSON BERGEN & SCHWAB
2600 EL CAMINO REAL STE 300
PALO ALTO, CA 94306

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | UNL | UNL | $40,867.33 |
| | **UNL** | **UNL** | **$40,867.33** |

Modified Total:          **$40,867.33**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $40,867.33 |
| | | | **$40,867.33** |

---

**Total Claims To Be Modified: 50**

**Total Amount As Docketed:**          $15,712,375.00

**Total Amount As Modified:**          $15,712,375.00

---

\*     See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1168<br>Date Filed:  12/15/2005<br>Docketed Total:    $70,900.93<br>Filing Creditor Name and Address:<br>  ABC TECHNOLOGIES INC<br>  ABC GROUP<br>  2 NORELCO DR<br>  TORONTO, ON M9L 2X6<br>  CANADA | Claim Holder Name and Address<br><br>  ABC TECHNOLOGIES INC<br>  ABC GROUP<br>  2 NORELCO DR<br>  TORONTO, ON M9L 2X6<br>  CANADA | Docketed Total: | | $70,900.93 | | Modified Total: | | $53,744.60 |
| | **Case Number***<br>05-44481 | Secured | Priority | Unsecured<br>$70,900.93<br>**$70,900.93** | **Case Number***<br>05-44640 | Secured | Priority | Unsecured<br>$53,744.60<br>**$53,744.60** |
| Claim: 16406<br>Date Filed:  11/06/2006<br>Docketed Total:   $149,294.92<br>Filing Creditor Name and Address:<br>  ADMIRAL TOOL & MFG CO OF<br>  ILLINOIS<br>  ASM CAPITAL<br>  7600 JERICHO TPKE STE 302<br>  WOODBURY, NY 11797 | Claim Holder Name and Address<br><br>  ASM CAPITAL II LP<br>  7600 JERICHO TURNPIKE STE 302<br>  WOODBURY, NY 11797 | Docketed Total: | | $149,294.92 | | Modified Total: | | $138,261.83 |
| | **Case Number***<br>05-44481 | Secured | Priority | Unsecured<br>$149,294.92<br>**$149,294.92** | **Case Number***<br>05-44640 | Secured | Priority | Unsecured<br>$138,261.83<br>**$138,261.83** |
| Claim: 14278<br>Date Filed:  07/31/2006<br>Docketed Total:    $18,704.93<br>Filing Creditor Name and Address:<br>  AIRGAS EAST INC<br>  AIRGAS INC<br>  259 N RADNOR CHESTER ROAD<br>  STE 100<br>  RADNOR, PA 19087 | Claim Holder Name and Address<br><br>  ARGO PARTNERS<br>  12 W 37TH ST 9TH FL<br>  NEW YORK, NY 10018 | Docketed Total: | | $18,704.93 | | Modified Total: | | $13,927.33 |
| | **Case Number***<br>05-44554 | Secured | Priority | Unsecured<br>$18,704.93<br>**$18,704.93** | **Case Number***<br>05-44640 | Secured | Priority | Unsecured<br>$13,927.33<br>**$13,927.33** |

\*     See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

### EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 14277**
Date Filed:    07/31/2006
Docketed Total:    $88,154.71
Filing Creditor Name and Address:
  AIRGAS SOUTHWEST INC
  AIRGAS INC
  259 N RADNOR CHESTER ROAD
  SUITE 100
  RADNOR, PA 19087

Claim Holder Name and Address

  ARGO PARTNERS                Docketed Total:    $88,154.71
  12 W 37TH ST 9TH FL
  NEW YORK, NY 10018

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $88,154.71 |
| | | | **$88,154.71** |

Modified Total:    $85,085.84

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $85,085.84 |
| | | | **$85,085.84** |

---

**Claim: 9816**
Date Filed:    07/18/2006
Docketed Total:    $13,417.47
Filing Creditor Name and Address:
  AMES REESE INC
  REESE PUGH SAMLEY
  WAGENSELLER & MECUM PC
  120 N SHIPPEN ST
  LANCASTER, PA 17602

Claim Holder Name and Address

  LIQUIDITY SOLUTIONS INC        Docketed Total:    $13,417.47
  ONE UNIVERSITY PLAZA STE 312
  HACKENSACK, NJ 07601

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $13,417.47 |
| | | | **$13,417.47** |

Modified Total:    $10,767.47

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $10,767.47 |
| | | | **$10,767.47** |

---

**Claim: 7514**
Date Filed:    06/06/2006
Docketed Total:    $58,187.44
Filing Creditor Name and Address:
  AMROC INVESTMENTS LLC AS
  ASSIGNEE OF FASTENAL
  COMPANY
  PO BOX 978
  WINONA, MN 55987-0978

Claim Holder Name and Address

  AMROC INVESTMENTS LLC        Docketed Total:    $55,180.98
  535 MADISON AVE 15TH FL
  NEW YORK, NY 10022

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $55,180.98 |
| | | | **$55,180.98** |

Modified Total:    $0.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $0.00 |
| | | | **$0.00** |

Claim Holder Name and Address

  FASTENAL COMPANY            Docketed Total:    $3,006.46
  PO BOX 978
  WINONA, MN 55987-0978

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $3,006.46 |
| | | | **$3,006.46** |

Modified Total:    $1,567.26

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,567.26 |
| | | | **$1,567.26** |

---

\*    See Exhibit E for a listing of debtor entities by case number.

\**    "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2317<br>Date Filed: 03/16/2006<br>Docketed Total: $88,316.34<br>Filing Creditor Name and Address:<br>ASM CAPITAL AS ASSIGNEE FOR<br>SPEED MOTOR EXPRESS OF WNY<br>INC<br>7600 JERICHO TPKE STE 302<br>WOODBURY, NY 11797 | Claim Holder Name and Address<br><br>ASM CAPITAL  Docketed Total: $88,316.34<br>7600 JERICHO TPKE STE 302<br>WOODBURY, NY 11797 | Modified Total: $85,117.00 |

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44640 | | | $88,316.34 | 05-44640 | | | $85,117.00 |
| | | | | **$88,316.34** | | | | **$85,117.00** |

| Claim: 8012<br>Date Filed: 06/15/2006<br>Docketed Total: $856,055.16<br>Filing Creditor Name and Address:<br>BASF CORPORATION<br>100 CAMPUS DR<br>FLORHAM PARK, NJ 07932 | Claim Holder Name and Address<br><br>CONTRARIAN FUNDS LLC  Docketed Total: $856,055.16<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Modified Total: $791,010.71 |
|---|---|---|

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44640 | | | $856,055.16 | 05-44640 | | | $791,010.71 |
| | | | | **$856,055.16** | | | | **$791,010.71** |

| Claim: 16615<br>Date Filed: 06/15/2007<br>Docketed Total: $180,633.39<br>Filing Creditor Name and Address:<br>BEAVER VALLEY<br>MANUFACTURING INC<br>GOLDMAN RUBIN & SHAPIRO<br>1340 WOODMAN DR<br>DAYTON, OH 45432 | Claim Holder Name and Address<br><br>BEAVER VALLEY MANUFACTURING  Docketed Total: $180,633.39<br>INC<br>GOLDMAN RUBIN & SHAPIRO<br>1340 WOODMAN DR<br>DAYTON, OH 45432 | Modified Total: $173,347.89 |
|---|---|---|

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44481 | | | $180,633.39 | 05-44640 | | | $173,347.89 |
| | | | | **$180,633.39** | | | | **$173,347.89** |

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

## EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 12011<br>Date Filed: 07/28/2006<br>Docketed Total: $179,220.24<br>Filing Creditor Name and Address:<br>BRAKE PARTS INC WIX<br>FILTRATION CORP AFFINIA<br>GROUP INC<br>BRAKES PARTS WIX<br>4400 PRIME PKWY<br>MCHENRY, IL 60050 | Claim Holder Name and Address<br><br>SPCP GROUP LLC<br>2 GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830<br><br>Docketed Total: $179,220.24 | Modified Total: $94,076.50 |
| | **Case Number*** Secured Priority Unsecured<br>05-44481 $179,220.24<br>**$179,220.24** | **Case Number*** Secured Priority Unsecured<br>05-44640 $94,076.50<br>**$94,076.50** |
| Claim: 9079<br>Date Filed: 07/06/2006<br>Docketed Total: $129,383.00<br>Filing Creditor Name and Address:<br>CONTI TECH ELASTOMER<br>COATINGS<br>CONTINENTAL AG<br>STRAWINSKYLAAN 3111 6TH FL<br>AMSTERDAM, 1077ZX<br>NETHERLANDS | Claim Holder Name and Address<br><br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019<br><br>Docketed Total: $129,383.00 | Modified Total: $117,611.00 |
| | **Case Number*** Secured Priority Unsecured<br>05-44640 $129,383.00<br>**$129,383.00** | **Case Number*** Secured Priority Unsecured<br>05-44640 $117,611.00<br>**$117,611.00** |
| Claim: 9109<br>Date Filed: 07/07/2006<br>Docketed Total: $1,254,290.43<br>Filing Creditor Name and Address:<br>CONTRARIAN FUNDS LLC AS<br>ASSIGNEE OF BLISSFIELD<br>MANUFACTURING COMPANY<br>411 WEST PUTNAM AVE<br>STE 225<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br><br>CONTRARIAN FUNDS LLC AS<br>ASSIGNEE OF BLISSFIELD<br>MANUFACTURING COMPANY<br>411 WEST PUTNAM AVE<br>STE 225<br>GREENWICH, CT 06830<br><br>Docketed Total: $1,254,290.43 | Modified Total: $1,253,738.05 |
| | **Case Number*** Secured Priority Unsecured<br>05-44640 $1,254,290.43<br>**$1,254,290.43** | **Case Number*** Secured Priority Unsecured<br>05-44640 $1,253,738.05<br>**$1,253,738.05** |

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.   05-44481-rdd   Doc 14631   Filed 12/29/08   Entered 12/29/08 22:08:19   Main Document   Thirty-Second Omnibus Claims Objection

Case No. 05-44481 (RDD)                                  Pg 63 of 157

## EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 12691**
Date Filed: 07/28/2006
Docketed Total: $1,539,602.72
Filing Creditor Name and Address:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF CAMOPLAST
INCORPORATED
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVENUE STE
225
GREENWICH, CT 06830

Claim Holder Name and Address
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF CAMOPLAST
INCORPORATED
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVENUE STE 225
GREENWICH, CT 06830

Docketed Total: $1,539,602.72

Modified Total: $1,534,352.39

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $98,196.60 | $1,441,406.12 |
| | | $98,196.60 | $1,441,406.12 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,534,352.39 |
| | | | $1,534,352.39 |

---

**Claim: 7374**
Date Filed: 06/02/2006
Docketed Total: $595,983.31
Filing Creditor Name and Address:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF CAPSTAN
ATLANTIC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Claim Holder Name and Address
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF CAPSTAN ATLANTIC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total: $595,983.31

Modified Total: $530,803.34

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $595,983.31 |
| | | | $595,983.31 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $530,803.34 |
| | | | $530,803.34 |

---

**Claim: 9112**
Date Filed: 07/07/2006
Docketed Total: $135,377.75
Filing Creditor Name and Address:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF ELECTRONIC
SERVICES LLC DBA CSI
ELECTRONICS
411 WEST PUTNAM AVE
STE 225
GREENWICH, CT 06830

Claim Holder Name and Address
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF ELECTRONIC
SERVICES LLC DBA CSI
ELECTRONICS
411 WEST PUTNAM AVE
STE 225
GREENWICH, CT 06830

Docketed Total: $135,377.75

Modified Total: $131,228.12

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $29,610.00 | $105,767.75 |
| | | $29,610.00 | $105,767.75 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $131,228.12 |
| | | | $131,228.12 |

---

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 12689**
Date Filed: 07/28/2006
Docketed Total: $176,114.66
Filing Creditor Name and Address:
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF FLOW DRY
  TECHNOLOGY LTD
  ATTN ALPA JIMENEZ
  411 WEST PUTNAM AVENUE STE
  225
  GREENWICH, CT 06830

Claim Holder Name and Address
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF FLOW DRY
  TECHNOLOGY LTD
  ATTN ALPA JIMENEZ
  411 WEST PUTNAM AVENUE STE 225
  GREENWICH, CT 06830

Docketed Total: $176,114.66
Modified Total: $174,308.42

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $42,727.58 | $133,387.08 | 05-44640 | | | $174,308.42 |
| | | $42,727.58 | $133,387.08 | | | | $174,308.42 |

**Claim: 7237**
Date Filed: 05/31/2006
Docketed Total: $241,702.84
Filing Creditor Name and Address:
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF IMCO INC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Claim Holder Name and Address
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF IMCO INC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Docketed Total: $241,702.84
Modified Total: $236,776.04

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $241,702.84 | 05-44640 | | | $236,776.04 |
| | | | $241,702.84 | | | | $236,776.04 |

**Claim: 12686**
Date Filed: 07/28/2006
Docketed Total: $2,466,373.54
Filing Creditor Name and Address:
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF INA USA
  CORPORATION
  ATTN ALPA JIMENEZ
  411 WEST PUTNAM AVENUE STE
  225
  GREENWICH, CT 06830

Claim Holder Name and Address
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF INA USA
  CORPORATION
  ATTN ALPA JIMENEZ
  411 WEST PUTNAM AVENUE STE 225
  GREENWICH, CT 06830

Docketed Total: $2,466,373.54
Modified Total: $2,319,296.37

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $265,875.25 | $2,200,498.29 | 05-44640 | | | $2,319,296.37 |
| | | $265,875.25 | $2,200,498.29 | | | | $2,319,296.37 |

\*     See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 9113**
Date Filed: 07/07/2006
Docketed Total: $116,590.48
Filing Creditor Name and Address:
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF PRESTOLITE WIRE
  CORPORATION
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Claim Holder Name and Address
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF PRESTOLITE WIRE
  CORPORATION
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Docketed Total: $116,590.48
Modified Total: $103,372.28

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $16,141.07 | $100,449.41 | 05-44640 | | | $103,372.28 |
| | | **$16,141.07** | **$100,449.41** | | | | **$103,372.28** |

**Claim: 10387**
Date Filed: 07/24/2006
Docketed Total: $36,892.83
Filing Creditor Name and Address:
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF REGENCY
  MCALLEN
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Claim Holder Name and Address
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF REGENCY MCALLEN
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Docketed Total: $36,892.83
Modified Total: $34,687.23

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $36,892.83 | 05-44640 | | | $34,687.23 |
| | | | **$36,892.83** | | | | **$34,687.23** |

**Claim: 12692**
Date Filed: 07/28/2006
Docketed Total: $3,398,927.24
Filing Creditor Name and Address:
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF STRATTEC
  SECURITY CORP
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Claim Holder Name and Address
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF STRATTEC SECURITY
  CORP
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Docketed Total: $3,398,927.24
Modified Total: $3,397,304.07

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $43,124.50 | $3,355,802.74 | 05-44640 | | | $3,397,304.07 |
| | | **$43,124.50** | **$3,355,802.74** | | | | **$3,397,304.07** |

\*       See Exhibit E for a listing of debtor entities by case number.

\*\*      "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 12695**
Date Filed: 07/28/2006
Docketed Total: $120,459.00
Filing Creditor Name and Address:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF TRELLEBORG
KUNHWA CO LTD
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Claim Holder Name and Address
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF TRELLEBORG
KUNHWA CO LTD
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830
Docketed Total: $120,459.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $120,459.00 |
| | | | **$120,459.00** |

Modified Total: $77,394.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $77,394.00 |
| | | | **$77,394.00** |

**Claim: 12696**
Date Filed: 07/28/2006
Docketed Total: $109,002.60
Filing Creditor Name and Address:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF TRELLEBORG YSH
INC
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Claim Holder Name and Address
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF TRELLEBORG YSH INC
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830
Docketed Total: $109,002.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $15,865.76 | $93,136.84 |
| | | **$15,865.76** | **$93,136.84** |

Modified Total: $89,520.40

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $89,520.40 |
| | | | **$89,520.40** |

**Claim: 12694**
Date Filed: 07/28/2006
Docketed Total: $91,243.71
Filing Creditor Name and Address:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF TRELLEBORG YSH
SA DE CV
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Claim Holder Name and Address
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF TRELLEBORG YSH SA
DE CV
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830
Docketed Total: $91,243.71

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $91,243.71 |
| | | | **$91,243.71** |

Modified Total: $82,066.83

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $82,066.83 |
| | | | **$82,066.83** |

*    See Exhibit E for a listing of debtor entities by case number.

**    "UNL" denotes an unliquidated claim.

## EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 12693**
Date Filed:   07/28/2006
Docketed Total:   $1,494,571.82
Filing Creditor Name and Address:
    CONTRARIAN FUNDS LLC AS
    ASSIGNEE OF TROSTEL LTD
    CONTRARIAN FUNDS LLC
    411 W PUTNAM AVE STE 225
    GREENWICH, CT 06830

Claim Holder Name and Address
    CONTRARIAN FUNDS LLC AS
    ASSIGNEE OF TROSTEL LTD
    CONTRARIAN FUNDS LLC
    411 W PUTNAM AVE STE 225
    GREENWICH, CT 06830

Docketed Total:   $1,494,571.82

Modified Total:   $1,220,897.18

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $16,213.43 | $1,478,358.39 |
| | | **$16,213.43** | **$1,478,358.39** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,220,897.18 |
| | | | **$1,220,897.18** |

**Claim: 9793**
Date Filed:   07/18/2006
Docketed Total:   $568,283.69
Filing Creditor Name and Address:
    CONTRARIAN FUNDS LLC AS
    ASSIGNEE OF WHIRLAWAY
    CORPORATION
    CONTRARIAN FUNDS LLC
    411 W PUTNAM AVE  STE 225
    GREENWICH, CT 06830

Claim Holder Name and Address
    CONTRARIAN FUNDS LLC AS
    ASSIGNEE OF WHIRLAWAY
    CORPORATION
    CONTRARIAN FUNDS LLC
    411 W PUTNAM AVE  STE 225
    GREENWICH, CT 06830

Docketed Total:   $568,283.69

Modified Total:   $557,199.69

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $26,238.62 | $542,045.07 |
| | | **$26,238.62** | **$542,045.07** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $557,199.69 |
| | | | **$557,199.69** |

**Claim: 16745**
Date Filed:   11/13/2007
Docketed Total:   $13,238.61
Filing Creditor Name and Address:
    CONTRARIAN FUNDS LLC AS
    TRANSFEREE OF UNITED STARS
    INDUSTRIES INC
    CONTRARIAN FUNDS LLC
    411 W PUTNAM AVE STE 225
    GREENWICH, CT 06830

Claim Holder Name and Address
    CONTRARIAN FUNDS LLC AS
    TRANSFEREE OF UNITED STARS
    INDUSTRIES INC
    CONTRARIAN FUNDS LLC
    411 W PUTNAM AVE STE 225
    GREENWICH, CT 06830

Docketed Total:   $13,238.61

Modified Total:   $12,546.16

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $13,238.61 | |
| | | **$13,238.61** | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $12,546.16 |
| | | | **$12,546.16** |

\*      See Exhibit E for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

## EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 11256**
Date Filed:    07/27/2006
Docketed Total:    $2,405,898.43
Filing Creditor Name and Address:
   CTS CORPORATION
   171 COVINGTON DR
   BLOOMINGDALE, IL 60108

Claim Holder Name and Address

BEAR STEARNS INVESTMENT PRODUCTS INC
CO JPMORGAN CHASE BANK NA
LEGAL DEPT
1 CHASE MANHATTAN PLAZA 26TH FL
NEW YORK, NY 10081

Docketed Total:    **$1,950,968.78**

Modified Total:    **$1,950,968.78**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $1,950,968.78 | 05-44640 | | | $1,950,968.78 |
| | | | **$1,950,968.78** | | | | **$1,950,968.78** |

Claim Holder Name and Address

CTS CORPORATION
171 COVINGTON DR
BLOOMINGDALE, IL 60108

Docketed Total:    **$293,785.09**

Modified Total:    **$401,296.27**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $293,785.09 | 05-44640 | | | $401,296.27 |
| | | | **$293,785.09** | | | | **$401,296.27** |

**Claim: 1201**
Date Filed:    12/19/2005
Docketed Total:    $104,504.04
Filing Creditor Name and Address:
   ELECTRONIC SOLUTIONS INC
   1590 PAGE INDUSTRIAL BLVD
   ST LOUIS, MO 63132

Claim Holder Name and Address

SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
2 GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total:    **$104,504.04**

Modified Total:    **$101,001.74**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $104,504.04 | 05-44640 | | | $101,001.74 |
| | | | **$104,504.04** | | | | **$101,001.74** |

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.     05-44481-rdd     Doc 14631     Filed 12/29/08     Entered 12/29/08 22:08:19     Main Document     Thirty-Second Omnibus Claims Objection

Case No. 05-44481 (RDD)     Pg 69 of 157

## EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 14837**
Date Filed:    07/31/2006
Docketed Total:    $115,123.63
Filing Creditor Name and Address:
EMC2 CORPORATION
PO BOX 5126
TIMONIUM, MD 21094

Claim Holder Name and Address

EMC2 CORPORATION
PO BOX 5126
TIMONIUM, MD 21094

Docketed Total:    $115,123.63

Modified Total:    $73,757.89

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $40,950.67 | $74,172.96 |
| | | $40,950.67 | $74,172.96 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $73,757.89 |
| | | | $73,757.89 |

---

**Claim: 15511**
Date Filed:    07/31/2006
Docketed Total:    $184,306.40
Filing Creditor Name and Address:
EMPRESAS CA LE TIAXCALA SA
DE CV
SACHNOFF & WEAVER LTD
10 S WACKER STE 4000
CHICAGO, IL 60606

Claim Holder Name and Address

EMPRESAS CA LE TIAXCALA SA DE
CV
SACHNOFF & WEAVER LTD
10 S WACKER DR STE 4000
CHICAGO, IL 60606

Docketed Total:    $184,306.40

Modified Total:    $74,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $184,306.40 |
| | | | $184,306.40 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $74,000.00 |
| | | | $74,000.00 |

---

**Claim: 16739**
Date Filed:    11/06/2007
Docketed Total:    $633,258.00
Filing Creditor Name and Address:
FIRST TECHNOLOGY HOLDINGS
INC AND AFFILIATES AND
SUBSIDIARIES AND CONTROL
DEVICES INC AND FIRST
INERTIA SWITCH LIMITED
CONTROL DEVICES INC AND
FIRST INERTIA SWITCH
C O SENSATA TECHNOLOGIES
INC
529 PLEASANT ST MS B 1
ATTLEBORO, MA 02703

Claim Holder Name and Address

FIRST TECHNOLOGY HOLDINGS
INC AND AFFILIATES AND
SUBSIDIARIES AND CONTROL
DEVICES INC AND FIRST INERTIA
SWITCH LIMITED
CONTROL DEVICES INC AND FIRST
INERTIA SWITCH
C O SENSATA TECHNOLOGIES INC
529 PLEASANT ST MS B 1
ATTLEBORO, MA 02703

Docketed Total:    $633,258.00

Modified Total:    $566,254.64

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $633,258.00 |
| | | | $633,258.00 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $566,254.64 |
| | | | $566,254.64 |

---

\*     See Exhibit E for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2342**
Date Filed:   03/20/2006
Docketed Total:   $2,801,641.96
Filing Creditor Name and Address:
   FIRSTENERGY SOLUTIONS CORP
   395 GHENT RD
   AKRON, OH 44333

Claim Holder Name and Address

   FIRSTENERGY SOLUTIONS CORP
   395 GHENT RD
   AKRON, OH 44333

Docketed Total:   **$2,801,641.96**

Modified Total:   **$2,445,010.64**

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | | $2,801,641.96 | | 05-44640 | | | $2,445,010.64 |
| | | | **$2,801,641.96** | | | | | **$2,445,010.64** |

**Claim: 863**
Date Filed:   11/28/2005
Docketed Total:   $14,900.00
Filing Creditor Name and Address:
   FLEXIBLE AUTOMATION INC
   3387 E BRISTOL RD
   BURTON, MI 48529

Claim Holder Name and Address

   REDROCK CAPITAL PARTNERS LLC
   475 17TH ST STE 544
   DENVER, CO 80202

Docketed Total:   **$14,900.00**

Modified Total:   **$13,410.00**

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | | $14,900.00 | | 05-44640 | | | $13,410.00 |
| | | | **$14,900.00** | | | | | **$13,410.00** |

**Claim: 5568**
Date Filed:   05/10/2006
Docketed Total:   $307,574.95
Filing Creditor Name and Address:
   FOSTER ELECTRIC USA INC
   203 N LASALLE ST STE 2500
   CHICAGO, IL 60601-1262

Claim Holder Name and Address

   CONTRARIAN FUNDS LLC
   411 W PUTNAM AVE S 225
   GREENWICH, CT 06830

Docketed Total:   **$307,574.95**

Modified Total:   **$307,010.23**

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | | | $307,574.95 | | 05-44640 | | | $307,010.23 |
| | | | **$307,574.95** | | | | | **$307,010.23** |

\*     See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 16511**

Date Filed:   06/08/2006
Docketed Total:    $59,175.40
Filing Creditor Name and Address:
FRAENKISCHE USA LP
SMITH GAMBREIL & RUSSELL
LLP
1230 PEACHTREE ST NE
PROMENADE II STE 3100
ATLANTA, GA 30309

Claim Holder Name and Address

FRAENKISCHE USA LP
SMITH GAMBREIL & RUSSELL LLP
1230 PEACHTREE ST NE
PROMENADE II STE 3100
ATLANTA, GA 30309

Docketed Total:    **$59,175.40**

Modified Total:    **$32,056.78**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $59,175.40 |
| | | | **$59,175.40** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $32,056.78 |
| | | | **$32,056.78** |

**Claim: 5463**

Date Filed:   05/10/2006
Docketed Total:    $17,971.26
Filing Creditor Name and Address:
FREUDENBERG NONWOVENS LP
EFT
2975 PEMBROKE RD
HOPKINSVILLE, KY 42240

Claim Holder Name and Address

FREUDENBERG NONWOVENS LP
EFT
2975 PEMBROKE RD
HOPKINSVILLE, KY 42240

Docketed Total:    **$17,971.26**

Modified Total:    **$10,115.16**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $17,971.26 |
| | | | **$17,971.26** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $10,115.16 |
| | | | **$10,115.16** |

\*      See Exhibit E for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 9261**
Date Filed:  07/11/2006
Docketed Total:  $4,251,232.51
Filing Creditor Name and Address:
  FUTABA CORPORATION OF
  AMERICA
  711 E STATE PKY
  SCHAUMBURG, IL 60173

**CLAIM AS DOCKETED**

Claim Holder Name and Address

BEAR STEARNS INVESTMENT PRODUCTS INC
CO JPMORGAN CHASE BANK NA
LEGAL DEPT
1 CHASE MANHATTAN PLAZA 26TH FL
NEW YORK, NY 10081

Docketed Total:  **$4,145,064.91**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $856,790.09 | $3,288,274.82 |
| | | **$856,790.09** | **$3,288,274.82** |

**CLAIM AS MODIFIED**

Modified Total:  **$3,929,761.02**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,929,761.02 |
| | | | **$3,929,761.02** |

Claim Holder Name and Address

FUTABA CORPORATION OF AMERICA
711 E STATE PKY
SCHAUMBURG, IL 60173

Docketed Total:  **$106,167.60**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | UNL | $106,167.60 |
| | | **UNL** | **$106,167.60** |

Modified Total:  **$197,369.77**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $197,369.77 |
| | | | **$197,369.77** |

**Claim: 16570**
Date Filed:  03/12/2007
Docketed Total:  $337,154.09
Filing Creditor Name and Address:
  GCI TECHNOLOGIES INC
  1301 PRECISION DR
  PLANO, TX 75074

Claim Holder Name and Address

CONTRARIAN FUNDS LLC
411 W PUTNAM AVE S 225
GREENWICH, CT 06830

Docketed Total:  **$337,154.09**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $5,981.92 | $331,172.17 |
| | | **$5,981.92** | **$331,172.17** |

Modified Total:  **$334,006.68**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $334,006.68 |
| | | | **$334,006.68** |

\*      See Exhibit E for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 10191<br>Date Filed:  07/21/2006<br>Docketed Total:   $7,020.00<br>Filing Creditor Name and Address:<br>  GE CONSUMER & INDUSTRIAL F<br>  K A GE LIGHTING<br>  11256 CORNELL PARK DR STE 500<br>  CINCINNATI, OH 45242 | Claim Holder Name and Address<br>  GE CONSUMER & INDUSTRIAL F K A<br>  GE LIGHTING<br>  11256 CORNELL PARK DR STE 500<br>  CINCINNATI, OH 45242<br><br>Docketed Total:        $7,020.00 | Modified Total:        $3,680.00 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $7,020.00 | 05-44640 | | | $3,680.00 |
| | | | **$7,020.00** | | | | **$3,680.00** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Claim: 10192<br>Date Filed:  07/21/2006<br>Docketed Total:   $5,295.00<br>Filing Creditor Name and Address:<br>  GE CONSUMER & INDUSTRIAL F<br>  K A GE LIGHTING<br>  11256 CORNELL PARK DR STE 500<br>  CINCINNATI, OH 45242 | Claim Holder Name and Address<br>  GE CONSUMER & INDUSTRIAL F K A<br>  GE LIGHTING<br>  11256 CORNELL PARK DR STE 500<br>  CINCINNATI, OH 45242<br><br>Docketed Total:        $5,295.00 | | | Modified Total:        $2,783.00 | | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $5,295.00 | 05-44567 | | | $2,783.00 |
| | | | **$5,295.00** | | | | **$2,783.00** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Claim: 500<br>Date Filed:  11/10/2005<br>Docketed Total:   $6,837.48<br>Filing Creditor Name and Address:<br>  GENERAL ELECTRIC COMPANY<br>  GE FANUC AUTOMATION<br>  NORTH AMERICA INC<br>  ROBINSON & COLE LLP<br>  280 TRUMBULL ST<br>  HARTFORD, CT 06103 | Claim Holder Name and Address<br>  GENERAL ELECTRIC COMPANY GE<br>  FANUC AUTOMATION NORTH<br>  AMERICA INC<br>  ROBINSON & COLE LLP<br>  280 TRUMBULL ST<br>  HARTFORD, CT 06103<br><br>Docketed Total:        $6,837.48 | | | Modified Total:        $2,279.16 | | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $6,837.48 | 05-44640 | | | $2,279.16 |
| | | | **$6,837.48** | | | | **$2,279.16** |

\*      See Exhibit E for a listing of debtor entities by case number.

\*\*      "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 15064**
Date Filed: 07/31/2006
Docketed Total: $5,895,235.82
Filing Creditor Name and Address:
GOLDMAN SACHS CREDIT
PARTNERS LP ASSIGNEE OF
SIEMENS VDO AUTOMOTIVE
CORPORATION AND SIEMENS
VDO AUTOMOTIVE INC
ONE NEW YORK PLAZA 42ND FL
NEW YORK, NY 10004

Claim Holder Name and Address
GOLDMAN SACHS CREDIT
PARTNERS LP ASSIGNEE OF
SIEMENS VDO AUTOMOTIVE
CORPORATION AND SIEMENS VDO
AUTOMOTIVE INC
ONE NEW YORK PLAZA 42ND FL
NEW YORK, NY 10004

Docketed Total: **UNL**

Modified Total: **$5,711,817.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,711,817.00 |
| | | | **$5,711,817.00** |

**Claim: 9798**
Date Filed: 07/18/2006
Docketed Total: $37,253.38
Filing Creditor Name and Address:
GREER STOP NUT INC
CURTIN & HEEFNER LLP
250 N PENNSYLVANIA AVE
MORRISVILLE, PA 19067

Claim Holder Name and Address
BEAR STEARNS INVESTMENT
PRODUCTS INC
CO JPMORGAN CHASE BANK NA
LEGAL DEPT
1 CHASE MANHATTAN PLAZA 26TH
FL
NEW YORK, NY 10081

Docketed Total: **$37,253.38**

Modified Total: **$28,772.36**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $37,253.38 |
| | | | **$37,253.38** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $28,772.36 |
| | | | **$28,772.36** |

**Claim: 4427**
Date Filed: 05/02/2006
Docketed Total: $139,123.46
Filing Creditor Name and Address:
HAMMOND GROUP INC
1414 FIELD ST BLDG B
HAMMOND, IN 46320-173

Claim Holder Name and Address
LIQUIDITY SOLUTIONS INC AS
ASSIGNEE OF HAMMOND GROUP
INC
ONE UNIVERSITY PLAZA STE 312
HACKENSACK, NJ 07601

Docketed Total: **$139,123.46**

Modified Total: **$137,745.38**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $15,397.30 | $123,726.16 |
| | | **$15,397.30** | **$123,726.16** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $137,745.38 |
| | | | **$137,745.38** |

\*     See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

## EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 9352**
Date Filed: 07/11/2006
Docketed Total: $4,948,005.65
Filing Creditor Name and Address:
  HEWLETT PACKARD COMPANY
  2125 E KATELLA AVE STE 400
  ANAHEIM, CA 92806

Claim Holder Name and Address

  HEWLETT PACKARD COMPANY
  2125 E KATELLA AVE STE 400
  ANAHEIM, CA 92806

Docketed Total: $4,948,005.65

Modified Total: $4,921,104.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $4,948,005.65 |
| | | | **$4,948,005.65** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,921,104.00 |
| | | | **$4,921,104.00** |

---

**Claim: 11968**
Date Filed: 07/28/2006
Docketed Total: $6,491,471.33
Filing Creditor Name and Address:
  INFINEON TECHNOLOGIES
  NORTH AMERICA CORP
  SACHNOFF & WEAVER LTD
  10 S WACKER DR 40TH FL
  CHICAGO, IL 60606

Claim Holder Name and Address

  INFINEON TECHNOLOGIES NORTH
  AMERICA CORP
  SACHNOFF & WEAVER LTD
  10 S WACKER DR 40TH FL
  CHICAGO, IL 60606

Docketed Total: $6,491,471.33

Modified Total: $6,403,761.10

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,491,471.33 |
| | | | **$6,491,471.33** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,403,761.10 |
| | | | **$6,403,761.10** |

---

**Claim: 5976**
Date Filed: 05/16/2006
Docketed Total: $53,133.90
Filing Creditor Name and Address:
  JOHNSON CONTROLS INC
  CONTROLS GROUP
  PO BOX 905240
  CHARLOTTE, NC 28290-5240

Claim Holder Name and Address

  JOHNSON CONTROLS INC
  CONTROLS GROUP
  PO BOX 905240
  CHARLOTTE, NC 28290-5240

Docketed Total: $53,133.90

Modified Total: $5,822.52

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $53,133.90 |
| | | | **$53,133.90** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,822.52 |
| | | | **$5,822.52** |

---

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

Claim: 13445
Date Filed:   07/31/2006
Docketed Total:    $52,318.51
Filing Creditor Name and Address:
   JUDCO MANUFACTURING INC
   1429 W 240TH ST
   HARBOR CITY, CA 90710

Claim Holder Name and Address
   JUDCO MANUFACTURING INC            Docketed Total:        $52,318.51
   1429 W 240TH ST
   HARBOR CITY, CA 90710

Modified Total:        $33,938.12

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $52,318.51 | 05-44640 | | | $33,938.12 |
| | | | **$52,318.51** | | | | **$33,938.12** |

---

Claim: 3640
Date Filed:   05/01/2006
Docketed Total:    $47,083.50
Filing Creditor Name and Address:
   KORTEN QUALITY SYSTEMS LTD
   PO BOX 454
   ROMEO, MI 48065

Claim Holder Name and Address
   MADISON NICHE OPPORTUNITIES        Docketed Total:        $47,083.50
   FUND LLC
   6143 S WILLOW DR STE 200
   GREENWOOD VILLAGE, CO 80111

Modified Total:        $46,687.50

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $47,083.50 | 05-44640 | | | $46,687.50 |
| | | | **$47,083.50** | | | | **$46,687.50** |

---

Claim: 12530
Date Filed:   07/28/2006
Docketed Total:    $312,610.00
Filing Creditor Name and Address:
   KYOCERA INDUSTRIAL
   CERAMICS CORP
   345 PARK AVE 18TH FL
   NEW YORK, NY 10154

Claim Holder Name and Address
   KYOCERA INDUSTRIAL CERAMICS        Docketed Total:        $312,610.00
   CORP
   345 PARK AVE 18TH FL
   NEW YORK, NY 10154

Modified Total:        $137,780.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $312,610.00 | 05-44640 | | | $137,780.00 |
| | | | **$312,610.00** | | | | **$137,780.00** |

\*      See Exhibit E for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

---

**Claim: 15483**
Date Filed: 07/31/2006
Docketed Total: $66,952.29
Filing Creditor Name and Address:
LIQUIDITY SOLUTIONS INC DBA
REVENUE MANAGEMENT AS
ASSIGNEE OF DIGIKEY
ONE UNIVERSITY PLZ STE 312
HACKENSACK, NJ 07601

Claim Holder Name and Address
LIQUIDITY SOLUTIONS INC DBA
REVENUE MANAGEMENT AS
ASSIGNEE OF DIGIKEY
ONE UNIVERSITY PLZ STE 312
HACKENSACK, NJ 07601

Docketed Total: $66,952.29

Modified Total: $64,639.19

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $66,952.29 |
| | | | **$66,952.29** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $64,639.19 |
| | | | **$64,639.19** |

---

**Claim: 6147**
Date Filed: 05/17/2006
Docketed Total: $2,996,365.10
Filing Creditor Name and Address:
LITTELFUSE INC
LITTELFUSE INC
800 NORTHWEST HIGHWAY
DES PLAINES, IL 60016

Claim Holder Name and Address
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total: $2,996,365.10

Modified Total: $2,984,898.81

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,996,365.10 |
| | | | **$2,996,365.10** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,984,898.81 |
| | | | **$2,984,898.81** |

---

**Claim: 12161**
Date Filed: 07/28/2006
Docketed Total: $875,135.40
Filing Creditor Name and Address:
MARQUARDT GMBH
SCHLOSS STR 16
RIETHEIM WEIHEIM 78604,
GERMANY

Claim Holder Name and Address
MARQUARDT GMBH
SCHLOSS STR 16
RIETHEIM WEIHEIM 78604,
GERMANY

Docketed Total: $875,135.40

Modified Total: $794,954.68

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $875,135.40 |
| | | | **$875,135.40** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $794,954.68 |
| | | | **$794,954.68** |

---

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

## EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**CLAIM TO BE MODIFIED**

Claim: 15211
Date Filed: 07/31/2006
Docketed Total: $1,352,891.10
Filing Creditor Name and Address:
MILLENNIUM INDUSTRIES
CORPORATION
CLARK HILL PLC
500 WOODWARD AVE STE 3500
DETROIT, MI 48226-3435

**CLAIM AS DOCKETED**

Claim Holder Name and Address

CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total: $1,352,891.10

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $704,727.68 | $648,163.42 |
| | | $704,727.68 | $648,163.42 |

**CLAIM AS MODIFIED**

Modified Total: $626,637.92

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $626,637.92 |
| | | | $626,637.92 |

---

**CLAIM TO BE MODIFIED**

Claim: 12043
Date Filed: 07/28/2006
Docketed Total: $30,000.00
Filing Creditor Name and Address:
MINNICK RALPH D
LAUDIG GEORGE RUTHERFORD
& SIPES
156 E MARKET ST
STE 600
INDIANAPOLIS, IN 46204

**CLAIM AS DOCKETED**

Claim Holder Name and Address

MINNICK RALPH D
LAUDIG GEORGE RUTHERFORD &
SIPES
156 E MARKET ST
STE 600
INDIANAPOLIS, IN 46204

Docketed Total: $30,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $30,000.00 |
| | | | $30,000.00 |

**CLAIM AS MODIFIED**

Modified Total: $5,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,000.00 |
| | | | $5,000.00 |

---

**CLAIM TO BE MODIFIED**

Claim: 10400
Date Filed: 07/24/2006
Docketed Total: $237,792.65
Filing Creditor Name and Address:
NATIONAL INSTRUMENTS CORP
11500 NORTH MOPAC
EXPRESSWAY
AUSTIN, TX 78759

**CLAIM AS DOCKETED**

Claim Holder Name and Address

NATIONAL INSTRUMENTS CORP
11500 NORTH MOPAC EXPRESSWAY
AUSTIN, TX 78759

Docketed Total: $237,792.65

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $237,792.65 |
| | | | $237,792.65 |

**CLAIM AS MODIFIED**

Modified Total: $233,891.61

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $233,891.61 |
| | | | $233,891.61 |

---

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 9771**
Date Filed: 07/18/2006
Docketed Total: $977,354.65
Filing Creditor Name and Address:
NSS TECHNOLOGIES INC FKA
NATIONAL SET SCREW CORP
C O ROBERT SZWAJKOS ESQ
CURTIN & HEEFNER LLP
250 N PENNSYLVANIA
MORRISVILLE, PA 19067

Claim Holder Name and Address
BEAR STEARNS INVESTMENT PRODUCTS INC
CO JPMORGAN CHASE BANK NA
LEGAL DEPT
1 CHASE MANHATTAN PLAZA 26TH FL
NEW YORK, NY 10081

Docketed Total: $977,354.65

Modified Total: $775,000.00

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | | | $977,354.65 | | 05-44640 | | | $775,000.00 |
| | | | **$977,354.65** | | | | | **$775,000.00** |

**Claim: 11429**
Date Filed: 07/27/2006
Docketed Total: $278,019.25
Filing Creditor Name and Address:
P & R INDUSTRIES INC EFT
1524 CLINTON AVE N
ROCHESTER, NY 14621

Claim Holder Name and Address
SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total: $278,019.25

Modified Total: $275,394.25

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | | | $278,019.25 | | 05-44640 | | | $275,394.25 |
| | | | **$278,019.25** | | | | | **$275,394.25** |

**Claim: 11190**
Date Filed: 07/26/2006
Docketed Total: $87,844.88
Filing Creditor Name and Address:
PARLEX CORPORATION
KUTCHIN & RUFO  PC
155 FEDERAL ST 17TH FL
BOSTON, MA 02110

Claim Holder Name and Address
SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total: $87,844.88

Modified Total: $75,605.41

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44610 | | | $87,844.88 | | 05-44640 | | | $75,605.41 |
| | | | **$87,844.88** | | | | | **$75,605.41** |

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

---

**Claim: 11191**
Date Filed:   07/26/2006
Docketed Total:     $56,219.54
Filing Creditor Name and Address:
   PARLEX CORPORATION
   KUTCHIN & RUFO  PC
   155 FEDERAL ST 17TH FL
   BOSTON, MA 02110

Claim Holder Name and Address

SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total:     $56,219.54

Modified Total:     $53,986.58

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $56,219.54 |
| | | | **$56,219.54** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $53,986.58 |
| | | | **$53,986.58** |

---

**Claim: 11193**
Date Filed:   07/26/2006
Docketed Total:     $39,295.28
Filing Creditor Name and Address:
   PARLEX CORPORATION
   KUTCHIN & RUFO  PC
   155 FEDERAL ST 17TH FL
   BOSTON, MA 02110

Claim Holder Name and Address

SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total:     $39,295.28

Modified Total:     $36,986.58

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44547 | | | $39,295.28 |
| | | | **$39,295.28** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $36,986.58 |
| | | | **$36,986.58** |

---

**Claim: 10579**
Date Filed:   07/25/2006
Docketed Total:     $760,117.01
Filing Creditor Name and Address:
   PHILLIPS PLASTICS
   CORPORATION
   1201 HANLEY RD
   HUDSON, WI 54016

Claim Holder Name and Address

CONTRARIAN FUNDS LLC
411 W PUTNAM AVE S 225
GREENWICH, CT 06830

Docketed Total:     $760,117.01

Modified Total:     $753,910.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $751,115.95 | $9,001.06 | |
| | **$751,115.95** | **$9,001.06** | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $753,910.00 |
| | | | **$753,910.00** |

---

\*     See Exhibit E for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

### EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 10580**
Date Filed:    07/25/2006
Docketed Total:    $203,432.68
Filing Creditor Name and Address:
PHILLIPS PLASTICS
CORPORATION
1201 HANLEY RD
HUDSON, WI 54016

Claim Holder Name and Address
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE S 225
GREENWICH, CT 06830

Docketed Total:    $203,432.68

Modified Total:    $192,311.59

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $203,432.68 | | | 05-44640 | | | $192,311.59 |
| | $203,432.68 | | | | | | $192,311.59 |

**Claim: 12046**
Date Filed:    07/28/2006
Docketed Total:    $30,000.00
Filing Creditor Name and Address:
PHILLIPS ROBERT
LINDA GEORGE ESQW RUSSELL
SIPES
151 N DELAWARE ST STE 1700
INDIANAPOLIS, IN 46204-2503

Claim Holder Name and Address
PHILLIPS ROBERT
LINDA GEORGE ESQW RUSSELL
SIPES
151 N DELAWARE ST STE 1700
INDIANAPOLIS, IN 46204-2503

Docketed Total:    $30,000.00

Modified Total:    $5,000.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $30,000.00 | 05-44640 | | | $5,000.00 |
| | | | $30,000.00 | | | | $5,000.00 |

**Claim: 2173**
Date Filed:    03/03/2006
Docketed Total:    $550,320.80
Filing Creditor Name and Address:
PIC PRODUCTIVITY
IMPROVEMENT CTR
199 WENTWORTH ST E
OSHAWA, ON L1H 3V6
CANADA

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 33RD FL
NEW YORK, NY 10019

Docketed Total:    $550,320.80

Modified Total:    $450,000.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $550,320.80 | 05-44640 | | | $450,000.00 |
| | | | $550,320.80 | | | | $450,000.00 |

---

*    See Exhibit E for a listing of debtor entities by case number.

**    "UNL" denotes an unliquidated claim.

## EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 13775**
Date Filed:    07/31/2006
Docketed Total:    $188,727.41
Filing Creditor Name and Address:
    PLATING TECHNOLOGY INC
    800 FREBIS AVE
    COLUMBUS, OH 43206

Claim Holder Name and Address

CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total:    $188,727.41

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $188,727.41 |
| | | | **$188,727.41** |

Modified Total:    $184,726.19

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $184,726.19 |
| | | | **$184,726.19** |

---

**Claim: 12187**
Date Filed:    07/28/2006
Docketed Total:    $100,551.70
Filing Creditor Name and Address:
    PORT CITY CASTINGS CORP
    AFFILIATE OF PORT CITY DIE
    CAST INC
    PORT CITY CASTINGS CORP
    601 TERRACE ST
    MUSKEGON, MI 49443-0786

Claim Holder Name and Address

PORT CITY CASTINGS CORP
AFFILIATE OF PORT CITY DIE CAST
INC
PORT CITY CASTINGS CORP
601 TERRACE ST
MUSKEGON, MI 49443-0786

Docketed Total:    $100,551.70

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $100,551.70 | | |
| | **$100,551.70** | | |

Modified Total:    $3,696.39

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,696.39 |
| | | | **$3,696.39** |

---

**Claim: 10710**
Date Filed:    07/25/2006
Docketed Total:    $574,896.85
Filing Creditor Name and Address:
    PPG INDUSTRIES INC
    ONE PPG PL
    PITTSBURGH, PA 15272

Claim Holder Name and Address

PPG INDUSTRIES INC
ONE PPG PL
PITTSBURGH, PA 15272

Docketed Total:    $574,896.85

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $574,896.85 |
| | | | **$574,896.85** |

Modified Total:    $246,553.06

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $246,553.06 |
| | | | **$246,553.06** |

---

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 15627**
Date Filed:   07/31/2006
Docketed Total:    $147,402.29
Filing Creditor Name and Address:
  PREMIER PRODUCTS INC
  3030 KERSTEN CT
  KALAMAZOO, MI 49048

Claim Holder Name and Address
  CONTRARIAN FUNDS LLC          Docketed Total:        $147,402.29
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $147,402.29 |
| | | | **$147,402.29** |

Modified Total:        $144,511.61

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $144,511.61 |
| | | | **$144,511.61** |

---

**Claim: 12047**
Date Filed:   07/28/2006
Docketed Total:    $30,000.00
Filing Creditor Name and Address:
  PROUD DOUGLAS AND ESTHER
  L GEORGE W R SIPES
  151 N DELAWARE ST STE 1700
  INDIANAPOLIS, IN 46204-2503

Claim Holder Name and Address
  PROUD DOUGLAS AND ESTHER          Docketed Total:        $30,000.00
  L GEORGE W R SIPES
  151 N DELAWARE ST STE 1700
  INDIANAPOLIS, IN 46204-2503

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $30,000.00 |
| | | | **$30,000.00** |

Modified Total:        $5,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,000.00 |
| | | | **$5,000.00** |

---

**Claim: 2073**
Date Filed:   02/21/2006
Docketed Total:    $29,268.00
Filing Creditor Name and Address:
  QUICK CABLE CORPORATION
  3700 QUICK DR
  FRANKSVILLE, WI 53126

Claim Holder Name and Address
  MADISON INVESTMENT TRUST          Docketed Total:        $29,268.00
  SERIES 38
  6310 LAMAR AVE STE 120
  OVERLAND PARK, KS 66202

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $29,268.00 |
| | | | **$29,268.00** |

Modified Total:        $28,260.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $28,260.00 |
| | | | **$28,260.00** |

---

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 16334**
Date Filed: 09/25/2006
Docketed Total: $398,139.37
Filing Creditor Name and Address:
 RAWAC PLATING COMPANY
 ONE UNIVERSITY PLZ STE 312
 HACKENSACK, NJ 07601

Claim Holder Name and Address
 RAWAC PLATING COMPANY
 ONE UNIVERSITY PLZ STE 312
 HACKENSACK, NJ 07601

Docketed Total: $398,139.37

Modified Total: $352,725.84

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $398,139.37 | 05-44640 | | | $352,725.84 |
| | | | **$398,139.37** | | | | **$352,725.84** |

**Claim: 11264**
Date Filed: 07/27/2006
Docketed Total: $673,272.82
Filing Creditor Name and Address:
 REPUBLIC ENGINEERED
 PRODUCTS INC
 MCDONALD HOPKINS CO LPA
 600 SUPERIOR AVE E STE 2100
 CLEVELAND, OH 44114

Claim Holder Name and Address
 AMROC INVESTMENTS LLC
 535 MADISON AVE 15TH FL
 NEW YORK, NY 10022

Docketed Total: $673,272.82

Modified Total: $673,122.03

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $673,272.82 | 05-44640 | | | $673,122.03 |
| | | | **$673,272.82** | | | | **$673,122.03** |

**Claim: 8863**
Date Filed: 06/30/2006
Docketed Total: $25,198.10
Filing Creditor Name and Address:
 RIVERSIDE CLAIMS LLC AS
 ASSIGNEE FOR LAUREN
 MANUFACTURING
 PO BOX 626 PLANETARIUM
 STATION
 NEW YORK, NY 10024

Claim Holder Name and Address
 RIVERSIDE CLAIMS LLC AS
 ASSIGNEE FOR LAUREN
 MANUFACTURING
 PO BOX 626 PLANETARIUM
 STATION
 NEW YORK, NY 10024

Docketed Total: $25,198.10

Modified Total: $23,290.40

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $25,198.10 | 05-44640 | | | $23,290.40 |
| | | | **$25,198.10** | | | | **$23,290.40** |

\*     See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

## EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 8860**
Date Filed: 06/30/2006
Docketed Total: $4,745.00
Filing Creditor Name and Address:
RIVERSIDE CLAIMS LLC AS
ASSIGNEE FOR SA
TECHNOLOGIES INC
PO BOX 626 PLANETARIUM
STATION
NEW YORK, NY 10024

Claim Holder Name and Address
RIVERSIDE CLAIMS LLC AS
ASSIGNEE FOR SA TECHNOLOGIES
INC
PO BOX 626 PLANETARIUM
STATION
NEW YORK, NY 10024

Docketed Total: $4,745.00

Modified Total: $3,200.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44507 | | | $4,745.00 | 05-44507 | | | $3,200.00 |
| | | | **$4,745.00** | | | | **$3,200.00** |

**Claim: 8858**
Date Filed: 06/30/2006
Docketed Total: $12,982.30
Filing Creditor Name and Address:
RIVERSIDE CLAIMS LLC AS
ASSIGNEE FOR VANEX FIRE
SYSTEMS
PO BOX 626 PLANETARIUM
STATION
NEW YORK, NY 10024

Claim Holder Name and Address
RIVERSIDE CLAIMS LLC AS
ASSIGNEE FOR VANEX FIRE
SYSTEMS
PO BOX 626 PLANETARIUM
STATION
NEW YORK, NY 10024

Docketed Total: $12,982.30

Modified Total: $12,864.15

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $12,982.30 | 05-44640 | | | $12,864.15 |
| | | | **$12,982.30** | | | | **$12,864.15** |

**Claim: 4011**
Date Filed: 05/01/2006
Docketed Total: $30,350.37
Filing Creditor Name and Address:
ROOT NEAL & CO INC
64 PEABODY ST
BUFFALO, NY 14240

Claim Holder Name and Address
MADISON INVESTMENT TRUST
SERIES 38
6310 LAMAR AVE STE 120
OVERLAND PARK, KS 66202

Docketed Total: $30,350.37

Modified Total: $25,682.68

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $30,350.37 | 05-44640 | | | $25,682.68 |
| | | | **$30,350.37** | | | | **$25,682.68** |

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.

### EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 15692**
Date Filed:    07/31/2006
Docketed Total:    $12,209.13
Filing Creditor Name and Address:
  SIEMENS BULDING
  TECHNOLOGIES INC
  FAGELHABER LLC
  55 E MONROE ST 40TH FL
  CHICAGO, IL 60603

Claim Holder Name and Address

SIEMENS BULDING TECHNOLOGIES
INC
FAGELHABER LLC
55 E MONROE ST 40TH FL
CHICAGO, IL 60603

Docketed Total:    $12,209.13

Modified Total:    $8,407.85

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $12,209.13 | | |
| | **$12,209.13** | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $8,407.85 |
| | | | **$8,407.85** |

---

**Claim: 14141**
Date Filed:    07/31/2006
Docketed Total:    $2,565,472.27
Filing Creditor Name and Address:
  SPCP GROUP LLC AS ASSIGNEE
  OF PARKER HANNIFIN
  CORPORATION
  TWO GREENWICH PLZ 1ST FL
  GREENWICH, CT 06830

Claim Holder Name and Address

CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total:    $2,492,426.58

Modified Total:    $2,465,004.18

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,492,426.58 |
| | | | **$2,492,426.58** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,440,294.07 |
| 05-44507 | | | $24,710.11 |
| | | | **$2,465,004.18** |

Claim Holder Name and Address

SPCP GROUP LLC AS ASSIGNEE OF
PARKER HANNIFIN CORPORATION
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total:    $73,045.69

Modified Total:    $0.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $73,045.69 | |
| | | **$73,045.69** | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $0.00 |
| 05-44640 | | | $0.00 |
| | | | **$0.00** |

---

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

## EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 15423**
Date Filed: 07/31/2006
Docketed Total: $6,153,413.36
Filing Creditor Name and Address:
SPECIAL SITUATIONS INVESTING
GROUP INC
C/O GOLDMAN SACHS & CO
30 HUDSON 17TH FL
JERSEY CITY, NJ 07302

Claim Holder Name and Address

LONGACRE MASTER FUND LTD
C O US BANK NATIONAL
ASSOCIATION
CORPORATE TRUST SERVICES
1420 FIFTH AVE 7TH FL
SEATTLE, WA 98101

Docketed Total: $1,000,000.00

Modified Total: $952,100.11

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $1,000,000.00 | 05-44640 | | | $952,100.11 |
| | | | **$1,000,000.00** | | | | **$952,100.11** |

Claim Holder Name and Address

SPECIAL SITUATIONS INVESTING
GROUP INC
C/O GOLDMAN SACHS & CO
30 HUDSON 17TH FL
JERSEY CITY, NJ 07302

Docketed Total: $5,153,413.36

Modified Total: $4,906,565.43

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $5,153,413.36 | 05-44640 | | | $4,906,565.43 |
| | | | **$5,153,413.36** | | | | **$4,906,565.43** |

**Claim: 9772**
Date Filed: 07/18/2006
Docketed Total: $72,034.20
Filing Creditor Name and Address:
SPS TECHNOLOGIES
WATERFORD COMPANY FKA
TERRY MACHINE COMPANY
C O ROBERT SZWAJKOS ESQUIRE
CURTIN & HEEFNER LLP
250 N PENNSYLVANIA AVE
MORRISVILLE, PA 19067

Claim Holder Name and Address

BEAR STEARNS INVESTMENT
PRODUCTS INC
CO JPMORGAN CHASE BANK NA
LEGAL DEPT
1 CHASE MANHATTAN PLAZA 26TH
FL
NEW YORK, NY 10081

Docketed Total: $72,034.20

Modified Total: $72,025.32

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $72,034.20 | 05-44640 | | | $72,025.32 |
| | | | **$72,034.20** | | | | **$72,025.32** |

\*    See Exhibit E for a listing of debtor entities by case number.

\**   "UNL" denotes an unliquidated claim.

## EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 8094**
Date Filed:   06/16/2006
Docketed Total:   $271.50
Filing Creditor Name and Address:
TAX COMMISSIONER OF THE
STATE OF OHIO
30 E BROAD ST
COLUMBUS, OH 43215

Claim Holder Name and Address
TAX COMMISSIONER OF THE STATE OF OHIO
30 E BROAD ST
COLUMBUS, OH 43215

Docketed Total:   $271.50

Modified Total:   $222.89

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $271.50 | | 05-44640 | | $222.89 | |
| | | $271.50 | | | | $222.89 | |

---

**Claim: 12828**
Date Filed:   07/28/2006
Docketed Total:   $2,696,313.72
Filing Creditor Name and Address:
TCS AMERICA A DIV OF TATA
AMERICA INTERNATIONAL
CORPORATION
TCS AMERICA
101 PK AVE 26TH FL
NEW YORK, NY 10178

Claim Holder Name and Address
SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total:   $2,696,313.72

Modified Total:   $2,671,979.95

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $2,696,313.72 | 05-44640 | | | $2,671,979.95 |
| | | | $2,696,313.72 | | | | $2,671,979.95 |

---

**Claim: 16583**
Date Filed:   03/20/2007
Docketed Total:   $206,964.00
Filing Creditor Name and Address:
TESTEQUITY INC
2450 TURQUOISE CIR
THOUSAND OAKS, CA 91320

Claim Holder Name and Address
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 33RD FL
NEW YORK, NY 10019

Docketed Total:   $206,964.00

Modified Total:   $166,885.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $206,964.00 | 05-44640 | | | $166,885.00 |
| | | | $206,964.00 | | | | $166,885.00 |

\*     See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

### EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 10373**
Date Filed: 07/24/2006
Docketed Total: $61,309.20
Filing Creditor Name and Address:
 THE DAYTON POWER AND
 LIGHT COMPANY
 1065 WOODMAN DR
 DAYTON, OH 45432

Claim Holder Name and Address
 THE DAYTON POWER AND LIGHT
 COMPANY
 1065 WOODMAN DR
 DAYTON, OH 45432

Docketed Total: $61,309.20

Modified Total: $37,272.92

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $61,309.20 |
| | | | $61,309.20 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $37,272.92 |
| | | | $37,272.92 |

---

**Claim: 2340**
Date Filed: 03/20/2006
Docketed Total: $5,083.55
Filing Creditor Name and Address:
 VERIZON NORTH INC
 404 BROCK DR
 BLOOMINGTON, IL 61701

Claim Holder Name and Address
 VERIZON NORTH INC
 404 BROCK DR
 BLOOMINGTON, IL 61701

Docketed Total: $5,083.55

Modified Total: $4,200.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $5,083.55 |
| | | | $5,083.55 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,200.00 |
| | | | $4,200.00 |

---

**Claim: 11640**
Date Filed: 07/27/2006
Docketed Total: $6,183,936.00
Filing Creditor Name and Address:
 VICTORY PACKAGING LP
 VICTORY PACKAGING LLP
 3555 TIMMONS LAND STE 1440
 HOUSTON, TX 77027

Claim Holder Name and Address
 VICTORY PACKAGING LP
 VICTORY PACKAGING LLP
 3555 TIMMONS LAND STE 1440
 HOUSTON, TX 77027

Docketed Total: $6,183,936.00

Modified Total: $3,764,666.98

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | UNL | $6,183,936.00 |
| | | UNL | $6,183,936.00 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,764,666.98 |
| | | | $3,764,666.98 |

\*     See Exhibit E for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

**EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 12052**

Date Filed:    07/28/2006

Docketed Total:    $30,000.00

Filing Creditor Name and Address:

WALDO RICHARD L AND
GWENDOLYN A WALDO
PLAINTIFFS V
L GEORGE W R SIPES
151 N DELAWARE ST STE 1700
INDIANAPOLIS, IN 46204-2503

Claim Holder Name and Address

WALDO RICHARD L AND
GWENDOLYN A WALDO
PLAINTIFFS V
L GEORGE W R SIPES
151 N DELAWARE ST STE 1700
INDIANAPOLIS, IN 46204-2503

Docketed Total:    $30,000.00

Modified Total:    $5,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $30,000.00 |
| | | | **$30,000.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,000.00 |
| | | | **$5,000.00** |

**Claim: 16447**

Date Filed:    12/08/2006

Docketed Total:    $76,844.72

Filing Creditor Name and Address:

WRIGHT PLASTIC PRODUCTS CO
LLC
201 CONDENSERY RD
SHERIDAN, MI 48884

Claim Holder Name and Address

CONTRARIAN FUNDS LLC
411 W PUTNAM AVE S 225
GREENWICH, CT 06830

Docketed Total:    $76,844.72

Modified Total:    $92,839.58

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $76,844.72 |
| | | | **$76,844.72** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $92,839.58 |
| | | | **$92,839.58** |

**Total Claims To Be Modified: 90**

**Total Amount As Docketed:**      $72,240,178.95

**Total Amount As Modified:**      $65,371,216.92

\*      See Exhibit E for a listing of debtor entities by case number.

\*\*      "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

## EXHIBIT C-1 - DUPLICATE OR AMENDED CLAIMS

| CLAIM TO BE EXPUNGED | | SURVIVING CLAIM | |
|---|---|---|---|
| Claim Number: 16606<br>Date Filed: 05/14/2007<br>Creditor's Name and Address:<br><br>1ST CHOICE HEATING & COOLING INC<br>JOEL D APPLEBAUM P56774 CLARK HILL PLC<br>500 WOODWARD AVE STE 3500<br>DETROIT, MI 48226 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured: $22,046.54<br>Priority:<br>Administrative:<br>Unsecured:<br><br>Total: $22,046.54 | Claim Number: 16601<br>Date Filed: 05/15/2007<br>Creditor's Name and Address:<br><br>1ST CHOICE HEATING & COOLING INC<br>JOEL D APPLEBAUM P56774 CLARK HILL PLC<br>500 WOODWARD AVE STE 3500<br>DETROIT, MI 48226 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured: $22,046.54<br>Priority:<br>Administrative:<br>Unsecured:<br><br>Total: $22,046.54 |
| Claim Number: 13740<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br><br>BREEN COLOR CONCENTRATES INC<br>MARK CONLAN ESQ<br>GIBBONS PC<br>ONE GATEWAY CTR<br>NEWARK, NJ 07102-5310 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $11,505.71<br><br>Total: $11,505.71 | Claim Number: 14174<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br><br>BREEN COLOR CONCENTRATES INC<br>MARK CONLAN ESQ<br>GIBBONS PC<br>ONE GATEWAY CTR<br>NEWARK, NJ 07102-5310 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC<br>(05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $11,505.71<br><br>Total: $11,505.71 |
| Claim Number: 16541<br>Date Filed: 02/13/2007<br>Creditor's Name and Address:<br><br>CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE S 225<br>GREENWICH, CT 06830 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC<br>(05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $31,991.00<br><br>Total: $31,991.00 | Claim Number: 6321<br>Date Filed: 05/19/2006<br>Creditor's Name and Address:<br><br>CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE S 225<br>GREENWICH, CT 06830 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $31,991.00<br><br>Total: $31,991.00 |
| Claim Number: 16515<br>Date Filed: 02/07/2007<br>Creditor's Name and Address:<br><br>CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE S 225<br>GREENWICH, CT 06830 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC<br>(05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $38,900.00<br><br>Total: $38,900.00 | Claim Number: 1308<br>Date Filed: 12/27/2005<br>Creditor's Name and Address:<br><br>CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE S 225<br>GREENWICH, CT 06830 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $38,900.00<br><br>Total: $38,900.00 |
| Claim Number: 14878<br>Date Filed: 07/31/2006<br>Creditor's Name and Address:<br><br>CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $76,844.72<br><br>Total: $76,844.72 | Claim Number: 16447<br>Date Filed: 12/08/2006<br>Creditor's Name and Address:<br><br>CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE S 225<br>GREENWICH, CT 06830 | Debtor: DELPHI MECHATRONIC SYSTEMS, INC.<br>(05-44567)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $76,844.72<br><br>Total: $76,844.72 |

In re Delphi Corporation, et al.

Case No. 05-44481 (RDD)

Thirty-Second Omnibus Claims Objection

## EXHIBIT C-1 - DUPLICATE OR AMENDED CLAIMS

| CLAIM TO BE EXPUNGED | | SURVIVING CLAIM | |
|---|---|---|---|
| Claim Number: 1672 | Debtor: DELPHI CORPORATION (05-44481) | Claim Number: 16739 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 01/26/2006 | | Date Filed: 11/06/2007 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| | Priority: $175,000.00 | | Priority: |
| FIRST TECHNOLOGY HOLDINGS INC AND | | FIRST TECHNOLOGY HOLDINGS INC AND | |
| AFFILIATES AND SUBSIDIARIES | Administrative: | AFFILIATES AND SUBSIDIARIES AND | Administrative |
| JOHN D HERTZBERG | Unsecured: $458,258.00 | CONTROL DEVICES INC AND FIRST INERTIA | Unsecured: $633,258.00 |
| 30150 TELEGRAPH RD STE 444 | | SWITCH LIMITED | |
| BINGHAM FARMS, MI 48025 | Total: $633,258.00 | THOMAS SKIBINSKI | Total: $633,258.00 |
| | | CONTROL DEVICES INC AND FIRST INERTIA | |
| | | SWITCH | |
| | | C O SENSATA TECHNOLOGIES INC | |
| | | 529 PLEASANT ST MS B 1 | |
| | | ATTLEBORO, MA 02703 | |

**Total Claims To Be Expunged:** 6

**Total Asserted Amount To Be Expunged:** $814,545.97

In re Delphi Corporation, et al.                                                Thirty-Second Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| 1ST CHOICE HEATING & COOLING I<br>8147 ISLANDVIEW DR<br>NEWAYGO, MI 49337 | 15805 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $12,491.44<br><br><br><br>$12,491.44 | 08/02/2006 | DELPHI CORPORATION (05-44481) |
| ARGO PARTNERS<br>12 W 37TH ST 9TH FL<br>NEW YORK, NY 10018 | 14279 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$3,649.48<br>$3,649.48 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BASF CORPORATION<br>100 CAMPUS DR<br>FLORHAM PARK, NJ 07932 | 16200 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,015,234.23<br>$1,015,234.23 | 08/14/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BEAVER VALLEY MANUFACTURING INC<br>IRA RUBIN<br>GOLDMAN RUBIN & SHAPIRO<br>1340 WOODMAN DR<br>DAYTON, OH 45432 | 11186 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$180,633.39<br>$180,633.39 | 07/26/2006 | DELPHI CORPORATION (05-44481) |
| BURKBURNETT INDEPENDENT SCHOOL DISTRICT<br>HAROLD LEREW<br>PERDUE BRANDON FIELDER<br>COLLINS & MOTT LLP<br>PO BOX 8188<br>WICHITA FALLS, TX 76307 | 2076 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $61,138.40<br><br><br><br>$61,138.40 | 02/21/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CROWN CREDIT COMPANY<br>ATTN RODNEY J HINDERS ESQ<br>115 N MAIN ST<br>NEW BREMEN, OH 45869 | 6578 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$2,152.00<br>$2,152.00 | 05/22/2006 | ASEC MANUFACTURING GENERAL PARTNERSHIP (05-44482) |
| FIRST CHOICE HEATING & COOLING INC<br>8147 ISLANDVIEW DR<br>NEWAYGO, MI 49337 | 15804 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $9,555.10<br><br><br><br>$9,555.10 | 08/02/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

\*      "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                                          Thirty-Second Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JOHN E BENZ & CO<br>JEREMY R JOHNSON ESQ<br>DLA PIPER RUDNICK GRAY CARY<br>US LLP<br>1251 AVE OF THE AMERICAS<br>NEW YORK, NY 10020-5283 | 14297 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| JPMORGAN CHASE BANK NA<br>ATTN NEEMA VELUVOLU<br>4 NEW YORK PLAZA FL 16<br>NEW YORK, NY 10004-2413 | 11599 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $432,705.04<br>$432,705.04 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MICROSYS TECHNOLOGIES INC<br>3710 NASHUA DRIVE UNIT 1<br>MISSISSAUGA, ON L4V 1M5<br>CANADA | 2054 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,775.00<br>$1,775.00 | 02/17/2006 | DELPHI CORPORATION (05-44481) |
| OHIO DEPARTMENT OF TAXATION<br>REBECCA DAUM<br>ATTORNEY BANKRUPTCY<br>DIVISION<br>PO BOX 530<br>COLUMBUS, OH 43216-0530 | 16596 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $2,976.58<br>$2,976.58 | 04/13/2007 | DELPHI CORPORATION (05-44481) |
| OHIO DEPARTMENT OF TAXATION<br>REBECCA L DAUM<br>30 E BROAD ST<br>COLUMBUS, OH 43215 | 1426 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $5,503.23<br>$5,503.23 | 01/03/2006 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |

Total:       12                    $1,727,813.89

*       "UNL" denotes an unliquidated claim.

**EXHIBIT D-1 - ADJOURNED ASSERTED AMOUNT CLAIM**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**CLAIM TO BE MODIFIED**

Claim: 12190
Date Filed:   07/28/2006
Docketed Total:   $5,738.00
Filing Creditor Name and Address:
    PORT CITY METAL PRODUCTS
    INC
    601 TERRACE ST
    MUSKEGON, MI 49443-0786

**CLAIM AS DOCKETED**

Claim Holder Name and Address

    PORT CITY METAL PRODUCTS INC        Docketed Total:        $5,738.00
    601 TERRACE ST
    MUSKEGON, MI 49443-0786

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | $5,738.00 | | |
| | **$5,738.00** | | |

**CLAIM AS MODIFIED**

Modified Total:        $5,738.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $5,738.00 |
| | | | **$5,738.00** |

**Total Claims To Be Modified: 1**

**Total Amount As Docketed:**        $5,738.00

**Total Amount As Modified:**        $5,738.00

\*    See Exhibit E for a listing of debtor entities by case number.

**EXHIBIT D-2 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2127**
Date Filed: 02/27/2006
Docketed Total: $2,115,405.67
Filing Creditor Name and Address:
CLARION CORPORATION OF AMERICA
661 W REDONDO BEACH BLVD
GARDENA, CA 90247

Claim Holder Name and Address
GOLDMAN SACHS CREDIT PARTNERS LP
ATTN PEDRO RAMIREZ
30 HUDSON 17TH FL
JERSEY CITY, NJ 07302
Docketed Total: $2,115,405.67

Modified Total: $2,010,294.45

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $2,115,405.67 | 05-44640 | | | $2,010,294.45 |
| | | | **$2,115,405.67** | | | | **$2,010,294.45** |

**Claim: 15379**
Date Filed: 07/31/2006
Docketed Total: $617,204.24
Filing Creditor Name and Address:
COMPUTER PATENT ANNUITIES LP
CPA HOUSE
11 15 SEATON PLACE
ST HELIER JERSEY, JE1 1BL
CHANNEL ISLANDS

Claim Holder Name and Address
COMPUTER PATENT ANNUITIES LP
CPA HOUSE
11 15 SEATON PLACE
ST HELIER JERSEY, JE1 1BL
CHANNEL ISLANDS
Docketed Total: $617,204.24

Modified Total: $602,481.60

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44554 | | | $617,204.24 | 05-44554 | | | $602,481.60 |
| | | | **$617,204.24** | | | | **$602,481.60** |

**Claim: 15452**
Date Filed: 07/31/2006
Docketed Total: $651,626.18
Filing Creditor Name and Address:
GENERAL ELECTRIC CAPITAL CORP
ATTN URI SKY
C O GE CAPITAL SOLUTIONS
VENDOR FINANCE
1010 THOMAS EDISON BLVD SW
CEDAR RAPIDS, IA 52404

Claim Holder Name and Address
GENERAL ELECTRIC CAPITAL CORP
ATTN URI SKY
C O GE CAPITAL SOLUTIONS
VENDOR FINANCE
1010 THOMAS EDISON BLVD SW
CEDAR RAPIDS, IA 52404
Docketed Total: $651,626.18

Modified Total: $620,181.39

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $651,626.18 | 05-44640 | | | $620,181.39 |
| | | | **$651,626.18** | | | | **$620,181.39** |

\*    See Exhibit E for a listing of debtor entities by case number.

**EXHIBIT D-2 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 10683**
Date Filed: 07/26/2006
Docketed Total: $953,280.40
Filing Creditor Name and Address:
  HEWLETT PACKARD FINANCIAL
  SERVICES COMPANY FKA
  COMPAQ FINANCIAL SERVICES
  CORPORATION
  420 MOUNTAIN AVE
  MURRAY HILL, NJ 07974-0006

Claim Holder Name and Address

  HEWLETT PACKARD FINANCIAL
  SERVICES COMPANY FKA COMPAQ
  FINANCIAL SERVICES
  CORPORATION
  420 MOUNTAIN AVE
  MURRAY HILL, NJ 07974-0006

Docketed Total:   $953,280.40

Modified Total:   $166,642.02

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $953,280.40 |
| | | | **$953,280.40** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $166,642.02 |
| | | | **$166,642.02** |

**Claim: 9995**
Date Filed: 07/20/2006
Docketed Total: $57,149.69
Filing Creditor Name and Address:
  IBJTC BUSINESS CREDIT
  CORPORATION AS SUCCESSOR
  IN INTEREST TO IBJ WHITEHALL
  BUSINESS CREDIT
  CORPORATION
  DAY PITNEY LLP
  7 TIMES SQUARE
  NEW YORK, NY 10036

Claim Holder Name and Address

  IBJTC BUSINESS CREDIT
  CORPORATION AS SUCCESSOR IN
  INTEREST TO IBJ WHITEHALL
  BUSINESS CREDIT CORPORATION
  DAY PITNEY LLP
  7 TIMES SQUARE
  NEW YORK, NY 10036

Docketed Total:   $57,149.69

Modified Total:   $44,643.53

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $57,149.69 |
| | | | **$57,149.69** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $44,643.53 |
| | | | **$44,643.53** |

\*     See Exhibit E for a listing of debtor entities by case number.

**EXHIBIT D-2 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**CLAIM TO BE MODIFIED**

Claim: 2548
Date Filed:    04/04/2006
Docketed Total:    $562,192.18
Filing Creditor Name and Address:
  PBR AUSTRALIA PTY LTD
  ATTN PETER VALENTINE
  PO BOX 176
  BENTLEIGH E VI 3165,
  AUSTRALIA

**CLAIM AS DOCKETED**

Claim Holder Name and Address

  PBR AUSTRALIA PTY LTD          Docketed Total:        $223,390.20
  ATTN PETER VALENTINE
  PO BOX 176
  BENTLEIGH E VI 3165, AUSTRALIA

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $223,390.20 |
| | | | **$223,390.20** |

Claim Holder Name and Address

  SPECIAL SITUATIONS INVESTING          Docketed Total:        $338,801.98
  GROUP INC
  C/O GOLDMAN SACHS & CO
  85 BROAD ST 27TH FL
  NEW YORK, NY 10004

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $338,801.98 |
| | | | **$338,801.98** |

**CLAIM AS MODIFIED**

Modified Total:        $39,766.37

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $39,766.37 |
| | | | **$39,766.37** |

Modified Total:        $338,801.98

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $338,801.98 |
| | | | **$338,801.98** |

\*      See Exhibit E for a listing of debtor entities by case number.

### EXHIBIT D-2 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|

**CLAIM TO BE MODIFIED**

Claim: 5980
Date Filed:     05/16/2006
Docketed Total:     $9,225,767.18
Filing Creditor Name and Address:
  SPECIAL SITUATIONS INVESTING
  GROUP INC AS ASSIGNEE OF PBR
  KNOXVILLE LLC
  10215 CANEEL DR
  KNOXVILLE, TN 37931

**CLAIM AS DOCKETED**

Claim Holder Name and Address

  PBR KNOXVILLE LLC             Docketed Total:     $68,308.80
  10215 CANEEL DR
  KNOXVILLE, TN 37931

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $68,308.80 | | |
| | **$68,308.80** | | |

Claim Holder Name and Address

  SPECIAL SITUATIONS INVESTING       Docketed Total:     $9,157,458.38
  GROUP INC
  C/O GOLDMAN SACHS & CO
  85 BROAD ST 27TH FL
  NEW YORK, NY 10004

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $9,157,458.38 |
| | | | **$9,157,458.38** |

**CLAIM AS MODIFIED**

Modified Total:     $0.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $0.00 |
| | | | **$0.00** |

Modified Total:     $9,157,458.38

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $9,157,458.38 |
| | | | **$9,157,458.38** |

Total Claims To Be Modified: 7

Total Amount As Docketed:     $14,182,625.54

Total Amount As Modified:     $12,980,269.72

*    See Exhibit E for a listing of debtor entities by case number.

In re Delphi Corporation, et al.                                    Thirty-Second Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT D-3 - ADJOURNED CLAIM TO BE EXPUNGED PURSUANT TO SETTLEMENT**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PBR COLUMBIA LLC<br>ATTN DAVID WHEELER<br>201 METROPOLITAN DR<br>WEST COLUMBIA, SC 29170<br><br>SPECIAL SITUATIONS INVESTING<br>GROUP INC<br>ATTN AL DOMBROWSKI<br>C/O GOLDMAN SACHS & CO<br>85 BROAD ST 27TH FL<br>NEW YORK, NY 10004 | 6610 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,508,953.50<br><br><br>$447,670.98<br>$1,956,624.48 | 05/22/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

Total:        1                    $1,956,624.48

In re Delphi Corporation, <u>et al.</u>                                      Thirty-Second Omnibus Claims Objection
Case No. 05-44481 (RDD)

Exhibit E - Debtor Entity Reference

| CASE NUMBER | DEBTOR ENTITY |
|---|---|
| 05-44481 | DELPHI CORPORATION |
| 05-44482 | ASEC MANUFACTURING GENERAL PARTNERSHIP |
| 05-44507 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION |
| 05-44547 | DELPHI ELECTRONICS (HOLDING) LLC |
| 05-44554 | DELPHI TECHNOLOGIES, INC. |
| 05-44567 | DELPHI MECHATRONIC SYSTEMS, INC. |
| 05-44610 | DELCO ELECTRONICS OVERSEAS CORPORATION |
| 05-44624 | DELPHI CONNECTION SYSTEMS |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |

Exhibit F - Claimants And Related Claims Subject To Thirty-Second Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| 1ST CHOICE HEATING & COOLING I | 15805 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| 1ST CHOICE HEATING & COOLING INC | 16601 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| 1ST CHOICE HEATING & COOLING INC | 16606 | EXHIBIT C-1 - DUPLICATE OR AMENDED CLAIMS |
| ABC TECHNOLOGIES INC | 1168 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| ADMIRAL TOOL & MFG CO OF ILLINOIS | 16406 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| AIRGAS EAST INC | 14278 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| AIRGAS EAST INC | 14279 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| AIRGAS SOUTHWEST INC | 14277 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| AMES REESE INC | 9816 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| AMROC INVESTMENTS LLC | 11264 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| AMROC INVESTMENTS LLC AS ASSIGNEE OF FASTENAL COMPANY | 7514 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| AMROC INVESTMENTS LLC/FASTENAL COMPANY | 7514 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| ARGO PARTNERS | 14277 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| ARGO PARTNERS | 14278 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| ARGO PARTNERS | 14279 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| ARGO PARTNERS | 16132 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| ASM CAPITAL | 2317 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| ASM CAPITAL AS ASSIGNEE FOR SPEED MOTOR EXPRESS OF WNY INC | 2317 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| ASM CAPITAL II LP | 16406 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| BANK OF AMERICA N A | 5423 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| BASF CORPORATION | 16200 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| BASF CORPORATION | 8012 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| BEAR STEARNS INVESTMENT PRODUCTS INC | 2713 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| BEAR STEARNS INVESTMENT PRODUCTS INC | 9771 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| BEAR STEARNS INVESTMENT PRODUCTS INC | 9772 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| BEAR STEARNS INVESTMENT PRODUCTS INC | 9798 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| BEAR STEARNS INVESTMENT PRODUCTS INC/CTS CORPORATION | 11256 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| BEAR STEARNS INVESTMENT PRODUCTS INC/FUTABA CORPORATION OF AMERICA | 9261 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| BEAVER VALLEY MANUFACTURING INC | 11186 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| BEAVER VALLEY MANUFACTURING INC | 16615 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| BELLSOUTH TELECOMMUNICATIONS INC | 1570 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| BRAKE PARTS INC WIX FILTRATION CORP AFFINIA GROUP INC | 12011 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |

Exhibit F - Claimants And Related Claims Subject To Thirty-Second Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| BREEN COLOR CONCENTRATES INC | 13740 | EXHIBIT C-1 - DUPLICATE OR AMENDED CLAIMS |
| BURKBURNETT INDEPENDENT SCHOOL DISTRICT | 2076 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| CDW COMPUTER CENTERS INC | 1659 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CDW COMPUTER CENTERS INC | 419 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CDW COMPUTER CENTERS INC | 420 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CDW COMPUTER CENTERS INC | 88 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CINGULAR WIRELESS | 5084 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CINGULAR WIRELESS | 5085 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CINGULAR WIRELESS | 5087 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CIRCLE BROACH COMPANY INC | 9541 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CLARION CORPORATION OF AMERICA | 2127 | EXHIBIT D-2 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| COMPUTER PATENT ANNUITIES LP | 15379 | EXHIBIT D-2 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| CONTI TECH ELASTOMER COATINGS | 9079 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC | 10579 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC | 10580 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC | 10581 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CONTRARIAN FUNDS LLC | 13775 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC | 14795 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CONTRARIAN FUNDS LLC | 14878 | EXHIBIT C-1 - DUPLICATE OR AMENDED CLAIMS |
| CONTRARIAN FUNDS LLC | 15211 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC | 15222 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CONTRARIAN FUNDS LLC | 15627 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC | 16447 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC | 16479 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CONTRARIAN FUNDS LLC | 16515 | EXHIBIT C-1 - DUPLICATE OR AMENDED CLAIMS |
| CONTRARIAN FUNDS LLC | 16541 | EXHIBIT C-1 - DUPLICATE OR AMENDED CLAIMS |
| CONTRARIAN FUNDS LLC | 16570 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC | 5568 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC | 6147 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC | 8012 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF BLISSFIELD MANUFACTURING COMPANY | 9109 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF CAMOPLAST INCORPORATED | 12691 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF CAPSTAN ATLANTIC | 7374 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF ELECTRONIC SERVICES LLC DBA CSI ELECTRONICS | 9112 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |

Exhibit F - Claimants And Related Claims Subject To Thirty-Second Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF FLOW DRY TECHNOLOGY LTD | 12689 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF GEMINI PLASTICS INC | 10388 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF HITCHINER MANUFACTURING CO INC | 9796 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF IMCO INC | 7237 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF INA USA CORPORATION | 12686 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNE OF MTD TECHNOLOGIES INC | 10382 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF PAX MACHINE WORKS INC | 9792 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF PRESTOLITE WIRE CORPORATION | 9113 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF REGENCY MCALLEN | 10387 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF SCHAEFFLER CANADA INC | 12690 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF SP DIV NMC LLC | 9791 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF STRATTEC SECURITY CORP | 12692 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF TRELLEBORG KUNHWA CO LTD | 12695 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF TRELLEBORG YSH INC | 12696 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF TRELLEBORG YSH SA DE CV | 12694 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF TROSTEL LTD | 12693 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF WHIRLAWAY CORPORATION | 9793 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC AS TRANSFEREE OF UNITED STARS INDUSTRIES INC | 16745 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTRARIAN FUNDS LLC/SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | 14141 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| CONTROL MASTERS INC | 8219 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CORUS LP | 5423 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CREATIVE TECHNIQUES INC | 14795 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CROWLEY TOOL CO | 16132 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| CROWN CREDIT COMPANY | 6578 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| CTS CORPORPATION | 11256 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| DECO AUTOMOTIVE A DIVISION OF MAGNA INTERNATIONAL INC | 13458 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| DEMAG PLASTICS GROUP CORP | 10284 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| ELECTRONIC SOLUTIONS INC | 1201 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |

Exhibit F - Claimants And Related Claims Subject To Thirty-Second Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| EMC2 CORPORATION | 14837 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| EMPRESAS CA LE TIAXCALA SA DE CV | 15511 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| FIRST CHOICE HEATING & COOLING INC | 15804 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| FIRST TECHNOLOGY HOLDINGS INC AND AFFILIATES AND SUBSIDIARIES | 1672 | EXHIBIT C-1 - DUPLICATE OR AMENDED CLAIMS |
| FIRST TECHNOLOGY HOLDINGS INC AND AFFILIATES AND SUBSIDIARIES AND CONTROL DEVICES INC AND FIRST INERTIA SWITCH LIMITED | 16739 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| FIRSTENERGY SOLUTIONS CORP | 2342 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| FLEXIBLE AUTOMATION INC | 863 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| FOSTER ELECTRIC USA INC | 5568 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| FRAENKISCHE USA LP | 16511 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| FREUDENBERG NONWOVENS LP EFT | 5463 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| FUTABA CORPORATION OF AMERICA | 9261 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| GCI TECHNOLOGIES INC | 16570 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| GE CONSUMER & INDUSTRIAL F K A GE LIGHTING | 10191 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| GE CONSUMER & INDUSTRIAL F K A GE LIGHTING | 10192 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| GENERAL ELECTRIC CAPITAL CORP | 15452 | EXHIBIT D-2 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| GENERAL ELECTRIC COMPANY GE FANUC AUTOMATION NORTH AMERICA INC | 500 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| GOBAR SYSTEMS INC | 15429 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| GOLDMAN SACHS CREDIT PARTNERS LP | 14144 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| GOLDMAN SACHS CREDIT PARTNERS LP | 14145 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| GOLDMAN SACHS CREDIT PARTNERS LP | 2127 | EXHIBIT D-2 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| GOLDMAN SACHS CREDIT PARTNERS LP ASSIGNEE OF SIEMENS VDO AUTOMOTIVE CORPORATION AND SIEMENS VDO AUTOMOTIVE INC | 15064 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| GREER STOP NUT INC | 9798 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| GRUNER AG | 831 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| HAMMOND GROUP INC | 4427 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| HENKEL SURFACE TECHNOLOGIES | 6497 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| HEWLETT PACKARD COMPANY | 9352 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| HEWLETT PACKARD FINANCIAL SERVICES COMPANY FKA COMPAQ FINANCIAL SERVICES CORPORATION | 10683 | EXHIBIT D-2 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| IBJTC BUSINESS CREDIT CORPORATION AS SUCCESSOR IN INTEREST TO IBJ WHITEHALL BUSINESS CREDIT CORPORATION | 9995 | EXHIBIT D-2 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| ILM TOOL INC | 773 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| INFINEON TECHNOLOGIES NORTH AMERICA CORP | 11968 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| IRON MOUNTAIN INFORMATION MANAGEMENT INC | 646 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |

Exhibit F - Claimants And Related Claims Subject To Thirty-Second Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| JOHN E BENZ & CO | 14297 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| JOHN E BENZ & CO | 14314 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| JOHNSON CONTROLS INC | 5976 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| JPMORGAN CHASE BANK NA | 11599 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| JPMORGAN CHASE BANK NA | 16616 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| JUDCO MANUFACTURING INC | 13445 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| JUDCO MANUFACTURING INC | 16012 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| KORTEN QUALITY SYSTEMS LTD | 3640 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| KYOCERA INDUSTRIAL CERAMICS CORP | 12530 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| LIQUIDITY SOLUTIONS INC | 9816 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF HAMMOND GROUP INC | 4427 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF DIGIKEY | 15483 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| LITTELFUSE INC | 6147 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| LONGACRE MASTER FUND LTD | 16395 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| LONGACRE MASTER FUND LTD | 16583 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| LONGACRE MASTER FUND LTD | 2173 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| LONGACRE MASTER FUND LTD | 9079 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| LONGACRE MASTER FUND LTD/SPECIAL SITUATIONS INVESTING GROUP INC | 15423 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| MAC ARTHUR CORPORATION | 11599 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| MAC ARTHUR CORPORATION | 16616 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| MADISON INVESTMENT TRUST SERIES 38 | 2073 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| MADISON INVESTMENT TRUST SERIES 38 | 4011 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| MADISON NICHE OPPORTUNITIES FUND LLC | 3640 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| MARQUARDT GMBH | 12161 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| MICROSYS TECHNOLOGIES INC | 2053 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| MICROSYS TECHNOLOGIES INC | 2054 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| MILLENNIUM INDUSTRIES CORPORATION | 15211 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| MINNICK RALPH D | 12043 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| MUSKEGON CASTINGS CORP | 12186 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| MUSKEGON CASTINGS CORP/SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 12186 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| NATIONAL INSTRUMENTS CORP | 10400 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |

Exhibit F - Claimants And Related Claims Subject To Thirty-Second Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| NEOSONG USA INC | 5053 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| NOVELIS CORP | 15222 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| NSS TECHNOLOGIES INC FKA NATIONAL SET SCREW CORP | 9771 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| OHIO DEPARTMENT OF TAXATION | 1426 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| OHIO DEPARTMENT OF TAXATION | 16596 | EXHIBIT C-2 - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| P & R INDUSTRIES INC EFT | 11429 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| PARK ENTERPRISES OF ROCHESTER INC | 16395 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| PARKVIEW METAL PRODUCTS | 13929 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| PARLEX CORPORATION | 11190 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| PARLEX CORPORATION | 11191 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| PARLEX CORPORATION | 11193 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| PBR AUSTRALIA PTY LTD | 2548 | EXHIBIT D-2 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| PBR AUSTRALIA PTY LTD/SPECIAL SITUATIONS INVESTING GROUP INC | 2548 | EXHIBIT D-2 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| PBR COLUMBIA LLC/SPECIAL SITUATIONS INVESTING GROUP INC | 6610 | EXHIBIT D-3 - ADJOURNED CLAIM TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| PBR KNOXVILLE LLC/SPECIAL SITUATIONS INVESTING GROUP INC | 5980 | EXHIBIT D-2 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| PHILLIPS PLASTICS CORPORATION | 10579 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| PHILLIPS PLASTICS CORPORATION | 10580 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| PHILLIPS PLASTICS CORPORATION | 10581 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| PHILLIPS ROBERT | 12046 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| PIC PRODUCTIVITY IMPROVEMENT CTR | 2173 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| PLATING TECHNOLOGY INC | 13775 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| PORT CITY CASTINGS CORP AFFILIATE OF PORT CITY DIE CAST INC | 12187 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| PORT CITY METAL PRODUCTS INC | 12190 | EXHIBIT D-1 - ADJOURNED ASSERTED AMOUNT CLAIM |
| PPG INDUSTRIES INC | 10710 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| PREMIER PRODUCTS INC | 15627 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| PROUD DOUGLAS AND ESTHER | 12047 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| QUICK CABLE CORPORATION | 2073 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| RAWAC PLATING COMPANY | 16334 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| REDROCK CAPITAL PARTNERS LLC | 863 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| REPUBLIC ENGINEERED PRODUCTS INC | 11264 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR JAN PAK HUNTSVILLE | 4045 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR LAUREN MANUFACTURING | 8863 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR SA TECHNOLOGIES INC | 8860 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR STANDARD SCALE & SUPPLY CO | 8865 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |

Exhibit F - Claimants And Related Claims Subject To Thirty-Second Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR VANEX FIRE SYSTEMS | 8858 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR WHYCO FINISHING TECHNOLOGIES LLC | 8874 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| ROOT NEAL & CO INC | 4011 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| SBC GLOBAL | 1581 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| SENSUS PRECISION DIE CASTING INC | 16479 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| SIEMENS BULDING TECHNOLOGIES INC | 15692 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| SIERRA LIQUIDITY FUND LLC ASSIGNEE METRIC EQUIPMENT SALES INC ASSIGNOR | 15976 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| SPCP GROUP LLC | 12011 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 11190 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 11191 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 11193 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 11429 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 1201 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 12257 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 12828 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| SPCP GROUP LLC AS ASSIGNEE OF FUJIKOKI AMERICA INC | 14137 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | 14141 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| SPCP GROUP LLC AS ASSIGNEE OF TEXTRON FASTENING SYSTEMS CANADA LTD | 14144 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| SPCP GROUP LLC AS ASSIGNEE OF TEXTRON FASTENING SYSTEMS CANADA LTD | 14145 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| SPECIAL SITUATIONS INVESTING GROUP INC | 14137 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| SPECIAL SITUATIONS INVESTING GROUP INC | 15423 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| SPECIAL SITUATIONS INVESTING GROUP INC AS ASSIGNEE OF PBR COLUMBIA LLC | 6610 | EXHIBIT D-3 - ADJOURNED CLAIM TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| SPECIAL SITUATIONS INVESTING GROUP INC AS ASSIGNEE OF PBR KNOXVILLE LLC | 5980 | EXHIBIT D-2 - ADJOURNED CLAIMS SUBJECT TO MODIFICATION |
| SPS TECHNOLOGIES WATERFORD COMPANY FKA TERRY MACHINE COMPANY | 9772 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |

Exhibit F - Claimants And Related Claims Subject To Thirty-Second Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| SSOE INC | 16541 | EXHIBIT C-1 - DUPLICATE OR AMENDED CLAIMS |
| STANLEY ELECTRIC SALES OF AMERICA INC | 12257 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| TAX COMMISSIONER OF THE STATE OF OHIO | 8094 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| TCS AMERICA A DIV OF TATA AMERICA INTERNATIONAL CORPORATION | 12828 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| TESTEQUITY INC | 16583 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| TEXAS INSTRUMENTS INCORPORATED AND TEXAS INSTRUMENTS INCORPORATED S&C | 2713 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| THE DAYTON POWER AND LIGHT COMPANY | 10373 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| THE GROWING CONCERN | 1507 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| VERITAS SOFTWARE CORPORATION | 10913 | EXHIBIT A - ASSERTED AMOUNT CLAIMS |
| VERIZON NORTH INC | 2340 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| VICTORY PACKAGING LP | 11640 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| WALDO RICHARD L AND GWENDOLYN A WALDO PLAINTIFFS V | 12052 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |
| WASHINGTON LABORATORIES LTD | 16515 | EXHIBIT C-1 - DUPLICATE OR AMENDED CLAIMS |
| WRIGHT PLASTIC PRODUCTS CO LLC | 14878 | EXHIBIT C-1 - DUPLICATE OR AMENDED CLAIMS |
| WRIGHT PLASTIC PRODUCTS CO LLC | 16447 | EXHIBIT B - CLAIMS SUBJECT TO MODIFICATION |

# EXHIBIT D

Delphi Corporation
Thirty-Second Omnibus Objection Order
Exhibit C-1 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Treatment of Claim | Surviving Claim Number |
| 1st Choice Heating & Cooling Inc | Joel D Applebaum P36774 Clark Hill PLC 500 Woodward Ave Ste 3500 Detroit, MI 48226 | 5/14/07 | 16606 | $22,046.54 | Duplicate Or Amended Claims | Disallow and Expunge | 16601 |
| Breen Color Concentrates Inc | Mark Conlan Esq Gibbons PC One Gateway Ctr Newark, NJ 07102-5310 | 7/31/06 | 13740 | $11,505.71 | Duplicate Or Amended Claims | Disallow and Expunge | 14174 |
| Contrarian Funds LLC | Attn Alpa Jimenez 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 7/31/06 | 14878 | $76,844.72 | Duplicate Or Amended Claims | Disallow and Expunge | 16447 |
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/31/06 | 14878 | $76,844.72 | Duplicate Or Amended Claims | Disallow and Expunge | 16447 |
| Contrarian Funds LLC | Attn Alisa Mumola 411 W Putnam Ave S 225 Greenwich, CT 06830 | 2/7/07 | 16515 | $38,900.00 | Duplicate Or Amended Claims | Disallow and Expunge | 1308 |
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 2/7/07 | 16515 | $38,900.00 | Duplicate Or Amended Claims | Disallow and Expunge | 1308 |
| Contrarian Funds LLC | Attn Alisa Mumola 411 W Putnam Ave S 225 Greenwich, CT 06830 | 2/13/07 | 16541 | $31,991.00 | Duplicate Or Amended Claims | Disallow and Expunge | 6321 |
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 2/13/07 | 16541 | $31,991.00 | Duplicate Or Amended Claims | Disallow and Expunge | 6321 |
| First Technology Holdings Inc and Affiliates and Subsidiaries | John D Hertzberg 30150 Telegraph Rd Ste 444 Bingham Farms, MI 48025 | 1/26/06 | 1672 | $633,258.00 | Duplicate Or Amended Claims | Disallow and Expunge | 16739 |

12/26/2008 4:37 PM
Omni 32 Order Exhibit C-1 Service List

Delphi Corporation
Thirty-Second Omnibus Objection Order
Exhibit C-2 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Treatment of Claim | Surviving Claim Number |
| 1st Choice Heating & Cooling I | 8147 Islandview Dr<br>Newaygo, MI 49337 | 8/2/06 | 15805 | $12,491.44 | Claims To Be Expunged Pursuant To Settlement | Disallow and Expunge | |
| Argo Partners | Argo Partners<br>12 W 37th St 9th Fl<br>New York, NY 10018 | 7/31/06 | 14279 | $3,649.48 | Claims To Be Expunged Pursuant To Settlement | Disallow and Expunge | |
| Argo Partners | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 7/31/06 | 14279 | $3,649.48 | Claims To Be Expunged Pursuant To Settlement | Disallow and Expunge | |
| Basf Corporation | 100 Campus Dr<br>Florham Park, NJ 07932 | 8/14/06 | 16200 | $1,015,234.23 | Claims To Be Expunged Pursuant To Settlement | Disallow and Expunge | |
| Beaver Valley Manufacturing Inc | Ira Rubin<br>Goldman Rubin & Shapiro<br>1340 Woodman Dr<br>Dayton, OH 45432 | 7/26/06 | 11186 | $180,633.39 | Claims To Be Expunged Pursuant To Settlement | Disallow and Expunge | |
| Burkburnett Independent School District | Harold Lerew<br>Perdue Brandon Fielder Collins & Mott LLP<br>PO Box 8188<br>Wichita Falls, TX 76307 | 2/21/06 | 2076 | $61,138.40 | Claims To Be Expunged Pursuant To Settlement | Disallow and Expunge | |
| Crown Credit Company | Attn Rodney J Hinders Esq<br>115 N Main St<br>New Bremen, OH 45869 | 5/22/06 | 6578 | $2,152.00 | Claims To Be Expunged Pursuant To Settlement | Disallow and Expunge | |
| Crown Credit Company | Crown Equipment Corporation<br>Crown Equipment Corporation<br>Attn Rodney J Hinders Esq 40 S Washington St<br>New Bremen, OH 45869 | 5/22/06 | 6578 | $2,152.00 | Claims To Be Expunged Pursuant To Settlement | Disallow and Expunge | |
| First Choice Heating & Cooling Inc | 8147 Islandview Dr<br>Newaygo, MI 49337 | 8/2/06 | 15804 | $9,555.10 | Claims To Be Expunged Pursuant To Settlement | Disallow and Expunge | |
| John E Benz & Co | Jeremy R Johnson Esq<br>DLA Piper Rudnick Gray Cary US LLP<br>1251 Ave of the Americas<br>New York, NY 10020-5283 | 7/31/06 | 14297 | $0.00 | Claims To Be Expunged Pursuant To Settlement | Disallow and Expunge | |
| JPMorgan Chase Bank NA | Attn Neema Veluvolu<br>4 New York Plaza Fl 16<br>New York, NY 10004-2413 | 7/27/06 | 11599 | $432,705.04 | Claims To Be Expunged Pursuant To Settlement | Disallow and Expunge | |

Delphi Corporation
Thirty-Second Omnibus Objection Order
Exhibit C-2 Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Treatment of Claim | Surviving Claim Number |
| JPMorgan Chase Bank NA | JPMorgan Chase Bank NA Attn Susan McNamara Legal Dept Mail Code NY1 A436 1 Chase Manhattan Plz 26th Fl New York, NY 10081 | 7/27/06 | 11599 | $432,705.04 | Claims To Be Expunged Pursuant To Settlement | Disallow and Expunge | |
| JPMorgan Chase Bank NA | JPMorgan Chase Bank NA 270 Park Ave New York, NY 10017 | 7/27/06 | 11599 | $432,705.04 | Claims To Be Expunged Pursuant To Settlement | Disallow and Expunge | |
| Microsys Technologies Inc | 3710 Nashua Drive Unit 1 Mississauga, ON L4V 1M5 Canada | 2/17/06 | 2054 | $1,775.00 | Claims To Be Expunged Pursuant To Settlement | Disallow and Expunge | |
| Ohio Department of Taxation | Rebecca L Daum 30 E Broad St Columbus, OH 43215 | 1/3/06 | 1426 | $5,503.23 | Claims To Be Expunged Pursuant To Settlement | Disallow and Expunge | |
| Ohio Department of Taxation | Rebecca Daum Attorney Bankruptcy Division PO Box 530 Columbus, OH 43216-0530 | 4/13/07 | 16596 | $2,976.58 | Claims To Be Expunged Pursuant To Settlement | Disallow and Expunge | |
| Ohio Department of Taxation | Attorney General of the State of Ohio Collection Enforcement 150 E Gay St 21st Floor Columbus, OH 43215 | 4/13/07 | 16596 | $2,976.58 | Claims To Be Expunged Pursuant To Settlement | Disallow and Expunge | |
| Ohio Department of Taxation | Ohio Department of Taxation c/o Rebecca Daum 30 E Broad St 23rd Floor Columbus, OH 43216 | 4/13/07 | 16596 | $2,976.58 | Claims To Be Expunged Pursuant To Settlement | Disallow and Expunge | |

12/26/2008 4:37 PM
Omni 32 Order Exhibit C-2 Service List

# EXHIBIT E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti
Thomas J. Matz

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                  :
     In re                      :    Chapter 11
                                    :
DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
                                  :
               Debtors.   :    (Jointly Administered)
                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF ENTRY OF ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R.
BANKR. P. 3007 REGARDING (A) ASSERTED AMOUNT CLAIMS, (B) CLAIMS
SUBJECT TO MODIFICATION, AND (C) CLAIMS TO BE EXPUNGED, AS
IDENTIFIED IN THIRTY-SECOND OMNIBUS CLAIMS OBJECTION

PLEASE TAKE NOTICE that on December 17, 2008, the United States Bankruptcy Court for the Southern District of New York entered an Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Regarding (A) Asserted Amount Claims, (B) Claims Subject To Modification, And (C) Claims To Be Expunged, As Identified In The Thirty-Second Omnibus Claims Objection (the "Thirty-Second Omnibus Claims Objection Order").

PLEASE TAKE FURTHER NOTICE THAT a copy of the Thirty-Second Omnibus Claims Objection Order, excluding exhibits, is attached hereto.

PLEASE TAKE FURTHER NOTICE that the proof of claim no. listed below, which you filed against Delphi Corporation and/or other of its subsidiaries and affiliates that are debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), was subject to the Thirty-Second Omnibus Claims Objection Order, was listed on Exhibit ____ to the Thirty-Second Omnibus Claims Objection Order, and was accordingly disallowed and expunged, as provided below in the column entitled "Treatment Of Claim."

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | Surviving Claim Number (if any) |
|---|---|---|---|---|---|
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ |

PLEASE TAKE FURTHER NOTICE that you may view the complete exhibits to the Thirty-Second Omnibus Claims Objection Order by requesting a copy from the claims and noticing agent in the above-captioned chapter 11 cases, Kurtzman Carson Consultants LLC, at

---

[1]    Asserted Claim Amounts listed as UNL generally reflect that the claim amount asserted is unliquidated.

1-888-249-2691 or by accessing the Debtors' Legal Information Website at

www.delphidocket.com.

Dated:  New York, New York
December 24, 2008

BY ORDER OF THE COURT

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

    - and -

Kayalyn A. Marafioti
Thomas J. Matz
SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

# EXHIBIT F

Delphi Corporation
Thirty-Second Omnibus Objection Order
Exhibit A Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Allowed Debtor | Allowed Amount | Allowed Nature |
| 1st Choice Heating & Cooling Inc | Joel D Applebaum P36774 Clark Hill PLC 500 Woodward Ave Ste 3500 Detroit, MI 48226 | 5/15/07 | 16601 | $22,046.54 | Asserted Amount Claims | 05-44640 | $22,046.54 | Secured |
| Argo Partners | Argo Partners 12 W 37th St 9th Fl New York, NY 10018 | 8/9/06 | 16132 | $22,475.50 | Asserted Amount Claims | 05-44640 | $22,475.50 | General Unsecured |
| Argo Partners | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 8/9/06 | 16132 | $22,475.50 | Asserted Amount Claims | 05-44640 | $22,475.50 | General Unsecured |
| Bank of America N A | Attn Clare Pierce 40 W 57th St New York, NY 10019 | 5/10/06 | 5423 | $645,056.53 | Asserted Amount Claims | 05-44640 | $645,056.53 | General Unsecured |
| Bear Stearns Investment Products Inc | Attn Susan Mcnamara co JPMorgan Chase Bank NA Legal Dept 1 Chase Manhattan Plaza 26th Fl New York, NY 10081 | 4/24/06 | 2713 | $6,253,576.29 | Asserted Amount Claims | 05-44640 | $6,253,576.29 | General Unsecured |
| BellSouth Telecommunications Inc | BellSouth Regional Bankruptcy Center 301 W Bay St Rm 29EF1 Jacksonville, FL 32202 | 1/17/06 | 1570 | $1,621.57 | Asserted Amount Claims | 05-44640 | $1,621.57 | General Unsecured |
| CDW Computer Centers Inc | c/o Receivables Management Services RMS PO Box 5126 Timonium, MD 21094 | 10/24/05 | 88 | $5,813.57 | Asserted Amount Claims | 05-44640 | $5,813.57 | General Unsecured |
| CDW Computer Centers Inc | c/o Receivables Management Services RMS PO Box 5126 Timonium, MD 21094 | 11/8/05 | 419 | $132.69 | Asserted Amount Claims | 05-44640 | $132.69 | General Unsecured |
| CDW Computer Centers Inc | c/o Receivables Management Services RMS PO Box 5126 Timonium, MD 21094 | 11/8/05 | 420 | $14,748.55 | Asserted Amount Claims | 05-44567 | $14,748.55 | General Unsecured |
| CDW Computer Centers Inc | c/o Receivables Management Services RMS PO Box 5126 Timonium, MD 21094 | 1/24/06 | 1659 | $885.80 | Asserted Amount Claims | 05-44640 | $885.80 | General Unsecured |

Delphi Corporation
Thirty-Second Omnibus Objection Order
Exhibit A Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Allowed Debtor | Allowed Amount | Allowed Nature |
| Cingular Wireless | Banko<br>PO Box 309<br>Portland, OR 97207-0309 | 5/8/06 | 5084 | $1,370.20 | Asserted Amount Claims | 05-44640 | $1,370.20 | General Unsecured |
| Cingular Wireless | Banko<br>PO Box 309<br>Portland, OR 97207-0309 | 5/8/06 | 5085 | $1,011.99 | Asserted Amount Claims | 05-44640 | $1,011.99 | General Unsecured |
| Cingular Wireless | Banko<br>PO Box 309<br>Portland, OR 97207-0309 | 5/8/06 | 5087 | $31,423.21 | Asserted Amount Claims | 05-44640 | $31,423.21 | General Unsecured |
| Circle Broach Company Inc | 38358 Abruzzi Dr<br>Westland, MI 48185 | 7/14/06 | 9541 | $30,818.00 | Asserted Amount Claims | 05-44640 | $30,818.00 | General Unsecured |
| Contrarian Funds LLC | Attn Alisa Mumola<br>411 W Putnam Ave S 225<br>Greenwich, CT 06830 | 7/25/06 | 10581 | $112,039.75 | Asserted Amount Claims | 05-44567 | $112,039.75 | General Unsecured |
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman<br>Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 7/25/06 | 10581 | $112,039.75 | Asserted Amount Claims | 05-44567 | $112,039.75 | General Unsecured |
| Contrarian Funds LLC | Attn Alisa Mumola<br>411 W Putnam Ave Ste 225<br>Greenwich, CT 06830 | 7/31/06 | 14795 | $23,040.60 | Asserted Amount Claims | 05-44640 | $23,040.60 | General Unsecured |
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman<br>Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 7/31/06 | 14795 | $23,040.60 | Asserted Amount Claims | 05-44640 | $23,040.60 | General Unsecured |
| Contrarian Funds LLC | Attn Alisa Mumola<br>411 W Putnam Ave S 225<br>Greenwich, CT 06830 | 7/31/06 | 15222 | $392,351.79 | Asserted Amount Claims | 05-44640 | $392,351.79 | General Unsecured |
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman<br>Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 7/31/06 | 15222 | $392,351.79 | Asserted Amount Claims | 05-44640 | $392,351.79 | General Unsecured |

12/26/2008 4:37 PM
Omni 32 Order Exhibit A Service List

Delphi Corporation
Thirty-Second Omnibus Objection Order
Exhibit A Service List

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Allowed Debtor | Allowed Amount | Allowed Nature |
| | Contrarian Funds LLC | Attn Alisa Mumola<br>411 W Putnam Ave S 225<br>Greenwich, CT 06830 | 1/11/07 | 16479 | $561,083.00 | Asserted Amount Claims | 05-44640 | $561,083.00 | General Unsecured |
| | Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman<br>Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 1/11/07 | 16479 | $561,083.00 | Asserted Amount Claims | 05-44640 | $561,083.00 | General Unsecured |
| | Contrarian Funds LLC as assignee of Gemini Plastics Inc | Attn Alpa Jimenez<br>411 W Putnam Ave Ste 225<br>Greenwich, CT 06830 | 7/24/06 | 10388 | $141,675.49 | Asserted Amount Claims | 05-44640 | $141,675.49 | General Unsecured |
| | Contrarian Funds LLC as assignee of Gemini Plastics Inc | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman<br>Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 7/24/06 | 10388 | $141,675.49 | Asserted Amount Claims | 05-44640 | $141,675.49 | General Unsecured |
| | Contrarian Funds LLC as Assignee of Hitchiner Manufacturing Co Inc | Contrarian Funds LLC<br>Attn Alpa Jimenez<br>411 W Putnam Ave  Ste 225<br>Greenwich, CT 06830 | 7/18/06 | 9796 | $572,033.91 | Asserted Amount Claims | 05-44640 | $572,033.91 | General Unsecured |
| | Contrarian Funds LLC as Assignee of Hitchiner Manufacturing Co Inc | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman<br>Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 7/18/06 | 9796 | $572,033.91 | Asserted Amount Claims | 05-44640 | $572,033.91 | General Unsecured |
| | Contrarian Funds LLC as assignee of MTD Technologies Inc | Attn Alpa Jimenez<br>411 W Putnam Ave Ste 225<br>Greenwich, CT 06830 | 7/24/06 | 10382 | $210,732.14 | Asserted Amount Claims | 05-44640 | $210,732.14 | General Unsecured |
| | Contrarian Funds LLC as assignee of MTD Technologies Inc | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman<br>Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 7/24/06 | 10382 | $210,732.14 | Asserted Amount Claims | 05-44640 | $210,732.14 | General Unsecured |
| | Contrarian Funds LLC as Assignee of Pax Machine Works Inc | Attn Alpa Jimenez<br>Contrarian Funds LLC<br>411 W Putnam Ave Ste 225<br>Greenwich, CT 06830 | 7/18/06 | 9792 | $214,580.56 | Asserted Amount Claims | 05-44640 | $214,580.56 | General Unsecured |

Delphi Corporation
Thirty-Second Omnibus Objection Order
Exhibit A Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Allowed Debtor | Allowed Amount | Allowed Nature |
| Contrarian Funds LLC as Assignee of Pax Machine Works Inc | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/18/06 | 9792 | $214,580.56 | Asserted Amount Claims | 05-44640 | $214,580.56 | General Unsecured |
| Contrarian Funds LLC as assignee of Schaeffler Canada Inc | Contrarian Funds LLC Attn Alpa Jimenez 411 West Putnam Avenue Ste 425 Greenwich, CT 06830 | 7/28/06 | 12690 | $865,517.60 | Asserted Amount Claims | 05-44640 | $865,517.60 | General Unsecured |
| Contrarian Funds LLC as assignee of Schaeffler Canada Inc | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/28/06 | 12690 | $865,517.60 | Asserted Amount Claims | 05-44640 | $865,517.60 | General Unsecured |
| Contrarian Funds LLC as Assignee of SP DIV NMC LLC | Attn Alpa Jimenez Contrarian Funds LLC 411 W Putnam Ave  Ste 425 Greenwich, CT 06830 | 7/18/06 | 9791 | $299,745.20 | Asserted Amount Claims | 05-44640 | $299,745.20 | General Unsecured |
| Contrarian Funds LLC as Assignee of SP DIV NMC LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/18/06 | 9791 | $299,745.20 | Asserted Amount Claims | 05-44640 | $299,745.20 | General Unsecured |
| Control Masters Inc | 5235 Katrine Ave Downers Grove, IL 60515 | 6/19/06 | 8219 | $3,340.00 | Asserted Amount Claims | 05-44482 | $3,340.00 | General Unsecured |
| Deco Automotive a division of Magna International Inc | Schafer and Weiner PLLC 40950 Woodward Ave Ste 100 Bloomfield Hills, MI 48304 | 7/31/06 | 13458 | $74,664.00 | Asserted Amount Claims | 05-44640 | $74,664.00 | General Unsecured |
| Demag Plastics Group Corp | Attn Karen Freeman 11792 Alameda Dr Strongsville, OH 44149 | 7/24/06 | 10284 | $22,268.60 | Asserted Amount Claims | 05-44640 | $22,268.60 | General Unsecured |
| Demag Plastics Group Corp | Christopher W Peer Esq Hahn Loeser & Parks LLP Hahn Loesser Parks LLP 3300 BP Tower 200 Public Sq Cleveland, OH 44114-2301 | 7/24/06 | 10284 | $22,268.60 | Asserted Amount Claims | 05-44640 | $22,268.60 | General Unsecured |

12/26/2008 4:37 PM
Omni 32 Order Exhibit A Service List

Delphi Corporation
Thirty-Second Omnibus Objection Order
Exhibit A Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Allowed Debtor | Allowed Amount | Allowed Nature |
| Gobar Systems Inc | Paige Leigh Ellerman Esq<br>Taft Stettinius & Hollister LLP<br>425 Walnut Street Ste 1800<br>Cincinnati, OH 45202 | 7/31/06 | 15429 | $431,794.32 | Asserted Amount Claims | 05-44640 | $431,794.32 | General Unsecured |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez<br>c/o Goldman Sachs & Co<br>30 Hudson 17th Fl<br>Jersey City, NJ 07302 | 7/31/06 | 14144 | $887.24 | Asserted Amount Claims | 05-44640 | $887.24 | General Unsecured |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez<br>c/o Goldman Sachs & Co<br>30 Hudson 17th Fl<br>Jersey City, NJ 07302 | 7/31/06 | 14145 | $9,359.53 | Asserted Amount Claims | 05-44640 | $9,359.53 | General Unsecured |
| Gruner AG | Gruner AG Eduard Spreitzer CEO<br>Burglerstrasse 15 17<br>Wehingen,  78564 GERMANY | 11/23/05 | 831 | $3,847.71 | Asserted Amount Claims | 05-44567 | $3,847.71 | General Unsecured |
| Henkel Surface Technologies | Henkel Surface Technologies<br>32100 Stephenson Hwy<br>Madison Heights, MI 48071 | 5/22/06 | 6497 | $67,576.91 | Asserted Amount Claims | 05-44640 | $67,576.91 | General Unsecured |
| Henkel Surface Technologies | Drinker Biddle & Reath LLP<br>Attn David B Aaronson<br>One Logan Sq 18th & Cherry Streets<br>Philadelphia, PA 19103 | 5/22/06 | 6497 | $67,576.91 | Asserted Amount Claims | 05-44640 | $67,576.91 | General Unsecured |
| ILM Tool Inc | ILM Tool Inc<br>23301 Clawiter Rd<br>Hayward, CA 94545 | 11/22/05 | 773 | $112,139.54 | Asserted Amount Claims | 05-44511 | $112,139.54 | General Unsecured |
| Iron Mountain Information Management Inc | R Frederick Linfesty Esq<br>Iron Mountain Inc<br>745 Atlantic Ave 10th Fl<br>Boston, MA 02111 | 11/17/05 | 646 | $33,597.65 | Asserted Amount Claims | 05-44640 | $33,597.65 | General Unsecured |
| John E Benz & Co | Attn Jeremy R Johnson Esq<br>c/o DLA Piper Rudnick Gray Cary US LLP<br>1251 Avenue of the Americas<br>New York, NY 10020-5283 | 7/31/06 | 14314 | $87,701.00 | Asserted Amount Claims | 05-44640 | $87,701.00 | General Unsecured |
| JPMorgan Chase Bank NA | Attn Neema Veluvolu<br>4 New York Plaza Fl 16<br>New York, NY 10004-2413 | 6/22/07 | 16616 | $414,063.61 | Asserted Amount Claims | 05-44640 | $414,063.61 | General Unsecured |

12/26/2008 4:37 PM
Omni 32 Order Exhibit A Service List

Delphi Corporation
Thirty-Second Omnibus Objection Order
Exhibit A Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Allowed Debtor | Allowed Amount | Allowed Nature |
| JPMorgan Chase Bank NA | JPMorgan Chase Bank NA
270 Park Ave
New York, NY 10017 | 6/22/07 | 16616 | $414,063.61 | Asserted Amount Claims | 05-44640 | $414,063.61 | General Unsecured |
| Judco Manufacturing Inc | 1429 W 240th St
Harbor City, CA 90710 | 8/9/06 | 16012 | $2,605.25 | Asserted Amount Claims | 05-44640 | $2,605.25 | General Unsecured |
| Longacre Master Fund Ltd | Vladimir Jelisavcic
810 Seventh Ave 33rd Fl
New York, NY 10019 | 10/30/06 | 16395 | $655,686.82 | Asserted Amount Claims | 05-44640 | $655,686.82 | General Unsecured |
| Longacre Master Fund Ltd | Kasowitz Benson Torres & Friedman LLP
David S Rosner Adam L Shiff Daniel N Zinman
Daniel A Fliman
1633 Broadway 22nd Fl
New York, NY 10019 | 10/30/06 | 16395 | $655,686.82 | Asserted Amount Claims | 05-44640 | $655,686.82 | General Unsecured |
| Microsys Technologies Inc | 3710 Nashua Drive Unit 1
Mississauga, ON L4V 1M5 Canada | 2/17/06 | 2053 | $9,044.19 | Asserted Amount Claims | 05-44640 | $9,044.19 | General Unsecured |
| Neosong Usa Inc | 718 W Longview Ln
Palatine, IL 60067 | 5/8/06 | 5053 | $2,502.00 | Asserted Amount Claims | 05-44567 | $2,502.00 | General Unsecured |
| Parkview Metal Products | c/o Robert D Wolford
Miller Johnson
PO Box 306
Grand Rapids, MI 49501-0306 | 7/31/06 | 13929 | $187,374.96 | Asserted Amount Claims | 05-44640 | $187,374.96 | General Unsecured |
| Parkview Metal Products | Miller Johnson
Thomas P Sarb
250 Monroe Ave NW Ste 800 PO Box 306
Grand Rapids, MI 49501-0306 | 7/31/06 | 13929 | $187,374.96 | Asserted Amount Claims | 05-44640 | $187,374.96 | General Unsecured |
| Parkview Metal Products | Parkview Metal Products Inc
1275 Ensell Rd
Lake Zurich, IL 60047 | 7/31/06 | 13929 | $187,374.96 | Asserted Amount Claims | 05-44640 | $187,374.96 | General Unsecured |
| Riverside Claims LLC as Assignee for Jan Pak Huntsville | Riverside Claims LLC
PO Box 626 Planetarium Station
New York, NY 10024 | 11/25/05 | 4045 | $4,691.52 | Asserted Amount Claims | 05-44640 | $4,691.52 | General Unsecured |
| Riverside Claims LLC as Assignee for Standard Scale & Supply Co | Riverside Claims LLC
PO Box 626 Planetarium Station
New York, NY 10024 | 6/30/06 | 8865 | $2,026.50 | Asserted Amount Claims | 05-44640 | $2,026.50 | General Unsecured |

12/26/2008 4:37 PM
Omni 32 Order Exhibit A Service List

Delphi Corporation
Thirty-Second Omnibus Objection Order
Exhibit A Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Allowed Debtor | Allowed Amount | Allowed Nature |
| Riverside Claims LLC as Assignee for Whyco Finishing Technologies LLC | Riverside Claims LLC PO Box 626 Planetarium Station New York, NY 10024 | 6/30/06 | 8874 | $101,655.48 | Asserted Amount Claims | 05-44640 | $101,655.48 | General Unsecured |
| SBC Global | PO Box 981268 West Sacramento, CA 95798 | 1/17/06 | 1581 | $816.99 | Asserted Amount Claims | 05-44624 | $816.99 | General Unsecured |
| Sierra Liquidity Fund LLC Assignee Metric Equipment Sales Inc Assignor | Sierra Liquidity Fund 2699 White Rd Ste 255 Irvine, CA 92614 | 8/9/06 | 15976 | $991.00 | Asserted Amount Claims | 05-44640 | $991.00 | General Unsecured |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Attn Brian A Jarmain Two Greenwich Plz 1st Fl Greenwich, CT 06830 | 7/28/06 | 12186 | $48,161.52 | Asserted Amount Claims | 05-44640 | $48,161.52 | General Unsecured |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Attn Brian A Jarmain Two Greenwich Plz 1st Fl Greenwich, CT 06830 | 7/28/06 | 12257 | $217,822.60 | Asserted Amount Claims | 05-44567 | $217,822.60 | General Unsecured |
| Special Situations Investing Group Inc | Attn Al Dombrowski c/o Goldman Sachs & Co 85 Broad St 27th Fl New York, NY 10004 | 7/31/06 | 14137 | $2,752,068.75 | Asserted Amount Claims | 05-44640 | $2,752,068.75 | General Unsecured |
| Special Situations Investing Group Inc | Goodwin Procter LLP Allan S Brilliant Emanuel C Grillo Brian W Harvey 599 Lexington Ave New York, NY 10022 | 7/31/06 | 14137 | $2,752,068.75 | Asserted Amount Claims | 05-44640 | $2,752,068.75 | General Unsecured |
| The Growing Concern | Jennifer Jones 1918 Bassett El Paso, TX 79901 | 1/10/06 | 1507 | $1,039.50 | Asserted Amount Claims | 05-44640 | $1,039.50 | General Unsecured |
| VERITAS Software Corporation | Lawrence Schwab Thomas Gaa Bialson Bergen & Schwab 2600 El Camino Real Ste 300 Palo Alto, CA 94306 | 7/26/06 | 10913 | $40,867.33 | Asserted Amount Claims | 05-44640 | $40,867.33 | General Unsecured |

12/26/2008 4:37 PM
Omni 32 Order Exhibit A Service List

# EXHIBIT G

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti
Thomas J. Matz

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
        In re                             :    Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :    Case No. 05-44481 (RDD)
                                          :
                      Debtors.            :    (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF ENTRY OF ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R.
BANKR. P. 3007 REGARDING (A) ASSERTED AMOUNT CLAIMS, (B) CLAIMS
SUBJECT TO MODIFICATION, AND (C) CLAIMS TO BE EXPUNGED, AS
IDENTIFIED IN THIRTY-SECOND OMNIBUS CLAIMS OBJECTION

PLEASE TAKE NOTICE that on December 17, 2008, the United States Bankruptcy Court for the Southern District of New York entered an Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Regarding (A) Asserted Amount Claims, (B) Claims Subject To Modification, And (C) Claims To Be Expunged, As Identified In The Thirty-Second Omnibus Claims Objection (the "Thirty-Second Omnibus Claims Objection Order").

PLEASE TAKE FURTHER NOTICE THAT a copy of the Thirty-Second Omnibus Claims Objection Order, excluding exhibits, is attached hereto.

PLEASE TAKE FURTHER NOTICE that the proof of claim no. listed below, which you filed against Delphi Corporation and/or other of its subsidiaries and affiliates that are debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), was subject to the Thirty-Second Omnibus Claims Objection Order, was listed on Exhibit _____ to the Thirty-Second Omnibus Claims Objection Order, and was accordingly allowed, as provided below in the column entitled "Treatment Of Claim."

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Allowed Debtor | Allowed Amount | Allowed Nature |
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ | ❾ |

PLEASE TAKE FURTHER NOTICE that you may view the complete exhibits to the Thirty-Second Omnibus Claims Objection Order by requesting a copy from the claims and noticing agent in the above-captioned chapter 11 cases, Kurtzman Carson Consultants LLC, at

---

[1]        Asserted Claim Amounts listed as UNL reflect that the claim amount asserted is unliquidated.

2

1-888-249-2691 or by accessing the Debtors' Legal Information Website at

www.delphidocket.com.

Dated:  New York, New York
December 24, 2008

BY ORDER OF THE COURT

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

    - and -

Kayalyn A. Marafioti
Thomas J. Matz
SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

3

# EXHIBIT H

Delphi Corporation
Thirty-Second Omnibus Objection Order
Exhibit B (single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Allowed Debtor | Allowed Amount | Allowed Nature |
| ABC Technologies Inc | Brian Illion ABC Group 2 Norelco Dr Toronto, ON M9L 2X6 Canada | 12/15/05 | 1168 | $70,900.93 | Claims Subject To Modification | 05-44640 | $53,744.60 | General Unsecured |
| ABC Technologies Inc | Foley & Lardner LLP Hilary Jewett 90 Park Ave New York, NY 10016 | 12/15/05 | 1168 | $70,900.93 | Claims Subject To Modification | 05-44640 | $53,744.60 | General Unsecured |
| ABC Technologies Inc | Foley & Lardner LLP Judy A O Neill 500 Woodward Ave Ste 2700 Detroit, MI 48226 | 12/15/05 | 1168 | $70,900.93 | Claims Subject To Modification | 05-44640 | $53,744.60 | General Unsecured |
| Amroc Investments LLC | Attn David S Leinwand Esq 535 Madison Ave 15th Fl New York, NY 10022 | 6/6/06 | 7514 | $58,187.44 | Claims Subject To Modification | 05-44640 | $0.00 | General Unsecured |
| Amroc Investments LLC | Attn David S Leinwand Esq 535 Madison Ave 15th Fl New York, NY 10022 | 7/27/06 | 11264 | $673,272.82 | Claims Subject To Modification | 05-44640 | $673,122.03 | General Unsecured |
| Argo Partners | Argo Partners 12 W 37th St 9th Fl New York, NY 10018 | 7/31/06 | 14277 | $88,154.71 | Claims Subject To Modification | 05-44640 | $85,085.84 | General Unsecured |
| Argo Partners | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/31/06 | 14277 | $88,154.71 | Claims Subject To Modification | 05-44640 | $85,085.84 | General Unsecured |
| Argo Partners | Argo Partners 12 W 37th St 9th Fl New York, NY 10018 | 7/31/06 | 14278 | $18,704.93 | Claims Subject To Modification | 05-44640 | $13,927.33 | General Unsecured |
| Argo Partners | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/31/06 | 14278 | $18,704.93 | Claims Subject To Modification | 05-44640 | $13,927.33 | General Unsecured |
| ASM Capital | 7600 Jericho Tpke Ste 302 Woodbury, NY 11797 | 3/16/06 | 2317 | $88,316.34 | Claims Subject To Modification | 05-44640 | $85,117.00 | General Unsecured |

12/26/2008 4:37 PM
Omni 32 Order Exhibit B single Service List

Delphi Corporation
Thirty-Second Omnibus Objection Order
Exhibit B (single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Allowed Debtor | Allowed Amount | Allowed Nature |
| ASM Capital | Damon & Morey LLP<br>Attn Beth Ann Bivona<br>1000 Cathedral Pl 298 Main St<br>Buffalo, NY 14202-4096 | 3/16/06 | 2317 | $88,316.34 | Claims Subject To Modification | 05-44640 | $85,117.00 | General Unsecured |
| ASM Capital | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman<br>Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 3/16/06 | 2317 | $88,316.34 | Claims Subject To Modification | 05-44640 | $85,117.00 | General Unsecured |
| ASM Capital II LP | ASM Capital II LP<br>7600 Jericho Turnpike Ste 302<br>Woodbury, NY 11797 | 11/6/06 | 16406 | $149,294.92 | Claims Subject To Modification | 05-44640 | $138,261.83 | General Unsecured |
| ASM Capital II LP | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman<br>Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 11/6/06 | 16406 | $149,294.92 | Claims Subject To Modification | 05-44640 | $138,261.83 | General Unsecured |
| Bear Stearns Investment Products Inc | Attn Susan Mcnamara<br>co JPMorgan Chase Bank NA<br>Legal Dept 1 Chase Manhattan Plaza 26th Fl<br>New York, NY 10081 | 7/11/06 | 9261 | $4,251,232.51 | Claims Subject To Modification | 05-44640 | $3,929,761.02 | General Unsecured |
| Bear Stearns Investment Products Inc | Attn Susan Mcnamara<br>co JPMorgan Chase Bank NA<br>Legal Dept 1 Chase Manhattan Plaza 26th Fl<br>New York, NY 10081 | 7/18/06 | 9771 | $977,354.65 | Claims Subject To Modification | 05-44640 | $775,000.00 | General Unsecured |
| Bear Stearns Investment Products Inc | Attn Susan Mcnamara<br>co JPMorgan Chase Bank NA<br>Legal Dept 1 Chase Manhattan Plaza 26th Fl<br>New York, NY 10081 | 7/18/06 | 9772 | $72,034.20 | Claims Subject To Modification | 05-44640 | $72,025.32 | General Unsecured |
| Bear Stearns Investment Products Inc | Attn Susan Mcnamara<br>co JPMorgan Chase Bank NA<br>Legal Dept 1 Chase Manhattan Plaza 26th Fl<br>New York, NY 10081 | 7/18/06 | 9798 | $37,253.38 | Claims Subject To Modification | 05-44640 | $28,772.36 | General Unsecured |
| Bear Stearns Investment Products Inc | Attn Susan Mcnamara<br>co JPMorgan Chase Bank NA<br>Legal Dept 1 Chase Manhattan Plaza 26th Fl<br>New York, NY 10081 | 7/27/06 | 11256 | $2,405,898.43 | Claims Subject To Modification | 05-44640 | $1,950,968.78 | General Unsecured |

12/26/2008 4:37 PM
Omni 32 Order Exhibit B single Service List

Delphi Corporation
Thirty-Second Omnibus Objection Order
Exhibit B (single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Allowed Debtor | Allowed Amount | Allowed Nature |
| Beaver Valley Manufacturing Inc | Ira Rubin<br>Goldman Rubin & Shapiro<br>1340 Woodman Dr<br>Dayton, OH 45432 | 6/15/07 | 16615 | $180,633.39 | Claims Subject To Modification | 05-44640 | $173,347.89 | General Unsecured |
| Contrarian Funds LLC | Attn Alisa Mumola<br>411 W Putnam Ave S 225<br>Greenwich, CT 06830 | 5/10/06 | 5568 | $307,574.95 | Claims Subject To Modification | 05-44640 | $307,010.23 | General Unsecured |
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman<br>Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 5/10/06 | 5568 | $307,574.95 | Claims Subject To Modification | 05-44640 | $307,010.23 | General Unsecured |
| Contrarian Funds LLC | Attn Alpa Jimenez<br>411 W Putnam Ave Ste 225<br>Greenwich, CT 06830 | 5/17/06 | 6147 | $2,996,365.10 | Claims Subject To Modification | 05-44640 | $2,984,898.81 | General Unsecured |
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman<br>Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 5/17/06 | 6147 | $2,996,365.10 | Claims Subject To Modification | 05-44640 | $2,984,898.81 | General Unsecured |
| Contrarian Funds LLC | Attn Alpa Jimenez<br>411 W Putnam Ave Ste 225<br>Greenwich, CT 06830 | 6/15/06 | 8012 | $856,055.16 | Claims Subject To Modification | 05-44640 | $791,010.71 | General Unsecured |
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman<br>Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 6/15/06 | 8012 | $856,055.16 | Claims Subject To Modification | 05-44640 | $791,010.71 | General Unsecured |
| Contrarian Funds LLC | Attn Alisa Mumola<br>411 W Putnam Ave S 225<br>Greenwich, CT 06830 | 7/25/06 | 10579 | $760,117.01 | Claims Subject To Modification | 05-44640 | $753,910.00 | General Unsecured |
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman<br>Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 7/25/06 | 10579 | $760,117.01 | Claims Subject To Modification | 05-44640 | $753,910.00 | General Unsecured |
| Contrarian Funds LLC | Attn Alisa Mumola<br>411 W Putnam Ave S 225<br>Greenwich, CT 06830 | 7/25/06 | 10580 | $203,432.68 | Claims Subject To Modification | 05-44640 | $192,311.59 | General Unsecured |

12/26/2008 4:37 PM
Omni 32 Order Exhibit B single Service List

Delphi Corporation
Thirty-Second Omnibus Objection Order
Exhibit B (single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Allowed Debtor | Allowed Amount | Allowed Nature |
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/25/06 | 10580 | $203,432.68 | Claims Subject To Modification | 05-44640 | $192,311.59 | General Unsecured |
| Contrarian Funds LLC | Attn Alpa Jimenez 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 7/31/06 | 13775 | $188,727.41 | Claims Subject To Modification | 05-44640 | $184,726.19 | General Unsecured |
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/31/06 | 13775 | $188,727.41 | Claims Subject To Modification | 05-44640 | $184,726.19 | General Unsecured |
| Contrarian Funds LLC | Attn Alisa Mumola 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 7/31/06 | 15211 | $1,352,891.10 | Claims Subject To Modification | 05-44640 | $626,637.92 | General Unsecured |
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/31/06 | 15211 | $1,352,891.10 | Claims Subject To Modification | 05-44640 | $626,637.92 | General Unsecured |
| Contrarian Funds LLC | Attn Alpa Jimenez 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 7/31/06 | 15627 | $147,402.29 | Claims Subject To Modification | 05-44640 | $144,511.61 | General Unsecured |
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/31/06 | 15627 | $147,402.29 | Claims Subject To Modification | 05-44640 | $144,511.61 | General Unsecured |
| Contrarian Funds LLC | Attn Alisa Mumola 411 W Putnam Ave S 225 Greenwich, CT 06830 | 12/8/06 | 16447 | $76,844.72 | Claims Subject To Modification | 05-44567 | $92,839.58 | General Unsecured |
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 12/8/06 | 16447 | $76,844.72 | Claims Subject To Modification | 05-44567 | $92,839.58 | General Unsecured |

12/26/2008 4:37 PM
Omni 32 Order Exhibit B single Service List

Delphi Corporation
Thirty-Second Omnibus Objection Order
Exhibit B (single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Allowed Debtor | Allowed Amount | Allowed Nature |
| Contrarian Funds LLC | Attn Alisa Mumola 411 W Putnam Ave S 225 Greenwich, CT 06830 | 3/12/07 | 16570 | $337,154.09 | Claims Subject To Modification | 05-44640 | $334,006.68 | General Unsecured |
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 3/12/07 | 16570 | $337,154.09 | Claims Subject To Modification | 05-44640 | $334,006.68 | General Unsecured |
| Contrarian Funds LLC as Assignee of Blissfield Manufacturing Company | Attn Alpa Jimenez 411 West Putnam Ave Ste 425 Greenwich, CT 06830 | 7/7/06 | 9109 | $1,254,290.43 | Claims Subject To Modification | 05-44640 | $1,253,738.05 | General Unsecured |
| Contrarian Funds LLC as Assignee of Blissfield Manufacturing Company | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/7/06 | 9109 | $1,254,290.43 | Claims Subject To Modification | 05-44640 | $1,253,738.05 | General Unsecured |
| Contrarian Funds LLC as assignee of Camoplast Incorporated | Contrarian Funds LLC Attn Alpa Jimenez 411 West Putnam Avenue Ste 225 Greenwich, CT 06830 | 7/28/06 | 12691 | $1,539,602.72 | Claims Subject To Modification | 05-44640 | $1,534,352.39 | General Unsecured |
| Contrarian Funds LLC as assignee of Camoplast Incorporated | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/28/06 | 12691 | $1,539,602.72 | Claims Subject To Modification | 05-44640 | $1,534,352.39 | General Unsecured |
| Contrarian Funds LLC as Assignee of Capstan Atlantic | Attn Alpa Jimenez 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 6/2/06 | 7374 | $595,983.31 | Claims Subject To Modification | 05-44640 | $530,803.34 | General Unsecured |
| Contrarian Funds LLC as Assignee of Capstan Atlantic | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 6/2/06 | 7374 | $595,983.31 | Claims Subject To Modification | 05-44640 | $530,803.34 | General Unsecured |
| Contrarian Funds LLC as Assignee of Electronic Services LLC DBA CSI Electronics | Attn Alpa Jimenez 411 West Putnam Ave Ste 225 Greenwich, CT 06830 | 7/7/06 | 9112 | $135,377.75 | Claims Subject To Modification | 05-44640 | $131,228.12 | General Unsecured |

12/26/2008 4:37 PM
Omni 32 Order Exhibit B single Service List

Delphi Corporation
Thirty-Second Omnibus Objection Order
Exhibit B (single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Allowed Debtor | Allowed Amount | Allowed Nature |
| Contrarian Funds LLC as Assignee of Electronic Services LLC DBA CSI Electronics | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/7/06 | 9112 | $135,377.75 | Claims Subject To Modification | 05-44640 | $131,228.12 | General Unsecured |
| Contrarian Funds LLC as assignee of Flow Dry Technology Ltd | Contrarian Funds LLC Attn Alpa Jimenez 411 West Putnam Avenue Ste 225 Greenwich, CT 06830 | 7/28/06 | 12689 | $176,114.66 | Claims Subject To Modification | 05-44640 | $174,308.42 | General Unsecured |
| Contrarian Funds LLC as assignee of Flow Dry Technology Ltd | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/28/06 | 12689 | $176,114.66 | Claims Subject To Modification | 05-44640 | $174,308.42 | General Unsecured |
| Contrarian Funds LLC as Assignee of IMCO Inc | Attn Alpa Jiminez 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 5/31/06 | 7237 | $241,702.84 | Claims Subject To Modification | 05-44640 | $236,776.04 | General Unsecured |
| Contrarian Funds LLC as Assignee of IMCO Inc | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 5/31/06 | 7237 | $241,702.84 | Claims Subject To Modification | 05-44640 | $236,776.04 | General Unsecured |
| Contrarian Funds LLC as assignee of INA USA Corporation | Contrarian Funds LLC Attn Alpa Jimenez 411 West Putnam Avenue Ste 225 Greenwich, CT 06830 | 7/28/06 | 12686 | $2,466,373.54 | Claims Subject To Modification | 05-44640 | $2,319,296.37 | General Unsecured |
| Contrarian Funds LLC as assignee of INA USA Corporation | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/28/06 | 12686 | $2,466,373.54 | Claims Subject To Modification | 05-44640 | $2,319,296.37 | General Unsecured |
| Contrarian Funds LLC as Assignee of Prestolite Wire Corporation | Attn Alpa Jimenez Contrarian Funds LLC 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 7/7/06 | 9113 | $116,590.48 | Claims Subject To Modification | 05-44640 | $103,372.28 | General Unsecured |

12/26/2008 4:37 PM
Omni 32 Order Exhibit B single Service List

Delphi Corporation
Thirty-Second Omnibus Objection Order
Exhibit B (single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Allowed Debtor | Allowed Amount | Allowed Nature |
| Contrarian Funds LLC as Assignee of Prestolite Wire Corporation | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/7/06 | 9113 | $116,590.48 | Claims Subject To Modification | 05-44640 | $103,372.28 | General Unsecured |
| Contrarian Funds LLC as assignee of Regency McAllen | Attn Alpa Jimenez 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 7/24/06 | 10387 | $36,892.83 | Claims Subject To Modification | 05-44640 | $34,687.23 | General Unsecured |
| Contrarian Funds LLC as assignee of Regency McAllen | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/24/06 | 10387 | $36,892.83 | Claims Subject To Modification | 05-44640 | $34,687.23 | General Unsecured |
| Contrarian Funds LLC as Assignee of Strattec Security Corp | Alpa Jimenez Contrarian Funds LLC 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 7/28/06 | 12692 | $3,398,927.24 | Claims Subject To Modification | 05-44640 | $3,397,304.07 | General Unsecured |
| Contrarian Funds LLC as Assignee of Strattec Security Corp | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/28/06 | 12692 | $3,398,927.24 | Claims Subject To Modification | 05-44640 | $3,397,304.07 | General Unsecured |
| Contrarian Funds LLC as Assignee of Trelleborg Kunhwa Co Ltd | Alpa Jimenez Contrarian Funds LLC 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 7/28/06 | 12695 | $120,459.00 | Claims Subject To Modification | 05-44640 | $77,394.00 | General Unsecured |
| Contrarian Funds LLC as Assignee of Trelleborg Kunhwa Co Ltd | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/28/06 | 12695 | $120,459.00 | Claims Subject To Modification | 05-44640 | $77,394.00 | General Unsecured |
| Contrarian Funds LLC as Assignee of Trelleborg Ysh Inc | Alpa Jimenez Contrarian Funds LLC 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 7/28/06 | 12696 | $109,002.60 | Claims Subject To Modification | 05-44640 | $89,520.40 | General Unsecured |

Delphi Corporation
Thirty-Second Omnibus Objection Order
Exhibit B (single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Allowed Debtor | Allowed Amount | Allowed Nature |
| Contrarian Funds LLC as Assignee of Trelleborg Ysh Inc | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/28/06 | 12696 | $109,002.60 | Claims Subject To Modification | 05-44640 | $89,520.40 | General Unsecured |
| Contrarian Funds LLC as Assignee of Trelleborg Ysh SA de CV | Alpa Jimenez Contrarian Funds LLC 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 7/28/06 | 12694 | $91,243.71 | Claims Subject To Modification | 05-44640 | $82,066.83 | General Unsecured |
| Contrarian Funds LLC as Assignee of Trelleborg Ysh SA de CV | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/28/06 | 12694 | $91,243.71 | Claims Subject To Modification | 05-44640 | $82,066.83 | General Unsecured |
| Contrarian Funds LLC as Assignee of Trostel Ltd | Alpa Jimenez Contrarian Funds LLC 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 7/28/06 | 12693 | $1,494,571.82 | Claims Subject To Modification | 05-44640 | $1,220,897.18 | General Unsecured |
| Contrarian Funds LLC as Assignee of Trostel Ltd | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/28/06 | 12693 | $1,494,571.82 | Claims Subject To Modification | 05-44640 | $1,220,897.18 | General Unsecured |
| Contrarian Funds LLC as Assignee of Whirlaway Corporation | Attn Alpa Jimenez Contrarian Funds LLC 411 W Putnam Ave  Ste 225 Greenwich, CT 06830 | 7/18/06 | 9793 | $568,283.69 | Claims Subject To Modification | 05-44640 | $557,199.69 | General Unsecured |
| Contrarian Funds LLC as Assignee of Whirlaway Corporation | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/18/06 | 9793 | $568,283.69 | Claims Subject To Modification | 05-44640 | $557,199.69 | General Unsecured |
| Contrarian Funds LLC as Transferee of United Stars Industries Inc | Attn Alpa Jimenez Contrarian Funds LLC 411 W Putnam Ave Ste 225 Greenwich, Ct 06830 | 11/13/07 | 16745 | $13,238.61 | Claims Subject To Modification | 05-44640 | $12,546.16 | General Unsecured |

12/26/2008 4:37 PM
Omni 32 Order Exhibit B single Service List

Delphi Corporation
Thirty-Second Omnibus Objection Order
Exhibit B (single) Service List

| | | 1 | | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Allowed Debtor | Allowed Amount | Allowed Nature |
|---|---|---|---|---|---|---|---|---|
| Contrarian Funds LLC as Transferee of United Stars Industries Inc | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 11/13/07 | 16745 | $13,238.61 | Claims Subject To Modification | 05-44640 | $12,546.16 | General Unsecured |
| CTS Corporation | 171 Covington Dr Bloomingdale, IL 60108 | 7/27/06 | 11256 | $2,405,898.43 | Claims Subject To Modification | 05-44640 | $401,296.27 | General Unsecured |
| CTS Corporation | CTS Corporation Attn Elizabeth Bottorff Ahlemann Senior Legal Counsel 905 W Blvd N Elkhart, IN 46514 | 7/27/06 | 11256 | $2,405,898.43 | Claims Subject To Modification | 05-44640 | $401,296.27 | General Unsecured |
| EMC2 Corporation | c/o Receivable Management Services RMS PO Box 5126 Timonium, MD 21094 | 7/31/06 | 14837 | $115,123.63 | Claims Subject To Modification | 05-44640 | $73,757.89 | General Unsecured |
| Empresas Ca Le Tiaxcala SA de CV | Stephen Bobo Sachnoff & Weaver Ltd 10 S Wacker Dr Ste 4000 Chicago, IL 60606 | 7/31/06 | 15511 | $184,306.40 | Claims Subject To Modification | 05-44640 | $74,000.00 | General Unsecured |
| Empresas Ca Le Tiaxcala SA de CV | Empresas Ca Le De Tlaxcala Sa De Cveft Manzana 2 Seccion C Cd Ind Xicohtengatl Tetla Tlaxgala Mexico,   Mexico | 7/31/06 | 15511 | $184,306.40 | Claims Subject To Modification | 05-44640 | $74,000.00 | General Unsecured |
| Empresas Ca Le Tiaxcala SA de CV | Empresas CA LE DE Tlaxcala SA de CV 5757 N Green Bay Ave X 75 Milwaukee Milwaukee, WI 53209 | 7/31/06 | 15511 | $184,306.40 | Claims Subject To Modification | 05-44640 | $74,000.00 | General Unsecured |
| Empresas Ca Le Tiaxcala SA de CV | Reed Smith LLP Elena Lazarou 599 Lexington Ave New York, NY 10022 | 7/31/06 | 15511 | $184,306.40 | Claims Subject To Modification | 05-44640 | $74,000.00 | General Unsecured |
| Fastenal Company | Attn Legal PO Box 978 Winona, MN 55987-0978 | 6/6/06 | 7514 | $58,187.44 | Claims Subject To Modification | 05-44640 | $1,567.26 | General Unsecured |
| FIRST TECHNOLOGY HOLDINGS INC AND AFFILIATES AND SUBSIDIARIES AND CONTROL DEVICES INC AND FIRST INERTIA SWITCH LIMITED | THOMAS SKIBINSKI CONTROL DEVICES INC AND FIRST INERTIA SWITCH C O SENSATA TECHNOLOGIES INC 529 PLEASANT ST MS B 1 ATTLEBORO, MA 02703 | 11/6/07 | 16739 | $633,258.00 | Claims Subject To Modification | 05-44640 | $566,254.64 | General Unsecured |

Delphi Corporation
Thirty-Second Omnibus Objection Order
Exhibit B (single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Allowed Debtor | Allowed Amount | Allowed Nature |
| FIRST TECHNOLOGY HOLDINGS INC AND AFFILIATES AND SUBSIDIARIES AND CONTROL DEVICES INC AND FIRST INERTIA SWITCH LIMITED | RICHARD C PEDONE NIXON PEABODY LLP 100 SUMMER ST BOSTON, MA 02110 | 11/6/07 | 16739 | $633,258.00 | Claims Subject To Modification | 05-44640 | $566,254.64 | General Unsecured |
| Firstenergy Solutions Corp | Bankruptcy Analyst 395 Ghent Rd Akron, OH 44333 | 3/20/06 | 2342 | $2,801,641.96 | Claims Subject To Modification | 05-44640 | $2,445,010.64 | General Unsecured |
| Fraenkische USA LP | Attn Simone Kraus Smith Gambreil & Russell LLP 1230 Peachtree St NE Promenade II Ste 3100 Atlanta, GA 30309 | 6/8/06 | 16511 | $59,175.40 | Claims Subject To Modification | 05-44640 | $32,056.78 | General Unsecured |
| Fraenkische USA LP | Fraenkische USA 416 AM Ellison Rd Anderson, SC 29621 | 6/8/06 | 16511 | $59,175.40 | Claims Subject To Modification | 05-44640 | $32,056.78 | General Unsecured |
| Freudenberg Nonwovens Lp Eft | 2975 Pembroke Rd Hopkinsville, KY 42240 | 5/10/06 | 5463 | $17,971.26 | Claims Subject To Modification | 05-44640 | $10,115.16 | General Unsecured |
| Freudenberg Nonwovens Lp Eft | Bodman Llp Ralph E Mcdowell 100 Renaissance Ctr 34th Fl Detroit, MI 48243 | 5/10/06 | 5463 | $17,971.26 | Claims Subject To Modification | 05-44640 | $10,115.16 | General Unsecured |
| Futaba Corporation Of America | 711 E State Pky Schaumburg, IL 60173 | 7/11/06 | 9261 | $4,251,232.51 | Claims Subject To Modification | 05-44640 | $197,369.77 | General Unsecured |
| Futaba Corporation Of America | Burr & Forman LLP Michael Leo Hall 420 N 20th St Ste 3100 Birmingham, AL 35203 | 7/11/06 | 9261 | $4,251,232.51 | Claims Subject To Modification | 05-44640 | $197,369.77 | General Unsecured |
| GE Consumer & Industrial f k a GE Lighting | Michael B Bach Esq 11256 Cornell Park Dr Ste 500 Cincinnati, OH 45242 | 7/21/06 | 10191 | $7,020.00 | Claims Subject To Modification | 05-44640 | $3,680.00 | General Unsecured |
| GE Consumer & Industrial f k a GE Lighting | Michael B Bach Esq 11256 Cornell Park Dr Ste 500 Cincinnati, OH 45242 | 7/21/06 | 10192 | $5,295.00 | Claims Subject To Modification | 05-44567 | $2,783.00 | General Unsecured |
| GE Consumer & Industrial f k a GE Lighting | Day Pitney LLP Attn Richard M Meth 200 Campus Dr Florham Park, NJ 07932-0950 | 7/21/06 | 10192 | $5,295.00 | Claims Subject To Modification | 05-44567 | $2,783.00 | General Unsecured |

12/26/2008 4:37 PM
Omni 32 Order Exhibit B single Service List

Delphi Corporation
Thirty-Second Omnibus Objection Order
Exhibit B (single) Service List

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Allowed Debtor | Allowed Amount | Allowed Nature |
| | GE Consumer & Industrial f k a GE Lighting | Day Pitney LLP Attn Richard M Meth 7 Times Sq New York, NY 10036-7311 | 7/21/06 | 10192 | $5,295.00 | Claims Subject To Modification | 05-44567 | $2,783.00 | General Unsecured |
| | GE Consumer & Industrial f k a GE Lighting | Day Pitney LLP Attn Richard M Meth PO Box 1945 Morristown, NJ 07962-1945 | 7/21/06 | 10192 | $5,295.00 | Claims Subject To Modification | 05-44567 | $2,783.00 | General Unsecured |
| | General Electric Company GE Fanuc Automation North America Inc | Michael R Enright Esq Robinson & Cole LLP 280 Trumbull St Hartford, CT 06103 | 11/10/05 | 500 | $6,837.48 | Claims Subject To Modification | 05-44640 | $2,279.16 | General Unsecured |
| | Goldman Sachs Credit Partners LP Assignee of Siemens VDO Automotive Corporation and Siemens VDO Automotive Inc | One New York Plaza 42nd Fl New York, NY 10004 | 7/31/06 | 15064 | $5,895,235.82 | Claims Subject To Modification | 05-44640 | $5,711,817.00 | General Unsecured |
| | Goldman Sachs Credit Partners LP Assignee of Siemens VDO Automotive Corporation and Siemens VDO Automotive Inc | Brown Rudnick Berlack Israels LLP Attn Steven D Pohl One Financial Center Boston, MA 02111 | 7/31/06 | 15064 | $5,895,235.82 | Claims Subject To Modification | 05-44640 | $5,711,817.00 | General Unsecured |
| | Goldman Sachs Credit Partners LP Assignee of Siemens VDO Automotive Corporation and Siemens VDO Automotive Inc | Goldman Sachs Credit Partners LP assignee of Siemans VDO Automotive Corporation and Siemans VDO Automotive Inc Attn Steven F Wasserman Esq Brown Rudnick Berlack Israels LLP Seven Times Square New York, NY 10036 | 7/31/06 | 15064 | $5,895,235.82 | Claims Subject To Modification | 05-44640 | $5,711,817.00 | General Unsecured |
| | Hewlett Packard Company | Attn K Higman 2125 E Katella Ave Ste 400 Anaheim, CA 92806 | 7/11/06 | 9352 | $4,948,005.65 | Claims Subject To Modification | 05-44640 | $4,921,104.00 | General Unsecured |
| | Hewlett Packard Company | Hewlett Packard Co Legal Dept MS 20 BQ Palo Alto, CA 94304-1112 | 7/11/06 | 9352 | $4,948,005.65 | Claims Subject To Modification | 05-44640 | $4,921,104.00 | General Unsecured |
| | Infineon Technologies North America Corp | Arlene N Gelman Sachnoff & Weaver Ltd 10 S Wacker Dr 40th Fl Chicago, IL 60606 | 7/28/06 | 11968 | $6,491,471.33 | Claims Subject To Modification | 05-44640 | $6,403,761.10 | General Unsecured |

12/26/2008 4:37 PM
Omni 32 Order Exhibit B single Service List

Delphi Corporation
Thirty-Second Omnibus Objection Order
Exhibit B (single) Service List

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Allowed Debtor | Allowed Amount | Allowed Nature |
| | Infineon Technologies North America Corp | Reed Smith LLP Elena Lazarou 599 Lexington Ave New York, NY 10022 | 7/28/06 | 11968 | $6,491,471.33 | Claims Subject To Modification | 05-44640 | $6,403,761.10 | General Unsecured |
| | Johnson Controls Inc | Controls Group PO Box 905240 Charlotte, NC 28290-5240 | 5/16/06 | 5976 | $53,133.90 | Claims Subject To Modification | 05-44640 | $5,822.52 | General Unsecured |
| | Johnson Controls Inc | Reed Smith LLP Elena Lazarou 599 Lexington Ave New York, NY 10022 | 5/16/06 | 5976 | $53,133.90 | Claims Subject To Modification | 05-44640 | $5,822.52 | General Unsecured |
| | Johnson Controls Inc | Reed Smith LLP Stephen T Bobo Arlene N Gelman Pia N Thompson 10 S Wacker Dr 40th Fl Chicago, IL 60606 | 5/16/06 | 5976 | $53,133.90 | Claims Subject To Modification | 05-44640 | $5,822.52 | General Unsecured |
| | Judco Manufacturing Inc | 1429 W 240th St Harbor City, CA 90710 | 7/31/06 | 13445 | $52,318.51 | Claims Subject To Modification | 05-44640 | $33,938.12 | General Unsecured |
| | Kyocera Industrial Ceramics Corp | c/o Loeb & Loeb LLP 345 Park Ave 18th Fl New York, NY 10154 | 7/28/06 | 12530 | $312,610.00 | Claims Subject To Modification | 05-44640 | $137,780.00 | General Unsecured |
| | Liquidity Solutions Inc | Dba Revenue Management One University Plaza Ste 312 Hackensack, NJ 07601 | 7/18/06 | 9816 | $13,417.47 | Claims Subject To Modification | 05-44640 | $10,767.47 | General Unsecured |
| | Liquidity Solutions Inc as Assignee of Hammond Group Inc | Dba Revenue Management One University Plaza Ste 312 Hackensack, NJ 07601 | 5/2/06 | 4427 | $139,123.46 | Claims Subject To Modification | 05-44640 | $137,745.38 | General Unsecured |
| | Liquidity Solutions Inc dba Revenue Management as assignee of Digikey | Jeffrey L Caress One University Plz Ste 312 Hackensack, NJ 07601 | 7/31/06 | 15483 | $66,952.29 | Claims Subject To Modification | 05-44507 | $64,639.19 | General Unsecured |
| | Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 33rd Fl New York, NY 10019 | 3/3/06 | 2173 | $550,320.80 | Claims Subject To Modification | 05-44640 | $450,000.00 | General Unsecured |
| | Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 33rd Fl New York, NY 10019 | 7/6/06 | 9079 | $129,383.00 | Claims Subject To Modification | 05-44640 | $117,611.00 | General Unsecured |

12/26/2008 4:37 PM
Omni 32 Order Exhibit B single Service List

Delphi Corporation
Thirty-Second Omnibus Objection Order
Exhibit B (single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Allowed Debtor | Allowed Amount | Allowed Nature |
| Longacre Master Fund Ltd | Attn Dawnita Ehl c o US Bank National Association Corporate Trust Services 1420 Fifth Avenue 7th Floor Seattle, WA 98101 | 7/31/06 | 15423 | $6,153,413.36 | Claims Subject To Modification | 05-44640 | $952,100.11 | General Unsecured |
| Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 33rd Fl New York, NY 10019 | 3/20/07 | 16583 | $206,964.00 | Claims Subject To Modification | 05-44640 | $166,885.00 | General Unsecured |
| Madison Investment Trust Series 38 | Madison Investment Trust Series 38 6310 Lamar Ave Ste 120 Overland Park, KS 66202 | 2/21/06 | 2073 | $29,268.00 | Claims Subject To Modification | 05-44640 | $28,260.00 | General Unsecured |
| Madison Investment Trust Series 38 | Madison Investment Trust Series 38 6310 Lamar Ave Ste 120 Overland Park, KS 66202 | 5/1/06 | 4011 | $30,350.37 | Claims Subject To Modification | 05-44640 | $25,682.68 | General Unsecured |
| Madison Niche Opportunities Fund LLC | 6143 S Willow Dr Ste 200 Greenwood Village, CO 80111 | 5/1/06 | 3640 | $47,083.50 | Claims Subject To Modification | 05-44640 | $46,687.50 | General Unsecured |
| Marquardt GmbH | Schloss Str 16 Rietheim Weiheim, 78604  Germany | 7/28/06 | 12161 | $875,135.40 | Claims Subject To Modification | 05-44640 | $794,954.68 | General Unsecured |
| Marquardt GmbH | Bond Schoeneck & King PLLC Stephen A Donato One Lincoln Ctr 18th Fl Syracuse, NY 13202 | 7/28/06 | 12161 | $875,135.40 | Claims Subject To Modification | 05-44640 | $794,954.68 | General Unsecured |
| Minnick Ralph D | Linda George Esq Laudig George Rutherford & Sipes 156 E Market St Ste 600 Indianapolis, IN 46204 | 7/28/06 | 12043 | $30,000.00 | Claims Subject To Modification | 05-44640 | $5,000.00 | General Unsecured |
| National Instruments Corp | Order Team 11500 North Mopac Expressway Austin, TX 78759 | 7/24/06 | 10400 | $237,792.65 | Claims Subject To Modification | 05-44640 | $233,891.61 | General Unsecured |
| Phillips Robert | c/o Laudig George Rutherford & Sipes Linda George EsqW Russell Sipes 151 N Delaware St Ste 1700 Indianapolis, IN 46204-2503 | 7/28/06 | 12046 | $30,000.00 | Claims Subject To Modification | 05-44640 | $5,000.00 | General Unsecured |
| Port City Castings Corp affiliate of Port City Die Cast Inc | c/o Parmenter O Toole Port City Castings Corp 601 Terrace St Muskegon, MI 49443-0786 | 7/28/06 | 12187 | $100,551.70 | Claims Subject To Modification | 05-44640 | $3,696.39 | General Unsecured |

12/26/2008 4:37 PM
Omni 32 Order Exhibit B single Service List

Delphi Corporation
Thirty-Second Omnibus Objection Order
Exhibit B (single) Service List

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Allowed Debtor | Allowed Amount | Allowed Nature |
| | PPG Industries Inc | One PPG Pl<br>Pittsburgh, PA 15272 | 7/25/06 | 10710 | $574,896.85 | Claims Subject To Modification | 05-44640 | $246,553.06 | General Unsecured |
| | PPG Industries Inc | Kirkpatrick & Lockhart Nicholson Graham LLP<br>Robert N Michaelson Esq<br>599 Lexington Ave<br>New York, NY 10022 | 7/25/06 | 10710 | $574,896.85 | Claims Subject To Modification | 05-44640 | $246,553.06 | General Unsecured |
| | Proud Douglas And Esther | c/o Luadig George Rutherford & Sipes<br>L George W R Sipes<br>151 N Delaware St Ste 1700<br>Indianapolis, IN 46204-2503 | 7/28/06 | 12047 | $30,000.00 | Claims Subject To Modification | 05-44640 | $5,000.00 | General Unsecured |
| | Rawac Plating Company | c/o Liquidity Solutions Inc dba Revenue Management<br>One University Plz Ste 312<br>Hackensack, NJ 07601 | 9/25/06 | 16334 | $398,139.37 | Claims Subject To Modification | 05-44640 | $352,725.84 | General Unsecured |
| | Redrock Capital Partners LLC | Redrock Capital Partners LLC<br>475 17th St Ste 544<br>Denver, CO 80202 | 11/28/05 | 863 | $14,900.00 | Claims Subject To Modification | 05-44640 | $13,410.00 | General Unsecured |
| | Riverside Claims LLC as Assignee for Lauren Manufacturing | Riverside Claims LLC<br>PO Box 626 Planetarium Station<br>New York, NY 10024 | 6/30/06 | 8863 | $25,198.10 | Claims Subject To Modification | 05-44640 | $23,290.40 | General Unsecured |
| | Riverside Claims LLC as Assignee for SA Technologies Inc | Riverside Claims LLC<br>PO Box 626 Planetarium Station<br>New York, NY 10024 | 6/30/06 | 8860 | $4,745.00 | Claims Subject To Modification | 05-44507 | $3,200.00 | General Unsecured |
| | Riverside Claims LLC as Assignee for Vanex Fire Systems | Riverside Claims LLC<br>PO Box 626 Planetarium Station<br>New York, NY 10024 | 6/30/06 | 8858 | $12,982.30 | Claims Subject To Modification | 05-44640 | $12,864.15 | General Unsecured |
| | Siemens Bulding Technologies Inc | Lauren Newman<br>FagelHaber LLC<br>55 E Monroe St 40th Fl<br>Chicago, IL 60603 | 7/31/06 | 15692 | $12,209.13 | Claims Subject To Modification | 05-44640 | $8,407.85 | General Unsecured |
| | SPCP Group LLC | Attn Brian Jarmain<br>2 Greenwich Plz 1st Fl<br>Greenwich, CT 06830 | 7/28/06 | 12011 | $179,220.24 | Claims Subject To Modification | 05-44640 | $94,076.50 | General Unsecured |
| | SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund Ltd | Attn Irene Wu<br>2 Greenwich Plz 1st Fl<br>Greenwich, CT 06830 | 12/19/05 | 1201 | $104,504.04 | Claims Subject To Modification | 05-44640 | $101,001.74 | General Unsecured |

12/26/2008 4:37 PM
Omni 32 Order Exhibit B single Service List

Delphi Corporation
Thirty-Second Omnibus Objection Order
Exhibit B (single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Allowed Debtor | Allowed Amount | Allowed Nature |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Attn Brian A Jarmain Two Greenwich Plz 1st Fl Greenwich, CT 06830 | 7/26/06 | 11190 | $87,844.88 | Claims Subject To Modification | 05-44640 | $75,605.41 | General Unsecured |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Goodwin Procter LLP Allan S Brilliant Craig P Druehl & Meagan E Costello 599 Lexington Ave New York, NY 10022 | 7/26/06 | 11190 | $87,844.88 | Claims Subject To Modification | 05-44640 | $75,605.41 | General Unsecured |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Attn Brian A Jarmain Two Greenwich Plz 1st Fl Greenwich, CT 06830 | 7/26/06 | 11191 | $56,219.54 | Claims Subject To Modification | 05-44567 | $53,986.58 | General Unsecured |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Goodwin Procter LLP Allan S Brilliant Craig P Druehl & Meagan E Costello 599 Lexington Ave New York, NY 10022 | 7/26/06 | 11191 | $56,219.54 | Claims Subject To Modification | 05-44567 | $53,986.58 | General Unsecured |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Attn Brian A Jarmain Two Greenwich Plz 1st Fl Greenwich, CT 06830 | 7/26/06 | 11193 | $39,295.28 | Claims Subject To Modification | 05-44640 | $36,986.58 | General Unsecured |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Goodwin Procter LLP Allan S Brilliant Craig P Druehl & Meagan E Costello 599 Lexington Ave New York, NY 10022 | 7/26/06 | 11193 | $39,295.28 | Claims Subject To Modification | 05-44640 | $36,986.58 | General Unsecured |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Attn Brian A Jarmain Two Greenwich Plz 1st Fl Greenwich, CT 06830 | 7/27/06 | 11429 | $278,019.25 | Claims Subject To Modification | 05-44640 | $275,394.25 | General Unsecured |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Goodwin Procter LLP Allan S Brilliant Craig P Druehl & Meagan E Costello 599 Lexington Ave New York, NY 10022 | 7/27/06 | 11429 | $278,019.25 | Claims Subject To Modification | 05-44640 | $275,394.25 | General Unsecured |

12/26/2008 4:37 PM
Omni 32 Order Exhibit B single Service List

Delphi Corporation
Thirty-Second Omnibus Objection Order
Exhibit B (single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Allowed Debtor | Allowed Amount | Allowed Nature |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Attn Brian A Jarmain Two Greenwich Plz 1st Fl Greenwich, CT 06830 | 7/28/06 | 12828 | $2,696,313.72 | Claims Subject To Modification | 05-44640 | $2,671,979.95 | General Unsecured |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Goodwin Procter LLP Allan S Brilliant Craig P Druehl & Meagan E Costello 599 Lexington Ave New York, NY 10022 | 7/28/06 | 12828 | $2,696,313.72 | Claims Subject To Modification | 05-44640 | $2,671,979.95 | General Unsecured |
| Special Situations Investing Group Inc | Attn Pedro Ramirez c/o Goldman Sachs & Co 30 Hudson 17th Fl Jersey City, NJ 07302 | 7/31/06 | 15423 | $6,153,413.36 | Claims Subject To Modification | 05-44640 | $4,906,565.43 | General Unsecured |
| Special Situations Investing Group Inc | Goodwin Procter LLP Allan S Brilliant Emanuel C Grillo Brian W Harvey 599 Lexington Ave New York, NY 10022 | 7/31/06 | 15423 | $6,153,413.36 | Claims Subject To Modification | 05-44640 | $4,906,565.43 | General Unsecured |
| Tax Commissioner of the State of Ohio | 30 E Broad St Columbus, OH 43215 | 6/16/06 | 8094 | $271.50 | Claims Subject To Modification | 05-44640 | $222.89 | Priority |
| Tax Commissioner of the State of Ohio | Attorney General of the State of Ohio Attorney General of the State of Ohio Collection Enforcement 150 E Gay St 21st Fl Columbus, OH 43215 | 6/16/06 | 8094 | $271.50 | Claims Subject To Modification | 05-44640 | $222.89 | Priority |
| The Dayton Power and Light Company | 1065 Woodman Dr Dayton, OH 45432 | 7/24/06 | 10373 | $61,309.20 | Claims Subject To Modification | 05-44640 | $37,272.92 | General Unsecured |
| Verizon North Inc | AFNI Verizon 404 Brock Dr Bloomington, IL 61701 | 3/20/06 | 2340 | $5,083.55 | Claims Subject To Modification | 05-44640 | $4,200.00 | General Unsecured |
| Victory Packaging LP | Attn Mr Benjamin Samuels Vice Chairman Victory Packaging LLP 3555 Timmons Land Ste 1440 Houston, TX 77027 | 7/27/06 | 11640 | $6,183,936.00 | Claims Subject To Modification | 05-44640 | $3,764,666.98 | General Unsecured |
| Victory Packaging LP | Victory Packaging LP 3555 Timmons Ln Ste 1400 Houston, TX 77027 | 7/27/06 | 11640 | $6,183,936.00 | Claims Subject To Modification | 05-44640 | $3,764,666.98 | General Unsecured |

12/26/2008 4:37 PM
Omni 32 Order Exhibit B single Service List

Delphi Corporation
Thirty-Second Omnibus Objection Order
Exhibit B (single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Allowed Debtor | Allowed Amount | Allowed Nature |
| Victory Packaging LP | Thompson & Knight LLP<br>Attn Ira L Herman Esq<br>Ira L Herman Esq 919 Third Ave 39th Fl<br>New York, NY 10022 | 7/27/06 | 11640 | $6,183,936.00 | Claims Subject To Modification | 05-44640 | $3,764,666.98 | General Unsecured |
| Waldo Richard L And Gwendolyn A Waldo Plaintiffs V | c/o Laudig George Rutherford & Sipes<br>L George W R Sipes<br>151 N Delaware St Ste 1700<br>Indianapolis, IN 46204-2503 | 7/28/06 | 12052 | $30,000.00 | Claims Subject To Modification | 05-44640 | $5,000.00 | General Unsecured |

# EXHIBIT I

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

      - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti
Thomas J. Matz

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
       In re                              :     Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :     Case No. 05-44481 (RDD)
                                          :
                      Debtors.            :     (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF ENTRY OF ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R.
BANKR. P. 3007 REGARDING (A) ASSERTED AMOUNT CLAIMS, (B) CLAIMS
SUBJECT TO MODIFICATION, AND (C) CLAIMS TO BE EXPUNGED, AS
IDENTIFIED IN THIRTY-SECOND OMNIBUS CLAIMS OBJECTION

PLEASE TAKE NOTICE that on December 17, 2008, the United States Bankruptcy Court for the Southern District of New York entered an Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Regarding (A) Asserted Amount Claims, (B) Claims Subject To Modification, And (C) Claims To Be Expunged, As Identified In The Thirty-Second Omnibus Claims Objection (the "Thirty-Second Omnibus Claims Objection Order").

PLEASE TAKE FURTHER NOTICE THAT a copy of the Thirty-Second Omnibus Claims Objection Order, excluding exhibits, is attached hereto.

PLEASE TAKE FURTHER NOTICE that the proof of claim no. listed below, which you filed against Delphi Corporation and/or other of its subsidiaries and affiliates that are debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), was subject to the Thirty-Second Omnibus Claims Objection Order, was listed on Exhibit _____ to the Thirty-Second Omnibus Claims Objection Order, and was accordingly modified and allowed, as provided below in the column entitled "Treatment Of Claim."

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Allowed Debtor | Allowed Amount | Allowed Nature |
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ | ❾ |

PLEASE TAKE FURTHER NOTICE that you may view the complete exhibits to the Thirty-Second Omnibus Claims Objection Order by requesting a copy from the claims and noticing agent in the above-captioned chapter 11 cases, Kurtzman Carson Consultants LLC, at

---

[1]    Asserted Claim Amounts listed as UNL reflect that the claim amount asserted is unliquidated.

2

1-888-249-2691 or by accessing the Debtors' Legal Information Website at

www.delphidocket.com.


Dated:  New York, New York
December 24, 2008

                              BY ORDER OF THE COURT

                              John Wm. Butler, Jr.
                              John K. Lyons
                              Ron E. Meisler
                              SKADDEN, ARPS, SLATE, MEAGHER
                                  & FLOM LLP
                              333 West Wacker Drive, Suite 2100
                              Chicago, Illinois  60606
                              (312) 407-0700

                                 - and -

                              Kayalyn A. Marafioti
                              Thomas J. Matz
                              SKADDEN, ARPS, SLATE, MEAGHER
                                  & FLOM LLP
                              Four Times Square
                              New York, New York 10036
                              (212) 735-3000

                              Attorneys for Delphi Corporation, et al.,
                                  Debtors and Debtors-in-Possession

# EXHIBIT J

Delphi Corporation
Thirty-Second Omnibus Objection Order
Exhibit B (multiple) Service List

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Allowed Debtor | Allowed Amount | Allowed Nature | Allowed Debtor2 | Allowed Amount2 | Allowed Nature2 |
| | Contrarian Funds LLC | Attn Alpa Jimenez<br>411 W Putnam Ave Ste 425<br>Greenwich, CT 06830 | 7/31/06 | 14141 | $2,565,472.27 | Claims Subject To Modification | 05-44507 | $24,710.11 | General Unsecured | 05-44640 | $2,440,294.07 | General Unsecured |
| | Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman<br>Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 7/31/06 | 14141 | $2,565,472.27 | Claims Subject To Modification | 05-44507 | $24,710.11 | General Unsecured | 05-44640 | $2,440,294.07 | General Unsecured |
| | SPCP Group LLC as Assignee of Parker Hannifin Corporation | Attn Brian Jarmain<br>Two Greenwich Plz 1st Fl<br>Greenwich, CT 06830 | 7/31/06 | 14141 | $2,565,472.27 | Claims Subject To Modification | 05-44507 | $0.00 | General Unsecured | 05-44640 | $0.00 | General Unsecured |
| | SPCP Group LLC as Assignee of Parker Hannifin Corporation | Goodwin Procter LLP<br>Allan S Brilliant Craig P Druehl & Meagan E Costello<br>599 Lexington Ave<br>New York, NY 10022 | 7/31/06 | 14141 | $2,565,472.27 | Claims Subject To Modification | 05-44507 | $0.00 | General Unsecured | 05-44640 | $0.00 | General Unsecured |
| | SPCP Group LLC as Assignee of Parker Hannifin Corporation | JPMorgan Chase Bank NA<br>Attn Susan McNamara Legal Dept<br>Mail Code NY1 A436 1 Chase Manhattan Plz<br>26th Fl<br>New York, NY 10081 | 7/31/06 | 14141 | $2,565,472.27 | Claims Subject To Modification | 05-44507 | $0.00 | General Unsecured | 05-44640 | $0.00 | General Unsecured |

12/26/2008 4:37 PM
Omni 32 Order Exhibit B multiple Service List

# EXHIBIT K

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti
Thomas J. Matz

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                             :
       In re                             :    Chapter 11
                                               :
DELPHI CORPORATION, et al.,        :    Case No. 05-44481 (RDD)
                                               :
                    Debtors.    :    (Jointly Administered)
                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - -  x

NOTICE OF ENTRY OF ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R.
BANKR. P. 3007 REGARDING (A) ASSERTED AMOUNT CLAIMS, (B) CLAIMS
SUBJECT TO MODIFICATION, AND (C) CLAIMS TO BE EXPUNGED, AS
<u>IDENTIFIED IN THIRTY-SECOND OMNIBUS CLAIMS OBJECTION</u>

PLEASE TAKE NOTICE that on December 17, 2008, the United States Bankruptcy Court for the Southern District of New York entered an Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Regarding (A) Asserted Amount Claims, (B) Claims Subject To Modification, And (C) Claims To Be Expunged, As Identified In The Thirty-Second Omnibus Claims Objection (the "Thirty-Second Omnibus Claims Objection Order").

PLEASE TAKE FURTHER NOTICE THAT a copy of the Thirty-Second Omnibus Claims Objection Order, excluding exhibits, is attached hereto.

PLEASE TAKE FURTHER NOTICE that the proof of claim no. listed below, which you filed against Delphi Corporation and/or other of its subsidiaries and affiliates that are debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), was subject to the Thirty-Second Omnibus Claims Objection Order, was listed on Exhibit _____ to the Thirty-Second Omnibus Claims Objection Order, and was accordingly modified and allowed, as provided below in the column entitled "Treatment Of Claim."

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Allowed Debtor | Allowed Amount | Allowed Nature |
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ | ❾ |
| | | | | ❿ | ⓫ | ⓬ |

PLEASE TAKE FURTHER NOTICE that you may view the complete exhibits to the Thirty-Second Omnibus Claims Objection Order by requesting a copy from the claims and noticing agent in the above-captioned chapter 11 cases, Kurtzman Carson Consultants LLC, at

---

[1]    Asserted Claim Amounts listed as UNL reflect that the claim amount asserted is unliquidated.

2

1-888-249-2691 or by accessing the Debtors' Legal Information Website at

www.delphidocket.com.


Dated:  New York, New York
December 24, 2008

                              BY ORDER OF THE COURT

                              John Wm. Butler, Jr.
                              John K. Lyons
                              Ron E. Meisler
                              SKADDEN, ARPS, SLATE, MEAGHER
                                  & FLOM LLP
                              333 West Wacker Drive, Suite 2100
                              Chicago, Illinois  60606
                              (312) 407-0700

                                - and -

                              Kayalyn A. Marafioti
                              Thomas J. Matz
                              SKADDEN, ARPS, SLATE, MEAGHER
                                  & FLOM LLP
                              Four Times Square
                              New York, New York 10036
                              (212) 735-3000

                              Attorneys for Delphi Corporation, et al.,
                                  Debtors and Debtors-in-Possession