TOGUT, SEGAL & SEGAL LLP                         **HEARING DATE: 1/29/2009 at 10:00 a.m.**
Bankruptcy Co-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
                                                    :
In re:                                              :       Chapter 11
                                                    :       Case No. 05-44481 [RDD]
DELPHI CORPORATION, *et al.*,                       :
                                                    :       Jointly Administered
                                   Debtors.         :
                                                    :
----------------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF CLAIMS OBJECTION HEARING WITH RESPECT TO DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 15299 (AI SHREVEPORT, LLC)

PLEASE TAKE NOTICE that on August 24, 2007, Delphi Corporation and

certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-

captioned cases (collectively, the "Debtors"), objected to proof of claim number 15299

(the "Proof of Claim") filed by Ai Shreveport, LLC (the "Claimant") pursuant to the

Debtors' Twentieth Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R.

Bankr. P. 3007 to Certain (A) Duplicate and Amended Claims, (B) Insufficiently

Documented Claims, (C) Claims Not Reflected on Debtors' Books and Records, (D)

Untimely Claim, and (E) Claims Subject to Modification, Tax Claims Subject to

Modification, Modified Claims Asserting Reclamation, Consensually Modified and

Reduced Tort Claims, and Lift Stay Procedures Claims Subject to Modification (Exhibit
C-1 – Books and Records Claims)  (Docket No. 9151)

PLEASE TAKE FURTHER NOTICE that on November 27, 2007, the
Debtors filed the Notice Of Claims Objection Hearing With Respect To Debtors'
Objection To Proof Of Claim No. 15299 scheduling an evidentiary hearing (the
"Hearing") for purposes of holding an evidentiary hearing on the merits of the Proof of
Claim for January 31, 2008, at 10:00 a.m. (prevailing Eastern time).

PLEASE TAKE FURTHER NOTICE that on December 3, 2008, the Debtors
filed the Fourteenth Notice of Adjournment of Notice of Claims Objection Hearing With
Respect to Debtors' Objection to Proof of Claim No. 15299 (Docket No. 14527),
adjourning the Claims Objection Hearing until January 15, 2009.

PLEASE TAKE FURTHER NOTICE that pursuant to Paragraph 9(a)(ii) of
the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016,
7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To
Claims And (ii) Certain Notices And Procedures Governing Objections To Claims,
entered December 7, 2006 (Docket No. 6089) (the "Order") the Court has further
adjourned the Claims Objection Hearing to **January 29, 2009 at 10:00 a.m. (prevailing
Eastern time).**

PLEASE TAKE FURTHER NOTICE that the Claims Objection Hearing
will proceed in accordance with the procedures provided in the Order, unless such
procedures are modified in accordance with Paragraph 9(k) thereof.  All provisions and
deadlines set forth in the Order shall remain in full force and effect.  Those deadlines
calculated based on the hearing date shall be calculated based on the January 29, 2009
Hearing Date.  Please review the Order carefully – failure to comply with the

2

procedures provided in the Order (or as modified pursuant to Paragraph 9(k)) could

result in the disallowance and expungement of the Proof of Claim.

PLEASE TAKE FURTHER NOTICE that the Debtors may further adjourn

the Claims Objection Hearing at any time at least five business days prior to the

scheduled hearing upon notice to the Court and the Claimant.

Dated:   New York, New York
         January 9, 2009

DELPHI CORPORATION, *et al.*
By their attorneys,
TOGUT, SEGAL & SEGAL LLP
By:


/s/ Neil Berger
ALBERT TOGUT (AT-9759)
NEIL BERGER (NB-3599)
Members of the Firm
One Penn Plaza
New York, New York 10119
(212) 594-5000