PEPPER HAMILTON LLP
Francis J. Lawall (FL 0972)
Nina M. Varughese (*pro hac vice*)
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

Attorneys for Cleo Inc.

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re ) <br> ) <br> DELPHI CORPORATION, *et al.*, ) <br> ) <br> Debtors. ) <br> ) <br> ) | Chapter 11 <br><br> Case Nos. 05-44481 (RDD) <br><br> Jointly Administered |

### NOTICE OF WITHDRAWAL OF RESPONSE OF CLEO INC. TO DEBTORS' SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS

Cleo, Inc. ("Cleo"), by and through its undersigned counsel, hereby withdraws its Response To Debtors' Seventeenth Omnibus Objection To Claims, which Response was filed on July 12, 2007, as Docket No. 8554.

PEPPER HAMILTON LLP

/s/ Nina M. Varughese
Francis J. Lawall (FL 0972)
Nina M. Varughese (*pro hac vice*)
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
Telephone: (215) 981-4000
Facsimile: (215) 981-4750

Dated: January 14, 2009    Attorneys for Cleo Inc.

#10420631 v1