**PEPPER HAMILTON LLP**
Francis J. Lawall (FL 0972)
Nina M. Varughese (*pro hac vice*)
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
(215) 981-4000

*Attorneys for Ametek, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re ) <br> ) <br> **DELPHI CORPORATION,** *et al.,* ) <br> ) <br> Debtors. ) <br> ) <br> ) | Chapter 11 <br><br> Case Nos. 05-44481 (RDD) <br><br> Jointly Administered |

**NOTICE OF WITHDRAWAL OF RESPONSE OF AMETEK INC. TO DEBTORS'**
**NINETEENTH OMNIBUS OBJECTION TO CLAIMS**

Ametek, Inc. ("Ametek"), by and through its undersigned counsel, hereby withdraws its Response to Debtors' Nineteenth Omnibus Objection to Claims, which Response was filed on August 8, 2007, as Docket No. 8923.

**PEPPER HAMILTON LLP**

/s/ Nina M. Varughese
Francis J. Lawall (FL 0972)
Nina M. Varughese (*pro hac vice*)
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
(215) 981-4000

Dated: January 14, 2009        Attorneys for Ametek, Inc.

#10416070 v1