In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14673-1    Filed 01/27/09    Entered 01/27/09 14:28:12    Exhibit A-1
Pg 1 of 17

Thirty-Third Omnibus Claims Objection

**EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED*** | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 12117<br>Date Filed: 07/28/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>ALBRECHT DONALD D | Claim Holder Name<br>ALBRECHT DONALD D | | Docketed Total: | **UNL** | | | Allowed Total: | **$480,962.66** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>UNL<br>**UNL** | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$480,962.66<br>**$480,962.66** |
| Claim: 6693<br>Date Filed: 05/23/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>ANDERSON JON R | Claim Holder Name<br>ANDERSON JON R | | Docketed Total: | **UNL** | | | Allowed Total: | **$661,458.53** |
| | Case Number*<br>05-44481 | Secured | Priority<br>UNL | Unsecured<br>**UNL** | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$661,458.53<br>**$661,458.53** |
| Claim: 9683<br>Date Filed: 07/17/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>ARNOLD THOMAS B | Claim Holder Name<br>ARNOLD THOMAS B | | Docketed Total: | **UNL** | | | Allowed Total: | **$138,910.45** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>UNL<br>**UNL** | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$138,910.45<br>**$138,910.45** |
| Claim: 10854<br>Date Filed: 07/25/2006<br>Docketed Total: $20,000.00<br>Filing Creditor Name:<br>BANK WAYNE H | Claim Holder Name<br>BANK WAYNE H | | Docketed Total: | **$20,000.00** | | | Allowed Total: | **$433,387.84** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$20,000.00<br>**$20,000.00** | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$433,387.84<br>**$433,387.84** |

\*      See Exhibit E for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

\*\*\*    Certain creditors' addresses are intentionally omitted.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14673-1    Filed 01/27/09    Entered 01/27/09 14:28:12    Exhibit A-1
Pg 2 of 17

Thirty-Third Omnibus Claims Objection

**EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED*** | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 9657<br>Date Filed: 07/17/2006<br>Docketed Total: $1,142,111.00<br>Filing Creditor Name:<br>BECK BRUCE T | Claim Holder Name<br>BECK BRUCE T | | Docketed Total: | $1,142,111.00 | | | Allowed Total: | $590,788.65 |
| | **Case Number***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$1,142,111.00<br>$1,142,111.00 | **Case Number***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$590,788.65<br>$590,788.65 |
| Claim: 9833<br>Date Filed: 07/18/2006<br>Docketed Total: $462,000.00<br>Filing Creditor Name:<br>BREMER RICHARD J | Claim Holder Name<br>BREMER RICHARD J | | Docketed Total: | $462,000.00 | | | Allowed Total: | $475,185.98 |
| | **Case Number***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$462,000.00<br>$462,000.00 | **Case Number***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$475,185.98<br>$475,185.98 |
| Claim: 12103<br>Date Filed: 07/28/2006<br>Docketed Total: $1,467,882.00<br>Filing Creditor Name:<br>BROOKS GARY J & KATHLEEN L | Claim Holder Name<br>BROOKS GARY J & KATHLEEN L | | Docketed Total: | $1,467,882.00 | | | Allowed Total: | $367,793.32 |
| | **Case Number***<br>05-44481 | **Secured** | **Priority**<br>$366,859.00<br>$366,859.00 | **Unsecured**<br>$1,101,023.00<br>$1,101,023.00 | **Case Number***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$367,793.32<br>$367,793.32 |

\*   See Exhibit E for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.

\*\*\*   Certain creditors' addresses are intentionally omitted.

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14673-1    Filed 01/27/09    Entered 01/27/09 14:28:12    Exhibit A-1  
Pg 3 of 17

Thirty-Third Omnibus Claims Objection

**EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED*** | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 10852<br>Date Filed: 07/25/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>COLLINS WILLIAM L | Claim Holder Name<br>COLLINS WILLIAM L    Docketed Total: **UNL**<br><br>**Case Number***   Secured   Priority   Unsecured<br>05-44481                                                  UNL<br>                                                                     **UNL** | Allowed Total: **$429,220.05**<br><br>**Case Number***   Secured   Priority   Unsecured<br>05-44481                                              $429,220.05<br>                                                                **$429,220.05** |
| Claim: 16769<br>Date Filed: 01/07/2008<br>Docketed Total: $1,897,936.00<br>Filing Creditor Name:<br>COTTEN CHARLES A | Claim Holder Name<br>COTTEN CHARLES A    Docketed Total: **$1,897,936.00**<br><br>**Case Number***   Secured   Priority   Unsecured<br>05-44481                                         $1,897,936.00<br>                                                              **$1,897,936.00** | Allowed Total: **$891,602.39**<br><br>**Case Number***   Secured   Priority   Unsecured<br>05-44481                                              $891,602.39<br>                                                                **$891,602.39** |
| Claim: 16828<br>Date Filed: 11/05/2008<br>Docketed Total: $156,351.92<br>Filing Creditor Name:<br>COY RAMSEY | Claim Holder Name<br>COY RAMSEY    Docketed Total: **$156,351.92**<br><br>**Case Number***   Secured   Priority   Unsecured<br>05-44481                                              $156,351.92<br>                                                                **$156,351.92** | Allowed Total: **$156,351.92**<br><br>**Case Number***   Secured   Priority   Unsecured<br>05-44481                                              $156,351.92<br>                                                                **$156,351.92** |
| Claim: 10605<br>Date Filed: 07/25/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>CRACRAFT LARRY F | Claim Holder Name<br>CRACRAFT LARRY F    Docketed Total: **UNL**<br><br>**Case Number***   Secured   Priority   Unsecured<br>05-44481                                                  UNL<br>                                                                     **UNL** | Allowed Total: **$252,317.49**<br><br>**Case Number***   Secured   Priority   Unsecured<br>05-44481                                              $252,317.49<br>                                                                **$252,317.49** |

\*   See Exhibit E for a listing of debtor entities by case number.  
\*\*  "UNL" denotes an unliquidated claim.  
\*\*\* Certain creditors' addresses are intentionally omitted.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14673-1    Filed 01/27/09    Entered 01/27/09 14:28:12    Exhibit A-1
Pg 4 of 17

Thirty-Third Omnibus Claims Objection

**EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED*** | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 16772<br>Date Filed: 01/09/2008<br>Docketed Total: $506,253.43<br>Filing Creditor Name:<br>DETTINGER ROBERT E | Claim Holder Name<br>DETTINGER ROBERT E | | Docketed Total: | $506,253.43 | | | Allowed Total: | $289,538.39 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$506,253.43<br>$506,253.43 | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$289,538.39<br>$289,538.39 |
| Claim: 9608<br>Date Filed: 07/17/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>DRURY DAVID L | Claim Holder Name<br>DRURY DAVID L | | Docketed Total: | UNL | | | Allowed Total: | $795,580.89 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>UNL<br>UNL | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$795,580.89<br>$795,580.89 |
| Claim: 10826<br>Date Filed: 07/25/2006<br>Docketed Total: $497,400.00<br>Filing Creditor Name:<br>FATZINGER ROBERT L | Claim Holder Name<br>FATZINGER ROBERT L | | Docketed Total: | $497,400.00 | | | Allowed Total: | $204,326.38 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$497,400.00<br>$497,400.00 | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$204,326.38<br>$204,326.38 |
| Claim: 16767<br>Date Filed: 01/07/2008<br>Docketed Total: $1,233,634.80<br>Filing Creditor Name:<br>GOLDSWEIG DAVID N | Claim Holder Name<br>GOLDSWEIG DAVID N | | Docketed Total: | $1,233,634.80 | | | Allowed Total: | $490,329.07 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,233,634.80<br>$1,233,634.80 | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$490,329.07<br>$490,329.07 |

\*      See Exhibit E for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

\*\*\*    Certain creditors' addresses are intentionally omitted.

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14673-1    Filed 01/27/09    Entered 01/27/09 14:28:12    Exhibit A-1  
Pg 5 of 17

Thirty-Third Omnibus Claims Objection

**EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED*** | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 9536<br>Date Filed: 07/14/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>GOLICK EDWARD A | Claim Holder Name<br>GOLICK EDWARD A        Docketed Total:    UNL<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                           UNL<br>                                                               UNL | Allowed Total:    $474,181.20<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                       $474,181.20<br>                                                   $474,181.20 |
| Claim: 9229<br>Date Filed: 07/10/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>GORDON PATRICIA A | Claim Holder Name<br>GORDON PATRICIA A        Docketed Total:    UNL<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                           UNL<br>                                                               UNL | Allowed Total:    $151,278.47<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                       $151,278.47<br>                                                   $151,278.47 |
| Claim: 15802<br>Date Filed: 08/02/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>HANDLEY RALPH E | Claim Holder Name<br>HANDLEY RALPH E        Docketed Total:    UNL<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                           UNL<br>                                                               UNL | Allowed Total:    $688,154.49<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                       $688,154.49<br>                                                   $688,154.49 |
| Claim: 10413<br>Date Filed: 07/24/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>HEGSTROM JAMES B | Claim Holder Name<br>HEGSTROM JAMES B        Docketed Total:    UNL<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                           UNL<br>                                                               UNL | Allowed Total:    $275,352.94<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                       $275,352.94<br>                                                   $275,352.94 |

\*       See Exhibit E for a listing of debtor entities by case number.

\*\*      "UNL" denotes an unliquidated claim.

\*\*\*     Certain creditors' addresses are intentionally omitted.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14673-1    Filed 01/27/09    Entered 01/27/09 14:28:12    Exhibit A-1
Pg 6 of 17

Thirty-Third Omnibus Claims Objection

**EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED*** | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 16795<br>Date Filed: 01/28/2008<br>Docketed Total: $457,668.25<br>Filing Creditor Name:<br>HEILMAN GERALD D | Claim Holder Name<br>HEILMAN GERALD D | | Docketed Total: | $457,668.25 | | | Allowed Total: | $457,668.25 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$457,668.25<br>$457,668.25 | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$457,668.25<br>$457,668.25 |
| Claim: 11033<br>Date Filed: 07/26/2006<br>Docketed Total: $1,690,647.15<br>Filing Creditor Name:<br>HELM WESLEY D | Claim Holder Name<br>HELM WESLEY D | | Docketed Total: | $1,690,647.15 | | | Allowed Total: | $938,944.59 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,690,647.15<br>$1,690,647.15 | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$938,944.59<br>$938,944.59 |
| Claim: 16719<br>Date Filed: 10/04/2007<br>Docketed Total: $540,000.00<br>Filing Creditor Name:<br>HENDRICKSON DAVID M | Claim Holder Name<br>HENDRICKSON DAVID M | | Docketed Total: | $540,000.00 | | | Allowed Total: | $505,963.07 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$540,000.00<br>$540,000.00 | Unsecured | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$505,963.07<br>$505,963.07 |

\*       See Exhibit E for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

\*\*\*   Certain creditors' addresses are intentionally omitted.

**EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED*** | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 11944<br>Date Filed: 07/28/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>HERREN WILLIAM R | Claim Holder Name<br>HERREN WILLIAM R    Docketed Total: **UNL**<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                                      UNL<br><br>                                                                       **UNL** | Allowed Total: **$1,356,968.31**<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                    $1,356,968.31<br><br>                                               **$1,356,968.31** |
| Claim: 10560<br>Date Filed: 07/24/2006<br>Docketed Total: $15,650.00<br>Filing Creditor Name:<br>HODITS JR FRANK W | Claim Holder Name<br>HODITS JR FRANK W    Docketed Total: **$15,650.00**<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                    $15,650.00<br><br>                                               **$15,650.00** | Allowed Total: **$449,345.55**<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                    $449,345.55<br><br>                                               **$449,345.55** |
| Claim: 13463<br>Date Filed: 07/31/2006<br>Docketed Total: $3,000,000.00<br>Filing Creditor Name:<br>HOLDEN JOHN DONALDSON | Claim Holder Name<br>HOLDEN JOHN DONALDSON    Docketed Total: **$3,000,000.00**<br><br>Case Number*    Secured    Priority          Unsecured<br>05-44481                             $3,000,000.00<br><br>                                     **$3,000,000.00** | Allowed Total: **$803,517.77**<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                    $803,517.77<br><br>                                               **$803,517.77** |

\*     See Exhibit E for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.

\*\*\*  Certain creditors' addresses are intentionally omitted.

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14673-1    Filed 01/27/09    Entered 01/27/09 14:28:12    Exhibit A-1  
Pg 8 of 17

Thirty-Third Omnibus Claims Objection

**EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED*** | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 9439<br>Date Filed: 07/13/2006<br>Docketed Total: $868,272.00<br>Filing Creditor Name:<br>HOLLASCH KURT D | Claim Holder Name<br>HOLLASCH KURT D | | Docketed Total: | $868,272.00 | | | Allowed Total: | $1,135,197.60 |
| | **Case Number***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$868,272.00<br>―――――<br>**$868,272.00** | **Case Number***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$1,135,197.60<br>―――――<br>**$1,135,197.60** |
| Claim: 9600<br>Date Filed: 07/17/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>HOLMES JOHN R | Claim Holder Name<br>HOLMES JOHN R | | Docketed Total: | **UNL** | | | Allowed Total: | $1,029,067.30 |
| | **Case Number***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>UNL<br>―――――<br>**UNL** | **Case Number***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$1,029,067.30<br>―――――<br>**$1,029,067.30** |
| Claim: 12150<br>Date Filed: 07/28/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>HOSSENLOPP PETER M | Claim Holder Name<br>HOSSENLOPP PETER M | | Docketed Total: | **UNL** | | | Allowed Total: | $270,416.79 |
| | **Case Number***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>UNL<br>―――――<br>**UNL** | **Case Number***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$270,416.79<br>―――――<br>**$270,416.79** |
| Claim: 5385<br>Date Filed: 05/09/2006<br>Docketed Total: $5,426.66<br>Filing Creditor Name:<br>HUSAR JR MICHAEL A | Claim Holder Name<br>HUSAR JR MICHAEL A | | Docketed Total: | $5,426.66 | | | Allowed Total: | $829,587.53 |
| | **Case Number***<br>05-44481 | **Secured** | **Priority**<br>$5,426.66<br>―――――<br>**$5,426.66** | **Unsecured** | **Case Number***<br>05-44481 | **Secured** | **Priority** | **Unsecured**<br>$829,587.53<br>―――――<br>**$829,587.53** |

\*     See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

\*\*\*   Certain creditors' addresses are intentionally omitted.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14673-1    Filed 01/27/09    Entered 01/27/09 14:28:12    Exhibit A-1
Pg 9 of 17

Thirty-Third Omnibus Claims Objection

**EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED*** | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 5298<br>Date Filed: 05/08/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>ICKES ARTHUR D | Claim Holder Name<br>ICKES ARTHUR D                         Docketed Total:   **UNL**<br><br>**Case Number***    Secured    Priority    Unsecured<br>05-44481                                                                  UNL<br>                                                                                **UNL** | Allowed Total:   **$461,792.80**<br><br>**Case Number***    Secured    Priority    Unsecured<br>05-44481                                                                  $461,792.80<br>                                                                                **$461,792.80** |
| Claim: 16798<br>Date Filed: 02/01/2008<br>Docketed Total: $1,672,405.95<br>Filing Creditor Name:<br>JACKSON JERRY F | Claim Holder Name<br>JACKSON JERRY F                         Docketed Total:   **$1,672,405.95**<br><br>**Case Number***    Secured    Priority    Unsecured<br>05-44481                                                                  $1,672,405.95<br>                                                                                **$1,672,405.95** | Allowed Total:   **$789,299.33**<br><br>**Case Number***    Secured    Priority    Unsecured<br>05-44481                                                                  $789,299.33<br>                                                                                **$789,299.33** |
| Claim: 16774<br>Date Filed: 01/10/2008<br>Docketed Total: $494,993.00<br>Filing Creditor Name:<br>JULIUS MICHAEL L | Claim Holder Name<br>JULIUS MICHAEL L                         Docketed Total:   **$494,993.00**<br><br>**Case Number***    Secured    Priority    Unsecured<br>05-44481                                 $494,993.00<br>                                                     **$494,993.00** | Allowed Total:   **$361,944.39**<br><br>**Case Number***    Secured    Priority    Unsecured<br>05-44481                                                                  $361,944.39<br>                                                                                **$361,944.39** |
| Claim: 9834<br>Date Filed: 07/18/2006<br>Docketed Total: $619,909.00<br>Filing Creditor Name:<br>KARVONEN THOMAS D | Claim Holder Name<br>KARVONEN THOMAS D                         Docketed Total:   **$619,909.00**<br><br>**Case Number***    Secured    Priority    Unsecured<br>05-44481                                                                  $619,909.00<br>                                                                                **$619,909.00** | Allowed Total:   **$296,341.54**<br><br>**Case Number***    Secured    Priority    Unsecured<br>05-44481                                                                  $296,341.54<br>                                                                                **$296,341.54** |

\*         See Exhibit E for a listing of debtor entities by case number.

\*\*       "UNL" denotes an unliquidated claim.

\*\*\*     Certain creditors' addresses are intentionally omitted.

**EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED*** | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 9817<br>Date Filed: 07/18/2006<br>Docketed Total: $1,082,431.00<br>Filing Creditor Name:<br>KRIEGER HARVEY J | Claim Holder Name<br>KRIEGER HARVEY J | | Docketed Total: | $1,082,431.00 | | | Allowed Total: | $326,574.62 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,082,431.00<br>$1,082,431.00 | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$326,574.62<br>$326,574.62 |
| Claim: 8759<br>Date Filed: 06/29/2006<br>Docketed Total: $180.00<br>Filing Creditor Name:<br>LEVIJOKI W ALAN | Claim Holder Name<br>LEVIJOKI W ALAN | | Docketed Total: | $180.00 | | | Allowed Total: | $703,498.74 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$180.00<br>$180.00 | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$703,498.74<br>$703,498.74 |
| Claim: 9867<br>Date Filed: 07/19/2006<br>Docketed Total: $1,129,205.00<br>Filing Creditor Name:<br>LIENESCH JOHN H | Claim Holder Name<br>LIENESCH JOHN H | | Docketed Total: | $1,129,205.00 | | | Allowed Total: | $369,872.30 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,129,205.00<br>$1,129,205.00 | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$369,872.30<br>$369,872.30 |
| Claim: 12119<br>Date Filed: 07/28/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>LININGER CHARLES D | Claim Holder Name<br>LININGER CHARLES D | | Docketed Total: | UNL | | | Allowed Total: | $451,978.07 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>UNL<br>UNL | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$451,978.07<br>$451,978.07 |

\*     See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

\*\*\*   Certain creditors' addresses are intentionally omitted.

**EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED*** | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 9977<br>Date Filed: 07/20/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>LIPPA MICHAEL R | Claim Holder Name<br>LIPPA MICHAEL R | | Docketed Total: | **UNL** | | | Allowed Total: | **$491,342.64** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>UNL<br>**UNL** | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$491,342.64<br>**$491,342.64** |
| Claim: 16779<br>Date Filed: 01/10/2008<br>Docketed Total: $773,764.00<br>Filing Creditor Name:<br>MALANGA RONALD R | Claim Holder Name<br>MALANGA RONALD R | | Docketed Total: | **$773,764.00** | | | Allowed Total: | **$471,406.40** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$773,764.00<br>**$773,764.00** | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$471,406.40<br>**$471,406.40** |
| Claim: 9292<br>Date Filed: 07/11/2006<br>Docketed Total: $950,107.35<br>Filing Creditor Name:<br>MARQUIS TERRY L | Claim Holder Name<br>MARQUIS TERRY L | | Docketed Total: | **$950,107.35** | | | Allowed Total: | **$612,959.30** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$950,107.35<br>**$950,107.35** | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$612,959.30<br>**$612,959.30** |
| Claim: 9659<br>Date Filed: 07/17/2006<br>Docketed Total: $1,265,725.00<br>Filing Creditor Name:<br>MAYNE JIMMY C | Claim Holder Name<br>MAYNE JIMMY C | | Docketed Total: | **$1,265,725.00** | | | Allowed Total: | **$495,304.36** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,265,725.00<br>**$1,265,725.00** | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$495,304.36<br>**$495,304.36** |

\*     See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

\*\*\*   Certain creditors' addresses are intentionally omitted.

**EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED*** | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 9974<br>Date Filed: 07/20/2006<br>Docketed Total: $2,721,806.00<br>Filing Creditor Name:<br>MEAD DENNIS M | Claim Holder Name<br>MEAD DENNIS M   Docketed Total: $2,721,806.00<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                                  $2,721,806.00<br>                                                                  $2,721,806.00 | Allowed Total: $537,724.43<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                                  $537,724.43<br>                                                                  $537,724.43 |
| Claim: 4443<br>Date Filed: 05/01/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>MOBLEY MD EVELYN H | Claim Holder Name<br>MOBLEY MD EVELYN H   Docketed Total: UNL<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                                  UNL<br>                                                                  UNL | Allowed Total: $17,177.82<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                                  $17,177.82<br>                                                                  $17,177.82 |
| Claim: 9213<br>Date Filed: 07/10/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>MONTGOMERY SHARON | Claim Holder Name<br>MONTGOMERY SHARON   Docketed Total: UNL<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                                  UNL<br>                                                                  UNL | Allowed Total: $188,244.23<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                                  $188,244.23<br>                                                                  $188,244.23 |
| Claim: 11226<br>Date Filed: 07/26/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>ONEILL BRIAN P | Claim Holder Name<br>ONEILL BRIAN P   Docketed Total: UNL<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                             UNL             UNL<br>                                                     UNL             UNL | Allowed Total: $336,642.50<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                                  $336,642.50<br>                                                                  $336,642.50 |

\*   See Exhibit E for a listing of debtor entities by case number.

\*\*  "UNL" denotes an unliquidated claim.

\*\*\* Certain creditors' addresses are intentionally omitted.

**EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED*** | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 16013<br>Date Filed: 08/09/2006<br>Docketed Total: $2,101,279.00<br>Filing Creditor Name:<br>RAUSCH CARL G | Claim Holder Name<br>RAUSCH CARL G         Docketed Total: $2,101,279.00<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                  $2,101,279.00<br>                                          $2,101,279.00 | Allowed Total: $1,267,847.18<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                  $1,267,847.18<br>                                          $1,267,847.18 |
| Claim: 16799<br>Date Filed: 02/07/2008<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>RIES THOMAS E | Claim Holder Name<br>RIES THOMAS E         Docketed Total: UNL<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                  UNL<br>                                          UNL | Allowed Total: $303,783.28<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                  $303,783.28<br>                                          $303,783.28 |
| Claim: 8939<br>Date Filed: 07/05/2006<br>Docketed Total: $7,003.75<br>Filing Creditor Name:<br>RITZENTHALER FRANCIS H | Claim Holder Name<br>RITZENTHALER FRANCIS H   Docketed Total: $7,003.75<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                  $7,003.75<br>                                          $7,003.75 | Allowed Total: $260,212.34<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                  $260,212.34<br>                                          $260,212.34 |
| Claim: 7412<br>Date Filed: 06/05/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>ROBINSON JOHN H | Claim Holder Name<br>ROBINSON JOHN H        Docketed Total: UNL<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                  UNL<br>                                          UNL | Allowed Total: $1,008,159.70<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                  $1,008,159.70<br>                                          $1,008,159.70 |

\*      See Exhibit E for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

\*\*\*    Certain creditors' addresses are intentionally omitted.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14673-1    Filed 01/27/09    Entered 01/27/09 14:28:12    Exhibit A-1
Pg 14 of 17

Thirty-Third Omnibus Claims Objection

**EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED*** | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 5790<br>Date Filed: 05/15/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>RODEMAN DONALD W | Claim Holder Name<br>RODEMAN DONALD W                    Docketed Total: **UNL**<br><br>**Case Number***    Secured    Priority    Unsecured<br>05-44481                                                           UNL<br>                                                                **UNL** | Allowed Total: **$213,958.84**<br><br>**Case Number***    Secured    Priority    Unsecured<br>05-44481                                              $213,958.84<br>                                               **$213,958.84** |
| Claim: 11119<br>Date Filed: 07/27/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>ROSE CHARLES L | Claim Holder Name<br>ROSE CHARLES L                    Docketed Total: **UNL**<br><br>**Case Number***    Secured    Priority    Unsecured<br>05-44481                                                           UNL<br>                                                               **UNL** | Allowed Total: **$365,729.08**<br><br>**Case Number***    Secured    Priority    Unsecured<br>05-44481                                                $365,729.08<br>                                               **$365,729.08** |
| Claim: 9662<br>Date Filed: 07/17/2006<br>Docketed Total: $807,906.00<br>Filing Creditor Name:<br>ROSE MICHAEL P | Claim Holder Name<br>ROSE MICHAEL P                    Docketed Total: **$807,906.00**<br><br>**Case Number***    Secured    Priority    Unsecured<br>05-44481                                                          $807,906.00<br>                                               **$807,906.00** | Allowed Total: **$378,620.72**<br><br>**Case Number***    Secured    Priority    Unsecured<br>05-44481                                                $378,620.72<br>                                               **$378,620.72** |
| Claim: 7192<br>Date Filed: 05/31/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>ROWLEY ALAN BOYD | Claim Holder Name<br>ROWLEY ALAN BOYD                    Docketed Total: **UNL**<br><br>**Case Number***    Secured    Priority    Unsecured<br>05-44481                                      UNL<br>                                                   **UNL** | Allowed Total: **$335,894.47**<br><br>**Case Number***    Secured    Priority    Unsecured<br>05-44481                                                $335,894.47<br>                                               **$335,894.47** |

\*     See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

\*\*\*   Certain creditors' addresses are intentionally omitted.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14673-1    Filed 01/27/09    Entered 01/27/09 14:28:12    Exhibit A-1
Pg 15 of 17

Exhibit A-1
Thirty-Third Omnibus Claims Objection

**EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED*** | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 16110<br>Date Filed: 08/09/2006<br>Docketed Total: $1,748,075.00<br>Filing Creditor Name:<br>SHAFFER LOWELL K | Claim Holder Name<br>SHAFFER LOWELL K    Docketed Total: $1,748,075.00<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                     $1,748,075.00<br>                                                                 $1,748,075.00 | Allowed Total: $505,806.60<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                     $505,806.60<br>                                                                 $505,806.60 |
| Claim: 10572<br>Date Filed: 07/25/2006<br>Docketed Total: $2,811,699.50<br>Filing Creditor Name:<br>SHOLL J D AND SHOLL ROSEMARIE S | Claim Holder Name<br>SHOLL J D AND SHOLL ROSEMARIE S    Docketed Total: $2,811,699.50<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                     $2,811,699.50<br>                                                                 $2,811,699.50 | Allowed Total: $368,186.71<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                     $368,186.71<br>                                                                 $368,186.71 |
| Claim: 11909<br>Date Filed: 07/20/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>SMITH RAYMOND C | Claim Holder Name<br>SMITH RAYMOND C    Docketed Total: UNL<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                     UNL<br>                                                                 UNL | Allowed Total: $49,651.58<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                     $49,651.58<br>                                                                 $49,651.58 |

\*       See Exhibit E for a listing of debtor entities by case number.

\*\*      "UNL" denotes an unliquidated claim.

\*\*\*     Certain creditors' addresses are intentionally omitted.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14673-1    Filed 01/27/09    Entered 01/27/09 14:28:12    Exhibit A-1
Pg 16 of 17

Thirty-Third Omnibus Claims Objection

**EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED*** | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 10765<br>Date Filed: 07/25/2006<br>Docketed Total: $320,532.00<br>Filing Creditor Name:<br>SOSNOWCHIK THOMAS J | Claim Holder Name<br>SOSNOWCHIK THOMAS J        Docketed Total:    $320,532.00<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                              $320,532.00<br>                                      $320,532.00 | Allowed Total:    $849,627.88<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                          $849,627.88<br>                                                  $849,627.88 |
| Claim: 15998<br>Date Filed: 08/09/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>SPELMAN WILLIAM C | Claim Holder Name<br>SPELMAN WILLIAM C        Docketed Total:    UNL<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                          UNL<br>                                                  UNL | Allowed Total:    $253,800.67<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                          $253,800.67<br>                                                  $253,800.67 |
| Claim: 8781<br>Date Filed: 06/30/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>STRANEY PATRICK J | Claim Holder Name<br>STRANEY PATRICK J        Docketed Total:    UNL<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                          UNL<br>                                                  UNL | Allowed Total:    $538,906.71<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                          $538,906.71<br>                                                  $538,906.71 |
| Claim: 8575<br>Date Filed: 06/26/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>VANDENBERG FREDERIC P | Claim Holder Name<br>VANDENBERG FREDERIC P        Docketed Total:    UNL<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                      UNL<br>                              UNL | Allowed Total:    $440,894.64<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                          $440,894.64<br>                                                  $440,894.64 |

\*       See Exhibit E for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

\*\*\*   Certain creditors' addresses are intentionally omitted.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14673-1    Filed 01/27/09    Entered 01/27/09 14:28:12    Exhibit A-1
Pg 17 of 17

Thirty-Third Omnibus Claims Objection

**EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED*** | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 7793<br>Date Filed: 06/12/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>WARREN WILLIAM S | Claim Holder Name<br>WARREN WILLIAM S       Docketed Total: **UNL**<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                           UNL<br>                                                          **UNL** | Allowed Total: **$1,720,990.33**<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                     $1,720,990.33<br>                                                   **$1,720,990.33** |
| Claim: 16804<br>Date Filed: 02/12/2008<br>Docketed Total: $395,061.17<br>Filing Creditor Name:<br>WILHELM JR RALPH V | Claim Holder Name<br>WILHELM JR RALPH V       Docketed Total: **$395,061.17**<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                    $395,061.17<br>                                                   **$395,061.17** | Allowed Total: **$395,061.17**<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                    $395,061.17<br>                                                   **$395,061.17** |
| Claim: 9800<br>Date Filed: 07/18/2006<br>Docketed Total: $721,575.00<br>Filing Creditor Name:<br>WINGEIER KENNETH G | Claim Holder Name<br>WINGEIER KENNETH G       Docketed Total: **$721,575.00**<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                    $721,575.00<br>                                                   **$721,575.00** | Allowed Total: **$943,354.88**<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                    $943,354.88<br>                                                   **$943,354.88** |
|  |  | **Total Claims To Be Allowed: 63**<br>**Total Amount As Docketed:** $33,584,890.93<br>**Total Amount As Allowed:** $33,135,988.12 |

\*      See Exhibit E for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

\*\*\*   Certain creditors' addresses are intentionally omitted.