In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14673-4    Filed 01/27/09    Entered 01/27/09 14:28:12    Exhibit C
Pg 1 of 5

Thirty-Third Omnibus Claims Objection

**EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 1704<br>Date Filed: 01/30/2006<br>Docketed Total: $874,448.21<br>Filing Creditor Name and Address:<br>CAPRO LTD<br>155 S LIMERICK RD<br>LIMERICK, PA 19468-1699 | Claim Holder Name and Address<br>BEAR STEARNS INVESTMENT PRODUCTS INC<br>CO JPMORGAN CHASE BANK NA<br>LEGAL DEPT<br>1 CHASE MANHATTAN PLAZA 26TH FL<br>NEW YORK, NY 10081<br><br>Docketed Total: $874,448.21<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640   $299,723.41             $574,724.80<br>                $299,723.41             $574,724.80 | Allowed Total: $857,771.97<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                            $857,771.97<br>                                         $857,771.97 |
| Claim: 10971<br>Date Filed: 07/26/2006<br>Docketed Total: $332,442.44<br>Filing Creditor Name and Address:<br>EATON AEROQUIP DE MEXICO SA DE CV<br>1111 SUPERIOR AVE<br>CLEVELAND, OH 44114-2584 | Claim Holder Name and Address<br>EATON AEROQUIP DE MEXICO SA DE CV<br>1111 SUPERIOR AVE<br>CLEVELAND, OH 44114-2584<br><br>Docketed Total: $332,442.44<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                             $332,442.44<br>                                          $332,442.44 | Allowed Total: $130,456.03<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                             $130,456.03<br>                                          $130,456.03 |
| Claim: 6809<br>Date Filed: 05/25/2006<br>Docketed Total: $740,224.29<br>Filing Creditor Name and Address:<br>EATON CORPORATION<br>DBA REVENUE MANAGEMENT<br>1 UNIVERSITY PLAZA NO 312<br>HACKENSACK, NJ 07601 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF EATON CORPORATION<br>DBA REVENUE MANAGEMENT<br>1 UNIVERSITY PLAZA NO 312<br>HACKENSACK, NJ 07601<br><br>Docketed Total: $740,224.29<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                             $740,224.29<br>                                          $740,224.29 | Allowed Total: $588,236.24<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                             $588,236.24<br>                                          $588,236.24 |

\*    See Exhibit E for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14673-4    Filed 01/27/09    Entered 01/27/09 14:28:12    Exhibit C
Pg 2 of 5

Thirty-Third Omnibus Claims Objection

**EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 10908<br>Date Filed: 07/26/2006<br>Docketed Total: $4,692.90<br>Filing Creditor Name and Address:<br>EATON ELECTRICAL<br>1111 SUPERIOR AVE<br>CLEVELAND, OH 44114-2584 | Claim Holder Name and Address<br>EATON ELECTRICAL    Docketed Total: $4,692.90<br>1111 SUPERIOR AVE<br>CLEVELAND, OH 44114-2584<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $4,692.90<br>                                                          $4,692.90 | Allowed Total: $672.00<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $672.00<br>                                                          $672.00 |
| Claim: 11029<br>Date Filed: 07/26/2006<br>Docketed Total: $1,865.03<br>Filing Creditor Name and Address:<br>EATON HYDRAULICS INC<br>EATON CORPORATION<br>1111 SUPERIOR AVE<br>CLEVELAND, OH 44114-2584 | Claim Holder Name and Address<br>EATON HYDRAULICS INC    Docketed Total: $1,865.03<br>EATON CORPORATION<br>1111 SUPERIOR AVE<br>CLEVELAND, OH 44114-2584<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $1,865.03<br>                                                          $1,865.03 | Allowed Total: $1,865.03<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $1,865.03<br>                                                          $1,865.03 |
| Claim: 3738<br>Date Filed: 05/01/2006<br>Docketed Total: $50,374.12<br>Filing Creditor Name and Address:<br>MOLDTECH INC<br>1900 COMMERCE PKY<br>LANCASTER, NY 14086 | Claim Holder Name and Address<br>MOLDTECH INC    Docketed Total: $50,374.12<br>1900 COMMERCE PKY<br>LANCASTER, NY 14086<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                              $50,374.12<br>                                                          $50,374.12 | Allowed Total: $46,544.80<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                              $46,544.80<br>                                                          $46,544.80 |

\*   See Exhibit E for a listing of debtor entities by case number.

\*\*  "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14673-4    Filed 01/27/09    Entered 01/27/09 14:28:12    Exhibit C
Pg 3 of 5

Thirty-Third Omnibus Claims Objection

**EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 10411<br>Date Filed: 07/24/2006<br>Docketed Total: $157,011.51<br>Filing Creditor Name and Address:<br>PHELPS DODGE MAGNET WIRE CO<br>ONE N CENTRAL AVE<br>PHOENIX, AZ 85004 | Claim Holder Name and Address<br>HAIN CAPITAL HOLDINGS LLC   Docketed Total: $157,011.51<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                            $157,011.51<br>                                                     $157,011.51 | Allowed Total: $150,301.40<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                            $150,301.40<br>                                                     $150,301.40 |
| Claim: 1726<br>Date Filed: 01/31/2006<br>Docketed Total: $5,849.70<br>Filing Creditor Name and Address:<br>SIERRA INTERNATIONAL INC<br>155 SOUTH LIMERICK RD<br>LIMERICK, PA 19468-1699 | Claim Holder Name and Address<br>BEAR STEARNS INVESTMENT   Docketed Total: $5,849.70<br>PRODUCTS INC<br>CO JPMORGAN CHASE BANK NA<br>LEGAL DEPT<br>1 CHASE MANHATTAN PLAZA 26TH FL<br>NEW YORK, NY 10081<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640           $629.00                    $5,220.70<br>                   $629.00                    $5,220.70 | Allowed Total: $3,333.70<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                            $3,333.70<br>                                                     $3,333.70 |
| Claim: 1728<br>Date Filed: 01/31/2006<br>Docketed Total: $212,632.48<br>Filing Creditor Name and Address:<br>TELEFLEX AUTOMOTIVE MANUFACTURING CORPORATION<br>155 S LIMERICK RD<br>LIMERICK, PA 19468-1699 | Claim Holder Name and Address<br>BEAR STEARNS INVESTMENT   Docketed Total: $212,632.48<br>PRODUCTS INC<br>CO JPMORGAN CHASE BANK NA<br>LEGAL DEPT<br>1 CHASE MANHATTAN PLAZA 26TH FL<br>NEW YORK, NY 10081<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640         $64,731.84                  $147,900.64<br>                 $64,731.84                  $147,900.64 | Allowed Total: $181,558.42<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                            $181,558.42<br>                                                     $181,558.42 |

\*      See Exhibit E for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 1703<br>Date Filed: 01/30/2006<br>Docketed Total: $59,962.24<br>Filing Creditor Name and Address:<br>　TELEFLEX INCORPORATED DBA<br>　TELEFLEX MORSE<br>　155 SOUTH LIMERICK RD<br>　LIMERICK, PA 19468-1699 | Claim Holder Name and Address<br>　BEAR STEARNS INVESTMENT<br>　PRODUCTS INC<br>　CO JPMORGAN CHASE BANK NA<br>　LEGAL DEPT<br>　1 CHASE MANHATTAN PLAZA 26TH<br>　FL<br>　NEW YORK, NY 10081<br><br>Docketed Total: $59,962.24<br><br>Case Number*　Secured　　　Priority　　Unsecured<br>05-44640　　　$27,431.68　　　　　　$32,530.56<br>　　　　　　　$27,431.68　　　　　　$32,530.56 | Allowed Total: $47,395.10<br><br>Case Number*　Secured　Priority　Unsecured<br>05-44640　　　　　　　　　　　　$47,395.10<br>　　　　　　　　　　　　　　　　$47,395.10 |
| Claim: 11681<br>Date Filed: 07/27/2006<br>Docketed Total: $2,227,147.77<br>Filing Creditor Name and Address:<br>　TESA AG<br>　JAMES J DECRISTOFARO ESQ<br>　LOVELLS<br>　590 MADISON AVE<br>　NEW YORK, NY 10022 | Claim Holder Name and Address<br>　TESA AG<br>　JAMES J DECRISTOFARO ESQ<br>　LOVELLS<br>　590 MADISON AVE<br>　NEW YORK, NY 10022<br><br>Docketed Total: $2,227,147.77<br><br>Case Number*　Secured　　　Priority　Unsecured<br>05-44640　　　$151,257.61　　UNL　$2,075,890.16<br>　　　　　　　$151,257.61　　UNL　$2,075,890.16 | Allowed Total: $1,837,259.20<br><br>Case Number*　Secured　Priority　Unsecured<br>05-44640　　　　　　　　　　　　$1,837,259.20<br>　　　　　　　　　　　　　　　　$1,837,259.20 |
| Claim: 8139<br>Date Filed: 06/19/2006<br>Docketed Total: $44,754.00<br>Filing Creditor Name and Address:<br>　THE BRIX GROUP INC<br>　541 DIVISION ST<br>　CAMPBELL, CA 95008 | Claim Holder Name and Address<br>　THE BRIX GROUP INC<br>　541 DIVISION ST<br>　CAMPBELL, CA 95008<br><br>Docketed Total: $44,754.00<br><br>Case Number*　Secured　Priority　Unsecured<br>05-47474　　　　　　　　　　　　$44,754.00<br>　　　　　　　　　　　　　　　　$44,754.00 | Allowed Total: $27,595.51<br><br>Case Number*　Secured　Priority　Unsecured<br>05-47474　　　　　　　　　　　　$27,595.51<br>　　　　　　　　　　　　　　　　$27,595.51 |

\*　See Exhibit E for a listing of debtor entities by case number.

\*\*　"UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14673-4    Filed 01/27/09    Entered 01/27/09 14:28:12    Exhibit C
Pg 5 of 5

Thirty-Third Omnibus Claims Objection

EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 16375<br>Date Filed: 10/19/2006<br>Docketed Total: $595,386.02<br>Filing Creditor Name and Address:<br>  TPO DISPLAYS USA INC FKA<br>  MOBILE DISPLAY SYSTEMS<br>  KIRKPATRICK & LOCKHART<br>  NICHOLSON GRAHAM LLP<br>  599 LEXINGTON AVE<br>  NEW YORK, NY 10022 | Claim Holder Name and Address<br><br>TPO DISPLAYS USA INC FKA MOBILE DISPLAY SYSTEMS<br>KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022<br><br>Docketed Total: $595,386.02<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                 $595,386.02<br>                                          $595,386.02 | Allowed Total: $413,423.52<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                 $413,423.52<br>                                          $413,423.52 |
|  |  | **Total Claims To Be Allowed: 13**<br>**Total Amount As Docketed:** $5,306,790.71<br>**Total Amount As Allowed:** $4,286,412.92 |

\*   See Exhibit E for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.