**In re Delphi Corporation, et al.**  **Thirty-Third Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

### EXHIBIT D - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| EATON YALE LTD<br>EATON CORPORATION<br>1111 SUPERIOR AVE<br>CLEVELAND, OH 44114-2584 | 10970 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $14,019.41<br>Total: $14,019.41 | 07/26/2006 | DELPHI CORPORATION<br>(05-44481) |
| MOBILE DISPLAY SYSTEMS<br>C/O ROBERT N MICHAELSON ESQ<br>KIRKPATRICK & LOCKHART<br>NICHOLSON GRAHAM LLP<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022 | 14295 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $124,961.82<br>Total: $124,961.82 | 07/31/2006 | DELPHI CORPORATION<br>(05-44481) |

            Total:    2            $138,981.23