In re: Delphi Corporation, et al.                                                   Thirty-Third Omnibus Claims Objection

Case No. 05-44481 (RDD)      05-44481-rdd     Doc 14673-7     Filed 01/27/09     Entered 01/27/09 14:28:12     Exhibit F

Pg 1 of 5

Exhibit F - Claimants And Related Claims And Scheduled Liabilities Subject To Thirty-Third Omnibus Claims Objection

| Claim Holder | Claim/Scheduled Liability | Exhibit |
|---|---|---|
| ALBRECHT DONALD D | 12117 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| ALBRECHT JAMES W | 10416656 | EXHIBIT A-2 - SERP SCHEDULED LIABILITIES SUBJECT TO MODIFICATION |
| ANDERSON JON R | 6693 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| ANDERSON MICHAEL O | 10416633 | EXHIBIT A-2 - SERP SCHEDULED LIABILITIES SUBJECT TO MODIFICATION |
| ARNDT FREDERICK P | 10416651 | EXHIBIT A-2 - SERP SCHEDULED LIABILITIES SUBJECT TO MODIFICATION |
| ARNOLD THOMAS B | 9683 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| BANK WAYNE H | 10854 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| BEAR STEARNS INVESTMENT PRODUCTS INC | 1703 | EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION |
| BEAR STEARNS INVESTMENT PRODUCTS INC | 1704 | EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION |
| BEAR STEARNS INVESTMENT PRODUCTS INC | 1726 | EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION |
| BEAR STEARNS INVESTMENT PRODUCTS INC | 1728 | EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION |
| BECK BRUCE T | 9657 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| BREMER RICHARD J | 9833 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| BROOKS GARY J | 12097 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| BROOKS GARY J | 12099 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| BROOKS GARY J | 12100 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| BROOKS GARY J | 12101 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| BROOKS GARY J | 12102 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| BROOKS GARY J & KATHLEEN L | 12103 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| BYERS,CATHERINE | 10416752 | EXHIBIT A-2 - SERP SCHEDULED LIABILITIES SUBJECT TO MODIFICATION |
| CAPRO LTD | 1704 | EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION |
| CHAO KEH-CHUNG M | 10416736 | EXHIBIT A-2 - SERP SCHEDULED LIABILITIES SUBJECT TO MODIFICATION |
| COLLINS WILLIAM L | 10852 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| COTTEN CHARLES A | 16769 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| COY RAMSEY | 16828 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| CRACRAFT LARRY F | 10605 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| CRACRAFT LARRY F | 13596 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| DETTINGER ROBERT E | 16772 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| DRURY DAVID L | 9608 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| DRURY DAVID L | 9609 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| DRURY DAVID L | 9610 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| DRURY DAVID L | 9611 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| DRURY DAVID L | 9612 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |

Case No. 05-44481 (RDD)
05-44481-rdd    Doc 14673-7    Filed 01/27/09    Entered 01/27/09 14:28:12    Exhibit F
Pg 2 of 5

Exhibit F - Claimants And Related Claims And Scheduled Liabilities Subject To Thirty-Third Omnibus Claims Objection

| Claim Holder | Claim/Scheduled Liability | Exhibit |
|---|---|---|
| DRURY DAVID L | 9613 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| EATON AEROQUIP DE MEXICO SA DE CV | 10971 | EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION |
| EATON CORPORATION | 6809 | EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION |
| EATON ELECTRICAL | 10908 | EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION |
| EATON HYDRAULICS INC | 11029 | EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION |
| EATON YALE LTD | 10970 | EXHIBIT D - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| FAGAN ROBERT W | 10416747 | EXHIBIT A-2 - SERP SCHEDULED LIABILITIES SUBJECT TO MODIFICATION |
| FATZINGER ROBERT L | 10826 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| FATZINGER ROBERT L | 13506 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| FAULKNER DEAN L | 10416721 | EXHIBIT A-2 - SERP SCHEDULED LIABILITIES SUBJECT TO MODIFICATION |
| FLANAGAN JAMES P | 10416720 | EXHIBIT A-2 - SERP SCHEDULED LIABILITIES SUBJECT TO MODIFICATION |
| GOLDSWEIG DAVID N | 16767 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| GOLICK EDWARD A | 9536 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| GORDON PATRICIA A | 9229 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| HAIN CAPITAL HOLDINGS LLC | 10411 | EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION |
| HANDLEY RALPH E | 15802 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| HEGSTROM JAMES B | 10413 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| HEILMAN GERALD D | 16795 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| HELM WESLEY D | 11033 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| HENDRICKSON | 16718 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| HENDRICKSON DAVID | 16713 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| HENDRICKSON DAVID M | 16719 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| HENDRICKSON DAVID M | 16720 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| HERREN | 11944 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| HERREN WILLIAM R | 11944 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| HODITS JR FRANK W | 10560 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| HODITS JR FRANK W | 13493 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| HODITS JR FRANK W | 13494 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| HODITS JR FRANK W | 14035 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| HODITS JR FRANK W | 14036 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| HOLDEN JOHN DONALDSON | 13463 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| HOLLASCH KURT D | 10562 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| HOLLASCH KURT D | 10563 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| HOLLASCH KURT D | 10564 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |

Exhibit F - Claimants And Related Claims And Scheduled Liabilities Subject To Thirty-Third Omnibus Claims Objection

| Claim Holder | Claim/Scheduled Liability | Exhibit |
|---|---|---|
| HOLLASCH KURT D | 11161 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| HOLLASCH KURT D | 9439 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| HOLLASCH KURT D | 9666 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| HOLMES JOHN R | 9600 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| HOSSENLOPP PETER M | 12150 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| HUSAR JR MICHAEL A | 5385 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| ICKES ARTHUR D | 5298 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| JACKSON JERRY F | 16798 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| JOHNSON,ROBERT | 10417038 | EXHIBIT A-2 - SERP SCHEDULED LIABILITIES SUBJECT TO MODIFICATION |
| JULIUS MICHAEL L | 16774 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| KARVONEN THOMAS D | 9834 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| KARVONEN THOMAS D | 9835 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| KAYE,DIANE L | 10416754 | EXHIBIT A-2 - SERP SCHEDULED LIABILITIES SUBJECT TO MODIFICATION |
| KELLER NORBERT L | 10416683 | EXHIBIT A-2 - SERP SCHEDULED LIABILITIES SUBJECT TO MODIFICATION |
| KRIEGER HARVEY J | 9817 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| KRIEGER HARVEY J | 9818 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| LAWRENCE SUSAN K | 10416693 | EXHIBIT A-2 - SERP SCHEDULED LIABILITIES SUBJECT TO MODIFICATION |
| LEE ANTHONY | 10416750 | EXHIBIT A-2 - SERP SCHEDULED LIABILITIES SUBJECT TO MODIFICATION |
| LEVIJOKI W ALAN | 8759 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| LIENESCH JOHN H | 9867 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| LIND,RICHARD | 10417039 | EXHIBIT A-2 - SERP SCHEDULED LIABILITIES SUBJECT TO MODIFICATION |
| LININGER CHARLES D | 12119 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| LIPPA MICHAEL R | 9977 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| LIPPA MICHAEL R | 9978 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| LIPPA MICHAEL R | 9979 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF EATON CORPORA | 6809 | EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION |
| MALANGA RONALD R | 16779 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| MARQUIS TERRY L | 9287 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| MARQUIS TERRY L | 9288 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| MARQUIS TERRY L | 9289 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| MARQUIS TERRY L | 9290 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| MARQUIS TERRY L | 9291 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |

In re: Delphi Corporation, et al.  Thirty-Third Omnibus Claims Objection
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 14673-7    Filed 01/27/09    Entered 01/27/09 14:28:12    Exhibit F
Pg 4 of 5

Exhibit F - Claimants And Related Claims And Scheduled Liabilities Subject To Thirty-Third Omnibus Claims Objection

| Claim Holder | Claim/Scheduled Liability | Exhibit |
|---|---:|---|
| MARQUIS TERRY L | 9292 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| MAYNE JIMMY C | 9659 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| MEAD DENNIS M | 9974 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| MILLER SHARON L | 10416675 | EXHIBIT A-2 - SERP SCHEDULED LIABILITIES SUBJECT TO MODIFICATION |
| MOBILE DISPLAY SYSTEMS | 14295 | EXHIBIT D - CLAIMS TO BE EXPUNGED PURSUANT TO SETTLEMENT |
| MOBLEY MD EVELYN H | 4443 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| MOLDTECH INC | 3738 | EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION |
| MONTGOMERY SHARON | 9213 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| NORTHERN,EDWARD | 10417037 | EXHIBIT A-2 - SERP SCHEDULED LIABILITIES SUBJECT TO MODIFICATION |
| ONEILL BRIAN P | 11226 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| PHELPS DODGE MAGNET WIRE CO | 10411 | EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION |
| RAUSCH CARL G | 16013 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| RIES THOMAS E | 16799 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| RIES THOMAS E | 16800 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| RITZENTHALER FRANCIS H | 8939 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| RITZENTHALER FRANCIS H | 8940 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| RITZENTHALER FRANCIS H | 8941 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| RITZENTHALER FRANCIS H | 8942 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| RITZENTHALER FRANCIS H | 8947 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| RITZENTHALER FRANCIS H | 8948 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| ROBINSON JOHN H | 7412 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| RODEMAN DONALD W | 5790 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| RODEMAN DONALD W | 5791 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| RODEMAN DONALD W | 5792 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| RODEMAN DONALD W | 5793 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| ROSE CHARLES L | 11119 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| ROSE MICHAEL P | 9662 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| ROWLEY ALAN BOYD | 7192 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| SHAFFER LOWELL K | 16110 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| SHOLL J D AND SHOLL ROSEMARIE S | 10572 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| SIERRA INTERNATIONAL INC | 1726 | EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION |
| SLETVOLD JR GEORGE J | 10416712 | EXHIBIT A-2 - SERP SCHEDULED LIABILITIES SUBJECT TO MODIFICATION |
| SMITH RAYMOND C | 11909 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| SOSNOWCHIK THOMAS J | 10765 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |

Exhibit F - Claimants And Related Claims And Scheduled Liabilities Subject To Thirty-Third Omnibus Claims Objection

| Claim Holder | Claim/Scheduled Liability | Exhibit |
|---|---|---|
| SOSNOWCHIK THOMAS J | 16704 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| SOSNOWCHIK THOMAS J | 16710 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| SOSNOWCHIK THOMAS J | 16712 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| SOSNOWCHIK THOMAS J | 16715 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| SPELMAN WILLIAM C | 15998 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| STRANEY PATRICK J | 16722 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| STRANEY PATRICK J | 16723 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| STRANEY PATRICK J | 8781 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| TELEFLEX AUTOMOTIVE MANUFACTURING CORPORATION | 1728 | EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION |
| TELEFLEX INCORPORATED DBA TELEFLEX MORSE | 1703 | EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION |
| TESA AG | 11681 | EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION |
| THE BRIX GROUP INC | 8139 | EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION |
| TPO DISPLAYS USA INC FKA MOBILE DISPLAY SYSTEMS | 16375 | EXHIBIT C - CLAIMS SUBJECT TO MODIFICATION |
| VANDENBERG FREDERIC P | 8575 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| WANDER,JANET | 10416756 | EXHIBIT A-2 - SERP SCHEDULED LIABILITIES SUBJECT TO MODIFICATION |
| WARREN WILLIAM S | 7793 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| WILHELM JR RALPH V | 16804 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| WINGEIER KENNETH G | 9800 | EXHIBIT A-1 - SERP CLAIMS SUBJECT TO MODIFICATION |
| WINGEIER KENNETH G | 9801 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| WINGEIER KENNETH G | 9802 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| WINGEIER KENNETH G | 9803 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| WINGEIER KENNETH G | 9804 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |
| WINGEIER KENNETH G | 9805 | EXHIBIT B - DUPLICATE OR AMENDED SERP CLAIMS |