UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------x
In re:                                           Chapter 11

DELPHI CORPORATION, et al.,                      Case No. 05-44481 (RDD)

           Debtors.                             (Jointly Administered)
---------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

     I, Michael A. Valenti, a member in good standing of the bar in the State of Kentucky and the bar of the U.S. District Court for the Western District of Kentucky, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Lautzenhiser Technologies, LLC, a party holding administrative claims in the above referenced case.

Mailing address: One Riverfront Plaza, Suite 1950, 401 West Main St., Louisville, KY 40202;
E-mail address: mvalenti@vhrlaw.com;  telephone number (502) 568-2100.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: December 9, 2008
Louisville, Kentucky

_____
Michael A. Valenti (mvalenti@vhrlaw.com)
VALENTI HANLEY & ROBINSON, PLLC
One Riverfront Plaza, Suite 1950
401 West Main Street
Louisville, KY 40202
(502) 568-2100
Counsel for Lautzenhiser Technologies, LLC

---

## ORDER

**ORDERED**,
that Michael A. Valenti, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____
_____, New York

/s/_____
UNITED STATES BANKRUPTCY JUDGE