SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti
Thomas J. Matz

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                                :
                                                                                :
     In re                                       :         Chapter 11
                                                            :
DELPHI CORPORATION, et al.,      :         Case No. 05–44481 (RDD)
                                                            :
                             Debtors.      :         (Jointly Administered)
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER COMPROMISING
AND ALLOWING PROOF OF CLAIM NUMBER 10019
(GULLY TRANSPORTATION, INC.)

Delphi Corporation and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Gully Transportation, Inc. ("Gully") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 10019 (Gully Transportation, Inc.) (the "Joint Stipulation") and agree and state as follows:

WHEREAS, on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on July 20, 2006, Gully filed proof of claim number 10019 against Delphi, which asserts an unsecured non-priority claim in the amount of $63,903.24 (the "Claim") stemming from the sale of goods.

WHEREAS, on October 26, 2007, the Debtors objected to the Claim pursuant to the Debtors' Twenty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Equity Claims, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Claims Subject To Modification That Are Subject To Prior Orders, And Modified Claims Asserting Reclamation That Are Subject To Prior Orders  (Docket No. 10738) (the "Twenty-Second Omnibus Claims Objection").

WHEREAS, on November 16, 2007, Gully filed Gully Transportation, Inc.'s Response To Debtors' Twenty-Second Omnibus Objection To Unsecured Claim No. 10019 (Docket No. 10961) (the "Response").

WHEREAS, on December 5, 2008, to resolve the Twenty-Second Omnibus Claims Objection with respect to the Claim, DAS LLC and Gully entered into a settlement agreement (the "Settlement Agreement").

WHEREAS, pursuant to the Settlement Agreement, DAS LLC acknowledges and agrees that the Claim shall be allowed in the amount of $31,864.57 and shall be treated as a general unsecured non-priority claim against the estate of DAS LLC.

WHEREAS, DAS LLC is authorized to enter into the Settlement Agreement either because the Claim involves ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

THEREFORE, the Debtors and Gully stipulate and agree as follows:

1. The Claim shall be allowed in the amount of $31,864.57 and shall be treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

2. Gully shall withdraw its Response to the Twenty-Second Omnibus Claims Objection with prejudice.


So Ordered in New York, New York, this 29th day of January, 2009

                                                                   /s/Robert D. Drain
                                                            UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

| | |
|---|---|
| /s/ John K. Lyons | /s/ Lee B. Brumitt |
| John Wm. Butler, Jr. | Lee B. Brumitt |
| John K. Lyons | DYSART, TAYLOR, LAY, COTTER & |
| Ron E. Meisler |    McMONIGLE, P.C. |
| SKADDEN, ARPS, SLATE, MEAGHER | 4420 Madison Avenue |
|   &amp; FLOM LLP | Kansas City, Missouri 64111 |
| 333 West Wacker Drive, Suite 2100 | |
| Chicago, Illinois  60606-1285 | Attorneys for Gully Transportation, Inc. |
| (312) 407-0700 | |

- and –

   Kayalyn A. Marafioti
   Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession