UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                   :
       In re                     :     Chapter 11
                                   :
DELPHI CORPORATION, et al.,     :     Case No. 05-44481 (RDD)
                                   :
               Debtors.     :     (Jointly Administered)
                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 EXPUNGING
WITH PREJUDICE PROOF OF CLAIM NUMBER 12363

("DAVID WOHLEEN")

          Upon the Thirtieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed.

R. Bankr. P. 3007 To Certain (A) Amended Claims, (B) Equity Claims, (C) Untimely

Insufficiently Documented Claim, (D) Books And Records Claims, (E) Untimely Claims, And (F)

Claims Subject To Modification (Docket No. 13823) (the "Thirtieth Omnibus Claims

Objection"), together with the Supplemental Reply To David Wohleen's Response To Debtors'

Thirtieth Omnibus Objection Regarding Proof of Claim No. 12363 (Docket No. 14407) (the

"Supplemental Reply") of Delphi Corporation and certain of its subsidiaries and affiliates,

debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"); and

other documents filed by David Wohleen (the "Claimant"); and after due deliberation thereon

and good and sufficient cause appearing therefor,

IT IS HEREBY FOUND AND DETERMINED THAT:[1]

A.    The Claimant was properly served with the Thirtieth Omnibus Claims Objection and the Debtors' Supplemental Reply.

B.    The Court has jurisdiction over the Thirtieth Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334.  The Thirtieth Omnibus Claims Objection is a core proceeding under 28 U.S.C. § 157 (b)(2).  Venue of these cases and the Thirtieth Omnibus Claims Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

C.    For the reasons stated in the Supplemental Reply, proof of claim number 12363, filed by the Claimant, fails to state a claim against any Debtor's estate.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.    Proof of claim number 12363 filed by David Wohleen is hereby disallowed and expunged in its entirety, with prejudice.

Dated: New York, New York
       January 29, 2009

          /s/Robert D. Drain
          UNITED STATES BANKRUPTCY JUDGE

---

[1]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate.  See Fed. R. Bankr. P. 7052.  Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Twenty-Third Omnibus Claims Objection.