HONIGMAN MILLER SCHWARTZ AND COHN LLP
E. Todd Sable (Mich. Bar P54956)
Admitted *pro hac vice*
Seth A. Drucker (Mich. Bar P65641)
Admitted *pro hac vice*
2290 First National Building
660 Woodward Avenue
Detroit, Michigan 48226-3506

Attorneys for Valeo Climate Control Corp.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x
                                                  :
            In re                                 :    Case No.: 05-44481
                                                  :
DELPHI CORPORATION, *et al.*,                     :    Chapter 11
                                                  :
            Debtors.                              :    (Jointly Administered)
------------------------------------------------- x

### WITHDRAWAL OF RESPONSE OF VALEO CLIMATE CONTROL CORPORATION IN OPPOSITION TO DEBTORS' OBJECTION TO PROOF OF CLAIM NUMBER 11462 INCLUDED IN DEBTORS' FIFTEENTH OMNIBUS CLAIMS OBJECTION (SUBSTANTIVE) [D.I. 8278]

Valeo Climate Control Corp. withdraws its Response of Valeo Climate Control Corporation in Opposition to Debtors' Objection to Proof of Claim Number 11462 Included in Debtors' Fifteenth Omnibus Claims Objection (Substantive) [D.I. 8278].

                HONIGMAN MILLER SCHWARTZ AND
                COHN LLP

By:   /s/ Seth A. Drucker
       E. Todd Sable (Mich. Bar P54956)
       Admitted *pro hac vice*
       Seth A. Drucker (Mich. Bar P65641)
       Admitted *pro hac vice*
       2290 First National Building
       660 Woodward Ave., Suite 2290
       Detroit, MI  48226-3506
       Telephone:  (313) 465-7000
       Facsimile:  (313) 465-7627
       Email:  sdrucker@honigman.com
               tsable@honigman.com

Attorneys for Valeo Climate Control Corp.

Dated:  February 2, 2009

DETROIT.3479324.1