HONIGMAN MILLER SCHWARTZ AND COHN LLP
E. Todd Sable (Mich. Bar P54956)
Admitted *pro hac vice*
Seth A. Drucker (Mich. Bar P65641)
Admitted *pro hac vice*
2290 First National Building
660 Woodward Avenue
Detroit, Michigan 48226-3506

Attorneys for Valeo Climate Control Corp.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
                                                        :
       In re                                            :    Case No.: 05-44481
                                                        :
DELPHI CORPORATION, *et al.*,                           :    Chapter 11
                                                        :
              Debtors.                                  :    (Jointly Administered)
------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2009, I caused to be electronically filed a *Withdrawal of Response of Valeo Climate Control Corporation in Opposition to Debtors' Objection to Proof of Claim Number 11462 Included in Debtors' Fifteenth Omnibus Claims Objection (Substantive)* using the ECF system, which system will send an electronic copy of same to those ECF participants registered in the above referenced matter.

I also caused copies to be served on the following parties via first class mail on February 2, 2009.

| | |
|---|---|
| Delphi Corporation<br>Attn: General Counsel<br>5725 Delphi Drive<br>Troy, MI 48098 | Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive<br>Suite 2100<br>Chicago, IL 60606<br>Attn: John W. Butler, Jr.<br>         Ron E. Meisler and<br>         Brian M. Fern |

By:    /s/ Seth A. Drucker
Seth A. Drucker (Pro Hac, MI Bar No. P65641)
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226
Telephone:  (313) 465-7626
Facsimile:  (313) 465-7627
Email:  sdrucker@honigman.com

Dated:  February 2, 2009

DETROIT.3505408.1