1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

Case No. 05-44481-rdd

- - - - - - - - - - - - - - - - - - - -x

In the Matter of:


DELPHI CORPORATION,


        Debtor.


- - - - - - - - - - - - - - - - - - - -x


            United States Bankruptcy Court

            One Bowling Green

            New York, New York


            January 27, 2009

            10:17 AM


B E F O R E:

HON. ROBERT D. DRAIN

U.S. BANKRUPTCY JUDGE

2

1

2   HEARING re Debtors' Thirty-Third Omnibus Objection Regarding

3   (A) SERP Claims and Scheduled Liabilities Subject to

4   Modification, (B) Duplicate or Amended SERP Claims, (C) Claims

5   Subject to Modification, And (D) Claim to be Expunged Pursuant

6   to Settlement.

7

8   HEARING re Proposed Thirty-Ninth Omnibus Hearing Agenda.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24   Transcribed by:  Penina Wolicki

25

3

1

2    A P P E A R A N C E S :

3    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

4         Attorneys for Debtor

5         333 West Wacker Drive

6         Chicago, IL 60606

7

8    BY:   JOHN WILLIAM BUTLER JR., ESQ.

9

10

11   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

12        Attorneys for Debtor

13        Four Times Square

14        New York, NY 10036

15

16   BY:   KAYALYN A. MARAFIOTI, ESQ.

17

18

19   PEPPER HAMILTON LLP

20        3000 Two Logan Square

21        Philadelphia, PA 19103

22

23   BY:   NINA M. VARUGHESE, ESQ. (TELEPHONICALLY)

24

25

4

1                    P R O C E E D I N G S

2           THE COURT:  Please be seated.  Okay, Delphi

3    Corporation?

4           MR. BUTLER:  Your Honor, Jack Butler and Kayalyn

5    Marafioti on behalf of Delphi Corporation for its thirty-ninth

6    omnibus hearing agenda.  Good morning.  Your Honor, we only

7    have one matter on the agenda today.  This is the thirty-third

8    omnibus claims objection filed at docket number 14619.  This

9    involved 133 proofs of claim that were scheduled on the

10   objection, plus 18 claims that were listed on the debtors'

11   schedules and statements, for a total of 151 claims.

12          No responses were filed in connection with this,

13   although we did withdraw, as I'll describe in a minute, two

14   objections with respect to proofs of claim.  And therefore

15   we're asking that 149 proofs of claim or scheduled claims be

16   ordered allowed or modified as set forth in the proposed

17   objection.

18          In the aggregate, there were 151 claims in the

19   thirty-third omnibus claims objection that asserted

20   approximately 65 million dollars in claims plus unliquidated

21   amounts.  The two claims that we're withdrawing from the

22   objection are proof of claim number 5907 filed by Schaeffler

23   KG, and proof of claim 590 filed by Sandvik Materials

24   Technology.  We have executed joint stipulations with respect

25   to these claims after we filed the thirty-third claims

5

1    objection.  And we submitted those stipulations separately

2    after serving notices of presentment.

3            There are also, Your Honor, six modifications to the

4    proposed order with respect to claims involving other claimants

5    and their counsel.  We're revising the allowed amount for four

6    proofs of claim, where we determined after filing the objection

7    that the amount reflected in the exhibit to the proposed order

8    should be revised in our negotiated basis with those counsel.

9    We also, with respect to dealing with a surclaimant, Terry

10   Marquis who had multiple claims listed on the objection, we

11   determined after filing the objection, conferring with him,

12   that proof of claim 9292 should be the surviving claim and that

13   proof of claim 9287 should be expunged.  We essentially

14   reversed the claim that would be expunged from the claim that

15   would not be.

16           We also dealt with a similar issue with Eaton

17   Corporation, where we dealt with proof of claim 10908, which

18   was filed by Eaton Electrical, and proof of claim 5298.  And

19   we've dealt with, on the Eaton Yale claim, we have determined

20   that claim 10970 should be the properly expunged claim.  So

21   we've sorted those out.  There are six changes on the order.

22           Based on the two claims that have been withdrawn,

23   that leaves 149 claims asserting liquidated claims of

24   approximately 65 million dollars that we're asking Your Honor

25   to address today.  These claims have all -- these claimants all

6

1   received particularized notice, as we have done customarily

2   with respect to the 32 preceding claims objections.  And to the

3   extent Your Honor grants the relief we're requesting today, we

4   will serve particularized notice of that resolution as well.

5           THE COURT:  Okay.  Does anyone have anything to say

6   on this omnibus objection?  All right.  Most of the relief

7   sought here was either to confirm settlement agreements or to

8   delete claims that had otherwise been settled.  I'll grant the

9   objection with the modification of the claims that were set

10  forth on the record, on the basis that after individualized

11  notice, there have been no objections to the relief sought.

12          MR. BUTLER:  Thank you, Your Honor.  Your Honor,

13  that's all we have today.

14          THE COURT:  Okay.  I'm not sure I -- you have an

15  order that reflects those changes.

16          MS. MARAFIOTI:  It was submitted, Your Honor.

17          THE COURT:  Okay.  You can e-mail it then.

18          MR. BUTLER:  Great.  Thank you.

19          THE COURT:  You've already e-mailed it?

20          MS. MARAFIOTI:  I believe it's already been

21  submitted, Your Honor.

22          THE COURT:  Okay, fine.  Thank you.

23          MR. BUTLER:  Thanks, Judge.

24      (Proceedings concluded at 10:21 a.m.)

25

7

I N D E X

RULINGS

|  | Page | Line |
|---|---|---|
| Debtor's objection | 6 | 9 |
| with the modification of | | |
| the claims, granted | | |

8

C E R T I F I C A T I O N

I, Penina Wolicki, certify that the foregoing transcript is a
true and accurate record of the proceedings.


_____

Penina Wolicki


Veritext LLC

200 Old Country Road

Suite 580

Mineola, NY 11501


Date:  January 30, 2009