UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

-------------------------------------------------------x

## REQUEST FOR REMOVAL
## FROM MATRIX AND TO STOP ELECTRONIC NOTICES

     Joseph T. Moldovan, Esq. of Morrison Cohen LLP hereby files this, Request for Removal from Matrix and to Stop Electronic Notices, and requests that the following names, addresses and email addresses be removed from the matrix and from the Court's electronic noticing system in this case:

> Joseph T. Moldovan, Esq.
> Morrison Cohen LLP
> 909 Third Avenue
> New York, New York 10022
> Phone (212) 735-8600
> Fax: (212) 735-8708
> Email: bankruptcy@morrisoncohen.com
>        mdallago@morrisoncohen.com

Dated: New York, New York
       February 3, 2009

**MORRISON COHEN LLP**
Attorneys for Blue Cross and Blue Shield of Michigan

  */s/ Joseph T. Moldovan*
Joseph T. Moldovan
Michael R. Dal Lago
909 Third Avenue
New York, New York 10022
(212) 735-8600