LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Dr.
Chicago, Illinois  60606
Tel:  (312) 443-0700
cbarr@lockelord.com
Courtney Engelbrecht Barr (CBE 7768)

Attorneys for D & R Technology LLC

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

------------------------------------------------x

**WITHDRAWAL OF RESPONSE OF D & R TECHNOLOGY LLC TO DEBTORS'
TWENTY-FOURTH OMNIBUS OBJECTION PURSUANT TO 11 U.S.C. § 502(b) AND
FED. R. BANKR. P. 3007 TO (A) DUPLICATE OR AMENDED CLAIMS, (B) CLAIMS
NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C) UNTIMELY
CLAIMS, AND (D) CLAIMS SUBJECT TO MODIFICATION, MODIFIED CLAIMS
ASSERTING RECLAMATION, AND CLAIM SUBJECT TO MODIFICATION THAT IS
<u>SUBJECT TO PRIOR ORDER [Docket No. 11588]</u>**

D & R Technology LLC ("D&R" or "Claimant"), by and through its undersigned counsel, hereby withdraws its Response to the Debtors' Twenty-Fourth Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to (A) Duplicate or Amended Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claims, and (D) Claims Subject to Modification, Modified Claims Asserting Reclamation, and Claim Subject to Modification that is Subject to Prior Order filed on January 17, 2008 [Docket No. 12219] with prejudice.

Dated: February 4, 2009                    LOCKE LORD BISSELL & LIDDELL LLP

                                                                                                 /s/  Courtney Engelbrecht Barr
Courtney Engelbrecht Barr (CBE 7768)
111 S. Wacker Dr.
Chicago, IL  60606

Attorneys for D & R Technology LLC