SIMON, STELLA & ZINGAS, P.C.
Stephen P. Stella (P33351) (Admitted Pro Hac Vice)
attorneystella@sszpc.com
422 W. Congress, Ste. 400
Detroit, MI 48226
(313) 962-6400

Attorneys for Motor City Electric

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 05-44481(RDD) |
| DELPHI CORPORATION, et al | Jointly Administered |
| | Hon. Robert E. Drain |
| Debtors. | |
| _____/ | |

**MOTOR CITY ELECTRIC'S WITHDRAWAL OF RESPONSE TO DEBTORS' TWENTY-FOURTH OMNIBUS OBJECTION PURSUANT TO 11 U.S.C. §502(B) AND FED. R. BANKR. P. 3007 TO CERTAIN (A) DUPLICATE OR AMENDED CLAIMS; (B) CLAIMS NOT REFLECTED ON DEBTORS' BOOKS AND RECORDS (C) UNTIMELY CLAIMS, AND (D) CLAIMS SUBJECT TO MODIFICATION, MODIFIED CLAIMS ASSERTING RECLAMATION, AND CLAIM SUBJECT TO MODIFICATION THAT IS <u>SUBJECT TO PRIOR ORDER (DOCKET #12217)</u>**

Motor City Electric, by and through its attorneys, Simon, Stella & Zingas, P.C., hereby withdraws his Response To Debtors' Twenty-Fourth Omnibus Objection Pursuant To 11 U.S.C. §502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims; (B) Claims Not Reflected On Debtors' Books And Records (C) Untimely Claims, And (D) Claims Subject To Modification, Modified Claims Asserting Reclamation, And Claim Subject To Modification That Is

Subject To Prior Order filed with this Court on or about January 17, 2008.

                SIMON, STELLA & ZINGAS, P.C.

                BY:    /s/ Stephen P. Stella
                        STEPHEN P. STELLA (P33351)
                        Attorney for Motor City Electric
                        422 W. Congress, Suite 400
                        Detroit, Michigan 48826
                        (313) 962-6400
Dated: February 4, 2009          attorneystella@sszpc.com