SIMON, STELLA & ZINGAS, P.C.
Stephen P. Stella (P33351) (Admitted Pro Hac Vice)
attorneystella@sszpc.com
422 W. Congress, Ste. 400
Detroit, MI 48226
(313) 962-6400

Attorneys for Motor City Electric

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                              Chapter 11
                                                                    Case No. 05-44481(RDD)
    DELPHI CORPORATION, et al                          Jointly Administered
                                                                    Hon. Robert E. Drain

        Debtors.
_____/

**REQUEST FOR REMOVAL FROM MATRIX AND TO STOP ELECTRONIC NOTICES**

    Stephen P. Stella, Esq. of Simon, Stella & Zingas, P.C. hereby files this, Request for Removal from Matrix and to Stop Electronic Notices, and requests that the following name, address and email address be removed from the matrix and from the Court's electronic noticing system in this case:

        Stephen P. Stella, Esq.
        Simon, Stella & Zingas, P.C.
        422 W. Congress, Ste. 400
        Detroit, MI 48226
        (313) 962-6400
        (313) 963-4614 (fax)
        Email: attorneystella@sszpc.com

SIMON, STELLA & ZINGAS, P.C.


 /S/ Stephen P. Stella
BY:  STEPHEN P. STELLA  (P33351)
Attorney for Motor City Electric
422 W. Congress, Ste. 400
Detroit, MI  48226
(313) 962-6400
attorneystella@sszpc.com

Date: February 4, 2009