**<u>Exhibit G</u>**

**Qualified Bidder Assumption/Assignment Notice**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                           :

In re                       :   Chapter 11
                           :

DELPHI CORPORATION, et al.,   :   Case No. 05-44481 (RDD)
                           :

            Debtor.   :   (Jointly Administered)
                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF ASSUMPTION AND ASSIGNMENT OF
EXECUTORY CONTRACT TO QUALIFIED BIDDERS IN
CONNECTION TO SALE OF ANAHEIM PROPERTY


PLEASE TAKE NOTICE THAT:

        1.      Pursuant to the Order Under 11 U.S.C. §§ 363, 365, 1123, And 1146

And Fed. R. Bankr. P. 2002, 6004, 6006, And 9014 (I) Approving Bidding Procedures, (II)

Granting Certain Bid Protection, (III) Approving Form And Manner Of Sale Notices, And

(IV) Setting Sale Hearing Date (Docket No. [_____] (the "Bidding Procedures Order")

entered by the United States Bankruptcy Court for the Southern District of New York (the

"Bankruptcy Court") on [_____], Delphi Automotive Systems LLC (the "Selling Debtor

Entity") has entered into a Real Property Purchase Agreement (the "Agreement") with

Birtcher Anaheim Magnolia Avenue LLC (the "Purchaser") for the purchase of

approximately 21.6 acres and located in Anaheim, California (the "Acquired Asset" or

"Anaheim Property") and the assignment of an executory contract relating to the Anaheim

Property, free and clear of liens, claims, encumbrances, and interests.  Capitalized terms used

but not otherwise defined in this notice have the meanings ascribed to them in the Bidding

Procedures Order.

        2.      Pursuant to the Bidding Procedures set forth in the Bidding Procedures

Order, the following parties have submitted Qualified Bids for the Acquired Asset and will

participate in an Auction for the Acquired Asset (the "Auction") beginning at 10:00 a.m.

(prevailing Eastern time) on March 13,  2009, at the offices of Skadden, Arps, Slate, Meagher

& Flom LLP, Four Times Square, New York, New York 10036 or 333 West Wacker Drive,

Chicago, Illinois 60606, or such later time or other place as the Selling Debtor Entity will

notify all Qualified Bidders who have submitted Qualified Bids (but in no event later than the

second Business Day prior to the Sale Hearing):

| **Qualified Bidders** |
|:---:|
|  |
|  |

        3.      Pursuant to the terms of the Agreement (or any asset sale and purchase

agreement that the Selling Debtor Entity may enter into with the Successful Bidder), the

Selling Debtor Entity will seek to sell the Anaheim Property and assume and assign the

Assumed Contract listed on Exhibit 1 hereto to the Purchaser or the Successful Bidder, as

case may be, subject to approval at the hearing to be held at 10:00 a.m. (prevailing Eastern

time) on March 24, 2009 (the "Sale Hearing") before the Honorable Robert D. Drain, United

States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New

York, One Bowling Green, Room 610, New York, New York 10004.

        4.      Objections, if any, to the assumption and assignment of the Assumed

Contract to a Qualified Bidder, who may ultimately become the Successful Bidder, must (a)

be in writing, (b) state with specificity the reasons for such objection, (c) conform to the

Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District

of New York, and the Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R.

Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing (I) Omnibus Hearing Dates, (II)

Certain Notice, Case Management, and Administrative Procedures, entered March 20, 2006

(Docket No. 2883) and the Thirteenth Supplemental Order Under 11 U.S.C. §§ 102(1) and

105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing

Dates and Certain Notice, Case Management, and Administrative Procedures, entered

December 4, 2008 (Docket No. 14534), (d) be filed with the Bankruptcy Court in accordance

with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case

filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch

disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-

based word processing format), (e) be submitted in hard-copy form directly to the chambers

of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States

Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610,

New York, New York 10004, and (f) be served in hard-copy form so they are actually

received within ten days after the date of this Notice by (i) Delphi Automotive Systems LLC,

3

5725 Delphi Drive, Troy, Michigan 48098 (Att'n: Legal Staff), (ii) Delphi Corporation, 5725

Delphi Drive, Troy, Michigan 48098 (Att'n: Deputy General Counsel, Transactional &

Restructuring), (iii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333

West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: Ron E. Meisler and Kellan

Grant), (iv) counsel for the agent under the postpetition credit facility, Davis Polk &

Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Donald Bernstein and

Brian Resnick), (v) counsel for the official committee of unsecured creditors, Latham &

Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg

and Mark A. Broude), (vi) counsel for the official committee of equity security holders,

Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York

10004 (Att'n: Bonnie Steingart), (vii) counsel for the Purchaser, Cadwalader, Wickersham &

Taft LLP, One World Financial Center, New York, New York 10281 (Att'n: Mike Ryan), and

(viii) the Office of the United States Trustee for the Southern District of New York, 33

Whitehall Street, Suite 2100, New York, New York 10004 (Att'n:  Brian Masumoto).

    5.  If an objection to the assumption and assignment of the Assumed

Contract is timely filed and received, a hearing with respect to the objection will be held

before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States

Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610,

New York, New York 10004, at the Sale Hearing or such other date and time as the Court

may schedule.  If no objection is timely filed and received, the non-Debtor party to the

Assumed Contract will be deemed to have consented to the assumption and assignment of the

Assumed Contract and will be forever barred from asserting any other claims as to such

Assumed Contract, including, but not limited to, the propriety or effectiveness of the

assumption and assignment of the Assumed Contract, against the Selling Debtor Entity or the

Purchaser, or the property of either of them.

6.      Pursuant to 11 U.S.C. § 365, there is adequate assurance that the Cure

Amount set forth in the Cure Notice will be paid in accordance with the terms of the Sale

Approval Order.  Further, there is adequate assurance of the Qualified Bidders' future

performance under the executory contract to be assumed and assigned because of the

significant resources of the Qualified Bidders.

7.      Prior to the Closing Date, the Selling Debtor Entity may amend its

decision with respect to the assumption and assignment of the Assumed Contract and provide

a new notice amending the information provided in this Notice.

Dated:  New York, New York
         February ___, 2009

                      SKADDEN, ARPS, SLATE, MEAGHER
                         & FLOM LLP

                 By: _____
                      John Wm. Butler, Jr. (JB 4711)
                      John K. Lyons (JL 4951)
                      Ron E. Meisler (RM 3026)
                 333 West Wacker Drive, Suite 2100
                 Chicago, Illinois  60606
                 (312) 407-0700

                            - and -

                 By:_____
                      Kayalyn A. Marafioti (KM 9632)
                      Thomas J. Matz (TM 5986)
                 Four Times Square
                 New York, New York 10036
                 (212) 735-3000

                 Attorneys for Delphi Corporation, et al.,
                    Debtors and Debtors-in-Possession