**Bidding Procedures Hearing Date And Time: February 24, 2009 at 10:00 a.m. (prevailing Eastern time)**
**Bidding Procedures Objection Deadline: February 17, 2009 at 4:00 p.m. (prevailing Eastern time)**
**Sale Hearing Date And Time: March 24, 2009 at 10:00 a.m. (prevailing Eastern time)**
**Sale Hearing Objection Deadline: March 17, 2009 at 4:00 p.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
Albert L. Hogan III
Ron E. Meisler

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -  -  x
| | : | |
|---|---|---|---|
| In re | : | Chapter 11 | |
| | : | | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) | |
| | : | | |
| Debtors. | : | (Jointly Administered) | |
| | : | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF MOTION FOR ORDERS UNDER 11 U.S.C. §§ 363, 365,
1123, AND 1146 AND FED. R. BANKR. P. 2002, 6004, 6006, AND 9014 (A) (I)
APPROVING BIDDING PROCEDURES, (II) GRANTING CERTAIN BID PROTECTION, (III)
APPROVING FORM AND MANNER OF SALE NOTICES, AND (IV) SETTING SALE HEARING
DATE AND (B) AUTHORIZING AND APPROVING (I) SALE BY DELPHI AUTOMOTIVE
SYSTEMS LLC OF CERTAIN REAL PROPERTY LOCATED IN ANAHEIM, CALIFORNIA AND
(II) ASSUMPTION AND ASSIGNMENT OF RELATED EXECUTORY CONTRACT

PLEASE TAKE NOTICE that on February 4, 2009, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed a Motion For Orders Under 11 U.S.C. §§ 363, 365, 1123, And 1146 And Fed. R. Bankr. P. 2002, 6004, 6006, And 9014 (A) (I) Approving Bidding Procedures, (II) Granting Certain Bid Protection, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date And (B) Authorizing And Approving (I) Sale By Delphi Automotive Systems LLC ("DAS LLC" or the "Selling Debtor Entity") Of Certain Real Property Located In Anaheim, California And (II) Assumption And Assignment Of Related Executory Contract (the "Motion").

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Motion with respect to the proposed bidding procedures, bid protections, form and manner of notices, and sale hearing date will be held on February 24, 2009, at 10:00 a.m. (prevailing Eastern time) (the "Hearing") before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion as it related to the proposed bidding procedures, bid protections, form and manner of notices, and sale hearing date must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing (I) Omnibus Hearing Dates, (II) Certain Notice, Case Management, and Administrative Procedures, entered March 20, 2006 (Docket No. 2883) (the "Supplemental Case Management Order") and the Thirteenth Supplemental Order Under 11 U.S.C. §§ 102(1) And

2

105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates

And Certain Notice, Case Management, And Administrative Procedures, entered December 4,

2008 (Docket No. 14534) (together with the Supplemental Case Management Order, the "Case

Management Orders"), (c) be filed with the Bankruptcy Court in accordance with General Order

M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file

electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable

Document Format (PDF), WordPerfect, or any other Windows-based word processing format),

(d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain,

United States Bankruptcy Judge, and (e) be served upon (i) Delphi Corporation, 5725 Delphi

Drive, Troy, Michigan 48098 (Att'n: General Counsel), (ii) counsel to the Debtors, Skadden,

Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606

(Att'n: Ron E. Meisler and Kellan Grant), (iii) counsel for the agent under the postpetition credit

facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n:

Donald Bernstein and Brian Resnick), (iv) counsel for the official committee of unsecured

creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n:

Robert J. Rosenberg and Mark A. Broude), (v) counsel for the official committee of equity

security holders, Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New

York, New York 10004 (Att'n: Bonnie Steingart), (vi) counsel for the Purchaser, Cadwalader,

Wickersham & Taft LLP, One World Financial Center, New York, New York 10281 (Att'n:

Mike Ryan), and (viii) the Office of the United States Trustee for the Southern District of New

York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n:  Brian Masumoto), in

each case so as to be **received** no later than **4:00 p.m.** (prevailing Eastern time) on **February 17,**

**2009** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein and in accordance with the Case Management Orders will be considered by the Bankruptcy Court at the Hearing. If no objections to the Motion as it relates to the proposed bidding procedures, bid protections, form and manner of notices, and sale hearing dates are timely filed and served in accordance with the procedures set forth herein and in the Case Management Orders, the Bankruptcy Court may enter an order granting the Motion without further notice.

Dated:      New York, New York
            February 4, 2009

SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP

By:     /s/ John Wm. Butler, Jr.
        John Wm. Butler, Jr.
        Albert L. Hogan III
        Ron E. Meisler
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700

- and -

By:     /s/ Kayalyn A. Marafioti
        Kayalyn A. Marafioti
        Thomas J. Matz
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession