UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

-------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

     I, Mark A. Robinson, a member in good standing of the bar in the State of Kentucky and the bar of the U.S. District Court for the Western District of Kentucky, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Lautzenhiser Technologies, LLC, a party holding administrative claims in the above referenced case.

Mailing address: One Riverfront Plaza, Suite 1950, 401 West Main St., Louisville, KY 40202;
E-mail address: mvalenti@vhrlaw.com; telephone number (502) 568-2100.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: December 9, 2008
Louisville, Kentucky

                                            /s/ Mark A. Robinson
                                            Mark A. Robinson (mrobinson@vhrlaw.com)
                                            VALENTI HANLEY & ROBINSON, PLLC
                                            One Riverfront Plaza, Suite 1950
                                            401 West Main Street
                                            Louisville, KY 40202
                                            (502) 568-2100
                                            Counsel for Lautzenhiser Technologies, LLC

---

## ORDER

**ORDERED**,
that Mark A. Robinson, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: February 6, 2009
       New York, New York

                                              /s/ Robert D. Drain
                                              UNITED STATES BANKRUPTCY JUDGE