Bonnie Steingart
Jennifer Rodburg
Richard Slivinski
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone: 212.859.8000
Facsimile: 212.859.4000

*Counsel for the Official Committee of Equity Security Holders*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Delphi Corporation, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

CERTIFICATE OF SERVICE

1.     I, Jon Finelli, certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on February 5, 2009, I caused to be filed and served via the Electronic Court Filing System a true and correct copy of the document listed below upon the parties listed on Exhibit A hereto.

2.     I further certify that on February 6, 2009, I caused copies of the document listed below to be served on the parties listed on Exhibit B via First Class Mail and on the parties listed on Exhibit C via hand delivery.

➢ Supplemental Affidavit of P. Eric Siegert in Support of the Application of the Official Committee of Equity Security Holders to Retain and Employ Houlihan Lokey Howard & Zukin Capital, Inc. as Financial Advisor.

Dated:  New York, New York
        February 6, 2008

                                                        /s/ Jon Finelli
                                                        JON FINELLI

7187114

# Exhibit A

**Service by Electronic Mail on February 5, 2009**

aaronsoa@pepperlaw.com; david.aaronson@dbr.com; elizabeth@regencap.com; franklin.adams@bbklaw.com; jadams@torys.com; bankruptcy@goodwin.com; dadler@mccarter.com; jallen@jaeckle.com; mailto:candreoff@jaffelaw.com; ckelley@jaffelaw.com; philip.anker@wilmerhale.com; japplebaum@clarkhill.com; abach@dickinsonwright.com; sbales@zieglermetzger.com; dbargamian@bsdd.com; cbarr@lockelord.com; docket@lockelord.com; william.barrett@bfkn.com; barritt@chapman.com; jbarry@ycst.com; dbartner@shearman.com; mtorkin@shearman.com,ned.schodek@shearman.com,yuichi.haraguchi@shearman.com,atenzer@shearman.com; dbaty@honigman.com; dbaumstein@whitecase.com; lpolyova@whitecase.com; pnb@nutter.com; rbeacher@daypitney.com; jkirk@stites.com; tom@beemanlawoffice.com; mailto:cbelmonte@ssbb.com, pbosswick@ssbb.com; rbennett@kirkland.com; asathy@kirkland.com; rkwasteniet@kirkland.com; pfraumann@kirkland.com; jgoldfinger@kirkland.com; tbennett@klng.com; neilberger@teamtogut.com; abrogan@teamtogut.com; bdawson@teamtogut.com; jlee@teamtogut.com; awinchell@teamtogut.com; echafetz@teamtogut.com; sskelly@teamtogut.com; bdawson@teamtogut.com; sreichert@teamtogut.com; dcahir@teamtogut.com; dsmith@teamtogut.com; kackerman@teamtogut.com; lberkoff@moritthock.com; rbernard@bakerlaw.com; jbernstein@mdmc-law.com; ssalinas@dykema.com; ssalinas@dykema.com; bbivona@damonmorey.com; wsavino@damonmorey.com;mbrennan@damonmorey.com; florence.saenz@la.gov; rtrack@msn.com; ebradley@robergelaw.com; wmbraman@binghammchale.com; wendy.brewer@btlaw.com; bankruptcyindy@btlaw.com; abrilliant@goodwinprocter.com; nymanagingclerk@goodwinprocter.com; timothy.brink@dlapiper.com maofiling@cgsh.com; mark.broude@lw.com; lbrumitt@dysarttaylor.com; sriley@dysarttaylor.com; dbruso@cantorcolburn.com; DMayhew@cantorcolburn.com; jbuchdahl@susmangodfrey.com; maofiling@cgsh.com; kburke@cahill.com; mbusenkell@wcsr.com; jbutler@skadden.com; cahn@clm.com; rcalinoff@candklaw.com; jcalton@honigman.com; bankrupt@modl.com; pwcarey@modl.com; scargill@lowenstein.com; KDWBankruptcyDepartment@kelleydrye.com; ccarson@burr.com; mcarter@kslaw.com; pwhite@kslaw.com; caseyl@pepperlaw.com; hillera@pepperlaw.com; jaffeh@pepperlaw.com; shieldsa@pepperlaw.com; barsonl@pepperlaw.com; kistlerb@pepperlaw.com; mcassell@lefkowitzhogan.com; ben.caughey@icemiller.com; george.cauthen@nelsonmullins.com; mary.cutler@nelsonmullins.com; brook.wright@nelsonmullins.com; rcavaliere@blankrome.com; senese@blankrome.com; nmorales@blankrome.com; bceccotti@cwsny.com; ecf@cwsny.com; scarter@pselaw.com; egc@lydenlaw.com; echarlton@hiscockbarclay.com; cchiu@daypitney.com; david.cleary@dl.com; mkhambat@dl.com; agbanknewyork@ag.tn.gov; tscobb@vorys.com; cdfricke@vorys.com; tcohen@smrh.com; amontoya@sheppardmullin.com; mconlan@gibbonslaw.com; dconnolly@alston.com; smcook@lambertleser.com; pcostello@bbslaw.com; cranmer@millercanfield.com; rouman@millercanfield.com;christenson@millercanfield.com; dcrapo@gibbonslaw.com;  tcrist@szd.com; mcruse@wnj.com; hziegler@wnj.com;

gcunningham@gmhlaw.com; lcurcio@tpwlaw.com; vdagostino@lowenstein.com; jeannine.damico@cwt.com; sdahl@ssd.com; SSzymanski@ssd.com; ddavis@paulweiss.com; jadavis@mintz.com; dsjohnson@mintz.com; mdavis@zeklaw.com; mmccarthy@zeklaw.com; rguttmann@zeklaw.com; mmillnamow@zeklaw.com; cdelatorre@boselaw.com; james.decristofaro@lovells.com; kdefio@bsk.com; mdebbeler@graydon.com; rdehney@mnat.com; cmiller@mnat.com; tdriscoll@mnat.com; dabbott@mnat.com; dbutz@mnat.com; wlamotte@mnat.com; cdesiderio@nixonpeabody.com; nyc.managing.clerk@nixonpeabody.com; gdiconza@dlawpc.com; las@dlawpc.com; diconzam@gtlaw.com; baddleyd@gtlaw.com;petermann@gtlaw.com; houston_bankruptcy@publicans.com; karen.dine@pillsburylaw.com; sdonato@bsk.com; kdoner@bsk.com;heddy@bsk.com; TDonovan@Finkgold.com; srshmulevitz@finkgold.com adoshi@daypitney.com; dowd.mary@arentfox.com; rothleder.jeffrey@arentfox.com; ddragich@foley.com; ddraper@terra-law.com; ddrebsky@nixonpeabody.com; nyc.managing.clerk@nixonpeabody.com; rdremluk@seyfarth.com; pbaisier@seyfarth.com; lravnikar@seyfarth.com; dchristian@seyfarth.com; dwdykhouse@pbwt.com;cbelanger@pbwt.com; featon@whitecase.com; icruz@whitecase.com; mresnicoff@whitecase.com; lbegy@whitecase.com; tdee@whitecase.com; weguchi@orrick.com; gehrlich@sandw.com; reisenbach@cooley.com; judith.elkin@haynesboone.com; ellerman@taftlaw.com; docket@taftlaw.com; elliott@cmplaw.com; kristin.elliott@klgates.com; loris@cooperelliott.com; rexe@cooperelliott.com; sheilav@cooperelliott.com; bellis-monro@sgrlaw.com; sgr.notifications@gmail.com; aenglund@orrick.com; menright@rc.com; richard.epling@pillsburylaw.com; gianni.dimos@pillsburylaw.com; margot.erlich@pillsburylaw.com; bankruptcyinfo@esbinalter.com; bankruptcyinfo@esbinalter.com; metkin@lowenstein.com; mseymour@lowenstein.com; sfalanga@connellfoley.com; mfalcone@paulweiss.com; efarber747@aol.com; kf@lgrslaw.com; mfarquhar@winstead.com; whsu@winstead.com; farrisw@sullcrom.com; fatell@blankrome.com; bfears@law.ga.gov; rfeinstein@pszyj.com; dharris@pszyjw.com; hferre@thelenreid.com; Ferrell@taftlaw.com; charles@filardi-law.com; abothwell@filardi-law.com; afischer@olshanlaw.com; ssallie@olshanlaw.com;rsalnave@olshanlaw.com; jflaxer@golenbock.com; ssmith@golenbock.com; avassallo@golenbock.com; eneuman@golenbock.com; dfliman@kasowitz.com; jforstot@tpw.com; mmuller@tpw.com;lcurcio@tpw.com; mateofowler@quinnemanuel.com; leticiabustinduy@quinnemanuel.com; edward.fox@klgates.com; sfox@mcguirewoods.com; jfrank@fgllp.com; ccarpenter@fgllp.com; rheiligman@fgllp.com; mfrankel@couzens.com; tmflaw@swbell.net; efriedman@fklaw.co; vgarvey@fklaw.com; mfriedman@rkollp.com; mschneider@rkollp.com;ksambur@rkollp.com; sjfriedman@jonesday.com; ChicagoBRR@jonesday.com; pfugee@ralaw.com; lmsmith@ralaw.com; lfuller@rothgerber.com; fusco@millercanfield.com; skoczylas@millercanfield.com; tgaa@bbslaw.com; catherine@bbslaw.com; bankruptcy@clm.com; jgarner@shergarner.com; chocheles@shergarner.com; vgarry@ag.state.oh.us; joanne.gelfand@akerman.com; ygeron@foxrothschild.com; pjg@procopio.com; caw@procopio.com; kgiannelli@gibbonslaw.com; lgibson@bsdd.com; gillcr@michigan.gov;

sherwoodj@michigan.com; jgitto@nixonpeabody.com; eglas@mccarter.com;
jgleit@kasowitz.com; courtnotices@kasowitz.com;cciuffani@kasowitz.com;
larryglick@erols.com; rlg@stevenslee.com; courts@argopartners.net; egoldberg@Stutman.com;
sgoldber@quarles.com; sagolden@hhlaw.com; khseal@hhlaw.com;
nashvillebankruptcyfilings@stites.com; rgordon@clarkhill.com; ggotto@krplc.com;
ggraber@hodgsonruss.com; bomalley@hodgsonruss.com; mmuskopf@hodgsonruss.com;
dgragg@langleybanack.com; cjohnston@langleybanack.com; jgraham@taftlaw.com;
ecfclerk@taftlaw.com;dwineinger@taftlaw.com;docket@taftlaw.com; wrg@dmlegal.com;
greenj@millercanfield.com; wgreen@formanlaw.com; jgregg@btlaw.com;
lgretchko@howardandhoward.com; dbrandon@howardandhoward.com;
sgross@hodgsonruss.com; rcipollaro@hodgsonruss.com; sgrow@wnj.com; kfrantz@wnj.com;
janice.grubin@dbr.com; daniel.northrop@dbr.com; phcdelphi@priceheneveld.com;
pgurfein@akingump.com; info@thehaaslawfirm.com; dhaley@winegarden-law.com;
mhall@burr.com; ahalperin@halperinlaw.net; cmitchell@halperinlaw.net;
cbattaglia@halperinlaw.net; spark@halperinlaw.net; whanlon@seyfarth.com;
david.hansen@la.gov; insolvency2@stroock.com;docketing@stroock.com; jh@previant.com;
bharvey@goodwinprocter.com; bharvey@goodwinprocter.com; lah@groom.com;
whawkins@loeb.com; nhazan@mwe.com; rheilman@schaferandweiner.com;
ira.herman@tklaw.com; Nherman@morganlewis.com; bhermann@paulweiss.com;
wheuer@dl.com; haaronson@dl.com; kmcintosh@boselaw.com;
mailto:hirsh.robert@arentfox.com; Mckinley.Karen@arentfox.com; mstinson@burr.com;
mholl@mayerbrownrowe.com; jhumphrey@taftlaw.com; jhumphrey@taftlaw.com;
ecfclerk@taftlaw.com; docket@taftlaw.com; jay.hurst@oag.state.tx.us;
hutchinson@millercanfield.com; hwangr@michigan.gov; mindelicato@hahnhessen.com;
eschnitzer@hahnhessen.com; kcraner@hahnhessen.com; jcerbone@hahnhessen.com;
minsalaco@zeklaw.com; PJanovsky@ZEKlaw.com; sjennik@kjmlabor.com;
mjohnson@sheppardmullin.com; msternstein@sheppardmullin.com; rjones@bccb.com;
basargent@stoel.com; jjureller@klestadt.com; jjureller@klestadt.com; kadisha@gtlaw.com;
lsi@liquiditysolutions.com; andrew.kassner@dbr.com; wkatich@atg.state.il.us;
kkatsma@dickinsonwright.com; dnavin@dickinsonwright.com; pkeating@bdblaw.com;
david.kennedy2@usdoj.gov; tkennedy@kjmlabor.com; michael.kessler@weil.com;
ilusion.rodriguez@weil.com; garrett.fail@weil.com;rachel.albanese@weil.com;
robert.lemons@weil.com; jae.kim@weil.com; jk@stevenslee.com; BankruptcyECF@krplc.com;
tkirby@porterwright.com; mkirschbaum@kayescholer.com; kkirshenbaum@lynchrowin.com;
jkleinman@fgllp.com; tklestadt@klestadt.com; tklestadt@gmail.com;
bklineberg@moritthock.com; jkoevary@kramerlevin.com; hkoh@meisterseelig.com;
skornbluth@herrick.com; akoschik@brouse.com; ljkotler@duanemorris.com;
kovskyd@pepperlaw.com; kressk@pepperlaw.com; wisotska@pepperlaw.com;
skrause@zeklaw.com; jkreher@hodgsonruss.com; pmacpher@hodgsonruss.com;
dkumagai@rutterhobbs.com; dkuney@sidley.com; nroberge@sidley.com; kjacobs@sidley.com;
zdelacru@sidley.com; emcdonnell@sidley.com; gkurtz@whitecase.com; rdlatour@vssp.com;
cdfricke@vorys.com; jcookdubin@vorys.com; bkrfilings@agg.com; landy.ralph@pbgc.gov;
efile@pbgc.gov; slaven@bfca.com; jlawlor@wmd-law.com; gbenaur@wmd-law.com;

elazarou@reedsmith.com; elazarou@reedsmith.com; HMLLAW@WORLDNET.ATT.NET; HMLLAW@ATT.NET; notices@becket-lee.com; davidl@bolhouselaw.com; hleinwand@aol.com; hleinwand@aol.com; david.lemke@wallerlaw.com; cathy.thomas@wallerlaw.com; chris.cronk@wallerlaw.com; robert.welhoelter@wallerlaw.com; wallerbankruptcy@wallerlaw.com; jhlemkin@duanemorris.com; ilevee@lowenstein.com; mseymour@lowenstein.com; jlevi@toddlevi.com; drosenberg@toddlevi.com; klewis@rosenpc.com; srosen@rosenpc.com; kim.lewis@dinslaw.com; john.persiani@dinslaw.com; lisa.geeding@dinslaw.com; patrick.burns@dinslaw.com; mlichtenstein@crowell.com; mlichtenstein@crowell.com; liebovd@sullcrom.com; schnabel.eric@dorsey.com; dloughlin@wnj.com; hziegler@wnj.com; dalowenthal@pbwt.com; mcobankruptcy@pbwt.com; plubitz@schiffhardin.com; dludman@brownconnery.com; kovskyd@pepperlaw.com; jmaddock@mcguirewoods.com; jmaddock@mcguirewoods.com; jsheerin@mcguirewoods.com; amina.maddox@law.dol.lps.state.nj.us; jsmairo@pbnlaw.com; mdlaskowski@pbnlaw.com; sakelly@pbnlaw.com; jmgastineau@pbnlaw.com; lkkabse@pbnlaw.com; jamcadoo@pbnlaw.com; wdbailey@pbnlaw.com; donald.mallory@dinslaw.com; mpottle@pierceatwood.com; kmarafio@skadden.com; lgomez@msek.com; amargulis@ropers.com; kmarks@susmangodfrey.com; ilan.markus@leclairryan.com; jjm@legalcost.com; nashvillebankruptcyfilings@stites.com; rgmason@wlrk.com; vmastromar@aol.com; dmattison@wcqp.com; tmatz@skadden.com; abothwell@pepehazard.com; mazaa@sec.gov; jmazermarino@msek.com; kgiddens@msek.com; dpm@curtinheefner.com; amccollough@mcguirewoods.com; michael.mccrory@btlaw.com; bankruptcyindy@btlaw.com; rmcdowell@bodmanllp.com; douglas.mcgill@dbr.com; ffm@bostonbusinesslaw.com; smckessy@reedsmith.com; maosbny@willkie.com; tmclaughlin@willkie.com; michelle.mcmahon@bryancave.com; dortiz@bryancave.com; gmcmorris@stinsonmoheck.com; amcmulle@bccb.com; patrick.mears@btlaw.com; dmeek@burr.com; bmehlsack@gkllaw.com; timothy.mehok@hellerehrman.com; msteen@daypitney.com; cmeyer@ssd.com; smeyer@madisonliquidity.com; mmeyers@mlg-pc.com; rmichaelson@klgates.com; amiller@phillipslytle.com; jhahn@phillipslytle.com; parker.miller@alston.com; kmm@skfdelaware.com; tlc@skfdelaware.com; miller@taftlaw.com; adams@taftlaw.com;docket@taftlaw.com; amills@btlaw.com; bankruptcyindy@btlaw.com; lsi@liquiditysolutions.com; bankruptcy@morrisoncohen.com; moldovanlb@morrisoncohen.com; jmoloy@dannpecar.com; mmoody@orourkeandmoody.com; firm@orourkeandmoody.com; morourke@orourkeandmoody.com; amoog@hhlaw.com; bsmoore@pbnlaw.com; mdlaskowski@pbnlaw.com; sakelly@pbnlaw.com; jmgastineau@pbnlaw.com; lkkabse@pbnlaw.com; jamcadoo@pbnlaw.com; wdbailey@pbnlaw.com; rmschechter@pbnlaw.com; jsbasner@pbnlaw.com; bmoore@mccarter.com; gtmlaw@bellsouth.net; morris@silvermanmorris.com; morris@silvermanmorris.com; sarah.morrison@doj.ca.gov; wmosby@binghammchale.com; eric.moser@klgates.com; kristen.serrao@klgates.com; alisa@contrariancapital.com; jmurch@foley.com; khall@foley.com; murph@berrymoorman.com; rnachman@scgk.com; bnathan@lowenstein.com; dneier@winston.com; dcunsolo@winston.com; mneier@ibolaw.com; bankfilings@ycst.com; zraiche@gklaw.com;mroufus@gklaw.com; tnixon@gklaw.com; zraiche@gklaw.com; mroufus@gklaw.com;rnorton@hunton.com; gnovod@kramerlevin.com;

knye@quarles.com; mpolaw@aol.com; mkohayer@aol.com; martin@oglaw.net; sokeefe@winthropcouchot.com; porr@klestadt.com; kostad@mofo.com; mowens@btlaw.com; mowens@btlaw.com; bankruptcyindy@btlaw.com; ipachulski@stutman.com; npagliari@quinnfirm.com; mseaberg@quinnfirm.com; dcornelius@quinnfirm.com; cpalella@kurzman.com; ipalermo@hselaw.com; spalla@kayescholer.com; bmintz@kayescholer.com; rcappiello@kayescholer.com; maosbny@kayescholer.com; tlangsdorf@kayescholer.com; cpanzer@sillscummis.com; rjp@pietragallo.com; kas2@pietragallo.com; fparrish@kslaw.com; susan.persichilli@bipc.com; colnyecf@weltman.com; lpeterson@msek.com; rpeterson@jenner.com; anicoll@jenner.com; docketing@jenner.com; ephillips@thurman-phillips.com; cpierpont@ssd.com; shone.pierre@la.gov; alex@alexplaw.com; leslieplaskon@paulhastings.com; cp@stevenslee.com; MPower@HahnHessen.com; kcraner@hahnhessen.com; jcerbone@hahnhessen.com; eschnitzer@hahnhessen.com; jzawadzki@hahnhessen.com; sthompson@hahnhessen.com; mmarhyan@hahnhessen.com; nrigano@hahnhessen.com; sjohnston@cov.com; pretekin@coollaw.com; piatt@coollaw.com; dquaid@fagelhaber.com; prachmuth@reedsmith.com; radom@butzel.com; raterinkd@michigan.gov; gravert@mwe.com; eray@balch.com; ira.a.reid@bakernet.com; sreisman@curtis.com; webmaster@docketware.com; ceilbott@curtis.com; jdrew@curtis.com; sbeyer@curtis.com;tbarnes@curtis.com; delphi.docket@dpw.com; kreynolds@mklawnyc.com; jwalsh@mklawnyc.com; tcard@mklawnyc.com; kar@pryormandelup.com; walsh@mklawnyc.com; tcard@mklawnyc.com; wreynolds@porterwright.com; mrichards@blankrome.com; tracy.richardson@dol.lps.state.nj.us; crieders@gjb-law.com; cgreco@gjb-law.com; cgreco@gjb-law.com; bamron@gjb-law.com; sriemer@phillipsnizer.com; ddore@phillipsnizer.com; MGR@PREVIANT.COM; MGR@PREVIANT.COM; EM@PREVIANT.COM; mrr@previant.com; eroberge@robergelaw.com; jrobertson@calfee.com; jrobertson@calfee.com; srosen@cb-shea.com; hrosenblat@kayescholer.com; prosenblatt@kilpatrickstockton.com; maofiling@cgsh.com; aweaver@cgsh.com; stkaiser@cgsh.com; DRosenzweig@Fulbright.com; dfliman@kasowitz.com; courtnotices@kasowitz.com; irarubin265@aol.com; norma@bizwoh.rr.com; brubin@burr.com; dangiulo@dreierllp.com; ECFNotices@dreierllp.com; tsable@honigman.com; cs@stevenslee.com; bsalwowski@atg.state.in.us; austin.bankruptcy@publicans.com; was@krwlaw.com; ecfsarbt@millerjohnson.com; rsartin@fbtlaw.com; wsavino@damonmorey.com; alunday@damonmorey.com; lscarcella@farrellfritz.com; tomschank@hunterschank.com; mcraig@hunterschank.com; ischarf@pszjlaw.com; mschein@vedderprice.com; ecf_nydocket@vedderprice.com; jrs@parmenterlaw.com; lms@parmenterlaw.com; aschilling@fklaw.com; vgarvey@fklaw.com; william.schorling@bipc.com; christopher.schueller@bipc.com; timothy.palmer@bipc.com; donna.curcio@bipc.com; srs@hteh.com; bschwartz@lplegal.com; matthew.schwartz@usdoj.gov; mscott@riemerlaw.com; filings@spallp.com; lseidman@silvermanacampora.com; arosenblatt@chadbourne.com; jporter@chadbourne.com; jay.selanders@kutakrock.com; mshaiken@stinson.com; jgant@stinson.com; amurdock@stinsonmoheck.com; shapiro@steinbergshapiro.com; sheehan@txschoollaw.com; coston@txschoollaw.com; ashee1@yahoo.com;

garza@txschoollaw.com; asherman@sillscummis.com; asherman@sillscummis.com; mark.sherrill@sablaw.com; jshickich@riddellwilliams.com; ashiff@kasowitz.com; alungen@kasowitz.com; courtnotices@kasowitz.com; jcarter@kasowitz.com; sshimshak@paulweiss.com; sshimshak@paulweiss.com; cshore@whitecase.com; jdisanti@whitecase.com; mcosbny@whitecase.com; agoldenberg@whitecase.com; earundel@whitecase.com; rjsidman@vorys.com; bkbowers@vorys.com; sidorsky@butzel.com; asilver@honigman.com; mmccoy@honigman.com; paulsilverstein@andrewskurth.com; jlevine@akllp.com; sosimmerman@kwgd.com; mhelmick@kwgd.com; jsimon@foley.com; jsimpson@hselaw.com; lgomez@msek.com; rsmolev@kayescholer.com; rrotman@kayescholer.com; maosbny@kayescholer.com; jsnyder@tpwlaw.com; jforstot@tpwlaw.com; mmuller@tpwlaw.com; msolomon@burr.com; ssouthard@klestadt.com; spaethlaw@phslaw.com; notice@regencap.com; ssparrow@tuggleduggins.com; martit@tuggleduggins.com; dspelfogel@bakerlaw.com; jspecf@sternslaw.com; byron.starcher@nelsonmullins.com; claukamg@brownrudnick.com; csteege@jenner.com; mstein@sonnenschein.com; steinbo@ffhsj.com; nydocketclrk@ffhsj.com; attorneystella@sszpc.com; msternstein@sheppardmullin.com; axs@maddinhauser.com; msl@maddinhauser.com; bac@maddinhauser.com; bstrickland@wtplaw.com; joseph.strines@dplinc.com; jmsullivan@mwe.com; msutter@ag.state.oh.us; psweeney@linowes-law.com; dszak@ajamie.com; rsz@curtinheefner.com; dtabachnik@dttlaw.com; garrett.fail@weil.com; robert.lemons@weil.com; michele.meises@weil.com; larnett@intlsteel.com; roger.tarbutton@jocogov.org; jteele@lowenstein.com; gbuccellato@lowenstein.com; klafiura@lowenstein.com; Thompson.Janice@dol.gov; rtoder@morganlewis.com; gtoering@wnj.com; alcourt@teamtogut.com; kackerman@teamtogut.com; lawtoll@comcast.net; mtrentadue@boselaw.com; mtucker@fbtlaw.com; rurbanik@munsch.com; rusadi@cahill.com; shmuel.vasser@dechert.com; lvaughan@foley.com; frank.velocci@dbr.com; gvist@masudafunai.com; jvitale@cwsny.com; omclaw@aol.com; swalsh@gmhlaw.com; jmahar@gmhlaw.com; bankruptcy@warnerstevens.com; cwatson@balch.com; rweiler@greenseifter.com; lellis@greenseifter.com; wweintraub@fklaw.com; , vgarvey@fklaw.com; jwelford@jaffelaw.com; dgoldberg@jaffelaw.com; phage@jaffelaw.com; robert.welhoelter@wallerlaw.com; darlene.banach@wallerlaw.com; chris.cronk@wallerlaw.com; bk@wallerlaw.com; dallas.bankruptcy@publicans.com; david.wender@alston.com; mwernette@schaferandweiner.com; rwhite@murthalaw.com; awilliams-derry@kellerrohrback.com; bellis@kellerrohrback.com; swillig@damato-lynch.com; ecf@damato-lynch.com; hfried@damato-lynch.com; KDWBankruptcyDepartment@Kelleydrye.com; jwilson@tylercooper.com; jcw@cblhlaw.com; cwolfe@kelleydrye.com; KDWBankruptcyDepartment@kelleydrye.com; dwolfe@asmcapital.com; ecfwolfordr@millerjohnson.com; rwynne@kirkland.com; sperry@kirkland.com; scho@kirkland.com; mxu@schiffhardin.com; fyates@sonnenschein.com; syonaty@chwattys.com; pcaocvbk@pcao.pima.gov; hzamboni@underbergkessler.com; mzelmanovitz@morganlewis.com

# Exhibit B

**Service by First Class Mail on February 6, 2009**

Peter A. Clark
Barnes & Thornburg LLP
One North Wacker Drive Suit 4400
Chicago, IL 60606-2833

Robert J. Stark
Brown Rudnick Berlack Istaeis L.L.P.
Seven Times Square
New York, New York 10036

Bruce Simon
Cohen, Weiss & Simon
330 West 42nd Street
New York, New York 10036

Steven J. Reisman
Curtis, Mallet-Prevost, Colt & Mosle L.L.P.
101 Park Avenue
New York, New York 10178

Donald Bernstein
Brian Resnick
Davis, Polk & Wardwell
450 Lexington Avenue
New York, New York 10017

Sean Corcoran
Karen Craft
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Carrie L. Schiff
Flextronics International
305 Intelocken Parkway
Broomfield, CO 80021

Paul W. Anderson
Flextronics International USA, Inc.
2090 Fortune Drive
San Jose, CA 95191

Richard Lee Chambers, III
Freescale Semiconductor, Inc.
6501 William Cannon Drive West
Austin, TX 78735

Randall S. Eisenberg
FTI Consulting, Inc.
3 Times Square
New York, New York 10036

Valerie Venable
General Electric Company
9930 Kincey Avenue
Huntersville, NC 28078

Lonie A. Hassel
Groom Law Group
1701 Pennsylvania Avenue, N.W.
Washington, DC 20006

Stephen H. Gross
Hodgson Russ L.L.P.
1540 Broadway
New York, New York 10036

Frank L. Gorman
Robert B. Weiss
Honigman Miller Schwartz and Cohn L.L.P.
2290 First National Building
Detroit, MI 48226

Attention: Insolvency Department
Internal Revenue Service
477 Michigan Avenue
Detroit, MI 48226

Attention: Maria Valerio
Insolvency Department
Internal Revenue Service
290 Broadway

Conference Board Chairman
IUE-CWA
2360 W. Dorothy Lane
Dayton, OH 45439

Richard Duker
JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, New York 10017

Sheryl Betance
Kurtzman Carson Consultants
2335 Alaska Avenue
El Segundo, CA 90245

Daniel R. Fisher
Patrick J. Healy
Law Debenture Trust of New York
400 Madison Avenue
New York, New York 10017

J.Brian McTigue
Cornish F. Hitchcock
McTigue Law Firm
5301 Wisconsin Avenue, N.W.
Washington, DC 20015

Gregory A. Bray
Thomas R. Kreller
James E. Till
Milbank Tweed Hadley & McCloy L.L.P.
601 South Figueroa Street
Los Angeles, CA 90017

William Q. Derrough
Jefferies & Company, Inc.
520 Madison Avenue
New York, New York 10022

Susan Atkins
Gianni Russello
JPMorgan Chase Bank, N.A.
277 Park Avenue
New York, New York 10172

Gordon Z. Novod
Thomas Moers Mayer
Kramer Levin Naftalis & Frankel L.L.P.
1177 Avenue of the Americas
New York, New York 10172

Robert J, Rosenberg
Latham & Watkins L.L.P.
885 Third Avenue
New York, New York 10022

David D. Cleary
Jason J. DeJonker
Mohsin N. Khambati
Peter A. Clark
McDermott Will & Emery L.L.P.
227 West Monroe Street
Chicago, IL 60606

Leon Szlezinger
Mesirow Financial
666 Third Avenue
New York, New York 10017

| | |
|---|---|
| Mark Schonfeld<br>Regional Director<br>Northeast Regional Office<br>3 World Financial Center<br>New York, New York 10281 | Robert Siegel<br>O'Melveny & Meyers L.L.P.<br>400 South Hope Street<br>Los Angeles, CA 90071 |
| Tom A. Jerman<br>Rachel Janger<br>O'Melveny & Meyers L.L.P.<br>1625 Eye Street, N.W.<br>Washington, DC 20006 | Attorney General Eliot Spitzer<br>Office of New York State<br>120 Broadway<br>New York City, New York 10271 |
| Sandra A. Riemer<br>Phillips Nizer L.L.P.<br>666 Fifth Avenue<br>New York, New York 10103 | Israel Goldowitz<br>Karen Morris<br>John Menke<br>Ralph Landy<br>Beth Bangert<br>Pension Benefit Guaranty Corporation<br>1200 K. Street, N.W. Suite 340<br>Washington, DC 20005 |
| Robet W. Dremluk<br>Seyfarth Shaw L.L.P.<br>620 Eighth Avenue<br>New York, New York 10018 | Kenneth S. Ziman<br>Robert H. Trust<br>William T. Russell, Jr.<br>Simpson Thatcher & Bartlett L.L.P.<br>425 Lexington Avenue<br>New York, New York 10017 |
| Kayalyn A. Marafioti<br>Thomas J. Matz<br>Skadden, Arps, Slate, Meagher & Flom L.L.P.<br>4 Times Square<br>New York, New York 10036 | David L. Resnick<br>Rothchild, Inc.<br>1251 Avenue of the Americas<br>New York, New York 10020 |
| Douglas Bartner<br>Jill Frizzley<br>Shearman & Sterling L.L.P.<br>599 Lexington Avenue<br>New Yrok, New York 10022 | Chester B. Salomon<br>Constantine D. Pourakis<br>Steven & Lee, P.C.<br>485 Madison Avenue<br>New York, New York 10022 |

| | |
|---|---|
| Daniel D. Doyle<br>Nicholas Fanke<br>Spencer Fan Britt & Browne L.L.P.<br>1 North Brentwood Boulevard<br>St. Louis, Mo 63105 | John Wm. Butler<br>John K, Lyons<br>Ron E. Meisler<br>Skadden, Arps, Slate, Meagher & Flom L.L.P.<br>333 W. Wacker Dr.<br>Chicago, IL 60606 |
| MaryAnn Brereton<br>Assistant General Counsel<br>Tyco Electronics Corporation<br>60 Columbia Road<br>Morristown, NJ 7960 | Albert Togut<br>Togut, Segal & Segal L.L.P.<br>One Penn Plaza<br>New York, New York 10119 |
| Harvey F. Miller<br>Jeffery L. Tanenbaum<br>Martin J. Bienenstock<br>Michael P. Kessler<br>Weil, Gotshal & Manges L.L.P.<br>767 Fifth Avenue<br>New York, New York 10153 | Michael D. Warner<br>Warner Stevens, L.L.P.<br>1700 City Center Tower II<br>Fort Worth, TX 76102 |

# Exhibit C

**Service by Hand Delivery on February 6, 2009**

<u>The Court</u>
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, New York 10004
Attn: Chambers of Hon. Robert D. Drain

<u>United States Trustee</u>
Brian S. Masumoto
Office of the US Trustee for the Southern District of New York
33 Whitehall Street
New York, New York 10004