UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                              :
    In re                             :   Chapter 11
                                              :
DELPHI CORPORATION, et al.,   :   Case No. 05-44481 (RDD)
                                              :
              Debtors.   :   (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


SEVENTH SUPPLEMENTAL ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS

("SEVENTH SUPPLEMENTAL CLAIM OBJECTION PROCEDURES ORDER")

        Upon the motion, dated October 31, 2006, of Delphi Corporation and certain of its domestic subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") for an order pursuant to 11 U.S.C. §§ 502(b) and 502(c) and Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, and 9014 establishing (i) dates for hearings regarding disallowance or estimation of claims and (ii) certain notices and procedures governing hearings regarding disallowance or estimation of claims (the "Claim Objection Procedures Motion") (Docket No. 5453), and this Court having entered an order granting the Claim Objection Procedures Motion on December 6, 2006 (the "Claim Objection Procedures Order") (Docket No. 6089), a supplemental order on October 23, 2007 (Docket No. 10701), a second supplemental order on November 20, 2007 (Docket No. 10994), a third supplemental order on February 11, 2008 (Docket No. 12609), a fourth supplemental order on June 11, 2008 (Docket No. 13726), a fifth supplemental order on August 5, 2008 (Docket No. 14022), and a



sixth supplemental order on October 22, 2008 (the "Sixth Supplemental Order") (Docket No. 14371); and after due deliberation thereon; and good and sufficient cause appearing therefor,

      IT IS HEREBY ORDERED THAT:

      1.    This Court shall conduct special periodic hearings on contested claims matters in these cases (the "Claims Hearings"), to be held in Courtroom 610, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 unless the Debtors and the parties whose claims are affected are otherwise notified by this Court.  The following dates and times (the "Claims Hearing Dates") have been scheduled for Claims Hearings in these chapter 11 cases and supersede the dates and times for Claims Hearings that are set forth in the Sixth Supplemental Order, and which follow the date of entry of this Order:

        January 29, 2009 at 10:00 a.m. (prevailing Eastern time)

        February 10, 2009 at 10:00 a.m. (prevailing Eastern time)

        February 11, 2009 at 10:00 a.m. (prevailing Eastern time)

        March 25, 2009 at 10:00 a.m. (prevailing Eastern time)

        March 26, 2009 at 10:00 a.m. (prevailing Eastern time)

        April 22, 2009 at 10:00 a.m. (prevailing Eastern time)

        April 24, 2009 at 10:00 a.m. (prevailing Eastern time)

      2.    Claims Hearings thereafter may be scheduled by this Court.  All claims matters requiring a hearing in these cases shall be set for and be heard on the Claims Hearing Dates unless alternative hearing dates are approved by this Court for good cause shown.

      3.    If this Court changes any of the dates for Claims Hearing Dates set forth in paragraph 1 above, the Debtors are authorized to provide a notice of change of Claims Hearing

Date (the "Notice") in accordance with paragraph 9 of the Claim Objection Procedures Order. The terms of such Notice shall be binding upon all parties-in-interest in these chapter 11 cases and no other or further notice or order of this Court shall be necessary.

        4.        Except as set forth herein, the Claim Objection Procedures Order shall continue in full force and effect.

Dated January 8, 2009

                                            /s/ Robert D. Drain
                                            UNITED STATES BANKRUPTCY JUDGE