UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
In re:                                                                  Chapter 11
DELPHI CORPORATION, et al.,                             Case No. 05-44481 (RDD)
                                    Debtors.                       (Jointly Administered)
------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

    I, Trent P. Cornell, a member in good standing of the bar in the State of Illinois and the bar of, among others, the Northern District of Illinois, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Paul M. Higgins, Doug A. Kittle and other Non-Union Retirees in the above referenced case.

Mailing address: Trent P. Cornell, Stahl Cowen Crowley Addis, LLC, 30 West Monroe Street, Suite 1200, Chicago, Illinois 60603;
E-mail address: tcornell@stahlcowen.com; telephone number (312) 641-0060.

The filing fee of $25.00 will be paid electronically with the submission of this motion for *pro hac vice* admission.

Dated: February 10, 2009
Chicago, Illinois

_____
Trent P. Cornell
Stahl Cowen Crowley Addis, LLC
55 West Monroe Street, Suite 1200
Chicago, Illinois 60603
tcornell@stahlcowen.com

---

## ORDER

**ORDERED,**
that Trent P. Cornell, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____
_____, New York
                            /s/_____
                               The Honorable Robert D. Drain