February 6, 2009

The Honorable Robert D. Drain, Esq.
United States Bankruptcy Judge
One Bowling Green
New York, New York 10004-1408

Dear Judge Drain,

I am writing to implore you to deny Delphi's request to allow it to discontinue health care and life insurance for salaried retirees. While understanding that costs must be managed, this proposal places too much burden on individuals. It also further exacerbates the incomprehensible discrepancy in treatment between the salaried and hourly workforce.

My husband and I were both salaried employees with a combined service of 69 years with General Motors and Delphi. We were separated from the company last year as part of Delphi's downsizing. We are not old enough to be eligible for Medicare. We live in a community, Flint, Michigan, where General Motors and Delphi were the primary employers. We moved to this community in order to pursue our careers with these companies. Since retirement, we have had our home on the market for almost a year, but have received no offers, as the economy of the area is so desperate. We are therefore unable to unlock the equity of the home, nor reduce the expense of maintaining it. Since our retirements, we have seen the value of our retirement investments decline significantly. To purchase health care insurance, if even obtainable, would place a significant strain on our financial resources.

We are not unlike many of our neighbors in Flint, or in other auto industry communities. We have worked hard, saved for our futures and now find ourselves without jobs, living in depressed areas. I believe health care should be a given for all citizens. Until that time, however, please do not add to the ranks of the uninsured by allowing Delphi to abandon a particular group of the very people who worked hard for the company. If further sacrifices are necessary from the employee body, the action should be equitable across all employee groups: active and retired, salaried and hourly. To target just the salaried retirees in a manner with such a personal consequence is inappropriate.

Thank you for your consideration.

Sincerely,

Erin Anheier

12152 Hoisington Rd.
Gaines, MI 48436
Email: erinanheier@aol.com