Honorable Robert D. Drain
Delphi Corporation
Skadden, Arps, Slate, Meagher & From LLP
Davis Polk & Wardwell
Latham & Watkins LLP
Fried, Frank, Harris, Shriver, & Jacobson LLP
United States Trustee for the Southern District of New York


Dear Honorable Robert D. Drain:

I am writing in regards to the latest motion by the Delphi Corporation to terminate employer-paid post-retirement health care and life insurance benefits. I am a current Delphi retiree age 55 that due to the closing of the Flint East site was forced to retire at an early age. Additionally my 30 year service to the Delphi included 23 years under General Motors Corporation with approximately 7 years hourly time.

I am strongly opposed to this motion for the following reasons:

1. The elimination of these benefits would create undue hardships on the thousands of current retirees including myself and family. These benefits were earned and promised as part of our compensation for past services that we provided.

2. General Motors Corporation time should be considered. Delphi employees with General Motors time should have protection based on this service.

3. Hourly service time should be considered. Since hourly employees would continue to receive these benefits it should be considered unfair and unjust for salaried workers to lose these same benefits

I hope that you will seriously consider the impact that approving the termination of these benefits will have on the individuals affected and I urge you to deny this motion as presented.

Sincerely,


Christopher Voydanoff Jr.
860 Lahman Trail
Mio, Michigan 48647
February 6, 2009