February 6, 2009

6505 Gentry Court
Gloucester, VA 23061

Honorable Robert D. Drain

RE: Delphi Corporation   Case No. 05-44481 (RDD)

I am writing this letter as an objection to the motion being filed with the court to terminate health care and life insurance benefits for retired salaried employees of Delphi Corporation.

Having been a loyal and dedicated employee at Delphi for 40+ years, I felt myself as being an important resource that had earned the right to have health care coverage when I retired. Past employees have no way to protect themselves and I believe have a legitimate right to health care. At this point in my life I see no way to obtain affordable heath care and life insurance.

I believe cutting health benefits for future employees would allow Delphi to survive on the balance sheet, however past employees should not be penalized at the expense of losing benefits because of less than adequate past management.

I would appreciate any consideration of my letter when you consider the motion.

Thank you,

*Edwin Z. Oliphant*

Edwin Z. Oliphant