7. Delphi salaried employees also had their defined contribution plan matching contributions eliminated by Delphi as reported in Delphi's 2005 annual report. No similar action was taken against union employees.

8. GM specifically stated in their 2007 annual report that their risk if Delphi's POR is not consummated... ***Delphi could reject or threaten to reject the price we pay for certain parts and components.*** I take this to mean that GM is pushing the Motion being discussed here to reduce their costs when it finally comes that they must take the complete Delphi Corp. back under their company as a functioning entity and treat Delphi salaried employees the same as GM salaried employees.

## Applicable Authority

1. I would call attention to paragraph 46 in Delphi's Motion document:

    a. ...The court, upon a motion by any party in interest.....shall appoint a committee of retired employees.....or if the court otherwise determines that it is appropriate, to serve as the authorized representative

2. I would call attention to paragraph 47 in Delphi's motion document:

    a. ...re Farmland Indus., Inc., ...holding that 1114 prohibits debtor from terminating or modifying any retiree benefits ...regardless of whether debtor has prepetition non-bankruptcy right to unilaterally terminate or modify benefits

3. I would call attention to paragraph 52 in Delphi's Motion document:

    a. ..."should be approved by the court unless it is shown to be 'so manifestly unreasonable that it could not be based upon sound business judgment, but only on bad faith, or whim or caprice

I believe I have shown evidence of all three applicable authority items mentioned above. Please do what is right, not what the high powered lawyers request. Thousands of already injured parties are hoping you will forestall another attempt to take advantage of those without representation. Also, if called upon, I would be willing to participate as a member of a "committee of retired employees" as I believe I have more closely tracked the activities to date than most employees or retirees.

Respectfully,

*[signature: Dan W. Pitcock]*

Dan W. Pitcock