Feb. 7, 2009

Honorable Robert D. Drain,

This letter is an objection in regard to Delphi Corporation Case No. 05-44481 (RDD) in motion under 11 U.S.C. 105, 363(b)(1) and 1108 to terminate employer paid post retirement Health Care Benefits and Life Insurance.

This objection is to bring to your attention differing situations with retirees. On May 31, 2008 I was separated from Delphi do to their decision to no longer have my plant in Kettering, Ohio be a part of Delphi Corporation. I am 58 years old with 41 years of service to GM / Delphi. Forced to retire before full retirement age, I only receive 73% of what I would have received at full retirement.

This action Delphi seeks will be a significant burden to my family, as well as other Delphi salaried retirees and their families. I am actively seeking employment and my record at Delhi would show dedication and hard work.

Could this action be postponed or petition made to Delphi to grant full retirement status? Can you help?

Sincerely,

*John L. Bonner*

John L. Bonner
1600 Diplomat Drive
Dayton, Ohio 45432



RECEIVED
FEB 11 2009
USBC-SDNY
RDD