Nancy Shade
345 Cedarleaf Ct
Centerville, OH  45459
February 7, 2009

Honorable Robert D. Drain, US Bankruptcy Judge

Your Honor,

You don't know me but I am one of the many lives you will impact with your impending ruling involving the Delphi Bankruptcy case. My life has been turned upside down after receiving my Fed Exed copy of papers this past Thursday evening. I know my situation is not half as bad as some other retirees but I feel it my duty to just let you know some of my thoughts. I am sure you yourself will not even see this letter. Probably it will be discarded by some law clerk. I guess I will just feel better by venting my frustrations in a system that allows one person, a judge in this case, to forever change the lives of people. What I did was not unusual. I worked 29 years for a Division of General Motors and 1 year for Delphi, upon which I was given the opportunity to retire with certain parameters involved for the rest of my life. I did what 3 generations did before me and retire. During those 30 years I worked as a salaried technician. I endured many reductions to compensations simply because I never worked in a union. What is ironic here is that the corporation has been guided, or in this case, misguided by salaried managers and directors. Any reduction was always incurred by the salaried ranks, while the union laughed at the salaried dummies. The reductions were handed out by the managers and stock holders. Now, these proposed reductions will be handed out by one judge, with direction from the same individuals. Nothing in life is fair, we all know that fact. But I want you to look me in the eyes and tell me that you feel it fair to take away health care from the salaried group, and allow the union members to retain the coverage and on top of all that, let the executives share in a possible 400 million dollar equity share. This done to save the 70 million dollars needed for the health care benefits. I find it puzzling when initially these executives wanted to share in 87 million dollars in bonuses but you ordered 80% in cuts. How ironic to see the 70 million/87 million comparison. Let's take from the retirees. No one cares about that group because no one can speak for them.

The thing that disturbs me the most is that once again, just in the whole mess in our financial systems, there is no accountability for mistakes. There is reward for GREED but not for honesty and accountability. This country and our legal system has made a terrible mistake in these rewards. It is no wonder that this system will corrupt this county even more. You could start changing things by making this corporation pay for THEIR mistakes and poor leadership and not make the followers or in this case retirees pay.

I truly hope that someone reads this and that some good will come from some of the thoughts written.

Sincerely,
Nancy Shade     *Nancy Shade*

RECEIVED
FEB 11 2009
USBC-SDNY
RDD