211 Towering Peaks
Canton, Ga 30114

February 7, 2009

Judge Robert Drain
One Bowling Green
New York, NY 1004-1408



Dear Judge Drain

Please consider not granting Delphi the right to cancel the salary retiree's healthcare. The management of this company has continually made bad decisions and the white collar workers have taken the brunt of their actions. The hourly workforce continue to enjoy generous health benefits with little contribution as do the execs of this company. Salary have paid a generous portion of their healthcare for years and most of them are too old or have serious health problems to go out and get employment to pay another $ 600 or $ 1200 (with spouse) a month to pay for this lost benefit. Salary workers worked hours of casual overtime and put the corporation as their priority during their tenure as employees of Delphi. These benefits were part of the compensation package promised for years of service. The pay structure was not as lucrative as other companies because of the promised retirement package. Delphi has already sent letters to the salary telling them April 1 their health benefits will end. Please make Delphi accountable for their lack of foresight and irresponsible negotiating with their labor unions.. Everyone at this company should take the same concessions, hourly and upper management. It is truly discriminating to the salary workforce. Union workers and execs are enjoying the Cadillac of benefit packages while the white collar worker is thrown to the wolves to save a mere 70 million per year. That is a lot of heartache and despair for these salary retirees to endure.

Thank you,

*Carole Canter*

Carole Canter
211 Towering Peaks
Canton, Ga 30114
(770) 720-1115