February 5, 2009



Honorable Robert D. Drain
United States Bankruptcy Judge
1 Bowling Green Room 610
New York, New York 10004

Subject: Re Delphi Corporation Chapter 11 Case No. 05-44481 (RDD)

Dear Sir:

Notice of motion for order under 11U.S.C. 105, 363 (b)(1) and 1108 confirming debtor 's authority to terminate employer-paid post- retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) salaried employees and (B) retirees and their surviving spouses.

**Please reject this proposal**. I have worked for the company 45 years when I was forced into retirement. This company has always indicated that the benefits that they provide would be there for the salaried employees. They repeated said that they would always take care of the salaried employees. This was promised to us, for not joining a union. We as salaried employees, worked for a set amount of pay – regardless of hours. And I, as a woman, did so for less than my counter-part males at a reduced salary.

It is bad enough that many good employees are without work because of the upper management's greed and "good-old boys" club attitudes. Have the executives of the company reduce their salary. Do not let them have the "stock" options and "golden parachute" deals that they have in the past. We, the work force, were stuck with the bureaucracy of management and had no say in the past on the policies and procedures that were in place.

Yours truly,

*Judy Zink*

Judy A. Zink
13059 Dechant Road
Farmersville, Ohio  45325