Hon. Judge Robert D. Drain
United States Bankruptcy Court
For the Southern District of New York
One Bowling Green, 610 Chambers Directory Courtroom
New York, NY 10004-1408



February 6, 2009

Dear Judge Drain,
    I am writing you to object to Delphi Corporation's motion to cease providing health care insurance for salaried retirees. I hope that you will consider my objections for the following reasons:

- Some of these people are in their middle 50s, many with preconditions that would not allow them to get health insurance on the open market.
- It is unfair to single out one group of former employees to target with such a drastic hardship. It would be a lot more equitable to spread this across a larger group. This group represents 15,000 individuals.
- Healthcare is a national issue that must be addressed. The court should not condone adding more to the rolls of the 47 million uninsured Americans. Similar actions by companies in the 1980s made it necessary for the government to form the Pension Benefit Guarantee Corporation.

    I am perplexed as to how this decision was made by the leadership of Delphi. It was announced yesterday to active employees before notifying the former employees (retirees) who are impacted. The letter that was distributed to employees made this seem that this was already a done deal that had received your approval. A copy of the letter is attached.

    Thank you for your consideration. I hope you will understand that we former employees of Delphi Corp. have been through enough.

Sincerely,

Raleigh Grady
850 W. Oriole Wy
Chandler, AZ 85286