February 7, 2009



United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are Salaried retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

I am a 57 year old retiree who is not employed. I have two children that are still in college. Delphi has Global assets worth billions of dollars. The hourly Delphi retirees have been protected by their union. As a salaried retiree, I have no one to speak on my behalf.

This motion, if approved, would have a tremendous negative impact on my life. I do not have the means to keep my kids in college, pay my mortgage and pay for the health benefits I was promised as a working employee. My monthly retirement check is approximately $3,300. The amount of money saved by Delphi via this initiative is not material to the future restructured success of the company.

GM is currently considering the buy back of Delphi with government bail-out money. The decision for GM to proceed would not be negatively impacted by salaried retiree health care benefits. It would not stop another institution from injecting capital.

This is being done to enhance the position of the creditors. I think retirees who served this company for 30+ years should be considered ahead of business creditors.

Again, this decision is not material to the success of a re-structured Delphi Corporation.

Thanks for your consideration, your Honor,

Sincerely,

John R. Roland
11630 Santa Rosa Lane
Skiatook, OK 74070
918-396-9914