**From:** Jane Thornburg
119 Cherry Hill Lane
Santa Teresa, NM 88008
Phone: (915) 613-0348



RECEIVED
FEB 1 1 2009
USBC-SDNY
RDD

**To:** Honorable Judge Robert D. Drain
One Bowling Green
New York, NY 10004-1408

**Date:** February 8, 2009

## Subject: OBJECTION TO DELPHI MOTION
MOTION FOR ORDER UNDER 11 U.S.C. §§ 105, 363(b)(1), AND 1108 CONFIRMING DEBTORS' AUTHORITY TO TERMINATE EMPLOYER-PAID POST- RETIREMENT HEALTH CARE BENEFITS AND EMPLOYER-PAID POST RETIREMENT LIFE INSURANCE BENEFITS FOR CERTAIN (A) SALARIED EMPLOYEES AND (B) RETIREES AND THEIR SURVIVING SPOUSES

### ("SALARIED OPEB TERMINATION MOTION")

As spouse of a salaried Employee I object to the Delphi motion.

General motors and Delphi made promises to provide healthcare and life insurance benefits to my husband and me as a surviving spouse in retirement for over **forty three years**. Now that my husband is being forced into an early retirement (He had planned to work until Medicare eligible at age 65 but is being forced out at age 61), Delphi and General Motors have decided not to live up to this promise. This directly affects the value of the pension in retirement. A large portion (In my case 35%) of the pension will be taken to pay for the healthcare and life insurance. This leaves me without money to pay my mortgage.

Delphi has not been able to take this benefit away from the hourly employees because they are represented. The Delphi and GM executives use corporate money to defend their own self interest. However, salaried employees are unrepresented in these matters.

General Motors also required that contributions to our individual retirement account include a portion of company stock which was later converted to Delphi stock. This caused the value of my individual retirement account to also be of little value.

Please use you influence to keep me from being treated unfairly.

Sincerely,

*Jane Thornburg*

Jane Thornburg