9886 West 300 South
Swayzee, IN 46986
February 8, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

**Subject:** Delphi Corporation Case # 05-44481 filed October 5, 2005
OBJECTION to Document # 14705 to cancel OPEB (life and health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to lodge objection to Document #14705 filed by Delphi Corporation on February 4, 2009, asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

Document #14705 was filed with no previous warning to any of the retirees of Delphi Corporation and was made known via letter on February 5, 2009, distributed only to current employees. The first actual notice to retirees was the article on the front page of the Kokomo Tribune Friday, February 6, 2009. It is in this newspaper article that retirees have been notified of only eleven days to file our objections.

This loss of life insurance and health care will cause financial hardship for every retiree. In addition, Delphi plans to renege on their promise to reimburse us for $20,000 (or $10,000) toward cost of replacement healthcare coverage after we reach age 65. (Retiree Health Reimbursement Account managed by WageWorks.) This sudden stoppage of benefits and supplemental money will have huge impacts not only on retirees, but also on the communities where we live.

Many retirees have health conditions that preclude them from obtaining other health care coverage. Not only do we lose our health care coverage, but the money Delphi promised to help cover medical insurance, too. All this additional cost for health care coverage comes right out of our "fixed income" retiree pockets.

Not only that, with our company life insurance canceled, our families will be left to pay final expenses whether or not our depleted life savings last until the end.

I have a letter from the Retiree Servicing Center dated March 6, 2000, stating that I am "…eligible for Continuing Life Insurance… This ultimate amount will remain in effect for the rest of your life and is provided by Delphi at no cost to you." A copy of the letter is enclosed. What happened to that promise?

Please facilitate Delphi in finding other ways to restructure the company and still retain health care and other promised, albeit reduced, benefits for retirees. Health care benefits have already been reduced and scheduled to stop at the age of 65.

Please REJECT this motion.

Respectfully,


Evelyn K. Spencer
Retired March 1, 2000
Telephone 765-922-7161

**Enclosure:** One (1) copy - Retiree Servicing Center letter dated March 06, 2000

**RETIREE SERVICING CENTER**
P.O. Box 5113
Southfield, Michigan 48086-5113
**1-800-828-9236**
1-800-872-8682
TELECOMMUNICATION DEVICE FOR THE DEAF

March 06, 2000

Evelyn K Spencer
9886 W. 300 S.
Swayzee, IN 46986-9749

Dear Evelyn K Spencer:

As a retiree of Delphi Automotive Systems with 10 or more years of participation in the Life and Disability Benefits Program, you are eligible for Continuing Life Insurance.

Our insurance records, as of the date of this letter, show the Continuing Life Insurance has now fully reduced to the ultimate amount of **$34,617.00**. This ultimate amount will remain in effect for the rest of your life and is provided by Delphi at no cost to you.

**IMPORTANT: YOU SHOULD KEEP THIS NOTICE WITH YOUR OTHER VALUABLE PAPERS.**

If you have any questions regarding this letter, you may call toll-free, **1-800-828-9236** (Telecommunication Device for the Deaf 1-800-872-8682), during normal business hours, or write to the address above.

Always include this Social Security number, **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**, in all your correspondence.

**Retiree Servicing Center**

UA01