206 Denwood Trail
Clayton, OH 45315


Honorable Robert D. Drain
United States Bankruptcy Court
    Southern District of New York
One Bowling Green, Room 610
New York, New York 10004


Dear Honorable Robert D. Drain,

In regards to Chapter 11, Case No. 05-4481 (RDD) and specifically the notice I received concerning the motion for order under 11 U.S.C.}} 105, 363(b)(1), and 1108 confirming debtors' authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) salaried employees and (B) retirees and their surviving spouses of Delphi I would like to voice my concern in the manner in which Delphi has handled this situation.

Even though I am but one individual, the wonderful thing about being an American is my right to voice my opinion, so in advance thank you for reading this letter. Delphi is choosing to terminate only the salaried retirees because they do not want to deal with the union. Surly this is not equal justice. There are union employees that earned the same yearly salary, if not more, as I did. Delphi needs to terminate benefits for both parties at the same time. If this were done, Delphi would not need to terminate benefits but limit their contributions to 40-50% thus decreasing the impact on an individual while saving money to the company.

Regardless of your decision, I would request that Delphi be required to reinstate benefits when they are able to regain financial stability, even if this were done on a 50/50 contributory basic. I would hate to see Delphi forget about this termination of benefits because they are not personally affected.

Thank you for listening.

Respectfully,

*John A. Robison*

John A. Robison