UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:
DELPHI CORPORTATION, et al.,
                                    Debtors

Chapter 11
Case No. 05-44481 (RDD)
(Jointly Administered)

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Bryan T. Veis, a member in good standing of the bar of the District of Columbia, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Michael Beard, Russell Detwiler, Floyd Jones, and John M. McGrath, in the above referenced case.

Mailing address: Bryan T. Veis, McTigue & Porter LLP, 4530 Wisconsin Ave., NW Suite 300, Washington, DC 20016. E-Mail address: bveis@mctiguelaw.com; telephone: (202) 364-6900

The filing fee of $25.00 will be paid electronically with the submission of this motion for *pro hac vice* admission.

Dated: February 13, 2009
Washington, DC

Bryan T. Veis
**McTigue & Porter LLP**
4530 Wisconsin Ave., NW
Suite 300
Washington, DC 20016
bveis@mctiguelaw.com

## ORDER

**ORDERED,**
that Bryan T. Veis, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____,
         _____,New York

                                    /s/_____
                                    UNITED STATES BANKRUPTCY JUDGE