UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x    Chapter 11
In re:

                                                               Case No. 05-44481 (RDD)

DELPHI CORPORATION, et al.,,    Jointly Administered

                 Debtors.
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

      UPON the motion of Bryan T. Veis, for admission pro hac vice in this bankruptcy case; it is hereby

      ORDERED, that Bryan T. Veis is admitted to practice, pro hac vice, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.


Dated:    February    , 2009
         New York, New York

                                                  UNITED STATES BANKRUPTCY JUDGE

OP 144638.1