UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
                                                  :
   In re                                  :      Chapter 11
                                                :
   DELPHI CORPORATION, et al.,   :     Case No. 05-44481 (RDD)
   :                                                 :
                                                :     (Jointly Administered)
------------------------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Lax & Neville LLP hereby appears in this proceeding as local counsel with Stahl Cowen Crowley Addis, LLC on behalf of Paul Higgins, James Conger, Doug Kittle and Joni Walls and on behalf of other Delphi Non-Union Salaried Retirees as a party in interest in the above-captioned cases.


Dated: New York, New York
February 13, 2009

                              /s Barry R. Lax_____
                              Barry R. Lax, Esq. (blax@laxneville.com)
                              Brent A. Burns, Esq. (bburns@laxneville.com)
                              LAX & NEVILLE LLP
                              1412 Broadway, Suite 1407
                              New York, New York 10018
                              (212) 692-1999 ext. 220
                              (212) 566-4531