UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
                                                      :
    In re                            :    Chapter 11
                                                      :
    DELPHI CORPORATION, et al.,      :    Case No. 05-44481 (RDD)                :
                                                      :
                                                      :    (Jointly Administered)
------------------------------------------------------x

## NOTICE OF FILING

**TO**:  See Attached Service List

**PLEASE TAKE NOTICE** that on February 13, 2009, the undersigned caused to be filed with the Clerk of the United States Bankruptcy Court for the Southern District of New York the attached **Objection to Motion for Order Under 11 U.S.C. §§ 105, 363(b)(1), and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses**.

Date: February 13, 2009                          /S/ Barry R. Lax
                                                                    Barry R. Lax

Barry R. Lax, Esq.
Brent A. Burns, Esq.
LAX & NEVILLE LLP
1412 Broadway, Ste 1407
New York, NY 10018
(212) 696-1999 x220
(212) 566-4531 facsimile

**CERTIFICATE OF SERVICE**

      I, hereby certify that on <u>February 8, 2009</u>, I served **the Objection to Motion for Order Under 11 U.S.C. §§ 105, 363(b)(1), and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses** via Federal Express and Electronic Filing, upon the following Parties:

Honorable Robert D. Drain
U.S. Bankruptcy Judge
Southern District of New York
One Bowling Green
New York, NY  10004-1408

General Counsel
Delphi Corporation
5725 Delphi Dr.
Troy, MI  48098

John William Butler, Jr.
Skadden Arps Slate Meagher & Flom, LLP
333 W. Wacker Dr., Ste. 2100
Chicago, IL  60606

Donald Bernstein
Brian Resnick
Davis Polk & Wardwell
405 Lexington Ave.
New York, NY  10017

Robert J. Rosenberg
Mark A. Broude
Latham & Watkins, LLP
885 Third Ave.
New York, NY  10022

Bonnie Steingart
Fried Frank Harris shriver & Jacobson, LLP
One New York Plaza
New York, NY  10004

Brian Masumoto
U.S. Trustee for the Southern District of New York
33 Whitehall St., Ste. 2100
New York, NY  10004

Date:  February 13, 2009                               /S/ Barry R. Lax
                                                         Barry R. Lax

Barry R. Lax, Esq.
Brent A. Burns, Esq.
LAX & NEVILLE LLP
1412 Broadway, Ste 1407
New York, NY 10018
(212) 696-1999 x220
(212) 566-4531 facsimile