Dear Judge Drain,

For 30 years I enjoyed health care benefits from my company, Delphi. The benefits in my working years and those to come after retirement were a strong reason for staying with the company. I always fulfilled my part of the contract. Now I and other white collar retirees are about to be placed in extremely unfair circumstances.

Please consider our situation when you rule on Document #14705 dated 2-4-09. Please consider <u>rejecting</u> this motion.

Thank you,
Gail Maurice
Warren, Ohio
44485