To: Honorable Robert D. Drain
     United Bankruptcy Court
     Southern District of New York
     One Bowling Green, Rm 610
     New York, N.Y. 10004

February 7, 2009



RECEIVED
FEB 1 3 2009
U.S. BANKRUPTCY COURT, SDNY

     Ref: Delphi Corporation Bankruptcy

Sir:

As a current retiree of the Delphi Corporation I would be remiss not to comment upon their recent decision to eliminate our health care and life insurance. The legality of this decision, not withstanding, is how Delphi has "changed their position" with regards to assurances made to retiring employees concerning future health care coverage. It is unconscionable to remove this coverage when at retirement one of the enticements to leave early was the perpetuation of this coverage in the future. In fact, many of us early retirees left for the very reason we are now being singled out for, that is, to give the corporation more flexibility and cash flow to ensure profitability going forward.

I understand the corporation's position and need to emerge from bankruptcy in a solid financial position. I would submit to the court that this position and action is NOT the game breaker that Delphi proposes would aid it in this regard. I would hope that the court would seriously look at the numbers presented and realize that the 90 to 200 million dollars saved between now and 2011 WILL NOT save this company. Unless our economy does a total 180 degree reversal in the next coming months Delphi will not emerge from bankruptcy but will only be joined by a multitude of other manufacturing firms related to the auto industry.

It is a bad faith judgment on Delphi's part to unilaterally cease health care coverage for retirees at this point in time. Delphi is only picking the "low hanging fruit", because they can, and will use this opportunity, at this time, to do exactly that. We are a defenseless group and have only the courts wise judgment and thoroughness to protect what we worked and endeavored so hard for, for 30 to 40 years of the best parts of our lives. Many retirees depend solely upon the promises made to them at retirement and live on their pensions only. We have no resources or the youth to pursue other sources of income. If Delphi truly recognized the "real hardship" this action will cause they would not even entertain the idea of cutting off this coverage.

I would request that the court lay aside this decision based upon the fact it is indeed based upon bad faith and whim. It is a small gesture that will not save the corporation from the inevitable should the economy not turn around. At the very least we should have a much longer time span than one and half months to organize our lives and try to procure the much needed health care that is so valuable to have in our society.

Sincerely

Leonard Heinzman
5098 N. River Rd.
Freeland, Mi.  48623
989.695.6358

Cc:  Skadden, Arps, Slate, Meagher & Flom LLP
     333 West Wacker Drive
     Suite 2100
     Chicago, Ill. 60606
     Attn:  John Wm. Butler

     Davis Polk & Wardwell
     450 Lexington Av.
     New York, N.Y. 10017
     Attn:  Donald Bernstein & Brian Resnick

     Latham & Watkin LLP
     885 Third Av.
     New York,  N.Y. 10022
     Attn:  Robert J. Rosenberg & Mark Broude

     Fried, Frank, Harris, Shriver & Jacobson LLP
     One New York Plaza
     New York, N.Y.  10004
     Attn:  Bonnie Steingart

     Office of the Trustee for the Southern District of N.Y.
     33 Whitehall St., Suite 2100
     New York,  N.Y.  10004
     Attn:  Brian Masumoto

     Delphi Corporation
     5725 Delphi Drive
     Troy, Mi.  48098
     Attn:  General Counsel