Subject: Delphi's motion to suspend salaried retiree health and life insurance benefits

Dear Judge Drain,

   I am a salaried retiree from Delphi Corp with 34 plus years of service with GM and Delphi. As a result of Delphi's bankruptcy filing in 2005, I have lost almost $400,000.00 from my 401K and it's current value is now less than what I contributed from my pay. That includes what I lost in company matching contributions and stock dividends which were reinvested in Delphi. I am sure other salaried retirees have also lost considerable savings. When the company had financial problems, I was requested to work overtime without compensation. I was forced by management to contribute to my health insurance (approx $100.00/month) for many years and still do so. We were told the salaried employees were going to be an example so they could negotiate the same insurance co-pay from the union represented hourly employees which never happened before I retired.
   **I believe the salaried retirees have sacrificed enough and I strongly urge you to reject this motion.** Based on a letter I received from Delphi on 2/7/09, it indicates the cost of self paid health insurance for me and my wife would be about $1000.00/month. That would cost me about one half of my net monthly pension check. Additional coverages for vision, dental, and extended care insurance are additional resulting in another $115/month. The letter also states that effective April 1, 2009 Delphi is going to discontinue our insurance so I don't understand the significance of filing this motion with the bankruptcy court.
   I realize the current economic crisis in the U.S. has had a significant impact on Delphi's finances but they certainly seem to have enough money to hire all these attorneys. Perhaps Delphi's board of directors should consider reducing the unclassified executive's compensation (salaries, bonuses, other perks) to help alleviate the companies financial troubles. I wonder how much money Delphi could realize if they reduced the executives pay by 10 or 20%.
   I apologize for being so lengthy but this motion is quite upsetting to my family.

Sincerely,
Richard W. Wagner
15146 E. Lee Rd.
Albion, N.Y. 14411