February 9, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref: Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

RECEIVED FEB 13 2009 U.S. BANKRUPTCY COURT, SDNY

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

Please note that this letter is an **OBJECTION** to that document and file it as a motion to object to document #14705.

This document was filed with no previous warning to any of the retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections, and a mere 42 days to determine/select an alternative health care plan.

Many of the most recent retirees of Delphi were retired **BY** the company and **NOT** by the choice of the employee. We were given no decision to make, just told we would be retiring on a specific date. I personally dedicated almost 41 years to the betterment of the company. We had little time to prepare for retirement, and little time to adjust to a significantly reduced income (my personal income reduction was 59%) before we were hit with this latest development (loss of health care) which will cause financial hardship for every retiree. It will have huge impacts not only on the retirees, but also every community where retirees live.

With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans, have lost almost 40% of their savings. As you know, the cost of living has increased significantly in the last two years. This coupled with the loss of health care benefits would have a crippling effect on the lives of every retiree of Delphi Corporation.

It is my belief that there are other ways to restructure the company and still retain health care for retirees. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a decreasing cost to the company as each of us reaches that 65 age milestone.

Page 16 of Delphi's "Reaffirmed Financial Projections 2008 – 2011" filed with the court on 3 Oct 08 shows "OPEB Cash Paid" of $66, $78 and $85 ($ in millions) for 2009 -2011. This same document (on page 4) assumes $130 per barrel of oil and states each $1/barrel change has a $5 to $7 million impact. If I substitute $40/barrel for $130/barrel Delphi's expenses decrease by $450 to $630 million each year, which is more than enough to fund the OPEB payments for retiree health care.

Please know that each of the 15,000 retirees who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

**We ask you to REJECT this motion.**

Sincerely,

*Theodore R. Schmidt*

Theodore R. Schmidt
4397 Nandina Drive
Southport, NC 28461-8517
910-253-0079