February 7, 2009



United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections.

Many of the most recent retirees of Delphi were retired **BY** the company and **NOT** by the choice of the employee. They were given no decision to make, just told they would be retiring on a specific date. They had little time to complete final preparations for retirement, and little time to adjust to a significantly reduced income before they are now hit with this latest development (loss of health care) which will cause financial hardship for every retiree. It will have huge impacts not only on the retirees, but also every community where retirees live.

Many of the remaining retirees were offered special incentives to retire early. For most, that included implied health care benefits. In August, 2007 we received notification that our health care benefits would be taken away when we became Medicare elegible. The same letter said that at that time a Health Reimbursement Account would be established for the retiree. The amount would be either $20,000 or $10,000 depending on retirement date.

It is interesting to note that Document #14705 mentions several times that "benefits can be modified or terminated at any time". If that is the case, why was there no mention of that fact in the letter dated August 2007? The tone of that letter was that we would lose our health benefits when we became medicare elegible. Not even a statement that indicated that it might change beyond that.

With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans, have lost almost 40% of their savings. As you know, the cost of

living has increased significantly in the last two years. This coupled with the loss of health care benefits would have a crippling effect on the lives of every retiree of Delphi Corporation.

It is my belief that there are other ways to restructure the company and still retain health care for retirees. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a decreasing cost to the company as each of us reaches that 65 age milestone.

Please know that each of the 15,000 retirees who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

## I ask you to REJECT this motion.

Sincerely yours,

Ray N. Weingart
3749 Plantation Drive
Leesburg, FL 34748
1-352-728-6046

**Copy:**
**Delphi Corporation**
**5725 Delphi Drive**
**Troy, MI 48098**
**Attn: General Counsel**

**Latham & Watkins LLP**
**885 Third Avenue**
**New York, NY 10022**
**Attn: Robert J. Rosenberg &**
**Mark A. Broude**

**Skadden, Arps, Slate, Meagher & Flom LLP**
**333 West Wacker Drive, Suite 2100**
**Chicago IL 60606**
**Attn: John Wm. Butler, Jr.**

**Freid, Frank, Harris, Shriver &**
**Jacobson LLP**
**One New York Plaza**
**New York, NY 10004**
**Attn: Bonnie Steingart**

**Davis Polk & Wardwell**
**450 Lexington Avenue**
**New York, NY 10017**
**Attn: Donald Bernstein & Brian Resnick**

**Office of the United States Trustee**
**Southern District of New York**
**33 Whitehall Street, Suite 2100**
**New York, NY 10004**
**Attn: Brian Masumoto**