February 7, 2009

U.S. Bankruptcy Court – Southern District of New York
One Bowling Green
Room 610
New York, New York   10004

Att'n:  Deputy Dorothy Li

Regarding:  Delphi Corp Case #05-44481 filed 10-5-2005



**Subject: <u>Objection</u> to the Motion to Terminate O.P.E.B. Health Care and Life Insurance Benefits for Salaried Retirees and Their Surviving Spouses (Document #14705)**

My wife Barbara and I are part of the small group of 15,000 Delphi salaried retirees and their families who will be severely affected by this motion if you allow it to proceed. We are not just numbers, but some of the "real people" with names, faces, and families who are having difficulty in dealing with the current economic environment and the substantial loss of wealth in nearly all asset classes over the past year. This motion announcement comes as a big surprise to those of us who have faithfully served the company for over 30 years, first as a division of General Motors, and then as Delphi.

Our objection is based on the fact that this small group of 15,000 former employees is being unfairly discriminated against relative to these benefits, which carried an implied promise through our working careers. **All other classes of employes – current Delphi salaried employes, current and retired Delphi hourly/bargaining unit employes, current and retired General Motors salaried <u>and</u> hourly/bargaining unit employes – will not lose these benefits. We are the only group that has been singled out for this unfair treatment! Please request the % of the above population who are being negatively impacted!** Had we not been spun off from General Motors in 1999 and thus remained a G.M. salaried employe, our benefits would not be eliminated. We had no voice in this spin off which has ultimately put us in this unique position among the millions of both G.M. and Delphi current and former active employees. While we understand that there may not be an ironclad legal defense for this position, we believe that there is a very strong issue of morality, common sense, fairness, equality, and just "the right thing to do". **Why can't we share the cost of these benefits equally with Delphi, and find the additional savings elsewhere?** We remain hopeful that you will give this consideration as you render your decision on this motion at the hearing on February 24, 2009.   Thank you in advance for your assistance.

*Thomas J. Sosnowchik*
*Barbara K. Sosnowchik*
37407 S. Jade Crest Dr.
Tucson, AZ  85739