February 9, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Ref: 1. Delphi Corporation Case # 05-44481, filed 10/5/05
    2. Document #14705 – Motion to cancel OPEB [health care benefits] for all current and future salaried retirees.

Dear Judge Drain,

First, let me provide some pertinent details about me. I am on temporary layoff from Delphi and have been informed by the Corporation that I am to be permanently separated effective Feb. 28, 2009. I am 58 years old and will have 33 years credited service at the time of my separation. Because of this separation, I am being pushed into taking an early retirement.

The purpose of this letter is to request that you **REJECT** the referenced motion to cancel health care benefits for all current and future salaried retirees. This cancellation of benefits will cause severe economic hardship for me and the other salaried retirees. I offer the below comments in support of this request to **REJECT** the motion.

I, and I would presume all other Salaried employees and retirees, entered into our employment with GM/Delphi with the expectation that if we gave 30 or more years of good service to The Company, our retirement would be secure. Secure in this context meaning a decent pension and health care coverage. I submit that this "secure retirement" was more than an expectation. For 33 years, I've received document after document and handbook after handbook telling me that I would have health care covered in my retirement. To have the security of good health care coverage disappear right at the time of retirement is unfair and will cause a significant financial hardship.

Are there not other restructuring alternatives available to Delphi? Has Delphi just taken the easiest or most expediant restructuring alternative to them at this time? Only you know all the details and can direct Delphi to seek other alternatives to singling out the retiree health care program.

If restructuring of health care costs is really the only option left, shouldn't the restructuring be more equitable than just directed at retirees? Shouldn't all employee groups [Executives, active salaried, retired salaried, active hourly and retired hourly] be equally impacted? It seems

to me that if the health care reductions were distributed across all employee groups, no single group would have to have their benefits eliminated – all would be reduced instead.

In closing, I would again ask you to **REJECT** Delphi's motion to cancel salaried retiree health care coverage and direct them to find other restructuring alternatives, or, as stated above, if restructuring of health care coverage is the only option at this time, to direct Delphi to make it more equitable and modify health care for **ALL** segments of the emplyee population so that each may maintain some level of coverage.

Thank you for your consideration in this matter.

Stanley A. Mickey
212 Wae Trail
Cortland, Ohio 44410
330-637-8510