**Unknown**

**To:** TO WHOM IT MAY CONCERN
**Subject:** DELPHI CORPORATION MOTION

To Whom It May Concern:

I, Frank X Budelewski, am writing this letter of DISAGREEMENT and OBJECTION to Delphi Corporations Motion to terminiate employer paid post retirement health care benefits and employer paid post retirement life insurance benefits for salaried employees and retirees along with their surviving spouses.

The proposed Delphi Plan for retired salaried employees is an OBVIOUS act OF AGE DISCRIMINATION. Salaried employees hired by General Motors prior to 1993 vs. employees hired after the year 2000.

Why did salaried employees receive a letter on Saturday, February 7, 2009 explaining that as of March 31, 2009, specific changes were going to be made before any final decisions were made by the COURTS?

WHERE ARE OUR RIGHTS????????

Sincerely yours,

Frank X Budelewski
221 Red Oak Drive
Williamsville, New York 14221-2333

1