February 9, 2009

Sharon Pitstick
5808 Stone Creek Drive
Centreville, VA 20120


The Honorable Robert D. Drain
One Bowling Green
New York, New York 10004


Re: Delphi Corporation, et al., Chapter 11, Case No. 05-44481 (RDD)


Dear Judge Drain,


The purpose of this letter is to state my objection to Delphi's "Motion for Order Under 11 U.S.C. 105(a), 363(b)(1), and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Post-Retirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (the "Motion")."

I am a salaried retiree from Delphi and I am 56 years old. I worked for GM/Delphi for 33 years, giving the best years of my life to that company. For several years before I retired, the salaried employees had to pay a portion of their health care and life insurance costs. The hourly employees did NOT have to pay a portion of their health care and life insurance costs. Salaried employees had COLA taken away from them, but the hourly employees did not. Salaried employees only got paid straight time for overtime worked, the hourly employees got paid time and a half or double time for overtime worked. My point is that salaried employees have made many concessions over the years for Delphi that the hourly employees did NOT have to make. Now Delphi wants to take away salaried retirees' employer-paid health care and life insurance benefits. It is EXTREMELY UNFAIR to do this to the salaried employees/retirees and not the hourly employees/retirees.

Many of the salaried employees were forced into retirement at an early age when Delphi closed our plants and sent our work out of the country. Now, us early retirees are too young to get Medicare and on our fixed incomes, will have to pay 100% for our health and life insurance costs. Many of us have health issues and cannot be without medical insurance. I, myself, am a breast cancer survivor. If my breast cancer returns, and I cannot afford health insurance that I worked 33 years for, what am I supposed to do?

If Delphi would make the hourly employees/retirees pay a small portion of their health care and life insurance costs, equal to what the salaried employees/retirees are currently paying, Delphi could achieve the same goal, but spread it out over ALL employees/retirees, not just the salaried employees/retirees.

There are other ways Delphi can cut costs too. Over the past several years, I have watched the Indianapolis 500 race and when there is a mishap on the track, I have seen the "Delphi" safety truck go to the scene of the mishap. While there is a need such a truck at auto races, Delphi does not need to sponsor it. I've also seen the Delphi name on at least one of the Indy race cars, so obviously Delphi is still sinking money into that venture. They need to get COMPLETELY out of the auto racing business.

Delphi needs to search for other ways to cut costs (reduce top execs – all the way down to 8th level execs - pay, perks, and benefits), etc., and not force the salaried employees/retirees to suffer.

**Please take this into consideration and DENY Delphi's motion as stated at the beginning of this letter.**

Thank you,

*Sharon D. Pitstick*

Sharon D. Pitstick
5808 Stone Creek Drive
Centreville, VA 20120