February 9, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

Will you please take some of these items into consideration prior to making your decision on the proposed elimination of our needed benefits?

1. Delphi top leadership gave us incorrect information concerning the state of Delphi's finances when we were purchasing their stock for our 401k. The stock is now rendered as worthless.
2. The economic situation has hit all of us as individuals, not only big business as Delphi states in their letters. (40% loss to our retirement investments)
3. Middle and lower management personnel do not receive the larger pension packages that the people making the decisions do and will receive. Therefore it is a smaller percent of their income to pay for benefits.
4. Some of us will have to find jobs to pay for our health insurance. Jobs that do not exist. Jobs that we would have kept if it wasn't for Delphi telling us they needed us to retire so the company could stabilize.
5. And lastly, the people making these decisions will return to their large raises and bonuses after Delphi emerges from bankruptcy. The retirees will be left to pay the rest of their lives.

I can only hope that you realize the position of the common retiree in this situation and require Delphi to rethink their actions and find alternative solutions. They do exist.

**We ask you to reject this motion.**

Sincerely yours,

*David W. Mack*

David W. Mack
2677 Deer Trail
Niles, Ohio 44446