February 7, 2009

Re: Delphi Corporation, et al, Case No. 05-44481 (RDD)



Honorable Robert D. Drain
United States Bankruptcy Court

Dear Sir :

    Our concern is that salary employees and retirees are being treated differently than hourly employees and retirees in matters of health care, life insurance, and disability benefits.

    Many of the salary employees and retirees were hourly and were promoted to salary because of outstanding service. The only reason the salary is being discriminated against is because they do not have a union to represent them and protect them from the company's unfair practices.

    The salary employees and retirees pay every month for health care while the hourly employees and retirees pay nothing. Salary pays more for prescription drugs and has a higher medical deductible than hourly. If the company would change the hourly benefits the same as salary instead of canceling all salary benefits a savings could be obtained without catastrophic effects on the people who had a great impact on the company success. Many salary retirees actually make less in retirement than hourly. To take the benefits from one and not try to compromise because of the union is cowardly.

    All active and pre Medicare hourly retirees could contribute to their benefits the same as salary does. If enough savings is not obtained the contributions could be increased for both. The hourly group is much larger that the salary group, so a small impact on the larger groups benefits would be more effective than eliminating the smaller groups benefits. Higher level salary employees and retirees that can easily afford to pay for health care, could have their benefits cancelled without causing a financial burden. To cancel benefits for lower level salary employees and retirees would be financially irresponsible to your good faith commitment.

    We would appreciate any consideration on behalf of the salary retirees.

Sincerely,


Dale Heasley    Delphi salaried retiree


John Nord    Delphi salaried retiree