February 9, 2009

**Honorable Robert D. Drain, United States Bankruptcy Judge**
United States Bankruptcy Court for the Southern District of New York
One Bowling Green, Room 610
New York, New York 10004

**Attn: Deliver directly to the Chambers of Honorable Robert D. Drain**

Re:   **Delphi Corporation, et al., Case No. 05-44481 (RDD)**

Dear Honorable Judge Drain,

As you approach the impending hearing on the **Delphi Motion (Case # 05-4481**) announced on
February 4, 2009 to confirm Delphi's authority to terminate employer-paid, post-retirement
health care benefits and employer-paid, post-retirement life insurance benefits – for certain (A)
Salaried employees and (B) Retirees and their surviving spouses – I would like to bring the
following issue to your attention.

The motion, if approved, allows Delphi to terminate "Salaried OPEB (Other Post Employee
Benefits)" for Delphi Salaried employees. This action represents a very **Unequal Treatment**
applied solely to the Delphi Salaried Retiree Group.

This action is catastrophic and will have a devastating effect on most of the salaried retirees at a
time in their lives that makes it highly unlikely that they can adapt and/or recover from the
impact of this decision.

Meanwhile, the Delphi **HOURLY retirees are NOT impacted** by this Delphi action.

In addition, the majority of Delphi Salaried Retirees were General Motors (GM) employees for
many years before being put into the Delphi Subsidiary in 1999. Our associates and
contemporaries that we worked with for many years have retired from GM without curtailment of
their Salaried OPEB. It seems to me that since GM had its Officers set up and subsequently
manage Delphi, it would indicate that GM should bear some of the responsibility for Delphi's
current state, and responsibility for providing **Equal Treatment** for all of their Retirees.

Many of us worked for GM for 30+ years, and GM's Subsidiary Delphi for 3 to 5 years.
Throughout our careers we were given annual updates on our salary and benefit (including
retirement) improvements. We were assured through words and by practice (providing Salaried
Retirees with their promised OPEB for many years) that we also would receive our promised and
highly-touted Salaried retirement benefits when we retired. Apparently **Equal Treatment** is no
longer a Corporate value or requirement.

In support of my comments above, I offer a brief synopsis of my career with GM and Delphi:

- I was hired by General Motors on 6/15/1964 as a co-op student and graduated with a B.S.
  Degree in Engineering in 1969. From 1969 through 1996 I worked at several locations in
  the United States with ever-increasing levels of Management responsibility.

- In late 1996 I was transferred to Europe and worked there as Director of Manufacturing for General Motors European Chassis Operations.

- During 1999, while I was assigned to GM's European Operations**, General Motor's Officers set up and subsequently managed the spin off Delphi Automotive Systems**. I was converted to a Delphi employee as a result – with no recourse except to quit the company to which I had devoted my entire career life.

- I was transferred back to the US for employment at  Delphi Headquarters in Michigan in late 1999 and served in several Executive capacities until my "offered" retirement January 1, 2003. My career consisted of 35 years with GM and 3 ½ years with Delphi.

The wages and benefits provided by General Motors to attract and recruit talented people, including promised retirement benefits, are what enticed me to join GM in 1964 and remain with the Company for my entire career. In addition, it was the promised retirement benefits that enticed me to accept Delphi's offer of retirement on 1/1/2003. It was the right decision until 2/6/09 when I received the official notice of Delphi's intent to terminate my Salaried OPEB – Effective April 1, 2009!

Throughout my career I believed, as any **Reasonable Person** would, that if I continued to work for GM/Delphi I would retire with the highly touted benefits that those before me received. The frequent reference to our "Superior Benefit Package",  and its use as an employee recruiting and retention incentive, demonstrated the Company's commitment and promise that I (and I believe any **Reasonable Person**) would expect to receive Salaried OPEB in retirement. Based on this, I made reasonable decisions relative to my retirement plan. When to retire, outside income required, necessary health and life insurance coverage, etc., were carefully considered.

Now, on 2/6/2009 I find - that as a Delphi Salaried Retired Employee – I am part of a small ISOLATED GROUP that face termination of Salaried Retirement Benefits causing a
 **VERY UNEQUAL TREATMENT** due to unilateral Delphi Action.

It is for these reasons that I must **STRONGLY OBJECT** to the Motion before The Court to support Delphi's intention to go forward with this action in such an unequal application.

In light of the above information, I further respectfully ask for the Court's consideration to **OPPOSE** the Motion in its current form.


Respectfully,

*/s/ Patrick J. Straney*
Patrick J. Straney                                    ParisPats2@aol.com
Delphi Salaried Retired Employee                          (520) 297-2118
13916 N. Steprock Canyon Pl.
Oro Valley, AZ 85755