Date:  February 9, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn:  Judge Robert D. Drain

Ref:  Delphi Corporation Case # 05-44481 files Oct. 5, 2005
      Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain,

This letter is to express my concerns with the subject Document filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits for over 15,000 people who are retires of Delphi Corporation.

This document was filed with no warning to any of the retirees of Delphi and was made known to me by letter received on February 7, 2009 giving me only 10 days to file objections.

All of the retirees I have made contact with have lost between 30% and 40% of their savings due to the economic downturn and are in no position to now assume the full responsibility of health care costs.  Many still have children at home that will need to be included in their health care.

I can understand a need to increase the share **all employees and retirees** pay for health care, but to force only salaried retirees to take over 100% responsibility is completely unreasonable.  This is will put an extreme hardship on all salaried retirees and in some cases cause them to loose their homes.

Please understand my objection to this motion and reject it.

Sincerely,

Dale Johnson
907 Ole Time Lane NW
Warren, OH  44481