Neil A. Goteiner (SBN 83524)
FARELLA BRAUN + MARTELL LLP
235 Montgomery St.
San Francisco, CA 94104
Telephone: (415) 954 – 4400
Facsimile: (415) 954 – 4480
ngoteiner@fbm.com

Attorneys for Delphi Salaried Retirees Association

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re | Chapter 11 |
|---|---|
| DELPHI CORPORATION, et al., | Case No.  05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE AND NOTICE IS HEREBY GIVEN that the Delphi Salaried Retirees Association appear through their counsel, Farella Braun + Martel LLP pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and request that copies of all notices and pleadings pursuant to Bankruptcy Rule 2002 or other documents brought before the Court in the above referenced case be provided to the Delphi Salaried Retirees Association addressed as follows:

>Neil A. Goteiner, Esq.
>Farella Braun + Martel LLP
>235 Montgomery Street, 17th Floor
>San Francisco, CA  94104
>Telephone:  (415) 954-4400
>Facsimile:   (415) 954-4480
>Email: ngoteiner@fbm.com

24292\1868510.1

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rule specified above but also includes notices of any order, application, complaint, demand, hearing, motion, plan of reorganization, disclosure statement, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telegraph, telex or telecopier or otherwise, filed with regard to the above-captioned case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that the submission and filing of this notice and demand constitutes a "special appearance" and is not intended to be, nor shall it be deemed, a consent to, or a waiver of, the right to challenge jurisdiction of this Court to adjudicate noncore matters, or any other rights, claims, actions, set-offs or recoupments to which the Delphi Salaried Retirees Association is or may be entitled to, all of which are expressly reserved.

Dated: February 17, 2009

Respectfully submitted,

FARELLA BRAUN & MARTEL LLP


By: _____/s/_____
    Neil A. Goteiner (SBN 83524)

Attorneys for Delphi Salaried Retirees Association