Nan E. Joesten (SBN 191288)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
njoesten@fbm.com

Attorneys for Delphi Salaried Retirees Association

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re | Chapter 11 |
|---|---|
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Nan E. Joesten, a member in good standing of the bar of the State of California, and of the bar of the U.S. District Court for the Northern District of California, request admission, *pro hac vice*, pursuant to Rule 2090-1(b) of the Local Bankruptcy Rules of the Southern District of New York to represent the Delphi Salaried Retirees Association before the Honorable Robert D. Drain in the above referenced case. My address is Farella Braun & Martel LLP, 235 Montgomery Street, 17th Floor, San Francisco, CA 94104; my email is njoesten@fbm.com; telephone number (415) 954-4400. I agree to pay the fee of $25.00 upon approval of this Court admitting me to practice *pro hac vice*.

24292\1868488.1

Dated: February 17, 2009                    Respectfully submitted,

                                              FARELLA BRAUN & MARTEL LLP


                                              By:             /s/
                                                  Nan E. Joesten, Bar No. 191288
                                                  235 Montgomery Street, 17th Floor
                                                  San Francisco, CA  94104
                                                  (415) 954-4400

                                            Attorneys for Delphi Salaried Retiree's Association


## ORDER

**ORDERED,**

That Nan E. Joesten, Esq. is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

DATED: _____

                                                  _____
                                                  UNITED STATES BANKRUPTCY JUDGE