February 9, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

I have been retired for 5-1/2 years. This proposal of eliminating our healthcare is very painful to me. But I am more concerned about several of my fellow works, who just recently were forced into retirement (only 53 & 54 yr. old) who will be devastated by the elimination of healthcare. I only have three more years to struggle with the high cost of healthcare, but my fellow workers have 13 & 14 yrs. This is not what the Corp. promised us when retiring. For 15 years we have paid for 25% of our healthcare cost, I currently pay $196 per month. The Corp. has never approached the hourly work force to do the same. Another example, COLA was taken from the salaried work force 20 years before I retired and it was never taken away from the hourly workers. Why – because the union would shut the corporation down in a minute, if they tried to do that to their workers.

All we are asking for is a fair & just settlement. What is done to the salaried worker's, should and must be done to the hourly workers. You are the only one left to fight for us !

**I ask you to REJECT this motion.**

Sincerely yours,

*Charles E. Craig Jr*

Charles E. Craig Jr
1377 Cranbrook Dr. NE
Warren, Ohio 44484
330 856 1308

February 9, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

Another point I would like to make: Who is responsible for this mess? I worked for 27 years for GM and 4-1/2 years for Delphi. This means I worked 86% of my working life with GM and only 14% at Delphi. Now, Delphi wants to take away our promised benefits! Doesn't GM and the hourly work force need to participate in this healthcare issue.

I hope and pray that the Lord gives you the wisdom and courage to say **no** to this unjust request. If you say yes, you will let GM and Delphi off the hook and open the door for all other corporations to follow suit!!!!

**I ask you to REJECT this motion.**

Sincerely yours,

*[signature]*

Charles E. Craig Jr
1377 Cranbrook Dr. NE
Warren, Ohio 44484
330 856 1308