UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                    :

In re:                                                      :       Chapter 11

DELPHI CORPORATION, *et al.,*              :       Case No. 05-44481 (RDD)
                                                      :       (Jointly Administered)
                Debtors.                   :
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2009 I caused a true and correct copy of the **Response and Limited Objection of International Union, UAW to Debtors' Salaried OPEB Termination Motion** [Docket No.14822] to be duly served on the Debtors and other Notice parties as set forth in the Supplemental Case Management Order (Docket No. 2883).

                                                                     /s/ Babette Ceccotti
                                                                     Babette Ceccotti

00134740.DOC.1