February 9, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

I have diabetes and other health issues. Obtaining affordable health coverage at this point in my life would be extremely difficult. As the wife of a retired Delphi employee, I depend on my husband's health coverage. Please do not make our golden years a true nightmare. I hope and pray that the Lord gives you the wisdom and courage to say no to this unjust request. If you say yes, you will let GM and Delphi off the hook and open the door for all other corporations to follow suit!!!!

# I ask you to REJECT this motion.

Sincerely yours,

*Julia M. Craig*
Julia M. Craig
1377 Cranbrook Dr. NE
Warren, Ohio 44484
330.856.1308