To:
The Honorable Robert D. Drain
One Bowling Green   Courtroom 610
New York, NY 10004-1408

From:
Mr. Robert L. Lyon
2384 Willowview Drive
Indianapolis, IN 46239-7732

February 7, 2009

Your Honor:

I object to the motion of Delphi for Order Under 11 U.S.C. 105, 363(b)(1), and 1108 confirming Debtors' Authority to Terminate Employer-Paid Post-Retirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and their Surviving Spouses.

Delphi agreed to pay this to me if I agreed to voluntarily separate from the company. If Delphi can afford to pay huge bonuses to their executives, why can't they afford to pay 7th level and below health care and life insurance retirement coverage as promised. These benefits were presented to us on the very first day of work almost thirty years ago. Not having these benefits will create a hardship on my family if I have a health issue or die. I have already lost two-thirds of my 401K savings because I believed in Delphi. 6200 shares of stock were zeroed out.

Thank you for your time and attention, Your Honor.

Respectfully,

Robert L. Lyon
(765) 860-7774  cell
(317) 357-2035
pklkok@sbcglobal.net