February 7, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation, as well as all future retirees.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the retirees or active salaried employees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections.

For many of us who are very near retirement, there is simply no time to recover from this announcement. We have consistently led our hourly workforce in givebacks, but this unprecedented announcement leaves us with no time to plan for the future. This request by Delphi will cause financial hardship for every retiree, present and future. It will have huge impacts not only on the retirees, but also every community where retirees live.

With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans, have lost almost 40% of their savings. As you know, the cost of living has increased significantly in the last two years. This coupled with the loss of health care benefits would have a crippling effect on the lives of every retiree of Delphi Corporation. As a dual-income couple from Delphi, we have no other insurance to fall back on, and after a quick examination, this cost of self insurance will leave us with no alternative but to work. We have accepted no merit raises, a frozen pension, loss of health care at age 65, and insurance co-pays for years in the hope of saving Delphi. My hope for company prosperity has not changed, however despite being fanatical savers, we are at risk of seeing our careful financial planning killed by this change.

It is my belief that there are other ways to restructure the company and still retain health care for retirees. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a decreasing cost to the company as each of us reaches that 65 age milestone.

Please know that each of the 15,000 retirees who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

**We ask you to REJECT this motion.**

Sincerely yours,

*Robert Bachman* (signature)

Robert Bachman
980 Bristol-Champion Townline Rd.
Warren, OH 44481
1.330-889-2657 phone