February 8, 2009



United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections.

Many of the most recent retirees of Delphi were retired **BY** the company and **NOT** by the choice of the employee. We were given no decision to make, just told we would be retiring on a specific date. We had little time to prepare for retirement, and little time to adjust to a significantly reduced income before we were hit with this latest development (loss of health care), which will cause financial hardship for every retiree. It will have huge impacts not only on the retirees, but also every community where retirees live.

With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans, and 401k's have lost almost 40% of their savings. As you know, the cost of living has increased significantly in the last two years. This coupled with the loss of health care benefits would have a crippling effect on the lives of every retiree of Delphi Corporation. The elimination of the RHRA plan totally dislocates the financial planning of each retiree.

It is my belief that there are other ways to restructure the company and still retain health care for retirees. It is also my belief that this decision is age prejudiced and discriminating and was chosen because the salaried retirees have no union bargaining committee to speak in their behalf. Health care benefits are currently scheduled to stop at

the age of 65 for all retirees. This cost is a decreasing cost to the company as each of us reaches that 65-year age milestone.

**Although,** if this action is a prerequisite for Delphi to emerge from bankruptcy and go under the umbrella of General Motors Corporation, then implementing this action accompanied with a permanent increase in the monthly pension of $350.00 for each salaried retiree and surviving spouse should satisfy that prerequisite requirement and the affected needs of retirees and surviving spouses.

If this is **NOT** the case please know that each of the 15,000 retirees who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

## We then ask you to REJECT this motion.

Sincerely yours,

Joseph D. DeVitto
6421 Loma De Cristo Dr.
El Paso, Texas 79912
915-231-9116 phone