Neil A. Goteiner (SBN 83524)
FARELLA BRAUN + MARTELL LLP
235 Montgomery St.
San Francisco, CA 94104
Telephone: (415) 954 – 4400
Facsimile: (415) 954 – 4480
ngoteiner@fbm.com

Attorneys for Delphi Salaried Retirees Association

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No.  05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

Documents Served:   OPPOSITION TO MOTION FOR ORDER UNDER 11 U.S.C. §§ 105, 363(b)(1) AND 1108 CONFIRMING DEBTORS' AUTHORITY TO TERMINATE EMPLOYER-PAID POST-RETIREMENT HEALTH CARE BENEFITS AND EMPLOYER-PAID POST-RETIREMENT LIFE INSURANCE BENEFITS FOR CERTAIN (A) SALARIED EMPLOYEES AND (B) RETIREES AND THEIR SURVIVING SPOUSES

MOTION OF NAN E. JOESTEN FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

MOTION OF DEAN M. GLOSTER FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

The undersigned certifies that a copy of the documents listed above were served upon the parties listed in the attached Exhibit A at their respective addresses by either electronic notice or by hand delivery on the date indicated below.

Date of Service:  February 17, 2009         I declare that the statement above is true to the best of my information, knowledge and belief.

24292\1869253.1

/s/      Neil A. Goteiner
Neil A. Goteiner
Farella Braun + Martel LLP

## **EXHIBIT A**

<u>Via ECF</u>

a. Delphi Corporation
   5725 Delphi Drive
   Troy, Michigan 48098
   Att'n: General Counsel

b. Counsel to the Debtors
   Skadden, Arps, Slate, Meagher & Flom LLP
   333 West Wacker Drive
   Suite 2100
   Chicago, Illinois 60606
   Att'n: John Wm. Butler, Jr.

c. Counsel for the Agent under the Postpetition Credit Facility
   Davis Polk & Wardwell
   450 Lexington Ave.
   New York, New York 10017
   Att'n: Donald Bernstein and Brian Resnick

d. Counsel for the Official Committee of Unsecured Creditors
   Latham & Watkins LLP
   885 Third Ave.
   New York, New York 10022
   Att'n: Robert J. Rosenberg and Mark A. Broude

e. Counsel for the Official Committee of Equity Security Holders
   Fried, Frank, Harris, Shriver & Jacobson LLP
   One New York Plaza
   New York, New York 10004
   Att'n: Bonnie Steingart

Service by Hand -

a. Office of the United States Trustee for the Southern District of New York
   33 Whitehall Street
   Suite 2100
   New York, New York 10004
   Att'n: Brian Masumoto

b. <u>Chambers Copy</u>
   Honorable Robert D. Drain
   United States Bankruptcy Judge
   United States Bankruptcy Court, Southern District of New York
   One Bowling Green
   New York, New York 10004-1408