United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Davis

Ref:
Delphi Corp. Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Honorable Judge Drain:
This letter is to express my **Objection** as a Delphi Retiree with the February 4, 2009 filling of Document # 14705 by Delphi Corporation requesting the court to cancel health and life insurance benefits (OPEB) for all Delphi Corporation Retirees.

**Reasons for Objections:**
1. No previous warnings to active retirees.
2. First notice of such action February 5, 2009 allows only 12 days filing our objections.
3. Investigate other avenues to restructure that involve equal participation between hourly & salary (active and retired) employees, not just a suspension of the merit / bonus programs.

This action by Delphi leaves little time to adjust to a significant hardship. I personally find various comments in the February letter very disconcerting: For example

On Page 1 The last paragraph. "If the amount of your pension check is less than your premium, then you must submit a payment through a monthly billing process".
On page 2 third paragraph "Additionally, if you discontinue coverage for any reason (e.g., non-payment, **late payment**) Health Care coverages will not be reinstated"

With the current state of the economy, cost of living increases, savings devastated by 40% to 50%, can it be that, eliminating retiree's health care is the only option? As a 36 year employee of Delphi / GM, I ask that you reject this motion and look for a way to have all stakeholders share in the solution.

Sincerely

Andrew J. Razzano
504 N. Rhodes Avenue
Niles, Ohio 44446