February 9, 2009



The Honorable Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, New York 10004

Re:  Delphi Corporation, et al., Chapter 11, Case No. 05-44481, filed October 8, 2005
     Document # 14705 to cancel OPEB (Health Care and Life Insurance Benefits) for
     Salaried Retirees

Dear Judge Drain,

The purpose of this letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health and life insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the current employees and retirees of Delphi Corporation and was only made known to us via a letter on February 5, 2009 and gave us a mere twelve days to file our objections.

Many of the most recent retirees of Delphi were retired **BY** the company and **NOT** by the choice of the employee. There were given no decision to make, just told they would be retiring on a specific date. They had little time to prepare for retirement, and little time to adjust to a significantly reduced income before they were hit with this latest development (loss of health care) which will cause financial hardship for every retiree. It will have huge impacts not only on the retirees and soon-to-retire, but also every community where retirees live.

With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans, have lost 40-60% of their savings. As you know, the cost of living has increased significantly in the last two years based upon rising energy costs alone. This coupled with the loss of health care benefits would have a crippling effect on the lives of every retiree of Delphi Corporation. Many of us have health issues and cannot be without medical insurance. I, myself, am a breast cancer survivor. If my breast cancer returns, and I cannot afford health insurance that I worked 33 years for, what am I supposed to do?

It is my belief there are other ways to restructure the company and still retain health care and life insurance for the retirees. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a decreasing cost to the company as each of us reaches that 65 age milestone.

Please know that the 15,000+ retires and soon-to-retire, who will be negatively impacted by this action, will be looking to you for your consideration when making the decision concerning Document #14705, dated February 4, 2009.

**We ask you to REJECT this motion.**

Sincerely yours,

*[signature: Sharon D. Pitstick]*

Sharon D. Pitstick
5808 Stone Creek Drive
Centreville, VA 20120