February 7, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all salaried retirees

Dear Judge Drain:

This letter is to express my outrage with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 salaried retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and please file it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the salaried retirees of Delphi Corporation, was only made known to us via letter on February 5, 2009, and gives us a mere twelve days to file our objections.

Delphi's motion to cancel salaried retiree's health care and life insurance is just another case of treating salaried retirees with no respect for all the years of hard work and sacrifice given to the company during good times and bad. Salaried personnel unlike the hourly have no representation.

Supervisors forced salaried workers to work long hours without overtime pay and often denied salaried workers the right to take their earned vacation. The list of sacrifices made by the salaried workforce is endless. Every time the company needed to cut cost, the salaried workforce made the sacrifice through lost benefits and pay. Cuts were always crammed down the throats of the salaried workforce with a take it or leave it attitude from upper management; however, upper management rarely had to make a sacrifice when it came to their bonuses. Once again, the retired salaried work force will make a hefty sacrifice with the cancellation of health insurance coverage and life insurance. What sacrifice will be made in upper management? Does this change effect the upper management in retirement?

The average monthly retirement is approximately $3000. Health care alone will cost about $700.00 per month, per person. That does not leave much to live on. This action will only hurt an already struggling economy.

As the bankruptcy judge, you are the only person salaried workers can turn to for help and assistance. You should not make it easy for this company or any company to eliminate an obligation as important as health care when there are so many other areas that these companies could do to save money. The company is taking the easy way out by cramming another benefit reduction down the throats of the retirees who cannot defend themselves.

The retirees of Delphi dedicated their lives to this company! The court must not permit Delphi the right to say "sorry, we are not going to pay for your insurance any more" but we will still pay bonuses and high salaries to executives. It was another blow to the salaried workers a couple of years ago when Delphi announced that at age 65 all salaried retirees would lose their health care and have to go on Medicare.

You must inform Delphi to consider their health care commitment until retirees reach Medicate age. Please take into consideration the current state of the economy. Many retirees who had saved for retirement in their Stock Savings Plans have lost almost 40% of their savings. As you know, the cost of living has increased significantly in the last two years. This coupled with the loss of health care benefits would have a crippling effect on the lives of every retiree of Delphi Corporation and will have an adverse effect on today's economy.

Please know that each of the 15,000 retirees who will be negatively impacted by this action are looking to you our only source of protection and defense against this action by Delphi concerning Document #14705 dated February 4, 2009.

## We ask you to REJECT this motion.

Sincerely yours,

John Allan
110 Westwind Drive, NE
Warren, Ohio 44484
Phone 330-609-5781