Case No. 05-44481 (RDD)                    Date: February 9, 2009

Honorable Robert D. Drain
United States Bankruptcy Court for Southern District of New York
One Bowling Green, Room 610
New York, New York 10004



I, Ronald L. Williams, am filing an objection to the February 4, 2009 Motion by Delphi to terminate Employer–Paid Post Retirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance. If this Motion is approved it will be an extreme hardship for my wife and I. None of the current Delphi Retires have planned financially to pay between $9,360 and $17,376 for Health Care Coverage.

A major number of the current Delphi Retirees were forced to retire early due to their job being eliminated. We were told that we would have Health Care coverage until we reached Medicare eligible at age 65. In my particular case, I worked for a core business unit, Powertrain – Fuel Handling Systems that moved its Engineering Center from Flint, Michigan to Juarez, Mexico eliminating my job. With over 31 years of service, but only 60 years old, I was separated from Delphi on December 31, 2007.

I claim that if this Motion is approved effective April 1, 2009, my monthly expense for Health Care alone will be $1,448. With 44 months until I become Medicare eligible, the total unplanned expense is $63,712 for my current coverage. Additionally, I claim that the RHRA of $10,000 was planned when I became Medicare eligible. This totals a claim of $73,712.

I propose that GM be held responsible for the cost of at least a major portion of the Salary Post–Retirement Health Care. They are a major stock owner of Delphi and as you know Delphi was a division of GM until January 1, 1999. GM provides its retired salaried employees Heath Care until they reach Medicare eligible at which time GM suspends it, but then adds $300 per month to their pension. Why not us?

                                           Ronald L Williams
                                           16118 Scenic View Dr.
                                           Linden, Michigan 48451

Copies sent to on page 2

Delphi Corporation

Skadden, Arps, Slate, Meagher & Flom LLP

Davis Polk & Wardwell

Latham & Watkins LLP

Fried, Frank, Harris, Shriver & Jacobson LLP

Office of the United States Trustee for the Southern District of New York

Governor Jennifer Granholm

Senator Debbie Stabenow

Senator Carl Levin

Representative Dale E. Kildee