**Gabe Marchionte**
550 W Marshall Rd
McDonald, OH 44437
330.501.3164 (cell)
330.530.2331 (home)

**Terry Stiffy**
339 McEvoy Ct
Niles, OH 44446
330.984.1032 (cell/home)

February 10, 2009

Honorable Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
One Bowling Green, Room 610
New York, NY 10004

Dear Judge Drain:

We wish to voice our objection to the upcoming hearing on February 24, 2009 at 10:00 a.m. of Case No. 05-44481 (RDD) regarding Delphi Corporation. Delphi's plan to terminate salaried OPEB plans at will is not an acceptable resolution to emerge from chapter 11 bankruptcy.

Prior to Delphi coming into existence, we had 30 years employment under General Motors. We expressed our desire to return to the hourly workforce, but were denied that option. We retired under the newly formed Delphi Corporation the following year with 31 years of service.

To exclude salaried employees from the $2 billion pension liability transfer to General Motors through the amended GSA and amended MRA is even more devastating now to us in lieu of Delphi's new plan to terminate our medical coverage. Companies should be held responsible and accountable for their workforce. This is not the approach Delphi should use to reduce their liabilities. Other means need to be investigated and used.

We are at the point in our lives where medical insurance is a necessity. Our pension will now solely be spent on paying for coverage. The hardship and distress this causes is beyond reproach.

Given the fact that Delphi will emerge from bankruptcy and become profitable again, we expect Delphi to resolve their issues in another manner. They should not be able to eliminate their responsibilities in a way that holds them unaccountable. Erasing a workforce is an unacceptable means.

Considering the fact that we were once General Motors employees, we should have the option to have our pension liability transferred to General Motors if Delphi is unwilling to continue to provide coverage.

We respectfully ask for your consideration in this matter.

Sincerely,

Gabe Marchionte    Terry Stiffy