February 10, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all salary retirees

Dear Judge Drain,

This letter is an OBJECTION to document #14705 and file it as a motion to object to said document.

I was forced to retire (after 32 years of service) on December 31, 2007. The reason I say forced is because Delphi closed my plant. We were told by Human Resources that we had to sign a retirement agreement. The agreement states that Delphi can alter the agreement at any time. When I asked what would happen if I did not sign it, I was told that I would not receive any pension until I turned 62 years old and that I would not receive any severance pay.

Delphi just sent us the information on what the cost of our health care would be if we wanted to continue with their insurance. At a cost of $1330.00 per month for a retiree and spouse and with a pension take home pay of around $2600.00 per month that leaves less than $1300.00 to live off of. I realize that most of us invested money over the years in 401ks, Stock Savings Plans, and IRAs but with the state of the economy, now they are about half of what they were when we retired and, according to the laws and penalties, one cannot afford to withdraw anything from them.

The salary workforce of Delphi/GM have been making sacrifices since the early 1980s (losing benefits and wages) while the Corporation was making some really bad agreements with the unions. This will be the biggest sacrifice yet.

I am a little apprehensive to ask you to reject this motion because, if Delphi does not recover, my pension will be only half of what it is now (through the pension guarantee). Either way, I guess that at the present rate of the insurance premiums, most Retirees won't be able to afford it anyway. I am asking you to reject this motion because I find it hard to believe that this is absolutely the only way Delphi can recover and come out of Chapter 11. With the way that money has been spent since Delphi filed for bankruptcy in 2005 (executive's salaries and bonuses, retirements and golden parachutes), I just think it's a shame that now they have to take major benefits away from retirees that average less than $3000.00 dollars a month.

I realize that this is probably one of many letters that you will receive and that you are very busy but, I would appreciate a reply.

Thank you,

Thomas A. Johnson
5525 Harrisburg-Georgesville Rd.
Grove City, Ohio 43123

1-614-877-3017 Home phone
1-614-778-0565 Cell phone