February 9, 2009
Steven A. Sharp
171 Pleasant Way
Penfield, NY 14526

RECEIVED

FEB 1 3 2009

U.S. BANKRUPTCY COURT, SDNY

Re: Chapter 11
Case No. 05-44481 (RDD)

I object to the motion "For order under 11 U.S.C.§§105, 363 (b)(1), and 1108" of debtor's (Delphi) authority to terminate employer-paid post retirement health care benefits for salaried retirees.

Before my retirement from Delphi on July 1, 2008, I faithfully served the company for thirty and one half years as a Manufacturing Engineer. As an engineer, we were expected to show leadership, teach other employees (hourly and salaried) and generally assist manufacturing in whatever ways were deemed necessary to maintain production. In general, engineers were required to be diligent, dedicated and willing to sacrifice their own personal time for Delphi. However, since we were salaried employees, we did not belong to a union and therefore do not have a written contract to protect our rights as the hourly employees do.

In general, we worked diligently but were not paid lavishly. A modest pension and assistance to help pay for post-retirement health care benefits were to be our reward upon retirement.

I ask that the motion to terminate employer-paid post retirement health care benefits for salaried retirees is NOT granted.

Respectfully yours,

Steven A. Sharp

Steven A. Sharp