February 10, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

**This letter is an OBJECTION to that document and file to document #14705.**

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits who are retirees of Delphi Corporation.

While I am in agreement that changes to Delphi's health insurance benefits may be necessary for survival, I object to the total elimination of retiree benefits and the abrupt notification. Other methods of reduction should be brought forth.

As an active employee, I would be acceptable to paying half of my health care benefits so that the burden to retirees could be significantly reduced.

It is my belief that there are other ways to restructure the company and still retain health care for retirees. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a decreasing cost to the company as each of us reaches that 65 age milestone.

The financial impact of Document #14705 is devastating to our retirees.

**I ask you to REJECT this motion.**

Truly concerned,

Steven L. Black
1920 Farmbrook Dr.
Troy, Michigan 48098
248-267-8377