February 7, 2009



United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

Please note that this letter is an **OBJECTION** to that document and file it as a motion to object to document #14705.

This document was filed with no previous warning to any of the retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009, giving us a mere twelve days to file our objections.

With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans, have lost almost 40% of their savings. As you know, the cost of living has increased significantly in the last two years. This coupled with the loss of health care benefits would have a crippling effect on the lives of every retiree of Delphi Corporation. This loss of healthcare will have huge financial impacts not only on the retirees, but also every community where retirees live.

It is my belief that there are other ways to restructure the company and still retain health care for retirees. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a decreasing cost to the company as each of us reaches that 65 age milestone.

Furthermore, we consider it discriminatory that, once again, only SALARIED retirees are required to take another significant benefit cut--this time in their promised retirement benefits.

And I find it curious that Delphi has chosen this time to "cut us loose"--the eve of the signing of the government stimulus package, which was reputed to cover up to 65% of healthcare for employees who have lost their employer based healthcare.

Also, Delphi is a global company that is viable overseas. We believe that U.S. bankruptcy courts should be required to take into consideration the assets that were moved overseas, before allowing them to file bankruptcy. Either we're a global company or we're not. They should not be allowed to "have it both ways." What hurts is that each of us helped them to "go global."

Please know that each of the 15,000 retirees who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009. We only want fairness and what was promised to us for over 3 decades of hard, dedicated work.

**We ask you to REJECT this motion.**

Sincerely yours,


(Patricia) Diane Balciar
304 Addison Avenue
Franklin, TN  37064
615-972-2190