February 9, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case #05-44481 filed October 5, 2005
Document #14705 to cancel OPEB (health insurance benefits) for all retirees

RECEIVED FEB 13 2009 U.S. BANKRUPTCY COURT, SDNY

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the salaried retirees of Delphi Corporation and was only made known to us via letter on February 7 which gave us only a few days to file our objections. A document case number 05-44481 (RDD) was delivered by Fed Ex today, February 9, 2009. The cost had to be enormous to send all of these letters and documents to all of the salaried retirees by Fed Ex!

Three years ago, I had to retire under disability because of cancer. I still have $50,000 worth of credit card and equity loans to pay. I lost most of my money in Delphi and General Motors stock programs. The benefits that Delphi wants me to pay are going to cost me over $2000 a month for health and life insurance. My wife is 61 years old and has been a homemaker all of her life raising our children and helping to care for our 6 grandchildren. She also takes me to all of my Dr. appointments and to the Taussig Cancer Center every 5 weeks for my IV treatments. It would be impossible for her to get a full time job and care for me too! I have no idea how we are going to live on only Social Security.

With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans have lost almost 40% of their savings. As you know, the cost of living has increased significantly in the last two years. This coupled with the loss of health care benefits would have a crippling effect on the lives of every salaried retiree of Delphi Corporation.

It is my belief that there are other ways to restructure the company and still retain health care for salaried retirees. Health care benefits are currently scheduled to stop at the age of 65 for all salaried retirees. The cost is a decreasing cost to the company as each of us reaches that 65 age milestone. One way to help reduce the cost is to have all hourly retirees help pay for some of their health care benefits!

Please know that each of the 15,000 salaried retirees who will be negatively impacted by this action will be looking for your consideration when making the decision concerning Document #14705 dated February, 4, 2009.

## We ask you to REJECT the motion.

Sincerely yours,

*Thomas P. Lucas*

Thomas P. Lucas
1330 Waverly Drive NW
Warren, Ohio 44483
1-330-847-7019