Hearing Date And Time: February 24, 2009 at 10:00 a.m. (prevailing Eastern time)
Objection Deadline: February 17, 2009 at 4:00 p.m. (prevailing Eastern time)

John C. Akers
3113 Albright Rd.
Kokomo, IN 46902
(765) 453-7854
(765) 806-2916 cell

Salaried Retiree of Delphi Corporation
Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
In re                                          :    Chapter 11
:
DELPHI CORPORATION, et al.,                    :    Case No. 05-44481 (RDD)
:
        Debtors.                               :    (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

LETTER TO CONTEST DELPHI'S MOTION FOR ORDER UNDER 11 U.S.C. §§ 105, 363(b)(1), AND 1108 CONFIRMING DEBTORS' AUTHORITY TO TERMINATE EMPLOYER-PAID POSTRETIREMENT HEALTH CARE BENEFITS AND EMPLOYER-PAID POST-RETIREMENT LIFE INSURANCE BENEFITS FOR CERTAIN (A) SALARIED EMPLOYEES AND (B) RETIREES AND THEIR SURVIVING SPOUSES ("SALARIED OPEB TERMINATION MOTION")

PRELIMINARY STATEMENT

I am a retired Delphi employee. My retirement date was December 1, 2008. As the court knows, Delphi Corp. filed a motion with the U.S. Bankruptcy Court to discontinue healthcare and life insurance coverage for retirees. The notice also stated my Retiree Health Reimbursement Account (RHRA) would be eliminated. This account was established as part of the "deal" a couple of years ago when Delphi terminated health insurance coverage for retirees once they reach 65 years of age.

## SUMMARY

I am a retired engineer who hired into the company under GM and I have dedicated my working career to making GM and then Delphi the best company I could. I have worked for a little over 43 years, attended college at night to earn a degree to be better able to perform for the company, and have worked many hours of uncompensated overtime. We have been repeatedly been asked to show our loyalty to Delphi in the recent tough times of Delphi's bankruptcy and the present economic downturn. In return I expect some level of loyalty from my company.

I understand the extraordinary difficult economic times that the company, as well as the