873 Castlebar Drive
N. Tonawanda, N.Y.
14120
11 February 10, 2009

Honorable Robert D. Drain
U.S. Bankruptcy Court for
The Southern District of New York
One Bowling Green
Room 610
New York, New York 10004

This letter is to express my concerns with document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits(OPEB) for over 15,000 people who are retirees of Delphi Corporation.

Please note that this letter is an OBJECTION to document # 14705.

This document was filed with no previous warning to any of the retirees of Delphi Corporation and was only made known to us via letter on February 5,2009 and gave us a mere twelve days to file our objections.

Many of the most recent retirees were retired BY the company and not by the choice of the employee. We were given no decision to make, just told we would be retiring on a specific date. We had little time to prepare for retirement and little time to adjust to a significantly reduced income before we were hit with this latest development (loss of health care and life insurance) which will cause financial hardship for every retiree. It will have huge impacts not only on the retirees, but also every community where retirees live.

With the current state of the economy, retirees who have saved for retirement in the stock savings plan have lost almost 40% of their savings. As you know the cost of living has increased significantly in the

last two years. This coupled with the loss of health care benefits would have a crippling effect on the lives of every retiree of Delphi.

It is my belief that there are other ways to restructure the company and still retain health care for retirees. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a decreasing cost to the company as each of us reaches 65.

Please know that each of the 15000 retirees who will be negatively impacted by this action will be looking to you for your rejection of document # 14705 dated February 4, 2009.

Please reject this motion.

Thank You

*Michael Jurkiw*

Michael Jurkiw