Dean M. Gloster (SBN 109313)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
dgloster@fbm.com

Attorneys for Delphi Salaried Retirees Association

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DELPHI CORPORATION, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Dean M. Gloster, a member in good standing of the bar of the State of California, and of the bar of the U.S. District Court for the Northern District of California, request admission, *pro hac vice*, pursuant to Rule 2090-1(b) of the Local Bankruptcy Rules of the Southern District of New York to represent the Delphi Salaried Retirees Association before the Honorable Robert D. Drain in the above referenced case. My address is Farella Braun & Martel LLP, 235 Montgomery Street, 17th Floor, San Francisco, CA 94104; my email is dgloster@fbm.com; telephone number (415) 954-4400. I agree to pay the fee of $25.00 upon approval of this Court admitting me to practice *pro hac vice*.

FILED
U.S. BANKRUPTCY COURT
2009 FEB 17 P 3:50
S.D. OF N.Y.

24292\1868429.1

Dated: February 17, 2009

Respectfully submitted,

FARELLA BRAUN & MARTEL LLP

By: _____
Dean M. Gloster, Bar No. 109313
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Attorneys for Delphi Salaried Retirees Association

## ORDER

**ORDERED,**

That Dean M. Gloster, Esq. is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

DATED: _____

_____
UNITED STATES BANKRUPTCY JUDGE