February 9, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Honorable Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 8, 2005
Document # 14705 to Cancel OPEB (Health Insurance Benefits) for all Retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the current employees and retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections.

After working almost 41 years for GM and Delphi, I am very troubled by the approach being taken in this matter. I will be 68 years old in August and the previously promised benefits of S.E.R.P., RHRA and Insurance coverage in retirement are an important and vital part of my income and family security. To now just dissolve this earned coverage is criminal.

A request for assistance from GM resulted in a response that "sufficient assets were provided to Delphi for this benefit." It appears our earned retirement funds were used for other purposes and now a double dip is taking place at our expense.

With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans, have lost 40 – 60 % of their savings. As you know, the cost of living has increased significantly in the last two years based upon rising energy costs alone. This coupled with the loss of health care benefits have had a crippling effect on the lives of every retiree of Delphi Corporation. The pending loss of S.E.R.P. and the OPEB as proposed further erode our retirement income. These benefits were not PERKS but rather deferred compensation earned over time. A replacement with stock or discounted stock in today's market is of little value.

It is my belief that there are other ways to restructure the company and still retain benefits for retirees

Please know that each of the 15,000 + retirees and soon-to-retire, who will be negatively impacted by this action, will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

## We ask you to REJECT this motion.

Sincerely yours,

*Robert L. Fatzinger*
Robert L. Fatzinger

**Southport, NC 28461**

**(910) 253-3030**