United States Bankruptcy Court                                                            Feb. 10, 2009
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.

This document was filed with no previous warning to any of the retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections.

Many of the most recent retirees of Delphi were forced to retire far earlier than planned after being laid off by the company. We had little time to prepare for retirement, and little time to adjust to a significantly reduced income before we were hit with this latest development (loss of health care) which will cause financial hardship for every retiree. It will have huge impacts not only on the retirees, but also every community where retirees live.

Salaried retirees are being singled out unfairly because it is easiest for the company to terminate our benefit, vs. hourly and overseas employees. Hourly employees are protected by their contractual agreement and overseas employees are protected by local laws. You are our last layer of protection from this arbitrary action by the company.

I do realize that the company must restructure in a way which makes it viable for emergence, and preservation of salaried pension plan as a whole needs to be a part of that as well, but it is my belief that there are other ways to restructure the company, preserve the pension plan and still retain health care for retirees. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a decreasing cost to the company as each of us reaches that 65 age milestone. Perhaps existing retirees could be grand fathered and the benefits be reduced for future retirees who would have time to plan for the financial impact.

Please know that each of the 15,000 retirees who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

We ask you to REJECT this motion.

Sincerely yours,

Bogdan J. Dawidowicz
120 Summer Breeze Glen
Sugar Hill, GA 30518
Tlf. 770-831-3157