Official Form 20A
(12/03)

PAGE 3 of 3

Per the instructions in the referenced motion, this written **NOTICE OF OBJECTION** is

1. Being submitted as a hard copy directly to the Honorable Robert D. Drain at:
   United States Bankruptcy Court for the Southern District of New York
   One Bowling Green
   Room 610
   New York, New York 10004

2. and copies mailed to:
   Delphi Corporation
   5725 Delphi Drive
   Troy, Michigan 48098
   (Attn: General Counsel)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   333 West Wacker Drive
   Suite 2100
   Chicago, Illinois 60606
   Attn: John Wm. Butler, Jr.

   Davis Polk & Wardwell
   450 Lexington Avenue
   New York, New York 10017
   (Attn: Donald Bernstein and Brian Resnick)

   Latham & Watkins LLP
   885 Third Avenue
   New York, New York 10022
   (Attn: Robert J. Rosenberg and Mark A. Broude)

   Fried, Frank, Harris, Shriver & Jacobson LLP
   One New York Plaza
   New York, New York 10004
   (Attn: Bonnie Steingart)

   Office of the United States Trustee for the Southern District of New York
   33 Whitehall Street
   Suite 2100
   New York, New York 10004
   (Attn: Brian Masumoto)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Times Square
   New York, New York 10036
   Attn: Kayalyn A. Marafioti

Date: FEB 11 2009              Name: GERALD KIN
Signature: [signature]         Address: 6977 W SOUTHVIEW DR
                                        FRANKLIN WI 53132

Official Form 20A
(12/03)

PAGE 3 of 3

Per the instructions in the referenced motion, this written **NOTICE OF OBJECTION** is

1. Being submitted as a hard copy directly to the Honorable Robert D. Drain at:
   United States Bankruptcy Court for the Southern District of New York
   One Bowling Green
   Room 610
   New York, New York 10004

2. and copies mailed to:
   Delphi Corporation
   5725 Delphi Drive
   Troy, Michigan 48098
   (Attn: General Counsel)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   333 West Wacker Drive
   Suite 2100
   Chicago, Illinois 60606
   Attn: John Wm. Butler, Jr.

   Davis Polk & Wardwell
   450 Lexington Avenue
   New York, New York 10017
   (Attn: Donald Bernstein and Brian Resnick)

   Latham & Watkins LLP
   885 Third Avenue
   New York, New York 10022
   (Attn: Robert J. Rosenberg and Mark A. Broude)

   Fried, Frank, Harris, Shriver & Jacobson LLP
   One New York Plaza
   New York, NewYork 10004
   (Attn: Bonnie Steingart)

   Office of the United States Trustee for the Southern District of New York
   33 Whitehall Street
   Suite 2100
   New York, New York 10004
   (Attn: Brian Masumoto)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Times Square
   New York, New York 10036
   Attn: Kayalyn A. Marafioti

Date: 2-11-09

Signature: Mercedes Chavez

Name: MERCEDES CHAVEZ

Address: 2218 S. ALLIS ST.
MILWAUKEE, WI 53207

Official Form 20A
(12/03)

PAGE 3 of 3

Per the instructions in the referenced motion, this written **NOTICE OF OBJECTION** is

1. Being submitted as a hard copy directly to the Honorable Robert D. Drain at:
   United States Bankruptcy Court for the Southern District of New York
   One Bowling Green
   Room 610
   New York, New York 10004

2. and copies mailed to:
   Delphi Corporation
   5725 Delphi Drive
   Troy, Michigan 48098
   (Attn: General Counsel)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   333 West Wacker Drive
   Suite 2100
   Chicago, Illinois 60606
   Attn: John Wm. Butler, Jr.

   Davis Polk & Wardwell
   450 Lexington Avenue
   New York, New York 10017
   (Attn: Donald Bernstein and Brian Resnick)

   Latham & Watkins LLP
   885 Third Avenue
   New York, New York 10022
   (Attn: Robert J.Rosenberg and Mark A. Broude)

   Fried, Frank, Harris, Shriver & Jacobson LLP
   One New York Plaza
   New York, NewYork 10004
   (Attn: Bonnie Steingart)

   Office of the United States Trustee for the Southern District of New York
   33 Whitehall Street
   Suite 2100
   New York, New York 10004
   (Attn: Brian Masumoto)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Times Square
   New York, New York 10036
   Attn: Kayalyn A. Marafioti

Date: 2-11-09    Name: Betty Jean Danley-Putnam
Signature: Betty Danley-Putnam    Address: W161 N10515 BrookHollow Dr.
Germantown, WI 53022

Official Form 20A
(12/03)

PAGE 3 of 3

Per the instructions in the referenced motion, this written **NOTICE OF OBJECTION** is

1. Being submitted as a hard copy directly to the Honorable Robert D. Drain at:
   United States Bankruptcy Court for the Southern District of New York
   One Bowling Green
   Room 610
   New York, New York 10004

2. and copies mailed to:
   Delphi Corporation
   5725 Delphi Drive
   Troy, Michigan 48098
   (Attn: General Counsel)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   333 West Wacker Drive
   Suite 2100
   Chicago, Illinois 60606
   Attn: John Wm. Butler, Jr.

   Davis Polk & Wardwell
   450 Lexington Avenue
   New York, New York 10017
   (Attn: Donald Bernstein and Brian Resnick)

   Latham & Watkins LLP
   885 Third Avenue
   New York, New York 10022
   (Attn: Robert J. Rosenberg and Mark A. Broude)

   Fried, Frank, Harris, Shriver & Jacobson LLP
   One New York Plaza
   New York, NewYork 10004
   (Attn: Bonnie Steingart)

   Office of the United States Trustee for the Southern District of New York
   33 Whitehall Street
   Suite 2100
   New York, New York 10004
   (Attn: Brian Masumoto)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Times Square
   New York, New York 10036
   Attn: Kayalyn A. Marafioti

Date: 2-11-09

Signature: *Thom Fell*

Name: Thomas Felle

Address: 6740 E. River Rd
Racine WI 53402

Official Form 20A
(12/03)

PAGE 3 of 3

Per the instructions in the referenced motion, this written **NOTICE OF OBJECTION** is

1. Being submitted as a hard copy directly to the Honorable Robert D. Drain at:
   United States Bankruptcy Court for the Southern District of New York
   One Bowling Green
   Room 610
   New York, New York 10004

2. and copies mailed to:
   Delphi Corporation
   5725 Delphi Drive
   Troy, Michigan 48098
   (Attn: General Counsel)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   333 West Wacker Drive
   Suite 2100
   Chicago, Illinois 60606
   Attn: John Wm. Butler, Jr.

   Davis Polk & Wardwell
   450 Lexington Avenue
   New York, New York 10017
   (Attn: Donald Bernstein and Brian Resnick)

   Latham & Watkins LLP
   885 Third Avenue
   New York, New York 10022
   (Attn: Robert J. Rosenberg and Mark A. Broude)

   Fried, Frank, Harris, Shriver & Jacobson LLP
   One New York Plaza
   New York, NewYork 10004
   (Attn: Bonnie Steingart)

   Office of the United States Trustee for the Southern District of New York
   33 Whitehall Street
   Suite 2100
   New York, New York 10004
   (Attn: Brian Masumoto)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Times Square
   New York, New York 10036
   Attn: Kayalyn A. Marafioti

Date: 2/11/09            Name: CURTIS R DAVIS
Signature: [signed]      Address: 3338 W, RANCH ROAD
                                   MEQUON, WISC 53092

Official Form 20A
(12/03)

PAGE 3 of 3

Per the instructions in the referenced motion, this written **NOTICE OF OBJECTION** is

1. Being submitted as a hard copy directly to the Honorable Robert D. Drain at:
   United States Bankruptcy Court for the Southern District of New York
   One Bowling Green
   Room 610
   New York, New York 10004

2. and copies mailed to:
   Delphi Corporation
   5725 Delphi Drive
   Troy, Michigan 48098
   (Attn: General Counsel)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   333 West Wacker Drive
   Suite 2100
   Chicago, Illinois 60606
   Attn: John Wm. Butler, Jr.

   Davis Polk & Wardwell
   450 Lexington Avenue
   New York, New York 10017
   (Attn: Donald Bernstein and Brian Resnick)

   Latham & Watkins LLP
   885 Third Avenue
   New York, New York 10022
   (Attn: Robert J. Rosenberg and Mark A. Broude)

   Fried, Frank, Harris, Shriver & Jacobson LLP
   One New York Plaza
   New York, NewYork 10004
   (Attn: Bonnie Steingart)

   Office of the United States Trustee for the Southern District of New York
   33 Whitehall Street
   Suite 2100
   New York, New York 10004
   (Attn: Brian Masumoto)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Times Square
   New York, New York 10036
   Attn: Kayalyn A. Marafioti

Date: 2-11-09   Name: Audrey E. Carter
Signature: Audrey E. Carter   Address: 4008 W. Capitol Dr
                                       Milwaukee, WI 53216

Official Form 20A
(12/03)

PAGE 3 of 3

Per the instructions in the referenced motion, this written **NOTICE OF OBJECTION** is

1. Being submitted as a hard copy directly to the Honorable Robert D. Drain at:
   United States Bankruptcy Court for the Southern District of New York
   One Bowling Green
   Room 610
   New York, New York 10004

2. and copies mailed to:
   Delphi Corporation
   5725 Delphi Drive
   Troy, Michigan 48098
   (Attn: General Counsel)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   333 West Wacker Drive
   Suite 2100
   Chicago, Illinois 60606
   Attn: John Wm. Butler, Jr.

   Davis Polk & Wardwell
   450 Lexington Avenue
   New York, New York 10017
   (Attn: Donald Bernstein and Brian Resnick)

   Latham & Watkins LLP
   885 Third Avenue
   New York, New York 10022
   (Attn: Robert J. Rosenberg and Mark A. Broude)

   Fried, Frank, Harris, Shriver & Jacobson LLP
   One New York Plaza
   New York, NewYork 10004
   (Attn: Bonnie Steingart)

   Office of the United States Trustee for the Southern District of New York
   33 Whitehall Street
   Suite 2100
   New York, New York 10004
   (Attn: Brian Masumoto)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Times Square
   New York, New York 10036
   Attn: Kayalyn A. Marafioti

Date: 2-11-09              Name: Keith Bruke
Signature: [signature]      Address: 8845 Knoll Ct
                                     Franklin WI 53132

Official Form 20A
(12/03)

Per the instructions in the referenced motion, this written **NOTICE OF OBJECTION** is

1. Being submitted as a hard copy directly to the Honorable Robert D. Drain at:
   United States Bankruptcy Court for the Southern District of New York
   One Bowling Green
   Room 610
   New York, New York 10004

2. and copies mailed to:
   Delphi Corporation
   5725 Delphi Drive
   Troy, Michigan 48098
   (Attn: General Counsel)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   333 West Wacker Drive
   Suite 2100
   Chicago, Illinois 60606
   Attn: John Wm. Butler, Jr.

   Davis Polk & Wardwell
   450 Lexington Avenue
   New York, New York 10017
   (Attn: Donald Bernstein and Brian Resnick)

   Latham & Watkins LLP
   885 Third Avenue
   New York, New York 10022
   (Attn: Robert J. Rosenberg and Mark A. Broude)

   Fried, Frank, Harris, Shriver & Jacobson LLP
   One New York Plaza
   New York, NewYork 10004
   (Attn: Bonnie Steingart)

   Office of the United States Trustee for the Southern District of New York
   33 Whitehall Street
   Suite 2100
   New York, New York 10004
   (Attn: Brian Masumoto)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Times Square
   New York, New York 10036
   Attn: Kayalyn A. Marafioti

Date: 2/11/09

Signature: *H. Amborn*

Name: G. Amborn

Address: 414 Fox River Hills Dr.
Waterford WI, 53185

Official Form 20A
(12/03)

PAGE 3 of 3

Per the instructions in the referenced motion, this written **NOTICE OF OBJECTION** is

1. Being submitted as a hard copy directly to the Honorable Robert D. Drain at:
   United States Bankruptcy Court for the Southern District of New York
   One Bowling Green
   Room 610
   New York, New York 10004

2. and copies mailed to:
   Delphi Corporation
   5725 Delphi Drive
   Troy, Michigan 48098
   (Attn: General Counsel)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   333 West Wacker Drive
   Suite 2100
   Chicago, Illinois 60606
   Attn: John Wm. Butler, Jr.

   Davis Polk & Wardwell
   450 Lexington Avenue
   New York, New York 10017
   (Attn: Donald Bernstein and Brian Resnick)

   Latham & Watkins LLP
   885 Third Avenue
   New York, New York 10022
   (Attn: Robert J. Rosenberg and Mark A. Broude)

   Fried, Frank, Harris, Shriver & Jacobson LLP
   One New York Plaza
   New York, NewYork 10004
   (Attn: Bonnie Steingart)

   Office of the United States Trustee for the Southern District of New York
   33 Whitehall Street
   Suite 2100
   New York, New York 10004
   (Attn: Brian Masumoto)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Times Square
   New York, New York 10036
   Attn: Kayalyn A. Marafioti

Date: 2-11-09
Signature: Randall Fedie

Name: Randall Fedie
Address: 25514 W Loomis Rd
Wind Lake WI 53185

Official Form 20A
(12/03)

PAGE 3 of 3

Per the instructions in the referenced motion, this written **NOTICE OF OBJECTION** is

1. Being submitted as a hard copy directly to the Honorable Robert D. Drain at:
   United States Bankruptcy Court for the Southern District of New York
   One Bowling Green
   Room 610
   New York, New York 10004

2. and copies mailed to:
   Delphi Corporation
   5725 Delphi Drive
   Troy, Michigan 48098
   (Attn: General Counsel)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   333 West Wacker Drive
   Suite 2100
   Chicago, Illinois 60606
   Attn: John Wm. Butler, Jr.

   Davis Polk & Wardwell
   450 Lexington Avenue
   New York, New York 10017
   (Attn: Donald Bernstein and Brian Resnick)

   Latham & Watkins LLP
   885 Third Avenue
   New York, New York 10022
   (Attn: Robert J. Rosenberg and Mark A. Broude)

   Fried, Frank, Harris, Shriver & Jacobson LLP
   One New York Plaza
   New York, NewYork 10004
   (Attn: Bonnie Steingart)

   Office of the United States Trustee for the Southern District of New York
   33 Whitehall Street
   Suite 2100
   New York, New York 10004
   (Attn: Brian Masumoto)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Times Square
   New York, New York 10036
   Attn: Kayalyn A. Marafioti

Date: 2-11-09                        Name: Theresa Jemison
Signature: Theresa Jemison            Address: 4068 N. 45th St,
                                              Milwaukee, WI 53216

Per the instructions in the referenced motion, this written **NOTICE OF OBJECTION** is

1. Being submitted as a hard copy directly to the Honorable Robert D. Drain at:
   United States Bankruptcy Court for the Southern District of New York
   One Bowling Green
   Room 610
   New York, New York 10004

2. and copies mailed to:
   Delphi Corporation
   5725 Delphi Drive
   Troy, Michigan 48098
   (Attn: General Counsel)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   333 West Wacker Drive
   Suite 2100
   Chicago, Illinois 60606
   Attn: John Wm. Butler, Jr.

   Davis Polk & Wardwell
   450 Lexington Avenue
   New York, New York 10017
   (Attn: Donald Bernstein and Brian Resnick)

   Latham & Watkins LLP
   885 Third Avenue
   New York, New York 10022
   (Attn: Robert J. Rosenberg and Mark A. Broude)

   Fried, Frank, Harris, Shriver & Jacobson LLP
   One New York Plaza
   New York, NewYork 10004
   (Attn: Bonnie Steingart)

   Office of the United States Trustee for the Southern District of New York
   33 Whitehall Street
   Suite 2100
   New York, New York 10004
   (Attn: Brian Masumoto)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Times Square
   New York, New York 10036
   Attn: Kayalyn A. Marafioti

Date: 2-11-09

Signature: Bennie Nash

Name: BENNIE R. NASH

Address: 4047 No. 12th St.
Milw, WI. 53209

Official Form 20A
(12/03)

PAGE 3 of 3

Per the instructions in the referenced motion, this written **NOTICE OF OBJECTION** is

1. Being submitted as a hard copy directly to the Honorable Robert D. Drain at:
   United States Bankruptcy Court for the Southern District of New York
   One Bowling Green
   Room 610
   New York, New York 10004

2. and copies mailed to:
   Delphi Corporation
   5725 Delphi Drive
   Troy, Michigan 48098
   (Attn: General Counsel)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   333 West Wacker Drive
   Suite 2100
   Chicago, Illinois 60606
   Attn: John Wm. Butler, Jr.

   Davis Polk & Wardwell
   450 Lexington Avenue
   New York, New York 10017
   (Attn: Donald Bernstein and Brian Resnick)

   Latham & Watkins LLP
   885 Third Avenue
   New York, New York 10022
   (Attn: Robert J. Rosenberg and Mark A. Broude)

   Fried, Frank, Harris, Shriver & Jacobson LLP
   One New York Plaza
   New York, NewYork 10004
   (Attn: Bonnie Steingart)

   Office of the United States Trustee for the Southern District of New York
   33 Whitehall Street
   Suite 2100
   New York, New York 10004
   (Attn: Brian Masumoto)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Times Square
   New York, New York 10036
   Attn: Kayalyn A. Marafioti

Date: 8/11/08

Signature: [signature]

Name: STEPHEN R. LAGERLUND

Address: 4964 N Cumberland Blvd
Whitefish Bay, WI 53217

Official Form 20A
(12/03)

PAGE 3 of 3

Per the instructions in the referenced motion, this written **NOTICE OF OBJECTION** is

1. Being submitted as a hard copy directly to the Honorable Robert D. Drain at:
   United States Bankruptcy Court for the Southern District of New York
   One Bowling Green
   Room 610
   New York, New York 10004

2. and copies mailed to:
   Delphi Corporation
   5725 Delphi Drive
   Troy, Michigan 48098
   (Attn: General Counsel)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   333 West Wacker Drive
   Suite 2100
   Chicago, Illinois 60606
   Attn: John Wm. Butler, Jr.

   Davis Polk & Wardwell
   450 Lexington Avenue
   New York, New York 10017
   (Attn: Donald Bernstein and Brian Resnick)

   Latham & Watkins LLP
   885 Third Avenue
   New York, New York 10022
   (Attn: Robert J. Rosenberg and Mark A. Broude)

   Fried, Frank, Harris, Shriver & Jacobson LLP
   One New York Plaza
   New York, NewYork 10004
   (Attn: Bonnie Steingart)

   Office of the United States Trustee for the Southern District of New York
   33 Whitehall Street
   Suite 2100
   New York, New York 10004
   (Attn: Brian Masumoto)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Times Square
   New York, New York 10036
   Attn: Kayalyn A. Marafioti

Date: 2-11-09
Signature: Debra Hawkins

Name: Debra Hawkins
Address: 4909 W Roosevelt Dr
Milwaukee WI 53216

Official Form 20A
(12/03)

PAGE 3 of 3

Per the instructions in the referenced motion, this written **NOTICE OF OBJECTION** is

1. Being submitted as a hard copy directly to the Honorable Robert D. Drain at:
   United States Bankruptcy Court for the Southern District of New York
   One Bowling Green
   Room 610
   New York, New York 10004

2. and copies mailed to:
   Delphi Corporation
   5725 Delphi Drive
   Troy, Michigan 48098
   (Attn: General Counsel)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   333 West Wacker Drive
   Suite 2100
   Chicago, Illinois 60606
   Attn: John Wm. Butler, Jr.

   Davis Polk & Wardwell
   450 Lexington Avenue
   New York, New York 10017
   (Attn: Donald Bernstein and Brian Resnick)

   Latham & Watkins LLP
   885 Third Avenue
   New York, New York 10022
   (Attn: Robert J. Rosenberg and Mark A. Broude)

   Fried, Frank, Harris, Shriver & Jacobson LLP
   One New York Plaza
   New York, NewYork 10004
   (Attn: Bonnie Steingart)

   Office of the United States Trustee for the Southern District of New York
   33 Whitehall Street
   Suite 2100
   New York, New York 10004
   (Attn: Brian Masumoto)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Times Square
   New York, New York 10036
   Attn: Kayalyn A. Marafioti

Date: 2-11-09    Name: Linda A. Zellmer
Signature: *Linda A. Zellmer*    Address: 4260 S. Pine Ave.
                                            Milwaukee, WI 53207

Official Form 20A
(12/03)

PAGE 3 of 3

Per the instructions in the referenced motion, this written **NOTICE OF OBJECTION** is

1. Being submitted as a hard copy directly to the Honorable Robert D. Drain at:
   United States Bankruptcy Court for the Southern District of New York
   One Bowling Green
   Room 610
   New York, New York 10004

2. and copies mailed to:
   Delphi Corporation
   5725 Delphi Drive
   Troy, Michigan 48098
   (Attn: General Counsel)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   333 West Wacker Drive
   Suite 2100
   Chicago, Illinois 60606
   Attn: John Wm. Butler, Jr.

   Davis Polk & Wardwell
   450 Lexington Avenue
   New York, New York 10017
   (Attn: Donald Bernstein and Brian Resnick)

   Latham & Watkins LLP
   885 Third Avenue
   New York, New York 10022
   (Attn: Robert J. Rosenberg and Mark A. Broude)

   Fried, Frank, Harris, Shriver & Jacobson LLP
   One New York Plaza
   New York, NewYork 10004
   (Attn: Bonnie Steingart)

   Office of the United States Trustee for the Southern District of New York
   33 Whitehall Street
   Suite 2100
   New York, New York 10004
   (Attn: Brian Masumoto)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Times Square
   New York, New York 10036
   Attn: Kayalyn A. Marafioti

Date: 2·11·09                     Name: Peg Clarkson
Signature: Peg Clarkson            Address: 5640 S. 116 St
                                            Hales Corners WI 53130

Official Form 20A
(12/03)

PAGE 3 of 3

Per the instructions in the referenced motion, this written **NOTICE OF OBJECTION** is

1. Being submitted as a hard copy directly to the Honorable Robert D. Drain at:
   United States Bankruptcy Court for the Southern District of New York
   One Bowling Green
   Room 610
   New York, New York 10004

2. and copies mailed to:
   Delphi Corporation
   5725 Delphi Drive
   Troy, Michigan 48098
   (Attn: General Counsel)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   333 West Wacker Drive
   Suite 2100
   Chicago, Illinois 60606
   Attn: John Wm. Butler, Jr.

   Davis Polk & Wardwell
   450 Lexington Avenue
   New York, New York 10017
   (Attn: Donald Bernstein and Brian Resnick)

   Latham & Watkins LLP
   885 Third Avenue
   New York, New York 10022
   (Attn: Robert J. Rosenberg and Mark A. Broude)

   Fried, Frank, Harris, Shriver & Jacobson LLP
   One New York Plaza
   New York, NewYork 10004
   (Attn: Bonnie Steingart)

   Office of the United States Trustee for the Southern District of New York
   33 Whitehall Street
   Suite 2100
   New York, New York 10004
   (Attn: Brian Masumoto)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Times Square
   New York, New York 10036
   Attn: Kayalyn A. Marafioti

Date: 2/11/09
Signature: Lisa Weber

Name: LISA WEBER
Address: 5440 Yale Drive
Franklin, WISCONSIN
53132

Official Form 20A
(12/03)

PAGE 3 of 3

Per the instructions in the referenced motion, this written **NOTICE OF OBJECTION** is

1. Being submitted as a hard copy directly to the Honorable Robert D. Drain at:
   United States Bankruptcy Court for the Southern District of New York
   One Bowling Green
   Room 610
   New York, New York 10004

2. and copies mailed to:
   Delphi Corporation
   5725 Delphi Drive
   Troy, Michigan 48098
   (Attn: General Counsel)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   333 West Wacker Drive
   Suite 2100
   Chicago, Illinois 60606
   Attn: John Wm. Butler, Jr.

   Davis Polk & Wardwell
   450 Lexington Avenue
   New York, New York 10017
   (Attn: Donald Bernstein and Brian Resnick)

   Latham & Watkins LLP
   885 Third Avenue
   New York, New York 10022
   (Attn: Robert J. Rosenberg and Mark A. Broude)

   Fried, Frank, Harris, Shriver & Jacobson LLP
   One New York Plaza
   New York, NewYork 10004
   (Attn: Bonnie Steingart)

   Office of the United States Trustee for the Southern District of New York
   33 Whitehall Street
   Suite 2100
   New York, New York 10004
   (Attn: Brian Masumoto)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Times Square
   New York, New York 10036
   Attn: Kayalyn A. Marafioti

Date: 2-11-09

Signature: *Andrew J. Broder*

Name: Andrew J. Broder

Address: 2311 E. Newton Ave.
Shorewood WI 53211

Official Form 20A
(12/03)

Per the instructions in the referenced motion, this written **NOTICE OF OBJECTION** is

1. Being submitted as a hard copy directly to the Honorable Robert D. Drain at:
   United States Bankruptcy Court for the Southern District of New York
   One Bowling Green
   Room 610
   New York, New York 10004

2. and copies mailed to:
   Delphi Corporation
   5725 Delphi Drive
   Troy, Michigan 48098
   (Attn: General Counsel)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   333 West Wacker Drive
   Suite 2100
   Chicago, Illinois 60606
   Attn: John Wm. Butler, Jr.

   Davis Polk & Wardwell
   450 Lexington Avenue
   New York, New York 10017
   (Attn: Donald Bernstein and Brian Resnick)

   Latham & Watkins LLP
   885 Third Avenue
   New York, New York 10022
   (Attn: Robert J. Rosenberg and Mark A. Broude)

   Fried, Frank, Harris, Shriver & Jacobson LLP
   One New York Plaza
   New York, NewYork 10004
   (Attn: Bonnie Steingart)

   Office of the United States Trustee for the Southern District of New York
   33 Whitehall Street
   Suite 2100
   New York, New York 10004
   (Attn: Brian Masumoto)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Times Square
   New York, New York 10036
   Attn: Kayalyn A. Marafioti

Date: 2-11-09

Signature: Robert A. Larsen

Name: Robert A. Larsen Jr

Address: 4039 Garden Drive
Racine, WI 53403

Official Form 20A
(12/03)

PAGE 3 of 3

Per the instructions in the referenced motion, this written **NOTICE OF OBJECTION** is

1. Being submitted as a hard copy directly to the Honorable Robert D. Drain at:
   United States Bankruptcy Court for the Southern District of New York
   One Bowling Green
   Room 610
   New York, New York 10004

2. and copies mailed to:
   Delphi Corporation
   5725 Delphi Drive
   Troy, Michigan 48098
   (Attn: General Counsel)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   333 West Wacker Drive
   Suite 2100
   Chicago, Illinois 60606
   Attn: John Wm. Butler, Jr.

   Davis Polk & Wardwell
   450 Lexington Avenue
   New York, New York 10017
   (Attn: Donald Bernstein and Brian Resnick)

   Latham & Watkins LLP
   885 Third Avenue
   New York, New York 10022
   (Attn: Robert J.Rosenberg and Mark A. Broude)

   Fried, Frank, Harris, Shriver & Jacobson LLP
   One New York Plaza
   New York, NewYork 10004
   (Attn: Bonnie Steingart)

   Office of the United States Trustee for the Southern District of New York
   33 Whitehall Street
   Suite 2100
   New York, New York 10004
   (Attn: Brian Masumoto)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Times Square
   New York, New York 10036
   Attn: Kayalyn A. Marafioti

Date: 2/11/09                        Name: _Bill Putt_
Signature: _[signature]_             Address: 26606 DayBreak CT.
                                     WinD Lake WI 53184