Official Form 20A
(12/03)

Per the instructions in the referenced motion, this written **NOTICE OF OBJECTION** is

1. Being submitted as a hard copy directly to the Honorable Robert D. Drain at:
   United States Bankruptcy Court for the Southern District of New York
   One Bowling Green
   Room 610
   New York, New York 10004

2. and copies mailed to:
   Delphi Corporation
   5725 Delphi Drive
   Troy, Michigan 48098
   (Attn: General Counsel)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   333 West Wacker Drive
   Suite 2100
   Chicago, Illinois 60606
   Attn: John Wm. Butler, Jr.

   Davis Polk & Wardwell
   450 Lexington Avenue
   New York, New York 10017
   (Attn: Donald Bernstein and Brian Resnick)

   Latham & Watkins LLP
   885 Third Avenue
   New York, New York 10022
   (Attn: Robert J.Rosenberg and Mark A. Broude)

   Fried, Frank, Harris, Shriver & Jacobson LLP
   One New York Plaza
   New York, NewYork 10004
   (Attn: Bonnie Steingart)

   Office of the United States Trustee for the Southern District of New York
   33 Whitehall Street
   Suite 2100
   New York, New York 10004
   (Attn: Brian Masumoto)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Times Square
   New York, New York 10036
   Attn: Kayalyn A. Marafioti

Date: 2/11/09                    Name: MICHAEL SADOWSKI

Signature: _[signature]_         Address: 7118 S. TIFTON DR

                                 FRANKLIN, WI 53132

Official Form 20A
(12/03)

Per the instructions in the referenced motion, this written **NOTICE OF OBJECTION** is

1. Being submitted as a hard copy directly to the Honorable Robert D. Drain at:
   United States Bankruptcy Court for the Southern District of New York
   One Bowling Green
   Room 610
   New York, New York 10004

2. and copies mailed to:
   Delphi Corporation
   5725 Delphi Drive
   Troy, Michigan 48098
   (Attn: General Counsel)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   333 West Wacker Drive
   Suite 2100
   Chicago, Illinois 60606
   Attn: John Wm. Butler, Jr.

   Davis Polk & Wardwell
   450 Lexington Avenue
   New York, New York 10017
   (Attn: Donald Bernstein and Brian Resnick)

   Latham & Watkins LLP
   885 Third Avenue
   New York, New York 10022
   (Attn: Robert J.Rosenberg and Mark A. Broude)

   Fried, Frank, Harris, Shriver & Jacobson LLP
   One New York Plaza
   New York, NewYork 10004
   (Attn: Bonnie Steingart)

   Office of the United States Trustee for the Southern District of New York
   33 Whitehall Street
   Suite 2100
   New York, New York 10004
   (Attn: Brian Masumoto)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Times Square
   New York, New York 10036
   Attn: Kayalyn A. Marafioti

Date: Feb 11, 2009

Signature: *Marilyn Ayala-Hinek*

Name: Marilyn Ayala-Hinek
Address: 5351 S. 113th St.
Hales Corners, WI 53130

Official Form 20A
(12/03)

Per the instructions in the referenced motion, this written **NOTICE OF OBJECTION** is

1. Being submitted as a hard copy directly to the Honorable Robert D. Drain at:
   United States Bankruptcy Court for the Southern District of New York
   One Bowling Green
   Room 610
   New York, New York 10004

2. and copies mailed to:
   Delphi Corporation
   5725 Delphi Drive
   Troy, Michigan 48098
   (Attn: General Counsel)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   333 West Wacker Drive
   Suite 2100
   Chicago, Illinois 60606
   Attn: John Wm. Butler, Jr.

   Davis Polk & Wardwell
   450 Lexington Avenue
   New York, New York 10017
   (Attn: Donald Bernstein and Brian Resnick)

   Latham & Watkins LLP
   885 Third Avenue
   New York, New York 10022
   (Attn: Robert J.Rosenberg and Mark A. Broude)

   Fried, Frank, Harris, Shriver & Jacobson LLP
   One New York Plaza
   New York, NewYork 10004
   (Attn: Bonnie Steingart)

   Office of the United States Trustee for the Southern District of New York
   33 Whitehall Street
   Suite 2100
   New York, New York 10004
   (Attn: Brian Masumoto)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Times Square
   New York, New York 10036
   Attn: Kayalyn A. Marafioti

Date: 2/11/09

Signature: *Michael Dorn*

Name: *Michael A. Dorn*

Address: *W241 S10150 Meadow Circle*
*Big Bend , WI 53103*

Official Form 20A
(12/03)

Per the instructions in the referenced motion, this written **NOTICE OF OBJECTION** is

1. Being submitted as a hard copy directly to the Honorable Robert D. Drain at:
   United States Bankruptcy Court for the Southern District of New York
   One Bowling Green
   Room 610
   New York, New York 10004

2. and copies mailed to:
   Delphi Corporation
   5725 Delphi Drive
   Troy, Michigan 48098
   (Attn: General Counsel)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   333 West Wacker Drive
   Suite 2100
   Chicago, Illinois 60606
   Attn: John Wm. Butler, Jr.

   Davis Polk & Wardwell
   450 Lexington Avenue
   New York, New York 10017
   (Attn: Donald Bernstein and Brian Resnick)

   Latham & Watkins LLP
   885 Third Avenue
   New York, New York 10022
   (Attn: Robert J.Rosenberg and Mark A. Broude)

   Fried, Frank, Harris, Shriver & Jacobson LLP
   One New York Plaza
   New York, NewYork 10004
   (Attn: Bonnie Steingart)

   Office of the United States Trustee for the Southern District of New York
   33 Whitehall Street
   Suite 2100
   New York, New York 10004
   (Attn: Brian Masumoto)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Times Square
   New York, New York 10036
   Attn: Kayalyn A. Marafioti

Date: 2 11 09

Signature: _Jessie Bosmans_

Name: _Jessie Bosmans_

Address: _407 Ivy Glen CT_
_Waterford Wi 53185_

Official Form 20A
(12/03)

Per the instructions in the referenced motion, this written **NOTICE OF OBJECTION** is

1. Being submitted as a hard copy directly to the Honorable Robert D. Drain at:
   United States Bankruptcy Court for the Southern District of New York
   One Bowling Green
   Room 610
   New York, New York 10004

2. and copies mailed to:
   Delphi Corporation
   5725 Delphi Drive
   Troy, Michigan 48098
   (Attn: General Counsel)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   333 West Wacker Drive
   Suite 2100
   Chicago, Illinois 60606
   Attn: John Wm. Butler, Jr.

   Davis Polk & Wardwell
   450 Lexington Avenue
   New York, New York 10017
   (Attn: Donald Bernstein and Brian Resnick)

   Latham & Watkins LLP
   885 Third Avenue
   New York, New York 10022
   (Attn: Robert J.Rosenberg and Mark A. Broude)

   Fried, Frank, Harris, Shriver & Jacobson LLP
   One New York Plaza
   New York, NewYork 10004
   (Attn: Bonnie Steingart)

   Office of the United States Trustee for the Southern District of New York
   33 Whitehall Street
   Suite 2100
   New York, New York 10004
   (Attn: Brian Masumoto)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Times Square
   New York, New York 10036
   Attn: Kayalyn A. Marafioti

Date: _2-11-09_

Signature: _Wayne Lesperance_

Name: _WAYNE LESPERANCE_

Address: _4813 RIVERSIDE RD._

_WATERFORD W, 53185_

Official Form 20A
(12/03)

Per the instructions in the referenced motion, this written **NOTICE OF OBJECTION** is

1. Being submitted as a hard copy directly to the Honorable Robert D. Drain at:
   United States Bankruptcy Court for the Southern District of New York
   One Bowling Green
   Room 610
   New York, New York 10004

2. and copies mailed to:
   Delphi Corporation
   5725 Delphi Drive
   Troy, Michigan 48098
   (Attn: General Counsel)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   333 West Wacker Drive
   Suite 2100
   Chicago, Illinois 60606
   Attn: John Wm. Butler, Jr.

   Davis Polk & Wardwell
   450 Lexington Avenue
   New York, New York 10017
   (Attn: Donald Bernstein and Brian Resnick)

   Latham & Watkins LLP
   885 Third Avenue
   New York, New York 10022
   (Attn: Robert J.Rosenberg and Mark A. Broude)

   Fried, Frank, Harris, Shriver & Jacobson LLP
   One New York Plaza
   New York, NewYork 10004
   (Attn: Bonnie Steingart)

   Office of the United States Trustee for the Southern District of New York
   33 Whitehall Street
   Suite 2100
   New York, New York 10004
   (Attn: Brian Masumoto)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Times Square
   New York, New York 10036
   Attn: Kayalyn A. Marafioti

Date: 2-1-09

Signature: *Adolphus Sanders*

Name: ADOLPHUS SANDERS

Address: 1825 MEAD St
RACINE, WIS 53403

Official Form 20A
(12/03)

Per the instructions in the referenced motion, this written **NOTICE OF OBJECTION** is

1. Being submitted as a hard copy directly to the Honorable Robert D. Drain at:
   United States Bankruptcy Court for the Southern District of New York
   One Bowling Green
   Room 610
   New York, New York 10004

2. and copies mailed to:
   Delphi Corporation
   5725 Delphi Drive
   Troy, Michigan 48098
   (Attn: General Counsel)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   333 West Wacker Drive
   Suite 2100
   Chicago, Illinois 60606
   Attn: John Wm. Butler, Jr.

   Davis Polk & Wardwell
   450 Lexington Avenue
   New York, New York 10017
   (Attn: Donald Bernstein and Brian Resnick)

   Latham & Watkins LLP
   885 Third Avenue
   New York, New York 10022
   (Attn: Robert J.Rosenberg and Mark A. Broude)

   Fried, Frank, Harris, Shriver & Jacobson LLP
   One New York Plaza
   New York, NewYork 10004
   (Attn: Bonnie Steingart)

   Office of the United States Trustee for the Southern District of New York
   33 Whitehall Street
   Suite 2100
   New York, New York 10004
   (Attn: Brian Masumoto)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Times Square
   New York, New York 10036
   Attn: Kayalyn A. Marafioti

Date: 2-11-09

Signature: _Ann Terry_

Name: ANN Terry

Address: 558 Rivermoor PKwy
Waterford, WI 53185

Official Form 20A
(12/03)

Per the instructions in the referenced motion, this written **NOTICE OF OBJECTION** is

1. Being submitted as a hard copy directly to the Honorable Robert D. Drain at:
   United States Bankruptcy Court for the Southern District of New York
   One Bowling Green
   Room 610
   New York, New York 10004

2. and copies mailed to:
   Delphi Corporation
   5725 Delphi Drive
   Troy, Michigan 48098
   (Attn: General Counsel)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   333 West Wacker Drive
   Suite 2100
   Chicago, Illinois 60606
   Attn: John Wm. Butler, Jr.

   Davis Polk & Wardwell
   450 Lexington Avenue
   New York, New York 10017
   (Attn: Donald Bernstein and Brian Resnick)

   Latham & Watkins LLP
   885 Third Avenue
   New York, New York 10022
   (Attn: Robert J.Rosenberg and Mark A. Broude)

   Fried, Frank, Harris, Shriver & Jacobson LLP
   One New York Plaza
   New York, NewYork 10004
   (Attn: Bonnie Steingart)

   Office of the United States Trustee for the Southern District of New York
   33 Whitehall Street
   Suite 2100
   New York, New York 10004
   (Attn: Brian Masumoto)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Times Square
   New York, New York 10036
   Attn: Kayalyn A. Marafioti

Date: 2/11/09

Signature: _[signature]_

Name: GREGORY A KAISER

Address: 7839 SCENIC VIEW DR

WIND LAKE, WI 53185

Official Form 20A
(12/03)

Per the instructions in the referenced motion, this written **NOTICE OF OBJECTION** is

1. Being submitted as a hard copy directly to the Honorable Robert D. Drain at:
   United States Bankruptcy Court for the Southern District of New York
   One Bowling Green
   Room 610
   New York, New York 10004

2. and copies mailed to:
   Delphi Corporation
   5725 Delphi Drive
   Troy, Michigan 48098
   (Attn: General Counsel)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   333 West Wacker Drive
   Suite 2100
   Chicago, Illinois 60606
   Attn: John Wm. Butler, Jr.

   Davis Polk & Wardwell
   450 Lexington Avenue
   New York, New York 10017
   (Attn: Donald Bernstein and Brian Resnick)

   Latham & Watkins LLP
   885 Third Avenue
   New York, New York 10022
   (Attn: Robert J.Rosenberg and Mark A. Broude)

   Fried, Frank, Harris, Shriver & Jacobson LLP
   One New York Plaza
   New York, NewYork 10004
   (Attn: Bonnie Steingart)

   Office of the United States Trustee for the Southern District of New York
   33 Whitehall Street
   Suite 2100
   New York, New York 10004
   (Attn: Brian Masumoto)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Times Square
   New York, New York 10036
   Attn: Kayalyn A. Marafioti

Date: _FEB 11, 2009_

Signature: _Scott Schedler_

Name: _Scott Schedler_

Address: _2431 N. 56th St._
_Milwaukee, WI 53210_

Official Form 20A
(12/03)

Per the instructions in the referenced motion, this written **NOTICE OF OBJECTION** is

1. Being submitted as a hard copy directly to the Honorable Robert D. Drain at:
   United States Bankruptcy Court for the Southern District of New York
   One Bowling Green
   Room 610
   New York, New York 10004

2. and copies mailed to:
   Delphi Corporation
   5725 Delphi Drive
   Troy, Michigan 48098
   (Attn: General Counsel)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   333 West Wacker Drive
   Suite 2100
   Chicago, Illinois 60606
   Attn: John Wm. Butler, Jr.

   Davis Polk & Wardwell
   450 Lexington Avenue
   New York, New York 10017
   (Attn: Donald Bernstein and Brian Resnick)

   Latham & Watkins LLP
   885 Third Avenue
   New York, New York 10022
   (Attn: Robert J.Rosenberg and Mark A. Broude)

   Fried, Frank, Harris, Shriver & Jacobson LLP
   One New York Plaza
   New York, NewYork 10004
   (Attn: Bonnie Steingart)

   Office of the United States Trustee for the Southern District of New York
   33 Whitehall Street
   Suite 2100
   New York, New York 10004
   (Attn: Brian Masumoto)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Times Square
   New York, New York 10036
   Attn: Kayalyn A. Marafioti

Date: 2/11/09

Signature: Ken L Harina

Name: KEN. L. HAINA

Address: W199 S7507 LAKEVICW DA
MUSKEGO, WI 53150

Per the instructions in the referenced motion, this written **NOTICE OF OBJECTION** is

1. Being submitted as a hard copy directly to the Honorable Robert D. Drain at:
   United States Bankruptcy Court for the Southern District of New York
   One Bowling Green
   Room 610
   New York, New York 10004

2. and copies mailed to:
   Delphi Corporation
   5725 Delphi Drive
   Troy, Michigan 48098
   (Attn: General Counsel)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   333 West Wacker Drive
   Suite 2100
   Chicago, Illinois 60606
   Attn: John Wm. Butler, Jr.

   Davis Polk & Wardwell
   450 Lexington Avenue
   New York, New York 10017
   (Attn: Donald Bernstein and Brian Resnick)

   Latham & Watkins LLP
   885 Third Avenue
   New York, New York 10022
   (Attn: Robert J.Rosenberg and Mark A. Broude)

   Fried, Frank, Harris, Shriver & Jacobson LLP
   One New York Plaza
   New York, NewYork 10004
   (Attn: Bonnie Steingart)

   Office of the United States Trustee for the Southern District of New York
   33 Whitehall Street
   Suite 2100
   New York, New York 10004
   (Attn: Brian Masumoto)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Times Square
   New York, New York 10036
   Attn: Kayalyn A. Marafioti

Date: _11 Feb 09_

Signature: _Lawrence B Smith_

Name: _Lawrence B Smith_

Address: _7429 Brown Dr_
_Franklin, Wi 53132_

Official Form 20A
(12/03)

Per the instructions in the referenced motion, this written **NOTICE OF OBJECTION** is

1. Being submitted as a hard copy directly to the Honorable Robert D. Drain at:
   United States Bankruptcy Court for the Southern District of New York
   One Bowling Green
   Room 610
   New York, New York 10004

2. and copies mailed to:
   Delphi Corporation
   5725 Delphi Drive
   Troy, Michigan 48098
   (Attn: General Counsel)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   333 West Wacker Drive
   Suite 2100
   Chicago, Illinois 60606
   Attn: John Wm. Butler, Jr.

   Davis Polk & Wardwell
   450 Lexington Avenue
   New York, New York 10017
   (Attn: Donald Bernstein and Brian Resnick)

   Latham & Watkins LLP
   885 Third Avenue
   New York, New York 10022
   (Attn: Robert J.Rosenberg and Mark A. Broude)

   Fried, Frank, Harris, Shriver & Jacobson LLP
   One New York Plaza
   New York, NewYork 10004
   (Attn: Bonnie Steingart)

   Office of the United States Trustee for the Southern District of New York
   33 Whitehall Street
   Suite 2100
   New York, New York 10004
   (Attn: Brian Masumoto)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Times Square
   New York, New York 10036
   Attn: Kayalyn A. Marafioti

Date: 02-11-2009

Signature: _Dennis D Smith_

Name: DENNIS D. SMITH

Address: 5730 W PHILIP PL.

MILWAUKEE, WI 53216

Official Form 20A
(12/03)

Per the instructions in the referenced motion, this written **NOTICE OF OBJECTION** is

1. Being submitted as a hard copy directly to the Honorable Robert D. Drain at:
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
Room 610
New York, New York 10004

2. and copies mailed to:
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
(Attn: General Counsel)

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606
Attn: John Wm. Butler, Jr.

Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017
(Attn: Donald Bernstein and Brian Resnick)

Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
(Attn: Robert J.Rosenberg and Mark A. Broude)

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NewYork 10004
(Attn: Bonnie Steingart)

Office of the United States Trustee for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, New York 10004
(Attn: Brian Masumoto)

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Attn: Kayalyn A. Marafioti

Date: 2/11/09

Signature: William R. Moore

Name: WILLIAM R. MOORE

Address: 4168 So CLEMENT AVE
ST FRANCIS, WI 53235

Official Form 20A
(12/03)

Per the instructions in the referenced motion, this written **NOTICE OF OBJECTION** is

1. Being submitted as a hard copy directly to the Honorable Robert D. Drain at:
   United States Bankruptcy Court for the Southern District of New York
   One Bowling Green
   Room 610
   New York, New York 10004

2. and copies mailed to:
   Delphi Corporation
   5725 Delphi Drive
   Troy, Michigan 48098
   (Attn: General Counsel)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   333 West Wacker Drive
   Suite 2100
   Chicago, Illinois 60606
   Attn: John Wm. Butler, Jr.

   Davis Polk & Wardwell
   450 Lexington Avenue
   New York, New York 10017
   (Attn: Donald Bernstein and Brian Resnick)

   Latham & Watkins LLP
   885 Third Avenue
   New York, New York 10022
   (Attn: Robert J. Rosenberg and Mark A. Broude)

   Fried, Frank, Harris, Shriver & Jacobson LLP
   One New York Plaza
   New York, New York 10004
   (Attn: Bonnie Steingart)

   Office of the United States Trustee for the Southern District of New York
   33 Whitehall Street
   Suite 2100
   New York, New York 10004
   (Attn: Brian Masumoto)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Times Square
   New York, New York 10036
   Attn: Kayalyn A. Marafioti

Date: 2/11/09                   Name: DALE J. RICHARDS

Signature: [signature]          Address: 1320 W. Lois Ln.

                                OAK CREEK, WI 53154

Per the instructions in the referenced motion, this written **NOTICE OF OBJECTION** is

1. Being submitted as a hard copy directly to the Honorable Robert D. Drain at:
   United States Bankruptcy Court for the Southern District of New York
   One Bowling Green
   Room 610
   New York, New York 10004

2. and copies mailed to:
   Delphi Corporation
   5725 Delphi Drive
   Troy, Michigan 48098
   (Attn: General Counsel)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   333 West Wacker Drive
   Suite 2100
   Chicago, Illinois 60606
   Attn: John Wm. Butler, Jr.

   Davis Polk & Wardwell
   450 Lexington Avenue
   New York, New York 10017
   (Attn: Donald Bernstein and Brian Resnick)

   Latham & Watkins LLP
   885 Third Avenue
   New York, New York 10022
   (Attn: Robert J.Rosenberg and Mark A. Broude)

   Fried, Frank, Harris, Shriver & Jacobson LLP
   One New York Plaza
   New York, NewYork 10004
   (Attn: Bonnie Steingart)

   Office of the United States Trustee for the Southern District of New York
   33 Whitehall Street
   Suite 2100
   New York, New York 10004
   (Attn: Brian Masumoto)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Times Square
   New York, New York 10036
   Attn: Kayalyn A. Marafioti

Date: _02-11-2009_

Signature: _Kenneth C. Horswill_

Name: _KENNETH E. HORSWILL_

Address: _10611 SOUTH McGRAW DRIVE_
_OAK CREEK, WISCONSIN 53154_

Official Form 20A
(12/03)

Per the instructions in the referenced motion, this written **NOTICE OF OBJECTION** is

1. Being submitted as a hard copy directly to the Honorable Robert D. Drain at:
   United States Bankruptcy Court for the Southern District of New York
   One Bowling Green
   Room 610
   New York, New York 10004

2. and copies mailed to:
   Delphi Corporation
   5725 Delphi Drive
   Troy, Michigan 48098
   (Attn: General Counsel)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   333 West Wacker Drive
   Suite 2100
   Chicago, Illinois 60606
   Attn: John Wm. Butler, Jr.

   Davis Polk & Wardwell
   450 Lexington Avenue
   New York, New York 10017
   (Attn: Donald Bernstein and Brian Resnick)

   Latham & Watkins LLP
   885 Third Avenue
   New York, New York 10022
   (Attn: Robert J.Rosenberg and Mark A. Broude)

   Fried, Frank, Harris, Shriver & Jacobson LLP
   One New York Plaza
   New York, NewYork 10004
   (Attn: Bonnie Steingart)

   Office of the United States Trustee for the Southern District of New York
   33 Whitehall Street
   Suite 2100
   New York, New York 10004
   (Attn: Brian Masumoto)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Times Square
   New York, New York 10036
   Attn: Kayalyn A. Marafioti

Date: 2/11/09

Signature: _____

Name: Ronald Weuby Jr

Address: 14700 Eastview Ct
Brookfield, WI 53005

Official Form 20A
(12/03)

Per the instructions in the referenced motion, this written **NOTICE OF OBJECTION** is

1. Being submitted as a hard copy directly to the Honorable Robert D. Drain at:
   United States Bankruptcy Court for the Southern District of New York
   One Bowling Green
   Room 610
   New York, New York 10004

2. and copies mailed to:
   Delphi Corporation
   5725 Delphi Drive
   Troy, Michigan 48098
   (Attn: General Counsel)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   333 West Wacker Drive
   Suite 2100
   Chicago, Illinois 60606
   Attn: John Wm. Butler, Jr.

   Davis Polk & Wardwell
   450 Lexington Avenue
   New York, New York 10017
   (Attn: Donald Bernstein and Brian Resnick)

   Latham & Watkins LLP
   885 Third Avenue
   New York, New York 10022
   (Attn: Robert J.Rosenberg and Mark A. Broude)

   Fried, Frank, Harris, Shriver & Jacobson LLP
   One New York Plaza
   New York, NewYork 10004
   (Attn: Bonnie Steingart)

   Office of the United States Trustee for the Southern District of New York
   33 Whitehall Street
   Suite 2100
   New York, New York 10004
   (Attn: Brian Masumoto)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Times Square
   New York, New York 10036
   Attn: Kayalyn A. Marafioti

Date: 2-11-09

Signature: _James J. Huhn_

Name: James J. Huhn

Address: 3159 W. Hilltop Ln
Franklin, WI 53132

Official Form 20A
(12/03)

Per the instructions in the referenced motion, this written **NOTICE OF OBJECTION** is

1. Being submitted as a hard copy directly to the Honorable Robert D. Drain at:
   United States Bankruptcy Court for the Southern District of New York
   One Bowling Green
   Room 610
   New York, New York 10004

2. and copies mailed to:
   Delphi Corporation
   5725 Delphi Drive
   Troy, Michigan 48098
   (Attn: General Counsel)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   333 West Wacker Drive
   Suite 2100
   Chicago, Illinois 60606
   Attn: John Wm. Butler, Jr.

   Davis Polk & Wardwell
   450 Lexington Avenue
   New York, New York 10017
   (Attn: Donald Bernstein and Brian Resnick)

   Latham & Watkins LLP
   885 Third Avenue
   New York, New York 10022
   (Attn: Robert J.Rosenberg and Mark A. Broude)

   Fried, Frank, Harris, Shriver & Jacobson LLP
   One New York Plaza
   New York, NewYork 10004
   (Attn: Bonnie Steingart)

   Office of the United States Trustee for the Southern District of New York
   33 Whitehall Street
   Suite 2100
   New York, New York 10004
   (Attn: Brian Masumoto)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Times Square
   New York, New York 10036
   Attn: Kayalyn A. Marafioti

Date: _Feb 11, 200 9_

Signature: _Yvonne Morrison_

Name: _Yvonne Morrison_

Address: _N68 W15495 Tartan Circle_
_Menomonee Falls, Wi_
_53051_

Official Form 20A
(12/03)

Per the instructions in the referenced motion, this written **NOTICE OF OBJECTION** is

1. Being submitted as a hard copy directly to the Honorable Robert D. Drain at:
   United States Bankruptcy Court for the Southern District of New York
   One Bowling Green
   Room 610
   New York, New York 10004

2. and copies mailed to:
   Delphi Corporation
   5725 Delphi Drive
   Troy, Michigan 48098
   (Attn: General Counsel)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   333 West Wacker Drive
   Suite 2100
   Chicago, Illinois 60606
   Attn: John Wm. Butler, Jr.

   Davis Polk & Wardwell
   450 Lexington Avenue
   New York, New York 10017
   (Attn: Donald Bernstein and Brian Resnick)

   Latham & Watkins LLP
   885 Third Avenue
   New York, New York 10022
   (Attn: Robert J.Rosenberg and Mark A. Broude)

   Fried, Frank, Harris, Shriver & Jacobson LLP
   One New York Plaza
   New York, NewYork 10004
   (Attn: Bonnie Steingart)

   Office of the United States Trustee for the Southern District of New York
   33 Whitehall Street
   Suite 2100
   New York, New York 10004
   (Attn: Brian Masumoto)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Times Square
   New York, New York 10036
   Attn: Kayalyn A. Marafioti

Date: _FEBRUARY 11, 2009_

Signature: _Edward G. Scholl_

Name: _EDWARD G. SCHOLL_

Address: _5014 EMSTAN HILLS RD._
_RACINE, WF 53406_

Official Form 20A
(12/03)

Per the instructions in the referenced motion, this written **NOTICE OF OBJECTION** is

1. Being submitted as a hard copy directly to the Honorable Robert D. Drain at:
   United States Bankruptcy Court for the Southern District of New York
   One Bowling Green
   Room 610
   New York, New York 10004

2. and copies mailed to:
   Delphi Corporation
   5725 Delphi Drive
   Troy, Michigan 48098
   (Attn: General Counsel)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   333 West Wacker Drive
   Suite 2100
   Chicago, Illinois 60606
   Attn: John Wm. Butler, Jr.

   Davis Polk & Wardwell
   450 Lexington Avenue
   New York, New York 10017
   (Attn: Donald Bernstein and Brian Resnick)

   Latham & Watkins LLP
   885 Third Avenue
   New York, New York 10022
   (Attn: Robert J.Rosenberg and Mark A. Broude)

   Fried, Frank, Harris, Shriver & Jacobson LLP
   One New York Plaza
   New York, NewYork 10004
   (Attn: Bonnie Steingart)

   Office of the United States Trustee for the Southern District of New York
   33 Whitehall Street
   Suite 2100
   New York, New York 10004
   (Attn: Brian Masumoto)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Times Square
   New York, New York 10036
   Attn: Kayalyn A. Marafioti

Date: 2-11-09                      Name: Robert F. Miller

Signature: Robert F. Miller       Address: 8424 W. Beacon Hill Dr.
                                            Franklin WI 53132

Official Form 20A
(12/03)

Per the instructions in the referenced motion, this written **NOTICE OF OBJECTION** is

1. Being submitted as a hard copy directly to the Honorable Robert D. Drain at:
   United States Bankruptcy Court for the Southern District of New York
   One Bowling Green
   Room 610
   New York, New York 10004

2. and copies mailed to:
   Delphi Corporation
   5725 Delphi Drive
   Troy, Michigan 48098
   (Attn: General Counsel)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   333 West Wacker Drive
   Suite 2100
   Chicago, Illinois 60606
   Attn: John Wm. Butler, Jr.

   Davis Polk & Wardwell
   450 Lexington Avenue
   New York, New York 10017
   (Attn: Donald Bernstein and Brian Resnick)

   Latham & Watkins LLP
   885 Third Avenue
   New York, New York 10022
   (Attn: Robert J.Rosenberg and Mark A. Broude)

   Fried, Frank, Harris, Shriver & Jacobson LLP
   One New York Plaza
   New York, NewYork 10004
   (Attn: Bonnie Steingart)

   Office of the United States Trustee for the Southern District of New York
   33 Whitehall Street
   Suite 2100
   New York, New York 10004
   (Attn: Brian Masumoto)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Times Square
   New York, New York 10036
   Attn: Kayalyn A. Marafioti

Date: _2/11/09_

Signature: _Lynn Muza_

Name: _LYNN MUZA_

Address: _149 49th ST_
_CAledonia, WI_
_53108_

Official Form 20A
(12/03)

Per the instructions in the referenced motion, this written **NOTICE OF OBJECTION** is

1. Being submitted as a hard copy directly to the Honorable Robert D. Drain at:
   United States Bankruptcy Court for the Southern District of New York
   One Bowling Green
   Room 610
   New York, New York 10004

2. and copies mailed to:
   Delphi Corporation
   5725 Delphi Drive
   Troy, Michigan 48098
   (Attn: General Counsel)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   333 West Wacker Drive
   Suite 2100
   Chicago, Illinois 60606
   Attn: John Wm. Butler, Jr.

   Davis Polk & Wardwell
   450 Lexington Avenue
   New York, New York 10017
   (Attn: Donald Bernstein and Brian Resnick)

   Latham & Watkins LLP
   885 Third Avenue
   New York, New York 10022
   (Attn: Robert J.Rosenberg and Mark A. Broude)

   Fried, Frank, Harris, Shriver & Jacobson LLP
   One New York Plaza
   New York, NewYork 10004
   (Attn: Bonnie Steingart)

   Office of the United States Trustee for the Southern District of New York
   33 Whitehall Street
   Suite 2100
   New York, New York 10004
   (Attn: Brian Masumoto)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Times Square
   New York, New York 10036
   Attn: Kayalyn A. Marafioti

Date: 2|11|2009

Signature: Cheryle Menden

Name: Cheryle Menden

Address: 212563 Oakwood Rd.
Oak Creek, W.I.
53154

Official Form 20A
(12/03)

Per the instructions in the referenced motion, this written **NOTICE OF OBJECTION** is

1.  Being submitted as a hard copy directly to the Honorable Robert D. Drain at:
    United States Bankruptcy Court for the Southern District of New York
    One Bowling Green
    Room 610
    New York, New York 10004

2.  and copies mailed to:
    Delphi Corporation
    5725 Delphi Drive
    Troy, Michigan 48098
    (Attn: General Counsel)

    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    333 West Wacker Drive
    Suite 2100
    Chicago, Illinois 60606
    Attn: John Wm. Butler, Jr.

    Davis Polk & Wardwell
    450 Lexington Avenue
    New York, New York 10017
    (Attn: Donald Bernstein and Brian Resnick)

    Latham & Watkins LLP
    885 Third Avenue
    New York, New York 10022
    (Attn: Robert J.Rosenberg and Mark A. Broude)

    Fried, Frank, Harris, Shriver & Jacobson LLP
    One New York Plaza
    New York, NewYork 10004
    (Attn: Bonnie Steingart)

    Office of the United States Trustee for the Southern District of New York
    33 Whitehall Street
    Suite 2100
    New York, New York 10004
    (Attn: Brian Masumoto)

    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    Four Times Square
    New York, New York 10036
    Attn: Kayalyn A. Marafioti

Date: _2/11/09_

Signature: _J. A. Szymanski_

Name: _J. A. Szymanski_

Address: _1860 S. Tuckleberry Dr._
_Franklin WI. 53132_

Official Form 20A

(12/03)

Per the instructions in the referenced motion, this written **NOTICE OF OBJECTION** is

1. Being submitted as a hard copy directly to the Honorable Robert D. Drain at:
   United States Bankruptcy Court for the Southern District of New York
   One Bowling Green
   Room 610
   New York, New York 10004

2. and copies mailed to:
   Delphi Corporation
   5725 Delphi Drive
   Troy, Michigan 48098
   (Attn: General Counsel)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   333 West Wacker Drive
   Suite 2100
   Chicago, Illinois 60606
   Attn: John Wm. Butler, Jr.

   Davis Polk & Wardwell
   450 Lexington Avenue
   New York, New York 10017
   (Attn: Donald Bernstein and Brian Resnick)

   Latham & Watkins LLP
   885 Third Avenue
   New York, New York 10022
   (Attn: Robert J.Rosenberg and Mark A. Broude)

   Fried, Frank, Harris, Shriver & Jacobson LLP
   One New York Plaza
   New York, NewYork 10004
   (Attn: Bonnie Steingart)

   Office of the United States Trustee for the Southern District of New York
   33 Whitehall Street
   Suite 2100
   New York, New York 10004
   (Attn: Brian Masumoto)

   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Times Square
   New York, New York 10036
   Attn: Kayalyn A. Marafioti

Date: _Feb. 11, 2009_

Signature: _[signature]_

Name: _Carol Jackett_

Address: _8654 S. Wildwood DR_

_Oak Creek, WI 53154_