Daniel D. Doyle  (DD 2500)
Nicholas A. Franke  (NF 6764)
David M. Brown   (DB 2065)
SPENCER FANE BRITT & BROWNE, LLP
1 North Brentwood Boulevard, Tenth Floor
St. Louis, MO 63105
(314) 863-7733 – telephone
(314) 862-4656 – facsimile

J. Brian McTigue (admitted *pro hac vice*)
Bryan T. Veis (*pro hac* pending)
McTIGUE & PORTER LLP
4530 Wisconsin Ave. N.W., Suite 300
Washington, DC  20016
(202) 364-6900 - telephone
(202) 364-9960 - fax

COUNSEL FOR ROBERT T. NICHOLSON, VINCENT WILSON, MICHAEL BEARD, RUSSELL DETWILER, FLOYD JONES, JOHN M. MCGRATH, JAMES J. BRODI JR., EDWIN B. HUBBARD, PAULETTE J. KILDOW, RAYMOND KRAEMER, ROBERT TODD NICHOLSON, GARY PORTER, JOHN R. SMITH, CARL VISCONTI, ROBERT WELLENS, and JUDE KOWALEWSKI, as retirees not covered by the Debtors' collective bargaining agreements.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) CASE No. 05-44481 (RDD) |
|  | ) Jointly Administered |
| DELPHI CORPORATION, et al., | ) |
|  | ) Chapter 11 |
| Debtors. | ) |

### AFFIDAVIT OF KIMBERLY A. COLLIER

State of Missouri    )
                     ) ss:
County of St. Louis  )

Kimberly A. Collier, of lawful age, being first duly sworn upon her oath, states as follows:

385430.1

1.  I am paralegal with the law firm of Spencer Fane Britt & Browne LLP in St. Louis, Missouri.

2.  On February 17, 2009, at 3:52 p.m. (EST), I started the electronic filing of the Objection and Memorandum of Law on behalf of Robert T. Nicholson, Vincent Wilson, Michael Beard, Russell Detwiler, Floyd Jones, John M. McGrath, James J. Brodi Jr., Edwin B. Hubbard, Paulette J. Kildow, Raymond Kraemer, Robert Todd Nicholson, Gary Porter, John R. Smith, Carl Visconti, Robert Wellens, and Jude Kowalewski.

3.  Due to the slowness of the system, the Objection was not entered until 4:05 p.m. (EST).

4.  Under normal circumstances, the Objection would have been entered before the deadline of 4:00 p.m. (EST).

5.  The electronic confirmation was not received until 4:28 p.m. (EST), which is 23 minutes later than the filing.

FURTHER AFFIANT SAYETH NOT.

_____

Subscribed and sworn to before me this 17th day of February, 2009.

_____
Notary Public

My Commission Expires:



SHARON L. SIDEBOTTOM
My Commission Expires
July 15, 2012
St. Louis County
Commission #08476955



SHARON L. SIDEBOTTOM
My Commission Expires
July 15, 2012
St. Louis County
Commission #08476955

2

385430.1