# United States Bankruptcy Court

Southern District Of New York

---------------------x

In re  :  Chapter 11
DELPHI CORPORATION, et al.,

:  Case No. 05-44481 (RDD)

　　　　　　　Debtors :  (Jointly Administered)

---------------------x

Address: Delphi Corporation
　　　　　5725 Delphi
　　　　　Drive, Troy, Michigan 48098

**NOTICE OF OBJECTION BY JAMES B. SUMPTER, CURRENT CREDITOR**

**RETIREE TO**

"MOTION FOR ORDER UNDER 11 U.S.C. §§ 105, 363(b)(1), AND 1108 CONFIRMING

DEBTORS' AUTHORITY TO TERMINATE EMPLOYER-PAID POST RETIREMENT

HEALTH CARE BENEFITS AND EMPLOYER-PAID POST-RETIREMENT LIFE

INSURANCE BENEFITS FOR CERTAIN (A) SALARIED EMPLOYEES AND (B)

RETIREES AND THEIR SURVIVING SPOUSES ("SALARIED OPEB TERMINATION

MOTION")", Document #14705 filed February 4, 2009 and delivered to James B. Sumpter on

**February 6, 2009.**

_____February 16, 2009
　　　　　　　　　　　　　　　　James B. Sumpter
　　　　　　　　　　　　　　　　21169 Westbay Circle
　　　　　　　　　　　　　　　　Noblesville, IN 46062
　　　　　　　　　　　　　　　　317-877-0736

1