February 8, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009, petitioning the court to cancel health insurance benefits (OPEB) including a basic life insurance benefit for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

The subject document was filed without prior warning to any of the retirees of Delphi Corporation, was communicated to us via letter dated February 5, 2009, and gives us only twelve days to file objections.

Many Delphi employees who retired over the past few years did so only after careful consideration of their personal financial situation (forecasted income vs. expenses) and expected ability to maintain an acceptable standard of living during retirement. For most of us, making the retirement decision was stressful, not being certain of what the future holds. We believed that providing 30 – 40 years of continuous service to Delphi earned those basic retirement benefits that Delphi has now petitioned the court to eliminate. Granting Delphi's petition will cause significant financial and emotional hardship for every retiree.

Delphi previously modified benefit policy by discontinuing medical insurance for those 65 years and older, effective January, 2007. The impact of that benefit change was softened somewhat by the ability to obtain Medicare coverage at age 65; but it does reduce retiree disposable income. The new Delphi petition (Document #14705) will pose additional and severe economic burden on retirees, if we are required to now fund the entire cost of health care policies for ourselves and spouse until age 65. The estimated cost will consume a significant portion of our monthly pension benefit.

Document #14705 also includes elimination of company funded life insurance for the retiree. If approved, the retiree is forced to weigh the additional financial burden of a purchased life insurance policy against the future impact on the surviving spouse and/or dependents.

With the current state of the economy, retirees who had saved for retirement in their 401k Stock Savings Plan have already lost a significant portion of their savings. As you know, the cost of living has also increased significantly during the last two years. This, coupled with the loss of health care benefits, will have a crippling effect on the lives of every retiree of Delphi Corporation.

Please know that each of the 15,000 retirees who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

## We ask you to REJECT this motion.

Sincerely yours,

*[signature]*

Robert J. Bacue
1753 Coventry Ave. NE
Warren, Ohio  44483
330-372-6168 phone