OBJECTION TO MOTION IN CASE 05-44481          13 February 2009
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

This letter is sent in protest to the actions Delphi is taking in Terminating Employer-Paid Post-Retirement Health Care Benefits for Certain Salaried Retirees and Their Surviving Spouses.

This benefit has been in place since my employment began with Delco Electronics, then a division of General Motors (GM). This benefit was passed on thru the creation of Delphi Corporation, but was never fully funded by GM in this hand-off. It is obvious to any casual observer that GM has maintained control over Delphi after the spin off occurred with union negotiations being handled by GM for 8 years after the supposed separation. This responsibility should be passed back to GM if Delphi cannot live up to their responsibility.

Only US Salaried Retirees are affected by this termination of benefits. Delphi has not properly accounted for all resources being supplied to their foreign subsidiaries, which makes the balance sheet shifted against the US workforce. This rightful transfer of some assets back to the US would easily pay for this benefit.

The supposed cost of the Cobra replacement insurance is the greatest hardship being placed upon the Salaried Retirees by this termination of health benefits. The Cobra cost of $1332 per month far exceeds the reported cost of health benefits from past statements of Delphi. The monthly cost of the health care benefit as reported on the Delphi 2006 Option Enrollment Confirmation sheet was $362. The Salaried worker was paying less than 20% of this cost at $68 per month. Today the Salaried Retiree is paying $66 per month, which is nearly the same as in 2006. Therefore Delphi is still only paying about $360 monthly for this benefit. To use a cost of $1332 per month grossly overstates the situation.

The final objection is the lack of time afforded the Salaried Retiree in responding to this action and in finding alternative insurance. The affected group of individuals are more likely to have more health problems and less likely to be able to qualify for normal insurance. There should be more time given to finding a solution that meets the needs of the Salaried Retirees and Delphi.

Respectfully,

2008 Delphi E&S Salaried Retiree

Gerald R Yost
919 Bellevue Place
Kokomo IN 46901

765-452-5993