30 Southwick Drive
Webster, NY 14580
February 8, 2009

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
Attn: Honorable Robert D. Drain, Judge (Presiding)

Re: Delphi Corporation,
Case # 05-44481 (RDD)
Hearing: Feb. 24, 2009
(40th Omnibus Hearing)

Dear Judge Drain,

I am a Delphi Corporation retiree as of mid 2001. On February 5, 2009, I received via special delivery, a packet of information describing a motion by Delphi's Lawyers to eliminate most all of the benefits for Delphi salaried retirees and their spouses. These benefits were part of the reasons that made it attractive for me (and many others like me) to take retirement in the first place. I retired with the understanding that I and my spouse would have these benefits for the rest of our lives. Needless to say I am very saddened and for that matter upset, that the present Delphi executive staff has no concern for the hardship and financial strife they will impose on the salaried retirees who gave their lives and hard work to the corporation for many years [decades in most cases]. Now is the time in their lives when the salaried retirees and their spouses need these benefits the most!

In 2006, Delphi management made a decision to eliminate salaried retiree supplemental medical coverage at Medicare age (65). As an alternative, Delphi set up a special account for reimbursing each Medicare eligible retiree for select medical and dental premiums. They further provided a special monthly benefit payment which covered about 80% of the Medicare Part B expense. I was informed that the legal system had input and direction to these alternative benefits at the time the benefit coverage at age 65 mentioned above was eliminated. In addition, salaried retirees were granted free of charge, a certain amount of life insurance at the time of their retirement. Now they want to take all these benefits, our life insurance, and other things away from us. As a salaried retiree, I am naturally quite concerned about the potential loss of these benefits. If this motion is passed, salaried retirees under age 65 will have to obtain medical coverage outside of the present availability [at a much higher cost] because they aren't eligible for Medicare. This will naturally be a significant financial burden to these retirees! And by the way, this motion does not affect the hourly retirees. I can't help but wonder if this motion affects Delphi executive retirees benefit coverage [they supposedly have a different program]!

In conclusion, this current motion is especially disturbing as I recently learned that just a few short months ago, a motion was submitted requesting Delphi executives be granted millions of dollars in bonuses; bonuses which I firmly believe they neither earned nor deserve! And now they are once again chastising the Delphi salaried retirees to help bail them out of a financial downfall that is primarily due to their mismanagement, corporate bureaucracy and failure to adjust rapidly to the automobile industry's demands and requirements. Considering the above, I'm sure you can understand why the Delphi salaried retirees are not happy with this current motion (and yes, I have already heard from many of them)!

Thank you very much for your time to read this letter. I surely hope that you will take some of the things I've mentioned above into consideration as you make decisions that will affect every Delphi salaried retiree and their spouse.

Respectfully submitted,

Paul J. Acri

*Paul J. Acri* (signature)