Judge Robert D. Drain
U.S. Bankruptcy Court
One Bowling Green
New York, NY 10004-1408


Judge Drain

My name is Patricia Zielke and my husband is a retiree of Delphi. I have never sent a letter like this, but I have felt compelled to do so.

I understand that you will be hearing Delphi's request to stop paying medical and life insurance benefits. Please do not allow Delphi to do this. My husband worked for GM/Delphi for more than 25 years. In that time we were moved and reorganized too many times to count, at the whim of the corporation, always with the knowledge that we would be taken care of when our working days were over. Our own situation is the norm in the corporate world. Now we are considered a liability! What happened to the loyalty that the corporation asked for, and received, all those years. Now we find out that it was totally one sided. A carrot dangling in front of employees to encourage production until we were no longer considered important enough to take care of.

I won't go into the medical or financial impact of losing our insurance because I am sure you have already heard from people who are much worse off than I am. For me this is just not fair. We need someone to stand up for us and acknowledge how hard we have worked to gain the promised future care. I am hoping you will be that person who has the insight it takes to see that Delphi is required to live up to it's promises.

Thank you for taking the time to read my letter.

Patricia A. Zielke
70 Sunburst Circle
Fairport, NY  14450