February 10, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Honorable Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 8, 2005
Document # 14705 to cancel life and health insurance benefits for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 (Salaried OPEB Termination Motion) filed by Delphi Corporation on February 4, 2009 asking the court to cancel health and life insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to the Salaried OPEB Termination Motion filed by Delphi Corporation on February 4, 2009 and docketed at #14705.**

This document was filed with no previous warning to any of the current employees and retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections.

Many of the most recent retirees of Delphi were retired **BY** the company and **NOT** by the choice of the employee. They were given no decision to make, just told they would be retiring on a specific date. They had little time to prepare for retirement, and little time to adjust to a significantly reduced income before they were hit with this latest development (loss of health care) which will cause financial hardship for every retiree. It will have huge impacts not only on the retirees and soon-to-retire, but also every community where retirees live.

With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans, have lost 40 – 60 % of their savings. As you know, the cost of living has increased significantly in the last two years based upon rising energy costs alone. This coupled with the loss of health care and life insurance benefits would have a crippling effect on the lives of every retiree of Delphi Corporation.

It is my belief that there are other ways to restructure the company and still retain health care and life insurance for retirees. For instance, Delphi Corporation could elect to reduce (not eliminate) health and life insurance benefits for *all* employees and retirees,

including hourly employees and hourly retirees. Additionally, health care benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a decreasing cost to the company as each of us reaches that 65 age milestone.

Please know that each of the 15,000 + retirees and soon-to-retire, who will be negatively impacted by this action, will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

**We respectfully request that Delphi Corporation's motion docketed at #14705 be denied by this Court, or in the alternative that the Court delay ruling upon the motion to provide salaried employees and retirees sufficient time to retain counsel to prepare and present arguments in opposition to the Salaried OPEB Termination Motion.**

Sincerely yours,

*Larry J. Porter*
Larry J. Porter
35 Carlton Woods CT
Springboro, OH 45066
937-748-4409


cc: Brian Masumoto
    General Counsel Delphi Corporation
    John Wm. Butler, Jr.
    Donald Berstein and Brian Resnick
    Robert J. Rosenberg and Mark A. Broude
    Bonnie Steingart