February 10, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: The Honorable Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation. This letter is an **OBJECTION** to document #14705.

Many of the (15,000) Delphi retirees included in this action were **enticed to retire early** with **offers** including **Lifetime healthcare** and Life Insurance. I personally retired in February 2002 with such enticements. In August, 2007, Delphi reduced the benefit time, after the fact, from lifetime to ending at age 65 (when eligible for Medicare) including a $20,000 stipend to help offset the cost of Medicare Part B. The current action takes away everything, effective immediately - showing a clear pattern of enticing actions by employees (early retirement) - with incentives, getting our irreversible cooperation and then eliminating their portion of the deal after the fact. When is an offer a commitment ? Will we be offered our jobs back as result of the elimination of the incentive ?

**I understand** corporate financial hardship and the need to cut cost – **I do not understand** :

1. **Singling out U.S. employees** – when we have always advertised ourselves as a **Global Company**. The European, South American and Asian operations are not affected – but are strangely being held separate.
2. **Singling out Salaried employees** – when the huge majority of retirees are hourly, union.
3. **Most (if not all)** of us were **employed** the majority of our careers **by GM**, before Delphi existed, and for a long period when Delphi was part of GM. What happened to the retirement funds we contributed to and participated in from those years ?
4. Many of us were **employed by GM Overseas** (GMO) at the time of retirement – why then are we now attached to the U.S. Operations?

It is my belief that there are other ways to restructure the company and benefits, such as with higher deductibles and co-pays. Please know that each of the 15,000 retirees who will be negatively impacted by this action will be looking to you to bring sense to this situation and when making the decision concerning Document #14705 dated February 4, 2009.

## We ask you to Please REJECT this motion.

Thank you for your attention and consideration in this critical matter,

Terry Priestap
417 Dasher Dr.
Austin, Texas 78734
512-963-7187 phone