United States Bankruptcy Court
One Bowling Green
New York, NY 1004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 Filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits for all salaried retirees)

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 salaried people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the salaried retirees of Delphi Corporation and was only made known to us via lettter mailed on February 5, 2009 and was not delivered until various days later and gave us a mere twelve days or less to file our objections.

Many of us were not given a lot of choice about retiring. We planned on retirement at reduced income level to provide a benefit for the company. We previously were forced to accept the loss of health care benefits at age 65 for salaried retirees and present workers. This is at time when medicare would be available and would create a hardship but insurance with medicare could be attained. The present proposed loss would come at a time before medicare and many of the salaried retirees would have a significant disadvantage in securing major medical health insurance.

In addition, in the current state of the economy the loss of value in stock savings and retirement funds will create an even greater burden on the salaried retirees affected. This would also have impact on all the communities of the affected salaried retirees who lose health care benefits.

I believe the company can explore other venues to restructure and still meet the the health care concerns of the retired salaried personnel. I also believe the company obligations will decrease as the company moves forward as more of the salaried retirees progress to age 65 and the health care benefits cease for the salaried retirees.

Please know that all 15,00 of the affected retirees who will be negatively impacted by this action will be looking to you for your consideration and guidance to have the company explore other actions when making your decision concerning Document #14705 dated February 4, 2009.

**We ask you to REJECT this motion.**

Thanking you for your consideration,

*Stephen M. Berninger*
Stephen M. Berninger
PO Box 278
Lapel, In 46051
1.765.534.4735 phone