February 15, 2009

Honorable Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
One Bowling Green, Room 610
New York, New York 10004

Subject: Delphi Corp. Chapter 11, Case No. 05-44481 (RDD), Document # 14705

Dear Honorable Drain:

I am a former salaried employee of GM and Delphi, retiring in March, 2002, after 35 years, 7 months service.

Accordingly, please accept this letter as my formal objection to Delphi Corporation's Motion (Document # 14705) for Order Under 11 U.S.C. 105(a), 363(b) (1) and 1108 filed February 4, 2009, subject to a scheduled hearing on February 24, 2009, to terminate Employer-Paid Post-Retirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for (A) Salaried Employees and (B) Retirees and their Surviving Spouses. The above objection should further include, but not limited to, Delphi's motion to also terminate RHRA (Retiree Health Reimbursement Account) at the time of Medicare eligibility and the Medicare Special Benefit, covering the cost of Medicare Part B.

While working, I was always led to believe I could expect my benefits to be there for me in my retirement years. For this reason, I remained loyal to GM and Delphi under some very trying times, in anticipation that I was building security for my retirement years.

I certainly recognize the difficulty most businesses are experiencing in trying to survive the current financial crisis. Likewise, I understand the difficulty most individuals are experiencing in trying to maintain their homes and support their families, while their savings, if any, continue to disappear. While Delphi expected unconditional loyalty from its salaried employees prior to retirement, it is only prudent for salaried retirees in turn to expect the same loyalty from Delphi, by not terminating their benefits, as promised originally. At a minimum, there should at least be an alternative approach, or temporary measure, rather than singling out Salaried Retirees and terminating their benefits.

The court's consideration of my aforementioned objections to Delphi's motion to terminate salaried retirees' benefits by denying their request will be most appreciated.

Sincerely,

Richard A. Valos
109 N. Talamore Avenue
Yorktown, In 47396
Tel. No. 765-759-9660

cc: Delphi Corp. Gen, Counsel
   Skadden, Arps, Slate, Meagher & Flom, LLP , Counsel to the Debtors
   Davis Polk & Wardwell, Counsel for the Agent under the postpetition credit facility
   Latham & Watkins LLP, Counsel for the official committee of unsecured creditors
   Fried, Frank Harris, Shriver & JacobsonLLP, Counsel for the official committee of equity security holders
   Office of the United States Trustee for the Southern District of New York