Honorable Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
Debtors:  Delphi Corp.
Case Number: 05-44481

Feb. 8th, 2009

Dear Sir,

I am writing to contest the motion by Delphi to discontinue salaried retiree's healthcare and life insurance.  I retired effective January 1, 2009 after 37 years of service believing I was helping the company trim costs and someone else to keep their job that needed 30 years to qualify for healthcare and life insurance in retirement.  I am concerned not only for the hardships placed on retirees, but the ability of Delphi to retain loyal and talented employees if the motion is approved.  I want Delphi to be successful and profitable in the future and Delphi has always been able to recruit and retain employees due to the benefits paid after 30 years of service.  The comment that I hear talking to current engineers is that all credited service incentives to stay with Delphi will soon disappear.

The financial impact to retirees who do not qualify for Medicare is staggering.  Most retirees take home less than $3000 per month and the healthcare and life insurance costs for comparable coverage in Indiana will be between $1100 and $1400 per month in 2009.  Please also recognize that healthcare and life insurance costs will rise each year taking a larger portion of a fixed income.  Delphi did help those hired after 1993 to prepare for healthcare in retirement by contributing 1% of their salary.  The change was a cost savings move for Delphi.  Unfortunately, employees hired before 1993 believed that part of their life time service to the company would be healthcare and life insurance during retirement and always believed they were receiving a better deal than the 1% salary contribution.

I believe that you have been doing what is best for Delphi's survival and all of Delphi's stakeholders.  Please consider the talent drain at Delphi and the hardships placed on retirees before judging on this motion.

Sincerely,

Joe Rice

Joe Rice
506 Rudgate Lane
Kokomo, IN 46901