Wednesday, February 11, 2009

From: **John E. Earhart**

To: **United States Bankruptcy Court Southern District of New York**

I'm a retiree from Delphi and I want to contest the elimination of my health insurance and life insurance being proposed. **Reference case number 05-44481.**

This will cause me extreme financial difficulty since I'm 62 years old and have three year until I can apply for Medicare.

I know the state of the auto industry is very poor at this time but I see nothing being done to eliminate the health and life insurance for the hourly retirees. Why are the salaried retirees being asked to sacrifice and the hourly are not?

Sincerely,

*[signature: John E. Earhart]*

John E. Earhart

Delphi Retiree