February 8, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert Drain

Ref: Delphi Corporation Case 05-44481 filed October 5, 2005
Document 14705 to cancel OPEB (health and life insurance benefits) for all retirees

Dear Judge Drain:

This is to express my concerns with Document 14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health and life insurance benefits for Delphi retirees. This letter is to express my STRONGEST OBJECTION to that document and I ask to file it as an objection to document 14705.

Without warning, and only this week, I received notice from Delphi Corporation of this petition, as did the other 15,000 Delphi retirees. That gives us only 12 days to answer and file our objection to this unfair and unbelievable display of indifference by Delphi.

I was retired by the company, not entirely by choice, in July, 2007. There was little time to prepare for retirement then, and now with similar abruptness, I am told that there will no longer be healthcare and life insurance benefits provided to me. Many thousands of us have not yet qualified for Medicare, but have significant issues to deal with. Imagine those in the midst of Chemotherapy treatments. Imagine those of us being treated for significant cardio problems. We now have no resource to rely on. Our trusted benefit provider for whom we worked for decades has chosen to discontinue their contributions.

Sure, we can pick up the entire bill for only $1332. per month. Not an easy task considering most of us lost half of our hard-earned savings in 2005 after being told how promising our corporations future looked by our leaders.

This action will have a devastating effect on thousands of people, if it is allowed to be enacted. Surely there are other, better ways to restructure this company than to penalize

those of us that worked so very hard and long to try to make this a viable company after our leaders spun us off from General Motors.

An earlier concession forced on retirees cancels our healthcare at age 65. So this plan really has decreasing benefit to Delphi each year as retirees reach Medicare eligibility

There are 15,000 of us throughout this country that will be negatively impacted by this action. Many thousands of us will be devastated by it. We look for an advocate on our behalf and ask you for that consideration when you make your decision.

REJECT DOCUMENT 14705 FILED BY DELPHI CORPORATION THAT UNFAIRLY PENALIZES RETIREES!

Sincerely,

John J. Libs, Delphi Retiree
2642 Hawthorne Lake Road
Bessemer, Alabama 35022
1-205-425-4290