February 10, 2009

:    United States Bankruptcy Court
    Southern District of New York at One Bowling Green
    New York, NY 10004

Attn:  To the chambers of Honorable Judge Robert D. Drain

From:  Richard L. Seagrave
      1413 Tam-O-Shanter Ln.
      Kokomo In. 46902
      Home phone; 1-765-453-7341
      Email;  seagraverick@att.net

Reference;
      Delphi Corp Case # 05-44481 filed October 8, 2005
      054481-16117, SALARIED OPEB TERMINATION MOTION
      Court Docket #14705
      Hearing to be held 2/24/2009 at 10:00AM.

Dear Judge Drain;

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 04, 2009, asking the court to cancel health and life insurance benefits (OPEB) for some 15,000 salaried retirees of Delphi Corporation.

I respectfully submit to your court this **OBJECTION** to that document and the proposed action and file it as a motion to object to document #14705. This document was filed with no previous warning to any of the salaried retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 giving us a mere twelve days to file our objections. This gives those affected only 12 days to try to understand how to file an objection request. I am still not positive I have met all the confusing requirements to file a protest of this action, and beg the Court to grant some leeway if this request does not meet the letter of those requirements to protest.

An internal memo issued by Delphi on February 5, 2009 states 'Additionally, effective April 1, 2009, Delphi will cease to provide health care and life insurance in retirement to salaried employees and retirees' indicating that Delphi assumes the motion has already been approved.

I spent 30+ years as a salaried employee with GM/Allison//Delco Electronics before I was incorporated into Delphi. A change I did not request. When this merger was evident, I asked if I could if could transfer or retire under GM, and was told no, that I was too valuable an employee. I spent another 8+ years as a salaried Delphi employee, and took an early retirement package which included OPEB benefits that would be paid until Medicare eligibility was reached. I was encouraged by Delphi to accept this early retirement offer in June 2007 after 43+ years of service.

Now, Delphi salaried retirees, with very little warning, are hit with this latest development (loss of health care) which will have a significant financial and emotional impact on the quality of life of the salaried retiree and family. The right to appoint a committee of retired employees under Section 114 of the Bankruptcy Code is being challenged by Delphi (The Debtors) as inapplicable to the proposed termination of Salaried OPEB since salaried 'retirees are not covered by a collective bargaining agreement'. So, we are appealing to you as our representative to reject this motion

I am in shock, and do not know how I can continue providing for my family and myself when pensions are fixed, investments are drastically reduced. Now I must contribute an additional $1,200.00+ a month for health insurance and trying to obtain health care with any type of pre-existing condition will be difficult or might be impossible. What a terrible thing to do to people who are already retired and on a fixed income, and will find it extremely difficult to find a job in this market.

I read about the hourly benefits and pensions of Delphi employees being picked up and "paid by GM", and about the current employee merit raises and promotions being "postponed", and about executive bonus "paid in stock" or being "deferred" until better times, yet salaried retiree benefits are to "go away forever regardless of the future". The notice mentions 'certain salaried employees, does that exclude retired salaried executives or un-coded salaried personnel from this action?

It is my belief that there are better ways to restructure and still retain health and life insurance benefits for salaried retirees. Benefits will drop dramatically as retirees reach age 65 and transfer to Medicare, and as such, is a decreasing cost to the Company. But the removal of these benefits now will have a crippling effect on those citizens that can least afford it.

Please know that each of the salaried retirees look to you to hear our plea. Throughout our active corporate lives we did not have representation for our cause, yet we continued to try to improve our lives and the success of our Company. We believed we had a commitment from the Company, that in return for expending our productive years at the Company, the Company would provide us dignity as retirees, by providing a modest pension, most of which we paid for, and health care and life insurance benefits. Benefits they promised would be at the end of our corporate journey. We did not and do not want to burden our children, or taxpayers, with that task.

I implore you, on behalf of my family, and all the other Delphi salaried retirees and their families, to reject this motion. Cutting the safety net from this minority of employees cannot possibly be the key to Delphi's survival.

Respectfully yours,

Richard L. Seagrave
1413 Tam-o-Shanter Ln.
Kokomo, In.
Phone 1-765-453-7341
Email seagraverick@att.net