<u>Enclosures</u>:
1. 3.5 inch diskette with copy of (hard copy) letter enclosed.
2. Copy of monthly pension statement from Fidelity Investments (on behalf of Delphi Corp.)
3. Copy of (3) page letter sent to all Delphi salaried retirees w/ sheet of estimated 2009 Retiree Self-Pay rates.

**To:**

**United States Bankruptcy Court
One Bowling Green
New York, NY 10004**

**Attn: Honorable Judge Robert D. Drain**

<u>**From:**</u>
**Michael Dunn
525 Buteo Dr.
East Lansing, Michigan 48823**

**33 year career – GM Corp./Delphi Corp.
20 years – finance
13 years – Public Affairs & Communications**

**Ref:**

**Delphi Corp Case # 05-44481 filed October 8, 2005
Document # 14705 to Cancel OPEB (Health Insurance Benefits) for all Retirees**

**Dear Judge Drain:**

**This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.**

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

**This document was filed with no previous warning to any of the current employees and retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections.**

**Additionally, in a letter (sent by Delphi) they advise us that effective April 1, 2009, Delphi will no longer provide health care and life insurance coverage to salaried retirees.**

**Is Delphi Corp. being presumptive by advising all Delphi salaried retirees via letter dated Feb. 5, 2009 … that effective April 1, 2009, health care coverage will no longer provided or … are they privy to what your ruling will be on Feb. 24, 2009? This seems odd to me.**

**<u>My objections are based on the following merits</u>:**

**This is a civil rights issue and should not be handled in a court of bankruptcy.**

**This is a criminal issue and should not be handled in a court of bankruptcy.**

**GM Corp. and Delphi Corp. owes all Delphi salaried retirees health care coverage, life insurance coverage and pension benefits for life … because:**

- **there was a gentleman's (gentlewoman's) agreement that if we worked hard and was loyal … the company would reciprocate in our retired years**
- **we gave the company a lifetime of service**
- **worked casual overtime**
- **did not receive cost-of-living increases as hourly workers did**
- **did not receive monetary rewards (in most instances) for suggestions that saved the company money -- because it was supposes to be an unspoken part of a salaried person's job function**
- **did not receive a bonus incentive (quarterly) as the hourly workers did --- for perfect attendance**
- **did not receive merit raises when hourly personnel received contractual raises**
- **insurance co-pays and insurance deductibles have gradually increased over the years for salaried retirees**
- **legacy costs (which so many people talk about) applies (equally) to those executives who did not give up the bonuses or the perks when they moved from GM to Delphi. (this is on par with the Jobs Bank)**
- **equity of pain is not felt by all constituents of Delphi. Executives and upper management receive untold perks that make their lives easier (e.g.) drivers, free cars, free gas, free car insurance and other untold <u>entitlements</u>. Average salaried employees don't benefit from all the oblique services showered on executives.**

**Delphi executives were paid to keep our company afloat. That is why they received more money than the average worker.**

**Market conditions were not/are not Delphi Corp. problem … and to blame market conditions is contemptible.**

**Many salaried retirees were ready and willing to retire but were encouraged to stay with the (new) Delphi after the IPO was issued in May 1999.  We did not have flow-back rights as the hourly personnel did.**

**Because of that, employee expectations were that our pensions and our other coverages in old age would be there for us.**

**Steve Miller (current chairman of the board) told employees (after his arrival for the sole purpose of turning the company around and waiting to reap $3M) … to salaried employees (on the lawn of the Delphi headquarters) that they would be protected and their benefits would not be cancelled.**

**All salaried employees served in good faith and we expected the company to reciprocate and live up to their end of the agreement, albeit unspoken, but nonetheless an agreement between human beings.**

**Since Delphi filed for bankruptcy in 2005, executives have continued to receive bonuses.**

**In my 33 years with the company, I found GM/Delphi to be an honorable company.**

**The hardship that this maneuver will place on salaried retirees (because of the sheer magnitude) is immeasurable.  The enormity of the impact will be unbelievable.**

---

**I am not angry. I am not bitter.  I am thoroughly disappointed because the company did not live up to basic ethical and moral standards --- nor to their commitments --- which is what we all liked about GM and Delphi.**

**We as employees used our expertise for the betterment of the company.  I stayed because I expected the company to care for me in my old age.**

**Salaried retirees have less than 90 days to react to this hailstorm … and there is nothing to bridge us over.**

**If we had known this was going to be the case when we retired, we would have managed our life differently.**

**This is untenable for people who rely on these benefits. The enormity of the trade-offs is also unimaginable because you will have people who choose**

**food before prescriptions.  People should not have to be put in that position.**

**I am not mad.  That will come when I tell my wife that you have approved Delphi's request to cancel our health coverage and life insurance.**

**The entire health insurance debacle should have been fixed long ago by the brilliant folks in this country.  But egos always prevail over logic, care for your fellow neighbor, sincerity, and what's just and moral. People throw words like abortion and gay into any serious discussion about health care reform and all rationale goes out the window, emotions and egos take over and nothing happens.  Other countries, like France has a better system … not perfect and yes they pay exorbitant taxes, but isn't life (this short package of ~70yrs) really about service.**

**At 62, jobs will not come to me.  Since I received this legal package FedEx last week, I have applied for 15 jobs.**

**As soon as someone or some company look at my resume and see that I am 62 and that I graduated from a small private college in North Carolina, that resume will go into file 13.  I will not delude myself.**