Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
One Bowling Green
Room 610
New York, New York  10004

February 9, 2009

Re: Case No 05-44481

Sir,

I am a Delphi salaried retiree.  I worked diligently for 31 years at GM/Delphi.  All of those years I was told I would have lifetime health care in return for working long hours and being a loyal employee.

My wife and I are frugal folks.  We are in no way extravagant.  Losing our health care benefits at this stage of life will be an extreme hardship on us.  We don't believe it is right for Delphi to do this to us.  It seems to me that Delphi can cut financial corners in other areas without impacting the promises made throughout the years.

Please do not allow these cuts to happen.  I fear the precedent that would be set.  Thank you for taking the time to read and consider my request.

Sincerely,


Ned C. Bryant
2005 N. Brentwood Place
Essexville, Mi  48732