United States Bankruptcy Court                                    February 10, 2009
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (Health Insurance Benefits ) for all Retirees

R E C E I V E D

FEB 13 2009

U.S. BANKRUPTCY COURT, SDNY

Copies to :
Delphi Corporation ,5725 Delphi Drive Troy , Michigan, 48098
Skadden, Arps Slate Meagher & Flom , 333 West Wacker Drive, Suite 2100 ,Chicago Ill, 60606
Davis Polk & Wardell, 450 Lexington Ave, New York, NY, 10017 (D.Bernstein and B. Resnick)
Latham & Watkins,885 Third Ave, New York,NY 10022 (R. Rosenberg and M. Broude)
Fried, Frank, Harris, Shriver & Jacobson, One New York Plaza, New York, NY 10004
(B.Steingert)
Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street,
Suite 2100,N new York, NY. 10004 (B. Masumoto)

I am writing you to submit my  OBJECTION to the Delphi Automotive Systems motion to
cancel OPEB (Health Insurance Benefits) for current and future Salaried Retirees. I am following
the suggested format from Atty. Brandon Duncomb of Skadden , Arps, Slate, Meagher & Flom.

There are a number of reasons  this an unfair and unjust motion that should be denied. First, this
document was filed with no previous warning to any of the retirees of Delphi, with formal
communication made on February 5, 2009 by mail. This only allows 12 days for any concerted
effort by retirees, who are spread all across the country, to try and coordinate their objections.

A great majority of the current and future retirees were former General Motors employees, and
were given no choice in the forced 1999 spin-off from General Motors. There are several cases
of retirees who spent the great majority of their career with General Motors, who are now
facing elimination of their Retiree benefits proposed by Delphi Corporation. I fall into this group.

Delphi Corporation very recently has had major reductions in force. Several thousand employees
have been forced to leave the Company since late 2008. Many of these people essentially
accepted a  Retirement program, with no REAL recourse to keep their jobs. I believe that Delphi
was aware of this plan to terminate benefits while they were in the process of offering these
severance packages, and intentionally concealed that benefits were soon to be eliminated. I , like
many others, would not have been interested  in accepting the severance if I was aware of this
planned benefit termination. I was given a package with all the benefit costs and choices  and
advised I would have benefits in Retirement. After just 3 months of retirement, Delphi is
terminating these promised benefits. I believe that Delphi has recanted on that promise, and
should offer me a full-time position back with the Company in light of their manipulation.

Please consider these points, as I would like to enter my OBJECTION to this motion by Delphi
Automotive to terminate Retiree Health Benefits, and file a Claim for my  Financial loss against
Delphi for the cost of these future benefits that were promised and are now being terminated.

Thank you in Advance
Dave  La Liberte
Dave LaLiberte – 34 years with General Motors and Delphi Automotive
475 Twin Oaks Drive
Carmel. In. 46032