**Hearing Date And Time: February 24, 2009 at 10:00 a.m. (prevailing Eastern time)**
**Objection Deadline: February 17, 2009 at 4:00 p.m. (prevailing Eastern time)**

David D Jackson
4443 East 150 North
Anderson, IN 46012
(765) 378-1055



Salaried Retiree of Delphi Corporation
Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - -x
                   :

In re                        :      Chapter 11
                   :

DELPHI CORPORATION, et al.,     :      Case No. 05-44481 (RDD)
                   :

             Debtors.   :      (Jointly Administered)
                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - -x

LETTER TO CONTEST DELPHI'S MOTION FOR ORDER UNDER 11 U.S.C. §§ 105, 363(b)(1), AND 1108 CONFIRMING DEBTORS' AUTHORITY TO TERMINATE EMPLOYER-PAID POSTRETIREMENT HEALTH CARE BENEFITS AND EMPLOYER-PAID POST-RETIREMENT LIFE INSURANCE BENEFITS FOR CERTAIN (A) SALARIED EMPLOYEES AND (B) RETIREES AND THEIR SURVIVING SPOUSES ("SALARIED OPEB TERMINATION MOTION")

<u>PRELIMINARY STATEMENT</u>

       I am a Delphi employee retiree. As the court knows, Delphi Corp. filed a motion with

the U.S. Bankruptcy Court to discontinue healthcare and life insurance coverage for retirees.

The notice also stated my Retiree Health Reimbursement Account (RHRA) would be

eliminated, which was established when Delphi terminated health insurance coverage for

retirees once they reach 65 years of age.

I am contesting this motion for the following reasons:

1) The obligation Delphi has to provide health care coverage for retirees is time limited.   Coverage
   for retirees is stopped when they reach age 65.  And, retirees hired after 1992 do not receive
   health care coverage in retirement.

2) People hired after December 31, 1992 knew they would not receive health care coverage in
   retirement when they hired in so they have had time to plan for health care in retirement.  People
   such as myself who were hired in the 60's, 70's or 80's were told by the company that we would
   receive health care coverage in retirement and now have no time to plan for providing ourselves
   and families with  health care coverage after retirement.  Those of us who have already retired are
   in an even worse situation and could cost some of us more than a third of our fixed income to
   continue our coverage.

3) The motion made by Delphi is for permanent elimination of health care benefits for salaried
   people who were promised this coverage when they retire.  When the company recovers and the
   executives are receiving bonuses, it makes sense to me that the company would honor its
   commitment to provide health care coverage to the salaried employees who were promised
   coverage.

2

## SUMMARY

I was an engineer and engineering manager who hired into the company under GM and dedicated my working career to making GM and then Delphi the best company I could. I understand the extraordinary difficult economic times that the company, as well as the automotive industry faces. Sacrifices are being made now and more will be necessary. If health care coverage for retirees needs to be temporarily modified to help ensure the company's survival, then that is what we need to do. For example, co-pays, deductibles and/or premiums could be temporarily raised. However, I believe the permanent elimination of health care coverage for salaried retirees that were promised this coverage is not justified.

I appreciate the court taking the time to consider my argument and respectfully ask that you not approve Delphi's motion to terminate health coverage for salaried employees that are counting on that coverage.

Dated:      Anderson, Indiana
February 10, 2009

David D Jackson

4443 East 150 North
Anderson, IN  46012
765-378-1055

3