February 7, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on
February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000
salary people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a
motion to object to document #14705.**

This document was filed with no previous warning to any of the salary retirees of Delphi
Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere
twelve days to file our objections.

Many of the most recent salary retirees of Delphi were retired **BY** the company and **NOT** by the
choice of the employee. We were given no decision to make, just told we would be retiring on a
specific date. We had little time to prepare for retirement, and little time to adjust to a
significantly reduced income before we were hit with this latest development (loss of health care)
which will cause financial hardship for every salary retiree. It will have huge impacts not only on
the salary retirees, but also every community where salary retirees live.

With the current state of the economy, salary retirees who had saved for retirement in their Stock
Savings Plans, have lost almost 40% of their savings. As you know, the cost of living has
increased significantly in the last two years. This coupled with the loss of health care benefits
would have a crippling effect on the lives of every salary retiree of Delphi Corporation.

It is my belief that there are other ways to restructure the company and still retain health care for
salary retirees. Health care benefits are currently scheduled to stop at the age of 65 for all salary
retirees. This cost is a decreasing cost to the company as each of us reaches that 65 age
milestone.

Please know that each of the 15,000 salalry retirees who will be negatively impacted by this
action will be looking to you for your consideration when making the decision concerning
Document #14705 dated February 4, 2009.

My husband and I are both Delphi salary retirees.  Jerry is on Medicare, but I am not yet eligible for Medicare.  If you take away our health care benefits prior to my turning 65 and being Medicare eligible the monthly cost of my premiums would be astronomical in addition to paying for a Medicare supplement policy for his health care and prescription drug plan.  After so many years of dedicated service, it seems that they could at least provide us with medical coverage when we most need it until we are Medicare eligible.

# We ask you to REJECT this motion.

Sincerely yours,

Jerry & Linda Thompson
4307 Kingston Loop
Sarasota, FL  34238
Phone - 941-923-0116