February 7, 2009

United States Bankruptcy Court
One Bowling Green, Room 610
New York, NY 10004

Attn: Honorable Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees
**Letter from a Spouse**

Dear Honorable Judge Drain:

I humbly come before Your Honor and the courts as an affected spouse of a retiree of Delphi Corporation. It may be considered out of line for me to communicate my concerns to your Honor and the courts. I apologize if in any way I am offending your Honor, the courts or Delphi Corporation. Please forgive me Your Honor, but I can't contain myself anymore in this matter. This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation. The Corporation has also informed us that they are also canceling our life insurance along with the cancellation of OPEB benefits.

**Please note that this letter is an OBJECTION from a spouse whose life will be greatly affected by that document.** Your Honor these cancellations of benefits don't only affect our husbands but we as their spouses lives also. Yet we as spouses are expected to quietly sit by and say and do nothing. Your Honor this time I can't do that! I have sacrificed and worked for this company behind the scenes as much as my husband has worked for this company.
**Your Honor please file this as a motion to object to document #14705.** I haven't requested anyone's permission to voice their concerns, but I'm sure they wouldn't mind and would gladly agree this be filed on behalf of ALL the spouses and family members of a Delphi Corporation retiree. This document was filed with no previous warning to any of the retirees of Delphi Corporation and was only made known to our husbands and wives via a letter on February 5, 2009 and gave them a mere twelve days to file their objections.

Your Honor when my husband had to retire he was told one day that on Monday his job and whole department was moving to Mexico and he had NO JOB. We were in a tail spin. I know many of the most recent retirees of Delphi were retired **BY** the company and **NOT** by the choice of the employee. They were given no decision to make, just told they would be retiring on a specific date and be out of a job. They had little time to prepare for retirement as my husband didn't and little time to adjust to a significantly reduced income before we were hit with this latest development (loss of health care) which will cause financial hardship for every retiree and family member. This is not just affecting 15,000

people but many more! Your Honor I have Multiple Sclerosis and other health issues. We need our health care and life insurance.
My husband and I also take care of my 95 year old Mothers' expenses, and my son had his house in foreclosure, which we had to help, save. We have been stretched to the breaking point from the economy and now Delphi's poor decisions. Delphi's filings will have huge impacts not only on the retirees and spouses but also every community where retirees and their families live.

These salaried men and women retired and those working, and now those recently retired in their sixties were and are the backbone of Delphi. They had no Union to back them on anything like the hourly workers. They can't start over. My husband worked hard for Delphi and sacrificed for me as I did for him. It was hard when he had to travel and I had two small children and one on the way. Now Delphi throws their salaried retirees away like they and their families never mattered. Our educated husbands and wives made that company prosper for years. As a salaried worker my husband worked overtime many times and didn't make overtime extra pay. He didn't take sick days off when he should have, but went to work, traveled and left his family for weeks. He and others developed and designed products that saved and made the Corporation of Delphi millions and all the thanks these men and women got was a silver dollar in a plastic sphere and a crummy thank you lunch. NO extra money.

My husband and I always told our children to work hard, be on time for work and give your job 100% or more and the company will take care of you. Be honest and trustworthy and dependable and you will have worked and earned a good future for yourself and your family. My husband was a true company man. I watched the disappointment several times when he was up for promotions and his boss informed him it was his time but they had to give the job to either a woman or an African American to make their quota. Then the Company had the nerve to have my husband train that person for the job he rightfully earned and was told should have been his. He his whole life took charge and even cared for their golf team, when he left that fell apart. We tell our children get a job that has benefits. Get involved; share your education and talents with the company. Always give more then they ask. Help it grow. Now we are saying, don't put all your eggs in one basket. Do a good job, but on the side provide for yourself. Take care of yourself, because what we did and taught to you our whole life we now see has been a lie, for we are living it and you are watching it happen! Your Honor, please do not agree with Delphi's request, because if you do, it will not only devastate everyone's life, but will also make my husband and me to be liars to our children. How will we ever explain that decision to them if you say yes, when they will know that their fathers' and everyone else's hard work for the company was never appreciated. That the company had no concern for these people as we have always taught it would. What kind of an example to our young people are we sending? Your Honor, if you are a father and had taught these principles to your children and this happen to you, how would you live with this? How would you explain? Sir, I don't know what to do or say to them! My husband and I have been an excellent roll model. This request and filing is very offensive and the FEAR everyone is experiencing is real! None of these people deserve this kind of treatment.

With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans, which we did, have lost almost 40% of their savings. Your Honor, we lost everything. That is what my husband worked so hard for. To provide for me, and my family, medical coverage, life insurance, and stock benefits, because I can't work now or in the future to provide it for myself. Your Honor in my condition, what am I now to do? Everything and I do mean everything is being taken away. And now that I have an existing medical condition I won't be able to even get or especially afford medical coverage.

Your Honor, as you know, the cost of living has increased significantly in the last two years. This coupled with the loss of health care benefits and their life insurance will have a crippling effect on the lives of every family member and retiree of Delphi Corporation. I know and it is my belief that there are other ways to restructure the company and still retain health care and life insurance for retirees. The company should have been doing this restructuring years ago. We have been informed once this request is cancelled it is a permanent decision, yet I don't see the heads of Delphi biting the bullet also and cancelling their benefits permanently as they are requesting, Your Honor. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a decreasing cost to the company as each of these employees reaches that 65 age milestone. These people need a few more years to save up for this transition and time to research options. Not get hit like a bomb with it because no one prepared and saw this coming.

Your Honor please know that each of the 15,000 retirees and spouses and family members who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009. Our future is in your hands.

## We all ask Your Honor to appreciate the dedication shown, protect us and REJECT this motion.

Respectfully yours,

Mrs. Robert D Leonard Jr.
6250 Catawba Drive
Canfield, Ohio 44406