Hearing Date and Time: February 24, 2009 at 10:00 a.m. (prevailing Eastern Time)
Objection Deadline: February 17, 2009 at 4:00 p.m. (prevailing Eastern Time)

Lana D. Boor
3871 E. Pond CT
Orion, MI 48359
248-391-0568

Salaried Employee of Delphi Corporation
Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
                              :
In re                         :    Chapter 11
                              :
DELPHI CORPORATION, et al.,   :    Case No. 05-44481 (RDD)
                              :
                   Debtors.   :    (Jointly Administered)
                              :
------------------------------x

LETTER TO CONTEST DELPHI'S MOTION FOR ORDER UNDER 11 U.S.C. §§ 105, 363(b)(1), AND 1108 CONFIRMING DEBTORS' AUTHORITY TO TERMINATE EMPLOYER-PAID POSTRETIREMENT HEALTH CARE BENEFITS AND EMPLOYER-PAID POST-RETIREMENT LIFE INSURANCE BENEFITS FOR CERTAIN (A) SALARIED EMPLOYEES AND (B) RETIREES AND THEIR SURVIVING SPOUSES ("SALARIED OPEB TERMINATION MOTION")

PRELIMINARY STATEMENT

I am 60 years old and recently retired from Delphi on January 1st 2009. I stayed until I had 30 years and health care coverage because I knew how critical it was to me. As the court knows, Delphi Corp. filed a motion with the U.S. Bankruptcy Court to discontinue healthcare and life insurance coverage for retirees. If I had known this, I probably would have tried to stay. This is a big shock. The notice also stated my Retiree Health Reimbursement Account

1

(RHRA) would be eliminated. This was supposed to help based on the change that terminated health care at age 65 a couple years ago.

Below are some the reasons that I do not believe this should approved:

1) Based on the above change, Delphi only has to provide health care coverage for retirees until they reach age 65. Retirees hired after 1992 do not receive health care coverage in retirement so it is not the entire population of employees.

2) People hired after December 31, 1992 knew they would not receive health care coverage in retirement so they have had time to plan for health care. People like me did not have any notice. Even though we knew that it could be changed there was always the "message" to us that we would be ok and we did not need to worry. So we operated on and retired on false expectations that now hurt us tremendously.

3) Executives and investors making these decisions are probably not impacted to the same degree that average salary workers will be. Perhaps they can't truly appreciate what this means. I believe the plan is to temporarily "suspend" bonuses, for the executives, but cancellation of our health care & life insurance is a permanent decision regardless of how well the company does in the future. This just doesn't make sense or seem morally right to the core people of this great country.

4) I understand the extraordinary difficult economic times that the company, as well as the automotive industry face, and of course want to see Delphi survive. However, there must be an alternative that could be worked out to help the company survive that isn't such a shock and direct full impact to the people who were devoted to Delphi and worked long and hard to help the company be profitable and then later to survive. Something like increasing the amount we have to contribute. We could even split the cost. If nothing else, when the company recovers and the

2

executives are receiving bonuses, Delphi should honor its commitment to employees who are receiving or were promised health care coverage.

## SUMMARY

I am a retired 60-year-old 30-year salary person who had no protection by being organized in a Union. We just believed what the company told us and were loyal employees. Please know that we will be negatively impacted and need your help concerning the decision related to Document #14705 dated February 4, 2009. You are our last hope. I respectfully ask you to not approve this motion.

Dated:   Orion, Michigan
         February 10, 2009

Lana D. Boor

*Lana D. Boor* (signature)

3871 E. Pond CT
Orion, MI 48359

Priority Mail copy sent to:

Courtroom Deputy Dorothy Li.
N.Y. - United States Bankruptcy Court

Delphi Corporation
Attn: General Counsel

Skadden, Arps, Slate, Meagher & Flom, LLP
Attn: John Wm. Butler, Jr.

Davis, Polk and Wardwell
Attn: Donald Berstein and Brian Resnick

Latham & Watkins, LLP
Attn: Robert J. Rosenberg and Mark A. Broude

Fried, Frank, Harris, Shriver & Jacobson, LLP
Attn: Bonnie Steingart

Office of the United States Trustee for the Southern District of New York
Attn: Brian Masumoto

3