February 09, 2009
Page 1 of 2

To: United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: To the chambers of Honorable Judge Robert D. Drain

From: Linda K. Sutton
7690 North St.
Frisco, TX 75034
Home phone; 1.972.668.1910
Email; lsutton7690@att.net

Reference;
Delphi Corp Case # 05-44481 filed October 8, 2005
Document #14705 to cancel OPEB (health insurance benefits and life insurance benefits), for all Delphi Salaried retirees.

Dear Judge Drain;

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 04, 2009, asking the court to cancel health and life insurance benefits (OPEB) for some 15,000 retirees of Delphi Corporation.

I respectfully submit to your court this **OBJECTION** to that document and the action proposed, and file it as a motion to object to document #14705. I knew nothing of this action before receiving notice in the mail on February 05, 2009. This gives those affected only 12 days to digest, try to understand, and file an objection request. I am still not positive I have met all the confusing requirements to file a protest of this action, and beg the Court to grant some leeway if this request does not meet the letter of those requirements to protest.

I thought my benefits were funded and that Delphi held a commitment by the corporation to it's' retirees. I spent 10 years as an hourly non-represented employee. While still working I attended college to better myself and to contribute to the Company my talents as a salaried employee for another 10 years. Then Delphi took over and offered an early retirement to those who were 55 years or older and had at least 20 years of service. I accepted the early retirement package in March 2001.

salaried personnel from this action.

It is my belief that there are better ways to restructure and still retain health and life insurance benefits for salaried retirees. Benefits will drop dramatically as retirees reach age 65 and transfer to Medicare, and as such, is a decreasing cost to the Company. But the removal of these benefits now will have a crippling effect on those citizens that can least afford it.

Please know that each of the salaried retirees look to you to hear our plea. Throughout our active corporate lives we did not have representation for our cause, yet we continued to try to improve our lives and the success of our Company. We believed we had a commitment from the Company, that in return for expending our productive years at the Company, the Company would provide us dignity as retirees, by providing a modest pension, most of which we paid for, and health care and life insurance benefits. Benefits they promised would be at the end of our corporate journey. We did not and do not want to burden our children, or taxpayers, with that task.

I implore you to reject this motion. Cutting the safety net from this minority of employees cannot possibly be the key to Delphi's survival.

Respectfully yours,

Linda Sutton
7690 North St.
Frisco, TX  75034
Phone   1.972.668.1910
Email    lsutton7690@att.net