February 09, 2009
Page 1 of 2

To: United States Bankruptcy Court
One Bowling Green
New York, NY 10004



Attn: To the chambers of Honorable Judge Robert D. Drain

From: Larry L. Sutton
7690 North St.
Frisco, TX 75034
Home phone; 1.972.668.1910
Email; lsutton7690@att.net

Reference;
Delphi Corp Case # 05-44481 filed October 8, 2005
Document #14705 to cancel OPEB (health insurance benefits and life insurance benefits), for all Delphi Salaried retirees.

Dear Judge Drain;

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 04, 2009, asking the court to cancel health and life insurance benefits (OPEB) for some 15,000 retirees of Delphi Corporation.

I respectfully submit to your court this **OBJECTION** to that document and the action proposed, and file it as a motion to object to document #14705. I knew nothing of this action before receiving notice in the mail on February 05, 2009. This gives those affected only 12 days to digest, try to understand, and file an objection request. I am still not positive I have met all the confusing requirements to file a protest of this action, and beg the Court to grant some leeway if this request does not meet the letter of those requirements to protest.

We each have our own story, but suffice it to say we all thought of our benefits as funded and a commitment by the corporation to its' retirees. I spent 31 years as a salaried employee with GM/Delco Electronics before I was incorporated into Delphi. A change I did not request. When this merger was evident, I asked if I could retire under GM, and was told no, that I was too valuable an employee. I spent another 5 years as a Salaried Delphi employee, and took an early retirement package offered and encouraged by the Company in June 2001.

I am in shock, and do not know how I can continue providing for my family and myself when pensions are frozen, investments are cut in half, and now I must contribute an additional ~$1,300.00 a month for health insurance. What a terrible thing to do to people who are already retired and on a fixed income, and will find it extremely difficult to find a job in this market.

I read about the hourly benefits and pensions of Delphi employees being picked up and "**paid by GM**", and about the current employee merit raises and promotions being "**postponed**", and about executive bonus "**paid in stock**" or being "**deferred**" until better times, yet salaried retiree benefits are to "**go away forever regardless of the future**". And, since this notice mentions '**certain salaried** employees, does that exclude retired salaried executives or uncoded salaried personnel from this action?

It is my belief that there are better ways to restructure and still retain health and life insurance benefits for salaried retirees. Benefits will drop dramatically as retirees reach age 65 and transfer to Medicare, and as such, is a decreasing cost to the Company. But the removal of these benefits now will have a crippling effect on those citizens that can least afford it.

Please know that each of the salaried retirees look to you to hear our plea. Throughout our active corporate lives we did not have representation for our cause, yet we continued to try to improve our lives and the success of our Company. We believed we had a commitment from the Company, that in return for expending our productive years at the Company, the Company would provide us dignity as retirees, by providing a modest pension, most of which we paid for, and health care and life insurance benefits. Benefits they promised would be at the end of our corporate journey. We did not and do not want to burden our children, or taxpayers, with that task.

I implore you, on behalf of my family, and all the other Delphi salaried retirees and their families, to reject this motion. Cutting the safety net from this minority of employees cannot possibly be the key to Delphi's survival.

Respectfully yours,

Larry Sutton
7690 North St.
Frisco, TX 75034
Phone   1.972.668.1910
Email    lsutton7690@att.net