February 8, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections.

Many retirees "volunteered" to retire early to help avoid company enforced layoffs of younger employees. In part, this decision was based on Delphi's published policy of establishing separate classes of future retirees with separate benefits based on hiring date. Those hired between 1993 and 2000 were paid a premium in lue of future benefits and those hired after 2000 were informed up front of lack of benefits. Those of us hired prior to 1993 (almost all current retirees) expected to receive affordable health care paid substantially by Delphi.

With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans, have lost almost 40% of their savings. As you know, the cost of living has increased significantly in the last two years. This coupled with the loss of health care benefits <u>for retirees and spouses prior to becoming eligible for Medicare</u> would have a crippling effect on the lives of every retiree of Delphi Corporation. We have little if any chance of finding new employment in today's economic crisis and, for many, difficulty in finding affordable health insurance for our family due to medical problems.

It is my belief that there are other ways to restructure the company and still retain health care for retirees. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a decreasing cost to the company as each of us reaches that 65 age milestone.

Please know that each of the 15,000 retirees who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

## I ask you to REJECT this motion.


Sincerely yours,

*[signature]*

Robert L. Skillman
18052 W. Tierra Del Sol Drive
Surprise, AZ   85387-6407
623-215-2179