February 8, 2009

United States Bankruptcy Court
Southern District of New York at One Bowling Green
New York, NY 10004

Attn: To the chambers of Honorable Judge Robert D. Drain

From: James R. Boone
8038 E Constitution Dr.
Syracuse, IN 46567
Home Phone; 1-574-275-4104
Email; james.boone@mchsi.com

Reference;
Delphi Corp Case # 05-44481 filed October 8, 2005
054481-16117, SALARIED OPEB TERMINATION MOTION
Court Docket #14705
Hearing to held 2/24/2009 at 10:00AM


Dear Judge Drain:

This letter is to **object** to the document #14705 filed by Delphi Corp. on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 Salary Retirees of Delphi Corporation. Please file this as a motion to object.

This document was filed by Delphi on February 5, 2009 and gave no warning to the retirees and only 12 days to file objections. In addition an internal memo was issued stating that effective April 1, 2009 Delphi will no longer provide health care and insurance to retired salaried retirees, suggesting Delphi assumes the motion has already been approved.

In an effort to reduce the salary headcount at Delphi Corp., I was given the opportunity to take an early retirement package and encouraged to retire effective March 1, 2002 with a pension and insurance benefits. Having both of these was the only way retirement at the age of 53 was possible.

In 2006 we went to a Salaried Benefits meeting, where they informed us that when we turned 65, and went on Medicare, we would no longer have our medical benefits, but they would provide us with a $20,000 spending acct. to purchase Medigap insurance. This would create a decreasing cost for medical insurance for Delphi Corp. We understood

why it needed to be done and accepted the change, as the cost of Medigap insurance is not prohibitive after going on Medicare at age 65  Now even that will be gone.

With General Motors picking up all of the Delphi retired hourly responsibilities (pension and insurance). Delphi Corp. should have worked with GM to have them take over the Health Insurance (OPEB) for the retired salary people who had 30 or more years with GM also.

I also feel that Delphi Corp. has known for quite some time their intentions to file this motion, and deliberately held off notifying the retirees so it would difficult to file objections in a timely manor.

Please know that all of the retirees affected by this Document #14705 dated February 4, 2009 will be looking to you for your consideration, and we ask you to **REJECT** this motion.

Sincerely yours,

James R. Boone
8037 E. Constitution Dr.
Syracuse, IN 46567
1-574-275-4104 (Phone)
1-765-860-4712 (Cell)
Email  james.boone@mchsi.com