Honorable Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
Debtors: Delphi Corp.
Case Number: 05-44481

Feb. 7th, 2009

Dear Sir,

    On February 5th, 2009 I received a letter stating that Delphi Corp. filed a motion with the U.S. Bankruptcy Court to discontinue the salaried retiree's healthcare and life insurance coverage. In the filing, per the letter, it also stated that our Retiree Health Reimbursement Account (RHRA) would also be discontinued. This account was supposed to be set aside to purchase a supplement insurance policy once we turned 65 years of age and became Medicare eligible.
    I am deeply saddened and disappointed by this news. As with myself and my fellow co-workers who gave 30 plus years of loyal service to the company, I feel that Delphi will be placing us in an extraordinary hardship. Due to our fixed income position, we do not have the monetary capability to purchase a healthcare plan independently without sacrificing the basic necessities of life, such as food and utilities.
    Therefore, I am strongly contesting this motion by Delphi to discontinue the salaried retiree healthcare coverage. I understand the extraordinary economic times that the company, as well as the automotive industry faces, but I believe that this will only put a further burden on an already overstretched Welfare and Medicare system. Not to mention the fact that thousands of retirees will now be faced with difficult choices, such as forgoing prescriptions or skipping meals in order to survive.
    I believe you are a fair man. Being a retired Delphi employee, I have followed this bankruptcy since they filed. I believe you have done what is truly in the best interest of all stakeholders involved. That is why I am writing to you to say think about all the dedicated retirees who spent weeks away from their families in order to see this company grow and prosper. It does not seem just that in the United States of America, someone can work for 30 plus years and enter retirement worse off than when they started.
    I appreciate your time and consideration of my contesting Delphi's motion to terminate the salaried retirees healthcare care plan.

Sincerely,

David A. Sedam
203 Wickersham Dr. E
Kokomo, IN 46901

**Note:** For myself and Spouse, the highlighted area amount is what would come out of my Retirement check if we continued with Delphi's Insurance plan. Would leave me less then $800.00 to live on

## Estimated 2009 Retiree Self-Pay Rates

| | Rates shown below are Monthly Rates | | | | | | |
|---|---|---|---|---|---|---|---|
| Health Plan Name | Employee Only | Employee and Spouse | Employee and Child(ren) | Family | Spouse Only | Child(ren) Only | Spouse & Child(ren) |
| Enhanced Medical Plan | $666.00 | $1,332.00 | $1,198.80 | $1,864.80 | $666.00 | $666.00 | $1,198.80 |
| Point-of-Service Plan | $636.00 | $1,272.00 | $1,144.80 | $1,780.80 | $636.00 | $636.00 | $1,144.80 |
| Comprehensive Health Savings Plan | $332.00 | $664.00 | $597.60 | $929.60 | $332.00 | $332.00 | $597.80 |
| Health Net (Southern CA) | $520.99 | $1,094.08 | $989.88 | $1,458.77 | N/A | N/A | N/A |
| Advantage Health Plan (IN) | $502.72 | $1,055.77 | $955.17 | $1,407.62 | N/A | N/A | N/A |
| HAP (MI) | $333.43 | $700.21 | $633.52 | $933.60 | N/A | N/A | N/A |
| Priority Health West (MI) | $507.89 | $1,066.57 | $965.02 | $1,422.20 | N/A | N/A | N/A |
| Blue Care Network (Southeast Michigan) | $312.81 | $656.90 | $594.34 | $875.87 | N/A | N/A | N/A |
| Priority Health East (MI) | $377.92 | $793.67 | $718.07 | $1,058.22 | N/A | N/A | N/A |
| Health Plus of Michigan (MI-Flint) | $386.05 | $810.70 | $733.49 | $1,080.93 | N/A | N/A | N/A |
| Health Plus of Michigan (MI-SE Mich) | $304.99 | $640.48 | $579.48 | $853.97 | N/A | N/A | N/A |
| Health Plus of Michigan (MI-Saginaw) | $399.75 | $839.49 | $759.54 | $1,119.32 | N/A | N/A | N/A |
| Blue Care Network (MI-East/Saginaw) | $404.59 | $849.64 | $768.73 | $1,132.85 | N/A | N/A | N/A |
| Blue Care Network (Mid-Michigan) | $404.59 | $849.64 | $768.73 | $1,132.85 | N/A | N/A | N/A |
| Blue Care Network (East/Flint Michigan) | $368.60 | $774.06 | $700.34 | $1,032.08 | N/A | N/A | N/A |
| Blue Point 2 (NY-Rochester) | $370.98 | $853.26 | $934.13 | $983.10 | N/A | N/A | N/A |
| United HealthCare (Dayton/Cinci) | $600.59 | $1,261.24 | $1,141.12 | $1,681.64 | N/A | N/A | N/A |
| Kaiser Permanente (OH) | $419.44 | $880.82 | $796.94 | $1,174.43 | N/A | N/A | N/A |
| Health Assurance - Warren/Youngstown (OH) | $550.38 | $1,155.79 | $1,045.72 | $1,541.06 | N/A | N/A | N/A |
| Dental | $44.00 | $88.00 | $79.20 | $123.20 | N/A | N/A | N/A |
| Vision | $3.00 | $6.00 | $5.40 | $8.40 | N/A | N/A | N/A |
| Extended Care Coverage | $11.00 | $22.00 | $19.80 | $30.80 | N/A | N/A | N/A |

Notes: Rates are evaluated on an annual basis and are subject to change.

Spouse Only, Child(ren) Only, Spouse & Child(ren) are available only to retirees who are Medicare eligible and age 65 or older.