Honorable Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
Debtors: Delphi Corporation
Case Number: 05-44481

Feb. 9th, 2009

Dear Sir,

    I write this in objection to Delphi's, February 4th, 2009, filing of a motion to terminate the employer-paid post-retirement health care benefits, the employer-paid post-retirement life insurance benefits, the Retiree Health Reimbursement Account and the Medicare Part B special benefit.

    Currently I pay $155.00 monthly for family medical, dental and vision care. My employer-paid life insurance equals $66,946.00. I worked 31 years and 1 month at the time Delphi decided to retire me. Currently I receive approximately $2,628.00 per month pension take home pay. I support my wife and 16 year old daughter.

    For me to pay the full cost of family medical, dental and vision care benefits, without the current employer-paid benefits, will be $1,943.20 per month. The life insurance premiums will be approximately $23.70 per month. The Retiree Health Reimbursement Account and the Medicare Part B special benefit is $10,000.00 at age 65.

    Since receiving a letter from Delphi on February 5th, 2009 communicating the filed motion to discontinue previously mentioned benefits, I have and continue to investigate individual health insurance plans. It looks like I could be paying approximately 3 to 4 times the current $155.00 per month and still would not have the same medical benefits as I currently have. My overall budget and lifestyle will be significantly affected.

    In closing, I would like to be more specific about my objections. (a)The April 1st, 2009 date for terminating previously mentioned benefits does not leave an adequate amount of time to thoroughly investigate the best possible choices that need to be made. I am working to find the best benefit plans, as well as apply for jobs in a increasingly difficult market and going though Indiana workforce development training and programs. (b)In reference to the projected cash cost of $70 million per year for approximately 15,000 eligible salaried retirees, on pages 3 and 4 of the Notice of Motion; If the 15,000 retirees paid an additional $200 per month (200 x 12 x 15000=$36,000,000), the cash cost could be cut in half. (c) I think concessions from retired hourly employee benefits should be considered. (d) In reference to page 17 of the Notice of Motion - G. <u>Subsequent Challenges To The Global Economy, Capital Markets, And Auto Industry;</u> Using estimates and projections of customer (GM) requirements to support lifelong termination of Delphi's salaried retirement benefits does not seems appropriate. (e) Questions; Are executive bonuses and or retirement benefits still in tact? Can company paid vehicle compensation cost be suspended?

Sincerely, I appreciate your time taken in reading my letter

Jay R. Myers
804 N Hickory Lane
Kokomo, IN 46901
Ph. 765-437-6595