February 9, 2009

Honorable Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
Debtors: Delphi Corp.
Case Number: 05-44481
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Sir:

On February 5th, 2009 I received a letter stating that Delphi Corp. filed a motion with the U.S. Bankruptcy Court to discontinue the salaried retiree's healthcare and life insurance coverage. In the filing, per the letter, it also stated that our Retiree Health Reimbursement Account (RHRA) would also be discontinued. This ($20,000 or $10,000) account was established to reimburse the cost of Medicare Supplemental Health and Dental insurance for our family when we turned 65 years of age and become Medicare eligible.

I am deeply saddened and disappointed by this news. As with myself and my fellow co-workers who gave 35 years of loyal service to the company, I feel that Delphi will be placing us in an extraordinary hardship. Due to our fixed income position, we do not have the monetary capability to purchase a healthcare plan independently without sacrificing the basic necessities of life. The loss of health care coupled with almost 40% decrease in our savings could have a crippling effect on our lives and the local economy.

Being a retired Delphi employee, I have followed this bankruptcy since they filed. Up to this point, I believe you have done what is truly in the best interest of all stakeholders involved. That is why I am writing to you in **objection to document # 14705**. It does not seem just that in the United States of America dedicated retirees who spent weeks away from their families and homes in order to see this company grow and prosper, enter into retirement worse off than when they started. Even though we are classified as North American retirees, most of us spent countless number of hours and even years to help establish, grow and prosper the overseas operations for which we are now no longer accounted. We are only looked upon as North American retirees. This company was a proud company, which most of us were proud to be associated with.

It is my belief that there are other ways to restructure the company and still retain health care and RHRA benefits for retirees. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a decreasing cost to the company as each of us reaches that 65 age milestone.

Please know that all Delphi salaried retirees will be looking to you for your consideration when making the decision concerning Document # 14705 dated February 4, 2009.


Sincerely,


Donald F. Nelson
12617 West 350 North
Flora, Indiana 46929
Phone 765-566-2166