February 9, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.

Judge Drain, this is so unfair on so many levels. Why segregate out the salaried employees? We've been asked to sacrifice so many times as opposed to the union employees. Many of us were long term GM employees. We didn't ask to be transferred to the new Delphi organization, so why should we be penalized just because we were in the wrong place at the wrong time. GM should be responsible for our post retirement benefits and the same considerations should be extended to us as they are for the union group. Judge, my wife has MS, I have prostate cancer. No insurance company is going to insure us. To continue my current health care provider at 100% costs, UHC, is going to cost me almost $1300 per month to continue with them. I played by the rules, I worked hard, I saved, I sacrificed and I planned for my retirement. Now it's all evaporating in a matter of weeks. I am asking that we salaried employees not be singled out for this punitive treatment. There has got to be a more equitable solution.

This document was filed with no previous warning to any of the retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections.

Many of the most recent retirees of Delphi were retired BY the company and NOT by the choice of the employee. We were given no decision to make, just told we would be retiring on a specific date. We had little time to prepare for retirement, and little time to adjust to a significantly reduced income before we were hit with this latest development (loss of health care) which will cause financial hardship for every retiree. It will have huge impacts not only on the retirees, but also every community where retirees live.

With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans, have lost almost 40% of their savings. As you know, the cost of living has increased significantly in the last two years. This coupled with the loss of health care benefits would have a crippling effect on the lives of every retiree of Delphi Corporation.

It is my belief that there are other ways to restructure the company and still retain health care for retirees. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a decreasing cost to the company as each of us reaches that 65 age milestone.

Please know that each of the 15,000 retirees who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

We ask you to REJECT this motion.

Sincerely yours,
James B. Money
James B. Money
6003 Lakewood Dr
Hamilton, Ohio 45011            513-895-6003