February 13, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref: Delphi Case #05-4481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

I am writing this letter on behalf of my parents, John and Nancy Klomp.  My father is seriously ill and they are unable to deal with this at the present due to the severity of his illness. I found this letter online, and it looked like it contained everything I wanted to express.  At the end of the letter, I would like to take a moment to tell you about how this will personally affect my parents.  Thank you in advance for your time.

This letter is to express my concerns with Document #14705 filed by Delphi Coroporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009.  This gave us a mere 12 days to file our objections.

Many of the most recent retirees of Delphi were retired **BY** the company and **NOT** by the choice of the employee.  We were given no decision to make, just told we would be retiring on a specific date.  We had little time to prepare for retirement, and little time to adjust to a significantly reduced income before we were hit with this latest development (loss of health care) which will cause financial hardship for every retiree.  It will have huge impacts not only on the retirees, but also every community where retirees live.

With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans, have lost almost 40% of their savings.  As you know, the cost of living has increased significantly in the last two years.  This coupled with the loss of health care benefits would have a crippling effect on the lives of every retiree of Delphi Corporation.

It is my belief that there are other ways to restructure the company and still retain health care for retirees.  Health care benefits are currently scheduled to stop at

the age of 65 for all retirees.  This cost is a decreasing cost to the company as each of us reaches that 65 age milestone.

My father, John Klomp, was hired to work for General Motors in January of 1969.  In November of 1976, a 600 pound steel box fell off of a conveyor belt and landed on my dad, crushing his bottom 5 vertebrae.  He was 30 years old.  Since that time he has lost all feeling in his legs, he was eventually able to walk again with the use of a cane (and now a walker).  He did not sue this company for millions of dollars, nor did he claim disability and collect social security for the rest of his life.  He continued to work.  In 1992 he had to have major reconstructive back surgery on his spine.  After which, the doctors only permitted him to work half days.  He continued working.  Eventually, GM and Delphi split into two corporations – by no fault or choice of any of the employees.  In December of 2000, my father was informed that he was to retire unless he was able to work full days.  So he retired at the young age of 54, much earlier than he had planned.

February 2007 my father was diagnosed with leukemia (AML).  In August of 2007 he had a stem cell transplant.  Since then he has suffered from a list of complications nearly as long as the list of Delphi attorneys.  In addition to the injury he has lived with for over 30 years, he now suffers from congestive heart failure, chronic Host vs. Graft Disease, Addisons Disease, hypothyroid, he has 2 fungi in his lungs, he needs cataract surgery, and the list continues to grow.  For the past two years in a row, my parents have spent more on medical bills than they have earned in that year – with insurance.  My dad currently qualifies for Medicare as he retired on disability, but without supplemental insurance through Delphi, they will be uninsurable.  If an insurance company were to provide coverage, they wouldn't have the means to financially support it.  In addition to these concerns, the loss of life insurance would be devastating.

Please know that each of the 15,000 retirees who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009, I know I will.

## We ask you to REJECT this motion.

Sincerely,


Laura Hill
For


John Klomp
1585 Avalon
Saginaw, MI 48638