UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

IN RE

| | |
|---|---|
| DELPHI CORPORATION, et al. | Chapter 11 |
| Debtors. | Case No.: 05-44481 (RDD) |
| | (Jointly Administered |
| _____/ | |

Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Dr., Ste.2100
Chicago, IL 60606
(312) 407-0700
John William Butler, Jr.
Ron E. Meisler

    and

Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036
(212) 735-3000
Kayalyn A. Marafioti
Thomas J. Matz

    Attorneys for Delphi Corporation, et al
        Debtors and Debtors-In-Possession

**RETIREE RICHARD E. KORNOELJE'S
OBJECTION TO DEBTORS' MOTION FOR ORDER UNDER
11 USC §§ 105, 363(b)(1), AND 1108 CONFIRMING DEBTORS'
AUTHORITY TO TERMINATE EMPLOYER-PAID POST-RETIREMENT
HEALTH CARE BENEFITS AND EMPLOYER-PAID POST-RETIREMENT
LIFE INSURANCE BENEFITS FOR CERTAIN (A) SALARIED EMPLOYEES
AND (B) RETIREES AND THEIR SURVIVING SPOUSES**

February 12, 2009

The Honorable Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

Re: Case No. 05-44481 (RDD)

Dear Judge Drain,

I write to you in regards to Case No. 05-44481 (RDD), specifically in response to Delphi's request to terminate retirement health care benefits and life insurance. I would submit a formal objection to this motion, but I cannot decipher how to, as the paperwork has two pages of rules and special format required to submit.

Nonetheless, I write to implore you to deny authorization for Delphi to termination their employee benefit plans and programs for retirees and their surviving spouses.

I am 63 years old and a retiree from Delphi. I had a kidney transplant on August 11, 2008. The cost of anti-rejection medicine is substantial. With this pre-existing condition, I don't believe any other insurance would take me. The only option I would have is to purchase these insurances at a cost of $1434.00 a month. On top of that, I would still need to purchase life insurance, which may be difficult with a kidney transplant. The net result is if I have to purchase my insurance, it will cost me more than what my pension is. I am also unable to seek employment because my health does not allow for it.

I worked for GM for 25 years and was forced to move to Delphi. I was told at that time "management does not care what happens to the employee, only what the company wants is important." When I retired, I asked to retire under GM and was told I could not. I was a devoted employee who took vacation on the days I was sick and only missed 5 days in 32 years. I only retired due to poor health (my kidneys failing, leading to dialysis).

If they eliminate my benefits, I do not know how I will exist. The medicines for my transplant is about $2300 a month. The loss of benefits and life insurance would put me in a position that I would not be able to be sure my wife would have enough to live on if anything were to happen to me. The costs of $1434 per month for insurance until I am 65 would be a total of $22944, which would eliminate all of my savings. All I worked for and set aside would be gone. I have done everything I could to make my retirement ok, but not excessive, however, the loss of benefits would take all of our savings.

With this, I request you deny Delphi's request, as it will financially devastate myself and many other retirees and their spouses.

Sincerely,

*Richard Kornoelje*

Richard E. Kornoelje