UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
                                           :

In re                                        :          Chapter 11

DELPHI CORPORATION, et al.,    :          Case No. 05-44481 (RDD) :

                                        :          (Jointly Administered)
-------------------------------------------------------x

## NOTICE OF FILING

**TO:** See Attached Service List

**PLEASE TAKE NOTICE** that on February 13, 2009, the undersigned caused to be filed with the Clerk of the United States Bankruptcy Court for the Southern District of New York the attached **Objection to Motion for Order Under 11 U.S.C. §§ 105, 363(b)(1), and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses.**

*/s/ David M. Stuck*
David M. Stuck, Pro Se
9476 Arboridge Ln.
Miamisburg, Ohio 45342

## CERTIFICATE OF SERVICE

I, hereby certify that on February 16, 2009, I served **the Objection to Motion for Order Under 11 U.S.C. §§ 105, 363(b)(1), and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses** via Federal Express, upon the following Parties:

Honorable Robert D. Drain
U.S. Bankruptcy Judge
Southern District of New York
One Bowling Green
New York, NY 10004-1408

General Counsel
Delphi Corporation
5725 Delphi Dr.
Troy, MI 48098

John William Butler, Jr.
Skadden Arps Slate Meagher & Flom, LLP
333 W. Wacker Dr., Ste. 2100
Chicago, IL 60606

Donald Bernstein
Brian Resnick
Davis Polk & Wardwell
405 Lexington Ave.
New York, NY 10017

Robert J. Rosenberg
Mark A. Broude
Latham & Watkins, LLP
885 Third Ave.
New York, NY 10022

Bonnie Steingart
Fried Frank Harris shriver & Jacobson, LLP
One New York Plaza
New York, NY 10004

Brian Masumoto
U.S. Trustee for the Southern District of New York
33 Whitehall St., Ste. 2100
New York, NY 10004

_/s/ David M. Stuck_
David M. Stuck, Pro Se.