February 7, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections.

I believe this action is targeted a very selective group who will be forced to make a large monetary sacrifice. In my case, the cost to continue health care coverage for my wife and I over the next 3 years would be nearly $50,000, and an additional $10,000 there after for Medicare supplements...**a total of $60,000 for a single retiree!** This is a significant sum, considering the losses of retirement funds in the past year.

It is my belief that there are other ways to restructure the company, retain health care for retirees, and spread the burden more evenly. Please know that each of the 15,000 retirees who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

# I ask you to REJECT this motion.

Sincerely yours,

*James R. Feltham*
James R. Feltham
564 Murphys Estate Drive
The Villages, FL 32162
1.352.753.7358 phone