February 10, 2009

To the Honorable Robert D. Drain:

I am writing to express my objection to Delphi Corporation terminating any or all of my health care coverage. I started working from General Motors as a summer college student in 1972 and became a full time employee in 1976. I became a Delphi employee in 1998 when General Motors spun off my facility. During all of this time on an annual basis, we the salaried employee were told what our benefits would be when we decided to retire from General Motors. Last year in 2008, before Delphi sold my facility, Delphi officials met with us and reaffirmed what type of health care insurance, a 30 plus years employee like me, would have upon retirement.

Now, we have been thrown another curve ball by Delphi with this announcement. Although Delphi is filing bankruptcy in the United States, Delphi is doing quite well overseas. Per their announcement, "Delphi and its subsidiaries and affiliates (collectively, the "Company") as of December 31, 2007 had global net sales of $22.3 billion and global assets of approximately $13.7 billion." Delphi took profits/assets from this country which we, the salaried employee, contributed to by obtaining and starting facilities in other countries. These funds should have been used to maintain our pension and benefit funds. Shortly after filing bankruptcy, Delphi top officials rewarded certain key members by funding a private cruise costing in the hundred of thousands of dollars. This type of behavior contradicts corporation's statement of not having sufficient funds to run the business. These officials have demonstrated time and time again that they do not care about the well being of their workers. It is also interesting to note that not all salaried employees will be losing their health care benefits. What makes these individuals better than the rest of us? I am not asking Delphi to give me any charity. I have ran the race and crossed the finish line by my hard work and dedication for Delphi. I am a cancer survivor. What I am asking for is to allow me to retire with dignity and give me, the benefits I have earned.

Please understand that I am not a lawyer and hope that this letter is in the format, you desire. If not, please advise me how to present it to you in the acceptable manner.

Sincerely,

David Harvey
717 Waltlake Trail
Sandusky, Ohio 44870-5806
419-625-3288