February 9, 2009

Honorable Robert D. Drain
United States Bankruptcy Court for the Southern
District of New York
One Bowling Green
Room 610
New York, New York 10004

Re: Delphi Corporation, Chapter 11, Case No. 05-4481 (RDD) in the Notice of Motion for Order Under 11 U.S. C 105,363(b)(1), and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Post Retirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses

Dear Honorable Drain:

As a Delphi salaried retiree, I wish to object to the Motion to terminate Employer-Paid Post Retirement Health Care Benefits and Employer-Paid Post Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and their Surviving Spouses for the following reasons:

I had a combined 32.6 years of employment with General Motors and Delphi when I was given the option for an early retirement in 2002. I made my decision for early retirement based on the financial commitment my employer, Delphi, made concerning pension and post retirement health care benefits. This motion to cancel my post retirement health care benefits puts a financial hardship on me and my husband. Had I known I would lose any of these post-retirement benefits, I would not have chosen to retire. These two financial factors greatly influenced my decision. If my employer, Delphi, is given the opportunity to

cancel my post-retirement health care and life insurance, then why can't I also cancel my retirement and return to the active rolls?

I also object to this motion if approved, as a very short period of time has been given to obtain health and life insurance on my own. These are major decisions and a very limited amount of time is available to research plans and the costs associated to make informed decisions.

Throughout this process the perception of a huge inequity exists in the