To:

Honorable Robert D. Drain,    ✓
United States Bankruptcy Judge
One Bowling Green Room 610
New York, New York  10004

General Counsel
Delphi Corporation
5725 Delphi Dr
Troy, Mi 48098

Counsel to the Debtors
Attn: John Wm. Butler, Jr.
Skadden, Arps, Slate, Meager, & Flom LLP
333 West Wacher Dr  Suite 2100
Chicago Ill  60606

Counsel for agent
Attn: Donald Bernstein and Brian Resnick
Davis Polk & Wardwell
450 Lexington Ave
New York, New York 10017

Counsel for Creditors
Attn: Robert J. Rosenberg and Mark A. Broude
Latham and Watkins LLP
885 Third Ave
New York, New York 10022

Counsel for security holders
Attn: Bonnie Steingart
Fried, Frank, Harris, Shriver and Jacobson LLP
One New York Plaza,
New York, New York 10004

Office of US Trustee
Attn: Brian Masumoto
33 Whitehall Street
Suite 2100
New York, New York  2100

February 6, 2009

RE: Motion to allow Delphi Corporation to suspend employer paid healthcare for salaried employees and retirees.

To whom this concerns:

This letter is written in opposition to the Delphi request to waive its obligation for health care benefits to its salaried employees and retirees.

The obvious reason for denying this request is blatant discrimination. This request is only for salaried employees. Money has been set aside for hourly employees and retirees who are protected by their union. For the past 15 years the salaried workforce has been asked to cut health benefits on the basis that the union would be asked to make the same cuts. The fact is the union has never made concession in these areas. The union workforce and retirees still have the highest level of benefits at minimal participation cost and available for life. The time has come to put an end to this discrimination. Salaried and hourly workers need to be protected at the same level.

For the bulk of the 15,000 salaried workers affected by this decision, they were actually hired by GM and forced to stay with Delphi after the reorganization. Unlike the union personnel the option to stay with GM was allowed. It is a travesty that GM and Delphi can turn there backs on these employees. The salaried workers have already been forced to pay more for lower benefits than the hourly workers and will lose the health care benefit at age 65. To now eliminate the coverage for the bridge years between retirement and Medicare is irresponsible. A more reasonable approach to save money would be to force the union to accept the same health care benefits already imposed on the salaried workforce. Any additional cuts to the salaried heath care provisions need to be firmly rejected.

This message is short and to the point but the message is clear; please don't discriminate against the salaried workforce.

Dean Woodard
7106 Donegal Dr
Onsted, Mi 49265

734-604-4183

Gm Employee July 1964 to Sept 1999
Delphi employee Oct 1999 to April 2000
Delphi retiree April 2000 to present.