February 11, 2009

William T Thompson
252 Shadow Mountain Dr A-10
El Paso, Texas 79912

United States Bankruptcy Court
One Bowling Green
New York, New York 10004

Attn: Honorable Judge Robert D. Drain

Ref:   Delphi Corporation Case # 05-44481 filed October 8, 2005
       Document # 14705 to cancel OPEB (Health Insurance Benefits) for over 15,000 Delphi retirees.

Dear Judge Drain:

This letter is to record my objection to Document #14705 filed by Delphi Corporation on February 4, 2009 requesting the court "To Terminate Employer-Paid Post Retirement Health Care And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses."

Delphi Corporation has stated in their motion that they would like to terminate their applicable employee benefit plans and programs as soon as practicable after March 31, 2009. As a retired employee I see the need for Delphi to reduce its expenditure on health care in an attempt to remain competitive in the Global Economy. To that end, systematicly Salaried Employees have assumed more of the financial obligation for these benefits over the years; the thought of assuming the entire responsibility is not out of the question. The objection I have is the time table Delphi is proposing, "as soon as practicable after March 31, 2009." With all the time and money this nation spent on preparing for digital TV it could not meet its own self imposed deadline and issued an extension to that deadline. Assuming responsibility for ones health care and life insurance is a far more complicated task.

Please consider, when making your decision, the effect this hasty request will have on the currently retired and soon to retire Delphi employees. Please reject this motion and request that Delphi produce a more structured approach to reducing benefit costs.

Sincerely yours,

William T. Thompson
252 Shadow Mountain Dr. A-10
El Paso, Texas 79912