February 9, 2009

United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 610
New York, NY   10004

Re:   Delphi Corp. Chapter 11, case # 05-44481 (RDD)
      Motion to terminate employer-paid post retirement health care & insurance

I retired from Delphi at the end of 2003 with almost 34 years of credited service.  I am fully aware of the dire financial situation of the Delphi Corporation.  Unfortunately much of this is due to the past actions of Delphi management, which include poor decisions, unethical behavior, and possibly illegal actions.  While I understand the inevitability of the above motion, I find it unconscionable that the salaried retirees will be subjected to this hardship without the responsible management sharing proportionally in the in consequences of their actions.  I urge the Court to pursue "claw backs" of executive bonuses paid out based on falsified corporate financial statements.  In particular I urge the Court pay close scrutiny to the actions of J.T. Battenburg, the CFO, and other key executives associated with the misstatements.

Regards,

Henry Beamer
Delphi Thermal retiree