February 5, 2009

**Delphi Bankruptcy Proceedings**

**Motion No.   #14705**

**OBJECTION**

**Honorable Robert D. Drain**

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Dear Judge Drain,

    I know your time is valuable and in short supply so I'll keep this short. I'm a 57 year old man that is a retiree of Delphi after 30 years of service. I started with Chevrolet Motor Division in Chicago, worked for General Motors at the Technical Center in Warren, Michigan and was transferred to Delco Electronics in Kokomo, Indiana which ultimately became Delphi.  Sir, I worked hard during my years with all of the various GM divisions and now after all those years my healthcare benefits are being cancelled by the company that always received my loyalty and hard work.

    I like many other retirees are flabbergasted and feel betrayed by this decision on Delphi's part to 'save' the company.  We all knew that the rules had been changed and we would lose it when turning age 65, but to have it pulled at an age where 65 is still years away for some of us is unbelievable!

    Please understand, how often during my career when yearly job performance appraisals were performed or raises were discussed, many times I heard; "Well Chip, we have to tighten our belts this year, but remember, you've got a great retirement, pension and healthcare to look forward to, which a lot of people don't have."   I guess I bought that line of reasoning and thought, "Yes I guess I can bite the bullet once again and be happy that my wife and I will have healthcare and a nice retirement for taking a little guff right now."   I carried that thought with me for 30 years.   My 30 year old daughter mentioned to me just the other day how she always remembers me bringing work home to do in the evenings or on weekends.   I did this for most of my career.   I always wanted to do a good job.   I was working for that promise and expectation of healthcare coverage and a nice retirement. And today we get news that all of that is over April 1, 2009 for all salaried retirees.

    I'm including a copy of a news item from a news website in India.   As you can see Delphi seems to have plenty of money to invest in foreign workers for maximum profitability but they don't seem to have the integrity or dedication to their retired employees that have already given them ten, twenty, thirty and even forty years of dedicated service.

One of the sayings that you used to hear a lot in any of the General Motors divisions was, "People are our investment in the future."   How totally empty that phrase seems to me and others today in light of all the present issues.

Please consider this letter and others you may receive from other concerned retirees regarding this issue; even the ones that don't respond.   Aren't those of us who worked hard for years, and really gave 110% and had NO Union protection, don't WE deserve some loyalty and integrity from the company we gave our loyalty to? Please consider this before making your ruling on this matter.

Thank you for your time Your Honor.


Sincerely,

*Charles C. McCoy*

Charles C. McCoy

4206 Lance Ct.

Kokomo, IN.   46902-4109

TEL: 765-864-9035

Email:    physics69@comcast.net

*Charles C. McCoy*

Delphi begins construction of new electronics manufacturing facility in Chennai

November 10th, 2008 - 7:00 pm ICT by ANI

Chennai, Nov 10 (ANI/Business Wire India): Delphi Corporation (PINKSHEETS: DPHIQ), today announced the start of construction of a new electronics manufacturing facility in Chennai and commemorated the event by unveiling the foundation stone at a traditional ceremony, with the participation of senior Tamil Nadu government officials.

The foundation stone for Delphi"s new Chennai facility was unveiled today by Jeff Owens, President, Delphi Electronics and Safety and President, Delphi Asia Pacific, and Ashok B. Ramaswamy, President and Managing Director, Delphi India.

Senior government officials including M.F. Farooqui, Principal Secretary to the Industries Department in Tamil Nadu and M. Velmurugan, Director - Guidance Bureau, Industries Department, Government of Tamil Nadu were present on the occasion, as were senior officials from SIPCOT (State Industries Promotion Corporation of Tamil Nadu) and Tamil Nadu Investment Board.

Delphi will be investing close to Rs.250 crores in the new Chennai plant, which is planned to be built in three phases and is expected to be operational toward the end of 2009.

This is an important investment for Delphi that expands its product portfolio and manufacturing footprint to more effectively meet the needs of the growing automotive market in India.

Speaking at the ceremony, Owens said, The Indian auto sector is an exciting market and has experienced significant growth in the last few years. In the future Delphi is expecting continued growth. As one example the Indian small car segment volume is expected to triple in the next five years and continue strong growth after that. India is a key market for Delphi and with new technologies becoming a reality every day, Delphi believes that providing a range of safety and electronics products will be the way forward in the Indian automobile industry.

Ashok B. Ramaswamy, President and Managing Director, Delphi India, said, Delphi believes in being close to its customers. Chennai is a hub for both the auto and the electronics industries and several major automotive OEMs are based here. Delphi is already bringing the entire value stream to its customers in India, with local capabilities in-sales, advanced development, product development

including project management, hardware and software design, validation, manufacturing and supply chain management. Our new plant in Chennai extends the Electronics and Safety manufacturing footprint to India and increases the Delphi local product portfolio to meet market needs.

From this 10-acre site, Delphi can manufacture products in the areas of controls and security, safety, and entertainment and communications. In phase one, the plant will produce immobilizers, body computers, instrument clusters and driver information systems, followed by safety and entertainment products. (ANI)