February 9, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 1004

Attn. Judge Robert D. Drain

Ref:
    Delphi Corp Case #05-44481 filed Oct. 5, 2005
    Document #14705 to cancel OPEB (health insurance benefits)

Dear Judge Drain:

Please note that this letter is an *OBJECTION* to the above noted document and please file it as a motion to object to document #14705.

Three points to note:

1) It is my belief that this motion that you are being asked to rule on, *does not* include all retirees. It states **Certain Retirees** in the document. It appears that the debtors are singling out specific retirees and not being all inclusive as you would think they would be, if they were truly trying to save the company money.

2) My employment included twenty-five and one half years as a General Motors employee and only four and a half years a Delphi employee. Just as General Motors did with the Delphi pension fund (contributing two billion dollars) they should be doing the same thing with the OPEB, since it still remains GM's responsibility and only saves seventy million dollars per year.

3) It is my belief that there are other ways to restructure the company and still retain Health Care for retirees. Health care benefits are currently scheduled to stop at age 65 for all retirees. So this would not be an ongoing cost savings to the company as noted but a decreasing cost savings.

In closing, I would just like to point out that continuing my current coverage with what Delphi has provided would take <u>47% of my net monthly pension check</u>; certainly not something that was planned for when deciding whether or not to retire. Please consider these points in your decision and don't allow this document to proceed.

Thank You,

*[signature]*

Martin E. Willmitch
1460 Barbie Dr.
Boardman, Ohio 44512