February 12, 2009
168 Orchard Creek Lane
Rochester, NY 14612

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Honorable Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 8, 2005
Document # 14705 to Cancel OPEB (Health Insurance Benefits) for all Retirees

Dear Judge Drain:

I am a current retiree of Delphi Corporation. This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to allow cancellation of health insurance benefits (OPEB) for over 15,000 retirees of Delphi Corporation.

**Please note that this letter is an <u>objection</u> to document #14705 and file it as a motion to reject it.**

This document was filed with no previous warning to any of the current employees and retirees of Delphi Corporation and was made known via letter on February 5, 2009, allowing only twelve days to file objections.

As retirees of Delphi Corporation, we realize the terrible effects that current economic conditions create, particularly for the automotive industry. This makes Delphi's emergence plans so much more challenging. But with the current state of the economy, many retirees who had saved for retirement in the Delphi Savings Stock Purchase Plan have lost more than 40% of their savings value. In addition, the cost of living has increased significantly due to rising energy costs and other factors. The additional loss of health care benefits will have a devastating effect on all retirees of Delphi Corporation. These are people who had worked very hard and sacrificed much of their personal time to support the survival of Delphi under intense competitive pressure, both before and after the filing for bankruptcy protection. I believe there are other ways to reduce costs and restructure while retaining retiree health care, and I urge you to request that the Delphi board modify their emergence plan. It must be remembered that these health care benefits are scheduled for termination for retirees at age 65 upon Medicare eligibility, which limits the liability of Delphi Corporation.

I believe that each of the 15,000 + retirees and soon-to-retired employees who will be drastically impacted by this proposal favor your rejection of document # 14705 dated February 4, 2009.

**<u>Please reject the proposal to terminate health care benefits in document #14705 dated February 4, 2009</u>.**

Sincerely,

Joseph Fornuto
Phone 585-227-5879