February 13, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Honorable Judge Robert D. Drain

**Ref: Delphi Corp Case # 05-44481 filed October 8, 2005
Document # 14705 to <u>Cancel</u> OPEB (Health Insurance Benefits) for all Retirees**

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance and life insurance benefits for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the current employees and retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections.

I retired from Delphi in 2001 with almost 40 years of service with GM/Delphi. 37 of those years were with GM. In 1999, GM spun-off Delphi (and me). I was not given the option of completing my career at GM. Since I retired, I have experienced an accelerated rate of benefit losses as a Delphi retiree versus my GM counterparts. Not only have I as a Delphi salaried retiree lost benefits faster than GM salaried retirees. I have also had benefits reduced at a faster rate than those of Delphi's hourly retirees. Delphi's U.S. Salaried retirees' benefits have been the first and hardest hit of any of Delphi's employee groups.

Recent news accounts indicate that GM is also reducing retired salaried employee benefits. There are several major differences in GM's actions and Delphi's:

1. GM's changes will take effect in January, 2010, not on April 1, 2009.
2. GM's reducing benefits in most cases, not eliminating them.

There is another reason to postpone a decision on Delphi's request. GM is considering buying back some Delphi businesses. If that occurs, the status of some Delphi retirees might be affected. We may have new standing as GM retirees and the better benefits that GM retirees enjoy.

Many of the most recent retirees of Delphi were retired **BY** the company and **NOT** by the choice of the employee. They were given no decision to make, just told they would be retiring on a specific date. They had little time to prepare for retirement, and little time to adjust to a significantly reduced income before they were hit with this latest development (loss of health care and life insurance) which will cause financial hardship for every retiree. It will have huge impacts not only on the retirees and soon-to-retire, but also every community where retirees live.

With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans, have lost 40 – 60 % of their savings. As you know, the cost of living has increased significantly in the last two years based upon rising energy costs alone. This coupled with the loss of health care and life insurance benefits would have a crippling effect on the lives of every retiree of Delphi Corporation.

Health care benefits are currently scheduled to stop at the age of 65 for all retirees. A health care spending account of $10000-20000 per employee, depending on years of service, was to be available to help retirees 65 years old and older during the transition to no Delphi coverage. This benefit is also being dropped. Employees over 65 have been able to use some or all of this spending account. Younger retirees will miss out on using any of it.

Please know that each of the 15,000 plus retirees and soon-to-retire, who will be negatively impacted by this action, will be looking to you for your consideration when making the decision concerning Document #14705.

## We ask you to REJECT this motion.

Sincerely yours,

*Sherman D. Benson*

Sherman D. Benson
2984 Southfield Dr.
Beavercreek, OH 45434
937-426-9464
sdbens2@yahoo.com