United States Bankruptcy Court
One Bowling Green
New York, N.Y./10004

February 10, 2009

ATTN: Judge Robert D. Drain

REF:
Delphi Corp. Case #05-44481 filed October 5, 2005
Document #14705 to cancel OPEB (health insurance for retirees)

Dear Judge Drain:

This letter is to express my hope that you will DENY the motion of February 4, 2009 asking for cancellation of retiree health care benefits. Please file this letter as an OBJECTION to document #14705. This motion will create undeserved hardships to long time employees and was filed with little time for response. Also, if granted this motion would only add to the national economic dilemna we all face. DELPHI CAN DO BETTER and is currently reported to be in talks with GMC. I would add that in my opinion the whole Delphi experience we have endured was a thinly veiled effort by GMC to do just this; i.e.: allow GMC to skate out from under it's responsibilities. I believe GMC who created Delphi just received our tax dollars. It certainly seems unfair. I hope you agree.    I had 25 years with GMC and a forced 5 years with Delphi leading to retirement.

Andrew P. Robinson

4575 Plank Rd.
Lockport, New York 14094