05-44481-rdd  Doc 15072  Filed 02/13/09  Entered 02/18/09 14:47:45  Main Document
Pg 1 of 1

The Honorable Robert D. Drain, Esq.
United States Bankruptcy Judge
One Bowling Green
New York, New York  10004-1408

February 8, 2009

Dear Judge Drain,

I know you are very busy so I will keep this brief.

I am a 2008 retiree of Delphi and was just notified in the newspapers of Delphi's intent to eliminate all of my health care benefits and life insurance benefits in their new plan of reorganization.   I find this to be unconscionable at this point of the process.

Never during the bankruptcy process were health care benefits ever mentioned as being on the table for elimination.  Had I known this, I would NEVER have retired from Delphi and would have taken my chances on whether I could retain a job in the reorganized company. As of today, I have received no information from Delphi on what this request will cost, but my independent research indicates about a $1000 per month increase above what I already pay.

As background, I have degrees in Chemical Engineering and an MBA. I worked for GM for 22 years and then 10 years for Delphi after the spin-off.   I volunteered to be the Product Line Manager for many of the money-losing products in Flint. As such, I was instrumental in reducing the Flint site to the small size it is today.  We would have completely eliminated the Flint site if it wasn't for the intervention of the UAW.

Speaking of the UAW, I don't see Ron Gettlefinger proclaiming "equal sacrifice" with respect to Delphi retirees losing 100% of their health care benefits.  The UAW members are all taken care of in this reorganization – both health care and pensions.

My wife is also a Delphi salaried retiree, so she is impacted by this request as well.

We strongly feel that the salaried retirees are being forced to make a huge sacrifice far in excess of the other Delphi employees.  There has to be a better way that preserves health care and pensions.


Respectfully,

Conrad G. Meyer III
13516 Iroquois Woods Dr.
Fenton, MI 48430

Mary P. Meyer