124 Dandridge Ave NW
Palm Bay, FL 32907
Feb. 12, 2009



Honorable Robert D. Drain
United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
Room 610
New York, NY 10004


RE: Case NO 05-44481 (RDD) Docket #14705 Motion to terminate salaried retiree's health and life insurance.

Your Honor,

    As you are aware Delphi Corporation plans to terminate the health and life insurance benefits for salaried retirees.  **I oppose this motion**, not only because of the hardship my wife and I will incur if the motion is approved, but because I am being denied the time required to legally oppose this motion and the lack of legal counsel to represent the salaried retiree's interests.  Please consider appointing a committee to represent the salaried retirees' interests in this matter and allow them the time to form and obtain legal counsel.

    This motion is being forced upon us in an untimely manor of less than two weeks.  For example, the motion was filed on Feb. 4, 2009, and the salaried retirees have only until Feb. 17, 2009 at 4:00PM to oppose it.  The hearing is on Feb. 24, 2009 and, if approved, our benefits will stop being paid for by Delphi on Apr. 1, 2009.

    When we were hired by General Motors we were told that we would have these benefits in retirement, just because Delphi says that they reserve the right to terminate them at any time does not make it legal to do so.

    The instructions for opposing the motion are written in a very legalistic manner. Most of us were accountants, engineers, and supervisors, not lawyers. They state in a confusing way that the opposition is to be in certain formats and copies filed with several people and firms. I am sure that it is a deliberate attempt to discourage us from trying to oppose the motion.

    We retirees have poured our lifeblood into this company and now they want to take away our promised rewards for doing so. I ask that you stand up as a voice for the salaried retirees and stop this motion.

Thank You,

*Roger Nething*

Roger Nething