Jim Gardner
1882 Taft Ave
Niles, Oh 44446



United States Bankrupty Ctr
One Bowling Green
New York, N.Y.
10004

Attn: Judge Robert Drain



Judge Drain,

Please examine the need for Delphi Corp's document #14705. It is certainly a breach of what should have been an honorable contract between salaried workers and the company.

If it goes through, it will mean a serious hardship for many.

Thank you,
Jim Gardner