Dear Judge Drain                                                                 Friday 2-13-09

I was out of town and just found out today about the pending loss of my Health and Life insurance and of the Tuesday deadline to respond.

Please don't let Delphi eliminate the salary benefits. This would be a great hardship on my family as well as other retires. I know that things are difficult everywhere including Delphi and I am willing to pay more for my benefits if just given the chance.

I am willing to pay more for my benefits as all employees should but to single out one group and really hurt them bad is not right. In addition Delphi can get insurance for us at a much better rate than we can as individuals. So it only makes sense that Delphi continues to provide insurance and all recipients pay more.

I honestly don't know what we would do if we lose our insurance's. I worked at General Motors for 32 years and Delphi for 2 years. I feel that I should have GM benefits like all of the people that I worked with for years and years. Now I feel betrayed by both of these companies.

Yours truly

Delbert L. Sahr


700 N. Sand Lake

National City Mi. 48748