RECEIVED
FEB 13 2009
U.S. BANKRUPTCY COURT, SDNY

Honorable Robert D. Drain,

I oppose Delphi's cancellation of health care insurance coverage for their post retirement salary employees who were employed before 1993.

My proposal is to quickly eliminate all post retirement benefits for retired salary employees <u>except</u> medical care insurance. Then phase in elimination of medical care insurance over a two year period. My wife and I can not respond adequately to a quick implementation of Delphi's proposal.

Our 401K stock has lost over 40% of it value. And in my case, the cost of medical insurance will be 33% of my pension. These two factors will severely limit my ability to provide both financial stability and medical coverage for both my wife and myself. My wife and I will be impacted by this for three and a half years until Medicare kicks in.

The savings for Delphi will be relatively small because the number of employees impacted is relatively small. But the impact will be devastating on the retired employees. Delphi will survive without this proposal and return to profitability when the economy rebounds. Delphi has great potential to bring new products to market. But, even once Delphi returns to profitability, retiree benefits will not be reinstituted. So the retirees will be stuck with no medical insurance coverage until Medicare kicks in.

I want to respond to Delphi's argument that they always had the right to cancel benefits at anytime. That statement was only small print for the employees. The reality that we lived in was retirees had collected post retirement benefits for decades after decades. We lived our financial lives with that prospect. Now to change that with such rapidity does not allow us time to plan for the costs of medical care insurance. We need time to adjust.

Sincerely,

*Glenn E. Tripp II*

Glenn E. Tripp II   (Delphi salaried retiree employed before 1993)

Ellen L. Tripp (Spouse)   *Ellen Tripp*

16498 Vintage Drive
Fenton, MI  48430