Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 210
New York, NY 10004

February 8, 2009



Re: Delphi Corporation, Debtors
    Chapter 11, Case No. 05-44481

Honorable Judge Drain:

On the 24th of February you are scheduled to hear a motion by Delphi to terminate its post-retirement health care benefits for certain salaried employees and retirees. This letter is not to argue the need for such action and therefore is not filed as an objection. The need for such action is clearly documented in the motion. This letter is to ask that you require the motion be amended to include <u>all participants</u> covered by Delphi's post-retirement health care benefits. In the interest of fairness, or more accurately, shared pain for the shared gain resulting from the settlement decision made by General Motors in 1970. That 1970 Strike settlement set the spiral in motion for the economic situation we are now experiencing. Outside observers noted that these wages and benefits would unlikely be offset by productivity improvements or material cost reductions. It was never a question of if, but when, the trolley would fall off the tracks.

The reasons for this agreement may never be known, but all car manufactures did need a large amount of cash to meet the newly required emission legislation. And you can't generate cash without building product. Unfortunately GM management refused to hear the Component Divisions (later Delphi) plea to negotiate an agreement that was competitive in the parts making business. This plea was repeated at every subsequent contract.

Fast forward 30 years and GM spins off the partner they made pregnant. That's business and self preservation is the world's strongest emotion for all living things, except of course mothers. Their children come first. In any case, the party is over and we have to deal with today. In just seems to me, everyone who enjoyed that party, should now come to this one.

Regards,

W. Alan Levijoki