## LAZARUS & LAZARUS, P.C.
### COUNSELLORS AT LAW

240 MADISON AVENUE
NEW YORK, N.Y. 10016

AREA CODE 212
889-7400

TELECOPIER
212-684-0314

TELEX
238790 NYK

February 18, 2009

*Via Electronic Filing To:*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, New York 10004
**Attention: CLERK OF THE COURT**

*In Re:* **DELPHI CORPORATION**
Case No.: 05-44481-rdd

To whom it may concern:

We respectfully request that the Court remove the undersigned from any service lists, including electronic notifications, regarding any and all filings in connection with the above referenced matter.

Our only involvement with Delphi Corporation is the Southern District Bankruptcy Court adversary proceeding "DELPHI CORPORATION vs. NYCH LLC d/b/a RCS COMPUTER EXPERIENCE", Adv. Proc. No. 06-1902, in which we represent NYCH, LLC d/b/a RCS Computer Experience, wherein I am correctly listed on the electronic service list. *To be clear, please do not remove me from the service list in connection with this action (Adv. Proc. No. 06-1902).*

We thank the Court for its attention regarding the above request.

Very truly yours,

Harlan M. Lazarus, Esq.

HML:cs