February 13, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn:     Honorable Judge Robert D. Drain

Ref:      Delphi Corp Case # 05-44481 filed October 8, 2005
          Doc. # 14705 to Cancel OPEB for all Salaried Retirees

Dear Judge Drain:

As a retired former Salaried employee of Delphi, I am writing this letter to express my concerns with *and objections to* Document #14705 filed by Delphi Corporation on February 4, 2009, asking the Court for permission to cancel the life and health insurance benefits (OPEB) of Delphi's U.S.-based Salaried retirees.

I was stunned at the lack of notice that we retirees were given to this proposed action. According to the letter I recently received, I will have approx. one (1) month to make new arrangements after I receive the "election kit" from Delphi after the February 24, 2009 hearing at which your decision is apparently anticipated. Equally, I was stunned at the lack, in my view, of any credible "equality of sacrifice" exhibited by the Senior Leadership of Delphi. Announcing that they were foregoing any pay increases and/or incentive compensation for themselves this year, while admirable, hardly represents anything near the hardship this decision is going to impose on countless retirees and surviving spouses. I cannot understand why, from a human relations standpoint, Delphi Senior Leadership would not choose to require more serious sacrifices from themselves, from the active salaried workforce and indeed their Union-represented workforce, and then make all such sacrifices effective at the point of Delphi's successful emergence from bankruptcy protection, rather than rushing to do so to only one group, the Salaried retirees, now.

I respectfully request, Your Honor, as you are making this difficult decision, that you bear in mind that of all the current and former employees of Delphi, both Hourly and Salaried, both represented and non-represented, it seems that the non-represented Salaried employees are being subjected to the harshest and most arbitrary treatment. I therefore implore you, Your Honor, to *reject* Delphi's motion seeking your approval.

Sincerely yours,

Ed Goettl
6620 Pasilla Rd., NE
Rio Rancho, NM  87144