Jerry W Turner
691 So. Clinton St
Bunker Hill, IN 46914

February 10, 2009

The Honorable Robert D. Drain
United States Bankruptcy Court
For the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, N.Y. 10004-1408

Honorable Sir:

    r.e. CASE No. 05-44481 (RDD), DELPHI Corporation's motion to terminate all medical benefit plans and programs. As a retired employee of Delphi, I wish to voice my OBJECTION to this motion. Thousands of employee's and myself, as part of our agreement of employment with Delphi, were to have health coverage for our dependents and ourselves for life. Shortly after my retirement in 2001, a meeting was held locally by Delphi to inform the retired folks, after the age of 65, we would be dropped from Delphi medical program. We could use Medicare and a $20,000 reimbursement (RHRA) program to supplement other coverage's we might purchase. We didn't feel that was fair, but it was manageable, so we accepted it. Now we have dependents, my wife specifically, a 57 year old cancer survivor, who needs special doctors and medications that are very expensive without medical insurance. Out of the clear blue sky, Delphi decides it's going to cancel all medical benefits to us. It just isn't fair any way you look at it.

    Most of us have played by the rules all of our lives and in today's society that rules applies unless you are big business, rich, or famous, then there is another set of rules that apply. With all due respect I object, object, object. I ask that you do what's right. Thank you for your time.

Sincerely

*Jerry W. Turner*
Jerry W. Turner

RECEIVED
FEB 1 3 2009
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK