February 9, 2009

RECEIVED
FEB 13 2009
U.S. BANKRUPTCY COURT, SDNY

Honorable Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
One Bowling Green, Room 610
New York, NY 10004

**Attn: The Honorable Judge Robert D. Drain**

Ref:  Delphi Corp Case # 05-44481 filed October 5, 2005
      Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

Please note that this letter is an **OBJECTION** to that document and please file it as a motion to object to document #14705.

Document #14705 was filed with no previous warning to any of the retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009, giving us a mere twelve days to file our objections. After years of dedicated service to the Corporation, the retirees are certainly due more respect. For 40 years, lifetime healthcare was an enticement for me to stick it out with the Corporation, and a further enticement when pushed into retirement, even with the Corporations recent reduction in coverage to age 65.

Many of the most recent retirees of Delphi were retired BY the company and NOT by the choice of the employee. We were given no decision to make, just told we would be retiring on a specific date. We had little time to prepare for retirement, and little time to adjust to a significantly reduced income before we were hit with this latest development (loss of health care) which will cause financial hardship for each and every retiree. It will have huge impacts not only on the retirees, but also every community where retirees live.

With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans and 401K's have lost almost 40% of their savings. As you know, the cost of living has increased significantly in the last two years. This coupled with the

loss of health care benefits will have a double crippling effect on the lives of every retiree of Delphi Corporation.

It is my belief that there are other ways to restructure the company and still retain health care for retirees. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a decreasing cost to the company as each of us reaches that age 65 milestone.

Please know that each of the 15,000 retirees who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

We ask you to **REJECT** this motion.

Sincerely yours,

Charles E. Stone III

4532 Kevin Court

West Bloomfield, MI  48322

1 (248) 737-2409

cestonelll@sbcglobal.net