February 12, 2009

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
One Bowling Green, Room 610
New York, NY 10004
Attn: Deliver directly to the chambers of the Honorable Robert D. Drain

Dear Honorable Judge Drain:

I am writing to object to Delphi Corporations motion to terminate the pre-Medicare age retired salaried employee's heath benefits. This termination would significantly disadvantage the pre-Medicare aged retirees when compared to the affected current Delphi employee in the same group. The pre-Medicare age retirees will suffer an immediate significant economic impact whereas the current active employees have no immediate economic disadvantage and can plan retirement with this situation in mind. The existing pre-Medicare age retirees, who were enticed to take retirement prior to age 65 with this benefit in mind, certainly have limited economic options in regards to making alternate plans at this point. A number of the pre-Medicare age current retirees only accepted retirement within the past 6 months.

The financial analysis used in the justification of this motion certainly produces very significant savings and reduction of long term liability. Lumping all these categories together with pre-Medicare age salaried retirees and current active employees certainly masks the immediate economic disadvantage to the retirees group.

Obviously, the current management of Delphi is no longer concerned with representing pre-Medicare age retirees, even though throughout the history of GM and Delphi, they claimed to the group that they better represent the salaried employees than alternatives. At this point it appears you are the only effective representative of this group's interest in this situation.

I am requesting that your decision on the motion reject the option to allow the near term cessation of pre-Medicare age salaried and surviving spouses health benefits. The plan should continue until the Medicare age is reached by each individual.

I would like to ensure your awareness concerning this issue and request your careful consideration in your decision concerning the motion.

Respectfully,

Richard J Bremer
4495 Detroit St
Spruce, MI 48762