February 10, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Honorable Judge Robert D. Drain
**Ref: Delphi Corp Case # 05-44481 filed October 8, 2005
Document # 14705 to <u>Cancel</u> OPEB (Health Insurance Benefits) for all Retirees**

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

    These benefits were offered to me as a portion of my salaried compensation while I worked for General Motors and Delphi Chassis after the spinoff. I earned these benefits and I own the rights to these benefits. These do not belong to Delphi Chassis and therefore they do not have the right to stop them. Delphi Chassis offered them to me during my career and credited me for 28 ½ years of service before I was forced to retire.

    The Board of Directors has taken over 200 MILLION dollars from Delphi Chassis as their "reward" for bankrupting the company. That is about $13,000 per retiree affected by this request. Have them return the undeserved "bonuses" and fund the medical benefits with it.

    Thousands of corrective suggestions were made to both corporations by the SALARIED workforce, which were ignored. G.M. continued producing the wrong vehicles with poor quality for the automotive market. Delphi Chassis continued to pay bad performing employees and overpaid for hourly labor. The failure of the company was caused by the performance of the managers. They never reacted to market changes or economic indicators.

# We ask you to REJECT this motion.

                                            Sincerely yours,
                                            John S. Kesler
                                            4250 Clearview Ct.
                                            Bellbrook, Ohio
                                            (937) 848-7610