February 9, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

RECEIVED
FEB 13 2009
U.S. BANKRUPTCY COURT, SDNY

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain,

This letter is to express my concerns and fears with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation. I am included in this number and after 40 years of dedication and hard work for Delphi/GM, I am shocked and hurt by this total impersonal action by the Delphi Corporation. It is bad enough that we will lose our benefits when we reach the age of 65, but many of us are not there yet and if we had our choices, would have continued to work, yet our plants were closed down and we were sent to retirement early.

This document was filed with no previous warning to any of the retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us only 12 days to file our objections.

PLEASE NOTE THAT THIS LETTER IS AN **OBJECTION** TO THIS DOCUMENT FILING AND FILE THIS AS A MOTION TO **OBJECT** TO DOCUMENT #14705.

It is my belief that there are other ways to restructure the company and still retain health care for the retirees. How can I exist when I must pay half of my pension to keep my health care, according to the Delphi self pay charts sent to me???????

Please know that each of us 15,000 retirees who will be negatively impacted by this action will be looking to you for your consideration when making your decision concerning Document #14705 dated February 4, 2009.

**PLEASE REJECT THIS MOTION!**

Sincerely yours,

Mary Kachurik
Mary Kachurik
203 Tournament Trail
Cortland, OH  44410
Phone 330-637-3098