791 Adelaide Ave., NE
Warren, OH 44483
February 10, 2009



Judge Drain,

Case #0544481 – Motion #14705

This email is to express my concerns with **Document #14705** filed by Delphi Corporation on 2-4-09 asking the court to **CANCEL** health insurance benefits (OPEB) for over 15,000 Delphi salaried retirees.

Please note this email is an **OBJECTION** to that document and file it as a motion to OBJECT Document #14705. This document was filed with NO previous warning to any of us retirees of Delphi and was ONLY made known to us via a letter -- they gave us 12 days to file our objections. I was a loyal, faithful employee for over 30 years and to see this benefit removed so haphazardly is totally unacceptable. Many of the current retirees took "early retirements" at the request of the company with good faith that the necessary health benefits would remain intact. Now, without examining other cost-cutting alternatives, they have flippantly removed these benefits for a group that was not only loyal to their company, but is essentially helpless to fight their decision.

I should note that nothing has been done to Delphi's hourly retiree health packages, presumably because facing the unions would be too formidable. It doesn't seem that anything regarding current employees' health care packages will be touched so that even a slight reduction could help share the financial pain. With so many of us seeing the erosion of our retirement savings, this health care decision will intensify the pain and devastating losses that our community has already suffered. In addition, this decision was coupled with an announced "delay" but no cancellation of management bonuses.

In short, Delphi's decision is flagrantly unfair, and will need the assistance of our government officials to help intervene in this matter. Please help us REJECT this motion -- **so many people are relying on you.**

Thank you for your time,

Jeanne McMillion

Jeanne McMillion
Delphi Salaried Retiree.