Dear the Honorable Robert D. Drain,

I received a Fed Ex package last Thursday, 2/5/09 containing Delphi's motion to eliminate salary insurance benefits for all current and future retirees.

Obviously, Delphi/GM has purposely never fully funded the retirement obligation. When Delphi had significant profits, they used them to build and buy foreign and domestic operations and businesses, wasting billions in some cases on short sighted business practices while "promising" a certain package of benefits. In this motion, Delphi makes a big deal about their "right" to modify or terminate these benefits, **but this motion failed to mention** the fact that they have been allowed to under fund the retirement benefits by the bankruptcy judge with the implication that they would make up the difference in the future. Delphi **also fails to mention** that they included that verbiage in their salary plans Congress passed laws (ERISA) that were **meant to insure that retirees received the benefits that the company promised.**

Well, the future is here and now. Instead of eliminating these benefits, it is time for this **judge to order Delphi**, if necessary, **to sell off some of their business in order to maintain these benefits.** It is time to recognize that it is the hard work of these now retired employees, among others, that **made it possible for Delphi to purchase and build those foreign and domestic businesses** in the first place. In other words, Delphi has borrowed the money for years that were supposed to be returned to retiree benefits. **The loan is now due.** It is Delphi's and GM's obligation to pay it.

I also think Delphi should be required to offer alternatives to the complete elimination of health and life insurance. I received another document from Delphi via U.S.A. mail on 2/9/09 which indicated the amounts that retirees would have to pay. My thoughts are that those amounts are outrageous and totally ridiculous. As an example greater than 42% of my retirement income would have to go for health insurance. Realizing there is still a need for food, shelter or medicine.

In summary, I oppose what Delphi is attempting to do to salaried retirees. I want Delphi to continue to provide the promised benefits that the current and future retirees have earned.

Sincerely,
Robert B. Shields

2/10/09



RECEIVED
FEB 13 2009
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK