6 Rim View Lane

Shillington, PA 19607

Phone: 610-750-6619

February 13, 2009


Judge Robert D. Drain

United States Bankruptcy Court

One Bowling Green

New York, NY 10004


Subject: Delphi Corporation Case #05-44481 filed October 5, 2005

**OBJECTION to Document #14705 to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) salaried employees and (B) retirees and their surviving spouses**


Dear Judge Drain,

I'm writing to object to Delphi's latest plan to eliminate salaried healthcare benefits. This current plan is especially unconscionable in that it affects salaried retirees and spouses at a time in their lives when they can least afford to pay for these benefits.


The proposed loss of health benefits, life insurance, Retiree Health Reimbursement Accounts and the Medicare Part B Special Benefit will cause significant financial hardship to many of us. The difficulty in obtaining some of these lost benefits on a self-pay basis would be especially difficult and expensive because of any pre-existing medical conditions.


As a retired salaried engineer with 34 years of dedicated service, I am disappointed that Delphi considers salaried retirees as "easy pickins". That's not what I expected when I retired.


Please REJECT this motion and ask Delphi to find other (moral) ways to reduce expenses.


Respectfully,

*Donald A. Ozogar*

Donald A. Ozogar

Retiree from Delphi- Kokomo, IN