February 8, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004



RECEIVED FEB 13 2009 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections.

Virtually all of us began our careers at General Motors Corporation, partially because of the excellent reputation and benefits (known in the workforce as the golden handcuffs). These benefits made a lifelong career at General Motors something of great value. In my case, I turned down an offer for another job primarily because of the security offered by the company.

My wife and I have significant health issues, and are raising two of our grandchildren. Suddenly, the security I have worked my entire life to build is crumbling. Leaving us wondering how we will take care of ourselves and provide for these children. At our age and physical condition, independent health and life insurance will each be major cost, if we can even get them.

With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans, have lost almost 40% of their savings. As you know, the cost of living has increased significantly in the last two years. Delphi has already changed the benefits so they end when we are eligible for Medicare. They had promised a spending account to cover some of the extra cost for benefits in Medicare compared to the original Delphi plan. This would have a crippling effect on the lives of every retiree of Delphi Corporation.

It is my belief that there are other ways to restructure the company and still retain health care for retirees. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a decreasing cost to the company as each of us reaches that 65 age milestone.

Clearly, the salaried workforce (and retires) lacks the safety of a legal contract enjoyed by the unionized hourly workers (and retires), so we must depend on you to force the corporation to do what is right.

Please know that each of the 15,000 retirees who will be dramatically and negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

## We ask you to REJECT this motion.

Sincerely yours,

*Theodore H. Horrell Jr.*

Theodore H. Horrell Jr.
2355 Williams Dr.
Cortland, OH 44410
1.330.638.3140 phone