To: Honorable Robert D. Drain
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green, Room 610
New York, N.Y. 10004

From: Dan Rawson
1296 South Beyer
Saginaw, MI 48601
Date: Feb.10, 2009
989-652-2745

Ref: Delphi Corporation Bankruptcy

Sir:

I am writing you to ask that you have compassion and give much consideration to the Delphi request to eliminate our health care and life insurance. I would ask that you put yourself in my place after 30 plus years of service and receiving harassment from both union and management all I care to do is retire in peace. The reality of this decision will affect the way that I will live out my life just as if the government failed and left you with no health care. It is unconscionable to remove this coverage when, at retirement, one of the enticements to leave early was the continuation of this coverage in the future. In fact, many of us early retirees left for the very reason we are now being singled out for, that is, to give the corporation more flexibility and cash flow to ensure profitability going forward.

I understand the corporation's position and need to emerge from bankruptcy in a solid financial position. I would submit to the court that this position and action is NOT the deal that Delphi proposes would aid it in this regard. I would hope that the court would seriously ask the question: are all the groups of this corporation giving equally? I have stood by and watched as corporate America has rewarded executives richly for poor and immoral behavior. I would ask you how many of the executives that lied, putting Delphi into this problem, are in jail? I believe that the number is zero; yet they have destroyed the lives of a mere 15,000 people. The 90 to 200 million dollars saved between now and 2011 WILL NOT save this company. Unless our economy turns around in the coming months, Delphi will not emerge from bankruptcy but will only be joined by a multitude of other manufacturing firms related to the auto industry.

At this same time, the parent company is now talking about bringing back parts of Delphi as General Motors. So I ask you what will that change for the 15,000 retirees of Delphi? Is this a move just to get rid of the salaried retirees or will GM take us back also? We do need manufacturing in this country if we are to live a fair life but corporate America needs to learn how to treat the backbone of the industry- the salaried worker. We are the ones that made GM profitable and now this request is what we get in return. Many retirees depend solely upon the promises made to them at retirement and live on their pensions only because like the rest of the country we have lost most of what we have invested. We have lost our resources and youth to pursue other sources of income. If Delphi truly recognized the "real hardship" this action will cause, they would not even entertain the idea of cutting off this coverage. I would hope that you would give consideration to equal sacrifice from top executives. If GM takes back part of Delphi to protect its parts supplies, what will stop them from eliminating our retirement pensions completely?

I would request that the court set aside this decision due to the fact it is indeed based upon bad faith and the desire to put most of the burden on us.

Sincerely,

*Dan Rawson*
Dan Rawson

Page 1 of 2

Cc: Delphi Corporation
   5725 Delphi Drive
   Troy, Mi 48098
   Attn.: General Councel

   Skadden, Arps, Slate, Meagher & Flom LLP
   333 West Wacker Drive
   Suite 2100
   Chicago, Ill. 60606
   Attn.: John Wm. Butler

   Davis Polk & Wardwell
   450 Lexington Av.
   New York, N.Y. 10017
   Attn.: Donald Bernstein & Brian Resnick

   Latham & Watkin LLP
   885 Third Av.
   New York, N.Y. 10022
   Attn.: Robert J. Rosenberg & Mark Broude

   Fried, Frank, Harris, Shriver & Jacobson LLP
   New York, N.Y. 10004
   Attn: Bonnie Steingart

   Office of the Trustee for the Southern District of N.Y.
   33 Whitehall St.
   Suite 2100
   New York, N.Y. 10004
   Attn: Brian Masumoto