To: Judge Robert D. Drain
US Bankruptcy Court
Southern District of NY
One Bowling Green NY, NY 10004-1408

From: Delphi Salaried Retiree
Thomas E. Hatcher
118 Sunset Dr.
Fitzgerald, Ga. 31750

Re: Objection to motion (14705) to cancel delphi salaried retiree benefits.

Most of the current delphi salaried retirees were not highly paid. Many were hourly employees who actually took a pay cut when they were put on salary. Most were 4, 5, 6, or 7th level and actually made less than many of the hourly workers and certainly less than the skilled trade workers. Many were originally promised that things would be better in the future and then when we realized that might not be true, we were not allowed to go back on the clock. Salaried personnel were expected to come to work early and stay late and work 10 hours a day for 8 hours pay. If we were ever paid OT, it was at a reduced hourly rate and it was then often figured at straight time or "comp" time. They let you save up your "comp" time (there just was not time to take off) until the end of the year at which time you lost all the "comp" time and vacation time you had not used because it could not be carried over. (Hourly employees were paid double when they worked their vacation).

For many years, the salaried personnel had to "set an example" for the hourly workers. (We did not get routine raises, christmas bonuses, the same OT pay, tutition payments, etc. and now we failed to get the last pension increase which means that our pensions are now less than the hourly pensions.) Actually our net pensions were already less than the hourly pensions because we have to pay for a larger portion of the benefits that we have been getting.

We salaried retirees are the ones who designed, engineered, tested, and developed the products and machinery which made delphi the largest parts company in the world only to have many of the plants closed and the equipment and jobs shipped overseas. We were then requested or required to retiree with the promise of future and even extra benefits. The earlier you retired, the more money there was to be in your spending account when you turned 65. Most of us also chose "surviving spouse" benefits for which we having been paying for every month.

Delphi has already told me that they are going to reduce my pension by 65% when I turn 62 and end all the rest of my benefits when I turn 65. Now they want to end my benefits next month and leave me hanging for 7 years and my wife for 14. What about their promises and what about the payments I have been making?

COBRA payments will take over half of my pension and independent insurance at my age will be very costly as well. Changing carriers in the middle of the year will probably mean meeting two deductibles in the same year.

Take the last pension raise away from the hourly retirees and use that to pay for the salaried benefits. (Just make us all equal from now on and quit picking on the salaried people because you can - we don't have the union to represent us.)

Delphi should honor their past promises if possible and if not they should at least treat everyone the same and certainly not end something in the middle of the year with only one month's notice.

We just ask for what is fair and right.

Thanks for your consideration,

Thomas Hatcher

*Thomas Hatcher* Feb. 12, 2009