Richard Falkenberry
6655 South 600W
Pendleton, IN 46064
February 12, 2009

United States Bankruptcy Court for the South District of New York
One Bowling Green Room 610
New York, NY 10004-1408

Attn: Honorable Robert D. Drain

Re: Contesting the termination of Delphi Health Care to Retired Salary Employees and families

Debtor: Delphi Corporation
Case #: 05-44481

One week ago I received a letter from Delphi Corporation that my health care benefits were ending as of April 1, 2009. I retired from Delphi in Oct of 2002 with a contract stating that I would have these health care benefits for life, for myself and family.

Two years ago I lost my health care benefits due to Delphi canceling benefits when I reached age 65. Now Delphi has decided to cancel the benefits of my family. I am on a fixed income and $1,200 per month for health care is unobtainable.

I would ask the court to rule against Delphi in this case.

Sincerely,

Richard Falkenberry
765-778-4738
Mrfalkenberry@aol.com