Honorable Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
One Bowling Green – Room 610
New York, New York 10004

Reference: Case No. 05-44481
Debtors: Delphi Corporation, et al.
Motion: Salaried OPEB Termination Motion

Dear Judge Drain:

This letter is to express my concerns with Document # 14705, filed by Delphi Corporation on February 4, 2009, asking the Court to terminate health care benefits and life insurance benefits for 15,000 salaried Delphi Corporation retirees and their surviving spouses.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the current salaried retirees of Delphi Corporation and was only made known to us via a Fed Ex delivery on February 5, 2009 and gave us a mere twelve (12) days to file our objection.

The provisions of this motion represent a "Breach of Contract" with the retired salaried employees of Delphi. Salaried employees were recruited by then General Motors based on a salary and benefit package that implied, if not directly stated, that the salary and benefits were comparable to those paid by other companies and that they were a part of the employment contract with General Motors/Delphi.

Each year, salaried employees were required to sign a document accepting that year's salary and benefit package that GM/Delphi offered. The salary was lower than what it would have been were no benefits included in the package. Each year, the benefits manual that GM/Delphi provided devoted a large section to retirement income and salaried benefits under retirement.

Each year the salaried benefits package was compared to the hourly benefits package to show that salaried employees were being treated fairly. Hourly retiree benefits are not being subjected to this motion to cancel retiree benefits, isn't that discriminatory?

As a salaried employee I was given the opportunity to retire early. A retirement package was prepared showing me my retirement income and benefits. I would not have signed the early retirement documents if there were any indication that these benefits would not be paid in the future. Several years after I retired, Delphi discontinued health care benefits for retirees after age 65. However, a Retiree Health Reimbursement Account (RHRA) was established for Medicare-eligible salaried retirees, indicating that Delphi felt some responsibility for past promises to their salaried employees. This motion would

(2)

now cancel that RHRA.

With the state of the current economy, salaried retirees have lost a significant portion of their retirement savings. The loss of retirement savings coupled with the loss of health care/life insurance benefits will have a crippling effect on the lives of every salaried retiree of Delphi Corporation and, also, huge impacts on the communities in which they live. Salaried retirees, if younger than 65, have no alternative but to incur additional costs to purchase medical and life insurance with no opportunity to plan for this take-away. While a number of automotive suppliers do not provide retiree health care, their retirees know that up-front and they have been able to plan, plus have been compensated accordingly for that event. Along those lines, health care benefits are currently scheduled to stop at age 65 for all salaried retirees. This cost is a decreasing cost to Delphi as each of us reaches that 65 age milestone. Likewise, the automotive industry will not stay at the depressed 10.5 million units noted in the motion, it will come back. This supports the belief by us 15,000 retirees that there are other ways to restructure the company and still retain health care for retirees.

Please know that each of the 15,000 salaried retirees, who will be negatively impacted by this motion, will be looking to you for your consideration when making the decision concerning this motion. **We ask you to REJECT this motion.**

Respectfully submitted by:


Kenneth G. Wingeier
555 Mount Vintage Plantation Drive
North Augusta, South Carolina 29860
803-613-1340

Cc:
Attn: General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098

Attn: John Wm. Butler, Jr.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive – Suite 2100
Chicago, Illinois 60606

Attn: Donald Berstein and Brian Resnick
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017

(3)

Attn: Robert J. Rosenberg and Mark A. Broude
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022

Attn: Bonnie Steingart
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004

Attn: Brian Masumoto
Office of the United States Trustee for the Southern District of New York
33 Whitehall Street – Suite 2100
New York, New York 10004