February 9, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Honorable Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 8, 2005
Document # 14705 to Cancel OPEB (Life and Health Insurance Benefits) for all Retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the current employees and retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections.

Many of the most recent retirees of Delphi were retired **BY** the company and **NOT** by the choice of the employee. They were given no decision to make, just told they would be retiring on a specific date. They had little time to prepare for retirement, and little time to adjust to a significantly reduced income before they were hit with this latest development (loss of health care) which will cause financial hardship for every retiree. It will have huge impacts not only on the retirees and soon-to-retire, but also every community where retirees live.

My wife and I worked the required time to retain the insurances that we were promised upon retirement. If I would have had a choice, I would not have retired last June if I would have known that the insurance would not be available to me. I have one year, seven months until I reach the age of 65. Many retirees have health conditions that preclude them from obtaining other health care coverage. My wife, also a Delphi retiree, has diabetes; if her medical insurance ends April 1, 2009, there will be 2 years, 4 months before she turns 65 and is eligible for Medicare and Medicare supplemental policies. The only insurance available for those months will be to continue our Cigna POS that is currently provided through Delphi for a cost that is prohibitive to the normal individual ($1366/month). Not only do we lose our health care coverage, but the money Delphi

promised to help cover medical insurance, too. All this additional cost for health care coverage comes right out of our "fixed income" retiree pockets.

With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans have lost 40 – 60 % of their savings. As you know, the cost of living has increased significantly in the last two years based upon rising energy costs alone. This coupled with the loss of health care benefits would have a crippling effect on the lives of every retiree of Delphi Corporation.

It is my belief that there are other ways to restructure the company and still retain health care for retirees. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a decreasing cost to the company as each of us reaches that 65 age milestone.

Please know that each of the 15,000 + retirees and soon-to-retire, who will be negatively impacted by this action, will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

## We ask you to REJECT this motion.

Sincerely yours,

Richard H. Robison    Diane S. Robison

Richard H. Robison/Retired 06/01/.08
Dane S. Robison/ Retired 01/01/04

Kokomo, IN  46901
Phone: 765-452-4192