Hearing Date And Time: February 24, 2009 at 10:00 a.m. (prevailing Eastern time)
Objection Deadline: February 17, 2009 at 4:00 p.m. (prevailing Eastern time)

Thomas J. Dziennik
6449 Robin Drive
Nineveh, IN 46164
(317) 878-9961

Retiree of Delphi Corporation
Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                            :
In re                                       :    Chapter 11
                                            :
DELPHI CORPORATION, et al.,                 :    Case No. 05-44481 (RDD)
                                            :
                          Debtors.          :    (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

LETTER TO CONTEST DELPHI'S MOTION FOR ORDER UNDER 11 U.S.C. §§ 105, 363(b)(1), AND 1108 CONFIRMING DEBTORS' AUTHORITY TO TERMINATE EMPLOYER-PAID POSTRETIREMENT HEALTH CARE STIPEND AND EMPLOYER-PAID POST-RETIREMENT LIFE INSURANCE BENEFITS FOR CERTAIN RETIREES AND THEIR SURVIVING SPOUSES ("SALARIED OPEB TERMINATION MOTION")

PRELIMINARY STATEMENT

I am a salaried Delphi Retiree with 43 years service. Delphi Corp filed a motion with the U.S. Bankruptcy Court to discontinue healthcare and life insurance coverage for salaried retirees. The notice also stated my Retiree Health Reimbursement Account (RHRA) stipend would be eliminated. This account was established as part of an agreement, effective January 2007, when Delphi terminated health insurance coverage for retirees once they reach 65 years

of age.

I am contesting this motion for the following reasons:

1) The obligation Delphi has to provide a RHRA health care insurance premium stipend is limited to $20,000.00 in my case.

2) This stipend was provided by Delphi in order to allow for a bridge in a Retiree's planning, to obtain personally funded health coverage after the $20,000.00 fund is exhausted. Approximately $10,500.00 remains in my stipend account fund, and Delphi is suddenly "pulling-the-plug".

3) The motion made by Delphi is also for elimination of the promised life insurance coverage, face-value of $130,000.00 in my case.

## SUMMARY

I was an engineer who hired into the company under GM and have dedicated my 43 working years career to making GM and then Delphi the best company I could.

I understand the extraordinary difficult economic times that the company, as well as the automotive industry faces. This abrupt cancelation by Delphi of the RHRA ($10,500.00 remaining for me) and the cancelation of the long standing promised life insurance coverage, constitutes an extreme financial hardship for me.

I appreciate the court taking the time to consider my argument and respectfully ask that

the court not approve Delphi's motion to terminate the RHRA health coverage stipend and life insurance premium for salaried retirees, who have been planning on these coverages.

Dated:    Nineveh, Indiana
         February 11, 2009

                                    Thomas J. Dziennik

                                    *[signature]*

                                    6449 Robin Drive
                                    Nineveh, IN 46164
                                    (317) 878-9961