February 9, 2009

United States Bankrptcy Court
One Bowling Green
New York, New York 10004

Attn: Honorable Judge Robert D Drain

Ref:
Delphi Corp Case # 05-44481 filed October 8, 2005
Document # 14705 to Cancel OPEB (Health Insurance Benefits) for all Retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the current employees and retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections.

Many of the most recent retirees of Delphi were retired **BY** the company and **NOT** by the choice of the employee. They were given no decision to make, just told they would be retiring on a specific date. They had little time to prepare for retirement, and little time to adjust to a significantly reduced income before they were hit with this latest development (loss of health care) which will cause financial hardship for every retiree. It will have huge impacts not only on the retirees and soon-to-retire, but also every community where retirees live.

With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans, have lost 40 – 60 % of their savings. As you know, the cost of living has increased significantly in the last two years based upon rising energy costs alone. This coupled with the loss of health care benefits would have a crippling effect on the lives of every retiree of Delphi Corporation.

It is my belief that there are other ways to restructure the company and still retain health care for retirees. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a decreasing cost to the company as each of us reaches that 65 age milestone.

February 9th, 2008

United States Bankruptcy Court
One Bowling Green
New York, New York 10004

Attn: Honorable Judge Robert D Drain

Your Honor in addition to my formal objection letter, I would like to request that you look at what is happening to middle class Americans today. Jobs are being sent out of our country by the thousands. Benefits are being taken away. Soon there will be no MIDDLE CLASS in our country.

Presently, I can not see anyone, looking out for the working man and woman who has made this country great. The greed of many have put millions of dollars into executive pockets, forgetting the work force that made them those dollars. I am asking you to look at the NUMBER of retires that will be 65 in the next 2 to 3 years. There has to be a cost effective way to assist with health insurance until they can purchase supplement insurance to aid with what Medicare offers.

I am asking you to please consider the effect your ruling is going to have on 15,000 lives.

Sincerely,

Steven L Piedmonte
Delphi Retiree

Please know that each of the 15,000 + retirees and soon-to-retire, who will be negatively impacted by this action, will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

## We ask you to REJECT this motion.

Sincerely yours,

Steven L Piedmonte
16652 Lynch Road
Holley, New York 14470
585-638-6179