**Hearing Date And Time: February 24, 2009 at 10:00 a.m. (prevailing Eastern time)**
**Objection Deadline: February 17, 2009 at 4:00 p.m. (prevailing Eastern time)**

Donald G. Moeschberger
1109 Arundel Dr.
Kokomo, IN 46901
(765) 457-4725

Salaried Employee of Delphi Corporation
Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LETTER TO CONTEST DELPHI'S MOTION FOR ORDER UNDER 11 U.S.C. §§ 105, 363(b)(1), AND 1108 CONFIRMING DEBTORS' AUTHORITY TO TERMINATE EMPLOYER-PAID POSTRETIREMENT HEALTH CARE BENEFITS AND EMPLOYER-PAID POST-RETIREMENT LIFE INSURANCE BENEFITS FOR CERTAIN (A) SALARIED EMPLOYEES AND (B) RETIREES AND THEIR SURVIVING SPOUSES ("SALARIED OPEB TERMINATION MOTION")

PRELIMINARY STATEMENT

I am an active Delphi employee, but am nearing retirement. As the court knows, Delphi Corp. filed a motion with the U.S. Bankruptcy Court to discontinue healthcare and life insurance coverage for retirees. The notice also stated my Retiree Health Reimbursement Account (RHRA) would be eliminated. This account was established several years ago to

allow retirees to maintain health care coverage when Delphi terminated health insurance coverage for retirees once they reach 65 years of age.

I am contesting this motion for the following reasons:

1) The obligation Delphi has to provide health care coverage for retirees is time limited. Coverage for retirees is stopped when they reach age 65. And, retirees hired after 1992 do not receive health care coverage in retirement.

2) People hired after December 31, 1992 knew they would not receive health care coverage in retirement when they hired in so they have had time to plan for health care in retirement. People such as myself who were hired in the 60's, 70's or 80's were told by the company that we would receive health care coverage in retirement and now have no time to plan for providing ourselves and families with health care coverage after retirement. People who have already retired are in an even worse situation. It will cost some of them more than a third of their fixed income to continue their coverage.

3) The motion made by Delphi is for permanent elimination of health care benefits for salaried people who were promised this coverage when they retire. When the company recovers and the executives are receiving bonuses, it makes sense to me that the company would honor its commitment to provide health care coverage to the salaried employees who were promised coverage.

## COMMENTS ON DEBTOR'S MOTION FOR ORDER

4) The motion by Delphi provides numerous references to the state of the economy and its effects on the Revised Plan Of Reorganization (RPOR). The business projections provided in the motion

2

are based on these references. Sales of vehicles have been at the 10.5 million unit annual rate as stated and according to the January 2009 manufacturers, sales may have decreased to a 9.5 million unit annual rate. However, the industry believes that a sales level in North America of 12.0 million unit annual rate is needed to provide for replacement needs. If the Debtor motion is approved and the annual rate climbs only to the replacement level, any investors will receive a significant windfall profit at the expense of the salaried retirees.

5) The motion was submitted prior to the US Congress 2009 Economic Stimulus Plan which provides significant incentives to directly and immediately increase the sales rate. Therefore, the positive impact of these incentives is not accounted for. The increased sales rate will result in a similar windfall profit for Delphi and its investors.

6) The motion does not consider the positive impact of US Congress and US Executive Branch initiatives to create significant health care reforms. While the nature of these reforms is not known, it would be unfair to the Delphi retirees to make a PERMANENT decision without the ability to consider such changes in the future.

7) The motion does not consider the positive impact of "bailout" funds such as have already been received by General Motors Corporation and Chrysler Corporation. The Motor and Equipment Manufacturer's Association (MEMA) has provided information to the US Congress that $25 Billion is needed to support the suppliers of vehicle components in this economic recession. Delphi is a member of MEMA and is likely to benefit from any funds which the US Congress provides to these corporations.

8) The motion is based on plans needed to maintain the company in a very poor economy with no consideration for possible improvements. The loyal retirees should not be PERMANENTLY

3

impacted by this economy while investors are permitted to reap any benefits from an improving economy.

## SUMMARY

I am an engineer who hired into the company under GM and have dedicated my working career to making GM and then Delphi the best company I could. I have felt personal responsibility for assuring the success of many projects with the result that my family and community frequently sacrificed in order to achieve that success. I have turned down offers to work for other companies during this period. I expect some level of loyalty from my company.

I understand the extraordinary difficult economic times that the company, as well as the automotive industry faces. Sacrifices are being made now and more will be necessary. If health care coverage for retirees needs to be <u>temporarily modified</u> to help ensure the company's survival, then that is what we need to do. For example, co-pays, deductibles and/or premiums could be temporarily raised. However, I believe the permanent elimination of health care coverage for salaried retirees that were promised this coverage is not justified.

I appreciate the court taking the time to consider my argument and respectfully ask that you not approve Delphi's motion to terminate health coverage for salaried employees that are counting on that coverage.


Dated:    Kokomo, Indiana
         February 11, 2009

Donald G. Moeschberger

*Donald J. Moeschberger*

1109 Arundel Dr.
Kokomo, IN 46901
765-457-4725