To: Honorable Robert D. Drain  
United States Bankruptcy Court for  
the Southern District of New York  
One Bowling Green, Room 610  
New York, N.Y. 10004

From : Vern Notestine  
7855 Eischer Rd.  
Frankenmuth, MI 48734

Feb.11, 2009

Subject: Objection to motion to eliminate Delphi Health Care, etc. for Salaried Retirees.

Dear Sir:

   This is asking that you be mindful of the Salaried Retirees needs and not to sweep us down the sewer as an unworthy group. The singling out of the Salaried Retirees for this proposed cut is just going after those who have no immediate (legal) defense mechanism in place, as does the UAW. I take this proposal to be demeaning and insulting to how I've spent my career. This possible financial for the wife and I's "Golden Years", isn't meeting our expectations.

   Even thought I worked my entire 34.5 yrs of service for GM and Delphi, I consider the engineering work I did as "professional", rather than a "shop rat". I studied engineering in college for 7 yrs for this treatment? Early in my career I looked at other employers, but stayed w/ GM mostly for the purported "secure" retirement package. Back then the personnel manager told me that the GM fringe benefits will only get better over the yrs. He was wrong, but I didn't know it then.

   This Motion to terminate…would represent a 10.4% loss in my household's after tax income. Sure one could say that 10% can be absorbed, but this would be in addition to my just having been put on Medicare a year ago. Plus most of my 401k lifetime savings was in GM and Delphi common stock. I've lost 68% !! of that lifetime savings since I retired. So it's not like I have a wad of money to cover for this proposed health care elimination.

   Are the retired Delphi executives included in this Motion? They should be. Please consider how you would feel, if you were in my situation. I don't feel that I did anything wrong.

   Many of us retirees are too old and forgetful to find work now in this present economy.

   Please, I request the court deny this Motion.

Sincerely,  
Vern D. Notestine  
Salaried Delphi Retiree in 2001  
Hired in 1966

Cc: Delphi Corporation  
5725 Delphi Drive  
Troy, Mi 48098  
Attn.: General Council

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, Ill. 60606
Attn.: John Wm. Butler

Davis Polk & Wardwell
450 Lexington Av.
New York, N.Y. 10017
Attn.: Donald Bernstein & Brian Resnick

Latham & Watkin LLP
885 Third Av.
New York, N.Y. 10022
Attn.: Robert J. Rosenberg & Mark Broude

Fried, Frank, Harris, Shriver & Jacobson LLP
New York, N.Y. 10004
Attn: Bonnie Steingart

Office of the Trustee for the Southern District of N.Y.
33 Whitehall St.
Suite 2100
New York, N.Y. 10004
Attn: Brian Masumoto