February 10, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY    10004

Attn: Judge Robert D. Drain,

Reference: Delphi Corporation Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance and life insurance benefits) for all retirees and dependents.

Dear Judge Drain;

This letter is to express my deep concerns with document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to permit Delphi to cancel all company paid benefits to the salaried retirees. This letter is to express my **OBJECTION** to document #14705.

This document was filed without any concern for the people it would affect. This was filed after the Medicare insurance could be revised to a lower level and many of the retirees were just recently pushed out the door. It is interesting how the bonuses were temporarily suspended but these changes are permanent.

Delphi is targeting the salaried retirees since they feel they can do what ever they want and it doesn't matter. The salaried workforce actually felt it was working with the company whereas the union felt the company was the enemy. Salaried workers would work casual overtime, weekends, whatever was needed . The retirees realize the Corporation is in trouble, but this is not the way to solve the problem. This is just business as usual. After the salaried workforce is decimated, the bonuses will flow again.

Please do not permit business as usual. Please reject document # 14705 and send the executives back to find real solutions.

**PLEASE REJECT THIS MOTION!**

Sincerely Yours,

Alan J. Herrmann
3041 Warren Burton Road
Southington, Ohio    44470
330-898-2280