Daniel D. Doyle (DD 2500)
Nicholas A. Franke (NF 6764)
David M. Brown (DB 2065)
SPENCER FANE BRITT & BROWNE, LLP
1 North Brentwood Boulevard, Tenth Floor
St. Louis, MO 63105
(314) 863-7733 – telephone
(314) 862-4656 – facsimile

J. Brian McTigue (JT 2422)
Bryan T. Veis (*pro hac* pending)
McTIGUE & PORTER LLP
4530 Wisconsin Ave. N.W., Suite 300
Washington, DC 20016
(202) 364-6900 - telephone
(202) 364-9960 - fax

COUNSEL FOR ROBERT T. NICHOLSON, VINCENT WILSON, MICHAEL BEARD, RUSSELL DETWILER, FLOYD JONES, JOHN M. MCGRATH, JAMES J. BRODI JR., EDWIN B. HUBBARD, PAULETTE J. KILDOW, RAYMOND KRAEMER, ROBERT TODD NICHOLSON, GARY PORTER, JOHN R. SMITH, CARL VISCONTI, ROBERT WELLENS, and JUDE KOWALEWSKI, as retirees not covered by the Debtors' collective bargaining agreements.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | CASE No. 05-44481 (RDD) |
| | Jointly Administered |
| DELPHI CORPORATION, et al., | |
| | Chapter 11 |
| Debtors. | |

   I hereby certify that the below documents were served on February 17, 2009 by electronic notice on the Office of the United States Trustee, counsel for the Debtors, the relevant unions, counsel for the Official Committee of Unsecured Creditors, and counsel for the agent under Debtors' post-petition credit facility and on all parties receiving electronic notice.

1.  Renewed Motion for Appointment of a Committee of Retired Employees Pursuant to 11 U.S.C. § 1114(d).

2.  Objection and Memorandum of Law (A) in Support of Renewed Motion for Appointment of a Committee of Retired Employees pursuant to 11 U.S.C. § 1114(D); and (B) in Support of Objections to Motion for Order under 11 U.S.C. §§ 105, 363(b)(1), and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Post-Retirement Life

385562.1

Insurance Benefits for Certain (A) Salaried Employees and (B) Their Surviving Spouses (The "Salaried OPEB Termination Motion")

DATED: February 18, 2009.           SPENCER FANE BRITT & BROWNE LLP

By /s/ Daniel D. Doyle
   Daniel D. Doyle
   Nicholas Franke
   David M. Brown
   1 North Brentwood Boulevard, Tenth Floor
   St. Louis, MO 63105
   (314) 863-7733 – telephone
   (314) 862-4656 – facsimile

   ddoyle@spencerfane.com
   nfranke@spencerfane.com
   dbrown@spencerfane.com

385562.1