**Hearing Date And Time: February 24, 2009 at 10:00 a.m. (prevailing Eastern time)**
**Objection Deadline: February 17, 2009 at 4:00 p.m. (prevailing Eastern time)**

Douglas A. Kittle
3119 Timber Valley Drive
Kokomo, IN 46902
(765) 454-0988

Salaried Employee of Delphi Corporation
Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
In re                         :   Chapter 11
                              :
DELPHI CORPORATION, et al.,   :   Case No. 05-44481 (RDD)
                              :
                    Debtors.  :   (Jointly Administered)
                              :
------------------------------x

LETTER TO CONTEST DELPHI'S MOTION FOR ORDER UNDER 11 U.S.C. §§ 105, 363(b)(1), AND 1108 CONFIRMING DEBTORS' AUTHORITY TO TERMINATE EMPLOYER-PAID POSTRETIREMENT HEALTH CARE BENEFITS AND EMPLOYER-PAID POST-RETIREMENT LIFE INSURANCE BENEFITS FOR CERTAIN (A) SALARIED EMPLOYEES AND (B) RETIREES AND THEIR SURVIVING SPOUSES ("SALARIED OPEB TERMINATION MOTION")

PRELIMINARY STATEMENT

I am a recently retired Delphi employee. As the court knows, Delphi Corp. filed a motion with the U.S. Bankruptcy Court to discontinue healthcare and life insurance coverage for retirees. The notice also stated my Retiree Health Reimbursement Account (RHRA) would be eliminated. This account was established as part of the "deal" a couple of years ago when Delphi terminated health insurance coverage for retirees once they reach 65 years of age.

I am contesting this motion for the following reasons:

1) The obligation Delphi has to provide health care coverage for retirees is time limited. Coverage for retirees is stopped when they reach age 65. And, retirees hired after 1992 do not receive health care coverage in retirement.

2) People hired after December 31, 1992 knew they would not receive health care coverage in retirement when they hired in so they have had time to plan for health care in retirement. People such as myself who were hired in the 60's, 70's or 80's were told by the company that we would receive health care coverage in retirement and now have no time to plan for providing ourselves and families with health care coverage after retirement. People who have already retired are in an even worse situation. It will cost some of them more than a third of their fixed income to continue their coverage.

3) The motion made by Delphi is for <u>permanent</u> elimination of health care benefits for salaried people who were promised this coverage when they retire. When the company recovers and the executives are receiving bonuses, it makes sense to me that the company would honor its commitment to provide health care coverage to the salaried employees who were promised coverage.

## SUMMARY

I am a recently retired engineer, who began working for Delphi under GM/Delco 32 Years ago. I dedicated myself to GM/Delco/Delphi, for every one of those years, confident in their commitment of a retirement with both pension and healthcare coverage. It was bad enough to have that commitment changed for Medicare-only coverage at age 65. Yet I tried to adapt, only to have them petition now for no health coverage or life insurance, which would devastate my financial stability.

I was even encouraged to retire as soon as possible, so that I might save some fellow employees that were not as "lucky" as me, since I would still be receiving a pension with health care.

I understand if coverage was modified during these times of extreme financial burden, but to drop it and walk away from this defenseless and extremely dependant group of people is simply not justified at this time.

I thank the court for taking the time to consider this plea, and sincerely ask that you not approve Delphi's motion to terminate the salaried retiree health coverage.

Most Sincerely,
Douglas A. Kittle

3119 Timber Valley Drive
Kokomo, IN  46902
765-455-0988
KittleDAK@aol.com

Dated: Feb 11, 2009