United States Bankruptcy Court
One Bowling Green
New York, NY 10004

February 9, 2009


Attn: Honorable Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 8, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees


Your Honor

Thank you so much for your patience in handling the Delphi Corporation bankruptcy case. Its been going on for more than 3 years.

I am an engineer and not a lawyer. So I am not able to file a motion to reject Delphi's motion to terminate healthcare like James R. Frost has done. A copy of his motion is attached. But I feel the way.

Your honor, the American jurisprudence system weighs what is just and fair. I appeal to you to uphold our tradition. I have 28 years with GM and 2 years with Delphi before I retired. There are over 15,000 retiree of pre-Medicare and Medicare age. All of them have been GM/Delphi employees for upwards of 45 years. It's hard to accept that we should be without health care.

Delphi is not removing health care from their union retirees. But the salary retirees have no representation and Delphi is taking advantage of them. Please don't let them do that to us.

I am therefore sending this letter of objection and ask that you reject it.


Respectfully,

*[signature]*

Charles C. Chen
3297 W. 250 S.
Kokomo, IN 46902
Tel: 765-453-7665


1

Cc:

General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098

Brian Masumoto
Office of the United States Trustee for the Southern District of New York
33 Whitehall Street
New York, New York 10004

John Wm. Butler, Jr.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive - Suite 2100
Chicago, Illinois 60606

Donald Berstein and Brian Resnick
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017

Robert J. Rosenberg and Mark A. Broude
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022

Bonnie Steingart
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004