February 12, 2009

To: United States Bankruptcy Court for the South District of New York
One Bowling Green
New York, NY
10004-1408
Attn: Honerable Robert D. Drain
RE: Debtor = Delphi Corp.    Case Number 05-44481

Subject: Delphi to Renege Retiree Healthcare and Insurance in Bankruptcy Case 05-44481

Dear Judge Drain,

I appeal for your support to contest Delphi Corporation's motion to US Bankruptcy Court Judge Robert Drain to terminate its healthcare and life insurance obligations for salaried retirees. This motion adds insult to injury for thousands of Hoosier autoworkers like myself who labored decades for our company, only to be involuntarily discarded in recent months, and now trampled on by reneging on its commitments such as healthcare and insurance.

**We are loyal Delphi/GM employees that have not gone on strike or caused a work interruption that typically cost the companies many millions of dollars.** Considering that, once again Delphi is squeezing salaried employees just because they can, and since we are not contractually protected from injustices like our UAW hourly colleagues such as:

1) When Delphi was spun off from GM in 1999, salaried employees received no flowback guarantees like hourly employees. Salaried employees were forced to become Delphi employees.
2) Salaried employees paid progressively more healthcare costs versus hourly, with an ever escalating co-pay versus hourly.
3) Salaried pay depended on <u>questionable</u> financial accounting performance and an intermittent merit fund, while hourly got fixed raises, cost of living, etc.
4) Hourly employees were offered voluntary buyouts or GM jobs, but salaried employees got only involuntary separations.
5) Hourly retiree pension obligations assumed by GM, while Delphi salaried pensions are at risk of default.
6) Salaried retiree healthcare and insurance to be cancelled, while hourly retiree benefits are unchanged.
7) Hourly retirees get a 30 and out bonus <u>added</u> to their retirement and Salaried retirees get an age reduction factor <u>subtracted</u> from their retirement.
8) Salaried employees spent many unpaid hours working on projects whereas hourly employees would have gotten overtime.
9) Salaried employees have never gotten unemployment benefits from the state or expensive sub pay from the company during strikes or work stoppages.
10) Salaried employees were not able to participate in the costly jobs bank whereas the hourly employees used their high seniority to apply for the openings.

Delphi's reputation was already tarnished by its accounting scandal, strong-arm bankruptcy tactics, and manufacturing exodus to Mexico and China. Their recent salaried separation methods were discriminatory, based on age and salary, compared to less qualified colleagues who were retained. There is virtually no one above 55yrs old as a salaried employee. But now that Delphi finds it inconvenient to support the loyal retirees who supported them, they give us <2 months notice that they are reneging on their benefit obligations.

I understand that Delphi, GM, the auto industry, and the global economy are under dire financial stress. GM and Delphi have setup a trust fund for hourly retirees to take care of healthcare. Since this is the <u>precedent</u> for the way that GM and Delphi have agreed to run their business, then this way of doing business should be applied to the salaried retirees also. In doing business one does not treat their customers with such great disparity without one of the customers filing a suit and causing great legal costs. Thus the retirees would like to be treated as the companies would treat their customers in a fair way and equally. The original funding for the healthcare trust fund was to be done at a substantial cost to GM and Delphi. Now that the federal bailout is now essentially funding the GM/UAW trust fund for retiree healthcare, we feel that as taxpayer money, the trust fund should include all GM and Delphi retirees and not discriminate between hourly and salaried retirees as we all have paid taxes and voted equally.

In summary, during our career with GM and during the creation of Delphi from GM, we were promised that we would have a pension of an amount that was similar to the hourly retirees (However see #7 from above) and life insurance, and healthcare for ourselves and spouses until death. It was obviously part of our compensation. In fact during the first few years of Delphi, GM was administrating the benefits. Now in Delphi's view, it is all right to cancel the salaried promises but continue the hourly promises unchanged. Obviously something is not right. Would you use your integrity to help correct this injustice and suggest to Delphi to include the salaried retirees in the healthcare trust fund? Doing this would avoid all sorts of legal, political, and media problems for Delphi and GM.

Respectfully,

Roger D. Sand
4260 E. 100 N.
Kokomo, Indiana 46901
765-456-3776
rogdsand@hotmail.com