9575W 00NS County Rd
Kokomo, Indiana 46901

February 12, 2009

United States Bankruptcy Court for the South District of New York
One Bowling Green Room 610
New York, NY 10004-1408
Attn: Honorable Robert Drain

Ref: Case #05-44481
Debtor Delphi Corp.

Dear Judge Drain:

    I am a retired Delphi Salaried employee. I am asking that the Delphi debtor motion to cancel retiree salaried benefits <u>not</u> be granted.

    I, like the many other Delphi salaried employees have put in many productive years of service for Delphi. It is now, in retirement that we need the support of the salaried benefits which was part of our compensation package to be used at this time.

    Paying for these benefits ourselves at this time is an economic hardship for us on a fixed retirement income. This economic hardship spreads through the community of Kokomo, Indiana in that the community will be denied income because of the impending hardship on us.

Thank you for your time and consideration.

Sincerely yours,

*Wallace F Brahm*

Wallace F. Brahm