Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
One Bowling Green, Room 610
New York, New York 10004
Attn: Deliver directly to the chambers of Honorable Robert D. Drain


Honorable Judge Drain,

As you approach the February 24, 2009 motion for Delphi to terminate employer-paid post retirement health-care and life insurance benefits for certain (a) salaried employees and (b) retirees and their surviving spouses, **we would like to object to this petition** and bring the following to your attention.

- Excerpt - Your GM Benefits – January 1, 1998 (Health care & Life Insurance)
    - If you are eligible to retire with 30 years or more of credited service at any age (and your most recent date of hire is prior to January 1, 1988), you are eligible for corporation contributions for health care in retirement
    - In addition, at age 65, or earlier while you are enrolled in Medicare part B, you may receive a monthly special benefit.
    - If your most recent date of hire was prior to January 1, 1993 and you are eligible for continuation of coverage in retirement, coverage will be reduced to an amount equal to 1.5% for each year of participation times the amount of life insurance in force at retirement.
- General Motors Corporation stopped providing contributions for health care in retirement to employees hired on or after January 1, 1993. To offset the cost of this benefit, starting salaries for new employees were increased.
- General Motors Corporation employees hired prior to January 1, 1993 did and will not receive increased pension or salary increase because their health-care and life insurance would continue for life.
- GM agreed when it spun Delphi off in 1999 to assume pension and health-care obligations for thousands of union workers should Delphi be unable to do so. Where is GM's loyalty and fair treatment to the spun off salary workers?
- In a March 7, 2005 letter, Kevin Butler stated -
    a. Delphi will continue to provide health care coverage along with Corporate contribution (for eligible retirees) before they become eligible for Medicare.
    b. Effective January 1, 2007, Delphi will no longer provide health care coverage under the Salaried Health Care Program for retirees who are eligible for Medicare. Instead, eligible retirees will be able to use a new Retiree Medical Account to defray the cost of purchasing Medicare coverage and/or other supplemental Medigap coverage.
        i. Per this motion, beginning April 1, 2009 Delphi will discontinue the Retiree Medical Account (RHRA) ($10K or $20K) for all current & future retirees.
        ii. Per this motion, beginning April 1, 2009 Delphi will no longer provide the Medicare Part B Special Benefit.

- February 24, 2009 at 10:00 a.m. – Delphi is asking you to terminate employer-paid post retirement health-care and life insurance forever.
    a. As stated in the questions and answers attached to John D. Sheehan and Kevin M. Butler's letter, "In order to put together a viable exit plan from bankruptcy, it is necessary for Delphi to discontinue these plans permanently."
    b. Based on Delphi February 5, 2009 letter and attachments to retirees, the average monthly plan rate of all offered plans - (employee & spouse) - $982 and $11,085. annually

    It is understood that this economical downturn is the worse we have seen in our lifetime but President Obama is working diligently to quickly turn our economy around. If this motion is approved, the living status of all current Delphi retirees and their families will decline drastically and have a further damaging effect on the U.S. economy. It would seem that General Motors/Delphi Corporation combined should be forced to provide what was promised to salaried employees over thirty years ago. It is our hopes that this motion is disapproved and continued health and life insurance coverage be granted to all current eligible U.S. Delphi retirees.

    Even though this notice was sent with the legal required turnaround, it is a further burden to us Delphi retirees, just based on the fact of what is being retired. Even in economic hard times, retired means more than not working, for most of us it means not at home either. While we were given the minimum legal turnaround of 10 days, again being retired, this seems rather unreasonable or possibly by design meant to reduce disagreement

    If you deem it necessary to approve this motion, I respectfully request a longer implantation period to reduce a situation which has already been made problematic. Something along the lines of 120 to 180 days, just makes more sense.

    Thank you for your time and consideration.

Respectfully,

*[signature]*

Alfred R. Webster

Copies:
Delphi Corporation – (Attention: General Counsel; 5725 Delphi Dr., Troy, MI 48098
Skadden, Arps, Slate, Meagher & Flom LLP (Attention: John Wm. Butler Jr.; 333 W. Wacker Dr. ; Suite 2100, Chicago, IL 60606
Davis Polk & Wardwell LLP (Attention: Donald Bernstein & Brain Resnick; 450 Lexington Ave., New York, New York 10017
Latham & Watkins LLP (Attention: Robert J. Rosenberg & Mark A Broude); 885 Third Ave., New York, New York 10022
Fried, Fran, Harris, Shriver & Jacobson LLP (Attention: Bonnie Steingart); One New York Plaza, New York, New York 10004
Office of the U. S. Trustee for the Southern District of New York (Attention Brian Masumoto; 33 Whitehall Street, Suite 2100, New York, New York 10004