United States Bankruptcy Court
One Bowling Green
New York, NY 10004

ATTN: Judge Robert D. Drain

Ref:
Delphi Corp **Case #05-44481**, filed October 5, 2005

Dear Judge Drain,

Delphi Corporation filed, in document #14705 on February 4, 2009, an appeal to cancel health and life insurance benefits (OPEB) for over 15,000 retirees of the Delphi Corporation.

### NOTE: THIS IS AN OBJECTION TO DOCUMENT #14705—PLEASE FILE IT AS A MOTION TO OBJECT.

Not only am I objecting to document #14705, but I am also asking for its dismissal. In addition, I request a delay in the decision, since there is not enough time to make an informed, intelligent choice before purchasing other health coverage.

I do not feel that we, the people of Delphi, as retirees and as citizens, should be the ultimate people to pay the price for the mismanagement, the greed, and poor decision making of those in charge of running the company. Retirees, whether voluntary or involuntary, in good faith, performed for the company with the promise of contracts being honored with regard to the retirement years.

Please find in favor of the people, which will mandate that Delphi find an alternate solution to the problem that it has created. RESPECTIVELY, PLEASE REJECT THE MOTION OF DOCUMENT #14705.

Sincerely,

*J. Michael Budenz*
J. Michael Budenz