Friday February 13, 2009

To:   Judge Drain

From:  William and Nancy Davis
       10441 Davison Rd.
       Davison, Mi 48423

RE: Delphi elimination of medical insurance for retired salary employees

We would both like you to consider a denial of Delphi's request to cancel the medical, vision, dental and life insurance provision to their salaried retirees. We understand that Delphi is looking for ways to reduce costs but this puts a huge burden on those employees that have only their pensions for income.

Many of the retired salaried employees have retired as a result of facilities closing or drastic downsizing. They simply had no other option. A majority of the recent retirees have had to retire prior to age 62 which have resulted in age reductions to their monthly pension amounts. These individuals are not eligible for Medicare until age 65. Analysis of the demographics will also show the large number of retirees who are still in mid to late fifties of age, placing the added burden of health care for as much as ten years. This is a crippling event to individuals who must rely on pensions in a time when inflation is sure to erode monthly income.

Delphi has already cancelled health care for salaried employees once they reach 65 years of age. Recently hired salaried employees do not receive the benefits salaried employees hired prior to December 31, 2000 receive, either as active or retired employees. Therefore the liability to Delphi for salaried retiree benefits is on a decreasing level.

We again urge you to take this into the account. There are ways to further restructure the company and preserve health care until age 65 and pensions in retirement.

William J. Davis II – Delphi Salaried Retiree


Nancy Jo Davis – Delphi Salaried Retiree