Feb. 13, 2009

Honorable Robert D. Drain
United States Bankruptcy Court
One Bowling Green, Room 610
New York, NY 10004

Honorable Judge Drain,

    This letter is to express my concerns with Delphi Corporation, Case No. 05-44481 (RDD) asking the court to terminate employer-paid, post retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (a) salaried employees and (b) retirees and their surviving spouses.

    **Please note that this letter is an <u>Objection</u> to that Case and file it as a motion to object Case No. 05-44481.**

    Myself and many others spent over 85% of our careers with a Div. Of General Motors before being transferred to Delphi Corp. We were told that the benefit package for Delphi was as good as GM's and it is our hope that this motion is disapproved or rejected and continued health and life insurance coverage be granted to all eligible Delphi retirees and their surviving spouses.

    Thank you for your time and consideration.

Sincerely,

*Lester J. Harris*

Lester J. Harris


Copies:

Delphi Corporation – (Attention: General Counsel; 5725 Delphi Dr., Troy MI 48098
Skadden, Arps, Slate, Meagher & Flom LLP (Attention: John Wm. Butler, Jr.);
333W. Wacker Dr.; Suite 2100, Chicago, IL 60606
Skadden, Arps, Slate, Meagher & Flom LLP (Attention: Kayalyn A. Marafioti);
Four Times Square; NewYork, NY 10036
Davis, Polk & Wardwell LLP (Attention: Donald Bernstein & Brian Resnick);
450 Lexington Ave.; New York, NY 10017
LATHAM & Watkins LLP (Attention: Robert J. Rosenberg & Mark A. Broude);
885 Third Ave.; New York, NY 10022
Fried, Fran, Harris, Shriver & Jacobson LLP (Attention: Bonnie Steingart);
One New York Plaza, New York, NY 10004
Office of The U. S. Trustee for The Southern District of New York (Attention: Brian Masumoto); 33 Whitehall St., Suite 2100; New York, NY 10004