Philip Johnston
304 Kingston Rd.
Kokomo, IN, 46901
Email: cpjohnst@gmail.com
C: 765-271-2163    h: 765-356-6613
February 13, 2009


United States Bankruptcy Court for the Southern District of New York
One Bowling Green Room 610
New York, NY 10004-1408
Attn: Honorable Robert D Drain


Honorable Robert D Drain
Case # 05-44481
Debtor Delphi Corp.

I am writing to contest the termination of Delphi Health Care for retired salaried employees.

As a loyal employee of GM/Delphi corporation of 36 years, it is grossly unfair for the United States Bankruptcy Court to allow Delphi Corp. to terminate salaried retirees benefits without any employee representation. I understand the companies desire to reduce cost as it attempts to exit bankruptcy. But for the court to allow the corporation to accomplish their will without any interaction with employees is gross neglect of fairness.

Additionally, the total loss of these benefits will impose an extreme negative effect upon my wife and I. This same condition will be multiplied tens of thousands of times across our nations. Cities and states across the nation that are home to Delphi Corp. salaried retirees will feel the impact of on average a thousand dollars per month of spendable income being diverted to cover the costs of the lost benefits.

I am requesting in the strongest way that you stand up for fairness.

Sincerely,

*C. Philip Johnston* (signature)

Philip Johnston