Lawrence Millard
P.O. Box 51
Oakford In. 46965
Larry.millard48@yahoo.com
Thursday, February 12, 2009
Re: Case No. 05-44481

United States Bankruptcy Court for the South District of New York

Attn: Honorable Robert D. Drain

I am writing this letter in response to Delphi Corporations request to terminate employer-paid Post retirement of health care and insurance benefits of retired salaried employees.

I strongly protest this action and believe Delphi Corporation is not looking after the welfare of the many people that gave so many years of service on their behalf. To terminate these retirement benefits would put extreme hardships on those affected. At this time securing healthcare as we are used to would require that over 50 percent of our current pension be used for this purpose. Not to mention the cost of dental, vision and life insurance that are still needed to secure a sound and healthy retirement.

If this action is allowed to take place it would not only reduce the quality of life for the retiree but put a burden on local and state health and welfare systems because many will have no options but to turn to these agencies for relief.

The Honorable Judge Drain, It is essential that you weight both the Corporate concerns and the concerns of the many retirees and their quality of life and the hardship such a motion will create. In the interest of the many retirees, please deny this motion.

Once again I must strongly protest this motion on behalf of myself and the many Retired Delphi Salaried Employees.

Lawrence Millard
larry.millard48@yahoo.com