February 12, 2009

Robert Porter
4904 Dawn St.
Anderson IN. 46013

This letter is to contest the termination of Delphi health and life insurance coverage for all post retirement salaried employees. This motion is in front of United States Bankruptcy Court of the Southern District of New York case # 05-44481.
   I worked for General Motors for 29.9 years and Delphi for 2.6 years. Being a dedicate employee, my wife and I fine it very disturbing. If this motion is granted, we will lose all of our insurance. We are not eligible for Medicare for three more years, it is very difficult and expensive to get insurance at this age and if you have a pre-existing illness it makes it almost impossible to get coverage. We request that you do not grand this motion.

                                        Thank you for your time
                                        Robert & Nancy Porter