Honorable Robert D. Drain					12Fe09
United States Bankruptcy Court for the South District of New York
One Bowling Green Room 610
New York, NY 10004-1408

Dear Judge Drain:

This letter is to inform you of my complaint against the recent filing by Delphi Corp. to be allowed to drop salaried retiree insurance.

This has been regarded as part of my pension, and to lose it will mean the loss of much of our retirement income to insurance payments. Health care in retirement was implicitly guaranteed a salaried new hire when I joined the then Delco Electronics in 1974. My wife and I looked upon this as part of the whole retirement pension benefit when I took voluntary retirement in 2001.

Again I want to submit my strenuous objection to the filing, and urge you to reject it.

Sincerely Yours,

*Jeffrey P. Rupley, I*

Jeffrey P. Rupley, I
 1910 Marjorie Ln,
 Kokomo, In 46902

Retired employee of Delphi Electronics and Safety (1974-2001)

cc  (see reverse)

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Ill 60606
Attn: John Wm. Butler, Jr.


Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Attn: Donald Bernstein and Brian Resnick


Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Attn : Robert J. Rosenberg and Mark Broude


Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
Attn : Bonnie Steingart


Office of the United States Trustee for the Southern District of New York
33 Whitehall Street Suite 2100
New York, NY 10004
Attn : Brian Masumoto


Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: General Council