February 12, 2009

Dear Judge Drain,

Subject: Delphi Salaried Employee/Retiree Health Care Benefit Cancellation Crisis
Ref: Delphi Corp Case # 05-44481 filed October 8 & 14, 2005
Document # 14705 to cancel OPEB (Health Insurance Benefits) for all salaried retirees

On February 5th approximately 15,000 Delphi salaried retirees received, by Federal Express, a notice of an upcoming bankruptcy court hearing. This notice indicates, that on February 24th, Delphi intends to request the bankruptcy court to allow them to cancel all salaried retirees' health and life insurance benefits and that any objections to this request needed to be filed by February 17, 2009. This was unexpected and alarming news to all retirees many of whom live in this state where Delphi has significant operations.

This request, if granted in its current form, will have a huge impact on all Delphi salaried retirees particularly those who themselves or their spouses are not yet Medicare eligible (age 65). Major items in this request are cancellation of current Delphi subsidized health and drug insurance currently available until employee and spouse attain Medicare eligibility, elimination of an expense account to help retirees deal with prior cancellation of previously available Delphi Medigap insurance, and elimination of Delphi paid salaried retiree's life insurance. These retiree commitments had essentially been carried over from General Motors when Delphi was created. Each of these items has significant financial impact to these retirees and indirectly to the communities they live in. My family will have to pay over $2,200.00/month to retain the current health care/life insurance benefits.

All of the potentially affected retirees were shocked by this news and find that all of their careful retirement planning had just been negated. Retirees who are years away from Medicare eligibility are particularly adversely affected and wonder how they will self finance health insurance premiums when many of them or their spouses have pre-existing medical conditions. The huge impact of the current economic crisis on their retirement savings means that many will not be able to afford even limited coverage. Finding a job with health benefits at their age is probably not a viable option, particularly in today's economic climate and if the retiree or spouse has pre-existing medical conditions.

The purpose of this letter is to make you aware of this serious situation. Salaried retirees have few if any viable options and little time to reduce the personal financial impact of Delphi's request, if granted. Your help in resolving this matter will be deeply appreciated.

Rick A. Weed (2008 Delphi E&S Retiree)
3713 Candy Lane
Kokomo, Indiana    46902
765.453.3493