February 9, 2009



FEB 1 3 2009

U.S. BANKRUPTCY COURT, SDNY

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

Document #14705 was filed with no previous warning to any of the retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections. This cancellation of benefits is after already eliminating our health care at age 65 and, in my case, the elimination of 40% of my pension through SERP elimination.

I was forced to retire early but accepted it knowing that I would get health care and 40% of my pension through SERP. Now all of that is gone. I can understand hard economic times, but wouldn't your ruling be fairer if ALL parties (hourly & salaried retirees) paid more for their health benefits, not 100%?

With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans, have lost almost 40% of their savings. As you know, the cost of living has increased significantly in the last two years. This coupled with the loss of health care benefits would have a crippling effect on the lives of every retiree of Delphi Corporation.

It is my belief that there are other ways to restructure the company and still retain health care for retirees. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a decreasing cost to the company as each of us reaches that 65 age milestone.

Please know that each of the 15,000 retirees who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

**We ask you to REJECT this motion, or alter it for a fair distribution of the burden.**

Sincerely yours,

*Robert E. Dettinger*

Robert E. Dettinger
4255 St. Cloud Way
Cleves, OH 45002
(513)467-1112
remjdett@netzero.net