IN THE UNITED STATES BANKRUPTCY COURT
SOUTNERN DISTRICT OF NEW YORK

------------------------------ x
In re                          :
                               :    Chapter 11
DEPPHI CORPORATION, et al.,    :
                               :    Case No. 05-44481 (RDD)
          Debtors,             :
                               :    (Jointly Administered)
------------------------------ x

### AFFIDAVIT OF SERVICE

I, Robert W. Dickens, being duly sworn according to the law, depose and say that I am a retired Delphi employee acting on my own initiative in the above captioned case.

On February 12, 2009, I caused to be served the document listed below upon the parties listed on Exhibit A hereto via Fed Ex ground:

Objection Of Robert W. Dickens To Debtor's Motion To Confirm Debtor's Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses ("Salaried OPEB Termination Motion")

Dated February 13, 2009

_____
Robert W. Dickens

State of Michigan
County of Kent

Subscribed and sworn to (or affirmed) before me on this 13th day of February, 2009, by Robert W. Dickens, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

Commission Expires: 01/11/2014

DAWN M. HUGHES
NOTARY PUBLIC, KENT COUNTY, MI
MY COMMISSION EXPIRES JAN. 11, 2014

# EXHIBIT A

| | |
|---|---|
| General Counsel<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48908 | Robert J. Rosenberg & mark A. Broude<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022 |
| John Wm, Butler Jr.<br>Skadden, Arps, Slate, Meagher& Floam<br>333 Wacker Drive<br>Chicago, Ill 60606 | Bonnie Steinigart<br>Fried, Frand, Harris, Shriver & Jacobson<br>One New York Plaza<br>New York, NY 10004 |
| Donald Bernstein / Brian Resnick<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 | Brian Masumoto<br>Office of the U.S. Trustee, SD NY<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 |