To:   United States Bankruptcy Court                February 9, 2009
      One Bowling Green
      New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
   Delphi Corp Case # 05-44481 filed October 5, 2005
   Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with **Document #14705** filed by Delphi Corporation on February 4, 2009, asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document. Please file it as a motion to object to Document #14705.**

This document was filed with no previous warning to any of the retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009, and gave us a mere twelve days to file our objections.

Throughout, my salaried career at Delphi I have witnessed firsthand the unfair treatment toward salaried employees, and this is just another example. Salaried employees have always been on the front line for cost reductions in benefits and wages. It all started in the early 80's when they took away the cost of living allotment from only the salaried employees. The next major event was having salaried employees pay a monthly cost and a co-payment for their health insurance, without including the hourly employees. Of course, this was a management strategy to use salary employees as a leverage tool for negotiations with the union. As you can see, their strategy didn't work because the hourly worker's benefits remained the same.

As, a recent retired salaried employee I would like to see equal justice for all employees. No, one group should carry the weight of the executive management unjust decisions solely, because there is no written contract between the company and their salaried employees. The result in an avenue to be treated different and unfairly. The ethical values should be the same for both groups of workers. Therefore, if the salaried retirees are losing their health benefit it should be equal sacrifices for all retirees. I'm strongly against the request from Delphi to eliminate salaried retiree's health benefit because there are other solutions, such as, reducing executive wages and bonuses. In addition, there should be a major reduction in the number of executives, because there are some tremendous overlaps in responsibilities within the corporation. The USA executive pay is 10 - 20 times greater than other countries, which isn't justifiable due to their performance.

at the sacrifice of the retiree's, who are now on a fixed-income. In addition, Delphi needs to recognize the retirees are in a greater need for all the average age 45-53 illnesses associated with aging.

It is my belief that there are other ways to restructure the company and still retain health care for retirees. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a decreasing cost to the company as each of us reaches that 65 age milestone.

Please know that each of the 15,000 retirees who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

## We ask you to REJECT this motion!

Sincerely yours,

Thurman R. Reed
3717 South J Street
McAllen, TX 78503
1.972.359.3005 phone