February 10, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are salaried retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning to me or any of the salaried retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009.

Many of the most recent salaried retirees of Delphi were retired by the company and not by the choice of the employee. We were given no decision to make, just told we would be retiring on a specific date. We had little time to prepare for retirement, and little time to adjust to a significantly reduced income before we were hit with this latest development (loss of health care) which will cause financial hardship for every salaried retiree. It will have huge impacts not only on the retirees, but also every community where retirees live.

With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans, have lost a significant part of their savings. This coupled with the loss of health care benefits will have a crippling effect on the lives of every retiree of Delphi Corporation at a point in our lives when health and life insurances become most important.

It is my belief that there are other ways to restructure the company and still retain health care for retirees. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a decreasing cost to the company as each of us reaches that 65 age milestone. In addition, only salaried retirees are impacted in this filing. There are significantly more hourly retired people, which, to the best of my knowledge, Delphi has not filed any actions toward their health and life insurance of any kind. Where is the equality of sacrifice?

Please know that each of the 15,000 retirees who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

## I ask you to REJECT document #14705.

Sincerely yours,

Steven L. Murray
297 Windlake Lane
West Monroe, Louisiana
318-397-0220 phone