Kenneth R. Hous
2138 Old Vienna Dr.
Dayton, Ohio 45459
937 433 7131
Feb 10, 2009
Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Honorable Robert D. Drain
United States Bankruptcy Judge
One Bowling Green
New York, NY 10004-1408
Chambers: (212) 668-2301
Courtroom: 610

Your Honor,

    First of all, thank you for taking the time to read this letter. I'm not a lawyer and under the current circumstances I can't afford to hire one.

    When was hired by Delphi (once a division of GM known as Delco Moraine) I committed to Delphi to work, travel and make myself more valuable to Delphi. In turn Delphi committed to wages and benefits. During the 34 years I worked for Delphi I met my obligations to Delphi. Based on my annual evaluations, I did make myself more valuable to Delphi through additional education and experience. After about 15 years with Delphi, the benefit package started to be reduced. The biggest reduction was the requirement of all current salaried employees was to pay a portion of the medical premium. Please note that the union membership was not required to do so and has NOT to this day been required to pay any portion of the premium.

    This fact seems highly unfair to current and retired salaried employees. It seems to me that a more reasonable solution would be to have all employees union and salaried, current and retired, to share the costs.

    I fully understand the Delphi situation. But the management made some bad decisions that cost the company dearly. Now we are witnessing another bad decision by Delphi by not living up to their commitments to current salaried and retired employees.

    Thank you for the opportunity to express my concerns and for taking your time to read this letter.

Sincerely
Kenneth R. Hous

*[signed] Kenneth R. Hous*