February 7, 2009



Honorable Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Re:    Delphi Corp Case # 05-44481 filed October 5, 2005
       Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter in an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 giving us a mere twelve days to file our objections.

With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans have lost almost 40% of their savings. As you know, the cost of living has increased significantly in the last two years. This coupled with the loss of health care benefits would have a crippling effect on the lives of every retiree of Delphi Corporation.

It is my belief that there are other ways to restructure the company and still retain health care for retirees. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This is a decreasing cost to the company when each of us reaches that 65 age milestone.

GM has eliminated health care for their salaried employees, but does provide $300/month to cover their costs. As a minimum, I would request the continuation of the $10,000/$20,000 lifetime medical benefit to defray the cost of purchasing medical insurance. This money was **promised** to Delphi retirees.

Please know that each of the 15,000 retirees who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009. **We ask you to REJECT this motion.**

Very truly yours,

*Paul H. Pettit*

Paul H. Pettit
4851 Waterford Place
Lockport, NY 14094
1-716-434-8672 (Phone)