February 9, 2009




United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

Please accept this letter as an objection to that document and file it as a motion to object to document #14705.

The Delphi bankruptcy proceedings have been a wrenching experience for all the stakeholders. Stakeholders in my mind fall in four categories. These are salaried and hourly active employees and salaried and hourly retirees. My objection to the Delphi request in this document is not only the precipitous timing, but the fact that one group of stakeholders, salaried retirees is being singled out to shoulder an undue burden. If health care costs are the key to Delphi exiting bankruptcy, then all stakeholders should expect to share equally in the reduction of this benefit.

Thank you for your consideration.

Sincerely yours,

Burton D. Tyler
3 Lighthouse Pointe
Fenton, Michigan 48430