February 7, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

Please note that this letter is an objection to that document and file it as a motion to object to document #14705.

This document was filed with no previous warning to any of the retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections. What is current precedent for companies terminating policies regarding fair warning to employees?

My wife is a cancer patient and has required three surgeries, chemotherapy, and numerous procedures over the past three years. Her hormone antagonist medicines are extremely expensive. May I ask where is the humanity in this health care termination?

I'm sure you have read many form letters of objection, but let me be original and state my opinion that Delphi was spun-off by GM just to lower the parent company's legacy cost --- just what is happening now. Also please be aware that none of these penalties are being imposed upon the hourly retirees, a fact that should be considered. Is the system too afraid to seek concessions from the union? A question that begs an answer.

Please reject this motion.

Thank you

Jeffrey Stricker
1305 Belvedere Dr.
Kokomo, In 46902
765-457-7185