Michael J. Frazier
827 Hadleigh Pass
Westfield Indiana   46074



RECEIVED
FEB 13 2009
U.S. BANKRUPTCY COURT, SDNY

The Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY  10004-1408

Re:    DELPHI CORPORATION, et al., Case No. 05-44481  (RDD)


OBJECTION OF Michael J. Frazier  TO DEBTORS' MOTION # 14705  TO CONFIRM DEBTORS' AUTHORITY TO TERMINATE EMPLOYER-PAID-POST-RETIREMENT HEALTH CARE BENEFITS AND EMPLOYER-PAID-POST – RETIREMENT LIFE INSURANCE BEBEFITS FOR CERTAIN (A) SALARIED EMPLOYEES AND (B) RETIREES AND THEIR SURVIVING SPOUSES (SALARIED OPEB TERMINATION MOTION)


I, Michael J. Frazier, am a salaried retiree of Delphi Corporation.  I have objections to the Salaried OPEB Termination Motion # 14705

I object to the short time to the Objection Deadline.  Employees and retirees were notified of this motion on February 5, 2009 and the Objection Deadline has been set as February 17, 2009.  Retirees were notified by a FedEx package delivered to their home.  It is obvious that the Debtors' have had their army of attorneys working for some time preparing the Motion.  It is only fair to offer the retirees sufficient time to prepare an objection to the motion.  Many retirees did not receive notification of the motion.

I object to the termination of Salaried OPEB for Health Care and Life Insurance.  It was not long ago that Delphi Salaried Retirees were granted Health Care Benefits for life.  Then a few years ago, Delphi changed their policy such that retiree Health Care Benefits would cease at age 65 when the retiree became eligible for Medicare.  This policy also provided for a $10,000 or $20,000 (depending on retirement date) Retiree Health Reimbursement Account for retirees to help with medi-gap insurance or other health care expenses after their Delphi Health Care Benefits were terminated at age 65.  That policy change was a great benefit to Delphi, but enough is enough.  As they mention in their motion, one of the big factors that is affecting increasing health care costs is "the aging population of the United States."  The termination of Health Care Benefits at age 65 eliminated the effect of the aging population.  It will cost Delphi no more if I live to age 90 than if I live to age 72 with that policy Health Care Benefits .

I along with many others was given an early retirement and a reduced pension, about 35% of my base pay. If I have to pay the rates quoted by Delphi in correspondence received today February 9th 2009 for insurance, I will have virtually no income. The past year has devastated my 401K to about 60% of my savings.

The cost of health care will decrease as the given number of salaried employees eligible will continue to decrease. Adding another 15,000 people in their 50's and 60's to the nations uninsured is unconscionable.

I would like the opportunity to provide a better objection to the Debtors' motion, but I do not have an army of accountants and lawyers. and I need more time than is allowed by the unreasonably short notice. Judge Drain, I am asking that you please reject Motion #14705.

Thank you,

*[signature]*
Michael J Frazier