February 7, 2009



United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn:  Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation
on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over
15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as
a motion to object to document #14705.**

This document was filed with no previous warning to any of the retirees of Delphi
Corporation and was only made known to us via letter on February 5, 2009 and gave us a
mere twelve days to file our objections.

Many of the most recent retirees of Delphi were retired **BY** the company and **NOT** by the
choice of the employee.  We were given no decision to make, just told we would be
retiring on a specific date.  We had little time to prepare for retirement, and little time to
adjust to a significantly reduced income before we were hit with this latest development
(loss of health care) which will cause financial hardship for every retiree.  It will have
huge impacts not only on the retirees, but also every community where retirees live.

With the current state of the economy, retirees who had saved for retirement in their
Stock Savings Plans, have lost almost 40% of their savings.  As you know, the cost of
living has increased significantly in the last two years.  This coupled with the loss of
health care benefits would have a crippling effect on the lives of every retiree of Delphi
Corporation.

It is my belief that there are other ways to restructure the company and still retain health
care for retirees.  Health care benefits are currently scheduled to stop at the age of 65 for
all retirees.  This cost is a decreasing cost to the company as each of us reaches that 65
age milestone.

Why can't the executives and upper management sacrifice more than they currently do? The upper management who are primarily responsible for getting Delphi into this state of turmoil will continue to reap many financial benefits and continue to rape the Company. Many of them sit at their desks with little to do, just waiting for their big "emergence payments." Why should the majority of them be compensated more than President Obama? Salaried employees always seem to bear the brunt of all the "take-aways." This is a very serious change for us and adequate time has not given us to make good sound choices.

Please know that each of the Delphi retirees who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

## We respectfully ask you to **REJECT** this motion and look for other means to achieve the goals.

Respectively yours,

Linda Fite-Freeman
16933 Cimarron Pass
Noblesville, IN  46060
317-773-8004