February 10, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Honorable Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 8, 2005
Document # 14705 to Cancel OPEB (Health Insurance Benefits) for all Retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

The retirees have known for several years that they would be losing their healthcare benefits when they reached 65 and prepared accordingly. Eliminating our healthcare benefits before that will create financial as well as potential mental and physical hardship on the retirees and their families. We are being given less than two months to try and find **affordable** healthcare. In my case I have not yet been able to find **affordable** healthcare because of a heart attack in 1998 and my wife's diabetes. I'm sure we are not the only ones with this problem.

Delphi needs to look harder at other ways to save money in order to exit bankruptcy. Eliminating the retirees healthcare is morally wrong. Increase our portion of the cost, but don't eliminate our healthcare. Please consider the future of the 15,000+ retirees and their families when making you decision concerning Document # 14705 dated February 4, 2009.

## We ask you to REJECT this motion.

Sincerely yours,

*Robert M. Lewis*

Robert M. Lewis
1370 Ginghamsburg Frederick Rd.
Tipp City, Ohio  45371
937-470-0182