February 9, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004



Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation and the future retirement health care for active Salaried Delphi North America Employees.

**Please note that as a 23 year employee active of Delphi Corporation that this letter is an OBJECTION to that document and please file it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the active salaried employees or retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections.

Many of the most recent retirees of Delphi were forced to retired by the company and not by the choice of the employee, or they where given 24 hours to decide to retire or face termination. They had little time to prepare for retirement, and little time to adjust to a significantly reduced income before they were hit with this latest development (loss of health care) which will cause financial hardship for every retiree. It will have huge impacts not only on the retirees, but also every community where retirees live.

In addition to the negative effect that this will have on the current retirees, those of us hired in the late 70's and early 80's who have not yet reached the minimum 30 years or 85 points were promised that we would have health care paid by the company until age 65. Many of us have less than 7 years to go until we reach eligibility for an early retirement and that is not enough time to make the adjustments that will be necessary to cover our health care needs. Especially with the recent crash in the stock market along with our pensions being frozen in 2008, we will now have to make up for the loses in our 401K plans, make up the difference between what our pensions would have been if they had not been frozen, and now save extra to cover our health care costs until age 65.

There must be other ways to restructure the company and still retain the promise of health care for retirees and future retirees. Maybe the executives of Delphi should look at limiting company paid cars, gasoline, and maintenance for themselves or eliminate their yearly bonuses instead of just suspending them, or eliminate the bonuses they are to receive when Delphi exits Chapter 11?

Sincerely yours,

Ed Bardella Sr.