UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

From: Jacqueline M. Hayes
5600 Indiantown Rd.
Saginaw, MI
48601

Chapter 11

x

In re                                          :    Case No. 05-44481 (RDD)
                                               :
DELPHI CORPORATION, et al.,                    :    (Including all Docket numbers
                                               :     referenced within.)
                          Debtors.    :    (Jointly Administered)                2/13/2009

x

To Whom It May Concern,

I am sending this letter to express my total objection of Notice of Motion For Order under 11 U.S.C. §§
105(a), 363 (b) (1), And 1108 Confirming Debtors' Authority to Terminate Employer-Paid Post-
Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits for Certain
(a) Salaried Employees And (b) Retirees And Their Surviving Spouses (the "Motion").

To begin with, I am not a legal professional, so I ask your pardon, and consider this my disclaimer for any
parts of this letter that may not be typed correctly or stated in legal jargon. It does not seem to me that it
should be a requirement under the circumstances of limited time we have to get this objection submitted.
The purpose is to let you know that I **vehemently object!**

In the above notice, it is stated and I quote, "for Certain (a) Salaried Employees And (b) Retirees And their
Surviving Spouses (the "Motion")." I would like to know the exact interpretation of the word "Certain"
that is contained here. It implies that there may be exclusions. Does the word "Certain" designate this for
6th level and below employees and retirees only; or does it allow the CEO's and executives above 6th level,
or better known as "unclassified" to be excluded from having their health and life-care benefits from being
withdrawn? I would expect that if times are so tough that you see the need to take away the benefits that
we believed would be in place when we made the decision to retire after our lifetime of work and
dedication to this company; that you would include EVERYONE that was involved in the organization
from top to bottom. According to John Maxwell, one of the top Leadership trainers in the country, he
states in one of his books, that ***"True Leaders"*** do not expect their workforce, or the people they manage
and train, to do anything they themselves would not be willing to do. They set the example and "walk the
talk", so to speak. Certainly, you would not expect this to fall upon your comrades and team players that
have executed your directives through the years without everyone suffering the same fate! Everyone knows
that when a ship is about to go down, the captain should be the last to get off the ship.
If this "motion" does not include all unclassified retirees, Executives, and CEO's, then my question is -
WHY NOT? I would like a response to this question please.

Having said that, if it *does* include everyone, certainly, with the million dollar salaries and bonuses paid out
from company monies, it does not have the same impact as it does on those of us struggling in this
difficult economy. The bonuses and pay raises for current and retired unclassified personnel should stop
as well. When you're bleeding, you apply pressure, and put on a turnicate to stop the bleeding.
It was interesting to see on Yahoo Finance site for the Profile for Delphi Corporation, that when looking
at the listing for Key Executives, only one person, Mr. James A. Bertrand, had the courage to post his
information on "Pay" for salary bonuses which showed as 1.37M. Will the executives involved be asked to
give up some of their benefits as well? Please tell me how a bleeding Company that is so distraught can
afford to continue this. In my opinion, this is not practicing responsible and ethical behavior as is

professed under the Social Responsibility section on the Delphi site under
Delphi.com/about/social/main/?

I was able to view this package on Feb. 6, 2009. Aside from being a total shock and slap in the face, I was
appalled with the abrupt and cold-hearted manner in which it was presented, and the outrageous time
constraint involved with being able to respond. The situation just stuns you. The "motion" states that any
objections must be filed by Feb. 17, 2009, which is a mere ten days. I feel this is a ridiculous time frame.
Most issues of this importance are given at least 30 days to respond. I think it is inhumane to expect the
15,000 people who are being impacted by this "motion," to be able to overcome the hurt and disbelief,
and to be able to think clearly enough to respond so quickly. There was no presentation or meeting
offered whatsoever to be able to ask questions and get the help to decipher and understand fully the
correct way to handle or go about responding. I am not a lawyer, and it should not be expected to have to
seek one out and go through that cost when we are being told we now have to cover all of the health and
life insurance cost. All that was provided was the 1-866-335-7444 National Benefit Center number, or
website info. This number was impossible to get through on for several days. When something of this
magnitude is thrust upon you, and there is no compassion involved whatsoever with the issue, it leads you
to question the integrity of the personnel making the decisions for the future of Delphi. I would like to
quote the following statement from Delphi.com/about/social/main/ site:

   *"At Delphi, our shared company vision is to be recognized by our customers as their best
   supplier. Achieving that vision requires us to have a deep passion for excellence, a passion to
   exceed our customers' expectations at every opportunity. Delphi's Foundation for Excellence –
   and the Delphi Principles – provides the cultural framework to guide our actions. We hold
   ourselves accountable to the highest standards of conduct relative to our responsibility to society
   and strive to build and maintain effective relationships with the communities and institutions
   with which we interact.
   Delphi is fully committed to the goal of operating all of our facilities, foreign and domestic,
   legally, ethically, and responsibly. We have comprehensive corporate policies and practices
   concerning our conduct designed to ensure that Delphi is a good and responsible corporate
   citizen globally and that Delphi complies with the laws of the various countries in which we
   operate."*

   It seems to me that all the executives and managers of this Company, at the helm of this "ship" need to
revisit their own words as stated above. Pardon me, but I do not feel I have been treated as described
above. Is the abrupt presentation of this material, and the short time frame to respond, your interpretation
of how you view "being responsible," and how you "build and maintain effective relationships," and how
you view your "standard of conduct"? Everyone yearns to be treated with dignity and respect. On a scale
of 1 to 10, I would rate you a zero on this issue.
I am one of the "Customers" Delphi refers to, and I am part of the community of the U.S. auto market.
My whole family worked for GM, and or Delphi. I would like to know how you expect the thousands of
people impacted by this decision to be able to go out and acquire health and life insurance at this late stage
of life when many could have pre-existing conditions. The likelihood that any insurance company will
cover these pre-existing conditions is basically impossible. Many of the retirees are at an age where the
cost is too high to afford. In Delphi's letter that was sent, it states on page 2 of 3 that; "Retirees affected
by the termination of Basic Life Insurance will have a one-time opportunity to increase Optional Life
Insurance coverage by one level or elect coverage at the first level." It then states that: "Proof of your
good health will be required." Excuse me, but how many of us at this age have "good health," at least
according to the insurance Companies interpretation of it. Let me ask this question? Are you, our so-
called "Leaders," all in "good health"? This is the same as offering nothing.

There are many of us who took "buy out" retirement packages and are younger than many retirees affected. I took earlier retirement with 30 years service to help home care my elderly mother, and pursue other interest. I trusted that these plans would be in place, and it was an important ingredient in why I made that decision. I personally am a younger retiree and I have awhile to go to get to 65 or 67, when there may or may not be Medicare coverage. In view of the current economical conditions, the allowed age to qualify for this is likely to go higher by then. How am I supposed to get coverage for health care at this stage of the game at a reasonable cost? Yes, I know you are probably saying how we can continue the coverage we currently have, but we will be paying for it out of our own pocket, and the price tag being offered is 2 to 3 times higher than it should be. G.M. made changes at the beginning of the year for their retirees, however it involved those 65 years and older who could go on Medicare, and they were also provided with $300/month to help cover the cost. This raises another question and point I would like to make.

In the "motion" packet, it was stated that the cost of insurance to the company was $70M and there are 15,000 salaried retirees involved. If you take $70M divided by 15,000-that equals a cost of $4,666 per salaried retiree. If you divide this by 12, or a monthly basis, you come up with $389.00/mth cost. Then in the letter received by Delphi, it shows a list of the cost of estimated 2009 Retiree Self-Pay rates for monthly rates if we choose to continue with no interruption. My personal obligation with what I currently have would be $839.00/mth.for just healthcare, and I have one of the cheaper ones. Then to get the dental, eye, and extended care and life insurance that I currently have, we would need to add another $216.00 which equals $1,055 per month cost for me. This does not include the amount we are currently paying each month. Why is there such a large discrepancy in these numbers? If Delphi is getting a better rate, with the $15,000 group involved, why then won't you allow us to take over the payments at the $389.00 monthly cost, (plus the rest for dental, eye, life, and extended care), which would ease some of the burden with what has been thrust upon us, and in return the cost to the Corporation would be eliminated, and you would have your $70M to still work with. This action would put you more in line with the Social Responsibility aspect of your business that you preach about. It would also help to build trust again, which at this point is null and void in my opinion.

Further, it is stated like it is such a burden to carry the cost of this insurance, yet working with these numbers provided, it was interested to discover the following: On the Yahoo Finance section, it states that there are 169,500 employees currently working. If you divide $70M cost factor by 169,500 employees, you get a cost of $412.97 price per employee per year. Divide this by 2,000 hours and that equals a cost of 20 cents per hour cost for insurance cost per employee, based on 50 weeks. Gentlemen, if these numbers are true, and mind you, the numbers are provided by Delphi, and you believe these numbers are going to make or break you, it seems then the company is in a real dilemma. The numbers don't add up, and I think as a responsible organization, who is causing such a high impact on the lives of the people who helped get you the high pay and bonuses that you currently enjoy, it is time to look inside of yourselves and get real about what is occurring. It can no longer be about how fast you can line your own pockets and then leave with outrageous retirement packages that add to the bottom line cost of this company. Could it be that is where the differences in numbers lye's. The company can no longer support this outrageous behavior and thought process.

Finally, with the catastrophic implications that this will have on the families affected, how many of us do you think will be able to go out and purchase a new vehicle? The future of the company also depends on sales. I am in the market for a vehicle currently, but I must confess, that I am not in a frame of mind that makes me want to run out and support the GM or Delphi models, which I have always done in the past. There is a universal law out there that states, "What goes around comes around," and I am trying to be honest in my feelings about how this was handled. It is also stated that one dis-satisfied customer talking to others can affect 200 or more other people. Think about the ramifications of that for a moment. It

3

seems to be a catch 22 does it not, and that this action will actually hinder the company's ability to survive and come out of Chapter 11. I understand that Delphi and the auto industry as a whole are going through a very difficult time right now, as well as everyone else, especially the financial institutions. This is a time when honesty and integrity are of the utmost importance. I believe you need to revisit some of the many teachings you had all of us go through to help develop our leadership skills, and begin applying those teachings to yourselves. I know I am just a little fish in the sea, but I think many of us share the same feelings. The truth be told, I feel like all of us are on the ship and you threw the anchor onboard, and all the captains have evacuated on a boat with a motor headed for shore. Gentlemen, I feel strongly enough about this issue that I will not go down without a fight

In summary, I would like to think that this would be reconsidered and at the very least, allow a longer time frame for those of us to adjust and prepare for the situation if it is necessary. Allow us until the end of the year when the packages would come up for renewal. After all, did you not just get granted loans to help operate? I understand that it is actually GM, but let's face it, you are still closely intertwined. The point is the money is our money collectively. It is the taxpayer's money! It is how we could benefit, as is stated over and over again on various money programs. It all plays into the stimulus package, and the health of our country as a whole.
I would like to leave you all with this thought. Remember the "Golden Rule:" "Do unto others as you would have others do unto you."
I found it very interesting how it was planned that nothing could be mailed on Mon; Feb.16, 2009 with it being President's day, with an already ridiculous time frame. Is this another example of your "Delphi Principles" that "holds you accountable to your high standard of conduct relative to your responsibility to society"?

I will be praying for all of you leaders, as you continue on this path to solvency. I will pray for you to be fair, and to treat all with dignity and respect. I will pray that you reconsider the current time frame involved to deal with this issue. I will pray that you act with integrity.

Sincerely,

*Jacqueline M. Hayes*

Jacqueline M. Hayes
2/13/2009

4