**Hearing Date And Time: February 24, 2009 at 10:00 a.m. (prevailing Eastern time)**
**Objection Deadline: February 17, 2009 at 4:00 p.m. (prevailing Eastern time)**

EDWARD PELLETIER
9476 COUNTRY CLUB LANE
DAVISON, MI  48423
810-658-9257

Salaried Employee of Delphi Corporation
Debtors and Debtors-in-Possession



RECEIVED
FEB 1 3 2009
U.S. BANKRUPTCY COURT, SDNY

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                            :

In re                                         :        Chapter 11
                            :

DELPHI CORPORATION, et al.,       :        Case No. 05-44481 (RDD)
                            :

                   Debtors.     :        (Jointly Administered)
                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

LETTER TO CONTEST DELPHI'S MOTION FOR ORDER UNDER 11 U.S.C. §§ 105, 363(b)(1), AND 1108 CONFIRMING DEBTORS' AUTHORITY TO TERMINATE EMPLOYER-PAID POSTRETIREMENT HEALTH CARE BENEFITS AND EMPLOYER-PAID POST-RETIREMENT LIFE INSURANCE BENEFITS FOR CERTAIN (A) SALARIED EMPLOYEES AND (B) RETIREES AND THEIR SURVIVING SPOUSES ("SALARIED OPEB TERMINATION MOTION")

<u>PRELIMINARY STATEMENT</u>

      I am a  retired Delphi employee.  As the court knows, Delphi Corp. filed a motion with

the U.S. Bankruptcy Court to discontinue healthcare and life insurance coverage for retirees.

The notice also stated my Retiree Health Reimbursement Account (RHRA) would be

eliminated.  This account was established as part of the "deal" a couple of years ago when

Delphi terminated health insurance coverage for retirees once they reach 65 years of age.

I am contesting this motion for the following reasons:

1) The obligation Delphi has to provide health care coverage for retirees is time limited.  Coverage

   for retirees is stopped when they reach age 65.  And, retirees hired after 1992 do not receive

   health care coverage in retirement.

2) People hired after December 31, 1992 knew they would not receive health care coverage in

   retirement when they hired in so they have had time to plan for health care in retirement.  People

   such as myself who were hired in the 60's, 70's or 80's were told by the company that we would

   receive health care coverage in retirement and now have no time to plan for providing ourselves

   and families with  health care coverage after retirement.  People who have already retired are in

   an even worse situation.  It will cost some of them more than a third of their fixed income to

   continue their coverage.

3) The motion made by Delphi is for <u>permanent</u> elimination of health care benefits for salaried

   people who were promised this coverage when they retire.  When the company recovers and the

   executives are receiving bonuses, it makes sense to me that the company would honor its

   commitment to provide health care coverage to the salaried employees who were promised

   coverage.

SUMMARY

2

I am a manager who hired into the company under GM and have dedicated my working career to making GM and then Delphi the best company I could. I had opportunities over the years to work in other industries for other companies. Some of these offers were for a higher salary. I turned them down out of loyalty to my company. I expect some level of loyalty from my company.

I understand the extraordinary difficult economic times that the company, as well as the automotive industry faces. Sacrifices are being made now and more will be necessary. If health care coverage for retirees needs to be <u>temporarily modified</u> to help ensure the company's survival, then that is what we need to do. For example, co-pays, deductibles and/or premiums could be temporarily raised. However, I believe the permanent elimination of health care coverage for salaried retirees that were promised this coverage is not justified.

I appreciate the court taking the time to consider my argument and respectfully ask that you not approve Delphi's motion to terminate health coverage for salaried employees that are counting on that coverage.

Dated: February 11, 2009

Edward Pelletier

EDWARD PELLETIER
9476 COUNTRY CLUB LANE
DAVISON, MI 48423
810-658-9257