219 McFarland St.
Grand Blanc, MI 48439

11 February 2009



Hon. Robert D. Drain
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

Your Honor,

I write to urge the court to reject Delphi's claim of authority to terminate its salaried retiree medical and insurance plans without regard to the authority of the court. Delphi forfeited that authority when it entered bankruptcy.

I encourage the court, as is within its jurisdiction under section 1114 of the Bankruptcy Code, to appoint a statutory committee to evaluate and oversee Delphi's request to seek relief via salaried retiree programs.

Many Delphi salaried employees and retirees, me included, were recruited to Delphi (then GM) with the promise of lifetime health care. Career decisions were made based on this promise, which was represented as an honorable contract as firm as if written.

Delphi's salaried workforce has always been willing to help the company in hard times. Delphi's overseas operations, which were successfully shielded from bankruptcy court, were funded by the sacrifice of salaried employees. Surely, an arrangement that is not so devastating to those affected could be reached in this case. Delphi's proposal to totally eliminate these plans is unconscionable.

Thank you for your consideration.

Theodore W. Reed
Delphi Retiree