

To: Judge Robert Drain                                          Feb 10 2009

     My name is Murray Kleinert, father of four (two grown, married, and off on their own, one in college and one starting college this fall). I am an Engineering manager and have been employed by Delphi (previously AC Spark Plug, Division of General Motors) for over 36 years. I am writing to you not only out of concern for my future but the future of those around me as well.

     It is unconscionable to me to think that something that I have worked for 36 years, part of my compensation for achieving and surpassing 30 years of dedicated service can be removed without some form of compensation. The loss of health care and life insurance benefits for salaried employees will affect my coworkers and I for the rest of our lives. No warning, no time to plan, no funds to work with to bridge into some type of a replacement program.

     This certainly isn't comparable to what I have given to this company over the course of my career. I hired in hourly December 18th 1972. In February of 1975 I signed to be moved to the Engineering building as one of three second shift janitors. Because of the exceptional job I was doing and the fact that I had good, basic mechanical skills, I was offered a salaried position in June of 1975 as a Project Mechanic in the Vehicle Test Lab. I never stopped trying to improve myself. While raising my two oldest, I went to community college for seven years to get my associates degree in Mechanical Engineering Technology. Long story short, I went from "Project Mechanic" to "Test Technician" to "Test Engineer" to "Test Engineering Supervisor" over the course of my career. I have been an Engineering Supervisor since 1998 and now manage four of our Delphi Powertrian lab areas at our new Technical Center in Auburn Hills, Mi. including the Vehicle test lab which is where I started in 1975.

     There are many stories like mine and maybe you've been inundated with correspondence similar to this. We have no recourse and I think that it is important for you to know how the employees feel. I certainly understand the seriousness of Delphi's financial situation, but at the same time I can't believe that there isn't some middle ground here. Increasing insurance co-pays, sharing the burden across all employees - salaried and union, corporate-backed catastrophic healthcare. Something that doesn't break the back of the salaried employees that have worked for so long and dedicated our lives to this company. Many of us have stayed with Delphi over the years because of the long-term benefits the company offered.

     I hate to bother you with this but I am extremely frustrated and want you understand what the impact of this will be on the salaried employees and retirees of Delphi. I have been asked to retire early effective March 1st and now I have this to deal with. For those who have no other options, the cost of maintaining the Delphi benefits will cost roughly a third of their monthly pension checks (some more, some less depending on their level). This is certainly not what we were promised for 30 plus years of service, nor were we able to plan for this.

     I appreciate your consideration of this issue.

     Sincerely,


     Murray J. Kleinert