February 11, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Honorable Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 8, 2005
Document # 14705 to Cancel OPEB (Health Insurance Benefits) for all Retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the current employees and retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections.

I am in my second year of retirement with my now 401K, now rolled over to an IRA, being reduced significantly and a separate portfolio (that is taxed) for more immediate needs such as having already paid for the last year of college for our youngest son. Also, out of this separate portfolio comes money this year for **two** weddings, one the end of March and the other the end of June. This document will not only affect me personally, but will have huge impacts not only on the retirees and soon-to-retire, but also every community where retirees live. I've been researching other medical plans and have found an increase in costs which will significantly impact our family budget which can negatively impact expenditures which can help the local economy. In addition, living in New York State is becoming very challenging as well with potentially significant increases in fees and other costs (basically disguised additional taxes). There are potential increases in property and school taxes due to New York state's reduction in financial support to local communities due to the state's significant debt; adding another financial challenge to meeting our family budget.

With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans, have lost 40 – 60 % of their savings. As you know, the cost of living has increased significantly in the last two years based upon rising energy costs

alone. This coupled with the loss of health care benefits would have a crippling effect on the lives of every retiree of Delphi Corporation.

It is my belief that there are other ways to restructure the company and still retain health care for retirees. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a decreasing cost to the company as each of us reaches that 65 age milestone.

Please know that each of the 15,000 + retirees and soon-to-retire, who will be negatively impacted by this action, will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

## We ask you to REJECT this motion.

Sincerely yours,

Edgar Eshleman
3189 Bailey Rd
Bloomfield, NY 14469
Phone # 585-657-6022