Honorable Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
Debtors: Delphi Corp.
Case Number: 05-44481

Feb. 7th, 2009

Dear Sir,

  I received a letter stating that Delphi Corp. filed a motion with the U.S. Bankruptcy Court to discontinue the salaried retiree's healthcare and life insurance coverage. In the filing, per the letter, it also stated that our Retiree Health Reimbursement Account (RHRA) would also be discontinued. This account was supposed to be set aside to purchase a supplement insurance policy once we turned 65 years of age and became Medicare eligible. I will become Medicare eligible on March 1, 2009. I was counting on this fund to help with the expense of the gap and prescription drug insurance. This is especially true since my retirement savings have been cut nearly in half by the current economic conditions.
  I am saddened and disappointed by this news. I gave 34 plus years of loyal service to the company, I feel that Delphi will be placing us in an extraordinary hardship. Due to our fixed income position, we do not have the monetary capability to purchase a healthcare plan independently. Therefore, I am strongly contesting this motion by Delphi to discontinue the salaried retiree healthcare coverage.
  Being a retired Delphi employee, I have followed this bankruptcy since they filed. I believe you have done what is truly in the best interest of all stakeholders involved. That is why I am writing to you to say think about all the dedicated retirees who spent weeks away from their families in order to see this company grow and prosper. It does not seem just that in the United States of America, someone can work for 34 plus years and enter retirement worse off in regards to health insurance than when they started.
  I appreciate your time and consideration of my contesting Delphi's motion to terminate the salaried retirees healthcare care plan.

Sincerely,

*Allen Oberlin*

Allen Oberlin
PO Box 426
Windfall, IN 46076