2-9-09

To: Honorable Robert D. Drain

    Ref Chapter 11

        Case # 05-44481 (RDD)

        (Salaried OPEB Termination Notice)

From: Thomas G. Carrier
2161 S. Ryan Ct.
Bay City, Mi 48706

DoB. 11-06-39.


RECEIVED FEB 13 2009 U.S. BANKRUPTCY COURT, SDNY

I am asking you not to grant this motion. This motion is only going to hurt our senior citizen Retirees who cannot afford these benefits.

Thank you

Thomas Carrier

Phone 898-671-2685