Feb 10, 2009

The Honorable Judge Robert Drain
One Bowling Green
New York, New York 10004-1408


RECEIVED
FEB 13 2009
U.S. BANKRUPTCY COURT, SDNY

Dear Judge Drain:

I am writing to you concerning Delphi Corp.

My husband worked for GM + Delphi for over 30 years. When he retired we both figured we were set for the rest of our lives. Delphi had provided health insurance, eye glass exams, dentist and life insurance. At one time we paid nothing for these services, then we started paying deductibles etc. We had no problem with that.

My husband is going to be 67 and thank God he is on Medicare + Senior Choice. I am not so lucky. I will be 61 this month so I have 4 yrs til I am eligible for Medicare.

We have received 2 things in the mail telling us that as of April 1, 2009 I will no longer have coverage on everything I have mentioned. How can they tell us that on 2/6 + 2/9/09 when they haven't been to court yet. Something doesn't sound right here.

Yesterday I started calling around to get prices on health insurance. What an eye opener - Independent Health $1039 a month. United Health $973.06. I almost died. We cannot afford this. Delphi is offering if you want to keep your health care through them it's $606 plus the $3700 I paid a month for us. We can't afford that either. I don't know what we are going to do.

I'm wondering if the "big wigs" at the top who

make losing their healthcare? I don't think so.

I don't think this is fair, not only for Delphi retirees but for any company to just drop your healthcare & life insurance. I think it should be against the law. They promise you that you will have all this, then just dump you. I know they don't care.

Now I hear Delphi may be bought by Gm. Of course that will be after everyone closes everything.

This is a sad situation that will affect 15,000 older Americans.

Please take all this into consideration before you let Delphi do this.

Sincerely,

Cheryl Teague
259 Akron St.
Lockport
N.Y. 14094