February 7, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn:  Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is written to convey my **OBJECTION** to Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits for over 15,000 people who are retirees of Delphi Corporation.

This document was filed with no previous warning to any of the retirees of Delphi Corporation and was only made known to some of us via a letter on February 5, 2009 and gave us a mere twelve days to file our objections.  Effective this date, I not received my copy of this letter.

The loss of our health care will cause financial hardship for every retiree.  It will have huge impact on not only on the retirees, but also every community where retirees live.  The particular county where I reside (Trumbull County, Ohio) was recently declared to have the HIGHEST rate of unemployment for the entire state of Ohio.

With the current state of the economy, retirees who had saved for retirement in their 401K plans, have lost almost 40% of their savings.  As you know, the cost of living has increased significantly.  This coupled with the loss of health care benefits would have a crippling effect on the lives of every retiree of Delphi Corporation.

It is my belief that there are other ways to restructure the company and still retain health care for retirees.  Health care benefits are currently scheduled to stop at the age of 65 for all retirees.  This fact creates an already decreasing cost to the company as each of us reaches age 65.  It's only a matter of time, for all of us, when we will no longer be a burden on Delphi.  WE JUST NEED YOUR HELP TO GET TO THAT POINT IN OUR LIVES!

I constantly hear that Delphi is a global company, but they now want to treat the NON-U.S. businesses separately.  I just hope you are wise enough to appreciate the facts that these NON-U.S. facilities were created using the past profits from the efforts of the U.S. workers.  This transfer of funds should not be treated as a ONE WAY STREET!

Please know that each of the 15,000 retirees who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

## We ask you to REJECT this motion.

Sincerely yours,

Kenneth D. Jelley
7330 Northview Dr
Brookfield, Oh 44403
330 448 6038