Feb 9 2009

Honorable Robert D. Drain

RECEIVED
FEB 13 2009
U.S. BANKRUPTCY COURT, SDNY

Dear Sir:

This letter is from an Alabama farm Boy who worked for Delphi 1978 - 2002. I have been informed by Delphi that all my insurance that was included in my early retirement package is to be discontinued. Sir, it's true I was a salaried employee, but per our verbal contract when I retired, my insurance was included and is very important to me; as I have a heart condition that prevents me from aquiring insurance elsewhere. I am 61 years of age and the $20,000 that was suppose to help me to Bridge my insurance over will be discontinued also.

Sir, I was a loyal, hard working employee for many years and now because I put my trust in Delphi - why, pray tell should I be punished for believing in my Company, and the American way.

I will have to pay aproximately $750.00 per month for insurance, that I have no choice but to purchase.

I'm asking you as one American Worker to another to consider the Hardship this imposes on me and my fellow salaried retirees before making the decision to allow this contract to be Broken.

Sincerly

Michael W. Wiley
1216 Co. Rd 187
Danville Al 35619
256-905-6946