**Honorable Robert D. Drain**
United States Bankruptcy Court Judge
For The Southern District of New York
One Bowling Green, Room 610,
New York, New York    10004

**To The Bankruptcy Court,**                                                February 13, 2009

My name is **_James E. Streeter (CISCO: 55971)_** and as of February 1999, I have been on Disability Retirement, however, during my service at Delphi were the best years of my life.  The purpose of this letter is to **object to the termination** of my Post Retirement Life Insurance Benefits.

Since disability retirement, I have suffered a tremendous reduction in my income and feel that termination of my Life Insurance would create a major disaster.  In addition, I have incurred a lot of medical expenses that must be paid out of pocket since I no longer have Health Insurance from Delphi.

Please be advised that any additional information can be produced at your request. (765)378-0201.  Thank you for considering to **not terminating** the Life Insurance.


James E. Streeter
PO box 3205
Anderson, In.    46018



cc:   Delphi Corporation
       Att'n:  General Counsel
       5725 Delphi Drive
       Troy, Michigan    48098