Hearing Date and Time: February 24, 2009 at 10:00 a.m. (prevailing Eastern Time)
Objection Deadline: February 17, 2009 at 4:00 p.m. (prevailing Eastern Time)

Gerald J. Rowe
10177 W Mt Morris Road
Flushing, MI 48433
(810) 659-5287

Salaried Retiree of Delphi Corporation
Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
                                                :
    In re                                       :       Chapter 11
                                                :
    DELPHI CORPORATION, et al.,                 :       Case No. 05-44481 (RDD)
                                                :
                                                :       Jointly Administered
                        Debtors                 :
                                                :
                                                :
                                                :
                                                :
------------------------------------------------x

**LETTER TO CONTEST DELPHI'S MOTION FOR ORDER UNDER 11 U.S.C.**105, 363(b)(1), AND 1108 CONFIRMING DEBTORS' AUTHORITY TO TERMINATE EMPLOYER-PAID RETIREMENT HEALTH CARE BENEFITS FOR CERTAIN (A) SALARIED EMPLOYEES AND (B) RETIREES AND THEIR SURVIVING SPOUSES.
("SALARIED OPEB TERMINATION MOTION")**

### PRELIMINARY STATEMENT

I am a Delphi retired salaried employee. As the court knows, Delphi Corporation filed a motion with the U.S. Bankruptcy Court to discontinue healthcare and life insurance coverage for retirees. The notice also stated my Retiree Health Reimbursement Account (RHRA) would be eliminated. This account was established as part of the benefits established when Delphi terminated health insurance coverage for retirees approximately two years ago.

I am contesting this motion for the following reasons:

1) The motion made by Delphi is for **permanent** elimination of all health care benefits for all salaried employee retirees. When the company exits bankruptcy and recovers, and executives are receiving bonuses, the company should have a moral obligation to honor it s commitment to provide health care coverage to the salaried retirees employees who were promised coverage.

2) The company is nearing the exit of the bankruptcy proceedings. **The announcement was made providing less than 45 days lead time to prepare for sourcing and paying for full costs of health care coverage and life insurance for the rest of our lives!**

3) Upon retirement, salaried employees hired before December 19, 1992 were advised they would receive health care retirement benefits. Employees hired past 1992 contributed 1% to an account to pay for retirement benefits. Employees, such as myself, are given no lead time to prepare for the total loss and elimination of health care benefits. **We will now have to pay a third or more of our fixed incomes to pay for this coverage.**

4) Delphi's current obligation to provide health care and insurance benefits for salaried retirees was already time limited. Health care coverage for retirees was terminated at age 65 when Medicare benefits are implemented.

## SUMMARY

I am a salaried employee retiree who dedicated 37.5 years of my working career to General Motors and Delphi. I have been loyal to this company, turning down offers to stay with the organization and help grow the company.

I fully understand the difficult economic times the company is experiencing through the state of the industry. However, if health care benefits would be <u>temporarily</u> modified through increased co-pays, deductibles, etc. which may be justifiable to contribute to the company's success. However, I believe the permanent elimination of health care coverage for salaried retirees that were promised this coverage is not justified.

I appreciate the court taking the time to consider my appeal and you not approve Delphi's motion to terminate health coverage benefits for salaried employee retirees.

Dated: February 14, 2009                    Gerald J. Rowe

*/s/ Gerald J. Rowe*