**Hearing Date And Time: February 24, 2009 at 10:00 a.m. (prevailing Eastern time)**
**Objection Deadline: February 17, 2009 at 4:00 p.m. (prevailing Eastern time)**

Ronald G Swan
626 Villa Manor Ct.
Greentown IN 46936
(765) 628-3565

Salaried Employee of Delphi Corporation
Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                        :
In re                                   :    Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :    Case No. 05-44481 (RDD)
                                        :
            Debtors.                    :    (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

LETTER TO CONTEST DELPHI'S MOTION FOR ORDER UNDER 11 U.S.C. §§ 105, 363(b)(1), AND 1108 CONFIRMING DEBTORS' AUTHORITY TO TERMINATE EMPLOYER-PAID POSTRETIREMENT HEALTH CARE BENEFITS AND EMPLOYER-PAID POST-RETIREMENT LIFE INSURANCE BENEFITS FOR CERTAIN (A) SALARIED EMPLOYEES AND (B) RETIREES AND THEIR SURVIVING SPOUSES ("SALARIED OPEB TERMINATION MOTION")

PRELIMINARY STATEMENT

I am a retired Delphi employee with 37 years of service with GM and Delphi. As the court knows, Delphi Corp. filed a motion with the U.S. Bankruptcy Court to discontinue healthcare and life insurance coverage for retirees.

I am **contesting** this motion for the following reasons:

1) This document was filed with no previous warning and with little time to respond, so I would ask that this decision be delayed.

2) The obligation Delphi has to provide health care coverage for retirees is time limited. Coverage for retirees is stopped when they reach age 65. And, retirees hired after 1992 do not receive health care coverage in retirement.

3) People hired after December 31, 1992, knew they would not receive health care coverage in retirement when they hired in so they have had time to plan for health care in retirement. People such as me who were hired in the 60's were told by the company that we would receive health care coverage in retirement. It will cost me more than a third of my fixed income to continue their coverage.

4) The motion made by Delphi is for <u>permanent</u> elimination of health care benefits for salaried people who were promised this coverage when they retire. When the company recovers and the executives are receiving bonuses, it makes sense to me that the company would honor its commitment to provide health care coverage to the salaried employees who were promised coverage.

## SUMMARY

I am a retired manufacturing manager hired into the company under GM and have dedicated my working career to making GM and then Delphi the best company I could.

I understand the extraordinarily difficult economic times that the company, as well as the automotive industry, faces. Sacrifices are being made now, and more will be necessary. If health care coverage for retirees needs to be <u>temporarily modified</u> to help ensure the company's survival,

then that is what we need to do. For example, co-pays, deductibles and/or premiums could be temporarily raised. However, I believe the permanent elimination of health care coverage for salaried retirees who were promised this coverage is not justified.

I appreciate the court taking the time to consider my argument and respectfully ask that you not approve Delphi's motion to terminate health coverage for retired salaried employees who are counting on that coverage.


Dated:       Greentown, Indiana
             February 9, 2009

                                                        Ronald G Swan

                                                        *[signature]*

                                                        626 Villa Manor Ct.
                                                        Greentown IN 46936
                                                        765-628-3565