February 8, 2009

Judge Robert Drain
Bankruptcy Court
One Bowling Green
New York, NY  10004-1408

Sir:

The course of action which Delphi has chosen to take is one of deceit and prejudice.

Delphi split from General Motors but General Motors still influenced control of Delphi.

When Delphi spun off from General Motors, salary personnel were told that Delphi and General Motors were equally solvent.

Hourly personnel were permitted to retire under General Motors numerous times after the spin-off but salary personnel were given one chance to retire under General Motors shortly after the spin-off.

While hourly personnel did not contribute to the health care package, salary personnel ,have been contributing before and after the spin-off.

At age 65, retired salary personnel had to find their own health insurance for themselves and their spouses.  A health account was set up for the employee only.  Hourly personnel remained status quo.

Hourly personnel were given big incentives (buy out bonus) to retire while salary personnel were denied these incentives.

Hourly personnel with limited seniority were able to revert back to General Motors while seniority salary personnel with 30 to 50 years were not able to so.

The government has agreed to bail out GM who has not confronted their hourly work force to contribute to their health insurance but has taken the cowardly course of berating the loyal salary work force again.

GM has created this unjust situation.  Would it be right to let them continue to berate the faithful salary workforce again?  Their bail out money could be used to rectify this situation.

If you allow these proceedings to come to fruition, it will contribute to the prosecution of the aged and faithful salary workforce.

Sincerely,

Lawrence F. Stepanic
477 Fairlane Drive
Warren, OH  44483

Phone:  330-847-9491