Health Care and Life Insurance termination Protest

To the Honorable Robert D. Drain:

    Sir my name is William E. Crousore III. I am writing you this letter In regards to Case #05-44481, the Bankruptcy of (Debtor) Delphi Corporation. I want to strongly protest their potitioning the court to terminate my Healthcare and life insurance as a retired employee. I worked thirty two years for Delco Delphi in Kokomo, Indiana. Twenty eight of the thirty two years was directly for General Motors and four under Delphi Corporation. For them to terminate these benefits promised me at the time of my retirement would be catistrofic for my family as well as the more than fifteen thousand other salary retirees. Please I emplore you to delay any decision to approve this matter until we have a chance to present our case with proper representation. Thank you for taking the time to read my protest and I feel you will do the fair thing and give us the chance to present our case.

                                                Regards,
                                                 William E. Crousore III