WALLER LANSDEN DORTCH & DAVIS, PLLC
Attorneys for Nissan North America, Inc.
511 Union Street, Suite 2700
Nashville, TN 37219
(615)244-6380
(615) 244-6804 (fax)
David E. Lemke, Esq. (TN 13586) *Pro Hac Vice*
David.Lemke@wallerlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| DELPHI CORPORATION, et al., | : | Chapter 11 |
| | : | Case No. 05-44481-rdd |
| Debtors. | : | Jointly Administered |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**NOTICE OF WITHDRAWAL OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

**TO: THE CLERK OF THE COURT; THE UNITED STATES TRUSTEE; THE DEBTOR, DEBTOR'S COUNSEL OF RECORD; AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that David E. Lemke ("Counsel"), one of the attorneys who made an appearance on behalf of Nissan North America, Inc. ("Nissan"), hereby requests the withdrawal of Counsel's previous request for notice and service of papers filed with this Court and asks that he be removed from all service lists maintained or utilized in connection with the above case, including any and all electronic notice.

2673132.1

Dated:  February 19, 2009                    Respectfully submitted,
/s/ David E. Lemke
David E. Lemke, Esq. (*Pro Hac Vice*)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
David.Lemke@wallerlaw.com

Attorney for Nissan North America, Inc.

### Certificate of Service

The undersigned hereby certifies that a copy of the preceding Notice of Appearance was electronically filed through the Court's ECF system and served this 19th day of February, 2009, by operation of the Court's electronic filing systems.

 /s/ David E. Lemke
David E. Lemke, Esq.

2673132.1                                    2