February 8, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter of OBJECTION to document #14705.**

I received the notice by FedEx several days ago and would like to file my objection.

I worked for GM for 37 years and for Delphi for 2 years before retiring in 2001. I retired with life insurance and health care benefits. Since then the health care has been reduced and the co pays on dental have increased. In the meantime GM retirees have had an increase in retirement pay to cover some of their medical expenses. Wageworks accounts were set up to help us defray the costs for several years, and now they are going to be taken away.

When the government was giving bailout consideration to GM they said that everyone was going to have to take a haircut. This proposed change to benefits is about a six thousand dollar haircut for us retirees. It does not seem fair to work for a company for 38 years and then to be separated in mass 2 years before retirement, and then to have the retirement benefits gutted.

I believe that there are other ways to restructure the company and still retain health care and life insurance for retirees.

**I ask you to REJECT this motion.**

Sincerely yours,

Fred McMillin
914 Via Monte
El Paso, TX 79912          (915) 581- 5205