The Honorable Robert D. Drain

United States Bankruptcy Court for the Southern District of New York

One Bowling Green,

Room 610

New York, New York, 10004

I am opposed to the cancellation of post-retirement benefits for Salaried Employees and Retirees, as outlined in the motion for Case no. 05-44481 (RDD), in regard to Delphi Corporation,

Benefits should only be suspended until the Corporation is financially viable and is out of bankruptcy.

Bonus payments for management have been suspended but the above mentioned benefits are to be cancelled. It seems only fair and equitable that if these benefits are to be cut to enable the Corporation to become profitable, then these benefits should be restored to those who have sacrificed when the Corporation does indeed become profitable. I am petitioning the court to approve a suspension of the above mentioned benefits, but not to approve a cancellation of the benefits.

Gerald Hurayt

Delphi Corporation Salaried Retiree