February 9, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Honorable Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 8, 2005
Document # 14705 to Cancel OPEB (Health Insurance Benefits) for all Retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the current employees and retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 which allows a mere twelve days to compile, arrange, and transmit our objections.

With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans, have lost 40 – 60 % of their savings. This coupled with the loss of health care benefits would have a crippling effect on the lives of every retiree of Delphi Corporation. The health care benefits were renewed for the 2009 calendar year in November of 2008. Part of the plan cost was borne by the retiree. It seems irrational that the plan can now be terminated after only 3 months of the 12 month contract.

It is my belief that there are other ways to accomplish a Delphi legacy cost reduction and avoid devastation to the retirees-most of whom labored for 40 years with General Motors and Delphi with the understanding that this lifetime benefit was a component of the compensation package. Health care benefits were already modified to stop at the age of 65 for all retirees. The $20,000 Medicare Special Benefit elimination is less onerous if it is phased out over a period of time. This cost is a decreasing cost to the company as each of us reaches that 65 age milestone. Delphi information now states that continuation of the coverage will cost me $1377.24 per month. Alternate insurers may be less expensive, but they advise that policy information attainment and review, applications, proof of health, and a 14 day minimum internal approval process precede the effective insurance date. The funds to pay for the health care is a real issue. The 401k and IRA retirement

fund values are a fraction of planned value, and our homes are not readily salable nor worth what we have invested in them.

While I recognize that Delphi documents that I signed indicated that Delphi had a right to modify the benefits, the words that accompanied those documents assured me that it meant the co-pay amounts to offset increases in supplier costs. Never was TERMINATION OF THE BENEFITS mentioned or understood.

It appears that Delphi is allocating an inordinate amount of financial pain on the oldest and most loyal contributing group of stakeholders. The ACTION AGAINST THE TENURED SALARIED GROUP seems prejudicial. We also worked for General Motors!

Please know that each of the 15,000 + salary retirees and soon-to-retire, who will be negatively impacted by this action, will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

## We ask you to REJECT this motion.

Sincerely yours,

John F. Wiechart

John F. Wiechart

4106 Southeast 20th Place

Cape Coral, Florida 33904

239-540-2253