Date: February 9, 2009

Subject: Delphi motion to terminate benefits to Salary Retirees

To: Honorable Robert D. Drain
United States Bankruptcy Court

From: John M. Fenzl
Delphi Retiree

I retired on June 1, 2001 after having worked 34 years for GM/Delphi. I had 31 years in with GM, and then the 31 years were transferred to Delphi and worked 3 more years for a total of 34. We were told at the time nothing had changed except the name, and all benefits would be the same as GM's.

After retiring in 2001, a couple years later Delphi came out and stated they were eliminating just our Medical coverage when we turned 65 and they would give me a $20,000 Medical account to buy supplemental insurance to go along with Medicare. We were told they were doing this because we did not know when we retired that our Medical would be eliminated.

Subsequently, my wife retired from teaching in 2005. I was told she could use my Medical coverage until she turned 65. She then waived her school Medical plan and used mine. She cannot go back now and elect to use her school systems Medical plan. Obviously, had we known what Delphi was going to do she might not have retired and certainly would not have given up her Medical plan. If I had known Delphi was going to terminate my benefits, I would not have retired until I turned 65.

I feel this is ethically and morally wrong what Delphi is proposing to do. I gave GM/Delphi 34 years of dedicated service. Several times I would work 12-14 hours a day and only be paid for 8 hours. Delphi should keep their promises and continue to supply our earned benefits until we are Medicare eligible. Possibly GM should have a stake in providing these benefits since I did work for them for 31 years. My father is a GM Salary Retiree, 86 years old, and effective January 1, 2009 only his Medical coverage was eliminated. All GM Salary Retirees over 65 were then given an additional $300 per month in their pension to compensate them for losing their Medical. Possibly Delphi could follow this lead.

Your decision is very important to us. I trust you will look at all the circumstances and make a fair decision.

*John M. Fenzl*

John M. Fenzl
6411 Buell Drive
Lockport, NY 14094