February 10, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY  10004

Attn:  Honorable Judge Robert D. Drain

Ref:           44481
Delphi Corp. Case #05-4481 filed October 8, 2005
Document #14705 to Cancel OPEB (Health Insurance Benefits) for Salary Retirees

Dear Judge Drain:

I am writing this letter in regard to the motion (Document #14705) made by the Delphi Corporation to terminate my health care coverage.  This notice was a total surprise and most devastating to me.

Please note that this letter is an **objection** to that document and file it as a motion to object to Document #14705.

I had worked for General Motors for over 18 years when my plant changed to Delphi Corporation.  So I have worked longer for General Motors than Delphi and feel that G M. should be responsible for my health care coverage.  The government is giving G. M. money to help them stay in business; my health care is part of their liability.

Last February 1, 2008, I was **forced** to retire from Delphi Corporation with 30 years of dedicated service.  I was not ready financially to retire; I was too young and was still paying for medical bills from my late husband.  I lost my husband in 2004 to colon cancer, so I know how important health care coverage is when you need it.  Now, one year, later Delphi is terminating my health care coverage.  Why should we have to pay for GM/Delphi's mis-management? The salary employees that are presently working have the option of continuing working until they can start receiving Medicare. However, I do not have this option.

I just received a letter from Delphi stating that the cost of my present health care coverage would be $724.00 per month. I have lost over 40% in my 401K due to the current state of the economy.  On my retirement pension I cannot afford this monthly cost and every year the cost will continue to go up. What am I suppose to do until I can get on Medicare?  Getting back into the work force is an option, although there are very few jobs available in my area.

This motion to terminate salary retiree's health care coverage involves more than 15,000 individuals. If the court approves this motion it will snowball throughout the country.  I know there are many different options that Delphi can do other than terminating my

health care coverage. General Motors must help with the cost to continue this most needed coverage for salary retirees.

I received this information on February 5, 2009, and was given until February 17, 2009 to respond. This is not enough time, please reject this motion or at a minimum a delay is required.

Sincerely,

*Denice Combs*

Denice Combs
1455 Round Lake Hwy.
Manitou Beach, MI. 49253
517-605-6171


CC: Davis Polk & Wardwell
Latham & Watkins LLP
Fried, Frank, Harris, Shriver & Jacobson LLP
Office of the U.S. Trustee for the Southern District of NY
Delphi Corporation
Skadden, Arps, Slate, Meagher & Flom LLP