Donald W. Bergwall
1237 Woodline Dr.
Marysville, OH 43040
937-644-1190

February 11, 2009

The Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY   10004-1408

Re:   DELPHI CORPORATION, et al., Case No. 05-44481 (RDD)
      Ref. Salaried OPEB Termination Order – motion dated 4FE09

**OBJECTION OF DONALD W. BERGWALL TO DEBTORS' MOTION TO CONFIRM DEBTORS' AUTHORITY TO TERMINATE EMPLOYER-PAID-POST-RETIREMENT HEALTH CARE BENEFITS AND EMPLOYER-PAID-POST – RETIREMENT LIFE INSURANCE BENEFITS FOR CERTAIN (A) SALARIED EMPLOYEES AND (B) RETIREES AND THEIR SURVIVING SPOUSES
(SALARIED OPEB TERMINATION MOTION)**

I, Donald W. Bergwall, am a salaried retiree of Delphi Corporation since March 1, 2002. I have objections to the Salaried OPEB Termination Motion:

1. I object to the short time to the Objection Deadline. Employees and retirees were notified with no previous warning of this motion on February 5, 2009 and the Objection Deadline has been set as February 17, 2009. Retirees were notified by a FedEx package delivered to their home. It is only fair to offer the retirees sufficient time to understand the full financial impact, alternate options and to prepare an objection to the motion. Judge Drain, I am asking you to extend the Objection Deadline for this motion to May 1 or later to allow all affected parties adequate time to prepare their objections.

2. I object to the termination of Salaried OPEB for Health Care and Life Insurance. It was not long ago that Delphi Salaried Retirees were granted Life Insurance and Health Care Benefits for life. Then in January, 2007, Delphi changed their policy such that retiree Health Care Benefits would cease at age 65 when the retiree became eligible for Medicare. This policy also provided for a $10,000 or $20,000 (depending on retirement date) Retiree Health Reimbursement Account for retirees to help with medi-gap insurance or other health care expenses after their Delphi Health Care Benefits were terminated at age 65. These changes were included in my financial planning but manageable. As they mention in their motion, one of the big factors that is affecting increasing health care costs is "the aging population of the United States." The termination of Health Care Benefits at age 65 eliminated the effect of the aging population. Any further cut in Retiree Health Care Benefits should not be approved.

*Continued on page 2 of 2  D.W. Bergwall Objection 11FE09 to Case 05-4481 Delphi OPEB Motion*

3. My strongest objection is to cutting out any support for those of us that are under age 65 and not eligible for Medicare. This places a disproportionate burden on those of us that complied with the company offer and encouragement to retire early with the understanding that Delphi and GM would help in the transition between the early retirement and receipt of Social Security and Medicare benefits. I am now challenged with paying over $16,000 a year until my wife and I turn 65. This was not in my retirement planning until 5FE09 at a time when our savings/investments are already at an all time low.

4. I object to the fact that the salaried employees who have been loyal partners with the company are impacted with a disproportionate burden over the hourly rate employees who have the union leverage to provide help from General Motors. We do not have representation, beyond you, Judge Drain, in this process and now have to deal with this payback for being loyal team players for so many years.

5. I object to the fact that I served General Motors for over 30 years (started in June, 1968) and never left the corporation, but became a Delphi employee and retired with 34 years of service from Delphi and now General Motors seems only willing to provide a discount on a new vehicle purchase for my 30+ years of service.

While more specific objections, by numbered paragraphs, to the Debtors' motion could be developed, time and resources do not currently allow that for me.
Judge Drain, I am asking you again to extend the Objection Deadline for this motion and give special consideration to those salaried retirees that are under age 65.


Thank you for your consideration,

*[signature]*

Donald W. Bergwall      phone number: 937-644-1190
1237 Woodline Dr., Marysville, OH 43040


I have also caused copies to be served on the following parties via first class mail on February 11, 2009.


Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI 48098

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
Attn: John W. Butler, Jr.

General Motors Corporation
Secretary, Board of Directors
300 Renaissance Center
P. O. Box 300
Detroit, MI 48265-3000