February 12, 2009

Honorable Robert D. Drain

    I Terry Lee Browne would like to state my objection to the motion filed with the United States Bankruptcy Court Southern District of New York by Delphi Corporation on February 4, 2009. The motion I would like to object was for Delphi to "terminate employer-paid post retirement healthcare benefits and employer paid post retirement life insurance benefits for certain (a) salaried employees and (b) retirees and their surviving spouses".

    I have given Delphi 38 dedicated years of service, and officially retired in 2001. My terms of employment had promised me that my wife and I would continue healthcare coverage as we entered retirement. I can not get back these years I have given to Delphi. I have earned the benefits that are entitled to me, I completed my end of the deal, and now Delphi needs to stick with their commitments. It is unfair and unreal to entertain the idea to have these benefits suspended. I am a cancer survivor who still sees an oncologist for follow ups, and my wife is also a diabetic. Her medication and care alone would cost us approximately $1200 a month.

    I understand the current situation of our economy, and I know times are hard for everyone right now, but cutting healthcare of employees who have already completed their end of the bargain is unfair. I ask that you take into consideration the lives and financial situations of the thousands of retirees and family members that will be left trying to afford healthcare. It simply is not feasible when as retirees we are on a very fixed income.

    When you make your final decision I ask you to please consider the consequences of how significant this motion is to our lives.

Best regards,

Terry Browne
220 Sunview
St. Charles, MI 48655