Objection to the Motion to Terminate Employer-Paid Post Retirement Health Care and Life Insurance

Please take notice that I, John D. Piccone, object to Delphi's motion to terminate employer paid post retirement health care and life insurance. My objections are as follows;

1. . The reasoning behind this motion is nothing more than cherry picking the easy savings on the backs of the retirees. I recently took the buyout effective November 1st. 2008. It was not because they were eliminating my job, rather the continued mismanagement that I saw coming from the higher management ranks in Troy. As a 37-year employee I know when I see bad decision being made and this has been the case since the GM/Delphi spin off. The current upper management is nothing more than carbon copies the previous upper management that knew that the Delphi model was not feasible. As a program manager I saw and worked with the financials for my programs and never saw improvement in the burden rate that is bases for all program financials.
2. 15,000 salaries heads that will be effective all started their careers with GM so this motion shows no loyalty by Delphi to honor the commitment we all thought we had when we started our careers.
3. This motion again proves to me that this management team continues to look for the easy way out, instead of working hard on a better solution. An example is the fact that most PBU leaders of the Power Train unit and their support staff are located overseas; the cost to support this remote management is extremely high. We are told it's to expand our business but the truth is none of them want to live in Troy or Flint area's of Michigan.
4. I truly believe this is also a ploy to get the union to give in to coming demands on health care costs. They have done this sort of thing in the past. When the salary personnel was told they would have to start sharing some the of the cost on health care they went to the union and said "see our salary work force is now contributing to their health care", well that didn't work so to help make it up to the salary folks they came up with the yearly $1200.00 compensation payment in march of each year. There is no other logical explanation for the payment but I'm sure they would say different so no to embarrass themselves.
5. It's easy to point to the current economic climate and blame the continuing problems on the current market situation. The real truth is as I'm sure the court knows the decisions of past management and current management is more to blame for this corporation position than just market conditions. The bad business planning is a common thread that goes thru this whole corporation like wild fire. I have even shown my own management team a way we could maintain jobs in the

Rochester area and even improve the business case 2 times better over our own low cost Mexico operation. I was told it didn't fit their business plan. Again it's not about what is smart but rather it would show them up if it didn't come from the business team locate guess were in Troy.

In summary, all I can ask of this court is be fair with the retirees, and remember that most of us help build their units when the individual part divisions were making the decisions for their location. It was not until the upper GM management and then Delphi centralized the business back in Flint, then Troy that poor decision-making and bad program planning started the downward decline of Delphi and GM. Make no mistake they are one in the same. The whole Delphi experience has been nothing but a shame since it inception and they continue to this day to try and justify they poor judgment and then try to strip those of us who knew how to be profitable of those benefit we work hard and long for. I'm afraid if this court doesn't make this company look hard at ways to cut operation costs not only here in the States but also the oversea operations and reduce needless upper management business team then millions of dollars will be spent on non value add positions. This court can be sure they will continue to make poor decisions because they will chase their tails looking for that elusive right spot to manufacture when most likely it's right in their own backyard, something I've already proven.

May God guide give this court to make the right decision.

Sincerely Yours,

John D. Piccone