FEBRUARY 7TH 2009

Attention Honorable Robert D. Drain, United States Bankruptcy Judge,

I Barabara Pauline Burger, representing myself as a salaried retiree of Delphi Corporation, **object to the order under: 11 U.S.C. 105, 363 (b)(1), and 1108** CONFIRMING DEBTORS AUTHORITY TO TERMINATE EMPLOYER-PAID POST-POST-RETIREMENT HEALTH CARE BENEFITS AND EMPLOYER PAID POST-RETIREMENT LIFE INSURANCE BENEFITS FOR CERTAIN (A) SALARIED EMPLOYEES AND (B) RETIREES AND THEIR SURVIVING SPOUSES

I Barbara Pauline Burger, representing myself as a salaried retiree of Delphi Corporation, **object to**

### ("SALARIED OPEB TERMINATION ORDER")

Upon the motion, dated February 4, 2009 (the "Motion"), of Delphi Corporation and certain of it's subsidiaries and affiliates, debtors and debtors in possession in the above captioned cases ( collectively, the "Debtors"), for an order confirming the Debtors' authority (or alternatively, authorizing, but not directing, the Debtors) to terminate, as soon as practicable after March 31, 2009, Salaried OPEB,1 which termination, inter alia, consists of: (a) eliminating eligibility for employer-paid post-retirement health care benefits for all current and future active salaried employees; (b) ceasing to make Company contributions to provide post-retirement health care for current and future salaried retirees and their surviving spouses; (c) canceling all Retiree Health Reimbursement Accounts for Medicare-eligible salaried retirees and their surviving spouses; (D) terminating the Medicare Part B special benefit for current and future salaried retirees and their surviving spouses; (e) ceasing to provide the 1% employer contribution to the Salaried Retirement Savings Plan for those active salaried employees hired on or after January 1, 1993 and on or prior to December 31, 2000; (f) eliminating eligibility for employer-paid post-retirement basic life insurance benefits for all current and future active salaried employees; and (g) ceasing to make Company contributions to provide post-retirement basic life insurance benefits for current and future salaried retirees; and upon the record of the hearing held on the Motion; and after due deliberation thereon; and good and sufficient cause appearing therefore,

**Please take further notice that the authorization of this judgement would be discriminatory to all salaried employees and retirees of Delphi Corporation,** as there is no indication that the unionized, hourly work force would suffer any implications by this order.

**PAGE 1 OF 2**

Furthermore, business decisions made by Delphi Corporation to displace US North American component plants to Offshore Global operations, contributed greatly to the demise of North American Operations including closure of plants and unemployment.

I have seen no documentation in any of these motions to involve Global Operations. I don't understand how bankruptcy can be filed by eliminating the consideration of Global profits.

I appreciate your attention to this very important matter concerning, not only the quality of my retirement years, but also the livelihood of many American working class families, who have dedicated many years of service to the automotive industry and the economy that this service supported.

Respectfully, *Barbara P. Burger*