February 10, 2009

United States Bankruptcy Court for the South District of New York
One Bowling Green
New York, NY
10004-1408
Attn: Honorable Robert D. Drain

Re Case Number 05-44481 (Debtor - Delphi Corporation)

Your Honor:

I am writing regarding Delphi Corporation's notice to its salaried retirees who have been eligible for paid medical coverage in retirement. As you're, no doubt, aware, Delphi Corporation proposes to eliminate this company-funded benefit effective April 1, 2009. For many of us, this represents an unaffordable annual cost of $12,000 or more.

I worked for many years, and when I retired, it was with the understanding of what my retirement income would be. Based on that information, I retired – not with a lot of excess income, but a manageable situation. I am now told my budgeted income is to be reduced by a monthly payment that I cannot afford without going out and finding another job. Southern Oregon, like most of the country, is depressed. Jobs are few and far between – even for young people. I am 61. How likely is it that I will find employment at my age at a time when even the most eligible of candidates remains unemployed?

I retired in 2004. At the time, employees were induced to retire to help the company achieve its downsizing goals. It was only later that we found out the senior management, specifically, Allen Dawes and his cronies, were cooking the books, lying to Wall Street, knowing our company was in dire straits and making a buck for themselves. Who is paying the price for these miscreants? Delphi proposes that I do, and others like me. While Delphi Corporation proposes to save $200,000,000 by cutting retirees' medical benefits - people who worked toward their retirement in good faith that what was advertised was true – I have to ask if these decision-makers are enjoying bonuses this year, last year, all the past years while they've been driving us into a ditch.

Besides being outraged, I have some constructive suggestions for your consideration. (1) Have Delphi Corporation share these costs with retirees. Even a 50/50 split would be more manageable than their current draconian proposal. People understand the auto industry is in trouble; retirees are willing to help, but it should be fair. (2) Delay implementing this proposal for at least a year. People need time to figure how they're going to pay this monthly tab. Give us some time to find work. The current job market is horrible; we can't pull this money out of thin air; we need time to secure employment – no easy task when you're older.

Please don't accept Delphi's proposal. I urge you to consider this company's past fiduciary malfeasance and not let them take their proposed expedient path at the expense of people who are in no position to carry their water.

Thank you for your consideration.

Sincerely,

Sherry L. Friedman
35 Logan Way
Talent, OR 97540

cc: Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 - Attn: General Counsel

Counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 - Attn: John Wm. Butler, Jr.

Counsel for the Agent Under the Post-petition Credit Facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 - Attn: Donald Bernstein and Brian Resnick

Counsel for the Official Committee of Unsecured Creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 Attn: Robert J. Rosenberg and Mark A. Broude

Counsel for the Official Committee of Equity Security Holders, Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004 - Attn: Bonnie Steingart