**Hearing Date and Time: February 24, 2009 at 10:00 a.m. (prevailing Eastern Time)**
**Objection Deadline: February 17, 2009 at 4:00 p.m. (prevailing Eastern Time)**

David L Morgan
4402 Christopher Dr
Kokomo, IN 46902
(765) 453-3499

Salaried Employee of Delphi Corporation
Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                            :

In re                            :     Chapter 11
                            :

DELPHI CORPORATION, et al.,     :     Case No. 05-44481 (RDD)
                            :

              Debtors.    :     (Jointly Administered)
                            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

LETTER TO CONTEST DELPHI'S MOTION FOR ORDER UNDER 11 U.S.C. §§ 105, 363(b)(1), AND 1108 CONFIRMING DEBTORS' AUTHORITY TO TERMINATE EMPLOYER-PAID POSTRETIREMENT HEALTH CARE BENEFITS AND EMPLOYER-PAID POST-RETIREMENT LIFE INSURANCE BENEFITS FOR CERTAIN (A) SALARIED EMPLOYEES AND (B) RETIREES AND THEIR SURVIVING SPOUSES ("SALARIED OPEB TERMINATION MOTION")

<u>PRELIMINARY STATEMENT</u>

      I am an active Delphi employee, but retirement is only a few years away.  As the court

knows, Delphi Corp. filed a motion with the U.S. Bankruptcy Court to discontinue healthcare

and life insurance coverage for retirees.   The notice also stated my Retiree Health

Reimbursement Account (RHRA) would be eliminated.  This account was established as part of

the "deal" a few years ago when Delphi terminated health insurance coverage for retirees once

would honor its original commitment to provide health care coverage to the salaried employees
who were promised coverage.

## SUMMARY

I am a engineer, planner, and marketer who was hired into the company under GM and
have dedicated my working career to making GM and then Delphi the best company I could.  I
have had several opportunities over the years to work in other industries for other companies.
Some of these offers were for a higher salary and higher levels of authority.  I turned these
opportunities down out of loyalty to my company and a belief that I could make difference for
Delphi.  I also expected some level of loyalty from my company in exchange for the loyalty that I
made for the company.

I understand the extraordinary difficult economic times that the company, as well as the
automotive industry faces.  Sacrifices are being made now and more will be necessary.  If health
care coverage for retirees needs to be <u>temporarily modified</u> to help ensure the company's survival,
then that is what we need to do.  For example, co-pays, deductibles and/or premiums could be
temporarily raised.  However, I believe the permanent elimination of health care coverage for
salaried retirees that were promised this coverage is not justified.

I appreciate the court taking the time to consider my argument and respectfully ask that
you **not** approve Delphi's motion to terminate health coverage for salaried employees that are
counting on that coverage.

Dated:      Kokomo, Indiana
            February 11, 2009

                                                    David L Morgan
                                                    4402 Christopher Dr.
                                                    Kokomo, IN  46902
                                                    765-453-3499

3

David L Morgan
4402 Christopher Dr
Kokomo, IN 46902
(765) 453-3499

Salaried Employee of Delphi Corporation
Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                    :
In re                               :      Chapter 11
                                    :
DELPHI CORPORATION, et al.,         :      Case No. 05-44481 (RDD)
                                    :
                    Debtors.        :      (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

LETTER TO CONTEST DELPHI'S MOTION FOR ORDER UNDER 11 U.S.C. §§ 105, 363(b)(1), AND 1108 CONFIRMING DEBTORS' AUTHORITY TO TERMINATE EMPLOYER-PAID POSTRETIREMENT HEALTH CARE BENEFITS AND EMPLOYER-PAID POST-RETIREMENT LIFE INSURANCE BENEFITS FOR CERTAIN (A) SALARIED EMPLOYEES AND (B) RETIREES AND THEIR SURVIVING SPOUSES ("SALARIED OPEB TERMINATION MOTION")

### PRELIMINARY STATEMENT

I am an active Delphi employee, but retirement is only a few years away. As the court knows, Delphi Corp. filed a motion with the U.S. Bankruptcy Court to discontinue healthcare and life insurance coverage for retirees. The notice also stated my Retiree Health Reimbursement Account (RHRA) would be eliminated. This account was established as part of the "deal" a few years ago when Delphi terminated health insurance coverage for retirees once

would honor its original commitment to provide health care coverage to the salaried employees
who were promised coverage.

## SUMMARY

I am a engineer, planner, and marketer who was hired into the company under GM and
have dedicated my working career to making GM and then Delphi the best company I could. I
have had several opportunities over the years to work in other industries for other companies.
Some of these offers were for a higher salary and higher levels of authority. I turned these
opportunities down out of loyalty to my company and a belief that I could make difference for
Delphi. I also expected some level of loyalty from my company in exchange for the loyalty that I
made for the company.

I understand the extraordinary difficult economic times that the company, as well as the
automotive industry faces. Sacrifices are being made now and more will be necessary. If health
care coverage for retirees needs to be <u>temporarily modified</u> to help ensure the company's survival,
then that is what we need to do. For example, co-pays, deductibles and/or premiums could be
temporarily raised. However, I believe the permanent elimination of health care coverage for
salaried retirees that were promised this coverage is not justified.

I appreciate the court taking the time to consider my argument and respectfully ask that
you **not** approve Delphi's motion to terminate health coverage for salaried employees that are
counting on that coverage.

Dated:          Kokomo, Indiana
                February 11, 2009

                                                David L Morgan
                                                4402 Christopher Dr.
                                                Kokomo, IN  46902
                                                765-453-3499

3