February 10, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

The purpose of this letter is to respectively ask the court to consider a modification to the cancellation of all health benefits to retired salaried employees.

Suggest that Delphi Corporation share with the retirees a percentage of total health costs in lieu of the total repeal of all health benefits. I believe that a shared cost would mitigate future employee financial hardships.

Serious consideration for this recommendation is greatly appreciated.

Sincerely yours,

Mario Angelucci, Delphi Retiree
821 Willow St
Lockport NY 14094
1-716-433-2712