February 10, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009, that I received on February 6, and gave me 1 week to file my objections.

Those of us who are Delphi retirees whom has been retired and are not old enough for Medicare, are asked to give-up a good portion of our pension to pay 100% of our health cost. For those of us who have worked at least 30 years for the company during the time the company was profitable, this is a slap in our face. This action will have huge impacts not only on the retirees, but also every community where retirees live. We worked hard, and brought our products. Document # 14705 is only for the purpose of keeping money in the pockets of Delphi's Board. The Board has yet to downsize with the rest of corporation. It has yet to freeze their benefits and salary plus pay for their own health care packages. It seem like the workers are paying for the benefits of the Board. Would it be too much to make the Board accountable for their bad decisions that cause the company to file for bankruptcy? I'm sure that there are ways to restructure the company and keep the retirees health care intact.

Because of the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans have lost almost 40% of their savings. As you know, the cost of living has increased significantly in the last two years. This, coupled with the loss of health care benefits, would have a crippling effect on the lives of every retiree of Delphi Corporation.

We retires are looking to you for your consideration when making the decision concerning the above mention document. Please, finally turn the page and let the Board be accountable for their decisions and not make the retirees, who has worked hard to get to this point in their lives, be negatively impacted by this action.

## We ask you to REJECT this motion.

Sincerely yours,

Mercedes King
2340 Shawnee Trail
Youngstown, Ohio 44511

Delphi Retiree – May 2007
31 Years