February 9, 2009

United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 610
New York, New York 10004

Attention:    Honorable Robert D. Drain

**Reference**:
**Delphi Corporation Case # 05-44481 filed October 5, 2005**
**Document #14705 to Terminate Employer-Paid Post Retirement Health Care Benefits and Employer-Paid Post Retirement Life Insurance Benefits for Certain Salaried Employees and Retirees and their Surviving Spouses**

Dear Judge Drain:

This letter is to express my objection with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 Delphi salaried employees.

This document was filed with no previous warning to any of the retirees of Delphi and was only made known via a letter on February 5th stating retirees have 12 days to file an objection. I was a loyal, faithful employee of Delphi who worked for over 30 years with the express goal of earning health care benefits during my retirement. Although I would have preferred to have worked until age 62, I retired early at the suggestion of the company with good faith that my health benefits would remain intact. To have this benefit removed haphazardly and without any time to react is unfair and unacceptable.

I sincerely ask that you reject this motion as it will have a crippling impact on thousands of retirees, who have no way to obtain affordable health care at this stage of their life. Additionally, with so many retirees seeing the erosion of their retirement savings, this health care decision will intensify the pain and devastating losses that our communities have already suffered.

Sincerely,

Roger A. Phillips

Roger A. Phillips
161 Huntington Trail
Cortland, Ohio 44410-1645
330-637-2913