February 12, 2009

Marion G. Inniss
20564 Harbor View Dr.
Cornelius, NC 28031

RECEIVED
FEB 17 2009
U.S. BANKRUPTCY COURT, SDNY

Judge Robert D. Drain-Southern District of New York
US Bankruptcy Court
One Bowling Green, Room 610
New York, New York 10004

Ref. Delphi Corp Case# 05-44481 Filed October 5, 2005
Document # 14705 to cancel OPEB (Health Benefits) for all retirees

Dear Judge Drain:

This letter is to express my concern and objection to Doc.# 14705 filed by Delphi Corporation on February 4, 2009 requesting the court to cancel health benefits for over 15,000 Delphi retirees.

This document was filed with very short notice to retirees giving us a very short window to respond to the court. At the same time, not offering any real viable options to sustain a relative level of health insurance which everyone must have. In other words, "We are dumping you"

I'm sure you are aware of the current economic climate and loss of health benefits after retirement will be catastrophic to the majority of the 15,000 retirees and their families. It is even more damaging if you are under 65 years old with a family. Savings are significantly depleted due to the market. Not to mention the current increase in the cost of living.

One works for a company as a salaried employee for 30 years with a promise of benefits at retirement. Everyone did not necessarily choose to retire at the time they retired. Also the playing field was not level for salaried employees versus hourly employees. Hourly retirees still have their benefits as they should. I don't know the letter of the law, but this just seems so unfair and bogus. In hay days executives still got huge bonuses as opposed to ensuring the retirement programs were fully funded. And it was allowed. If this is allowed, we are just waiting for the other shoe to fall and the government has to takes over our pension.

The 15,000 retirees impacted by this action is looking to you for your consideration when making the decision on Doc# 14705

We ask you to reject this motion.

Sincerely,

Marion G. Inniss
Marion G. Inniss