February 12, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004



Attn: Honorable Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 8, 2005
Document # 14705 to Cancel OPEB (Health Insurance Benefits) for all Retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the current employees and retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections.

Like many of the most recent retirees of Delphi, I was retired **BY** the company and **NOT** by my choice or at my timing. I was given no decision to make, just told my job would be eliminated on a certain date and that I would have to retire. Even though I had 40 years of service, I had little time to prepare for retirement and to adjust to a significantly reduced income before I was hit with this latest development (loss of health care) which will cause financial hardship for me and every retiree – not to mention the trickle down effect to every community in which we live.

With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans, have lost 40 – 60 % of their savings. As you know, the cost of living has increased significantly in the last two years based upon rising energy costs alone. This coupled with the loss of health care benefits would have a crippling effect on the lives of every retiree of Delphi Corporation.

It is my belief that there are other ways to restructure the company and still retain health care for retirees. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a decreasing cost to the company as each of us reaches that 65 age milestone.

Please know that each of the 15,000 + retirees and soon-to-retire, who will be negatively impacted by this action, will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

**I urge you to REJECT this motion.**

Sincerely yours,

Thomas E. Poettinger
3078 Talon Circle
Lake Orion, MI 48360
248-393-4568

Copies:
Brian Masumoto, Office of the United States Trustee for the Southern District of New York
General Counsel, Delphi Corporation
John Wm. Butler, Jr., Skadden, Arps, Slate, Meagher & Flom LLP
Donald Berstein, Davis Polk & Wardwell
Brian Resnick, Davis Polk & Wardwell
Robert J. Rosenberg, Latham & Watkins LLP
Mark A Broude, Latham & Watkins LLP
Bonnie Steingart, Fried, Frank, Harris, Shriver & Jacobson LLP