February 11, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004



Attn:  Judge Robert D. Drain

Ref:  Delphi Corp Case # 05-44481 filed October 5, 2005
      Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

### RE: <u>OBJECTION</u> to Document #14705.  File it as a motion to object to document #14705.

The purpose of this letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation. This document was filed without previous warning to any of the retirees of Delphi Corporation who were just notified on February 5, 2009.

Many Delphi retirees were required to retire.  Most recent retirees retired early and were unprepared for retirement.  All retirees were under the impression that they would continue to receive health care after retirement.  This latest proposal will place a significant hardship on every retiree.

Retirees have seen their savings erode substantially with the state of the economy.  There are no jobs available.  The loss of health care benefits will be devastating.  Not only the lives of the retirees and their families will be affected, but the economies of the communities where they live will be impacted.

There must be other viable options for Delphi to survive without immediately eliminating all health care for retirees.  Further, the cost to the company is automatically decreasing as retirees reach 65 years old.

The timeliness of the motion to end healthcare is questionable.  There was very little time allotted between the notification to retirees and the deadline for reacting to it.

I'm sure you are aware that each of the 15,000 retirees who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

**We ask you to REJECT this motion.**

Sincerely,

*George R. Paschal*

George R. Paschal
812 Westgate Dr
Anderson, IN 46012
Tel: 765-644-7896