February 12, 2009

The Honorable Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
One Bowling Green - Room 610
New York, New York 10004

Ref: Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) and Life Insurance for all salaried retirees.

Dear Judge Drain:

Please accept this letter as my official **objection** to the motion filed by Delphi Corporation on February 4, 2009 (ref. Document 14705).

Delphi is a huge global corporation that is viable internationally except in the U.S. The travesty is that the U.S. Bankruptcy laws allow them to claim bankruptcy without taking into consideration their viability and profitability in other countries which were fostered by many of the domestic plants.

The savings projected by Delphi as a result of eliminating healthcare appear to be overstated. The costs will diminish as people find other jobs or reach age 65.

Most of us worked for GM the majority of our career and were not given a choice as to whether they stayed with GM or were moved to Delphi. Delphi hourly employees however were given support from GM.

These salaried folks continued working faithfully for Delphi after the bankruptcy started based on repeated strong implications that healthcare and retirement would be maintained. For these employees benefits had taken them a lifetime to vest. Unlike other stakeholders, such as investors and suppliers, they will have no "second chance" opportunity when (and if) Delphi emerges from bankruptcy. Had we known, we would have left the company earlier while competitive jobs were available outside Delphi.

It appears that Delphi management and their legal team has specifically targeted the Salaried Retirees, in lieu of others, because of their apparent vulnerability. Allowing this to happen may create a small short term relief for Delphi, but it creates a society that is hurt, untrusting, and cynical. I don't think this was the intent of our forefathers.

Many retirees who will be negatively impacted by this action are looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

**Please REJECT this motion.**

Sincerely,

*John A. Walterbusch 2/12/9*

John A Walterbusch
6875 Adamwald Ct
Dayton Ohio, 45459
Telephone (937) 434-3253


Attn: General Counsel - Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098

Attn: John Wm. Butler, Jr. - Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive - Suite 2100
Chicago, Illinois 60606

Attn: Donald Berstein and Brian Resnick - Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017

Attn: Robert J. Rosenberg and Mark A. Broude - Latham & Watkins LLP
885 Third Avenue
New York, New York 10022

Attn: Bonnie Steingart - Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004

Attn: Brian Masumoto - Office of the United States Trustee for the Southern District of New York
33 Whitehall Street
New York, New York 10004