Feb. 13, 2009

Honorable Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY
10004

Dear Honorable Robert D. Drain

I am writing regarding Delphi Corp. Chapter 11 Case No. 05-44481 (RDD) on Motion for Order under 11 U.S.C. 105(a), 363(b)(1), and 1108 to terminate post-retirement health care benefits.

I believe parts of this motion can be classified as age discrimination given it places a heavier burden of sacrifices on mainly older age salaried workers.

This heavier burden is due to mainly younger workers (those hired after 1993) receiving a 1% base pay contribution since 1993 while mainly older workers (those hired prior to 1993) not receiving this base pay contribution or per this motion, not receiving any post retirement health care benefits. Also the older workers will lose notional RHRA monies and the Medicare Special Benefit.

Given the discriminatory nature of this motion I respectively request that this motion not be approved.

Sincerely
Delphi Salaried Worker