February 10, 2009

Dear Judge Drain,

You are a reasonable man, so I've decided to write to you with my **OBJECTION** to Delphi Corporation's motion to terminate its health care provisions for salaried retirees.

Delphi has already removed it's obligation to hourly retirees by transferring that responsibility to General Motors thus saving millions of dollars. Unfortunately, to excuse themselves from their salaried obligation the plan is to turn their back on the individuals that provided the capital to build their coveted overseas operations.

We retirees are most vulnerable to this change because we are at an age where getting affordable health care insurance is difficult or impossible and there is nothing we can do about it.

Another way must be found! Since Delphi is willing to suspend executive bonus plans for 2009, perhaps the retirees could be asked to make full group rate health care payments until the same time as Delphi resumes those executive bonus payments. That would be a fair plan of action. Most would be willing to accept that option instead of eliminating their health care all together.

Delphi enticed retirements with buyouts for some only to cut them off at the knees with this scheme. In 2010 when the executive bonuses are back in full force, management will be divvying up the money they cheated their salaried retirees out of if you don't stop them from putting this reprehensible plan into effect.

Please help us preserve what little we have from a lifetime of work!

Sincerely,

Douglass Cole