Ref:
United States Bankruptcy Court for the South District of New York
Case # 05-44481

To whom it may concern,

This letter is written in protest to Delphi Corporation's recent filing in United States Bankruptcy Court, to stop health care coverage for retired salaried employees. This action will cause a great financial burden on people like me.

I am a 2008 retiree, after 31 plus years of work, retiring at age 62. Unfortunately my health has suffered some over the years. I had some heart trouble a few years back and have just recently completed a year of Cancer treatment which entailed chemotherapy and trail drugs. The results have been favorable so far.

From the above, you can see that a person like myself will face financial ruin if faced with finding insurance at my age and health history. I'm more likely, to do without.

My hope is that a more equitable solution may be found.

Thank you for any help you can give.
Russell Miller
Retiree: Delphi Electronics and Safety
Kokomo, IN

Russell Miller
1710 W. Alto Rd
Kokomo, IN 46902
765-455-3216