6970 State Route 48
Springboro, Ohio 45066
February 11, 2009
Page 1 of 2

The Honorable Robert D. Drain
United States Bankruptcy Court
New York, New York

Re: Delphi Corporation, et al, Case No. 05-44481 (RDD)

OBJECTION OF DOUGLAS J. HELLER TO DEBTORS' MOTION TO CONFIRM DEBTORS' AUTHORITY TO TERMINATE EMPLOYER PAID POST RETIREMENT HEALTH CARE BENEFITS AND EMPLOYER PAID LIFE INSURANCE BENEFITS FOR CERTAIN (A) SALARIED EMPLOYES AND (B) RETIREES AND THEIR SURVIVING SPOUSES (SALARIED OPEB TERMINATION MOTION)

I, Douglas Heller, am a salaried retiree of Delphi Corporation. I have three objections to the Salaried OPEB TERMINATION MOTION.

1. I object to the short time to the objection deadline. I am asking you to extend the deadline to May 1 or later.

2. I object to the termination of Salaried OPEB Health Care and Life Insurance. Delphi had already greatly reduced their health care

costs a few years ago when they ceased benefits at age 65.

3. I object to the termination on the grounds that it is not "fair and equitable" with respect to how the Delphi hourly retirees and current workers have been handled. They have lost NO HEALTH CARE COVERAGE.

Based on the above items, I respectfully ask you to disallow the Delphi motion to discontinue the Employer Paid Post Health Care Benefit.

Sincerely,

Douglas J. Heller