February 13, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004



Attn: Honorable Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 8, 2005
Document # 14705 to Cancel OPEB (Health Insurance Benefits) for all Retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are salaried retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the current employees and retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections.

Many of the most recent retirees of Delphi were retired **BY** the company and **NOT** by the choice of the employee. They were given no decision to make, just told they would be retiring on a specific date. They had little time to prepare for retirement, and little time to adjust to a significantly reduced income before they were hit with this latest development (loss of health care) which will cause financial hardship for every retiree. It will have huge impacts on these retirees and on others, like myself, who previously retired voluntarily and are not yet eligible for Medicare.

With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans, have lost 40 – 60 % of their savings. As you know, the cost of living has increased significantly in the last two years based upon rising energy costs alone. This coupled with the loss of health care benefits would have a crippling effect on the lives of every retiree of Delphi Corporation.

It is my belief that there are other ways to restructure the company and still retain health care for retirees. Delphi could have revised the health care plans to increase the retiree paid contribution or offer one of many other plans available with somewhat higher deductibles and max out-of-pocket costs, both reducing company expense. They could have formed a committee to create a new organization of us to apply for health care

through one of the insurance providers as a fairly large group. I believe group costs are significantly lower than individual rates. These are a few thoughts, as I'm sure that there are other reasonable and humane solutions to this situation, rather than their proposed total termination of benefits for people who gave 30+years of their lives to GM / Delphi.

Please know that each of the 15,000 + retirees and soon-to-retire, who will be negatively impacted by this action, will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

## We ask you to REJECT this motion.

Respectfully submitted,

Donald L. Shaw
14203 Spring Pines Dr.
Tomball, TX 77375
937-435-3342