**Case No. 05-44481, the Debtor is Delphi Corp.**

**To: Honorable Robert D. Drain**

It is important to bring this to your attention. Over the course of the last 31 years I faithfully and loyally worked for what once was a great company. I knew that once I reached retirement age I would have a good pension and healthcare benefits for myself and my family. As you know this all recently changed. It's not so much that it changed, but the circumstances surrounding it are the most disturbing.

I was asked on November 5, 2008 if I would like to retire. At the same time I was also told that the current severance package would be changed, but it would still consist of the same dollar amount only distributed differently. On Deeember 5, 2008 we were advised that effective March 1.2009 the severance packages were going to be cut in half. Since I was to retire on February 1, 2009 I was to still receive the full package. As it turned out Delphi never intended to allow individuals to retire in January or February 2009, therefore, those of us involved were all deceived. This deceit continued when I was not informed of the elimination of the retiree benefit package prior to my departure even though this was know by upper management. Had I know of this I certainly would not have chosen to leave. This coupled with the sharp decline of my 401 K over the course of last year, I am just not quite sure what is next for me.

My story is just one of many that you will have the chance to become familiar with. I can only hope you will evaluate this matter closely and support the Delphi retiree protest of the above mentioned case.

Sincerely,

Robert D. Pattison



RECEIVED
FEB 17 2009
U.S. BANKRUPTCY
SO DIST C...