RECEIVED
FEB 17 2009
U.S. BANKRUPTCY COURT, SDNY

February 12, 2009

**Dear Honorable Judge Robert D. Drain**

This is in regards to Delphi Corporation and its **Chapter 11 motion concerning Case No. 05-44481 {RDD}** I have no idea {like many of us retirees without lawyer representation} what the Federal Rules of Bankruptcy; Supplemental Order, etc. requirements are or where to find out. Especially in a week's time to allow for getting the letter in the mail to meet the dead line - being right after the Presidents day Holiday?

I am informing you of my **strong objection** to Delphi Corporation terminating their **obligation** and **ethical responsibility** to me as a retired salary employee regarding health and life Insurance coverage. **It was promised to me until I reached Medicare age of 65. How does a retiree with very limited income pay their bills?** There are no jobs for people like us at our age, especially with the amount of people out of jobs now. **If we knew we had to work to survive we would still be working at Delphi and at least have some income coming in to help offset what they are trying to do to me and others. Does Delphi think that since they got our best years out of us** {we were needed then} **we should just die and get out of their lives now?**

I worked all those years, giving them my best years, to keep them in business and enabling them to pay for themselves and their family member's groceries, other bills and their health and life insurance for 30 years and for some other people years longer. I stayed in the **good years** and the **lean ones**, the **recessions**, the **layoffs**. I retired believing I could depend on them to live up to their obligations and take care of their own people. If any of us knew we would be treated this way – we would have just stayed in there working until we died or the company closed their doors. **Please help me to survive!**

In all those bad years of layoffs and downtime we **Never** walked away from them and neither should they turn their backs on us now. **Fairness says: "Don't dump us – we didn't dump you! While we were in the plant working you called us: family members {Delphi family}, appreciated, even valued.** Now you want to kick us **out of your family** {disinherit us}, **not appreciated any more,** and now have **no value** to you. **Ask yourself this question: "Where would you and your family members be if we {all the employees walked away from you during those lean years – the down times – layoffs.**

If any of us knew the company would even think of treating us this way – we would have just stayed in there working until we died or the company closed their doors. At least we would be in a better position at that old age {72 or so} to finish out our lives in dignity and have money to put food on our plates, pay out rising taxes and possibly keep our heat from being turned off. Under these conditions **None of us would Retire**. There is no advantage to being a salaried employee either – we don't get the benefits or the **protection** that hourly workers get. In **no way** should they lose their benefits either. **By us older employees working having to stay until we are 70 or more before retiring -where would the young people go for jobs? Delphi would be paying us more money than the new people that replaces us.**

I worked about **15 years as an hourly Union represented employee before** taking the salary job I retired from. **They should at least in all fairness let me be placed back into the hourly section and keep my health insurance until I reach Medicare age of 65.**

I object to what Delphi is trying to do to me as a **retiree by ending my Health and Life insurance benefits and expect them to honor their moral and just commitments to me in my retirement years. Do they really think us old people {retires} are just like old toys or a car – just discard us to die and never look back. We are human beings {family members} not old toys or a car to be thrown away and forgotten after all these years.**

A stroke of a pen to a piece of paper may make it *legal* and *binding* but it sure won't *make it moral or ethical*. **Please help me to keep my Health and Life insurance benefits so I can survive.**

Respectfully<br>
Donna S. Johnson<br>
<i>Donna S. Johnson</i>