2/13/09

Honorable Judge Robt. Drain,

I'm writing this letter with objection to the Motion of ridding all Medical coverage of Salaried Retired employee's under Delphi Corporation. I was a 40 year employee under General Motors and then the Delphi Corporation.

I personally feel that this was General Motors intent from day one and with the Mis-Management of the Delphi Corporation in Troy, Mich. headquarters, that we were headed for only one direction, Chapter 11.

This action is only going to put A serious financial and stressful strain on many, many Delphi Retirees and their Spouses. I feel that their has to be a Plan "B", that hasn't been seriously looked into, even if it makes the Over Seas Operations financially somewhat responsible, since it was U.S. dollars used to establish and grow this business. I Also feel that I'm being discriminated, due to my Age and this is another way for Delphi's Corporate Greed to be satisfied throught the Salaried Work force.

Your Honor, I hope you don't follow through with the cancellations of Salaried Retirements and Life Insurances entitled to the Retirees of the Delphi Corporation.

Thanks
Gregory A. Koch
313 Chevy Drive
Huron, Ohio 44839

Gregory A Koch
2/13/09