February 10, 2009

**RECEIVED**
FEB 17 2009
U.S. BANKRUPTCY COURT, SDNY

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Honorable Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 8, 2005
Document # 14705 to Cancel OPEB (Health Insurance Benefits) for all Retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the current employees and retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections.

This motion will definitely bring a serious hardship to people who have given GM and Delphi the best part of their lives. I worked for GM for 22 years before being spun off to Delphi. During this time I have lost my husband and battled breast cancer. I currently take a chemotherapy pill daily that is very expensive. Do you really think that I will be able to get an affordable insurance policy with this pre-existing condition. Keep in mind that after taxes my monthly benefit is only about $2700.

I think of the countless hours that I spent managing a plant that I received absolutely no compensation for. It was expected that I work what ever time was necessary; 12-14 hour days, Saturdays and Sundays; to get the job done. The extra work was to be covered by the salary I received. That was acceptable to me because I knew that one day I would be able to retire and have the benefits that were promised to me as part of my compensation. Now here we are, many in the same medical situation that I am in, facing extremely expensive benefit costs that we had not planned for. It was a promise not kept! The people who worked hard and gave it all they had will suffer while the people that made bad decisions about how to run a company went home with their millions and bonuses. Is it really fair??

Please know that each of the 15,000 + retirees and soon-to-retire, who will be negatively impacted by this action, will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

## We ask you to REJECT this motion.

Sincerely yours,

Joyce Luker
1210 Castle Drive
Southside, AL
35907