SONNENSCHEIN NATH & ROSENTHAL LLP
Oscar N. Pinkas  (ONP 6850)
1221 Avenue of the Americas
24th Floor
New York, New York 10020
Tel:     (212) 768-6700
Fax:    (212) 768-6800

-and-

SONNENSCHEIN NATH & ROSENTHAL LLP
Robert E. Richards
8000 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606
Tel:     (312) 876-8000
Fax:    (312) 876-7934

*Attorneys for Schaeffler Canada, Inc. and Schaeffler KG*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| DELPHI CORPORATION, *et al.*, | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that Schaeffler Canada, Inc. and Schaeffler KG (collectively "Schaeffler"), as creditor and party-in-interest in the above-captioned cases, hereby appears by its counsel, Sonnenschein Nath & Rosenthal, LLP; such counsel hereby enters its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the

above-captioned cases be given and served upon the following persons at the following addresses and facsimile numbers:

> Oscar N. Pinkas, Esquire
> **SONNENSCHEIN NATH & ROSENTHAL LLP**
> 1221 Avenue of the Americas
> 24th Floor
> New York, New York 10020
> Telephone: (212) 768-6700
> Facsimile: (212) 768-6800
> Email: opinkas@sonnenschein.com
>
> -and-
>
> Robert E. Richards, Esquire
> **SONNENSCHEIN NATH & ROSENTHAL LLP**
> 7800 Sears Tower
> 233 S. Wacker Drive
> Chicago, IL 60606
> Telephone: (312) 876-8000
> Facsimile: (312) 876-7934
> Email: rrichards@sonnenschein.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that, Schaeffler intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive: (i) Schaeffler's right to have Schaeffler's orders in non-core matters entered only after *de novo* review by a District Judge; (ii) Schaeffler's right to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases; (iii) Schaeffler's right to have the District Court

withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) of any other rights, claims, actions, setoffs, or recoupments to which Schaeffler is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Schaeffler expressly reserves.

Dated: February 19, 2009
      New York, New York

SONNENSCHEIN NATH & ROSENTHAL LLP

*/s/    Oscar N. Pinkas*
Oscar N. Pinkas  (ONP 6850)
1221 Avenue of the Americas
24th Floor
New York, New York 10020
Tel:   (212) 768-6700
Fax:  (212) 768-6800

*Attorneys for Schaeffler Canada, Inc. and Schaeffler KG*

## **CERTIFICATE OF SERVICE**

Oscar N. Pinkas, an attorney, certifies that on the 19th day of February, 2009, he caused the Notice of Appearance and Demand for Notices and Papers to be filed electronically and served on the following addressees via U.S. mail:

*Counsel to Debtors*

| | | | |
|---|---|---|---|
| John W. Butler, Jr., Esq.<br>John K. Lyons, Esq.<br>Joseph N. Wharton, Esq.<br>Skadden, Arps, Slate,<br>Meagher & Flom, LLP<br>333 West Wacker Drive<br>Suite 2100<br>Chicago, IL 60606 | Mark S. Lichtenstein, Esq.<br>Crowell & Moring, LLP<br>153 East 53rd Street<br>31st Floor<br>New York, NY 10022 | Douglas S. Bartner, Esq.<br>Shearman & Sterling, LLP<br>599 Lexington Avenue<br>New York, NY 10022-6069 | David S. Gragg<br>Langley & Banack, Inc.<br>745 E. Mulberry<br>Suite 900<br>San Antonio, TX 78212 |
| Kayalyn A. Marafioti, Esq.<br>Thomas J. Matz, Esq.<br>Skadden, Arps, Slate,<br>Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036 | Andrew Currie, Esq.<br>Caroline Rogus, Esq.<br>Wilmer Hale, LLP<br>1875 Pennsylvania Avenue, N.W.<br>Washington, DC 20006 | David S. Rosner<br>Kasowitz, Benson,<br>Torres & Friedman LLP<br>1633 Broadway<br>New York, NY 10119-6022 | Dennis J. Connolly<br>Alston & Bird LLP<br>1201 West Peachtree St.<br>Atlanta, GA 30309-3424 |
| Mateo Fowler<br>Quinn Emanuel Urquhardt<br>Oliver & Hedges<br>865 S. Figueroa Street<br>10th Floor<br>Los Angeles, CA 90017 | Michael O'Hayer<br>22 North Walnut Street<br>West Chester, PA 19380 | Lowell Peterson<br>Meyer, Suozzi,<br>English & Klein<br>1350 Broadway, Suite 501<br>New York, NY 10018 | Paul J.N. Roy<br>Mayer, Brown, LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606 |

*Counsel to the Committee of Unsecured Creditors*

Mark A. Broude, Esq.
Robert J. Rosenberg, Esq.
Latham & Watkins
885 Third Avenue
New York, NY 10022-4802

*Office of the United States Trustee*

Tracy Hope Davis, Esq.
Office of the U.S. Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Dated: February 19, 2009
      New York, New York

                                                /s/ Oscar N. Pinkas
                                                Oscar N. Pinkas