The Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
One Bowling Green,   Room 610
New York, New York  10004



February 12, 2009

To the Honorable Robert D. Drain:

I am writing this letter in protest of the current motion filed by the Delphi Corporation
(Delphi) to terminate their responsibility to current and retired salaried employees by no
longer paying for such employees' medical health and basic life insurance.

In 2001 Delphi offered an early retirement opportunity for age eligible salaried
employees. I accepted this offer with the promise that I and my spouse would always
have medical health coverage, through Delphi, for the duration of my and my spouse's
life. At that time I needed the insurance more than I needed the income of being
employed and I was aware that there were several other employees in my area dependent
upon the income and would have to take the early retirement offer even if they could not
afford to do so. With the understanding that I would always have the needed insurance at
a cost that I could afford, I requested that my supervisor agree to allow me to accept the
offer.

A few years later I received notification from Delphi that they were not going to honor
their commitment to provide affordable medical health insurance to retired salaried
employees. The notification stated that upon turning 65 years of age and thus being
Medicare eligible, my and my spouse's medical health insurance would cease, but I
would be able to purchase this medical health insurance for my spouse if I would pay
100% of the cost to cover him under the plan that I had currently signed up for.

Because I would be turning 65 this year (02/10/2009), I received information instructing
me that I would have to make my optional insurance selections (vision, dental, PAI, &
extended care), which I would pay 100% of the cost, along with electing to have my
spouse covered by medical health insurance where by I would also pay 100% of that cost.
That cost was to be $37.00 per month. I elected to do so and my pension check that was
received on the 1st of February, 2009 reflected these elections and costs.

Now, at this time I have received notification that if I wish to continue to have my spouse
covered, it will cost me $666.00 a month. This is totally false. How can the 100% cost
raise from $37.00 to $666.00 in a month's time for the exact same insurance plan. I am
no longer in the same financial position that I was when I accepted the early retirement
offer and I cannot pay for this insurance at this cost. My spouse is no longer able to work
and my income is all that I have. Our Savings and retirement plans have been used out of
necessity. We can live on my present pension and social security but we cannot pay
these types of health care costs.

I relied on Delphi's word and I did everything that I could to make them successful and yet there is no sense of responsibility to uphold the contractual commitments they made to me and other salaried employees. I do not think Delphi's contract with hourly employees should be any more important and lawful than their contract and commitments to salaried employees. It is time to put a stop to this type of inequity and that is why I am asking you to deny their motion to terminate their responsibilities toward retired salaried employees.


Respectively,

Kathyrn I. Kistler
519 S. Indiana Ave.
Kokomo, IN 46901