February 9, 2009

To The Honorable Robert D. Drain:

I am a retired salary employee of Delphi Automotive. You will soon be hearing the case of Delphi Automotive ending my medical benefits and life insurance. I spent 31 years with General Motors and 9 months with Delphi Automotive. I was encouraged to retire from Delphi to help the company with a guarantee that I would receive my medical benefits and pension. I received no cash incentive; I just retired at the urging of the company. There were hundreds if not thousands of other salary employees that did the same. We are now told that our benefits will cease on April 1, 2009. I had a stent put in my heart 18 months ago. After checking with every insurance company I can think of, I am declined coverage do to a pre-existing condition. Delphi says I can buy their policy, $1,300.00 per month. That is $15,600.00 a year. I know Delphi is in trouble, but I would think one of their first obligations would be to their employees that served them for years. At the very least, those that spent 30 years with GM should be allowed to go onto GM's plan. I am sure you are aware Delphi took care of the hourly employees, as well they should have. I am only 59 years old, a long way from Medicare.

The next move on their part will probably be to do away with our pensions. I can't understand how Delphi and General Motors can make sure all the GM retired salary, hourly and Delphi retired hourly are protected and throw 10 to 15 thousands of us out into the alley.

My wife and myself are going to be devastated by Delphi's move. I can't offered $1300.00 a month.

I just thought you should know. It's money to Delphi, it will destroy of our lives.

Thank you,
Calvin Fogt
Retired General Supv.
Calgone49@aol.com