HONORABLE ROBERT D. DRAIN

UNITED STATES BANKRUPTCY JUDGE

In re                                    : Case No.: 05-44481 (RDD)
                                         :
DELPHI CORPORATION, et al.               :
                                         :

RECEIVED FEB 17 2009 U.S. BANKRUPTCY COURT, SDNY

First let me state that not being a lawyer conformance to the Federal Rules of Bankruptcy Procedure is a mystery to me. However, I feel I need to file an objection to the continuing prejudicial and somewhat cowardly approach taken in this matter. For years Delphi, and General Motors before them, have made the choice to ride the backs of salaried personnel when seeking relief for financial woes, rather than addressing and confronting the larger legacy issues with their union employees. For several years the salaried personnel have paid to supplement their health coverage while non-salaried paid nothing. Now we get to lose the benefit entirely and again the union workers are immune. I was made to understand that going through chapter 11 was to reorganize in order to again be a viable company, but also insure that all parties were treated equitably while doing so.

I fully understand that the legal wording stated in this action allowing for amending, changing or canceling is valid. However, the verbal statements made to those of us required to retire were that we would not lose these benefits. The statement that other companies have done this very thing is without a doubt true, but did they only single out salaried employees as

well?  Also, where is the help from General Motors for the salaried, like the large amount of help given to the union workers?  I began my career with General Motors and was employed by them twenty-eight plus years before Delphi was spun off.  A total of forty-two plus years between them obviously means very little in my case.

To sum this up, I suppose my objection is one of un-ethical treatment by a Board of Directors and the Delphi Strategy Board who will do anything to move this process along, rather than do what is necessary to affect the best solution for all involved.  What would be the savings if all involved, salary and union employees alike, contributed four hundred to five hundred dollars per month toward their health coverage?  I currently pay about two hundred and I know from information given me that the total cost for my coverage is closer to one thousand, three hundred fifty dollars.

Dated this 11th day of February, 2009

James D. Alcorn, former employee

*James D. Alcorn*