**Objection to Notice of Motion for Order under 11 US.C. && 105,363(b)(1), and 1108 confirming debtor's authority to terminate OPEB etc.....**

February 8, 2009

Honorable Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
One Bowling Green, Room 610
New York, NY 10004

Dear Judge Drain

I am not an attorney. I am a salaried retiree, having served 34 years with General Motors and 5 with Delphi.

The NOTICE states in far too many words that objections, if any, [believe me, there are thousands of objections that will go unfilled] must be in writing and conform to at least seven but more likely twenty or more ORDERS. I have no way of knowing whether or not my objection conforms to any of these requirements. Nor can I afford to hire an attorney to help me figure this out.

Nonetheless, I object.

I objected when after 34 years, GM decided to spin Delphi off and force several hundred thousand employees to go along. We were told that salaries and benefits at the time of the split would remain the same. Most of us knew what was meant by "at the time of the split".... the "time" was very short.

I objected when within less than a year from my retirement – 39 years combined service – Delphi dropped health care for retirees and spouses once we became eligible for Medicare.

I objected again shortly thereafter when Delphi was being investigated for improper Financial Reporting, or "Cooking the Books as the saying goes." I had spent the last 3rd of my career fighting to report actual financial results instead of those management wanted to see.

I objected when it became clear that Delphi was so obsessed with Wall Street and our stock price that they forgot how to run a company effectively, efficiently and honestly.

I objected when J. T. Battenberg walked away Scott free, claiming that he didn't know what was going on. Believe me. He not only knew, he commanded it.

But most of all, I objected that GM destroyed their component businesses, spun us off, then limped back to the table to try to mend some of the damage.

I objected when our Division, Delphi Interior and Lighting at the time and still part of General Motors, paid a brand new Lighting company hundreds of millions of dollars to "buy" our lighting operations because we weren't smart enough to operate them at a profit. I could use a small portion of that bounty payment to ease my losses due to this MOTION. I objected even further when same Lighting company came back to GM for price increases within a year of the "sale."

I objected when GM forced the Component Divisions (later to become Delphi) to transfer products to the Car Divisions at "market prices", when in many instances, there were insufficient competitors to supply all of GM's needs at such prices [think Lighting.]

I objected when GM outsourced components, but continued to pay Component Division employees their full wages and benefits under the terms of the JOBS Bank. The bottom line under all of these conditions was paying twice for the same parts. Accounting tricks, however, were used to make the Car Groups look good.

I objected every time Delphi forced the Divisions to forecast wishes instead of likely results.

So, are there any objections? Yes.

I almost forgot. I really objected when Delphi started paying retention bonuses to the same management that got the company in trouble in the first place.

Yes, I'm objecting. I worked hard and I believe effectively and efficiently for 39 years for GM/Delphi. I selected GM for employment after college because they were highly touted as one of the world's best companies. Their organization structure was quoted in textbooks and periodicals as often imitated, but never duplicated. And they offered competitive salaries and benefits, WHICH INCLUDED HEALTH CARE AFTER RETIREMENT. Any textbook references to GM today must spin a different story.

I STRONGLY object that forces outside the automotive sector caused this MOTION. Delphi's salaried retirees certainly did not create these forces. I object because executives in the financial and banking industries have destroyed the Nation's economy, and with it the ability of millions of Americans to buy our goods and services, especially homes and cars. And, the government has promised hundreds of billions in bailout money to attempt to rescue these same industries. Much of the bailout money is going to bonuses for the people responsible for the mess we're in, i.e. the CEOs, CFOs, Boards and Executive ranks of the largest banks and brokerage companies. Further billions have been earmarked for the Auto Industry, but I didn't see any headed for Delphi. Sounds like a couple hundred million is all Delphi would need to stay the storm. (Page 18 of NOTICE). I object that GM put Delphi in this mess, but has not seen fit to earmark part of the taxpayers' bailout to help Delphi now. With this motion, at least 15,000 Delphi retirees will be less able to stimulate the economy.

I have little faith that this OBJECTION will make any difference, even if it meets all of the requirements for said OBJECTIONS. And if it doesn't meet the requirements, I object that the requirements were such that us little guys could never be heard. But I am holding back one additional objection. Just do the math! Page 18 of the NOTICE states that Delphi expects to save $200,000,000 for the period from 2009 through 2011. That's three years, or $66,666,667 per year. The statement further states that there are approximately 15,000 eligible Salaried Retirees with Medical and Insurance Benefits. That's a savings of $4,444 per retiree per year, or $370 per month. Currently, Delphi is reimbursing me for my gap insurance, since I'm receiving Medicare, at a rate of $175 per month. Delphi also is reimbursing my Med B Supplement at $76 per month. In total, that's $251 per month. That means the difference between the $370 average savings and the $251 they are currently incurring on my behalf is $119. Do the math! My cost for full insurance should only be $119 per month. Since I'm currently paying $37 per month for my spouse's medical coverage, (She is only 62, and will not be eligible for Medicare for three more years) my additional cost should only be $82 per month. So, what's the objection? I can't believe that I'll be able to assume full cost for her insurance for an additional $82 per month.

I would withhold this last objection until I find out what my actual cost will be, but the court didn't give me enough time. So, my final, premature objection is that once again, Delphi could be cooking the books.

Sincerely,

John P. Gordon
5920 Dutchman Creek Rd.
Southport, NC, 28461

910-269-4057