February 10, 2009

United States Bankruptcy Court
One Bowling Green
Room 610
New York, NY  10004

Attn:  Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Honorable Judge Drain:

I am a retired salaried employee of Delphi Corp.  I was basically forced to retire after working for almost 29 years.  I was called into meetings and told that I had better think hard about retiring now while I could still get a pension and benefits.  I also received what I would call threatening letters also telling me to get out now if I wanted a pension and benefits.  I decided to retire at a reduced pension since I would still have my benefits.

A couple of years after retiring, I was now told I would lose my benefits when I turned 65 and became eligible for Medicare, but I would then receive a $20,000 fund to help pay for supplemental insurance.  They also said they would pay my Part B Medicare.

On Monday, Feb. 9, 2009, I received notice from Delphi that I was now going to lose all benefits effective April 1, 2009.  We were not given adequate notice and almost no time to file an objection.  I feel this was done intentionally

I would like to formally file an **OBJECTION** to Document #14705 and ask that you please dismiss this request by Delphi Corp.

I understand these are difficult economic times, but this request by Delphi Corp. will put a tremendous burden on the retirees and the communities that we live in.  We are scheduled to lose our benefits at age 65; therefore, the cost to Delphi will be getting smaller every year.  The salaried employees have been losing benefits and pay for many years since we are not represented by a union.  Anytime the company needed to cut cost it always came from the salaried employees, never the union workers.

There will be millions of dollars in bail out money for the automotive industry.  I am sure some of that money will go to the executives so they can continue to live the lifestyle they so richly deserve.  I am trying to get by on my pension of $28,707.48 a year and Delphi has informed me if I want to keep all my benefits I must now pay for them at a cost of $17,376.00 a year!

I would again respectfully ask ,sir, that you deny this request by Delphi to eliminate the retired salaried employees health care benefits because – it's the right thing to do.

Sincerely yours,

*Richard A. Salyer*

Richard A. Salyer