February 7, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections.

When I retired after 41 years with GM and Delphi, I was told that my health care benefits would continue and that I would have a permanent life insurance equivalent to 1-1/2% of my basic life insurance for each year (41 years) of service.

The promised life insurance is a significant amount and figured strongly in my plans to provide for my family.

When Delphi cancelled health care for retirees eligible for Medicare in 2007, we were promised a $20,000 spending account to help pay for medical insurance. As this was an account that had no time limits for it's spending, I chose to elect health care plans with minimum coverage for daily expenses but included coverage for large expenses. As a result I paid more for my health care than I would have if I chose a full coverage plan. This resulted in my not being able to collect as much from the Delphi funded spending account.

With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans, have lost a significant amount of their savings. This coupled with the loss of basic life insurance and my health care spending account will have a significant effect on me and my family.

I feel that as a loyal employee for 41 years that my employer has lied to me and that over the time that I was employed GM/Delphi took advantage of it's salried employees.

**It is my belief that there are other ways to restructure the company and still retain benefits for salried retirees.**

Please know that each of the 15,000 retirees who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

# We ask you to REJECT this motion.

Sincerely yours,

David G. Klohr
115 Magnolia Lane
Noblesville, IN  46060
1.317.877.2072 phone