February 7, 2009



United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections.

Many of the most recent retirees of Delphi were retired **BY** the company and **NOT** by the choice of the employee. We were given no decision to make, just told we would be retiring on a specific date. We had little time to prepare for retirement, and little time to adjust to a significantly reduced income before we were hit with this latest development (loss of health care) which will cause financial hardship for every retiree. It will have huge impacts not only on the retirees, but also every community where retirees live.

Obviously, Delphi/GM has purposely never fully funded the retirement obligation. When they had significant profits, they used them to build and buy foreign and domestic operations and businesses, wasting billions in some cases on short sighted business practices while "promising" a certain package of benefits. In this motion, Delphi makes a big deal about their "right" to modify or terminate these benefits, **but they fail to mention** the fact that they have been allowed to under fund the retirement benefits by the bankruptcy judge with the implication that they would make up the difference in the future. Delphi **also fails to mention** that they stuck that verbiage in their salary plans after Congress passed laws (ERISA) that were **meant to insure** that retirees received **the benefits that the company promised.**

Page 2 – Janice L. Staton

Instead of eliminating these benefits, it is time for for Delphi **to sell off some of their business in order to maintain these benefits.** It is time to recognize that it is the hard work of these now retired employees, among others, that <u>**made it possible for Delphi to purchase and build those foreign and domestic businesses**</u> in the first place. In other words, Delphi has borrowed the money for years that were supposed to go into retiree benefits. **The loan is now due.** It is Delphi's and GM's obligation to pay it.

With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans, have lost almost 40% of their savings. As you know, the cost of living has increased significantly in the last two years. This coupled with the loss of health care benefits would have a crippling effect on the lives of every retiree of Delphi Corporation.

It is my belief that there are other ways to restructure the company and still retain health care for retirees. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a decreasing cost to the company as each of us reaches that 65 age milestone.

Please know that each of the 15,000 retirees who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

## We ask you to REJECT this motion.

Sincerely yours,

*Janice L. Staton*

Janice L. Staton
16943 Fulton Place
Westfield, IN  46074
1.317.430.0442 phone