February 10, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Honorable Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 8, 2005
Document # 14705 to Cancel OPEB (Health Insurance Benefits) for all Retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

Please note that this letter is an **OBJECTION** to that document and file it as a motion to object to document #14705.

This document was filed with no previous warning to any of the current employees and retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections.

I was forced to retire, as were many others, **BY** the company and **NOT** by choice. I am 57 years old, and retired from Delphi January 1, 2009. As my parents, children during the last depression, always taught me to save for a rainy day, I spent a good part of my adult life saving for retirement. However, with the stock market meltdown and Michigan property value losses, my nest egg has been seriously depleted. After 34 years with GM and Delphi, I had planned on the promise of a pension and health care in my old age.

The estimated cost of health care for me and my family is <u>more than all my other bills combined</u>! Delphi described the change as a 'hardship', but that is surely an understatement! Health care will cost more than my monthly bills for all my food, utilities, telephone, gas for my car, etc! I have a 16 year old son at home, and I am the sole breadwinner.

The bottom line is, this proposal will impact our family's ability to access good health, and will most likely result in shorter and less healthy life. I am not alone. Health care loss will impact the health, productivity and longevity of many retires. It will be very negative to every community with Delphi retirees.

I object to this motion because it has not provided any time for those impacted to file their concerns. I object to this motion because it places unbearable burdens on so many people. I object to this motion because I believe there are other ways to restructure the company and still retain health care for retirees.

When making the decision concerning Document #14705 dated February 4, 2009,

## Please, please REJECT this motion.

Sincerely yours,

*CH Miley*

Mrs. Christine Miley
9214 Graytrax Rd
Grand Blanc, Mi. 48439