

February 12, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attention: Honorable Robert D. Drain United States Bankruptcy Judge

Reference:
Delphi Corporation # 05-44481 filed October 5, 2005
Document #14705 to Cancel OPEB (Health Insurance Benefits) for all retirees

Dear Judge Drain:

These are my concerns with this filing (Document #14705):
1) It was quite a shock to see this in writing, since I don't believe Delphi should have ever filed for bankruptcy in the first place. All they wanted was to have the wages of workers more in line with wages of their competition, which they got. They should have done this through negotiations and not by spending all the time and money they did in bankruptcy.
2) For me, the cost of replacing the medical insurance they provide will be 1/3 of my retirement check, while for others; this could be 2/3 of their check. This will be quite a burden for me and all of us retirees. Some may not be able to afford medical insurance and this may affect their ability to obtain gap insurance when they go on Medicare. There will have to be cuts in other areas of our budget, and no room to purchase a vehicle for many years, if ever. This is the opposite of what I would think they would want. I would think they would want more money in the hands of those that have been loyal in buying vehicles though the years of employment and retirement.
3) Management has taken things away from us salaried employees at other times to cut costs; with the statement it would be negotiated away from hourly employees to make these things the same for all employees. Three that come to mind are Cost of Living, Paying for Part of Health Care Benefits and No Pay for Overtime. And there are others. These were never successfully negotiated with the hourly employees. For salaried employees and even more so retirees, nothing is negotiated. It is just take it or leave it, whether it makes sense or not.
4) Retired employees, who reached 65, have already lost their Health Care benefits since the bankruptcy proceedings. This has already been a burden on us and this latest one will be a real breaker for many of us.
5) The last one I would like you to consider is to look at what was "earned" and what was "given". With years of service, the things "earned" should not be taken away. We "earned" these things while we were working, because it was part of our compensation. And it is part of our retirement compensation for the years we worked. We "earned" some sort of Medical Coverage.

These are some questions I have:
1) Would it be possible to have "all" retirees pay some of the Medical Care and salaried employees pay more than we are, instead of salaried employees paying all of the cost? Or would it be possible to have less expensive options available and doing away with the high priced options? The all or nothing seems to be very ruthless and I would be very grateful to you, if you would reject this motion.
2) After Delphi exits bankruptcy and becomes a profitable company, will these benefits be returned to us retirees?
3) How will the possibility of General Motors taking back parts of Delphi affect this decision? I worked 34 years for General Motors before they spun us off and two years for Delphi before I retired. So, I was a General Motors employee longer than a Delphi employee. It would be nice if this decision on Health Care Benefits would be delayed, at least until that decision was made.

Thank you for your consideration in this matter,
Brian J. LaDue
4145 Colter Drive
Kokomo IN 46902
(765) 453 4635

*Brian LaDue* (signature)