February 11, 2009

Judge Robert D. Drain

United States Bankruptcy Court
One Bowling Green
New York, NY 10004



Subject:    Delphi Corporation Case (05-44481)
            Document # 14705 – To cancel OPEB (Health Insurance Benefits) for retirees

Judge Drain,

I am writing this to voice my concerns in reference to [Document #14705] filed by the Delphi Corporation on February 4, 2009. The foundation of this document is asking the court to allow the Delphi Corporation to cancel health insurance benefits (OPEB) for more than 15,000 retirees of the Delphi Corporation.

This letter is an **OBJECTION** to Document #14705 as well as my formal request as a motion to object to this document.

The document in question was filed by the Delphi Corporation with no advance notice to any of the retirees. The retirees were made aware of Document #14705 in a letter that was dated February 5, 2009 allowing us less than twelve days to file our objections.

I was forced to take a disability retirement in 2007 due to a worsening medical/physical condition associated with multiple sclerosis. I was on medical leave in 2006 hoping I would recover to be able to return to work and continue to work till age 65 due to the announcement Delphi made to discontinue health care benefits for retirees once they receive Medicare at age 65. I based my investment options on being able to contribute to my 401k for at least 15 additional years knowing I would have to pay for secondary health insurance at age 65. With the elimination of my health insurance benefits before age 65 it would place a tremendous financial hardship on my family.

With the current economic conditions I have lost 40% of my retirement investments in my 401k. As you know the cost of living has increased significantly over the last two years and the future is not too promising. This, my medical condition and the loss of the health insurance benefits would have a devastating effect on the quality of life for my family.

My medical expenses are extremely costly as demonstrated with the fact that I am required to have a daily injection. The annual cost of this medication alone totals more than $25,000; with the elimination of my health insurance benefits this would force my family and I in to financial hardship, to make devastating decisions regarding medical care and/or paying other bills such as mortgage, groceries, heating and utilities.

I believe that there are other ways to restructure the company and still retain health care for retirees. With health care benefits stopping currently at the age of 65 for all retirees, this cost is a decreasing cost to the company as each of us reaches age 65.

On behalf of myself and the remaining 15,000 retirees who will be negatively affected by Delphi's request and/or action I am asking for your consideration when making your decision associated with document # 14705 dated February 4, 2009.

**WE ASK YOU TO REJECT THIS MOTION PLEASE!**

Respectfully,

*Linda A. Bullens*
Linda A. Bullens
803 Donald Avenue
Dayton, Ohio 45420

(937) 258-8048