

February 12, 2009

United States Bankruptcy Court for the South District of New York
One Bowling Green Room 610
New York NY 1004-1408


Attention; Honorable Robert D. Drain

I am writing on behalf of the Delphi Retirees, I retired from a salary position in July 2001. The Delphi Bankruptcy case # 05-44481 threatens to discontinue my pension benefits.

Please consider this most serious situation which effects my livelihood.


Respectfully

Bonita J. Aerne
6900 Bloom Drive
Greentown, IN  46936