Hon. Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004



RECEIVED FEB 17 2009 U.S. BANKRUPTCY COURT, SDNY

**Subject:** Delphi Corporation Case #05-44481 filed October 5, 2005
**OBJECTION** to document 14705 to cancel life and health insurance benefits for all retirees

Dear Judge Drain,

This is a letter to file an objection to document 14705 filed by Delphi Corporation asking to the court cancel all life and health insurance benefits for the over 15,000 people who retired from Delphi Corporation.

If Delphi cancels our insurance, this will cause great financial hardship to my family as well as thousands of other retiree's. I was forced to involuntarily retire this past December by Delphi at the age of 50. After raising two children and putting them through college, I was just beginning to get my finances in order. My wife lost her job in August 2008 and my forced retirement in December 2008 has already adversely impacted our financial situation. We still have a mortgage, and the rest of our bills to pay on a much smaller fixed income.

It will take more than 50% of my monthly pension check to keep my Delphi insurance according to a letter sent out by Delphi on February 5, 2009.

I am asking you to do the right and honorable thing and deny this motion to end retiree benefits.

Please help Delphi find another way exit bankruptcy. Your decision will impact over 15,000 retirees and their families.

Sincerely,
Gregory A. TenBrook

*Gregory A. TenBrook*

817 N. East St.
Tipton, IN 46072