Date:        February 13, 2009

To:          Honorable Robert D. Drain
             United States Bankruptcy Court for the
             Southern District of New York,
             One Bowling Green,
             Room 610,
             New York, New York  10004



From:        Douglas P. Layman
             272 Jessica Lakes Drive
             Conway, SC  29526
             843-241-4974

Subject:     Delphi Corporation
             Chapter 11
             Case No. 05-44481 (RDD)

THIS COMMUNICATION IS IN REGARDS TO DELPHI CORPORATION CONFIRMING
DEBTORS' AUTHORITY TO TERMINATE EMPLOYER-PAID POST-RETIREMENT
HEALTH CARE BENEFITS AND EMPLOYER-PAID POST-RETIREMENT LIFE
INSURANCE BENEFITS FOR CERTAIN (A) SALARIED EMPLOYEES AND (B) RETIREES
AND THEIR SURVIVING SPOUSES

I'm a Delphi Corporation retired salaried employee.  Currently, my monthly pension
check is $1,769.59.  If the Honorable Robert D. Drain, United States Bankruptcy Court
for the Southern District of New York grants this Motion that Delphi Corporation will
stop providing Employer-paid post-retirement health care benefits and Employer-paid
post-retirement life insurance benefits for certain (A) Salaried Employes and (B) Retirees
and their spouses, this would present an extreme hardship for myself and my family.

Delphi Corporation has advised me that my cost to continue my Health Care and Life
Insurance coverage would be $1,330.00 per month. Moreover,  Delphi Corporation and
General Motors Corporation employees have long supported these Companies through
our dedicated work standards and financial support by purchasing the products we
manufacture.  If this Motion is granted I would no longer be financially able to purchase
these vehicles and help Delphi Corporation in its' recovery.

I'M OBJECTING TO THIS MOTION BY DELPHI CORPORATION AND ASK THE
HONORABLE ROBERT D. DRAIN TO DENY APPROVAL OF THIS MOTION.

Thank you,

*Douglas P. Layman*

Douglas P. Layman