February 11, 2009



United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections.

Many of the most recent retirees of Delphi were retired **BY** the company and **NOT** by the choice of the employee. We were given no decision to make, just told we would be retiring on a specific date. We had little time to prepare for retirement, and little time to adjust to a significantly reduced income before we were hit with this latest development (loss of health care) which will cause financial hardship for every retiree. It will have huge impacts not only on the retirees, but also every community where retirees live.

The fact that this applies only to Salaried Retirees is most disturbing. For years Salaried workers have been told that we would be treated at least equal to those in the UAW in an effort to prevent salaried unions from forming. This is the payback we get for being loyal team players. We do not have a representative on the debtor committee to present our case so we are counting on your good judgment.

With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans, have lost almost 40% of their savings. As you know, the cost of living has increased significantly in the last two years. This coupled with the loss of health care benefits would have a crippling effect on the lives of every retiree of Delphi Corporation.

It is my belief that there are other ways to restructure the company and still retain health care for retirees. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a decreasing cost to the company as each of us reaches that 65 age milestone.

Please know that each of the 15,000 retirees who will be negatively impacted by this action by an average of $15,000 per year until they and their spouses reach 65 we will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

## I ask you to REJECT this motion.

**Retired October 1, 2008 at age 62 with the belief my wife and I had health care until we reached the age of 65. I have prostate cancer and have extensive medical deductable bills as well what is covered by insurance. My wife is 56 and has a heart condition which required 5 stents last August during a 10 day stay in ICU.**

Sincerely yours,

*[signature]*

Robert H. Nichol Sr.
5110 Tootmoor
Bloomfield Hills, MI 48302
(248) 723-6959