Hearing Date And Time: February 24, 2009 at 10:00 a.m. (prevailing Eastern time)
Objection Deadline: February 17, 2009 at 4:00 p.m. (prevailing Eastern time)

James D. Daugherty
940 Valley View Dr.
Brookfield, Ohio 44403
330-448-8515



Salaried Employee of Delphi Corporation
Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

------------------------------x

LETTER TO CONTEST DELPHI'S MOTION FOR ORDER UNDER 11 U.S.C. §§ 105, 363(b)(1), AND 1108 CONFIRMING DEBTORS' AUTHORITY TO TERMINATE EMPLOYER-PAID POSTRETIREMENT HEALTH CARE BENEFITS AND EMPLOYER-PAID POST-RETIREMENT LIFE INSURANCE BENEFITS FOR CERTAIN (A) SALARIED EMPLOYEES AND (B) RETIREES AND THEIR SURVIVING SPOUSES ("SALARIED OPEB TERMINATION MOTION")

PRELIMINARY STATEMENT

I am an active Delphi employee, but am nearing retirement. As the court knows, Delphi Corp. has filed a motion with the U.S. Bankruptcy Court to discontinue healthcare and life insurance coverage for retirees. The notice also stated my Retiree Health Reimbursement Account (RHRA) would be eliminated. This account was established a few years ago when

Delphi terminated health insurance coverage for retirees once they reach 65 years of age, and was created to help retirees with the cost of Medicare supplement insurance.

I am contesting this motion for the following reasons:

1) Delphi has always presented post retirement health care as a benefit that had a monetary value and, as such, was part of the employment contract between the employer and employee. The financial irresponsibility of the Corporation does not eliminate the responsibility expressed in this contract.

2) The obligation Delphi has to provide health care coverage for retirees is now time limited. Coverage for retirees is stopped when they reach age 65. This was a change to the original contract, and was accepted by the active and retired workers as necessary due to the current economic conditions.

3) People hired after December 31, 1992 knew they would not receive health care coverage in retirement when they hired in so they have had time to plan for health care in retirement. They also received an additional 1% added to their 401K account by the corporation to help pay for the cost of post retirement health care. Employees hired before 1992 were promised post retirement health care, and therefore did not qualify for the 1% additional company contribution. Therefore, if post retirement healthcare is eliminated, it should be the responsibility of the corporation to contribute 1% to each salaried employee's 401K, retroactive to December 31, 1992, with 5% interest, to make up for the proposed elimination of the healthcare benefit.

4) The motion made by Delphi is for <u>permanent</u> elimination of health care benefits for salaried people who were promised this coverage when they retire. When the company recovers and the

executives are receiving bonuses, the company should honor its commitment to provide health care coverage to the salaried employees who were promised coverage.

## SUMMARY

I am an engineer who hired into the company under GM and I have dedicated my working career to making GM and then Delphi the best company I could. We are talking about a large number of people here (approximately 15,000) who are the backbone of this nations manufacturing base, and it is a sad comment on our society that these people, who have worked hard all their lives with the promise from their company and country that they would have what they needed to provide for themselves during retirement, are thrown away and ignored as if they are insignificant. We've watched it happen in the steel industry, and several other industries, and now it's the auto industry. So we will burden the government with the problem instead of holding those who made the promises responsible. Is it not incumbent on the government to assure employers have the financial capability to meet their pension and healthcare promises made to their employees by requiring them to have fully funded programs?

I understand the extraordinary difficult economic times that the company, as well as the automotive industry, faces. Sacrifices are being made now and more will be necessary. However, we have made sacrifices with the elimination of benefits, as well as jobs, pay raises, the implementation of co-pays for health insurance, etc. The elimination of healthcare for retirees is something we should not be willing to accept.

I appreciate the court taking the time to consider my argument and respectfully ask that you not approve Delphi's motion to terminate health coverage for salaried retirees.


Dated:       Brookfield, Ohio
             February 11, 2009

Thank you for your consideration,

*[signature]*

James D. Daugherty

940 Valley View Dr.
Brookfield, Ohio 44403
330-448-8515
