Honorable Robert D. Drain,

My name is Paul Knight. I am writing you this letter to protest the upcoming motion being filed in your court by Delphi Corporation. The motion by Delphi intends to terminate employer paid post retirement health care and life insurance benefits for Delphi salary retirees. I am a salary retiree of Delphi's with 36+ years of service.

This motion will affect 15,000 plus retirees and their families. The vast majority of these retirees ranging in age between 50 to 65 years of age will be left without any health care benefits.

I retired in January of 2004 at the age of 55. I retired because Delphi was closing the engineering facility I worked at and moving the business to Juarez Mexico. Delphi was downsizing their salary workforce across the country and was having difficulty getting the numbers they wanted to accept early retirement. To help encourage employees to retire, Delphi was offering severance packages. Delphi also brought in personnel benefit experts to multiple Delphi locations to explain to potential early retirees about the monetary situation in retirement. The information they shared essentially was two fold. First your net take home pay in retirement would be better than you may think because you would not have deductions for social security, medicare, employee savings plans, etc. Second you would still have your full benefits for health care and life insurance until you reached the age of 65. I explain this situation to you so you would realize that Delphi made commitments to these 15,000 employees to encourage us to retire early. Retiring early was for Delphi's benefit so they could reduce employee head count

The meetings that Delphi held with their personnel experts did not talk about any worst case scenarios or what legal language they put in fine print that can terminate any benefit any time they want. They were making oral commitments to employees to encourage them to retire. I may be naive or old fashioned but when someone gives me their word and commitment on something I take them for their word. I don't go back on my word just because the going gets tough.

I made a commitment to Delphi to work hard and perform the job and responsibilities they put before me to the best of my abilities. I fulfilled my commitment. They need to fulfill theirs.

It seems ironic that the group of people (salary employees) who worked the hardest and sacrificed the most to try and make Delphi (GM) successful are the group that gets hurt the most when hard times hit the industry.

In conclusion, all I am asking is for fairness. Fine print may be legally binding but so is your word. Delphi gave their word to 15,000 people and they should be accountable for it.

Sincerely,