To whom it may concern:

I am writing this letter to CONTEST the termination of Delphi Health Care (Salaried Retirees).

Case # 05-44481

Debtor: Delphi Corporation

As a salaried employee, with no union Representative, I guess we all knew something like this could happen. But Delphi salaried employees have been dedicated to the company and have give their "working lives" and the very best of themselves to Delphi. So it is painful for the Delphi retirees to now realize that Delphi does not appreciate all the hard work they gave to the Company. For many, it is a "SLAP" in the face.

Many Retirees are not Medicare age yet, so the cost of health care will take a LARGE portion of their Retirement. The pension payment received monthly has not increased, but the cost of health care has. The Retirees, who are not Medicare eligible already pay Delphi for a portion of their health care cost. Pension payment are greatly reduced from pay when actively employed. The Retirees will now need to find work to pay for health care & it is not easy to find a job in this economy, esp. in Indiana.

Maybe it would have made more sense to raise the health care rates for retirees and active salaried employees, rather than cancel all retiree benefits. Working salaried employees can afford a change better than a retiree.

Thanks

Pamela Blake

Retiree — Delphi E&S — Kokomo, IN.