U.S. Bankruptcy Court
2nd Dist of N.Y.
One Bowling Green
N.Y., N.Y. 10004

Case # 05-44481
Motion # 14705 to cancel OPEB (health ins.) for all Delphi Retirees

Dear Judge Drain,

Please accept this letter as my OBJECTION to Delphi's motion to cancel health care benefits for salaried retirees. I retired 8 months ago with over 30 yrs of service. After caring for 2 sick parents and a sick sibling, I married 8 years ago. Almost immediately my husband developed health issues. He is a chronic pain patient and can only work limited hours. With this pre-condition, he cannot obtain health care otherwise. The cost of our healthcare, if continued thru Delphi, would be $1300/mo.! After working hard to help build this company (I was in Internat'l Sales) I believe the cost should be shared by ALL within the company. Measures such as increasing premiums and restructuring executive benefits/bonuses differently should first be considered. I am insulted how, just 5 minutes ago, Fed Ex delivered this notification to me, leaving little time for me to gather my thoughts and hurry to get a letter out to the Court. I apologize for the hand written note as I currently don't have a printer available.

I consider myself to be a veteran of corporate

used with the implied promise of health care once I reached my senior years and my committment to the company was fulfilled. This community has the highest rate of job loss in Ohio. I'm sure you are well aware, with housing & 401K values declining, what impact this will have on a community of retirees. Aging and death are the great equilizers. Please consider us.

I have enclosed a picture of us so we are not faceless in your mind.

My Very Best Regards -
I know you don't have an easy job.

Mary Ann Hudzik
Husband Patrick O'Connell

Mary Ann Hudzik
634 Belvedere Ave. N.E.
Warren, OH    44483
330-372-1104