UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

DELPHI CORPORATION DEBTORS

Case No. 05-44481 (RDD)


TO WHOM IT CONCERN:


I Hatti L. Adams object to Delphi cancelling all my benefits after 30years of service at a time in my life after retirement where cost for health insurance, life insurance, dental, extended care, and vision when I need it the most. It is a Travesty to be treated worst than a dog. I am sixty two years old and I am ashamed at the actions of Delphi and the unfaithfulness and the faithful service I have given them. God help them they will not prosper.


Sincerely,

*Hatti L Adams*

HATTI L Adams