United States Bankruptcy Court
One Bowling Green
New York, NY 10004

February 11, 2009

Attn: Judge Robert D. Drain

Ref:
Delphi Corporation Case # 05-44481 Filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for salaried retirees

Dear Judge Drain:

This letter is to express major concerns with Document # 14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health care benefits for thousands of salaried retirees of Delphi Corporation.

Please note this is an **Objection** to that document and please file it as a motion to object to document # 14705.

This document was filed with no previous warning leaving retirees with very little to almost no time to object.

Many and most of the Salaried Retirees will have little to no chance to obtain health insurance due to their age and issues that develop with age. Individuals rates are unbelievable for seniors trying to obtain health insurance at this age and state in their lives. It will be impossible for the majority of retirees to afford these huge rates and continue too survive. I can not believe that the best plan is to drop the smallest group of retired individuals who have absolutely **NO** chance of starting over, or acquiring a job that will include health benefits. This appears to me as a good plan to add to the countries welfare system, federally funded health plans and nursing homes. Why in the world would you remove health benefits from the group who has almost no possible chance to recover?

Do to the current state of the economy as you well know, most retirees life saving has lost around 40% with probably a very slight chance of ever totally recovering in their lifetime. To now eliminate their health care will leave most salary retirees no chance to survive without some form of aid.

It has already been put in place for health benefits to stop at age 65. Their must be ways to obtain funds moving forward without penalizing the people with no voice in matters. At this point in life, most individuals desperately need health insurance and have no chance to recover without.

I would only hope that the largest group of retirees share in the burden and just maybe, no certain group would have to do without health insurance.

## Please Reject this motion!

Sincerely yours,

Ronald K. Johnson
3233 E. 400 N.
Anderson, IN  46012
Phone 765 378-0068