ANNA L. Puett
1125 Pelzer Ave.
The Villages, FL 32162



Saturday, February 07, 2009

Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

RE: Delphi Corporation Case No. 05-44481; Objection to Motion for Delphi Corporation ie. Debtors' Authority to Terminate Employer Paid Post Retirement Health Care Benefits and Employer Paid Post Retirement Life Insurance Benefits

Dear Honorable Judge Drain, et al:

## OBJECTION

As a retiree of Delphi Corporation (DOS: 08/28/1973 – 09/02/2002), I object to the Delphi Corporation, et al motion to terminate Employer Paid Post Retirement Health Care Benefits an Employer Paid Post Retirement Life Insurance Benefits.

## CONVICTION

It is my belief, that the downtrodden economy plays only a small part in the economic situation with Delphi Corporation. The current and former Delphi CEOs and All Upper Level Management are primarily at fault for the company being in the state that it is in at the current time, due to their obvious mismanagement of the company as a whole.

I further believe that Delphi's current state is not the fault of the lowly salaried employee who gave the best 30+ years of their lives to the company--only to be punished for having done so. Upper level management considered themselves, not the company and its employees, not caring that they would not have all they have if it were not for the "working" person at the bottom of the salary tree.

The hardships imposed upon the beneficiaries loosing the insurance at hand, can and quite possibly may cause otherwise lucid Delphi Salary Retirees to become ill, destroy themselves, and/or fall to undeserved financial ruin.

## PROPOSAL

I propose that all current and former Delphi/Delco CEOs, Company Officers, Board Members, and Upper Level Management, be required to forfeit their full retirement pay, all bonuses, any and all perks as a result of current or past association with Delphi/Delco Corporation until the year 2011. Forfeiture of said benefits could save the Retirement Health Care and Life Insurance benefits of the 15,000 Delphi Salary Retirees about to be monetarily and emotionally assaulted by the mismanagement of Delphi management.

## PLEA

Please, I pray, you will take time to consider the little person before making your final decision.

Thank you.

Respectfully,

*Anna L. Puett*
Anna L. Puett
Alpuett@aol.com
Cell: (352) 603-1087

1

CC:

Attn: All Attorneys for Delphi Corporation, Debtors and Debtors-in-Possession via Office Contact:

wayne.whalen@skadden.com

**Delphi Corporation**
5725 Delphi Drive
Troy, Mi 48098

Attn: General Council

**Skadden, Arps, Slate, Meager & Flom LLP**
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Attn: John Wm. Butler, Jr.

**Davis Polk & Wardwell**
450 Lexington Ave
New York, New York 10017

Attn: Donald Bernstein and Brian Resnick

**Latham & Watkin LLP**
885 Third Ave.
New York, New York 10022

Attn: Robert J Rosenberg and Mark A Broude

**Fried, Frank, Harris, Shriver & Jacobson LLP**
One New York Plaza
New York, New York 10004

Attn: Bonnie Steingart

**Office of the United States Trustee**
Southern District of New Your
333 Whitehall St., Ste. 2100
New York, New York 10004

Attn: Brian Masumoto