United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

RECEIVED
FEB 17 2009
U.S. BANKRUPTCY COURT, SDNY

Attn: Judge Robert D. Drain

**Ref:** Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections.

I started with General Motors in 1965 at the age of 16. For over 30 years I loved my job in Purchasing. I was proud to work for G.M. and enjoyed the pay, and benefits. I **never** thought of working any place else. In 1999 General Motors decided to spin off Delphi. I was not given an opportunity to stay with G.M. or to retire because I was too young. But I was assured that G.M. would support Delphi, and it would become a profitable and growing company. I was told that benefits would remain competitive with the market place. So I kept my G.M. stock, and invested money in my new company's stock savings plan, and worked hard to make sure Delphi was successful.

I knew that Social Security would not provide sufficient money for me to live on, and I needed to make sure I had sufficient savings to cover the gap. As I continued to get older, I started planning my retirement and my estate. Each year I received employee statements indicating what I should expect. I had a conservative plan. Well, things have not worked out very well. My G.M. stock is worth almost nothing. My Delphi stock is worth almost nothing. I diversified my portfolio, but the stock market has been so volatile in recent years, I cannot even try to regain or even maintain any "nest egg".

As a salaried employee I was expected to get the job done, meet the goals, no excuses. If that meant late nights or coming in early morning or weekends, evening conference calls with overseas suppliers, handling of shutdown situations from home, monitoring of voice mails and e-mails during time off – no excuses.

Now I retired from Delphi in July, 2008 with almost 43 years of active service. My husband has cancer. It is not curable, but treatments are available to maintain his life for a few years. Any kind of change in heath care leaves us little options due to his pre-existing health condition. In order for him to live those extra years, we need the best health care. With our nest egg gone, and the proposed pricing of health care that is now being passed on, we can anticipate an additional expenditure $12,000 per year or approximately 38% of my retirement check. This will have a crippling effect on our lives.

It is my belief that there are other ways to restructure the company and still retain health care for retirees. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a decreasing cost to the company as each of us reaches that 65 age milestone.

Please know that each of the 15,000 retirees who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

## I ask you to REJECT this motion.

Sincerely yours,

*Carol G. Holley*

Carol G. Holley
14830 Oxford Road
Germantown, Ohio  45327