10750 Raygor Road
Colorado Springs, CO  80908-4413

February 9, 2009

The Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY  10004-1408

Re:    DELPHI CORPORATION, et al., Case No. 05-44481  (RDD)

OBJECTION OF EDWARD LUNDBERG TO DEBTORS' MOTION TO CONFIRM DEBTORS' AUTHORITY TO TERMINATE EMPLOYER-PAID-POST-RETIREMENT HEALTH CARE BENEFITS AND EMPLOYER-PAID-POST – RETIREMENT LIFE INSURANCE BEBEFITS FOR CERTAIN (A) SALARIED EMPLOYEES AND (B) RETIREES AND THEIR SURVIVING SPOUSES (SALARIED OPEB TERMINATION MOTION)

I, Edward Lundberg, am a salaried retiree of Delphi Corporation. I retired after 38 years, which included over 31 with General Motors prior to the spin-off of Delphi. I am writing this objection recognizing that there is little time for it to have a meaningful impact but wanting to have my viewpoint heard. I recognize the role of the court in reviewing legality of all Delphi transactions as they proceed with their reorganization. While this review must occur under the scrutiny of legal interpretations, I believe there is a secondary responsibility of the court to see to that these actions also are impartial and equitable, i.e. that no single group or party are asked to share sacrifice unjustly. This is the heart of my objection; salaried employees and retirees are being singled out for an unjust portion of compensation sacrifice.

Please recognize that approximately 50% of my total retirement compensation has already been lost. My life insurance has been eliminated and to maintain coverage I now pay approximately $600 monthly. If this action is approved, an additional economic hardship of approximately $1,200 monthly will be imposed. All the while, the hourly employees maintain insurance. Had Delphi and the court applied an equal reduction to all employees, the impact on any one group would not be so devastating. I recognize the union contractual issues, but also understand the courts authority to take action. If this health care termination is approved, then salaried employees and retirees are being discriminated against. I normally do not raise a voice in protest on issues but feel Delphi has gone too far in punishing a group that generally has no collective voice. I feel I must object and ask that you deny this request as written.

I mentioned earlier that I normally don't object to or voice opinions on the company's actions. In the way of background, personnel records will show that I had perfect attendance for my last 18 years and that I did not use all vacation time. I mention this not to ingratiate myself, but to help demonstrate that I am not a complainer, instead one member of a group who are being singled out unjustly.

Via this letter, I am requesting that you do not approve this action and that any further actions be reviewed under a commonality of sacrifice perspective for all employees.

Thank you for your consideration.

Respectfully,

*Edward J Lundberg*

Edward F. Lundberg

cc:
Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI 48098

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
Attn: John W. Butler, Jr.