February 12, 2009

United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004

Atten: Honorable Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 Filed October 8, 2005
Document #14705 to Cancel OPEB (Health Insurance Benefits) For All Retirees


RECEIVED FEB 17 2009 U.S. BANKRUPTCY COURT, SDNY

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the Court to cancel health Insurance Benefits (OPEB) for over 15,000 people who are Retirees of Delphi Corporation.

Please note that this letter is an objection to that Document and file it as a motion to object to Document #14705.

This Document was filed with no previous warning to any of the current Employees and Retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections (some individuals could have been out of town as well).

The elimination of Health Care will cause financial hardship for every Retiree. It will have a huge impact not only on the Retirees and soon to Retire, but also every community where Retirees live.

With the current state of the economy, stock market, and local business conditions, the loss of Health Care benefits would have a crippling effect on the lives of every salaried Retiree of Delphi Corporation.

It is my belief that there are other ways to restructure the company and still retain health care for salaried Retirees. Health Care Benefits are currently scheduled to stop at the age of 65 for all salaried Retirees. This cost is a decreasing cost to the

Company as each of us reaches that 65 age milestone.

Please know that each of the 15,000+ retirees and soon-to-retire, who will be negatively impacted by this action, will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

We ask you to **Reject** this motion.

Sincerely yours, Jay F Jurasek

(I apologize for the hand written letter, my computer is not cooperating today) Thanks for your time

Name: Jerry F Jurasek
Address: 3628 Sandy Creek Drive
Shelby Township, MI
48316
Home Phone: 586-254-3917
Cell: 248-766-4509