February 10, 2009

United States Bankruptcy Court

One Bowling Green

New York, NY 10004

Attn: Judge Robert D. Drain

Ref: Delphi Corp Case #05-44481 filed October 5, 2005

Document #14705 to cancel OPEB (health insurance benefits) for all retirees

I am one of 15,000 salaried retirees from Delphi Corporation who have received a notice through the courts, United States Bankruptcy Court, southern District of New York, Case No. 05-44481 (RDD), that Delphi intends to eliminate the health and life insurance of all salaried retirees. The deadline for filing an objection is February 17, 2009. This is extremely unfair that this action is being taken in a manner that will prevent all those affected adequate time to review the filing with an attorney and be able to file an objection. The fact is that I am entitled to file an objection and I should be entitled enough time to file a proper objection as defined under the Notice of Motion for Order under 11 U.S.C. && 105,363363(b)(1) and 1108. The court filing and subsequent objections deadline has been intentionally set to prevent objections.

I am asking your bankruptcy court proceedings to intervene on behalf of the 15,000 of us so that we may exercise our legal rights. We are not a large corporation; we are not a powerful law firm. We are citizens of the United States of America. When a corporation can use its muscle through the court system to eliminate the voice of the citizen, it is clearly an abuse of power. It's not the real voice of the courts, as it was intended. It is clearly not the voice of the United States of America.

I eagerly await your reply.

Sincerely,

*Linda S. Geiger*

Linda S. Geiger

447 E. Sixth Street

Dayton, Ohio  45402