February 12, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

I understand that the insurance benefits of retirement were never contained in any contract between Delphi and the retiree, however, when the employee made the decision to retire after more than 30 years of loyal service to Delphi, during good and bad times, these benefits were implied as being available for them to count on in their future days. Although I understand the dire need to cut expenses for Delphi to emerge from chapter 11 bankruptcy protection as a strong and viable company, I do believe there has to be a more humane way of cutting costs than laying such a heavy burden on the backs of loyal and dedicated salaried retirees. I feel a reduction in benefits, such as 100% paid company life and health care insurance for the retiree only and then allow the retiree to pay the full cost of insurance for all dependants. I believe most retirees would accept this option as a compromise in helping to offset the cost of retiree benefits.

Please know that each of the 15,000 retirees who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

**I ask you to REJECT this motion.**

Sincerely yours,

*John E Freeman*

John E. Freeman
1078 S. 900 W.
Kempton, IN 46049
1.765.947.5553 phone