February 16, 2009

The Honorable Robert D. Drain
United States Bankruptcy Court
For the Southern District of New York
1 Bowling Green, Room 610
New York, New York   10004

Dear Honorable Judge Robert D. Drain,

    On February 5, 2009, I received notification via Fed Ex from the attorney's for Delphi Corporation stating, Delphi was making a motion to terminate salaried retiree health care and life insurance benefits. The notification further stated that the hearing date for this motion would be on February 24, 2009. The following week of February 9, 2009, I receive a second notification via US Mail from Delphi Corporation stating, that as of April 1, 2009, it would no longer provide health or life insurance benefits for salaried retirees.

    I am writing in opposition to this motion by Delphi to terminate health care and life insurance benefits for salaried retirees. It is particularly disturbing that Delphi would in its first correspondence state there would be a hearing on February 24, 2009, in the courtroom of the Honorable Robert D. Drain, and then follow that letter up with another letter stating that it was already a done deal before the hearing had even took place.

    In a March 19, 2008 article by Vinnee Tong of The Associated Press, and printed in The Grand Rapids Press, stated that Delphi Executives would receive bonuses for the 2008 calendar year of approximately $25.5 million even if the company stayed in bankruptcy. From what I have read it is clear to me that Delphi Executives have also earned bonuses in each year since the company's entry into chapter 11 bankruptcy in October of 2005.

    Your Honor, I would like to commend you, the requested executive bonus payout for the 2008 year was $87 million, to which you trimmed it to $16.5 million as reported in the blog of The Association of American Law Schools, by contributing editor D.A.Jeremy Telman, Associate Professor of Law, Valparaiso University of Law School (article dated 1-27-08).

    If the Delphi motion is granted, it will mean that I will personally, have to pay out of pocket expenses of $1509 dollars per month to maintain current health and life insurance coverage for my wife and I. (I already currently pay $333.90 per month out of pocket expenses to carry my current health and life insurance coverage for my wife and I.) As my wife and I grow older and our stationary income gives us less of increasing cost of living expenses, it is without question going to put a significant hardship on us, and thousands of other Delphi salaried retirees.

    Your Honor, I am asking that you strongly consider rejecting Delphi's motion to terminate health and life insurance benefits for its salaried retirees. And, if you find this not an alternative, then please at the very least; require Delphi to permanently continue paying a fair portion of health and life insurance benefits for salaried retirees.

Sincerely,

*Steven M. Bailey*

Steven M. Bailey
Delphi Salaried Retiree
7998 E. Monroe Road
Tecumseh, Michigan  49286