February 7, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cease to provide health care and life insurance in retirement to salaried employees and retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cease to provide health care and life insurance in retirement to salaried employees and retirees.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the retirees or those soon to be retiring from Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections.

Many of the most recent retirees of Delphi were retired **BY** the company and **NOT** by the choice of the employee. They were given no decision to make, just told they would be retiring on a specific date. They had little time to prepare for retirement, and little time to adjust to a significantly reduced income before they were hit with this latest development (loss of health care and life insurance) which will cause financial hardship for every retiree. It will have huge impacts not only on the retirees, but also on those who will be retiring within the next few years since they, too, have had no chance to budget and plan ahead. With the current state of the economy, retirees and soon-to-be retirees who have saved for retirement in their Stock Savings Plans, have lost almost 40% of their savings. As you know, the cost of living has increased significantly in the last two years. This, coupled with the loss of health care benefits, would have a crippling effect on the lives of every retiree of Delphi Corporation and, ultimately, on the communities in which they live.

It is my belief that there are other ways to restructure the company and still retain health care for retirees. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a decreasing cost to the company as each of us reaches that 65 age milestone.

Please know that each of the 15,000 retirees and huge numbers of soon-to-be retirees who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

## We ask you to REJECT this motion.

Sincerely yours,

Linda Nelson
11545 Winding Wood Drive
Indianapolis, IN 46235
Phone 1.317.402.8670