February 11, 2009

The Honorable Judge Robert D. Drain
United States Bankruptcy Court for
the Southern District of New York
One Bowling Green, Room 610
New York, New York 10004


Dear Honorable Judge Robert D. Drain:

Re:  **This letter is an OBJECTION to Document #14705, please consider.**
Delphi Corporation Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

This document was filed with no previous warning to any of the retirees of Delphi Corporation and was only made known to us via FedEx overnight on February 5, 2009 after business hours; which gave us a mere eight business days to seek counsel or file our objections. This act is inconsistent with the promises of Delphi to its employees concerning health benefits after retirement and is a breach of contract.

After 39 years of employment at Delphi, I was forced into retirement. My only options being, to accept my separation and retirement pay, including medical benefits contributions, or be terminated and receive only severance. I personally feel coerced and deceived, as I am sure thousands of other now retirees in the same predicament feel. Considering the fact that myself and numerous others worked in conditions where hazardous materials were present and now suffer from chronic illnesses, providing the health care benefits promised is the least that Delphi can do in support of its retirees.


Sincerely,

*Delois A. Pigg*
Delois A. Pigg
418 Tumbleweed Dr.
Kokomo, IN 46901
765 452-5008
deloispigg@hotmail.com