United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Honorable Judge Robert D. Drain

Ref.: Delphi Corp. Case # 05-44481 filed October 8, 2005
Document # 14705 to Cancel OPEB (Health Insurance Benefits) for all Retirees

Dear Judge Drain:

I am a current Delphi salaried employee with 40 years seniority who will not, as a result of the above judgment, be able to retire until I'm 65 (3.5 more years).

However, this letter is not about me, but the current retirees under 65 who may have illnesses in their families and have to pay excessive insurance premiums.

Can't something be worked out where all future salaried retirees have no health care (that would include me), and that any current retirees who have health issues and will need high premium insurance will have anything over a certain monthly amount paid for by Delphi until these retirees turn 65?

I'm not excluding concerns about myself because of my financial status, but I'm blessed with good health and have options. Current retirees under 65 with family health issues do not.

Thanks for reading this, and best of luck in getting this Delphi Bankruptcy behind us.

Take care- Tom Lynes
853 Zehnder Dr.
Frankenmuth, Mi. 48734

*Tom Lynes*
2/12/09