Feb 13, 2009

United States Bankruptcy Court for the South District of New York
One Bowling Green Room 610
New York, NY 10004-1408

Attn: Honorable Robert D. Drain

Dear Sir:

I am a Delphi Corporation retiree.

Delphi has notified me within the last week by a letter dated Feb 5, 2009 that they Intend to cancel my Health Insurance.

I will have to pay a premium that is about 9 times what it costs now.
I was told that I would be allowed Health Insurance when I retire until age 65.
And that My wife could continue on the Health program until she reaches age 65 and only have to pay the current monthly premium.

I am on Social Security disability – I cannot find another job and because I have Respiratory problems I am unable to work.

I am unsure where I will get the additional money for the unfair Premium rate increase.

In conclusion.

I would ask you to rule in favor of me and the other Delphi retirees on
CASE #05-44481
Debtor Delphi Corporation

Thank you,

Sincerely,
Roger A. Young
1904 Ruhl Road
Kokomo, Indiana 46902-2825