Dated: February 14, 2009

Honorable Robert D. Drain,

This letter is to express my objections to the Delphi Motion for authority to terminate employer paid post retirement Health care and life insurance benefits for salaried retirees and there surviving spouses. ("Salaried OPEB terminations Motion").

My name is Ronnie W. Huyck and I retired on May 31, 2001 from Delphi Saginaw Steering Product Engineering after 32 years as a G.M. and 2 years Delphi salaried employee.   I am currently 61 years old and my wife is 59.   The lost of my medical insurance will cause a major hardship for myself for over 3.5 years at $18,000 / yr and my wife for an additional 2 years at $10,000 / yr, before we become eligible for Medicare.

I was assigned to Cadillac Motor Car Division of G.M. as a Resident Steering Column Release Engineer from Nov. 01, 1988 until my retirement on May 31, 2001 (12.5 years).   I did not reside or work at Delphi or Saginaw Steering during any of that time.   I accepted a Delphi early retirement window due to the promised Pension / Benefit programs and for the betterment of the Corporation.   I was not offered and did not request a G.M. salaried retirement program due to Delphi's commitment to equal benefits to G.M. retirees.   These committed benefits will be terminated on April 01, 2009 if Delphi's Motion is approved.

I also understand there are current negotiations between G.M. and the debtor-in-possession lenders on an alternate path for Delphi to emerge from bankruptcy.   These discussions include a G.M. take-back of Delphi Saginaw Steering due to the critical nature of steering system components which are exclusively manufactured for G.M. vehicles.   The Delphi Motion objection cut-off date and time coincide with when G.M. must present there recovery plan to the U.S. Congress to receive additional billions of dollars in loans.   Delphi's Motion should be denied or delayed until after G.M. has determined what is required to continue there automotive business.

Thank you,

Ronnie W. Huyck