February 11, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Honorable Judge Robert D. Drain

Reference:
Delphi Corp Case # 05-44481 filed October 8, 2005
Document #14705 to Cancel OPEB (Health Insurance Benefits) for all Salaried Employees

Dear Judge Drain:

I am writing to voice my objection to Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for salaried retirees of Delphi Corporation.

As you know, Delphi was allowed to file a bankruptcy petition against it's U.S. holdings in October, 2005; despite the fact that it had valuable holdings outside of the United States. Both Delphi and General Motors had built these holdings, in Europe and third party nations from U.S. assets acquired during their heyday. Now Delphi has petitioned the Court to allow the cancellation of health insurance benefits for U.S. retirees. In a letter sent to U.S. employees, Delphi states that the cancellation pertains to U.S. retirees only and Divisions outside the United States would be reviewed separately and may not be affected.

This is punitive and discriminatory against the U.S. workforce. Each person in the American workforce gave General Motors and Delphi over 30 years of dedicated service to achieve what was said to be a benefit of retirement. The Constitution protects against discrimination against anyone based on race, creed or national origin. It is also illegal to discriminate because of age. While both companies remain viable outside the U.S., is it not discriminatory to eliminate the benefits of the American worker because they are a high percentage of retirees?

It was implied to all employees that this was a benefit of working for these corporations until retirement. What is a retirement package, if it can <u>all</u> be changed at the company's choice? Is there anything guaranteed to the worker?

Further note that this, Coupled with the current state of the economy, would place a much greater crippling effect on the lives of every retiree than it would on Delphi Corporation.

I believe that there are other ways to restructure the company (including the use of global assets) and still retain health care for all retirees until the age of 65. This cost is removed from the company when each of us reaches the age of 65.

Please note that each currently retired employee and soon to be retirees (who signed papers without knowledge of the company's intentions), will be negatively impacted and are looking for you to shield them from this hardship.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

**I ask that you REJECT this motion.**

Sincerely,

*Ross Bellavia Jr.*

Ross Bellavia Jr.
242 Gina Way
Brockport, NY 14420
585 637-6758