UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

February 11, 2009

One Bowling Green
New York, NY 10004-1408
Courtroom: 610

RECEIVED FEB 17 2009 U.S. BANKRUPTCY COURT, SDNY

Dear Honorable Robert D. Drain:

I am writing this letter to voice my objections to the recent motion by Delphi's debtors in possession to terminate the employer paid post retirement health care benefits and the employer paid post retirement life insurance; the "salaried OPEB termination motion".

I have worked for Delphi for more than 28 years as a salaried employee. I was a Manufacturing Systems Engineer in Flint, MI for 25 years and for the last 3+ years I have worked as a design and development engineer in the Delphi Medical Systems group in Troy, MI.

I object to this motion for two reasons; I believe it is unfair to the salaried worker and I believe it is a detriment to the current and future economy.

In regards to being unfair; I feel that this is a severe hardship on the high service time salaried employees (25+ years of service) and salaried retirees. Neither of these groups has or had a chance to prepare for this financial burden. The cost of healthcare and life insurance is not insignificant and will certainly cause financial hardship for many retirees. The most unfair aspect of this termination of benefits is that, for as long as I have been employed, only the salaried employees and salaried retirees are targeted for cost saving cuts. Why should the salaried workers that have educated themselves to improve their lives be worse off in retirement than the hourly workers? Isn't there just as much (or more) liability to be shed if the hourly worker suffers the same loss of benefits? The total burden of benefit cutting has been borne by the salaried worker for far too long. The pill of benefit cuts would be much easier to swallow if the hourly worker were subject to the same cost cutting measures as the salaried employee. It only seems fair that all workers, salaried and hourly, share the burden and hardship of benefit cuts.

In regards to the detriment to the economy; the money I will have to spend to purchase healthcare and life insurance (10-12 thousand dollars per year) will be money I won't be able to spend on goods and services. I've been hearing in the media that the best way to stimulate the economy is to get the consumer spending again. Loosing benefits that would have otherwise been provided post retirement will leave me with less money to spend to stimulate the economy. When you think about all the people that this is happening to right now, one can only speculate that this will have a significant negative impact on our current and future economy.

I hope you will consider my objections as you contemplate and make your decision on the "salaried OPEB termination motion". Business is business, but these types of decisions change people's lives forever.

Sincerely,

*Robert R. Voltenburg Jr.*

Robert R. Voltenburg Jr.
Senior Project Engineer
Delphi Medical Systems

11325 BRECKENRIDGE DR • DAVISON, MI • 48423
PHONE: 810-653-1286