Honorable Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
Debtors:  Delphi Corp.
Case Number 05-44481

Feb 10th, 2009

Dear Sir,

I recently received notice that Delphi Corp. has filed a motion with the U.S. Bankruptcy Court to discontinue the last of the benefits I presently have.  The ones important to me are 1) Retiree Health Reimbursement Account (RHRA)  2) Life insurance coverage for retirees.  3) Medicare Part B special benefit  and 4) vision.

I had over 38 years service when I retired and I am now 70 years old.  Already faced with a lower lifestyle and the fact I am on a fixed income; accepting this motion would be a huge burden to overcome. There are few answers, none of which are good.

I realize that extraordinary circumstances require extraordinary solutions but, approving this motion is not one of them.

Thank you for your time and consideration of my contesting Delphi's motion to terminate health coverage for retired salaried employees.

Respectfully,

Max D. Comerford
3312 S. Dixon Ln.  Apt 158
Kokomo, IN 46902
(765) 453-2333



RECEIVED
FEB 17 2009
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK