February 12, 2009



Honorable Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
One Bowling Green, Room 610
New York, NY 10004

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on
February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000
people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as
a motion to object to document #14705.**

This document was filed with no previous warning to any of the retirees of Delphi Corporation
and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to
file our objections.

We opened a small business several years ago. The business is still trying to break even. We had
no knowledge of this significant change to our financial picture and are at a point where this
change (loss of health care) will financially ruin us.    It will have huge impacts not only on the us
retirees, but also the community where we live.

With the current state of the economy, retirees who had saved for retirement in their Stock
Savings Plans, have lost almost 40% of their savings. As you know, the cost of living has
increased significantly in the last two years. This coupled with the loss of health care benefits
would have a crippling effect on the lives of every retiree of Delphi Corporation.

It is my belief that there are other ways to restructure the company and still retain health care for
retirees. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This
cost is a decreasing cost to the company as each of us reaches that 65 age milestone.

Please know that each of the 15,000 retirees who will be negatively impacted by this action will
be looking to you for your consideration when making the decision concerning Document #14705
dated February 4, 2009.

# We ask you to REJECT this motion.

Sincerely yours,

Richard L. Murray
432 Greenglade Avenue
Worthington, Oh 43085
1.614.885.4649 phone