February 11, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Re: Delphi Corp. Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees, dated Feb. 4, 2009

Dear Judge Drain,

As one of those affected by the recent Delphi Corp. filing to terminate health care coverage for all salaried retirees, I want to register my objections with you. Probably most of us have ten or more years of service with this company, and this is a fine way to treat us after our hard work for them. In my case, it was 47 years, a good part of which was for their parent, General Motors.

While I retired willingly at age 65, many others under that age were told they were going to retire and given no recourse. It is they who will suffer the most, although my wife, not yet 65, is also affected.

All this comes, of course, after a precipitous drop in value of our 401K savings plans accompanied by a considerable increase in the cost of living, and you can see we are much less able to afford buying our own health care insurance.

Is it possible that there could be some give and take on both sides? You surely recognize the benefit of a large group and the advantages it provides in obtaining the best rates for insurance. Perhaps we retirees could absorb part of the costs of that coverage and make it more affordable to Delphi? At the least, we would like to be involved in the decision making process rather than have it foisted on us.

Sincerely yours,

Thomas V. Cornell
3631 N. 900E
Greentown, IN 46936
(765) 628-7110
E-mail: tvcornel@mindspring.com