February 13, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref: Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is in response to Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits for salaried retirees of Delphi Corporation.

This letter is an **OBJECTION** to that document. Please file this as a motion to object to document #14705.

Document #14705 places an undue burden on one group of Delphi employees, i.e. the salaried retirees not yet eligible for Medicare. Responsibility for the union-represented hourly retirees' medical insurance has been reassumed by GM. Those hourly retirees now pay approx. $25/month for their family medical insurance. Delphi salaried retirees will pay approx. $1300/month for a retiree and spouse, in order to continue their current coverage. This calculates to salaried retirees paying fifty-two (52) times as much as hourly retirees for similar coverage. This obviously places an undue hardship on salaried retirees.

Throughout the Delphi bankruptcy proceedings, various groups have had representation, or "voices" to represent their interests. The hourly retirees constitute a large group, and have a union to represent their interests. The Delphi salaried employees have no such voice, or representation. I would ask you to consider that group in these proceedings, and work toward a solution that is more equitable for all retirees.

Thank you for your consideration of this matter.

**We ask you to REJECT this motion.**

Sincerely,

*Duane L. Abbuhl*

Duane L. Abbuhl
2860 Timbercreek Drive North
Cortland, Ohio 44410