February 13, 2009

United State Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY   10004-1408

For the Attention of : The Honorable Robert D. Drain

Subject:  Delphi Case Number 05-44481

Dear Judge Drain:

I am writing to contest the elimination of all Benefits for the Delphi/GM Salaried Retirees on my own behalf and on those of the 15,000 fellow retirees finding themselves in my same position.

On Thursday, the 5th of February I received a Fed-X package from the Attorneys for Delphi Corporation Debtors and Debtors-in-Possession of the firm Skadden, Arps, Slate, Meagher & Flom LLP.
In the correspondence I was advised of a Notice of Motion for Delphi to Terminate Employer-Paid-Post-Retirement Health Care and Life Insurance Benefits.  Embedded in legal jargon I noticed words to the effect that the motion also requested that Delphi be free of any cross litigation so that they would not incur further expenses in defending their position.  This is completely unethical and an unjust burden placed on all of us, past loyal employees.

I joined the GM family in October of 1966 and retired in June of 2007.  This was 32 full years with GM and the last 8 ½ years with Delphi.  I was a Salaried Employee and enjoyed a good salary.  The reason I went to GM to work was not only their good pay, but **also the promise of being provided for in retirement**. Now they are breaking their promise and blocking the way of a class action suit at the same time.  As you may know, the Dayton, Ohio community was a GM / Delphi community and I am not the only person in this dilemma.

What is going to happen?  If they take away our benefits now, will they take away our pension next?  I am not getting any younger.  I could try to go back to work, but where in this ghost town?

Please investigate these actions and do what ever is possible in your capacity to stop them.  Today I need your merciful ruling.

Sincerely,

Patricia A. Lorenz
8930 Swinging Gate Drive
Huber Heights, OH  45424
SS  282 44 5746

✓cc: Attn:  Dorothy Li, Courtroom Deputy

  ccs: Delphi Corporation, General Council
        Skadden, Arps, Slate, Meagher & Flom, LLP Attn: John Wm. Butler, Jr.
        Davis Polk & Wardwell Attn: Donald Berstein and Brian Resnick
        Latham & Watkins, LLP  Attn: Robert J. Rosenberg and Mark A. Broude
        Fried, Frank Harris Shriver & Jacobson, LLP Attn: Bonnie Steingart

  Cc: Office of United State Trustee for the Southern District of NY, Attn: Brian Masumoto