1516 Kings Carriage Road
Grand Blanc, MI  48439
February 12, 2009

The Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
One Bowling Green, Room 610
New York, NY 10004
Attn: Deliver directly to the chambers of the Honorable Robert D. Drain


RECEIVED FEB 17 2009
U.S. BANKRUPTCY COURT, SDNY

Case Number: 05-44481
Debtor:  Delphi Corporation

Dear Judge Drain:

I am writing to object to Delphi Corporation's motion to terminate the health care benefits of pre-Medicare age retired salaried employees.  This termination would significantly disadvantage pre-Medicare aged retirees when compared to affected current Delphi employees in the same group.  All pre-Medicare age retirees will suffer an immediate significant economic impact whereas current active employees have no immediate economic disadvantage and can plan retirement with this situation in mind.   The existing pre-Medicare age retirees, who were enticed to take retirement prior to age 65 with this benefit in mind, certainly have limited economic options in regards to making alternate plans at this point.  A number of the pre-Medicare age current retirees only accepted retirement within the past six to twelve months.

The financial analysis used in the justification of this motion certainly produces very significant savings and reduction of long term liability.  Lumping the categories of pre-Medicare age salaried retirees and current active salaried employees together masks the immediate economic disadvantage to the current retiree group.

Obviously, the current management of Delphi is no longer concerned with representing pre-Medicare age retirees, even though throughout the history of GM and Delphi, they claimed to the group that they better represent the salaried employees than alternatives.  At this point it appears you are the only effective representative of this group's interest in this situation.

I am requesting that your decision on Delphi's motion reject the option to allow the near-term cessation of pre-Medicare age salaried retiree and surviving spouse health benefits.  The plan should continue until Medicare age is reached by each individual.

I addition, I am requesting that your decision on Delphi's motion reject the option to allow the near-term cessation of <u>basic</u> life insurance coverage for retirees.  Many retirees have health problems which render them uninsurable at an affordable rate.  These retirees, including myself, depend on the life insurance benefit provided in the retirement agreement.  Continuance of at least some level of life insurance for current retirees will relieve a large family burden.

I would like to ensure your awareness concerning these issues and request your careful consideration in your decision concerning the Delphi motion.

Respectfully,

Philip R. Peterson