February 7, 2009



United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation
on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over
15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as
a motion to object to document #14705.**

This document was filed with no previous warning to any of the retirees of Delphi
Corporation and was only made known to us via letter on February 5, 2009 and gave us a
mere twelve days to file our objections.

*From a personal standpoint, I sacrificed a great deal for Delphi in the thirty plus years
I worked there. As a single mother, I missed irreplaceable moments in my daughter's
life – precious moments that I will never get back – because I chose to be an exemplary
employee. Overtime was the rule for me – not the exception. While there, I gave
100% to my job, even through challenge. For twenty years I drove fifty miles
roundtrip in the most adverse conditions and never missed a day because of bad
weather – because I chose to be a faithful employee. For two of the worst years of my
life I took care of my dying mother. I went to work in the morning and would take care
of her all night; then started over again the next day while never missing a beat At the
most stressful time of my career, I was carried out on a stretcher because my blood
pressure reached dangerously high limits. I returned to work the next day. I chose to
be dedicated employee – I chose to be excellent.*

*I did all of this to adhere to Delphi's high expectations, standards and integrity and
now I'm asking you to please make Delphi adhere to the same integrity, standards and
expectations that were required of me.*

*I knew that my loyalty to Delphi, my thirty plus years of service -- the sacrifice, honor and respect that I showed this company would pay off and be returned to me when I need it most.*

### *Please do what's honorable and don't allow them to take away our heath care.*

In addition, many of the most recent retirees of Delphi were retired **BY** the company and **NOT** by the choice of the employee. We were given no decision to make, just told we would be retiring on a specific date. We had little time to prepare for retirement, and little time to adjust to a significantly reduced income before we were hit with this latest development (loss of health care) which will cause financial hardship for every retiree. It will have huge impacts not only on the retirees, but also every community where retirees live.

With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans, have lost almost 40% of their savings. As you know, the cost of living has increased significantly in the last two years. This coupled with the loss of health care benefits would have a crippling effect on the lives of every retiree of Delphi Corporation.

It is my belief that there are other ways to restructure the company and still retain health care for retirees. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a decreasing cost to the company as each of us reaches that 65 age milestone.

Please know that each of the 15,000 retirees who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

# We ask you to REJECT this motion.

Sincerely yours,

Jane Hutchinson
703 Branded Blvd
Kokomo, IN 46901
1.765.457-0185 phone