February 13, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health and life insurance benefits) for all retirees

Dear Judge Drain:

This letter is in regard to Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health and life insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the current employees and retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 leaving only twelve days to file objections.

As were many of the most recent retirees of Delphi, I am being retired by the company and not by my choice. Being unprepared to pay 100% of the cost of health and life insurance will cause financial hardship for me, as it will other retirees. It will also have a significant impact on communities where retirees live.

I would respectfully ask that you consider alternatives less burdensome to a limited group, such as are the retirees:

1.) reasonably increase the monthly cost paid by retirees, rather than total elimination of health and life insurance benefits.

2.) possibly sharing the cost increase with active employees, to spread the burden over all the people who have and are trying to make Delphi a successful company.

3.) if 100% of the premiums must be borne by one select group, retirees, then make that a temporary, rather than permanent requirement. When profits return, the company should help with a portion of the premiums again.

I respectfully ask you to reject the motion proposed on Document #14705, dated February 4, 2009.

Sincerely yours,

Gregory K Spence
10006 S 1100 E.
Galveston, IN 46932
574-699-9059