Thomas G. Whalen
3284 Edgemere Drive
Rochester, NY 14612
February 13, 2009

United States Bankruptcy Court
One Bowling Green
New York, New York 10004

**Attention: Honorable Judge Robert D. Drain**

**Ref:**
**Delphi Corp. Case # 05-44481 Filed October 8, 2005**
**Document # 14705 to Cancel OPEB (Health Insurance Benefits) for all Retirees**

Dear Judge Drain:

I am one of the 15,000 people who have been retired from Delphi (retired since 02/01/2001). I worked at General Motors for 30 years and then was transferred to Delphi for my last 2.5 years (not my choice). Because my final working years were at Delphi, I had to take the retirement benefits from Delphi, not General Motors, which I would have preferred.

The request from Delphi to terminate their payment towards health care for my wife and me will pose **extreme financial hardship** on us. Our monthly health payments for Delphi coverage will go from $220 to $970. That is an additional $9,000 expense each year. My monthly pension net payment will drop from $1,703 which is used for food, taxes, utilities, medical, prescription drugs, and all other living expenses to $953.

I have recently heard and read in our local newspaper that General Motors wants to move our Rochester, N.Y., plant back under GM management. Would this affect Delphi's Bankruptcy request? Would monies for retirees' pensions and medical costs transfer back to GM from Delphi to relieve some of Delphi's financial burden?

We all realize that these are very hard economic times, and when Delphi made the announcement to stop our health coverage at age 65 in 2005, I was certainly displeased, but I understood that they had to do it. This complete termination of our health coverage, however, is a HUGE financial burden for everyone. Please consider the burden that the 15,000 retirees will endure if they have to pay 100% of their health coverage. **Perhaps there could be some kind of compromise for Delphi or GM to pick up at least a portion (even 50%) of the cost to the retirees.**

**Please know that each of the 15,000 retirees and those soon-to-retire, who will be negatively impacted by this action, will be looking to YOU for your consideration when making the decision concerning Document #14705 dated February 4, 2009.**

## PLEASE REJECT THIS MOTION.

Sincerely,

Thomas G. Whalen