

1204 Noble Ave. S.W.
Decatur, Alabama 35601

February 11, 2009

The Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re: DELPHI CORPORATION, et al., Case No. 05-44481 (RDD)

**OBJECTION OF OWEN WRIGHT TO DEBTORS' MOTION TO CONFIRM DEBTOR'S AUTHORITY TO TERMINATE EMPLOYER-PAID-POST RETIREMENT HEALTH CARE BENEFITS AND EMPLOYER-PAID-POST RETIREMENT LIFE INSURANCE BENEFITS FOR CERTAIN (A) SALARIED EMPLOYEES AND (B) RETIREES AND THEIR SURVIVING SPOUSES (SALARIED-OPEB TERMINATION MOTION)**

I, Owen Wright, am a salaried retiree of Delphi Corporation. I am submitting two objections to The Salaried OPEB Termination Motion:

First, I strongly object to the short time given to respond to this **Motion**. My notification to this **Motion** was through a Fed Ex package delivered to my home on February 6, 2009. It appears that I have been given eleven (11) days to respond to this termination of health benefits that were committed to me by the Debtor. By the size of the **Motion** document, it is obvious to me, that Delphi's' "army of attorneys" has been preparing this **Motion** longer than eleven (11) days! It would only be fair for a reasonably extended time be given to the retirees to prepare a more formal objection to the **Motion**. Judge Drain, this is such an emotional issue to me and I'm sure to all other effected retirees, I am asking that you extend the Objection Deadline to the **Motion**, a reasonable amount of time so that all affected parties have a adequate time to prepare their objections.

Second, I strongly object to any termination of the Salaried OPEB for Health Care and Life Insurance for retirees. With the spinoff from GM, Delphi committed to maintain "life time" health care benefits. Several years ago, Delphi changed their "life time" policy, such that, retiree Health Care Benefits would cease at age 65 when the retiree became Medicare eligible. Delphi's new policy committed to a onetime $10,000 or $20,000 (depending on your retirement date) Health Reimbursement Account for retirees to help bridge Medi-gap or other insurance premiums after age 65. Having just reach age 65, Delphi now wants to take away another retiree commitment, excluding any comment from me, or to the hardship this action will cause. Any further cut in Retire Health Care Benefits **should not be approved**! This small amount of benefit cost to Delphi should not be taken away from employees and retirees hired by GM prior to 1993.

Judge Drain, I would like to have the opportunity to provide a better objection to the Debtors' motion, but as I stated earlier, because of this unreasonably short notice, this is not possible. I am asking you again, to strongly **reject the motion** or extend the deadline to a reasonable date so that all affected parties can have adequate time to prepare their objections.

Thank you,

*[signature: Owen Wright]*

Owen Wright

I have also caused copies to be served on the following parties via first class mail on February 12, 2009

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI 48098

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
Attn: John W. Butler, Jr.