Document # 14705                                                            February 12, 2009

To The Honorable Robert D. Drain:

I am a retiree from Delphi. I am very concerned about us losing our health benefits. My wife and I are diabetics. She is on insulin and I have one kidney and having problems with it. We have called different insurance companies and my wife was told they can not insure her because she is on insulin and also without prescription benefits she would have to pay about $250.00 a month for insulin, which we can not afford.

It is not fair that Delphi has given us only two months notice to find other means of health insurance.

Please consider the retiree's plea that we need to keep our health insurance. Many of us will not be able to obtain health insurance elsewhere.

Thank you,

David H. Vernon

cc:

Delphi Corporation
Skadden, Arps, Slate, Meagher & Flom  LLP
Davis Polk & Wardell LLP
Latham & Watkins
Fried, Frank, Harris, Shriver & Jacobson LLP
U.S. Department of Justice