Honorable Judge Robert D. Drain  
United States Bankruptcy Court  
One Bowling Green  
New York, NY    10004

2/14/2009

Dear Honorable Judge Robert D. Drain,

Please find below the website location of the complete subject document. Delphi has filed a proposal to cease the employer portion of provided health benefits plans to current and future Salary retirees, potentially as early as April 1, 2009. The proposal can be summarized by reading pages; 1, 2, and 22. **The filling states a formal objection needs to be received in the proper format and to multiple Delphi and court parties of interest by 17 Feb 2009, 4:00 PM EST.** I will also be sending copies of this letter to my senators, representative, governor, and president.

I request your immediate involvement in this gross change in implied/expressed benefit deletion by my employer, which I faithfully served for 30+ years. I sacrificed other career opportunities to remain with this employer for the benefits obtained in retirement. I understand these are trying times but this proposal must be intercepted and other means of financial recovery be found for both Delphi and myself. To immediately shift the Delphi burden to the effected 15,000 employees, with a proposal of 100% self funded health plan is not a solution. Delphi Automotive in this filling makes an effort to show current financial and business situation and justification for this dramatic change for the mentioned 15,000 people affected in Ohio, Indiana, and Michigan and through the United States.

I retired effective 1/1/2009 from Delphi Electronics and Safety in Kokomo, Indiana. I had transferred there after the Delphi plants were closed in Anderson, Indiana to secure my health care benefits and pension. I only needed a year & a half to have my 30 years of credited service. I cannot afford to assume the full cost of health care that was to be provided as part of my retirement package.

Please intervene and elevate this issue through your channels to stop this Delphi Corp. Document # 14705, to cancel health insurance benefits for all retirees, in the United States Bankruptcy Court.

http://media.delphidocket.com/documents/0544481/054448109020400000000010.pdf

(cut and paste this link into a browser and the entire filling will be available for review)

Respectfully,

*[signature]*

Phillip D. Webber  
7601 West County Road 700 North  
Middletown, Indiana 47356  
Home Number 765-354-4265  
E-mail: phlp1webber@aol.com