February 10, 2009

To:    United States Bankruptcy Court
       One Bowling Green
       New York, NY 10004

From:  Alan Kilburn
       P.O. Box 224
       Lapel, IN 46051

Attn: Judge Robert D. Drain

Ref:
Delphi Corp. Case #05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees 15,000 people who are retirees of Delphi Corporation

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 5, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**PLEASE NOTE THAT THIS LETTER IS AN OBJECTION TO THAT DOCUMENT AND FILE IT AS A MOTION TO OBJECT TO DOCUMENT #14705.**

**We ask you to REJECT this motion.**

Sincerely,

*Alan Kilburn*

Alan Kilburn
Retiree, October 2008