Lorenzo Hood
1966 E. Oldgate Rd
Sandusky, OH 44870

February 12, 2009

Judge Robert D. Drain
The Honorable Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
One Bowling Green, Room 610
New York, New York 10004

Dear Judge Drain,

Subject: Delphi Case No. 05-4481 (RDD)

I am requesting that you do not grant Delphi's motion to terminate the salaried employer paid post retirement health care benefits. I am a salaried retiree that worked for GM / Delphi for 31 years. I like the other 15,000 affected retirees need the health care and insurance benefits that we earned during our employment with GM / Delphi. Granting the motion to terminate the salaried health care benefits would have a devastating impact on retirees and our families who count on those benefits to make ends meet.

I am asking the court to have Delphi look for other ways to keep the salaried employer paid post retirement health care benefits program in place. One option for Delphi would be to go back to GM and negotiate the same deal for salaried retirees that they negotiated for UAW hourly employees. GM agreed to pay for UAW employee benefits if Delphi was unable to pay for the UAW employee benefits. GM is responsible for Delphi's current situation and should step forward and help Delphi out of its current financial dilemma. GM is eligible for federal bailout money and could provide Delphi with the support it needs to emerge from bankruptcy with out terminating the salaried employer paid post retirement health care benefits.

Thank you for taking the time to read this letter. I hope that the court will consider the proposed option and other options that Delphi could take before resorting to terminating the salaried employer paid post retirement health care benefits.

Sincerely,

Lorenzo Hood