February 11, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Honorable Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 8, 2005
Document # 14705 to Cancel OPEB (Health Insurance Benefits) for all Retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705 for the following reasons:**

1. Delphi provided no ample warning for the curtailment of these critical benefits. Those of us who are now on an already reduced and fixed income desperately need time to react to such a dramatic change. (In my case, health care insurance alone will increase by a factor of four, now representing nearly 35% of my Delphi small pension.) Ample time should be allowed for options to be evaluated; a few days seems to be overly harsh.
2. While I understand the need to meet the challenges to exit Bankruptcy and make Delphi whole again, there must be some commitment and consideration by Delphi given to employees now retired, who committed their lives in support of the company for 30-plus years and were <u>promised</u> the retirement reward for that commitment. To simply now ignore the pending endurance of hardship by the smallest population of the "Delphi family" as a result this cancelation is simply unfair. Lenders, creditors, other companies, and organizations involved in these bankruptcy proceedings with Delphi have the wherewithal to endure while Delphi reorganizes, unemployed retirees do not.
3. Delphi has attempted to provide justification for their action with references to GMNA production projected in 2009. First, the chart is a bit misleading; a visual miscue (vertical axis starts at 2,000), and it only references GMNA which is only about half of their revenue stream. Yes, the DJIA has lost ground, but little consideration has been given to potential US government action nor economy growth in the out-years

Your Honor, I am not an attorney, nor apparently is there representation for retirees beyond you. This loss of health care benefits will have a crippling effect on the lives of every retiree of Delphi Corporation, the half who are over 65 and Medicare eligible, but most especially, the half who are not. I would ask that you please request of Delphi to look for another remedy to lessen the impact of such a painful action against those who have committed their lives in support of the company. There simply must be other ways to restructure the company and still retain Delphi's commitment to their retirees.

Please know that each of the 15,000 retirees, who will be negatively impacted by this action, will be looking for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

## We ask you to REJECT this motion.

Sincerely yours,

Thomas Brown
1200 Stillcreek Dr.
Dayton, Ohio  45458
937-435-2886