Hearing Date and Time: February 24, 2009 at 10:00 a.m. (prevailing Eastern Time)
Objection Deadline: February 17, 2009 at 4:00 p.m. (prevailing Eastern Time)

Lester R. Hutchison
1101 N. Hickory Ln.
Kokomo, IN 46901
(765) 457-6523

Salaried Retiree of Delphi Corporation
Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------x

In re                                              Chapter 11

DELPHI CORPORATION, et al.,                        Case No. 05-44481 (RDD)

                Debtors.                           (Jointly Administered)

-------------------------------x

LETTER TO CONTEST DELPHI'S MOTION FOR ORDER UNDER 11 U.S.C. §§ 105, 363(b)(1), AND 1108 CONFIRMING DEBTORS' AUTHORITY TO TERMINATE EMPLOYER-PAID POSTRETIREMENT HEALTH CARE BENEFITS AND EMPLOYER-PAID POST-RETIREMENT LIFE INSURANCE BENEFITS FOR CERTAIN (A) SALARIED EMPLOYEES AND (B) RETIREES AND THEIR SURVIVING SPOUSES ("SALARIED OPEB TERMINATION MOTION")

PRELIMINARY STATEMENT

I am a recent retiree of Delphi. As the court knows, Delphi Corp. filed a motion with the U.S. Bankruptcy Court to discontinue healthcare and life insurance coverage for retirees. The notice also stated my Retiree Health Reimbursement Account (RHRA) would be eliminated. This account was established as part of the "deal" some years ago when Delphi decided to terminate health insurance coverage for retirees once they reach 65 years of age.

I am contesting this motion for the following reasons:

1) The obligation Delphi has to provide health care coverage for retirees is time limited. Coverage for retirees is stopped when they reach age 65. And, retirees hired after 1992 do not receive health care coverage in retirement.

2) People hired after December 31, 1992 knew they would not receive health care coverage in retirement when they hired in so they have had time to plan for health care in retirement. People such as myself who were hired in the 60's, 70's or 80's were told by the company that we would receive health care coverage in retirement and now have no time to plan for providing ourselves and families with health care coverage after retirement. People who have already retired are in an even worse situation. It will cost some of them more than a third of their fixed income to continue their coverage.

3) The motion made by Delphi is for <u>permanent</u> elimination of health care benefits for salaried people who were promised this coverage when they retire. When the company recovers and the executives are receiving bonuses, it makes sense to me that the company would honor its commitment to provide health care coverage to the salaried employees who were promised coverage.

4) The company induced people to retire early. Many people, me included, would not have retired had we known that the company would arbitrarily eliminate the retirement benefits we <u>earned</u>. Without these <u>earned</u> and <u>promised</u> health benefits in this economy many people will face a very uncertain future at best.

5) Retiree benefits should not be the carrot that makes Delphi seem more attractive to GM.

6) I have saved for last what could be the most important to many retirees' future health plans. Pre-existing conditions would not allow many people to obtain coverage with another insurer. In some cases this could be akin to a death sentence.

## SUMMARY

I was an hourly employee that converted to salary midway in my career. I hired into the company under GM and have dedicated my 32 year working career to making GM and then Delphi the best company's possible. I have turned down other offers out of loyalty to my company and the expectation of the retirement benefits <u>promised</u> to me and my family. It is not unreasonable to expect some level of loyalty from my company.

I understand the extraordinary difficult economic times that the company, as well as the country face. Sacrifices are being made now and more will be necessary. If health care coverage for retirees needs to be <u>temporarily modified</u> to help ensure the company's survival, then that is what we need to do. For example, co-pays, deductibles and/or premiums could be temporarily raised. However, I believe the permanent elimination of health care coverage for salaried retirees that were <u>promised</u> this coverage is not justified. I urge you to do what is right and just for the people that worked for Delphi and are now retired.

I appreciate the court taking the time to consider my argument and respectfully ask that you not approve Delphi's motion to terminate health coverage for salaried employees that are counting on that coverage.

Dated:    Kokomo, Indiana
         February 10, 2009

                                                    Lester R. Hutchison
                                                    *Lester R. Hutchison*
                                                    1101 N. Hickory Ln.
                                                    Kokomo, IN 46901
                                                    765-457-6523