February 12, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my **objection** to the Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

This document was filed with no previous warning to any of the retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections.

We have very little time to prepare for the adjustment to a significantly reduced income due to the increase in medical premiums (loss of health care) which will cause financial hardship for us.
With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans have lost almost 40% of their savings. As you know, the cost of living has increased significantly in the last two years. This coupled with the loss of health care benefits will have a crippling effect on our family lives.

**Delphi Corporation still has the resources and ability to restructure the company and retain the health care for retirees.**

Please know that each of the 15,000 retirees who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning the Document #14705 dated February 4, 2009.
**Please rule in favor of our family lives.**

Sincerely yours,

Soo M Kim
250 Cricklewood Dr.
Cortland, OH 44410
330 638 5323 phone