Tom Neuhauser
414 Morningside Dr.
Kokomo, Indiana 46901

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Subject:   Delphi stopping Medical Insurance for Salaried Retires.

Sir:

Please do not allow the company (Delphi) to stop the medical benefits of its retired salaried personnel.

I worked for 29 years for GM and another 6 years for Delphi after the split from GM because I was too young to retire from GM.

I am 63 1/2 years old and in this economy it extremely unlikely that I and many others in our position can get another job to offset the $1200 to $1400 it will take to replace our insurance benefits. We were told that we would have medical during our retirement.

<u>My take home pension benefit is only $1495.00 a month. My wife and I won't have anything to live on if Delphi stops our medical benefit because the cost for us will be about $1000 to $1200 per month.</u>

I worked my last 3 years without getting a raise and had to work Saturdays and Sundays supervising Union hourly employees that were being paid time and a half and double time for their Saturday and Sunday work.
 As long as there is a Delphi it must meet it's moral, ethical and legal obligation to provide the benefits it promised to the loyal and hard working salaried employees.

<u>PLEASE DO NOT ALLOW THE COMPANY TO STOP PROVIDING THESE BENEFITS.</u> MOST OF US WOULD BE ABLE TO INCREASE THE PORTION WE ALREADY PAY BY $100 TO $200 A MONTH TO HELP THE COMPANY MORE, BUT THE FULL EXPENCE BEING THRUST UPON US AT THIS AGE IS UNREALISTIC, IMORAL, AND UNETHICAL FOR A COMPANY TO DO TO IT'S LOYAL RETIRED EMPLOYEES.

Sincerely,

Tom Neuhauser
414 Morningside Dr.
Kokomo, Indiana 46901


RECEIVED FEB 17 2009 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK