February 6, 2009

The Honorable Judge Drain
1 Bowling Green
Courtroom 610
New York, NY 10004-1408

Re: Delphi Bankruptcy 05-44481 (RDD)

Your Honor,

For your consideration, everyone understands the economic situation is dire and the reasons for this motion for elimination of provision for health care to current and future Delphi retirees are understandable.

However, most of the current Delphi retirees were enticed by Delphi management to retire early. Over 10 years ago as a way to downsize corporations, a trend of offering early retirements to people swept across the American automotive industry. I watched many of my co-workers struggle with the decision to leave. The deciding factor for most of these employees was the promise that Delphi made to provide health care. So now that this has "bit them in the butt", Delphi is using the economic downturn to remove this promise.

Your Honor, Delphi is trying hard to resolve this bankruptcy; but they should be made to keep good on promises. This motion should be amended to affect only FUTURE retirees.

Thank you for your time.

Respectfully submitted,

Lois Ruthsatz



RECEIVED
FEB 17 2009
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK