February 9, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Honorable Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all Delphi Salaried Retirees

Dear Honorable Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are salaried retirees of Delphi Corporation (please note that hourly retirees are not affected by this cancellation of health benefits).

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the salaried retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009, giving us a mere twelve days to file our objections.

Many of the most recent retirees of Delphi were retired **BY** the company and **NOT** by the choice of the employee. We were given no decision to make, only told we would be retiring on a specific date. We had little time to prepare for retirement, and little time to adjust to a significantly reduced income before we were hit with this latest development (loss of health care) which will cause financial hardship for every retiree. It will have huge impacts not only on the retirees, but also every community where the retirees live.

With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans, have lost almost 40% of their savings. As you know, the cost of living has increased significantly in the last two years. This coupled with the loss of health care benefits would have a crippling effect on the lives of every salaried retiree of Delphi Corporation.

It is my belief that there are other ways to restructure the company and still retain health care for the salaried retirees. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a decreasing cost to the company as each of us reaches that 65 age milestone.

Please know that each of the 15,000 retirees who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009. Please help us.

## We ask you to REJECT this motion.

Sincerely yours,

Larry E. Wogoman
Delphi Salaried Retiree-37 years of loyal and dedicated service to GM/DELPHI
491 West Hayes St.
West Milton, Ohio 45383
Phone: (937) 698-3083


cc: General Counsel – Delphi Corporation
    Mr. John Wm. Butler Jr. – Skadden, Arps, Slate, Meagher, & Flom LLP
    Mr. Donald Bernstein and Mr. Brian Resnick – Davis, Polk, and Wardell
    Mr. Robert J. Rosenberg and Mr. Mark A. Broude – Latham & Watkins LLP
    Ms. Bonnie Steingart – Fried, Frank, Harris, Shriver & Jacobson LLP
    Mr. Brian Masumoto – Office of the United States Trustee