Hearing Date and Time: February 24, 2009 at 10:00 a.m. (prevailing Eastern Time)
Objection Deadline: February 17, 2009 at 4:00 p.m. (prevailing Eastern Time)

Jimmie Dallas Jr.
1119 Irving Way
Anderson, IN 46016
(765) 649-8300

Salaried Employee of Delphi Corporation
Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                            :
In re                                       :    Chapter 11
                                            :
DELPHI CORPORATION, et al.,                 :    Case No. 05-44481 (RDD)
                                            :
                        Debtors.            :    (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

LETTER TO CONTEST DELPHI'S MOTION FOR ORDER UNDER 11 U.S.C. §§ 105, 363(b)(1), AND 1108 CONFIRMING DEBTORS' AUTHORITY TO TERMINATE EMPLOYER-PAID POSTRETIREMENT HEALTH CARE BENEFITS AND EMPLOYER-PAID POST-RETIREMENT LIFE INSURANCE BENEFITS FOR CERTAIN (A) SALARIED EMPLOYEES AND (B) RETIREES AND THEIR SURVIVING SPOUSES ("SALARIED OPEB TERMINATION MOTION")

PRELIMINARY STATEMENT

I am a retired Delphi employee. I was forced into an early retirement in June of 2007 after 30 years with GM/AC Delco Systems and then Delphi because the local plants were being closed. As the court knows, Delphi Corp. filed a motion with the U.S. Bankruptcy Court to discontinue healthcare and life insurance coverage for retirees. The notice also stated my Retiree Health Reimbursement Account (RHRA) would be eliminated. This account was

established as part of the "deal" a couple of years ago when Delphi terminated health insurance coverage for retirees once they reach 65 years of age.

I am contesting this motion for the following reasons:

1) This is more than just a hardship on Salaried Retirees. The effect will be DEVASTATING! I hired into the Delco Remy Division of GM in 1978 after serving four years in the military to get the GI Bill so that I could afford college. People such as myself who were hired in the 70's and 80's were told by the company that we would receive health care coverage in retirement and therefore planned accordingly. My current net pension payment is $2832.82 per month. Maintaining my current level of benefits will cost over $1500 per month, which is more than half of my monthly income! My 401K value has dropped 35%+ this past year, and because I am only 58, I cannot afford to draw down on it, even if the penalties were waved. I do not wish to become a welfare recipient, but if this motion is allowed to go forward, there is a good chance that myself and many like me will be forced into that role.

2) The obligation Delphi has to provide health care coverage for retirees is time limited. Coverage for retirees is stopped when they reach age 65, and retirees hired after 1992 do not receive health care coverage in retirement at all. I fully understood Delphi's need to modify it's coverage for persons reaching age 65, and I accepted this change without protest because it made sound economic sense for the company to do so. However, my spouse is several years younger, and I anticipated that she would be covered until she reached age 65 as well. This sudden modification puts a terrible burden on my family.

3) After General Motors (GM) spun off Delphi, GM used high pressure, if not illegal tactics to force Delphi to sell some parts at a loss. I know this to be factual, because I worked in Finance and the

2

Sales and Marketing area for several years. These tactics undoubtedly contributed to Delphi's financial demise. National News Outlets reported this week that GM is considering the purchase of some Delphi Parts Manufacturing Plants. It would appear that Delphi is now attempting to eliminate its Salaried OPEB costs in an attempt to make those plants more attractive for GM to buy back. There is speculation that this was GM's and possibly Delphi's plan all along. Delphi's salaried employees should not be forced to pay the price for these immoral if not illegal tactics.

4) This is an atrocious action on the part of the Delphi upper management. It is morally unfair and unjust to those of us who dedicated so many years of our lives to make the company a success.

## SUMMARY

I am a retired financial Analyst who hired into the company under GM and have dedicated my working career to making GM and then Delphi the best company I could. At my Division, Finance folks were expected to work an average 50 hour week at no additional pay. We often altered plans and cancelled vacation days when called upon to do so. We rarely complained and did whatever was asked of us out of loyalty to the company, and an expectation that we were (in effect) working towards a comfortable stress free retirement in the future.

I understand that Delphi and the automotive industry are facing extremely difficult economic times. However, I question the accuracy of the financial picture being presented and the accuracy of the causes that Delphi assigns to them. There is also a terrible inequity in the sacrifices being asked of the various categories of employees.

3

If it is this easy to cancel our Healthcare and Life Insurance Benefits, I feel that it will only be a matter of time before our pensions are targeted as well.

I appreciate the court taking the time to consider my argument and respectfully ask that you issue an order not allowing Delphi to terminate our salaried benefits.

Dated: February 12, 2009

*Jimmie Dallas Jr.*

Jimmie Dallas Jr.
1119 Irving Way
Anderson, IN  46012
765-649-8300