February 9, 2009

The Honorable Robert D. Drain
United States Bankruptcy Court
For the Southern District of New York
One Bowling Green
Room 610
New York, New York 10004



Dear Sir:

My name is Dennis Robertson and I am a retired salary employee from Delphi Corporation. This letter is to object to the motion filed by Delphi to terminate employer paid post retirement health care benefits and life insurance benefits. I received a letter on Thursday, February 5, 2009 from Delphi stating they had petitioned the Bankruptcy Court to terminate health insurance and life insurance payments for retirees. IF the Bankruptcy Court rules in their (Delphi) favor this would be effective April 1, 2009.

I received another letter on Saturday, February 7, 2009 stating that as of April 1, 2009 this policy would go into effect. The way the letter was written implied it was already finalized.

I cannot help but think that the retired salary workers are ONCE AGAIN taking the brunt of the problems that Delphi is having. I say AGAIN because there have been several issues the salary workers have dealt with since the spin off from General Motors. At the start of the "NEW FORTUNE 500" company we were not given the option of returning to General Motors but had to stay with Delphi. However, the hourly workers were allowed to make this choice.

We were told that this "TOP NOTCH" company would be one of the leading parts suppliers in the world. We (salary and hourly) were given an initial option of purchasing stock in this company at approximately $18.00 per share. The stock never went above the purchase price and as you are aware it is now worth less than $.25 per share. Yet in their infinite wisdom of setting up this "TOP NOTCH FORTUNE 500" company, the powers to be, put in the contracts between General Motors and Delphi certain provisions in case this "NEW" company were to declare bankruptcy.

I find it strange that in establishing this new company that bankruptcy would even cross anyone's mind.

After filing for bankruptcy, the executives were given large bonuses to stay with Delphi so as to not lose their expertise. It is hard for me to understand why they wanted to keep these executives who led us down the path to bankruptcy in the first place. During the Chapter 11 bankruptcy, the regular salary employees ( not the executives) were given very small raises or no raises at all, however, the hourly employees continued to get their raises.

A couple of years ago Delphi announced it would be closing plants and offering early retirement to their employees. Once again, the hourly had the option of retiring under the Delphi Corporation or General Motors. The salary workers were not given this option.

If Delphi is allowed to terminate paying our health and life insurance, this will not only impose a terrible hardship on salary retirees, but also on hospitals, doctors, pharmacies, etc.

I realize in today's economy everyone has to cut spending as much as possible but I feel that Delphi as well as many other companies has taken advantage of their salary work force. Myself and many other fellow workers have worked for 30 plus years so we could retire and enjoy life. While we were working we were planning our future. Our plans were based on the promise that Delphi made to us concerning health care and life insurance. Now it appears that these promises mean nothing to Delphi and we have nowhere to turn.

I certainly hope you can see how poorly the salary workers have been treated. Any help or consideration regarding this matter that you can give the retired salary workers of Delphi would be greatly appreciated.

Sincerely,

Dennis Robertson
12071 Lewis Road
Clio, Michigan  48420