February 11, 2009

The Honorable Robert D. Drain
United States Bankruptcy Court
For the Southern District of New York
One Bowling Green
Room 610
New York, New York  10004

Your Honor:

My name is Timothy Kennedy, a retired Delphi Automotive salaried employee. I am sending this correspondence to formally object to the motion filed by Delphi Corp. to suspend company paid post-retirement health care and life insurance benefits.

Over the course of the last 25 years, the first line salaried workforce has been required numerous times to give up benefits in an effort to make the company (GM/Delphi) more viable:   in 1984 we gave up cost of living pay and increases; in 1990 (approx) we gave up a uniform subsidy; in the years 1995 to 1997, again in 2000 to 2003; and in 2006 pay raises were eliminated or frozen at less than the national COLA increase & our health care co-pays have increased to exceed those of our union counterparts.

And again the "company" is coming to you requesting that the salaried workforce (only) make sacrifices in excess of any other entity at the "company".

We are being asked to make these changes with virtually no warning and with little time to research our decision or plan for it financially.

I understand that the objective is to save the "company", however shouldn't the saving be spread across the entire workforce?  Shouldn't the group being requested to change have time to make informed adjustments in saving the company; shouldn't we be made more aware of the how's, why's, what's and when's of the company's future?

I only request that you give great consideration to the thousands of people this motion will affect.  Consider postponing the April 1st deadline, requiring

alternative scenarios be presented: 1 year phase in, larger co-pays, "company" subsidy for a certain period, or a combined reduction of health and life benefits for hourly and salaried retirees without elimination for either.

Respectfully,

Timothy M. Kennedy
7133 Russell Street
Genesee, Michigan  48437