United States Bankruptcy Court
One Bowling Green
New York, NY  10004

Attn: Judge Robert D. Drain

re: Delphi Corp Case # 05-44481
Document # 14705 to cancel OPEB
(health ins. benefits) for all retirees

Dear Judge Drain:

I am retiring from Delphi after 41 years, 11 months on 4-1-09. I have performed at the best of my ability & have been recognized for highly effective performance on almost every one of my annual appraisals. I have been faithful to Delphi & worked extra hours and weekends with no compensation because I care about my company. I took Delphi at their word when they told me I would have my basic life insurance for ever and health insurance until I qualified for Medicare. I felt like I had a contract with Delphi. Now it

appears I am the only party that thought we had a contract.

I OBJECT to document #14705 because it allows Delphi to walk away from the contract they had with me for all these years.

I STRONGLY OBJECT to the <u>totally</u> unacceptable amount of time they are giving me to get alternate insurance coverage. 7 weeks is ridiculous!! Sure, they are allowing me to purchase health care but at a staggering cost of $1,681/mo which is 44.1% of my <u>gross</u> retirement pay.

There are more reasonable ways to handle this:
1- if they must cancel my medical insurance give me a break on cost... such as 50% the cost of premiums for 6 months.
2- if they must cancel my basic life insurance, at least give me 50% of it at their cost.

I realize "Cash Flow" is critical but loyalty to a contract is even more important.

Please make Delphi look at other cost reductions before they lay this AWFUL burden on the retirees .... the people who built the business they are now running.

Thanks,

Joseph Staeuble

JOSEPH STAEUBLE
5067 GLENMINA DR
CENTERVILLE, OH
45440

937-313-4747