SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

And

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

DELPHI CORPORATION, et al                    Chapter 11
                                             Case No 05-44481  (RDD)

This is in response to the MOTION FOR ORDER UNDER 11 U.S.C.  105, 363(b)(1),
AND 1108 CONFIRMING DEBTOR'S AUTHORITY TO TERMINATE EMPLOYER-
PAID POST RETIREMENT HEALTH CARE BENEFITS AND EMPLOYER-PAID
POST-RETIREMENT LIFE INSURANCE BENEFITS FOR CERTAIN (A) SALARIED
EMPLOYEES AND (B) RETIREES AND THEIR SURVIVING SPOUSES, hereinafter
referred to as "SALARIED OPEB TERMINATION MOTION".

While I understand that Delphi Corporation has filed bankruptcy, and would like to
remain a viable entity in the global market, I wish to state my objections to their proposed
"Salaried Opeb Termination Motion".

If this Motion would be granted in whole, or in part, the result would create a great
hardship on my spouse, myself, and approximately 15,000 former employees.

When we left the corporation, it was with the understanding that our health care and life
insurance benefits would be continued.  To eliminate them now while we have no
opportunity for employment with the said corporation, or other employers, to help pay for
these added costs in retirement is unconscionable.

We respectfully request that the Court enter an order denying Delphi Corporation's (the
Debtors) Motion to terminate Salaried OPEB.

Thank you for your consideration in this matter.

Robert L. Cline                              Barbara L.Cline, Spouse