12 Feb 09

To:

From: Roy Anthony Bates

Subject: Cancellation of Retiree's Medical and Life Insurance

RECEIVED
FEB 17 2009
U.S. BANKRUPTCY COURT, SDNY

1. Please do not allow this process to continue as it will cause undue Hardship on all employees.

2. Thank You For Your Help and God Bless You and General Motors.

ROY ANTHONY DOSTER

Respectfully,

Roy Anthony Bates