Richard E. Glaze
1037 Gray Squirrel
Pendleton, IN 46064
Delphi Retire Salaried Employee
765-778-2877

February 13 , 2009

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004
Honorable Chief Judge Bernstein

Dear: Honorable Chief Judge Bernstein

    Your Honor, I 'am writing this letter of **objection** to the courts motion on Case No. **05-4481** chapter 11 bankruptcy filed by the** Delphi Corporation.
    On behave of all the Delphi Salaried employees and myself I'am requesting that the motion for order to terminate employer-paid post retirement health care benefits and employer-paid post-retirement life insurance benefits **not be terminated**. This will put undue hardship on me and other retired salaried employee.
    As an GM/Delphi employee for 21 years I made a co-payment for health and life insurance with the under standing that this would be there in retirement ,part of this health care and life insurance was paid be the Delphi employees.

    Respectfully, yours

*R. Richard Glaze*
Richard Glaze
Delphi Retiree

RECEIVED
FEB 17 2009
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK