February 11, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections.

As a retiree who had been with Delphi for 34+ years, I feel that such a Draconian measure would be cruel to the most vulnerable block of people who, at this stage of life, do not have the option of getting another job to be able to buy their health insurance, if they can even buy health insurance due to the current state of their health. As it is, each day another group of retirees reaches the age of 65 at which time, Delphi no longer provides them with health care assistance. Delphi has also stated that it will no longer give future retirees this coverage so; their obligation shrinks on a daily basis.

Is it not possible for the company to offer the option of, perhaps, increasing our health care premiums instead of eliminating coverage completely? That method would be far less crippling than a total elimination. At the age of most retirees, many of us have pre existing health conditions as well. This may preclude us from even getting coverage at all on the open market. According to the self pay schedule that we received from Delphi, my personal cost for self pay would be approximately three quarters of the total amount of my pension, leaving precious little to live on after my premiums are paid.

With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans have lost at least 40% of their savings. As you know, the cost of living has increased significantly in the last two years. This coupled with the loss of

health care benefits would have a devastating effect on the lives of every retiree of Delphi Corporation.

Please know that each of the 15,000 retirees who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

## We ask you to REJECT this motion.

Sincerely yours,

John M. Sova
2260 Cornerstone Dr.
Cortland, Ohio 44410
1-330-638-5695