February 11, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Honorable Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 8, 2005
Document # 14705 to Cancel OPEB (Health Insurance Benefits) for all Retirees

Dear Judge Drain:
I am writing to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking your court to cancel health insurance benefits (OPEB) for over 15,000 retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

Delphi's document was filed without any prior warning to current employees and retirees of Delphi Corporation and became known to us via letter on February 5, 2009 with twelve days to file our objections.

Many of the most recent retirees of Delphi were retired **BY** the company and **NOT** by the choice of the employee. They were given no decision to make, just told they would be retiring on a specific date. They had little time to prepare for retirement, and little time to adjust to a significantly reduced income before they were hit with this latest development (loss of health care) which will cause financial hardship for every retiree. It will have huge impacts not only on the retirees and soon-to-retire, but also every community where retirees live.

It is my belief that there are other ways to restructure the company and still retain health care for retirees. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a decreasing cost to the company as each of us reaches that 65 age milestone.

Health care benefits in retirement, along with employee pension benefits, were for many many years, a crucial component of the GM/Delphi salaried employees' employment agreements with Delphi. To treat these costs as unwanted or outdated liabilities belittles the years of hard work we did for GM and Delphi.

We wonder why more effort was not taken to ask GM to help with these benefits as was done with the UAW represented employees. Most current retirees worked over 25 years with GM before Delphi was created.

Please know that each of the 15,000 + retirees and soon-to-retire, who will be negatively impacted by this action, will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

# We ask you to REJECT this motion.

Sincerely yours,
Peter D. Schlachter
11 Barons Rd.
Rochester, NY 14617
(585) 266-7841