February 11, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

**Ref:**
**Delphi Corp Case # 05-44481 filed October 5, 2005**
**Document # 14705 to cancel OPEB (health insurance benefits) for all retirees**

**Dear Judge Drain:**

This purpose of this letter is to express my *objection* with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

Document #14705 was filed with no previous warning to any of the retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009. I worked 37 years for General Motors & Delphi, and now I only have twelve days to file my objections.

My wife and I are retired, living on a fixed income. Due to the current state of the economy, our IRA has lost 23% of its value. This coupled with the impending loss of health care benefits will have an adverse effect on our family's household income. My divorced daughter Jennifer is having an extremely difficult time finding a 40-hour a week (full time) job. She needs to make about $30,000 per year to support herself and her two children, but in a good year she only makes $12,000 with part time jobs. That income, coupled with $5000 a year in child support is not enough to provide for herself and her two kids. Because of the impossibility of finding a full-time job, *my daughter Jennifer and her two children have been living with us for about a year,*

I can easily forecast that many more children will be living with their retired parents in the future because of the economy, and the fact that US companies exported most of the good paying manufacturing jobs overseas.

Please consider that your approval of Delphi's Document #14705 will negatively impact our family. **Please REJECT this motion.**

Sincerely yours,

*Richard A. Natoli*

Richard A. Natoli
7 Cherokee Drive
Girard, Ohio 44420
330-545-4576