To: Judge Robert D. Drain                                    Feb. 11, 2009
Ref: Delphi Corp
     Case # 05-44481
     Doc # 14705

I am a salaried retiree from Delphi Corp effective 2/1/01. I began my employment at GM 6/14/65. Considering the GM/Delphi spinoff in 1999, I worked about 34 years at GM and about 1½ years at Delphi.

I understand the difficulties now in place for the entire country, auto industry, and individual companies like GM and Delphi. But I do not agree that the Delphi-proposed changes to salaried retirees are fair or appropriate, especially when impacted retirees spent most of their years working for GM, not Delphi.

Many salaried retiree decisions were made based on GM/Delphi commitments, retirement offers, buyout offers, separation offers. Now the benefit changes that Delphi is proposing reverses their word and responsibilities, thus imposing huge hardships on this class of salaried retired employees. Our opportunity to obtain significant re-employment, in order to mitigate these proposed changes, is practically non-existent.

These proposed changes are especially difficult for retirees/spouses who have not reached Medicare-eligible age and who would have to obtain the much more expensive health care coverage from independent insurance providers.

I hope you are able to consider some of my thoughts, and I thank you for your time.

Sincerely,

John M. Keegan
8475 Squirrel Hill Dr.
Warren, Ohio 44484