RECEIVED FEB 17 2009 U.S. BANKRUPTCY COURT, SDNY

February 11, 2009

Honorable Robert D. Drain
United States Bankruptcy Court for the Southern
District of New York
One Bowling Green
Room 610
New York, New York 10004

Re: Delphi Corporation, Chapter 11, Case No. 05-4481 (RDD) in the Notice of Motion for Order Under 11 U.S. C 105,363(b)(1), and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Post Retirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses

Dear Honorable Drain:

As a retired salaried employee of General Motors for 32 years, I have several things I would like to address with you.

First of all I was sold from General Motors to Delco Remy America. When a forced retirement was given to me, Delco Remy America officials, along with General Motors said my benefit package would come from General Motors. To my surprise, when my first check arrived, it was from Delphi Corporation. I did not work for Delphi even one day. Why in the world would I, or should I, even be involved with this Post Retirement Health Care issue?

Secondly, I wish to object to the motion to terminate Employee-Paid Post Retirement Health Care Benefits and Employee-Paid Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and their Surviving Spouses. I made my decision for early retirement based on the financial commitment my employers General Motors and Delco Remy America made

concerning pension and post-retirement health care benefits.

This will put a financial hardship on me and my family. Had I known I would lose any of these post-retirement benefits, I would not have chosen to retire. These financial factors greatly influenced my decision. If my employer, (now), Delphi, is given the opportunity to cancel my post-retirement health care and life insurance, then why can't I also cancel my retirement and be placed back in the active employment rolls of General Motors, where I came from?

Thirdly, I also object to this motion, if approved, is that a very short period of time has been given to obtain health and life insurance on my own. These are major decisions and a very short time to research plans and costs associated to make an informed decision.

In closing, for many years throughout this process, a huge inequity exists in the treatment between salaried and hourly workforce employees. Salaried employees have constantly been deprived of their benefits, without any recourse. What if hourly workers were made to do the same, or a portion, to help eliminate all of this falling on the backs of salaried people?

I am deeply disappointed with my employer. I always believed that their belief was that the workforce was their greatest resource. Pushing cost reduction down the throats of the men and women of the salaried workforce is not fair or ethical.

Sincerely, for your time,

Stephen D. Hudson
580 Lakeview Lane
Cicero, IN 46034
765-623-0568