

February 12, 2009

Dear Sir or Madam:

I am writing to express my opposition to debtor Delphi Corporation's request to discontinue healthcare and insurance benefits for its retired salary employees. It is specifically in regard to Case #05-44481.

I understand Delphi's need to find ways to reduce their financial burden, but to transfer that burden onto thousands of people who have limited resources is devastating. All worked their entire work life with Delphi with the confidence that their medical benefit would be intact when they retired. This comes at a time when that benefit is critical for an aging population of retirees. In many cases people with pre-existing conditions will be unable to find comparable coverage if any at all.

I respectfully request that our interests be protected by the court.

Sincerely,

Greg A. Wall
2907 Tumbleweed Dr.
Kokomo, IN 46901-7004
(765) 459-9255
Retired effective December 1, 2008 from Delphi Electronics & Safety