February 11, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Honorable Judge Robert D. Drain

**Ref: Delphi Corp Case # 05-44481 filed October 8, 2005**
**Document # 14705 to <u>Cancel</u> OPEB (Health Insurance Benefits) for all Retirees**

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

Please note that this letter is an <u>OBJECTION</u> to that document and file it as a motion to object to document #14705.

My reasons for objecting are:
- Extremely short amount of time in which to understand this issue and respond effectively
- Obvious financial impact upon my family as a recent Delphi salaried retiree. This certainly impacts my ability to spend to help our country out of the current economic conditions.
- The fact that Delphi salaried retiree's are being imposed with a disproportionate amount of the sacrifice required for Delphi to emerge from bankruptcy. **<u>With the "bailout" discussions between GM/UAW and Congress as well as the GM/Delphi relationship, the burden on Delphi salaried employees is unequal</u>**. As compared to Delphi hourly employees, the salaried employees:
    - Did not receive COLA for 10+ years. This was supposed to be replaced with a merit fund which was comparable to union contractual raises and their continuing COLA, but this did not happen.
    - Incurred complete loss of Delphi stock value in our 401K's.
    - Incurred complete loss of income from Delphi stock options which were granted in lieu of merit raises for some years
    - Have already been paying for a portion of our benefits for 10+ years
    - Have already been told that Delphi-paid insurance benefits would end at age 65.
    I understand that salaried employees usually make more money than hourly, but also work overtime without pay, etc – different jobs, different expectations, and different pay.

It is my understanding that the GM salaried pension fund is over-funded by an amount greater than the current under-funding of the Delphi salaried pension fund. Since all Delphi retirees worked for GM for the majority of our careers, I believe that there is an obligation from GM.

It is my belief that there are other ways to restructure Delphi and still retain health care for retirees. Please know that each of the 15,000 plus retirees and soon-to-retire who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

We ask you to REJECT this motion.

Sincerely yours,

Thomas S Rose
123 Lamplighter Trail
Dayton, OH    45429
(937) 433-2311