Honorable Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
Debtors: Delphi Corporation
Case Number: 05-44481

February 13th, 2009

Dear Sir:

RECEIVED FEB 17 2009 U.S. BANKRUPTCY COURT, SDNY

Thank you for taking time to read my letter. I'll try to be brief.

I was called at home on Tuesday, February 10th, by a friend informing me about an article in our daily newspaper reporting Delphi Corporation was filing a petition to eliminate life and health care benefits from Delphi retirees. That evening I received a copy of the petition by Fed Ex.

While I understand the dilemma of Delphi Corporation, I am disappointed to learn that Delphi, once again, chose to take from the salaried ranks first and in this case, retirees.

I have 2 major concerns:
First, we retirees are not being given enough time to unite, explore, and present all options that might have a bearing on your decision.
Second, we retirees might have, through the voice of a committee, an opportunity to present alternatives to a complete wipe out of our benefits.

I did not ask to retire. I was offered an opportunity to retire with a package that included life and health care benefits. Three months after retiring this benefit is being asked of you to remove it from my package without either of my concerns being met. I did not plan on paying for life and health insurance needs. I did not think about trying to get another job to pay for these necessities. Why retire if this is to be the option.

Please, sir, _at the very least_, reconsider the time frame for presenting objections and ask Delphi to sit down with representatives of the retirees group to explore other options. All I am asking is an opportunity for the little man to be heard.

The only negative thought I can't escape is that Delphi isn't working hard enough to get out of bankruptcy but rather looking for ways to simply cut costs. At the end of the year some upper level management people might get bonuses for what appears to be improvements when in actuality it is what they took away from their employees. Their bonuses would be my life and health care benefits.

Thanks for your patience in reading my letter.

Sincerely,
Dwight E. Casler, Jr.
4208 South 100 East
Kokomo, Indiana 46902

*Dwight E Casler, Jr.*