February 10, 2009

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Attention:    Honorable Robert D. Drain, Judge (Presiding)

Subject:    Delphi Corporation, Case #05-44481 (RDD), Hearing: Feb. 24, 2009, (40th Omnibus Hearing)

Dear Judge Drain:

I am writing this letter to appeal to you on behalf of myself and the thousands of other Delphi Corporation salaried retirees and current salaried employees not approve Delphi's request to eliminate our benefits.

I worked 33 years for those benefits and my pension. Delphi made promises that we would not have to worry about these benefits and now they turn around slap us in the face by petitioning your court to eliminate them. They've taken care of the hourly employees and retirees nicely, but since we are salaried and not represented by a union they think they can do anything they want to.

I am 62 years old and it will cost me over $1,000 a month to replace the health insurance I have currently for me and my spouse. That doesn't include dental, vision, and life insurance. Delphi should not be able to completely eliminate all of our benefits. They should offer us something in return—at the very least a lump sum to continue some of our benefits.

Please ask yourself what you would do if all your benefits in retirement were eliminated. Our financial lives are in your hands. Please do the right thing and retain our retirement benefits. Give us some dignity to hold onto.

Sincerely,

*Kathleen Tomasik*

Kathleen Tomasik
Delphi Retiree



