*CHAPTER 11*

*CASE NO. 05-44481 (RDD)*

February 14, 2009

To : Honorable Robert D. Drain, US Bankruptcy Judge

Court Room 610

One Bowling Green

New York, NY 10004-1408

This is in response to the motion filed by Delphi Corporation to terminate health care and life insurance benefits for retirees and retirees with disabilities. Your honor it is with concerns from many individuals that these terminations will cause undue hardships and financial difficulties for those who spent their life at GM on agreements and promises made to persuade people to stay with the company. GM is now receiving monies from the government to remain viable and have negated their responsibilities to their retired employees through the spin-off of Delphi, in which they still hold a controlling interest.

Following are two stories of employees who stayed with the company because of promises made:

Mr. Ed Van Antwerp, who left a good job at Whirlpool to work for GM in 1986 because of enticements promised by GM to get him as an employee in the corporation. Ed left Delphi in 2002 due to heart problems. He received a medical retirement and was forced to leave the company with restrictions imposed on his life and welfare. He has been following the guidelines which had been given to him by Delphi and now they want to change his life once again by eliminating his healthcare and life insurance which destabilizes his welfare and he becomes a liability of the welfare system. He objects to the motion as all others do in this situation that causes them undue hardships at this stage of their life.

                                      Signed Edward J. Van Antwerp

Mr. Richard C. Bailey began working for Inland Division of GM in 1965 and left in 1967 for military leave, he returned in 1971 to continue his career with GM. He attended college on the GI Bill to improve his abilities within the company and had the opportunity to leave in 1973 after an offer to work for the US government but choose to stay with the company because it was deemed as a good place to work with benefits. In 1984 he assumed the responsibilities of a welding engineer and worked in Mexico for seven years before returning to Dayton, Ohio in 1991 after successful completion of establishing a welding department and training Mexican Nationals for GM. He retired in 2001 with thirty-one years at GM and two years at Delphi and should be considered a GM employee who still has benefits. He also worked as a union member before becoming salary which was required before he could accept a better job within the company. Union members will keep their benefits with this motion that Delphi is presenting to the court. He has also been back to work for Delphi on five different occasions, the latest at Delphi Kettering for two years and the last year working in Mexico on transfer of equipment and training to Nationals.



                                       Signed Richard C. Bailey

In summary Delphi should not be allowed to withdraw its obligations to former employees who have dedicated their lives to benefit the company. At least they should not be given the opportunity to rush through this without giving its former employees a chance for a rebuttal. Delphi will also benefit from the taxpayer's money given to GM through the "bailout". Do the right thing for the people who have trusted this company

Addresses:

Richard C. Bailey                    Edward J. Van Antwerp

2048 Silvan Cliff Rd.                502 Underhill Place

Vandalia, Ohio 45377                 Evansville, Indiana 47711

*[signatures]*