February 10, 2009

Honorable Robert D Drain
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
Room 610
New York, New York 10004

Subject: Delphi Corporation motion to terminate employer paid post retirement health care benefits

Please accept this as my objection to the above motion. I object for the following reasons:

(1) Insufficient notification was given thereby denying us an opportunity to address this motion through legal representation. Denial of due process
(2) The motion in itself causes undue hardship on those with the least ability to absorb the impact of this motion., i.e. retirees on a fixed income
(3) The corporation has implied by its brochures, literature & etc that FULL BENEFITS would be provided to employees that achieved certain milestones such as length of service.
(4) The Financial Planning Services option provided by Delphi Corporation failed to provide an alternative investment option based on termination of benefits.
(5) GM is known to be in the process of reacquiring all or part of Delphi Corporation. This motion initiates a "Quid Pro Quo" action to provide a severance package for Delphi Management at the expense of "Retirees".

I feel that a more equitable proposal would be the termination of all spousal benefits and retiree term life insurance. I reason that spouses did not make a contribution to Delphi and therefore should not receive benefits. Likewise term life insurance will not directly benefit the retiree and could be terminated. However, Full Benefits should be retained by the retiree that achieved the full service milestone.

Sincerely,

Richard Haddrill
880 Aspen Drive
Rochester, Michigan 48307
248 842 9674
Delphi Saginaw Steering Retiree

Cc Delphi Corporation,  Att'n General Counsel
   Skadden, Arps, Slate, Meagher & Flom LLP, Att'n John Wm. Butler, Jr
   Davis Polk & Wardwell, Att'n Donald Bernstein & Brian Resnick
   Latham & Watkins LLP, Att'n Robert J. Rosenberg & Mark A. Broude
   Fried, Frank, Harris, Shriver & Johnson LLP Att'n Bonnie Steingart
   Office of the United States Trustee for Southern District of New York Att'n Brian Masumoto