February 16, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 1004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case #05-44481 filed October 5, 2005
Document #14705 to cancel OPEB (health insurance benefits for all retirees)

Honorable Judge Drain,

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation., and their surviving spouses.

**PLEASE NOTE THAT THIS LETTER IS AN OBJECTION TO THAT DOCUMENT AND I ASK THAT IT BE FILED AS A MOTION TO OBJECT TO DOCUMENT # 14705**

After thirty (30) years of loyalty to the Corporation as a salaried employee and in regularly purchasing vehicles manufactured by the Corporation, the request to terminate health and insurance benefits for over 15,000 retirees and their surviving spouses is a stunning blow. Delphi has chosen to terminate these benefits simply because they are not willing to deal with a union that has a mighty hand, and yields its power with selfish regard.

With the current state of the economy, retirees who had saved for their retirement in their Stock Savings Plans have lost almost 40% of their savings. The cost of living has increased significantly in the last two years. This, coupled with the loss of health care benefits will have a crippling effect on the lives of every Delphi retiree.

I believe that your decision will impact not only the current retirees but our country as a whole for many years to come. The "trickle down effect" of health care concerns and costs on our economy will be astronomical. The result of not being able to afford health insurance, medications, physical therapy and even end of life care will require dependence on socially sponsored government programs that our children, grandchildren and great-grandchildren will ultimately be footing the bill for.

My monthly pension is currently $1938.49 - the supplemental information sent by Delphi states that I will be able to independently continue my coverage at the cost of $1300.00 per month. I will be eligible for Medicare in 1.5 years. How do I live on $638.49 per month for the next 1.5 years? My "restructuring" plan does not include sending notice to my bank that as of April 1,2009 I will no longer pay my $368.62 mortgage. My plan is to tighten my belt a bit more but to continue to honor my commitment to pay my dues. Delphi needs to fulfill their commitment to their retirees.

**WE RESPECTFULLY REQUEST THAT YOU REJECT THIS MOTION.**

Thank you,

Dennis F. Grady
304 Mary Circle
McCormick, SC 29835

RECEIVED
FEB 17 2009
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK