Honorable Robert D. Drain,

This letter is in response to a letter that I received from the attorneys representing Delphi Corporation in their bankruptcy procedures. This letter states that my retirement benefits would cease if you ruled in their favor. I strongly contest this termination of my health care ins, life ins etc.

When I retired in 2001 from Delphi Corp., Kokomo, IN., I was presented my pension & benefits package & I budgeted my spending to support my present life style any change to either my benefits or pension would adversely affect my family.

Judge, do the right thing & rule against this termination of my retirement benefits!

Sincerly,

Ronnie J. Rlinyon
4007 Independence Dr.
Kokomo, IN. 46902


RECEIVED
FEB 17 2009
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK