February 12, 2009

Tom Neuhauser
414 Morningside Dr.
Kokomo, In. 46901

Subject: Case # 05-44481 Debtor Delphi Corp.

Attn: Honorable Robert D. Drain

I retired October of 2000 after working for General Motors for thirty years and Delphi for five years after General Motors spun off Delphi.

I was told that I would have medical benefits for my retirement package. My living expenses were based upon figures given to me in my retirement package.

The added expense of medical coverage will take most of my pension each month. At my age, and with the conditions of the economy it will be extremely difficult to locate a job that will provide the needed income to cover this added expense.

Please do not allow Delphi to take away my medical benefits.

Sincerely,

Tom Neuhauser
Tom Neuhauser

