Date: February 10, 2009

Subject: Delphi Corp. Case # 05-44481 filed October 5, 2005
Motion to **OBJECT** to document #14705 to cancel OPEB for all retirees

To: Honorable Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

    This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to allow Delphi to cease funding of the previously employer paid portion of certain OPEB benefits. The benefits are health, dental, vision, and life insurance. **The huge concern is the health benefits.** If the court approves Delphi's document, retirees will be asked to pay 100% of the premiums to keep existing benefits, or look elsewhere. **Due to the high cost of health care for older people, especially those with pre-existing conditions, I predict approval of Delphi's request will bankrupt a large portion of retirees.** Please consider the following:

1 – The annual cost of health care for my wife and I for 2009 (without dental, vision, or life insurance) as previously provided to me during the Delphi 2009 enrollment process was $1,010.28. The Delphi National Benefits Center website indicates the 2009 self pay rate will be $15,984.00! **This is an annual cost increase of almost $15,000.** Retirees are already on significantly reduced income, making the premium cost increase impossible for most to pay.

2 – Many retirees will look at health care options other than Delphi's, but if retirees have pre-existing conditions, they may not be able to obtain health coverage elsewhere.

3 – **The combination of high premiums and pre-existing conditions will most likely leave many retirees without health care coverage until reaching Medicare age. The result of this situation will be devastating to those retirees having serious health problems.**

4 – I have to believe there are other ways to restructure the company to allow the 15,000 salaried retirees potentially affected to retain health care benefits. This is especially true given the 15,000 retirees represent a small portion of the global workforce and will move to Medicare at age 65, thereby freeing Delphi of health care funding. Also, this is the last group of employees receiving retirement health benefits by Delphi as employees hired after 1992 do not have health benefits provided by Delphi upon retirement. The above indicate retiree health care benefits funded by Delphi will automatically decrease over time without the devastating proposal of document # 14705. Note also the large group of UAW retirees were not mentioned in this proposal, only salaried retirees.

5 – Additionally, I have a difficulty rationalizing the 2009 amount of self pay we retirees are asked to provide for health care. The OPEB notice I received in the mail states under

section 34 Basis For Relief "The proposed terminations will achieve a cumulative cash savings to the Debtors of approximately $200,000,000 for the period from 2009 through 2011". This equates to approximately $67,000,000 per year or approximately $4,500 per retiree annually. The chart below for health care only (no dental, vision, or life insurance) based on my history starting in 2005 indicates an estimated self pay cost for 2009 around $5,400, NOT $15,984 as Delphi's National Benefit Center website indicates! In summary, two factors indicate my self pay health care costs for 2009 should be somewhere around $5,000. One factor is Delphi's statement in the OPEB mailing (calculated at approximately $4,500), and the other factor is my history chart shown below (estimated at approximately $5,400). I realize my basis is for employee and spouse. Some retirees will have no spouse (thereby lower costs), but some will also have children dependents (thereby higher costs). I also noted from Delphi's National Benefit Center website the lowest annual health care self pay for all sites listed is about 50% of my situation, still not explaining the large discrepancy between approximately $5,000 expected and $15,984 self pay Delphi proposed costs. **Should you ask an independent firm to audit Delphi's proposed 2009 self pay costs?**

A – History Information regarding my health care:

| Year | Annual Price | My Contribution | Annual Price vs. My Contribution |
|---|---|---|---|
| 2005 | $4,344.00 | $816.00 | 5.32 times |
| 2006 | $4,344.00 | $816.00 | 5.32 times |
| 2007 | no info | $960.00 | ?? |
| 2008 | no info | $960.00 | ?? |
| 2009 | no info | $1,010.28 | ?? |

Note for 2007, 2008, and 2009 Delphi changed the option enrollment information and did not provide the annual price information.

B -- Comparing 2009 estimated full program costs vs. Delphi proposed self pay costs:
2009 estimated cost = approximately $5,400   (($1,010.28 / $816.00) x $4,344.00)
**2009 Delphi proposed = $15,984.00   OR   15.82 times my 2009 contribution enrollment statement!**

6 -- We retirees are being told the National Benefit Center must receive self payment by March 27, leaving not nearly enough time to pursue other options.

**I ask you to please consider the huge negative impact this proposal will have on the 15,000 salaried retirees, and REJECT document #14705.**

Respectfully,

*Larry W. McCormick*

Larry W. McCormick
12395 Paseo Lindo Dr.
El Paso, TX   79928
(915) 856-0421 Home Phone