February 11, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel MY health insurance benefits (OPEB) and for over 15,000 salaried people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning and was only made known to me via letter on February 5, 2009 and gave me a mere twelve days to file my objections. That letter also made it look like a "done deal" that I would lose my insurance and I should not even waste my time objecting.

When you work 36+ years for a company (General Motors/Delphi) as one of their loyal salaried employees and retire with medical benefits, and shortly there after get suddenly told that it will cost you $22,377 a year to pay for medical coverage in 6 weeks it is appalling. Yes we have a daughter who is on our insurance as "total and permanent disability" due to mental illness.

With the current state of the economy, retirees like me who had saved for retirement in their Stock Savings Plans, have lost almost 40% of their savings. As you know, the cost of living has increased significantly in the last two years. This coupled with the loss of health care benefits will have a crippling effect.

It is my belief that there are other ways to restructure the company and still retain health care for retirees. Health care benefits are currently scheduled to stop at the age of 65 for all salaried retirees. This cost is a decreasing cost to the company as each of us reaches that 65 age milestone.

Please don't have a hand in allowing Delphi, which seems to have plenty of money to pay lawyers, screw their salaried employees; because a year or two from now these managers will be asking for bonus because they did such a great job.

Please know that each of the 15,000 retirees who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

**We ask you to REJECT this motion.**

Sincerely yours,

Gregory L. Raterman
9249 London Rd.
Orient, Ohio 43146
1.614.877.3850 phone