February 9, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn:  Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my **objection** to the petition filed with Document #14705
filed by Delphi Corporation on February 4, 2009 asking the court to cancel health
insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi
Corporation.
Many of the retirees from Delphi were encouraged to retire **BY** Delphi and **NOT**
provided a choice.  Others made the decision thinking it was in the mutual best interest of
the company.  Every employee who retired under a specific "window" left their jobs at
the company's request. All left with an expectation of maintaining health care benefits.

Now, Delphi retirees are being hit with this latest development (loss of health care) which
will cause financial hardship for _every_ retiree.  It will have huge impacts not only on the
retirees' income but possibly our insurability. The entire savings for Delphi from this
decision is being paid by the retirees! That is unfair and age biased.

Everyone understands the state of the economy is driving this petition by Delphi BUT the
sacrifice must be shared by all employees receiving health care benefits not just the
15,000 current retirees! If the burden is spread over the entire employee base and each
person pays somewhat more, that makes more sense and can give a similar savings. I just
received the cost information to continue my medical coverage. Where I now pay **$100
per month**, the new monthly cost will be **$1332 for medical ONLY**!!!

Please know that each of the 15,000 retirees who will be negatively impacted by this
action will be looking to you to consider them when making the decision concerning
Document #14705 dated February 4, 2009.
**We ask you to REJECT this motion.**

Joseph F. Schrantz

5921 Via Robles
El Paso, Texas 79912