February 12, 2009

Roy W. Smith
3705 Swigart Rd
Dayton, Ohio 45440



Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Ref:
Delphi Corporation, et al., Chapter 11 Case No. 05-44481 (RDD) filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections.

Many of the most recent retirees of Delphi were retired **BY** the company and **NOT** by the choice of the employee. We were given no decision to make, just told we would be retiring on a specific date. The loss of health care will cause financial hardship for every retiree. It will have huge impacts not only on the retirees, but also every community where retirees live.

It is difficult for the retirees to respond to this motion - in the time allocated. We have had no one authorized to represent the retirees and their spouses during the bankruptcy process. Delphi dropped a bomb on us. We are frantically seeking counsel to protect our rights. Therefore, we are asking for additional time (30-120 days) before you rule on Delphi's motion. We are asking that the Honorable Judge Drain appoint a Committee to represent the Retired Employees' interest. It is obvious that Delphi has plenty of time to prepare for their motion to terminate the retirees' health and life insurance benefits.

I am not a lawyer and please excuse my attempt but I found an excerpt that stated that in "Section 1114 of the bankruptcy code requires that a company in chapter 11 bankruptcy continue paying retiree benefits throughout the bankruptcy process unless the Court grants it the right to modify the benefits or unless agreed upon by the retirees' representatives. To provide a mechanism for the retirees to negotiate with the company in bankruptcy, Section

1 of 3

1114 mandates that a Retiree Committee be formed. " At this time, we do not have a Retiree Committee

Since Delphi's bankruptcy only includes the North American Operation's – Delphi is only basing this motion on GM's 2009 North American car sales. Delphi is a Global Company that sell products to all of the major Automobile Manufacturers. Additionally, Delphi has other non-automotive divisions, and these metrics are not included in their analysis for survival. Furthermore, a number of the North American retirees helped GM and Delphi set up these Global Operations. Yet, Delphi used these employees to move their Operations across the globe and now Delphi eliminates their health care and life insurance benefits as repayment.

When I was an active Salary Employee - I signed an acknowledgement letter that I read Delphi's "Foundation for Excellence Business Conduct Standards". I abided by these guidelines. Unfortunately, Delphi did not abide to their guidelines. "Integrity - We hold ourselves accountable to the highest standards of conduct relative to our broadest corporate responsibilities to society as a whole. We are dedicated to complying fully with the letter and spirit of the laws, regulations and ethical principles that govern us. We voice concerns when we believe Delphi or fellow employees are acting contrary to existing policies."

Please know that each of the 15,000 retirees who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

**We ask you to Delay this motion and appoint a Retiree Committee to represent the retirees and their spouses.**

Sincerely yours,

*[signature]*

Roy W. Smith
3705 Swigart Rd
Dayton, Ohio 45440

CC:
Delphi Corporation
Att'n: General Counsel
5725 Delphi Drive
Troy Michigan 48098

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
Ron E. Meisler

- and -
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti
Thomas J. Matz

Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017
Att'n: Donald Bernstein and Brian Resnick

Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Att'n: Robert J. Rosenberg and Mark A. Broude

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
Att'n: Bonnie Steingart

Office of the United States Trustee for the Southern District of New York
33 Whitehall Street Suite 2100
New York, New York 1004
Att'n: Brian Masumoto


**Attachment:**
**Delphi's "FOUNDATION FOR EXCELLENCE** BUSINESS CONDUCT STANDARDS" Approved: January 10, 2007"

# DELPHI

# FOUNDATION FOR EXCELLENCE

*BUSINESS CONDUCT STANDARDS*

Approved: January 10, 2007