February 9, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to allow authorization for Delphi executives to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections.

Many of the most recent retirees of Delphi were retired **BY** the company and **NOT** by the choice of the employee. They were given no decision to make, just told they would be retiring on a specific date. They had little time to prepare for retirement, and little time to adjust to a significantly reduced income before they were hit with this latest development (loss of health care) which will cause financial hardship for every retiree. It will have huge impacts not only on the retirees, but also every community where retirees live.

I personally had planned to work at Delphi until I was 62 but when faced with continuing reductions of benefits, increased responsibilities, and a *significantly* increased level of personal danger, to the point of fear for my life, (I was working in Juarez, Mexico) I decided to accept the offer for retirement at age 55 1/2.

With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans, have lost almost 40% of their savings. As you know, the cost of living has increased significantly in the last two years. This coupled with the loss of health care benefits would have a crippling effect on the lives of every retiree of Delphi Corporation.
It is my belief that there are other ways to restructure the company and still retain health care for retirees. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a decreasing cost to the company as each of us reaches that 65 age milestone.

Throughout the 40+ months of operating in bankruptcy the executives of the company continued to receive large bonuses, and they even provided some token bonuses for the lower level workers. Of course, these bonuses were made with borrowed money. The bonuses I received during the time we were operating in bankruptcy were the largest I ever received during my 30 years with the company.

The executives that received those bonuses (some of which were more than 20 times that of the lower level employees) now look to hide behind the disclaimers that have become so mundane in the past that they were taken for granted to be inconsequential. These same executives are the people responsible for the ruin of the company financially, and are now ruining the lives of the retirees.

The wording they use in the notice as a basis for terminating these benefits is "The Debtors acknowledge that the actions proposed by the Debtors in this Motion will impose real hardship on the former beneficiaries of these terminated programs. However, the Debtors' recognition of such hardships....regretfully provides no business justification or legal basis for the Debtors to continue these programs..."

I contend that while there are no legal or business justifications, the moral obligation to we former employees is greater than the lack of legal or business justifications. We have always been provided with these benefits and have certainly made more than our fair share of sacrifices through the years in order to keep them after we retire.

We have paid for our own benefits while the union workers have been protected from such costs. We paid a share of the premiums for our health care benefits while we were working, we sacrificed our stock savings benefits, we endured years without merit

increases. All the while the union employees were protected from these sacrifices.

The Salaried Pension Fund has gone under-funded while the hourly fund has been protected. Now we are expected to silently sacrifice our health care benefits, our life insurance benefits and our Medicare special benefits.

Please know that each of the 15,000 retirees who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

## I ask you to REJECT this motion.

Sincerely yours,

*James R. Herbert*

James R. Herbert
6425 Camino Fuente Dr.
El Paso, TX  79912
1.915.581.8968 phone