Daniel C. Prawucki
6549 Litchfield Lane
Middletown, Ohio 45042

February 10, 2009

The Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re:   DELPHI CORPORATION, et al., Case No. 05-44481 (RDD)

OBJECTION OF Daniel C Prawucki TO DEBTORS' MOTION TO CONFIRM DEBTORS' AUTHORITY TO TERMINATE EMPLOYER-PAID-POST-RETIREMENT HEALTH CARE BENEFITS AND EMPLOYER-PAID-POST – RETIREMENT LIFE INSURANCE BEBEFITS FOR CERTAIN (A) SALARIED EMPLOYEES AND (B) RETIREES AND THEIR SURVIVING SPOUSES

(SALARIED OPEB TERMINATION MOTION)

I, Daniel C Prawucki, am a salaried retiree of Delphi Corporation. I have two objections to the Salaried OPEB Termination Motion:

1.   I object to the termination of Salaried OPEB for Health Care and Life Insurance. I was required by Delphi to take retirement April 1, 2008. I was 61 years old with 30 years of service. Previously Delphi Salaried Retirees were granted Health Care Benefits for life. March 7, 2005 Delphi announced Retiree Health Care Benefits would cease at age 65 when the retiree became eligible for Medicare. They would provide for a $10,000 or $20,000 (depending on retirement date) Retiree Health Reimbursement Account for retirees to help with medi-gap insurance or other health care expenses.

   Delphi estimated the cost my self-pay rate to continue my current insurance at about $15,000 per year. That is over 40 % of my current retirement check. I can not afford a premium that high. My wife and I have medical conditions that may also make the cost of Private Insurance and drugs too costly. Like most people, my IRA has recently lost 40% of its value. I will not be eligible for Medicare until 2012 and my wife until 2014. I fear we will be one illness or accident away from financial ruin. My situation is

not unique. I think there are common threads with many of the other 15,000 Delphi Salaried Retirees.

2.    I object to the short time allowed to the Objection Deadline. I received notification of this motion on February 5, 2009 and the Objection Deadline has been set as February 17, 2009. Please extend the Objection Deadline for this motion to a later date to allow affected parties adequate time to prepare their objections.

Thank you,

*Daniel C. Prawucki*

Daniel C. Prawucki


I am mailing copies of this letter today to :

U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Attn:   To the chambers of Honorable Judge Robert D. Drain


Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Attn: General Counsel


Skadden, Arps, Slate, Meagher, & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Attn John Wm. Butler Jr.

Page 2 of 3

Davis, Polk & Wardell,
450 Lexington Avenue
New York, New York 10017

Attn: Donald Bernstein and Brian Resnick


Latham & Watkins LLP
885 Third Avenue
New York, New York 10022

Attn: Robert j. Rosenberg and & Mark A. Broude


Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York

Attn: Bonnie Steingart


Office of the United States Trustee
For The Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004

Attn: Brian Masumoto