February 10, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref: Delphi Corp Case # 05-44481 filed October 5, 2005
     Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health and life insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections.

Loss of health and life insurance benefits that were promised to us for 30 years or more will cause severe financial hardship on every retiree. The shift in spendable income from needed durable goods to health and life insurance premiums adds to the nations economic crisis we are experiencing. In my situation, the cost to continue my current heath care is $1500 a month or 36% of my spendable income. Isn't our economy going to suffer even more, when the buying power of our retirees is reduced with such drastic measures?

With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans, have lost almost 40% of their savings. As you know, the cost of living has increased significantly in the last two years. This coupled with the loss of health care benefits would have a crippling effect on the lives of every retiree of Delphi Corporation.

Delphi should be directed to continue to follow the current plan that phases out all current retiree health care as they reach age 65 and focus on developing non-devastating ways to reduce the health care cost of current and future employees.

Please know that each of the 15,000 retirees who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

**We ask you to REJECT this motion.**

Sincerely yours,

Ronald Saltzman
1340 Kimbell Road
Terry, MS 39170
ph: 601-857-5440