February 14, 2009

The Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
One Bowling Green Room 610
New York, New York  10004

Dear Judge Drain:

Re:  ("Salaried OPEB Termination Motion")  Case No. 05-44481 (RDD)

I am writing to implore you to deny Delphi's request to terminate Retirement Health Care and Life Insurance benefits for salaried retirees.

My wife and I are not eligible to receive Medicare.  We both work part time to make ends meet.

In 1999, with over 34 years at General Motors, I was forced to become part of Delphi.  In 2002, I was forced into early retirement, and within months I was told our health care benefits at age 65 would be terminated.  I was verbally promised the same benefits as GM workers by my GM supervisor when I agreed to be part of Delphi.  I had no other choice!  With this new motion to terminate health care benefits, it will impose a huge burden upon us!  On top of this I am also very concerned about my Delphi salaried Pension program going broke.

Another point of contention is that GM is currently paying in full early retirement health care benefits plus adding $300 per month to the over 65 years of age GM retirees to make up for loss of health insurance.  Why can't GM help us?  We also had 30 years with GM.

We urge you once again to please help Delphi salaried retirees who have given many years of service to both GM and Delphi Corporations.

Thank you,

*Jeffrey L. Johnson*

Jeffrey L. Johnson
Delphi Steering Salaried Retiree

**PS In my opinion, when GM formed Delphi Corporation it was an effort to eliminate commitments to all Delphi employees. It is very offensive to me that now after Delphi has been destroyed GM is trying to reclaim a few key plants at little or no cost nor mention of retiree obligation.**