February 9, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

Please accept this letter as an Objection to the Motion filed by Delphi corporation in the above matter to cancel OPEB (health insurance benefits) for all retirees (Document #14705.

I write this letter in my capacity as a retiree of Delphi Corporation to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009, asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

This document was filed with no previous warning to any of the retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections. I was not served with a copy of the Motion itself, and am therefore unable to respond directly to any arguments set forth therein. However, I would ask the Court to consider the following:

1) I retired after working for General Motors for <u>twenty-eight</u> years and <u>four</u> for Delphi after Delphi and General Motors went through a split. When Delphi separated from General Motors, we (salaried personnel) were not given an opportunity to stay with GM, nor were we given the option to return to GM upon retirement from Delphi, as the hourly personnel were.

2) Additionally, I understand that GM is considering placing Delphi under its umbrella so GM may be eligible for additional funds from the government to cover its employees. If that occurs, I am hopeful that insurance would still be available to us. I realize that GM is not in good economic shape now, but I don't believe they haven't cancelled their salaried personnel's retirements. I would therefore request that the Court at least delay a
decision on the motion until this issue is resolved. With the Economic Stimulus Plan being approved by Congress, there are billions of dollars being setup for the purchase of government hybrid vehicles, which will likely benefit both GM and Delphi, since Delphi Electronics makes parts for other car manufacturers (Chrysler, Toyota, Saab, Hyundai, etc). Again, a decision on the cancellation of insurance benefits at this time is premature.

3) The personal cost accompanying a cancellation of insurance would be castastrophic for many retirees who worked for years with the understanding that this insurance would be provided. For example, I am in the process of getting some dental work (implants) done which is covered under my dental insurance. This process was started January 12, 2009, before the insurance cancellation notice was sent out. It takes 3 months for my mouth to heal and six weeks for the permanent caps to be made and placed in my mouth. This will be the second week of May--after the insurance is has been cancelled. Other retirees like me who are in the middle of treatment will be put in an untenable and unfair situation.

4) In addition, many of the most recent retirees of Delphi were retired by the company and not by the choice of the employee. We were given no options--just told we would be retiring on a specific date. We had little time to prepare for retirement, and little time to adjust to a significantly reduced income before we were hit with this latest development (loss of health care) which will cause financial hardship for every retiree. It will have huge impacts not only on the retirees, but also every community where retirees live.

With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans have lost almost 40% of their savings. This loss, coupled with the significant increase in the cost of living in the last two years and now the potential loss of health care benefits, would have a crippling effect on the lives of every retiree of Delphi Corporation.

There are other ways to restructure the company and still retain health care for retirees. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a decreasing cost to the company as each of us reaches that 65 age milestone.
Please know that each of the 15,000 retirees who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

I therefore respectfully request that you **reject** the Motion for Order allowing the cancellation of health insurance benefits.

Sincerely yours,

Susan Sariti
2455 Sierra Highlands Drive
Reno, Nevada  89523

cc: Delphi Corporation (General Counsel)
Debtors, Skadden, Arps, Slate, Meagher & Flom LLP (John Wm. Butler, Jr)
Davis Polk & Wardwell (Donald Berstein and Brian Resnick)
Latham & Watkins LLP (Robert J. Rosenberg and Mark A. Broude)
Fried, Frank, Harris, Shriver & Jacobson LLP (Bonnie Steingart)
Office of the United States Trustee for Southern District of New York (Brian Masumoto)