February 9, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Honorable Judge Robert D. Drain

**Ref:**
**Delphi Corp Case # 05-44481 filed October 8, 2005**
**Document # 14705 to Cancel OPEB (Health Insurance Benefits) for all Retirees**

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for retirees of Delphi Corporation. **This letter is an *OBJECTION* to that document and file it as a motion to *object to document* #14705.**

This document was filed with no warning or preparation period for retirees of Delphi Corporation and was only made known to me via letter received February 7, 2009. It was published in the local paper the day before that! Allowing a mere twelve days to file our objections is not sufficient time. Such a significant change with severe impact upon retirees who have no recourse is unconscionable and any consideration should be delayed.

The loss of health care benefit support (remember please all retirees already make contributions to their health care and absorb deductibles and co-pays) will cause financial hardship for every retiree and many may have to go without any insurance at all during this critical period in their life before eligibility for Medicare. This benefit has been published in every GM benefits manual (remember many of the retirees worked for GM for 25 or more years) and subsequent Delphi Benefits Manual for years and years. We were told it was why our salaries were comparatively lower than other companies. Although Delphi states this is a $1.1 billion issue, the current cash flow cost is significantly less. It is a balance sheet issue only that should not be the basis for such an inhumane change. GM has much influence over the entire Delphi reorganization as both a creditor and customer. Before this motion is considered by the court the parties should be required to show cause why this is their only option vs. other options, such as renegotiating with the creditors committee or having GM use some of their **billions in TARP funds to keep their legal and moral obligations to retirees.**

With the current state of the economy, retirees who had saved for retirement have lost much of their savings due to the credit crisis not of their making. As you know, the cost of living has increased significantly based upon rising energy costs alone. This coupled with the loss of health care benefits would have a crippling effect on the lives of every retiree of Delphi Corporation. Is this really the time to put thousands of seniors back into a workplace with 10% unemployment in order to make ends meet? Many will not even have this option available so late in life. After the company restructures and emerges from bankruptcy, money will flow to executives and employees to cushion this impact, but there will be no reprieve *ever* for retirees.

I believe that there are other ways to restructure the company and still retain health care for salaried retirees until they are Medicare eligible. Health care benefits are currently scheduled to

stop at the age of 65 for all retirees. The UAW represented employees received thousands of dollars in payments to retire and also retain their health care benefits. They have representation in the bankruptcy process. We have no such representation except you. You alone have the ability to say **NO** to this terrible motion.

# I ask you to *REJECT* this motion or *Delay* consideration with the challenge for the parties to reconsider other options.

Sincerely yours,
Larry D. Kesler
6131 Beach Road
Troy, Michigan 48098
248-828-4272