Kathy Boger
2208 Avalon Ct.
Kokomo, IN 46902

U. S. Bankruptcy Court for the South District of New York
One Bowling Green Room 610
New York, New York 10004-1408



February 13, 2009

Dear Honorable Robert D. Drain,

First of all, thank you for taking the time to read this letter. My husband is a Delphi retiree with a story that's different than most. You see, he is 51 years old, and we have two teenagers, a pre-teen, and his 87-year-old father all under our roof. He was one of hundreds of salaried engineers that was terminated this past fall. Fortunately, having 30+ years of service, he could "retire". Of course, with all those mouths to feed, he couldn't stop working. Lee was able to find a contract position with Caterpillar, which has, as of this week, been terminated as well.

I am very concerned about the possibility of cancellation of our Delphi retiree insurance. I am told that to receive the same coverage we had, we would be paying $929 per month. I have only been able to find part time work myself, at $10 an hour, and no insurance. Our daughter has asthma and requires a medication that costs $300 per month, since there is no generic available. Our son in on a different medication that is $100 per month. Lee is actively searching for another job, but his experience in the automotive industry is not in high demand these days. Without Delphi's retiree insurance, I'm not sure what we will do.

Therefore, on behalf of my family, and hundreds others, please do not terminate our insurance. I realize something must be done to lower costs. Lee has worked for over 30 years and thought that was enough to be guaranteed insurance. Please consider a plan that would both save Delphi money, but not leave the retirees totally without insurance. At this point, even something with a high deductible would be better than nothing.

Thanks for your consideration.

Respectfully submitted,

*Kathy Boger*
Kathy Boger