J. Martin Beas
11803 Crestview Blvd
Kokomo IN  46901
(765) 753-3100

February 13, 2009



**Copies sent to:**  John, Wm Butler, Jr; Donald Bernstein; Brian Resnick; Robert J Rosenberg; Mark Broude; Bonnie Steingart; Brian Masumoto

Delphi Corp. Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Judge Drain,

I am asking you to set aside this request for cancelation of health insurance by Delphi Corporation. I am asking you to do this because the practice for this move is and was discriminatory from the start. Delphi Corporation over the last 1.5 years has "harvested" mostly the oldest and the highest paid in their corporation for termination and early retirement. The forced a great number of workers into taking retirement through career freezes, demotions, undesirable assignments and termination. Through these planned and organized reductions they were able to remove the aged, highest paid workers from their corporation. All this too was done under the guise and protection of your court with the sole intent of making Delphi profitable.

Now after harvesting all the older workers into this group, with your assistance and compliance you sit on the verge of allowing them to double dip those same employees that gave 30+ years of their life to this corporation. Sir if this is not illegal and discriminatory I am not sure what is. I feel that if you allow this judgment to continue in favor of Delphi you make all future and past decisions by this court in question and subject to future lawsuits and judgments.   This is age discrimination for all to see.

For the sake of the court, this bankruptcy case and the retiree's and families impacted please require that the corporation be required to negotiate with the retiree groups that have formed to try and negotiate a fair and equitable settlement for our group. This sir is the only fair and just recourse that should be considered in my opinion.

Sincerely,

J. Martin Beas