United States Bankruptcy Court

One Bowling Green

New York, NY 10004


Attn: Judge Robert D. Drain


Ref:

Delphi Corp Case # 05-44481 filed October 5, 2005

Document # 14705 to cancel OPEB (health insurance benefits) for all retirees


Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on

February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over

15,000 people who are retirees of Delphi Corporation.


Please note that this letter is an **OBJECTION** to that document and file it as a motion to object to document #14705.


This document was filed with no previous warning to any of the retirees of Delphi

Corporation and was only made known to us via letter on February 5, 2009 and gave us a

mere twelve days to file our objections.

Many of the most recent retirees of Delphi were retired BY the company and NOT by the

choice of the employee. We were given no decision to make, just told we would be retiring

on a specific date. We had little time to prepare for retirement, and little time to adjust to a significantly reduced income before we were hit with this latest development (loss of health care) which will cause financial hardship for every retiree. It will have huge impacts not only on the retirees, but also every community where retirees live.

With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans, have lost almost 40% of their savings. As you know, the cost of living has increased significantly in the last two years. This coupled with the loss of health care benefits would have a crippling effect on the lives of every retiree of Delphi Corporation.

It is my belief that there are other ways to restructure the company and still retain health care for retirees. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a decreasing cost to the company as each of us reaches that 65 age milestone.

Please know that each of the 15,000 retirees who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning document #14705 dated February 4, 2009.

## We ask you to REJECT this motion.

Sincerely yours,

*Morty Hughes*