February 10, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004



Attn: Honorable Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 8, 2005
Document # 14705 to Cancel OPEB (Health and Life Insurance Benefits) for all Retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation
on February 4, 2009 asking the court to cancel health insurance and life insurance
benefits (OPEB) for retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as
a motion to object to document #14705.**

For those of us retirees who were traveling and returned home to a FedEx envelope with
notice of the motion, we have been given an extremely short window to respond to 31
pages of legal language to which we could develop and voice our objections. This
document was filed with no previous warning to any of the current employees and
retirees of Delphi Corporation and was only made known to us via FedEx letter at our
home February 8, 2009. The communication to us was dated February 5, 2009.

Many of the most recent retirees of Delphi were retired **BY** the company and **NOT** by the
choice of the employee. They were given no decision to make, just told they would be
retiring on a specific date. They had little time to prepare for retirement, and little time to
adjust to a significantly reduced income before they were hit with this latest development
(loss of health care and life insurance) which will cause financial hardship for every
retiree. It will have huge impacts not only on the retirees and soon-to-retire, but also
every community where retirees live.

With the current state of the economy, retirees who had saved for retirement in their
Stock Savings Plans, have lost 40 – 60 % of their savings. As you know, the cost of
living has increased significantly in the last two years based upon rising energy costs
alone. This coupled with the loss of health care benefits, retiree health reimbursement
accounts, Medicare Part B special benefit and retiree life insurance would have a
crippling effect on the lives of every retiree of Delphi Corporation.

It is my belief that there are other ways to restructure the company and still retain health care, retiree health reimbursement accounts, Medicare Part B special benefit and retiree life insurance for retirees. Health care benefits are currently scheduled to stop at the age of 65 for all retirees and therefore is a decreasing cost to the company as each pre-65 retiree reaches that milestone.

Please know that each of the 15,000 + retirees and soon-to-retire, who will be negatively impacted by this action, will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

## We ask you to REJECT this motion.

Sincerely yours,

Robert Flower
62 Fox Chapel Lane
Pittsboro, NC 27312
Phone 919-542-1256