February 13, 2009

The Honorable Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, N.Y. 10003

Honorable Sir:

    I am writing in regards to the Delphi Corporation bankruptcy case that you are presiding over. A VERY short time ago we received news that Delphi was going to ask the court to terminate retirement health care benefits and life insurance benefits for retired salaried employees. I am asking that you please do not allow this to happen. My husband retired in June of 2008. Before he did, we carefully went over our future expenses over and over again, making sure that this would not be a mistake. A very important factor in our decision was the ASSURANCE that Delphi made to retires that they would have health care provided to them until the age of 65. If you allow this to take place it will have a huge impact on the life we prepared for. Our Health care premiums will be almost double what our mortgage payment currently is. If you allow this to happen we will have to make very serious adjustments to our lives. One reality is that we may have to sell our home and seriously adjust how we live. How can severe adjustments like this be done in a month? I am asking again that you please not allow them to do this, or reconsider how they are going about it. Maybe a slow reduction in there contributions over a period of time could be considered. At the very least, please require them to give the retirees at least a year's time to make adjustments to their lives so they will be able to provide themselves with much needed Health care insurance. Thank you.

                                                      Sincerely yours,

                                                      Arlene Ford