February 11, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Honorable Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 8, 2005
Document # 14705 to Cancel OPEB (Health Insurance Benefits) for all Retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation effective April 1st.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning, in fact I heard about the decision on the five o'clock news on Feb. 5th and received my Fed Ex letter the following day. This only allows eleven days to file an objection; so many retirees might not have the time to write to you. In fact, I called a friend of mine in Indiana on Feb. 9th and he still had not been notified.

Many of the most recent retirees of Delphi were retired by the company. We were given 90 days from the time we were told we would be retiring until we retired. We had little time to prepare for retirement, and little time to adjust to a significantly reduced income. This latest development (loss of health care) will cause financial hardship for every retiree. In my case, since I still have children living at home and one in college my family health care coverage will be over $2000/ month plus any deductibles and co-pays. I don't even have time to get my son home from college to get him a physical before the April 1st date unless I pull him out of school.

This sudden notification is devastating, not only to me and my family, but it will also have a huge impact on the community where I live. If I could sell my home, I would, but the Detroit area is extremely depressed. Homes have been sitting for over a year with no buyers. The value of my home has decreased by over 30%, which wipes out any equity I had. I have been able to pay my bills, but this sudden news, will cause me to choose between health care and my home.

With the current state of the economy, my 401K plan has lost over 40% and with the cost of living increasing significantly, I am being squeezed. Delphi salary health care benefits end when we reach the age of 65 and even though this previous decision was difficult for me and my family, we have time to adjust and to prepare. This notification of cancellation of the health care benefit leaves us six weeks to plan on how to pay for health care when we are on a fixed income.  Jobs in Detroit are very scarce, even for entry level, so obtaining a job in this environment is virtually impossible for people of retirement age.

I realize when Delphi exits from Chapter 11 everyone will benefit. However, it is my belief that there are other ways to restructure the company and offset the costs of health care for retirees, or at least phase out the health care over a couple of years or share in the cost for health care until we reach the age of 65. I believe there is a middle ground or compromise on this decision that would significantly reduce Delphi's costs and allow retirees to continue having at least a portion of their health care coverage paid until they reach 65. It doesn't have to be "all or nothing".

I am asking for your understanding when making the decision concerning Document #14705 dated February 4, 2009.

## I ask you to REJECT this motion.

Sincerely yours,

Robert A. Wellens
5189 Cardinal Dr.
Troy, MI. 48098
248-641-8138