Hearing Date And Time: February 24, 2009 at 10:00 a.m. (prevailing Eastern time)
Objection Deadline: February 17, 2009 at 4:00 p.m. (prevailing Eastern time)

Thurman R. Reed
3717 South J Street
McAllen, TX 78503
(972) 359-3005

Salaried Employee of Delphi Corporation
Debtors and Debtors-in-Possession



RECEIVED FEB 17 2009 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                            :
In re                                       :    Chapter 11
                                            :
DELPHI CORPORATION, et al.,                 :    Case No. 05-44481 (RDD)
                                            :
                            Debtors.        :    (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

LETTER TO CONTEST DELPHI'S MOTION FOR ORDER UNDER 11 U.S.C. §§ 105, 363(b)(1), AND 1108 CONFIRMING DEBTORS' AUTHORITY TO TERMINATE EMPLOYER-PAID POSTRETIREMENT HEALTH CARE BENEFITS AND EMPLOYER-PAID POST-RETIREMENT LIFE INSURANCE BENEFITS FOR CERTAIN (A) SALARIED EMPLOYEES AND (B) RETIREES AND THEIR SURVIVING SPOUSES ("SALARIED OPEB TERMINATION MOTION")

PRELIMINARY STATEMENT

I am a recent Delphi retiree employee. As the court knows, Delphi Corp. filed a motion with the U.S. Bankruptcy Court to discontinue healthcare and life insurance coverage for retirees. The notice also stated my Retiree Health Reimbursement Account (RHRA) would be eliminated. This account was established as part of the "deal" a couple of years ago when Delphi terminated health insurance coverage for retirees once they reach 65 years of age.

I am contesting this motion for the following reasons:

1) As, a recent retired salaried employee I would like to see equal justice for all employees. No one group should carry the weight of the executive management unjust decisions solely, because there is no written contract between the company and their salaried employees. The results are an avenue to be treated different and unfairly. The ethical values should be the same for both groups of workers. Therefore, if the salaried retirees are losing their health benefit it should be equal sacrifices for all retirees. I'm strongly against the request from Delphi to eliminate salaried retiree's health benefit because there are other solutions, such as, reducing executive wages and bonuses. In addition, there should be a major reduction in the number of executives, because there are some tremendous overlaps in responsibilities within the corporation. The USA executive pay is 10 - 20 times greater than other countries, which isn't justifiable due to their performance.

2) With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans, have lost almost 40% of their savings. As you know, the cost of living has increased significantly in the last two years. This coupled with the loss of health care benefits will have a crippling effect on the lives of every retiree of Delphi Corporation. We understand and support the company for cost cutting activities but not at the sacrifice of the retiree's, who are now on a fixed-income. In addition, Delphi needs to recognize the retirees are in a greater need for health coverage due to the many illnesses associated with aging.

3) It is my belief that there are other ways to restructure the company and still retain health care for retirees. Such as, take money from Delphi foreign divisions to assist with the current USA

situation. The foreign divisions were established with revenues from Delphi USA, therefore without Delphi USA there would not be any foreign corporations of Delphi. We will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

## SUMMARY

Throughout, my salaried career at Delphi I have witnessed firsthand the unfair treatment toward salaried employees, and this is just another example. Salaried employees have always been on the front line for cost reductions in benefits and wages. It all started in the early 80's when they took away the cost of living allotment from only the salaried employees. The next major event was having salaried employees pay a monthly cost and a co-payment for their health insurance, without including the hourly employees. Of course, this was a management strategy to use salary employees as a leverage tool for negotiations with the union. As you can see, their strategy didn't work because the hourly worker's benefits remained the same. We need a change within our corporate leaders. Therefore, a vote toward not approving this document will be the first step toward a journey of a thousand miles.


Dated:    McAllen, Texas
         February 10, 2009

                                                                    *(signature)*
                                                            Thurman R. Reed
                                                            3717 South J Street
                                                            McAllen, TX 78503
                                                            972-359-3005