February 11, 2009



United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Honorable Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 8, 2005
Document # 14705 to Cancel OPEB (Health Insurance Benefits) for all Retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the current employees and retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections. This hit me like a ton of bricks. This started over 10 years ago when, literally overnight, GM spun us off with NO warning and forced us to be severed from GM. Then last year Delphi spun us off again into Inteva.

Many of the most recent retirees of Delphi were retired **BY** the company and **NOT** by the choice of the employee. They were given no decision to make, just told they would be retiring on a specific date. They had little time to prepare for retirement, and little time to adjust to a significantly reduced income before they were hit with this latest development (loss of health care, life insurance, & gap coverage) which will cause financial hardship for every retiree. It almost seems like we received the notice before they actually talked to you. Amazing how fast that happened. How did they know you would allow this? It will have huge impacts not only on the retirees and soon-to-retire, but also every community where retirees live.

With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans, have lost 40 – 60 % of their savings. The loss of health care and life insurance benefits would have a crippling effect on the lives of every retiree of Delphi Corporation. They also promised us gap money of $10,000 to cover the Medicare gap. Now they want to take that back.

It is my belief that there are other ways to restructure the company and still retain health care for retirees. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a decreasing cost to the company as each of us reaches that 65 age milestone. It has also left us with NO insurance if we need to retire before age 65. It was my life plan to retire before 65 so I could move back to Michigan to care for my parents as their health is deteriorating. This is no longer an option if this motion is passed.

Please know that each of the 15,000 + retirees and soon-to-retire, who will be negatively impacted by this action, will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

## We ask you to REJECT this motion.

Sincerely yours,

Joe Sierakowski
122 Candlestand Circle
Gurley, Al   35748
256-776-0294