February 11, 2009

To: Honorable Robert D. Drain
    United Bankruptcy Court
    Southern District of New York
    One Bowling Green, Rm 610
    New York, N.Y. 10004



Ref: Delphi Corporation Bankruptcy

Sir:

As a current salaried retiree of the Delphi Corporation I would like to comment upon their recent decision to eliminate our health care and life insurance for salaried employees. It is wrong to remove this coverage when at retirement one of the enticements to leave early was the perpetuation of this coverage in the future. In fact, many of us early retirees left for the very reason we are now being singled out for, that is, to give the corporation more flexibility and cash flow to ensure profitability going forward.

I understand the corporation's position and need to emerge from bankruptcy in a solid financial position. The small amount of money saved with this move is miniscule compared to the total amount of the bankruptcy and the effect would be devastating to these retirees. However, in this late stage of the bankruptcy this move is too little, too late. Delphi states that they will save money on removing healthcare and life insurance from all retirees. This is not the case. Retirees over the age of 65 have never had healthcare under Delphi. The only people affected by this change are the retirees that are under 65.

We retirees are a defenseless group and have only the courts wise judgment and thoroughness to protect what we worked so hard for. Most of us have worked for Delphi for 30 to 40 years. Most of us depend solely upon the promises made to us at retirement and live on our pensions only. With the current economic crisis in our area it is nearly impossible to pursue other sources of income. I would ask that the court reject this decision based upon the fact it is indeed based upon bad faith.

Sincerely

Tom Stevens
3614 Desert Dr
Saginaw, MI 48603

Cc: Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, Ill. 60606
Attn: John Wm. Butler

Davis Polk & Wardwell
450 Lexington Av.
New York, N.Y. 10017
Attn: Donald Bernstein & Brian Resnick

Latham & Watkin LLP
885 Third Av.
New York, N.Y. 10022
Attn: Robert J. Rosenberg & Mark Broude

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, N.Y. 10004
Attn: Bonnie Steingart

Office of the Trustee for the Southern District of N.Y.
33 Whitehall St., Suite 2100
New York, N.Y. 10004
Attn: Brian Masumoto

Senator Carl Levin

Senator Debbie Stabenow

Representative Dale Kildee

Representative Dave Camp