Honorable Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
Debtors:  Delphi Corp.
Case Number: 05-44481



February 9, 2009

Dear Hon. Drain:

    It is difficult to put into words my feelings about the suit filed by Delphi Corporation to discontinue healthcare and life insurance coverage for retirees like myself. My wife and I are both disabled in regard to Medicare and live on a limited income. When I agreed to an early retirement, as my management felt this would be the best for me, I was also told that insurance and healthcare coverage would still be available to my wife and I. Since I hired into Delco (Company name at that point in time prior to the split off) in the 1970's we felt safe and secure that this career path would best suit us.

    Both my wife and I are extremely upset and saddened to see how Delphi is treating the loyal employees who stayed faithful and hard working over these many years basically to get cut off at the knees. The proposed coverage that Delphi recently provided in a mailing basically cuts my pension by approximately 60%. I would like to know who in these economic times can live comfortably on the remaining amount. If one knew many years ago this would happen, one could possibly have better prepared a survival plan to carry us into the Golden years. Now what the biggest fear is that I at 70 years of age may have to seek employment to protect my wife's health as she is taking a total of 10 prescription meds to keep afloat.

    I am sure that you did not get into the position that you now hold in office by not being an honest and considerate man. I know that no one can predict a company's future unless you control the reigns, but I strongly feel that Delphi with the brain power that still runs the company, can find ways to get around this problem. Bailout monies are being made available to corporations who can do whatever is necessary to protect all the employees.

    President Obama is very firm in his convictions to turn this economy around and I believe he will do it. There is no reason why Delphi cannot take the same stance and find ways (which are currently available), and improve their financial position without sacrificing all the retirees as well as the active group of employees still on the books.

    Therefore, I am very strongly contesting this motion by the Delphi Corporation to permanently take from their employees, who are in great need, salaried retiree healthcare coverage and insurance. My wife and I want to live out our lives in peace and comfort without the fear of losing what little we have left. As you can imagine, this is very important to all of us.

    I appreciate you taking the time to read my argument and prayerfully ask that you do not approve Delphi's motion to eliminate the coverage's that I have detailed in this letter.

-2-

My whole argument means a lot to us as I have faithfully given this company 110% of my effort to keep it successful and profitable.

Again thank you very much for your time and I know you will make a wise decision.

Respectfully submitted,

Michael J. Maksymicz
2278 W. Learwood Pl.
Beverly Hills, Florida 34465-2343
352-746-5427

cc: Delphi Corporation, Troy, Michigan
   Skadden, Arps, Slate, Meagher & Flom LLP Chicago, Illinois
   Davis Polk & Wardwell, New York, New York
   Latham & Watkins LLP New York, New York
   Fried, Frank, Harris, Shriver & Jacobson LLP
   Office of the United States Trustee for the Southern District of New York, NY, NY
   President Barack Obama Washington, DC
   Congressman Steve Buyer, Washington, DC
   Congressman Ginny Brown Waite, Washington, DC
   Senator Mel Martinez, Washington, DC
   Senator Bill Nelson, Washington, DC