**Arthur & Donna Wolski**
**20 Ravenwood Drive**
**Lancaster, NY 14086**
Phone: 716-684-1974  email dwolski957@aol.com

Hon. Robert D. Drain
U.S. Bankruptcy Court for S. dist. Of NY
1 Bowling Green, Rm. 610
New York, NY 10004

Re: Delphi **Case No. 05-44481 (RDD) Hearing 2/24/09 – OBJECTION TO LINE ITEM** regarding held insurance monies.

Dear Hon. Drain:

I am writing this letter to object to **one** part of Delphi Corporation's submission for denial of health care, life insurance and <u>other salaried retiree benefits</u>.

I am specifically addressing a small line part of this submission (para. 39 – pg. 20) which deals with monies appropriated to about <u>13,000</u> employees for monthly <u>reimbursement</u> of verified health care monthly premiums. The fund is typically $10,000 (or $20,000 for older retirees) per retired salaried employees to be disbursed upon receipts of health care insurance coverage payments. Much of these funds has probably been disbursed.

This was money promised to these retirees as an incentive, and portions of this lump fund has been used by retirees for reimbursement. Here are the reasons I think you should hold at least this part to Delphi's original commitment:

1. The money in these accounts earns interest which retirees do <u>NOT</u> receive and money is allocated for reimbursement on a monthly basis. Probably will cease/expire in about 3-5 years for most anyway.

2. There is a sub-contractor who handles disbursement of these funds and this may mean many jobs there. (WageWorks).

3. Retirees have counted on this money and considered it their **own** as an entitlement and incentive to early retirements. The interest probably covers the handling/mailing of these funds.

This item is buried in the entire Delphi presentation (Para. 39, pg. 20), but please consider it important to those of us who try to get by with this small incentive.

Regards,

*Donna C. Wolski*
Donna C. Wolski, retiree spouse