February 9, 2009

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004



In re Delphi Corporation, et al., Case No. 05-44481 (RDD) Jointly Administered
United States Bankruptcy Court, Southern District of New York

Regarding motion filed February 4, 2009 relating to
Other Post Employment Benefits (OPEB)

I would like to express my concerns over Delphi Automotives' request to the bankruptcy court to cease providing health benefits to current salaried retirees. This action has been announced right after all retirees had made their insurance selections for 2009. I am sure this action has blindsided all retirees who planned their retirement on promises from a company that they had loyally served for many years. This group of retirees has no contractual agreement with this company; they only have the good faith agreement with the company that employed them for many years.

I am certain that part of the thought process that this is only 15,000 persons which is a small number in relation to the entire United States. However these 15,000 people will be adversely affected financially by this action.

The method by which Delphi handled the announcement to all retires by sending a certified letter dated 2-5-2009 that implied that benefits are being stopped effective 4-1-2009 even though the matter will not be ruled on by the courts until 2-24-2009 is misleading.

By picking the date of 4-1-09, adequate time is not being given to allow the effected retirees' time to acquire uninterrupted health care insurance from other providers.

I hope that the bankruptcy court judge will consider the affect this action will have on the lives of the 15,000 retirees and request that Delphi consider other options to reduce their liabilities on their balance sheet. If this action is allowed, please consider the time frame and not allow Delphi to take the action on 4-1-2009.

Robert L. Burnison
Retiree Delphi Saginaw Steering Systems