From: Ron & Louise Andrews
5444 Shattuck Rd
Saginaw, Michigan
989-790-6948
Ref to: Chapter 11 Case No. 05-44481 (RRD) Delphi Corp.
Motion for order under 11 U.S.C. §§ 105, 363(b)(1), and 1108

Dear Honorable B.R Judge Robert D. Drain,

    To start out on a positive note, I am grateful for the 30 + years that I was able to work for GM/Delphi and the wonderful pay and benefits that we were able to enjoy for all those years. That being said, having been on salary 29 of those thirty years and having seen my pay scale adjusted to the rest of the industry and benefits depleted or taken away for the sole purpose of getting the UAW to make concessions has been some what disturbing. I stuck it out because of the promise of an excellent retirement package.

    It was mentioned by management a few years ago that if the UAW would share in the cost of the health plan that it would save millions of dollars. If this action is just another attempt to get the UAW to make concessions I can assure you that they will not unless they are forced to. How long will upper management be allowed to exploit the salaried workers and retirees, who were middle management, engineers and designers? The sad thing is that if they didn't have to get court approval they would have already done this. Delphi / GM only want the court to rubberstamp what they want to do without allowing enough time for the retirees to respond.

    Delphi / GM have shown by their past actions that they have only been concerned with their profit margin. When I retired I was the only Delphi person in my department of fourteen the rest were contract people. We were told that by employing contract people it would save the company thousands of dollars in benefit costs. One can only assume that upper management got to keep their benefits and bonuses. These executives seem to have forgotten that the employees at lower levels helped make the company great. Their employees, including retirees, are the reason they had a good product to sell.

    I retired after 30 years of service in March 2000 to serve more in Christian service and felt confident that we would not have to be concerned about our medical / life insurance. I am 58 and my wife is 59 with existing medical concerns, (asthma and diabetes). This action would leave us between Medicare and Health Care Benefits. We cannot afford to use approx. one half of my pension check to pay for health insurance out of pocket, especially on such short notice.

I would like to outline some of the ramifications of allowing this to happen.
- o The trickle down effect on an already hurting economy starting with the health care companies.
- o Reduce car sales even more.
- o Michigan will continue to lose more tax payers as workers continue to leave the state.
- o The hospitals and medical field will suffer and will have to start reducing staff and medical facilities.
- o Schools will continue to lose more of their tax base.

1

- o Other companies will follow suit because Delphi / GM was allow to do this, there by setting a bad precedent.
- o If this continues there won't be people who will be willing to work for them and the economy will continue to spiral down.
- o More jobs will be lost to foreign countries who can't afford to purchase the product that they are manufacturing.

I would like to end with these questions:
1. What is happening to the bail out money?
2. What exactly is the company doing with the billions of dollars they got from the Federal Government?
3. Who is checking to see that the company actually uses this money the way they said they were going to use it?
4. Is this action a result of government requirement to receive these bail out funds?

Very Concerned with where this will all end.
Ask God to help you in your decision.
Ron & Louise Andrews

*Ron Andrews* (signature)