United States Bankruptcy Court                                          February, 12, 2009
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp. Case #05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for retirees and future retirees

Dear Judge Drain:

This letter is to express my concerns related to the request to cancel health insurance benefits for retirees and future retirees filed by Delphi on February 4, 2009.

Please note that this is an **OBJECTION** letter to the Delphi request to cancel health insurance benefits for retirees and future retirees.

Your honor I have worked for Delphi for many years and I have seen many different things take place that has surprised me but this has to be the most heartless by far. I am writing this letter, not so much for myself, but for the thousands of employees who did not see the group of irresponsible leadership running this company. I myself will not be affected by this as much because I could see, for many years, that the leaders of this company would never be able to make the correct decisions to build a strong company into the future and I planned accordingly.

The main reason I am writing this letter is to explain a situation that has been happening since the bankruptcy and even more so with the downturn in the economy. The leaders of Delphi have been downsizing the work force. However, they are not getting rid of any of the highest paid employees. Although some have left through retirement, most of the cuts are being done to the salaried work force from the bottom up. It is to the point where we have supervisors making well above $100,000/yr plus many costly benefits such as monthly car allowances among other things and they don't even have a single employee reporting to them. It is ridiculous just looking through the company directory. The leaders will probably use their standard line that they are using market data to determine upper management to lower management ratios. If they do, it will not be true. The old buddy system is alive and well at Delphi. Now, this probably sounds like whining to you, but as I said earlier, this does not really affect me because I planned for my own needs into the future. I would recommend that someone steer the leaders to look at cutting some of the higher paid managers and executives and their benefits to save money instead of taking retirees health care benefits away from them.

I am not including my name in this letter because although I am disheartened with this company's actions and directions I plan on staying on through whatever happens because of some personal issues I am working through.

Signed,
A well meaning Delphi Employee