**Andrew J. Kopac**
59 Taurus Drive Unit 4B
Hillsborough, N.J. 08844
(816) 519-7808 Cell

February 11, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Honorable Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 8, 2005
Document # 14705 to Cancel OPEB (Health Insurance Benefits) for all Retirees

RECEIVED FEB 17 2009 U.S. BANKRUPTCY COURT, SDNY

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court for permission to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed on February 4, 2009 with no previous warning to any of the current employees and retirees of Delphi Corporation. It was only made known to us via special delivery letter on February 5, 2009 and provided us a mere twelve days to file our objections.

Many of the most recent retirees of Delphi were retired by the company and not by the choice of the employee. They were given no decision to make, just told they would be retiring on a specific date. They had little time to prepare for retirement, and little time to adjust to a significantly reduced income before they were hit with this latest development (loss of health care) that will cause financial hardship for every retiree. It will have huge impacts not only on the retirees and soon-to-retire, but also every community where retirees live.

With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans, have lost as much

as 40 - 60 % of their savings.  As you know, the cost of living has also increased significantly in the last two years based upon rising energy and food costs alone.  This coupled with the loss of health care benefits would have a devastating effect on the lives of every retiree of Delphi Corporation.

It is my belief that Delphi can still restructure the company and retain health care for retirees until they reach medicare / medicade eligibility.  Delphi maintains its overseas operations as exempt from these bankruptcy proceeding and in recent months has entered into discussions with General Motors to return certain of its products and operations to GM.  In that many of the affected retirees had substantial years of General Motors service, GM compensated Delphi to provide these benefits to this class of employees / retirees in the future at the time of the spin-off.  Delphi health care benefits are currently scheduled to stop at the age of 65 for all retirees under a plan that was announced in 2005 and having an implementation date of 2007 - two years notice.  This cost is an <u>ever-decreasing</u> cost to the company as each retiree reaches that age 65 milestone contrary to the rendition portrayed by Delphi in their letter.  This treatment, however, is at least more reasonable since such affected individuals would have attained the age to become medicade and medicare eligible and thus have some form of medical protection.  <u>To cut off those who are not so eligible is unconscionable and inhumane treatment as well as a form of age discrimination.</u>

Please know that each of the 15,000 + retirees and soon-to-retire, who will be devastatingly negatively impacted by this proposed company action, will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

**I ask you to REJECT this motion.**

Sincerely yours,

*[signature]*

Andrew J. Kopac
59 Taurus Drive Unit 4B
Hillsborough, N.J. 08844
816-519-7808