February 10, 2009



United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for all retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

I am one of the many recently retired salaried employees of Delphi who would be greatly affected by the loss of health insurance benefits. Many of us were victims of plant closings and were highly encouraged or forced by Delphi to retire. Although I would have preferred to continue working to make myself more financially secure I was left with little choice and a significantly reduced income. I unfortunately live in an area that has been hard hit by the closing of companies and therefore other job opportunities are extremely rare at best. If I purchase insurance compensatory to what I would lose I would in effect take an approximate 25% cut in my already limited pension income. With the current state of the economy, where a significant rise in cost of living and a nearly 40% loss of retirement savings in the stock market are already putting extreme pressure on finances, a further loss of OPEB benefits would be a crippling blow to myself and other current retirees.

In the same way that we retirees must find ways to pay our ongoing debt obligations with reduced income, it is my belief that there are ways to restructure the company and still retain health care for those relatively few retirees not yet 65 years of age.

# I ask you on behalf of all Delphi retirees to REJECT this motion.

Sincerely,

Kevin Archambault
8695 N Valley View Ct.
Middeltown, IN 47356
1.765.354.4928