6260 Summerhill Dr.,
Hudsonville,
Mi. 49426
Feb. 6, 2009

Honorable Robert D. Drain,
United States Bankruptcy Court for the Sutheren District of New York,
One Bowling Green
Room 610,
New York,
New York 10004.

Re: Delphi Motion to terminate salary retirement Healthcare and Life insurance Benefits

Dear Sir,

On Feb.4, 2009, Delphi Corp. notified me that they are filing motion to terminate Salary retirees' healthcare and life insurance benefits.

After working 36 years for General Motors, and then Delphi Corp., I was forced to retire in Oct.. 2008. I am 59 years old. Before retirement, I was told by the company there would be healthcare plan until I am qualified for Medicare.

Our current retiree health care plans for a family of three, beside company contributions, requires my own contributions of $233/month, or $2,796/year. With this benefit termination, I was informed by the Metropolitan Life that the monthly premium will jump to $1,422/month, or $17,064/year. With such a big jump in healthcare premiums, it is putting hardship on retiree like me with a fixed income. Also with a recent slow economy, it has been difficult in the last three months to find a full time job to replace the healthcare benefits.

Delphi Corp. is targeting salary retirees but not the union retirees.

Please reject this motion in terminating the Retirement healthcare and life insurance benefits for the salary retirees.

Yours truly,


Kin Ng