February 12, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Honorable Judge Robert D. Drain

Ref:  Delphi Corp Case # 05-44481 filed October 8, 2005
       Document # 14705 to Cancel OPEB (Health Insurance Benefits) for all Retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705**.

This document was filed with no previous warning to any of the current employees and retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections.

Many of us retirees of Delphi Saginaw were asked to retire early to meet the head count reduction for the company and health care was the carrot to get us to take the early retirement.

Those of us who gave 30 to 40 years starting with GM and then spun off as Delphi have lost 40 – 60 % of our savings that was in the Stock Savings Plans.  Then Delphi informed us that all health care benefits and Life insurance would end upon reaching age 65 and we are to apply for Medicare and find new sources for Prescription, Eye, and Dental insurance.   In the last 5 months another 30+ % was lost from our 401 K's.
We are working hard on trying to adjust to the above significant reductions in savings and income. Now we are hit with this latest development (loss of health care) that will cause financial hardship for every retiree.  The impact to us retirees is huge, trying to come up with the extra $800 to $1400 a month for outside health care on a fixed income and greatly deduced savings until age 65.  Many of us started Social Security at 62 because  the job market could not absorb us, which now puts us on limited income until age 65.

We are short-term overhead to Delphi, as hundreds of us are moved to Medicare every week.  For Delphi the number of 15,000 + retirees is dropping everyday by death or by turning 65.  It is my belief that there are other ways to restructure the company and still retain health care for retirees.

The $10,000 to help cover losing Health benefits and the life insurance that was part of the benefits package, most of us can handle losing.  But this New Donut hole of no health coverage from now to age 65 is a crushing blow to so many of us.

Please know that each of the 15,000 + retirees and soon-to-retire, who will be negatively impacted by this action, will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

## We ask you to REJECT this motion.

Sincerely yours,

*Robert Alan Hoppe*

Robert Alan Hoppe
4670 Baker Road
Bridgeport, MI 48722-9596
Phone # 989-777-2325
E-mail: r.hoppe@sbcglobal.net

**CC:**
Attn: Brian Masumoto
Office of the United States Trustee for the Southern District of New York
33 Whitehall Street
New York, New York 10004

Attn: General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098

Attn: John Wm.  Butler, Jr.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive   - Suite 2100
Chicago, Illinois 60606

Attn: Donald Berstein and Brian Resnick
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017

Attn: Robert J. Rosenberg and Mark A. Broude
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022

Attn: Bonnie Steingart
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004