Date: Feb. 13, 2009

Honorable Robert D. Drain
United States Bankruptcy Court for Southern District of New York
One Bowling Green
Room 610
New York, New York
10004

Dear Honorable Robert D. Drain,

I am writing regarding Delphi Corporation Chapter 11 Case No. 05-44481 (RDD) on Motion for Order under 11 U.S.C. 105(a), 363(b)(1), and 1108 confirming debtors authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain salaried employees and retirees and their surviving spouses (the "motion").

As stated in the motion, Delphi's financial situation is tenuous. Given this, most workers understand that sacrifices by all are needed for the company to survive and emerge from bankruptcy. But as written in the motion, heavier sacrifices are placed on mainly older age salaried workers hired before 1993.

These heavier sacrifices stem from the 1% base pay contribution that only workers hired after 1993 (mainly younger workers) have received since 1993. Older workers or those hired prior to 1993 have not received this 1% base pay contribution and will not receive paid medical benefits in retirement if this motion is approved. Also the older workers hired prior to 1993 will lose notional RHRA ($10,000-$20,000) and the Medicare Special Benefit with passage of this motion.

With these greater sacrifices placed on only the older age workers, per this motion, I respectively request that this motion not be approved because the Delphi motion is in violation of US Federal and New York State Age Discrimination laws.

Sincerely,

Chris Mercio
559 Hopkins Rd.
Williamsville, NY
14221