Trent P. Cornell, Esq. (IL 6242712), *Pro Hac Vice* (pending)
Jon D. Cohen, Esq. (IL 6206666), *Pro Hac Vice* (to be filed)
STAHL COWEN CROWLEY ADDIS LLC
55 West Monroe Street, Suite 1200 Chicago, Illinois 60603
(312) 641-0060
(312) 641-6959 facsimile

Barry R. Lax, Esq.
Brent A. Burns, Esq.
LAX & NEVILLE LLP
1412 Broadway, Ste 1407
New York, NY 10018
(212) 696-1999 x220
(212) 566-4531 facsimile

Counsel for Paul Higgins, James Conger, Doug Kittle
and Joni Walls and on behalf of other Delphi Non-Union
Salaried Retirees

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
:          Chapter 11
In re                             :
:          Case No. 05-44481 (RRD)
DELPHI CORPORATION, et al.,       :
:          (Jointly Administered)
:
-------------------------------------------------------x

**CERTIFICATE OF SERVICE
FOR NOTICE OF (A) MOTION TO SHORTEN NOTICE WITH RESPECT TO
MOTION TO APPOINT OFFICIAL RETIREE COMMITTEE PURSUANT TO 11
U.S.C. § 1114(d) and (B) MOTION TO APPOINT OFFICIAL RETIREE
COMMITTEE PURSUANT TO 11 U.S.C. § 1114(d)**

I, hereby certify that on February 17, 2009, copies of Paul M. Higgins', James Conger's, Doug A. Kittle's, Joni Walls' and other Non-Union Salaried retirees of Delphi Corporation and its affiliated Debtor entities ("Debtors"), (collectively "Affected Retirees'") (a) Motion to Shorten Notice with Respect to Motion to Appoint Official Retiree Committee Pursuant to 11 U.S.C. § 1114 (the "Motion to Shorten Time") and (b) Motion to Appoint Official Retiree Committee Pursuant to 11 U.S.C. § 1114 ("Motion to Appoint Retiree Committee.") were served by electronic filing of same and by sending via Federal Express addresses reflected below:

>   Honorable Robert D. Drain
>   U.S. Bankruptcy Judge
>   Southern District of New York
>   One Bowling Green
>   New York, NY  10004-1408
>
>   General Counsel
>   Delphi Corporation
>   5725 Delphi Dr.
>   Troy, MI  48098
>
>   John William Butler, Jr.
>   Skadden Arps Slate Meagher & Flom, LLP
>   333 W. Wacker Dr., Ste. 2100
>   Chicago, IL  60606
>
>   Donald Bernstein
>   Brian Resnick
>   Davis Polk & Wardwell
>   405 Lexington Ave.
>   New York, NY  10017
>
>   Robert J. Rosenberg
>   Mark A. Broude
>   Latham & Watkins, LLP
>   885 Third Ave.
>   New York, NY  10022

Bonnie Steingart
Fried Frank Harris shriver & Jacobson, LLP
One New York Plaza
New York, NY  10004

Brian Masumoto
U.S. Trustee for the Southern District of New York
33 Whitehall St., Ste. 2100
New York, NY  10004

On behalf of Paul Higgins, James Conger, Doug Kittle & Joni Walls and other Delphi Non-Union Salaried Retirees and other Affected Retirees reflected on Exhibit A

/s/ Brent A. Burns
Local Counsel

Local Counsel
Barry R. Lax, Esq.
Brent A. Burns, Esq.
LAX & NEVILLE LLP
1412 Broadway, Ste 1407
New York, NY 10018
(212) 696-1999 x220
(212) 566-4531 facsimile
blax@laxneville.com

Lead Counsel
Trent P. Cornell, Esq. (IL 6242712), *Pro Hac Vice* (pending)
Jon D. Cohen, Esq. (IL 6206666), *Pro Hac Vice* (to be filed)
STAHL COWEN CROWLEY ADDIS LLC
55 West Monroe Street, Suite 1200
Chicago, Illinois 60603
(312) 641-0060
(312) 641-6959 facsimile
tcornell@stahlcowen.com