Hearing Date And Time: February 24, 2009 at 10:00 a.m. (prevailing Eastern time)
Objection Deadline: February 17, 2009 at 4:00 p.m. (prevailing Eastern time)

Curtis L. Crittendon
642 Harvard Avenue
Vacaville, Ca. 95687
(707) 449-8480

Salaried Employee of Delphi Corporation
Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Attn: Judge Robert D. Drain

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                    :
In re                               :   Chapter 11
                                    :
DELPHI CORPORATION, et al.,         :   Case No. 05-44481 (RDD)
                                    :
              Debtors.              :   (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

LETTER TO CONTEST DELPHI'S MOTION FOR ORDER UNDER 11 U.S.C. §§ 105, 363(b)(1), AND 1108 CONFIRMING DEBTORS' AUTHORITY TO TERMINATE EMPLOYER-PAID POSTRETIREMENT HEALTH CARE BENEFITS AND EMPLOYER-PAID POST-RETIREMENT LIFE INSURANCE BENEFITS FOR CERTAIN (A) SALARIED EMPLOYEES AND (B) RETIREES AND THEIR SURVIVING SPOUSES ("SALARIED OPEB TERMINATION MOTION")

## PRELIMINARY STATEMENT

I am a Delphi Corporation Salaried Retiree. As the court knows, Delphi Corporation filed a motion with the U.S. Bankruptcy Court to discontinue healthcare and life insurance coverage for retirees. The notice also stated my Retiree Health Reimbursement Account (RHRA) would be eliminated. This account was established a few years ago when Delphi terminated health insurance coverage for retirees when they turned 65 years of age.

I am contesting this motion for the following reasons:

1) The obligation Delphi has to provide health care coverage for retirees is time limited. Coverage for retirees is stopped when they reach age 65. And, retirees hired after 1992 do not receive health care coverage in retirement.

2) People hired after December 31, 1992 knew they would not receive health care coverage in retirement when they hired in so they have had time to plan for health care in retirement. The company told salaried Employees who were hired in the 60's, 70's or 80's that they would receive health care coverage in retirement and now have no time to plan for providing themselves and their families with health care coverage after retirement. Those of us who have already retired are in an even worse situation. It will cost many of us more than a third of our fixed income to continue our health care and life insurance coverage.

3) I accepted an early retirement incentive that included health care benefits that led me to make certain important life decisions based on having those benefits. Those decisions are now irreversible and my retirement security is dependent upon those benefits.

2

## SUMMARY

I am a Delphi Corporation retired salaried employee who started my career with the Delco Electronics Division of General Motors, which over the years morphed into the Delphi Corporation. During my 29 plus years with the company I was a loyal and dedicated employee, and worked hard to make those corporations and the Delphi Corporation the best companies that they could be.

I certainly understand the difficulty that Delphi, as well as the entire automotive industry, faces during these extraordinary economic times. However, I believe the permanent elimination of health care coverage for salaried retirees who were promised this coverage is not justified and would cause incredible hardship to us and our communities.

I appreciate the court taking the time to consider my argument and respectfully ask that you not approve Delphi's motion to terminate health coverage for salaried retirees who are dependent on that coverage.


Dated: February 10, 2009

*Curtis L. Crittendon*

Curtis L. Crittendon
642 Harvard Avenue
Vacaville, CA. 95687
(707) 449-8480