Honorable Robert D. Drain
Cc: John Wm. Butler, Jr., Donald Bernstein and Brian Resnick, Robert J. Rosenberg and Mark A. Broude, Bonnie Steingart, Brian Masumoto.

Dear Sirs/Madam,

I am a salaried retiree (2005) of Delphi Corp with over 30 years of service to the company.
Last week, I received via FedEx and later via mail, notification that the corporation's contribution my healthcare benefits will be discontinued effective 4/1/09. Also included in these mailings, was notification that if I wished to continue the coverage I currently have, I can contribute self-pay rates which amounts to payment increases of appox. 350%. On a fixed income, that relates to almost 50% of my total income each month before taxes.

I realize that Delphi is in the process of restructuring and the current economic climate in the United States as well as worldwide is dire. I see that everyday in the prices we pay for food, gasoline and everyday household necessities. However, many of us retirees also have medical requirements which take a large bite out of our pension and/or other sources of income. Serious health issues and the high cost of prescription drugs forces us to make decisions as to whether we should prolong other expenditures and/or forego saving for our children's education.

Having worked for General Motors and Delphi for many years, I am familiar with the policies regarding benefits and know that they can be terminated at the decision of the company. In these tough economic times and with age related illnesses, I feel now is not the time to put such a burden on people who have served their company for so long and with such distinction. Even though promises were not made explicitly, our healthcare benefits were taken as a normal part of the work environment during our full-time employment and into our retirement.

All I ask now is that the company and you take into consideration the welfare of the many retirees who have served the company so well. We NEED our healthcare benefits to be cost effective to us and to be both reflective of our requirements for a meaningful life as well an affordable one. Many of us are now scrambling to try to find affordable healthcare on such short notice and also have trouble finding insurance with pre-existing conditions so I ask you to please take this into account during the hearing process on Feb. 24, 2009.

I look forward to your favorable rulings on this matter and appreciate the opportunity to respond to this notification.

Sincerely,
Wayne Spaulding
703 Clevenger Road
Ontario, New York 14519
315-524-7008
waspaulding@hotmail.com
Delphi Corp. – Rochester, NY