February 7, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn:  Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation
on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over
15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as
a motion to object to document #14705.**

This document was filed with no previous warning to any of the retirees of Delphi
Corporation and was only made known to us via letter on February 5, 2009 and gave us a
mere twelve days to file our objections.

Many of the most recent retirees of Delphi were retired **BY** the company and **NOT** by the
choice of the employee.  We were given no decision to make, just told we would be
retiring on a specific date.  We had little time to prepare for retirement, and little time to
adjust to a significantly reduced income before we were hit with this latest development
(loss of health care) which will cause financial hardship for every retiree.  It will have
huge impacts not only on the retirees, but also every community where retirees live.

Most of the Delphi Salaried retirees worked the majority of their careers for General
Motors before being forced to go to Delphi as part of the spinoff of component divisions
of General Motors. After the spinoff it was made impossible for salaried workers to
return to General Motors per agreement between Delphi and General Motors. To further
damage Salaried employees that have spent their lives working for General Motors and
Delphi would be a tragedy.

With the current state of the economy, retirees who had saved for retirement in their
Stock Savings Plans, have lost almost 40% of their savings.  As you know, the cost of
living has increased significantly in the last two years.  This coupled with the loss of
health care benefits would have a crippling effect on the lives of every retiree of Delphi
Corporation.

It is my belief that there are other ways to restructure the company and still retain health care for retirees. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a decreasing cost to the company as each of us reaches that 65 age milestone.

There certainly needs to be a remedy that does not single out one group of people that contributed as much if not more than any other segment of Delphi's and GM's workforce.

Please know that each of the 15,000 retirees who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

# We ask you to REJECT this motion.

Sincerely yours,

*Stanley D Smith*

Stanley D Smith
608 North 13th Street
Middletown IN 47356

765-354-2475

## Parties included in Objection notification

I. Delphi Corporation
5725 Delphi Drive
Troy MI 48098
Att'n: General Counsel

II. Counsel to the Debtors
Skadden,Arps,Slate,
Meagher&Flom LLP
333 West Wacker Drive
Suite 2100
Chicago IL 60606

III. Counsel for the agent under
the postpetition credit facility
Davis Polk & Wardell
450 Lexington Avenue
New York NY 10017
Att'n: Donald Bernstein and Brian Resnick

IV. Counsel for the official
committee of unsecured creditors
Latham & Watkins LLP
885 Third Avenue
New York NY 10022
Att'n:Robert Rosenburg&M Broude

V. counsel for the official committee
of equity security holders
Fried,Frank,Harris,Shriver&
Jacobson LLP
One New york Plaza
New York NY 10004
Att'n Bonnie Steingart

VI the Office of the United States
Trustee for the Southern District
of New York
33 Whitehull Street Suite 2100
New York NY 10004
Att;n Brian Masumoto