February 12, 2009

RECEIVED
FEB 17 2009
U.S. BANKRUPTCY COURT, SDNY

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Honorable Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 8, 2005
Document # 14705 to Cancel OPEB (Health Insurance Benefits) for all Retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with *no previous warning to any of the current employees and retirees of Delphi Corporation* and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections. Not only that we are being given less than 6 weeks to make significant changes in our life's financial circumstances. Typically those affected by such actions are given more time to make such adjustments.

*Many of the most recent retirees of Delphi were retired **BY the company** and **NOT** by the choice of the employee.* They were given no decision to make, just told they would be retiring on a specific date. They had little time to prepare for retirement, and little time to adjust to a significantly reduced income before they were hit with this latest development (loss of health care) which will cause financial hardship for every retiree. In many cases this added cost of health care will now consume a large portion of their retirement, if not all of it. It will have huge impacts not only on the retirees and soon-to-retire, but also every community where retirees live.

With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plan, have lost 40 – 60 % of their savings. As you know, the cost of living has increased significantly in the last two years and since the retirement we are receiving has no cost of living adjustment, we have already seen a significant loss of income. This coupled with the loss of health care benefits will have a crippling effect on the lives of every retiree of Delphi Corporation.

It is my belief that there are other ways to restructure the company and still retain health care for retirees. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a decreasing cost to the company as each of us reaches that 65 age milestone.

Please know that each of the 15,000 + retirees and soon-to-retire, who will be negatively impacted by this action, will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

## I ask you to REJECT this motion.

Sincerely yours,

Raymond E. Sparks
11080 Woodfield Parkway
Grand Blanc, MI 48439
810-606-0651