February 8, 2009



United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the retirees of Delphi Corporation and was only made known to me via letter on February 6, 2009 and gave me a mere eleven days to file my objections.

In my personal circumstance, I worked as an electrical engineer for Delco Electronics Division of General Motors, starting in 1969. In 1999 Delco was made part of Delphi Automotive and spun off from GM into a separate company. I worked there for a total of 33 years until offered a chance for early retirement. I retired from Delphi in 2002 under an early retirement incentive program. I was promised at that time to be provided full health care coverage for my wife and me (medical insurance, prescription drug benefit, dental and vision coverage) for the remainder of my life. I also was told that the company had purchased life insurance equal to twice my annual salary at retirement. I was 55 years of age at that time. I considered the offer and accepted it, feeling it would provide me and my wife with adequate income and security for the rest of our lives.

Three years later, in 2005, Delphi filed for bankruptcy and subsequently I was informed that all medical coverage would continue only until I reached age 65, and then I would be responsible for my own coverage. In return I was also then informed that a one-time $20,000 Retiree Health Reimbursement Account (RHRA) would be set up for my use starting at age 65 from which I could use to help fund all the medical coverage the company was taking away from me. My company supplied life insurance was still intact at that time.

This latest filing by Delphi now denies me all health coverage as of April 1, 2009. Also it takes away the $20,000 Retiree Health Reimbursement Account (RHRA) promised four years earlier. Also it takes away the so-called paid-up company supplied life insurance policy equal to two years of my final pay rate.

As of now, the company has not defaulted on my pension but I fear that will be the next thing to be denied. I was a salaried employee; so far only the former salaried employees are suffering reductions in retirement benefits. Former hourly retirees are not being told their benefits will be reduced.

It is my belief that there are other ways to restructure the company and still retain health care for salaried retirees. Health care benefits are currently scheduled to stop at the age of 65 for all salaried retirees. Therefore this cost is a decreasing cost to the company as each of us reaches that 65 age milestone.

Please know that each of the 15,000 salaried retirees who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

**I ask you to REJECT this motion.**

Sincerely yours,

Kenneth R Campbell
919 Live Oak Ct
Kokomo
IN 46901
Phone 765 271 2030