February 12, 2009

RECEIVED
FEB 17 2009
U.S. BANKRUPTCY COURT, SDNY

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Honorable Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 8, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Honorable Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

Forty-two years ago when Delco Radio Division of GM offered me employment, it was proudly stated that upon retirement I would receive health care coverage for life as well as a fully paid life insurance policy. After accepting the employment offer and giving 42 years of service to Delco Radio / Delphi Corporation and retiring on October 31, 2008, I find that Delphi is requesting the bankruptcy court to allow them to renege on health care coverage and life insurance benefits. This offer constituted part of my compensation. Delphi enjoyed the benefits of my service for the 42 years and now they want to walk away from honoring their commitment.

It is my belief that there are other ways to restructure the company and still retain health care and life insurance for retirees.

Please know that each of the 15,000 retirees who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

**We ask you to REJECT this motion.**

Sincerely yours,

Richard J. Fisher

Richard T. Fisher
1404 Red Bird Ct.
Kokomo, IN 46902
1.765.459.8715 phone