February 13, 2009

The Honorable Robert D. Drain
United States Bankruptcy Court
Southern District Of New York
One Bowling Green, Room 210
New York, New York 10004

Attention: Your Honorable Robert D. Drain

REF:

Delphi Corporation Case No. 05-44481(RDD)  filed October 5, 2005
Document #14705 to terminate OBEB (Health and Life Insurance Benefits) for all retirees

This letter is to express my concern with Document #14705 filed by the Delphi Corporation on February 4, 2009, asking the court to terminate Employer-Paid Post-Retirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for 15,000 Salaried Retired Employees and their Spouses.

*Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705*

This document was filed with no previous warning to any of the retirees of Delphi Corporation and was only made known to us via a document on February 5, 2009, by Federal Express, which gave us only twelve days, February 17, 2009, to file any objections.

With the current state of the economy, retirees who have saved for retirement in their Stock Savings Plans have lost approximately 40% or more of their savings.  As you know, the cost of living has increased significantly in the last two years; this coupled with the loss health care and insurance benefits would have a crippling effect on the lives of every retiree of Delphi Corporation as well as the communities in which the retirees live.

It is my belief that there are other ways to restructure the company and still retain healthcare for the retirees.  Just a few years ago, Delphi already had informed us that health care benefits would cease once a retiree reached 65 years of age, which gave some of us an opportunity to plan ahead for this life changing event, but now with this sudden termination of benefits this will cause financial hardship for most of us.

Please know that each of the 15,000 retirees who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705, dated February 4, 2009.

## *We ask you to REJECT this motion*.

Page 2    Delphi Corporation Case No. 05-44481 (RDD)    February 13, 2009

Sincerely yours,

_____

James Wingard
5740 Seven Gables Avenue
Trotwood, Ohio 45426