

February 12, 2009

United States Bankruptcy Court for the South District of New York
One Bowling Green Room 610
New York, NY 10004-1408
ATTN: Honorable Robert D. Drain

**RE:  Bankruptcy Court Case # 05-44481**
      **Debtor Delphi Corp.**

I am a recent retiree of Delphi Electronics & Safety; September 1, 2007. I worked 29 years/11 months/10 days for GM and was told that my benefits would continue unchanged with Delphi.

After working 9+ years with Delphi, I retired. My pension is $4,958.77 per month and I pay $82/month for my dental and health care. Delphi now tells me that this may now cost me $1,331/month for my health care if I can even get it at 62 years of age.

I protest Delphi's motion to end health care and life insurance for Delphi's Salaried Employees as this will pose a real hardship for me and my wife. I may have to choose between health care and my mortgage.

Sincerely,

*Hal C. Smith*

Hal C. Smith
1363 S. 700 E.
Greentown, IN 46936