Hon. Robert D. Drain

Feb. 11, 2009

U.S. Bankruptcy Judge

Re: Objections to Motion by Delphi Corp. to Terminate Retiree Benefit Payments (CASE 05-44481)

I wish to object to the correspondence dated Feb. 4, 2009, stating Delphi is requesting of you approval to terminate all benefit payments to retirees and spouses, indicating that the hearing date before you is Feb. 24, 2009. I voice this objection on my behalf and for those workers who remain silent after decades of service to this company – and counting on some degree of healthcare benefits during retirement years.

Additional correspondence was sent directly from Delphi – dated Feb. 5, 2009, which stated "effective April 1, 2009, Delphi will no longer provide ..." This appears to be very presumptive on Delphi's part – assuming that you are absolutely going to approve their request as submitted!

I wish to request that instead of approving Delphi's request as submitted, that you consider the needs of the thousands of retirees (and spouses) affected and approve instead a reduction in amount of benefits to be provided by Delphi (such as 50 % instead of 100 %). I request also that you establish a much later effective date so that people can make preparations for this jolt to their income stream.

Thank you for your considerations in this matter!

*Brian Opel*

Brian (+Vickie) Opel

2309 Duncansby Dr. SW   Decatur, AL 35603


Cc: (1) Delphi Corp.   (2) counsel to debtors   (3) counsel for agent   (4) counsel for unsecured debtors   (5) counsel for equity security holders   (6) U.S. Trustee for Sou. District of N.Y.