February 10, 2009

To:      United States Bankruptcy Court
         One Bowling Green
         New York, NY 10004

RECEIVED
FEB 17 2009
U.S. BANKRUPTCY COURT, SDNY

From:    Alan Kilburn
         P.O. Box 224
         Lapel, IN 46051

Attn: Attn: Dorothy LI

Ref:
Delphi Corp. Case #05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees 15,000 people who are retirees of Delphi Corporation

Dear Deputy Li:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 5, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**PLEASE NOTE THAT THIS LETTER IS AN OBJECTION TO THAT DOCUMENT AND FILE IT AS A MOTION TO OBJECT TO DOCUMENT #14705.**

**We ask you to REJECT this motion.**

Sincerely,

Alan Kilburn
Retiree, October 2008