2/13/09

TO: THE HONORABLE ROBERT DRAIN
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN, ROOM 610
NEW YORK, NEW YORK 10004

YOUR HONOR,

I AM WRITING TO YOU TODAY IN **PROTEST** OF THE RECENT REQUEST BY THE DELPHI CORPORATION TO ELIMINATE THE SALARIED RETIREE'S HEALTH CARE BENEFIT AS OF APRIL 1, 2009 AS PRESENTED TO YOU; CHAPTER 11, CASE NO. 05-4481 (RDD)

I WAS "GIVEN THE OPPORTUNITY" TO RETIRE ON NOVEMBER 1, 2008, JUST THREE MONTHS AGO. AT THAT TIME, WHILE MAKING A LIFE ALTERING DECISION, PART OF THE COMPENSATION PACKAGE PROMISED TO ME WAS A CONTINUATION OF THE (PARTIALLY EMPLOYEE FUNDED) HEALTH CARE BENEFIT I HAD AS AN ACTIVE EMPLOYEE. I WAS INSTRUCTED TO MAKE MY NEW HEALTH CARE ELECTIONS FOR 2009 ONE WEEK BEFORE I RETIRED. I BELIEVE THAT WITH ONLY THREE MONTHS TRANSPIRING BETWEEN HAVING HEALTH CARE AND NOT HAVING HEALTH CARE, IT IS PAINFULLY CLEAR THAT **DELPHI MISREPRESENTED THE TERMS OF MY RETIREMENT.**

I RETIRED FROM DELPHI WITH **33** YEARS OF UNBROKEN, LOYAL SERVICE. I DID THIS WITHOUT TAKING A SINGLE SICK DAY OR PERSONAL DAY. HOW CAN THIS CORPORATION CONSIDER ELIMINATING OUR HEALTH CARE WHILE ONLY GIVING US **6** WEEKS NOTICE TO TRY AND REACT? AT MY AGE, 55, THERE IS NO AFFORDABLE HEALTHCARE AVAILABLE TO ME. I AM CURRENTLY NOT WORKING AND MY WIFE DOES NOT HAVE HEALTH CARE THAT I CAN FALL BACK ON.

I AM CURRENTLY ATTENDING COLLEGE IN ORDER TO GET RECERTIFIED TO TEACH. I FULLY PLAN ON BEING AVAILABLE TO RESUME MY TEACHING CAREER AND RECERTIFIED BY SEPTEMBER OF 2010.

I AM RESPECTFULLY ASKING YOU TO **TURN DOWN DELPHI'S REQUEST** TO ELIMINATE HEALTHCARE BENEFITS FOR SALARIED RETIREES. PLEASE CONSIDER MY SITUATION, AND THE SIMILAR SITUATIONS OF HUNDREDS OF FELLOW RETIREES, ALL OF WHOM ARE ON FIXED INCOMES AND MOST OF WHOM ARE IN THEIR 50'S AND EARLY 60'S (TOO YOUNG FOR MEDICARE). $960 PER MONTH (THE CURRENT COST OF MY HEALTH CARE AND OVER 1/3 OF MY PENSION CHECK) WOULD BE MUCH MORE THAN "A HARDSHIP". IT WOULD BE COMPLETELY UNAFFORDABLE.

I THANK YOU FOR YOUR TIME AND CONSIDERATION.

KURT SCHRAMM
251 BRYAN ST.
ROCHESTER, NEW YORK
14613