February 12, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Honorable Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 8, 2005
Document # 14705 to Cancel OPEB (Health Insurance Benefits) for all Retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the current employees and retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections.

Most of the effected people were previously employees of General Motors who were "thrown out" by General Motors when they decided to divest themselves of their Automotive Components Divisions. A large number of these employees had over 30 years employment with General Motors. At the time of the separation, the employees were assured that the same benefit programs would be continued. There was no indication as to whether General Motors had shared any funding that these employees had accrued during their time of employment with General Motors.

In 2005, Delphi **ALREADY** made a significant change in the retired salaried benefit program by eliminating the Delphi Medical Insurance program for the retirees who were Medicare eligible or as they became Medicare Eligible. At that time, to make it "easier" for the retirees who had not had enough warning to allow them to save extra money while they were still working to help pay for their own medical insurance, they started a medical insurance premium reimbursement program for the retirees. This program had a finite life since it was limited to a specific dollar amount, so it was a decreasing cost Delphi could predict.

Many of the most recent retirees of Delphi were retired **BY** the company and **NOT** by the choice of the employee. They were given no decision to make, just told they would be retiring on a specific date. They had little time to prepare for retirement, and little time to adjust to a significantly reduced income before they were hit with this latest development (loss of health care insurance before being Medicare eligible, cancellation of the Medicare B reimbursement, and the medical insurance premium reimbursement) which will cause financial hardship for every retiree. It will have huge impacts not only on the retirees and soon-to-retire, but also every community where retirees live.

With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans, have lost 40 – 60 % of their savings. As you know, the cost of living has increased significantly in the last two years based upon rising energy costs alone. This coupled with the loss of health care benefits would have a crippling effect on the lives of every retiree of Delphi Corporation.

It is my belief that there are other ways to restructure the company and still retain health care for retirees. It is possible the General Motors has some obligation to many of these employees given the length of time that they worked for General Motors before Delphi was formed. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a decreasing cost to the company as each of us reaches that 65 age milestone.

Please know that each of the 15,000 + retirees and soon-to-retire, who will be negatively impacted by this action, will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

## We ask you to REJECT this motion.

Sincerely yours,

Robert L. Jones
498 Centennial Ct.
Centerville, OH 45458