February 9, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Honorable Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 8, 2005
Document # 14705 to Cancel OPEB (Health Insurance Benefits) for all Retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

While I understand this economic situation calls for drastic measures to facilitate Delphi's emergence from bankruptcy, I do not understand why the salaried employees must continue to shoulder the burden of saving the company. Please do not consider compensation and/or benefit changes to Delphi employees unless they are for ALL employees, salaried and hourly alike. I understand the hourly still enjoy benefits not available to the salaried employees, and yet Delphi wants to further diminish salaried compensation. This is unconscionable.

In addition to this issue, salaried employees hired between 1993 and 2000 were recipients of a benefit to help offset health care in retirement amounting to 1% of their salary that Delphi put into their 401k accounts. Those of us hired prior to 1993 did not receive this benefit since we were to receive health care coverage in retirement. With this proposed change, employees hired between 1993 and 2000 have an unfair advantage over those with longer seniority. At a minimum, Delphi should be paying long term seniority employees a lump sum amounting to 1% of our salary for the period from 1993 to today, so as not to disadvantage high seniority employees who have little time to plan for this drop in health care coverage. **I ask you to REJECT this motion.**

Sincerely,

David M. Chatt
7133 Northledge Drive
Lockport, NY 14094
716-434-5219