TO:   Honorable Robert D. Drain                    February 13, 2009
      US Bankruptcy Court
      One Bowling Green    Room 610
      New York, NY 10004

      Delphi Corporation
      Attn: General Counsel
      5725 Delphi Dr.
      Troy, MI 48098



U.S. BANKRUPTCY COURT, SDNY

From:  Neil K. Schneider
       61 Gettysburg
       Coatesville, IN 46121

After receiving notification of Delphi's intent to terminate Medical and Insurance benefits on Friday February 6, 2009 to all Retired SALARIED employees who were hired by GM prior to 1993, and after discussions with several of my "retired cohorts", I am writing this letter in protest of this action.

It was Delphi's top management who has caused this financial crisis to happen to this great company. Their insistence upon "Just-in-time", "Lean", "Agile" applications was nothing but a ruse in order to cover up the real problems – mismanagement, dishonesty, and greed on the part of Batenburg, Rumsfeld, and others.

I spent over 30 years with Delco Remy / Delphi and moved my family all over the world at the request of management's requirements. My retirement was carefully planned by me in order to sustain my life after age 65. I will reach that age next month and with this termination of medical benefits and life insurance, it is now in jeopardy. This should not be allowed to happen just because Delphi "wants to".

As most intelligent people understand, the real problem belongs to the GM, Delco Remy, and Delphi top management, who refused to deny the unsustainable demands of the union for years and years and years. And now, to terminate benefits of retired salaried employees and STILL not address the problems of the UNION, does not appear to be the solution to the Delphi financial problems. GM, Delphi will continue to have financial problems until the root problem is addressed. Terminating SALARIED benefits will do nothing to solve their problems.

Please accept this letter as my objection to the Court's approval of Delphi's "Motion" at the hearing on February 24, 2009 before the Honorable Robert D. Drain.

Neil K. Schneider