February 11, 2009

RECEIVED
FEB 17 2009
U.S. BANKRUPTCY COURT, SDNY

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Honorable Judge Robert D. Drain

Re: Delphi Corporation Case #05-44481 filed October 5, 2008 - Document #14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Honorable Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 04, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

This letter is an objection to that document.

Loss of health and life insurance benefits will cause financial hardship for every retiree. It will most certainly have negative consequences in every community where retirees live.

Please consider that since Delphi funded health care and life insurance benefits are scheduled to stop at the age of 65, the cost to Delphi is on a decline and will be little or no expense to Delphi in the near future.

Being a 62 year old Delphi Corporation salaried retiree, I respectfully request that you reject this motion to cancel health care benefits for retired salaried employees.

Respectfully yours,

Warren E. Brinson
307 Mulberry Road
Chesterfield, IN 46017