February 12, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

RECEIVED FEB 17 2009 U.S. BANKRUPTCY COURT, SDNY

Attn: Judge Robert D. Drain

Re: Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB(health insurance benefits) for all salaried retirees

Dear Judge Drain:

As a retired salaried employee, I wish to file my personnel OBJECTION to Document #14705. It was without any prior communications to us, and I believe it was intentionally filed with a short deadline to make it difficult to formally organize and legally respond.

I understand they (Delphi) has the right to terminate this benefit, but why couldn't they have given us more time to explore options? Ill feelings towards the company, and financial hardship will be the result of this action, both will undoubtedly negatively impacg their sales in the long term.

Sincerely Yours,

Gary L. Sisk
3308 Susan Dr.
Kokomo, IN 46902


CC: Office of the United States Trustee for the Southern District of New York