February 13, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Honorable Judge Robert D. Drain

**Ref: Delphi Corp Case # 05-44481 filed October 8, 2005**
**Document # 14705 to <u>Cancel</u> OPEB (Health Insurance Benefits) for all Retirees**

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

We were told nothing until being notified by Delphi in a letter February 5, 2009 that we would no longer have our insurance. This does not leave us much time to make arrangements for our health care. I have medical issues that would deter my obtaining employment even if I could do so at my age.

I was forced into retirement effective January 1, 2008. I was employed at Delphi for more than 28 years. I was relying on the health care benefits I had earned. I understand premiums may increase, but just to eliminate salaried retires benefits only is very unfair. I strongly object to what Delphi wants to do.

With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans, have lost 40 – 60 % of their savings. As you know, the cost of living has increased significantly in the last two years based upon rising energy costs alone. This coupled with the loss of health care benefits would have a crippling effect on the lives of every retiree of Delphi Corporation.

It is my belief that there are other ways to restructure the company and still retain health care for retirees. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a decreasing cost to the company as each of us reaches that 65 age milestone.

RECEIVED
FEB 18 2009
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

Please know that each of the 15,000 plus retirees and soon-to-retire, who will be negatively impacted by this action, will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

## We ask you to REJECT this motion.

Sincerely yours,

*Louis A. Young*
Louis A. Young
2828 Tara Tr.
Beavercreek, OH 45434
(937) 426-8280