February 13, 2009

Donald R. Sutton
765 Georgetown Street
Hazlehurst, MS 39083

Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 610
New York, New York 1004

To Whom It May Concern:

I am writing this letter in reference to Delphi Corporation, et al., Chapter 11 Case No. 05-44481 (RDD). I received written notice on February 9, 2009 that Delphi would be canceling health care and life insurance for me and my family. I am a 68 year old cancer survivor with two (2) children ages 12 and 14. This cancellation will pose a huge impact on our family, as with this very short notice our home income will drastically change.

The April 1, 2009 effective date of change is too short for us to adequately adjust our income to meet this expensive change. We could very well be forced into bankruptcy ourselves. I retired after more than 27 years of service as a Delphi Salaried employee believing that my family and I would have insurance to take care of our health needs, now suddenly we receive notice that we will not.

The health and life insurance premiums have been supplemented out of my check and now it seems a total loss. I ask the court to deny this decision because of the hardships it will cause. If you need further information, please contact me. My e-mail address is: sutt4969@bellsouth.net, telephone # is 601-894-1343 (home). 601-894-1343 (home).

Sincerely

*Donald R. Sutton*
Donald R. Sutton, Retired Delphi Salaried Employee