ATTN: JUDGE ROBERT D. DRAIN

James E. Eaton
5900 Cobb Creek Ct.
Rochester, MI 48306
248-651-3409

RECEIVED
FEB 17 2009
U.S. BANKRUPTCY COURT, SDNY

Salaried Employee of Delphi Corporation
Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
In re                         :    Chapter 11
                              :
DELPHI CORPORATION, et al.,   :    Case No. 05-44481 (RDD)
                              :
              Debtors.        :    (Jointly Administered)
                              :
------------------------------x

LETTER TO CONTEST DELPHI'S MOTION FOR ORDER UNDER 11 U.S.C. §§ 105, 363(b)(1), AND 1108 CONFIRMING DEBTORS' AUTHORITY TO TERMINATE EMPLOYER-PAID POSTRETIREMENT HEALTH CARE BENEFITS AND EMPLOYER-PAID POST-RETIREMENT LIFE INSURANCE BENEFITS FOR CERTAIN (A) SALARIED EMPLOYEES AND (B) RETIREES AND THEIR SURVIVING SPOUSES ("SALARIED OPEB TERMINATION MOTION")

Preliminary Statement

I am submitting my objection regarding Delphi's action filing a motion with the U.S. Bankruptcy Court to eliminate retiree healthcare, life insurance and Retiree Health Reimbursement Account (RHRA), for the following reasons:

1) I was employed prior to 1992 and just recently retired from Delphi. These benefits were promised in lieu of the retirement benefits eliminated a few years ago.

2) Employees hired after 1992 do not receive health benefits in retirement so they have had time to plan and prepare for their health care after retirement. However, in my case, it's too late to plan. I am already retired and eliminating these benefits will create an individual hardship.

3) The motion made by Delphi is for the permanent elimination of health care benefits for salaried employees who were promised coverage in retirement. When Delphi emerges from bankruptcy and once again becomes profitable, I would expect they could afford and would want to provide health care to salaried employees who were originally promised this coverage.

## Summary

I am a retired project manager whose career started at GM and evolved to Delphi after assignments at Fisher Guide and Inland Fisher Guide. There have been other outside opportunities during my career at Delphi, but I choose to remain at Delphi because I believed in the company and it's principles. I am somewhat surprised at Delphi's motion to eliminate retiree healthcare benefits, since it is not consistent with "The Absolutes of Excellence" principles we were taught, regarding <u>People Caring and Reward and Recognition</u>.

In view of the current downturn in the economy and the automotive industry I believe that maybe a temporary elimination of benefits is necessary, but not a permanent elimination, as planned.

I appreciate the court taking the time to review my objection and respectfully ask that you not support the approval for Delphi's motion to terminate health care coverage for salaried employees that are counting on that benefit.

2

Dated:    Rochester, Michigan
February 12, 2009

                                                                       *[signature]*

                                                                       James E. Eaton
                                                                       5900 Cobb Creek Ct.
                                                                       Rochester, MI  48306
                                                                       248-651-3409