Reply Copy
Case # 05-44481 (RDD)
Hearing Feb 24, 2009
40th Omnibus Hearing

Dear Sir:

My name is [Deac Hutzm?]. I'm retired after 35½ yrs. I've been proud too work for Gm & 2 yrs for Delphi after losing quite a bit on stock with Delphi and and now turning 65 & my wife is 63 this comes as a great shock to me. Limited income and now this what a slap in the face! Medical for my spouse and life Ins. really set us back. I'm truly disappointed in the management of Delphi and hope you think what could happen too you at this time of your age!

Sincerely,
Deac Hutzm