1551 Lindenhurst Drive
Dayton, Ohio 45459

February 14, 2009

Honorable Robert D. Drain
United States Bankruptcy Court
One Bowling Green, Room 610
New York, New York 10004

Most Honorable Judge Robert D. Drain:

I, Bill Taulbee, do object to the Delphi motion to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain salaried employees and retirees and their surviving spouses. Relief as is Just? I began working for GM in 1963 and was told for many years that when I retired the above benefits would always be there. I am sending copies of some of the large amount of information that I was given over the years. We were never given the right to vote when Delphi was removed from GM but I decided not to retire at that time (1999) because I was hoping to work until I was 62 or 65. (I am now 65) I retired from Delphi in 2001 because of much indirect pressure and incentives. I was told that I could do something that I enjoyed and that it would be the best for me. I immediately returned to college and completed my Bachelors Degree so that I could do substitute teaching as I have always enjoyed working with young people in coaching for thirty plus years and teaching Sunday School. While going to college in the evening, I began driving a school bus during the day and loved getting to know and watch over the students. In 2004, my wife and I were blessed to get to keep a little six year old Russian orphan girl for 10 days in our home during her visit to America. We always dreamed of having a daughter and immediately began the paperwork for adoption. A year later we traveled to Surgut, Russia and brought Geniya home. I will gladly continuing to drive the school bus (my eighth year) until Geniya is on her own to be able to keep my family insured. We also have a son who is 31 years old and a graduate of special education. He is working for Krogers (15 years), is married, and currently insured. Losing my medical and insurance benefits will eventually be devastating to my family and thousands of other families. I have always been loyal to GM and Delphi and will continue to be. My mother and many relatives retired from GM. The salary workers that I worked with always did everything they could possibly do to help the plants. We went to work in the dark and went home in the dark working in cubicles day after day with no overtime pay. As people retired, those who were left picked up the work. One of my

friends (Bill Pilgrim) died at work. Another, (Rick Thomison) died in a home accident before he retired. My last supervisor, (Phil Musial) who retired with me, lived only a year after retiring. When Delphi left GM, funds were transferred from GM to Delphi for future retiree health care and life insurance benefits. Is it just for Delphi not to use these funds as provided and promised? In the news is a story about GM considering purchasing a part of Delphi back. If and when the economy turns around will the above benefits be restored? GM has been giving employees with low years of seniority large amounts of money to give up their health care and life insurance benefits. The amount GM is giving out is as much or more per employee than what Delphi wants to take from their salary retirees. How is it just that we would get nothing for our health care and life insurance benefits? Please consider the justice that I and thousands of other retirees are pleading for and reject the motion that Delphi is requesting.


Respectfully yours,

*Bill D. Taulbee*

Bill D. Taulbee



**RETIREE SERVICING CENTER**
P.O. Box 5113
Southfield, Michigan 48086-5113
**1-800-828-9236**
1-800-872-8682
TELECOMMUNICATION DEVICE FOR THE DEAF

March 05, 2001

Billy D Taulbee
1551 Lindenhurst Dr.
Centerville, OH 45459

Dear Billy D Taulbee:

As a retiree of Delphi Automotive Systems with 10 or more years of participation in the Life and Disability Benefits Program, you are eligible for Continuing Life Insurance.

Our insurance records, as of the date of this letter, show the Continuing Life Insurance has now fully reduced to the ultimate amount of **$60,079.00**. This ultimate amount will remain in effect for the rest of your life and is provided by Delphi at no cost to you.

**IMPORTANT: YOU SHOULD KEEP THIS NOTICE WITH YOUR OTHER VALUABLE PAPERS.**

If you have any questions regarding this letter, you may call toll-free, **1-800-828-9236** (Telecommunication Device for the Deaf 1-800-872-8682), during normal business hours, or write to the address above.

Always include this Social Security number, , in all your correspondence.

**Retiree Servicing Center**

UA01



**DELPHI**
Automotive Systems

J.T. Battenberg III
Chairman of the Board,
Chief Executive Officer & President

April 10, 2001

Billy D. Taulbee
1551 Lindenhurst Drive
Dayton, OH  45459-3360

Dear Billy:

On behalf of the entire Delphi team, thank you for all your efforts and congratulations on your recent retirement from Delphi Automotive Systems.  I trust that as you begin a new chapter in your life, you take great pride in your career accomplishments.

I wish you good health and happiness, and may you find the years ahead to be relaxing and enjoyable.  I also hope you'll keep your eye on Delphi and take pride in watching the achievements of this great company that you helped build.

Kind regards,

World Headquarters and Customer Center
5725 Delphi Drive  Troy, Michigan  48098-2815  USA
Tel: [1] 248.813.2500  Fax: [1] 248.813.2505


Automotive Systems

March 22, 2001

Billy Taulbee
1551 Lindenhurst Drive
Centerville, OH  45459

RE:   Your Retirement

Dear Bill,

It is with warmest personal regards that I wish you the best in retirement.  During your time here at Kettering, I'm sure you have witnessed many changes and made many contributions.  Your 36 years of employment with the company is an outstanding achievement.  I want to commend you personally and on behalf of the company for your years of dedicated service.

I also congratulate you on your well-deserved independence and wish you the very best in whatever path you now choose.

It's been a great pleasure having you on our Team.

Congratulations & Good Luck!

Sincerely,

**Paul W. Hegwood, Jr.**
**Plant Manager**
**Kettering Operations**

Chassis Systems
2000 Forrer Boulevard  Kettering, Ohio  45420  PO Box 1042  Dayton, Ohio  45401-1042  USA



**1986 GM**

```
DELCO MORAINE DAYTON
1420 WISCONSIN BLVD
DAYTON                    OH 45401
```

# PERSONAL BENEFIT SUMMARY
## YOUR SHARE OF THE GM BENEFIT PROGRAM

PREPARED FOR:

```
                      41001    115 45459
TAULBEE     BILLY        D
1551 LINDENHURST DR
CENTERVILLE   OH 45459
```

Based on your personal data as of December 31, 1985.

The salary you receive through your paycheck is one tangible form of the total income and benefits available to you and your family from General Motors. Your GM benefit programs enrich this income, and add to your total financial security and that of your family. Your GM benefits are among the best in American industry. Further improvements were made in certain of these programs during 1985, which can enlarge your opportunity for personal financial planning through GM savings and investment programs.

We are pleased to provide you with this updated summary of your GM benefits and their net worth to you and your family. The summary has been expanded to reflect the Informed Choice Plan and improvements in the Flexible Compensation Program. Your continuing contribution to the success of GM helps make these improvements possible.

*Roger B. Smith*
Chairman

## HEALTH CARE BENEFITS (Informed Choice Plan)

YOU AND ENROLLED FAMILY MEMBERS HAVE CHOSEN THE
HEALTH MAINTENANCE OPTION OF THE INFORMED CHOICE PLAN.
YOUR ENROLLMENT INCLUDES: BASIC, DENTAL, VISION AND MAJOR MEDICAL COVERAGES

In most cases and for the most part, any health care costs you incur for covered services are passed directly on to GM. The approximate total annual cost to GM of supplying these coverages for you, your dependents, and all other persons covered by our health care programs during 1985 is shown below.

| | |
|---|---|
| HOSPITAL/SURGICAL/MEDICAL<br>PRESCRIPTION DRUG<br>HEARING AID<br>SUBSTANCE ABUSE | $1,804,896,100 |
| VISION | 47,431,473 |
| DENTAL | 269,884,888 |
| CMEIP | 14,563,205 |
| Total | $2,136,775,666 |

The average annual cost to GM of your health care coverages is **$2,831.61 FOR FAMILY COVERAGE.**

## FLEX 86 (Flexible Compensation Spending Accounts)

For 1986, you chose to make before-tax deposits to Flex spending accounts as follows:

Health Care
Dependent Care
Legal Services

# RETIREMENT BENEFITS

Through December 31, 1985, your credited service is **21 YEARS AND 0 MONTHS.**

Your contributions are:
- Prior to 7-1-77 .......... $819.48
- 7-1-77 to 10-1-79 ........ $501.95
- After 10-1-79 ............ $1,716.87

If you work for GM until age 65 in **2008** your estimated monthly retirement income would be:

From the Retirement Program
- —Noncontributory benefits ........ $1,019.00
- —Contributory benefits ........... $1,029.00*

From Social Security
- —Yourself ........................ $888.00
- —Dependent spouse at age 65 ..... $444.00

**Total Monthly** ............ $3,380.00

\* ASSUMES CONTINUED CONTRIBUTIONS TO AGE 65 AND NO WITHDRAWALS.

Estimated retirement benefits are based on the assumption that your current pay will stay the same until retirement. Retirement payments are for your lifetime only. Your election of survivor benefits would reduce these amounts.

Estimates of your retirement income at other ages are available upon request from your Personnel Office.

## Plus

If you retire from GM (except at employe option between ages 55 and 60 when your age and credited service total less than 85):
- You may (1) take your Savings-Stock Purchase Program account in a lump sum, (2) defer receipt to the year after the year you attain age 70½, or (3) convert your account to a lifetime annuity.
- Your health care coverage will be continued for your lifetime.
- A portion of your Life Insurance and Personal Accident Insurance may be continued for your lifetime. Optional Life Insurance may be continued until age 70.

# SURVIVOR BENEFITS

In the event of your death while employed by GM, the following payments will be made to your beneficiary:

## Monthly Payments

From the **Insurance Program:**
$350 to an eligible survivor, for up to 24 months ($200 if certain Social Security benefits are payable). Thereafter, your spouse 1) who, upon your death, was at least age 45, or 2) whose age, when added to your years of service totals 55 or more, would be paid $350 a month until the earlier of (1) age 62, (2) remarriage or (3) entitlement to unreduced Social Security because of your death.

From the **Retirement Program:**
A noncontributory benefit of **$221 PER MONTH**\* for your spouse's lifetime when Insurance Program survivor benefits are not payable or are waived. Contributory benefits of **$171 PER MONTH** would begin immediately for your spouse's lifetime in lieu of return of contributions.

From **Social Security:**
Social Security could pay a surviving spouse and children as much as **$1,482 PER MONTH.**
\* BENEFIT PAYABLE WHEN EMPLOYE WOULD HAVE ATTAINED AGE 65, REDUCED IF PAID EARLIER.

*Optional Dependent Insurance:*
- $5,000 Life Insurance—spouse
- $1,000 Life Insurance—each child

Contributory Personal Accident Insurance, which provides additional coverage for death, dismemberment, and certain other conditions resulting from bodily injury sustained in an accident, also is available to you.

## Lump-Sum Payments

| | |
|---|---|
| $76,700 | Basic Life Insurance |
| $10,000 | Optional Life Insurance |
| $17,032 | Savings-Stock Purchase Program |
| SEE B | Retirement Program contributions |
| $255 | Social Security death payment |
| $1,663 | Employe Stock Ownership Plan |
| **$105,571** | **Total** |

Plus, if death is accidental:
- $38,350 -Extra Accident Insurance
- $38,350 -Extra Accident Insurance (while on company business)

## Plus

GM will pay for health care coverages for your spouse and eligible children if you die while actively employed provided you:
1) Elected the Retirement Program contributory surviving spouse option and had 10 or more years of credited service, or
2) Were eligible to retire voluntarily (except between ages 55 and 60 when your age and credited service total less than 85).

## INCOME SECURITY

IF YOU ARE LAID OFF, YOU MAY BE ELIGIBLE FOR 12 SEMI-MONTHLY PAYMENTS OF $1,198.13 UNDER THE LAYOFF BENEFIT PLAN. THEREAFTER, YOU MAY BE ELIGIBLE FOR 36 SEMI-MONTHLY PAYMENTS OF $958.50. THESE PAYMENTS WILL BE REDUCED BY UNEMPLOYMENT COMPENSATION TO WHICH YOU ARE ENTITLED, STATE DISABILITY BENEFITS AND ANY GM PAY RECEIVED, AND 75% OF ANY EARNINGS RECEIVED FROM ANOTHER EMPLOYER OR FROM SELF-EMPLOYMENT.

---

## Employe Sto[ck]

The statement below show[s] with any voluntary contri[butions] For 1984, GM contributed [...]

| Plan Year | GM Automatic Contribution |
|---|---|
| 1976-1983 | 15.2025 |
| 1984 | 2.7881 |
| Total | 17.9906 |

Based on the December [...] was $1,584.47
these shares was
on shares held in your ES[...]
1985 on these dividends i[s]

## DISABILIT[Y]

### Monthly Payments

If you become disabled y[...]
$3,195 PER MON[TH]
$2,396 PER MON[TH]
If you remain disabled

$2,132 per mo[nth]

of $840 per month

In addition, if you have a [...]
per month from Social Se[curity]

\*Retirement benefits are proj[ected]

## ADDING I[T UP]

The combined GM Benefit[...]

YOUR SALARY IS
COST TO GM FOR
BENEFITS INCLU[DING]
FOR SOCIAL SEC[URITY]

TOTAL.........

\* YOU ARE ELIG[IBLE]
IN 1986, AT A[...]

GM's cost for your benef[its]
calculated for this statem[ent]
- Salary continu[ation]
- Unemploymen[t]
- Tuition Assist[ance]

Note: Important informat[ion]


4100

## Employe Stock Ownership Plan

The statement below shows your account status as of December 31, 1985. It includes shares of GM common stock purchased with any voluntary contributions you made, and for the period 1976 through 1983, with matching contributions made by GM. For 1984, GM contributed shares of GM common stock equal in value to ½ of 1% of your 1984 compensation, up to $100,000.

### ANNUAL STATEMENT OF ACCOUNT
Shares Purchased With

| Plan Year | GM Automatic Contribution | Your Contribution | GM Matching Contribution | Dividends | Total Shares GM Common Stock | Total Shares GM Class E Stock |
|---|---|---|---|---|---|---|
| 1976-1983 | 15.2025 | | | 4.3256 | 19.5281 | 1.9164 |
| 1984 | 2.7881 | NOT APPLICABLE | | | 2.7881 | |
| Total | 17.9906 | | | 4.3256 | 22.3162 | 1.9164 |

Based on the December 31, 1985 GM common stock price of $71.00 the market value of these shares was $1,584.47. Based on the December 31, 1985 GM Class E Stock price of $40.87 the market value of these shares was $78.33. The total market value of your account was $1,662.80. Dividends credited on shares held in your ESOP account in the amount of $101.31 were paid to you in 1985. Interest earned during 1985 on these dividends is included in your account.

## DISABILITY INCOME

### Monthly Payments

If you become disabled you may be eligible to receive salary continuation and/or disability benefits of
   $3,195 PER MONTH FOR 26 WEEKS AND
   $2,396 PER MONTH FOR THE NEXT 27 WEEKS.
If you remain disabled, you may be eligible for continuing disability benefits from several sources, totaling $2,132 per month to age 65. Thereafter, you may be eligible for continuing Social Security benefits of $840 per month plus GM retirement* benefits of $829 per month payable for life.

In addition, if you have a dependent spouse and one or more children, they could receive up to $420 per month from Social Security.

*Retirement benefits are projected only for employes with ten or more years of credited service.

## ADDING IT ALL UP

The combined GM Benefit Plans add significantly to the total pay you receive for the work you do. On an annualized basis,
   YOUR SALARY IS............. $38,340
   COST TO GM FOR YOUR
   BENEFITS INCLUDING   $2,702
   FOR SOCIAL SECURITY......  $13,463

   TOTAL..................... $51,803*

   * YOU ARE ELIGIBLE FOR 5.0 WEEKS OF VACATION, AND 14 HOLIDAYS
   IN 1986, AT A COST OF    $5,751 TO GM.

GM's cost for your benefits is even higher than indicated, because you enjoy many benefits for which costs have not been calculated for this statement. These include:
- Salary continuation payments
- Unemployment and Workers Compensation
- Tuition Assistance Plan
- GM layoff or separation allowance benefits
- Suggestion Plan
- New Vehicle Purchase Program

Note: Important information is included on the reverse side of this form.

   41001   115 45459         TAULBEE         009028

# INVESTMENT PLANS

## Savings-Stock Purchase Program

**Total Value of your Account at the end of 1985**

| | |
|---|---:|
| U.S. Savings Bonds (at cost) | |
| Diversified U.S. Securities @ $71.00 | |
| GM Common Stock @ $71.00 | $16,530 |
| GM Class E Stock @ $40.87 | $502 |
| Income Fund | |
| Equity Index Fund @ | |
| Profit Sharing - GIC* | |
| Cash | |
| **Total** | **$17,032** |

The statement below shows your account status. Regular savings are displayed in the upper half of each investment option section. Plus Savings are displayed in the lower half. GIC is all Plus Savings. Shares of GM stock purchased with GM's contributions and with dividends on GM's contributions during 1983, 1984, and 1985 are subject to being "earned out" in accordance with the terms of the Program. **Note:** Plus Savings for 1983 and 1984 have been reduced by the amount of any outstanding loan(s) you have.

YOUR REGULAR SAVINGS FROM 1/1/85 THRU 7/31/85 WAS    $2,167.

## ANNUAL STATEMENT OF ACCOUNT

| | Through 1982 (Classes Earned Out) | 1983 | 1984 | 1985 | TOTAL |
|---|---|---|---|---|---|
| Your Savings | | $3,189.00 | $3,382.00 | $3,767.00 | $10,338.00 |
| 1. U.S. Savings Bonds | | | | | |
| 2. Diversified U.S. Securities (UNITS) | | | | | |
| 2. Diversified U.S. Securities (UNITS) | | | | | |
| 3. GM Common Stock (SHARES) | | 46.5404 | 47.9419 | 52.1524 | 146.6347 |
| 3. GM Common Stock (SHARES) | | | | | |
| 4. Income Fund | | | | | |
| 5. Equity Index Fund (UNITS) | | | | | |
| 5. Equity Index Fund (UNITS) | | | | | |
| 6. Profit Sharing GIC* Cash Balance And Interest | | | | | |
| Purchased with GM Contributions — GM Common Stock (SHARES) | | 15.6525 | 16.7796 | 33.8991 | 66.3312 |
| Purchased with all Dividends — GM Common Stock (SHARES) | | 10.4238 | 6.7674 | 2.6556 | 19.8468 |
| Special Dividend — GM Class E Stock (SHARES) | | 6.7105 | 5.5802 | | 12.2907 |
| | | | | | |

(Purchased with Your Savings and Earnings on Your Savings: rows 1-6)

*Guaranteed Income Contract

## Profit Sharing Plan

Your share of the distribution of the Corporation's 1984 U.S. profits was    $543.81   . If you elected to invest all, or part, of your share as additional Plus Savings in S-SPP in your existing options, that amount is included in the option(s) displayed above. If you elected to invest in the Guaranteed Income Contract under the S-SPP Profit Sharing Option, the amount is included in Option 6. If you elected to invest in GM common stock under the Profit Sharing Option, the amount is included in Option 3.

# INVESTMENT PLANS

On 12-30-85 GM paid a dividend of one share of new Class H Stock on each 20 shares of $1-2/3 par value common stock outstanding. When this statement was prepared, these shares had not yet been apportioned to individual accounts by S-SPP and ESOP trustees.

# DISABILITY INCOME

Depending on your eligibility and enrollment status, other benefits may be payable if you are totally and permanently disabled:

- Monthly installment payments of basic life insurance following expiration of extended disability benefits because you had less than 10 years of credited service when you became totally and permanently disabled.

- Monthly installments of Personal Accident Insurance.

- Entire account balance under GM Savings-Stock Purchase Program, including GM's contributions.

- Plus entire Employe Stock Ownership Plan account balance.

# PERSONAL RETIREMENT INCOME PLAN

You may contribute up to $2000 annually ($2250 if you have a non-working spouse, $4000 if you have a working spouse who earns at least $2000 annually) to an Individual Retirement Account (IRA). Through the convenience of payroll deductions, you can make contributions to the Personal Retirement Income Plan, sponsored by Putnam Fund Distributors, Inc. The amount you contribute is deductible from your gross income for Federal tax purposes. If you are enrolled in the Personal Retirement Income Plan an annual statement of your account has been provided to you by Putnam.

# NOTE

This personal summary has been prepared for you based on data in your file as of December 31, 1985.

Eligibility for benefits and the actual amount of payment under all of GM's plans that make up your benefit program must be determined under the legal documents that apply to each plan.

General Motors does not have access to your complete earnings records for Social Security purposes. Therefore, Social Security benefits in this statement are estimates only. If you earned less than the maximum amount subject to Social Security taxes, your Social Security benefits may be lower than the amounts shown on the reverse side.

# HEALTH CARE BENEFITS

The General Motors health care programs provide protection for you and your eligible dependents against a wide range of health care expenses.

Generally, basic hospital, surgical, medical, prescription drug, and hearing aid coverages are provided through "**The Informed Choice Plan**" **(ICP)**. Dental, substance abuse, and vision coverages also are provided. If you pay part of the cost, additional coverage is available through the Comprehensive Medical Expense Insurance Program (CMEIP). If you are covered by ICP, you are offered a choice, annually, among three health care options, to the extent they are available in your area:

- the Traditional Insurance option
- the Preferred Provider Organization (PPO) option
- the Health Maintenance Organization (HMO) option

All of the General Motors health care programs are designed to provide quality care on a cost-effective basis. Descriptive materials concerning benefits provided under each program or option are available at the Personnel Office of your GM employing unit.

# FLEXIBLE COMPENSATION PROGRAM

The Flexible Compensation Program gives you several options to customize your total compensation. For example, you can trade in part of your life and extra accident insurance, survivor income benefit insurance and/or dental coverage for credits or cash. You can purchase supplemental extended disability benefit coverage if you have under 10 years' service. You can use pre-tax dollars from your pay to fund your contributions (if any) for Comprehensive Medical Expense Insurance Program (CMEIP), Health Maintenance Organization (HMO) and/or health care coverage for sponsored dependents. With credits, contributions from your pay, or both, you can establish a Health Care, Dependent Care, and/or a Legal Services spending account. The spending accounts enable you to cover specified expenses in a tax-effective manner.

**Effect on Other Benefits**

Although any pre-tax contributions to Flex will lower your pay for income tax purposes, they will not lower your pay for determining pay-related GM benefits, such as:

- Retirement benefits
- Savings-Stock Purchase Program (S-SPP)
- Life insurance
- Disability benefits

However, there would be a reduction in GM's contribution to your Employe Stock Ownership Plan account, since federal law requires this contribution to be based on your taxable earnings.

# INCOME SECURITY

Classified employes with 15 or more years of service at the time of layoff (10 or more years of service if the layoff is due to a plant closing) may be eligible to receive Income Protection Plan (IPP) benefits after exhausting benefit entitlement under the Layoff Benefit Plan (LBP). IPP benefits can continue until the employe retires, or other General Motors employment becomes available. Depending on the employe's years of service, semi-monthly income benefits can range from 50% to 60% of the employe's base pay as of the last day worked, reduced by any earnings received and statutory or GM retirement/pension benefits for which the employe becomes eligible.