The Honorable Richard D. Drain:

I am a Delphi salaried retiree as of 01SE02. I am in total agreement with my fellow retiree, Michael A. Husar. Rather than compose a new letter to you, I give my hearty approval to what Michael has written and that you disallow on my behalf also.

Sincerely,

Gary P. Ford
7571 Glenhurst Drive
Dayton, Ohio 45414

937-890-3768

RECEIVED

FEB 18 2009

U.S. BANKRUPTCY COURT, SDNY