February 11, 2009



United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Honorable Judge Robert D. Drain

**Ref: Delphi Corp Case # 05-44481 filed October 8, 2005**
**Document # 14705 to <u>Cancel</u> OPEB (Health Insurance Benefits) for all Retirees**

Dear Judge Drain:

I am writing to you to express my objection to Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

Document #14705 was filed with **no previous warning** to any of the current employees and retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections.

Many of the most recent retirees of Delphi were retired **BY** the company and **NOT** by the choice of the employee. They were given no decision to make, just told they would be retiring on a specific date. They had **little time** to prepare for retirement, and **little time** to adjust to a significantly reduced income before they were hit with this latest development (loss of health care) which will cause financial hardship for every retiree. It will have huge impacts not only on the retirees and soon-to-retire, but also every community where retirees live. This loss of health care benefits will have a crippling effect on the lives of every retiree of Delphi Corporation.

Under the current benefit package now in effect, health care benefits are scheduled to stop at the age of 65 for all retirees. And, under the current benefit package, all active salaried employees hired after 1992 are not eligible for post-retirement health care benefits. Therefore, the cost of providing post-retirement health care is a decreasing cost to the company as each of us reaches that 65 age milestone. Delphi is amending a benefit package with which retirees and employees are currently able to abide, and by accelerating the date of ineligibility for benefits, Delphi is destroying quality of life for thousands of people.

Please know that each of the 15,000 plus retirees and soon-to-retire, who will be negatively impacted by this action, will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

**I ask you to REJECT this motion.**

Sincerely yours,

*Earl R. McClure*

Earl R. McClure
50 Rustic Brook Court
Springboro, Ohio 45066
937-885-1678