February 10, 2009



United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Honorable Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 8, 2005
Document # 14705 to Cancel OPEB (Health Insurance Benefits) for all Retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the current employees and retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections.

Please consider the following concerns prior to your ruling:

Retired Delphi employees received a letter dated 2-5-2009, stating that our Medical Benefits would cease effective April 1 2009. My understanding is that the court has not yet ruled on Document #14705. How can Delphi set an effective date?

Many of the Delphi Retirees have 20 plus years with General
Motors and were promised our Medical Benefits from both
Companies. Most employees based their financial decisions
and employment decisions based on that promise. These retirees
will be forced to find employment for Medical Benefits in
a ever reducing job market. Considering the age of most
retirees, employment will be almost impossible and the cost of
benefits will be high (if obtainable).

Please rule in favor of the Delphi Retiree and deny Document
#14705. From a past day when your word was your bond or good as gold, please avoid this human tragedy and stand for
Honesty, Integrity, and Justice in your ruling.

Please know that each of the 15,000 + retirees, families, and soon-to-retire, who will be negatively impacted by this action, will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

**We ask you to REJECT this motion.**

Sincerely yours,

*[signature]*

Kerry Wright
218 Lakepoint Dr
Gadsden Al.
35901
256-546-4185