February 10, 2009

RECEIVED

FEB 17 2009

U.S. BANKRUPTCY COURT, SDNY

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attention: Honorable Judge Robert D. Drain

Reference:
Delphi Corp Case # 05-44481 filed October 8, 2005
Document # 14705 to Cancel OPEB (Health Insurance Benefits) for all Retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the current employees and retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections.

**While the current economic conditions** do constitute a hardship for Delphi, as stated in the letter Delphi mailed to current and future program recipients, that hardship does not justify a dissolution of the entire retiree healthcare program.

My target retirement at age 60 is in the year 2031, and eliminating the program now, due to the current cyclical recession and reorganization, is a farcical shame. What is to say that Delphi 25 years from now will be unable to fund this commitment? Or even 10, 15 or 20 years from now?

This all-or-nothing request of Delphi's is asking too much of each current and future retiree long after we have delivered to Delphi the value required to uphold our part of the bargain. Since we have already delivered our share of the bargain to Delphi, if they want to decrease or negotiate away part of their commitment, we might be amenable to negotiation, and there should be a method to do so. **But to eliminate their obligation completely and to allow them to default on their side of the bargain is too much to allow.**

In my mind, there are far more concessions to be had from the top salary and bonus earners, both present and past, before Delphi can strip roughly $140,000 worth of pre-earned commitments from us (my personal valuation of this planned retirement health care for me based on 5 years health care @$12k/yr and 20 years of supplemental health care @$4k/yr). While the sum value to Delphi might be more for taking this action against the large pool of current and future retirees hired before 1993, the financial hardship would be very disproportionate as the loss of this benefit would have real damage on us and an almost negligible effect on the retirements of the executive staffs present and past who have already gotten so much from Delphi. Until their retirement programs are brought down to the level of 90% of the retirees, we should be protected from their disproportionate cutting.

It is my belief that there are other ways to restructure the company and still retain health care for retirees. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a decreasing cost to the company as each of us reaches that 65 age milestone.

Please know that each of the 15,000 + retirees and soon-to-retire, who will be negatively impacted by this action, will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

## We ask you to REJECT this motion.

Sincerely yours,

Andrew D. McClure
8528 Highlands Trace
Trussville, AL  35173
205-640-6560