In re  Delphi Corporation, et al.,      Chapter 11    Case No. 05-44481 (RDD)



February 9, 2009

Sir:

This letter to you is in response to a motion filed February 4, by Delphi Corporation to terminate Employer-Paid Post-Retirement Health Care and Life Insurance Benefits for Salaried Retirees and future retirees.

I am appealing to you to fully consider the adverse consequences this motion will have, if granted on existing Delphi Retirees. The effect these additional financial and associated hardships will impose to over 15,000 retirees that have already contributed so much in trying to make Delphi a viable company.

Last November, I was forced to retire from Delphi after 35 years service ending a career that I expected to continue for another 4 years. As with many other senior employees who were forced into early retirement, I fully expected these retirement benefits to continue as there was no disclosure of the possibility to terminate them. When Delphi filed the motion on February 4, 2009, some employees had just retired; the most recent effective February 01. It is quite obvious these discussions concerning the termination of benefits must certainly have been discussed weeks, if not months beforehand. Obviously, if any one of us were aware of this motion last fall, our decision to retire cooperatively may have been entirely different. This, I believe is the ultimate deception and betrayal to those of us who retired in good faith, those who have worked many years for Delphi/GM.

Granted, there was no guarantee that we, as salaried retirees who worked outside the collective bargaining process would be entitled to these benefits throughout our retirement years. However, this motion by Delphi is not a shared burden by any sense of the imagination. It is a one-dimensional, shot gun approach to improving the bottom line, simply at the expense of existing retirees. It is one that can be easily and wrongfully imposed to current retirees who fully expected these retirement benefits would be maintained. Many of us are too young to collect Social Security or Medicare. We are also too old to find employment that will offer us similar benefits, especially in todays economy. Because I was forced into early retirement, my pension was reduced. Now I will see this pension further eroded by 40-50% to purchase similar health and life insurance coverage's.

The current stimulus packages will potentially help GM and maybe even Delphi avoid financial ruin, but where is the safety net for those of us that were forced into early retirement. I take no consolation in recent Delphi communications to retirees that "these actions will impose a real hardship on former beneficiaries of these programs". This message is very condescending as Delphi speaks as though we are a family, "impact on Delphi people", however the truth is we are expendable and easily divorced from the company. The end effect is hostility and bitterness toward our former employer, which could be potentially detrimental to the future success of both Delphi's and GM.

The question is, was there no discussion of a temporary postponement of these benefits which could be reinstated once Delphi returns to profitability? Was there no discussion of asking for larger co-payments or other temporary options to assist the corporation during these troubling times?

I believe the motion should be rejected in its' entirety, if not at least postponed until such time a satisfactory alternative is explored to improve the bottom line and permit Delphi to honor it's commitment it's retirees, the "Delphi people".

I respectfully request your support in this recommendation.

Respectfully,

Ralph Clayson