United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
Attn: Courtroom Deputy Dorothy Li

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                              :
In re                                         :    Chapter 11
                                              :
DELPHI CORPORATION, et al.,                   :    Case No. 05-44481 (RDD)
                                              :
                    Debtors.                  :    (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

LETTER TO CONTEST DELPHI'S MOTION FOR ORDER UNDER 11 U.S.C. §§ 105,
363(b)(1), AND 1108 CONFIRMING DEBTORS' AUTHORITY TO TERMINATE
EMPLOYER-PAID POSTRETIREMENT HEALTH CARE BENEFITS AND EMPLOYER-
PAID POST-RETIREMENT LIFE INSURANCE BENEFITS FOR CERTAIN (A) SALARIED
EMPLOYEES AND (B) RETIREES AND THEIR SURVIVING SPOUSES
("SALARIED OPEB TERMINATION MOTION")

**Hearing Date And Time: February 24, 2009 at 10:00 a.m. (prevailing Eastern time)**
**Objection Deadline: February 17, 2009 at 4:00 p.m. (prevailing Eastern time)**

Gary Eddington
2004 Jefferson Ave
McAllen, Texas   78504
(972) 359-3506

Salaried Employee of Delphi Corporation
Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                           :
In re                                                      :    Chapter 11
                                                           :
DELPHI CORPORATION, et al.,                                :    Case No. 05-44481 (RDD)
                                                           :
                     Debtors.                              :    (Jointly Administered)
                                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

LETTER TO CONTEST DELPHI'S MOTION FOR ORDER UNDER 11 U.S.C. §§ 105, 363(b)(1), AND 1108 CONFIRMING DEBTORS' AUTHORITY TO TERMINATE EMPLOYER-PAID POSTRETIREMENT HEALTH CARE BENEFITS AND EMPLOYER-PAID POST-RETIREMENT LIFE INSURANCE BENEFITS FOR CERTAIN (A) SALARIED EMPLOYEES AND (B) RETIREES AND THEIR SURVIVING SPOUSES ("SALARIED OPEB TERMINATION MOTION")

PRELIMINARY STATEMENT

I am a recent Delphi retiree employee.  As the court knows, Delphi Corp. filed a motion with the U.S. Bankruptcy Court to discontinue healthcare and life insurance coverage for retirees.  The notice also stated my Retiree Health Reimbursement Account (RHRA) would be eliminated.  This account was established as part of the "deal" a couple of years ago when Delphi terminated health insurance coverage for retirees once they reach 65 years of age.

### I am contesting this motion for the following reasons:

1) As, a recent retired salaried employee I would like to see equal justice for all employees. No one group should carry the weight of the executive management unjust decisions solely, because there is no written contract between the company and their salaried employees. The results are an avenue to be treated different and unfairly. I'm strongly **against** the request from Delphi to eliminate salaried retiree's health benefit because there are other solutions, such as, reducing executive wages and bonuses. In addition, there should be a major reduction in the number of executives, because there are some tremendous overlaps in responsibilities within the corporation. The USA executive pay is 10 - 20 times greater than other countries, which isn't justifiable due to their performance.

2) With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans, have lost almost 40% of their savings. As you know, the cost of living has increased significantly in the last two years. This coupled with the loss of health care benefits will have a crippling effect on the lives of every retiree of Delphi Corporation. We understand and support the company for cost cutting activities but not at the sacrifice of the retiree's, who are now on a fixed-income.

3) It is my belief that there are other ways to restructure the company and still retain health care for retirees. Such as, secure money from Delphi foreign divisions to assist with the current USA situation. The foreign divisions were established with revenues from Delphi USA, therefore without Delphi USA there would not be any foreign corporations of Delphi. We will be looking

to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

## SUMMARY

It is my belief that there are other means to restructure the company and still retain health care for retirees. Health care benefits are currently scheduled to stop at age 65 for all retirees. This is a decreasing cost to the company as retirees reach age 65. Please know that approximately 15,000 retirees will negatively be impacted by this decision to eliminate their health care which they worked hard for and committed over 30 years of their career at Delphi so that they could receive this benefit during their retirement. These retirees are **NOT** the people that put Delphi in bankruptcy so please do not allow them to suffer the burden.

**Retirees must not be the sacrificial lamb for business mistakes and misjudgments.**

Dated:       McAllen, Texas
             February 10, 2009

                                              Gary Eddington
                                              2004 Jefferson Ave
                                              McAllen, TX 78504
                                              972-359-3506

3