3640 Brick School House Road
Hamlin, New York 14464
13Feb09

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: The Honorable Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are salaried retirees of Delphi Corporation.

**Note that this letter is an OBJECTION** to that document and file it as a motion to object to document #14705.

Unfortunately the affected folks were only given 12 days to respond with no prior notice and little information as to how to recover.

While professing to be a global company, Delphi has targeted only those U.S. salaried retirees for this devastating course of action. Many of us are at the age when health care is a daily necessity. Unfortunately that is the case in my family. It is interesting that in other instances where a company puts out a product or chooses a course of action that increases the risk to the health of people up to and including death then the government steps in and that company is held civilly or criminally liable. Would a drug company be allowed to market a drug that jeopardizes the lives of 15,000 people?

I think not.

You know I hate to think any bad about your company but when you are told your job has been eliminated and you are being involuntarily retired in 6 weeks, here is your retirement pay per month and but you will retain health benefits until the last change affecting salaried folks limiting that benefit to age 65, you leave in shock, and 3 months later, oh by the way we lied and are canceling your healthcare in a month - because we can and by the way:

Too bad for you.

I started hourly and worked my way up to Project Manager. I put in the required casual overtime, missed the birthdays and school plays for my kids, and lived the job 24/7 to make GM and then Delphi successful. I believed that my hard work would ensure my future with the company as promised and through my retirement. I remember the numerous voice mails from the Delphi CFO – Alan Dawes touting Delphi's future and urging us to buy Delphi stock because it is such a deal. Then to save money and not address other issues, the company takes the easy route, retires you with a promise and then reneges.

Eliminate health care, reduce lifespan, which reduces pension costs.

Almost like it was planned.

I hope they don't hurt themselves patting each other on the back for this decision. It is a morally wrong course of action.

You got a tough job and I pray for you and the remaining folks and friends from Delphi every day.

I am sure that you know that probably all of the lower level, working level retirees, which make up the vast majority of the 15,000 salaried retirees will be severely and negatively impacted by this action. The guys that got the company cars and the big pay probably not so much.

I am asking on my and their behalf for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

**Please REJECT this motion** and tell management to get back and earn their pay.

Sincerely yours,

Mark A. Reeves
3640 Brick School House Road
Hamlin, New York 14464

585-964-8004