647 Silverleaf Drive
Dayton, Oh 45431



February 11, 2009

Judge Robert D Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Ref:

Delphi Corp. Case # 05-44481 filed October 5, 2005

Document # 14705 to cancel OPEB (health insurance benefits) for all salaried retirees.

Dear Judge Drain,

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 salaried retirees of Delphi Corporation.

Please note this letter is an OBJECTION to that document and file it as a motion to object to document #14705.

This document was filed with no previous warning to any of the salaried retires and was only made known to us via letter on February 5, 2009 and gave the effected retires a mere 12 days to file our objections.

I recognize the economy is in a terrible condition. While this condition is negatively impacting Delphi, it is also impacting retirees to the same if not a greater degree. I feel alienating 15000+ salaried retirees would not be in the best interest of the corporation.

I also recognize the corporation has not included the hourly retirees in this document. Don't you question this tactic? The truth of the matter is, as you know, the unions would not stand for it. It is a true shame the present management of Delphi would **TAKE** from the salaried retirees what they cannot get from the unions. I **am not** proud that I stood up for this company for over 36 years!

Please know the 15,000+ salaried retirees of Delphi will be looking to you to do the right thing when making the decision concerning Document #14705 dated February 4,2009.

Cordially,
Daniel L. Hughes