February 11, 2009

Honorable Robert D. Drain
United Bankruptcy Court
Southern District of New York
One Bowling Green, Room 610
New York City, NY  20004

Dear Sir:

Ref:  Delphi Corp. Announcement to Eliminate Salaried Retirees' Insurance Benefits

As a current retiree of Delphi Corporation, I feel I must comment on their recent decision to eliminate our health care and life insurance.  I feel it is a betrayal of the assurances made to us regarding future health care coverage.  These benefits were offered as an enticement to encourage many of us, myself included, to retire early.  As we are on a fixed income, this would be a financial hardship for me and my husband because we are not yet eligible for Medicare.

I understand Delphi's need to emerge from bankruptcy, however eliminating salaried retirees' health care and life insurance benefits entirely will not solve their problem.  We are a small group of people who have no one to protect or speak up for us.  I was a loyal, hardworking employee for over 33 years, and I am sad that Delphi would use such tactics.

I humbly urge you not to approve of this decision.

Thank you,

*Mary A. Pilditch*

Mary A. Pilditch
5905 Thistle Dr.
Saginaw, MI 48638

cc:  John Wm. Butler, Skadden, Arps, Slate, Meagher & Flom LLP
     Donald Bernstein & Brian Resnick, Davis Polk & Wardwell
     Robert J. Rosenberg & Mark Broude, Latham & Watkin LLP
     Bonnie Steingart, Fried, Frank, Harris, Shriver & Jacobson LLP
     Brian Masumoto, Office of the Trustee for the Southern District of N.Y.