Tim Tracey (Retired Delphi-P)
7755 Glen Oaks Dr. NE
Warren, OH 44484

February 9, 2009

Honorable Judge Robert D. Drain
One Bowling Green,
Room 610
New York, NY 10004.

Ref: Delphi Corp Chapter 11 Case No. 05-44481 (RDD)
Motion by debtors to seek entry of an order under sections 105(a), 363(b)(1), and 1108 of the bankruptcy code to modify existing health care benefits and programs. **(Specifically as it pertains to all current and future salaried retirees)**

Dear Judge Drain:

The words spoken by a true American Hero (Captain Sully) when he acknowledged that it was a "**Team Effort**" that saved all lives aboard his aircraft are those very words that retired Delphi workers echoed as well as demonstrated during their own active work lives.

When the humble Captain Sully decides to turn in his silver wings, I hope He will be rewarded For "**just doing his job**", and not humiliated and financially devastated, as thousands of retired Delphi employees are about to experience, through the loss of their health care.

**Please file this letter as a specific Objection to any change in the health care benefits and programs of all current and future Delphi retirees**

Sincerely yours,
Tim Tracey