February 10, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY  10004

Attn:  Honorable Judge Robert D. Drain

Re:  Delphi Corp. Case #05-44481 filed October 5, 2005
     Document #14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain,
        This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009, asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retires of Delphi Corporation.
        **Please note that this letter is an OBJECTION to that document and file it as a motion to object to Document #14705.**
        This document was filed with no previous warning to any of the retirees of Delphi Corporation, was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections.
        Many of the most recent retirees of Delphi were retired **BY** the company and **NOT** by the choice of the employee; we were given no decision to make, just told we would be retiring on a specific date.  We had little time to prepare for retirement, and little time to adjust to a significantly reduced income before we were hit with this latest development of loss of health care, which will cause financial hardship for **every** retiree.  It will have huge impacts not only on the retirees, but also every community where retirees live.
        With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans have lost almost 40% of their savings.  As you know, the cost of living has increased significantly in the last two years.  This, coupled with the loss of health care benefits, would have a crippling effect on the lives of every salary retiree of Delphi Corporation.
        It is my belief that there are other ways to restructure the company and still retain health care for retirees.  Health care benefits are currently scheduled to stop at the age of 65 for all retirees; this cost is a decreasing cost to the company as each of us reaches that 65 age milestone.
        Please know that each of the 15,000 retirees who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705, dated February 4, 2009.
        **I ask you to REJECT this motion.**

                                        Sincerely,

                                        James R. Davis
                                        394 Westchester Drive SE
                                        Warren, OH  44484
                                        Phone #330-856-2166