In regards to case #05-44481 Debtor Delphi Corp. I, James F. Harrell, a retired salary employee of Delphi Corp, protest Delphi Corp. proposed termination of health care benefits to its retired salary employees.

Sincerely
James F. Harrell

*James F. Harrell* (signature)

1205 Michigan Rd.
Burlington
Indiana   46915

RECEIVED FEB 17 2009 U.S. BANKRUPTCY COURT, SDNY