1950 Beach Parkway #203
Cape Coral, FL 33904
February 9, 2009


The Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Dear Honorable Robert Drain:

Re: Delphi Corporation Case 05-44481 - Objection

As a salaried retiree of Delphi Corporation, I object to their terminating health and life insurance to ONLY SALARIED RETIREES.

They are taking away this benefit at a time when people need it the most---old age. And at our age, we are helpless and no where to turn.

I signed an agreement when I retired. Doesn't this bind them to their promises also?

Somehow it doesn't seem legal---not to mention fair---that Delphi can do this giving us such short notice on something that will extremely change our personal financial position.

We have no union behind us to fight for us and so they have chosen us as an easy target.

Your fair consideration of the dilemma into which Delphi salaried retirees have been placed would be very much appreciated by many.

Sincerely,

*Kathleen Laundra*

Kathleen Laundra