To:  Honorable Robert D. Drain  
    United Bankruptcy Court  
    Southern District of New York  
    One Bowling Green, Rm 610  
    New York, N.Y. 10004

Date: 2-07-09



Ref:  Delphi Corporation Bankruptcy

Sir:

As a spouse of a current retiree of the Delphi Corporation who also completed 25 years with that company---before separating with a positive mutually exclusive agreement on April 1, 2002---I am very upset that Delphi will "change their position" with regards to assurances made to retiring employees concerning their coverage.

Leonard and I were employees of the company when we met and were married on Feb 26th, 1982. I returned from my honeymoon and was sent to our Personnel Dept. ---to make sure I signed off all legal rights to my health insurance. Most companies compensate individuals for that savings—not Delphi—if the two involved worked at their company ---savings were kept at the company level.

My husband decided to retiree with 35 years of service. At that point in time they sent an email to all employees looking for 4 salary volunteer to leave on a mutually exclusive basis. I was 1 of the 4.

<u>I would have never left the company prematurely—with no health insurance.</u>

Sincerely,

*Cheryl Heinzman* (signature)

Cheryl Heinzman  
5098 N. River Rd  
Freeland, Mi 48623

Cc:  Skadden, Arps, Slate, Meagher & Flom LLP  
    333 West Wacker Drive  
    Suite 2100  
    Chicago, Ill. 60606  
    Attn:  John Wm. Butler

Davis Polk & Wardwell
450 Lexington Av.
New York, N.Y. 10017
Attn: Donald Bernstein & Brian Resnick

Latham & Watkin LLP
885 Third Av.
New York, N.Y. 10022
Attn: Robert J. Rosenberg & Mark Broude

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, N.Y. 10004
Attn: Bonnie Steingart

Office of the Trustee for the Southern District of N.Y.
33 Whitehall St., Suite 2100
New York, N.Y. 10004
Attn: Brian Masumoto

Delphi Corporation
5725 Delphi Drive
Troy, Mi 48098
Attn: General Counsel