February 12, 2009

United States Bankruptcy Court for the South District of New York
One Bowling Green Room 610
New York, NY 10004-1408

Re:  Case # 05-44481
     Debtor Delphi Corp.

Dear Honorable Robert D. Drain:

I am a Delphi salaried retiree and I protest Delphi Corporation's motion to terminate employer-paid-post-retirement health care benefits and employer-paid post-retirement life insurance benefits for salaried retirees and their surviving spouses. If Delphi is allowed to terminate these benefits, it will be financially devastating to the 15,000 salaried retirees and their spouses. The estimated self-pay cost for the medical plan alone that my husband and I are on is $1332 per month. This is nineteen times more than what I am currently paying for this same plan and is almost half of my pension.

I realize that Delphi is trying to reduce its costs so it can emerge from bankruptcy, but terminating benefits unfairly punishes and discriminates against salaried retirees who are for the most part on fixed incomes. I do not believe that this drastic action needs to be taken. I am certain that other options to reduce costs are available to Delphi. One option that Delphi has not yet tried is to increase the amount that all active and retired employees, salaried and hourly, contribute to their insurance benefits instead of eliminating company paid insurance contributions for all salaried retirees.

I have given over 31 years of excellent service to Delphi and General Motors. I should not have my employer paid insurance benefits terminated and be forced to pay 100% at self-pay rates.

Please rule against Delphi's motion to terminate employer-paid-post-retirement health care benefits and employer-paid post-retirement life insurance benefits for salaried retirees and their surviving spouses.

Respectfully,



Taunee Boudreau,
Delphi Salaried Retiree
6255 W County Road 00 NS
Kokomo, IN 46901-9799