*attn Judge Robert D. Drain*

Frederick W. Selley
1726 Pinetree Ln
Kokomo, IN 46902
(765) 455-1772

Retired Salaried Employee of Delphi Corporation
Debtors and Debtors-in-Possession

RECEIVED
FEB 18 2009
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
In re                         :   Chapter 11
                              :
DELPHI CORPORATION, et al.,   :   Case No. 05-44481 (RDD)
                              :
          Debtors.            :   (Jointly Administered)
                              :
------------------------------x

LETTER TO CONTEST DELPHI'S MOTION FOR ORDER UNDER 11 U.S.C. §§ 105, 363(b)(1), AND 1108 CONFIRMING DEBTORS' AUTHORITY TO TERMINATE EMPLOYER-PAID POSTRETIREMENT HEALTH CARE BENEFITS AND EMPLOYER-PAID POST-RETIREMENT LIFE INSURANCE BENEFITS FOR CERTAIN (A) SALARIED EMPLOYEES AND (B) RETIREES AND THEIR SURVIVING SPOUSES ("SALARIED OPEB TERMINATION MOTION")

## PRELIMINARY STATEMENT

I am a retired Delphi employee, living on Social Security and my Delphi Pension. I have been retired two and one half years. As the court knows, Delphi Corp. filed a motion with the U.S. Bankruptcy Court to discontinue healthcare and life insurance coverage for retirees. The notice also stated my Retiree Health Reimbursement Account (RHRA) would be eliminated. This account was established as part of the "deal" a couple of years ago when Delphi terminated health insurance coverage for retirees once they reach 65 years of age.

I am contesting this motion for the following reasons:

1.

People such as myself who were hired in the 60's, 70's or 80's were told by the company that we would receive health care coverage in retirement and now have no time to plan for providing ourselves and families with health care coverage after retirement. People who have already retired are in an even worse situation. *It will cost some of them more than a third of their fixed income to continue their coverage.*

2.

A couple of years ago, Delphi announced that they would terminate health care when an employee reached 65years of age. Delphi, then told employees that they would receive limited assistance to purchase private insurance (RHRA). This helped but was far too little for those already ready to retire with no more working years to prepare for this change. Younger employees have more working years to prepare for the increased financial burden, where older employees that have given 30 or 40 years of loyal service are left with nothing. *If health care has to be eliminated, the assistance package that was offered (RHRA) (10 to 20 thousand dollars per eligible employee) should be reinstated at least for employees over the age of 62.*

3.

The motion made by Delphi is for permanent elimination of health care benefits for salaried people who were promised this coverage when they retire. *When the company recovers and the executives are receiving bonuses, it makes sense to me that the company would honor its commitment to provide health care coverage to the salaried employees who were promised coverage.*

2.

## SUMMARY

I am a retired engineer who hired into the company under GM and have dedicated my working career to making the company as successful as my position allowed. I retired from Delphi with over 41 years of service which included a patent and several defensive publications. I completely understand the difficult economic times that the company, as well as the automotive industry is facing. If health care coverage and life insurance for retirees and active employees needs to be temporarily modified to help ensure that the company survives, then we as employees and retirees can help with this temporary action. For example, co-pays, deductibles and/or premiums could be temporarily raised. However, I believe that the permanent elimination of health care coverage and life insurance for salaried retirees that was promised to them coverage is not justified. It is difficult to accept this when executives who until recently have been taking in large bonuses and "perks" for poor performance. If the average salaried employee exhibited this kind of "goal missing" performance they would be fired or never considered for raises or promotions. When employees were hired or recruited, they were never led to believe that the company would not honor its promises to them.

I appreciate the court taking the time to consider my argument and respectfully ask that you not approve Delphi's motion to terminate health coverage and retiree life insurance for salaried employees that are counting on that coverage.

Dated:     Kokomo, Indiana
           February 9, 2009

Frederick W. Selley

*[signature]*

1726 Pinetree Ln
Kokomo, IN  46902
765-455-1772

3.