February 11, 2009

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, N.Y. 10004-1408
Attn: Honorable Robert D. Drain, Judge (Presiding)

Re: Delphi Corporation
Case # 05-44481(RDD)
Hearing: Feb. 24, 2009
( 40 th Omnibus Hearing)

Dear Honorable Robert D. Drain:

I am writing this letter as a very concerned salaried retiree. After working as a faithful employee for GM/Delphi for over 25 years I was strongly advised to retire since I had 85 points at the age of 60. I wanted to work for five more years so that I would not have to take a reduction in my pension and also social security. They convinced me that it was in my best interest to retire as they could not guarantee anything as far as a job.

One of the incentives they offered was the health care account which helps to reimburse the costs of my dental, vision, extended care coverage, life insurance, Medicare payment and my Priority Health insurance through Medicare.

The salaried retirees do not get any cost of living increases like the GM Hourly retirees do, they still have their insurance intact even when they reach the age of 65. It is a huge disparency between the salaried and hourly workforce's benefits.

Now we are faced with the loss of our insurances, plus the health care account. The hourly retirees still receives a bonus at Christmas time (which I strongly do not agree with) plus cost of living raises (which we do not get) and all their benefits intact.

I was using my health care account that was promised to me when I retired to help defray the costs of my premiums to the amount of $204.00 a month. How can this happen when people are faithful employees for years and the same company that we wee forced to split from receive their benefits and we do not. Granted they are in the union and that is the main reason.

Please consider the salaried workforce in your decision. We do not have any cost of living increases and we depend on our pension which will never go up and our social security to survive.

I hope and pray that your decision is to continue these benefits. I am sure they can make cuts in other places, i.e., the huge salaries that the executives make. Can they make some concessions or is it always on the backs of the salaried workforce and retirees?

Thank you for your time and attention.

Judy Fetterhoff
Salaried Retiree
1710 Kentfield SW
Wyoming, MI 49519