DEAR JUDGE DRAIN,

February 12, 2009

Subject: Delphi Salaried Employee/Retiree Health Care Benefit Cancellation Crisis
Ref:
Delphi Corp Case # 05-44481 filed October 8 & 14, 2005
Document # 14705 to cancel OPEB (Health Insurance Benefits ) for all salaried retirees

This letter is to appraise you of a Court Motion by Delphi Automotive Systems to terminate the Health Care benefits for all of its current and future salaried retirees . As background, you may be aware, Delphi filed for Chapter 11 bankruptcy protection in October 2005, but has been unable to exit from this bankruptcy to date. Delphi was created in 1999, and represented the spin-off of the component divisions that supplied General Motors.

Recently on February 4, 2009, Delphi Corporation filed a motion to terminate the Health Care Benefits of all current and future salaried retirees. (approx. 15,000 current retirees ) This motion will be presented to Judge Drain of the United States Bankruptcy Court (One Bowling Green , New York, N.Y. 10004) on February 22, 2009 for his ruling. <u>All objections must reach Judge Drain no later than February 17, 2009.</u>

There are a number of reasons that we consider this an unfair and unjust motion that should be denied: First of all, this document was filed with no previous warning to any of the retirees of Delphi, with formal communication not made until February 5, 2009 by Federal Express. This only allows a short period of 12 days for any concerted effort by retirees/employees, who are spread all over the country, to try and coordinate their objections. This urgent action by Delphi was probably well planned on their part, but the timing has disadvantaged the salaried retirees significantly.

A great majority of the current and future retirees were former General Motors employees, and were given no choice in the forced spin-off from General Motors. There are numerous cases of salaried retirees/employees who spent the great majority of their career with General Motors, who are now facing elimination of their promised health insurance retiree benefits as proposed by Delphi Corporation, severely penalizing them thru no action of their own.

Delphi Corporation very recently has had major reductions in force. Several thousand employees have been forced to leave the company since late in 2008. Many of these people essentially accepted a retirement proposal, with no REAL recourse to keep their jobs. As these employees were leaving due to downsizing, they were never advised that their benefits would be terminated within months, and in some cases, even weeks of when they retired. It appears now that Delphi rushed the Downsizing Programs to eliminate as many employees as possible with the intent of dropping their health care almost immediately as they left the company.

<u>Please STOP THE INJUSTICE</u> of Delphi's action and rule against Delphi Corporation stealing our Health/Life Insurance. I am only 56 years old(May 24th) and I couldn't possibly afford the $1272/mo that I would have to pay until I'm 65. There are not a lot of companies looking for 56 year old men to hire. Talk about being screwed.



THEY'LL BE BACK TO TAKE OUR PENSIONS NEXT UNLESS YOU STOP THEM NOW!!!!!!!!!

*Victor Steven Broo* (signature)

Victor Steven Broo – retired 4-1-08 (forced to) 35.5 years with Delphi
611 Aldridge Drive
Kokomo, Indiana    765-4543-8917