SHARON A. REED
414 W. TAYLOR STREET
KOKOMO, IN 46901

February 12, 2009

The Honorable Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
One Bowling Green - Room 610
New York, New York 10004
Case Number:  05-44481 FILED October 5, 2005
Debtor: Delphi Corp.
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concern with Document #14705 filed by Delphi Corporation
on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over
15,000 people who are retirees of Delphi Corporation.

## Please note that this letter is an **OBJECTION** to that document, and file it as a motion to object to Document #14705.

This document was filed with no previous warning to any of the retirees of Delphi
Corporation and was only made known to us via letter on February 5, 2009 which gave
us a mere twelve days to file our objections.

Many of the most recent retirees of Delphi were retired **BY** the company and **NOT** by the
choice of the employee.  We were given no decision to make, just told we would be
retiring on a specific date.  We had little time to prepare for retirement, and little time to
adjust to a significantly reduced income before we were hit with this latest development
(loss of health care) which will cause financial hardship for every retiree.  It will have huge
impacts not only on the retirees, but also every community where retirees reside.

With the current state of the economy, retirees who had saved for retirement in their Stock
Savings Plan, have lost almost 40% of their savings.  As you know, the cost of living has
increased significantly in the last two years.  This coupled with the loss of health care
benefits would have a crippling effect on the lives of every retiree of Delphi Corporation.

It is my belief that there are other ways to restructure the company and still retain health
care for retirees.  Health care benefits are currently scheduled to stop at the age of 65 for

all retirees. This cost is a decreasing cost to the company as each of us reaches that 65-age milestone.

Please know that each of the 15,000 retirees who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

# We ask you to REJECT this motion.

Respectfully submitted by:

Sharon A. Reed

414 W. Taylor Street

Delphi E&S Kokomo, IN

Service Dates: 6-14-76 through 10-31-07

765-459-0173

Kokomo, Indiana

cc:

**Attn: Brian Masumoto**
Office of the United States
Trustee for the Southern
District of New York
33 Whitehall Street
New York, New York
10004

**Attn: General Counsel**
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098

**Attn: John Wm.
Butler, Jr.**
Skadden, Arps, Slate,
Meagher & Flom LLP
333 West Wacker Drive -
Suite 2100
Chicago, Illinois 60606

**Attn: Donald Berstein
and Brian Resnick**
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York
10017

**Attn: Robert J.
Rosenberg and Mark
A. Broude**
Latham & Watkins LLP
885 Third Avenue
New York, New York
10022

**Attn: Bonnie Steingart
Fried, Frank, Harris,
Shriver & Jacobson
LLP**
One New York Plaza
New York, New York
10004