Honorable Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
Room 610
New York, New York 10004

Dear Judge Drain,                                                    February 13, 2009

Subject: Letter of Objection - Delphi Salaried Employee/Retiree Health Care Benefit Cancellation
Ref: Delphi Corp Case # 05-44481 filed October 8 & 14, 2005
Document # 14705 to cancel OPEB (Health Insurance Benefits ) for all salaried retirees

I object to this Delphi request in its current form. I worked for Delphi for 34.85 years and I expected to have a stress-free retirement. Delphi's broken commitments to me and other retirees and the impact on our communities will create a disaster. Now, I'm approaching 69 years old and the cost of secondary insurance will have a significant financial impact on me and my wife. My heart health and age will prevent any meaningful employment.

The purpose of this letter is to make you aware of this serious situation and enlist your support in finding a less devastating solution to Delphi's current financial situation. As a salaried retiree, I have few if any viable options and little time to reduce the personal financial impact of Delphi's request, if granted. Your help in resolving this matter will be deeply appreciated.

Darrell L. Pennycoff
1976 West 500 South
Sharpsville, In 46068
765-963-2228