February 13, 2009

United States Bankruptcy Court for the South District of New York
One Bowling Green Room 610
New York, NY 10004-1408
Attn: Honorable Robert D. Drain

Dear Sir:

    I am writing to you as a Delphi salaried retiree who is contesting Case # 05-44481 which would take away health care and health care funds from Delphi retirees. Delphi has been granted by the court pay bonus to executives only to turn around and slash benefits of their retired salaried employees whose loyalty and dedication to the company was steadfast through their many years of service. This in my opinion is unethical. It also forces people to spend money on health care rather than new vehicles that would stimulate the economy rather than stagnate it.

Please do not approve Case # 05-44481. Thank you.

Sincerely,

Charles D. Dittlinger

Charles D. Dittlinger (Delphi Salaried Retiree)
4508 Lannoy Lane
Anderson, Indiana 46017