**Hearing Date And Time: February 24, 2009 at 10:00 a.m. (prevailing Eastern time)**
**Objection Deadline: February 17, 2009 at 4:00 p.m. (prevailing Eastern time)**

Dale D. Weitzel
5711 Two Mile Rd.
Bay City, MI 48706
(989) 686-5316
(989) 327-9706
February 12, 2009

Salaried Retiree of Saginaw Steering, Delphi Corporation
Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
In re                                               :    Chapter 11
:
DELPHI CORPORATION, et al.,                         :    Case No. 05-44481 (RDD)
:
                                Debtors.            :    (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

LETTER TO CONTEST DELPHI'S MOTION FOR ORDER UNDER 11 U.S.C. §§ 105, 363(b)(1), AND 1108 CONFIRMING DEBTORS' AUTHORITY TO TERMINATE EMPLOYER-PAID POSTRETIREMENT HEALTH CARE BENEFITS AND EMPLOYER-PAID POST-RETIREMENT LIFE INSURANCE BENEFITS FOR CERTAIN (A) SALARIED EMPLOYEES AND (B) RETIREES AND THEIR SURVIVING SPOUSES ("SALARIED OPEB TERMINATION MOTION")

PRELIMINARY STATEMENT

I **DALE D WEITZEL** AM OBJECTING TO THE MOTION TO CONFIRM DEBTORS' AUTHORITY TO TERMINIATE EMPLOYER-PAID-POST-RETIREMENT HEALTH CARE BENEFITS AND EMPLOYER-PAID-POST RETIREMENT LIFE INSURANCE BENFITS FOR CERTAIN SALARIED EMPLOYEES AND RETIREES AND THEIR SURVIVING SPOUSES

1) A number of years back Delphi asked Salary employees that were formerly hourly employees to sign a document stating that they would agree not to return to the ranks as an hourly UAW employee and for those of us that did not sign that agreement counted on being able to return to the hourly ranks if and when we requested to do so. When Delphi spun off from GM some of us

had asked to go back to the hourly ranks so we could stay with GM and were told we could not. As you know Salary employees were not given the option to stay with GM. If this request had not been denied some of us would now be covered under the UAW contract and still have the benefits promised us. Those employees that did not sign this agreement should be treated as an hourly employee and retain their benefits and in truth be retired form GM instead of Delphi.

2) When I hired into Steering Gear/GM/Delphi and again when I transitioned into the Salary ranks there were promises made to me that I would have certain benefits when I retired i.e. Pension, Health Care, Life Insurance etc. In my opinion this is the same as a contract, verbal or otherwise.

3) The letter Delphi sent to our address of record on approx. Feb. 5, 2009 by means of FedX allowed us only 12 days to voice our objections. As for myself I never received this letter because I am currently in Florida and until yesterday didn't have any knowledge of what was happening in regards to the discontinuing of benefits. I am sure there are many more Retirees that fall in the same category. The deadline of Feb 17, 2009 is not adequate time nor reasonable and should be extended to allow salary employees an opportunity to submit their objections.

4) An additional letter I received by mail today Feb 12, 2009 dated Feb 7, 2009 informing us of the options to continue our health care and life insurance on a self pay basis tells me that Delphi considers this a done deal and the motion to the court is only a formality. (What's that about?)

5) Over the years one by one our benefits have been stripped from us with little objection because most salary employees are company minded and had the best interest of the company in mind. We were told that the Bankruptcy would make the company a stronger more agile company and more competitive in the world market but not once did Delphi ever talk about what this would mean to the individual. Loss of job, loss of benefits, loss of life style, loss of home in retirement etc.

6) Judge Drain, I am asking you to consider all the issues that I have put forth and those of all Salary Retirees. These changes will have a devastating effect on our lives since we trusted Delphi to do the right thing for the loyal salary employee who devoted there working life only to possibly end up loosing everything we were promised and that may have been the deciding reasons to stay with Delphi so we could have a secure future in retirement. Delphi must not be allowed to discontinue our heath care and life insurance benefits and we are counting on you to make the right decision. I have reason to fear what is next! (Our Pension Plan?)

Respectfully Submitted,

*Dale D. Weitzel*

Dale D Weitzel
5711 Two Mile Rd.
Bay City, MI 48706
Ph: 989-686-531
Cell: 989-327-9706


Currently in Florida:
6400 Taylor Rd.
#1408
Punta Gorda, FL 33950
Cell: 989-327-9706

2