February 10, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref: Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

I would like to speak in reference to my own personal situation. I do not avail myself of Delphi's healthcare system. I am only a recipient of a life insurance policy. This may become another in a long line of benefits that have been taken from the salaried workforce and retirees only.

I am one of a very small group of Delphi retirees that never worked a day for Delphi or in a Delphi plant. I worked 30 years for GM and was promised GM retirement and benefits. GM sold the facility that I worked at to American Axle. Five years later GM gave me two weeks to retire or my future pension and benefits would come from Delphi. The rest is history.

I realize that the law is not about being fair and your decision may be constricted by what the law dictates. I do think, however, it is time to put an end to this type of biased treatment against a small segment of our workforce.

Please know that each of the 15,000 retirees who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

**We ask you to REJECT this motion.**

Sincerely yours,
James D. Wisner
4250 Fairfield Drive
Williamsville, NY 14221
1.716.633.6714 phone

*James D. Wisner* (signature)