**Hearing Date And Time: February 24, 2009 at 10:00 a.m. (prevailing Eastern time)**
**Objection Deadline: February 17, 2009 at 4:00 p.m. (prevailing Eastern time)**

Daniel R. Davis
4505 Willow Dr.
Kokomo, IN 46901
(765) 452-9853

Retired Salaried Employee of Delphi Corporation
Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
In re                               :    Chapter 11
                                    :
DELPHI CORPORATION, et al.,         :    Case No. 05-44481 (RDD)
                                    :
                    Debtors.        :    (Jointly Administered)
                                    :
------------------------------------x

LETTER TO CONTEST DELPHI'S MOTION FOR ORDER UNDER 11 U.S.C. §§ 105, 363(b)(1), AND 1108 CONFIRMING DEBTORS' AUTHORITY TO TERMINATE EMPLOYER-PAID POSTRETIREMENT HEALTH CARE BENEFITS AND EMPLOYER-PAID POST-RETIREMENT LIFE INSURANCE BENEFITS FOR CERTAIN (A) SALARIED EMPLOYEES AND (B) RETIREES AND THEIR SURVIVING SPOUSES ("SALARIED OPEB TERMINATION MOTION")

PRELIMINARY STATEMENT

I am a retired Delphi employee. As the court knows, Delphi Corp. filed a motion with the U.S. Bankruptcy Court to discontinue healthcare and life insurance coverage for retirees. The notice also stated my Retiree Health Reimbursement Account (RHRA) would be eliminated. This account was established as part of the "deal" a couple of years ago when Delphi terminated health insurance coverage for retirees once they reach 65 years of age.

I am contesting this motion for the following reasons:

1) The obligation Delphi has to provide health care coverage for retirees is time limited. Coverage for retirees is stopped when they reach age 65. And, retirees hired after 1992 do not receive health care coverage in retirement.

2) People hired after December 31, 1992 knew they would not receive health care coverage in retirement when they hired in so they have had time to plan for health care in retirement. People were hired in the 60's, 70's or 80's were told by the company that we would receive health care coverage in retirement and now have no time to plan for providing ourselves and families with health care coverage after retirement. People, who have already retired such as myself, are in an even worse situation. It will cost them and myself more than a third of their fixed income to continue their coverage.

3) The motion made by Delphi is for <u>permanent</u> elimination of health care benefits for salaried people who were promised this coverage when they retire. When the company recovers and the executives are receiving bonuses, it makes sense to me that the company would honor its commitment to provide health care coverage to the salaried employees who were promised coverage.

2

## SUMMARY

I am a retired electrical technician who was hired by GM and has worked diligently for 33 years for GM and Delphi Corp. I retired December 01, 2008 from Delphi Corp. when I was asked to take a voluntary retirement. I have always made several personal sacrifices in order to make this the best company that I could. I believed that the company in good faith would provide me with the assumed promise of health care in retirement. Company provided health care was a factor for my decision to take an early retirement. Many of my fellow co-workers have also gave years of loyal service to the company, I am deeply saddened that my fellow co-workers widows are also burdened with Delphi's actions. I feel that Delphi will be placing us in an extraordinary hardship. Due to our fixed income position, we do not have the monetary capability to purchase a healthcare plan independently without sacrificing the basic necessities of life, such as housing, food and utilities.

Therefore, I am strongly contesting this motion by Delphi to discontinue the salaried retiree healthcare coverage. I understand the extraordinary economic times that the company, as well as the automotive industry faces, but I believe that termination of health care will only put a further burden on an already overstretched Welfare and Medicare system. Not to mention the fact that thousands of retirees will now be faced with difficult choices, such as forgoing prescriptions or skipping meals in order to survive.

Being a newly retired Delphi employee, I have followed this bankruptcy since they filed. I believe the court has done what is truly in the best interest of all stakeholders involved. That is why I am writing to say think about all of the dedicated retirees who have made many personal sacrifices in order to see this company grow and prosper. It does not seem just that in the United

3

States of America, someone can work and plan to enter into retirement and have their hopes for a good life reduced by an ominous decision.

I appreciate your time and consideration of my contesting Delphi's motion to terminate the salaried retirees healthcare care plan.

Dated:     Kokomo, Indiana
           February 9, 2009

*Daniel R. Davis*

Daniel R. Davis

4505 Willow Dr.
Kokomo, IN  46901
765-452-9853