Matthew A. Lesniak
601 S. Meade Street
Apt 6
Flint, Michigan 48503
810-233-5323

February 10, 2009

Judge Robert D. Drain
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Honorable Judge Drain:

I am writing you concerning the Delphi Automotive reorganization that you are currently presiding over. I retired from Delphi Automotive in May, 2002 from a 6th level salary position. Delphi was to continue my heath care and life insurance except for the co-pays that I was expected to pay to maintain additional life insurance and other heath car insurance features. I had 30 years with General Motors and the remainder with Delphi most of which was spent on salary. The entire time that I was employed I paid the required portions of my health care and life insurance with the understanding that it would continue when I retired. Delphi has requested to you that they have approval to eliminate health and life insurance coverage for current and future retirees. I feel that Delphi should be made to honor their and General Motors commitments to the salary employees and retirees. Delphi is using chapter 11 bankruptcy only for their U.S. operations and not for their world-wide operations. Delphi continues to spend money sponsoring NASCAR and open-wheel racing teams and I feel that they should be ordered to maintain their commitments to their retirees. The retirees are in an impossible position because of age and in many cases health conditions to be able to purchase health and life insurance and Delphi has not made an attempt to try to find group health and life insurance that the retirees could purchase.

Enclosed is a copy of The Columbus Ohio Dispatch USA Weekend dated February 6, 2009 that shows Delphi still a sponsor of NASCAR racing. I feel that if Delphi is using chapter 11 of the Bankruptcy laws to reorganize that they should be made to maintain their commitments to their retirees on a world-wide basis.

Thank you for your consideration.

*Matthew A. Lesniak*
MATTHEW A. LESNIAK
DELPHI AUTOMOTIVE
SALARY RETIREE



# Who's News

Check out Lorrie's Who's News Blog at **whosnewsblog.com**

By **LORRIE LYNCH** E-mail whosnews@usaweekend.com or click on "Contact Columnists" at our website. Include name, city, state.


Fox with his offscreen wife, actress Tracy Pollan

**Q** Please give us a medical update on Michael J. Fox.
J. LESHER, *Green Valley, Ariz.*

We were pleased to hear from his latest co-star, *Rescue Me*'s Andrea Roth, that Fox had no difficulty acting in his four-episode arc, to be seen in April on FX. "He's an inspiration," says Roth, whose character Janet will be dating Fox's wheelchair-bound character Dwight. "At times, it [Parkinson's] takes him over more or less ... but he was great," she tells us. "We have a scene where he's doing some physical things, and he's hysterical, doing his ad-libbing." Fox, 47, recently told *People* that "based on how I feel now, I'll be OK for at least 10 more years."

**Q** Is Madchen Amick married? To whom?
KAYCEE STEVENS, *Texas City, Texas*

Yes. The former *Twin Peaks* player seen on three TV series this season has been married to David Alexis, a football and track coach, since 1995. "I think I found the world's most amazing man," says Amick, 38. They have two kids, whom she tells us are track stars.

AMICK

*Contributing:* GAYLE JO CARTER, REYHANEH FATHIEH

### THIS WEEK'S BIRTHDAYS

**2.8.09**
Gary Coleman 41
Nick Nolte 68
Ted Koppel 69

**2.9.09**
Mia Farrow 64
Carole King 67

**2.10.09**
Laura Dern 42

**2.11.09**
Jennifer Aniston 40
Burt Reynolds 73

**2.12.09**
Christina Ricci 29
Josh Brolin 41
Judy Blume 71

**2.13.09**
Mena Suvari 30
Jerry Springer 65

**2.14.09**
Hugh Downs 88

→ "It's in my contract," says the very honest Annie Lennox when we ask why she chose to do a retrospective CD now, her first as a solo artist. "But, why not?" On Tuesday she releases *The Annie Lennox Collection*. "I feel I made a body of work that is lasting," says the mother of two teenage daughters. "When you hear it, you say, 'That's Annie Lennox.'" But don't expect a tour to follow. "I always resist," says Lennox, 54. "It's exhausting."
Go to Lorrie's whosnews blog.com to link to Annie's website, where she shares music, videos and more.


Hoda's name shows ancestry

**Q** Hoda Kotb is the most refreshing addition to the NBC *Today* show. I'm curious about her name.
EDWARD LAUTH, *Syosset, N.Y.*

Kotb, 44, was born in Oklahoma, but both of her parents were born in Egypt. She says her name is so common there, it is like being named Jane in the United States. Hoda, originally spelled Choda until it was changed for TV, is said to mean "guidance" in Arabic.

→ Gary Sinise appreciates the "security and stability" that *CSI: NY* gives him: "It allows me to do wonderful things in my life." Professionally, that included getting his 1997 award-winning miniseries, *George Wallace*, released on DVD about two weeks ago; it languished after director John Frankenheimer's 2002 death. Off-camera, Sinise, 53, a married father of three,

Sinise's *Wallace* is out on DVD.

tours with his Lt. Dan Band. He'll be [at Walter] Reed Army Medical Center in Washing[ton] later this month. "It seems a good [thing for] somebody like me to let [the troops know] they're not forgotten, and they're a[ppercia]ted," says Sinise, who was awarded t[he Presi]dential Citizens Medal in December. H[e said] that 13 family members watched [him get] the medal in t[he White] House Oval Off[ice].

**Q** Is Caroline Kennedy still married to Edwin Schlossberg? It seems she used his name through the years, but as a candidate for U.S. Senate would go by Kennedy.
SHIRLEY SCHEMMEL, *Mesa, Ariz.*

KEN[NEDY]

She was referred to in the press as Caroline Kennedy Schlossberg or Caroline Sc[hlossberg] particularly in the years righ[t after her] marriage. But she says she nev[er changed] her name, and she used Kenne[dy profes]sionally. Maybe her childre[n that] call her Mrs. Schlossberg. [My daugh]ter's friends call me Mrs. M[...]

↓ While an editor at a wome[n's maga]zine, Hilary Black found th[at women] would write about almost anything bu[t their re]lationship with men and money. "Their [told about] their plastic surgery, but not money," s[ays Black,] who edited *The Secret Currency of Love*, in st[ores now]. Then, Black broke up with a wealthy ma[n and dis]covered friends were less supportive tha[n she ex]pected because the man had money. Ta-da! A book idea was born. *The Secret Currency of Love* is essays focused on the relationship between women, money and men. Says Black, "Money shapes character. It transforms relationships."

BLACK



05-44481-rdd    Doc 15989    Filed 02/17/09    Entered 02/21/09 10:13:35







# FABULOUS HAIRSTYLES *Instantly!*

## EZ COMBS — STRETCHABLE DOUBLE COMBS

**AS SEEN ON TV**

**FOR ONLY $10.00**

### FOR A GREAT HAIR DAY, EVERY DAY

EZ Combs are the exciting new way to create striking new hairstyles instantly. No matter what your lifestyle, there's an EZ Comb style for you. Best of all, EZ Combs work on any hair type... thin, thick, short, curly or straight. You'll be amazed how comfortable and secure they feel in your hair. EZ Combs hold firmly in place and will not fall out, even during a brisk workout. Be creative and have fun experimenting with new and unique styles. There is no limit to what you can do!

*French Twist* — DAZZLING SILVER
*Classic* — CARAMEL BRONZE
*Pony Tail*
*Butterfly Twist*
*Butterfly*

**EASY TO USE** — 1, 2, 3

### FREE BONUS!*
You'll receive the Bermuda Black EZ Combs PLUS the FREE Styling DVD!
BERMUDA BLACK
*Just pay separate S&H

### 3 EASY WAYS TO ORDER!

Caramel Bronze and Dazzling Silver EZ Combs™ are just $10.00 plus $6.99 shipping and handling. As a bonus you also get the Black EZ Combs & Styling DVD for just an additional $6.99 shipping & handling.

1. VISIT our website at: *www.EZCombsUSA.com*
2. Credit card holders only, CALL 24 hours/7 days toll free: **1-800-592-1356**
3. Or By Mail: Send a check/money order made out to "EZ Combs" for $23.98 (includes all S&H for Caramel Bronze & Dazzling Silver EZ Combs, the Bonus Black EZ Comb & Styling DVD). Mail to: EZ Combs, Dept. #EZU0068, One Telebrands Plaza, Fairfield, NJ 07004.

© 2009 Telebrands. Allow 4-6 weeks for delivery.

---

## Fashion

### Glasses get s[...]
The latest trend in ge[...]

TODAY'S HIPSTERS r[...] missed writer Doroth[...] warning: "Men seldom ma[...] at girls who wear glasses.[...]

Well, not anymore. Heav[...] saucer-sized specs are the[...] style-makers both male a[...] from Lindsay Lohan to Joh[...]

But why are we desper[...] Clark Kent look? "Ther[...] thing so sexy abo[...] tiful man in thes[...] handed [...] says Jen [...] J.Crew's director[...] an elem[...] phisticati[...] telligence[...] the glasse[...] "These f[...] old-scho[...] new aga[...] Desig[...] as Mich[...] and Bet[...] son sho[...] *Men*-like retaries[...]


*Seth Rogen and singer Michelle Williams sport trendy specs.*



sized black, tortoiseshe[...] clear frames with '60s-in[...] cil skirts and hot pants[...] runways. Also peddling[...] chic look are Burberry, [...] Selima Optique, Sama E[...] Urban Outfitters.

"Geek glasses add gr[...] sides, retro has a mag[...] that transcends age," s[...] Bard, eBay's pop culture[...]

What's next — taking d[...]

**16** USA WEEKEND · Feb. 6-8, 200[...]



# Blogworthy.

At under 350 calories, *Deli Creations* Flatbread Sandwiches from *Oscar Mayer* are worth writing about. With everything you need packed fresh, you can create a delicious sandwich wrapped in warm, soft flatbread in a microwave minute.

**For the love of lunch.**