February 11, 2009

United states bankruptcy Court
One Bowling Green
New York, N.Y. 10004

Attn: Judge Robert D. Drain

Ref: Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain,

This letter is to express my concerns with document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi corporation.

Please note that this is an **objection** to that document and file it as a motion to object to document #14705.

This document was filed with no previous warning to any current employees or retirees of Delphi Corporation and was only made to us via a letter on February 5, 2009 and gave us a mere 12 days to file our objections.

Though I am still an active employee who chose or was not made to retire I still find it unbelievable that Delphi could not explore other means than taking this action to minimize cash expenditures.

Please know that the 15,000 plus retirees and the soon-to-retire, who will be negatively impacted by this action, will be looking to you for your consideration when making the decision concerning document #14705 dated February 4, 2009.

## We ask you to reject this motion.

Sincerely,

Edward M. Bungo
379 Cherry Hill Lane
Cortland, Ohio 44410

Phone 330-637-8899