February 10, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.

This document was filed with no previous warning to any of the retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections.

Many of the most recent retirees of Delphi were retired BY the company and NOT by the choice of the employee. We were given no decision to make, just told we would be retiring on a specific date. We had little time to prepare for retirement, and little time to adjust to a significantly reduced income before we were hit with this latest development (loss of health care) which will cause financial hardship for every retiree. It will have huge impacts not only on the retirees, but also every community where retirees live.

With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans, have lost almost 40% of their savings. As you know, the cost of living has increased significantly in the last two years. This coupled with the loss of health care benefits would have a crippling effect on the lives of every retiree of Delphi Corporation.

It is my belief that there are other ways to restructure the company and still retain health care for retirees. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a decreasing cost to the company as each of us reaches that 65 age milestone.

Please know that each of the 15,000 retirees who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

In addition please note the following points:

1. We were always a "global Company" - so why are U.S. retirees being singled out ?

2. Lifetime healthcare was an enticement offered to retire early, which was later reduced to age 65 - when are commitments / promises considered binding ?

3. Salaried employees are being singled out / discriminated against - hourly / union employees (the vast majority) keep theirs.

4. Global operations were funded, engineered, started, and subsidized by US operations contributing to loss of US operational profit so it is not fair to only have US operations again keep Delphi solvent which will now be primarily non-US and leaving non-US operations untouched. These US funded start-ups left US operations in a loss position or unable to fund new projects properly.

5. I/we (salaried employees and retirees) have always made sacrifices for the good of the company and will continue to do so if all Delphi employees sacrifice equally.

6. Delphi execs have paid out the $75 million in 'retention bonuses" to themselves over the course of this bankruptcy and have done very little in the way of self-sacrifice to help the cause. Now they impose sacrifice on those they don't have to look in the eye every day without equal sacrifice on their and other employee's part globally.

We ask you to REJECT this motion or impose an EQUITABLE SOLUTION that calls for PROPORTIONALLY EQUAL SACRIFICE by all.

Sincerely yours,


John DeCaro
Global Manager of Industrial Engineering (retired), Delphi Chassis Division
340 Patton Drive
Springboro, OH 45066
937-885-3281