February 7, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to inform you of my objection to Document #14705 filed by Delphi Corporation on February 4, 2009. Each year the salaried benefits package was compared to the hourly benefits package to show that both were treated equally and there was no need for the salaried employees to have union representation. Retired hourly benefits are not subjected to this motion because of the contract. Since these comparisons were made by Delphi it seems clear that the benefits were meant to have similar longevity.

After many employees retired, Delphi discontinued health care benefits after age 65, when they were covered by Medicare. Delphi provided an account to cover the premium cost for the supplemental insurance to make the retirement benefit equal with the working salaried employees and the hourly employees. The reimbursement account is now being eliminated.

I believe that Delphi broke its implied contract with the salaried employees and is singling out the retired salaried employees. Therefore I feel that Delphi should not be allowed to opt out of these obligations and the court should reject the motion.

Sincerely

Loyd Marshall
8374 State Route 193
Farmdale, Ohio 44417