Honorable Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
Debtor:     Delphi Corporation
Case Number: 05-44481

February 10, 2009

Dear Sir,

On February 5, 2009; I received information from Delphi's Legal Team stating that Delphi has filed a motion with the U.S. Bankruptcy Court to discontinue the salaried retiree's healthcare and life insurance programs. In the filing, it states that our Retiree Health Reimbursement Account (RHRA) would also be discontinued effective April of 2009. This account was supposed to be aside to purchase a supplement insurance policy once 65 years of age was reached and one became Medicare eligible. I'm contesting this motion based on the following:

Delphi's obligation to provide health care coverage for its retirees is time limited. Coverage for retirees stops when they reach age 65 while retirees hired after 1993 will not receive health care coverage during retirement.

People hired after December 31, 1992 knew they would not receive health care coverage in retirement but, had salaries bumped by 1% to assist them in retirement. People such as myself hired prior to December 31,1992 were told by the company that we would receive health care coverage in retirement and now we have no time to plan to provide for our self and families.

On February 9, 2009; a memo from Delphi showing costs to purchase coverage was received by me. The cost figures represent 25 to 50% of our pension based on plan selection. This action causes an extraordinary hardship on all of us since our pension has no inflation guard.

Therefore, I strongly contest this motion by Delphi to discontinue the salaried retiree healthcare coverage. We all understand the extraordinary economic times that the company, as well as the whole automotive industry faces but, we based our retirement on the information given by the Company at the time. I believe that if this motion is passed it will only further burden an already overstretched Welfare and Medicare system.

I find this whole Bankruptcy case interesting when a company can pick a certain sector of its business to file while the rest of the company is in a growth mode. I appreciate you taking the time to consider my argument and ask that you not approve Delphi's motion to terminate health and life insurance coverage for salaried employees during retirement.

Sincerely,

*Thomas B. Denes*

Thomas B. Denes
275 Ellenton Run
The Villages, FL 32162