February 7, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections.

Healthcare provided at retirement for service of 30 years or a combination of age and years of service has always been a key benefit of our compensation package. Most of us who have reached that goal did so under the employment of GM prior to being spun off to Delphi. It was the "reward" if you will of giving dedicated service to the company for that period of time. Those who have reached that goal and are still employed, along with those who have chosen retirement, have worked through many a downturn and have seen years with no pay increases sprinkled throughout our history. We have all collectively lost a great deal of money on Delphi stock, a stock that we did not have the choice to purchase. We all worked to build the overseas operations that are now exempt from this bankruptcy. This is a travesty. A bankruptcy filed only in the United States and an hourly workforce that continues their benefits while the U.S. salary workforce will see years of hardship ahead of us. We all work for the same company. Both here and overseas, either salary or hourly -- it is the same company.

With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans have lost almost 40% of their savings. As you know, the cost of living has increased significantly in the last two years. This coupled with the loss of health care benefits would have a crippling effect on the lives of every retiree of Delphi Corporation.

Page 2 – Christa K. Snider letter

It is my belief that there are other ways to restructure the company and still retain health care for retirees. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a decreasing cost to the company as each of us reaches that 65 age milestone.

Please know that each of the 15,000 retirees who will be negatively impacted by this action, along with those still working who have or will soon reach the 30 year mark, will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

## We ask you to REJECT this motion.

Sincerely yours,


Christa Snider
7018 Bladstone Rd.
Noblesville, IN 46062