February 7, 2009

Attention: Honorable Robert D. Drain

Reference: Delphi Corporation bankruptcy Case No. 05-44481 (RDD)

I am requesting that this motion to eliminate all benefits from Delphi Salary retirees be denied in its present form. Salary retirees are only one group of three types of Delphi retirees.

*Executive retirees have what is called SERP (Special Employee Retirement Programs), which **guarantees** their pensions and benefits in retirement.

*Regular Salary – non SERP pensions and benefits.

* Hourly – this group is represented by union contract.

Any motion to eliminate benefits should be directed towards all retirees of Delphi not just a target group (Reg. Salary). Any motion to eliminate said benefits should include ALL Delphi retirees, Hourly, Reg. Salary and Executives. This would be a much greater savings for the company, which would serve better towards exiting from bankruptcy.

I am asking that this motion be denied in its present form to eliminate benefits from this single target group of retirees and not ALL Delphi retirees.

Thank You

Kenneth Wyman (reg. salary retiree)
10166 Aberdeen Dr.
Grand Blanc, MI 48439

*Kenneth Wyman*