Hearing Date and Time: February 24, 2009 at 10:00 am. (prevailing eastern time)
Objection Deadline: February 17, 2009 at 4:00 pm (prevailing Eastern time)

**Manuel Cardenas**
**105 Provincial Ct#3**
**Saginaw, Mi. 48638**
**989 249-1480**

Salaried Employee of Delphi Corporation
Debtors and Debtors-in- Possession

## UNITED STATES BACKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YOUK

------------------------------------------------------------X
                                                            :
In re                                                       :
                                                            :   Chapter 11
                                                            :
DELPHI CORPORATION, et al.,                                 :   Case no. 05-44481 (RDD)
                                                            :
                    Debtors                                 :
                                                            :   (Jointly Administered)
                                                            :
------------------------------------------------------------X

LETTER TO CONTEST DELPHI'S MOTION FOR ORDER UNDER 11 U.S.C.
105, 363(B)(1), AND 1108 CONFIRMING DEBTORS'S AUTHORITY TO
TERMINATE EMPLOYER-PAID POSTRETIREMENT HEATLTH CARE
BENEFITS AND EMPLOYER-EMPLOYEES AND (B) RETIREES AND THEIR
SURVIVING SPOUSES ("SALARIED OPEB TERMINATION MOTION")

### PRELIMINARY STATEMENT

I am an active Delphi employee, retiring March 1, 2009. As the court knows, Delphi Corp. filed a motion with the U.S. Bankruptcy Court to discontinue healthcare and life insurance coverage for retirees. The notice also states my retiree health reimbursement Account (RHRA) would be eliminated. This account was established as part of the "deal" A couple of years ago when Delphi terminated health insurance coverage for retirees Once they reached 65 years of age.

*I am contesting this motion for the following reasons:*

1) The obligation Delphi has to provide health care coverage for retirees is time limited. Coverage for retirees is stopped when they reached age 65.

And, retirees hired after 1992 do not receive health care coverage in retirement.

2) People hired after December 31, 1992 knew they would not receive health care coverage in retirement when were hired in so they have had time to plan for health care in retirement. People such as myself, who were hired in the 60's, 70's, 80's were told by the company that we would receive health care coverage in retirement. People who have already retired are in an even worse situation. It will cost some of them (aprox. $1000/mo) more than a third of their fixed income to continue their coverage.

3) The motion made by Delphi's is for <u>permanent</u> elimination of health care benefits for salaried people who were promised this coverage when they retire. When the company recovers and the executives are receiving bonuses, it makes sense to me that the company would its commitment to provide health and life insurance coverage to the salaried employees who were promised coverage.

## SUMMARY

I am a production supervisor who hired in 8/9/67 into that time Saginaw Steering Gear, and now known as Delphi Corp., under General Motors, I have dedicated my working career to making Delphi and GM the best company possible. I have been <u>loyal</u> to the company during my career at Delphi. I expect the same level of loyalty from my company Delphi.

I understand the extraordinary difficult economic times the company, as well as the automotive industry faces. Over my career at Delphi, I have made sacrifices that salaried employees had to make, which UAW employees were exempt. But I feel that there are other options Delphi can do to cut cost. Our retirement benefits should be the last option they should go after and eliminate.

## CLOSING

In closing, I strongly believe the permanent elimination of health care coverage for salaried retirees that were promised would be unjust and morally wrong.

      I appreciate the court taking the time to consider my argument and respectfully ask that you <u>do not</u> approve Delphi's motion to terminate health Care coverage for salaried employees that are <u>counting</u> that coverage.

Dated:  Saginaw Michigan
         February 12, 2009

                                     Manuel Cardenas

                                     105 Provincial Ct#3
                                     Saginaw, Mi. 48638
                                     989 249-1480