February 12, 2009

Attn: Judge Robert D. Drain

Ref:

Delphi Corp Case #05-44481

Filed October 5, 2005

Document #14705 Cancellation of Health Insurance Benefits

Dear Judge Drain,

Please accept this letter as my **strong objection** regarding document #14705 filed by Delphi Corporation asking that all health insurance benefits be canceled for over 15,000 salaried retired employees of Delphi Corporation.

Personally, I retired on February 1, 2009 relying on the Retirement Package presented in December 2008 with a specified Retirement Income and Compensation Package that included health care benefits. Five days into retirement I received a Fed-X delivery that the company wants to cancel my health insurance which is a major part of my retirement package. Three days later I receive another package from Delphi stating that the cost to continue my health care insurance will cost me $1,300 per month along with the cancellation of Life Insurance an additional $38.00 per month. If you grant the motion to Delphi this equates to 45% of my retirement income. I would strongly recommend you deny Delphi this motion based on many factors as listed below.

1. Retirees were given a package for retirement, to arbitrarily revoke parts of this package which creates a financial burden to all is wrong and unjust. I would hope that you will find this motion as offensive and irresponsible for Delphi to even consider such a motion.

2. Corporations must be held accountable for their actions. Granting this motion will remove accountability and responsibility from Delphi. Delphi will be able to claim the Bankruptcy Court is responsible for the loss of health care to 15,000 retired employees.

These are people who do not have the means to bear this financial burden. This bankruptcy proceeding should not punish those that have no responsibility in a company that has chosen and proven lack of responsibility. Delphi must be accountable for their actions. Please enforce the basic decision of What is Right and refuse the Delphi motion in this matter.

3. Finally, let this appeal to your Fair and Honest side. The bottom line is Delphi Corporation is asking you to Bail Them Out, not with Taxpayers money, not with Government funding, and not even with Private Sector funding. They want 15,000 Retired Employees to lose 40-60% of their Retirement Benefits to Bail Them Out. There is no justification in the world to allow this type of action. Please do the Right Thing, reject this motion and let Delphi Corporation know that they have to make other arrangements to recover other than on the backs of 15,000 Retirees.

Thank you for the opportunity to express my concerns, desires and hopes. I am sure after your review that you will agree the 15,000 Salaried Retirees should not bear the financial responsibility of Delphi in their efforts to emerge from bankruptcy. Your decision to reject this motion will be the Right One and Fair One.

Sincerely,

*Rebecca A. Lewis*

Rebecca A. Lewis
8264 S. 600 W.
Pendleton, IN 46064