Darina Lumar
11825 Bayport Ln. #4
Fort Myers, FL 33908
239-489-0948

To: US Bankruptcy Court
From: Darina Lumar, SS#382828410,
Retiree from Delphi
**Re: Case # 05-44481**
Date: feb.05,2009

**I object the Motion to terminate Post-Retirement Health Care Benefits.**
It would be a disaster to my family, since we both have preexisting conditions and it will be impossible for us to afford to by Medical Insurance at this later stage of our life. I am only 61 years old and my husband is only 63, so we both are not eligible for Medicare.

Regards, Darina Lumar