February 14, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections.

My situation is certainly not unique. I was forced into early retirement due to the closure of all operations in Anderson, Indiana. Since I retired early, the pension I draw is a fraction of what I would have expected if I were able to withdraw at the normal age. With the current state of the economy, retirees who had saved for retirement throughout their career in their Stock Savings Plans, have lost almost 40% of their savings. As you know, the cost of living has increased significantly in the last two years. This coupled with the loss of health care benefits would have a crippling effect on the lives of every retiree of Delphi Corporation.

I worked hard for General Motors and Delphi for over 30 years of my life, and contributed greatly to the prosperity of these two organizations during that time. All during those years, human resources always trumped up the benefits of my compensation – prominently including retirement benefits. I never recall in the benefit summary statements passed out any statement to the effect that I could lose all retirement benefits at the whim of the company – nor was this communicated to me by HR when I signed the myriad of papers shoved in my face as they pushed me out the door.

It is my belief that there are other ways to restructure the company and still retain health care for retirees. Health care benefits are currently scheduled to stop at the age of 65 for

all retirees. This cost is a decreasing cost to the company as each of us reaches that 65 age milestone.

Please know that each of the 15,000 retirees who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

## We ask you to REJECT this motion.

Sincerely yours,

John F. Duquaine
1282 Riverene Way
Anderson, Indiana 46012
765-378-6368