THE SENATE
STATE OF NEW YORK

**CHAIRMAN**
ENERGY & TELECOMMUNICATIONS

**COMMITTEE MEMBER**
AGING
CORPORATIONS, AUTHORITIES
& COMMISSIONS
CRIME VICTIMS, CRIME & CORRECTION
FINANCE
JUDICIARY
LABOR



**ALBANY OFFICE:**
ROOM 811
LEGISLATIVE OFFICE BUILDING
ALBANY, NY 12247
(518) 455-2024
FAX: (518) 426-6987

**DISTRICT OFFICE:**
2578 NIAGARA FALLS BOULEVARD
WHEATFIELD, NY 14304
(716) 731-8740
FAX: (716) 731-8746

**INTERNET ADDRESS:**
maziarz@senate.state.ny.us

**GEORGE D. MAZIARZ**
**Senator, 62nd District**

February 12, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Re: Delphi Corp Case #50-44481 filed October 5, 2005
Document #14075 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

As a New York State Senator who has two of Delphi Corporation's plants within the boundaries of my Senatorial District, please allow me to go on record expressing my sincere concerns with Document #14705 filed by Delphi on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15, 000 retirees of Delphi Corporation.

It is my belief that there are many other ways to restructure a company while still retaining promised health benefits for retirees. As you know, health care benefits are currently scheduled to stop at the age of 65 for all retirees anyway, so the cost to the company is already decreasing each year.

Further, this document was filed with no previous warning to any of the retirees of Delphi and was only made known to these individuals via a letter on February 5, 2009 – giving retirees only twelve days to file their objections.

Many retirees of Delphi were forced into retirement by the company and had little to time to prepare. If the corporation is allowed to go through with this proposal, I truly believe this will cause financial hardship for each and every retiree and will have huge a huge impact on the communities where these retirees live.

Please Judge Drain, I kindly ask that you rule on the side of Delphi Corporation's retirees and REJECT this motion.

Sincerely yours,

George D. Maziarz
State Senator