United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Honorable Judge Robert D. Drain

Ref:
Delphi Corp Case #05-44481 filed October 8, 2005
Document #12705 to Cancel OPEB (Health Insurance Benefits) for all Retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are currently retired or planning to retire and qualify for these benefits.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the current employees and retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections.

Many of the most recent retirees of Delphi were retired by the company and not by the choice of the employee. In my case, I have been approached asking if I were interested in retiring in 2009 in an effort to reduce head count. I understand the state of the economy and Delphi's position, I just request that this motion be denied and a more palatable option be considered which would be much less of an immediate negative impact to the current and future retirees.

With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plan have lost 40-60% of their savings. As you know, the cost of living has increased significantly in the last two years based upon rising energy costs alone. This coupled with the loss of health care benefits would have a crippling effect on the lives of every retiree of Delphi Corporation.

We have all been loyal employees to Delphi and during my 30 plus years of service I have NEVER taken any action against decisions that have been made in the past negatively impacting my salary, benefits and vacation—until now. It is my belief that there are other ways to restructure the company and still retain health care for retirees that qualify.

Please know that each of the 15,000 + retirees and soon-to-retire, who will be negatively impacted by this action, will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

**WE ASK YOU TO PLEASE REJECT THIS MOTION.**

Sincerely yours,

Vicki L. McGrath
5959 Tournament Drive
Waterville, OH 43566
419.878.5959