United States Bankruptcy Court
One Bowling Green
New York, NY 10004

February 11, 2009

Attn: Honorable Judge Robert D. Drain
Ref:
Delphi Corp Case # 05-44481 filed October 8, 2005
Document # 14705 to Cancel OPEB (Health Insurance Benefits) for all Retirees

**Dear Judge Drain:**

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

Please note that this letter is an **OBJECTION** to that document and file it as a motion to object to document #14705.

This document was filed with no previous warning to any of the current employees and retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections. The letter was also sent with a clear understanding that Delphi had already got permission to exercise this pension liability reduction, prior to your Honor's official judgment!

Delphi **has feverishly attached the Salary benefit program** from its inception in 1999. As a retiree I find it hard to believe that General Motors could dump their pension obligations onto Delphi, and then in 2009 (10 years later) Delphi has the audacity to attack the pension obligations of the Salary workforce. Furthermore, recent news releases positions General Motors to take back Delphi operations, this seems unfair as the Delphi Salary workforce **(once was GM for 22 years)** can now come back to GM without the pension obligations? Where is the justice in this? **What a corporate plan!** GM has used Delphi to bargain a 2 tier wage, and now they have set Delphi in motion to eliminate Delphi retiree obligations. **As the storm clears, GM will absorb Delphi back without any pension liabilities, Judge you cannot let Delphi get away with this.** We worked for this and now that we have it, how can you allow Delphi to take it back. If Delphi needs money, **liquidate the assets that they have not put under Bankruptcy.** The same foreign assets they bought with Delphi America based factories. Had Delphi retooled the America factories, there's no telling how cost efficient and profitable things would be here in America!

Please know that each of the 15,000 + retirees and soon-to-retire, who will be negatively impacted by this action, will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

**We ask you to REJECT this motion.**

Sincerely,
Bob Rumrill      *Bob Rumrill*
217 Windsor Lane
Rainbow City Alabama
35906  **256-442-9380**