February 14, 2009

Honorable Robert D. Drain,
United States Bankruptcy Court for the Southern District of New York
One Bowling Green, Room #610
New York, New York 10004

Dear Honorable Judge Robert D. Drain:

I object to the cowardly actions taken by Delphi Corporation to make Motion to rescind Health Care and Life Insurance for salaried retirees for the following reasons:

Delphi "forced out" employees with good work records and performance under the guise of receiving "separation packages". I was personally approached three different times by my Personnel Director, each successive time with more pressure, and more deadline critical. I heard things like "if you don't take this now, there may be no package in the future...", "we are asking you nicely now, but sometime in the future we might not be so nice..." "this is your last chance to out with dignity..." I declined because I am divorced, have children in 5th and 7th grade. I pay monthly child support of $1,221, and am responsible for my children's health care coverage until they are emancipated per my Divorce Agreement. Also I always planned on working to between ages 62 to 65. I am not financially and mentally ready to retire. I finally agreed thinking I would find another job; not knowing when I acquiesced in April 2008 the job market would be as depressed and bleak as it currently is.

Delphi had every intention of terminating salaried health care well before the retirement recruitment process started, but did not publicize it because it would drastically lower the number of volunteers. If they had been honorable and honest with me when they rolled out the package, I would have easily said "no" and stuck with that decision. Delphi's premeditated actions gave prospective retirees false and unrealistic expectations so Delphi could get their quota...then chop off their health care shortly after they were retired, leaving them no options or recourse. I have two names of Delphi corporate representatives who can verify this if need be.

I worked for GM for twenty-five (25) years before Delphi was spun off. Why doesn't my 25 years with GM count for anything when it comes to my retiree health care? The hourly retiree's health care is going under GM, why not the salaried retirees? What is the difference? We all are retirees! Or is it because we are not unionized, and Delphi is afraid to ruffle any feathers with the Union? So what has Delphi, and before that GM, always done in the past?

Page 2

Rape and pillage the salaried employees and retirees, and continue to take more away from them. This is downright discriminatory and unfair!

Delphi cannot expect to emerge from bankruptcy and become an efficient company by targeting the non-unionized salaried employees and retirees to overcome their history of blatant mismanagement, and then trying to recover from it by penalizing salaried employees. For example, Delphi hired a high profile bankruptcy executive for 9.3 million dollars (including his one million dollar signing bonus). They could have very easily hired a competent bankruptcy attorney for a fraction of what they are paying this person who still hasn't figured out how to emerge Delphi from bankruptcy going on four years!!!

**Honorable Judge Drain, I strongly urge you not to allow Delphi's executives to get away with this!!! Please <u>force them</u> to earn their exorbitant salaries and bonuses by making them accountable, and come up with ways to run the company more efficiently instead of taking the easy way out.**

Thank you for your time and consideration in this matter.

Very truly yours,

*Frank J. Blasioli*

Frank J. Blasioli
5 Glenmore Circle
Pittsford, New York 14534
585-586-1701
Stonewallfjb51@aol.com

Ccs: Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Attention: John Wm. Butler, Jr.)

Davis Polk & Wardwell, 450 Lexington Avenue, New York, NY 10017 (Attention: Donald Bernstein & Brian Resnick)

Latham & Watkins LLP, 885 Third Avenue, New York, NY 10022 (Attention: Robert J. Rosenberg & Mark A. Broude)

Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, NY 10004 (Attention: Bonnie Steingart)

Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, NY 10004 (Attention: Brian Masumoto)