**Robert L. Boyd**
121 Morningside Drive
Grand Island, New York 14072
(716) 773-7203

February 14, 2009

Hon. Robert D. Drain
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Rm 610
New York, New York 10004

      RE: Delphi Corporation, et al.
          Case No. 05-44481 (RDD)
          Chapter 11 Bankruptcy Proceeding

Dear Judge Drain:

    My name is Robert Boyd and I am writing to express my strong objections to Delphi's Chapter 11 Bankruptcy proceedings presently before this Court. I believe it would be a travesty to allow Delphi to renege upon its contractual obligation to provide health, medical and life insurance benefits to its retirees. Presently, Delphi is seeking to transfer these costs to its thousand of salaried retirees, who, like myself, are unable to absorb these costs.

    I worked for 42 years at the Chevrolet Plant, at 1001 E. Delavan Avenue, Buffalo, NY. I started out in production running a machine. After years of dedicated service, I was promoted to the salaried position of Skilled Trades Foreman, where my responsibilities were to oversee building and equipment maintenance. I would like to think that my efforts helped the company to enjoy the years of success and productivity that were the hallmark of the American auto industry. I can assure you that I did my part to make it so. I worked seven days a week, sometimes 12-16 hours a day. I did whatever it took to get the job done.

    When illness forced me to retire in October 2002, I relied upon the promises made by Chevy and American Axle to cover my golden years in a responsible and dignified manner. However, after American Axle assumed operations at the former Chevy plant, the real trouble started. After retirement, I was transferred (on paper) to Delphi. I never worked one day of my 42 years for Delphi. Yet, in retirement, Delphi has administered my pension, health, medical and life insurance benefits. These benefits were earned by myself and the other salaried retirees. The benefits in

question which are being cut, have effected only the salaried but not the hourly retirees. This, in itself, is patently unfair.

I gave my all to the company. I devoted my life, my blood sweat and tears in helping to make the Delavan plant one of the most efficient in the entire Chevy/American Axle manufacturing system. I was a loyal employee. I always put the company first. Today, I look at the current situation and see, in Delphi, a company that has never once considered the people who helped build this industry.

What Delphi is doing to not only me and my family, but the thousands of other families is simply devastating. They are asking this Court to make us expend our fixed and limited income dollars to pay thousands of additional dollars each monthly to cover the benefits that we bargained for and worked a lifetime to earn and which should be rightfully ours. Please understand that the precipitous loss of these benefits would be traumatic and very unfair.

While Delphi obviously did not consider the negative impact its bankruptcy will have on the thousands of hardworking and dedicated retirees, it is my hope that the United States Bankruptcy Court for the Southern District of New York will carefully consider the equities of this situation. In these difficult economic times, I pray that this Court will make Delphi live up to the sacred obligation to honor its contractual responsibilities.

Sincerely yours,

Robert L. Boyd

RLB/

cc:  Attn: General Counsel
     Delphi Corporation
     5725 Delphi Drive
     Troy, MI 48098

     Attn: John Wm. Butler, Jr.
     Skadden, Arps, Slate, Meagher &Flom LLP
     333 West Wacker Dr., Ste 2100
     Chicago, IL 60606

Attn: Donald Bernstein
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Attn: Robert J. Rosenberg
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

Attn: Bonnie Steingart
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

Attn: Brian Masumoto
Office of the U.S. Trustee for SDNY
33 Whitehall Street, Ste. 2100
New York, NY 10004