February 13, 2009

Honorable Robert D. Drain
United States Bankruptcy Court
For the Southern District of New York
One Bowling Green, Room 610
New York, New York 10004

Ref: Delphi Corporation
     Chapter 11
     Case No. 05-44481 (RDD)

      In re: Notice of Termination of Health Benefits & Life Insurance

I am writing to object to the Motion filed by Delphi Corporation to terminate Health Care Benefits and Life Insurance Benefits for Retirees and Surviving Spouses.

Objection deadline is February 17, 2009 at 4:00 p.m. Receiving the Notice of Motion on February 13, 2009, is not giving us enough time to file objections to the Motion.

The Motion should NOT be granted.

Respectfully,

*[signature]*

Lloyd H & Luda E. Smith
4106 Woodedge Dr.
Bellbrook, OH 45305