February 12, 2009

Re: Case # 05-44481
Debtor Delphi Corporation

From: Wilfred A. Nass, Jr.
6882W 320S
Russiaville, IN 46979

To: United States Bankruptcy Court for the South District of New York
One Bowling Green Room 610
New York, NY 10004-1408
The Honorable Judge Robert D. Drain

Attn: The Honorable Judge Robert Drain

I wish to formally contest Delphi Corporations request to terminate the employer paid Medical Benefits and Insurance Benefits for all eligible salaried retirees with Medical and Insurance Benefits. I am a retiree with numerous "pre-existing conditions" (Diabetes, Stage Three Kidney Failure, and Congestive Heart Failure). If Delphi ends the Medical Benefits, it will be impossible to obtain medical coverage due to the above pre-existing conditions. I was employed by Delphi for 31 years until asked by Delphi E & S to leave the company in 2008 due to a reduction in workforce. The insurance benefits provided by Delphi have extended my life greatly and allowed me to begin to enjoy a retirement life style and not have to worry about any medical benefit issues. (I have survived fifty-four (54) years with diabetes). Without a continuation of coverage, I am certain that the above mentioned health conditions will lead to an early death since I am not in a position to pay for most of the required medications and physician visits which have maintained a reasonable level of health for me for the past thirty one years.

I realize that I am only one of fifteen thousand people who will be affected by your decision, but remember that many of these fifteen thousand people also have pre-existing health conditions which will leave them without any insurance coverage. I do hope and pray that everyone in your family enjoys good health without the assistance of provided medical benefits. I have not been as fortunate but have been blessed with an employer who has provided me with great health coverage until the request that the debtor is placing before your court on February 24th. Please don't lose sight that the issue you are providing a decision on is much more than a decision between Debtor and Creditor, it involves fifteen thousand people with names, faces, and families.

Regards,

*[signature]*

Wilfred A. Nass, Jr.