February 7, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

**Subject:**    Delphi Corporation Case # 05-44481 filed October 5, 2005
OBJECTION to Document # 14705 to cancel OPEB (life and health insurance benefits) for all retirees

Dear Judge Drain;

This letter is to lodge objection to Document #14705 filed by Delphi Corporation on February 4, 2009, asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

Document #14705 was filed with no previous warning to any of the retirees of Delphi Corporation and was made known via letter on February 5, 2009, distributed only to <u>current</u> employees. The first actual notice to retirees was the article on the front page of the Kokomo Tribune Friday, February 6, 2009. It is in this newspaper article that retirees have been notified of only eleven days to file our objections.

This loss of health care will cause financial hardship for every retiree. In addition, Delphi plans to renege on their promise to reimburse us for $10,000 toward cost of replacement healthcare coverage after we reach age 65. This sudden stoppage of benefits and supplemental money will have huge impacts not only on retirees, but also on the communities where we live.

Many retirees have health conditions that preclude them from obtaining other health care coverage. I have been diagnosed with a major illness that would preclude me from finding health insurance if my medical insurance ends April 1, 2009. I am only 54 and there is 11 years before I will be eligible for Medicare and Medicare supplemental policies. The only insurance available for those eleven years will be to continue my Blue Cross/Blue Shield coverage currently provided through Delphi for a cost yet to be revealed. Not only do we lose our health care coverage, but the money Delphi promised to help cover medical insurance, too. All this additional cost for health care coverage comes right out of our "fixed income" retiree pockets.

Although I am attempting to find work elsewhere, the economy is not conducive in finding a comparable position in today's market.

Please facilitate Delphi in finding other ways to restructure the company and still retain health care and other promised, albeit reduced, benefits for retirees. Health care benefits have already been reduced and scheduled to stop at the age of 65.

Please **REJECT** this motion.

Respectfully,

Gwendolyn K. Doering
2518 Locust Lane
Kokomo, In 46902
Retired December 1, 2008
1-765-453-1478