James E. Szczepanik
9676 Foxchase Circle
Freeland, Mi.       48623

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Honorable Robert D. Drain,

In the mater of DELPHI CORP. vs. retired salary employees:

When I was <u>asked</u> if I would consider retirement, the DELPHI public relations and personal dept.s <u>promised</u> that as a retiree of DELPHI, I would receive all the same pension, insurance's, and health benefits as the General Motors Corp. employee that I was!

I actually worked my full (31) years for G. M. (General Motors Corp. Saginaw Division.), and, was sent out (15) months before Delphi officially became its' own corp.; But the Saginaw people offered me a compensations "package" that allowed them to maintain my name on their payroll until Jan. 01, 2000. (Official first date of DELPHI CORP.)

I am a debtor the same as any other source that has provided them (Delphi) with materials or services, and they should <u>not</u> be able, or allowed, to just "terminate" their responsibilities!

My spouse and myself, as well as the whole group of salary retirees should continue to receive the FULL benefits promised. (Or, maybe I should be offered my job, back)

Sincerely,

*James E. Szczepanik*

James E. Szczepanik
Retired Manufacturing Engineer

**Saginaw**



**James E. Szczepanik**
Manufacturing Engineer
Steering Systems Business Unit
Telephone (517) 757-3289
G.M. 8-357-3289
FAX (517) 757-3937



Saginaw Division - General Motors Corporation
3900 Holland Road, Saginaw, Michigan 48601-9494