February 9, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref: Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 salaried (Not hourly!) retirees of Delphi Corporation.

Many of us dedicated our careers to this company with promises of pensions and benefits. In my case, 33 years (25 of which was with General Motors before they spun us off). I and others would have made different career and savings decisions if we would have known that we were to be forced out then bought out then sold out. Most all of us were forced to retire at an earlier age than planned (making a big gap to the age of 65).

With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans have lost almost 40% of their savings. As you know, the cost of living has increased significantly in the last two years. This coupled with the loss of health care benefits **(approximately an additional $1300/mth for self and spouse)** would have a crippling effect on the lives of every salary (not hourly) retiree of Delphi Corporation.

**There are other ways to restructure the company and still retain health care for retirees. If the hourly were involved in the plan we could all pay a percentage more without totally taking it away from the salary retirees just be cause they are unrepresented in this whole process.** Benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a decreasing cost to the company as each of us reaches that 65 age milestone.

Please know that each of the 15,000 salary retirees who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to the document #14705.**

Sincerely yours,

Jeffrey L Ziegler

4110 W. South Range Rd
Columbiana, Ohio
(330)549-2502