Judge Drain,

Please examine the need for Delphi Corp's document #14705. It is certainly a breach of what should have been an honorable contract between salaried workers and the company.

IF it goes through, it will mean a serious hardship for many.

Thank you,
Jim Gardner