February 10, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the current employees and retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections. It seems that there should have been a longer period of time to respond.

Many of the most recent retirees of Delphi were retired **BY** the company and **NOT** by the choice of the employee. They were given no decision to make, just told they would be retiring on a specific date. They had little time to prepare for retirement, and little time to adjust to a significantly reduced income before they were hit with this latest development (loss of health care) which will cause financial hardship for every retiree. It will have huge impacts not only on the retirees and soon-to-retire, but also every community where retirees live. Some retirees may have a very hard time get other private insurance (possible preexisting health issues) or continuing with Delphi's coverage (Extremely costly) in the short amount of time outlined in the plan.

With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans, have lost 40 – 60 % of their savings. As you know, the cost of living has increased significantly in the last two years based upon rising energy costs alone. This coupled with the loss of health care benefits would have a crippling effect on the lives of every retiree of Delphi Corporation.

It is my belief that there are other ways to restructure the company and still retain health care for retirees. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a decreasing cost to the company as each of us reaches that 65 age milestone. I believe most employees were expecting the cost of health insurance (paid by employees) to increase and are okay with this as they are willing to take some personal financial pain to help the company survive. However, I don't think anybody expected the first step to reduce health care costs would be to entirely eliminate coverage. I believe most retirees could probably afford and accept a $300-$400 monthly increase. I would ask you to consider a proposal to increase the monthly cost paid by the employees as an alternative to total elimination of health benefits.

It has also come to light in the last several days that Delphi Corporation is in negotiations with General Motors to potentially reacquire Delphi Corporation in some form. It seems that the more time should be allowed to modify or revise the Health Care decision before allowing the plan to be allowed to become final.

Please know that each of the 15,000 + retirees and soon-to-retire, who will be negatively impacted by this action, will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

**I respectfully ask you to REJECT this motion and allow a less onerous plan to be devised.**

Sincerely yours,

Kevin M Comer
1700 Fairway Drive
Kokomo, IN 46901
765-883-7944