Lawrence B. Smith
7429 Brunn Dr.
Franklin Wi 53132

In re

DELPHI CORPORATION, et al.,

Case No. 05-44481 (RDD)

Honorable Robert D. Drain,

Your Honor; my name is Lawrence B. Smith. I am 62 years old and spent 27 years as a Salaried Employee with General Motors AC Spark Plug Division. I then spent 3 years with Delphi, and retired in June of 2001. During my career I worked an average of 60 hours a week and saved millions of dollars for the company.

I feel it is very unfair that the Retired Salaried Employees who, like myself, spent the majority of their careers working for General Motors have been singled out to help get Delphi out of Bankruptcy. If 15,000 Retired Salaried Employees will save $200,000,000 by 2011 wouldn't they save much more by having the Retired Hourly lose their Health Benefits and Life Insurance ? Their Benefits cost more than the Salaried Employees.

Since the majority of our salaried careers were with General Motors I would think that the Delphi Retirees should at least be helped out until they reach 65 years old. General Motors Salaried Retirees get Health Benefits, Life Insurance, as well as a $300 Medicare Special Benefit.

It was very disturbing that throughout my 30 year career the Salaried Workforce always had to take the cuts when the Hourly did not. Now, once again, in retirement the Salaried are the only ones that take the cuts.

I Strongly Object to this request by DELPHI.

Thank You Very Much,
Lawrence B. Smith