2/11/09

United States Bankruptcy Court
One Bowling Green
New York NY 10004

ATTN: Honorable Judge Robert D. Drain

Ref Case # 05-44481 (RDD)
Delphi Doc # 14705 to Cancel Salaried Retirees Health Care Benefits.

Honorable Judge Drain,

Please REJECT Delphi's request to cancel Salaried Retirees Health Benefits. Delphi actively and aggressively has pressured Salaried Employes to retire prior to age 65 when they would be Medicare eligible. It is not fair of them to now after convincing many to retire to just cancel our benefits. They state the down turn of the economy. That downturn has hit all of us just as it has them. Corporate America has little conscious left and their request is evidence of their lack of concern for those Employes who have given them many years of Service.

Please deny their request. Thank you

Norman R. Wolcott
Norman R. Wolcott
8670 Telegraph Rd
Gasport NY. 14067
716-772-2877