February 10, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp. Case #05-44481 filed October 8, 2005
Document #14705 to cancel OPEB (health insurance benefits for all retirees)

Dear Judge Drain,

In reference to Delphi Corporation's motion to cancel the health insurance benefits for all **salaried** retirees, I **STRONGLY OBJECT** this motion.

I'm begging you to please take into consideration the catastrophic affect this will have on many former employees and their families. We have dedicated most of our working lives to this company and were promised this health coverage until we reach the age where we would be eligible for Medicare. Through the years we have had our salaries frozen when economic times were tough. We had vacation time taken away and cut back, we worked overtime without being compensated for it, we had to contribute towards health care when the hourly employees hadn't contributed a dime towards any of their benefits. The salaried workforce was always called upon to make the concessions. Now, after being forced into retirement, Delphi is planning to terminate our health care that we need so desperately. The **hourly** workforce has been asked to give up nothing. We all worked for the same goals of the company.

I strongly urge you to send Delphi back to the "drawing board" and come up with some other way to cure their economic woes. The employees that gave so much of their lives to this company do not deserve this treatment. I'd really like to see you step up to the plate and make Delphi responsible for their mistakes instead of taking the easy way out. I kept my end of the bargain and showed up for work every day and worked hard for them for 30 years of my life. Now I think they should keep their end of the bargain too instead of always being able to back out of their promises. How long are they going to continue to use their Salaried employees as scapegoats ?

I know that you are the only person with the power to tell them "No" for a change. That's what they need to hear. It might just make them a stronger company in the future.

Sincerely,
Phyllis Brandt
3826 St. Acre Ave.
Franklin, Wi. 53132