February 9, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all salaried retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are salaried retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the retirees of Delphi Corporation and was only made known to us via letter sent on February 5, 2009, which I received today, February 9, 2009, giving a mere 8 days to file any objection.

Many of the most recent salaried retirees of Delphi were encouraged to retire by the company, in many cases with severance separation incentives. The growth rate in the salaried retirees in the last 3 years shows a dramatic increase from the 4000 retirees in 2005 to the estimated 15,000 currently. Many have just retired within the last quarter of 2008. It appears to be an attempt to maximize the number of salaried retirees, and follow with a plan to cancel the OPEB, now that it can be highlighted by the overall downturn of the economy. Certainly there can be other saving options. In November of 2008, all employees and retirees were asked to choose their 2009 health coverage. There was no indication either stated or implied based on coverage costs and options, that the "end was near". Why were the costs not increased then to a level for both salaried retirees and active salaried employees that would have been reasonable for continued health coverage by all? Or, why not increase it now? Other than the recent letter of the filing, there has not been any communication regarding the deteriorating financial situation, or options being reviewed.

The solution is throwing the entire problem, and devastating impact of a 30% reduction /month in the compensation each salaried retiree now has to live on. We are just adjusting to retirement, and we are now hit with this latest development (loss of health

care) which will cause financial hardship for every retiree. It will have huge impacts not only on the retirees, but also every community where retirees live.

With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans, have lost almost 40% of their savings. This coupled with the loss of health care benefits would have a crippling effect on the lives of every salaried retiree of Delphi Corporation.

It is my belief that there are other ways to restructure the company and still retain health care for salaried retirees. Health care benefits are currently scheduled to stop at the age of 65 for all salaried retirees. This cost is a decreasing cost to the company as each of us reaches that 65 age milestone.

Please know that each of the 15,000 salaried retirees who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009. We are a disenfranchised group, which makes us easy targets. We have no representation, no single voice, and we are scattered around the country. The unionized retirees have their leadership, legal counsel, and agreements with GM to carry them through, we have nothing. Your sense of fairness in a decision to force Delphi to reconsider and review other options is our only chance.

## We ask you to REJECT this motion.

Sincerely yours,

Raymond F. Polinko
38 Nichols Hill Drive
Asheville, N.C.
1-330 219-2237 phone