Honorable Robert D. Drain
United States Bankruptcy Court of the Southern District of New York
Debtor: Delphi Corporation
Case Number: 05-44481

Feb. 10th, 2009

Your Honor,

In the above referenced action please consider my protest to the cancellation of company contributions to salaried retiree medical and life insurance. In many cases, as these policies are cancelled the retirees will be left without the means to procure alternate coverage. Many will be unable to meet all of their financial needs and responsibilities on the fixed income they receive, unless they allow their coverage to lapse. The very short amount of time allowed these retirees to plan a reaction to the news is also unreasonable, in my view. If the retirees are not able to act quickly to self pay for the policies in question, all future recourse may be lost to them concerning the coverage they have had for many years.

  While I understand Delphi is facing grave issues the salaried work force at Delphi has been living with this downturn for years and has been paying a portion of the cost for insurance for some years. Perhaps a more equitable division of hardship would be possible with all employees and retirees, whether represented or not, paying a slightly larger portion of the total cost. This would surely be more equitable than taking all from one group because they are not represented and have less power to oppose another unilateral action by Delphi Corporation. I worked for the company now being called Delphi for 40 years and my father worked there for 46 years. During employment at Delphi I assure you every last responsibility of the employees was required to be met as outlined. It is critical to the well being of the retirees that Delphi now meet their responsibilities as well.

Your consideration on my position is greatly appreciated and, in any case, I want to personally thank you for your hard work on this case to date.

Sincerely,

*William M. Blakesley*

William M. Blakesley
98 Mossy Oak Lane
Heber Springs, AR 72543