February 11, 2009

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections.

Many of the most recent retirees of Delphi were retired **BY** the company and **NOT** by the choice of the employee. They were given no decision to make, just told they would be retiring on a specific date. They had little time to prepare for retirement, and little time to adjust to a significantly reduced income before being hit with this latest development (loss of health care and life insurance) which will cause financial hardship for **EVERY** retiree. **It will have huge impacts not only on the retirees, but also every community where retirees live.**

With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans, have lost nearly 50% of their savings. As you know, the cost of living has increased significantly in the last two years. This coupled with the loss of health care benefits will have a crippling effect on the lives of **EVERY** retiree of Delphi Corporation.

It is my belief that there are other ways to restructure the company and still retain health care for retirees. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a decreasing cost to the company as each of us reaches that 65 age milestone. In my case, I planned to retire and only have three years until I reach 65.

However, this action by DELPHI, if allowed to happen will create an extreme hardship on my family.

Please know that each of the 15,000 retirees who will be negatively impacted by this action will be looking to **YOU** for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

## I plead to you, REJECT this motion.

Sincerely yours,

T. Michael Wilkinson
474 Scoville Dr.
Vienna, OH  44473
1.330.856.4899 phone