February 11, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Honorable Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 8, 2005
Document # 14705 to Cancel OPEB (Health Insurance Benefits) for all Retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 current retirees and all future retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and please file it as a motion to object to document #14705.**

This document was filed by Delphi Corporation with no previous warning to any of its current employees and retirees. We first became aware of the action via a letter dated February 5, 2009, but not received until February 9, 2009. This letter gives retirees a mere twelve days from the <u>date of the letter</u> (February 5) to file our objections, certainly NOT enough time to mount any effective countermeasures.

Most retirees of Delphi, whether retired BY the corporation or having retired of their own volition, began planning for their retirement many years ago. An integral and essential part of those plans was our trust in Delphi's commitment to provide health care throughout our retirement period. Delphi's arbitrary and unilateral cancellation of health care benefits for salary retirees is an unconscionable violation of that trust.

In view of the current financial crises which we are all facing, having lost some 40%-60% of the value in our retirement accounts, coupled with the ever-increasing cost of living, Delphi's request to cancel health care benefits, if approved, will create harsh and undue financial hardships for retirees, their families and communities.

Despite its own admission that more than 50% of its revenue is non-General Motors, Delphi seems to be basing this request substantially on GM's

"Restructuring Plan for Long Term Viability" of December 2, 2008 and the North American vehicle market. Moreover, it appears that Delphi has invoked its "reservation of rights" clause without having fully exhausted other restructuring possibilities including, but not limited to <u>aggressive</u> renegotiation of union/hourly contracts (and related wage rates, work rules and benefits), supplier and customer contracts and possibly revisiting the provisions of the Master Separation Agreement with GM dated January 1, 1999.

Please know that each of the 15,000 current and future retirees who will be negatively impacted by this action, will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

## I request that you REJECT this motion.

Sincerely yours,

*Thomas D. Keel*

Thomas D. Keel
2013 E. Second St.
Flint, MI 48503
Phone # (810) 767-0794