February 13, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case #05-44481 filed October 5, 2005
Document #14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation
On February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over
15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as
A motion to object to document #14705.**

This document was filed with no previous warning to any of the retirees of Delphi
Corporation and was only made known to us via letter on February 5, 2009 and gave us a
Mere twelve days to file our objections.

The majority of the most recent retirees were forced to retire **BY the company and NOT
By the choice of the employee.**

I worked forty three years for both **GENERAL MOTORS and DELPHI. At my age
And with health issues this would be a deadly result for myself and my family. Their
surely is other avenues for the company to restructure.**

**Please know that each of the 15,000 retirees would be negatively impacted by this
Action. We all look to your consideration when making this LIFE changing
decision concerning Document #14705 dated February 4, 2009.**

Sincerely yours,

Gary Carpenter
9611 Bishop Rd.
Mt.Vernon, Ohio 43050

740-397-8968