February 11, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation
on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over
15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file
it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the retirees of Delphi
Corporation and was only made known to us via letter on February 5, 2009 and gave us a
mere twelve days to file our objections. If there was a sharing of the hardship with the
hourly retirees, perhaps there could be a compromise in the sharing of the health costs
and at least provide benefits to age 65.

Most Delphi salaried retirees spent most of their working years with GM, in my case it
was 29 of 31 years. GM has bailed out the Delphi hourly pension and health care
programs with billions of dollars and significant buyouts with employees with 10 years or
less, yet they have not assisted their salaried employees with little or nothing. GM and
Delphi did everything possible to prevent the salaried work force from organizing. This
is a sad commentary to let 15,000 salaried employees bear the brunt of these health care
cost.

It is my belief that there are other ways to restructure the company and still retain health
care for retirees. Health care benefits are currently scheduled to stop at the age of 65 for
all retirees. This cost is a decreasing cost to the company as each of us reaches that 65
age milestone.

Please know that each of the 15,000 retirees who will be negatively impacted by this
action will be looking to you for your consideration when making the decision
concerning Document #14705 dated February 4, 2009.

**We ask you to REJECT this motion.**

Sincerely yours,

David R. Hruska
6775 Rosezita Lane
Dayton OH 45459