TO:                                                                                          February 12, 2009

✓ Honorable Robert D. Drain
Untied States Bankruptcy Court
Southern District of New York
One Bowling Green
Room 610
New York, New York     10004

I object to the motion made on February 4, 2009 by Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession, Chapter 11, Case No. 05-44481 (RDD), for order under 11 U.S.C.    105, 363(b)(1), and 1108 confirming debtors' authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (a) salaried employees and (b) retirees and their surviving spouses.

Approval of the motion would cause unnecessary and real financial hardship on me and my wife; and, other current beneficiaries of these retirement benefit programs.

A delay in ruling on the motion is needed to let President Barack Obama's stimulus package take effect to turn the economy around to enable people to get back to buying cars.

A delay in ruling is needed to investigate why the hardship is being paid for by the salaried employees so that the hourly employees are not affected at all and feel no impacts of this motion.

This motion is unfair treatment and not equitable for the salaried retirees and their spouses, versus the preferential treatment to hourly workers, of this same corporation.

I hope that you agree that approval of this motion would not be the right thing to do.

*Max T. Malleck*

Max T. Malleck
3713 Honeybrook Avenue
Dayton, Ohio     45415-1550

937-898-8833

CC:

Delphi Corporation
5725 Delphi Drive
Troy, Michigan     48098

Attn: General Council

Debtors, Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois     60606

Attn: John Wm. Butler, Jr.

Davis Polk & Wardwell
450 Lexington Avenue
New York, New York     10017

Attn: Donald Bernstein
      Brian Resnick

Thursday, February 12, 2009 AOL: MaxTPMalleck

Latham & Watkins LLP                                                February 12, 2009
885 Third Avenue
New York, New York    10022

Attn:  Robert J. Rosenberg
       Mark A. Broude


Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York    10004

Attn:  Bonnie Steingart


United States Trustee
Southern District of New York
33 Whitehall Street
Suite 2100
New York, New York    10004

Attn:  Brian Masumoto