4350 Wilmington Pike
Kettering, Ohio 45440
February 11, 2009

Honorable Robert D. Drain
United States Bankruptcy Judge
U.S. Bankruptcy Court of
the Southern District of New York
One Bowling Green
New York, New York 10004-1408

Honorable Robert D. Drain:

Reference:
Case # 05-44481 filed October 5, 2005, Delphi Bankruptcy
Court Docket # 14705 to cancel OPEB (health insurance benefits) for certain salaried employees and retirees and surviving spouses

This motion to eliminate health care coverage is devastating to all it impacts. The manner in which it is being presented eliminated all possibility of prudent planning by the parties effected.

It is, as presented in the motion, a sizable savings for the Delphi Corporation. And these are exceedingly difficult economic times. Hard choices are forced on all of us.

The request of this letter is for justice in decisions made in this matter. Are hardships being equally distributed? Across all stakeholders? Across all geographical areas? Across all levels of management and staff? Independent of union affiliation? If the answer is not a definitive yes for justice, then this motion must be dennied. Other steps must then be designed.

Sincerely,

*Joseph Gerstle*

Joseph Gerstle