IN RE
DELPHI CORPORATION, et al., DEBTORS
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
CHAPTER 11
CASE NO 05-4481 (RDD)

NOTICE OF MOTION FOR ORDER UNDER 11 U.S.C. §§ 105, 363(b)(1), AND 1108 CONFIRMING DEBTORS' AUTHORITY TO TERMINATE EMPLOYER-PAID POST RETIREMENT HEALTH CARE BENEFITS AND EMPLOYER-PAID POST RETIREMENT LIFE INSURANCE BENEFITS FOR CERTAIN (A) SALARIED EMPLOYEES AND (B) RETIREES AND THEIR SURVIVING SPOUSES

TO: THE HONORABLE ROBERT D. DRAIN, UNITED STATES BANKRUPTCY JUDGE; DELPHI CORPORATION (ATT'N GENERAL COUNSEL); SKADDEN, ARPS, MEAGHER & FLOM LLP (ATT'N JOHN WM. BUTLER, JR); DAVIS POLK & WARDWELL (ATT'N DONALD BERNSTEIN AND BRIAN RESNICK); LATHAM & WATKINS LLP (ATT'N ROBERT J. ROSENBERG AND MARK A. BROUDE; FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP (ATT'N BONNIE STEINGART); AND THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK (ATT'N BRIAN MASUMOTO)

2-11-09   OBJECTIONS TO MOTION

THIS PLEADING, IF PERMITTED, WOULD REMOVE SOME "LEGACY COSTS" NOW SHOWN ON DELPHI'S BOOKS AS A RESULT OF TERMINATING MY AND 15,000 OTHERS HEALTH AND LIFE INSURANCE POST RETIREMENT BENEFITS (OPEB)

DELPHI ARGUES AGAIN AND AGAIN THAT THEY RETAIN THE AUTHORITY TO MODIFY OR TERMINATE THEIR DISCRETIONARY SALARIED OPEB PROGRAMS, BUT THIS ARGUEMENT AND ALL THE OTHER DATA, ARGUEMENTS AND BUSINESS CONDITIONS DO NOT RECOGNIZE WHAT "LEGACY BENEFITS" DELPHI CONTINUES TO ENJOY DUE TO MY AND 15,000 OTHERS' CONTRIBUTIONS.

IN PARAGRAPH 17, DELPHI STATES
"THE COMPANY IS A LEADING GLOBAL TECHNOLOGY INNOVATER WITH SIGNIFICANT ENGINEERING RESOURCES AND TECHNICAL COMPETENCIES IN A VARIETY OF DESCIPLINES AND IS ONE OF THE LARGEST GLOBAL SUPPLIERS OF VEHICLE ELECTRONICS, TRANSPORTATION COMPONENTS, INTEGRATED SYSTEMS AND MODULES AND OTHER ELECTRONIC TECHNOLOGY"

OUR "LEGACY BENEFITS" CONTRIBUTE SIGNIFICANTLY TO THE VALUE PARAGRAPH 17 STATES THAT DELPHI NOW ENJOYS

THESE COMPETENCIES ARE IN PART BUILT UPON IDEAS, INNOVATIONS, PATENTS, GOOD WILL & HARD WORK WE CONTRIBUTED TO DELPHI

SINCE THESE "LEGACY BENEFITS" ARE NOT EASILY ACCOUNTABLE IN DOLLARS, AND THE "LEGACY COSTS" HAVE EASILY COMPUTED DOLLARS THAT COULD BE ELIMINATED, I PLEAD TO NOT ONLY CONSIDER COST AVOIDANCE BY TERMINATING OUR OPEB BUT TO RECOGNIZE OUR CONTRIBUTIONS NEVER SHOWN ON DELPHI'S BOOKS.

3 OF 3

PLEASE DENY DELPHI'S MOTION TO TERMINATE OUR OPEB. RECOGNIZE OUR "LEGACY BENEFITS" TO DELPHI'S CURRENT VALUE. PLEASE RESTORE CURRENT RETIREE MEDICAL AND INSURANCE BENEFITS SHOWN ON PAGE 22 & 23 OF THE MOTION.

RESPECTIVELY SUBMITTED BY:

Paul C. Morrin

PAUL C. MORRIN
DELPHI RETIREE    MAY 1, 2002
448 AVON WAY
KETTERING, OH 45429