**Richard E. Glaze**
**1037 Gray Squirrel**
**Pendleton, IN 46064**                                            **February 13 , 2009**
**Delphi Retire Salaried Employee**
765-778-2877


**United States Bankruptcy Court**
**Southern District of New York**
**One Bowling Green**
**New York, NY 10004**
**Honorable Judge Drain**

Dear: Honorable Judge Drain

    Your Honor, I 'am writing this letter of **objection** to the courts motion on Case No. **05-4481** chapter 11 bankruptcy filed by the** Delphi Corporation.

    On behave of all the Delphi Salaried employees and myself I'am requesting that the motion for order to terminate employer-paid post retirement health care benefits and employer-paid post-retirement life insurance benefits **not be terminated**. This will put undue hardship on me and other retired salaried employee.

    As an GM/Delphi employee for 21 years I made a co-payment for health and life insurance with the under standing that this would be there in retirement ,part of this health care and life insurance was paid be the Delphi employees.

    Respectfully, yours

*Richard E Glaze*
Richard Glaze
Delphi Retiree