Hearing Date And Time: February 24, 2009 at 10:00 a.m. (prevailing Eastern time)
Objection Deadline: February 17, 2009 at 4:00 p.m. (prevailing Eastern time)

Delbert E. Anderson
1002 Meadow Run Drive
Russiaville, Indiana   46979
(765) 868-0353



Retired Salaried Employee of Delphi Corporation
Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                      :

In response                                    :          Chapter 11
                                               :
DELPHI CORPORATION, et al.,                    :          Case No. 05-44481 (RDD)
                                               :
Debtors.                                       :          (Jointly Administered)
                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

LETTER TO CONTEST DELPHI'S MOTION FOR ORDER UNDER 11 U.S.C. §§
105, 363(b)(1), AND 1108 CONFIRMING DEBTORS' AUTHORITY TO TERMINATE
EMPLOYER-PAID POSTRETIREMENT HEALTH CARE BENEFITS AND
EMPLOYER-PAID POST-RETIREMENT LIFE INSURANCE BENEFITS FOR
CERTAIN (A) SALARIED
EMPLOYEES AND (B) RETIREES AND THEIR SURVIVING SPOUSES
("SALARIED OPEB TERMINATION MOTION")

PRELIMINARY STATEMENT

I am a retired Delphi employee that has 7 months in retirement as a result of the
downsizing effort of 2008.   As the court knows, Delphi Corp. filed a motion with the
U.S. Bankruptcy Court to discontinue healthcare and life insurance coverage for
retirees.   As a salaried employee, I had signed countless yearly employment
statements over the years with the willingness to contribute to a portion of the cost
that was assessed for health care coverage for myself, and my family members.
With the reduced pension that I received at retirement, it is not feasible that 100% of
the health care coverage can be met given my present family expenses.

I am contesting this motion for the following reasons:

1)    The obligation Delphi has to provide health care coverage for retirees is time limited.   Coverage for retirees is stopped when they reach age 65.  And, retirees hired after 1992 do not receive health care coverage in retirement.

2)    People hired after December 31, 1992 knew they would not receive health care coverage in retirement when they hired in so they have had time to plan for health care in retirement.  People such as myself who were hired in the 60's, 70's or 80's were told by the company that we would receive health care coverage in retirement and now have no time to plan for providing ourselves and families with health care coverage after retirement.  People who have already retired are in an even worse situation.  It will cost some of them right at half of their fixed income to continue their coverage.

3)    The motion made by Delphi is for underline permanent  elimination of health care benefits for salaried people who were promised this coverage when they retire.  When the company recovers and the executives are receiving bonuses, it makes sense to me that the company would honor its commitment to provide health care coverage to the salaried employees who were promised coverage.


SUMMARY

I was an engineer who hired into the company under GM and had dedicated my working career to making GM and then Delphi the best company I could.  I have worked across Mexican locations and have helped deploy business process and IT across all of the European and Asian Delphi-E&S facilities.  I have been willing to move myself and my family to these locations because there was the expectation of benefits during my retirement.  I expected some level of loyalty from my company given my personal sacrifice and the company's commitment to its expressed benefit package for retirees.

I understand the extraordinary difficult economic times that the company, as well as the automotive industry faces.  Sacrifices are being made now and more will be necessary.  If health care coverage for retirees needs to be temporarily modified to help ensure the company's survival, then that is what we need to do.  For example, co-pays, deductibles and/or premiums could be temporarily raised.  However, I believe the permanent elimination of health care coverage for salaried retirees that were promised this coverage is not justified.

I appreciate the court taking the time to consider my argument and respectfully ask that you not approve Delphi 's motion to terminate health coverage for salaried employees that are counting on that coverage.

Dated:     February 10, 2009

Delbert E. Anderson
1002 Meadow Run Drive
Russiaville, Indiana   46979