February 12, 2009

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

REF:

Delphi Corp Case# 05-44481 filed October 5, 2005
Document #14705 to cancel OPEB (HEALTH INSURANCE BENEFITS) for all retirees

Dear Judge Drain:

This letter is to express my concern with Document #14705 filed by Delphi Corporation on February 4, 2009, asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

***Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.***

This document was filed with no previous warning to any of the retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections.

Many of the most recent retirees of Delphi were retired ***BY*** the company and **NOT** by the choice of the employee. We were given no decision to make, just told we would be retiring on a specific date. We had little time to prepare for retirement, and little time to adjust to significantly reduced income before we were hit with this latest development (loss of health care) which will come cause financial hardship for every retiree. It will have huge impacts not only on the retirees, also every community where retirees live.

With the current state of the economy, retirees who have saved for retirement in their Stock Savings Plans, have lost almost 40% of their savings. As you know, the cost of living has increased significantly in the last two years. This coupled with the loss of health care benefits would have a crippling effect on the lives of every retiree of Delphi Corporation.

It is my belief that there are other ways to restructure the company and still retain health care for retirees. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a deceasing cost to the company as each of us reaches that 65 age milestone.

Please know that each of the 15,000 retirees who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

***We ask you to REJECT this motion.***

Sincerely yours,

Raymond W. Howard
4987 Twin Woods Drive
Trotwood, OH 45426