Hearing Date and Time: February 24, 2009 at 10:00 a.m. (prevailing Eastern time)

Objection Deadline: February 17, 2009 at 4:00 p.m. (prevailing Eastern time)

Glenn H. Grundmann

2218 Avalon Court
Kokomo, IN 46902
(765)453-9077



Salaried Employees and Retirees
and Their Surviving Spouses Of Delphi Corporation
Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
:
In re                                                      :        Chapter 11
                                                           :
DELPHI CORPORATION, et al.,         :        Case No. 05-44481 (RDD)
                                                           :
            Debtors.                              :        (Jointly Administered)
                                                           :
-----------------------------------------------------------x

LETTER TO CONTEST DELPHI'S MOTION FOR ORDER UNDER 11 U.S.C. ##105, 363(B) (1), AND 1108 CONFIRMING DEBTORS' AUTHORITY TO CANCEL c) RETIREE HEALTH REIMBURSEMENT ACCOUNTS("RHRAS) FOR MEDICARE – ELIGIBLE RETIREES, d) TERMINATE THE MEDICARE PART B SPECIAL BENEFITS FOR CURRENT SALARIED RETIREES AND g)CEASE MAKING COMPANY CONTRIBUTIONS TO PROVIDE POST-RETIREMENT BASIC LIFE INSURANCE BENEFITS FOR CURRENT SALARIED RETIREES.

<u>Preliminary Statement</u>

I am a Delphi Salaried Medicare-Eligible Retiree since May, 1999. At the time of my retirement I had been employed by Delphi, GM and its several previous names for 39 years and 4 months. I will be 75 years old as of the 20th of this month.

One of the provisions of this motion is to **cancel Retiree Health Care Reimbursement Accounts** (RHRA). This provision was established as of 1/1/07 when Delphi ceased company pay of our medical insurance, At that time, we were told, without *any reservation* that I'm aware of or heard at any meeting I attended with Delphi representatives that this $20,000 fund was established to help in our

transition of going from company pay to self pay of our various insurance premiums. The only caveat was that once it was gone, it would not be replenished. To date, it has met that goal and has been very helpful in meeting the continually increasing costs of prescription, medigap, dental, vision and extended care coverage. With my advancing age, these premiums are continuing to increase while my income and savings decrease.

Then, to add insult to injury, in its motion, Delphi asks to terminate the **Medicate Part B special benefit for current salaried retirees.** While the amount of the benefit has not increased in a number of years, despite the annual increases in Medicare premiums, this likewise is a provision which was part of the retirement pay entitlement given to me at the time of my retirement – no caveats! Like the elimination of RHRA, this further advances my financial burden – a burden that I thought I would not have to face after giving my entire working life to Delphi.

Finally, the motion includes a request to **cease making Company contributions to provide post-retirement basic life insurance benefits for current and future retirees.** This one really hits particularly hard. I was always left with the impression, as were many others, that this was "paid up" insurance. Can you imagine what it would cost for a 75 year old male to get a $120,000 insurance policy (even if one is available) or, for that matter, a $5000 policy especially when he has lost significant income and savings (see above) and, at 75, certainly is not employable – especially in today's economy.

In summary, recognizing Delphi's difficult financial situation, while I wasn't happy with losing my medical, dental, vision and extended benefits 2 years ago, I truly appreciated the effort to ease that pain, if even temporarily, with the RHRA account. Now, they want to eliminate that. As I lived and worked for those 39+ years and when I retired on May 1, 1999, the Medicare supplement as well as the life insurance was something that was always part of the "package", i.e. "this is what you and your family can look forward to if you perform and stay with us". Surely, Delphi can find other places to lessen their costs instead of placing the burden on those loyal, dedicated employees who helped build the organization.

Therefore, I am contesting this motion, particularly paragraphs c), d) and g) and respectfully request that Delphi's motion to cancel, terminate and/or eliminate these benefit plans be denied.

I appreciate the opportunity the court has given me to hear my concerns. Thank you for taking the time to review my comments.

Sincerely,

Glenn H. Grundmann
2218 Avalon Court
Kokomo, IN 46902
February 12, 2009                    -2-