303 Timber Lane
Anderson, IN 46017
Feb. 11, 2009

RECEIVED
FEB 18 2009
U.S. BANKRUPTCY COURT, SDNY

Honorable Robert D Davis:

After reading the Chapter 11 Case No. 05-44481 (RDD) for Delphi Corporation's Termination of Employee Paid Post Retirement Health Care and Insurance Benefits for salaried retirees and their surviving spouses I would like to provide the court with additional information before the decision is made.

Attached is the 2007 annual Delphi financial summary for the salaried employees' retirement program.
As of September 30, 2007:

$3,777,019,000   Value of Plan
$221,851,000   Plan Expenses
$485,842,000   1 Yr. increase of Assets

With the plan at $3.8 billion and expenditures at $222 million, the plan will be able to provide salary retirement benefits for 17 plus years. Also, if the plan was established for salaried Retirement and it is terminated, where will the $3.8 billion go?

Yours truly,
Robert P. Sniadecki
Robert P. Sniadecki

## SUMMARY ANNUAL REPORT

### FOR DELPHI RETIREMENT PROGRAM FOR SALARIED EMPLOYEES

This is a summary of the annual report for the Delphi U.S. Retirement Program for Salaried Employees, EIN 38-3430473, Plan No. 001, for period October 1, 2006 through September 30, 2007. The annual report has been filed with the Employee Benefits Security Administration, U.S. Department of Labor, as required under the Employee Retirement Income Security Act of 1974 (ERISA).

### Basic Financial Statement

Benefits under the plan are provided through a trust fund. Plan expenses were $221,851,000. These expenses included $1,553,000 in administrative expenses and $198,629,000 in benefits paid to participants and beneficiaries. A total of 21,280 persons were participants in or beneficiaries of the plan at the end of the plan year, although not all of these persons had yet earned the right to receive benefits.

The value of plan assets, after subtracting liabilities of the plan, was $3,777,019,000 as of September 30, 2007, compared to $3,291,177,000 as of October 1, 2006. During the plan year the plan experienced an increase in its net assets of $485,842,000. This increase includes unrealized appreciation and depreciation in the value of plan assets; that is, the difference between the value of the plan's assets at the end of the year and the value of the assets at the beginning of the year or the cost of assets acquired during the year. The plan had total income of $707,693,000 including employer contributions of $124,977,000, employee contributions of $5,876,000 and earnings from investments of $576,840,000.

### Minimum Funding Standards

An actuary's statement shows that not enough money was contributed to the plan to keep it funded in accordance with the minimum funding standards of ERISA. The amount of the deficit was $188,954,000.00*

### Your Rights To Additional Information

You have the right to receive a copy of the full annual report, or any part thereof, on request. The items listed below are included in that report:

1. an accountant's report;
2. financial information and information on payments to service providers;
3. assets held for investment;
4. transactions in excess of 5% of the plan assets;

5.  information regarding any common or collective trusts, pooled separate accounts, master trusts or 103-12 investment entities in which the plan participates; and
6.  actuarial information regarding the funding of the plan.

To obtain a copy of the full annual report, or any part thereof, write Delphi Corporation, Post Office Box 5086, Troy, MI 48077-5086, or call the Fidelity Benefit Center at 1-877-389-2374.   The charge to cover the copying costs will be 25 cents per page.

You also have the right to receive from the plan administrator, on request and at no charge, a statement of the assets and liabilities of the plan and accompanying notes, or a statement of income and expenses of the plan and accompanying notes, or both.  If you request a copy of the full annual report from the plan administrator, these two statements and accompanying notes will be included as part of that report.  The charge to cover copying costs given above does not include a charge for the copying of these portions of the report because these portions are furnished without charge.

You also have the legally protected right to examine the annual report at the main office of the plan (Delphi Corporation, P.O. Box 5086, Troy, MI 48007-5086) and at the U.S. Department of Labor in Washington, D.C., or to obtain a copy from the U.S. Department of Labor upon payment of copying costs.  Requests to the Department should be addressed to: Public Disclosure Room, Room N1513, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue, N.W., Washington, D.C. 20210.

### *Additional Explanation

If a company is experiencing temporary financial hardship, the IRS may grant a funding waiver that permits a company to delay contributions that fund a pension plan.  The IRS granted Delphi Corporation a funding waiver for the plan years ending September 30, 2006 and September 30, 2007.  Both waivers expired on May 9, 2008.  For purposes of his statement, the actuary assumed that the impact of the funding waivers' expiration will be recognized in the plan year in which the expiration occurred (the plan year ending September 30, 2008).  Had the impact of the waiver expiration been recognized in the years ended September 30, 2006 and September 30, 2007, the amount of the reported deficit for the current period would have been significantly larger.  Delphi Corporation intends to meet the minimum funding requirements upon its emergence from Chapter 11 bankruptcy.

Issued 8-15-2008                                                              3.DE-C-758M.100