**Hearing Date And Time: February 24, 2009 at 10:00 a.m. (prevailing Eastern time)**
**Objection Deadline: February 17, 2009 at 4:00 p.m. (prevailing Eastern time)**

Bruce G. Klippel
14725 Watertown Plank Road
Elm Grove, WI 53122
(262) 797-7828

Retiree of Delphi Corporation
Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED FEB 1 8 2009 U.S. BANKRUPTCY COURT, SDNY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                            :
In re                                       :   Chapter 11
                                            :
DELPHI CORPORATION, et al.,                 :   Case No. 05-44481 (RDD)
                                            :
                        Debtors.            :   (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

LETTER TO CONTEST DELPHI'S MOTION FOR ORDER UNDER 11 U.S.C. §§ 105, 363(b)(1), AND 1108 CONFIRMING DEBTORS' AUTHORITY TO TERMINATE EMPLOYER-PAID POSTRETIREMENT HEALTH CARE BENEFITS AND EMPLOYER-PAID POST-RETIREMENT LIFE INSURANCE BENEFITS FOR CERTAIN (A) SALARIED EMPLOYEES AND (B) RETIREES AND THEIR SURVIVING SPOUSES ("SALARIED OPEB TERMINATION MOTION")

PRELIMINARY STATEMENT

I am a retired Delphi employee. As the court knows, Delphi Corp. filed a motion with the U.S. Bankruptcy Court to discontinue healthcare and life insurance coverage for retirees. The notice also stated my Retiree Health Reimbursement Account (RHRA) would be eliminated. This account was established as part of the "deal" a couple of years ago when Delphi terminated health insurance coverage for retirees once they reach 65 years of age.

I am contesting this motion for the following reasons:

1) The obligation Delphi has to provide health care coverage for retirees is time limited. Coverage for retirees is stopped when they reach age 65. And, retirees hired after 1992 do not receive health care coverage in retirement.

2) People hired after December 31, 1992 knew they would not receive health care coverage in retirement when they hired in so they have had time to plan for health care in retirement. People such as myself who were hired as early as 1978 and before were told by the company that we would receive health care coverage in retirement and now have no time to plan for providing ourselves and families with health care coverage in retirement. I am concerned since I have a heart condition and the full cost of health coverage for me to pay is estimated by Delphi to be almost one half of my pension benefit. I was forced to retire in August 2008 because of the Delphi plant closure in Oak Creek, Wisconsin – otherwise I would still be there today. Now I am looking to find employment to deal with the bad situation that is developing. The $70 million per annum cost of retirement health care quoted by Delphi does not seem to be as significant as the dramatic impact on retirees should they lose health care. Surely, there must be a more equitable way to share the burden among both active and retired employees. Also, I believe current employees would be greatly relieved and more productive if some retirement health care would remain intact for them.

3) The motion made by Delphi is for _permanent_ elimination of health care benefits for salaried people who were promised this coverage when they retire. When the company recovers and the executives are receiving bonuses, it makes sense to me that the company would honor its

2

commitment to provide health care coverage to the salaried employees who were promised coverage.

## SUMMARY

I understand the extraordinary difficult economic times that the company, as well as the automotive industry faces. Sacrifices are being made now and more will be necessary. If health care coverage for retirees needs to be <u>temporarily modified</u> to help ensure the company's survival, then that is what we need to do. For example, co-pays, deductibles and/or premiums could be temporarily raised. However, I believe the permanent elimination of health care coverage for salaried retirees that were promised this coverage is not justified.

I appreciate the court taking the time to consider my argument and respectfully ask that you not approve Delphi's motion to terminate health coverage for salaried employees and retirees that are counting on that coverage.

Dated:   Elm Grove, Wisconsin
         February 11, 2009

*Bruce G. Klippel*
Bruce G. Klippel

14725 Watertown Plank Road
Elm Grove, WI 53122
262-797-7828