4389 Stratford Court
Hudsonville, Michigan
February 12,2009

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York,NY 10004-1408
Attn: Honorable Robert D. Drain,Judge( Presiding)

Re: Delphi Corporation
Case # 05-44481( RDD)
Document #14705
Hearing:Feb 24,2009
( 40 th Omnibus Hearing)



RECEIVED
FEB 18 2009
U.S. BANKRUPTCY COURT, SDNY

Dear Judge Drain,
 I am a Delphi Corporation retiree of 2004.I retired with almost 36 years service to General Motors and Delphi Corporation.On February 5,2009 I received a packet of information detailing a motion by Delphi's Lawyers to eliminate most all of the benefits for salaried retirees and their spouses. Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.

This document was filed without previous warning to any of the current employees and retirees of Delphi Corporation,and was only made known to us by letter on February 5,2009,and gave us only 12 days to file our objections.

 When I retired the Delphi managers expressed that the benefits we received would allow us to retire at an earlier age. I had the expectation like so many others that these benefits would be there throughout our retirement.

This action if approved by yourself will cause extreme hardship upon the many salaried retirees.Those whom qualify for medicare will still lose almost $500 a month ,and those younger will be paying well over a $1,100 a month to acquire basic health coverage ,not including the deductibles,and that doesn't include life insurance.

 Since Dephi filed for bankruptcy 500 executives have received at least 3 significant separate performance/retention bonuses .Among their actions were not funding the Salaried Pension plan,whereas the hourly personnel have not been impacted at all.

In the motion Article #27 adddressing pensions there is a statement that the court entered an order authorizing the the Debtors to take certain actions with respect to its pension plans for salaried employees and to implement replacement pension plans that will be more cost efficient for the remainder of their chapter 11 cases,and after emergence from Chapter 11. I sincerely hope and pray that this is not an additional reduction in our retirement benefits.

The motion speaks to a cost reduction for Delphi of $200,000,000 for the period of 2009-2011. This is extremely bothersome because already almost $500,000,000 have been spent on just legal fees with an estimated cost of $12,000,000 a month.

 Please realize that each of the over 15,000 retirees,and those soon to retire will have significant financial burden placed upon them.We will hope and pray for your consideration when making the decision concerning Document #14705 dated Feb 4 ,2009.

We ask you to reject this motion.

     Sincerely yours,

          Robert L. Lastacy
          4389 Stratford Court
          Hudsonville,Michigan
          616-669-5988