**Hearing Date and Time: February 24, 2009 at 10:00 a.m. (prevailing Eastern Time)**
**Objection Deadline: February 17, 2009 at 4:00 p.m. (prevailing Eastern Time)**

Karen K. Flint
6050 West 8th Street Road
Anderson, IN 46011
(765) 734-1465

Salaried Employee of Delphi Corporation
Debtors and Debtors-in-Possession

RECEIVED
FEB 1 8 2009
U.S. BANKRUPTCY COURT, SDNY

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
In re                         :   Chapter 11
                              :
DELPHI CORPORATION, et al.,   :   Case No. 05-44481 (RDD)
                              :
          Debtors.            :   (Jointly Administered)
                              :
------------------------------x

LETTER TO CONTEST DELPHI'S MOTION FOR ORDER UNDER 11 U.S.C. §§ 105, 363(b)(1), AND 1108 CONFIRMING DEBTORS' AUTHORITY TO TERMINATE EMPLOYER-PAID POSTRETIREMENT HEALTH CARE BENEFITS AND EMPLOYER-PAID POST-RETIREMENT LIFE INSURANCE BENEFITS FOR CERTAIN (A) SALARIED EMPLOYEES AND (B) RETIREES AND THEIR SURVIVING SPOUSES ("SALARIED OPEB TERMINATION MOTION")

## PRELIMINARY STATEMENT

I am an active Delphi employee that will become retirement eligible on 6-1-2009. Delphi Corporation filed a motion with the U.S. Bankruptcy Court to eliminate post retirement healthcare and life insurance coverage. The motion also includes the elimination of my Retiree Health Reimbursement Account (RHRA). This account was established as a supplement for high seniority employees to utilize for "Gap Insurance" once our healthcare coverage expired at the time I become Medicare eligible.

1

I am contesting this motion for the following reasons:

1) The obligation Delphi has to provide post retirement health care coverage expires once the employee becomes Medicare eligible. Delphi employees hired after 1992 do not receive post retirement health care coverage.

2) Employees hired after December 31, 1992 understood they were not eligible for post retirement health care coverage and have had an opportunity to plan for this expense. I, and others like me, who were hired in the 60's, 70's or 80's were informed by the company that we would receive post retirement health care coverage and now do not have a change to plan for this significant expense  Current retirees are worse off than I. It will cost some of them more than a third of their fixed income to continue their coverage.

3) The motion made by Delphi is for <u>permanent</u> elimination of post retirement health care benefits for salaried employees who were assured of this coverage when they retire. I understand that during these difficult economic times there may need to be an increase in our cost sharing of this expense; however, when Delphi's profitability improves, I would expect the post retirement healthcare coverage to be reinstated. Specifically, I would not expect executives of Delphi to accept bonus payments while their retiree base is struggling to obtain healthcare coverage.

## SUMMARY

I am an accountant who was hired by GM and absorbed into Delphi in 1999. I have been a dedicated employee who reported for work everyday and performed the duties I was asked accurately and timely to ensure the success of this great industry. I have invested multiplied hours of unpaid overtime to achieve any deadline I was given. I have been loyal to this company for nearly 31 years of my life. I expect nothing less of Delphi.

I understand the unprecedented economic times that our country is facing. Americans are struggling everyday. My husband lost his job and had to take one 100 miles from home. Our cost of living had doubled. We sacrifice time together because we are committed to provide for ourselves. I have 2 children in college and am scheduled to be separated from Delphi as a result of the economic downturn.

If post retirement health care coverage needs to be <u>temporarily modified</u> to help ensure Delphi's long term success, I support that. However, I believe the permanent elimination of post retirement health care coverage is <u>discriminatory</u> since hourly retirees that were hired at the same time as I have been granted coverage by GM and ultimately the UAW.

I appreciate the court taking the time to consider my argument and respectfully ask that you <u>reject</u> Delphi's motion to eliminate post retirement health care coverage for eligible salary employees.


Dated:    Anderson, Indiana
          February 12, 2009

                                                    Karen K. Flint
                                                    6050 West 8th Street Road
                                                    Anderson, IN  46011
                                                    765/734-1465

3