February 8, 2009

Honorable Judge Drain,

I realize that this may be one of hundreds of letters you will be receiving about the diabolical decision to eliminate corporate contributions for retiree health care. I write to ask you to consider modifying this to include the retirees in the plan for the reasons cited below and also offer some modifications that will help offset the liability.

Reasons for Not Approving Taking Away Corporate Paid Contributions:

- The retirees and those future retirees who hired in pre-1993, will lose corporate contributions when they turn 65. Most medical expense will be incurred after these people are not receiving corporate contributions as they cease when employees become Medicare eligible and pay the full expense for Medigap insurance.

- Given the economy, lack of jobs, inability to sell homes, etc. the retirees are on a fixed income. If you look at the rates, which are no longer even blended with the active employee rates, in many situations they make up 1/3 to ½ of the retirees' total pension income. Even those active employees who will retire are basically hanging on a hinge, since so many will lose their jobs in the coming years, and who will hire 55 + year old employees that are in need of health care benefits?

- There are other ways to trim this liability. Take away the $20,000 or $10,000 notional accounts, and the Medicare supplement, but keep the health care contributions. Keep the blended rate and pass more cost to active hourly and salaried employees.

- Take away some other executive perks such as physicals, car stipends, and bankruptcy emergence bonuses.

**The reason used is that retirees offer no value to the company. The taxpayers could state the same for any federal or state retiree, but we still pay taxes for some very lucrative pensions.** What has happened to this country that a company can take away something so necessary and pay out millions to other less worthy causes.

Please, Judge Drain, reconsider and revamp.

A concerned Delphi employee