February 10, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Honorable Judge Robert D. Drain

Ref:   Delphi Corp Case # 05-44481 filed October 8, 2005
       Document # 14705 to Cancel OPEB (Health Insurance Benefits) for all Retirees

Dear Judge Drain:

This letter is to express my great concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no warning to current employees and retirees of Delphi Corporation and was only made known to us via letter which I received on February 9, 2009 and gave me a mere eight days to file objections.

Many retirees of Delphi were forced to retired **BY** the company and **NOT** by the choice of the employee. They were given no decision to make, just told they would be retiring on a specific date. There was little time to prepare for retirement, and to adjust to a reduced income before they were hit with this latest development (loss of health care).

I assure you here are ways to restructure the company and still retain health care for retirees.

All of the 15,000 + retirees and soon-to-retire, who will be negatively impacted by this action, will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

**I respectfully request that you REJECT and postpone this motion.**

Sincerely,

John C. Assell
6184 Canterbury Road
Pinson, Al 35126
256-339-9946

RECEIVED
FEB 17 2009
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK