**Hearing Date and Time: February 24, 2009 at 10:00 a.m. (prevailing Eastern Time)**
**Objection Deadline: February 17, 2009 at 4:00 p.m. (prevailing Eastern Time)**

Lester R. Hutchison
1101 N. Hickory Ln.
Kokomo, IN 46901
(765) 457-6523

Salaried Retiree of Delphi Corporation
Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                        :

In re                         :       Chapter 11

DELPHI CORPORATION, et al.,     :       Case No. 05-44481 (RDD)

              Debtors.   :       (Jointly Administered)
                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

LETTER TO CONTEST DELPHI'S MOTION FOR ORDER UNDER 11 U.S.C. §§ 105, 363(b)(1), AND 1108 CONFIRMING DEBTORS' AUTHORITY TO TERMINATE EMPLOYER-PAID POSTRETIREMENT HEALTH CARE BENEFITS AND EMPLOYER-PAID POST-RETIREMENT LIFE INSURANCE BENEFITS FOR CERTAIN (A) SALARIED EMPLOYEES AND (B) RETIREES AND THEIR SURVIVING SPOUSES ("SALARIED OPEB TERMINATION MOTION")

PRELIMINARY STATEMENT

I am a recent retiree of Delphi. As the court knows, Delphi Corp. filed a motion with

the U.S. Bankruptcy Court to discontinue healthcare and life insurance coverage for retirees.

The notice also stated my Retiree Health Reimbursement Account (RHRA) would be

eliminated. This account was established as part of the "deal" some years ago when Delphi

decided to terminate health insurance coverage for retirees once they reach 65 years of age.

6) I have saved for last what could be the most important to many retirees' future health plans. Pre-existing conditions would not allow many people to obtain coverage with another insurer. In some cases this could be akin to a death sentence.

## SUMMARY

I was an hourly employee that converted to salary midway in my career. I hired into the company under GM and have dedicated my 32 year working career to making GM and then Delphi the best company's possible. I have turned down other offers out of loyalty to my company and the expectation of the retirement benefits promised to me and my family. It is not unreasonable to expect some level of loyalty from my company.

I understand the extraordinary difficult economic times that the company, as well as the country face. Sacrifices are being made now and more will be necessary. If health care coverage for retirees needs to be temporarily modified to help ensure the company's survival, then that is what we need to do. For example, co-pays, deductibles and/or premiums could be temporarily raised. However, I believe the permanent elimination of health care coverage for salaried retirees that were promised this coverage is not justified. I urge you to do what is right and just for the people that worked for Delphi and are now retired.

I appreciate the court taking the time to consider my argument and respectfully ask that you not approve Delphi's motion to terminate health coverage for salaried employees that are counting on that coverage.

Dated:      Kokomo, Indiana
            February 10, 2009

                                        Lester R. Hutchison

                                        _Lester R. Hutchison_

                                        1101 N. Hickory Ln.
                                        Kokomo, IN  46901
                                        765-457-6523

3