## SIMON, STELLA & ZINGAS, P.C.
ATTORNEYS AT LAW
422 W. Congress
Suite 400
Detroit, Michigan 48226

BASIL T. SIMON
STEPHEN P. STELLA
PETER N. ZINGAS

313/962-6400
FAX 313/963-4614
E-Mail-sstella@sszpc.com

February 23, 2009

Via Electronic Filing To:

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004
Attn: Clerk of the Court

Re:   Delphi Corporation
      Case No. 05-44481-RDD

To whom it may concern:

We respectfully request that the Court remove the undersigned from any service lists, including electronic notifications, regarding any and all filings in connection with the above-referenced matter.

We thank the Court for its attention regarding the above request.

Very truly yours,

SIMON, STELLA & ZINGAS, P.C.

STEPHEN P. STELLA

SPS/ag