February 11, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Honorable Judge Robert D. Drain

Subject: Objection to Delphi's Document #14705

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express our concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

Delphi filed the aforementioned document with no previous warning to any of the retirees of Delphi Corporation and was only made known to us via the headlines in our local newspaper on Friday February 06, 2009 and a subsequent letter we received from Delphi on February 8, 2009.

My wife retired from Delphi in August 2004 and I retired in May 2007. Just shortly after my wife retired Delphi called a special meeting for those that had recently retired and informed them that they would lose their medical coverage upon reaching age 65 when Medicare takes over. Further, Delphi said they would provide $20,000.00 to each retiree upon reaching Medicare age in order to help defray their medical costs. AGAIN, Delphi is now petitioning once again to go back on their promises.

Many of the most recent retirees me included of Delphi were retired **BY** the company and **NOT** by the choice of the employee. We were given no decision to make, just told we would be retiring on a specific date. We had little time to prepare for retirement, and little time to adjust to a significantly reduced income before we were hit with this latest development (loss of health care) which will cause financial hardship for every retiree. If this motion is granted it will have a huge impact on all retirees.

My wife has many major medical problems. With our reduced retirement pay Delphi's proposed action will cost us $1,426.00 per month. This is more than my house payment.

My wife and I had our pension reduced by 49% due to the fact that we were let go prior to reaching age 65.

**Patti and I beg you to consider rejecting this motion.**

Sincerely yours,

*[signature: Patti & Dom Raia]*

Patricia and Dominic Raia
4120 Fawn Trail NE
Warren, OH, 44483
1.330.370.6016 phone