2/10/09

To:   The Honorable Robert D. Drain
      United States Bankruptcy Judge
      United States Bankruptcy Court for the Southern District of New York
      One Bowling Green
      New York, New York 10004

Ref:  Case No. 05-44481 (RDD)

Subj: Delphi Corporation's Motion to Terminate Employer-Paid Post-Retirement
      Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits

Your Honor,

This is not a legal **objection** to the motion to terminate the benefits described above as I do not have the means to fight a major corporation (Delphi) or her past parent company (General Motors). This is a personal **objection** to the injustice and lack of moral obligation of said motion.

I worked for Packard Electric, a division of General Motors, for 26 years prior to the spin off. I put in almost 8 years at Delphi Packard Electric Systems. Same job, same place (only the names were changed to protect the ~~guilty~~ innocent).

Severanced, forced into early retirement due to "lack of work" at age 56 I lost more than half of my income. My job was not <u>eliminated</u>, it was moved to Mexico. Now, Delphi files a motion to terminate my health care and life insurance. I am still over seven years away from being eligible for Medicare. To self pay and continue my current coverage would cost me more than a third of my existing pension. This is not financially possible on my part. Bottom line, if this motion is allowed to go through, I will have lost 66% of my income after 34 years of dedicated service. That's immoral.

"The Corporation reserves the right to amend, modify, suspend, or terminate the Progam in whole or in part, at any time, by action of its Board of Directors or other individual or committee expressly authorized by the Board to take such action."

This is it. This is what they are hanging their hats on. A disclaimer, a loop hole that is part of any "good" contract (I hesitate to use the word good). What about the promise, implied as it may be, by General Motors and subsequently Delphi that I would have these benefits waiting for me if I dedicated my life's work to them? What message are we sending to our future generations? Delphi sites others in their defense to terminate benefits (Continental, Stephens Ind, Fulton State Bank, Ionosphere Clubs). This is not justification for approval. If anything, it should be reason for dismissal.

They use the slumping economy as the reason to initiate this termination and yet they make no mention or reinstating the benefits when the economy recovers.

Delphi claims that it would save $200 million dollars over the next three years (2009 through 2011) or about $70 million/yr (slightly more than what one CEO makes). That sounds like a lot, but for a company who has global net sales of $22.3 billion and global assets of $13.7 billion and boasts to be the fifth largest in terms of revenues and thirteenth in terms of assets, it's a drop in the bucket. I can't help but feel that this "motion" is a prelude for something bigger to come, clearing the books for a potential sale to foreign interest or the re-takeover by General Motors. If the latter is the case then this whole spin off was a scam from the beginning and we the employees are the victims.

I am being led to believe, with the receipt of the "motion", that a decision is to be made by you on February 24, 2009. Yet, the paper work I received from Delphi (dated February 5, 2009) implies that it's a done deal, you have already granted the motion. I hope this is an oversight on their part, the normal arrogant "We can do anything we want" attitude. I would hate to think they were given the nod prior to the court date.

In closing, I implore you to give consideration to me, the other 15,000 retirees, their dependants and the ones still working who hope to retire in the near future with benefits and <u>not</u> grant this motion.

Thank you

*Ronald L. Hoffman*
Ronald L. Hoffman