February 9, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the current employees and retirees of Delphi Corporation. This information was only made known to us via Notice of Motion on February 6, 2009 and gave us a mere eleven days to file our objections. Retirees also received a letter dated February 5, 2009 outlines the new costs. Evidently Delphi Corporation has made the decision for your Honor, and is not waiting until February 24, 2009 hearing.

Many of the most recent retirees of Delphi were retired **BY** the company and **NOT** by the choice of the employee. They had no alternative, they were just told they would be retiring on a specific date. This left little time to prepare for retirement and to adjust to a significantly reduced income. Shortly after, they were hit with this latest development (loss of health care) which will cause additional financial hardship for every retiree. The estimated cost to maintain current heath care coverage is about 70% of our monthly retirement check. This will have a huge impact not only on the current retirees and soon-to be retirees, but also every community where they live.

With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plan have lost 40 – 60 % of their savings. As you know, the cost of living has increased significantly in the last two years based on rising energy costs alone. This coupled with the loss of health care benefits will have a crippling effect on the lives of every retiree of Delphi Corporation.

It is my belief that there are other ways to restructure the company and still retain health care for retirees. Health care benefits are currently scheduled to expire at the age of 65 for all retirees. This decrease the overall cost to the company as each of us reaches the age of 65.

Please know that all of the 15,000 + retirees and soon-to-retire, who will be negatively impacted by this action, will be trusting in you to make the right and honorable decision concerning Document #14705 dated February 4, 2009.

## We ask you to REJECT this motion.

Sincerely yours,

Floyd C. Crawford

*Floyd C. Crawford*

901 Carriage Hill Drive
Salem, Ohio 44460
330-332-9324