Honorable Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
Debtors: Delphi Corp.
Case Number: 05-44481

February 9, 2009

Dear Sir,

I am a salaried employee that retired from Delphi Corporation effective 1/1/2009. I have worked for GM and Delphi for over 31 years. As a manager for Delphi, I experienced something that I hoped I never would. In 2007 and 2008, I had to separate several employees due to the worsening economic and market conditions. In October of 2008, I stepped forward and asked for the company to separate me since I could retire in the hopes that one more person would remain employed in my place. They granted my wish. I did this even though my husband, who had 27 outstanding years with Delphi, was separated effective 10/1/08. This was going to be a financial burden for our family, but we both felt it was the right thing to do. We would "make due" with my pension and my husband is diligently looking for work. The one thing that I felt good about was that we, at least, had health care coverage with my retirement.

In September of 2007, I was diagnosed with Non-Hodgkin's Lymphoma. This happened quickly and virtually overnight. I subsequently went through chemotherapy and am now in remission. I will need to be monitored for several years, and God willing, will beat this cancer for good. But, you can I'm sure appreciate how important health care was throughout this ordeal and will be in the future. In addition to that, I have three wonderful daughters who are 16, 18, and 20 and still dependant of their father and me financially. All of them are or will be going to college. We have planned for college and retirement, but our savings has been hurt by the economic struggles in the financial markets. We will have to find other ways to give them the education that they deserve. Thus, Delphi eliminating retiree health care, life insurance, and "Retiree Health Reimbursement Account (RHRA)" will affect us greatly.

I am saddened and hurt that Delphi has elected this way to save money. I know all too well how desperate the situation is, but I feel that there are some lines that should not be crossed. Other solutions other than eliminating these important benefits should be explored. Since retirees have a fixed income, we do not have the monetary fluidity to purchase a health care plan ourselves without sacrificing some of the basic needs of life.

Therefore, I am adamantly opposed this motion by Delphi Automotive to discontinue the salaried retiree health care coverage. When we hired in, we were told the company would provide for health care in retirement. The company's action to eliminate it has been so quick; retirees have no time to execute a plan to make up for this change in direction. In my case, maintaining the same health care coverage will cost me two-thirds of my pension check each month.

You have a difficult decision to make. I do not know the law or what might influence you as you deliberate. I am sure it is difficult to balance all of the facts you will get from the company versus the hardships that will come for retirees if health care is eliminated, but I believe you will do what is in the best interest of all of the stakeholders involved. If it is your decision to take away these benefits now, please consider reinstating them if the company is profitable again.

I appreciate your time and consideration of my arguments against granting Delphi's motion to terminate the salaried retirees healthcare care plan.

Respectfully,

Lesley A. Myer
5295 Sugar Mill Road
Russiaville, IN 46979
765-883-8342