Robert H. Erhardt
2357 S. Apache Dr.
Shelby, MI 49455

February 10, 2009

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Attention:   Honorable Robert D. Drain, Judge (Presiding)

Subject:   Delphi Corporation, Case #05-44481 (RDD), Hearing: Feb. 24, 2009, (40th Omnibus Hearing)

Dear Judge Drain:

I am writing this letter to appeal to you on behalf of myself and the thousands of other Delphi Corporation salaried retirees and current salaried employees that you not approve Delphi's request to eliminate our benefits.

I worked 30 years for those benefits and my pension. Delphi made promises that we would not have to worry about these benefits. Now, they turn around slap us in the face by petitioning your court to eliminate them. Of course the hourly employees and retirees are taken care of, but since we are salaried and not represented by a union Delphi thinks they can do whatever they please with our future security.

This will cost me over $1000 a month to replace the health insurance I have currently for me and my spouse. That doesn't include dental, vision, and life insurance. Delphi should not be able to <u>completely</u> eliminate all of our benefits. I feel Delphi should offer us something in return—at the very least a lump sum to continue some of our benefits.

Please ask yourself what you would do if all your benefits in retirement were eliminated. Our financial security is in your hands. I only ask that you do what's right and retain some if not all our retirement benefits.

Regards,

Robert Erhardt
Delphi Retiree