February 12, 2009

The Honorable Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Dear Sir:

RE:   Delphi Corp Case # 05-44481 filed October 5, 2005
      Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.

This document was filed with no previous warning to any of the current employees and retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections.

Many of the most recent retirees of Delphi were retired **BY** the company and **NOT** by the choice of the employee. They were given no decision to make, just told they would be retiring on a specific date. They had little time to prepare for retirement, and little time to adjust to a significantly reduced income before the announcement of this latest development (loss of health care) which will cause financial hardship for every retiree.

**In December, Delphi solicited the verbal agreement of potential retirees with a promise of a 12-month severance if retiring out before March 1, 2009. Potential retirees were told the "list" they were now on would be honored. Retirement papers were not made available until January and just prior to that Delphi rescinded the 12-month severance offer, reduced it to 6 months and allowed one day for anyone to retract their name. The "Bait and Switch" was essentially in place. Those taking the retirement were urged to respond quickly before additional changes took place in the unstable and fragile environment. Signing before the end of January was made to seem critical in the overall paperwork timing. THEN, Feb 5, Delphi announced their proposal 14705. Was there a scheme to manipulate employees?**

**In light of Executives that won the right to keep their bonuses, it seems apparent DELPHI executives were operating under some measure of greed and not the best interests of the company or its employees.**

With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans have lost 40 – 60 % of their savings. As you know, the cost of living has increased significantly in the last two years based upon rising energy costs alone. This coupled with the loss of health care benefits would have a crippling effect on the lives of every retiree of Delphi Corporation.

It is my belief that there are other ways to restructure the company and still retain health care for retirees. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a decreasing cost to the company as each of us reaches that 65 age milestone.

Please know that each of the 15,000 + retirees and soon-to-retire, who will be negatively impacted by this action, will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

**Please consider the above and the predicament of current and future retirees, and please REJECT this motion.**

                                             Very truly yours,

                                             Anna Monika Myers
                                             204 Wae Trail
                                             Cortland, Ohio  44410