February 11, 2009

**Dear Honorable Judge Robert D. Drain**

This is in regards to Delphi Corporation and its **Chapter 11 motion concerning Case No. 05-44481 {RDD}** I have no idea {like many of us retirees without lawyer representation} what the Federal Rules of Bankruptcy; Supplemental Order, etc. requirements are or where to find out. Especially in a week's time to allow for getting the letter in the mail to meet the dead line.

I am informing you of my <u>**strong objection**</u> to Delphi Corporation terminating their obligation and responsibility to me as a retired salary employee regarding health and life Insurance coverage. It was promised to us until we reached Medicare age of 65.

I worked all those years, giving them my best years, to keep them in business and enabling them to pay for themselves and their family member's groceries, other bills and their health and life insurance for 30 years and for some other people years longer. I stayed in their <u>**good years**</u> of sales and the <u>**lean ones, the recessions,**</u> the layoffs. I retired; believing I could depend on them to live up to their obligations and take care of their own people.

In all those bad years of layoffs and downtime we <u>**Never**</u> walked away from them and neither should they turn their backs on us now. **Fairness says:** "Don't dump us – we didn't dump you" While we were in the plant working they called us: **family members {Delphi family}, appreciated, <u>even valued</u>.** Now they want to kick us <u>**out of their family**</u> {disinherit us}, **not appreciated any more, and now have <u>no value</u>** to them. Ask yourself this question: "Where would Delphi Corporation board members and their family members be if we {all the employees} walked away from them during those lean years – the down times – recessions - layoffs.

If any of us knew the company would even think of treating us this way – we would have just stayed in there working until we died or the company closed their doors. At least we would be in a better position at that old age {72 or so} to finish out our lives in dignity and have money to put food on our plates, pay out rising taxes and possibly keep our heat from being turned off. There is no advantage to being a salaried employee – we don't get the benefits or the <u>**protection**</u> that hourly workers get. In <u>**no way**</u> should they lose their benefits either. By us older employees working until age 70 or more before retiring – where would the young people go for jobs?

I worked about <u>**15 years as an hourly Union represented employee <u>before</u> taking the salary job I retired from. They should at least in all fairness let me be placed back into the hourly section and keep my health insurance until I reach Medicare age of 65.**</u>

I say <u>**NO**</u> to what Delphi is trying to do to us <u>**retirees**</u> and object to ending my Health and Life insurance benefits and expect them to honor their moral and just commitments to me in my retirement years. Do they really think us old people {retires} are just like old toys or a car – just discard us to die and never look back. We are <u>**human beings**</u> {family members} not old toys or a car to be thrown away and forgotten after all these years.

A stroke of a pen to a piece of paper may make it *legal* and *binding* but it sure won't *make it moral or ethical*.

Respectfully
Donna S. Johnson

*Donna S. Johnson*