

901 N. First St.
Dennison, OH  44621

February 10, 2009

The Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Dear Sirs,

I recently received a document from Kurtzman Carson Consultants LLC, informing me of an upcoming hearing concerning the Delphi Corporation bankruptcy proceedings. At first glance it appeared to be a legal document that had little relevancy to me individually. But after perusing the document further, I discovered that, as part of the proposed bankruptcy settlement, Delphi intends to discontinue virtually all benefits for their salaried retirees.

I find such draconian measures absolutely despicable. Forcing salaried retirees to purchase our medical and life insurance on the open market will cause untold hardships on most, if not all, retirees. When I retired in 2000, I was told my health care and life insurance benefits would continue for the rest of my life. With that assurance, I planned my retirement budget accordingly. I reluctantly accepted Delphi's decision to terminate my supplemental medical insurance when I became Medicare eligible because I had no choice, and I understood that it would help Delphi emerge from the bankruptcy. Now I am finding that my medical and life insurance expenses are using up a large portion of my pension check, and at the present rate of annual increases, they will soon account for a major portion of my pension. I thought my retirement years would be financially secure, but now it appears that, should I be fortunate enough to live long enough, I will probably spend my golden years in poverty.

Reading through the document, it states that the Debtors (Delphi) are authorized, **but not directed,** to terminate their applicable employee benefit plans. But one of my fellow retirees called and told me that the Delphi Benefits web-site states that effective April 1, 2009 all salaried retiree benefits will cease. It appears that Delphi has already made up their minds, and that the authorization is being implemented without further discussion.

Please reconsider these heartless draconian measures. I would appreciate a reply to this letter to inform me of any decisions you make.

Sincerely,

Gerald E. Wilson