

February 10, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Courtroom Deputy Dorothy Li

CC: Brian Masumoto, Bonnie Steingart- Fried, Harris, Shriver, & Jacobson LLP, Robert Rosenberg & Mark A. Broude- Latham & Watkins LLP, Donald Berstein & Brian Resick- Davis Polk & Wardwell, John Wm. Butler Jr.- Skadden, Arps, Meagher & Flom LLP, General Counsel- Delphi Corporation, Courtroom Deputy Dorothy Li

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are current or future retirees of Delphi Corporation.

Please note that this letter is an **OBJECTION** to that document and file it as a motion to object to document #14705.

This document was filed with no previous warning to any of the retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections.

Many of the most recent retirees of Delphi were retired BY the company and NOT by the choice of the employee. We were given no decision to make, just told we would be retiring on a specific date. We had little time to prepare for retirement, and little time to adjust to a significantly reduced income before we were hit with this latest development (loss of health care) which will cause financial hardship for every retiree. It will have huge impacts not only on the retirees, but also every community where retirees live.

The Debtor has offered to continue the retiree coverages- healthcare, dental, vision, life insurance, and extended care if the retirees would bear the entire cost. The Debtor also claims a $70 million dollar savings for the 15,000 retirees which means cost saving about $4667 each. Debtor extension healthcare for my family was offered at $2027 per month or $24,324 per year!! This represents over 60% of my pension until my age reaches 65 years. If the benefit was only costing $4667, then why are they offering retirees coverage extension five times the present cost- total coverage revenue of over 364 Million!!

While the Debtor has always reserved to right to modify benefits, they also expected and required high levels of employee loyalty to the company. As a 32 year employee, I had many opportunities to leave the company for a higher paying job, but I remained loyal in anticipation of retirement benefits at the end of my career. I fully expected to be the last salaried person to be affected in the cost cutting effort, but feel like the salaried retirees have been the first group targeted with the least impact to give back promised benefits.

With the current state of the economy, retirees who had saved for retirement in their 401K Stock Savings Plans, have lost almost 40% of their savings. As you know, the cost of living has increased significantly in the last two years. This coupled with the loss of health care benefits would have a crippling effect on the lives of every current or future retiree of Delphi Corporation.

It is my belief that there are other ways to restructure the company and still retain health care for retirees. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a decreasing cost to the company as each of us reaches that 65 year age milestone. I understand the difficult environment for the automotive business, but as many business cycles before, this will be a temporary condition and with time profitability will once again be achieved along with executive bonuses. At best the debtor should only be requesting a temporary cost avoidance with regards to retiree benefits. There are billions of dollars of assets overseas that could easily be utilized to pay the retiree benefits if Debtor management was motivated to do so. I am certain the Debtor management team have received many bonuses in the past and future from these international assets that were obtained from the loyal endeavors from the current and future retired salaried workforce.

Please know that each of the 15,000 retirees who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

## We ask you to REJECT this motion.

Sincerely yours,

*Michael A. Shoemaker*

Michael A. Shoemaker
2485E 750N
Camden, Indiana 46917
1.574.652.3342