February 9, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all salaried retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

Every time Delphi needed to cut its cost it would target the salaried employees. Delphi would withhold raises and change medical benefits. Delphi would close plants and asks employees to train Mexican Nationals to take our jobs. People can adjust while employed. But when forced to retire with an income of half of what you did make, it is very difficult to adjust. I managed my budget so I could retire when asked. I even allowed for extra in the budget to pay for a larger share of the insurance through Delphi. We were seen as the problem and not part of the solution. Maybe the retired salaried people can help in the solution by having our cost increased instead of having our hard earned retirement trashed by eliminating our health care benefits. Health care benefits are currently scheduled to stop at the age of 65 for all retirees which decreases cost to the company.

Delphi may have the legal right to end the benefits of the retired salaried people, but that does not make it **morally** right. It is absolutely terrible to allow a corporations upper management to change their promise after 30 years. If we do not have our honor, then what is left? This only hurts the people at the bottom of the salary range. It is my belief that there are other ways to restructure the company and still retain health care for retirees. GM is considering taking back some of the Delphi plants. I am sure there are other ideas. Maybe delay this motion so other options can be considered before we trend closer towards socialized health care that does not work.

Please know that each of the **15,000 retirees** who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009. Thank you for your time.

Sincerely yours,

Richard E. Ballentine
1822 E. 44 th Street
Anderson, IN 46013
1.765.644.0791 phone