

February 7, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref: Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) and Life Insurance for all retirees

Dear Judge Drain:

As a Delphi Salaried Retiree, I am adamantly opposed to allowing Delphi to shed their promise to me to provide health care and life insurance in my retirement. For over thirty years I worked for Delphi under the pretense that they would provide ongoing health care and life insurance into retirement.

**Please note that this letter is an OBJECTION to Delphi Corporation's Document #14705 filed on February 4, 2009 asking the court to cancel health care and life insurance for it's salaried retirees.**

This document was filed with no previous warning to any of the retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections.

These benefits were a term of my employment, and now Delphi is attempting to shed their responsibilities on the retirement benefits for which I worked so hard to achieve. It is my belief that there are other ways to restructure the company and still retain health care for retirees. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a decreasing cost to the company as each of us reaches that 65 age milestone.

I feel that Delphi Corporation should be made to honor their obligation and commitment to me and other salaried employees, before going forward to new business opportunities. Please know that each of the 15,000 retirees who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009. You and your office are my guardians to see that my interests are protected by law, and I am calling on you to help protect my rights.

Thank you for your careful consideration of this matter.

## Please REJECT this motion.

Sincerely,

*Christine Barnes*

Christine M. Barnes
5 Berkley Drive
Lockport, N.Y. 14094
Telephone (716) 434-6986