

To: Honorable Robert D. Drain

10 Feb. 2009

**Ref: Chapter 11 case no. 05-44481 (RDD) - Delphi Corporation, et.al.**
**Objection to paragraph 33 Relief Requested**

### Elimination of post retirement healthcare plans for pre-Medicare salaried retirees

Background:

I am one of many hundreds, if not thousands, of involuntarily separated Delphi retired employees, years before our eligibility for Medicare at age 65. Retirement has required learning to adjust to about 40 % of previous earnings. Many of us possess skills in an industry, that has shrunk to 50% of it previous size, in an economy that is headed for 10% unemployment. The change proposed by Delphi in eliminating health care for pre-Medicare retirees saves Delphi a small amount of cash, but will require 30-40% of our net retirement income. Further, this level of financial hardship is not being shared equitably by other groups of Delphi employees and retirees only this small group of retirees pre-Medicare eligible. Primary Healthcare is still be provided to active salary employees at the same costs as present.

1) **Objection – The Cost assumptions presented are not correct.**

The projected cash cost of the current program is $70,000,000 per year. I will accept that as fact. However, the cost will decline year after year, as current retirees reach the age of 65, and become Medicare eligible. There is virtually no pool of younger employees to add to the cost, as virtually everyone old enough to retire, has already done so, many of those close to retirement age, were released without becoming eligible, many of whom left the company to seek work many months ago. Those who hired after 1993, were not offered healthcare, but in return , were given higher employer contributions to their 401K plans. The cost of providing healthcare to those currently retired, will therefore decline by $5,000,000 or more per year, each year.

2) **Objection - Insufficient time to Recover**

Delphi's proposal for the healthcare changes would allow at best one month from the time of court action to their proposed elimination of salary retiree healthcare. This time is not sufficient to make a reasonable decision on healthcare providers and even more importantly making whatever financial adjustments that are possible to a 30% to 50 % reduction in monthly income. Continuation of the current coverage for the balance of this plan year should be a minimum requirement.

3) **Objection – Other means of resolution not presented.**

Delphi's proposal suggests that the only means of reducing the cost to Delphi is the complete elimination of the current system. The current system costs Delphi $4,666 / per employee, per Delphi's figures. The replacement proposed will cost the retiree's $10,000 - $12,000 each, for basic coverage. In the current system, the employees and the retiree's, pay to Delphi, any cost above the $4,600 for basic coverage.

What if, for example: The current employees and current retirees, split the cost of the current system with Delphi, (pay Delphi $XXX per month) ? This would result in a greater savings to Delphi, and prevent an undue burden on the retirees

Closing:

Please give these objections your careful consideration .

Regards,

Marwan Shtayyeh
1001 Brittany Hills Dr.
Dayton Ohio 45459
Delphi Retiree
Hired Prior to 1993