To: Honorable Robert D. Drain
United Bankruptcy Court
Southern District of New York
One Bowling Green, Rm 610
New York, N.Y. 10004

RECEIVED FEB 17 2009 U.S. BANKRUPTCY COURT, SDNY

Ref: Delphi Corporation Bankruptcy

Sir:

   I am the wife of a Delphi retiree and feel I must write in regard to Delphi's proposed removal of retiree benefits.

   The benefits in question were given by Delphi as an incentive to take early retirement. These assurances were the only reason many stopped working before their retirement age. To remove them will be a hardship for many of us.

   Delphi asserts that the removal of retiree benefits will help save their company. The little they save here will hardly be the salvation they claim.

   My husband and others gave the Corp. many years of loyal and sincere service during their employment with a promise of a comfortable retirement. It is truly immoral that the Corp. now wants to renege on their promises and make our retirement years a genuine hardship. It appears that the Corp. feels NO loyalty to those who worked for them so long.

   I ask that you set aside the unconscionable request from Delphi and make them keep their promises and fulfill the responsibility they owe to these people who worked long and hard for them.

Sincerely

*Mrs. M.E. Marr* (signature)

Mrs. Michael E. Marr
7370 Townline Rd
Bridgeport, Mi 48722
Ph: 989-652-2883
Cc:
Skadden, Arps, Slate, Meagher & Flom LLP
   333 West Wacker Drive
   Suite 2100
   Chicago, Ill. 60606
   Attn: John Wm. Butler

Davis Polk & Wardwell
450 Lexington Av.
New York, N.Y. 10017
Attn: Donald Bernstein & Brian Resnick

Latham & Watkin LLP
885 Third Av.

New York, N.Y. 10022
Attn: Robert J. Rosenberg & Mark Broude

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, N.Y. 10004
Attn: Bonnie Steingart

Office of the Trustee for the Southern District of N.Y.
33 Whitehall St., Suite 2100
New York, N.Y. 10004
Attn: Brian Masumoto