February 10, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections.

I am the wife to one of the 15,000 retirees from Delphi. My husband is not a big time CEO that has made the big money. We lived comfortably on his salary while he worked for GM and then Delphi.

When we took vacations with our children, my husband was required to check messages from work and in addition to checking messages, he was also required to be on conference calls, and I'm sure he never missed one. He was always working.

The health benefits that Delphi wants to discontinue will put a burden on us financially. My husband I have been taken care of through the benefits that GM and Delphi have provided. I fear, along with others that in the years to come, without these benefits we could dramatically lose the money we have been saving for our retirement.

Most of the Delphi Salaried retirees worked the majority of their careers for General Motors before being forced to go to Delphi as part of the spinoff of component divisions of General Motors. After the spinoff it was made impossible for salaried workers to return to General Motors per agreement between Delphi and General Motors. To further damage Salaried employees that have spent their lives working for General Motors and Delphi would be a tragedy.

It is my belief that there are other ways to restructure the company and still retain health care for retirees. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a decreasing cost to the company as each of us reaches that 65 age milestone.

There certainly needs to be a remedy that does not single out one group of people that contributed as much if not more than any other segment of Delphi's and GM's workforce.

Please know that each of the 15,000 retirees who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

**We ask you to REJECT this motion.**

Sincerely yours,

*Diane M. Smith*

Diane M. Smith
608 North 13th Street
Middletown IN 47356

765-354-2475