February 9, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004



RECEIVED
FEB 17 2009
U.S. BANKRUPTCY COURT, SDNY

Attn: Judge Robert D. Drain

Ref:
Delphi Corp. Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees
Hearing Date: 02/24/09   10:00 AM

Honorable Judge Drain:
This letter is to express my **Objection** as a Delphi Retiree with the February 4, 2009 filling of Document # 14705 by Delphi Corporation requesting the court to cancel health and life insurance benefits (OPEB) for all Delphi Corporation Retirees.

**Reasons for Objections:**
1. No previous warnings to active retirees .
2. First notice of such action February 5, 2009 allows only 12 days filing our objections.
3. Investigate other avenues to restructure that involve equal participation between hourly & salary (active and retired) employees, not just a suspension of the merit / bonus programs.

This action by Delphi leaves little time to adjust to a significant hardship. I personally find various comments in the February letter very disconcerting: For example

On Page 1 The last paragraph. "If the amount of your pension check is less than your premium, then you must submit a payment through a monthly billing process".
On page 2 third paragraph "Additionally, if you discontinue coverage for any reason (e.g., non -payment, **late payment)** Health Care coverages will not be reinstated"

With the current state of the economy, cost of living increases, savings devastated by 40% to 50%, can it be that, eliminating retiree's health care is the only option? As a 39 year employee of Delphi / GM, I ask that you reject this motion and look for a way to have all stakeholders share in the solution.

Sincerely

Jeff L. Thatcher
1510 Glen Moor Ct.
Kokomo, IN 46902

cc:

Attn: Brian Masumoto
Office of the United States Trustee for the Southern District of New York
33 Whitehall Street
New York, New York 10004

Attn: General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098

Attn: John Wm. Butler, Jr.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive - Suite 2100
Chicago, Illinois 60606

Attn: Donald Berstein and Brian Resnick
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017

Attn: Robert J. Rosenberg and Mark A. Broude
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022

Attn: Bonnie Steingart
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004