February 11, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Honorable Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 8, 2005
Document # 14705 to Cancel OPEB (Health Insurance Benefits) for all Retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an objection to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the current employees and retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections.

I had little time to prepare for retirement, and little time to adjust to a significantly reduced income before I was hit with this latest development (loss of health care) which will cause financial hardship for every retiree. The fact that I had health care benefit was a significant influence in my decision to accept Delphi's offer of retirement just 7 months ago. It will have a huge impact not only on me, but other retirees, soon-to-retire, and every community where retirees live.

With the current state of the economy, my Savings Plans has lost 40 – 50 % of its value. This coupled with the loss of health care benefits will have a crippling effect my life.

It is my belief that there are other ways to restructure the company and still retain health care for retirees. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a decreasing cost to the company as each of us reaches that 65 age milestone.

Please know that each of the 15,000 + retirees and soon-to-retire, who will be negatively impacted by this action, will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

I ask you to reject this motion.

Sincerely yours,

Russ Bosch
12152 Hoisington Rd
Gaines Mi. 48436
810-252-1295