# United States Bankruptcy Court

## Southern District of New York

```
------------------------------------------------------------)
In re:   DELPHI CORPORATION, et al            )
         5725 DELPHI Dr.                      )
         Troy, Michigan 48098                 )  Case No: 05-44481 (RDD)
                                              )
                    Debtors.                  )  (Jointly Administered)
                                              )
                                              )  Chapter: 11
                                              )
------------------------------------------------------------)
```

**NOTICE OF OBJECTION TO MOTION**

DELPHI CORPORATION has filed papers with the court for the following motion:

MOTION FOR ORDER UNDER 11 USC $$ 105, 363(b)(1), and 1108 CONFIRMING DEBTORS AUTHORITY TO TERMINATE EMPLOYER-PAID POST-RETIREMENT HEALTH CARE BENEFITS AND EMPLOYER-PAID POST-RETIREMENT LIFE INSURANCE BENEFITS FOR CERTAIN (A) SALARIED EMPLOYEES AND (B) RETIREES AND THEIR SURVIVING SPOUSES

NOTICE OF OBJECTION TO THE PRECEDING MOTION

I, FREDRICK P. WILSON, DELPHI SALARIED INVOLUTARILY RETIRED RETIREE, AM FILING PAPERS OBJECTING TO THIS MOTION.

I AM ASKING FOR THE COURT TO EITHER SUMMARILY DENY THIS MOTION IN ITS ENTIRETY, OR TO POSTPONE THE HEARING UNTIL SOME SUCH TO BE DETERMINED FUTURE DATE AFTER THE INFORMATION HEREIN PROVIDED CAN BE FULLY EXAMINED AND VERIFIED BY THE COURT AND THE DELPHI PARTIES, ET ALIA, HAVE HAD THE TIME TO ACT ON THE FINANCIAL ET ALIA PROPOSALS MADE IN THIS OBJECTION, AND THE DELPHI RETIREES HAVE HAD ENOUGH TIME TO PROVIDE SUCH ADDITIONAL NEEDED INFORMATION THAT THE COURT OR DELPHI MAY DESIRE, ENOUGH TIME TO DIGEST THE INFORMATION DELPHI HAS NOTIFIED US OF, AND RESPOND TO IT PROPERLY, INCLUDING SUFFICIENT LEAD TIME TO BE ABLE TO MAKE IT TO AN ACTUAL HEARING (RESCHUDELED) IN THE BANKRUPTACY COURT.

THIS NOTICE MEETS ALL THE APPLICABLE REQUIREMENTS AS NOTED ON PAGES 2 AND 3 OF DELPHI'S NOTICE OF MOTION DOCUMENT.

PLEASE TAKE NOTICE that this NOTICE OF OBJECTION is being provided to:

d)    The United States Bankruptcy Court, Southern District of New York
      ATTN: The Honorable Robert D. Drain
      One Bowling Green
      New York, New York  10004-1408
      Ph: (212) 668-2870

The NOTICE OF OBJECTION TO MOTION, OBJECTION TO MOTION, REQUEST FOR DENIAL, REQUEST FOR POSTPONEMENT, AND ATTACHED INFORMATION is being provided on 3.5" disk(s) in Microsoft Word format and hard (paper) copy also to the United States Bankruptcy Court, Southern District of New York.

The same as above without the 3.5" floppy is going to:

d-1)  The United States Bankruptcy Court, Southern District of New York
      ATTN: Dorothy Li
      One Bowling Green
      New York, New York  10004-1408
      Ph: (212) 668-2870

The NOTICE OF OBJECTION TO MOTION, OBJECTION TO MOTION, REQUEST FOR DENIAL, REQUEST FOR POSTPONEMENT, AND ATTACHED INFORMATION is being provided in hard (paper) copy to the following parties as were listed on page 3 of the NOTICE OF MOTION.

(i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan  48098 (Att'n: General Counsel)

(ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois  60606 (Att'n: John Wm. Butler, Jr.)

(iii) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York  10017 (Att'n: Donald Bernstein and Brian Resnick)

(iv) counsel for the official committee of unsecured creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude)

2

(v) counsel for the official committee of equity security holders, Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York  10004 (Att'n: Bonnie Steingart)

(vi) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Attn: Brian Masumoto)

Date: <u>February 12, 2009</u>   Signature:_____
Name:     Fredrick P. Wilson
Address: 1305 Rollins St.
              Grand Blanc, MI  48439
               Ph: (810) 694-6628
Cell:        (810) 423-4957
E-mail:    FredrickPWilson@aol.com

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**