# United States Bankruptcy Court

## Southern District of New York

```
---------------------------------------------------------------)
In re:   DELPHI CORPORATION, et al              )
         5725 DELPHI Dr.                         )
         Troy, Michigan 48098                    )  Case No: 05-44481 (RDD)
                                                 )
                              Debtors.           )  (Jointly Administered)
                                                 )
                                                 )  Chapter: 11
                                                 )
---------------------------------------------------------------)
```

### OBJECTION TO MOTION

DELPHI CORPORATION has filed papers with the court for the following motion:

MOTION FOR ORDER UNDER 11 USC $$ 105, 363(b)(1), and 1108
CONFIRMING DEBTORS AUTHORITY TO TERMINATE EMPLOYER-PAID
POST-RETIREMENT HEALTH CARE BENEFITS AND EMPLOYER-PAID
POST-RETIREMENT LIFE INSURANCE BENEFITS FOR CERTAIN (A)
SALARIED EMPLOYEES AND (B) RETIREES AND THEIR SURVIVING
SPOUSES

("SALARIED OPEB TERMINATION MOTION")

I, FREDRICK P. WILSON, DELPHI SALARIED INVOLUTARILY RETIRED
RETIREE, AM FILING PAPERS OBJECTING TO THE ABOVE MOTION.


OBJECTION TO MOTION


I AM ASKING FOR THE COURT TO EITHER SUMMARILY DENY THIS
MOTION, OR TO POSTPONE THE HEARING UNTIL SOME SUCH TO BE
DETERMINED FUTURE DATE AFTER THE INFORMATION HEREIN
PROVIDED CAN BE FULLY EXAMINED AND VERIFIED BY THE COURT AND
THE DELPHI PARTIES, ET ALIA, HAVE HAD THE TIME TO ACT ON THE
FINANCIAL ET ALIA PROPOSALS MADE IN THIS OBJECTION, AND THE
DELPHI RETIREES HAVE HAD ENOUGH TIME TO PROVIDE SUCH
ADDITIONAL NEEDED INFORMATION THAT THE COURT OR DELPHI MAY
DESIRE, ENOUGH TIME TO DIGEST THE INFORMATION DELPHI HAS
NOTIFIED US OF, AND RESPOND TO IT PROPERLY, INCLUDING

SUFFICIENT LEAD TIME TO BE ABLE TO MAKE IT TO AN ACTUAL HEARING (RESCHUDELED) IN THE BANKRUPTACY COURT.


OBJECTION TO MOTION - REQUEST FOR POSTPONEMENT

The notice of motion from DELPHI was received via Federal Express letter on Wednesday, February 4, 2009, prior to 4:00 p.m. (prevailing Eastern time), at my address.

The Objections must be delivered to the appropriate parties by no later than 4:00 p.m. (prevailing Eastern time) on Tuesday, February 17, 2009, 13 1/2 days later.

The hearing is scheduled for 10:00 a.m. (prevailing Eastern time) on Tuesday, February 24, 2009, 20 days later.

For those of us that are not full time bankruptcy lawyers working on this bankruptcy, which is almost all of us if not all of us (15,000 salaried retirees, as DELPHI notes in the motion) are not, this is an extremely short period of time to fully respond with all of the needed supporting documentation to such a momentous motion for the retirees.

It is an extremely short time to investigate what compliance means and to verify compliance with all of the filing requirement as listed in the Notice for those of us who are not full time bankruptcy lawyers.

It is an extremely short time to compose, substantiate, and prepare an appropriate response to such a momentous motion.

It is an extremely short time to be able to meet such a tight schedule to be able to present oneself at the hearing.

With the momentous changes, it is not enough time to even contemplate hiring a lawyer, putting together a class action suit of some sort that wouldn't violate the separation agreement each one of us signed, and even figuring out if any of us will ever be able to afford to hire a lawyer at all.

Within the REQUEST FOR DISMISSAL, which also contains a great deal of information, including the attachments, that also justifies at least a six-month postponement of the MOTION filed by DELPHI, there is also an explanation of the additional documentation that cannot be provided within the time limits specified.

The Hearing schedule is also very tight. For example, I have already booked and scheduled a meeting in Washington DC for the very same time frame, to meet with Senators Stabenow and Levin and Representative Kildee, on various subjects of national import, some of which is the same as will be covered in the REQUEST FOR DISMISSAL.

DELPHI does not make a compelling case for such a quick decision. If this $70 million per year, for a few more months, is going to make or break DELPHI, then DELPHI needs new Directors and Executives.

It is also an extremely short time for DELPHI involuntary retirees, who are not 65, to research and determine alternatives.

Those DELPHI salaried employees hired before 1993 have the opportunity, since they are still working, to make some decisions and prepare for the future.

Those DELPHI salaried employees hired after 1993 know they have no coverage, and have a greater amount of time to prepare for the future.

The DELPHI salaried employees that are not yet 65 and are retired, involuntarily or otherwise, have essentially zero time to prepare, save, or take any of the normal or even semi-normal actions that we could have with a much larger lead time.

There is no time in the Objection schedule or the hearing schedule for either DELPHI or the retirees to explore such items as raising the co-pays on retirees and pre-1993 employees jointly, as a potentially significant savings. Various permutations of the above, that would gradually move us into a 100% co-pay should be examined and discussed in front of the Court.

A postponement of the hearing simply to provide sufficient time to prepare the appropriate OBJECTIONS, documentation, and be able to make the Hearing, at the very least, should allow for a three month postponement.

When added with the time it will take for DELPHI to explore the Funding Solutions contained in the REQUEST FOR DISMISSAL, a postponement of at least six months is entirely reasonable.

The time will allow the Directors and Executives of DELPHi to propose various graduated alternative plans.

I formally request the Court to Postpone the DELPHI Motion for at least six months.

OBJECTION TO MOTION - REQUEST FOR DISMISSAL OF MOTION

1.      DELPHI Corporation (DELPHI) in its motion is requesting authorization, but not direction, to terminate applicable employee health benefit plans and programs for Eligible Salaried Retirees and their surviving spouses.

In a letter received via U.S. Post Office on Saturday, February 7, 2009, it stated the prices of coverage purchased from DELPHI with no contribution from DELPHI, which would need to be consummated by April 1, 2009. This letter, immediately after the Notice of Motion, displays a great deal of hubris by DELPHI, which will be elaborated on as part and parcel of its incapable management decisions which have backed DELPHI into this position, and is, in effect, stating that the Motion it made to the Bankruptcy Court is simply a formality, with no consequences or substance no matter how the Court rules.

DELPHI does argue that it already has the appropriate authority to cancel these OPEB programs on pages 23-26.

DELPHI is in chapter 11 due to a litany of poor or incompetent business decisions made over the decades as part of GM and then independently. There is nothing illegal about poor or incompetent business decision, and the level of immorality does not rise to a level that crossed the legal threshold.

However, since DELPHI is in bankruptcy due to poor or incompetent business decisions, and this decision is a continuation of such incompetent decision making, it is appropriate to point out alternatives to resolve its financing, allowing it to exit Chapter 11 status, and resume its rightful place in the ranks of the world's successful corporations.

The incompetence of DELPHI's business decisions and the associated immorality will be covered so that the Court can rule properly.

The reasons for the alternatives will also be pointed out, and it is for this that the majority of the attached documentation is for.

2.      Throughout GM and DELPHIs history, salaried employees were evaluated each year, and a new employment agreement was signed. It is true that the employment agreement contained the verbiage that DELPHI describes, stating that it reserved the right to make changes unilaterally.

Every year, each and every salaried employee would ask of his manager, "what does this mean". It would be explained that it was standard legal boilerplate and that it really didn't mean anything. This was repeated tens of thousands, if not hundreds of thousands of times.

Every year we would receive a summary of our salary and benefits. That document would not only state that we should include the benefits as part of our base pay when we were comparing jobs outside of GM/DELPHI, but that they paid us those benefits to retain our very valued service. Those statements were backed up in conversations with our managers.

This does not mean that a verbal contract supercedes a written contract. It just means that the words of DELPHI Directors, Executives, and Managers, aren't worth the paper they are written on. Misstating the truth, misdirecting the information needed, or omitting the information needed for each salaried employee to make the needed life decisions was the consistent policy of GM/DELPHI over the years. This was greatly exacerbated by DELPHI after the entrance into bankruptcy. This policy of immorality and deception was continued and expanded as various plants were closed or greatly reduced.

As various plants were presented with the possibility of being closed or downsized, every salaried employee was interviewed by their manager or executive. The interview was to determine the desires of the employee relative to continuing employment or accepting a buy out, and/ or retiring. It was stated that the desires of most employees would be able to be accommodated.

Almost every salaried employee stated they would like to continue working until so many more years had passed, normally for higher seniority employees, that they would be 62.5 or 65 or more years old. Usually this would be 5 to 15 years in the future. At my location these interviews occurred during the late fall of 2006. It was stated again, in this meeting, that the desires of most employees would be able to be accommodated.

A few months later, someone from personnel cam down and said to most of us that expressed a desire to continue working that we were on the list to be involuntarily retired, but that due to some UAW obligations and negotiations, all of the involuntary retirements were on-hold indefinitely. This occurred around the end of May, 2007 at my location.

In July, 2007, we were all formally requested to put our desires relative to future employment into an E-mail to the personnel manager for our site. It was stated again that the desires of most employees would be able to be accommodated.

Once again, almost all of the higher seniority salaried employees stated, in writing in the E-mail, a desire to continue employment for another 5 to 15 years.

In absolutely each and every meeting, of all salaried employees or individual meetings, it was constantly iterated and re-iterated that every salaried employee would have at lest 90 days after notification of involuntary separation or involuntary retirement before the separation or retirement was to take place.

In mid-September, 2007, 9/11 to be exact, numerous salaried employees at my location were notified of the decision regarding involuntarily separation or retirement, or continuation, by the site and personnel managers.

For myself and several others, the date of involuntary retirement was November 1, 2007. Just a tad short of 90 days. When I pointed this out, I received a fantastic taste of formal deceit and misstatement of the truth when I was told I was in error. When I asked for the details of the 90 days or more notice, I was told that the meeting in the beginning of the summer (that put everything on hold) was my notification. I begged to differ.

Almost all salaried employees at the same site who stated that they wanted to stay and continue employment were involuntarily retired far short of their express wishes, as stated in response to management requests which also always included the statement that the desires of most employees would be able to be accommodated.

The desires of almost no employees were accommodated.

Therefore, I am not a retiree of DELPHI. I was pushed, objecting all of the way out the door, as were so many of us. If we had voluntarily chosen to retire, perhaps I would argue somewhat differently. DEL:PHI lied, and now they want to take advantage of those they believe have no meaningful recourse to object with. Shame on DELPHI for taking out their incompetence on their least able to effectively respond and plan group of Salaried Employees (now involuntary retirees).

In the MOTION documentation received Wednesday, February 04, 2009, are the statements that salaried employees will be able to buy the coverage with no part of the cost covered by DELPHI.

Every November DELPHI salaried employees, and retirees, including last November (2008), were notified that it was time to sign up again on-line at "MyBenefits". In reviewing the information for my family (my wife and myself) I noted that my normal choice for HealthPlus was about $5,500 a year. We (DELPHI salaried employees and now retirees have been at about a 20% co-pay for some time, and it didn't change noticeably. I did not make a copy of anything other than my confirmation of signing up for the benefits so I cannot formally document this. It has been slowly going up from about $5,000 a year, several years ago to the $5,500 or so that it was now.

The envelope received on Saturday, February 7, 2009 stated that any payment of the health care program for salaried retirees was to cease April 1, 2009, and that listed in the letter were the prices that we could purchase the same coverage that we were currently receiving only without any contribution

from DELPHI. The price for HealthPlus for my wife and I for Flint, MI is listed at $810.70 per month, or $9,728.40 per year.

Either DELPHI was misstating the truth in November 2008, or it is misstating the truth now, in February 2009, and/or it is omitting some information that would be of use. Is it possible that the retirees have been placed into a separate pool for health insurance purposes, from those remaining salaried employees that are employed, and covered, under the same program? This would include all active salaried employees hired prior to 1993; a potentially younger, less expensive risk pool, at least for a while. No mention is made of why the price increased by over 50%.

Is there a pattern here? Omission can be as great an immorality as misstating the truth or misdirecting the information.

The preceding iteration is to explain to the Court that if DELPHI is willing to misstate the truth, misdirect information, and omit information as an endemic part of the corporate culture by the Directors and Executives of DELPHI to their valued active at the time and now involuntarily retired salaried employees, why would the Court necessarily believe any of the information that DELPHI places in front of it, regarding not only the current costs of the health care program, but the book list cost, and the business necessity to make this particular decision at this particular time?

A resolution for DELPHI's immorality is part of the financing solution presented further into this OBJECTION.


3.      DELPHI iterates the financial and market deteriorations that have inexorably led it to the decision it is requesting in its MOTION. Which must be, in DELPHI's view, the only viable decision that it could possibly make. If there were alternatives investigated by DELPHI, it would be appropriate for the Court to Postpone the Decision and tell DELPHI to open its alternate decision data. This is a way to state that we do not trust DELPHI to tell the truth, or to have considered options prior to making its MOTION. To have not considered alternative courses of action, and to not be willing to discuss those with its salaried employees and retirees is a very poor Management decision.

It notes that the Dow Jones Industrial part of the stock market fell 3,000 points since October, 2008. Obviously the incredibly astute Directors and Executives missed the fact that it fell 3,500 points from November 2007 to October, 2008. What if the bears that predicted the housing crash, which would pull the entire economy down with it, are right, and the Dow crashes an additional 2,000, 3,000, 4,000, or even more points? What if it takes ten or so year to recover? Will DELPHI continue to face one financial crisis after another because its wellbeing is tied to the stock market?

GM/DELPHI survived the 1929-31 Stock Market Crash, which crushed the Dow by over 95%, and the resulting depression just fine. It took 26 years for the Dow to recover. GM and DELPHi survived the Dow crash of 2000 – 2002, which sent the Dow down to about 7,500 from its heights of over 12,000. Why is DELPHI in such trouble now? Why did it put the Dow chart in its arguments?

The Directors and Executives of DELPHI are all adults. They should well know that every bubble is followed by a bust. Just because Congress didn't know that is no reason for DELPHI's Directors and Executives to be on that same knowledge and comprehension level. GM should know that, and it should be able to forecast with a just a little better accuracy that it has, but having dealt with executives from GM in meetings, as well as at their Stockholder meetings, bright enough bulbs they are not. Once again, the point is that DELPHI's Directors and Executives are supposed to be bright enough to keep DELPHI viable during the bad times as well as the good. They have failed the test.

DELPHI states that it had trouble exiting non-profitable, non-core operations, due to legacy liabilities and operational restrictions, which had the effects of creating largely fixed costs. It is now the fault of the salaried retirees, many of whom had openly stated for years, if not decades, that this problem that DELPHI just woke up to, was a real problem that needed to be addressed. Just because DELPHI's Directors and Executive were too incompetent to address the problem in 1999, or 2,000, or 2001, or 2002, or 2003, or 2004, or most of 2005, the only possible solution to DELPHI's successful restructuring includes approving this MOTION? Especially on such short notice?

DELPHI also states that part of what it needed to do was to transform the salaried workforce to ensure that the Companies organizational and cost structure is competitive and aligned with its product portfolio and manufacturing footprint. It has transformed some, but it is pursuing, out of complete and total ignorance, which is very unbecoming in a Director or Executive, many of the wrong items amongst the new technologies, which is a waste of DELPHI's limited resources, cash or otherwise.

Why those resources are being wasted, and what DELPHI is so ignorant of will be covered after the financial solution is introduced.

4.      DELPHI frequently alludes to its corporate heritage, as part of General Motors. It states that GM is still its largest customer, that it is GM's car sales that have fallen so far, as an example of the entire industry, and to the protracted negotiations regarding GM's financial responsibilities for the UAW workforce. It would have been great if Battenberg had hammered that out at the beginning, so the transformation of DELPHI could have begun when it should have, the minute we were no longer hooked to GM. None of us can change the

past, but how convenient it is that DELPHI couldn't make any money in the good times, and now it can't make any in the bad times without ceasing health care to its salaried retirees that aren't 65 yet.

DELPHI presents how the GM forecasts of volume were unbelievably optimistic, and how far the car market has declined. The car market has now declined back to as low as it was in 1983, while we were trying to recover from Jimmy Carter and the Ayatollah Khomeini. Of course, the car market was declining from the beginning of the Housing crisis, in November of 2007. There was no justification for the unbelievably optimistic sales forecasts that GM put out that DELPHI bought into. GM once said in the early 1990s, that it wanted to be right sized, that it didn't matter how small it was, so that it could make a profit no matter what. It appears that DELPHI made the same errors. Oops.

Car sales have been well below what they were in 1983 in the earlier 70's, 60's, and 50's, but GM/Delphi made it through those years just fine.

It is hard to know if the financial responsibility of GM is over or not. In the Flint Journal, on Tuesday, February 10, 2009, there was an article of how GM may take over some unspecified DELPHI plants.

The point is that GM and DELPHI were Siamese twins at DELPHI's birth, and DELPHI is still attached to GM at the hip. This is important, and why it is important will be covered after the financial alternatives.

5.    On page 8 of the MOTION, DELPHI quotes a Standard & Poor's report on the S&P 500's Pension and Other benefit plans. They quoted the conclusion, which states:

"The longer the situation goes on however, the worse it will become. Eventually, the government, in conjunction with the private sector, will be forced to address the situation and take painful steps. The concern is that neither the public nor the private sector has shown a tolerance for the pain associated with the type of forward action needed to address the problem. The longer the situation goes unaddressed, the stronger the measure will have to be to solve the situation. In the end, however, individuals, either as taxpayers or consumers, will need to pay the bills, as well as live with the reduction in benefits and their lifestyles."

I presume that DELPHI entered this quote in the MOTION because they believe it bolsters their case, they believe in it themselves, and they think that their salaried employees will buy into it thinking that the Standard & Poors company knows what it is talking about.

Once again, without any knowledge, it is easy to make statements such as the above. They may be right, but for the Grandchildren and Great-grandchildren of the Directors and Executive of DELPHI, as well as most of the rest of us, life is going to be poor, nasty, brutish and short. DELPHI, along with the rest of the Global Auto Industry, is doing everything it can to make that poor, nasty, brutish, and short future come true. Why would DELPHI wish that on their own progeny, as well as those of their salaried employees and retirees and the rest of America and Western Civilization?

Once again, this will be covered in detail after the financing alternatives.

6.    If DELPHI had successfully acquired the $6.1 billion dollars in restructuring finances, it is hard to discern if DELPHI would still be in the trouble it claims it is in, but reading the Motion, one can easily conclude that the lack of that financing is the basic problem that DELPHI is blaming, thus DELPHI would have never filed this Motion if it had the financing.

There are other options to acquire that paltry $6.1 billion in financing that DELPHI needs.

Abu Dhabi Investment Authority, a sovereign wealth fund with assets estimated to be as high as $875 billion, invested $7.5 in Citibank. Mubadala Development company, one of Abu Dhabi's smaller funds, bought stakes in the Carlyle Group and Advanced Micro Systems. Abu Dhabi is the capital of the UAE, which includes Dubai.

Dubai based firms bought Barneys, an upscale clothing store; The Essex House Hotel (now the Jumeirah Essex House) in New York City; The Travelodge hotel chain, Loehmann's, the discount woman's clothing store, and Madame Tussaud's. The State of Dubai bought part of Daimler Benz, and it purchased a 10% percent stake in the MGM Mirage hotel and casino in Las Vegas. Dubai owns several plants in the US that manufacture military equipment. It holds a stake in Airbus, the European civilian aircraft manufacturer. In has invested hugely in HSBC. They also purchased a 20% stake in Nasdaq.

With former President Bill Clinton as a lobbying expert for Dubai, DELPHI should be able to easily explore these avenues for financing, as well as those with other Middle Eastern Gulf States.

There is still a much bigger financial carrot out there that nobody has bitten into yet.

Saudi Arabia.

Saudi Arabia has more money than the rest of the Middle East combined. Even with the over $4 billion a year they have been spending to put up Mosques, Maddrasses and Islamic Centers in the US, like the three in Flint, and globally, each and every year since 1973, for over $144 billion dollars to date, in which they teach the Wahhabi sect of Islamic hatred, of which all 19 of the 9/11 killers adhered to, they still have more money than everyone else combined.

Saudi citizens are subsidized by the government and oil money, with an average of around $20,000 for every Saudi citizen per year.

It would be entirely appropriate for DELPHI to de-incorporate here in the USA, and re-incorporate in Riyadh, Saudi Arabia. Prince Alwaleed, who Rudi Giuliani turned down after 9/11, and who put down payments on Harvard and Georgetown for $20 million each, is one of the worlds richest men. With the rest of the Saudi Princes, he would make DELPHI rich beyond Pharaoh's dreams.

DELPHI could move its headquarters to Riyadh. Once again, DELPHI would be made rich beyond its wildest dreams. The move would be paid for by Saudi Arabia. DELPHI could move it's executives there. The women employees, and the wives and daughters of the Directors and Executives would especially appreciate that. DELPHI could then hire and train Saudis, already subsidized by the government, for cheap, to replace those employees that didn't want to become Saudi Citizens; and Muslims.

Saudi Arabia has no manufacturing facilities worth mentioning. If DELPHI was to set up a manufacturing plant in Saudi Arabia, they would probably have zero costs other than material for years.

DELPHI would have more than enough money to meet its desired obligations for its salaried employees.

7.    Why would anyone suggest such a path for DELPHI to follow?

That's where the money is.

U. S. Representative Sue Myrick (R-NC), the Chairwoman of the U. S. House of Representatives, comprised of 122 bi-partisan members, on February 9, 2008, in Washington DC, publicly stated that she and most of the members of the caucus agreed with me that the USA has a tremendous probability to lose this global war against Islam, and to become an Islamist country like Lebanon in part or in whole, on or before 2100.

Feel free to contact the Honorable Representative Sue Myrick to verify this. You could also contact the Honorable U.S. Representative Pete Hoekstra

(R-MI). Please also feel free to schedule a meeting with the full Caucus.
Documentation substantiating the preceding is attached.

The book, *America Alone - The End of the World As We Know It* by Mark
Steyn, is highly recommended by the House Anti-Terrorism Caucus (a
recommended reading list from the Caucus is attached). It covers the
demographics which are going to turn all of Western Europe, England, Russia,
Canada, Southeast Asia, and large sections of South and Central America into
Islamist countries on or before 2100. The UN has independently verified the
demographics. Daniel Pipes, head of the Mid-East Forum, one of the Premier
Anti-Islamist organizations in the USA, author of *Militant Islam Reaches America*,
and advisor to President Bush, calls Steyn's demographics "rock solid".
Essentially, the birthrate of the Native Europeans is well below the replacement
rate of 2.1. In some countries it is as low as 1.2. The young population is very
small. Families are only having one child, at best. They have imported "labor"
from the Middle East and North Africa. They Muslims have up to four wives each,
and everyone looks the other way. They bring their additional wives in from
outside of Europe. Between the swelling of the Muslim population, which is very
fertile, and the continued legal and illegal immigration, France and Holland may
have Muslim majorities as early as 2030.

In 2006, about three years ago, I, from my home, E-mailed the then
President of DELPHI, Rodney O'Neal, and the CEO, Steve Smith, and urged
them to both read *America Alone*, to suggest that they should be careful with
their investments in Europe, for they may lose them, and also included an article
I authored called AMERABIA. Mr. O'Neal E-mailed me back, thanked me for
suggesting *America Alone*, which he said he would read, but he had no interest
in reviewing any documentation about the USA losing this war against Global
Islam. In the summer of 2008, Representative Sue Myrick and the Anti Terrorism
Caucus started using the term AMERABIA to describe our future here in the USA
(documentation attached).

As I stated earlier, GM and DELPHI are still joined at the hip. DELPHI
supported GM's successful effort to crush any bills with any improvements to any
gas mileage standards, such as CAFE. For all the badmouthing of CAFE, it is the
only mileage program that has done anything in the last 30 years. DELPHI
supported GM in stating that the market should decide what mileage and type of
vehicles Americans should buy. DELPHI sent us all E-mails at work informing us
that a DELPHI PAC had been formed, where to go on the net to find it and read
up on it, and contribute to it if we so desired (there was no pressure to do so, as
there was in the 50's and 60's). The PACs statements and purpose coincided
with GM's, and they fought tooth and nail against any improvements in mileage,
just so that we could keep funding these Islamists in the Middle East.

Just exactly when did America surrender its National Security to market
forces?

John McCain, in the last campaign, called Islam the "transcendent threat" of our times, and that we had to stop buying oil from "countries that didn't like us very much". Even now President Obama agreed that we needed energy independence, but he also thinks we need oil independence for Global Climate Change Purposes, which is a large part of his ignorance. McCain now knows that Islam has been for the last 1387 years, is now, and will be for the next 1387 years, the transcendent threat. i.e., the transcendent threat for all time. It will only stop being a transcendent threat if we lose this war, as we very well may. McCain now also knows that Global Climate Change is entirely natural and that it is a total waste of time and resources to try to do anything about it other than adapt.

Of the attached documentation, some is from the U.S. House Anti-Terrorism Caucus, the rest has been supplied to the Caucus and is approved and supported by the Caucus. It all contains a great deal of needed information. I didn't have the time, with the short notice, to put the rest of the 1,800 pages (or 4,000 pages) of documentation together to send out for this Motion. With a postponement, I will be able to do that. Attached, listed as the attachments at the end of the letter to the Honorable U. S. Representative Pete Hoekstra, is a listing of the documentation that I supplied to GM and Ford over three years ago, which fully substantiates what is stated herein, and is, once again, fully supported by the U. S. House of Representatives Anti-Terrorism Caucus.

In the documentation provided I state, and support the statements, that the Global Auto Industry, including DELPHI, is supporting the funding of Terrorism, the teaching of hatred of you and I globally and in the USA, the killing of our military in the Middle East, the funding of the Egyptian, Iranian, and Pakistani nuclear bomb and ballistic missile programs, the destruction of our country, our culture and our civilization.

We are living in the 1930's again. Winston Churchill called Mein Kampf the Holy Qur'an of the German Nazis. I, and others, have read and compared both, and Churchill was demeaning *Mein Kampf* with his statement – the Holy Quran is much worse (" kill the unbelievers wherever you find them…". Sura 9.5 from the final and concluding chapter of the Holy Qur'an, for example).

The Prophet Muhammad, who personally beheaded 600 or more surrendered and captured Jewish males, had nine political opponents assassinated, and had a fire built on a Jews chest to torture him into telling where the gold in the peaceful Jewish village the Muslims had just sacked was, is the Hitler of these Islamists. Actually, he is considered to be the most perfect example of a human being that has ever existed, that has come most close to God (an *insan i kamil)* and to be a good human being we have to try acting in his ways, i.e. emulate him in every way. That is why the Mufti of Egypt sent a letter to the Muslims in Iraq in 2004, telling them that cutting the heads off of infidels

was approved by the Prophet. Actually, the Prophet Muhammad makes Hitler sound like a really nice guy you'd like to have for a neighbor.

To make the kind of statements I am making without a great deal of study and documentation, would be foolish. I have studied the subject over 8,000 hours since my epiphany, 9/11/01. I have the documentation; about 1/5 of that is attached, and I have the support and agreement of the House Anti-Terrorism Caucus. Also attached is my bibliography, including over 170 books, with comments.

As The Honorable Geert Wilders, member of the Dutch Parliament, states in an attached document, "in a generation or two America will ask who lost Europe?" In that second generation, we will also ask who lost Canada. There is no Churchill, no Geert Wilders, and no Sue Myrick, for Canada. Geert Wilders states that yes, there are peaceful Muslims, but there is no such thing as peaceful Islam. As I state it, yes, there are peaceful Muslims, but it is not because of their religion, it is in spite of it. The leaders and elites of Europe, England, and Canada, have all already submitted, i.e. surrendered, to these Islamists. The question is, as Geert Wilders puts it, will the people, who know far more than the national leaders do, stand for their country to be slowly destroyed? Will they have any pride in their culture and themselves, and fight back? America is in a close race with Europe and Canada, with the very same problem, except our Demographics say they won't out number non-Muslims, it is just that we have far to many Islamist apologists on their side, and we'll be surrounded and permanently at was with the Muslim World.

One of the best possible outcomes for the USA, is for Europe to have a Civil War, the sooner the better, and the good guys win. Even then, DELPHI may still lose all of its plants in Europe to that struggle.

At the Michigan GOP Leadership meeting at Mackinac Island in September, 2007, I spoke with Former Speaker Newt Gingrich, who is also a Professor Emeritus of History with a Doctorate in History. I reiterated to him his statement that this war against Islam may try the USA more than anything has since our own Civil War. I then said that since the rest of the Western Civilization was going to be demographically at first, violently later, overrun by Islam, that the USA may be tried more than our Civil War tried us in the second half of this century. He replied that I may very well be correct.

We have far too many radical Islamists in the USA, far too many Islamist apologists, far too many Americans that are totally ignorant of Islam, and far too many that are totally unwilling to learn anything about Islam. My inability to convince General Motors, Ford, Visteon, and the Flint Journal, no matter how much documentation is spoon fed to them, to consider learning enough to have an opinion worth having, that can be either promoted or defended in the great

14

marketplace of ideas, helps to convince me that not only is Newt Gingrich correct, but that I am probably also correct.

Rick Wagoner, Chairman of GM, stated to me at the end of last years Stockholder Meeting that he wants to sell cars to the Saudis and make them into our friends. GM also wanted to sell cars to the German Nazis and make them their friends. History is repeating itself. DELPHI, I presume, since it is attached at the hip to GM, believes the same as GM, and should be treated the same.

That is why I suggest that DELPHI should investigate not only funding by the countries of the Middle East, but of re-incorporating there, particularly in Saudi Arabia. That is also why I suggest that the directors and Executives of DELPHI should turn in their US Citizenship, and become citizens of Saudi Arabia. Once again, they would be funded beyond their wildest dreams. But to become a Saudi Citizen, you must become a Muslim first. Then there would no longer be any doubt, as DELPHI sold car parts and systems and consumer products globally, in anyone's mind, especially their own, exactly which side of this war against Terrorism they were on.

If DELPHI is incorporated in Saudi Arabia, beside being wealthy, whatever is left in Europe, even after the European economy crashes by 90% or so, will be Sunni Muslim; ruled by Wahhabism, and DELPHI will have a leg up on all of its competitors. After the USA loses all of its Western Civilization trading partners, our economy may crash by 50-75%, and if we have that 2nd Civil War in 30 or 40 or 50 years, or so, our economy could crash by 90% or more, also – permanently (the 300 million Muslims in the Middle East, without their oil revenue, have the same GNP as 4 million mostly Christian Norwegians. Even with oil, their economies are only the size of Holland and Belgium – about 30 million people). Or we could just surrender, as we currently are. It is called Creeping Sharia, or Stealth Jihad, or Sharia Inch-by-Inch, but we are slowly being cultivated and turned into an Islamist country.

If we lose this war, as the House Anti-Terrorism Caucus and many, but not enough, others believe, then nothing, absolutely nothing else we are discussing today will matter. Sharia law destroys every country and economy it touches. Our economy will crash by 90% if we become an Islamist Country.

Sharia law in Ontario, Canada was narrowly averted in 2006.

If the Bankruptcy Court has no interest in reviewing the attached data, and then acting upon it regarding my OBJECTION to DELPHI's motion, then I would request that all parties return it to me. I can put it to good use elsewhere.

With the requested postponement, I can provide every party with over 4,000 more pages of documentation. I have it now on CD, but to hard copy it and put it on 3.5" discs will take some time.

8.    In the documentation provided, and as noted above there are several other items which affect DELPHI, and all of us that I said I would explain after the financial solution.

I stated in Item 3 that the financial solution would also resolve the immorality problem. As Muslims, DELPHI's beliefs would be their mainstream beliefs, which are Taqqiya and Kithman. These are the Islamic beliefs that tell Muslims to lie to non-Muslims, primarily to hide the true nature of their religion, but it is endemic in all Muslim cultures, and to misdirect, or omit information regarding the true nature of Islam to all non-Muslims. DELPHI could then misstate the truth, misdirect the information, or omit the information to its salaried employees and retirees and have a religious commandment to do so. Our own American Muslims lie to us all day long (believe me, I have been to enough open houses and have received enough information from CAIR [Council on American-Islamic Relations], which, as the FBI now states, is just a front group for Hamas, and every other Islamist group in the USA, to know that lying is endemic with them).

In Item 4 I alluded to the ignorance that DELPHI had regarding some of the things it was working on.

Part of the documentation that I didn't have time to prepare, and that I am taking to Washington DC, is that Man-Made Global Warming is a Myth. Per NASA, 1934 is the warmest year in the last 129 years. Since atmospheric $CO_2$, anthropogenic or otherwise, has increased 25% since 1934, but the temperature has dropped, and we have now had 10 years of global cooling since 1998, then atmospheric $CO_2$ must cause Global Cooling. Obviously it is more complicated than that, but if you believe in man-made $CO_2$ causing Global Warming and that Global Warming is bad, then you are going to do research and pilot projects on things that America doesn't need and doesn't have enough resources to waste its time on that will have zero effect on the climate. The board of Ford Motor Company, including the greatest green of all, Bill Ford, now believes that Climate Change is Natural, and not due to $CO_2$. The Vice-Chairman of GM, Bob Lutz, called Global Warming, or more exactly man-made global warming "expletive deleted". He is correct, and I enumerated the same information to GM last year as I did to Ford, which may have helped convince Mr. Lutz to make his public statement and stand behind it on 60 minutes.

Allah never said anything about Global Climate Change. The Muslim of the world, with economies in tatters, as the Middle East is without oil, don't have the money or resources to care one bit about climate change. Later this century, nobody in the entire world is going to care, one way or the other – we'll be too busy just surviving.

China will sit on the sidelines, neutralize India, and let the USA and the Muslims have at each other, figuring they'll pick up the pieces. DELPHI's investment in China won't be worth much later this century either. Since Japan and South Korea won't become Islamist, we are safe that way, but their populations may shrink by 50% or more by 2050, for they, especially Korea, have the lowest birthrates in the world. They will be so under-populated, with such an aging population, that they won't be able to help us much either.

Given that ceasing to fund our destruction by buying oil from the Middle East is very important, and that Global Climate Change is Natural, then DELPHI can start putting its research dollars into doing the right things for energy independence. Trading oil dependence for Nickel dependence from Islamist Canada, besides the unbelievable pollution making batteries and disposing of them creates, is really not a good idea. Using Lithium from Bolivia for batteries, which has a radical semi-Communist government today, and will probably have an Islamist one in twenty or thirty years, is not a good idea either. I would truly question the viability of a Hydrogen Infrastructure, which brings fuel cells into question.

I would suggest Methanol (wood alcohol, not ethanol [grain alcohol]), is the correct answer for energy independence, and DELPHI could lead that charge. The documentation for this can be provided upon request.

Once again, am I wandering far a-field here? These are all important items if DELPHI is going to survive in any form, and there is some promise that DELPHI could use its retirees again, for we are not out of date or incorrect for DELPHI's flawed strategies. Dropping our Health Care would take us out of the market and area, and DELPHI will never be able to hire such a level of competence and dedication ever again. As a Saudi Arabian Corporation, funded beyond anyone's wildest dreams, DELPHI could easily expand globally, as well as in the USA, for at least a while.

Another subject that is intimated at in the attached documentation, which is also incredibly important and can be provided if the Motion is postponed, is that President Obama will make Neville Chamberlain look like the best Prime Minister England ever had vis-à-vis the USA, or Jimmy Carter look like the best President the USA ever had, in comparison. All the Muslims and Muslim groups globally, as well as in the USA, such as CAIR, cheered and applauded his election victory, his nomination, and his apology to the Islamist world on al-Arabia, which was a craven surrender to Islam. As I documented to U.S. Senator Lindsey Graham, and some others, his beliefs and policies are going to go a long way to help the USA lose this Global War 10 to 30 years sooner than if McCain had been elected.

That makes it even more imperative that we stop funding our demise, don't go off a cliff doing the wrong things on Global Warming, and do the right

things on energy policy for energy independence, for getting those three wrong will delay our energy independence, and hasten our fall. Once again, DELPHI plays a major part in this, and success makes the need to cut involuntary retiree health care funding totally and immediately, unnecessary.

Given the incredible ignorance of the Directors and Executives of DELPHI of Islam, Global Warming, and Energy Policy, as well as their penchant for misstatement, misdirection, and omission, and their mis-management, the real open question should be whether DELPHI needs new Directors and Executives.

I am formally petitioning the Court to deny DELPHI's Motion, for it was made without sufficient basis or necessity, and in unnecessary great haste.

If DELPHI is unwilling to review, discuss, and debate, if needed, the attached information; then they are still going to continue to support  these terrorists that are taking over this country and that will destroy us. In that case, the Court should regard them with great distaste and disdain, the same as it would with German Nazi supporters in 1942. In that case, the Court should order DELPHI to explore the proffered financial options, and continue to fund the retirement health care for salaried retirees as they intended to until their mismanagement in a declining market left them no other choice. If DELPHI pursues those financial options with the fervor they should, they should be fully explored, and implemented within six months. Then DELPHI can continue to fund the salaried retiree health care until the trust fund is fully funded, which should also be in short order.

If DELPHI is willing to review, discuss, and debate, if needed, the attached and the able to be provided with more lead time information, then it should be able to start making some smart decisions which will make the company a success, and should allow the company to continue to fund the retiree health care programs. If it can't, then there should be no doubt that DELPHI needs new Directors and Executives that can properly Manage DELPHI.

Within this documentation, before the Attachments, i.e. immediately after this OBJECTION, are two orders for the Court to consider signing. One is to deny in its entirety DELPHI's MOTION. The Other is to Postpone the decision and hearing for six months. Please use this OBJECTION and the attached data, along with the OBJECTIONS from other DELPHI salaried retirees, to make you decision on which order you should approve.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Date: <u>February 12, 2009</u>          Signature:_____

Name:     Fredrick P. Wilson

Address: 1305 Rollins St.

             Grand Blanc, MI  48439

             Ph: (810) 694-6628

Cell:        (810) 423-4957

E-mail:     FredrickPWilson@aol.com


**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

ATTACHMENTS

A) IMPROVE MPG TO STOP FUNDING THE KILLING OF OUR TROOPS
    – by F.P. Wilson – (NOTE: Presentation made to GM, Ford, and Visteon
    in their Annual Stockholder meetings, spring 2008)

B) IMPROVE MPG TO STOP FUNDING THE TEACHING OF HATRED
    BY SAUDI ARABIA – by F.P. Wilson (NOTE: Some of this material was
    presented at the GM and Ford meetings in 2006, and it was formally
    presented in 2007)

C) GM needs new Directors to survive and thrive – by F.P.Wilson

D) Letter to the Honorable US Senator Lindsey Graham (R-SC) – by F.P.Wilson
    (NOTE: The information in this letter was used in a campaign speech by
    Senator John McCain on Thursday, October 30, 2008, after an emergency
    meeting of his campaign national security staff, chaired by Senator
    Graham, to discuss this material)
    (NOTE: The attachments below, items E through J, inclusive, plus two CD
    books, were the attachments to Senator Graham)

E) "People Need to Understand Wahhabi Threat to the US", Editorial by F.P.
    Wilson in the Flint Journal 28MAR2008

F) News Release by the office of the Honorable U.S. Representative Sue Myrick

G) THE WAR AT HOME: WHEN WILL WE OPEN OUR EYES? Editorial by The
    Honorable U.S. Representative Sue Myrick

H) "Congressional Paul Revere Warns Nation About Islamofascist Threat" by
    Paul Sperry in Investors Business Daily

I) "Amerabia: The Islamicization of the U.S." by Center for Security Policy (Note
    how they, and Representative Myrick, have started using my term,
    AMERABIA) (I have subsequently conversed with Ms. Myrick's office
    concerning this and received written thanks)

J) "The 1930's – Again" – by F. P. Wilson

K) Letter to the Honorable U.S. Representative Pete Hoekstra – by F.P. Wilson
    (NOTE: The attachment list of this letter covers the majority of the
    documentation that I can provide the court – it is currently available on
    CD)

L) "Local Man Questions McCain at Grand Rapids Townhall Meeting"
    by F.P. Wilson Letter to the Editor (Flint Journal)

M) Introduction to *NOBAMA* – by F.P. Wilson

N) Bibliography with comments of over 170 books F.P.Wilson has read, studied,
and used in this and other documentation.

O) Anti-Terrorism Caucus & Recommended Reading
– by the Honorable U.S. Representative Sue Myrick

P) AMERICA ALONE – or AMERABIA – by F.P.Wilson
(NOTE: This and the following items, N through NN are almost all short,
management summaries authored by F.P. Wilson for and provided to the
Republican National Committee – exceptions will be noted)

Q) The Holy Quran is the Mein Kampf of Islam

R) THE USA AS LEBANON - HEADED TO BECOMING SYRIA

S) In a Generation or Two  the US will ask itself -who lost Europe
- by The Honorable Geert Wilders, Member of the Dutch Parliament

T) Congressional Heroine

U) Bye Bye Israel - Bye Bye USA

V) AMERABIA

W) Loose Nukes in Terrorist Hands Will Not be a Problem in the Future

X) Save all of our resources to fight against Radical Islam

Y) Kill the Unbelievers Wherever You Find Them

Z) Christians are treated Worse Than 2nd Class Citizens

AA) Women are Treated WorseThan 2nd Class Citizens by Islam

BB) The Prophet Muhammad is al-insan al-kamil - the ideal man

CC) Lying to Non-Muslims is a Mainstream Islamic Teaching

DD) FBI Cuts Off CAIR Over Hamas Questions
- by Mary Jacoby - *IPT News*

EE) American Mosques are Teaching Hatred of America Americans and all Non-
Muslims

FF) Islam is the Bloodiest Ideology the Earth Has Ever Seen

GG) Islam Ran the African Slave Trade in Both Directions

HH) Explanation Of Islamic Writings And Authors

II) Islam's Racist Quotations

JJ) IslamoNazis is the Correct Term to call Islamists-I

KK) IslamoNazis is the Correct Term to call Islamists-II

LL) IslamoNazis is the Correct Term to call Islamists-III

MM) Islamophobia Exposed

NN) An American Death Threat

OO) Recommended Reading from the House Anti Terrorism Caucus (Updated, but shortened version of Attachment (L) above)

PP) Nothing Will Deter Iran's Fanatical Ayatollahs From Using Nukes

QQ) The USA, not Israel, is Responsible for Iran and Should Bomb Iran

RR) – ISLAM UNDRESSED – A critical Analysis of "Real Islam", Its People, Culture, Philosophy, and Practices Yesterday and Today. – by VernonRichards
(NOTE: This 500 page article is approved by the House Anti-Terrorism Caucus, and is highly recommended by Brigitte Gabriel, author and Chairman of ACT, an Anti-Islamist Group, who gave a presentation before the Caucus for over an hour in 2007)

SS) "TO OUR GREAT DETRIMENT": IGNORING WHAT EXTREMISTS SAY ABOUT *JIHAD* (with appendices) – by Stephen Collins Coughlin Major, Military Intelligence, USAR NDIC Class 2007
(NOTE: This 333 page Thesis by Major Coughlin is on the House Anti-Terrorism Caucus recommended reading list)