# United States Bankruptcy Court

## Southern District of New York

| | |
|---|---|
| In re:  DELPHI CORPORATION, et al<br>        5725 DELPHI Dr.<br>        Troy, Michigan 48098<br><br>                Debtors. | )<br>)<br>) Case No: 05-44481 (RDD)<br>)<br>) (Jointly Administered)<br>)<br>) Chapter: 11<br>) |

### OBJECTION TO MOTION – REQUEST FOR DENIAL

DELPHI CORPORATION has filed papers with the court for the following motion:

MOTION FOR ORDER UNDER 11 USC $$ 105, 363(b)(1), and 1108 CONFIRMING DEBTORS AUTHORITY TO TERMINATE EMPLOYER-PAID POST-RETIREMENT HEALTH CARE BENEFITS AND EMPLOYER-PAID POST-RETIREMENT LIFE INSURANCE BENEFITS FOR CERTAIN (A) SALARIED EMPLOYEES AND (B) RETIREES AND THEIR SURVIVING SPOUSES

("SALARIED OPEB TERMINATION MOTION")

I, FREDRICK P. WILSON, DELPHI SALARIED INVOLUNTARILY RETIRED RETIREE, HAVE FILED PAPERS OBJECTING TO THE ABOVE MOTION, WHICH PUT FORWARD THE VALID AND IRREFUTABLE REASONS THIS OBJECTION SHOULD BE GRANTED AND THE "SALARIED OPEB TERMINATION MOTION" SHOULD BE DENIED.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

1

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

      1.     This Court has core jurisdiction over these chapter 11 cases and the parties and property affected hereby.

      2.     The MOTION made by DELPHI Corporation that is OBJECTED to is denied in its entirety.

      3.     The Debtors are directed to investigate the financing options enumerated in the OBJECTION by Mr. Wilson.

      4.     This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

Dated: February _____, 2009
       New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE