February 11, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Honorable Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 8, 2005
Document # 14705, dated February 4, 2009, to Cancel OPEB (Health Insurance Benefits) for all Retirees

Dear Judge Drain:

This letter is to raise **OBJECTION to Document #14705** filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

I am still an active employee but I am speaking up on behalf of my friends that have retired or are ready to. This document was filed with no previous warning to any of the current employees and retirees of Delphi Corporation. It was only made known via a letter on February 5, 2009, which gives little time to file objections, so I'll be brief.

Many of our most recent retirees of Delphi were **retired by the company** and **not by the choice of the employee.** If they had the choice, most of these people would have chosen to stay if they knew they would soon be losing their health care.

This is a terrible time to retire anyway, with the current state of the economy and rising cost of living. Stock Savings Plans have lost 40 – 60 % of their value. Home values have dropped significantly and even if these folks can sell their houses, they won't get what they need. Also banks have cut back on lending so even refinancing may not be an option. Now they lose health care? It's like throwing a drowning man an anchor. We should not allow businesses to pass this type of burden on to society. This country should be better than that.

This course of action is also not equitable in that it is only affecting the salaried employees. The hourly employees that have or will retire still retain their health care. They have a union that speaks for them. **Who will speak for us?**

**I hope that it will be you. Please REJECT this motion.**

Sincerely yours,
Skip Mieney
6734 Hessenthaler Road
Byron, NY 14422
585-469-6084 (cell)