To: Honorable Robert D. Drain  
    United States Bankruptcy Judge for the  
    Southern District of New York

Date: February 9, 2009

From: Tony E. Key  
    6369 North Range Road  
    LaPorte, Indiana 46350

Subject: Delphi Corporation Hearing to Terminate Employer Paid Post Retirement Health and Life Insurance

Honorable Robert D. Drain,

I was notified February 5, 2009 of the above subject hearing. I retired from Delphi Corporation January 1, 2004 after 31 years 7 months service to General Motors and Delphi. Retirement was my only option since my product unit (batteries) was being sold, and no other design or engineering jobs were available to me. I was able to find employment for three and one half years after my retirement from Delphi. With the poor economy, I was separated from this job last week. The prospect of acquiring another job looks very bleak considering the number of people unemployed at this time.

I strongly object to this health and life insurance termination because of the short notice, and Delphi's lack of commitment in finding me another job in 2003. The only choice I had at the time was retirement. Early retirement did not allow me to work to full retirement age to be able to acquire Medicare. I will be 55 years old this year.

Sincerely,  
Tony E. Key

*Tony E. Key*