PLEASE FILE THIS LETTER AS A MOTION TO **OBJECT** TO DOC. #14705

To: HONORABLE JUDGE ROBERT D. DRAIN

RE: FEB. 11 2009 DELPHI CORP. CASE # 05-44481 FILED OCT. 8 2005 DOCUMENT #14705 TO CANCEL OPEB (HEALTH INSURANCE BENEFITS) FOR ALL RETIREES

Your Honor,

I OBJECT TO DELPHI'S SALARIED OPEB TERMINATION MOTION. DELPHI IS CREATING AN UNREASONABLE STATE OF PANIC EVEN ADMITTING IN BULLET 7 OF THEIR PRELIMINARY STATEMENT OF THE "MOTION" THAT NO FORMAL VALUATION OF THE REVISED BUSINESS PLAN HAS BEEN COMPLETED.

UNSUBSTANTIATED INFORMATION COLLECTED BY DELPHI BASED ON FORCASTS & ANTICIPATED EVENTS IS AN ATTEMPT BY DELPHI TO CONVINCE THE COURT THAT THE "ONLY" OPTION IS TO UNILATERALLY TERMINATE THESE BENEFIT PROGRAMS, SPECIFICALLY THE MEDICAL COVERAGES.

ON BEHALF OF CURRENT AND FUTURE DELPHI RETIREES I URGE THE COURT TO ENGAGE ALL PARTIES INVOLVED TO INVESTIGATE THE BENEFITS TO DELPHI OF "MODIFICATIONS" TO THESE PROGRAMS RATHER THAN TERMINATING THEM COMPLETELY.

RESPECTFULLY, DAVID L. CLUTE
PH. 765-620-7916

FEB. 11 2009
DAVID L CLUTE
1502 S. RANGELINE RD.
ANDERSON IN. 46012
1-765-620-7916

[RECEIVED FEB 17 2009 U.S. BANKRUPTCY COURT, SDNY]