Reference: Case No. 05-44481 (RDD)
Delphi Corporation, et al., Debtors

To: Honorable Robert D Drain
United States Bankruptcy Judge

CC: Delphi Corporation

From: William P. Winstead III
Retired, Salary, from Delphi Corpration
SSN: 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
Hired: June 1969, retired: June 2000

Objection:
Delphi Corporation proposes to terminate retired salary health care on or before April 1, 2009. According to information given by the Delphi National Benefit Center Notice of Cancellation of Insurance will not be sent out until that date. In my particular case my spouse and myself can not obtain health care coverage though her employer without that Notice at least thirty days prior to coverage beginning. Thus Delphi's actions are forcing a period of at least 30 days when we will be without coverage. This situation was acknowledged by the Delphi National Benefit Center.

Solution: Direct Delphi Corporation to continue health care coverage fore 30 days after issuing personalized certificate of cancellation of coverage.

I apologize for any deficiencies in format.

Sincerely

William P. Winstead III
2311 Dena Dr.
Anderson, IN 46017
765-378-4468