Honorable Robert D. Drain
United States Bankruptcy Judge
One Bowling Green
Room 610
New York, New York 10004

February 11, 2009

Your Honor,

I am scared to death!

I worked for GM for 33 years. I never drew unemployment and worked every day for all those years. I was a millwright by trade and was a member of the UAW for 18 years at which time I went on salary and worked as a supervisor. Our division spun off and became Delphi. I tried to transfer back to GM – the corporation would not let me. I was 'retired' after three years due to downsizing. I was only 55 – I have six children – I was NOT ready to retire! I picked up any work I could find, I got my CDL and drove semi for a while, I worked as a consultant for contract companies, drove truck for farmers, handyman work, anything I could find. Eventually after I became eligible for Social Security and work became harder and harder to find I gradually did retire. We were struggling but did manage. About three years ago Delphi announced that they would no longer pay for health insurance once I turned 65, another blow to the dwindling bank account. Now I'm losing everything! I thought I had all my bases covered – worked hard for GM/Delphi for 36 years thinking I was doing okay and would retire comfortably one day and now I'm losing all my benefits! I can barely afford to heat my home. My wife is 61 and will have NO HEALTH INSURANCE!

Being a salary worker the company was not forced to offer these benefits. They offered them as an incentive to leave the umbrella of the UAW and work for the company – they agreed to the benefits – I agreed to accept them. NOW when there are no other options open to me they are welshing on their agreement. I am totally disillusioned.

PLEASE DON'T LET THIS HAPPEN!!!!!

Clare A. Drexler

*Clare A Drexler*

809 S. Main St.
Chesaning MI 48616-1737