UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, | Case No. 05-44481 |
| Debtors. | Jointly Administered |

### NOTICE OF WITHDRAWAL FROM ECF NOTIFICATION

Attorney Seth A. Drucker requests to be removed from the electronic filing in reference to the above captioned bankruptcy case. Mr. Drucker no longer holds an interest in the proceedings.

Email address to be removed: sdrucker@honigman.com, effective immediately.

Honigman Miller Schwartz and Cohn LLP

By: /s/ Seth A. Drucker
Seth A. Drucker
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7626
Email: sdrucker@honigman.com

Dated: February 23, 2009

DETROIT.3528834.1