**Hearing Date: February 24, 2009**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti
Thomas J. Matz

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                        :
   In re                                :    Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :    Case No. 05-44481 (RDD)
                                        :
                          Debtors.      :    (Jointly Administered)
                                        :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## PROPOSED FORTIETH OMNIBUS HEARING AGENDA

Location Of Hearing:    United States Bankruptcy Court for the Southern District of New York,
                        Alexander Hamilton Custom House, Room 610, 6th Floor, One
                        Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

     A.     Introduction

     B.     Continued Or Adjourned Matters (None)

     C.     Contested Matters (5 Matters)

     D.     Uncontested, Agreed, Or Settled Matters (5 Matters)

     E.     Adversary Proceedings (None)

**B.**     **Continued Or Adjourned Matters**[*] (None)

**C.**     **Contested Matters**

     1.     **" Salaried OPEB Termination Motion "** Motion for Order Under 11 U.S.C. §§ 105, 363(b)(1), and 1108 Confirming Debtors' Authority to Terminate Employer-Paid-Post-Retirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (Docket No. 14705)

| | |
|---|---|
| *Responses filed:* | *See responses listed on Exhibit A, Exhibit B, and Exhibit C hereto.* |
| *Reply filed:* | *An omnibus reply will be filed.* |
| *Related filings:* | *None.* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

---

[*]     Motions found at the following docket numbers that appeared on previous Proposed Hearing Agendas have been voluntarily withdrawn from the agenda and would need to be re-noticed under the Case Management Order to be reinstated on an agenda: Docket Nos. 213, 4689, 4778, 4912, 5229, 5153, 6723, 6690, and 12833 (KECP Emergence Incentive Program, Equity Security Holders' Ex Parte Motion To File Supplemental Objection To STN Motion Under Seal, Mercedes-Benz U.S. International, Inc.'s Motion to File Claims, Methode Electronics, Inc.'s Setoff Motion, Computer Patent Annuities Limited's Motion To Assume Or Reject Executory Contract, Motion Of Sumida America Inc. To Allow Setoff/Recoupment And For Relief From Automatic Stay, ATEL Leasing Corporation's Motion To Allow Administrative Claim, and Debtors' Omnibus Objection to Claims for Postpetition Interest , respectively). In addition, the following adversary proceedings have also been withdrawn from the agenda and would be subject to re-noticing to be reinstated on a hearing agenda: NYCH LLC d/b/a RCS Computer Experience Adv. Pro. No. 06-01902, Docket No. 1 (Complaint To Recover Property Of The Estate), L&W Engineering Adv. Pro. No. 06- 01136, Docket No. 22 (Motion For Summary Judgment), Aksys Ltd. Adv. Pro. No. 06-01677, Docket No. 2 (Summons And Notice), and National Union Fire Insurance Company Of Pittsburgh, PA Adv. Pro. No. 07-01435, which has been settled as part of the MDL settlement and will be resolved upon the Court's approval of the MDL settlement.

2.  Application to Appoint an Official Committee of Retired Employees Receiving Retiree Benefits Not Covered by a Collective Bargaining Agreement (Docket No. 14882)

   *Responses filed:*      *A response will be filed.*

   *Reply filed:*          *None.*

   *Related filings:*      *None.*

   *Status:*               *The hearing with respect to this matter will be proceeding.*

3.  Motion to Shorten Notice With Respect To Affected Retirees' Motion to Appoint Official Retiree Committee Pursuant to 11 U.S.C. 1114(d) (Docket No. 14885)

   *Responses filed:*      *A response will be filed.*

   *Reply filed:*          *None.*

   *Related filings:*      *None.*

   *Status:*               *The hearing with respect to this matter will be proceeding.*

4.  Motion to Appoint Official Retiree Committee Pursuant to 11 U.S.C. § 1114(d) (Docket No. 14886)

   *Responses filed:*      *A response will be filed.*

   *Reply filed:*          *None.*

   *Related filings:*      *Response In Conditional Support Of Motion To Appoint Official Retiree Committee Pursuant To 11 U.S.C. Section 1114(d) (Docket No. 16297)*

   *Status:*               *The hearing with respect to this matter will be proceeding.*

5.  Motion to Appoint / Motion for the Court to Appoint Legal Counsel to Represent the Salaried Employees, Retirees and Surviving Spouses and to Stay Termination of Benefits and Related Proceedings. (Docket No. 15283)

   *Responses filed:*      *A response will be filed.*

   *Reply filed:*          *None.*

   *Related filings:*      *None.*

3

*Status:*          *The hearing with respect to this matter will be proceeding.*

**D.    Uncontested, Agreed, Or Settled Matters**

6.    "**Anaheim Sale Motion**" - Motion For Orders Under 11 U.S.C. §§ 363, 365, 1123, and 1146 and Fed. R. Bankr. P. 2002, 6004, 6006, and 9014(a)(i) Approving Bidding Procedures, (II) Granting Certain Bid Protection, (III) Approving Form and Manner of Sale Notices, and (IV) Setting Sale Hearing Date and (B) Authorizing and Approving (I) Sale By Delphi Automotive Systems LLC of Certain Real Property Located in Anaheim, California and (II) Assumption and Assignment of Related Executory Contract (Docket No. 14701)

*Responses filed:*          *None.*

*Reply filed:*          *None.*

*Related filings:*          *None.*

*Status:*          *The hearing with respect to this matter will be proceeding.*

7.    "**Lautzenhiser Technologies, LLC Stay Modification Motion**" - Motion for Order Under 11 U.S.C. § 362(d)(1) and Fed. R. Bankr. P. 4001(d)(1) Approving Agreement to Modify Automatic Stay to Allow Lautzenhiser Technologies, LLC to Assert Claims Against Delphi Medical Systems Corporation in Pending Patent Litigation (Docket No. 14702)

*Responses filed:*          *None.*

*Reply filed:*          *None.*

*Related filings:*          *None.*

*Status:*          *The hearing with respect to this matter will be proceeding.*

8.    "**Accommodation Amendment Motion**" - Motion for Order Authorizing Debtors to (I) Enter Into Amendment to Accommodation Agreement With Certain Participation DIP Lenders and (II) (A) Enter Into Related Documents and (B) Pay Fees and Expenses in Connection Therewith (Docket No. 14703)

*Responses filed:*          *None.*

*Reply filed:*          *None.*

4

*Related filings:*        *None.*

*Status:*        *The hearing with respect to this matter will be proceeding.*

9.    **"GM Arrangement Third Amendment Approval Motion"** - Motion for Order Authorizing Debtors to Enter Into (I) Third Amendment to Arrangement With General Motors Corporation and (II) Amendment to Partial Temporary Accelerated Payment Agreement With General Motors Corporation (Docket No. 14704)

*Responses filed:*        *None.*

*Reply filed:*        *None.*

*Related filings:*        *None.*

*Status:*        *The hearing with respect to this matter will be proceeding.*

10.    **"Special Counsel Retention Confirmation Motion"** - Debtors' Motion Pursuant to 11 U.S.C. §§ 327(a), 328(a), 329, 363, and 504 to Confirm Engagement and Retention of Special Counsel in Connection With Plan Investor Litigation (Docket No. 14706)

*Responses filed:*        *Statement of the Official Committee of Unsecured Creditors with Respect to the Debtors Motion for an Order Confirming the Engagement and Retention of Special Counsel in Connection with the Plan Investor Litigation (Docket No. 14883)*

*Reply filed:*        *None.*

*Related filings:*        *None.*

*Status:*        *This matter has been resolved and the hearing with respect to this matter will be proceeding.*

**E.**    **Adversary Proceedings (None)**

Dated: New York, New York

     February 23, 2008

<div style="margin-left: 40%;">

SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr.
    John K. Lyons
    Ron E. Meisler

333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700

   - and -

By: /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti
    Thomas J. Matz

Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

</div>

## EXHIBIT A

## RESPONSES RECEIVED ON OR PRIOR TO FEBRUARY 17, 2009
## TO SALARIED OPEB TERMINATION MOTION

1.      Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14721)

2.      Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14722)

3.      Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14723)

4.      Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14724)

5.      Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14725)

6.      Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14726)

7.      Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14727)

8.      Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14728)

9.      Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14729)

10.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14730)

11.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14731)

12.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14732)

13.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14733)

14.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14734)

15.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14735)

16.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14736)

17.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14737)

18.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14738)

19.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14739)

20.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14740)

21.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14741)

22.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14742)

23.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14743)

24.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14744)

25.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14745)

26.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14746)

27.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14747)

28.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14748)

29.     Objection to Motion To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14749)

30.     Objection to Motion To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14750)

31.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14751)

32.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14752)

33.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14753)

34.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14754)

35.     Objection to Document #14705 to Cancel OPEB (Docket No. 14757)

36.     Objection to Document #14705 to Cancel OPEB (Docket No. 14758)

37.     Objection to Document #14705 to Cancel OPEB (Docket No. 14759)

38.     Objection to Document #14705 to Cancel OPEB( Health Care Benefits) (Docket No. 14760)

39.     Objection to Document #14705 to Cancel OPEB( Health Care Benefits) (Docket No. 14761)

40.     Objection to Document #14705 to Cancel OPEB( Health Care Benefits) (Docket No. 14762)

41.     Objection to Document #14705 to Cancel OPEB( Health Care Benefits) (Docket No. 14763)

42.     Objection to Motion Objection to Motion for Order Under 11 USC Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and their Surviving Spouses (Docket No. 14765 and Docket No. 16238)

A-3

43.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14768)

44.     Objection and Letter in Opposition to Delphi's Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (Salaried OPEB Termination Motion") (Docket No. 14769)

45.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14770)

46.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid And (B) Retirees And Their Surviving Spouses (Docket No. 14771)

47.     Objection and Letter in Opposition to Delphi's Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (Salaried OPEB Termination Motion") (Docket No. 14772)

48.     Objection to Document #14705 Re: to Cancel OPEB( Health Care Benefits) (Docket No. 14773)

49.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14774)

50.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14775)

51.     Objection Re: Delphi's Motion to Suspend Salaried Retiree Health and Life Insurance Benefits (Docket No. 14776)

52.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14777)

53.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14778)

54.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14779)

55.     Objection and Letter in Opposition to Delphi's Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (Salaried OPEB Termination Motion") (Docket No. 14780)

A-4

56.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14781)

57.     Objection to Document #14705 Re: to Cancel OPEB( Health Care Benefits) (Docket No. 14782)

58.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14783)

59.     Objection Re: Motion Confirming Debtors' Authority to Terminate Employer Paid Post Retirement Health Care Benefits and Employer Paid Post Retirement Life Insurance Benefits for Certain (A )Salaried Employees and (B )Retirees and their Surviving Spouses (Docket No. 14784)

60.     Objection to Document #14705 Re: to Cancel OPEB( Health Care Benefits) (Docket No. 14785)

61.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14786)

62.     Objection to Motion (Docket No. 14787)

63.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14788)

64.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 14789)

65.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14790)

66.     Objection to Motion (Docket No. 14791)

67.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14792)

68.     Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (the Motion") (Docket No. 14793)

69.     Objection to Motion (Docket No. 14794)

70.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14795)

71.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 14796)

72.     Objection to Motion (Docket No. 14797)

73.     Objection to Motion to Cancel OPEB Health Insurance Benefits (Docket No. 14798)

A-5

74.      Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 14799)

75.      Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14800)

76.      Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14801)

77.      Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 14802)

78.      Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14803)

79.      Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 14804)

80.      Objection to Motion (Docket No. 14805)

81.      Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses. (Docket No. 14806)

82.      Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14807)

83.      Objection to Motion (Docket No. 14808)

84.      Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14809)

85.      Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14810)

86.      Objection to Motion (Docket No. 14811)

87.      Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (Docket No. 14812)

88.      Objection to Motion (Docket No. 14813)

89.      Objection to Motion (Docket No. 14814)

90.      Objection to Motion (Docket No. 14815)

91.      Objection to Motion (Docket No. 14816)

A-6

92.     Objection to Motion (Docket No. 14817)

93.     Objection to Motion (Docket No. 14818)

94.     Opposition Brief Opposition To Motion For Order Under 11 U.S.C. Sections 105, 363(B)(1) And 1108 Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14819)

95.     Objection to Motion (Response and Limited Objection of International Union, UAW to Debtors' Salaried OPEB Termination Motion) (Docket No. 14822)

96.     Objection to Motion (Docket No. 14823)

97.     Objection to Motion (Docket No. 14825)

98.     Objection to Motion (Docket No. 14826)

99.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14827)

100.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14828)

101.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid (Docket No. 14829)

102.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14830)

103.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14831)

104.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14832)

105.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14833)

106.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14834)

107.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14835)

A-7

108.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14836)

109.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14837)

110.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14838)

111.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14840)

112.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14841)

113.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14842)

114.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14844)

115.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14845)

116.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14846)

117.    Objection to Motion (Docket No. 14847)

118.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14848)

119.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14849)

120.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14850)

121.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14851)

122.    Objection to Motion (Docket No. 14852)

123.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14853)

124.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14854)

125.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14855)

126.    Objection to Motion (Docket No. 14856)

127.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14857)

128.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14858)

129.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14859)

130.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14860)

131.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14861)

132.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14862)

133.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14863)

134.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14864)

135.    Objection to Motion (Docket No. 14865)

136.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14866)

137.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 14867)

138.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14868)

139.     Objection to Motion (Docket No. 14869)

140.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 14870)

141.     Objection to Motion (Docket No. 14871)

142.     Objection to Motion and Memorandum of Law (Docket No. 14872)

143.     Objection to Motion (Docket No. 14873)

144.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 14874)

145.     Objection to Motion (Docket No. 14875)

146.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 14876)

147.     Objection to Motion (Docket No. 14878)

148.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 14879)

149.     Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (Docket No. 14880)

150.     Statement of the Official Committee of Unsecured Creditors with Respect to the Debtors Motion for an Order Confirming Their Authority to Terminate Employer-Paid Post-Retirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (Docket No. 14881)

151.     Statement of the Official Committee of Unsecured Creditors with Respect to the Debtors Motion for an Order Confirming the Engagement and Retention of Special Counsel in Connection with the Plan Investor Litigation (Docket No. 14883)

152.     Objection to Motion to Authorize Motion for Order Under 11 U.S.C Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 14888)

153.     Objection to Motion to Authorize Motion for Order Under 11 U.S.C Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 14889)

154.     Objection to Motion to Authorize Motion for Order Under 11 U.S.C Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 14890)

A-10

155.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 14891)

156.    Objection to Motion to Terminate Health and Life Insurance Benefits (OPEB) (Docket No. 14892)

157.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 14893)

158.    Objection to Motion to Terminate Health and Life Insurance Benefits (OPEB) (Docket No. 14894)

159.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 14895)

160.    Objection to Motion (Docket No. 14896)

161.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 14897)

162.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 14898)

163.    Objection to Motion (Docket No. 14899)

164.    Objection to Motion (Docket No. 14900)

165.    Objection to Motion (Docket No. 14901)

166.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 14902)

167.    Objection to Motion (Docket No. 14903)

168.    Objection to Motion (Docket No. 14904)

169.    Objection to Motion (Docket No. 14905)

170.    Objection to Motion (Docket No. 14906)

171.    Objection to Motion (Docket No. 14907)

172.    Objection to Motion (Docket No. 14908)

173.     Objection to Motion (Docket No. 14910)

174.     Objection to Motion (Docket No. 14911)

175.     Objection to Motion (Docket No. 14912)

176.     Objection to Motion (Docket No. 14913)

177.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 14914)

178.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 14915)

179.     Objection to Motion to Authorize Motion for Order Under 11 U.S.C Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 14916)

180.     Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (Docket No. 14917)

181.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 14918)

182.     Objection to Motion (Docket No. 14919)

183.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 14920)

184.     Objection to Motion (Docket No. 14921)

185.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 14922)

186.     Objection to Motion (Docket No. 14923)

187.     Objection to Motion (Docket No. 14924)

188.     Objection to Motion to Authorize Motion for Order Under 11 U.S.C Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 14925)

189.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 14926)

190.     Objection to Motion (Docket No. 14927)

191.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 14928)

192.     Objection to Motion (Docket No. 14929)

193.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits)

194.     Objection to Motion (Docket No. 14931)

195.     Objection to Motion (Docket No. 14932)

A-12

196.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14933)

197.    Objection to Motion (Docket No. 14934)

198.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14935)

199.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 14936)

200.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14937)

201.    Objection to Motion (Docket No. 14938)

202.    Objection Re: Motion Confirming Debtors' Authority to Terminate Employer Paid Post Retirement Health Care Benefits and Employer Paid Post Retirement Life Insurance Benefits and Employer Paid Post Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and their Surviving Spouses (Docket No. 14939)

203.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14940)

204.    Objection to Motion (Docket No. 14941)

205.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14942)

206.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14943)

207.    Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (Docket No. 14944)

208.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14945)

209.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14946)

210.    Objection to Motion (Docket No. 14947)

A-13

211.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 14948)

212.    Objection Re: Motion Confirming Debtors' Authority to Terminate Employer Paid Post Retirement Health Care Benefits and Employer Paid Post Retirement Life Insurance Benefits and Employer Paid Post Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and their Surviving Spouses (Docket No. 14949)

213.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14950)

214.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 14951)

215.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14952)

216.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 14953)

217.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14954)

218.    Objection to Motion (Docket No. 14955)

219.    Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (Docket No. 14956)

220.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14957)

221.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14958)

222.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 14959)

223.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14960)

224.    Objection Re: Motion Confirming Debtors' Authority to Terminate Employer Paid Post Retirement Health Care Benefits and Employer Paid Post Retirement Life Insurance Benefits and Employer Paid Post Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and their Surviving Spouses (Docket No. 14961)

225.     Objection to Motion to Authorize Motion for Order Under 11 U.S.C Sections 105, 363(b)(1), and 1108
         Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and
         employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees
         and their surviving spouses (Docket No. 14962)

226.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And
         Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B)
         Retirees And Their Surviving Spouses (Docket No. 14963)

227.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 14964)

228.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health
         Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried
         Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14965)

229.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And
         Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B)
         Retirees And Their Surviving Spouses (Docket No. 14966)

230.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health
         Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried
         Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14967)

231.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 14968)

232.     Objection Re: Motion Confirming Debtors' Authority to Terminate Employer Paid Post Retirement Health
         Care Benefits and Employer Paid Post Retirement Life Insurance Benefits and Employer Paid Post
         Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and their Surviving
         Spouses (Docket No. 14969)

233.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health
         Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried
         Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14970)

234.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And
         Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B)
         Retirees And Their Surviving Spouses (Docket No. 14971)

235.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health
         Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried
         Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14972)

236.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health
         Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried
         Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14973)

237.     Objection to Motion To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid
         Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their
         Surviving Spouses (Docket No. 14974)

238.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health
         Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried
         Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14975)

A-15

239.     Objection to Motion To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14976)

240.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14977)

241.     Objection to Motion (Docket No. 14978)

242.     Objection to Motion to Authorize Motion for Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 14979)

243.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 14980)

244.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14981)

245.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14982)

246.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14983)

247.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 14984)

248.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14985)

249.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14986)

250.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14987)

251.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14988)

252.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14989)

253.     Objection to Motion (Docket No. 14990)

A-16

254.     Objection Re: Motion Confirming Debtors' Authority to Terminate Employer Paid Post Retirement Health Care Benefits and Employer Paid Post Retirement Life Insurance Benefits and Employer Paid Post Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and their Surviving Spouses (Docket No. 14991)

255.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 14992)

256.     Objection to Motion to Authorize Motion for Order Under 11 U.S.C Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 14993)

257.     Objection to Motion to Authorize Motion for Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 14994)

258.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14995)

259.     Objection (Docket No. 14996)

260.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14997)

261.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14998)

262.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14999)

263.     Objection (Docket No. 15000)

264.     Objection to Motion (Docket No. 15001)

265.     Objection (Docket No. 15002)

266.     Objection to Motion (Docket No. 15003)

267.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15004)

268.     Objection to Motion (Docket No. 15005)

269.     Objection to Motion (Docket No. 15006)

270.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15007)

A-17

271.    Objection to Motion (Docket No. 15008)

272.    Objection to Motion (Docket No. 15009)

273.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15010)

274.    Objection to Motion (Docket No. 15011)

275.    Objection to Motion (Docket No. 15012)

276.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15013)

277.    Objection to Motion (Docket No. 15014)

278.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15015)

279.    Objection to Motion (Docket No. 15016)

280.    Objection to Motion (Docket No. 15017)

281.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15018)

282.    Objection to Motion (Docket No. 15019)

283.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15020)

284.    Objection to Motion (Docket No. 15021)

285.    Objection to Motion (Docket No. 15022)

286.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15023)

287.    Objection to Motion (Docket No. 15024)

288.    Objection to Motion (Docket No. 15025)

289.    Objection to Motion (Docket No. 15026)

290.    Objection to Motion (Docket No. 15027)

291.    Objection to Motion (Docket No. 15028)

292.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15029)

293.    Objection to Motion (Docket No. 15030)

294.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 15031)

295.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15032)

296.    Objection to Motion (Docket No. 15033)

297.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15034)

298.    Objection to Motion (Docket No. 15035)

299.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15036)

300.    Objection to Motion (Docket No. 15037)

301.    Objection to Motion (Docket No. 15038)

302.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15039)

303.    Objection to Motion (Docket No. 15040)

304.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 15041)

305.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 15042)

306.    Objection to Motion (Docket No. 15043)

307.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 15044)

308.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 15045)

309.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15046)

310.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 15047)

311.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15048)

312.    Objection Re: Motion Confirming Debtors' Authority to Terminate Employer Paid Post Retirement Health Care Benefits and Employer Paid Post Retirement Life Insurance Benefits and Employer Paid Post Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and their Surviving Spouses (Docket No. 15049)

313.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15050)

314.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 15051)

315.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C. Section 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 15052)

316.    Objection to Motion (Docket No. 15053)

317.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15054)

318.    Objection to Motion (Docket No. 15055)

319.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15056)

320.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 15057)

321.    Objection to Motion (Docket No. 15058)

322.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15059)

323.    Objection to Motion To Authorize Motion for Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 15060)

324.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 15061)

325.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15062)

326.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15063)

327.    Objection to Motion (Docket No. 15064)

328.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15065)

329.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15066)

330.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15067)

331.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 15068)

332.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15069)

333.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 15070)

334.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15071)

335.    Objection to Motion (Docket No. 15072)

A-21

336.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15073)

337.    Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (Docket No. 15074)

338.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15075)

339.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 15076)

340.    Objection to Motion (Docket No. 15077)

341.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15078)

342.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15079)

343.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15080)

344.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15081)

345.    Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (Docket No. 15082)

346.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15083)

347.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15084)

348.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15085)

349.    Objection to Motion For Order Under 11 U.S.C. Sections 105, 363(b)(1), And 1108 Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses  (Docket No. 15086)

350.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 15087)

351.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15088)

352.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15089)

353.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15090)

354.    Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (Docket No. 15091)

355.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15092)

356.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15093)

357.    Objection Re: Motion Confirming Debtors' Authority to Terminate Employer Paid Post Retirement Health Care Benefits and Employer Paid Post Retirement Life Insurance Benefits and Employer Paid Post Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and their Surviving Spouses (Docket No. 15094)

358.    Objection to Motion (Docket No. 15095)

359.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15097)

360.    Objection to Motion to Authorize Motion For Order Under 11 U.S.C. Sections 105, 363(b)(1), And 1108 Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15098)

361.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 15099)

362.    Objection to Motion (Docket No. 15100)

363.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15101)

364.    Objection Re: Motion Confirming Debtors' Authority to Terminate Employer Paid Post Retirement Health Care Benefits and Employer Paid Post Retirement Life Insurance Benefits and Employer Paid Post Retirement Life Insurance Benefits for Certain (A) Salaried employees and (B) Retirees and their Surviving Spouses (Docket No. 15102)

365.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15104)

366.    Objection to Motion (Docket No. 15105)

367.    Objection to Motion to Authorize Motion For Order Under 11 U.S.C. Sections 105, 363(b)(1), And 1108 Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15106)

368.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15107)

369.    Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (Docket No. 15108)

370.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15109)

371.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15110)

372.    Objection to Motion (Docket No. 15111)

373.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15112)

374.    Objection Re: Motion Confirming Debtors' Authority to Terminate Employer Paid Post Retirement Health Care Benefits and Employer Paid Post Retirement Life Insurance Benefits and Employer Paid Post Retirement Life Insurance Benefits for Certain (A) Salaried employees and (B) Retirees and their Surviving Spouses (Docket No. 15113)

A-24

375.    Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (Docket No. 15115)

376.    Objection to Motion For Order Under 11 U.S.C. Sections 105, 363(b)(1), And 1108 Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses  (Docket No. 15116)

377.    Objection to Motion (Docket No. 15117)

378.    Objection to Motion (Docket No. 15118)

379.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15119)

380.    Objection to Motion (Docket No. 15120)

381.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 15121)

382.    Objection Re: Motion Confirming Debtors' Authority to Terminate Employer Paid Post Retirement Health Care Benefits and Employer Paid Post Retirement Life Insurance Benefits and Employer Paid Post Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and their Surviving Spouses (Docket No. 15122)

383.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15123)

384.    Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (Docket No. 15124)

385.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15125)

386.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15126)

387.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15127)

388.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15128)

A-25

389.     Objection to Motion For Order Under 11 U.S.C. Sections 105, 363(b)(1), And 1108 Confirming Debtors'
         Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid
         Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their
         Surviving Spouses  (Docket 15129)

390.     Objection to Motion (Docket No. 15130)

391.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And
         Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B)
         Retirees And Their Surviving Spouses (Docket No. 15131)

392.     Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors'
         Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid
         Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their
         Surviving Spouses (Docket No. 15132)

393.     Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors'
         Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid
         Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their
         Surviving Spouses (Docket No. 15133)

394.     Objection to Motion For Order Under 11 U.S.C. Sections 105, 363(b)(1), And 1108 Confirming Debtors'
         Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid
         Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their
         Surviving Spouses  (Docket 15134)

395.     Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors'
         Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid
         Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their
         Surviving Spouses (Docket No. 15135)

396.     Objection to Motion (Docket No. 15136)

397.     Objection to Motion To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid
         Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their
         Surviving Spouses (Docket No. 15137)

398.     Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors'
         Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid
         Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their
         Surviving Spouses (Docket No. 15138)

399.     Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors'
         Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid
         Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their
         Surviving Spouses (Docket No. 15139)

400.     Objection to Motion For Order Under 11 U.S.C. Sections 105, 363(b)(1), And 1108 Confirming Debtors'
         Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid
         Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their
         Surviving Spouses  (Docket No. 15140)

401.    Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (Docket No. 15141)

402.    Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (Docket No. 15142)

403.    Objection to Motion For Order Under 11 U.S.C. Sections 105, 363(b)(1), And 1108 Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses  (Docket No. 15144)

404.    Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (Docket No. 15145)

405.    Objection to Motion For Order Under 11 U.S.C. Sections 105, 363(b)(1), And 1108 Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses  (Docket No. 15146)

406.    Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (Docket No. 15147)

407.    Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (Docket No. 15148)

408.    Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (Docket No. 15149)

409.    Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (Docket No. 15150)

410.    Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (Docket No. 15151)

411.    Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (Docket No. 15152)

412.    Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (Docket No. 15154)

413.    Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (Docket No. 15155)

414.    Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (Docket No. 15156)

415.    Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (Docket No. 15157)

416.    Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (Docket No. 15158)

417.    Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (Docket No. 15159)

418.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15160)

419.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15161)

420.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15162)

421.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15163)

422.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15164)

423.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15165)

424.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15166)

425.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15167)

426.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15168)

427.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15169)

428.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15170)

429.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15171)

430.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15172)

431.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15173)

432.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15174)

433.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15175)

434.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15176)

435.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15177)

436.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15178)

437.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15179)

438.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15180)

439.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15181)

440.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15182)

441.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15183)

442.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 15184)

443.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 15185)

444.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15186)

445.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15187)

446.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15188)

447.    Objection to Motion to Authorize Motion For Order Under 11 U.S.C. Sections 105, 363(b)(1), And 1108 Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15189)

448.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 15190)

449.    Objection (Docket No. 15191)

450.    Objection to Motion (Docket No. 15192)

451.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 15193)

452.    Objection to Motion (Docket No. 15194)

453.    Objection to Motion to Authorize Motion For Order Under 11 U.S.C. Sections 105, 363(b)(1), And 1108 Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried employees And (B) Retirees And Their Surviving Spouses (Docket No. 15195)

454.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 15196)

455.    Objection to Motion (Docket No. 15197)

456.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15198)

457.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15199)

458.    Objection to Motion to Authorize Motion For Order Under 11 U.S.C. Sections 105, 363(b)(1), And 1108 Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15200)

459.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15201)

460.    Objection to Motion (Docket No. 15202)

461.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 15203)

462.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15204)

463.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15205)

464.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15206)

465.    Objection to Motion (Docket No. 15207)

466.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15208)

467.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 15209)

468.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15210)

469.    Objection to Motion (Docket No. 15211)

470.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15212)

471.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15213)

472.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 15214)

473.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15215)

474.    Objection to Motion (Docket No. 15216)

475.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15217)

A-31

476.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15218)

477.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15219)

478.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement healthcare benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 15220)

479.    Objection to Motion (Docket No. 15221)

480.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15222)

481.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15223)

482.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15224)

483.    Objection to Motion To Authorize Motion For Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15225)

484.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15226)

485.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15227)

486.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15228)

487.    Objection to Motion To Authorize Motion For Order Under 11 U.S.C. Sections 105, 363(b)(1), And 1108 Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees and (B) Retirees And Their Surviving Spouses (Docket No. 15229)

488.    Objection to Motion to Authorize Motion For Order Under 11 U.S.C. Sections 105, 363(b)(1), And 1108 Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15230)

489.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15231)

490.    Objection to Motion (Docket No. 15232)

491.    Objection to Motion To Authorize Motion For Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15233)

492.    Second Objection to Motion to Authorize Motion For Order Under 11 U.S.C. Sections 105, 363(b)(1), And 1108 Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15234)

493.    Objection to Motion (Docket No. 15235)

494.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15236)

495.    Objection to Motion To Authorize Motion For Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15237)

496.    Objection to Motion (Docket No. 15238)

497.    Objection to Motion (Docket No. 15239)

498.    Objection to Motion to Authorize Motion For Order Under 11 U.S.C. Sections 105, 363(b)(1), And 1108 Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15240)

499.    Objection to Motion (Docket No. 15241)

500.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15242)

501.    Objection to Motion (Docket No. 15243)

502.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15244)

503.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15245)

504.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15246)

505.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15247)

506.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15248)

507.    Objection to Motion to Authorize Motion For Order Under 11 U.S.C. Sections 105, 363(b)(1), And 1108 Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15249)

508.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15250)

509.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15251)

510.    Objection to Motion to Authorize Motion For Order Under 11 U.S.C. Sections 105, 363(b)(1), And 1108 Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15252)

511.    Objection to Motion (Docket No. 15253)

512.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15254)

513.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15255)

514.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15256)

515.    Objection to Motion (Docket No. 15257)

516.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15258)

517.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15259)

518.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15260)

519.    Objection to Motion (Docket No. 15261)

520.    Objection to Motion (Docket No. 15262)

521.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15263)

522.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15264)

523.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15265)

524.    Objection to Motion To Authorize Motion For Order Under 11 U.S.C. Sections 105, 363(b)(1), And 1108 Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15266)

525.    Objection to Motion (Docket No. 15267)

526.    Objection to Motion To Authorize For Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees and (B) Retirees And Their Surviving Spouses (Docket No. 15268)

527.    Objection to Motion (Docket No. 15269)

528.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15270)

529.    Objection to Motion (Docket No. 15271)

530.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15272)

531.    Objection to Motion To Authorize Motion For Order Under 11 U.S.C. Sections 105, 363(b)(1), And 1108 Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15273)

532.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15274)

533.    Objection to Motion (Docket No. 15275)

A-35

534.     Objection to Motion (Docket No. 15276)

535.     Objection to Motion To Authorize Motion For Order Under 11 U.S.C. Sections 105, 363(b)(1), And 1108 Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees and (B) Retirees And Their Surviving Spouses (Docket No. 15277)

536.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15278)

537.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15279)

538.     Objection to Motion (Docket No. 15280)

539.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15281)

540.     Objection to Motion (Docket No. 15282)

541.     Motion To Appoint / Motion For The Court To Appoint Legal Counsel To Represent The Salaried Employees, Retirees And Surviving Spouses And To Stay Termination Of Benefits And Related Proceedings (Docket No. 15283)

542.     Objection to Motion(Docket No. 15284)

543.     Objection to Motion (Docket No. 15285)

544.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15286)

545.     Objection to Motion (Docket No. 15287)

546.     Objection to Motion (Docket No. 15288)

547.     Objection to Motion (Docket No. 15289)

548.     Objection to Motion (Docket No. 15290)

549.     Objection to Motion (Docket No. 15291)

550.     Objection to Motion To Authorize Motion For Order Under 11 U.S.C. Sections 105, 363(b)(1), And 1108 Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15292)

551.     Objection to Motion (Docket No. 15293)

552.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15294)

553.     Objection to Motion (Docket No. 15295)

554.    Objection to Motion (Docket No. 15296)

555.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15297)

556.    Objection to Motion (Docket No. 15298)

557.    Objection to Motion (Docket No. 15299)

558.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15300)

559.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15301)

560.    Objection To Document # 14705 Re: Motion To Cancel OPEB (Health Care Benefits) (Docket No. 15302)

561.    Unsigned Notice of Withdrawal Of Appearance And Request For Service Of Papers (Docket No. 15303)

562.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15304)

563.    Objection To Document # 14705 Re: Motion To Cancel OPEB (Health Care Benefits) (Docket No. 15305)

564.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15306)

565.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15307)

566.    Objection To Document # 14705 Re: Motion To Cancel OPEB (Health Care Benefits) (Docket No. 15308)

567.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15309)

568.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15310)

569.    Objection To Document # 14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15311)

570.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15312)

571.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15313)

572.    Objection to Motion (Docket No. 15314)

573.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15315)

574.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15316)

575.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15317)

576.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15318)

577.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15319)

578.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15320)

579.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15321)

580.    Objection To Document # 14705 Re: Motion To Cancel OPEB (Health Care Benefits) (Docket No. 15322)

581.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15323)

582.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15324)

583.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15325)

584.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15326)

585.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15327)

586.    Objection to Motion (Docket No. 15328)

587.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15329)

588.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15330)

589.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15331)

590.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15332)

591.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15333)

592.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15334)

593.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15335)

594.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15336)

595.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15337)

596.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15338)

597.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15339)

598.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15340)

599.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15341)

600.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15342)

601.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15343)

602.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15344)

603.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15345)

604.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15346)

605.    Objection to Motion (Docket No. 15347)

606.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15348)

607.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15349)

608.    Objection to Motion (Docket No. 15350)

609.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15351)

610.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15352)

611.    Objection to Motion (Docket No. 15353)

612.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15354)

613.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15355)

614.    Objection to Motion (Docket No. 15356)

615.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15357)

616.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15358)

617.    Objection to Motion (Docket No. 15359)

618.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15360)

619.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15361)

620.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15362)

621.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15363)

622.    Objection to Motion (Docket No. 15364)

623.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15365)

624.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15366)

625.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15367)

626.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15368)

627.    Objection to Motion (Docket No. 15369)

628.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15370)

629.    Objection to Motion (Docket No. 15371)

630.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15372)

631.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15373)

632.    Objection To Document # 14705 Re: Motion To Cancel OPEB (Health Care Benefits) (Docket No. 15374)

633.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15375)

634.    Objection To Document # 14705 Re: Motion To Cancel OPEB (Health Care Benefits) (Docket No. 15376)

A-39

635.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15377)

636.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15378)

637.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15379)

638.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15380)

639.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15381)

640.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15382)

641.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15383)

642.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15384)

643.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15385)

644.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15386)

645.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15387)

646.    Objection To Document # 14705 Re: Motion To Cancel OPEB (Health Care Benefits) (Docket No. 15388)

647.    Objection To Document # 14705 Re: Motion To Cancel OPEB (Health Care Benefits) (Docket No. 15389)

648.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15390)

649.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15391)

650.    Objection To Document # 14705 Re: Motion To Cancel OPEB (Health Care Benefits) (Docket No. 15392)

651.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15393)

652.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15394)

653.    Objection To Document # 14705 Re: Motion To Cancel OPEB (Health Care Benefits) (Docket No. 15395)

654.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15396)

655.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15397)

656.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15398)

657.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15399)

658.    Objection To Document # 14705 Re: Motion To Cancel OPEB (Health Care Benefits) (Docket No. 15400)

659.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15401)

660.    Objection To Document # 14705 Re: Motion To Cancel OPEB (Health Care Benefits) (Docket No. 15402)

661.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15403)

662.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15404)

663.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15405)

664.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15406)

665.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15407)

666.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15408)

667.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15409)

668.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15410)

669.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15411)

670.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15412)

671.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15413)

672.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15414)

673.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15415)

674.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15416)

675.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15417)

676.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15418)

677.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15419)

678.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15420)

679.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15421)

680.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15422)

681.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15423)

682.     Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15424)

683.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15425)

684.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15426)

685.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15427)

686.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15428)

687.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15429)

688.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15430)

A-41

689.    Objection to Motion (Docket No. 15431)

690.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15433)

691.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15434)

692.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15435)

693.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15436)

694.    Objection to Motion (Docket No. 15437)

695.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15438)

696.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15439)

697.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15440)

698.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15441)

699.    Objection to Motion (Docket No. 15442)

700.    Objection to document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15443)

701.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15444)

702.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15445)

703.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15446)

704.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15447)

705.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15448)

706.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15449)

707.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15450)

708.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15451)

709.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15452)

710.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15453)

711.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15454)

712.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15455)

713.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15456)

714.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15457)

715.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15458)

716.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15459)

717.    Objection to Motion (Docket No. 15460)

718.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15461)

719.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits)

720.    Myron W. Thomas. (Colon, Gwen) (Entered: 02/19/2009) (Docket No. 15462)

721.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15463)

722.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15464)

723.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15465)

724.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15466)

725.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15467)

726.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15468)

727.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15469)

728.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15470)

729.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15471)

730.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15472)

731.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15473)

732.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15474)

733.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15475)

734.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15476)

735.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15477)

736.    Objection to Motion (Docket No. 15478)

737.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15479)

738.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15480)

739.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15481)

740.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15482)

741.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15483)

742.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15484)

743.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15485)

744.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15486)

745.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15487)

746.    Objection to Motion (Docket No. 15488)

747.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15489)

748.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15490)

749.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15491)

750.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15492)

751.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15493)

752.    Objection to Motion (Docket No. 15494)

753.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15495)

754.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15496)

755.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15497)

756.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15498)

757.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15499)

758.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15500)

759.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15501)

760.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15502)

761.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15503)

762.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15504)

763.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15505)

764.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15506)

765.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15507)

766.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15508)

767.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15509)

768.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15510)

769.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15511)

770.   Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15512)

771.   Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15513)

772.   Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15514)

773.   Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15515)

774.   Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15516)

775.   Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15517)

776.   Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15518)

777.   Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15519)

778.   Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15520)

779.   Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15521)

780.   Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15522)

781.   Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15523)

782.   Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15524)

783.   Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15525)

784.   Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15526)

785.   Objection to Motion #14705 (Docket No. 15527)

786.   Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15528)

787.   Objection to Motion #14705 (Docket No. 15529)

788.   Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15530)

789.   Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15531)

790.   Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15532)

791.   Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15533)

792.   Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15534)

793.   Objection to Motion # 14705 Re: Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15535)

794.   Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15536)

795.   Objection to Document # 14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15537)

796.   Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15538)

A-45

797.    Objection to Motion Objection to Document # 14705 Re: Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15539)

798.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15540)

799.    Objection to Document # 14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15541)

800.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15542)

801.    Objection to Motion Objection to Document # 14705 Re: Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15543)

802.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15544)

803.    Objection to Document # 14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15545)

804.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15546)

805.    Objection to Motion Objection to Document # 14705 Re: Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15547)

806.    Objection to Document # 14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15548)

807.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15549)

808.    Objection to Motion Objection to Document # 14705 Re: Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15550)

809.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15551)

810.    Objection to Document # 14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15552)

811.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15553)

812.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15554)

813.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15555)

814.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15556)

815.    Objection to documents # 14705 Re: Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15557)

816.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15558)

817.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15559)

818.    Objection to Document # 14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15560)

819.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15561)

820.    Objection to documents # 14705 Re: Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15562)

821.    Objection to Document # 14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15563)

822.    Objection to documents # 14705 Re: Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15564)

823.    Objection to documents # 14705 Re: Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15565)

824.    Objection to Document # 14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15566)

825.    Objection to documents # 14705 Re: Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15567)

826.    Objection to Document # 14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15568)

827.    Objection to Document # 14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15569)

828.    Objection to documents # 14705 Re: Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15570)

829.    Objection to Document # 14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15571)

830.    Objection to Document # 14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15572)

831.    Objection to Document # 14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15573)

832.    Objection to Document # 14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15574)

833.    Objection to Document # 14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15575)

834.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15576)

835.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15577)

836.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15578)

837.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15579)

838.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15580)

839.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15581)

840.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15582)

841.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15583)

842.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15584)

843.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15585)

844.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15586)

845.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15587)

846.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15588)

847.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15589)

848.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15590)

849.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15591)

850.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15592)

851.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15593)

852.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15594)

853.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15595)

854.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15596)

855.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15597)

856.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15598)

857.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15599)

858.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15600)

859.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15601)

860.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15602)

861.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15603)

862.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15604)

863.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15605)

864.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15606)

865.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15607)

866.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15608)

867.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15609)

868.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15610)

869.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15611)

870.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15612)

871.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15613)

872.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15614)

873.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15615)

874.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15616)

875.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15617)

876.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15618)

877.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15619)

878.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15620)

879.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15621)

880.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15622)

881.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15623)

882.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15624)

883.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15625)

884.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15626)

885.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15627)

886.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15628)

887.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15629)

888.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15630)

889.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15631)

890.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15632)

891.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15633)

892.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15634)

893.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15635)

894.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15636)

895.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15637)

896.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15638)

897.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15639)

898.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15640)

899.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15641)

900.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15642)

901.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15643)

902.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15644)

903.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15645)

904.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15646)

905.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15647)

906.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15648)

907.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15649)

908.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15650)

909.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15651)

910.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15652)

911.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15653)

912.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15654)

913.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15655)

914.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15656)

915.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15657)

916.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15658)

917.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15659)

918.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15660)

919.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15661)

920.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15662)

921.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15663)

922.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15664)

923.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15665)

924.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15666)

925.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15667)

926.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15668)

927.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15669)

928.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15670)

929.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15671)

930.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15672)

931.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15673)

932.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15674)

933.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15675)

934.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15676)

935.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15677)

936.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15678)

937.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15679)

938.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15680)

939.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15681)

940.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15682)

941.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15683)

942.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15684)

943.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15685)

944.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15686)

945.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15687)

946.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15688)

947.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15689)

948.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15690)

949.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15691)

950.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15692)

951.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15693)

952.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15694)

953.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15695)

954.    Objection to Document # 14705 Re: Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15696)

955.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15697)

956.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15698)

957.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15699)

958.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15700)

959.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15701)

960.    Objection to Document # 14705 Re: Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15702)

961.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15703)

962.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15704)

963.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15705)

964.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15706)

965.    Objection to Document # 14705 Re: Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15707)

966.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15708)

967.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15709)

968.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15710)

969.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15711)

970.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15712)

971.    Objection to document # 14705 Re; Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15713)

972.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15714)

973.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15715)

974.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15716)

975.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15717)

976.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15718)

977.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15719)

978.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15720)

979.    Objection to Document # 14705 Re: Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15721)

980.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15722)

981.    Objection to Motion Re: Health Insurance Benefits; (Docket No. 15723)

982.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15724)

983.    Objection to Document #14705 Re: Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15725)

984.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15726)

985.    Objection to Motion Re: Health Insurance Benefits (Docket No. 15727)

986.    Objection to Motion Re: Health Insurance Benefits (Docket No. 15728)

987.    Objection to Document # 14705 Re: Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15729)

988.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15730)

989.    Objection to Motion (Docket No. 15731)

990.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15732)

991.    Objection to Document # 14705 Re: Motion to Cancel OPEB ( health Care Benefits) (Docket No. 15733)

992.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15734)

993.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15735)

994.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15736)

995.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15737)

996.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15738)

997.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15739)

998.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15740)

999.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15742)

1000.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15743)

1001.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15744)

1002.    Objection to Motion Re: Health Insurance Benefits (Docket No. 15745)

1003.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15746)

1004.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15747)

1005.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15748)

1006.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15749)

1007.    Objection to Motion (Docket No. 15750)

1008.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15751)

1009.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15752)

1010.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15753)

1011.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15754)

1012.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15755)

1013.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15756)

1014.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15757)

1015.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15758)

1016.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15759)

1017.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15760)

1018.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15761)

1019.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15762)

1020.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15763)

1021.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15764)

1022.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15765)

1023.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15766)

1024.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15767)

1025.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15768)

1026.    Objection to Motion Re: Health Insurance Benefits; (Docket No. 15769)

1027.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15770)

1028.    Objection to Document # 14705 Re: Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15771)

1029.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15772)

1030.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15773)

1031.    Objection to Documents # 14705 Re: Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15774)

1032.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 15775)

1033.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15776)

1034.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15777)

1035.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15778)

1036.    Objection to Document # 14705 Re: Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15779)

1037.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15780)

1038.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15781)

1039.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15782)

1040.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15783)

1041.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15784)

1042.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15785)

1043.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15786)

1044.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15787)

1045.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15788)

1046.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15789)

1047.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15790)

1048.    Objection to Document # 14705 Re: Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15791)

1049.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15792)

1050.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15793)

1051.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15794)

1052.    Objection to Documents # 14705 Re: Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15795)

1053.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15796)

1054.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15797)

1055.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15798)

1056.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15799)

1057.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15800)

1058.    Objection to Documents # 14705 Re: Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15801)

1059.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15802)

1060.    Objection to Document # 14705 Re: Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15803)

1061.    Objection to Document # 14705 Re: Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15804)

1062.    Objection to Motion Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15805)

1063.    Objection to Motion Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15806)

1064.    Objection to Motion Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15808)

1065.    Objection to Motion Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15810)

1066.    Objection to Motion Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15811)

1067.    Objection to Motion Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15812)

1068.    Objection to Motion Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15813)

1069.    Objection to Motion Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15814)

1070.    Objection to Motion Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15815)

1071.    Objection to Motion Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15816)

1072.    Objection to Motion Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15817)

1073.    Objection To Document # 14705 Re: Motion To Cancel OPEB (Health Care Benefits) (Docket No. 15818)

1074.    Objection to Motion Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15819)

1075.    Objection to Motion Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15820)

1076.    Objection To Document # 14705 Re: Motion To Cancel OPEB (Health Care Benefits) (Docket No. 15821)

1077.    Objection To Document # 14705 Re: Motion To Cancel OPEB (Health Care Benefits) (Docket No. 15822)

1078.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15823)

1079.    Objection To Document # 14705 Re: Motion To Cancel OPEB (Health Care Benefits) (Docket No. 15824)

1080.    Objection To Document # 14705 Re: Motion To Cancel OPEB (Health Care Benefits) (Docket No. 15825)

1081.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15826)

1082.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15827)

1083.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15828)

1084.    Objection To Document # 14705 Re: Motion To Cancel OPEB (Health Care Benefits) (Docket No. 15829)

1085.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15830)

1086.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15831)

1087.    Objection to Motion Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15832)

1088.    Objection To Document # 14705 Re: Motion To Cancel OPEB (Health Care Benefits) (Docket No. 15833)

1089.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15834)

1090.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15835)

1091.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15836)

1092.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15837)

1093.    Objection to Motion Re: Health Insurance Benefits; (Docket No. 15838)

1094.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15839)

1095.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15840)

1096.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15841)

1097.    Objection To Document # 14705 Re: Motion To Cancel OPEB (Health Care Benefits) (Docket No. 15842)

1098.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15843)

1099.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15844)

1100.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15845)

1101.    Objection to Motion Re: Health Insurance Benefits; (Docket No. 15846)

1102.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15847)

1103.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15848)

1104.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15850)

1105.    Objection to Motion (Docket No. 15851)

1106.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15852)

1107.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15853)

1108.    Objection to Motion Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15855)

1109.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15856)

1110.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15857)

1111.    Objection To Document # 14705 Re: Motion To Cancel OPEB (Health Care Benefits) (Docket No. 15858)

1112.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15859)

1113.    Objection to Motion Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15861)

1114.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15862)

1115.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15863)

1116.    Objection To Document # 14705 Re: Motion To Cancel OPEB (Health Care Benefits) (Docket No. 15864)

1117.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15865)

1118.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15866)

1119.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15867)

1120.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15869)

1121.    Objection to Motion Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15870)

1122.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15871)

1123.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15872)

1124.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15873)

1125.    Objection to Motion Re: Health Insurance Benefits; (Docket No. 15874)

1126.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15875)

1127.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15876)

1128.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15878)

1129.    Objection to Motion (Docket No. 15879)

1130.    Objection to Motion Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15880)

1131.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15881)

1132.    Objection to Motion Re: Health Insurance Benefits; (Docket No. 15882)

1133.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15883)

1134.    Objection To Document # 14705 Re: Motion To Cancel OPEB (Health Care Benefits) (Docket No. 15885)

1135.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15886)

1136.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15887)

1137.    Objection to Motion Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15888)

1138.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15889)

1139.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15890)

1140.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15892)

1141.    Objection to Motion (Docket No. 15893)

1142.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15894)

1143.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15895)

1144.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15896)

1145.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15898)

A-58

1146.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15899)

1147.    Objection to Motion Re: Health Insurance Benefits (Docket No. 15900)

1148.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15902)

1149.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15903)

1150.    Objection /Second Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15904)

1151.    Objection to Motion Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15907)

1152.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15908)

1153.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15909)

1154.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15910)

1155.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15913)

1156.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15914)

1157.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15915)

1158.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15916)

1159.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15918)

1160.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15920)

1161.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15921)

1162.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15922)

1163.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15924)

1164.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15925)

1165.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15926)

1166.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15928)

1167.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15929)

1168.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15930)

1169.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15932)

1170.    Objection to Motion  (Docket No. 15933)

1171.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15934)

1172.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15935)

1173.    Objection to Motion  (Docket No. 15936)

1174.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15937)

1175.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15939)

1176.    Objection to Motion (Docket No. 15940)

1177.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15941)

1178.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15942)

1179.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15944)

1180.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15945)

1181.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15949)

1182.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15951)

1183.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15954)

1184.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15955)

1185.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15957)

1186.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15958)

1187.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15959)

1188.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15960)

1189.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15961)

1190.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15962)

1191.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15963)

1192.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15964)

1193.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15965)

1194.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15966)

1195.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15967)

1196.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15968)

1197.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15969)

1198.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15970)

1199.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15971)

1200.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15972)

1201.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15973)

1202.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15974)

1203.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15975)

1204.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15976)

1205.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15977)

1206.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15978)

1207.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15979)

1208.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15980)

1209.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15981)

1210.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15982)

1211.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15983)

1212.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15984)

1213.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15985)

1214.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15986)

1215.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15987)

1216.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15988)

1217.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15989)

1218.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15990)

1219.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15991)

1220.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15992)

1221.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15993)

1222.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15994)

1223.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15995)

1224.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15996)

1225.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15997)

1226.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15998)

1227.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15999)

1228.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16000)

1229.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16001)

1230.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16002)

1231.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16003)

1232.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16004)

1233.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16005)

1234.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16006)

1235.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16007)

1236.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16008)

1237.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16023)

1238.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16025)

1239.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16026)

1240.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16028)

1241.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16030)

1242.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16031)

1243.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16033)

1244.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16035)

1245.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16036)

1246.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16037)

1247.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16066)

1248.    Objection to Motion to Cancel OPEB (Health Care Benefits (Docket No. 16067)

1249.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16068)

1250.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16069)

1251.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16070)

1252.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16071)

1253.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16072)

1254.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16073)

1255.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16074)

1256.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16075)

1257.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16076)

1258.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16077)

1259.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16078)

1260.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16079)

1261.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16080)

1262.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16081)

1263.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16082)

1264.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16083)

1265.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16084)

1266.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16085)

1267.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16086)

1268.    Objection to Motion to Cancel OPEB (Health Care Benefits (Docket No. 16087)

1269.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16088)

1270.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16089)

1271.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16090)

1272.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16091)

1273.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16092)

1274.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16093)

1275.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16094)

1276.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16095)

1277.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16096)

1278.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16097)

1279.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16098)

1280.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16099)

1281.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16100)

1282.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16101)

1283.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16102)

1284.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16103)

1285.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16104)

1286.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16105)

1287.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16106)

1288.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16107)

1289.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16107)

1290.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16109)

1291.    Objection to Motion Re: Health Insurance Benefits (Docket No. 16186 and Docket No. 16272)

1292.    Objection to Motion Re: Health Insurance Benefits (Docket No. 16187)

1293.    Objection to Motion Re: Health Insurance Benefits (Docket No. 16188)

1294.    Objection to Motion Re: Health Insurance Benefits (Docket No. 16189)

1295.    Objection to Motion Re: Health Insurance Benefits (Docket No. 16190)

1296.    Objection to Motion Re: Health Insurance Benefits (Docket No. 16191)

1297.    Objection to Motion Re: Health Insurance Benefits (Docket No. 16192)

1298.    Objection to Motion Re: Health Insurance Benefits (Docket No. 16193)

1299.    Objection to Motion Re: Health Insurance Benefits (Docket No. 16194)

1300.    Objection to Motion Re: Health Insurance Benefits (Docket No. 16195)

1301.    Objection to Motion Re: Health Insurance Benefits (Docket No. 16196)

1302.    Objection to Motion Re: Health Insurance Benefits (Docket No. 16197)

1303.    Objection to Motion Re: Health Insurance Benefits (Docket No. 16198)

1304.    Objection to Motion Re: Health Insurance Benefits (Docket No. 16199)

1305.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket No. 16200)

1306.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket No. 16201)

1307.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket No. 16202)

1308.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket No. 16203)

1309.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket No. 16204)

1310.    Objection to Motion to cancel OPEB (Health Care Benefits (Docket No. 16205)

1311.    Objection to Motion Re: Health Insurance Benefits (Docket No. 16206)

1312.    Objection to Motion Re: Health Insurance Benefit (Docket No. 16207)

1313.    Objection to Motion Re: Health Insurance Benefits (Docket No. 16208)

1314.    Objection to Motion Re: Health Insurance Benefits (Docket No. 16209)

1315.    Objection to Motion Re: Health Insurance Benefits (Docket No. 16210)

1316.    Objection to Motion Re: Health Insurance Benefits (Docket No. 16209)

1317.    Objection to Motion Re: Health Insurance Benefits (Docket No. 16210)

1318.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket No. 16211)

1319.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16212)

1320.    Objection to Motion Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16214)

1321.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16215)

1322.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket No. 16216)

1323.    Objection to Motion (Docket No. 16217)

1324.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16218)

1325.    Objection to Motion(Docket No. 16219)

1326.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16220)

1327.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No.  16221)

1328.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16222)

1329.    Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket No. 16223)

1330.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16224)

1331.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16225)

1332.    Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket No. 16226)

1333.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16227)

1334.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16228)

1335.   Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket No. 16229)

1336.   Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16230)

1337.   Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16231)

1338.   Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits (Docket No. 16232)

1339.   Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket No. 16233)

1340.   Objection to Motion (Docket No. 16234)

1341.   Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16235)

1342.   Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket No. 16236)

1343.   Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16237)

1344.   Objection to Motion(Docket No. 16239)

1345.   Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16240)

1346.   Objection to Motion Re: Health Insurance Benefits (Docket No. 16241)

1347.   Objection to Motion (Docket No. 16242)

1348.   Objection to Motion (Docket No. 16242)

1349.   Objection to Motion to cancel OPEB (Health Care Benefits) (Docket No. 16243)

1350.   Objection to Document #14705 Re: Motion to cancel OPEB (Docket No. 16244)

1351.   Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket No. 16245)

1352.   Objection to Motion Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16246)

1353.   Objection to Motion to cancel OPEB (Health Care Benefits) (Docket No. 16247)

1354.   Objection to Document #14705 Re: Motion to cancel OPEB (Docket No. 16248)

1355.   Objection Re: Motion Confirming Debtors' Authority to Terminate Employer Paid Post Retirement Health Care Benefits and Employer Paid Post Retirement Life Insurance Benefits and Employer Paid Post Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and their Surviving Spouses (Docket No. 16249)

1356.   Objection to Motion to cancel OPEB (Health Care Benefits) (Docket No. 16250)

1357.   Objection to Motion (Docket No. 16251)

1358.   Objection to Motion Re: Health Insurance Benefits; (Docket No. 16252)

1359.   Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket No. 16253)

1360.   Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16254)

A-66

1361.    Objection to Motion (Docket No. 16255)

1362.    Objection Re: Motion Confirming Debtors' Authority to Terminate Employer Paid Post Retirement Health Care Benefits and Employer Paid Post Retirement Life Insurance Benefits and Employer Paid Post Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and their Surviving Spouses (Docket No. 16256)

1363.    Objection to Motion Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16257)

1364.    Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket No. 16258)

1365.    Objection to Motion (Docket No. 16259)

1366.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket No. 16260)

1367.    Objection to Motion Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16261)

1368.    Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket No. 16262)

1369.    Objection to Motion Re: Health Insurance Benefits (Docket No. 16263)

1370.    Objection to Motion (Docket No. 16264)

1371.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket No. 16265)

1372.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16266)

1373.    Objection Re: Motion Confirming Debtors' Authority to Terminate Employer Paid Post Retirement Health Care Benefits and Employer Paid Post Retirement Life Insurance Benefits and Employer Paid Post Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and their Surviving Spouses (Docket No. 16267)

1374.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket No. 16268)

1375.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16269)

1376.    Objection to Motion (Docket No. 16270)

1377.    Objection Re: Motion Confirming Debtors' Authority to Terminate Employer Paid Post Retirement Health Care Benefits and Employer Paid Post Retirement Life Insurance Benefits and Employer Paid Post Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and their Surviving Spouses (Docket No. 16271)

1378.    Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket No. 16272)

1379.    Objection to Motion to Cancel OPEB (health insurance benefits) (Docket No. 16273)

1380.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16274)

1381.    Objection Re: Motion Confirming Debtors' Authority to Terminate Employer Paid Post Retirement Health Care Benefits and Employer Paid Post Retirement Life Insurance Benefits and Employer Paid Post Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and their Surviving Spouses (Docket No. 16275)

1382.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket No. 16276)

A-67

1383.    Objection to Motion (Docket No. 16277)

1384.    Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket No. 16278)

1385.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16279)

1386.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16280)

1387.    Objection to Motion to Cancel OPEB (health insurance benefits) (Docket No. 16281)

1388.    Objection to Motion (Docket No. 16282)

1389.    Objection Re: Motion Confirming Debtors' Authority to Terminate Employer Paid Post Retirement Health Care Benefits and Employer Paid Post Retirement Life Insurance Benefits and Employer Paid Post Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and their Surviving Spouses  (Docket No. 16283)

1390.    Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket No. 16284)

1391.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16285)

1392.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16286)

1393.    Objection to Motion Re: Health Insurance Benefits (Docket No. 16287)

1394.    Objection to Motion to Cancel OPEB (health insurance benefits) (Docket No. 16288)

1395.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16289)

1396.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket No. 16290)

1397.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16291)

1398.    Objection to Motion  (Docket No. 16292)

1399.    Objection to Document # 14705 Re: Motion to cancel OPEB(Health Care Benefits) (Docket No. 16293)

1400.    Objection Re: Motion Confirming Debtors' Authority to Terminate Employer Paid Post Retirement Health Care Benefits and Employer Paid Post Retirement Life Insurance Benefits and Employer Paid Post Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and their Surviving Spouses (Docket No. 16294)

1401.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16295)

1402.    Objection to Motion to Cancel OPEB(Health Care Benefits) (Docket No. 16296)

1403.    Objection to Motion Re: Health Insurance Benefits (Docket No. 16298)

1404.    Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket No. 16299)

1405.    Objection to Motion (Docket No. 16300)

1406.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16301)

1407.    Objection Re: Motion Confirming Debtors' Authority to Terminate Employer Paid Post Retirement Health Care Benefits and Employer Paid Post Retirement Life Insurance Benefits and Employer Paid Post Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and their Surviving Spouses  (Docket No. 16302)

1408.    Objection to Motion (Docket No. 16303)

1409.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16304)

1410.    Objection to Motion Re: Health Insurance Benefits (Docket No. 16305)

1411.    Objection to Motion to cancel OPEB (Docket No. 16306)

1412.    Objection to Motion (Docket No. 16307)

1413.    Objection to Motion to Cancel OPEB(Health Care Benefits) (Docket No. 16308)

1414.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16309)

1415.    Objection to Motion to Cancel OPEB(Health Care Benefits) (Docket No. 16310)

## EXHIBIT B

## RESPONSES RECEIVED AFTER FEBRUARY 17, 2009
## TO SALARIED OPEB TERMINATION MOTION

1.  Objection to Motion to Authorize Motion for Order Under 11 U.S.C Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 14909)

2.  Objection to Motion (Docket No. 15103)

3.  Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (Docket No. 15143)

4.  Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14843)

5.  Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15849)

6.  Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15854)

7.  Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15860)

8.  Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15868)

9.  Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15877)

10.  Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15884)

11.  Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15891)

12.  Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15897)

13.  Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15901)

14.  Objection to document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15905)

15.  Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15906)

16.  Objection to Document #13705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15911)

17.  Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15912)

18.  Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15917)

19.  Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15919)

20.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15923)

21.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15927)

22.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15931)

23.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15938)

24.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15943)

25.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15946)

26.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15947)

27.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15948)

28.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15950)

29.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15952)

30.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15953)

31.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15956)

32.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16009)

33.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16010)

34.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16011)

35.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16012)

36.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16013)

37.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16014)

38.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16015)

39.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16016)

40.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16017)

41.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16018)

42.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16019)

43.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16020)

44.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16021)

45.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16022)

46.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16024)

47.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16027)

48.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16029)

49.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16032)

50.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16034)

51.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16038)

52.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16039)

53.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16040)

54.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16041)

55.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16042)

56.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16043)

57.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16044)

58.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16045)

59.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16046)

60.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16047)

61.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16048)

62.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16049)

63.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16050)

64.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16051)

65.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16052)

66.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16053)

67.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16054)

68.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16055)

69.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16056)

70.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16057)

71.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16058)

72.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16059)

73.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16060)

B-3

74.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16061)

75.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16062)

76.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16063)

77.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16064)

78.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16065)

79.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16110)

80.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16111)

81.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16112)

82.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16113)

83.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16114)

84.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16065)

85.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16115)

86.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16116)

87.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16117)

88.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16118)

89.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16119)

90.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16120)

91.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16121)

92.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16122)

93.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits). (Docket No. 16123)

94.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16124)

95.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16125)

96.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16126)

97.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16127)

98.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16128)

99.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16129)

100.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16130)

B-4

101.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16131)

102.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 161132)

103.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16133)

104.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16134)

105.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16135)

106.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16136)

107.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16136)

108.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16137)

109.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16138)

110.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16139)

111.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16140)

112.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16141)

113.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16142)

114.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16143)

115.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16144)

116.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16145)

117.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16146)

118.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16147)

119.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16148)

120.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16149)

121.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16150)

122.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16151)

123.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16152)

124.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16153)

125.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16154)

126.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16155)

127.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16156)

128.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16157)

129.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16158)

130.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16159)

131.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16160)

132.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16161)

133.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16162)

134.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16163)

135.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16164)

136.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16165)

137.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16166)

138.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16167)

139.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16168)

140.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16169)

141.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16170)

142.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16171)

143.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16172)

144.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16173)

145.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16174)

146.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16175)

147.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16176)

148.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16177)

149.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16178)

150.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16179)

151.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16180)

152.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16181)

153.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16182)

154.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16183)

155.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16184v

156.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16185)

**EXHIBIT C**

**UNDOCKETED RESPONSES
TO SALARIED OPEB TERMINATION MOTION BY OBJECTOR**

1.      Allan W. Bellile

2.      Annettia R. Bankin

3.      Barbara L. Lumsden

4.      Beverly Brittain

5.      Bonnie J. Wilson-Swetz

6.      Dale J. Richards

7.      David A. Shaffer

8.      David R. Maciejewski

9.      Dennis M. Discosola

10.     Donald Gibb

11.     Donald P. Jones

12.     Elayne A. Johnson

13.     Ernest Lane, Jr.

14.     Frederick W. Burns

15.     Gary W. Muter

16.     George J. Ryan

17.     James Faflik

18.     James M. Shea

19.     Jaylene S. Pakalnis

20.     Jerry F. Julasek

21.     John S. Kesler

| | |
|---|---|
| 22. | Joseph J. Swetz, Jr. |
| 23. | Joseph P. Reider |
| 24. | Kenneth Karbowski |
| 25. | L. Lee Flick |
| 26. | Margaret R. Marshall |
| 27. | Orvis C. Addleman |
| 28. | Robin Laypool |
| 29. | Ronald L. Williams |
| 30. | Ronald W. Stonewell Jr. |
| 31. | Sharon Guess |
| 32. | Steven D. Greenlee |
| 33. | Thomas J. Munley |
| 34. | Thomas Lloyd Arnold |
| 35. | Timothy K. Sheffer |
| 36. | Unknown |
| 37. | Unknown |
| 38. | Unknown |
| 39. | Unknown |
| 40. | Unknown |
| 41. | Unknown |
| 42. | Unknown |
| 43. | Unknown |
| 44. | Unknown |
| 45. | Unknown |
| 46. | Unknown |
| 47. | Unknown |

C-2

48.     Unknown

49.     Unknown

50.     Unknown

51.     Vincent Strenk

52.     Wayne Hilger

53.     William H. Zednik