February 10, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections.

I am a salaried retiree of Delphi Thermal Systems in Lockport, New York. I had over 38.5 years of seniority when I was presented with an offer to retire. In fact, I had more than 30 years of credited service with General Motors when they spun off the Delphi businesses. At that time, I retired with full medical benefits for life. In February of 2004, Delphi modified this and discontinued health insurance benefits at age 65. Because of the availability of Medicare, this was financially easier to accept.

With this action, Delphi will have stripped salaried retirees of all their benefits in the last 4-5 years. The only item remaining is our pension check; and that will be wiped out by the ever increasing cost of health insurance. Delphi has offered salaried retirees a continuation of benefits, but at our expense.

To continue health insurance coverage will require approximately ½ of my monthly pension check. With this staggering cost of health insurance, I will most likely not be able to keep my home or else elect to go without health insurance coverage.

My wife thinks I am a pessimist, but the next step for Delphi is to dump its' pension obligation onto the PBGC. It appears to me Delphi is trying to dump all their legacy costs onto the individual and/or the government.

What action has Delphi taken against the pensions or benefits of Senior Executive Salaried Retirees?

Delphi still provides a company vehicle to 8th level and above active salaried employees at a minimal cost. Why has this perk not been eliminated to save precious financial resources for the company?

It seems that all of Delphi's actions to exit bankruptcy are at the expense of the retirees who had dedicated their lives to Delphi.

Please know that each of the 15,000 retirees who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

## We ask you to REJECT this motion.

Sincerely yours,

*Donald S. Bielicki*

Donald S. Bielicki
3620 Checkered Tavern Road
Lockport, New York 14094