February 10, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation
on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over
15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as
a motion to object to document #14705.**

This document was filed with no previous warning to any of the current employees and
retirees of Delphi Corporation and was only made known to us via letter on February 5,
2009 and gave us a mere twelve days to file our objections.

Many of the most recent retirees of Delphi were retired **BY** the company and **NOT** by the
choice of the employee. They were given no decision to make, just told they would be
retiring on a specific date. They had little time to prepare for retirement, and little time to
adjust to a significantly reduced income before they were hit with this latest development
(loss of health care) which will cause financial hardship for every retiree. It will have
huge impacts not only on the retirees and soon-to-retire, but also every community where
retirees live.

**I would respectfully ask that you consider <u>delaying a decision</u> until at least June 1st
for the following reasons:**

1.) employees need more time to research their options for coverage and also to get
approved and accepted.

2.) GM is in talks to reclaim some Delphi plants. It would seem appropriate to me that a
decision should be delayed until it is known what the outcome of these talks will be.

**I would also ask that you consider other less drastic <u>alternatives</u> such as:**

1.) increase in monthly cost paid by retirees.

I believe most retirees were expecting the cost of health insurance (paid by retirees) to increase and are okay with this as they are willing to take some personal financial pain to help the company survive. However, I don't think anybody expected the first step to reduce health care and life insurance costs would be to entirely eliminate coverage. I believe most retirees could probably afford and accept a $300-$400 monthly increase. **I would ask you to consider a proposal to increase the monthly cost paid by the employees as an alternative to total elimination of health and life insurance benefits.**

Please know that each of the 15,000 + retirees and soon-to-be retirees, who will be negatively impacted by this action, will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009. Thank you for your time and thoughtful evaluation of this urgent matter.

# I respectfully ask you to REJECT this motion.

Sincerely yours,

James V Harpe
2747 S 200 W
Tipton, Indiana 46072
765-675-3807