United States Bankruptcy Court                                        February 11, 2009
One Bowling Green
New York, NY 10004

Attn: Honorable Judge Robert D. Drain

Ref: **Delphi Corp Case # 05-44481 filed October 8, 2005**
     **Document # 14705 to Cancel OPEB (Health Insurance Benefits) for all Retirees**

Dear Judge Drain:

This letter is to express my **OBJECTION** to Document #14705 filed by Delphi Corporation on February 4, 2009 requesting the court to cancel health insurance and other benefits (OPEB) for over 15,000 current and future Delphi Corporation retirees.

This document was filed with no prior notification to current employees or retirees of Delphi Corporation and was only made known to me via letter on February 5, 2009 allowing only seven working days to file an objection.

As a recent retiree from Delphi I was **TOLD** I would be retiring on a specific date. Retirement was **NOT** my choice. I had little time to prepare for retirement, and little time to adjust to a significantly reduced income before I was hit with this latest development (loss of health care) that will cause financial hardship for not only myself, but also every retiree and the communities where we live.

With the current state of the economy, my savings along with all other retirees' savings have lost significant value. This is not currently or for the foreseeable future a viable fall back option. As you know, the cost of living has increased significantly in the last two years based upon rising energy costs alone. This coupled with the loss of health care benefits would have a crippling effect on the lives of every retiree of Delphi Corporation.

It is my belief that there are other ways to restructure the company and still retain health care for retirees. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a decreasing cost to the company as each of us reaches that 65 age milestone.

Please know that each of the 15,000 + retirees and soon-to-retire, who will be negatively impacted by this action, will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

**We ask you to REJECT this motion as detailed in Document #14705.**

Sincerely yours,

Timothy K. Sheffer
6725 E. River Rd
Rush, NY 14543
585-820-4266