February 10, 2009

To: The Honorable Robert D. Drain
United Bankruptcy Court
Southern District of New York
One Bowling Green, Room 610
New York, NY 10004

From: James M. Shea
5411 Hickory Pl
Saginaw, MI 48603

Subject: Delphi Corporation Bankruptcy

Dear Judge Drain:

I am a current retiree from the Delphi Corporation having retired in February 2001. In my retirement years I have served until recently as president of the Delphi/Saginaw Steering Gear Salary Alumni Club. In that capacity I feel that I am in a very good position to speak to the recent decision by Delphi to eliminate salary retiree health care and life insurance. Many of our retirees were enticed into early retirement with the promise of future health care coverage. In fact, many of our early retirees left the corporation for the very reason that we are now being singled out. That is, to provide Delphi more flexibility and cash flow going forward.

Most of our current retirees have worked for 30 to 40 years for the General Motors Corporation and recently for Delphi Corporation. We have given the best part of our adult lives into making them profitable and viable companies. We are a defenseless group without any entity (excepting this court) to speak for us at this time. Many retirees depend soley upon the promises made to them at retirement and live on their pensions alone.

I think that material recently provided by Delphi to its retirees speaks volumes as to its possible impact.

The mailing included a series of questions and answers under the following heading: **Health Care and Life Insurance Questions and Answers February 2009**.

I think that the answer that Delphi provided in question #5 provides an insight into just how devastating this loss of coverage can be to a retiree on a fixed income.

**"If I elect to continue coverages through Delphi, how will my health care premiums be paid?**
If you currently authorize deductions for your health care from your pension check, those deductions will continue. If the amount of your pension check is less than your premium, then you must submit a payment through a monthly billing process."

Please do not allow this capricious and short sighted cessation of our health care coverage by the Delphi Corporation to take affect.

James M. Shea
(989) 792-4077