David B. Draper, Esq. (State Bar No. 107790)
Martin D. Dioli, Esq. (State Bar No. 172775)
TERRA LAW LLP
177 Park Avenue, 3rd Floor
San Jose, California 95113
Telephone: 408-299-1200
Facsimile: 408-998-4895

Attorneys for Amphenol Corporation, Inc.

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| IN RE: | Chapter 11 |
|---|---|
| DELPHI COPRORATION, ET AL.<br><br>Debtors. | Case No.: 05-44481 (RDD)<br><br>(Jointly Administered |

### REQUEST FOR REMOVAL FROM ECF NOTIFICATION

David B. Draper and Terra Law LLP requests that his name and e-mail address ddraper@terra-law.com be removed from the ECF notification in the above-captioned case.

Respectfully submitted,

Terra Law LLP
Attorneys for Amphenol Corporation, Inc,

By: /s/ David B. Draper
David B. Draper (California State Bar: 107790)
Terra Law LLP
177 Park Avenue, Third Floor
San Jose, CA 95113
Telephone: (408) 299-1200
Facsimile: (408) 998-4895

1157295

David B. Draper, Esq. (State Bar No. 107790)
Martin D. Dioli, Esq. (State Bar No. 172775)
TERRA LAW LLP
177 Park Avenue, 3rd Floor
San Jose, California 95113
Telephone: 408-299-1200
Facsimile: 408-998-4895

Attorneys for Amphenol Corporation, Inc.

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | Chapter 11 |
| DELPHI COPRORATION, ET AL.<br><br>Debtors. | Case No.: 05-44481 (RDD)<br><br>(Jointly Administered |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies and affirms that on Friday, February 20, 2009, she electronically filed with the clerk of the clerk, using the ECF system *Request for Removal from ECF Notification* (the "Request").

                                                    /s/ Lisa Murphy
                                                    Lisa Murphy