**Hearing Date and Time:  February 24, 2009 at 10:00 a.m. (prevailing Eastern time)**

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER<br>   & FLOM LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606<br>(312) 407-0700<br>John Wm. Butler, Jr.<br>John K. Lyons<br>Ron E. Meisler | SHEARMAN & STERLING LLP<br>599 Lexington Avenue<br>New York, New York 10022<br>(212) 848-4000<br>Douglas P. Bartner<br>Andrew V. Tenzer<br>Michael S. Baker |

SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
 Kayalyn A. Marafioti
 Thomas J. Matz

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                       :
    In re                            :      Chapter 11
                                       :
DELPHI CORPORATION, et al.,     :      Case No. 05-44481 (RDD)
                                       :
                                       :      (Jointly Administered)
    Debtors.                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

NOTICE OF FILING OF REVISED
PROPOSED ACCOMMODATION AMENDMENT ORDER

PLEASE TAKE NOTICE THAT on February 23, 2009, the above-captioned debtors and debtors-in-possession filed with the United States Bankruptcy Court for the Southern District of New York a revised form of proposed **Order Authorizing Debtors To (i) Enter Into Amendment To Accommodation Agreement With Certain Participating DIP Lenders And (ii)(a) Enter Into Related Documents And (b) Pay Fees And Expenses In Connection Therewith,** attached hereto as Exhibit A and a marked copy, attached hereto as Exhibit B, reflecting changes made to the form of proposed order filed with that certain **Motion For Order Authorizing Debtors To (i) Enter Into Amendment To Accommodation Agreement With Certain Participating DIP Lenders And (ii)(a) Enter Into Related Documents And (b) Pay Fees And Expenses In Connection Therewith (Docket No. 14703)**. In accordance with the Debtors' Case Management Orders,[1] on February 24, 2009 at 10:00 a.m. (prevailing Eastern time) the Debtors shall appear before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling

---

[1] Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 20, 2006 (Docket No. 2883), and the Thirteenth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered December 4, 2008 (Docket No. 14534).

Green, Room 610, New York, New York 10004, and then and there seek approval of the foregoing.

Dated:     New York, New York
           February 23, 2009

SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP

By:    /s/ John Wm. Butler, Jr.
       John Wm. Butler, Jr.
       John K. Lyons
       Ron E. Meisler
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700

- and -

By:    /s/ Kayalyn A. Marafioti
       Kayalyn A. Marafioti
       Thomas J. Matz
Four Times Square
New York, New York 10036
(212) 735-3000

- and -

SHEARMAN & STERLING LLP

By:    /s/ Douglas P. Bartner
       Douglas P. Bartner
       Andrew V. Tenzer
       Michael S. Baker
599 Lexington Avenue
New York, New York  10022
(212) 848-4000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession