

**THURMAN & PHILLIPS**
A PROFESSIONAL CORPORATION

February 20, 2009

<u>**VIA: REGULAR MAIL**</u>

Mr. Vito Genna
Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

    Re:    *Delphi Corporation, Debtor*; Case No. 05-44481-RDD, Chapter 11, Jointly Administered; United States Bankruptcy Court, Southern District of Texas

Dear Mr. Genna:

On or about April 25, 2007, this firm filed a Notice of Withdrawal of Appearance in connection with the above-referenced matter. We no longer have an active interest in this case. Therefore, please remove me and this firm from the service list.

Thank you for your attention to this matter. Should you have any questions, please call me.

                            Very truly yours,

                            **ED PHILLIPS JR.**

EPjr/mw



FEB 24 2009

ONE FORUM, SUITE 1000 • 8000 I.H. 10 WEST • SAN ANTONIO, TEXAS 78230 • 210.341.2020 PHONE • 210.344.6460 FAX
www.thurman-phillips.com • law@thurman-phillips.com