February 17, 2009

Honorable Robert D. Drain
US Bankruptcy CT.
Southern Dist. N.Y.

Re: Delphi Corp.
Chapter 11 Case No.
05-44481 (RDD)


David A. Hamlin
PO Box 147
Arcanum, OH 45304-0147

Dear Judge Drain

I am a salaried Delphi Retiree with 36.2 yrs. of Service with G.M. and Delphi. I retired on May 1, 2003 due to my plant, located in Moraine, Ohio, was to be closed and demolished. This was a Delphi Harrison facility which supplied G.M. auto air conditioning compressors.

The loss of Health Care Benefits is a very large Hardship for me as at age 61½, I have prostrate cancer, diabetes, hypertension and glacoma. I was divorced in 1988, never remarried, still single and have no working spouse to turn too for medical insurance.

I lost half of my retirement income when my divorce was final and I do not have sufficient funds to pay for medical insurance for 3½ yrs. until I can receive medicare. What little money I had in my Delphi 401K (Delphi stock) was wiped out during its bankruptcy and the stock market meltdown. I live very simply and I have no internet access or computer in order to reduce living expenses.

When I had to retire I was REQUIRED to sign the AMEND, MODIFY OR TERMINATE statement or my retirement would be held in an ESCROW account. Both G.M. and Delphi highly suggested that salary employes NOT unionize as they would take care of us. Because we are ALL INDIVIDUALS with no CORDINATED REPRESENTATION, I have no funds for an attorney and I am at your decision making expertise in this matter.

I suggest you recommend some type of NEGOTIATED AGREEMENT where at least the retired employee ONLY gets insurance and/or we share the costs with Delphi. I will not be able to survive financially with the proposed health care costs from Delphi and/or my current medical condition prevents me from obtaining other insurance. With the retired union employees maintaining their health care, Delphi is DISCRIMINATING AGAINST SALARIED RETIREES.

My only recourse is to protest in writing to you and to leave it to your JUDICIAL WISDOM AND RULE OF LAW. Please help in suggesting some type of solution that is beneficial to both Delphi and its SALARIED RETIREES.

Respectfully,
David A. Hamlin