February 15, 2009

Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 610
New York, New York 10004

Dear Judge Drain,

I am a sixty five year old salary retiree of Delphi Corporation with over
forty-four years of combined service to GM and Delphi. I am writing to
object to the motion of Delphi to terminate the employer paid portion of
healthcare; the Delphi funded "Wageworks" healthcare reimbursement
accounts and the Life Insurance benefits for salary retirees.

In addition to the devastating financial hardship this places on all retired
Delphi Salary Retirees, I cannot quietly digest the immoral and self
serving treatment by the GM and Delphi consortium.

Please consider that my forty four plus years of service mentioned above
were: in service of GM (thirty seven years), and in service of Delphi only
eight plus years. While proportionally the bulk of my service was to GM,
I and most other salary employees had no choice in regard to the Delphi
spin-off from GM, or in our eventual assignment to the Delphi Retirement
Program. If in fact Delphi was compensated by GM for our accrued GM
pension entitlements, they are violating that trust.

While I understand and empathize with Delphi's ongoing financial
dilemma, I do not think it's ethically or morally right that the retired salary
employees of Delphi should take a more than equal share of sacrifice.
I would ask you to consider a ruling for something less than taking <u>all the
salary healthcare and life insurance benefits</u> outlined in the Delphi motion.
A compromise allowing our group to retain at least some portion of these
benefits would be a more reasonable and palatable sacrifice.

Sincerely,

Richard F. Somogyi
3408 Pavilion Lane
Bellbrook, Ohio, 45305