February 14, 2009

Honorable Robert D. Drain
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green – Room 610
New York, NY 10004

RE:  Delphi Salaried Employee/Retiree Health Care Benefit Cancellation Crisis
Ref:  Delphi Corporation Case #05-44481 filed October 8 and 14, 2005
Document #14705 to cancel OPEB (Health Insurance Benefits) for all salaried retirees

Dear Judge Drain:

Just one small plea that consideration will be given to the salaried retirees of Delphi in the matter listed above.

Thank you.

Sincerely,

Melba R. Clapp
General Motors/Delphi Retiree with 47 years of service
305 Meadow Pointe Drive
Fenton, MI  48430-3260