Honorable Robert D Drain
United States Bankruptcy Court
For the Southern District of New York
One Bowling Green, Room 610
New York, New York 10004


Honorable Robert D Drain

  I am a retired salaried Delphi Corporation employee who retired five years ago with forty one (41) years of service with Delphi Corporation. Delphi Corporation has informed me that as of April 1, 2009 they will discontinue payment for my Health Insurance and my Life Insurance. They have also informed me that they will petition the United States Bankruptcy Court for the Southern District of New York on February 24, 2009 to support their decision to discontinue payment for Health and Life Insurance.

  Because Delphi Corporation has already informed me that payment for these Insurances will be discontinued on April 1,2009, I am not sure what authority the Court has in this matter, however, I ask that you consider the undue hardship that will be imposed on all Delphi Retirees and reverse the decision to cease Insurance payments to this group.

  I believe that the 15,000 Salaried Retirees who are having insurance benefits taken are being asked to carry an unfair load in Delphi Corporations drive to exit Bankruptcy. Again I ask that you not support the attempt by Delphi Corporation to assign this group of Stakeholders such a large and unfair portion of Delphi Corporation's effort to regain solvency

Thank You
Oscar Barnett Jr.

4443 Beecher Rd.
Flint Mi. 48532
810-733-6408