February 14, 2009
24056 Windridge Lane
Novi, Mi 48374


United Stated Bankruptcy Court
Honorable Robert D. Drain
Southern District of New York
One Bowling Green
New York, N.Y. 10004

Honorable Robert D. Drain:

My name is Fitzsimmons Hood Jr. I worked for over 34 years for Delphi as an Operation Supervisor. I was forced to retire from Delphi in July of 2007, because of plant closing and the company was downsizing. This forced retirement reduced my pension substantially. I was told that I would be provided with health care benefits and life insurance benefits with retirement.

I received a letter stating that effective April 1, 2009 all of my benefits will be canceled. If I have to pay for health and life insurance for my family and myself I will be joining the long list of people who are facing foreclosure.

I am begging you to please not grant Delphi there request to stop providing Health and Life insurance coverage for their retired salary employees.

Sincerely,

Fitzsimmons Hood Jr.