To: Honorable Robert D. Drain



Ref: Chapter 11 case no. 05-44481 (RDD) - Delphi Corporation, et.al

Objection to paragraph 33 Relief Requested

in particular - elimination of post retirement healthcare plans for pre-Medicare salaried retirees

Background:

I, like many other retirees were involuntarily separated from Delphi years before our eligibility for Medicare at age 65. Retirement has been learning to adjust to about 40 % of previous earnings. Though many are highly skilled, that skill is in an industry that is not hiring manpower so making up for the shortfall in income is not presently feasible. The change proposed by Delphi in eliminating health care for pre-Medicare retirees saves Delphi a small amount of cash, but will push this small group of retirees to great financial hardship. In order to retain the healthcare that was promised upon retirement a retirees monthly income will be reduced by 20% to 50 %(20% for individuals -50 % for families). Further, this level of financial hardship is not being shared equitably by other groups of Delphi employees and retirees only this small group of retirees pre-Medicare eligible. Healthcare is still be provided to active salary employees at the same costs as present. Importantly, hourly active and retired hourly employees will still enjoy FREE health care for life even after age 65. Delphi has eliminated their health care as a direct charge only by transferring tens of millions of dollars to the UAW. The effect of Delphi's cash position is virtually the same whether Delphi pays directly the healthcare for all hourly employees or pays the UAW.

Objection on the grounds of equity:

Though it is recognized that Delphi's cash position is serious, the brunt of this change falls disproportionally on a single small group of individual instead of being shared equally by all groups of employees and retirees. The most affective group is well less than 10% of Delphi's U.S. workforce and that group will have their monthly income reduced by 20 to 50%. It is requested that the court delay this change until a proposal is petitioned that all groups of active & retired hourly and salary employees would share in the healthcare cost savings.

Objection on grounds of insufficient time to adjust

Delphi's proposal for the healthcare changes would allow at best one month from the time of court action to their proposed elimination of salary retiree healthcare. This time is not sufficient to make a reasonable decision on healthcare providers and even more importantly making whatever financial adjustments that are possible to a 20 to 50 % reduction in monthly income. Due to the

very difficult financial times both in the stock market and job market a minimum of one year is requested if this inequitable change is approved.

Closing:

It is requested that your careful consideration in this matter results in the denial of Delphi's request as to this small group singled out for economic hardship.

Regards,

*Jack L Crusey Jr*

Jack L. Crusey Jr.

Status: Delphi Salary Retiree - Pre-Medicare