February 12, 2009



U.S. BANKRUPTCY COURT, SDNY

In re Delphi Corp., et al., Case No. 05-44481
Hon. Robert D. Drain
United States Bankruptcy Court, Southern District of New York
One Bowling Green
New York, NY  10004


Dear Sir:

I am writing in response to the motion that Delphi Corp. has filed on February 4, 2009 requesting that health care insurance and basic life insurance premiums, generally referred to as Other Post Employment Benefits (OPEB), no longer be supported by any contributions from the Corporation for Salaried retirees.

When I retired as a Delphi Salaried Retiree, it was represented to me that health care insurance would be supported by the Corporation (Delphi) until I reached Medicare eligibility and that my basic life insurance premium would be fully paid by the Corporation for the duration of my retirement (until death).

If the request made by Delphi in the February 4, 2009 filing before your court is granted, it will impose an unbearable hardship on me and my family.  Therefore, I respectfully request that the motion be denied and that Delphi be requested by the Court to seek other means to generate the savings they require.


Sincerely,

Donald R. Hedrick