Feb. 11, 2009

The Honorable Robert D. Drain

   I apologize to you if the next 4 sheets of info. is'nt in conform to requirement but the info. pertain to over 30 yrs experience.

                                      Sign Willie Humphrey

RECEIVED
FEB 18 2009
U.S. BANKRUPTCY COURT, SDNY

To: The Honorable Robert D. Drain (US Bankrup Judge),

My Name is Willie Humphrey, I began my employement with G.M. Nodular Iron Plant 2-4-69, as a hourly iron worker being represented by the UAW-Local 668,. After getting 90 day's employement I was inducted into the U.S. Army, Serving 18 mo's & 2 day's 13 Month's and 2 day's in Vietnam with the 101st Air Borne Div: as a specialist in Communication,. After my honorable tour of duties I returned back to work with and for G.M. 2-1-71, becaused the pay was good.

In 1974, I was asked to be a supervisor which I did'nt accept at first but after being told that my pay would be much better and my benefits was the same as the UAW and I could buy stock and bonds, and with my good work habbits, I would'nt have any problems and that my job would be more Secured as long as I came to work and did a good job,. I went to work every day except some unscheduled Sat, and Sunday's.

All way's working with employees through honest safety and motivation, getting great performance which I recieved good, very good and some great performance rating.

From 2-1-71, I had perfect attendance until 1982 because of getting stuck in snow. In 1985 the talk of Nodular plant closing started, and transfers and lay off began,.

1 of 4

Dec. 23, 1987, I was the last production supervisor to ship casting from the dept. that I supervised in,.

As the result of being displaced from 12-23-87 and all salary position locally being filled. Therefore G.M. Plant Security offered me a security job which I accepted including a $120000 pay cut from a 6M08 to a 4th level security with Steering Gear on 2-1-89,. Then in April 15, 92 I was offered a SM-13 supervisor position at Steering Gear plant #7, then offered a position at Steering Gear plant #2 as a supervisor, then G.M. allowed name change to Delphi which I bought 100 shares of stock which turned out to be a setup for lost causes,. I got tired of being lied to by top salary representive and I made my announcement to salary personel the 1st week May of 1999, exit enterview was setup for 5-28-99,. May 28, 1999 I went approx. 3 to 4 miles across the Saginaw river to Plant #3, to finallize my retirement from G.M. and was told at that time that I had missed the window by a few months which I explained that I was never notified, why would I work for G.M. for over 30 years then go out under Delphi, I should have been notified,. It is wrong to be treated this way as a non union employe, It is wrong to bleach years of agreements, It wrong to allow a salary employe to be mis-lead for over the

2 of 4

years of employement and after committing your self to doing a good job and <u>told that you would have good insurance coverage after retirement, then after retirement it's taking away</u> I know <u>this is not right</u> after being the point man, pilot, navigator, peace keeper, problem solver counselor, and the middleman while those above you get promoted, those in the union get protected and the executive get millions in bonuses.

Your Honor, I believe that women or man should be paid or given what was agreed and not taken after the fact, I know that this country has big problems but G.M.-Delphi is still making cars in other countries at less cost,. Why can't G.M.-Delphi give a person a wage quote before hiring with a chance to except or decline before hiring and stop given big bonus to executive and not take from the establish retired, after years of commitment because of years of verbal agreement.

The Honorable Robert D. Drain, I'am asking you for myself and other salary retired Supervisors please don't let G.M. (Delphi +96%), do this to its retired Supervisors whom put up with more wrongfull treatment then any position in G.M.-Delphi

3 of 4

Your Honor; The Honorable Robert D. Drain

I know that if G.M. had not made these promise I wouldn't have stead to retire including many more.

For God sake this is in your hands and I ask that right over rule wrong.

Thank you, Your Honor!
Sign Willie Humphrey

4 of 4