February 10, 2009

RECEIVED
FEB 18 2009
U.S. BANKRUPTCY COURT, SDNY

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Honorable Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 8, 2005
Document # 14705 to Cancel OPEB (Health Insurance Benefits) for all Retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for current and future salaried retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

My objection is based on the following points:

(1) **TIMING:** This document was filed with no previous warning to any of the current employees and retirees of Delphi Corporation. It was only made public on February 5, 2009, allowing only twelve days for objections to be filed.

(2) **INEQUITY:** This document harms the classified salaried employee group more than any other employee group. The UAW-represented hourly group never was forced to share in their health care costs and still retain health benefits in retirement. The unclassified executive group will be forced to purchase health care in retirement, but the cost represents a smaller percentage of their pension than that of the classified salaried group. Penalizing the classified salaried employee group to improve the balance sheet is wrong and unfair.

(3) **HARDSHIP:** This document will cause financial hardship of every current and future salaried retiree. With pensions frozen, retirement savings down significantly due to the current economy, and rising costs, this document will drive many salaried retirees into poverty. Now is not the time to implement this change.

It is my belief that there are other equitable ways to restructure the company and still retain health care for salaried retirees. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a decreasing cost to the company as each of us reaches that 65 age milestone.

Please know that each of the 15,000 + retirees and soon-to-retire, who will be negatively impacted by this action, will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

## I ask you to REJECT this document.

Sincerely yours,

James P. Tye
52272 Bryan Michael
Macomb, Michigan 48042
586-781-0680