

RECEIVED

FEB 1 8 2009

U.S. BANKRUPTCY COURT, SDNY

February 13, 2009

Attn: Honorable Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 8, 2005
Document # 14705 to Cancel OPEB (Health Insurance Benefits) for all Retirees

Dear Judge Drain:

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the current employees and retirees of Delphi Corporation and was only made known to us via letter on February 5, 2009 and gave us a mere twelve days to file our objections.

I am being retired at the end of the month **BY** the company and **NOT** by my choice. I have had little time to prepare for retirement, and little time to adjust to a significantly reduced income before being hit with this latest development (loss of health care) which will cause financial hardship for every retiree. It will have huge impacts not only on the retirees and soon-to-retire, but also every community where retirees live.

With the current state of the economy, retirees who had saved for retirement in their Stock Savings Plans, have lost 40 – 60 % of their savings. As you know, the cost of living has increased significantly in the last two years based upon rising energy costs alone. This coupled with the loss of health care benefits would have a crippling effect on the lives of every retiree of Delphi Corporation. Checking with my Dr. the proposed cut off of my health care is so close there is no time to safely incorporate generic medications to replace my current Hypertension drugs. To protect the Dr. Liability she refused to switch my medication due to the lack of time to do the needed follow-up lab work before the proposed health care end date. I feel that health care was part of my job offering when I hired in and should be continued as promised. If legally the company can stop it there should be adequate time allowed for people to adjust for this huge change. Clearly the loss of insurance will result in lives being lost sooner than needed. **Please reconsider!**

It is my belief that there are other ways to restructure the company and still retain health care for retirees. Health care benefits are currently scheduled to stop at the age of 65 for all retirees. This cost is a decreasing cost to the company as each of us reaches that 65 year age milestone.

Please know that each of the 15,000 + retirees and soon-to-retire, who will be negatively impacted by this action, will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

**We ask you to REJECT this motion.**

Sincerely yours,

Ronald J. Epacs
3715 Loch drive
Highland, MI
48357

248-846-8012