February 13, 2009

Honorable Robert D. Drain
United State Bankruptcy Court for the Southern District of New York
One Bowling Green, Room 610
New York, New York 10004



RE: Delphi Corporation Chapter 11 – Motion to Terminate Post-Retirement Health Benefits

Dear Sir,

I am a retiree of Delphi Corporation having worked at General Motors for 30 years and the Delphi spin-off for 6 years. I just became aware of the recently filed motion by Delphi to terminate health care benefits for retirees effective immediately.

I believe this motion is unfair and the timing is insufficient to prepare a response by the deadline. I am requesting that you delay the hearing to allow time for retirees to respond, and or reject the motion. I am in discussion with legal counsel through a group of retirees, however there is insufficient time to respond by the February 17 deadline.

My objections to the motion include the following:

- Delphi retirees are for the most part ex-General Motors employees transferred by GM to Delphi in the spin-off in 1999, and it is unfair for benefits of Delphi retirees to be significantly reduced compared to GM benefits for such ex-GM employees.
- My retirement from Delphi was a mutually agreeable early retirement and the financial assessment was based on continuation of pension and health benefits. If health benefits were to be terminated, I would have stayed at Delphi.
- Delphi has had many months and considerable legal resources to prepare this motion which was recently filed. It is unfair to expect independent retirees to be able to assemble the needed resources and legal representation to formally file an objection with such short lead time. There is precedent in other bankruptcy proceedings where such motions were effectively challenged and the motions denied or curtailed by ex-employee retiree coalitions.
- The Delphi Chapter 11 status is largely the result of the one-sided GM separation agreement that saddled Delphi with significant commercial hardships. GM should bear part of the cost of the continuation of health benefits for retirees, as opposed to termination of such benefits.
- Delphi should emerge from bankruptcy and grow based on successful business in Europe, Asia, and Mexico, among other places, and the temporary financial crisis of Delphi's Chapter 11 status should not create permanent hardships for the retired employees that helped to build the company and it's future success.

Thank you for your honorable consideration of this request to deny and or delay the Delphi motion.

Sincerely,

George Moore
Delphi Retiree
7160 Northwind Ct.
Clarkston, MI 48346
email - grmoore@comcast.net
Tel (248) 620-3131,  Cell (248) 981-8644
Fax (248) 564-5355