February 14, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Judge Robert D. Drain

Ref:
Delphi Corp Case # 05-44481 filed October 5, 2005
Document # 14705 to cancel OPEB (health insurance benefits) for all retirees

RECEIVED FEB 23 2009 U.S. BANKRUPTCY COURT, SDNY

Dear Judge Drain;

This letter is to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009 asking the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

**Please note that this letter is an OBJECTION to that document and file it as a motion to object to document #14705.**

This document was filed with no previous warning to any of the retirees of Delphi Corporation and was only made known to us via a letter on February 5, 2009 and gave us a mere twelve days to file our objections.

We Delphi employees have planned our retirement expecting to have health care coverage up to age 65 when eligible for Medicare. The loss of health care benefits presents an obvious financial hardship for each retiree and our families.

With the current state of the economy where we see our savings at approximately 40% of recent past levels, the loss of health care benefits will have a crippling effect on Delphi retirees, our families and our communities.

There certainly must be other ways to restructure the company without putting this undue burden on the loyal employees who have retired from Delphi.

The figures stated in the letter of February 5, 2009 do not seem to make sense. The alternative of slightly raising the retiree pay portion of the health care benefits prior to age 65 coupled with the elimination of the Employer Paid Life Insurance should more than satisfy the $200,000,000 savings through 2011. This alternative recognizes the need for sacrifice from all stakeholders to the eventual emergence from bankruptcy for Delphi Corporation.

Please know that each of the 15,000 retirees who will be negatively impacted by this action will be looking to you for your consideration when making the decision concerning Document #14705 dated February 4, 2009.

We ask you to **REJECT** this motion.

Sincerely,

*Dennis F. Saxton*

Dennis F. Saxton
5782 Birch Bark Circle
Grove City, OH 43123
Phone: 614-871-3762