**Hearing Date And Time: February 24, 2009 at 10:00 a.m. (prevailing Eastern time)**
**Objection Deadline: February 17, 2009 at 4:00 p.m. (prevailing Eastern time)**

L. Lee Flick
1710 E Southway Blvd.
Kokomo, IN 46902
(765) 453-5528

Salaried Employee of Delphi Corporation
Debtors and Debtors-in-Possession



RECEIVED
FEB 1 8 2009
U.S. BANKRUPTCY COURT, SDNY

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
In re                         :    Chapter 11
                              :
DELPHI CORPORATION, et al.,   :    Case No. 05-44481 (RDD)
                              :
                   Debtors.   :    (Jointly Administered)
                              :
------------------------------x

LETTER TO CONTEST DELPHI'S MOTION FOR ORDER UNDER 11 U.S.C. §§ 105, 363(b)(1), AND 1108 CONFIRMING DEBTORS' AUTHORITY TO TERMINATE EMPLOYER-PAID POSTRETIREMENT HEALTH CARE BENEFITS AND EMPLOYER-PAID POST-RETIREMENT LIFE INSURANCE BENEFITS FOR CERTAIN (A) SALARIED EMPLOYEES AND (B) RETIREES AND THEIR SURVIVING SPOUSES ("SALARIED OPEB TERMINATION MOTION")

PRELIMINARY STATEMENT

I am an active Delphi employee, approaching retirement. As the court knows, Delphi Corp. filed a motion with the U.S. Bankruptcy Court to discontinue healthcare and life insurance coverage for retirees. The notice also stated my Retiree Health Reimbursement Account (RHRA) would be eliminated. This account was established as part of the "deal" a

couple of years ago when Delphi terminated health insurance coverage for retirees once they reach 65 years of age.

I am contesting this motion for the following reasons:

1) The obligation of Delphi to provide health care coverage for retirees is <u>time limited</u>. Coverage for retirees discontinue when they reach age 65. And, retirees hired after 1992 do not receive health care coverage in retirement.

2) Associates hired in after December 31, 1992 knew they would not receive health care coverage in retirement when they hired in so they have had knowledge and time to prepare for some type of health care in retirement. People such as me who were hired in the 60's, 70's or 80 through December of 1992 were told by the company that we will receive health care coverage in retirement. Sixteen years later, we are informed we will no have coverage. This will not allow sufficient time for a personal recovery plan to provide ourselves and families with health care coverage after retirement. Difficult economic times have stricken the individual subordinates with the same and/or even higher degree of negativity.

3) The motion made by Delphi is for <u>permanent</u> elimination of health. Delphi heavily emphasized their entire health care / benefit package as an enticing tool for hire and solicitation of employment during my hire in interview. This has built a base of talented, highly loyal resourceful employee pool.

2

## SUMMARY

I am an engineer who hired into the company under GM and have dedicated my entire working career to making GM and now Delphi the most competitive and high quality company possible. I have had several opportunities over the years to work for other industries for various companies. Some of these offers were for a higher salary. I turned them down out of loyalty to my company, because of Delphi's *"guarantee"* (loyalty to me) of health care and benefits package. I expect some level of loyalty in return from my company.

I understand the extraordinarily difficult economic times that the company, as well as the automotive industry faces. Enormous sacrifices, countless unpaid hours worked are being made now by many loyal subordinates and more sacrifice may be necessary, but at some point, (even though presently "cash is king") we have to realize people are still our most valued resource. We need to plan as if we still do have a future, we will need quality experienced subordinates to continue our business.

I appreciate the court taking the time to consider my argument and respectfully ask that you not approve Delphi's motion to terminate health coverage for salaried employees. Help Delphi realize we are going to need some experienced resources when economic times return more favorable. In common words it seems we are using current/temporary economic status to make long term decisions as if the current economic state will never change.

Dated:    February 13, 2009                                L. Lee Flick
                                                          1710 E Southway Boulevard
                                                          Kokomo, IN 46902
                                                          (765)-453-5528