UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                          :
In re                                     :   Chapter 11
                                          :
DELPHI CORPORATION, et al.                :   Case No. 05-44481 (RDD)
                                          :
                        Debtors.          :   (Jointly Administered)
                                          :
---------------------------------------------------------------x

### DESCRIPTION OF ADMINISTRATIVE EXPENSE CLAIM OF DONALD R. SWEETON AND SARAH E. SWEETON

A portion of the administrative expense claim of Donald R. Sweeton and Sarah E. Sweeton (the "Sweetons") is based on the use by Delphi Automotive Systems, LLC ("Delphi Automotive") of certain real property (the "Subject Property") located in Columbia, Tennessee, pursuant to a pre-petition Warehouse Lease between the Sweetons and Delphi Automotive. Copies of the Warehouse Lease and amendments thereto (collectively, the "Lease") between the Sweetons and Delphi Automotive were attached to the Sweeton's Proof of Claim filed in this case. A portion of the administrative expense claim is also based on certain post-petition agreements between the Sweetons and Delphi Automotive pursuant to which the Sweetons provided certain goods and services to Delphi Automotive or made expenditures that benefited Delphi Automotive. The administrative expense claim is described in greater detail below:

1.      During the post-petition period, Delphi Automotive requested that the Sweetons provide certain services, including storage, transportation of dunnage, maintenance and repairs relating to the Subject Property. Delphi Automotive agreed to reimburse the Sweetons for these services. Invoices for these services remain unpaid and total at least $38,840.05. Copies of these invoices are attached hereto.

2. During the post-petition period, Delphi Automotive requested that the Sweetons obtain insurance for the Subject Property and agreed to reimburse the Sweetons for the expense of the insurance. Invoices for insurance remain unpaid and total at least $166,063.43. Copies of these invoices are attached hereto.

3. During the post-petition period, Delphi Automotive requested that the Sweetons pay certain taxes relating to the Subject Property and agreed to reimburse the Sweetons for the expense of these taxes. The invoice for these taxes remains unpaid and totals at least $32,438.30. A copy of this invoice is attached hereto.

4. During the post-petition period, the Sweetons conducted a walk-through of the Subject Property with a representative of Delphi Automotive, and a number of items that required repair were identified in this process. The anticipated cost of repairing this damage is estimated to be at least $236,938.50, as reflected in the attached proposals.

5. During the post-petition period, Delphi Automotive's use of the Subject Property in the course of its business resulted in environmental contamination of the Subject Property. This contamination was discovered in late 2008. Additionally, in October 2008, vandalism occurred on the Subject Property that resulted in both physical damage to the Subject Property and additional environmental contamination of the Subject Property. The anticipated cost of remediating the environmental contamination is at least $127,199.75, as reflected in the attached environmental assessment. The anticipated cost of repairing ventilation damage, breakroom wall and door damage and replacing glass in doors resulting from the vandalism that occurred on the Subject Property is estimated to be at least $33,365, as reflected in the attached proposals.

6. Attorney's fees, costs and expenses in an amount to be determined.

## BUILDING CLEANUP PUNCH LIST

Revised 16Sep08

| # | Item Description | EXACT Location (Post #'s) | Opened | Closed | PO # | Invoice # | Amount | Comments | Quote # | Delphi PR (Tracing #) | Quote $ | Quote Details |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Bottom edge of Grade Level rollup door damaged | South end of building | 7/1/2008 | Included in the Quote for Item 5 | | | | Reviewed with Dasco (Don and Sarah Sweeton) on 31July. Quotes by 14Aug. | | | | |
| 2 | Fix broken & damaged floors from anchor bolts | Exact locations to follow | 7/1/2008 | | | | | Reviewed with Dasco (Don and Sarah Sweeton) on 31July. Quotes by 14Aug. Not all areas can be inspected at this time. | 080808-001 | A00589 | | The initial estimate is 1,175 holes. 1/2" to 5/8"...$23.60 each ¾"...$29.70 each |
| 3 | Main Gate - Truck Damage | | 7/1/2008 | | | | | Reviewed with Dasco (Don and Sarah Sweeton) on 31July. Quotes by 11Aug. | 080808-002 | A00589 | $ 28,995.00 | |
| 4 | Broken concrete in truck entrance drive (4 places) | | 7/1/2008 | | | | | Reviewed with Dasco (Don and Sarah Sweeton) on 31July. Quotes by 12Sept. | 082808-US | A00600 | $ 23,660.00 | |
| 5 | Dock Bumpers and Seals | All Docks | 7/1/2008 | | | | | Reviewed with Dasco (Don and Sarah Sweeton) on 31July. Quotes by 12Sept. | | A00588 | $ 50,540.00 | |
| 6 | Replace Automatic Drain on Compressed Air Reservoir | Compressor Room | 7/1/2008 | Replaced 8/20/2008 | Item Repaired by Delphi | | | Reviewed with Dasco (Don and Sarah Sweeton) on 31July. Quotes by 12Sept. | | | | |
| 7 | Dock 20 Dock lock | | 7/1/2008 | 9/9/2008 | Repaired by Delphi | | | Reviewed with Dasco (Don and Sarah Sweeton) on 31July. Quotes by 12Sept. | | | | |
| 8 | AC mounting holes in PBX room | PBX Room | 7/1/2008 | | | | | Reviewed with Dasco (Don and Sarah Sweeton) on 31July. Quotes by 14Aug. | 080808-004 | A00590 | $ 430.00 | |
| 9 | Replace original PC&L office | | 7/1/2008 | | | | | Reviewed with Dasco (Don and Sarah Sweeton) on 31July. Quotes by 11Aug. | 080808-008 | A00595 | $ 40,125.00 | |
| 10 | Replace original janitor's closet | | 7/1/2008 | | | | | Reviewed with Dasco (Don and Sarah Sweeton) on 31July. Quotes by 11Aug. | 080808-007 | A00594 | $ 3,860.00 | |
| 11 | Seal Wall opening in Engineer's office & reconnect light switch at original door | | 7/1/2008 | | | | | Reviewed with Dasco (Don and Sarah Sweeton) on 31July. Quotes by 14Aug. | 080808-009 | A00506 | $ 2,830.00 | |
| 12 | Hole in rear wall were electrical for trailer was run | Between Dock 1 & Column 2 | 7/1/2008 | | | | | Reviewed with Dasco (Don and Sarah Sweeton) on 31July. Quotes by 14Aug. | 080808-010 | A00592 | $ 320.00 | |
| 13 | Replace damaged heater thermostats | | 7/1/2008 | | | | | Reviewed with Dasco (Don and Sarah Sweeton) on 31July. Quotes by 12Sept. | | | | |
| 14 | Environmental Site Assessment | | 7/1/2008 | | | | | Reviewed with Dasco (Don and Sarah Sweeton) on 31July. Quotes by 12Sept. | | | | |
| 15 | Towmotor damage to office walls | outside C Dec's office & Jonathan's office | 7/1/2008 | | | | | Reviewed with Dasco (Don and Sarah Sweeton) on 31July. Quotes by 14Aug. | 080808-005 | A00591 | $ 2,860.00 | |
| 16 | Clean & Re-paint inside facility | | 7/1/2008 | | | | | Reviewed with Dasco (Don and Sarah Sweeton) on 31July. Quotes by 12Sept. | | | | |
| 17 | Clean Battery room | | 7/1/2008 | | | | | Reviewed with Dasco (Don and Sarah Sweeton) on 31July. Quotes by 14Aug. | 080808-006 | A00593 | $ 28,560.00 | |
| 18 | Roof Insulation | | 7/1/2008 | | | | | Reviewed with Dasco (Don and Sarah Sweeton) on 31July. Quotes by 12Sept. | | | | |
| 19 | Breakroom middle counter/cabinets | | 7/1/2008 | | | | | Reviewed with Dasco (Don and Sarah Sweeton) on 31July. Quotes by 12Sept. | | | | |
| 20 | Replace all carpeted floors | | 7/1/2008 | | | | | Reviewed with Dasco (Don and Sarah Sweeton) on 31July. Quotes by 12Sept. | | | | |

## BUILDING CLEANUP PUNCH LIST

Revised 06Aug

| Item Description | EXACT Location (Post #'s) | Opened | Closed | PO # | Invoice # | Amount |
|---|---|---|---|---|---|---|
| Bottom edge of Grade Level rollup door damaged | South end of building | 7/1/2008 | | | | |
| Fix broken & damaged floors from anchor bolts | Exact locations to follow | 7/1/2008 | | | | |
| Main Gate - Truck Damage | | 7/1/2008 | | | | |
| Broken concrete in truck entrance drive (4 places) | | 7/1/2008 | | | | |
| Dock Bumpers and Seals | All Docks | 7/1/2008 | | | | |
| Replace Automatic Drain on Compressed Air Reservoir | Compressor Room | 7/1/2008 | | | | |
| Dock 20 Dock lock | | 7/1/2008 | | | | |
| AC mounting holes in PBX room | PBX Room | 7/1/2008 | | | | |
| Replace original PC&L office | | 7/1/2008 | | | | |
| Replace original janitor's closet | | 7/1/2008 | | | | |
| Seal Wall opening in Engineer's office & reconnect light switch at original door | | 7/1/2008 | | | | |
| Hole in rear wall were electrical for trailer was run | Between Dock 1 & Column 2 | 7/1/2008 | | | | |
| Replace damaged heater thermostats | | 7/1/2008 | | | | |
| Environmental Site Assessment | | 7/1/2008 | | | | |
| Towmotor damage to office walls | outside C Dec's office & Jonathan's office | 7/1/2008 | | | | |

# DELPHI

Date: 9/18/2008

To: Sarah Sweeton

From: Tom Welch

Fax: 931-762-4944

Phone:

Fax:

Phone:

Subject: Quotes

c:

Number of pages including cover sheet: 1

Problems with the receipt of this transmission, contact:

☐ Urgent     ☐ For Review     ☐ Please Reply

Sarah, got the quotes Don brought over, Thanks

How about the quotes for replacing the carpet, repairing the Break room counters and the Envirnmental Assessment?

Thanks

- Meeting 2) carpet people Monday
- Counters in Quote on break room
- Call in for Enviromental

Sarah

## DASCO, INC.

214 ADMIRAL CIRCLE
LAWRENCEBURG, TN 38464

# Invoice

| Date | Invoice # |
|---|---|
| 9/4/2008 | 17487 |

**Bill To**

DELPHI
1974 Ridgecrest Drive
Columbia, TN  38401

| P.O. No. | Terms | Project |
|---|---|---|
| LEASE | Net 30 | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | 2006-2007 WORKERS COMPENSATION @ $.6577 PER SQ FT | 0.00 | 0.00 |
| | 61,680 SQ FT @ $.6577 | 40,567.00 | 40,567.00 |
| | | | |
| | 2006-2007 AUTO POLICY @ .2662 PER SQ FT | 0.00 | 0.00 |
| | 61,680 SQ FT @ $.2662 | 16,422.00 | 16,422.00 |
| | | | |
| | 2005-2006 WORKERS COMPENSATION @ $.5557 | 0.00 | 0.00 |
| | 61,680 SQ FT @ $.5557 | 34,275.00 | 34,275.00 |
| | | | |
| | 2005-2006 AUTO POLICY $.2757 | 0.00 | 0.00 |
| | 61,680 SQ FT @ $.2757 | 16,867.00 | 16,867.00 |

TERMS: 1-1/2% Per Month Service Charge on Accounts Past Due

**Total**   $108,131.00

# Invoice

**DASCO, INC.**

214 ADMIRAL CIRCLE
LAWRENCEBURG, TN 38464

| Date | Invoice # |
|---|---|
| 8/6/2008 | 17485 |

**Bill To**

DELPHI OPERATIONS SUPPORT GROUP
R/E PROPERTY ADMIN.
5825 DELPHI DRIVE
MC 480-410-174
TROY, MI 48098

| P.O. No. | Terms | Project |
|---|---|---|
| LEASE | Net | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | CORRECTED INVOICE (17454) 9-1-07- TO 9-1--08 RENEWAL | 0.00 | 0.00 |
| | BLDG 1 - WH - PROPERTY & BUSINESS INCOME 60,000 SQ FT @ $.1751 | 10,506.00 | 10,506.00 |
| | BLDG 2- AUX - PROPERTY & BUSINESS INCOME 1,680 SQ FT @ $.1314 | 220.75 | 220.75 |
| | BLDG 1 - WH - GENERAL LIABILITY 60,000 SQ FT @ $.0169 | 1,014.00 | 1,014.00 |
| | BLDG 2- AUX - GENERAL LIABILITY 1,680 SQ FT @ $.0169 | 28.00 | 28.00 |
| | AUTO 61,680 SQ FT @ .2677 | 16,511.00 | 16,511.00 |
| | WORKER'S COMP 61,680 SQ FT @ .4349 | 26,825.00 | 26,825.00 |
| | PREMIUM/SQUARE FOOTAGE AS PROVIDED LOIS JANKOW, R/E PROPERTY ADMIN MGR | | |
| | BY MARKUS INSURANCE AGENCY. | | |

**Total** $55,104.75

# DASCO, INC.

## 214 ADMIRAL CIRCLE
## LAWRENCEBURG, TN 38464

# Invoice

| Date | Invoice # |
|---|---|
| 12/31/2008 | 17499 |

**Bill To**

DELPHI OPERATIONS SUPPORT GROUP
R/E PROPERTY ADMIN.
5825 DELPHI DRIVE
MC 480-410-174
TROY, MI 48098

| P.O. No. | Terms | Project |
|---|---|---|
| LEASE | Net | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | 2008 MAURY COUNTY PROPERTY TAX $23,148.00 (60,000 SQ FT) | 0.00 | 0.00 |
| | 2008 COLUMBIA CITY PROPERTY TAX $12,778.00 (60,000 SQ FT) | 0.00 | 0.00 |
| | | | |
| | $35,926.00/12 = $2993.83 PER MONTH | | |
| 10 | JANUARY 1, 2008 TO OCTOBER 31, 2008 )10 MOS) | 2,993.83 | 29,938.30 |
| | | | |
| | $2,993.83/MO// 60,000 SQ FT = $.05/SQ FT | 0.00 | 0.00 |
| 25,000 | 25,000 SQ FT X $.05 (NOVEMBER, 20088) | 0.05 | 1,250.00 |
| 25,000 | 25,000 SQ FT X $.05 (DECEMBER, 2008) | 0.05 | 1,250.00 |

TERMS: 1-1/2% Per Month Service Charge on Accounts Past Due

**Total** $32,438.30

# Invoice

**DASCO, INC.**

214 ADMIRAL CIRCLE
LAWRENCEBURG, TN 38464

| Date | Invoice # |
|---|---|
| 12/31/2008 | 17500 |

**Bill To**

DELPHI OPERATIONS SUPPORT GROUP
R/E PROPERTY ADMIN.
5825 DELPHI DRIVE
MC 480-410-174
TROY, MI 48098

| P.O. No. | Terms | Project |
|---|---|---|
| LEASE | Net | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | PROPERTY INSURANCE RENEWAL | 0.00 | 0.00 |
| | 9-1-08 T0 9-1-09  - TOTAL $11,709.00 / 12MOS = $975.75 MO | | |
| | $975.75 / 66,404 SQ FT = $. 015 PER SQ FT PER MO | | |
| 61,000 | SEPTEMBER, 2008 - 61,000 SQ FT | 0.015 | 915.00 |
| 61,000 | OCTOBER, 2008 - 61,000 SQ FT | 0.015 | 915.00 |
| 25,000 | NOVEMBER, 2008 - 25,000 SQ FT | 0.015 | 375.00 |
| 25,000 | DECEMBER, 2008 - 25,000 SQ FT | 0.015 | 375.00 |
| | GENERAL LIABILITY - TOTAL $1159/12 MOS = $$96.58 MO | | |
| | $96.58 MO/66,404 SQ FT/ $.00144 MO. | | |
| 61,000 | SEPTEMBER, 2008 - 61,000 SQ FT | 0.00144 | 87.84 |
| 61,000 | OCTOBER, 2008 - 61,000 SQ FT | 0.00144 | 87.84 |
| 25,000 | NOVEMBER, 2008 - 25,000 SQ FT | 0.00144 | 36.00 |
| 25,000 | DECEMBER , 2008 - 25,000 SQ FT | 0.00144 | 36.00 |

TERMS: 1-1/2% Per Month Service Charge on Accounts Past Due

**Total** $2,827.68

# Invoice

**DASCO, INC.**

214 ADMIRAL CIRCLE
LAWRENCEBURG, TN 38464

| Date | Invoice # |
|---|---|
| 1/31/2008 | *17396 |

| Bill To |
|---|
| DELPHI
1974 Ridgecrest Drive
Columbia, TN 38401 |

| P.O. No. | Terms | Project |
|---|---|---|
| 450652695 | Net 30 | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 2,398 | 2398) STACKABLE UNITS | 3.00 | 7,194.00 |
| 120 | 120 UNSTACKABLE UNITS (4 X) | 3.00 | 360.00 |
| 48 | 48) SECURE UNITS @ $10 | 10.00 | 480.00 |
| | ON SITE STORAGE | | |

TERMS: 1-1/2% Per Month Service Charge on Accounts Past Due

**Total**  $8,034.00

# Invoice

**DASCO, INC.**

214 ADMIRAL CIRCLE
LAWRENCEBURG, TN 38464

| Date | Invoice # |
|---|---|
| 1/31/2008 | *17397 |

**Bill To**

DELPHI
1974 Ridgecrest Drive
Columbia, TN 38401

| P.O. No. | Terms | Project |
|---|---|---|
| 450652695 | Net 30 | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 3,570 | MONTHLY SKID STORAGE, JANUARY, 2008 | 3.00 | 10,710.00 |

TERMS: 1-1/2% Per Month Service Charge on Accounts Past Due

**Total** $10,710.00

# Invoice

**DASCO, INC.**

214 ADMIRAL CIRCLE
LAWRENCEBURG, TN 38464

| Date | Invoice # |
|---|---|
| 1/31/2008 | 17450 |

| Bill To |
|---|
| DELPHI<br>1974 Ridgecrest Drive<br>Columbia, TN 38401 |

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 30 |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | PLANT MAINTENANCE FOR FEBRUARY, 2008 | 2,750.00 | 2,750.00 |

TERMS: 1-1/2% Per Month Service Charge on Accounts Past Due

**Total** $2,750.00

# Invoice

**DASCO, INC.**

214 ADMIRAL CIRCLE
LAWRENCEBURG, TN 38464

| Date | Invoice # |
|---|---|
| 2/27/2008 | 17453 |

| Bill To |
|---|
| DELPHI<br>1974 Ridgecrest Drive<br>Columbia, TN 38401 |

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 30 |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | REMOVAL OF ELECTRICAL ON TEMPORARY TRAILER | 300.00 | 300.00 |
|  | REPAIR OF OUTSIDE LIGHTING - MATERIALS & LABOR | 438.00 | 438.00 |

TERMS: 1-1/2% Per Month Service Charge on Accounts Past Due

**Total** $738.00

# Invoice

**DASCO, INC.**

214 ADMIRAL CIRCLE
LAWRENCEBURG, TN 38464

| Date | Invoice # |
|---|---|
| 2/29/2008 | 17457 |

**Bill To**

DELPHI
1974 Ridgecrest Drive
Columbia, TN  38401

| P.O. No. | Terms | Project |
|---|---|---|
| MAINTENANCE | Net 30 | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | PLANT MAINTENANCE FOR MARCH, 2008 | 2,750.00 | 2,750.00 |

TERMS: 1-1/2% Per Month Service Charge on Accounts Past Due

**Total** $2,750.00

# Invoice

**DASCO, INC.**

214 ADMIRAL CIRCLE
LAWRENCEBURG, TN 38464

| Date | Invoice # |
|---|---|
| 9/4/2008 | 17491 |

| Bill To |
|---|
| DELPHI |
| 1974 Ridgecrest Drive |
| Columbia, TN 38401 |

| P.O. No. | Terms | Project |
|---|---|---|
| 450652695 | Net 30 | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | STORAGE OF DUNNAGE, SEPTEMBER, 2008 | 0.00 | 0.00 |
| 2,625 | 2625 UNITS OFFSITE STORAGE | 3.00 | 7,875.00 |

TERMS: 1-1/2% Per Month Service Charge on Accounts Past Due

**Total** $7,875.00

# DASCO, INC.

# Invoice

214 ADMIRAL CIRCLE
LAWRENCEBURG, TN 38464

| Date | Invoice # |
|---|---|
| 9/17/2008 | 17492 |

| Bill To |
|---|
| DELPHI<br>1974 Ridgecrest Drive<br>Columbia, TN 38401 |

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 30 |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | DAVIS HEATING & COOLING,LLC - SERVICE AND REPAIR HVAC EQUIPMENT<br>AS PER ATTACHED INVOICE | 5,160.05 | 5,160.05 |

TERMS: 1-1/2% Per Month Service Charge on Accounts Past Due

**Total** $5,160.05

# Invoice

**DASCO, INC.**

214 ADMIRAL CIRCLE
LAWRENCEBURG, TN 38464

| Date | Invoice # |
|---|---|
| 9/30/2008 | 17493 |

**Bill To**

DELPHI
1974 Ridgecrest Drive
Columbia, TN 38401

| P.O. No. | Terms | Project |
|---|---|---|
| 4550652695 | Net 30 | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 2,358 | STORAGE OF DUNNAGE STACKABLE UNITS- OCTOBER, 2008 | 3.00 | 7,074.00 |

TERMS: 1-1/2% Per Month Service Charge on Accounts Past Due

**Total** $7,074.00

# Invoice

**DASCO, INC.**

214 ADMIRAL CIRCLE
LAWRENCEBURG, TN 38464

| Date | Invoice # |
|---|---|
| 9/30/2008 | 17495 |

| Bill To |
|---|
| DELPHI<br>1974 Ridgecrest Drive<br>Columbia, TN 38401 |

| P.O. No. | Terms | Project |
|---|---|---|
| 450652695 | Net 30 | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | STORAGE OF DUNNAGE, OCTOBER, 2008 | 0.00 | 0.00 |
| 1,001 | 1001  UNITS OFFSITE STORAGE | 3.00 | 3,003.00 |

TERMS: 1-1/2% Per Month Service Charge on Accounts Past Due

**Total** $3,003.00