# DASCO, INC.*

*****Licensed General Contractor**

*D & S CONTRACTORS, INC.  
214 Admiral Circle  
Lawrenceburg, TN 38464

Phone (931) 762-9483  
Fax   (931) 762-4944

December 19, 2008

## RE: PROPOSAL REPAIR VENTILATION DAMAGE FROM BREAK-IN

We hereby submit specifications and estimates to repair break-in damage to facilities @ 1974 Ridgecrest Drive, Columbia, Tennessee, as follows:

LABOR TO REMOVE AND REPLACE FAN & LOUVERS TO INCLUDE SHEETMETAL FLASHING – 2 MEN 24 HRS = 48 HRS @ $56.00 = $2,688.00

4 FANS & LOUVERS TO REPLACE DAMAGED = $15,160.00

We propose to provide the above – complete in accordance with the above specifications for a total of $17,848.00. .

All materials to be as specified. All work to be completed in a professional manner according to standard industry practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado, and other necessary insurance. Our workers are fully covered by Workers Compensation insurance.

DASCO, Inc.

Don Sweeton

