# LAWRENCEBURG GLASS, INC.
1018 NORTH LOCUST AVE.
LAWRENCEBURG, TN 38464
(931) 766-1004 – FAX (931) 766-1055
lawrenceburgglass@lycos.com

SHEET 1 OF 1

February 3, 2009

PROPOSAL FOR:
DASCO
LAWRENCEBURG, TN 38464
ATTN: LINDSEY
PHONE: (931) 762-9483
FAX:   (931) 762-4944

JOB: 1990 RIDGECREST DR., COLUMBIA TN

**SUBJECT TO PROMPT ACCEPTANCE WITHIN 30 DAYS**

## DOOR GLASS REPLACEMENT
1/4" TINTED LAMINATED GLASS INSTALLED IN STOREFRONT DOOR
  SIZE NOT TO EXCEED 16.50 SQ FT.
1/4" TINTED LAMINATED GLASS INSTALLED IN HOLLOW METAL DOOR
  SIZE NOT TO EXCEED 6 SQ.FT.

**NOTE: A DEPOSIT OF 50% AT TIME OF ORDER IS REQUIRED AND BALANCE UPON COMPLETION**

We Propose hereby to furnish material and labor- complete in accordance with above specifications, for the sum of     $525.00.
All Material is guaranteed to be as specified. All work to be completed in a workmanlike manner according to standard practices. Any alteration or deviation from specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado and other necessary insurance. Our workers are fully covered by Workmen's Compensation Insurance.

By: _____
      Danny Patt

Acceptance of Proposal  The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

Date of Acceptance: _____

Authorized Signature: _____


