
ENVIRONMENTAL SOLUTIONS

28 Middleton Street • Nashville, Tennessee 37210
615.742.0875 • 615.742.0873 (facsimile)

Thursday, January 15, 2009

Ms. Ann Peldo Cargile
**Boult, Cummings, Conners, and Berry, PLC**
1600 Division Street, Suite 700
Nashville, Tennessee 37203

Re:   *Privileged and Confidential*
      **Potential Environmental Concerns**
      **Former Delphi Corporation**
      **Columbia, Tennessee**

Dear Ms. Cargile:

On behalf of Mr. and Mrs. Don Sweeton, Environmental Management and Engineering, Inc. (EME) is pleased to present this environmental report detailing EME's recent site visit, opinion of potential environmental concerns and relative cost estimates for cleanup of the environmental concerns.

## INTRODUCTION

On October 26, 2008, Mr. Quintin Macdonald, PG and Mr. Garland Stone, PE of EME visited the former Delphi Corporation (Delphi) at 1974 Ridgecrest Drive in Columbia, Tennessee to look at potential environmental concerns. EME was asked to visit the site by the property owner, Mr. Don Sweeton, following a recent act of vandalism that occurred at the facility. The vandalism occurred while the tenant, Delphi, was in the process of removing its manufacturing equipment after their Chapter 11 bankruptcy filing and termination of their automotive manufacturing operations. Mr. Sweeton asked EME to look at the property relative to potential environmental concerns or damage associated with Delphi's tenure at the facility and/or while they were decommissioning their operations. EME's site visit was limited to the Delphi's battery storage area and the vandalized areas.

## BACKGROUND

The subject facility was constructed in 2001 by DASCO, Inc. as a commercial/industrial rental property. Delphi became a tenant on February 1, 2001. At the request of Delphi, DASCO, Inc. enlarged and modified the original structure to meet Delphi's specific needs. This modification (Phase II) was completed on January 1, 2004. The modified

Ms. Ann Cargile
**Potential Environmental Concerns**
December 15, 2008
Page 2

---

property consists of a single 73,320 sq.ft pre-fabricated concrete building with accompanying concrete paved parking. In 2001, Delphi installed its automobile parts manufacturing/assembly equipment and began operations. This facility manufactured automotive parts for use in General Motors vehicles. On October 9, 2005, Delphi, the nation's largest automobile parts supplier, closed its North American operations and filed for Chapter 11 bankruptcy protection.

Delphi ceased manufacturing at the subject property sometime in October 2008. Except for a few employees who were held over to assist with the decommissioning and removal of all of the equipment, all of Delphi's employees were terminated at that time. The facility has been inactive and essentially unoccupied since October 29, 2008. It is unknown when Delphi began to remove equipment from property.

### FINDINGS

Based on EME's site visit, EME has the following observations and opinions:

EME observed two potential environmental concerns at this site:

(1) Historical Operational Concerns - Evidence of leaks and spills of corrosives in the former forklift battery storage and charging area; and

(2) A Catastrophic Event Concern - The intentional release of battery acid and a drum of an unknown acid by vandals.

### Historic Operational Concerns

EME observed a potential environmental concern that appeared related to the work procedures of the former tenant, Delphi. Specifically, within the former battery storage, maintenance and recharging room (25-foot x 30-foot or 750 ft$^2$) there is staining, evidence of spilled and/or released corrosives such as battery acid, and scarification of the concrete floor. The battery storage room is denoted as Area of Concern 1 (AOC-1) and is illustrated on Figure 1. Stains were observed on the concrete floor in areas where former racks held the batteries and along the edge of the room where the acid spills drained. The staining suggests systematic and sustained spills or releases of unknown quantities of battery fluids. Those spilled and/or released fluids appear to have migrated downward in the small gap between the poured concrete floor and concrete pre-fabricated wall of the room. Drilled holes within the concrete floor were also observed that could have allowed spills and/or releases to migrate into the subsurface. Mr. Sweeton indicated that the holes were drilled by the tenant after the occupation of the premises. Evidence of the migration and flow of fluids from this room can be observed outside the access door in the exterior wall and along the exterior wall itself. At a minimum, the systematic spilling or release of battery acid in this room has significantly degraded the finish of the flooring. In addition, the uncontrolled release and downward migration of battery acid


ENVIRONMENTAL SOLUTIONS

Ms. Ann Cargile
**Potential Environmental Concerns**
December 15, 2008
Page 3

could have impacted the subsurface environmental media. The volume of such releases and the associated extent and/or significance of any such impact are unknown and can only be evaluated through an environmental investigation. Most industrial deep-cycle batteries, such as those used to power forklifts for long periods of time, use lead-antimony plates. Antimony is typically utilized due to its superior strength and increased plate life and battery strength. But the lead-antimony reaction with the electrolyte or battery fluids (typically 30% sulfuric acid and 70% water) increases gassing and water loss. Accordingly, industrial batteries typically require regular inspection to check the battery fluid levels and the addition of battery fluids as needed.

The reaction between the two electrodes of different metals or metal compounds (an anode and a cathode) and the battery fluids cause the positive terminal to be gradually eaten away over time. The eroded sediment from the terminals accumulates at the bottom of the battery. A soluble fraction of the terminal metals also dissolves into the battery fluids. As a result, both the battery fluids and the terminal sediment can contain concentrated levels of heavy metals such as antimony and lead. The release of fluids and/or sediment by "tipping over" or "breaking open" deep-cycle batteries can cause acid and toxic metals to be introduced into the environment. The release of acid into the native soils can also cause naturally occurring metals in the native soil to become soluble or dissolve into the acid solution. Once soluble, these metals tend to move within the environment and/or to concentrate in discrete locations. Thus, these releases can pose additional environmental concerns and adversely impact the soil and groundwater quality.

### Catastrophic Event Concerns

The second environmental concern observed on October 23, 2008 by EME is apparently attributable to an act(s) of vandalism by unknown perpetrators. According to Mr. Sweeton, the vandalism occurred while Delphi, still a tenant, was in the process of removing its manufacturing equipment from the property. Reportedly, the vandalism occurred on or before October 20, 2008, six days prior to EME's site visit. It is currently unknown to EME as to which Delphi employee first discovered the vandalism and reported it to the police and to Maury County Office of Emergency Management. The Maury Co. Office of Emergency Management contacted an emergency responder, HEPACO Emergency Responder Team (HEPACO) to mobilize to the facility. HEPACO responded to the releases by recovering all standing "pools" of acid solution remaining on concrete paved surfaces.

The first vandalism incident observed by EME was outside in the concrete parking lot area behind the east building. In this area two sections of significantly distressed concrete paving were observed. Both areas exhibited fresh scarification of the finished concrete surface. Based on Mr. Sweeton's description of the scene after it was discovered and the physical evidence observed by EME, it appears that a 55-gallon drum of an unknown acid-based industrial cleaning solution was overturned by the vandals.


EME ENVIRONMENTAL SOLUTIONS

Ms. Ann Cargile
**Potential Environmental Concerns**
December 15, 2008
Page 4

The two distressed areas are approximately 11-feet by 48-feet (AOC-2A 528 $ft^2$) and 35-feet by 56-feet (AOC-2b 1,960 $ft^2$). The acid in the industrial cleaner was concentrated enough to scar and dissolve the carbonate material in the concrete wherever it flowed. The concrete surface is pitted and degraded in both of these areas. Further, within the footprint of the two spill areas there are expansion joints between the poured concrete slabs and numerous "settling" cracks in the concrete as well as small diameter drilled holes (primarily found in Area 2) that go completely through the concrete. The lowest point of the spill area was observed to have significant disintegration of the concrete thus having the potential for the released material to pool in that area and/or migrate to the subsurface.

The concrete pavement was constructed for vehicle traffic and was not constructed to be impervious or to contain releases. All of these "natural" features observed within the concrete (i.e., expansion joints, cracks, drill holes, etc.) would allow for the released fluids to breach the concrete paving and contact the underlying environmental media.

Typically and depending on the volume of acid released, the carbonate material in the native soils will neutralize or reduce the strength of the acid to some degree. However, the introduction of strong acids to the subsurface soils, in a small concentrated area, can cause metals present in the native soils to dissolve and become mobile. As a result, a release of this type could potentially put soil and/or groundwater quality at risk. Arsenic, iron and barium are probably the most common native metals in this geologic setting. As the vandalism reportedly occurred on or before October 20, 2008 and HEPACO did not arrive at the site until at least half a day to a day after the events and based on the condition of the concrete pavement it is highly likely that some of the released acid-based cleaner breached the concrete and entered the subsurface media. The composition of the cleaner is unknown; thus, its impact to the environment cannot be assessed without analyzing representative samples.

Inside the building, EME observed the physical scarring of the polished concrete floor in seven areas where the vandals overturned deep-cycle rechargeable forklift batteries. According to onsite personnel present during EME's site visit, all of the batteries present (EME observed 12 batteries) were completely overturned by the vandals, releasing the battery fluids and/or metal sediment. The approximate sizes of the areas are as follows:
- AOC-3 (outside of the battery charging room) is approximately 25-feet x 55-feet (1,375 $ft^2$);
- AOC-4 (to the east of AOC-3) is approximately 10-feet x 12-feet (120 $ft^2$);
- AOC-5 (to the west of AOC-3) is approximately 25-feet x 55-feet (1,375 $ft^2$);
- AOC-6 (to the west of AOC-5) is approximately 30-feet x 50-feet (1,500 $ft^2$);
- AOC-7 (to the south of AOC-6) is approximately 20-feet x 30-feet (600 $ft^2$);
- AOC-8 (to the south of AOC-7) is approximately 10-feet x 12-feet (120 $ft^2$); and
- AOC-9 (to the west of AOC-7) is approximately 10-feet x 12-feet (120 $ft^2$).


EME ENVIRONMENTAL SOLUTIONS

Ms. Ann Cargile
**Potential Environmental Concerns**
December 15, 2008
Page 5

---

The total area impacted for AOC-3 through ACO-9 is approximately 5,210 $ft^2$. To differing degrees, at a minimum each of these areas exhibit scarring of the finished flooring. In addition, there are numerous features within the concrete flooring that could allow for released battery fluids and/or sediment to penetrate the concrete flooring and impact the underlying subsurface material. These features include drilled holes in the flooring, micro settling cracks and expansion joints between the poured concrete. Again, because of the potential delay between the vandalism and the emergency response, it is highly likely that some of the lost battery fluids and metals breached the concrete flooring and encountered the underlying subsurface material. The impact the release battery fluids may pose to the environment has not be assessed.

## RECOMMENDATIONS

Based on our observations during our site visit and experience with these types of environmental issues, EME has developed a phased assessment approach that is designed to define the degree of impact to the environmental. In addition, EME has estimated the cost typically associated with an environmental cleanup of battery acid spills and/or releases. Further and apart from there being any environmental concerns, EME has provided an estimate for repairing the physical damage to the building from the vandalism and former Delphi operations.

The first step of the process is to complete an environmental assessment of the AOCs to determine whether there has been any impact to the underlying soils and groundwater. The environmental assessment is divided into two Phases: Phase 1 is a shallow soil quality investigation and Phase 2 is a groundwater quality investigation. Based upon the results from these Phases, remedial measures would be implemented as needed. The greater the impact to the environment from these spills or releases the greater the cost of subsequent remedial activities. To aid in the determination of costs associated with these scenarios, EME has developed generic descriptions for the increasing levels of environmental impact.

### Environmental Assessment

While a visual inspection of the property can provide important clues about potential areas of concern, the significance of any such area cannot be determined without performing an environmental investigation or assessment. Within our industry the standard of practice for this type of initial investigation is to collect environmental media samples from within or near those areas identified either through knowledge of 'risky" work practices or visual inspection. By its very nature, this process seeks to answer questions that are unknown and cannot be known until the appropriate investigation activities are completed.


EME ENVIRONMENTAL SOLUTIONS

Ms. Ann Cargile
**Potential Environmental Concerns**
December 15, 2008
Page 6

At this property, the environmental concerns identified thus far are those described above. Fortunately, the physical scarring associated with those concerns defines the general area requiring investigation. However, most of the AOCs are inside the building and the site geology (i.e., shallow bedrock) may limit our ability to use minimally intrusive subsurface sampling tools, such as direct-push technology[2] (DPT) tools, to collect both soil and groundwater samples at the property. Accordingly, the first Phase will be limited to assessing the quality of the shallow soils directly beneath the AOCs. If results from Phase I indicate that elevated levels of regulated contaminants are present, Phase II will be implemented to assess the underlying groundwater quality. The specifics of these two phases are described in more in detail below.

At a minimum, a well designed environmental assessment considers the following:

- The unique chemical, physical, biological and fate and transport properties of the suspected contaminants;
- The history of property as related to the potential use and/or release of hazardous materials to the environment;
- The site geology and hydrogeology;
- The risk such contaminants may pose to human health and the environment.

The Environmental Assessment is designed to assess the potential impact to the shallow subsurface soils at each of the listed AOCs. A truck mounted GeoProbe rig will be used to advance up to two DPT borings to approximately 10 to 15 feet below ground surface (ft-bgs) at each AOC. Proposed boring locations are shown on Figure 2. Up to two soil samples per boring will be collected for laboratory analysis. The first sample will be collected from the soils directly below the concrete pavement or flooring of the AOC. A second sample will be collected from approximately 10 ft-bgs and/or at the soil/bedrock interface or at the depth of sampler refusal, whichever occurs first. A total of 20 DPT borings are proposed. A minimum of six (6) shallow borings will be installed at the outside AOC-1. One (1) boring will be advanced within the battery storage room (AOC-2) and three (3) will be advanced outside the room to the east, north and west. A minimum of four (4) borings will be advanced in AOC's 3 through 5; two (2) will be advanced in AOC-6; and up to four (4) will be advanced in AOCs 7 through 9. Estimated costs for the Environmental Assessment's soil sampling (i.e., installing 20-DPT borings to 10 feet and analyzing 20 soil samples for pH and priority pollutant metals) are provided in Table 1.

If Phase I indicates that the shallow soils have been adversely impacted by suspected contaminants and there concentrations are such that they may pose a risk to groundwater quality, a subsequent investigation (Phase II) may be required to assess groundwater

---

[2] Subgrade material beneath the building may prevent the collection of media samples using DPT tools.


ENVIRONMENTAL SOLUTIONS

Ms. Ann Cargile
**Potential Environmental Concerns**
December 15, 2008
Page 7

quality. For cost estimating purposes such an investigation would consist of a minimum of four (4) wells installed in the uppermost water bearing unit. The uppermost water bearing unit is anticipated to occur at or near the surface water elevation in the adjacent creek to the north of the property (approximately 20 to 25 feet below ground surface). A groundwater monitoring well will be installed at each location and groundwater samples collected for analysis. Accordingly, the first water-bearing zone is anticipated to occur within the upper 35 ft-bgs.

All media samples will be analyzed for pH and priority pollutant metals. Samples will be screened using a photoionization detector (PID) during both investigations for volatile organic compounds (VOCs). VOCs are not anticipated as potential contaminants of concern; however, if the PID measures elevated volatile vapor readings or if olfactory senses identify other types of potential contaminants within the subsurface media, additional analyses maybe added to assess the site for other possible contaminants. Estimated costs for groundwater assessment - installing 4 - 35 ft-bgs, 2-inch diameter PVC wells and sampling are provided in Table 1.

## SITE RESTORATION ACTIONS

This section discusses three possible remediation scenarios that might be considered at this site. Apart from Scenario 1 that deals with repairing the physical damage to the property, the scope of any remedial actions and their associated costs will depend completely on the nature and extent of the contamination. Accordingly, only ballpark estimates are provided for Scenarios 2 and 3.

### Scenario No.1 – No Significant Environmental Impact

As detailed above there are two types of environmental concern at this property. Both deal with the release(s) and/or spill(s) of battery fluids or acids. The physical degradation of the property is currently a permanent feature. Those scars can be repaired through standard construction practices. Therefore, the repair of the physical degradation of the property that occurred while Delphi was a tenant is the minimum amount of work that is required at this property.

The estimated cost for the needed repairs is detailed in Table 1 as Phase 3. The cost for the Phase 3 repairs can be estimated with a reasonable level of accuracy because the history and details of the original construction methods used at this property are well known by the property owner. As a result, EME can provide repair and replacement costs for the above noted distressed areas to within a 15% contingency level. The contingency has been applied to account for any increases in labor, transportation or raw material costs that may occur within the next 30 days.



Ms. Ann Cargile
**Potential Environmental Concerns**
December 15, 2008
Page 8

### Scenario No.2 – Environmental Impact to Soils

The AOC assessments confirm that the shallow soils exhibit elevated levels of toxic metals. For estimating purposes EME has assumed that the impacted soil is small enough that can be cost effectively excavated using normal excavation techniques without posing any risk to the integrity of the building. For this scenario, EME has assumed that the area of impact is limited to a 10' x 10' x 10' (37 cubic yards) and the waste is a non-hazardous and can be disposed of in a Subtitle B Landfill. Costs for this type of remedial response could range between $5,000 to more than $50,000.

### Scenario No.3 – Environmental Impact to Soils and Groundwater

The AOC assessments confirm that the shallow soils and groundwater exhibit elevated levels of toxic metals contamination. For estimating purposes, EME has assumed that the soils can be handled as discussed in scenario No. 2. Groundwater will be remediated using pump and treat groundwater remediation technology. For estimating purposes only, the groundwater pump and treat system will consist of one extraction well, a groundwater treatment system and the discharge of the treated effluent to the local POTW. The well generates 5 gallons per minute and operates for 5 years. Costs for this type of remedial response could range between $5,000 to more than $50,000 for scenario 2 soils and between $75,000 and more than $300,000 for the groundwater treatment portion.

### CLOSING

Estimating the repair costs for the physical damage that was observed at the facility can be accurately estimated because they are easily measured and calculated. At a minimum, the owner of the property will incur these costs to repair the damage that Delphi caused to the property or was responsible for preventing.

The assessment activities as defined in the attached spreadsheet are well defined relative to the limited scope of work described herein. Accordingly, these costs can be used as minimal costs that the property owner will incur in order to assess and respond to any shallow environmental concerns in the AOCs.

Estimating remediation costs for unknown environmental concerns is not possible. Accordingly, the remediation costs presented above should not be relied upon as final costs and should only be used as relative indicators of the potential liability that the owner may have. Remedial costs can be defined with a high degree of accuracy once the nature and extent of impact is defined.

Environmental Management & Engineering, Inc. is pleased to be of service to Boult, Cummings, Conners, and Berry, PLC and we look forward to being of further service to



Ms. Ann Cargile
**Potential Environmental Concerns**
December 15, 2008
Page 9

---

you in the future. Should you have any questions, please do not hesitate to contact us at 615.742.0875 or via email at gstone@emetn.com or qmacdonald@emetn.com.

Sincerely,
Environmental Management & Engineering, Inc.

Garland L. Stone, Jr, PE
Senior Engineer

Quintin G. MacDonald, PG
President

cc:    file



# Table 1
## Potential Environmental Concern Cost Estimate
## Industrial Facility 1974 Ridgecrest Drive, Columbia, Tennessee

**Phase 1: Limited Shallow Soil Assessment**

**Scope of Work:**
Perform a limited direct-push technology (DPT) shallow soil sampling event to assess impact from the stated releases. Install 2 DPT borings at each AOC (up to 20 borings) to approximately 10 feet below ground surface or sampler refusal, whichever occurs first, collect a soil sample from the first soil horizon encountered beneath the pavement and another sample from a soil horizon below that depth (i.e, up to 2 smples per borehole) for laboratory analysis for pH and priority polluant metals. Prepare a letter report summarizing findings.

**TOTAL FOR PHASE 1 LIMITED SHALLOW SOIL ASSESSMENT** — $31,133.00

| Item | Qty | Unit | Rate | | TOTAL |
|---|---|---|---|---|---|
| **EME LABOR** | | | | | |
| Project Manager (PM, Work Plan, sub. setup) | 2 | Hrs. | $120.00 | $240.00 | |
| Travel (round trip) - Project Geologist | 3 | Hrs. | $120.00 | $360.00 | |
| Travel (round trip) - Geologist | 3 | Hrs. | $84.00 | $252.00 | |
| DPT Soil Sampling - Project Manager | 36 | Hrs. | $120.00 | $4,320.00 | |
| DPT Soil Sampling - Geologist | 36 | Hrs. | $84.00 | $3,024.00 | |
| Report - Project Manager | 25 | Hrs. | $120.00 | $3,000.00 | |
| Report - Geologist | 10 | Hrs. | $84.00 | $840.00 | |
| CAD | 12 | Hrs. | $75.00 | $900.00 | |
| Principal Review | 1 | Hrs. | $150.00 | $150.00 | |
| Report Production (4 copies) | 4 | Hrs. | $45.00 | $180.00 | |
| **Labor Subtotal** | | | | | $13,266.00 |
| | | | | | |
| **DIRECT PROJECT COSTS** | | | | | |
| DPT Borings: (20 - 10 ft-bgs) | 1 | Ea. | $6,650.00 | | $6,650.00 |
| DPT Drill Rig Mobilization | 1 | Ea. | $700.00 | $700.00 | |
| DPT Drill Rig (daily) | 4 | Day | $1,700.00 | $5,950.00 | |
| | | | | | |
| Laboratory Services: (see details below) | 1 | Ea. | $8,520.00 | | $8,520.00 |
| Soil (2 soil samples per boring/ no QA/QC) | | | | | |
| Priority Pollutant Metals | 40 | Ea. | $201.50 | $8,060.00 | |
| pH | 40 | Ea. | $11.50 | $460.00 | |
| Priority Pollutant Organics (optional) | 0 | Ea. | $526.00 | $0.00 | |
| Priority Pollutant Organics [TCL] [VOA, SVOA, Pest, PCB] [8260 + 8270 + 8081] | | | | | |
| TPH-GRO (optional) | 0 | Ea. | $57.50 | $0.00 | |
| TPH-DRO (optional) | 0 | Ea. | $57.50 | $0.00 | |
| | | | | | |
| Equipment Rental: | 1 | Ea. | $850.00 | | $850.00 |
| Photoionization Detector (EME) | 3 | Days | $150.00 | $450.00 | |
| FedEx - Equipment | 1 | Ea. | $400.00 | $400.00 | |
| | | | | | |
| Others/Miscellaneous: | 1 | Ea. | $1,847.00 | | $1,847.00 |
| Mileage | 350 | Ea. | $0.58 | $203.00 | |
| Lodging (2 people) | 6 | Days | $150.00 | $900.00 | |
| Meals (2 people) | 6 | Days | $54.00 | $324.00 | |
| Field Supplies | 1 | Ea. | $100.00 | $100.00 | |
| Report Supplies and Printing | 4 | Ea. | $50.00 | $200.00 | |
| FedEx - Reports | 4 | Ea. | $30.00 | $120.00 | |
| **Direct Project Costs Subtotal** | | | | $17,867.00 | |
| **TOTAL FOR PHASE 1 LIMITED SHALLOW SOIL ASSESSMENT** | | | | | $31,133.00 |

# Table 1
# Potential Environmental Concern Cost Estimate
# Industrial Facility 1974 Ridgecrest Drive, Columbia, Tennessee

**Phase 2: Limited Groundwater Assessment**
**Scope of Work:**
Perform a limited groundwater assessment by installing 4 shallow (i.e., first water-bearing zone) wells wells (i.e., 1 background and three downgradient wells) to assess groundwater quality. All wells will be constructed following industry standards, developed and sampled for pH and priority polluant metals. Bedrock is anticipated to occur between 10 to 15 feet below ground surface and above static groundwater. Accordingly, bedrock drilling is anticipated. The depth to groundwater is expected to occur near or below the elevation of the river that flows to the east of the site. Therefore, the well depths are estimated to be 35 ft-bgs. Prepare a letter report summarizing findings.

| EME LABOR | | | | | TOTAL |
|---|---|---|---|---|---|
| Project Manager (PM, Work Plan, sub. setup) | 6 | Hrs. | $120.00 | $720.00 | |
| Travel (round trip) - Project Geologist | 9 | Hrs. | $120.00 | $1,080.00 | |
| Travel (round trip) - Geologist | 9 | Hrs. | $84.00 | $756.00 | |
| Well Construction - Project Geologist | 25 | Hrs. | $120.00 | $3,000.00 | |
| Well Construction - Geologist | 25 | Hrs. | $84.00 | $2,100.00 | |
| Well Sampling - Project Geologist | 12 | Hrs. | $120.00 | $1,440.00 | |
| Well Sampling - Geologist | 12 | Hrs. | $84.00 | $1,008.00 | |
| Report Writing - Project Geologist | 25 | Hrs. | $120.00 | $3,000.00 | |
| Report Writing - Geologist | 10 | Hrs. | $84.00 | $840.00 | |
| CAD | 12 | Hrs. | $75.00 | $900.00 | |
| Principal Review | 1 | Hrs. | $150.00 | $150.00 | |
| Report Production (4 copies) | 4 | Hrs. | $45.00 | $180.00 | |
| **Labor Subtotal** | | | | | **$15,174.00** |
| | | | | | |
| **DIRECT PROJECT COSTS** | | | | | |
| Well Drilling: (4-35' wells) | 1 | Ea. | $13,155.00 | | $13,155.00 |
| Air Rotary Drill Rig Mobilization | 1 | Ea. | $1,500 | $1,500.00 | |
| Air Rotary 6-inch for 2-inch well | 140 | Ft. | $23 | $3,220.00 | |
| Install 2-inch PVC riser (25 feet) | 100 | Ft. | $13 | $1,300.00 | |
| Install 2-inch PVC screen (10 feet) | 40 | Ft. | $23 | $920.00 | |
| Manhole and Pad (2x2 pad) | 4 | Ea. | $290 | $1,160.00 | |
| Decon pad/Decon | 20 | Hrs. | $160 | $3,200.00 | |
| IDW Containment | 2.5 | Hrs. | $50 | $125.00 | |
| Drums | 16 | Drums | $40 | $640.00 | |
| Well development | 4 | Hrs. | $160 | $640.00 | |
| Driller Per Diem (2 men) | 3 | Day | $150 | $450.00 | |
| | | | | | |
| Laboratory Services: | 1 | Ea. | $1,276.50 | | $1,276.50 |
| Groundwater (4 samples, 2 QA/QC Samples) | | | | | |
| Priority Pollutant Metals | 6 | Ea. | $201.25 | $1,207.50 | |
| pH | 6 | Ea. | $11.50 | $69.00 | |
| Priority Pollutant Organics (optional) | 0 | Ea. | $526.00 | $0.00 | |
| Priority Pollutant Organics [TCL] [VOA, SVOA, Pest, PCB] [8260 + 8270 + 8081] | | | | | |
| TPH-GRO (optional) | 0 | Ea. | $57.50 | $0.00 | |
| TPH-DRO (optional) | 0 | Ea. | $57.50 | $0.00 | |
| | | | | | |
| **Equipment Rental:** | 1 | Ea. | $850.00 | | $850.00 |
| Submersible Pump | 1 | Wk. | $450.00 | $450.00 | |
| Water Level Meter (EME) | 2 | Days | $50.00 | $100.00 | |
| Photoionization Detector (EME) | 2 | Days | $150.00 | $300.00 | |

Page 2 of 3

# Table 1
## Potential Environmental Concern Cost Estimate
## Industrial Facility 1974 Ridgecrest Drive, Columbia, Tennessee

| | | | | | |
|---|---|---|---|---|---|
| Others/Miscellaneous: | 1 | Ea. | $2,666.00 | | $2,666.00 |
| HDPE Tubing | 1 | Ea. | $100.00 | $100.00 | |
| FedEx - Equipment | 1 | Ea. | $400.00 | $400.00 | |
| Mileage | 900 | Ea. | $0.58 | $522.00 | |
| Lodging (2 people) | 6 | Days | $150.00 | $900.00 | |
| Meals (2 people) | 6 | Days | $54.00 | $324.00 | |
| Field Supplies | 1 | Ea. | $100.00 | $100.00 | |
| Report Supplies and Printing | 4 | Ea. | $50.00 | $200.00 | |
| FedEx - Reports | 4 | Ea. | $30.00 | $120.00 | |
| Direct Project Costs Subtotal | | | | $17,947.50 | |
| **TOTAL FOR PHASE 2 LIMITED GROUNDWATER ASSESSMENT** | | | | | **$33,121.50** |

## Phase 3: Concrete and Building Repairs
### Scope of Work:
Repair, replace, resurface and/or restore all distressed or damaged observed in the 9 AOCs.

| | | | | | TOTAL |
|---|---|---|---|---|---|
| **EME LABOR** | | | | | |
| Project Manager (PM, Work Plan, sub. setup) | 6 | Hrs. | $120.00 | $720.00 | |
| Travel (round trip) - Project Engineer | 18 | Hrs. | $120.00 | $2,160.00 | |
| Travel (round trip) - Technician III | 15 | Hrs. | $60.00 | $900.00 | |
| Dem./Const. Oversight- Project Engineer | 40 | Hrs. | $120.00 | $4,800.00 | |
| Report Writing - Project Engineer | 15 | Hrs. | $120.00 | $1,800.00 | |
| CAD | 16 | Hrs. | $75.00 | $1,200.00 | |
| Principal Review | 0.5 | Hrs. | $150.00 | $75.00 | |
| Report Production (4 copies) | 2 | Hrs. | $45.00 | $90.00 | |
| **Labor Subtotal** | | | | | **$11,745.00** |
| | | | | | |
| **DIRECT PROJECT COSTS** *(estimated Lump Sum Costs)* | | | | | |
| Mileage | 900 | Ea. | $0.58 | $522.00 | |
| Lodging (2 people) | 3 | Days | $150.00 | $450.00 | |
| Meals (2 people) | 5 | Days | $54.00 | $270.00 | |
| Field Supplies | 1 | Ea. | $100.00 | $100.00 | |
| Report Supplies and Printing | 4 | Ea. | $50.00 | $200.00 | |
| Saw Cut Concrete | | | | $1,700.00 | |
| Concrete Removal & Disposal | | | | $15,760.00 | |
| Concrete Reinforcement | | | | $11,475.00 | |
| Concrete Pour & Finish | | | | $25,800.00 | |
| Contingency - 15% | | | | $8,210.25 | |
| | | | | | **$62,945.25** |

| | |
|---|---|
| TOTAL FOR PHASE 1 LIMITED SHALLOW SOIL ASSESSMENT | $31,133.00 |
| TOTAL FOR PHASE 2 LIMITED GROUNDWATER ASSESSMENT | $33,121.50 |
| TOTAL FOR PHASE 3 CONCRETE AND BUILDING REPAIRS | $62,945.25 |
| **ESTIMATED TOTAL** | **$127,199.75** |

EME is also available to provide post-assessment project consulting services. All post-assessment project consulting will be billed on a time and materials basis, as needed.