# DASCO, INC.*

*Licensed General Contractor

*D & S CONTRACTORS, INC.  
214 Admiral Circle  
Lawrenceburg, TN 38464

Phone (931) 762-9483  
Fax (931) 7620-4944

September 24, 2008

PROPOSAL NO: 092408BS

Delphi Automotive  
1974 Ridgecrest Drive  
Columbia, TN 38401

RE: PROPOSAL REPLACING CARPET

We hereby submit specifications and estimates to replace carpet in office areas with comparable carpet.

We propose to provide the above – complete in accordance with the above specifications for a total of $5,461.00 Payment to be made as specified.

All materials to be as specified. All work to be completed in a professional manner according to standard industry practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado, and other necessary insurance. Our workers are fully covered by Workers Compensation insurance.

DASCO, Inc.

Don Sweeton

Sep 23 08 11:17a    Don Johnson

## Johnson's Carpet
**1208 South Main Street**
**Columbia, TN 38401**
**931-388-1386**

### ESTIMATE SHEET

Customer _Ralphi_
Address _____
City _Lawrenceburg_ State _Tn_ Zip _3874_
Phone No. _762-9483_

Name _Don & Sarah Sweeton_
Installation Address _1990 Ridgecrest_
City _Columbia_
State _Tn._ Zip _38401_

Date _9-23-08_
Salesman _Ray_

| Area | Product Description | Color/Pattern | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Carpet | Hollytex Baytown 26oz + Cove Base | 009 Chelsea | 300 y | | $5461.00 |
| | No Move | | | | |
| | Old Carpet $300.00 Less | | | | |

Signature _____

TOTAL  $5461.00

# FISHER CARPET CENTER, INC.   №  38913

302 SOUTH JAMES CAMPBELL BLVD.
COLUMBIA, TENNESSEE 38401-4394
(931) 388-5252

Customer: Dasco - Don Sweeton
Delphi Building - Northpoint

Home: 931-262-4483
Office: 762-4744
Date:
Install: ~
Wood: ~~
Cement: ✓

TERMS: 50% Down, Balance Upon Delivery.

Directions: Main office area  3750⁰⁰   $5975
Shipping / receiving  925⁰⁰
upstairs office area  1300⁰⁰

| SIZE | CARPET | YARDS | PRICE | TOTAL |
|---|---|---|---|---|
| 12x180 | Shaw - Rambler II | 240 | 12⁰⁰ | 2880⁰⁰ |
|  | 26 oz - olefin |  |  |  |
|  | 4" cove base | 400 | 1⁵⁰ | 600⁰⁰ |
| Main office area |  |  |  | 3480⁰⁰ |
| 3750⁰⁰ |  |  | tx | 270 |
|  |  |  | Tot | 3960⁰⁰ |
| Shipping / receiving   Shaw - Rambler II | | 60 | 12⁰⁰ | 720⁰⁰ |
| 925⁰⁰ | Flexco 4" cove base | 90 | 1⁵⁰ | 135 |
|  |  |  |  | 855 |
|  |  |  | tx | 70⁰⁰ |
|  |  |  |  | 925 |
| CUSHION no | upstairs office area | 88 | 12⁰⁰ | 1056⁰⁰ |
| STEPS no | 12x60  4" cove base |  |  | 168⁰⁰ |
| FURNITURE no | 1300⁰⁰   tx |  |  | 72⁰⁰ |
| FLOOR PREP likeypall |  |  | Tot | 1300⁰⁰ |
| TRIP CHARGE no |  |  |  |  |
| DOOR CUTTING no |  |  |  |  |
| BATHS no |  |  |  |  |
| MESL none |  | TOTAL |  |  |
| TOTAL no |  | OTHER |  |  |

Upon non-compliance with the conditions and terms of this contract by me the purchaser, FISHER CARPET CENTER, INC., may treat the sale as absolute and bring legal action for the price thereof. In case legal action is taken, I, the purchaser, agree to pay all legal fees and court costs.

TOTAL
PAID
BALANCE

1.5% Late Charge per month for any amount Past Due 30 Days

Purchaser                           Bill Fisher  Salesman