# DASCO, INC.

\* Licensed General Contractor

\* D & S CONTRACTORS, INC.
214 Admiral Circle
Lawrenceburg, TN 38464

Phone (931) 762-9483
Fax (931) 762-4944

August 8, 2008

Delphi Automotive
1974 Ridgecrest Drive
Columbia, TN  38401

RE: PROPOSAL DAMAGE FROM ANCHOR BOLTS

We hereby submit specifications and estimates for removal of anchor bolts from concrete floors, repair with epoxy.
- 1/2" to 5/8"............$23.60 each
- 3/4".......................$29.70 each

We propose to provide the above – complete in accordance with the above specifications as set out above.  Payment to be made on completion.

All materials to be as specified. All work to be completed in a professional manner according to standard industry practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado, and other necessary insurance. Our workers are fully covered by Workers Compensation insurance.

DASCO, Inc.

_____
Don Sweeton

*[Handwritten note:]* initial estimate because items still Remain on floor -
1000 - 5/8"  = $23,600.00
175 - 3/4" + $ 5,197.50







