# DASCO, INC.

\* Licensed General Contractor

\* D & S CONTRACTORS, INC.
214 Admiral Circle
Lawrenceburg, TN 38464

Phone (931) 762-9483
Fax (931) 762-4944

August 8, 2008

Delphi Automotive
1974 Ridgecrest Drive
Columbia, TN 38401

RE:  PROPOSAL WALL REPAIR

---

We hereby submit specifications and estimates to repair wall where electrical for temporary office trailer was removed.

MATERIALS - $37.00
LABOR & TOOLS - $205.00
SUPERVISION - $78.00

We propose to provide the above – complete in accordance with the above specifications for a total of $320.00.  Payment to be made as specified.

---

All materials to be as specified.  All work to be completed in a professional manner according to standard industry practices.  Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate.  All agreements contingent upon strikes, accidents or delays beyond our control.  Owner to carry fire, tornado, and other necessary insurance.  Our workers are fully covered by Workers Compensation insurance.

DASCO, Inc.

Don Sweeton

# DASCO, INC.

\* Licensed General Contractor

\* D & S CONTRACTORS, INC.
214 Admiral Circle
Lawrenceburg, TN 38464

Phone (931) 762-9483
Fax (931) 762-4944

August 8, 2008

**Delphi Automotive**
**1974 Ridgecrest Drive**
**Columbia, TN 38401**

RE: PROPOSAL REPLACING WALL

---

We hereby submit specifications and estimates for replacing wall between engineer's offices reconnecting light switch and reconnecting electrical outlets.

ELECTRICAL - $ 360.00
MATERIALS - $ 225.00
LABOR & TOOLS - $1,971.00
SUPERVISION - $ 274.00

We propose to provide the above – complete in accordance with the above specifications for a total of $2,830.00. Payment to be made as specified.

---

All materials to be as specified. All work to be completed in a professional manner according to standard industry practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado, and other necessary insurance. Our workers are fully covered by Workers Compensation insurance.

   DASCO, Inc.


Don Sweeton

# DASCO, INC.

\* Licensed General Contractor

\* D & S CONTRACTORS, INC.
214 Admiral Circle
Lawrenceburg, TN 38464

Phone (931) 762-9483
Fax (931) 762-4944

August 8, 2008

Delphi Automotive
1974 Ridgecrest Drive
Columbia, TN  38401

RE:  PROPOSAL DAMAGED SHEETROCK

We hereby submit specifications and estimates for replacing/repairing damaged sheetrock PBX room.

MATERIALS - $80.00
LABOR & TOOLS - $214.00
Supervision -  $136.00

We propose to provide the above – complete in accordance with the above specifications for a total of $430.00  Payment to be made on completion.

All materials to be as specified.  All work to be completed in a professional manner according to standard industry practices.  Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate.  All agreements contingent upon strikes, accidents or delays beyond our control.  Owner to carry fire, tornado, and other necessary insurance.  Our workers are fully covered by Workers Compensation insurance.

DASCO, Inc.

Don Sweeton

# DASCO, INC.

* Licensed General Contractor

\* D & S CONTRACTORS, INC.
214 Admiral Circle
Lawrenceburg, TN 38464

Phone (931) 762-9483
Fax (931) 762-4944

August 8, 2008

Delphi Automotive
1974 Ridgecrest Drive
Columbia, TN 38401

RE: PROPOSAL WALL REPAIR - OFFICE

---

We hereby submit specifications and estimates to repair office walls in two areas damaged by forklifts.

We propose to provide the above – complete in accordance with the above specifications for a total of $2,860.00. Payment to be made as specified.

---

All materials to be as specified. All work to be completed in a professional manner according to standard industry practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado, and other necessary insurance. Our workers are fully covered by Workers Compensation insurance.

DASCO, Inc.

---

Don Sweeton

# DASCO, INC.

*\* Licensed General Contractor*

\* D & S CONTRACTORS, INC.  
214 Admiral Circle  
Lawrenceburg, TN 38464

Phone (931) 762-9483  
Fax (931) 762-4944

September 17, 2008

Delphi Automotive  #09172008BS  
1974 Ridgecrest Drive  
Columbia, TN  38401

RE:  REPAIR AND REPLACE QUALITY CONTROL ROOM CHANGED BY DELPHI

We hereby submit specifications and estimates to replace wall removed by DELPHI in the quality control room and built a closet to hold their fountain drink machine and supplies and added cabinets which have been wet and are deteriorating rapidly because of very heavy use and lack of maintenance; to return break room to usable condition and replace the quality control room which has been totally removed.

DEMO......$1,500.00  
STRUCTURAL AND SHEET ROCK... $4,000.00  
ELECTRICAL........$3,000.00  
CEILING................$400.00  
SUPERVISION......$2,200.00  
CABINETS............$3,400.00  
TOTAL................$14,500.00  

We propose to provide the above – complete in accordance with the above specifications for a total of $14,500.00

Payment to be made on completion.

All materials to be as specified.  All work to be completed in a professional manner according to standard industry practices.  Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate.  All agreements contingent upon strikes, accidents or delays beyond our control.  Owner to carry fire, tornado, and other necessary insurance.  Our workers are fully covered by Workers Compensation insurance.

DASCO, Inc.  
Don Sweeton

# DASCO, INC.

* Licensed General Contractor

* D & S CONTRACTORS, INC.
214 Admiral Circle
Lawrenceburg, TN 38464

Phone (931) 762-9483
Fax (931) 762-4944

August 8, 2008

Delphi Automotive
1974 Ridgecrest Drive
Columbia, TN  38401

RE:  PROPOSAL REPLACING PC& L OFFICE

We hereby submit specifications and estimates for labor and materials to reconstruct the PC&L office freestanding in the open area of the building; steel studs, sheetrock inside and out; office to be sprinkled fire protection, air conditioned and heated; additional electric and grounding for computers; 480 volt service for machine shop area, VHT tile floors.

*ELECTRICAL............$18,600.00
*HVAC......................$ 4,350.00
*LABOR, TOOLS & EQUIP...$5,635
*MATERIALS..............$ 7,670.00
*SPRINKLERS.............$2,310.00
*SUPERVISION...........$1,560.00

   We propose to provide the above – complete in accordance with the above specifications for a total of $40,125.00.  Payment to be made as specified.

All materials to be as specified.  All work to be completed in a professional manner according to standard industry practices.  Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate.  All agreements contingent upon strikes, accidents or delays beyond our control.  Owner to carry fire, tornado, and other necessary insurance.  Our workers are fully covered by Workers Compensation insurance.

   DASCO, Inc.

# DASCO, INC.*

*Licensed General Contractor

*D & S CONTRACTORS, INC.  
214 Admiral Circle  
Lawrenceburg, TN 38464

Phone (931) 762-9483  
Fax (931) 7620-4944

August 28, 2008

PROPOSAL NO: 082808BS

Delphi Automotive  
1974 Ridgecrest Drive  
Columbia, TN 38401

RE: PROPOSAL REPAIRING DAMAGE TO TRUCK LOT

We hereby submit specifications and estimates to repair damage to truck lot  
5221 sq ft to be cutout and removed  
Labor to Remove...... $1,990.00  
Concrete Saw-Blade..$ 500.00  
Back Hoe................$1,240.00  
Jack Hammer & Air Compressor..$ 360.00  
Hammer Drill & Bits..$ 180.00  
Rebar & wire...........$1,970.00  
Concrete 130 yrds @ $84.00 per yard...$10,920.00  
Pour, Place & Finish Concrete-- $4,660.00  
Dump Truck...........$1,840.00

We propose to provide the above – complete in accordance with the above specifications for a total of $23,660.00. Payment to be made as specified.

All materials to be as specified. All work to be completed in a professional manner according to standard industry practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado, and other necessary insurance. Our workers are fully covered by Workers Compensation insurance.

DASCO, Inc.

Don Sweeton