# DASCO, INC.

* Licensed General Contractor

* D & S CONTRACTORS, INC.
214 Admiral Circle
Lawrenceburg, TN 38464

Phone (931) 762-9483
Fax (931) 762-4944

August 8, 2008

Delphi Automotive
1974 Ridgecrest Drive
Columbia, TN 38401

RE: PROPOSAL JANITOR'S CLOSET

---

We hereby submit specifications and estimates for replacing walls and ceiling to include new door, door handle and frame that were taken down due to forklift damage.

MATERIALS - $1,817.00
LABOR & TOOLS - $1,653.00
SUPERVISION - $ 390.00

We propose to provide the above – complete in accordance with the above specifications for a total of $3,860.00. Payment to be made as specified.

---

All materials to be as specified. All work to be completed in a professional manner according to standard industry practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado, and other necessary insurance. Our workers are fully covered by Workers Compensation insurance.

DASCO, Inc.

---

Don Sweeton


