# DASCO, INC.

*Licensed General Contractor

*D & S CONTRACTORS, INC.
214 Admiral Circle
Lawrenceburg, TN 38464

Phone (931) 762-9483
Fax (931) 762-4944

August 19, 2008

Delphi Automotive
1974 Ridgecrest Drive
Columbia, TN 38401

RE: PROPOSAL LOADING DOCK & DOOR REPAIR

We hereby submit specifications and estimates to repair dock doors, dock cushions, dock levelers, dock locks and drive-in door. (Two separate quotes are attached)

We propose to provide the above – complete in accordance with the above specifications for a total of $58,540.00

Payment to be made on completion.

All materials to be as specified. All work to be completed in a professional manner according to standard industry practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado, and other necessary insurance. Our workers are fully covered by Workers Compensation insurance.

DASCO, Inc.

Don Sweeton



*QUOTATION*

FAX (615) 797-5450
PHONE (615) 797-5420

# WAREHOUSE EQUIPMENT and SUPPLY COMPANY

1010 CATHEY HOLLOW ROAD, BURNS, TN 37029

DASCO, INC.
214 Admiral Circle
Lawrenceburg, TN 38464
Don & Sarah Sweeton
FAX # 931/762-4944

DATE: 14-Aug-08
QUOTE #: 081408SM-6
SALESMAN: Susan Moon

JOB NAME: DELPHI
COLUMBIA, TN

| QUANTITY | DESCRIPTION | $ UNIT | TOTAL |
|---|---|---|---|
| 19 | 9' x 10' dock seals with 24" drop head curtain | | |
| 38 | Molded dock bumpers | | |
| 2 | EVR600 automatic push button truck restraints with signs and audible alarm | | |
| 11 | Hoods for rolling steel doors | | |
| 11 | Slats for rolling steel doors | | |
| 6 | Ratchet pawl assy, channel | | |
| 1 | Safety strut, springs, snubber, lip assist assy. | | |
| 21 | Motor operator pm, set limits, check belts | | |
| 1 | Labor and lifts | | |
| 1 | Freight seals and hoods | | |
| 1 | Freight restraints | | |
| 1 | Sales tax | | |
| | Labor includes clean pits lube and adjust dock levelers, remove replace 19 dock seals, remove replace 2 restraints, pm 17 restraints. Warehouse recommends replacing bumpers with new with base plate to cover anchor holes. Use bumpers with hole pattern that will not match old bumper hole pattern. Does not include parts, not listed above, some trailers were dropped at the docks and could not be viewed underneath. | | $58,540.00 |

**GENERAL CONDITIONS**

TERMS:            N30
F.O.B. POINT:     Nashville, TN
SHIPPING POINT:   Nashville, TN
APP. DEL. DATE:   3-4 weeks

SINCERELY

*Susan Moon*
SUSAN MOON
SALES

**Quote Prepared For:**
Don Sweeton
DASCO, Inc.
214 Admiral Circle
Lawrenceburg, TN 38464
931-762-9483
931-762-4944 (fax)
ssweeton_dascoinc@yahoo.com

**Please Direct Purchase Order To:**
Ted Anderson
Arbon Equipment Corporation - MidSouth
461 Harding Industrial Drive
Nashville, TN 37211
615-833-9990
615-293-9879 (cellular phone)
615-833-9991 (fax)
Email: tanderson@ritehite.com

**Seal, bumper & leveler repair**

**Standard Remarks: Unless otherwise specified in writing:**
- Delivery will be per the project schedule, unless a specific "order date/delivery date" has been set. *Please note that if applicable, all product lead times are calculated from the time that approved drawings are returned to us.*
- Please note that all installation prices included in this proposal are based on reasonable access to the installation site. We reserve the right address any additional costs incurred due to poor or obstructed access. These additional costs could be incurred due to interference by other trades or weather-related site conditions.
- Unless specifically stated otherwise, all installation will be performed by factory-trained non-union personnel. If union labor is required additional charges will apply.
- All products quoted are specifically per the information contained in this proposal. By accepting this proposal, Customer accepts product specifications and configuration.
- Prices are F.O.B. manufacturer's point of shipment and are firm for 60 days on quantities shown.
- PURCHASER IS RESPONSIBLE FOR UNLOADING and for any and all sales and use taxes not specified above.
- ALL TERMS AND CONDITIONS ATTACHED, INCLUDING LIMITATIONS ON LIABILITY AND DISCLAIMERS OF WARRANTY APPLY.
- Both parties have read, understand and agree to the prices, terms and conditions herein and attached. Acceptance is limited to said terms and conditions and seller objects to any additional or different terms or conditions which may be contained in any communication to seller from buyer.

**Accepted By:** _____   **Title:** _____

**P.O. #:** _____   **Date:** _____

## Arbon Equipment Corporation
## Standard Terms & Conditions

1.      PRICES quoted are F.O.B. manufacturer's point of shipment, are firm for 30 days from the date of the quotation and are subject to the addition of state and local tax. All bonds or permits shall be purchaser's responsibility. This quotation is void if not accepted by purchaser within 30 days from its date.

In the event that a purchaser orders a lesser quantity than shown on this quotation, seller may increase price to take this into account. If purchaser does not take delivery within 180 days, seller shall have the right to increase prices on account of cost increases. In either event, seller must give purchaser reasonable notice of proposed price increases and purchaser shall have the right to cancel this agreement without penalty within 15 days after receipt of such notice.

2.      DELIVERY dates specified, if any, are estimates and seller shall in no event be held liable for delays occasioned by labor disputes, material shortages, fires, floods, delays in transportation, or any event or circumstances beyond its exclusive control.

3.      PAYMENTS: Net invoices will be paid within 30 days after the date of invoice.

4.      UNLOADING is the responsibility of the purchaser.

5.      WARRANTIES in all cases in which a manufacturer extends to seller a warranty for finished goods covered by this document, that warranty and all associated limitations of liability shall control purchasers rights. Seller disclaims any other express warranties, including but not limited to, any implied warranty of merchantability or fitness for a particular purpose.

The standard warranty of Rite Hite Corporation is as follows: Rite Hite warrants that its products will be free from defects in design, materials and workmanship for a period of one to five years from the date of shipment depending on the product. All claims for breach of this warranty must be made within 30 days after the defect is or can, with reasonable care, be detected and in no event no more than 30 days after the warranty has expired. In order to be entitled the benefits of this warranty, the products must have been properly installed, maintained, operated within their rated capacities, and not otherwise abused. Periodic lubrication and adjustment is the sole responsibility of the owner. This warranty is Rite Hite's exclusive express warranty. RITE HITE EXPRESSLY DISCLAIMS ALL IMPLIED WARRANTIES INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS. Nonstandard Rite Hite warranties, if any, must be specified by Rite Hite in writing.

In the event of any defects covered by this warranty, Rite Hite will remedy such defects by repairing or replacing any defective equipment or parts, bearing all of the costs for parts, labor and transportation. This shall be the exclusive remedy for all claims whether based on contract negligence or strict liability.

6.      LIMITATION OF LIABILITY: NEITHER RITE HITE, OR ANY OTHER MANUFACTURER WHOSE PRODUCTS ARE THE SUBJECT OF THIS TRANSACTION, NOR ARBON EQUIPMENT CORPORATION SHALL IN ANY EVENT BE LIABLE FOR ANY LOSS OF THE USE OF ANY EQUIPMENT OR INCIDENTAL OR CONSEQUENTIAL DAMAGE OF ANY KIND WHETHER FOR BREACH OF WARRANTY, NEGLIGENCE OR STRICT LIABILITY.

7.      SPECIFICATION: The application of a manufacturer's specifications to a particular job is the responsibility of the purchaser.

8.      CANCELLATION CHARGES: If purchaser cancels this agreement before accepting the merchandise for any reason other than a timely objection to a price increase, the following cancellation charges expressed in a percent of the purchase price will be paid by the purchaser and constitute liquidated damages.
   A) Standard equipment cancelled
      - before shipment - 20%
      - after shipment but before installation - 50% plus cost of shipment and return
   B) Special equipment cancelled
      - before manufacturing - 20%
      - during manufacturing - 70%
      - after shipment - 100% plus cost of shipment and return

Standard equipment means any equipment described on current price list as available without modifications, options, or changes whether at additional cost or not excepting rail car ramps which are considered special equipment being manufactured to the purchaser's center line dimensions. All other equipment is special equipment.

## Mechanical Scope of Work
## Customer Satisfaction Form

**WHO IS RESPONSIBLE?**

| | |
|---|---|
| Arbon | Field verification of job site conditions If Arbon's responsibility, the manufacturing process will not begin until site conditions are verified. |
| DASCO | Other prep work or remaining obstructions (please specify) **All material to be moved before work begins** |
| Arbon | Removal of existing equipment or other obstructions prior to installation (please specify). **Existing seals, all trailers to be moved before work begins so we can have a clear run at the building** |
| DASCO | Unloading and storage of equipment at the job site. |
| Arbon | Forklift, man lift or other lifting equipment required. Circle if needed. Specifically electric or Propane? |
| None | Fire watch (if required). |
| Arbon | Mechanical installations in accordance with shop drawings and or manufacturer's instructions. |
| No | Is job site safety training required? (yes or no) If yes how long? |
| Several | What type of access will be provided to work area? Example: one position at a time, two or three positions at a time, unlimited access. |

### UPON COMPLETION OF MECHANICAL INSTALLATION

**WHO IS RESPONSIBLE?**

| | |
|---|---|
| Arbon | Placement of debris and packaging materials in job-site dumpster (dumpster provided by Customer) |
| DASCO | Disposal of removed equipment. If Arbon please specify. |

Customer Signature: _____  Date: _____

Arbon Signature: _____  Date: _____


**ARBON**
*EQUIPMENT CORPORATION*
*ISO 9001:2000 CERTIFIED*


RITE-HITE
REPRESENTATIVE NETWORK
Global expertise on a local level.

461 Harding Industrial Drive • Nashville, TN 37211 • Phone 615-833-9990 • Toll Free 800-989-9007 • Fax 615-833-9991

Don Sweeton
ssweeton_dascoinc@yahoo.com
DASCO, Inc.
214 Admiral Circle
Lawrenceburg, TN 38464
931-762-9483
931-762-4944 (fax)

Tuesday, August 12, 2008

Reference Job:
Seal, bumper & leveler repair

| Product Description | Qty | Unit Price | Extended Price |
|---|---|---|---|
| A-#1 | | | |
| Frommelt TPC Dock Seal | 1 | $900.00 | $900.00 |



(Illustration depicts available Firefighter™ heat-dissipating header protection which is not included on model quoted here.*)

## Frommelt® Foam-Fit™ Dock Seal with C- Curtain and ArmorPleats™ (Model TPC)

- **Tight Sealing Efficiency** - Foam compression side pads tightly seal trailer sides for maximum sealing efficiency.
- **Adjustable C-Curtain** - Head curtain with splits provides flexibility to effectively seal a variety of truck heights.
- **Rugged ArmorPleats** - Cover full length of side pads; provide extra abrasion protection and wear-resistance to extend seal life.
- **Galvanized TechSteel™ backers** - All-weather backers ensure long life and ultimate durability.
- **12-month money-back satisfaction guarantee** - All Foam-Fit dock seals are built to Frommelt's high standards for quality and performance and guaranteed to satisfy when properly applied and installed.
- **\* Available with PitMaster™ Under-leveler seal** to seal the 4th side of the door opening - beneath and around dock leveler.

*Please be advised that all traditional compression-style foam dock seals are comprised of materials which may ignite and/or burn if left in contact with hot trailer marker lights. When compressed into a dock seal, the heat build-up from most standard trailer marker lights is sufficient to cause this ignition, and has been known to cause burning of foam dock seals under certain conditions. The incidence of dock seal fires has risen steadily in recent years. All traditional foam dock seals, even if equipped with fire retardant foam and/or fabric, are subject to this same risk, and only seal headers with integral heat-dissipation protection can prevent the heat build-up that leads to burning. For this reason, Rite-Hite strongly recommends that the Firefighter header with heat-dissipating technology be considered.

**Base Price**
**Unit height up to 10'6**
**Unit width up to 11'0**
Unit projection =10"
22oz vinly base fabric w/o FF
6" sidepad backer width
15" sidepad face width
Curtain hgt <=24" w/ non FF hd
**Non Firefighter Header**
**Pull ropes on head curtain**
**Unit has no pleats to match existing units**

**Laminated Dock Bumper**                                              2            $75.00           $150.00



- 3/8" Steel Angles on Both Sides (P1=Flat Plate on One Side, P2=Flat Plate on Both Sides)
- 3/4" Steel Tie Rods
- Rubber Pads are 4"-6" Thick (Extra Projection Bumpers Include Steel Blockout)
- 12-month money-back satisfaction guarantee
- 2-Year Limited Warranty

**Ramp control**                                                        1            $545.00          $545.00

- Rite Hite Aftermarket - Ramp Control Conversion Kit - Part # 03094
- Cadmium Plated Ratchet Bar - For Longer Life
- 9-Tooth Pawl - Increases Safety
- Patented Tension Relief System - Allows Holddown to Safely Reengage as Leveler Floats

**PMP**
- Clean out debris from pit and do a complete PMP on the leveler and dock lock to get them to proper working condition

| | | | |
|---|---|---|---|
| **OHD slats**<br>• Remove existing bottom bar and 8 slats and replace with new<br>• Lube and adjust door as needed for proper operation<br>• Discard old slats from site | 1 | $465.00 | $465.00 |
| | **Freight and Handling** | | $360.00 |
| | **Installation** | | $1,502.00 |
| | **Tax** | | $198.09 |
| | **Sub-Total** | | **$4,120.09** |

**#2**

| | | | |
|---|---|---|---|
| **Frommelt TPC Dock Seal** | 1 | $900.00 | **$900.00** |
| **Laminated Dock Bumper** | 2 | $75.00 | **$150.00** |
| **Ramp control** | 1 | $545.00 | **$545.00** |

**PMP**
• Clean out debris from pit and do a complete PMP on the leveler and dock lock to get them to proper working condition

| | | | |
|---|---|---|---|
| | **Freight and Handling** | | $260.00 |
| | **Installation** | | $1,277.00 |
| | **Tax** | | $151.53 |
| | **Sub-Total** | | **$3,283.53** |

#3

| | | | |
|---|---|---|---|
| Frommelt TPC Dock Seal | 1 | $900.00 | $900.00 |
| Laminated Dock Bumper | 2 | $75.00 | $150.00 |
| OHD slats | 1 | $345.00 | $345.00 |

- Remove existing bottom bar and 4 slats and replace with new
- Lube and adjust door as needed for proper operation
- Discard old slats from site

**PMP**

- Clean out debris from pit and do a complete PMP on the leveler and dock lock to get them to proper working condition

| | |
|---|---|
| Freight and Handling | $320.00 |
| Installation | $1,177.00 |
| Tax | $132.53 |
| **Sub-Total** | **$3,024.53** |

#4

| | | | |
|---|---|---|---|
| Frommelt TPC Dock Seal | 1 | $900.00 | $900.00 |
| Laminated Dock Bumper | 2 | $75.00 | $150.00 |
| Ramp control | 1 | $545.00 | $545.00 |

**PMP**

- Clean out debris from pit and do a complete PMP on the leveler and dock lock to get them to proper working condition

| | |
|---|---|
| Freight and Handling | $260.00 |
| Installation | $1,277.00 |
| Tax | $151.53 |
| **Sub-Total** | **$3,283.53** |

**#5**

| | | | |
|---|---|---|---|
| Frommelt TPC Dock Seal | 1 | $900.00 | $900.00 |
| Laminated Dock Bumper | 2 | $75.00 | $150.00 |
| Ramp control | 1 | $545.00 | $545.00 |
| OHD slats | 1 | $253.00 | $253.00 |

- Remove existing hood and replace with new
- Lube and adjust door as needed for proper operation
- Discard old hood from site

**PMP**
- Clean out debris from pit and do a complete PMP on the leveler and dock lock to get them to proper working condition

| | |
|---|---|
| Freight and Handling | $360.00 |
| Installation | $1,502.00 |
| Tax | $177.95 |
| **Sub-Total** | **$3,887.95** |

**#6**

| | | | |
|---|---|---|---|
| Frommelt TPC Dock Seal | 1 | $900.00 | $900.00 |
| Laminated Dock Bumper | 2 | $75.00 | $150.00 |

**PMP**
- Clean out debris from pit and do a complete PMP on the leveler and dock lock to get them to proper working condition

- Had a dropped trailer, could not look at leveler. If any parts or repairs are needed they will have to be added to a separate invoice

| | |
|---|---|
| Freight and Handling | $220.00 |
| Installation | $977.00 |
| Tax | $99.75 |
| **Sub-Total** | **$2,346.75** |

**#7**

| | | | |
|---|---|---|---|
| **Frommelt TPC Dock Seal** | 1 | $900.00 | **$900.00** |
| **Laminated Dock Bumper** | 2 | $75.00 | **$150.00** |
| **OHD slats** | 1 | $253.00 | **$253.00** |

- Remove existing hood and replace with new
- Lube and adjust door as needed for proper operation
- Discard old hood from site

**PMP**

- Clean out debris from pit and do a complete PMP on the leveler and dock lock to get them to proper working condition

- Had a dropped trailer , could not look at leveler . If any parts or repairs are needed they will have to be added to a separate invoice

| | |
|---|---|
| Freight and Handling | $320.00 |
| Installation | $1,177.00 |
| Tax | $123.79 |
| **Sub-Total** | **$2,923.79** |

**#8**

| | | | |
|---|---|---|---|
| **Frommelt TPC Dock Seal** | 1 | $900.00 | **$900.00** |
| **Laminated Dock Bumper** | 2 | $75.00 | **$150.00** |
| **OHD slats** | 1 | $316.00 | **$316.00** |

- Remove existing bottom bar and 3 slats and replace with new
- Lube and adjust door as needed for proper operation
- Discard old slats from site

**PMP**

- Clean out debris from pit and do a complete PMP on the leveler and dock lock to get them to proper working condition

| | |
|---|---|
| Freight and Handling | $320.00 |
| Installation | $1,177.00 |
| Tax | $129.77 |
| **Sub-Total** | **$2,992.77** |

**#9**

| | | | |
|---|---|---|---|
| **Frommelt TPC Dock Seal** | 1 | $900.00 | $900.00 |
| **Laminated Dock Bumper** | 2 | $75.00 | $150.00 |
| **OHD hood** | 1 | $253.00 | $253.00 |

- Remove existing hood and replace with new
- Lube and adjust door as needed for proper operation
- Discard old hood from site

**PMP**
- Clean out debris from pit and do a complete PMP on the leveler and dock lock to get them to proper working condition

| | |
|---|---|
| Freight and Handling | $320.00 |
| Installation | $877.00 |
| Tax | $123.79 |
| **Sub-Total** | **$2,623.79** |

**#10**

| | | | |
|---|---|---|---|
| **Frommelt TPC Dock Seal** | 1 | $900.00 | $900.00 |
| **Laminated Dock Bumper** | 2 | $75.00 | $150.00 |
| **Ramp control** | 1 | $545.00 | $545.00 |

**PMP**
- Clean out debris from pit and do a complete PMP on the leveler and dock lock to get them to proper working condition

| | |
|---|---|
| Freight and Handling | $260.00 |
| Installation | $1,302.00 |
| Tax | $153.91 |
| **Sub-Total** | **$3,310.91** |

**#11**

| | | | |
|---|---|---|---|
| Frommelt TPC Dock Seal | 1 | $900.00 | $900.00 |
| Laminated Dock Bumper | 2 | $75.00 | $150.00 |

**PMP**
- Clean out debris from pit and do a complete PMP on the leveler and dock lock to get them to proper working condition

- Had a dropped trailer, could not look at leveler. If any parts or repairs are needed they will have to be added to a separate invoice

| | |
|---|---|
| Freight and Handling | $220.00 |
| Installation | $977.00 |
| Tax | $99.75 |
| **Sub-Total** | **$2,346.75** |

**#12**

| | | | |
|---|---|---|---|
| Frommelt TPC Dock Seal | 1 | $900.00 | $900.00 |
| Laminated Dock Bumper | 2 | $75.00 | $150.00 |

**PMP**
- Clean out debris from pit and do a complete PMP on the leveler and dock lock to get them to proper working condition

| | |
|---|---|
| Freight and Handling | $220.00 |
| Installation | $977.00 |
| Tax | $99.75 |
| **Sub-Total** | **$2,346.75** |

#13
| | | | |
|---|---|---|---|
| Frommelt TPC Dock Seal | 1 | $900.00 | $900.00 |
| Laminated Dock Bumper | 2 | $75.00 | $150.00 |

**PMP**
- Clean out debris from pit and do a complete PMP on the leveler and dock lock to get them to proper working condition, adjust the down limit on the door
- Had a dropped trailer, could not look at leveler. If any parts or repairs are needed they will have to be added to a separate invoice

| | |
|---|---|
| Freight and Handling | $220.00 |
| Installation | $977.00 |
| Tax | $99.75 |
| **Sub-Total** | **$2,346.75** |

#14
| | | | |
|---|---|---|---|
| Frommelt TPC Dock Seal | 1 | $900.00 | $900.00 |
| Laminated Dock Bumper | 2 | $75.00 | $150.00 |

**PMP**
- Clean out debris from pit and do a complete PMP on the leveler and dock lock to get them to proper working condition

| | |
|---|---|
| Freight and Handling | $220.00 |
| Installation | $977.00 |
| Tax | $99.75 |
| **Sub-Total** | **$2,346.75** |

**#15**

| | | | |
|---|---|---|---|
| Frommelt TPC Dock Seal | 1 | $900.00 | $900.00 |
| Laminated Dock Bumper | 2 | $75.00 | $150.00 |
| Ramp control | 1 | $545.00 | $545.00 |
| Metro hood and slats | 1 | $425.00 | $425.00 |

- Remove existing hood and replace with new
- Lube and adjust door as needed for proper operation
- Discard old slats from site

**PMP**
- Clean out debris from pit and do a complete PMP on the leveler and dock lock to get them to proper working condition

| | |
|---|---|
| Freight and Handling | $360.00 |
| Installation | $1,452.00 |
| Tax | $194.29 |
| **Sub-Total** | **$4,026.29** |

**#16**

| | | | |
|---|---|---|---|
| Frommelt TPC Dock Seal | 1 | $900.00 | $900.00 |
| Laminated Dock Bumper | 2 | $75.00 | $150.00 |

**PMP**
- Clean out debris from pit and do a complete PMP on the leveler and dock lock to get them to proper working condition
- Had a dropped trailer, could not look at leveler. If any parts or repairs are needed they will have to be added to a separate invoice

| | |
|---|---|
| Freight and Handling | $220.00 |
| Installation | $977.00 |
| Tax | $99.75 |
| **Sub-Total** | **$2,346.75** |

**#17**
| | | | |
|---|---|---|---|
| Frommelt TPC Dock Seal | 1 | $900.00 | $900.00 |
| Laminated Dock Bumper | 2 | $75.00 | $150.00 |

**PMP**
- Clean out debris from pit and do a complete PMP on the leveler and dock lock to get them to proper working condition

| | |
|---|---|
| Freight and Handling | $220.00 |
| Installation | $977.00 |
| Tax | $99.75 |
| **Sub-Total** | **$2,346.75** |

**#18**
| | | | |
|---|---|---|---|
| Frommelt TPC Dock Seal | 1 | $900.00 | $900.00 |
| Laminated Dock Bumper | 2 | $75.00 | $150.00 |

**PMP**
- Clean out debris from pit and do a complete PMP on the leveler and dock lock to get them to proper working condition

| | |
|---|---|
| Freight and Handling | $220.00 |
| Installation | $977.00 |
| Tax | $99.75 |
| **Sub-Total** | **$2,346.75** |

**#19**
| | | | |
|---|---|---|---|
| Frommelt TPC Dock Seal | 1 | $900.00 | $900.00 |
| Laminated Dock Bumper | 2 | $75.00 | $150.00 |

**PMP**
- Clean out debris from pit and do a complete PMP on the leveler and dock lock to get them to proper working condition

| | |
|---|---|
| Freight and Handling | $220.00 |
| Installation | $977.00 |
| Tax | $99.75 |
| **Sub-Total** | **$2,346.75** |

**#20**
**Frommelt TPC Dock Seal** — 1 — $900.00 — $900.00

**Laminated Dock Bumper** — 2 — $75.00 — $150.00

**PMP**
- Clean out debris from pit and do a complete PMP on the leveler and dock lock to get them to proper working condition

|  |  |
|---|---|
| Freight and Handling | $220.00 |
| Installation | $1,002.00 |
| Tax | $102.13 |
| **Sub-Total** | **$2,374.13** |

**Battery room**
**Battery room**
- Remove existing hood, 10 slats and bottom bar and replace with new
- Lube and adjust door as needed for proper operation
- Discard old slats from site

1 — $709.00 — $709.00

|  |  |
|---|---|
| Freight and Handling | $100.00 |
| Installation | $400.00 |
| Tax | $67.36 |
| **Sub-Total** | **$1,276.36** |

**Ramp**
**slats**
- Remove existing 6 slats and bottom bar and replace with new
- Lube and adjust door as needed for proper operation
- Discard old slats from site

1 — $533.00 — $533.00

|  |  |
|---|---|
| Freight and Handling | $100.00 |
| Installation | $400.00 |
| Tax | $50.64 |
| **Sub-Total** | **$1,083.64** |