UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
          In re                                              :      Chapter 11

DELPHI CORPORATION, et al.         :      Case No. 05-44481 (RDD)

                        Debtors.        :      (Jointly Administered)
----------------------------------------------------------------x

### DECLARATION IN SUPPORT OF MOTION TO COMPEL DEBTOR'S PERFORMANCE UNDER LEASE OF NON-RESIDENTIAL REAL PROPERTY

Comes now Sarah E. Sweeton and states:

(the "Sweetons"), by and through counsel, and respectfully move the Court, pursuant to Section 365(d)(3) of Title 11 of the United States Code (the "Bankruptcy Code"), to enter an Order, substantially in the form of the proposed Order attached as an exhibit hereto, compelling performance by Delphi Automotive Systems, LLC ("Delphi Automotive") under that certain Warehouse Lease (the "Lease") between the Debtor and the Sweetons. In support of this Motion, the Sweetons respectfully state as follows:

1. I, along with my husband, Don Sweeton, own of certain non-residential real property (the "Subject Property") located in Columbia, Tennessee. I have personal knowledge of the matters contained herein. I make this Declaration in support of the Motion of to Compel Debtor's Performance Under Lease of Non-Residential Real Property.

2. I am over the age of twenty-one (21) and competent to testify to the matters contained herein.

2067128 v1
093219-000 02/11/09

- 1 -

05-44481-rdd    Doc 16381-14    Filed 02/26/09    Entered 02/26/09 09:52:45    Exhibit Exhibit to Administrative Expense Claim Request    Pg 2 of 2

02/10/2009  10:36   9317624944           DASCO                              PAGE  02

3. Don and I leased the Subject Property to Delphi Automotive for use as a warehouse pursuant to a pre-petition Lease, a true and correct copy of which is attached as an exhibit hereto.

4. After the Debtors filed their Chapter 11 Petitions, Delphi Automotive continued to use the Subject Property in its business.

5. Delphi Automotive has not paid rent for the month of January 2009, which was due January 2, 2009 (the "January Rent"), or rent for the month of February 2009, which was due February 2, 2009 (the "February Rent"). Additional rent comes due on the first day of each month.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on the 11th day of February, 2009.

_____
SARAH SWEETON

2067128 v1
093219-000 02/11/09

- 2 -