# DASCO, INC.*

*Licensed General Contractor

*D & S CONTRACTORS, INC.  
214 Admiral Circle  
Lawrenceburg, TN 38464

Phone (931) 762-9483  
Fax   (931) 762-4944

December 19, 2008

## RE: PROPOSAL REPAIR DAMAGE FROM BREAK-IN

We hereby submit specifications and estimates to repair break-in damage to facilities @ 1974 Ridgecrest Drive, Columbia, Tennessee, as follows:

LABOR TO REMOVE & REPLACE DOORS & FRAMES  
 2 MEN – 10 HRS= 20 HRS @ $56.00 - $1,120.00

MATERIALS – DOORS TO ORIGINAL SPECS - $2,500.00

SHEETROCK/WALL DAMAGE TO BREAKROOM:  
SHORING UP CEILING : MATERIALS - $360.00  
   LABOR – 2 MEN 8 HRS = 16 HRS @ $56.00 = $896.00

LABOR TO TEAR OUT AND REMOVE DAMAGED SHEETROCK  
  2 MEN – 8 HRS = 16 HRS @ $56.00 = $896.00  
  DEBRIS DISPOSAL = $250.00

MATERIALS TO REBUILD:  
 SHEETROCK & SHEETROCK MATERIALS - $864.00  
 16 GA STUDS- STRUCTURAL GRADE & TRACE TOP & BOTTOM - $361.00

LABOR TO REBUILD WALL:  
  2 MEN – 32 HRS = 64 HRS @ $56.00  - $3584.00  
  PAINTING MATERIALS - $165.00  
  PAINTING LABOR 1 MAN 12 HRS @ $56.00 = $672.00  
  CLEAN – UP – SUPPLIES $60.00  
  1 MAN 8 HRS @ $56.00 = $448.00

LABOR FOR REPLACING ELECTRICAL AND PHONE LINES IN WALL  
 2 MEN 16 HRS = 32 HRS @780.00 = $2,496.00  
 MATERIALS = $320.00

We propose to provide the above – complete in accordance with the above specifications for a total of $14,992.00.

All materials to be as specified. All work to be completed in a professional manner according to standard industry practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado, and other necessary insurance. Our workers are fully covered by Workers Compensation insurance.

DASCO, Inc.

Don Sweeton










