Hearing Date And Time: March 24, 2009 at 10:00 a.m.
Objection Deadline: March 17, 2009 at 4:00 p.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                        :
      In re                             :    Chapter 11
                                        :
DELPHI CORPORATION, et al.              :    Case No. 05-44481 (RDD)
                                        :
              Debtors.                  :    (Jointly Administered)
                                        :
------------------------------------------------------------x

NOTICE OF MOTION TO COMPEL DEBTOR'S PERFORMANCE
UNDER LEASE OF NON-RESIDENTIAL REAL PROPERTY
AND FOR PAYMENT OF ADMINISTRATIVE EXPENSE

PLEASE TAKE NOTICE that on February 26, 2009, Donald R. Sweeton and Sarah E. Sweeton (the "Sweetons") filed a Motion to Compel Debtor's Performance Under Lease of Non-Residential Real Property and for Payment of Administrative Expense (the "Motion").

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Motion will be held on March 24, 2009, at 10:00 a.m. (prevailing Eastern time) (the "Hearing") before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, the Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case Management, and Administrative Procedures, entered March 20, 2006 (the "Supplemental Case Management Order") (Docket No. 2883), and the Thirteenth

Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, and Administrative Procedures, entered by this Court on December 4, 2008 (the "Thirteenth Supplemental Case Management Order"), (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) be served upon (i) counsel for the Movant, Austin L. McMullen, Bradley Arant Boult Cummings, LLP, 1600 Division Street, Suite 700, Nashville, Tennessee 37203, (ii) all parties shown on the Master Service List, in each case so as to be received no later than 4:00 p.m. (prevailing Eastern time) on March 17, 2009 (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein and in accordance with the Supplemental Case Management Order and the Thirteenth Case Management Order will be considered by the Bankruptcy Court at the Hearing. If no objections to the Motion are timely filed and served in accordance with the procedures set forth herein and in the Supplemental Case Management Order and the Thirteenth Case Management Order, the Bankruptcy Court may enter an order granting the Motion without further notice.

Respectfully submitted,

/s/ Austin L. McMullen
Austin L. McMullen (admitted pro hac vice)
BRADLEY ARANT BOULT CUMMINGS, LLP
1600 Division Street, Suite 700
P. O. Box 340025
Nashville, Tennessee 37203
Phone: (615) 252-2307
Fax: (615) 252-6307
email: AMcMullen@BA-Boult.com

*Attorneys for Donald R. and Sarah E. Sweeton*