UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
                                                           :
In re                                                      :   Case No. 05-44481 (RDD)
                                                           :
DELPHI CORPORATION *et al.*,                               :   (Chapter 11)
                                                           :
                                        Debtors.           :
                                                           :   (Jointly Administered)
---------------------------------------------------------- x

NOTICE OF APPOINTMENT OF A COMMITTEE OF
RETIRED  EMPLOYEES PURSUANT TO 11 U.S.C. § 1114(d)

        Pursuant to 11 U.S.C. § 1114(d) of the Bankruptcy Code, the following retired employees
of the above-captioned Debtors, being among the retired employees of the Debtors willing to
serve on the committee, are hereby appointed to the committee of retired employees:

    1.      James R. Frost
            6620 Yorktown Circle
            East Amherst, New York  14051
            Telephone: (716) 741-4879


    2.      James A. Hagenbach
            8 Grasmere Road
            Lockport, New York 14094
            Telephone:  (716) 438-2928


    3.      James Sumpter
            21169 Westbay Circle
            Noblesville, Indiana 46062
            Telephone:  (317) 877-0736

    4.      James R. Conger
            1755 Kingston Drive
            Saginaw, Michigan 48638
            Telephone: (989) 790-7422

5.      W. Ben Gifford
        538 W. Taylor
        Kokomo, Indiana 46902
        Telephone:  (765) 513-4889


6.      Cathy Carol
        1802 Barna
        Wichita Falls, Texas 76302
        Telephone: (940) 767-2209


7.      Robert Todd Nicholson
        910 Euclid Avenue
        Marion, Indiana  46952
        Telephone: (765) 662-1636



Dated: New York, New York
       February 26 , 2009


                                    DIANA G. ADAMS
                                    UNITED STATES TRUSTEE



`                           By:     /s/ Brian S. Masumoto
                                    Brian S. Masumoto
                                    Trial Attorney
                                    33 Whitehall Street, 21st Floor
                                    New York, New York  10004
                                    Tel. No. (212) 501-0500