|  |  |  |  |
|---|---|---|---|
| **To:** | Senator Charles E. Schumer<br>United States Senate<br>313 Hart Senate Office Building<br>Washington, DC 20510 | **cc:** | Judge Robert D. Drain<br>United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, N.Y. 10004 |
|  | Senator Kirsten E. Gillibrand<br>United States Senate<br>531 Dirksen Senate Office Bldg.<br>Washington, DC 20510 |  |  |
|  | Congressman Chris Lee<br>U.S. House of Representatives<br>1711 Longworth HOB<br>Washington DC 20515 |  |  |
| **From:** | Robert C. Walker (Delphi Retiree)<br>5509 Hartford Drive<br>Lockport, New York 14094 |  |  |
| **Date:** | February 18, 2009 |  |  |

Lady and Gentlemen,

This is an update to a letter I sent to you earlier this month. As you are aware Delphi is petitioning the Bankruptcy Court to terminate Medical benefits for Delphi *salaried retirees*. This would result in an immediate, unanticipated, out of pocket expense to salaried retirees of around $15,600/year. To say that this is unethical is a gross understatement. However, Judge Drain has far more facts at his disposal that I do. Lets us assume that the Judge feels this is necessary and grants the motion. Will this be a real blow to retirees under 65, of course it will. However, this unfortunate trend is becoming all too common in the business world. I can only speak for myself when I say that this event would be "survivable" as its effect is finite in length as it will occur only until we reach 65 when the benefit terminates anyway. Now Delphi has offered to let us participate in the existing plan at our own expense. As bad as this is the out of pocket expense of $15,600/year is it appears to be better than trying to get non-plan insurance on our own. NOTHING has been said about this being available beyond 2009. If the court does grant Delphi's proposal could we at least get this offer continued until the last retiree reaches 65? It won't cost Delphi, or GM, any money and might actually spread out their fixed costs to help their plans. *We really need this.*

Having said that, what will NOT be survivable for most of us is a *loss in our retirement amount if Delphi turns the pension over to the Federal Government in conjunction with the loss of health benefits.*
It is certainly not beyond reason to expect this to be proposed in the future.
If you look at the Delphi/GM (Please note that even if GM survives, which for the countries sake I hope it does.) situation today you'll find the following:
1) GM CANNOT survive without the Delphi plants in the U.S. As a 44 year veteran of the auto industry with job experience in NUMEROUS areas of the business, I know you can't make cars without parts. Therefore it is safe to assume that all the talk of GM taking over Delphi's U.S. facilities is probably going to happen in some form.
2) GM's own pension plans were at one time over funded. However, I believe at the current time GM has gone into an under funded situation as well. The situation as to GM's potential obligation to Delphi's hourly pension plan is unclear. Under some circumstances they are and under other circumstances they're not. So this is still up in the air.
3) Remember I am linking GM and Delphi because they were one up to 1999. You can blame Delphi management for all this but remember where they came from, GM. Who appointed them before the spin off, GM. Who forced Delphi to take (8) years of labor contracts that were totally non-competitive, GM. Note that Delphi was in bankruptcy within 6 years after formation. This was not a real surprise to most of us veterans.
4) As part of Delphi's proposal to terminate the medical benefits they stated they would save over $200,000,000 this year and take over a billion dollars off future obligations. Since they are not

meeting their obligation to the pension fund, with the Federal Government's permission, can these funds be diverted to the pension fund?

Why am I asking for your help? GM is coming to you for money, which I fully support. What I read in the newspaper says that Federal funding for large automotive suppliers *may* be contemplated as well. I really do not believe the U.S. economy can afford the collapse of the auto industry. It is too easy to say the GM, Ford, and Chrysler are just poorly managed and that's why they are in this shape. Well look at the #1 Auto company in the world today, Toyota. They announced a $4,000,000,000 loss. The rest of the world isn't doing any better. I'm sure the European governments will find a way to support their auto industries. (There seems to be a movement in Germany to nationalize OPEL for example.) You certainly have influence with GM and Delphi when they asking for Federal assistance. I'm asking for your help in maintaining the pensions of Delphi salaried employees using this influence.

Thank you for your consideration.

*[signature]*

Robert C. Walker