To: Judge Robert Drain
Cc: Delphi Corporation; Skadden Arps, Slate, Meagher; Davis Polk & Wardwell; Latham & Watkins; Fried, Frank, Harris, Shriver & Jacobson; Office of US Trustee for Southern District NY.
From: Gregory Sims
Date: 13 February 2009
Subject: Delphi Motion

I am a recent retiree from Delphi Corporation. I retired from Delphi on Feb 1, 2008 after 30 years of dedicated service. **I am writing this letter to lodge my objection to Delphi's motion to terminate health care benefits for current retirees.** I apologize for not using the official, formal objection procedure but I cannot find or hire a lawyer to help me get through the formal process in time for the February 17 deadline.

Part of my benefit package with Delphi was that if I worked 30 years with the company and dedicated my service as a salaried employee, Delphi would reward me with basic healthcare benefits in retirement. I fulfilled my end of that bargain. Now Delphi must fulfill its end. By trying to take this action Delphi is trying to exit bankruptcy on the backs of the most vulnerable sector. Salaried retirees can't quit because we have completed our service. We don't have a spokesperson we are just individuals. Delphi should not be allowed to terminate this agreement.

I did not ask to retire from Delphi. I retired because Delphi sold off the business unit that I worked for, the Catalyst Business, and as a result there was not a job left for me at Delphi. Fortunately, I had the 30 years that allowed me to qualify for the health benefits in retirement. If these benefits are taken from me it would create an extreme hardship on me and my family.

Lastly, what does this move say about Delphi. I feel that Delphi will also be hurt if this motion is allowed to pass. Future potential employees will learn that they will not be able to trust that Delphi will keep their word to them in terms of benefits. This will have a negative impact on Delphi's ability to attract the quality employees that they will need to carry on in the future.

**So I strongly object to the motion and ask the Judge to deny the motion.**

Thank you for your consideration in this matter.

Gregory Sims   *Gregory Sims 13 Feb 2009*
15026 Collingham Dr
Detroit, Michigan 48205
313 526 8253
gregs974@sbcglobal.net