United States Trustee,

I am sending this letter to contest the termination of Delphi Health Care. Case#05-44481 Debtor Delphi Corp.

I received the notification less than one week ago and felt I should send this letter so you would understand that this action would have a major impact on my family. My wife has MS and I have had open heart surgery and from some quick visits to Insurance Representatives and it could very difficult to find affordable insurance on the fixed income we are on. Just my wife's medication costs in excess of $3000 a month which the reps say will be difficult to find a company to insure us because of our preexisting conditions without very high premiums.

Because of the compressed timing of this action, I have only had time to write this quick note to you so that you would understand what a major impact this would have on the families that have retired from Delphi. I also don't understand why they are not looking at sharing the cost with present and retired workers both hourly and salaried.

This news has just devastated our lives.

Thanks for your understanding,

Gregg Lucas

2304 Executive Dr.

Kokomo, Indiana 46902

765-434-0862

2-13-09