February 13, 2009

Honorable Robert D. Drain,
United States Bankruptcy Judge
U.S. Bankruptcy Court for the Southern District of New York
One Bowling Green, Room 610
New York, New York 10004

Dear Sir,

This letter is sent to enter an objection to the Delphi Corporation's motion to suspend Salaried Retiree Health Care Benefits, Life Insurance benefits, and survivor's benefits. I am sure this is not the correct formal format for this letter to object, but the guidelines were too complicated for a lay person to understand. I received the notification on February 5, 2009 and am responding although many other retirees have not received this notification except by word of mouth.

This motion to suspend these benefits is unfair to this selected group of people. None of these other groups listed are being asked to participate in this suspension: active salaried employees, classified, leveled, and unclassified employees, bargaining unit employees, or bargaining unit retired employees. The Salaried Retirees are in their senior years and most are dealing with some type of health issues because of their age. Also, most of them if they still have a 401K have taken large hits just like the rest of the world investors. As I recall, Delphi Corporate Executives requested and received guaranteed salaries and health care benefits at the outset of this bankruptcy plus bonuses.

After working twenty-seven and a half (27.5) years, I accepted a special retirement offer. I agreed to take a reduced pension in order to have the benefits which included health care, life insurance, and survivor benefits. Providing these things myself will take more than half of my already reduced pension check.

I beg the court to deny this motion by Delphi Corporation.

Thank you for your consideration.

Sincerely,

*Dennis L. Giddens*

Dennis Lee Giddens
1908 Twin Oaks Lane
Lafayette, Indiana 47905