United States Bankruptcy Court
One Bowling Green
New York, NY 10004

February 16, 2009

Attn: Honorable Judge Robert D. Drain
Ref: Delphi Corp Case # 05-44481 filed October 8, 2005
Document # 14705 to Cancel OPEB (Health Insurance Benefits) for all Retirees

Dear Judge Drain:

    I am writing to express my concerns with Document #14705 filed by Delphi Corporation on February 4, 2009. The referenced documents ask the court to cancel health insurance benefits (OPEB) for over 15,000 people who are retirees of Delphi Corporation.

    Please note this letter is an OBJECTION to that document and file it as a motion to object to document #14705. The document was filed with no previous warning to the current employees and retirees of Delphi Corporation. It was made known to us via letter on February 5, 2009 and provided a mere twelve days to file our objections. The letter was also sent with a clear understanding Delphi had received permission to exercise the pension liability reduction, prior to your Honor's official judgment!

    Delphi <u>has feverishly attacked the Salary benefit program</u> from its inception in 1999. As a retiree I find it difficult to believe General Motors could discard the pension obligations onto Delphi. Ten years later, Delphi has the boldness to attack the pension obligations of the Salary workforce. Furthermore, recent news releases positions General Motors to take back Delphi operations. This seems unfair because the Delphi Salary workforce was GM for 22 years. The recent plans for the GM takeover denote the Delphi salary retirees will come back to GM without the pension obligations. Where is the justice in this as the corporate leaders beg Congress for financial bailouts? GM has used Delphi to bargain a 2 tier wage, and now they have set Delphi in motion to eliminate Delphi retiree obligations. GM will absorb Delphi back without any pension liabilities. Please consider our hardships Judge Drain and do not allow Delphi to create the hardships on our retirees. I personally worked for this benefit 31 years. I was promised the insurance and benefits during my years with Delphi. Delphi also promised me one-year salary severance pay when I chose to retire. They decided at the end of my career to withhold my year severance of $70,000. If Delphi needs money, liquidate the assets they have not put under Bankruptcy which is the same foreign assets purchased with Delphi America based factories. Delphi resisted re-tooling and updating our American factories. The re-tooling and updating would have provided cost efficient operations in all USA plants.

    Thank you in advance for your time and consideration. Our entire 15,000 + retirees and soon-to-retire are desperately seeking your support and concern during your decision concerning Document #14705 dated February 4, 2009. It is our hope and prayer you find it necessary to REJECT this motion.

Sincerely,

*[signature]*
Steve Puckett
2208 Lancelot Drive SW
Decatur, Alabama 35603