Dennis & Margaret Marshall
3240 Reamer Rd.
Lapeer, MI 48446
Feb. 16, 2009

To Whom It May Concern:

I am writing in response to the plan of cutting out salary retiree's insurance.

While reading the information we had a hard time finding any legal reason that this can not be done. We found a lot of moral reasons. We can't understand how the top executives can take such large salaries and bonuses and still be able to let go the working people. And now take away benefits from people who were planning that being available to survive. We could not live with ourselves and do that to others without taking something from ourselves.

I am the wife of one of your newly retiree. I want you to know what kind of man he is.

Dennis had 30 plus years with this company before retiring last July. In that time he only once took a sick day and was not sick. He was exhausted. The whole day he felt bad about it but I knew that if he didn't stay home and rest he would have been very sick and would have lost a lot of days. If Dennis had a doctor or dentist appointment he would make up for the time lost. He knew that this was acceptable time off but that was not his way.

Dennis also volunteered for things at work. When they started the 1st Responders program and had no one for 3rd shift, he sign up. The other workers that came, got time off to come to the classes. They bragged about this. Dennis did not take extra time off for this. He worked his 8 plus hours at night and still went to the classes. He volunteered on the Fire Brigade. If a class or meeting was being held during his work hours he would stay late if there was something that needed to be done that day.

Dennis did not tell of things that went on at work because that was not the right thing to do. There was one time that he was so upset with an employee that he did talk to me about it. Of course no names was said. When Dennis became a supervisor in the model shop he sat down with each employee to talk about what he excepted from them and asked what did they except from him. One employee had the nerve to say to his face, his new supervisor, "I only work one hour a night and that is all." This man got paid for 8—12 hours of work but did only one hour. Dennis worked with him and got the man up to 6 hours of work before he left his department and went some where else.

This is just a sample of the kind of man that worked for this company. He had a stroke in June while at work. In July he took the retirement package thinking that he would now have more time to spend working with youth and help develop leadership. Positive leadership that some day will help to make this world a better place to live. Dennis has been in Boy Scouting since 1984. He was the District Chairman for almost 10 years. In other words if you are not familiar with scouting he ran the whole district as a volunteer. This is only the tip of the iceberg. He has also been an assistant Girl Scout leader, church involvement, and many other volunteer programs.

Over the last few years we have taken the unfair things that has been given to us. We know that Delphi/ AC Spark Plug has given us a good life. We have raised 4 wonderful children that are now giving back to this world with the good works that they are doing. Dennis was a salaried employee and my dad was a hourly employee. My dad kept calling and complaining to me about things that would be cut from the hourly. One time he called and was complaining that AC, that was a long time ago, took away their cost of living. I said "So, they took ours away a year ago." That is when my dad realized that it would be done to salaried workers first. The difference is hourly workers got theirs back we never did.

If this plan about the insurance has to be done please make it fair. The executives should receive the same treatment. I think people can accept it better if all is treated the same and not just a few paying for all.

Sincerely,

Margaret R. Marshall

Margaret R. Marshall