IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                               :
    In re                                      :    Chapter 11
                                               :
DELPHI CORPORATION, et al.,                    :    Case No. 05-44481 (RDD)
                                               :
                                   Debtors.    :    (Jointly Administered)
                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

### AFFIDAVIT OF SERVICE

I, Darlene Calderon, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On February 25, 2009, I caused to be served the document listed below (i) upon the parties listed on Exhibit A hereto via overnight mail, (ii) upon the parties listed on Exhibit B hereto via electronic notification, and (iii) upon the parties listed on Exhibit C hereto via facsimile:

Notice of Proposed Sale of Certain Patents and Assigned Patent Rights Pursuant to Order Under 11 U.S.C. § 363 Approving Procedures to Sell Certain De Minimis Assets Free and Clear of Liens, Claims, and Encumbrances [a copy of which is attached hereto as Exhibit D]

Dated: March 2, 2009

                                                    */s/ Darlene Calderon*
                                                    Darlene Calderon

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 2nd day of March, 2009, by Darlene Calderon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: */s/ Vanessa R. Quiñones*

Commission Expires: *3/20/11*

# EXHIBIT A

Delphi Corporation
Patent Sale Notice Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Phone | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Davis, Polk & Wardwell | Donald Bernstein<br>Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092<br>212-450-4213 | Counsel to Debtor's Postpetition Administrative Agent |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler<br>Bonnie Steingart<br>Jennifer L Rodburg<br>Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | Counsel to Equity Security Holders Committee |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | Counsel to Official Committee of Unsecured Creditors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| United States Trustee | Brian Masumoto | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | Counsel to United States Trustee |
| Varnum, Riddering,Schmidt & Howlett | Michael S. McElwee | Bridge Water Place | P.O. Box 352 | Grand Rapids | MI | 49501 | 616-336-6827 | |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/26/2009 1:34 PM
De Minimis Sale Notices Service List Overnight

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Acacia Research - Acacia Technologies Group | Peter Kim | 500 Newport Center Drive | 7th Floor | Newport Beach | CA | 92660 |
| Allied Security Trust | Marcie Garnes | 488 Freedom Plains Rd. | Suite 126 | Poughkeepsie | NY | 12603 |
| Altitude Capital Partners | Russell J. Barron | 458 Madison Ave. | Suite 2300 | New York | NY | 10022 |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 |
| Rembrandt IP | Katie Lartigue | 401 City Avenue | Suite 900 | Bala Cynwyd | PA | 19004 |
| Silicon Edge | Dr. James Chung | 6601 Koll Center Pkwy | Suite 245 | Pleasanton | CA | 94566 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/26/2009 1:45 PM
De Minimis Patent Sale Special Parties

# EXHIBIT B

Delphi Corporation
Patent Sale Notice Service List

| Company | Contact | Address1 | City | State | Zip | Phone | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Davis, Polk & Wardwell | Donald Bernstein<br>Brian Resnick | 450 Lexington Avenue | New York | NY | 10017 | 212-450-4092<br>212-450-4213 | donald.bernstein@dpw.com<br>brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler<br>Bonnie Steingart<br>Jennifer L Rodburg<br>Richard J Slivinski | One New York Plaza | New York | NY | 10004 | 212-859-8000 | rodbuje@ffhsj.com<br>sliviri@ffhsj.com | Counsel to Equity Security Holders Committee |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | New York | NY | 10022 | 212-906-1370 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman,<br>Robert H. Trust,<br>William T. Russell, Jr. | 425 Lexington Avenue | New York | NY | 10017 | 212-455-2000 | kziman@stblaw.com<br>rtrust@stblaw.com<br>wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/26/2009 1:37 PM
De Minimis Sale Notices Service List Email

# EXHIBIT C

Delphi Corporation
Patent Sale Notice Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Phone | Fax | Party/Function |
|---|---|---|---|---|---|---|---|---|---|
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | 212-450-3092 212-450-3213 | Counsel to Debtor's Postpetition Administrative Agent |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | Counsel to Equity Security Holders Committee |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | Counsel to Official Committee of Unsecured Creditors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Varnum, Riddering, Schmidt & Howlett | Michael S. McElwee | Bridge Water Place | P.O. Box 352 | Grand Rapids | MI | 49501 | 616-336-6827 | 616-336-7000 | |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/26/2009 1:36 PM
De Minimis Sale Notices Service List Fax

# EXHIBIT D

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :

   In re                                   :        Chapter 11
                                          :
DELPHI CORPORATION, et al.,   :        Case No. 05-44481 (RDD)
                                          :
                    Debtors.   :        (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF PROPOSED SALE OF CERTAIN PATENTS AND ASSIGNED
PATENT RIGHTS PURSUANT TO ORDER UNDER 11 U.S.C. § 363
APPROVING PROCEDURES TO SELL CERTAIN DE MINIMIS ASSETS
FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES**

      PLEASE TAKE NOTICE THAT in accordance with the Order Under 11 U.S.C. § 363 Approving Procedures To Sell Certain De Minimis Assets Free And Clear of Liens, Claims, And Encumbrances And To Pay Market Rate Broker Commissions In Connection With Such Sales Without Further Court Approval (Docket No. 766) (the "De Minimis Asset Sale Order"), Delphi Technologies, Inc. ("DTI") hereby gives notice of its intention to sell certain provisional patent applications, patent applications, patents, and additional rights relating to such patents (the "Patent Assets") to Casantra Assets III LLC (the "Buyer") pursuant to the Patent Purchase Agreement by and between DTI and the Buyer, dated January 29, 2009 (the "Agreement").[1] Buyer is not an "insider" as such term is defined by 11 U.S.C.§ 101(31).

      PLEASE TAKE FURTHER NOTICE THAT the patents to be transferred to the Buyer are listed on Exhibit A to the Agreement.

      PLEASE TAKE FURTHER NOTICE THAT pursuant to the Agreement, DTI will sell the Patent Assets to the Buyer for a purchase price of $325,000.00 (the "Purchase

---

[1] A copy of the Agreement is attached hereto as Exhibit 1.

Price").  To the extent that any assets are added or removed from this transaction for any reason, the Purchase Price may be increased or reduced by mutual agreement of DTI and the Buyer.

PLEASE TAKE FURTHER NOTICE THAT no broker was used in the sale of the Patent Assets.

PLEASE TAKE FURTHER NOTICE THAT DTI believes that the Purchase Price accurately reflects the current market value of the Patent Assets.  DTI has determined, in its business judgment, that the Agreement provides for fair and appropriate terms and is a favorable price for the Patent Assets.

PLEASE TAKE FURTHER NOTICE THAT pursuant to the De Minimis Asset Sale Order, DTI will consummate the sale of the Patent Assets to the Buyer, free and clear of liens, claims, and encumbrances, and take such actions as are necessary to close the transaction, including but not limited to collection of proceeds from the Buyer in connection with the sale of the Patent Assets, provided that counsel to DTI does not receive from a party that receives this Notice a written objection or written request for additional time to evaluate the proposed sale within five business days following initial receipt of this Notice.

Dated: New York, New York
February 25, 2009

    SKADDEN, ARPS, SLATE, MEAGHER
        & FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr. (JB 4711)
    John K. Lyons (JL 9331)
    Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700

- and -

By: /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti (KM 9632)
    Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession