IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                           :
        In re                              :     Chapter 11
                                           :
DELPHI CORPORATION, et al.,                :     Case No. 05-44481 (RDD)
                                           :
                        Debtors.           :     (Jointly Administered)
                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## AFFIDAVIT OF SERVICE

I, Carl Tullson, do hereby certify that on February 12, 2009, I caused the foregoing document to be served on the parties set forth on the Service List, attached hereto as Exhibit A, via overnight mail.

1) Notice of Proposed Stipulation And Agreed Order Concerning Waiver Of Appeal Rights With Respect To Order Authorizing Debtors To Enter Into And Implement The Accommodation Agreement (with enclosures)

Dated: March 4, 2009

             /s/ Carl Tullson
             Carl Tullson

Subscribed and sworn to (or affirmed) before
me on this 4th day of March, 2009.

Signature : /s/ Jeffrey C. Demma

Commission Expires: *12/1/2010*

Exhibit A

| | |
|---|---|
| Brian Masumoto<br>United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | Robert J. Rosenberg<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022 |
| Donald Bernstein<br>Brian Resnick<br>Davis, Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 | Glenn Kurtz<br>Gerard Uzzi<br>Tom Lauria<br>Douglas Baumstein<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, NY 10036-2787 |
| Edward M. Fox<br>Kirkpatrick & Lockhart Nicholson<br>Graham LLP<br>599 Lexington Avenue<br>New York, NY<br>10022 | |