WHEREFORE the Debtors respectfully request that the Court enter an order (i) authorizing the Debtors to enter into Amendment No. 4 and Amendment No. 5 to the GM Arrangement and (ii) granting the Debtors such other and further relief as is just.

Dated:    New York, New York
          March 4, 2009

SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP

By:    /s/ John Wm. Butler, Jr.
       John Wm. Butler, Jr.
       John K. Lyons
       Ron E. Meisler
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700

- and -

By:    /s/ Kayalyn A. Marafioti
       Kayalyn A. Marafioti
       Thomas J. Matz
Four Times Square
New York, New York 10036
(212) 735-3000

- and -

SHEARMAN & STERLING LLP

By:    /s/ Michael S. Baker
       Douglas P. Bartner
       Andrew V. Tenzer
       Michael S. Baker
599 Lexington Avenue
New York, New York 10022
(212) 848-4000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession