Robert J. Sidman, Esq. (Ohio-0017390)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone:  (614) 464-6422
Facsimile:  (614) 719-8676
E-Mail:        rjsidman@vssp.com

Counsel for     Honda of America Mfg, Inc.

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____
IN RE:                                                §
                                                              §       Case No: 05-44481-rdd
DELPHI CORPORATION, et al.        §       Jointly Administered
                                                              §
           Debtors.                                  §
_____§

**WITHDRAWAL OF NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF PAPERS AND REQUEST TO BE REMOVED FROM MAILING LIST**

**PLEASE WITHDRAW** the appearance of Honda of America Mfg., Inc. ("Honda"), a party in interest, through counsel, Robert J. Sidman of Vorys, Sater, Seymour and Pease LLP [Dkt. No. 118] and remove Mr. Sidman and Honda from the service and mailing list.

Dated: March 5, 2009                                Respectfully submitted,

                                                                  VORYS, SATER, SEYMOUR AND PEASE LLP


                                                                    /s/Robert J. Sidman_____
                                                                  Robert J. Sidman, Esq. (OH-0017390)
                                                                  Vorys, Sater, Seymour and Pease LLP
                                                                  52 East Gay Street
                                                                  P.O. Box 1008
                                                                  Columbus, Ohio 43216-1008
                                                                  Telephone: 614-464-6422
                                                                  Facsimile:  614-719-8676
                                                                  E-mail: rjsidman@vorys.com

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the preceding Withdrawal of Notice of Appearance and Request to be Removed from the Mailing List was electronically filed through the Court's ECF system and can be accessed through the Court's system.

    /s/Robert J. Sidman_____
Robert J. Sidman

03/05/2009 - Columbus 10586317