# DELPHI

# Health Care Modifications

The information presented is a summary only. Eligibility for benefits is determined by actual plan provisions. Financial data is based on current interest, discount and inflation assumptions. Delphi reserves the right to amend, modify, suspend, increase, decrease or terminate any of its salaried benefit plans and programs at any time

DPH-OTM-0001107

# DELPHI

# Salaried Health Care - U.S.

## Purpose

♦ Information regarding Salaried Retiree Health Care changes

## Process

♦ Presentation and discussion

## Product

♦ Awareness and understanding of program changes

The information presented is a summary only. Eligibility for benefits is determined by actual plan provisions. Financial data is based on current interest, discount and inflation assumptions. Delphi reserves the right to amend, modify, suspend, increase, decrease or terminate any of its salaried benefit plans and programs at any time

DPH-OTM-0001108

# DELPHI         Salaried Health Care – U.S.

◆ **Currently have approximately 15,000 salaried employees**

 – Pre-1/1/93 with Delphi subsidized health care in retirement: 9,100

 – Post-12/31/92 with no Delphi subsidy : 5,900

 – Post-12/31/92 employees may purchase health care in retirement from Delphi

◆ **Approximately 4,000 retirees**

◆ **One Health Care Program covers all employees and retirees**

 – Same benefits, eligibility and contributions structure

 – No separate plans for retirees, executives or other special groups

The information presented is a summary only. Eligibility for benefits is determined by actual plan provisions. Financial data is based on current interest, discount and inflation assumptions. Delphi reserves the right to amend, modify, suspend, increase, decrease or terminate any of its salaried benefit plans and programs at any time

DPH-OTM-0001109

# DELPHI

# OPEB

- ◆ Other Post-Employment Benefits (OPEB) liability represents present value of the cost of providing health care and life insurance benefits in retirement

- ◆ Annual OPEB expense is based on amortization of the liability over the working life of an employee

- ◆ Reduction in OPEB liability strengthens Delphi's financial position

- ◆ Reduction in OPEB expense improves Delphi's profitability

The information presented is a summary only. Eligibility for benefits is determined by actual plan provisions. Financial data is based on current interest, discount and inflation assumptions. Delphi reserves the right to amend, modify, suspend, increase, decrease or terminate any of its salaried benefit plans and programs at any time

DPH-OTM-0001110

# DELPHI                Retiree Health Care

◆ **Post-employment health care is not a competitive practice**

◆ **Number of employers providing it decreased from 66% to 36% between 1988 and 2004**

◆ **Many employers have already capped or eliminated all post-employment health care for all retirees**

◆ **Post-employment health care coverage is not prevalent in the industries in which we compete**

The information presented is a summary only. Eligibility for benefits is determined by actual plan provisions. Financial data is based on current interest, discount and inflation assumptions. Delphi reserves the right to amend, modify, suspend, increase, decrease or terminate any of its salaried benefit plans and programs at any time

DPH-OTM-0001111

# DELPHI

# Program Provisions

◆ **Discontinue Delphi Health Care when salaried employees:**

— Retire; and

— Become eligible for Medicare in the normal course (i.e., age 65 or older, not as result of disability or end stage renal disease)

◆ **Continue paying for Medicare Special Benefit** (for Pre-1993 Hires)

— Assists with Medicare Part B Premiums

◆ **Applies to Actives and Retirees**

The information presented is a summary only. Eligibility for benefits is determined by actual plan provisions. Financial data is based on current interest, discount and inflation assumptions. Delphi reserves the right to amend, modify, suspend, increase, decrease or terminate any of its salaried benefit plans and programs at any time

DPH-OTM-0001112

# DELPHI

# Program Provisions

◆ **Transition Account based on retirement date**

  – Only applies to pre-1993 Hires

  – Retired on or before 3/1/05:        $20,000

  – Retired after 3/1/05:               $10,000

◆ **Coverage change effective January 1, 2007**

◆ **Reduces OPEB Liability by well over $0.5 billion**

◆ **Annual OPEB expense reduced over $100 million**

The information presented is a summary only. Eligibility for benefits is determined by actual plan provisions. Financial data is based on current interest, discount and inflation assumptions. Delphi reserves the right to amend, modify, suspend, increase, decrease or terminate any of its salaried benefit plans and programs at any time

**DELPHI**

# Retiree Provisions
## (Hired Before 1993)

| Current | New |
|---|---|
| Delphi coverage until Medicare eligible | No Change |
| When Medicare eligible, Medicare (Parts A & B) becomes Primary Medical Coverage | No Change |
| Delphi is Secondary Medical Coverage | Medigap is Secondary Medical Coverage |
| Delphi provides prescription drug coverage | Medicare (Part D) provides prescription drug coverage |

The information presented is a summary only. Eligibility for benefits is determined by actual plan provisions. Financial data is based on current interest, discount and inflation assumptions. Delphi reserves the right to amend, modify, suspend, increase, decrease or terminate any of its salaried benefit plans and programs at any time

DPH-OTM-0001114

**DELPHI**

# Retiree Provisions
## (Hired Before 1993)

| Current | New |
|---------|-----|
| Retiree pays Part B Premium to Medicare | No Change |
| Delphi pays Medicare Special Benefit to retiree to help with Part B Premium | No Change |
| Retiree pays Monthly Contribution to Delphi for Delphi Coverage | Retiree pays Part D Premium to Medicare and Medigap Premium to Carrier |
| | Delphi provides Transition Account |

The information presented is a summary only. Eligibility for benefits is determined by actual plan provisions. Financial data is based on current interest, discount and inflation assumptions. Delphi reserves the right to amend, modify, suspend, increase, decrease or terminate any of its salaried benefit plans and programs at any time

DPH-OTM-0001115

# DELPHI

# Summary

- ◆ **Delphi is maintaining post-employment health care prior to Medicare eligibility**

- ◆ **Delphi is providing financial assistance in the form of transition account (pre-1993 hires only)**

- ◆ **Change is effective 1/1/07**
  - – Time for planning
  - – Medicare Part D
  - – Medigap "Guaranteed Issue"

The information presented is a summary only. Eligibility for benefits is determined by actual plan provisions. Financial data is based on current interest, discount and inflation assumptions. Delphi reserves the right to amend, modify, suspend, increase, decrease or terminate any of its salaried benefit plans and programs at any time

DPH-OTM-0001116

# DELPHI

## Summary

- ◆ Post-employment Health Care coverage not a prevalent practice in the industries in which we compete

- ◆ Change will make Delphi more competitive

- ◆ Change is a competitive necessity to maintain a strong and viable Delphi

- ◆ Strong and viable Delphi is the only way to protect other benefits

The information presented is a summary only. Eligibility for benefits is determined by actual plan provisions. Financial data is based on current interest, discount and inflation assumptions. Delphi reserves the right to amend, modify, suspend, increase, decrease or terminate any of its salaried benefit plans and programs at any time

DPH-OTM-0001117

# DELPHI

# Q & A Slides

The information presented is a summary only. Eligibility for benefits is determined by actual plan provisions. Financial data is based on current interest, discount and inflation assumptions. Delphi reserves the right to amend, modify, suspend, increase, decrease or terminate any of its salaried benefit plans and programs at any time

DPH-OTM-0001118

# DELPHI

# Medicare Part A

◆ **Covers Inpatient Hospital and Skilled Nursing Facility Care**

◆ **Premium: None**

◆ **Cost Sharing (2005):**

- **Hospital Care**
  - » **Day 1-60:**          $912 deductible
  - » **Day 61-90:**         $219 co-pay per day
  - » **Day 91-150:**        $438 co-pay per day
  - » **Over 150 day:**      All cost

- **Skilled Nursing Facility**
  - » **Day 1-20:**          $0 per day
  - » **Day 21-100:**        Up to $110 co-pay per day
  - » **Over 100 Days:**     All cost

The information presented is a summary only. Eligibility for benefits is determined by actual plan provisions. Financial data is based on current interest, discount and inflation assumptions. Delphi reserves the right to amend, modify, suspend, increase, decrease or terminate any of its salaried benefit plans and programs at any time

DPH-OTM-0001119

# Medicare Part B

**DELPHI**

## ◆ Part B (Outpatient and Medical Services)

### – Covered Services

- » Outpatient Surgeries
- » Office Visits
- » Ambulance
- » Lab/X-rays

### – Premium (2005):    $940 annually per person

### – Cost Sharing (2005):

- » Deductible:    $110 annually per person
- » Coinsurance:    20% of allowed charges

The information presented is a summary only. Eligibility for benefits is determined by actual plan provisions. Financial data is based on current interest, discount and inflation assumptions. Delphi reserves the right to amend, modify, suspend, increase, decrease or terminate any of its salaried benefit plans and programs at any time

DPH-OTM-0001120

# DELPHI

# Medicare Part D

## ◆Part D (Prescription Drugs; effective 1/1/06)

- **– Premium:** $420 annually per person

- **– Deductible:** $250 annually per person

- **– Coinsurance:** 25% of the next $2,000 of expense

  100% of expenses between $2,250 and $5,100

  5% of expenses above $5,100

The information presented is a summary only. Eligibility for benefits is determined by actual plan provisions. Financial data is based on current interest, discount and inflation assumptions. Delphi reserves the right to amend, modify, suspend, increase, decrease or terminate any of its salaried benefit plans and programs at any time

# DELPHI          Major "Gaps" in Medicare

◆ Multiple Hospitalizations

◆ Hospitalizations lasting more than 60 days

◆ Skilled Nursing stays lasting more than 20 days

◆ Prescription Drugs ($2,250 to $5,100 is 100% retiree paid)

◆ Custodial Care

◆ Hearing Aids

◆ Substance Abuse Treatment

◆ Routine Dental Care

◆ Routine Vision Care

The information presented is a summary only. Eligibility for benefits is determined by actual plan provisions. Financial data is based on current interest, discount and inflation assumptions. Delphi reserves the right to amend, modify, suspend, increase, decrease or terminate any of its salaried benefit plans and programs at any time

DPH-OTM-0001122

# DELPHI

## Filling the "Gaps" - Medigap

◆ **Delphi intends to establish a favorable relationship with a major carrier to offer Medigap continuation**

– Medigap policies are more cost-effective than Delphi coverage

– Medigap policies will be offered on a "guaranteed issue" basis during initial transition

– On an ongoing basis, Medigap policies are available on a "guaranteed issue" basis during the six months after becoming eligible for Medicare Part B

– Administration will be handled by carrier

  » Not a part of the Delphi Health Care Program

The information presented is a summary only. Eligibility for benefits is determined by actual plan provisions. Financial data is based on current interest, discount and inflation assumptions. Delphi reserves the right to amend, modify, suspend, increase, decrease or terminate any of its salaried benefit plans and programs at any time

DPH-OTM-0001123

**DELPHI**

# Filling the "Gaps" - Dental/Vision

◆ Delphi coverages that may be continued (at retiree expense) after becoming eligible for Medicare:

  – Extended Care Coverage (ECC)

  – Dental

  – Vision

◆ Extended Care Coverage (ECC), Dental and Vision may each be continued independently of the others or in any combination

◆ The election to continue any or all coverages must be made within 60 days of becoming Medicare eligible

◆ If coverages are ever discontinued (e.g., for non-payment, etc.), the enrollee will not be allowed to re-enroll

The information presented is a summary only. Eligibility for benefits is determined by actual plan provisions. Financial data is based on current interest, discount and inflation assumptions. Delphi reserves the right to amend, modify, suspend, increase, decrease or terminate any of its salaried benefit plans and programs at any time

DPH-OTM-0001124

# DELPHI

## Transition Account

◆ **Amount per retiree based on retirement date**
- **$20,000: Retired on or before March 1, 2005**
- **$10,000: Retired after March 1, 2005**

◆ **Applies to pre-1993 hires only**

◆ **At the point of Medicare eligibility, Delphi will create a "notional" account that can be utilized to defray the cost of other coverage**

◆ **This Health Reimbursement Account allows unused amounts to be rolled over to subsequent years**

The information presented is a summary only. Eligibility for benefits is determined by actual plan provisions. Financial data is based on current interest, discount and inflation assumptions. Delphi reserves the right to amend, modify, suspend, increase, decrease or terminate any of its salaried benefit plans and programs at any time

DPH-OTM-0001125

# DELPHI

## Transition Account

◆ **This account can be used by retirees to reimburse themselves for premiums paid for other coverage (e.g., Medigap, Medicare Part B, Medicare Part D)**

◆ **The account does not accumulate interest, is not funded, is not a taxable event and the retiree may not elect to cash it out**

◆ **Delphi contributes cash only when retirees seek reimbursement for eligible expenses**

The information presented is a summary only. Eligibility for benefits is determined by actual plan provisions. Financial data is based on current interest, discount and inflation assumptions. Delphi reserves the right to amend, modify, suspend, increase, decrease or terminate any of its salaried benefit plans and programs at any time

# Medigap Coverage

**DELPHI**

- ◆ **Medigap: a health insurance policy sold by private insurance companies to fill the "gaps" in the original Medicare plan**

- ◆ **Must follow federal and state law**

- ◆ **Guaranteed renewable if premiums continue to be paid**

- ◆ **Open enrollment period available when first enrolled in Part B**

  - – Waives medical underwriting

  - – Applies employer coverage to pre-existing condition exclusion period

The information presented is a summary only. Eligibility for benefits is determined by actual plan provisions. Financial data is based on current interest, discount and inflation assumptions. Delphi reserves the right to amend, modify, suspend, increase, decrease or terminate any of its salaried benefit plans and programs at any time

DPH-OTM-0001127

# DELPHI

# Medigap Plan Benefits

◆ **Ten standardized plans ("A" through "J") offering increasing benefits**
  – "A" covers Basic Benefits only
  – "B" through "J" cover additional benefits

◆ **Basic Benefits (Included in All Plans)**
  – Inpatient Hospital Care: Covers the Part A coinsurance and the cost of 365 extra days of hospital care during lifetime after Medicare coverage ends.
  – Medical Costs: Covers the Part B coinsurance (generally 20% of the Medicare-approved payment amount).
  – Blood: Covers the first 3 pints of blood each year.

◆ **Additional Benefits (depending on Plan)**
  – Skilled Nursing Coinsurance
  – Part A and/or Part B deductibles
  – Foreign Travel Emergency

The information presented is a summary only. Eligibility for benefits is determined by actual plan provisions. Financial data is based on current interest, discount and inflation assumptions. Delphi reserves the right to amend, modify, suspend, increase, decrease or terminate any of its salaried benefit plans and programs at any time

DPH-OTM-0001128

# DELPHI — Standard Medigap Plans (2005)

## PART 1 - MEDIGAP BASICS

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| Basic Benefit | Basic Benefit | Basic Benefit | Basic Benefit | Basic Benefit | Basic Benefit | Basic Benefit | Basic Benefit | Basic Benefit | Basic Benefit | Basic Benefit |
| Skilled Nursing Coinsurance | | | Skilled Nursing Coinsurance | Skilled Nursing Coinsurance | Skilled Nursing Coinsurance | Skilled Nursing Coinsurance | Skilled Nursing Coinsurance | Skilled Nursing Coinsurance | Skilled Nursing Coinsurance | Skilled Nursing Coinsurance |
| Part A Deductible | | Part A Deductible | Part A Deductible | Part A Deductible | Part A Deductible | Part A Deductible | Part A Deductible | Part A Deductible | Part A Deductible | Part A Deductible |
| Part B Deductible | | | Part B Deductible | | | Part B Deductible | | | | Part B Deductible |
| Part B Excess | | | | | | Part B Excess (100%) | Part B Excess (80%) | | Part B Excess (100%) | Part B Excess (100%) |
| Foreign Travel Emergency | | | Foreign Travel Emergency | Foreign Travel Emergency | Foreign Travel Emergency | Foreign Travel Emergency | Foreign Travel Emergency | Foreign Travel Emergency | Foreign Travel Emergency | Foreign Travel Emergency |
| At-Home Recovery | | | | At-Home Recovery | | | At-Home Recovery | | At-Home Recovery | At-Home Recovery |
| Drug Benefit | | | | | | | | Basic Drug Benefit ($1,250 Limit) | Basic Drug Benefit ($1,250 Limit) | Extended Drug Benefit ($3,000 Limit) |
| Preventive Care | | | | | Preventive Care | | | | | Preventive Care |

1: 50% coverage after $250 deductible, $1,250 calendar year maximum benefit

2: 50% coverage after $250 deductible, $3,000 calendar year maximum benefit

The information presented is a summary only. Eligibility for benefits is determined by actual plan provisions. Financial data is based on current interest, discount and inflation assumptions. Delphi reserves the right to amend, modify, suspend, increase, decrease or terminate any of its salaried benefit plans and programs at any time

# DELPHI
## Dependent Provisions

- ◆ **Non-Medicare eligible dependents of a Medicare eligible retiree will be allowed to continue coverage under the Delphi program for as long as they:**
  - − Meet normal dependent provisions; and
  - − Are not Medicare eligible in the normal course.

- ◆ **Medicare eligible dependents of a non-Medicare eligible retiree will be covered under the Delphi program until the retiree becomes Medicare eligible.**

- ◆ **Subject to normal contribution provisions**

- ◆ **If coverage is ever discontinued for a dependent after the retiree becomes Medicare eligible, it may not be reinstated.**

The information presented is a summary only. Eligibility for benefits is determined by actual plan provisions. Financial data is based on current interest, discount and inflation assumptions. Delphi reserves the right to amend, modify, suspend, increase, decrease or terminate any of its salaried benefit plans and programs at any time

DPH-OTM-0001130

# DELPHI

## Future Communications

◆ **Updated Information will be posted on National Benefit Center website: delphinbc.com**

– Frequently Asked Questions

– Presentation

◆ **Package mailed to retiree when first affected by change**

– 6 months before becoming Medicare eligible

– Medigap Information

– Transition Account Information

The information presented is a summary only. Eligibility for benefits is determined by actual plan provisions. Financial data is based on current interest, discount and inflation assumptions. Delphi reserves the right to amend, modify, suspend, increase, decrease or terminate any of its salaried benefit plans and programs at any time

DPH-OTM-0001131