UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
                                      :      Chapter 11
   In re                               :
                                      :      Case No. 05-44481 (RRD)
   DELPHI CORPORATION, et al.,  :
                                      :      (Jointly Administered)
                                      :
-------------------------------------------------------x

**AFFECTED RETIREES' EXHIBIT 3**

**AR0037**

RETIREE SERVICING CENTER
P.O. Box 5113
Southfield, Michigan 48086-5113
1-800-828-9236
1-800-872-8682
TELECOMMUNICATION DEVICE FOR THE DEAF

June 04, 2001



Dear

As a retiree of Delphi Automotive Systems with 10 or more years of participation in the Life and Disability Benefits Program, you are eligible for Continuing Life Insurance.

Our insurance records, as of the date of this letter, show the Continuing Life Insurance has now fully reduced to the ultimate amount of $▓▓▓▓▓. This ultimate amount will remain in effect for the rest of your life and is provided by Delphi at no cost to you.

IMPORTANT:  YOU SHOULD KEEP THIS NOTICE WITH YOUR OTHER VALUABLE PAPERS.

If you have any questions regarding this letter, you may call toll-free, 1-800-828-9236 (Telecommunication Device for the Deaf 1-800-872-8682), during normal business hours, or write to the address above.

Always include this Social Security number, ▓▓▓▓▓▓▓▓ in all your correspondence.

Retiree Servicing Center

UA01

**AR0038**