UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------x
                                    :    Chapter 11
        In re                       :
                                    :    Case No. 05-44481 (RRD)
        DELPHI CORPORATION, et al., :
                                    :    (Jointly Administered)
                                    :
-------------------------------------------------x
```

## AFFECTED RETIREES' EXHIBIT 6

**AR0103**



# YOUR 76 PERSONAL STATEMENT

**GM**  of the Benefits Available to You as a General Motors Salaried Employe  **GM**

Date this statement
was prepared:

JUNE 11, 1976

Employing Location:

## SAVINGS-STOCK PURCHASE PROGRAM

$1,500   Your March 31, 1976 account balance showed
$3,056   as the amount of your savings, and
*as the market value of your account, including your
savings.

*Subject to earn-out provisions of the Program and valuing
any Series E Bonds at their purchase price only.

## HOSPITAL AND MEDICAL BENEFITS

You and eligible family members are protected against
the cost of medical care under the coverages high-
lighted below.

**Basic Coverages**

GM pays the entire cost for:

365   Semi-private room, board and other charges for up to
days for each covered confinement in a qualified
hospital, or

730   days in an approved nursing facility;
100%   of the "reasonable and customary" charges of a
doctor for covered services such as surgery, obstet-
rics, anesthesia, hospital visits and consultations; and

100%   of the charge in excess of your $2 co-payment for each
separate covered prescription purchased from a par-
ticipating pharmacy,
*plus* all covered charges for outpatient hospital and
emergency care, lab, xray and certain other services
performed in or out of the hospital.

**Major Medical Coverage**

If you should incur medical expenses not paid by your

## DISABILITY

If you become
salary contin...
$1,367   per month for
$1,025   PER MONTH...

If you remain
may be eligib...
any Primary c...
$920   per month for
which time yo...
be eligible fo...
$364   per month plu...
0   per month pa...

*Retirement Prog...
with ten or more...

In addition, y...
Security bene...
ent spouse a...
$284   receive up to
per month fro...

## RETIREMEN...

If you continu...
reach the non...
APR 2013   , you may be...
monthly retire...
assumptions...

From the Re...
$622   in non-contrib...
SEE BELOW*   in contributor...
Plus Social...

## Major Medical Coverage

If you should incur medical expenses for paid by you basic coverage, you may qualify for additional reimbursement of certain additional doctors' charges. You also may be reimbursed for

ment of any remaining medical expenses which exceed an annual deductible amount, which is:

80%    for you or an eligible family member, or
$100   for all eligible family members.
$200

However, in no case would your total out-of-pocket cost (for other than out-patient psychiatric care) be more than

$600   per year for each individual unless the maximum reimbursable amount were exceeded.

$25,000  is the maximum reimbursable amount per year for each individual. There is no lifetime maximum.

## Dental Care Coverage

While you are actively at work comprehensive dental expense coverage is provided for you and your eligible dependents. The plan pays

100%  of the dental fees for examination and cleaning,
85%   for routine fillings, xrays and extractions, and
50%   for bridgework, dentures and teeth straightening. The maximum dental benefits are

$750   per person per year, except there is a lifetime maximum of

$500   per child for teeth straightening.

From the Reti.
If in non-contribut in contributory

SEE BELOW*    $622    Plus Social

$543    for yourself, and
$271    for your depend
       a reduced basis)

Total
$1,436  *IF YOU CC
       1978 TO AC
       YOUR MONTH_

## SURVIVOR B

In the event of ye following payme

Lump-Sum Pa

$32,800  Basic life insura
$62,000  Optional Life ins
$3,056   Savings-Stock Fo
SEE REVERSE  Retirement Prog
$255     Social Security (c
$116,111 Total
         Plus, if death i_
         additional payme
$16,400  Extra accident if
$16,400  Extra accident if
         while on comp
NOT ENROLLED  Personal Acciden_

AR0105




F. G. Murphy
Chairman

**TO:**

You earn more than you think . . . more than appears on your pay check . . . more than you pay taxes on!

How? Through your GM benefit programs.

This 1976 version of your Personal Statement of Benefits shows the present benefits available to you as a salaried employe of General Motors. It also shows, in the lower right hand corner of the statement, the amount General Motors contributes for your benefit programs.

Keep the cost of these benefits in mind when you consider your total compensation. It is a substantial amount and provides you with a level and scope of benefits which are among the very best in American industry.

All benefits shown on this statement are based on your personal data as of March 31, 1976. Review the statement carefully. Discuss it with your family, then retain it for your future reference and financial planning. We hope you will find your statement useful and beneficial.

## DISABILITY INCOME

If you become disabled you may be eligible to receive salary continuation and/or disability benefits of per month for **13 WEEKS AND** PER MONTH FOR THE NEXT 40 WEEKS.

If you remain disabled after receiving the above, you may be eligible for extended disability benefits plus any Primary contributory retirement* benefits totaling per month for up to **6** years **9** months, at which time you will be age **35**. Thereafter, you may be eligible for continuing Social Security benefits of per month plus retirement* benefits of per month payable for life.

* Retirement Program benefits are projected only for employes with ten or more years of credited service as of March 31, 1976.

## RETIREMENT INCOME

If you continue to work for GM until you reach the normal retirement age of 65 in

## SURVIVOR BENEFITS (Continued)

**Monthly Payments**

$200
An Insurance Program benefit of will be paid to any eligible survivor for 24 months ($125 if the survivor was eligible for certain Social Security benefits). Thereafter, if you had a spouse who was at least age 45 when you died, an Insurance Program benefit of,

$200
will be paid to your spouse until age 62 or remarriage or entitlement to unreduced Social Security because of your death.

SEE REVERSE
A Retirement Program non-contributory benefit of will be paid for the lifetime of your spouse when Insurance Program survivor benefits are not payable or are waived. Retirement Program contributory benefits of

SEE REVERSE
would begin immediately for the lifetime of your spouse, provided you elected this contributory surviving spouse option.

$648
In addition, your family members may receive Social Security benefits. For example, if you die and leave a dependent spouse and two or more children, they could receive up to per month from Social Security.

**Hospital and Medical Coverage**

Under certain conditions which are described on the reverse side, GM will pay for basic hospital and medical coverages for your spouse and any eligible dependent children.

In addition, your family members may receive Social Security benefits. For example, if you have a dependent spouse and one or more children, they could receive up to per month from Social Security.

AR0106

# RETIREMENT INCOME

If you continue to work for GM until you reach the normal retirement age of 65 in , you may be eligible for the following monthly retirement income (based on assumptions on the reverse side):

* from the Retirement Program on non-contributory benefits, and on contributory benefits

Plus—Social Security

Total
(reduced basis)

for yourself, and
for your dependent spouse at age 65 (or age 62 on

**IF YOU CONTRIBUTE FROM MAY 1978 TO AGE 65, ADD $455 TO YOUR MONTHLY RETIREMENT INCOME.**

$1,168
$934

# SURVIVOR BENEFITS

In the event of your death while employed by GM, the following payments will be made to beneficiaries:

## Lump-Sum Payments

Basic life insurance

Optional Life Insurance (see reverse)

Savings-Stock Purchase Program account

Retirement Program contributions

Social Security death payment

Total

$7,504

$1,016

Plus, if death is accidental, one or more of these additional payments:

Extra accident insurance

Extra accident insurance for death from an accident while on company business

Personal Accident Insurance (see reverse)

# Hospital and Medical Coverage

Under certain conditions which are described on the reverse side, GM will pay for basic hospital and medical coverages for your spouse and any eligible dependent children.

# OPTIONAL DEPENDENT INSURANCE

Dependent Life Insurance (see reverse)      ENROLLED

Personal Accident Insurance (see reverse)   NOT ENROLLED

# LAYOFF INCOME

If you are placed on layoff you may receive benefits from GM which, when added to any Unemployment Compensation and earnings, will equal

per month for 6 months and

per month for the next 6 months.

Your GM basic insurance coverages (except for disability income and dental care) will be continued during this entire period.

# OTHER BENEFITS AND INFORMATION

The amount of your vacation eligibility is

weeks in 1976.

3.0

15 is the number of paid holidays in the 1976 model year.

is GM's estimated annual cost for your benefits, including vacations and holidays.

is your annual rate of contributions for your GM benefits, excluding your savings under the Savings-Stock Purchase Program.

Social Security taxes of $895 are included in GM's cost as well as your cost.

AR0107



## HOW YOUR STATEMENT WAS PREPARED

This statement was prepared t
length of service was one year
status and the extent of your p
1976 are not reflected in this st

Social Security information pri
payments in effect under curren
earnings" during your entire w

Reasonable precautions have l
not be considered a promise to
program determine the actual
various GM benefit programs,

## IMPORTANT FACTS ﾑ

### SAVINGS-STOCK PURCHASE PROGRAM

The "market value of your account" was based on a GM stock price of $70⅛ per share and on a Diversified U.S. Government Securities unit value of $145.31 as of the closing market on March 31, 1976. Any changes in these amounts will affect the actual value of your account.

### HOSPITAL AND MEDICAL BENEFITS

**Major Medical Coverage**

The $600 maximum out-of-pocket cost is comprised of the $100 deductible amount plus 20% of the next $2,500 of each individual's covered expenses.

### DISABILITY INCOME

The amounts shown as GM payments include any Unemployment Compensation, Worker's Compensation or state disability benefits payable. They also include any Retirement Program and Social Security disability insurance benefits which may be payable after 12 months of disability. Social Security payable prior to that time would be in addition to your GM benefits.

In projecting Retirement Program benefits for disability, if you were under age 55 on March 31, 1976 your salary as of that date was substituted for the final 5-year average salary for purposes of estimating supplementary contributory benefits. Actual benefits could be somewhat lower.

Depending on your eligibility and enrollment status, the following additional benefits may be payable if you are totally and permanently disabled:

- For employes with less than 10 years of credited service when first disabled, payout of basic life insurance in monthly instalments following expiration of extended disability benefits.

was developed by assumi
later of April 1, 1976 or
continue contributing unt

If you elect a survivor o
will be reduced so that a
to your designated surviv

If you retire from GM un
at employe option betwee
bined years of age and cr

- Your basic hospital
  tinued for your lifeti

- Your basic life insur
  ance may be contin
  amount will be reduc
  continued until age
  reduced.

- Your Savings-Stock
  will be fully payable
  part of those assets

### SURVIVOR BENEFIT

**Lump-Sum Payments**

The maximum amount of
Life Insurance is equal t

A return of Retirement F
if you had contributions
and you were not marrie
the contributory survivi
added to the amount sho

The maximum amount of
Accident Insurance is $2

In lieu of a lump-sum

AR0108

This statement was prepared through a computerized system for GM salaried employes. It is being sent to salaried employes whose length of service was one year or more as of March 31, 1976. Specific coverages are based on your age, salary level, service, marital status and the extent of your participation in certain optional benefit programs. Changes which may have occurred since March 31, 1976 are not reflected in this statement.

Social Security information printed on this statement is based on the assumption that you qualify for the maximum Social Security payments in effect under current regulations. Your actual Social Security benefits may be lower if you do not have "maximum covered earnings" during your entire working career.

Reasonable precautions have been taken to avoid inaccurate reporting, although reporting errors may occur. This statement cannot be considered a promise to pay benefits not authorized by the specific employe benefit programs. The detailed provisions of each program determine the actual benefits payable. See your salaried personnel representative for the detailed provisions of each of the various GM benefit programs, or the handbook for salaried employes entitled "Highlights of Your GM Benefits".

AR0109

price of Exhibit 69e and Part B of Qualified U.S. Government Securities unit value of $145.31 as of the closing market on March 31, 1976. Any changes in these amounts will affect the actual value of your account.

## HOSPITAL AND MEDICAL BENEFITS

### Major Medical Coverage

The $600 maximum out-of-pocket cost is comprised of the $100 deductible amount plus 20% of the next $2,500 of each individual's covered expenses.

## DISABILITY INCOME

The amounts shown as GM payments include any Unemployment Compensation, Worker's Compensation or state disability benefits payable. They also include any Retirement Program and Social Security disability insurance benefits which may be payable after 12 months of disability. Social Security payable prior to that time would be in addition to your GM benefits.

In projecting Retirement Program benefits for disability, if you were under age 55 on March 31, 1976 your salary as of that date was substituted for the final 5-year average salary for purposes of estimating supplementary contributory benefits. Actual benefits could be somewhat lower.

Depending on your eligibility and enrollment status, the following additional benefits may be payable if you are totally and permanently disabled:

- For employes with less than 10 years of credited service when first disabled, payout of basic life insurance in monthly instalments following expiration of extended disability benefits.

- Monthly instalments of Personal Accident Insurance.

- Entire account balance under GM Savings-Stock Purchase Program, including GM's contributions.

## RETIREMENT INCOME

For purposes of projecting estimated monthly benefits at age 65, it is assumed that you will remain employed by GM until age 65 at a constant salary equal to that being paid to you on March 31, 1976. Of course, your actual retirement benefits could be substantially higher, depending on your actual salary progression up to age 65 and any scheduled benefit increases after retirement.

If you were age 60 or over as of March 31, 1976, your salary history from age 60 was taken into account in estimating your assumed final 5-year average salary.

If you are contributing to the Retirement Program, it is assumed that you will continue contributing until age 65 and make no withdrawals. If you are not contributing to the Retirement Program, your contributory benefit projection

continue contributing unti

If you elect a survivor op will be reduced so that a to your designated surviv

If you retire from GM un at employe option betwee bined years of age and cr

- Your basic hospital a tinued for your lifetin

- Your basic life insura ance may be continu amount will be reduce continued until age reduced.

- Your Savings-Stock P will be fully payable i part of those assets to

## SURVIVOR BENEFITS

### Lump-Sum Payments

The maximum amount of i Life Insurance is equal to

A return of Retirement Pro if you had contributions in and you were not married the contributory surviving added to the amount show

The maximum amount of i Accident Insurance is $25C

In lieu of a lump-sum pa $5,000 of eligible assets ur chase Program, your surv annuity to provide additio

Since you may have differe GM benefit programs, yo ficiary designations periodi

### Monthly Payments

A Retirement Program n only if, as of March 31, 19 had 10 or more years of cr age 55 and had 30 or more ment Program contributory married, had contributions this contributory surviving these estimates, you and y same age.

To be eligible for monthly spouse must be married to date of your death.

AR0110

was developed by assuming you started to contribute the later of April 1, 1976 or your attainment of age 30 and continue contributing until age 65.

If you elect a survivor option at retirement, your benefits will be reduced so that a lifetime income may be provided to your designated survivor.

If you retire from GM under any type of retirement (except at employe option between ages 55 and 60 when your combined years of age and credited service total less than 85):

- Your basic hospital and medical benefits will be continued for your lifetime.
- Your basic life insurance and Personal Accident Insurance may be continued for your lifetime, though the amount will be reduced. Optional Life Insurance may be continued until age 70, though the amount will be reduced.
- Your Savings-Stock Purchase Program account balance will be fully payable in a lump sum, or you may convert part of those assets to a lifetime annuity.

## SURVIVOR BENEFITS

### Lump-Sum Payments

The maximum amount of insurance provided under Optional Life Insurance is equal to 5 times annual base salary.

A return of Retirement Program contributions is shown only if you had contributions in the Program on March 31, 1976, and you were not married, or if married, you have rejected the contributory surviving spouse option. Interest would be added to the amount shown.

The maximum amount of insurance provided under Personal Accident Insurance is $250,000.

In lieu of a lump-sum payment as beneficiary of at least 5,000 of eligible assets under the GM Savings-Stock Purchase Program, your surviving spouse may elect a lifetime annuity to provide additional monthly income.

Since you may have different beneficiaries under the various GM benefit programs, you may wish to check your beneficiary designations periodically.

### Monthly Payments

A Retirement Program non-contributory benefit is shown only if, as of March 31, 1976, you were age 55 or older and had 10 or more years of credited service, or you were under age 55 and had 30 or more years of credited service. A Retirement Program contributory benefit is shown only if you were married, had contributions in the Program, and have elected this contributory surviving spouse option. For purposes of these estimates, you and your spouse are assumed to be the same age.

To be eligible for monthly benefits from GM, your surviving spouse must be married to you for at least one year on the date of your death.

### Hospital and Medical Coverages

If you die while actively employed after 10 or more years of credited service and you elected the Retirement Program contributory surviving spouse option, GM will pay for basic hospital and medical coverages for your spouse and any eligible dependent children until your spouse remarries.

If you die while actively employed after you were eligible to retire voluntarily (except between ages 55 and 60 when your combined years of age and credited service total less than 85), GM also will pay for basic hospital and medical coverages for your spouse and any eligible dependent children.

## OPTIONAL DEPENDENT INSURANCE

### Dependent Life Insurance

A lump-sum payment of $5,000 in the event of the death of your spouse and $1,000 in the event of the death of any eligible dependent child is provided under this program.

### Personal Accident Insurance

A lump-sum payment in amounts up to $100,000 on your spouse and $30,000 on each eligible dependent child is provided under this program.

## LAYOFF INCOME

The amounts shown would include any GM pay, Unemployment Compensation, unemployment payments under any GM plan, and certain disability benefits to which you are entitled, plus 75% of any pay received from another employer or self-employment while on layoff.

If the schedule of payments under the layoff provisions of the Separation Allowance Plan, as in effect December 31, 1973, and considering your length of service as of that date, would have resulted in higher total benefits, you will be paid an adjustment when your layoff benefit entitlement is exhausted unless consideration for such an adjustment was applicable to a prior layoff.

If you are laid off when your GM length of service is 5 or more years, you may receive your entire account balance under the GM Savings-Stock Purchase Program, including GM's contributions, after 12 months of layoff.

## OTHER BENEFITS AND INFORMATION

If you are an employe of a GM unit whose operations are related to the marketing of GM products, the number of holidays shown on this statement may not be the actual number available to you in the 1976 model year. However, over the course of the 1974, 1975 and 1976 model years, your total number of holidays will have equaled those for other GM employes.

The costs shown on this statement are an approximation of actual costs based on your individual situation. GM costs for salary continuation payments, Cost of Living Allowance, overtime or shift premiums, Unemployment or Worker's Compensation, reimbursements under the Tuition Refund Plan, awards under the Suggestion Program, or GM product discounts are not included.