UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
                                                      :    Chapter 11
      In re                                           :
                                                      :    Case No. 05-44481 (RRD)
      DELPHI CORPORATION, et al.,                     :
                                                      :    (Jointly Administered)
                                                      :
------------------------------------------------------x

**AFFECTED RETIREES' EXHIBIT 7**

AR0112

# 1977 PERSONAL BENEFIT SUMMARY

## YOUR SHARE OF THE GM BENEFIT PROGRAM

**GM**

Based on your personal data as of December 31, 1976 ... Personnel Office.

$759*

**AR0113**

This is your annual summary of benefits available to you as a salaried employe of General Motors, showing benefits as they specifically apply to you and your family. It should be of interest to your family, and a useful tool for your own financial planning. Keep it in a handy place for reference throughout the year.

This Personal Benefit Summary is not designed to replace the individual booklets that contain the details of each plan, or to replace your Personnel Office as a source of answers to your specific questions. But it will give you a perspective on our comprehensive package of benefits, and the growing protection it affords you and your family. Compare this to last year's summary and see the extent of this growth.

Your benefits, in a very real sense, are a part of your compensation. When you add it all up, we have an outstanding benefit program, earned by the continuing efforts of all our people.

*R. A. Murphy*
Chairman

*This computerized statement has been prepared for you based on information as of December 31, 1976. Every effort has been made to give you figures that are accurate and up to date. Should you find what you believe to be an error, please bring it to the attention of your Personnel Office.*

*Eligibility for benefits and the actual amount of payment under all of GM's plans that make up your benefit program must be determined under the legal documents that apply to each plan.*

*GM does not have access to your complete earnings records for Social Security purposes. Therefore, Social Security benefits in this statement are estimates only. They are based on a full working career and certain assumptions about your salary history.*

... for your spouse's lifetime when ... $19,350 ... Extra Accident Insurance (while on ...

**AR0114**



# Health Care BENEFITS

## Basic Coverages
100% of semiprivate room, board, and other hospital charges for up to 365 days, or 730 days in an approved nursing facility.

100% of covered doctor's charges for surgery, obstetrics, anesthesia, hospital visits, and consultations.

100% of the charge in excess of $3 for each covered prescription, *plus* charges for outpatient hospital emergency care, lab, x-ray, and certain other services.

## Dental Care Coverage
After one year of service, while you are actively at work, the plan pays:

100% of fees for examinations and cleaning, 90% for fillings, x-rays, and extractions, and 50% for bridgework, dentures, and teeth straightening. The maximum dental benefits are $750 per person per year, with a lifetime maximum of $650 per eligible person for teeth straightening.

## Major Medical Coverage
For expenses not paid by your basic coverages:

100% of certain additional doctors' charges, and 80% of any remaining medical expenses which exceed the annual deductible amount of $50 for you or an eligible family member, or $100 for *all* eligible family members. Your total out-of-pocket cost (for other than outpatient psychiatric care) would not be more than $550 per year for each individual, unless the $25,000 maximum reimbursable amount *per year* for each individual is exceeded. There is no maximum on lifetime benefits.

## Added Coverages
A new vision care plan covering part of the cost of eye exams and glasses will become effective July 1, 1977. Hearing aid benefits will be provided effective October 1, 1977.

YOU AND ELIGIBLE FAMILY MEMBERS ARE ENROLLED FOR: BASIC, MAJOR MEDICAL, AND DENTAL COVERAGE.



# Retirement INCOME

Through December 31, 1976, your credited service is 8 YEARS AND 6 MONTHS and your contributions total $88.44

If you work for GM until you reach age 65 in 2013 your estimated monthly retirement income would be:

From the Retirement Program
- Noncontributory benefits ..... $523
- Contributory benefits ........ $759*

From Social Security
- Yourself ................. $578
- Dependent spouse at age 65 .. $289

Total ............... $2,149

Estimated retirement benefits are based on:
- The assumption that your current pay will stay the same until retirement
- Retirement payments for your lifetime only (if you elect a survivor option, benefits would be reduced)

Estimates of your retirement income at other ages are available upon request from your Personnel Office.
*ASSUMES CONTINUED CONTRIBUTION TO AGE 65 AND NO WITHDRAWALS.

## Plus

If you retire from GM (except at employe option between ages 55 and 60 when your age and credited service will total less than 85):

- You may take your Savings-Stock Purchase Program account in a lump sum, or convert part of your account to a lifetime annuity.

- Your health care coverage will be continued for your lifetime.

- A portion of your life insurance and Personal Accident Insurance may be continued for your lifetime. Reduced Optional Life Insurance may be continued until age 70.

AR0115



# Savings-Stock Purchase PROGRAM

**Total Value of your Account Dec. 31, 1976**

GM Common Stock @ $78.50 . . . . .   NOT
Diversified U.S.
    Securities @ $154.90 . . . . . . . . .   ELECTED
U.S. Savings Bonds (at cost) . . . . . .
Cash . . . . . . . . . . . . . . . . . . . . . . . . .
    Total  . . . . . . . . . . . . . . . . . .

The statement below shows your account status after class distributions and withdrawals, if any. Shares of GM stock purchased with GM's contributions and with dividends during 1974, 1975, and 1976 are subject to being "earned out" in accordance with the terms of the Program.

## ANNUAL STATEMENT OF ACCOUNT

| | | Classes Earned Out | Classes Not Earned Out | | | TOTALS |
|---|---|---|---|---|---|---|
| | | Through 1973 | 1974 | 1975 | 1976 | |
| | Your Savings | | | | | |
| Purchased with Your Savings | U.S. Savings Bonds | | | | | |
| | Diversified U.S. Securities | UNITS | UNITS | UNITS | UNITS | UNITS |
| | Cash Balance Plus Interest | | | | | |
| | GM Common Stock | SHARES | SHARES | SHARES | SHARES | SHARES |
| Purchased with GM Contributions | GM Common Stock | SHARES | SHARES | SHARES | SHARES | SHARES |
| Purchased with all Dividends | GM Common Stock | SHARES | SHARES | SHARES | SHARES | SHARES |

AR0116



# Disability INCOME

If you become disabled you may be eligible to receive salary continuation and/or disability benefits of   $1,631 PER MONTH FOR 13 WEEKS AND $1,206 PER MONTH FOR THE NEXT 40 WEEKS.

If you remain disabled, you may be eligible for continuing disability benefits from several sources, totaling   $965   per month to age   37. Thereafter, you may be eligible for continuing Social Security benefits of $413 per month plus GM retirement* benefits of   $0   per month payable for life.

In addition, if you have a dependent spouse and one or more children, they could receive up to $309   per month from Social Security.

*Retirement benefits are projected only for employes with ten or more years of credited service.

## Plus

Depending on your eligibility and enrollment status, other benefits may be payable if you are totally and permanently disabled:

- For employes with less than 10 years of credited service when first disabled, payout of basic life insurance in monthly installments following expiration of extended disability benefits.

- Monthly installments of Personal Accident Insurance.

- Entire account balance under GM Savings-Stock Purchase Program, including GM's contributions.

**AR0117**



# Survivors BENEFITS

In the event of your death while employed by GM, the following payments will be made to your beneficiary:

## Monthly Payments*

From the *Insurance Program:*
$250 to an eligible survivor, for up to 24 months ($150 if certain Social Security benefits are payable). Thereafter, if you had a spouse at least age 45 when you died, $250 a month would be paid until age 62 or remarriage or entitlement to unreduced Social Security because of your death.

From the *Retirement Program:*
A noncontributory benefit of NOT ELIGIBLE for your spouse's lifetime when Insurance Program survivor benefits are not payable or are waived.

(B) Contributory benefit of $31 PER MONTH would begin immediately for your spouse's lifetime in lieu of return of contributions.

From *Social Security:*
Social Security could pay a surviving spouse and children as much as $722 PER MONTH.

*Assumes you have been married at least one year and your spouse is the same age as you.

---

*Optional Dependent Insurance:*
$5,000     Life Insurance—spouse
$1,000     Life Insurance—each child
           Additional coverage up to $25,000 for spouse and $5,000 for each child will be available July 1, 1977.
NOT ELECTED   Personal Accident Insurance

## Lump-sum payments

| | |
|---|---|
| $38,700 | Basic Life Insurance |
| $96,600 | Optional Life Insurance |
| $0 | Savings-Stock Purchase account |
| SEE (B) | Retirement Program contributions |
| $255 | Social Security death payment |
| $135,555 | **Total** |

Plus, if death is accidental, one or more of these additional payments:

| | |
|---|---|
| $19,350 | Extra Accident Insurance |
| $19,350 | Extra Accident Insurance (while on company business) |
| NOT ELECTED | Personal Accident Insurance |

## Plus

GM will pay for health care coverages for your spouse and eligible children if you die while actively employed provided you:

1) Elected the Retirement Program contributory surviving spouse option and had 10 years of credited service, or

2) Were eligible to retire voluntarily (except between ages 55 and 60 when your age and credited service total less than 85).



# Adding it All Up...

The GM program adds significant value to the pay you receive for the work you do. On an annualized basis,

```
YOUR SALARY IS............. $19,303*
COST-OF-LIVING ALLOWANCE...    $270
COST TO GM FOR YOUR BENEFITS
INCLUDING $965.00 FOR SOCIAL
SECURITY BENEFITS..........  $5,839
         TOTAL.............. $25,412
*$ 2,211 OF YOUR SALARY IS
PAID TO YOU FOR YOUR VACATION
AND HOLIDAYS. YOU ARE ENTITLED TO
3.0 WEEKS OF VACATION IN CALENDAR
YEAR 1977 PLUS SUPPLEMENTAL TIME
OFF EQUIVALENT OF 2 DAYS. THERE
ARE 13 HOLIDAYS DURING THE 1977
MODEL YEAR.
```

GM's cost for your benefits is even higher than indicated, because you enjoy many other benefits that have not been detailed in this statement. These include:
- Salary continuation payments
- Unemployment and Workers Compensation
- Tuition Refund Plan
- GM layoff or separation allowance benefits
- Suggestion Plan
- Product discounts

IN ADDITION, GM HAS ESTABLISHED AN EMPLOYE STOCK OWNERSHIP PLAN AS RECENTLY ANNOUNCED. YOUR SHARE IN THIS PROGRAM WILL BE INCLUDED IN FUTURE SUMMARIES.

When you add it all up, it is an impressive package—a package with a value to you that goes well beyond its cost.

AR0119