UNITED STATES BANKRUPTCY COURT
SOURTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
                                                  :    Chapter 11

    In re                                            : 

                                                  :    Case No. 05-44481 (RRD)

    DELPHI CORPORATION, et al.,    : 

                                                  :    (Jointly Administered)

                                                  : 
---------------------------------------------------------x

**AFFECTED RETIREES' EXHIBIT 8**

**AR0120**



# 1979
## PERSONAL BENEFIT SUMMARY
### YOUR SHARE OF THE GM BENEFIT PROGRAM

Based on your personal data as of December 31, 1978

AR0121

TO: ▮▮▮▮▮▮▮▮▮▮                                          FEBRUARY, 1979

The benefits we enjoy at General Motors are among the best in American industry in terms of their value to us and our families. A nationally known professional consulting firm has verified this fact through a study of benefit plans of the nation's top corporations.

What are your GM benefits worth? The benefit plans summarized for you in this statement are a very substantial part of your total GM compensation. Under "Adding It All Up", we've indicated how much your personal benefits cost General Motors, but their real value to you goes far beyond their cost to GM. If you were given the cash equivalent of their cost to GM, you would not be able to purchase for yourself and your family the protection, the security, and the peace of mind which these benefits represent. Included are health care for you and your family, adequate retirement income, protection from loss of income if you are disabled, savings for your future needs, and life insurance coverages.

GM is proud of the broad range of benefits which make up an important part of your total compensation as a salaried employe and we are pleased to provide you with this summary detailing how they apply to you and your family.

*T. A. Murphy*
Chairman

---

This personal summary has been prepared for you based on information as of December 31, 1978. Every effort has been made to give you figures that are accurate and up to date. Should you find what you believe to be an error, please bring it to the attention of your Personnel Office.

Eligibility for benefits and the actual amount of payment under all of GM's plans that make up your benefit program must be determined under the legal documents that apply to each plan.

General Motors does not have access to your complete earnings records for Social Security purposes. Therefore, Social Security benefits in this statement are estimates only. If you earned less than the maximum amount subject to Social Security taxes, your Social Security benefits may be lower than the amounts shown below. Also, due to changes in the Social Security laws and benefit calculation formulas, actual or estimated Social Security benefits may be lower than shown on this or previous summaries.

**AR0122**



# Health Care BENEFITS

## Basic Coverages

100% of semiprivate room, board, and other hospital charges for up to 365 days, or 730 days in an approved nursing facility.

100% of covered doctors' charges for surgery, obstetrics, anesthesia, hospital visits, and consultations.

100% of the charge in excess of $3 for each covered prescription, *plus* charges for outpatient hospital emergency care, lab, x-ray, and certain other services.

Hearing aid benefits after one year of service.

## Dental Care Coverage

After one year of service, while you are actively at work, the plan pays:

100% of fees for examinations and cleaning, 90% for fillings, x-rays, and extractions, and 50% for bridgework, dentures, and teeth straightening. The maximum dental benefits are $750 per person per year, with a lifetime maximum of $650 per eligible person for teeth straightening.

## Vision Care Coverage

Benefits provide for examination, lenses and certain frames. Total copayment for each covered individual during any 12 consecutive months generally will not exceed $12.50 for covered services and materials.

## Major Medical Coverage

For expenses not paid by your basic coverages:

100% of certain additional doctors' charges, and 80% of any remaining medical expenses which exceed the annual deductible amount of $50 for you or an eligible family member, or $100 for *all* eligible family members. Your total out-of-pocket cost (for other than outpatient psychiatric care) would not be more than $550 per year for each individual, unless the $25,000 maximum reimbursable amount *per year* for each individual is exceeded. There is no maximum on lifetime benefits.

YOU AND ELIGIBLE FAMILY MEMBERS ARE ENROLLED FOR: BASIC, DENTAL, VISION AND MAJOR MEDICAL COVERAGE.



# Retirement INCOME

Through December 31, 1978, your credited service is 10 YRS AND 6 MO
You contributed $301.80 prior to July 1, 1977, and $430.86 after that date.
If you work for GM until you reach age 65 in 2013 your estimated monthly retirement income would be:
  From the Retirement Program
    —Noncontributory benefits......  $523
    —Contributory benefits.........  $991*
  From Social Security
    —Yourself .....................  $643
    —Dependent spouse at age 65...  $321
        Total ..................... $2,478

Estimated retirement benefits are based on:

- The assumption that your current pay will stay the same until retirement.
- Retirement payments for your lifetime only (if you elect a survivor option, benefits would be reduced).

Estimates of your retirement income at other ages are available upon request from your Personnel Office.

*ASSUMES CONTINUED CONTRIBUTIONS TO AGE 65 AND NO WITHDRAWALS.

## *Plus*

If you retire from GM (except at employe option between ages 55 and 60 when your age and credited service total less than 85):

- You may take your Savings-Stock Purchase Program account in a lump sum, or convert part of your account to a lifetime annuity.

- Your health care coverage will be continued for your lifetime.

- A portion of your life insurance and Personal Accident Insurance may be continued for your lifetime. Reduced Optional Life Insurance may be continued until age 70.

**AR0123**

# *Savings-Stock Purchase* PROGRAM

## Total Value of your Account Dec. 31, 1978

GM Common Stock @ $54.31 ..... NOT
Diversified U.S.
   Securities @ $167.76 ........ ELECTED
U.S. Savings Bonds (at cost) ......
Income Fund ...................
Equity Index Fund @ $112.15 ..
Cash .........................
   Total ......................

The statement below shows your account status after the class distribution for 1975, if any. Shares of GM stock purchased with GM's contributions and with dividends during 1976, 1977 and 1978 are subject to being "earned out" in accordance with the terms of the Program.

## ANNUAL STATEMENT OF ACCOUNT

| | | Classes Earned Out | Classes Not Earned Out | | | |
|---|---|---|---|---|---|---|
| | | Through 1975 | 1976 | 1977 | 1978 | TOTALS |
| | Your Savings | | | | | |
| Purchased with Your Savings | 1. U.S. Savings Bonds | | | | | |
| | 2. Diversified U.S. Securities | UNITS | UNITS | UNITS | UNITS | UNITS |
| | 3. GM Common Stock | SHARES | SHARES | SHARES | SHARES | SHARES |
| | 4. Income Fund | | | | | |
| | 5. Equity Index Fund | UNITS | UNITS | UNITS | UNITS | UNITS |
| | Cash Balance Plus Interest | | | | | |
| Purchased with GM Contributions | GM Common Stock | SHARES | SHARES | SHARES | SHARES | SHARES |
| Purchased with all Dividends | GM Common Stock | SHARES | SHARES | SHARES | SHARES | SHARES |



# Disability INCOME

If you become disabled you may be eligible to receive salary continuation and/or disability benefits of $2,022 PER MONTH FOR 26 WEEKS AND $1,383 PER MONTH FOR THE NEXT 27 WEEKS.

If you remain disabled, you may be eligible for continuing disability benefits from several sources, totaling $1,146 per month to age 65. Thereafter, you may be eligible for continuing Social Security benefits of $448 per month plus GM retirement* benefits of $225 per month payable for life.

In addition, if you have a dependent spouse and one or more children, they could receive up to $334 per month from Social Security.

*Retirement benefits are projected only for employes with ten or more years of credited service.

## Plus

Depending on your eligibility and enrollment status, other benefits may be payable if you are totally and permanently disabled:

- For employes with less than 10 years of credited service when first disabled, payout of basic life insurance in monthly installments following expiration of extended disability benefits.

- Monthly installments of Personal Accident Insurance.

- Entire account balance under GM Savings-Stock Purchase Program, including GM's contributions.



# Survivors BENEFITS

In the event of your death while employed by GM, the following payments will be made to your beneficiary:

### Monthly Payments*
From the *Insurance Program:*
$250 to an eligible survivor, for up to 24 months ($150 if certain Social Security benefits are payable). Thereafter, if you had a spouse at least age 45 when you died, $250 a month would be paid until age 62 or remarriage or entitlement to unreduced Social Security because of your death.
From the *Retirement Program:*
A noncontributory benefit of NOT ELIGIBLE for your spouse's lifetime when Insurance Program survivor benefits are not payable or are waived.
(B) Contributory benefits of $45 PER MONTH would begin immediately for your spouse's lifetime in lieu of return of contributions.
From *Social Security:*
Social Security could pay a surviving spouse and children as much as $782 PER MONTH.

*Assumes you have been married at least one year and your spouse is the same age as you.

### Optional Dependent Insurance:
$5,000    Life Insurance—spouse
$1,000    Life Insurance—each child

### Lump-sum payments

| | |
|---|---|
| $44,300 | Basic Life Insurance |
| $110,700 | Optional Life Insurance |
| $0 | Savings-Stock Purchase account |
| SEE (B) | Retirement Program contributions |
| $255 | Social Security death payment |
| **$155,255** | **Total** |

Plus, if death is accidental, one or more of these additional payments:

| | |
|---|---|
| $22,150 | Extra Accident Insurance |
| $22,150 | Extra Accident Insurance (while on company business) |
| NOT ELECTED | Personal Accident Insurance |

## Plus

GM will pay for health care coverages for your spouse and eligible children if you die while actively employed provided you:
1) Elected the Retirement Program contributory surviving spouse option and had 10 years of credited service, or
2) Were eligible to retire voluntarily (except between ages 55 and 60 when your age and credited service total less than 85).

**AR0125**

## Adding it All Up...

The combined GM Benefit Plans add significantly to the total pay you receive for the work you do. On an annualized basis,

```
YOUR SALARY IS..............  $22,123*
COST OF LIVING ALLOWANCE....   $2,142
COST TO GM FOR YOUR BENEFITS
INCLUDING $1404 FOR SOCIAL
SECURITY BENEFITS...........   $7,320
        TOTAL...............  $31,585
*$ 2,846 OF YOUR SALARY IS
PAID TO YOU FOR YOUR VACATION
AND HOLIDAYS. YOU ARE ENTITLED TO
3.5 WEEKS OF VACATION IN CALENDAR
YEAR 1979 PLUS SUPPLEMENTAL TIME
OFF EQUIVALENT OF 5 DAYS. THERE
ARE 13 HOLIDAYS DURING THE 1979
MODEL YEAR.
```

GM's cost for your benefits is even higher than indicated, because you enjoy many other benefits that have not been detailed in this statement. These include:

- Salary continuation payments
- Unemployment and Workers Compensation
- Tuition Refund Plan
- GM layoff or separation allowance benefits
- Suggestion Plan
- Product discounts

When you add it all up, it is an impressive package—a package with a value to you that goes well beyond its cost.

```
AS OF DECEMBER 31, 1978,  6.2404
SHARES OF GM COMMON STOCK WITH
A TOTAL VALUE OF   $338.92 WERE
BEING HELD IN YOUR EMPLOYE
STOCK OWNERSHIP PLAN ACCOUNT. IF
YOU HAVE ELECTED TO CONTRIBUTE
TO THE PLAN, ADDITIONAL SHARES
OF STOCK PURCHASED WITH YOUR
CONTRIBUTIONS AND MATCHED WITH
```

```
GM CONTRIBUTIONS WILL BE ALLO-
CATED TO YOUR ACCOUNT. YOU WILL
RECEIVE A SEPARATE STATEMENT OF
YOUR ACCOUNT FOLLOWING RECEIPT
BY GENERAL MOTORS FROM THE
INTERNAL REVENUE SERVICE OF A
FAVORABLE DETERMINATION REGARD-
ING THE RECENT PLAN MODIFICA-
TIONS.
```

**AR0126**