UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
                                    :        Chapter 11

In re                          :

                                    :        Case No. 05-44481 (RRD)

DELPHI CORPORATION, et al.,    :

                                    :        (Jointly Administered)
                                    :
---------------------------------------------------------x

**AFFECTED RETIREES' EXHIBIT 12**

**AR0141**



### 1988

```
SAGINAW DIVISION
SAGINAW PLANT
3900 HOLLAND ROAD
SAGINAW          MI 48605
```

## PERSONAL BENEFIT SUMMARY
## YOUR SHARE OF THE GM BENEFIT PROGRAM

PREPARED FOR:

Based on your personal data as of December 31, 1987.

General Motors is pleased to provide you with this updated summary of your GM benefits and their net worth to you and your family. While your salary is a major part of the compensation you receive, your GM benefit coverage also represents a significant addition to your total compensation. I believe that what is reflected here is one of the finest benefit packages in American industry.

Our benefit programs have been, and continue to be, viewed as a sound and fundamental investment in your health and well being. Please recognize that these benefit coverages are provided at a significant cost to GM and represent an enormous impact on the Corporation's cost structure and its ability to remain competitive. Indeed, the tremendous cost escalation associated with our various benefit programs, especially in the area of health care, is a matter of increasing concern. I am sure you will agree that all of us, now more than ever, need to ensure that these benefit coverages are utilized in a prudent and cost-effective manner. We all have a role to play in exercising care in this area if we are to improve our competitive position.

*Roger B. Smith*
Chairman

## HEALTH CARE (Informed Choice Plan)

SINCE JANUARY 1, 1988, YOU AND ENROLLED FAMILY MEMBERS HAVE BEEN ENROLLED IN THE PREFERRED PROVIDER ORGANIZATION (PPO) OPTION OF THE INFORMED CHOICE PLAN AND IN THE "MAJOR MEDICAL" COMPREHENSIVE MEDICAL EXPENSE PROGRAM.

In most cases and for the most part, any health care costs you incur for covered services are passed directly on to GM. The approximate total annual cost to GM of supplying these coverages for you, your dependents, and all other persons covered by our health care programs during 1987 is shown below.

| | |
|---|---|
| HOSPITAL/SURGICAL/MEDICAL } PRESCRIPTION DRUG } SUBSTANCE ABUSE } | $2,524,317,194 |
| VISION | $56,551,833 |
| DENTAL | $293,129,084 |
| CMEP | $15,840,078 |
| Total | $2,889,838,189 |

The average annual cost to GM of health care coverages for you and others is **$4,148 FOR FAMILY COVERAGE.**

## FLEX 88 (Flexible Compensation Spending Accounts)

For each pay period in 1988, you chose to make before-tax deposits to Flex spending accounts as follows:

Health Care
Dependent Care
Legal Services

**AR0142**

# INVESTMENT PLANS
## Savings-Stock Purchase Program

Total Value of your Account at the end of 1987

| | |
|---|---|
| U.S. Savings Bonds (at cost) | |
| Cash Balance in Bond Fund | |
| Diversified U.S. Securities @ $421.74 | $2,333 |
| GM Common Stock | |
| • $1-2/3 Par Value @ $61.25 | $10,614 |
| • Class E @ | |
| • Class H @ $49.18 | $131 |
| Income Fund | |
| Equity Index Fund @ | |
| Profit Sharing - GIC** | |
| **Total** | **$13,078** |

The statement below shows your account status. Regular savings are displayed in the upper half of each investment option section. Plus Savings are displayed in the lower half. GIC is all Plus Savings. Shares of GM stock purchased with GM's contributions and with dividends on GM's contributions during 1985, 1986, and 1987 are subject to being "earned out" in accordance with the terms of the Program. Note: Plus Savings for 1983, 1984, 1985 and 1986 have been reduced by the amount of any outstanding loan(s) you have.

## Annual Statement Of Account

| | OPTION | Classes Earned Out — Through 1984 | 1985 | Classes Not Earned Out — 1986 | 1987 | TOTAL |
|---|---|---|---|---|---|---|
| | Your Savings | | $2,583.00 | $2,814.00 | $2,916.00 | $8,313.00 |
| 1. | U.S. Savings Bonds | | | | | |
| | Cash Balance and Interest in Bond Fund | | | | | |
| 2. | Diversified U.S. Securities | | 1.9147 UNITS | 1.8304 UNITS | 1.7860 UNITS | 5.5311 UNITS |
| 3. | GM Common Stock $1-2/3 Par Value | | 31.5520 SHARES | 31.3550 SHARES | 29.9263 SHARES | 92.8333 SHARES |
| 4. | Income Fund | | | | | |
| 5. | Equity Index Fund | | | | | |
| 6. | GM Class E Stock* | | | | | |
| 7. | GM Class H Stock* | | 2.6565 SHARES | | | 2.6565 SHARES |
| 8. | Profit Sharing GIC** | | | | | |
| Purchased with GM Contributions | GM Common Stock $1-2/3 Par Value*** | | 27.3451 SHARES | 27.1745 SHARES | 25.9361 SHARES | 80.4557 SHARES |

(Rows 1-6 purchased with Your Savings and Earnings on Your Savings)

*Balance includes amounts resulting from savings, transfer activity and the payment of any special dividend.
**Guaranteed Income Contract.

AR0143

# RETIREMENT BENEFITS

Through December 31, 1987, your credited service is **19 YEARS AND 6 MONTHS**.

Your contributions are:
- Prior to 7-1-77 ..........
- 7-1-77 to 10-1-79 ........
- After 10-1-79 ............ **$703.08**

If you work for GM until age 65 in **2013** your estimated monthly retirement income would be:

| From the Retirement Program | |
|---|---|
| —Noncontributory benefits | $1,239.00 |
| —Contributory benefits | $1,761.00 * |
| From Social Security | |
| —Yourself | $980.00 |
| —Dependent spouse at age 65 | $490.00 |
| **Total Monthly** | **$4,470.00** |

* ASSUMES CONTINUED CONTRIBUTIONS TO AGE 65 AND NO WITHDRAWALS.

Estimated retirement benefits are based on the assumption that (1) your current pay will stay the same until retirement and (2) you accumulate a full year of credited service for each year until retirement. Retirement payments are for your lifetime only. Your coverage for survivor benefits would reduce these amounts.

Estimates of your retirement income at other ages are available upon request from your Personnel Office.

**Plus**

If you retire from GM (except at employe option between ages 55 and 60 when your age and credited service total less than 85):
- You may (1) take your Savings-Stock Purchase Program account in a lump sum, (2) defer receipt to the year you attain age 70½, or (3) convert your account to a lifetime annuity.
- Your health care coverages will be continued for your lifetime.
- A portion of your Life Insurance and Personal Accident Insurance may be continued for your lifetime. Optional Life Insurance may be continued until age 75.

# SURVIVOR BENEFITS

In the event of your death while employed by GM, the following payments are available to your beneficiary:

## Monthly Payments

**From the Life and Disability Program:**
For up to 24 months, $400 may be payable to an eligible survivor ($225 if certain Social Security benefits are payable). After 24 months, your spouse 1) who, upon your death, was at least age 45, or 2) whose age, when added to your years of service totals 55 or more, would be paid $400 a month until the earlier of (1) age 62, (2) remarriage or (3) entitlement to unreduced Social Security because of your death.

**From the Retirement Program:**
A noncontributory benefit of **$236 PER MONTH*** for your spouse's lifetime when Life and Disability Program survivor benefits are not payable or
B are waived. Contributory benefits of **$143 PER MONTH** would begin immediately for your spouse's lifetime in lieu of return of contributions.

**From Social Security:**
Social Security could pay a surviving spouse and children as much as **$1,686 PER MONTH.**
* BENEFIT PAYABLE WHEN EMPLOYE WOULD HAVE ATTAINED AGE 65, REDUCED IF PAID EARLIER.

**Dependent Life Insurance:**
- $10,000 Spouse
- $2,000 Each child

Contributory Personal Accident Insurance, which provides additional coverage for death, dismemberment, and certain other conditions resulting from bodily injury sustained in an accident, also is available to you.

## Available Payments

| | |
|---|---|
| $117,000 | Basic Life Insurance |
| $292,500 | Optional Life Insurance |
| $13,078 | Savings-Stock Purchase Program |
| SEE B | Retirement Program contributions |
| $255 | Social Security death payment |
| $3,626 | Employe Stock Ownership Plan |
| **$426,459** | **Total** |

Plus, if death is accidental:
- $58,500 -Extra Accident Insurance
- $58,500 -Extra Accident Insurance (while on company business)

**Plus**

GM will pay for health care coverages for your spouse and eligible children if you die while actively employed, provided you:
1) Had in effect the Retirement Program contributory surviving spouse coverage and had 10 or more years of credited service, or
2) Were eligible to retire voluntarily (except between ages 55 and 60 when your age and credited service total less than 85).

## INCOME SECURITY

IF YOU ARE LAID OFF, YOU MAY BE ELIGIBLE FOR 12 SEMI-MONTHLY PAYMENTS OF $1,828.13 UNDER THE LAYOFF BENEFIT PLAN. THEREAFTER, YOU MAY BE ELIGIBLE FOR 36 SEMI-MONTHLY PAYMENTS OF $1,462.50. THESE PAYMENTS WILL BE REDUCED BY UNEMPLOYMENT COMPENSATION TO WHICH YOU ARE ENTITLED, STATE DISABILITY BENEFITS AND ANY GM PAY RECEIVED, AND 75% OF ANY EARNINGS RECEIVED FROM ANOTHER EMPLOYER OR FROM SELF-EMPLOYMENT.

**AR0144**

# Employe Stock Ownership Plan—Annual Statement Of Account

This statement shows your account status as of December 31, 1987. Shares purchased with any voluntary contributions you made and shares purchased with GM matching contributions for Plan Years 1977-1982 are included below with your 1975-1985 Plan Year Assets. For 1986, GM contributed shares of GM common stock ($1-2/3 par value) to your account which are equal in value to 1/2 of 1% of your annual compensation up to $100,000.

| GM Common Stock | Plan Year(s) 1975-1985 (Shares) | 1986 (Shares) | Total (Shares) | Share Price* (Dollars) | Market Value (Dollars) |
|---|---|---|---|---|---|
| $1-2/3 | 51.2851 | 3.5726 | 54.8577 | $61.25 | $3,360.04 |
| Class E | 4.0704 | NOT APPLICABLE | 4.0704 | $37.68 | $153.41 |
| Class H | 2.2921 | NOT APPLICABLE | 2.2921 | $49.18 | $112.75 |
| | | | | Total Market Value | $3,626.20 |

*As of December 31, 1987

Cash dividends earned on all shares held in your account in the amount of $268.60 were paid to you in December, 1987. Interest earned on these dividends during 1987 is included in your account. (If the dividend amount shown is $3.00, or less, it was reinvested in your account.)

## DISABILITY INCOME

### Monthly Payments

If you become disabled you may be eligible to receive salary continuation and/or disability benefits of
$4,875 PER MONTH FOR 26 WEEKS AND
$3,656 PER MONTH FOR THE NEXT 27 WEEKS.

If you remain disabled, you may be eligible for continuing disability benefits from several sources, totaling $2,984 per month to age 65. Thereafter, you may be eligible for continuing Social Security benefits of $947 per month plus GM retirement* benefits of $859 per month payable for life.

In addition, if you have a dependent spouse and one or more children, they could receive up to $474 per month from Social Security.

*Retirement benefits are projected only for employes with ten or more years of credited service.

## ADDING IT ALL UP

The combined GM Benefit Plans add significantly to the total pay you receive for the work you do. On an annualized basis,

```
YOUR SALARY IS.................    $58,500
COST TO GM FOR YOUR
BENEFITS INCLUDING  $3,379
FOR SOCIAL SECURITY..........    $15,010
TOTAL.............................    $73,510*

* YOU ARE ELIGIBLE FOR 5.0 WEEKS OF VACATION, AND 14 HOLIDAYS
  IN 1988, AT A COST OF     $8,775 TO GM.
```

GM's cost for your benefits is even higher than indicated, because you enjoy many benefits for which costs have not been calculated for this statement. These include:
- Salary continuation payments
- Unemployment and Workers Compensation
- Tuition Assistance Plan
- GM layoff or separation allowance benefits
- Suggestion Plan
- New Vehicle Purchase Program

Note: Important information is included on the reverse side of this form.

 

AR0145

# HEALTH CARE BENEFITS

The General Motors health care programs provide protection for you and your eligible dependents against a wide range of health care expenses.

Generally, basic hospital, surgical, medical, and prescription drug coverages are provided through "The Informed Choice Plan" (ICP). Dental and substance abuse coverages also are provided. If you pay part of the cost, additional coverage is available through the Comprehensive Medical Expense Program (CMEP). If you are covered by ICP, you are offered a choice, annually, among three health care options, to the extent they are available in your area:

- the Traditional option
- the Preferred Provider Organization (PPO) option
- the Health Maintenance Organization (HMO) option

All of the General Motors health care programs are designed to provide quality care on a cost-effective basis. Descriptive materials concerning benefits provided under each option are available at the Personnel Office of your GM employing unit.

# FLEXIBLE COMPENSATION PROGRAM

The Flexible Compensation Program provides you several options to customize your total compensation. For example, you can trade in part of your life and extra accident insurance, survivor income benefit insurance and/or dental coverage for credits or cash. You can purchase supplemental extended disability benefit coverage if you have under 10 years' service. You can use pre-tax dollars from your pay to fund your contributions (if any) for the Comprehensive Medical Expense Program (CMEP), a Health Maintenance Organization (HMO) and/or health care coverage for sponsored dependents. With credits, contributions from your pay, or both, you can establish a Health Care, Dependent Care, and/or a Legal Services spending account. The spending accounts enable you to cover specified expenses in a tax-effective manner.

### Effect on Other Benefits

Although any pre-tax contributions to Flex will lower your pay for income tax purposes, they will not lower your pay for determining pay-related GM benefits, such as:

- Retirement benefits
- Savings-Stock Purchase Program (S-SPP)
- Life insurance
- Disability benefits

# INCOME PROTECTION PLAN

Classified employes with 15 or more years of service at the time of layoff (10 or more years of service if the layoff is due to a plant closing) may be eligible to receive Income Protection Plan (IPP) benefits after exhausting benefit entitlement under the Layoff Benefit Plan (LBP). IPP benefits can continue until the employe retires, or other General Motors employment becomes available. Depending on the employe's years of service, semi-monthly income benefits can range from 50% to 60% of the employe's base pay as of the last day worked, reduced by any earnings received, statutory benefits received and GM retirement/pension benefits for which the employe becomes eligible.

**AR0146**

## DISABILITY INCOME

Depending on your eligibility and enrollment status, other benefits may be payable if you are totally and permanently disabled, including:

- Monthly instalment payments of basic life insurance following expiration of extended disability benefits because you had less than 10 years of credited service when you became totally and permanently disabled.
- Monthly Instalments of Personal Accident Insurance.
- Entire account balance under GM Savings-Stock Program, including GM's contributions.
- Entire Employe Stock Ownership Plan account balance.

## PERSONAL RETIREMENT INCOME PLAN

You may contribute up to $2000 annually ($2250 if you have a non-working spouse, $4000 if you have a working spouse who earns at least $2000 annually) to an Individual Retirement Account (IRA). Through the convenience of payroll deductions, you can make contributions to the Personal Retirement Income Plan, sponsored by Putnam Fund Distributors, Inc. The amount you contribute may be deductible from your gross income for Federal tax purposes, based upon the following schedule:

| YOUR ADJUSTED ANNUAL GROSS INCOME $ | PERCENT OF IRA DEDUCTIBLE | |
|---|---|---|
| | SINGLE % | MARRIED* % |
| 25,000, or less | 100 | 100 |
| 25,001 - 30,000 | 100 to 50 | 100 |
| 30,001 - 35,000 | 50 to 0 | 100 |
| 35,001 - 40,000 | 0 | 100 |
| 40,001 - 45,000 | 0 | 100 to 50 |
| 45,001 - 50,000 | 0 | 50 to 0 |
| 50,001, and over | 0 | 0 |

*Filing jointly.

If you are enrolled in the Personal Retirement Income Plan an annual statement of your account has been provided to you by Putnam.

## NOTE

This personal summary has been prepared for you based on data in your file as of December 31, 1987.

Eligibility for benefits and the actual amount of payment under all of GM's plans that make up your benefit program must be determined under the legal documents that apply to each plan. General Motors Corporation reserves the right to amend, change or terminate the Plans and Programs described in this statement.

General Motors does not have access to your complete earnings records for Social Security purposes. Therefore, Social Security benefits in this statement are estimates only. If you earned less than the maximum amount subject to Social Security taxes, your Social Security benefits may be lower than the amounts shown on the reverse side.

AR0147