**GM NATIONAL BENEFIT CENTER**
**NAO Personnel Administration**
**P.O. Box 5175**
**Southfield, MI 48086-5175**
**1-800-435-3946**
**TDD: 1-800-872-8682**

May 10, 1995

Mr. Paul J. Dobosz
104 E. Pelican Avenue
McAllen, TX 78504-1991

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

Dear Mr. Dobosz:

Pursuant to our May 10, 1995 conversation, enclosed please find the General Motors Salaried Health Care Program language.

If you have any questions, please contact me at the number listed above.

Sincerely,

Kerri Sattler
Correspondence and Appeals Unit
GM National Benefit Center

Enclosure

DSRA000231

DSRA000232



THE GENERAL MOTORS SALARIED HEALTH CARE PROGRAM

January 1, 1994

DSRA000233

<u>SALARIED HEALTH CARE PROGRAM</u>

Art. I

**ARTICLE I**
**ESTABLISHMENT, FINANCING AND**
<u>**ADMINISTRATION OF THE SALARIED HEALTH CARE PROGF**</u>

Section 1.   <u>Establishment and Effective Date of the   ogram</u>

(a)      Establishment of the Program

General Motors Corporation, on behalf of itself **and its**
Divisions and Groups and as agent for certain of its
directly or indirectly wholly-owned and substantially
wholly-owned domestic subsidiaries, will establish a
Salaried Health Care Program, hereinafter referred to
as the Program or this Program, either through a
self-insured plan or by other arrangement.

(b)      Reservation of Rights

(1)   The Corporation reserves the right to amend,
modify, suspend or terminate the Program in whole
or in part, at any time, by action of its Board of
Directors or other committee expressly authorized
by the Board to take such action.  No enrollee
described in this Program may be deemed to have any
vested right to continued coverage under any or all
of the provisions of the Program.

(2)   No oral or written statements can change the terms
of this Program.  This Program can only be amended
by an appropriate committee as designated by the
Board of Directors.  Absent an express delegation
of authority from the Board of Directors, no one
has the authority to commit the Corporation to any
benefit or benefit provision not provided for under
the Program or to change the eligibility criteria
or other provisions of the Program.

2                          1994

DSRA000234

<u>SALARIED HEALTH CARE PROGRAM</u>

Art. I, 1(b)(3)

      (3)   In the event the initiation of any benefit(s) or coverage(s) described in the Program does not prove practicable or if the carriers are unable to provide such benefit(s) or coverage(s) on the dates stipulated in such Program, the Corporation may provide new, different or no benefit(s) and/or coverage(s).

(c)    Effective Date

    This Program is effective January 1, 1994.  Until January 1, 1994, the provisions of the prior Program were in effect unless expressly indicated otherwise. This Program shall continue in effect until amended, modified, suspended or terminated by the Corporation as specified above.

Section 2.  <u>Corporation Costs and Administrative Items</u>

(a)   Net Costs

      (1)   The Corporation, or a trust, shall pay the balance of the net cost of the Program over and above any enrollee contributions or payments specified under the Program.  The Corporation shall receive and retain any credits, refunds, or reimbursements under whatever name, arising out of the Program.

      (2)   The Corporation, by payment of its contributions (whether by paying claims through carriers administering the Program or by any other manner) shall be relieved of any further liability with respect to the coverage(s) or benefit(s) provided under the Program, except as otherwise may be required by the Employee Retirement Income Security Act of 1974, as amended.

              1994

DSRA000235

SALARIED HEALTH CARE PROGRAM

Art. I, 2(a)(3)

(3)   Certain enrollees may be offered choice among
      various health care options.  The performance of
      options may be evaluated by the Corporation.
      Contributions by enrollees may be required to
      participate in the Program, or in an option, and
      may be based on the status of the primary
      enrollee, the number of covered enrollees, the
      Medicare status of enrollees and the relative
      performance of the options available or elected.
      To the extent permitted by law, such required
      enrollee contributions shall be by payroll or
      other similar deduction.

(4)   Subject to the Corporation's reserved right to
      amend, modify or terminate the Program, the
      Corporation will share future Program cost
      increases with enrollees, on an aggregate  basis
      to be determined by the Corporation, on a basis of
      75% Corporation-paid and 25% enrollee-paid.  Such
      enrollee cost sharing may be in the form of
      monthly contributions, deductibles, copayments,
      other design changes  or any combination of the
      preceding.

(b)   Administration

(1)   General Motors Corporation is the Plan
      Administrator.  The Plan Administrator has
      discretionary authority to construe, interpret,
      apply and administer the Program.  The Plan
      Administrator may delegate various aspects of
      Program administration as it deems appropriate.

(2)   Various aspects of Program administration have
      been delegated to carriers.  In carrying out their
      delegated responsibilities, the carriers shall
      have discretionary authority to construe,
      interpret, apply and administer the Program
      provisions.  The discretionary authority  delegated
      to a carrier shall, however, be limited to Program
      terms relevant to its delegated responsibilities,
      and shall not permit a carrier to render a
      determination or make any representation
      concerning benefits which are not provided by the
      express terms of the Program.  The carriers'
      actions shall be given full force and effect
      unless determined by the Plan Administrator to be
      contrary to the Program provisions or arbitrary
      and capricious.

                                                    1994

DSRA000236

### SALARIED HEALTH CARE PROGRAM

Art. I, 2(e)

(e)   **Time Limit for Claim Submission**

Claims should be filed with the appropriate carrier as services are rendered and expenses are incurred. However, claims must be submitted not later than the end of the calendar year following the year in which services are rendered.

(f)   **Assignment or Alienation of An Enrollee's Interests**

Except as expressly authorized by this Program or as required to comply with the legally applicable provisions of a Qualified Medical Child Support Order under the Omnibus Budget Reconciliation Act of 1993, benefits, claims, coverage or other interests in the Program may not be assigned, transferred or alienated by an enrollee. With the approval of the Corporation however, a carrier may pay a provider directly for services rendered, in lieu of payment to an enrollee.

Section 3.   **Program in States With Health Insurance Laws**

(a)   To the extent the    rporation and the Program are not required, under Fed ral law, to comply with state-legislated mandates concerning health insurance coverages, the provisions of this Program need not be modified in states having laws which now or hereafter may provide health care coverages, under whatever name, for enrollees who are disabled by non-occupational sickness or accident, or similar disability. If, under Federal law, the Corporation and the Program are subject to state-legislated mandates, compliance with such laws shall be deemed full compliance with the provisions of the Program with respect to enrollees in such states. If coverage under such state-legislated mandates exceeds the coverage provided under the Program, the Corporation may require such contributions as it may deem appropriate from enrollees in such states. If appropriate coverage under such state-legislated mandates is generally lower in level than the corresponding coverage under  he Program, the Corporation may, at its sole discretion and to the extent it elects to do so, provide coverage supplementary to the state plan.

DSRA000237

## SALARIED HEALTH CARE PROGRAM

Art. I, 2(b)(3)

    (3)   The Employee Benefit Plans Committee (EBPC) of the Corporation has final discretionary authority to construe, interpret, apply and administer the Program, and serves as the final step of the Program appeal procedure.  Any interpretation or determination regarding the Program made by the EBPC shall be given full force and effect, unless it is proven that the interpretation or determination was arbitrary and capricious.

(c)   Grievance Procedure Not Applicable

It is understood that the grievance procedure of any collective bargaining agreement between the Corporation and any union representing salaried employees of the Corporation shall not apply to this Program or any contract in connection therewith.

(d)   Miscellaneous Information Related to the Employee Retirement Income Security Act of 1974 (ERISA)

    (1)   The end of the plan year is December 31.  Records of the Program are kept on a calendar year basis.

    (2)   General Motors Corporation is the sponsoring employer and Administrator of the Program.  The Administrator's address is Room 8-206, General Motors Building, Detroit, Michigan 48202.

    (3)   Service of legal process on General Motors Corporation may be made at any office of the CT Corporation.  The CT Corporation, which maintains offices in all 50 states, is the statutory agent for service of legal process on General Motors Corporation.  The procedure for making such service generally is known to practicing attorneys.  Service of legal process also may be made upon General Motors Corporation, at the Service of Process Office, Room 7227, New Center One Building, Detroit, Michigan 48202.

5                              1994

DSRA000238

SALARIED HEALTH CARE PROGRAM

Art. I, 4(b)

(b)     Substitution of Applicable Provisions of the Program
        for Coverage Under Federal Laws

        Notwithstanding the provisions of subsection (a) above,
        the Corporation may, if Federal laws permit substitute
        a plan of coverage for the coverage provided by the
        Federal laws referred to in subsection (a) above, and
        modify the provisions of the Program to the extent and
        in the respects necessary to secure the approval of
        such substitution from the appropriate governmental
        authority and may make such plan available to
        enrollees.

(c)     Reduction of Health Care Coverage
        Because of Coverage Under Federal Law

        Health care benefits, separately or in combination,
        provided enrollees under the Program may be reduced by
        the amount of such coverage provided under any Federal
        health security act or any other Federal law which may
        be amended or enacted.  In cases where the enrollee
        exercises an option under the Federal Social Security
        Act or similar law to take cash payments in lieu of
        health care coverages, the equivalent of such payments
        will be required as a contribution toward the health
        care coverages provided under the Program, but not to
        exceed the cost to the Corporation of such coverages.
        Such contributions may be deducted, in accordance with
        any applicable Federal laws, from any monies then
        payable to the enrollee in the form of salary or
        benefits payable under any General Motors benefit plan
        or program.

Section 5.   Treatment of Existing Coverages on Effective Date

        Protection of enrollees covered under the prior Program shall
        be terminated on the effective dates of the provisions of
        this Program, and the provisions of this Program shall be in
        lieu of and substitute for any and all other provisions of
        any prior Program providing for health care benefits of any
        kind or nature, in which the Corporation participates.

8                           1994

DSRA000239

## SALARIED HEALTH CARE PROGRAM

Art. I, 3(b)

(b)     Notwithstanding the provisions of subsection (a) above,
in any state which has a state-legislated plan of
health coverage available to the general population
including Program enrollees (or which would be
available to Program enrollees but for their coverage
under the Program), the Corporation may, at its sole
discretion and to the extent permitted by the
applicable state legislation, amend, modify, suspend,
cancel or otherwise affect the provisions of the
Program as they apply to enrollees in such states, in
order to permit participation in such state plan in
lieu of coverage under the Program.

Section 4.  <u>Federal Health Care Coverage</u>

(a)     Not Applicable to Enrollees Eligible for Such Coverage

The provisions of the Program, separately or in
combination, shall not be applicable to enrollees
eligible for health care coverage under any Federal
health security act or any other Federal law providing
such coverage which may be amended or enacted.
Compliance by the Corporation with such laws shall be
deemed full compliance with the provisions of the
Program with respect to enrollees eligible for coverage
under such laws.  If such coverage exceeds the coverage
provided under the Program and the Corporation's
contributions for such coverage under the Program, the
Corporation may require from such enrollees such
contributions as it may deem appropriate for such
excess coverage.  If, as a result of such laws, the
level of coverage provided for any group of enrollees
is generally lower than the corresponding level of
coverage under the Program, the Corporation may, at its
option and to the extent it finds it practicable,
provide a plan of coverage supplementary to the Federal
coverage to the extent necessary to make total coverage
as nearly comparable as practicable to the coverage
provided under the Program.

1394

DSRA000240

SALARIED HEALTH CARE PROGRAM

Art. I, 6


Section 6.  Named Fiduciary and Appeal Procedure

(a)   The Finance Committee of the Corporation's Board of
Directors shall be the Named Fiduciary with respect
to the Program.  The Finance Committee may delegate
to various officers, employees and committees of the
Corporation authority to carry out such of its
responsibilities as it deems proper to the extent
permitted by the Employee Retirement Income Security
Act of 1974, as amended.

(b)   An enrollee will be given an opportunity for a full
and fair review of a decision by the Plan
Administrator denying a claim for benefits or
eligibility for coverage.  If the enrollee believes
such a decision of the Plan Administrator is
inconsistent with the terms of the Program, an appeal
may be filed with the Employee Benefit Plans
Committee (EBPC) of the Corporation, which has been
delegated final discretionary authority to construe,
interpret, apply and administer the Program.  Such an
appeal to the EBPC must be filed in writing within 60
days from the date of the written decision from the
Plan Administrator denying a claim for benefits or
eligibility for coverage under the Program.  Such an
appeal may be initiated by forwarding the request to
the Secretary, EBPC, at Room 8-263 General Motors
Building, 3044 West Grand Boulevard, Detroit,
Michigan 48202.  As part of this review, the enrollee
must submit any written comments that may support the
position of the enrollee.  The EBPC shall be the
final review authority with respect to appeals and
its decision shall be final and binding upon the
Corporation and any enrollee.  A written decision on
the request for review will be furnished to the
primary enrollee within 60 days (120 days if special
circumstances require an extension of time) after the
date the written request is received by the EBPC.

DSRA000241

## SALARIED HEALTH CARE PROGRAM

Art. I, 7

Section 7.  Coordination of Benefits (COB)

   (a)   General Provisions

Health care benefits paid under this Program  hall
not duplicate benefits from other sources ( . j.,
group plans, comprehensive plans, pre-paid ; ans,
governmental plans, etc.) nor serve to relieve other
persons or organizations of their liability
(contractual or otherwise).  Consistent with these
objectives, the Corporation may establish systems and
procedures for coordination of benefits, and the
carriers shall implement such systems and procedures.

   (b)   Applicability

     (1)   The provisions of this Section shall apply to
all coverages provided under the Program.
Unless precluded by law, these provisions
apply whether the coverage is self-funded, or
provided through pre-paid options such as
health maintenance organizations.

     (2)   This Program shall not coordinate with
individual or family policies of insurance
purchased by the enrollee or with any group
policy covering the enrollee for which the
enrollee pays more than one-half the cost.

     (3)   The provisions of this Section shall not apply
to expenses for services provided to or for an
enrollee in relation to any condition,
disease, illness or injury arising out of or
in the course of employment, as such expenses
are specifically excluded from the Program.

     (4)   The provisions of this Section do n°t apply to
Medicaid.  They also do not apply t  Medicare
or to any plan, program or policy t  vhich
Medicare is secondary by operation c  law
(i uding, without limitation, auton bile
i: ance coverage).  Medicare and s    plans,
p: ams or policies are governed by     p. A,
II.... These COB provisions do apply
complementary plans, programs or poi es
other than those just described: wn  are
carried to supplement benefits avail. ie under
Medicare and which are secondary to it.

                  1°             1994

DSRA000242

<u>SALARIED HEALTH CARE PROGRAM</u>

Art. I, 7(c)

   (c)    Enrollee Obligations

       (1)   Primary enrollees shall furnish to the Corporation the social security numbers of all secondary enrollees for whom they are claiming eligibility.  If the secondary enrollee has not been assigned a social security number at the time of enrollment, a social security number shall be obtained promptly and reported to the Corporation.  Failure to do so shall result in cancellation of coverages for such secondary enrollee.

       (2)   Any enrollee claiming benefits under this Program shall furnish the Corporation or the carrier(s) any information the Corporation or carrier deems necessary for the purpose of administering these provisions.  Failure to do so may result in non-payment of benefits.

   (d)    Release of Information

       (1)   The Corporation or carriers may release to other employers or carriers information necessary to adjudicate claims under these provisions.

       (2)   The Corporation or carriers under this Program may participate in organizations which are established to facilitate the COB process and may exchange information relating to enrollees for such purposes.

           Such organizations must agree not to release any information obtained other than for the purpose of effectuating COB.

   (e)    Determining Priority

       (1)   The program which, under the rules of this subsection, has the first obligation to pay benefits is termed the "primary" program, and the coverages it provides are "primary." The other program (and the coverages it provides) is termed "secondary."

       (2)   When the other program does not contain a COB provision, that program is always primary.

11

                                        1994

DSRA000243

<u>SALARIED HEALTH CARE PROGRAM</u>

Art. I, .7(e)(3)

(3)    When the other program contains a COB
provision and the order of benefit
determination under each program's COB
provisions establishes this Program as
primary, the provisions of this Program
determine this Program's liability, regardless
of any payment the other program may have
made.

(4)    When the other program contains a COB
provision, the following order of benefit
determination will be used.

(i)    The program covering the enrollee as an
employee will be primary over the program
covering the enrollee as a dependent.

(ii)    When the enrollee is a dependent child
whose parents are not divorced or
separated, the program covering the
enrollee as a dependent of the parent
whose birthday occurs earlier in the
calendar year will be primary over the
program covering the enrollee as a
dependent of the parent whose birthday
occurs later in the calendar year.  If
the two parents' birthdays fall on the
same day, the program which has covered
the parent for the longer period of time
will be primary.

(iii)    When the enrollee is a dependent child
whose parents are divorced or separated,
and if there is a court order
establishing financial responsibility
with respect to health care expenses of
the child, the program which covers the
child as a dependent of the parent with
such responsibility shall be primary.  If
there is no court order, and the parent
having custody of the child has not
remarried, the program covering the child
as a dependent if the parent with custody
shall be primary.  If there is no court
order and if the parent having custody
has remarried, the program covering the
child as a dependent of the parent having

10                            1994

DSRA000244

<u>SALARIED HEALTH CARE PROGRAM</u>

Art. I, 7(e)(4)(iii)

custody shall be primary, any program covering the child as a dependent of the stepparent shall be secondary, and the program covering the child as a dependent of the parent without custody shall be last in responsibility for payment.

(iv) When rules (i), (ii), and (iii) above do not establish an order of benefit determination, the program which has covered the enrollee for the longer period of time will be primary.

However, if one program covers the enrollee as an active employee (or dependent of such employee) and the other covers the enrollee as a laid-off or retired employee (or dependent of such employee), the program covering the enrollee as an active employee (or dependent of such employee) shall be primary.

(f) Payment of Benefits

(1) If this Program is primary, a carrier may reimburse a secondary program for any amounts paid by such program which should have been provided by this Program.

(2) If benefits under this Program are overpaid by a carrier for any claim involving COB, the carrier shall have the right to recover such overpayment, on the Corporation's behalf, from the hospital, physician, or other provider of service, from the other program, or from the primary enrollee, as appropriate. Alternatively, the Corporation may recover on its own behalf, under Section 9 below.

(3) With regard to any claim for which this Program has secondary liability, benefits provided under this Program shall not exceed the amount of benefits payable if this Program had been primary.

13                              1994

DSRA000245

SALARIED HEALTH CARE PROGRAM

Art. I, 7(f)(4)

(4)    "Benefits paid or payable" under   other
program include the benefits that would have
been payable had a claim been made under the
primary program, or which would have been
payable by the primary program but for the
enrollee's failure to comply with the
provisions of such program.  When a program
provides benefits in the form of services
rather than cash payments, the reasonable cash
value of each service rendered will be deemed
to be a benefit payable by such program.

(5)   When this Program is secondary,

(i)    sanctions provided under this Program
(e.g., for failure to obtain
predetermination, for failure to obtain
a required second opinion, for failure
to obtain services from a panel
provider, etc.) will not apply,

(ii)   payment will not exceed the amount which
would have been paid by this Program had
it been primary,

(iii)  if the primary program's paid or payable
benefits are equal to or greater than
the maximum amount this Program would
have paid if primary, then the Program
will not pay an outstanding balance, if
any; however, the enrollee will receive
credit toward any deductible and/or
copayment to the extent such deductible
and/or copayment would have been applied
if the Program had been primary,

(iv)   no payment will be made for services
which are not covered under this
Program,

14                    1994

DSRA000246

SALARIED HEALTH CARE PROGRAM

Art. I, 7(f)(5)(v)

(v)    the enrollee may be required to provide
information concerning the primary
program's payment or disposition prior
to payment of benefits under this
Program, and

(vi)   if the other plan or program does not
follow the same order of benefit
determination rules set forth in
subsection (e), above, and as a result
both plans or programs take a secondary
position, the Program may pay benefits
not exceeding the amount it would have
paid had it been the primary plan or
program, but such payment shall be
without prejudice to the secondary
position of the Program, and the Program
shall pursue recovery from the other
plan or program and shall be subrogated
to all rights of the enrollee against
the other plan or program.

Section 8. Reimbursement for Third Party Liability

(a)    If health care benefits are paid to, or on behalf of,
an enrollee and if the enrollee makes recovery from a
third party, individual or organization for any
covered expenses for which benefits were paid, the
Program shall be entitled to reimbursement in an
amount equal to the benefits paid to, or on behalf
of, the enrollee under this Program.  Carriers
administering the Program shall take such actions as
may be necessary to preserve or assert such right of
reimbursement on the Program's behalf.

(b)    The enrollee shall provide notice to the carriers (on
behalf of the Corporation) of any such recovery (or
effort to recover) from a third party, and shall
perform such acts and execute and deliver to the
Corporation or the carrier such instruments and
papers as may be necessary or helpful to secure such
rights of reimbursement.  These obligations include
the following:

DSRA000247

<u>SALARIED HEALTH CARE PROGRAM</u>

Art. I, 8(b)(1)

(1)     The Corporation assumes the enrollee's     ght
        to recover payment from any third part   up  o
        the extent of such third party's liab  ity.

(2)     If an enrollee recovers any monies t  ough
        lawsuit, settlement or other means,    e
        enrollee must reimburse the Corpora  n for
        benefits paid.

(3)     The enrollee grants the Corporation a lien on
        any monies the enrollee or the enrollee's
        beneficiaries may recover, either through
        settlement or otherwise, whether the recovery
        is designated economic or non-economic
        damages.

(4)     The enrollee grants the Corporation the right
        to intervene in a lawsuit for the purpose of
        enforcing the Corporation's lien.

(5)     The enrollee grants the Corporation the right
        to recover its legal fees and costs which
        exceed the Corporation's payment of benefits
        from any recovery.

(6)     The enrollee agrees to inform the Corporation
        when the enrollee engages an attorney to
        pursue a claim, and to inform the enrollee's
        attorney of the Corporation's rights under
        this Program.

(7)     The enrollee agrees not to settle any claim or
        take any action which would prejudice the
        Corporation's rights or interests.

Section 9.  <u>Recovery of Benefit Overpayments</u>

If it is determined that any benefit(s) paid to, or on behalf
of, an enrollee under this Program should not have been paid
or should have been paid in a lesser amount, written notice
thereof shall be given to the applicable primary enrollee and
such primary enrollee shall repay the amount of the
overpayment.

DSRA000248

## SALARIED HEALTH CARE PROGRAM

Art. I, 9

If the primary enrollee fails to repay such amount of overpayment promptly, the Corporation shall arrange to recover the amount of such overpayment by making an appropriate deduction or deductions from any monies then payable, or which may become payable, by the Corporation or on the Corporation's behalf, or otherwise, to the primary enrollee in the form of salary, benefits or other compensation.  The Corporation shall have the right, in accordance with applicable Federal laws, to make, or to arrange to have made, deductions for recovering such overpayments from any such present or future salary, benefits or other compensation which are or become payable to such primary enrollee.

17                          1994

DSRA000249

SALARIED HEALTH CARE PROGRAM

Art. II

ARTICLE II
HEALTH CARE COVERAGES

Section 1.  Establishment of Health Care Coverages

Only to the extent and under the terms such benefits continue to
be provided under this Program, as it may be amended from time to
time, the Corporation will make the following available:

(a)    Core Coverages

The Corporation makes available core coverages as set
forth in Appendices A, B and E.

(b)    Non-Core Coverages

The Corporation makes available non-core coverages as
set forth in Appendices C and D.

(c)    Sub-Plans

The Corporation makes available certain sub-plans
including:  the International Health Care Plan (as set
forth in Appendix F) and the Salaried Traditional
option and Comprehensive Medical Expense Program (CMEP)
for employees working in the state of Hawaii (as set
forth in the provisions of the Program in effect prior
to 1993).

Section 2.  Uniform National Health Care Coverages

(a)    The Corporation shall provide health care coverages,
nationwide, as described in this Program, under a
national system by agreement between the Corporation
and Blue Cross and Blue Shield of Michigan, hereinafter
referred to as the Control Plan, or by agreement with
other carriers.

(b)    The Control Plan shall have responsibility for
overseeing the carriers administering the core
coverages described in Appendix A for Basic Medical
Plan, Enhanced Medical Plan and Preferred Provider
Organization option enrollees.

18                                        1994

DSRA000250

SALARIED HEALTH CARE PROGRAM

Art. II, 2(c)

(c)   All carriers agreeing to provide coverages under the
Program, shall do so in accordance with the Program
provisions, and interpretations and benefit practices
established by the Control Plan, as applicable.

(d)   Under the national system each carrier with a written
agreement with the Control Plan will provide the core
coverages described in Appendix A in the carrier's
respective geographic area.  If in any geographic area
such a carrier fails to enter into the agreement as
stated above, or fails to perform in accordance with
its agreement, the Control Plan, with the approval of
the Corporation, may arrange for the provision of such
health care coverages in the geographic area through
alternative means.

(e)   Coverage may be provided through the Health Maintenance
Organization option.  However, the coverages provided
through this option may vary from the coverages
described in Appendices A and B.

Section 3.   Replacement or Supplementation of Coverages

If, in its judgment, the Corporation considers it advisable,
another arrangement may be substituted, in any geographic
area, for all or part of the coverages referred to in Section
1 above.

Section 4.   Selection of Option

The Corporation provides an opportunity for primary enrollees
(other than those primary enrollees set forth in subsection
(e) below) to elect coverages through the options available
under the Program.  Such election also may include a choice
among dental options, where applicable.  The specific choices
offered to a primary enrollee will depend on the primary
enrollee's status, the availability of approved options in
the enrollee's geographic area, and the Medicare status of
the primary and secondary enrollees.  The medical options are
as follows:

19                              1994

DSRA000251

SALARIED HEALTH CARE PROGRAM

Art. II, 4(a)

(a)   Preferred Provider Organization (PPO) Option

This option provides the core coverages described in
Appendix A through access to a panel of providers who
have agreed to provide services under the terms of
participation established by the preferred provider
organization such as limits on fees and controls on
quality and utilization.  Mental health and substance
abuse care for enrollees of this option are provided
under Appendix B.  Extended Care Coverage, under
Appendix E, is available to enrollees of this option.
Core coverages (other than certain screening
tests/examinations and prescription drug coverage, as
set forth in Appendix A and those core coverages under
other appendices) are subject to a 10% copayment
applicable to covered expenses, up to a calendar year
maximum out-of-pocket cost of $1,300 for an individual
and $2,600 for a family.  In order to receive maximum
benefits for covered services, such services must be
obtained through the organization's panel of providers.

(1)   A preferred provider organization assumes
responsibility for conducting utilization reviews,
predetermination of services, or other reviews
necessary to promote quality of care and control
costs.  A preferred provider organization may
place the panel physician and other providers at
financial risk through capitation, withholding of
a percentage of fees, or other mechanisms, or if
not, will have other means to monitor and control
utilization by individual providers on a
continuous basis.

(2)   A preferred provider organization assumes
responsibility for selection and periodic
evaluation of hospitals, physicians, laboratories,
and other providers to ensure sufficient numbers
and types of providers who are geographically
distributed to allow adequate access for
enrollees.

20                          1994

DSRA000252

SALARIED HEALTH CARE PROGRAM

Art. II, 4(a)(3)

(3)   A preferred provider organization assumes
responsibility for providing the scope and level
of benefits set forth in Appendix A, monitoring
the appropriateness of referrals to non-panel
providers, taking affirmative corrective action
with respect to providers when necessary, and
implementing and maintaining other administrative
processes as required by the Corporation.

(4)   Maximum benefits are available only if the
services are rendered by panel providers, or by
non-panel providers if such services are on
referral from a preferred provider organization
panel physician, subject to the conditions below.

(i)    The referring panel physician is responsible
for communicating the referral to the
carrier and monitoring the progress of the
patient.  Any subsequent referrals must be
made by a panel physician.

(ii)   The carrier is responsible for monitoring
referral frequency and patterns, and for
ensuring that additional costs are not
incurred by the Program or the enrollee.

(iii)  A service which would not otherwise be a
covered service does not become a covered
service by virtue of a referral.

(iv)   Payment for a covered service provided by a
non-panel provider, unless the enrollee is
referred by a panel provider or in an
emergency (as determined by the carrier),
will be 70% of the preferred provider
organization's level of payment for the same
service or, if less, 70% of the actual
charge.  The enrollee will be responsible
for the difference between the preferred
provider organization's payment and the non-
panel provider's charge.  The amount of the
enrollee's liability will not be applied to
the $1,300 individual or $2,600 family out-
of-pocket maximum.

21                        1994

DSRA000253

SALARIED HEALTH CARE PROGRAM

Art. II, 4(a)(5)

(5)  Preferred provider organizations may se
Corporation approval to establish speci
contractual relationships with provide   nc
otherwise included under the Program w    i   can
be shown that doing so will improve qu   ity  f
care and enhance cost competitiveness

(b)  Health Maintenance Organization (HMO) Opt   i

This option provides core coverages (othei than
Extended Care Coverage) to enrollees through
physicians, hospitals, and other providers who have
agreed to provide services under the terms established
by the health maintenance organization to limit fees,
assure quality, and control utilization.  Extended Care
Coverage, under Appendix E, is available to enrollees
of this option.

(1)  The types of coverages and the scope and level of
coverages provided under this option may vary
among health maintenance organizations and may be
different than the coverages set forth in
Appendices A and B.

(2)  Most health maintenance organizations provide
health care coverages (including preventive care)
that generally are managed for the enrollee by a
primary care physician.  The primary care
physician is responsible for referring the patient
to other providers of service.  If such referral
is not obtained, the enrollee may be responsible
for charges incurred.

(3)  Under this option, if an enrollee receives
services from a non-health maintenance
organization provider, in a non-emergency
situation or without a referral, such services may
not be covered.

22                          94

DSRA000254

SALARIED HEALTH CARE PROGRAM

Art. II, 4(c)

(c)   Basic Medical Plan (BMP) Option

This option provides the core coverages described in
Appendix A.  Mental health and substance abuse care for
enrollees of this option are provided under Appendix B.
Extended Care Coverage, under Appendix E, is available
to enrollees of this option.  Core coverages (other
than certain screening tests/examinations and
prescription drug coverage as set forth in Appendix A
and those core coverages under other appendices) are
subject to a $900 individual and $1,800 family calendar
year deductible.  No more than $900 for an individual
may be counted toward satisfying the family deductible,
but the family deductible may be met without any
individual meeting the individual deductible amount.
After the deductible is satisfied, a 25% copayment is
required for covered expenses (other than those
exempted from the deductible above), up to a combined
calendar year maximum out-of-pocket expense for
deductibles and copayments of $2,500 for an individual
and $5,000 for a family.  This option contains
predetermination and review procedures required in
order to receive maximum benefits for certain covered
services. These procedures include, but are not limited
to, predetermination (which includes, but is not
limited to, prior authorization or assessment for
non-emergency inpatient admissions), concurrent
utilization review, retrospective utilization review,
and focused utilization review.  In some instances,
special programs (such as foot surgery
predetermination, predetermination of specific
outpatient procedures or second opinions for selected
procedures) will be developed and implemented, as
necessary and practicable, to address specific
utilization problems.

(1)   Benefits for certain covered services, which
require predetermination, when provided without
obtaining necessary predetermination approvals
will be administered according to Program
standards including the provision that
reimbursement be limited to 80% of reasonable and

23                    1994

DSRA000255

SALARIED HEALTH CARE PROGRAM

Art. II, 4(c)(1)

customary charges after the first $100 of expense for such services. The reimbursement to providers will be reduced to reflect any waiver or forgiveness by a provider of the $100 o remaining 20%. Any liability incurred by an enrc lee for failure to comply with the predetermi ion requirement is in addition to the ded tible and copayment amounts (which shall be det rmined after applying this provision).

(2) The predetermination sanctions referred to in subsection (1) above shall not be applicable (i) to an individual enrollee who has incurred a personal expense of $750 for sanctions under this provision for such covered services in a calendar year or (ii) to the covered members of the enrollee's family, if any, after the enrollee and such members have incurred a total of $1,500 in personal expense for sanctions under this provision for such covered services in the same calendar year.

(3) Primary and secondary enrollees eligible for Medicare and enrolled in the Basic Medical Plan option may not be subject to the predetermination and review procedures set forth above for those covered services for which Medicare has primary responsibility.

(d) Enhanced Medical Plan (EMP) Option

This option provides the core coverages described in Appendix A. Mental health and substance abuse care for enrollees of this option are provided under Appendix B. Extended Care Coverage, under Appendix E, is available to enrollees of this option. Core coverages (other than certain screening tests/examinations and prescription drug coverage as set forth in Appendix A and those core coverages under other appendices) are subject to a $300 individual and $600 family calendar year deductible. No more than $300 for an individual may be counted toward satisfying the family deductible, but the family deductible may be met without any individual meeting the individual deductible amount. After the deductible has been satisfied, a 20% copayment will be required for covered expenses (other than those exempted from the deductible above), up to

24                                    1994

DSRA000256

SALARIED HEALTH CARE PROGRAM

Art. II, 4(d)

a calendar year maximum combined out-of-pocket cost for
deductibles and copayments of $1,300 for an individual
and $2,600 for a family.  This option contains
predetermination and review procedures required in
order to receive maximum benefits for certain covered
services. These procedures include, but are not limited
to, predetermination (which includes, but is not
limited to, prior authorization or assessment for
non-emergency inpatient admissions), concurrent
utilization review, retrospective utilization review,
and focused utilization review.  In some instances,
special programs (such as foot surgery
predetermination, predetermination of specific
outpatient procedures or second opinions for selected
procedures) will be developed and implemented, as
necessary and practicable, to address specific
utilization problems.

(1)   Benefits for certain covered services, which
      require predetermination, when provided without
      obtaining necessary predetermination approvals
      will be administered according to Program
      standards including the provision that
      reimbursement be limited to 80% of reasonable and
      customary charges after the first $100 of expense
      for such services.  The reimbursement to providers
      will be reduced to reflect any waiver or
      forgiveness by a provider of the $100 or remaining
      20%.  Any liability incurred by an enrollee for
      failure to comply with the predetermination
      requirement is in addition to the deductible and
      copayment amounts (which shall be determined after
      applying this provision).

(2)   The predetermination sanctions referred to in
      subsection (1) above shall not be applicable (i)
      to an individual enrollee who has incurred a
      personal expense of $750 for sanctions under this
      provision for such covered services in a calendar
      year or (ii) to the covered members of the
      enrollee's family, if any, after the enrollee and
      such members have incurred a total of $1,500 in
      personal expenses for sanctions under this
      provision for such covered services in the same
      calendar year.

                    25                    1994

DSRA000257

SALARIED HEALTH CARE PROGRAM

Art. II, 4(d)(3)

       (3)  Primary and secondary enrollees eligible for
Medicare and enrolled in the Enhanced Medical Plan
option may not be subject to the pre ermination
and review procedures set forth abov for those
covered services for which Medicare as primary
responsibility.

(e)  Options Available to International Service
Personnel, Flexible Service Employees, Cooperative
Students and Employees Working in Hawaii

Unless otherwise noted, employees classified as
International Service Personnel, Flexible Service
Employees, or Cooperative Students and employees
working in Hawaii are not eligible to elect the medical
care options described in subsections (a), (b), (c),
and (d) above. Coverages for such employees are
described below:

(1)  International Service Personnel

Except for employees assigned to Canada and
continuing to reside in the United States (who are
limited to the coverages and options applicable to
salaried employees of United States operations who
reside in the United States), employees classified
as International Service Personnel are eligible for
the coverage provided under the International
Health Care Plan as described in Appendix F.
Extended Care Coverage is not available. Coverage
under the Comprehensive Medical Expense Program of
the Program which was in effect prior to January 1,
1993 is available, provided the enrollee makes the
required monthly contributions.

(2)  Flexible Service Employees

Employees classified as Flexible Service Employees
are only eligible for the core coverages under the
Basic Medical Plan as set forth in subsection (c)
above and in Appendices A and B, and for non-core
coverages as set forth in Appendices C (except
alternative dental plans) and D. They have no
other coverage options. Flexible Service Employees
are not eligible for Extended Care Coverage.

          1994

DSRA000258

SALARIED HEALTH CARE PROGRAM

Art. II, 4(e)(3)

(3)  Cooperative Students

Employees classified as Cooperative Students are
only eligible for the core coverages under the
Basic Medical Plan as set forth in subsection (c)
above and in Appendices A and B.  They have no
other core coverage option.  Cooperative Students
are not eligible for dental or vision coverage and
are not eligible for Extended Care Coverage.

(4)  Employees Working in Hawaii

Employees working in Hawaii are eligible only for
the following coverages as set forth under the
Program in effect prior to January 1, 1993:
Appendix A Traditional option coverage; Appendix B
mental health and substance abuse coverage; and
Appendices C and D dental and vision coverages.
These coverages have been and may be modified from
time to time.  Such employees also are required to
participate in the Comprehensive Medical Expense
Program coverage of the Program in effect prior to
January 1, 1993 (on a contributory basis), unless
they waive medical coverage in accordance with
state law.

27                    1994

DSRA000259

SALARIED HEALTH CARE PROGRAM

Art. III

ARTICLE III
ENROLLMENT, ELIGIBILITY, COMMENCEMENT,
CONTRIBUTIONS AND CONTINUATION

Section 1.  Enrollment

(a)  An eligible primary enrollee must complete
application for the coverages in which the enrollee
elects to participate.  The application or enrollment
form shall include an authorization for payroll or
retirement check deductions for contributions which may
be required.  A primary enrollee not making an
election, completing an application or authorizing
deductions (enrollee contributions) may be assigned to
an option by the Corporation or may have coverage
suspended pending such election, application or
authorization.

(1)  At the primary enrollee's option such coverage may
include the following enrollment classifications:
(i) self only, (ii) self and spouse, (iii) self and
child (children), or (iv) self and family.  Family
coverage shall include only spouse and eligible
children as defined in Section 9 of this Article.

(2)  Primary enrollees who are employees eligible for
all coverages under the Program and to participate
in the Flexible Benefits Program may elect (i) core
coverages alone, (ii) core coverages plus any or
all non-core coverages, (iii) any or all non-core
coverages without core coverages, (iv) to "opt out"
of some or all coverages and have "benefit dollars"
applied to other benefits or (v) to waive all
coverages to be enrolled as a dependent of another
primary enrollee.  Those who opt out of or to waive
coverage may be subject to restrictions on
reenrollment.

(3)  Primary enrollees who are retirees or surviving
spouses may elect (i) core coverages alone, (ii)
core coverages plus any or all non-core coverages,
(iii) any or all non-core coverages without core
coverages, (iv) to waive coverage to be covered as

28                          1994

DSRA000260

SALARIED HEALTH CARE PROGRAM

Art. III, 1(a)(3)

a dependent of another primary enrollee or (v)
reject coverages. Waiving or rejecting coverage
may result in restrictions on reenrollment.
Retirees and surviving spouses must elect Medical
Plan coverage in order to have Extended Care
Coverage, but may decline Extended Care Coverage
while retaining Medical Plan coverage. However, if
they do so, they may be ineligible to participate
in it at a later date. Also, retirees and
surviving spouses who are eligible to continue
participation in the Program only on a self-paid
basis will not be permitted to enroll/reenroll if
they do not elect to enroll when first eligible or
initially enroll but have coverage discontinued for
failure to make the required contributions.

(4)  The primary enrollee's election shall apply to all
     dependents.

(5)  When a husband and wife both qualify as primary
     enrollees, each may make a separate election.
     However, no individual may have coverage as both a
     primary and a secondary enrollee, nor as a
     secondary enrollee under more than one primary
     enrollee.

(6)  If a primary enrollee's coverage otherwise
     available under this Program is waived or canceled,
     and based upon such waiver or cancellation the
     primary enrollee receives some financial
     consideration from the Corporation (under this or
     any other Corporation plan or program), such
     primary enrollee shall be precluded from coverage
     as a secondary enrollee under another person's
     coverage, for a period of time equal to that upon
     which such consideration is based. This provision
     also applies to secondary enrollees, if any,
     included in the waiver or cancellation on which
     such consideration is based.

29                          1994

DSRA000261

SALARIED HEALTH CARE PROGRAM

Art. III, 1(a)(7)

(7)    At their option, retired employees or surviving
spouses who are enrolled for ealth care
coverages as provided in the rogram, and who
have permanently changed the residence from the
service area of the carrier ith which they are
enrolled for such coverages may transfer their
coverages to a local carrie serving the area in
which they reside.

Such transfers shall become effective the first
day of the month following the receipt of the
application for transfer.  Two transfers shall
be allowed in any calendar year.

(8)    The Corporation may continue to make arrangements
for employees and retirees of locations in the
United States (including eligible surviving
spouses of such former employees) who live in
Canada and are eligible for Corporation
contributions for health care, to elect on an
optional basis to participate in the hospital,
surgical, medical, prescription drug, hearing
aid, dental, vision, Comprehensive Medical
Expense Insurance Program, mental health and
substance abuse coverages, and/or other coverages
as may be provided for eligible employees of
General Motors Canadian operations.

The Canadian coverages, if elected, will be in
lieu of coverages available at the location where
employed or from which retired.  Such election
shall remain in effect while the primary enrollee
remains a resident of Canada.

(b)    The primary enrollee may be required to make monthly
contributions as set forth in the Program, according
to the primary enrollee's status, the enrollment
classification, the option elected, the dicare
status of nrollees, and the type and nu r of
dependents enrolled.

-30                              394

DSRA000262

SALARIED HEALTH CARE PROGRAM

Art. III, 2

Section 2.   Dates of Eligibility, Commencement of Coverages,
and Corporation Contributions for Active Employees

(a)   Eligibility and Commencement of Coverages for Current
and New Employees

An employee shall become eligible for all Program
coverages on January 1, 1994 or, if later, on the
first day of the third month following the month of
hire, provided the employee is in active service on
the first working day of such month. Salaried
employees working in Hawaii become eligible the first
day of the month following the month of hire.  United
States salaried employees hired directly to
International Service Personnel positions (ISP-U.S.)
are eligible for coverage upon date of hire.  If an
employee is not in active service on the date
coverages otherwise would start, coverages will
become effective upon the employee's return to work.

(b)   Eligibility and Commencement of Coverages
for Employees Returning to Active Work

If an employee's coverages are discontinued and the
employee subsequently returns to active work,
eligibility for coverages shall be determined in
subsection (a) above, except as provided in
subsections (1) through (4) below.

(1)   Returning From Layoff or Leave of Absence

If an employee's coverages were discontinued
while on layoff or leave of absence and the
employee returns to active work with unbroken
length of service, the employee shall be
eligible for health care coverages immediately
on the date of return to active work with the
Corporation.

(2)   Returning From Separation From Service Due to a
Quit or Discharge

If separation from service was due to a quit or
discharge but the employee is reemployed within

31                         1994

DSRA000263

SALARIED HEALTH CARE PROGRAM

Art. III, 2(b)(2)

31 days, the employee shall be eligible fo.
health care coverages immediately on the   :e of
return to active work.

(3)   Returning From Separation From Service f :
Reason Other Than Quit or Discharge

If separation from service was due to a reason
other than quit or discharge and the employee
had health care coverages in effect before
breaking length of service, and if the employee
returns to active work within a period of 24
consecutive months, the employee shall be
eligible for health care coverages immediately
on the date of return to active work with the
Corporation.

(4)   Returning From Military Leaves of Absence

An employee reporting for work from military
leave of absence in accordance with the terms of
such leave shall be eligible for health care
coverages as of the date the employee reports
available for work.

(5)   Transferring To/From Regular Active Service
From/To International Service Personnel,
Cooperative Student or Flexible Service Status

If an employee transfers to/from regular full-
time status from/to International Service
Personnel, Cooperative Student or Flexible
Service status, the employee shall be eligible
for health care coverages, based on the new
status, effective with the first day of the
month following the change of status, unless the
change of status is on the first day of the
month in which case the change of coverage is
effective that day.

32                                    1994

DSRA000264

SALARIED HEALTH CARE PROGRAM

Art. III, 2(c)

(c)    Corporation Contributions for Employees in Active
Service

(1)    With respect to any month in which the employee
is in active service with the Corporation and
eligible for coverage as specified in this
Section 2 as of the beginning of the month, the
Corporation shall make contributions for that
month's coverages as specified in the Program.

(2)    With respect to any month in which an employee
does not meet the requirements of subsection
2(c)(1) above by virtue of not being in active
service at the beginning of the month, but in
which an employee returns to work and is
eligible for reinstatement of coverages under
subsection 2(b) above, the Corporation shall
make contributions as specified in the Program
effective with the date of return to work.

Section 3.    Continuation of Coverages During Layoff

(a)    Health care coverages will be provided until the end
of the month in which the employee is last in active
service.

(b)    Dental coverages shall not be continued during
periods of layoff beyond the end of the month in
which the employee is last in active service.

(c)    As set forth in subsections (d), (e) and (f) below,
core and vision coverages shall be continued during
periods of layoff for up to 25 consecutive months
(except as provided in the following paragraph)
following the last month of coverage for which the
Corporation contributed for the employee in
accordance with subsection (a) above, provided the
employee's length of service is not broken.

Notwithstanding any other provisions of this Section 3,
if an employee is on layoff and returns to active work
with the Corporation as a Regular Employee-Temporary
Assignment (RETA) and subsequently returns to layoff
status, the number of months for which coverage may be
continued as of the first day of the month next

33              PLUS 33A    1994

DSRA000265

SALARIED HEALTH CARE PROGRAM

Art. III, 3(c)

following the month in which the employee last works,
and the number of months for which the Corporation
shall contribute for any such continued coverage,
shall be equal to the number of such months,
respectively, which were available as of the last day
of the month immediately preceding the date of return
to work with the Corporation.

33A                    1994

DSRA000266

SALARIED HEALTH CARE PROGRAM

Art. III, 3(d)

(d) The Corporation has established a schedule, set forth
in subsection (e) below, on the basis of length of
service as of the date of layoff, under which the
Corporation will contribute, during a specified
number of full calendar months of layoff, for core
and vision coverages continued in accordance with
subsection (c) above.

(e) Schedule of Continuance of Core and Vision Coverages
for Employees on Layoff

| Length of Service (months) | # of Months of Full Corporation Contribution | Maximum Months of Coverage Self-Paid 50% |
|---|---|---|
| 4 | - | 4 |
| 5 | - | 5 |
| 6 | - | 6 |
| 7 | - | 7 |
| 8 | - | 8 |
| 9 | - | 9 |
| 10 | - | 10 |
| 11 | - | 11 |
| 12 | 12 | 0 |
| 13, but less than 120 | 13 | 0 |
| 120 or more | 25 | 0 |

(f) Employees with less than 12 months length of service as
of the date of layoff shall pay 50% of the full cost to
continue coverages in accordance with the Schedule
shown in (e) above. The maximum duration of
continuation in the Program is as shown.

(g) Employees eligible for Income Protection Plan (IPP)
benefits may be eligible for certain health care
coverages as determined by that program.

(h) Employees Placed On Layoff From Disability Leave
of Absence

For an employee at work on or after March 1, 1982 who,
upon reporting for work from an approved disability
leave of absence, is immediately placed on layoff, the
day the employee reports for work shall be deemed to be
the last day in active service prior to layoff for
purposes of this Section. The coverages to be
continued during such layoff will be those for which
the employee was covered on the actual day last worked.

34                                                    1994

DSRA000267

SALARIED HEALTH CARE PROGRAM

Art. III, 3(i)

    (i)   Employees Placed On Layoff From Military Leave of
Absence

        If an employee reports for work from military leave of
absence in accordance with the terms of such leave and
is immediately placed on layoff, the day the employee
reports for work shall be deemed to be the last day
worked prior to layoff but only for purposes of
determining the period of continuation and eligibility
for Corporation contributions for such coverages under
the provisions of the Program applicable to laid-off
employees.

Section 4.  Continuation of Coverages During
           Disability Leave of Absence

    (a)   Health care coverages (other than dental for an
approved disability leave of absence commencing prior
to September 17, 1979) shall be continued for the
duration of an approved disability leave of absence
provided the employee is totally and continuously
disabled and makes any required monthly contributions.

    (b)   If an employee's disability leave is canceled because
the period of such leave equaled the length of the
employee's service, coverages continued while on
disability leave, in accordance with subsection (a)
above, shall continue to remain in force in any month
in which the employee continues to receive salary
continuation, Sickness and Accident Benefits or
Extended Disability Benefits in accordance with the
General Motors Life and Disability Benefits Program for
Salaried Employees subsequent to such cancellation.
This provision is contingent upon the employee making
any required monthly contribution.

    (c)   The Corporation shall make contributions, in accordance
with Program provisions, for health care coverages
continued in accordance with subsections (a) and (b)
above.

              1994

DSRA000268

SALARIED HEALTH CARE PROGRAM

Art. III, 5

Section 5.  Continuation of Coverages During
            Other Leaves of Absence

(a)    Employees on leave of absence under the Family and
       Medical Leave Act of 1993 shall have coverages
       continued in accordance with that Act.  Health care
       coverages for an employee on any other type of
       approved non-disability leave of absence shall be
       continued to the end of the month in which the employee
       is last in active service.

(b)    An employee who desires to continue coverages (other
       than dental) beyond the period specified in subsection
       (a) above may do so, provided the employee contributes
       for coverage as described in (1), (2) and (3) below.

       (1)    Interim Special Leave.  Coverage may be continued
              for up to 24 months provided the employee pays
              50% of the full monthly cost for the first 12
              months and 100% of the full monthly cost
              thereafter.

       (2)    Educational Leave.  Coverage may be continued for
              the duration of such leave provided the employee
              pays 50% of the full monthly cost.

       (3)    Coverage for all other non-disability leaves may
              be continued for up to 12 months provided the
              employee pays 50% of the full monthly cost.

(c)    From time to time, the Corporation may establish
       certain leave programs under which employees may be
       offered limited continuation privileges provided they
       make specified monthly contributions.  Such programs
       may vary in percentage of the full cost of coverage
       which the employee is required to pay and in the length
       of the continuation period as stipulated by the leave
       program.

                              36                        1994


                                                       DSRA000269

SALARIED HEALTH CARE PROGRAM

Art. III, 5(d)

(d)   If an employee has not broken service and has continued coverages as provided in subsection (b) above during an approved leave of absence other than for disability, granted because of a clinically anticipated disability based on the natural course of the employee's diagnosed condition, and presents medical certification from the employee's personal physician, satisfactory to the Corporation, that the employee is totally disabled, health care coverages shall be provided, as of the date such certification is presented, on the same basis as set forth in Section 4.

(e)   The Corporation shall make contributions for health care coverages continued in accordance with subsection (d) above, on the same basis as set forth in Section 4, as of the date certification of disability is presented.

Section 6.   Continuation of Coverages Upon Retirement or Termination of Employment at Age 65 or Older

(a)   An employee who retires under the General Motors Retirement Program for Salaried Employees (other than a deferred vested retirement) or terminates employment at age 65 or older (for any reason other than a discharge for cause) may continue health care coverages.

(b)   An employee who upon retirement is not enrolled for the coverages as provided in subsection (a) above may enroll for health care coverages to which entitled at the time of or subsequent to retirement. Such coverage shall become effective on the first of the month following receipt of application from such retired employee.

(c)   The Corporation shall make contributions, in accordance with Program provisions, for health care coverages continued in accordance with subsections (a) and (b) above, except for:

(1)   an employee who retires voluntarily at or after age 55 and prior to age 60, when age and credited service total less than 85;

(2)   an employee age 60 or older, but less than age 65, who retires prior to February 1, 1989 without being eligible for retirement benefits;

37                                    1994

DSRA000270

SALARIED HEALTH CARE PROGRAM

Art. III, 6(c)(3)

    (3)    an employee who retires on or after February 1,
1989 with less than ten years of credited service
under the General Motors Retirement Program for
Salaried Employees; or

    (4)    an employee whose continuous service with the
Corporation commences on or after January 1, 1993
and who retires after that date.

Individuals specified in (1), (2), (3) and (4) above
must pay the full cost in order to continue coverages.
If they decline to continue, or discontinue making the
required contributions, they will not be eligible to
reenroll.

Section 7.  Continuation of Coverages Upon Termination of
Employment Other Than by Retirement or Death

Except as provided in subsection (b) of this Section 7, when an
employee quits or is discharged, any health care coverages in
effect shall cease automatically as of the last day of the month
in which the employee quits or is discharged.

    (a)    Following termination of employment other than by
retirement or death, the former employee shall be
entitled to continuation of coverages provided under
applicable Federal laws (see Section 11, below), or to
obtain a conversion contract (see Section 10, below).

    (b)    From time to time the Corporation may establish certain
separation programs under which employees separating
may be offered limited health care coverage
continuation privileges.  In such cases, acceptance of
Program continuation under the separation program shall
be an alternative to self-paid continuation under
applicable Federal laws.  Employees separating under
such programs must choose between Program continuation
and self-paid continuation.

DSRA000271

SALARIED HEALTH CARE PROGRAM

Art. III, 8

Section 8.   Continuation of Coverages for the Survivor
of Employees, of Retired Employees
or of Certain Former Employees

(a)   General Provisions

(1)   If a primary enrollee dies after coverages are in
effect under the Program, coverage for any enrolled
dependents (including sponsored dependents) will
cease at the end of the month in which the primary
enrollee dies. Thereafter, a surviving spouse may
be eligible to enroll in and/or continue coverages
as provided in subsections (b) through (h), below.

(2)   When an employee or retiree dies and leaves no
surviving spouse eligible for coverages under this
Section 8, any remaining enrolled dependents
(including a spouse who is ineligible for surviving
spouse coverage under this Section 8 due to having
been married to the deceased employee for less than
the one full year immediately preceding the date of
death) whose coverage terminates at the end of the
month in which the employee or retiree dies, may be
eligible to continue coverages, on a self-paid
basis, under applicable Federal laws (see Section
11, below) or to obtain a conversion contract (see
Section 10, below).

(3)   For purposes of this Section 8, "surviving spouse"
does not include a former employee's spouse who is
eligible only for a deferred retirement benefit
under the General Motors Retirement Program for
Salaried Employees; a spouse or former spouse who
is receiving, or eligible to receive, a pre-
retirement survivor benefit under the above
referenced retirement program; or a spouse who is
enrolled as a sponsored dependent.

(4)   Coverage which may be available under this Section
8 to a surviving spouse is available as an
alternative to the continuation privilege which may
be provided under Federal law (see Section 11,
below). The surviving spouse must make an election
no later than 60 days following the later of the
end of the month in which the death of the employee

39                          1994

DSRA000272

SALARIED HEALTH CARE PROGRAM

Art. III, 8(a)(4)

or retiree occurs or the date of notice of available options by the Corporation. A surviving spouse who is ineligible for Corporation contributions and who fails to make a timely election as indicated above will not be permitted to enroll for coverage at a later date.

(5)   Except as provided in Article III, Section 9(c)(2), below, a surviving spouse continuing coverage under this Section 8 may not add dependents to the coverage. Coverage may be continued for dependent children and sponsored dependents enrolled as of the decedent's date of death, subject to their continued satisfaction of Program eligibility criteria.

(6)   A surviving spouse age 65 or older and eligible to enroll for coverage under Medicare Part B must enroll, and maintain enrollment, in Medicare Part B in order to be eligible for Corporation contributions for coverage under this Program. If not enrolled in Medicare Part B, such surviving spouse must pay the full cost to continue Program coverage. If the surviving spouse fails to make the payments necessary to continue coverage, and as a result coverage is not activated or is canceled, eligibility for coverage under the Program may cease. However, if the surviving spouse remains eligible, coverage will not be reinstated unless/until the surviving spouse demonstrates enrollment in Medicare Part B.

(7)   When a surviving spouse is required to make contributions to continue coverages, the contributions shall be paid directly to the Corporation or its agent on or before the first day of the month for which such coverages are to be provided, or such other due date as may be established by the Corporation. Failure to make the required monthly contributions by the end of the month for which coverage is to be provided will result in cancellation of coverage.

DSRA000273

SALARIED HEALTH CARE PROGRAM

Art. III, 8(a)(8)

(8)   Once coverage is rejected, or canceled
failure to make required contributions    : may
only be reinstated if the surviving spc   e was
continuously eligible for coverage but  ot
enrolled under the Program pending enr llment in
Medicare Part B [see subsection (6), above] or
not enrolled as a surviving spouse due to being
enrolled as a primary or secondary enrollee
under other provisions of the Program.

(b)   Employees and Retirees Whose Deaths Occur Prior to
November 1, 1993

The continuation period of a surviving spouse whose
coverage as such commenced prior to November 1, 1993
shall be in accordance with the provisions of the
Program applicable as of the date of the employee's or
retiree's death.

(c)   Employees Whose Deaths Occur Prior to Becoming
Eligible for Coverage Under the Program

(1)   If the surviving spouse was married to the
deceased employee for at least the one full year
immediately preceding the date of death, and the
employee dies prior to becoming eligible for
coverages under the Program, the Corporation
will permit the surviving spouse to enroll for
core coverages on a self-paid basis.

(2)   If such surviving spouse elects to enroll for
coverage in accordance with subsection (c)(1)
above, coverage may be continued for at least 24
months. If, as of the employee's date of death,
the surviving spouse's age is at least 45 or the
surviving spouse's age when added to the
deceased employee's years of credited service
totals 55 or more, coverage may be continued
beyond the 24 months, to the earliest of the
surviving spouse's remarriage, attainment    age
62 or death.

41            1994

DSRA000274

SALARIED HEALTH CARE PROGRAM

Art. III, 8(d)

(d)    **Employees Whose Deaths Occur After Becoming Eligible for Coverage But Prior to Attaining Ten Years of Credited Service**

   (1)   If the surviving spouse was married to the deceased employee for at least the one full year immediately preceding the date of death, and the employee dies after becoming eligible for coverage but prior to attaining ten years of credited service, the Corporation will make contributions to continue core coverages for 12 months. Thereafter, the surviving spouse may continue coverages for at least an additional 12 months, on a self-paid basis.

   (2)   If, as of the employee's date of death, the surviving spouse's age is at least 45 or the surviving spouse's age when added to the employee's years of credited service totals 55 or more, the self-paid coverage may be continued beyond the period specified in subsection (1) above, to the earliest of the surviving spouse's remarriage, attainment of age 62 or death.

(e)    **Employees Whose Deaths Occur After Attaining Ten or More Years of Credited Service But Prior to Being Eligible to Retire Voluntarily**

   (1)   If an employee dies after becoming eligible for health care coverage and after attaining ten years of credited service but prior to becoming eligible to retire voluntarily under the Corporation's salaried policies and procedures, and if the surviving spouse is receiving a Part B survivor benefit under the General Motors Retirement Program for Salaried Employees, the Corporation shall make contributions for the surviving spouse to continue core and non-core coverages

      (i)   until the later of 24 months, the surviving spouse's remarriage or the surviving spouse's death, if the deceased employee was hired prior to January 1, 1993, or

42                         1994

DSRA000275

<u>SALARIED HEALTH CARE PROGRAM</u>

Art. III, 8(e)(1)(ii)

        (ii) for 12 months, if the employee was hired on or after January 1, 1993. Following this 12-month period the surviving spouse may continue coverages on a self-paid basis for an additional 12 months, and thereafter until remarriage.

    (2) If the deceased employee meets the criteria of this subsection (e) but the surviving spouse is not eligible for a Part B survivor benefit under the referenced Retirement Program, the surviving spouse will be eligible to continue coverages as in subsection (d), above.

(f) Employees Whose Deaths Occur After Becoming Eligible to Retire Voluntarily

    (1) If an employee dies after becoming eligible to retire voluntarily under the Corporation's salaried policies and procedures, the Corporation shall make contributions for the surviving spouse to continue core and non-core coverages until the death of the surviving spouse, provided

        (i) the employee was hired prior to January 1, 1988 and has 30 or more years of credited service as of the date of death,

        (ii) the employee has at least ten years of credited service and the employee's age when added to the employee's years of credited service as of the date of death total 85 or more, or

        (iii) the employee has at least ten years of credited service and is age 60 or older as of the date of death and the surviving spouse is receiving a Part B survivor benefit under the Salaried Retirement Program.

    (2) If the employee was hired prior to January 1, 1993 but does not meet the criteria of subsections (1)(i), (ii), or (iii) above, or if the employee was hired on or after January 1, 1993, the Corporation shall make contributions

43                        1994

DSRA000276

SALARIED HEALTH CARE PROGRAM

Art. III, 8(f)(2)

for the surviving spouse to continue core and non-core coverages for 12 months. Thereafter, the surviving spouse may continue coverage on a self-paid basis.

(g)   Employees Whose Loss of Life Results From Employment With General Motors Corporation

(1)   If an employee's loss of life results from accidental bodily injuries caused solely by employment with General Motors Corporation, and results solely from an accident in which the cause and result are unexpected and definite as to time and place, the Corporation will make contributions for the surviving spouse to enroll in and/or continue core and non-core coverages until remarriage.

(2)   If such surviving spouse remarries and would have been eligible to continue coverages for a longer period under any subsection above, coverages may be continued in accordance with the appropriate subsection, with coverages and Corporation contributions continued under this subsection counted toward the maximum continuation periods specified in the applicable subsection.

(h)   Retirees

(1)   If the surviving spouse is eligible only for sponsored dependent coverage as of the retiree's date of death, and is not enrolled as such, no coverage is available. If enrolled as a sponsored dependent, only conversion is available (see Section 10, below).

(2)   If the retiree's coverage in retirement is self-paid, and the surviving spouse is enrolled or eligible to be enrolled as a spouse, the surviving spouse may enroll in and/or continue core and non-core coverages on a self-paid basis until death. The election and required payments must be made in a timely manner [see subsection (a), above].

44                          1994

DSRA000277

SALARIED HEALTH CARE PROGRAM

Art. III, 8(h)(3)

    (3)    If the retiree is receiving or entitled to
receive Corporation contributions for cove  ge
in retirement and if the surviving spouse
enrolled or eligible to be enrolled as the
retiree's spouse as of the date of death,  ne
surviving spouse is eligible for Corpora'  )n
contributions for core and non-core cov   ges
until death.

Section 9.  Dependent Eligibility Provisions

  (a)   General Provisions

    (1)    As used in this Section 9, when reference is made
to a person (i.e. - person A) being "dependent
upon" another person (i.e. - person B), the term
shall mean that person B may legally claim, and
does claim, an exemption for person A, under
Section 151 of the Internal Revenue Code, for
Federal income tax purposes.

    (2)    The provisions of this Section 9 apply with
respect to enrollment of certain dependents as
secondary enrollees under primary enrollees who
elect "self and spouse," "self and child
(children)," or "self and family" enrollment, in
accordance with Article III, Section 1(a)(1) of
the Program and to enrollment of sponsored
dependents under subsection (d) below.  Unless
specifically provided otherwise in the Program,
such a dependent has no individual or personal
right of enrollment, right to select an option
within the Program, or right to continue coverages
under the Program.

    (3)    The Corporation shall have the sole right of
determining eligibility of a dependen⁻, consistent
with the provisions of this Program.

    (4)    A primary enrollee claiming initial c  ontinuing
eligibility of a dependent shall be re. )nsible
for informing the Corporation of any ch...ge in
status of the dependent which may affec
eligibility for coverage under the Prog: \.  The

DSRA000278

SALARIED HEALTH CARE PROGRAM

Art. III, 9(a)(4)

primary enrollee shall furnish whatever
documentation the Corporation requests or which
may be necessary to substantiate the claimed
eligibility of a dependent and the social security
number of each dependent who is eligible for one.
Refusal or failure to furnish such documentation
when requested to do so, or to furnish the social
security number within a reasonable period of
time, shall result in denial or withdrawal of
eligibility for such dependent.

(5)   Unless otherwise provided, a dependent who loses
eligibility in accordance with the provisions of
this Program, and who once again meets the
requirements for dependent eligibility, may have
coverage reinstated.

The effective date of coverage in such cases will
be the first day of the month following the month
in which a valid enrollment form and any necessary
or requested supporting documentation is received
by the Corporation.

(6)   When, as a result of oversight or error, an
eligible primary or secondary enrollee entitled to
coverage is not enrolled in a timely manner,
coverage may be provided retroactive to the date
of eligibility that would have been established if
proper processing had occurred.  However, the
retroactivity will not exceed 12 months from the
month in which the error or omission is
discovered, unless the error or omission is on the
part of the Corporation.

This retroactive enrollment provision shall not
apply to surviving spouses who are not entitled to
Corporation contributions for coverage.  Such
surviving spouses electing to continue coverages
on a self-paid basis must make such election as
stipulated in Article III, Section 8 (a).  This
retroactive enrollment provision also shall not
apply to sponsored dependents, as discussed in
subsection (d) below.

46                          1994

DSRA000279

SALARIED HEALTH CARE PROGRAM

Art. III, 9(a)(7)

(7)    The receipt of a benefit under the General Motors
Retirement Program for Salaried Employees as an
"alternate payee" in accordance with the
Retirement Equity Act of 1984 shall not serve to
entitle such recipient to coverages or
continuation of coverages under this Program.

(8)    Any dependent, including a spouse, acquired by a
retiree on or after July 1, 1988, will be limited
to coverage as a sponsored dependent as set forth
in subsection (d) below.  A dependent is not
"acquired" after retirement if the dependent's
relationship with the primary enrollee was
established prior to the primary enrollee's
retirement and has existed continuously
thereafter.

(9)    Provisions will be made for the enrollment and
administration of coverage for an individual
determined to qualify for coverage pursuant to a
Qualified Medical Child Support Order (QMCSO)
under the provisions of the Omnibus Budget
Reconciliation Act of 1993 (OBRA '93).

(b)    Spouse

(1)    The spouse of an eligible and enrolled employee or
retiree shall be eligible for coverage except as
stated in subsection (a)(8) above.  A surviving
spouse of an employee or retiree, as defined in
Section 8 above, may not have or add a new spouse
as a dependent.

(2)    A spouse by common-law marriage shall be eligible
for coverage only to the extent such relationship
is recognized by the laws of the state in which
the employee or retiree is enrolled, and the
employee or retiree has met such requirements for
documentation of the status as may be necessary by
law and required by the Corporation.

(3)    The effective date of coverage for a spouse shall
be the later of the effective date of coverage for
the employee or retiree, or the date of marriage.
For a common-law spouse, the effective date of
coverage shall be the date of receipt by the
Corporation of a completed enrollment form and any
necessary or requested supporting documentation.

47                    1994

DSRA000280

SALARIED HEALTH CARE PROGRAM

Art. III, 9(b)(4)

(4)  A spouse's eligibility for coverage shall cease on the earlier of:

(i)  the date the primary enrollee's coverage ceases, except that, in the case of the primary enrollee's death, coverage shall cease on the last day of the month in which the primary enrollee dies, unless the spouse is eligible for coverage as a surviving spouse as set forth in Section 8 of this Article, or

(ii)  the date of the final decree of divorce.

(c)  Children

(1)  Children of a primary enrollee, or of the spouse of an eligible and enrolled employee or retiree, shall be eligible for coverage if, as to each child, all of the following criteria are met.

(i)  Relationship.  The child must be the child of the primary enrollee, or of an employee's or retiree's spouse, by birth or legal adoption.

This requirement will be deemed to have been met for a child who was properly enrolled under the then applicable Program's "guardianship" or "principally supported child" provisions as of October 31, 1992, who has continued to be the primary enrollee's dependent since that time, and who has continuously satisfied the other eligibility criteria for children.

A child in the process of being adopted by a primary enrollee will be deemed to satisfy the relationship test when the primary enrollee takes physical custody of the child pursuant to the adoption procedure and the child resides with the primary enrollee. or on an earlier date if required under OBRA '93.

48                          1994

DSRA000281

SALARIED HEALTH CARE PROGRAM

Art. III, 9(c)(1)(ii)

(ii) Age.  The child must not have reached the
end of the calendar year in which the child
becomes age 19, unless such child has been
determined to be totally and permanently
disabled prior to the end of that year or is
a full-time student, as indicated below.

For the purposes of this subsection,
"totally and permanently disabled" means
having any medically determinable physical
or mental condition which prevents the child
from engaging in substantial gainful
activity and which can be expected to result
in death or be of long-continued or
indefinite duration.

In case of dispute over the nature of the
condition, the Corporation's Medical
Director's decision shall be final.

Coverage will not be reinstated for a child
who first becomes totally and permanently
disabled after the end of the calendar year
in which age 19 is attained or who was
eligible for coverage as a totally and
permanently disabled child, recovers, and,
after the end of such calendar year again
becomes so disabled.

A child who has reached the end of the
calendar year in which such child turns age
19, has not reached the end of the calendar
year in which such child turns age 25 and
has not been identified as totally and
permanently disabled, will satisfy this age
requirement only if such child is a full-
time student for at least five months during
the calendar year.  While the child
continues to maintain such student status,
coverage may be continued, but in no event
beyond the end of the calendar year in which
such child turns age 25.

49                          1994

DSRA000282

SALARIED HEALTH CARE PROGRAM

Art. III, 9(c)(1)(iii)

    (iii) Marital Status.  The child must be unmarried.

    (iv) Residency.  The child must reside with the primary enrollee, as a member of such enrollee's household.  A child temporarily away from home while attending school will be deemed to meet this residency requirement.

    The residency requirement also will be deemed to be met if the child is not a member of the primary enrollee's household, but the primary enrollee is legally responsible, pursuant to a court order, for the provision of health care for the child. However, if the legal responsibility is established pursuant to a paternity order or any other order which does not meet the requirements for a QMCSO under OBRA '93, the non-resident child must meet the dependency definition in subsection (a)(1), above.

(2) An eligible surviving spouse may not enroll a child unless the child was eligible to be enrolled prior to the death of the employee or retiree or, in the case of a child born after the death of the employee or retiree, unless such child is the issue of the surviving spouse's marriage to the deceased employee or retiree, and was conceived prior to such employee's or retiree's death.

(3) The effective date of coverage for a child shall be the later of the effective date of coverage for the primary enrollee, or in the case of:

(i) A birth - the date of birth;

(ii) A legal adoption - the date the adoptive parent(s) takes physical custody of the child pursuant to the adoption process, or an earlier date if required under OBRA '93; and

50                1994

DSRA000283

SALARIED HEALTH CARE PROGRAM

Art. III, 9(c)(3)(iii)

              (iii) A stepchild - the date the child becomes a
                    member of the employee's or retiree's
                    household.

      (4)  A child, as defined above, shall cease to be
           eligible for coverage as of:

           (i)    the date of marriage of such child;

           (ii)   the last day of the month in which the child
                 ceases to meet the residency criteria of
                 subsection (c)(1)(iv) above;

           (iii)  the last day of the calendar year in which
                 the child becomes age 19, except in the case
                 of a totally and permanently disabled child
                 (in which case, eligibility shall cease as
                 of the last day of the month in which the
                 child ceases to be totally and permanently
                 disabled as defined by this Program or fails
                 to satisfy other criteria for continuing
                 coverage) or in the case of a child who is a
                 full-time student at least five months
                 during each calendar year (in which case
                 coverage may be continued for such years but
                 in no event beyond the end of the year the
                 child turns age 25);

           (iv)   the date the primary enrollee's coverage
                 ceases, except that, in the case of the
                 primary enrollee's death, coverage for such
                 child shall cease on the last day of the
                 month in which the primary enrollee dies,
                 unless such child is eligible for coverage
                 as a dependent child of the surviving spouse
                 of such employee or retiree; or

           (v)    the last day of the month in which the child
                 ceases to be dependent upon the primary
                 enrollee, for children whose eligibility is
                 being continued under the "guardianship" or
                 "principally supported child" provisions of
                 a prior Program.

                       1994

DSRA000284

SALARIED HEALTH CARE PROGRAM

Art. III, 9(d)

(d)   Sponsored Dependents

Any dependent, including a spouse, acquired by a
retiree on or after July 1, 1988, will be limited to
coverage as a sponsored dependent.  A dependent is not
"acquired" after retirement if the dependent's legal
relationship with the primary enrollee was established
prior to the primary enrollee's retirement and has
existed continuously thereafter.

(1)   A primary enrollee (other than one classified as a
Flexible Service Employee or a Cooperative
Student) may obtain core coverages (other than
Extended Care Coverage) for certain dependents
other than those specified in subsections (b) and
(c) above.  Such dependents shall be limited to:
.(i) children of the primary enrollee or the
primary enrollee's spouse who reside with the
primary enrollee but who are ineligible for
coverage as dependent children due to age, (ii)
children residing with the primary enrollee and
who are the children of individuals who themselves
are eligible and enrolled for coverage as
dependent children of the primary enrollee, (iii)
children whose parents are both deceased, who
reside with the primary enrollee and for whom the
primary enrollee and/or the primary enrollee's
spouse is the legal guardian pursuant to a court
order, (iv) dependent parents of the primary
enrollee or primary enrollee's spouse, and (v) a
spouse or children acquired after retirement as
set forth in subsection (a)(8) above.  Before
becoming eligible for coverage, sponsored
dependents who are not citizens of the United
States must reside in the United States for one
full year, and must be legally entitled to remain
in the United States indefinitely.  Sponsored
dependents must be dependent upon the primary
enrollee as defined in subsection (a)(1) above.
They must be designated as sponsored dependents on
a valid enrollment form signed by the primary
enrollee.  The coverages shall be provided under
the Program option elected by the primary
enrollee.

52                              1994

DSRA000285

SALARIED HEALTH CARE PROGRAM

Art. III, 9(d)(2)

(2)  Coverages provided under this subsection for a
sponsored dependent enrolled at the time of an
employee's or retiree's death may be continued at
the option of the employee's or retiree's
surviving spouse while such surviving spouse is
eligible to continue, and is enrolled for,
coverages as provided in Section 8 of this
Article.  A surviving spouse may not add any new
sponsored dependents or add a previously enrolled
sponsored dependent who was removed from coverage.

(3)  The primary enrollee shall pay the full cost of
coverages under this subsection, and the
Corporation shall not contribute toward the cost
of health care coverages for any sponsored
dependents.

(4)  The effective date of coverages for an eligible
sponsored dependent shall be the later of the
effective date of coverages for the primary
enrollee, or the first day of the month following
the month of receipt by the Corporation of a
completed enrollment form and any supporting
documentation as may be required by the
Corporation.  However, the effective date for a
sponsored dependent previously enrolled as such,
and whose coverages as a sponsored dependent were
discontinued, shall be the first day of the sixth
month following the month in which the application
for reinstatement is received.

(5)  Each sponsored dependent enrolled under an option
that requires deductibles or copayments shall be
subject to separate deductibles and copayments as
specified in Article II, Section 4.

(6)  Coverage for a sponsored dependent shall cease on
the earliest of:

(i)  the last day of the month in which the
person ceases to meet the eligibility
criteria set forth in subsection (c)(1)
above,

53                    1994

DSRA000286

SALARIED HEALTH CARE PROGRAM

Art. III, 9(d)(6)(ii)

(ii)   the last day of the month preceding the
month for which the required contribution
was due but not paid,

(iii)   the date the primary enrollee's coverages
cease except that in the case of the primary
enrollee's death, coverage for such
sponsored dependent shall cease on the last
day of the month in which the primary
enrollee dies, unless the sponsored
dependent has coverages continued in
accordance with subsection (d)(2) above, and

(iv)   December 31, 1993 for sponsored dependents
who were enrolled as of December 31, 1992,
under the provisions of the Program then in
effect, but who do not meet the eligibility
rules of this Program.

Section 10.   Conversion Privilege

(a)   Any former enrollee who is no longer eligible to
continue coverages under the Program shall be offered
an opportunity to obtain other available coverage, on a
self-paid basis, from the carrier with which enrolled
at the time eligibility terminated.   Such conversion
privilege shall not apply to prescription drug, hearing
aid, vision, dental, or Extended Care Coverages.

(b)   A former enrollee wishing to exercise this privilege
shall make application to the carrier within 30 days of
termination of eligibility under this Program.

Section 11.   Consolidated Omnibus Budget Reconciliation Act
(COBRA) Continuation

The Consolidated Omnibus Budget Reconciliation Act of 1985
(COBRA), as amended, was implemented January 1, 1987 for
salaried enrollees.   COBRA provides continuation rights to
certain employees or dependents who would ordinarily lose
eligibility for coverage under this Program.

DSRA000287

<u>SALARIED HEALTH CARE PROGRAM</u>

Art. III, 11(a)

(a)   For purposes of COBRA, this Program is considered to be
a single plan offering core coverages and non-core
coverages, regardless of the coverage option avail )le
to and/or chosen by the primary enrollee, and rega iless
of the entity chosen by the Corporation to admini: _er
such coverages on the Corporation's behalf.

(b)   The Corporation is responsible for providing
notifications, as required under COBRA, to "qualified
beneficiaries," as defined therein.  The Corporation may
delegate the administrative functions associated with
COBRA.  A qualified beneficiary is responsible for
providing notice to the Corporation within 60 days of

(1)   divorce or legal separation,

(2)   the date an enrolled dependent ceases to qualify as
a "dependent child" as defined under Article III,
Section 9(c) of this Program,

(3)   a Social Security Act determination of Title II or
XVI disability at the time of the qualifying event,
or

(4)   within 30 days of a Social Security Administration
determination that a qualified beneficiary is no
longer disabled.

Failure to comply with the above notification
requirement will result in the loss of eligibility for
the affected individual(s) under COBRA.

(c)   COBRA continuation coverage is available to employees
whose employment is terminated for any reason other
than gross misconduct.  Any employee separated as a
discharge (2A) will be considered to have been
terminated for gross misconduct.

(d)   The COBRA continuation privileges are available for up
to 18 months if coverage is lost due to:

55                    1994

DSRA000288

SALARIED HEALTH CARE PROGRAM

Art. III, 11(d)(1)

      (1)  termination of employment (voluntarily or involuntarily) unless termination is due to gross misconduct, or

      (2)  reduction of hours (including layoff or leave of absence).

(e)  In the event a qualified beneficiary is determined by the Social Security Administration to be disabled at the time of the termination or reduction in hours under Title II or XVI of the Social Security Act, the COBRA continuation privileges are available for up to 29 months if coverage is lost due to:

      (1)  termination of employment (voluntary or involuntary) unless termination is due to gross misconduct, or

      (2)  reduction of hours (including layoff or leave of absence).

(f)  COBRA continuation is available for up to 36 months to:

      (1)  spouses who lose coverage because of the employee's or retiree's death or because of divorce from the employee/retiree, and

      (2)  dependent children who become ineligible under Article III, Section 9(c) of the Program.

(g)  COBRA continuation is not available to sponsored dependents, individuals covered under another employer sponsored group health plan (unless, after December 31, 1989, the other employer sponsored group health plan precludes coverage for a pre-existing condition of the qualified beneficiary) or individuals eligible for Medicare.

(h)  The option to elect continued coverage under this Program through COBRA provisions requires the enrollee to self-pay at 102% (150% in certain cases) of the full cost of elected coverage.

DSRA000289

SALARIED HEALTH CARE PROGRAM

Art. III, 11(i)

(i)    To the extent the Corporation makes alternative
       continuation privileges ("Program Continuation"
       available that do not satisfy all the requirements for
       COBRA continuation coverage, enrollees shall have the
       opportunity to elect either COBRA continuation coverage
       or Program Continuation. An election of COBRA
       continuation coverage automatically will terminate the
       enrollee's eligibility for Program Continuation.

(j)    To the extent the Corporation makes Program
       Continuation privileges available that do satisfy all
       of the requirements for COBRA continuation coverage,
       such Program Continuation will be integrated with the
       COBRA continuation coverage.

(k)    In the event a primary enrollee is entitled to elect
       between COBRA continuation coverage and Program
       Continuation, coverage will be continued beyond the
       point coverage as an active employee or dependent of an
       active employee ceases as if the primary enrollee
       elected Program Continuation, subject to the enrollee's
       fulfillment of all requirements of such continuation.

       If the primary enrollee subsequently elects COBRA
       continuation during the election period described in
       subsection (m) below, and pays any required
       contribution, coverages will be adjusted retroactively
       to provide the COBRA continuation.

(l)    Unless advised otherwise by a COBRA qualified
       beneficiary, an election of Program Continuation by the
       primary enrollee shall be presumed to be an election
       for all other enrollees and/or qualified beneficiaries
       covered under such primary enrollee's coverage.

(m)    The election period for COBRA continuation begins on
       the date on which coverage would terminate due to a
       qualifying event and must be 60 days in length.
       However, the election period ends the later of  0 days
       from the qualifying event or 60 days from the  tual
       notice to the qualified beneficiary. Nothing .  this
       provision relieves a qualified beneficiary from  he
       obligations or implications of subsection 11(b)   ove.

57                          1994

DSRA000290

SALARIED HEALTH CARE PROGRAM

Art. III, 11(n)

(n)  In all cases, COBRA continuation coverage commences on the first day of the month following the month in which the qualifying event occurred.

(o)  COBRA continuation ceases on the earliest of:

(1)  18 months from the date COBRA continuation coverage commences for employees whose employment has been terminated or reduced in hours; however, this may be extended up to 29 months (i.e., for an additional 11 months) for a qualified beneficiary who has been determined by the Social Security Administration to be disabled with a Title II or XVI disability at the time of the qualifying event and who remains disabled;

(2)  36 months from the date COBRA continuation coverage commences for any other qualifying event;

(3)  the first of the month for any month in which a required contribution is due but not paid;

(4)  the date a qualified beneficiary becomes covered under another employer-based health care plan (for qualifying events before January 1, 1990);

(5)  the date a qualified beneficiary is covered under another employer-based health care plan (for qualifying events after December 31, 1989) which does not preclude coverage for a pre-exisiting condition of the qualified beneficiary;

(6)  the date a qualified beneficiary becomes eligible for Medicare; and

(7)  the date coverage is terminated for all employees.

(p)  Conversion contracts, as described in Section 10 above, are available to COBRA continuation coverage enrollees at the time their continuation period is exhausted.

1994

DSRA000291

SALARIED HEALTH CARE PROGRAM

Art. IV

ARTICLE IV

DEFINITIONS

Unless otherwise indicated, as used in this Program:

1.   "active service" or in "active service" - means at
     work and receiving compensation for periods of work
     scheduled by the Corporation, or otherwise scheduled
     to work but absent due to,

     (a)   attendance at school as a GM Fellow or as a
           GM-sponsored cooperative student,

     (b)   vacation time authorized in advance,

     (c)   a specified holiday,

     (d)   "compensable disability" leave of absence,

     (e)   short-term casual absence, whether scheduled
           or unscheduled, under circumstances where the
           employee is entitled to receive full or
           partial compensation, or

     (f)   bereavement, jury duty, or short-term
           military leave of absence under circumstances
           where the absence is authorized in advance
           and the employee is entitled to receive full
           or partial compensation from the Corporation
           for the day(s) of absence.

An employee is not in active service if the employee
is absent every scheduled work day during a month,
for reasons other than those specified above, whether
or not such absence is excused, if the employee is
not entitled to receive compensation for such absent
time.

An employee is not in active service in any full
month in which such employee is not scheduled to work
due to layoff or any leave of absence (other than
short-term military leave referred to in subsection
(f) above), regardless of whether the employee may be
entitled to some compensation for any day(s) during
such month.

59                    1994

DSRA000292

SALARIED HEALTH CARE PROGRAM

Art. IV, 2

2.    "benefit" - means a payment made, in accordance with the Program provisions, to an enrollee, or to a provider on behalf of an enrollee.

3.    "carrier" - means any entity by which Program coverages are administered or benefits are paid. The term includes, but is not limited to, the following types of entities:

(a)    an insurance company

(b)    a Blue Cross or Blue Shield Plan

(c)    a dental plan

(d)    a group practice plan or health maintenance organization

(e)    a preferred provider organization

(f)    General Motors Corporation

(g)    a non-governmental administrative services organization.

4.    "cost of coverages" - means the Corporation's reasonable estimate of the monthly amount required to provide coverages for an individual or group of individuals, established on an actuarial basis taking into account such factors as enrollment classification [self only, self and spouse, self and child (children), self and family], health care option (BMP, EMP, PPO, or HMO), scope of coverages (what services are covered), regional cost differences and administrative costs.    It includes both the Corporation contribution and any primary enrollee contribution(s), as required under the Program.    The cost is accrued and reported on a monthly basis.    In the case of coverages delivered through certain pre-payment agencies, such as a health maintenance organization or an alternative dental plan, it means the total monthly premium required to provide such coverages.

60                    1994

DSRA000293

SALARIED HEALTH CARE PROGRAM

Art. IV, 5

5.    "coverage" - means a specified set of health care
      services or expenses (i.e., "covered services or
      expenses") which may be incurred by an enrollee and for
      which benefits may be paid under the Program
      provisions.  The categories of coverage include "core"
      coverages (hospital, surgical, medical, hearing aid,
      prescription drug, mental health and substance abuse,
      and Extended Care Coverage) and "non-core" coverages
      (dental and vision).

      Not every health care expense incurred by an enrollee
      falls within the Program coverages.

6.    "covered service" - means a service that is included
      within the range of services identified in the Program,
      and that meets all Program requirements to be eligible
      for payment of benefits.  A service within the range of
      those identified in the Program (e.g., a diagnostic
      radiology service) but which does not meet all of the
      specifications to be eligible for benefit payment (e.g.,
      if it is an experimental service or if it is not
      medically necessary) is considered a non-covered
      service.

7.    "effective date" - means the date on which a given
      coverage begins for an enrollee, as determined by the
      Corporation, consistent with the Program provisions.

8.    "employee" -

      (a)    means certain persons employed in the United
             States by the Corporation or by a wholly-owned
             or substantially wholly-owned domestic
             subsidiary thereof, under policies established
             by the Corporation and set forth in
             administrative manuals addressing such policies,
             on a salaried or other basis, herein referred to
             as "salaried employees", as follows:

             (1)    "Regular Active" - individuals employed on
                    a full-time basis;

                              61                    1994

DSRA000294

SALARIED HEALTH CARE PROGRAM

Art. IV, 8(a)(2)

(2)    "Flexible Service" and "part-time" -
employees who, on a regular and continuing
basis, perform jobs having definitely
established working hours, but the
complete performance of which requires
fewer hours of work than the regular work
week, provided the services of such
employees are normally available and
utilized for at least half of the
employing unit's regular work week [see
Article II, 4(e)(2) for a description of
coverages];

(3)    "GM Fellows" - individuals attending
graduate school full-time under the GM
Fellowship Plan;

(4)    "Cooperative Students" - individuals
participating in a Corporation-authorized
cooperative education program pursuing a
degree at a college or university [see
Article II, 4(e)(3) for a description of
coverages]; and

(5)    "International Service Personnel" -
individuals working in a foreign country
[see Article II, 4(e)(1) for a description
of coverages].

(b)    The term "employee" shall not include:

(1)    employees represented by a labor
organization which has not signed an
agreement making the Program applicable to
such employees;

(2)    employees of any directly or indirectly
wholly-owned or substantially wholly-
owned subsidiary of the Corporation
acquired or formed by the Corporation on
or after January 1, 1984 (e.g., Hughes,
Saturn or Electronic Data Systems) unless
specifically included by the General
Motors Corporation Board of Directors;

DSRA000295

SALARIED HEALTH CARE PROGRAM

Art. IV, 8(b)(3)

        (3)    "leased employees" as defined under Section 414(n) of the Internal Revenue Code; or

        (4)    individuals employed on a temporary or per diem basis.

    (c)    To the extent a labor organization has signed an agreement with the Corporation, and under such agreement certain employees represented by such labor organization are excluded from the Program in whole or in part, such represented employees shall be regarded as employees for the purposes of this Program only to the extent required to comply with such agreement.

9.    "employer" - means General Motors Corporation.

10.    "enrollee" - means a person who is eligible for coverages under the Program and who is enrolled for such coverages. Depending upon the context, an enrollee may be a "primary enrollee" or a "secondary enrollee." The determination of eligibility in a manner consistent with the Program provisions is the responsibility of the employer.

"primary enrollee" - means an employee, retiree or surviving spouse eligible in such individual's own right.

"secondary enrollee" - means a spouse, child or sponsored dependent entitled to coverage by virtue of the individual's relationship to a primary enrollee.

11.    "layoff" - means a layoff as provided for under the Corporation's salaried policies, resulting from a reduction in force or from the discontinuance of a plant or operation.

12.    "Medicare" - means the Federal program established by Title XVIII of Public Law 89-97, as amended, which provides health insurance for the aged and disabled. It includes Part A (Hospital Insurance Benefit for the Aged and Disabled) and Part B (Supplementary Medical Insurance Benefit for the Aged and Disabled).

DSRA000296

SALARIED HEALTH CARE PROGRAM

Art. IV, 13

13.    "Plan" - means a particular coverage or group of
coverages under the Program; the "Medical Plan" is
comprised of that portion of the Program providing
Appendix A (hospital, surgical, medical, prescription
drug, hearing aid, etc.) and Appendix B (mental health
and substance abuse) coverages; the "Dental Plan" is
that portion of the Program providing Appendix C
coverage; and the "Vision Plan" is that portion of the
Program providing Appendix D coverage.

14.    "provider" - means a physician, hospital, or other
approved facility, agency or individual who is
qualified to render service(s) or furnish materials
under this Program.

15.    "reasonable and customary charge" as it relates to
covered expenses, unless otherwise specified, means the
actual amount a provider charges for such services
rendered or materials furnished, but only to the extent
that the amount is reasonable, as determined by the
carrier, taking into consideration, among other
factors, the following:

1.    the usual amount which the individual provider
most frequently charges the majority of patients
or customers for a similar service rendered or
materials furnished;

2.    the prevailing range of charges made in the same
geographic area by providers with similar training
and experience for the service rendered or
materials furnished; and

3.    unusual circumstances or complications requiring
additional time, skill, and experience in
connection with the particular service rendered or
materials furnished.

The carrier is responsible for determining the
appropriate reasonable and customary charge for a given
provider, service or material.  The carriers shall have

64                    1994

DSRA000297

SALARIED HEALTH CARE PROGRAM

Art. IV, 15

discretionary authority to interpret  apply and
construe this provision of the Progr  a.  The
determination by the carrier as to  e reasonable and
customary charge shall be final and  onclusive, and
shall be given full force and effe  unless it is
determined by the Program Administ ator to have been
contrary to the Program provision. or it is proven that
the determination was arbitrary and capricious.

As used in this Program, reasonable and customary also
refers to the forms and/or amount of payment used by
carriers and preferred provider or similar
organizations to reimburse participating or contracted
providers for covered services.

16.   "service" or "length of service" - means that period of
employment with the Corporation or any of its
wholly-owned subsidiaries which is considered unbroken
by the Corporation as determined by its salaried
personnel policies and procedures.

DSRA000298

SALARIED HEALTH CARE PROGRAM

Art. V

ARTICLE V

SPECIAL BENEFIT

Section 1. Eligibility for the Special Benefit

(a) In order to be eligible for a Special Benefit under this Article V, an individual must be:

(1) an employee eligible for Extended Disability Benefits under the General Motors Life and Disability Benefits Program for Salaried Employees, or

(2) a retired employee (other than a deferred vested retiree) who retired on or after October 1, 1979, or

(3) a surviving spouse (but not the surviving spouse of a former employee eligible for a deferred retirement benefit, or a surviving spouse or surviving divorced spouse eligible for a pre-retirement survivor benefit under Part A, Article I, Section 5(j) of the General Motors Retirement Program for Salaried Employees);

and must be:

(4) age 65 or older, or

(5) if under age 65, enrolled in Medicare Part B; and must be:

(6) receiving a monthly retirement benefit (which commenced on or after October 1, 1979) under the General Motors Retirement Program for Salaried Employees, or

(7) receiving a monthly Extended Disability Benefit under the General Motors Life and Disability Benefits Program for Salaried Employees (or eligible for such a benefit but not receiving it due to reductions under that Program).

66                              1994

DSRA000299

SALARIED HEALTH CARE PROGRAM

Art. V, 1(b)

(b)    Neither an employee who retires from the status of a
Flexible Service Employee, a Cooperative Student or an
International Service Personnel employee, nor such a
person's surviving spouse, is eligible for a Special
Benefit.

Section 2.    Amount of the Special Benefit

(a)    Subject to subsections 2(b) and (c), below, an
individual identified in subsection 1(a) above, shall be
eligible to receive a monthly Special Benefit equal to
the lesser of the generally applicable Medicare Part B
premium in effect as of January 1, 1994, or $41.10, for
months commencing on or after January 1, 1994.  Such
amount may be adjusted by the Corporation from time to
time.

(b)    Retirees and surviving spouses eligible for Medicare
Part B coverage on or after March 1, 1988, must be
enrolled in Medicare Part B as a condition for receipt
of the Special Benefit.  Retirees and surviving spouses
who first became eligible prior to March 1, 1988, and
who were receiving the Special Benefit but were not
enrolled in Medicare Part B on October 1, 1990, comprise
a group of Special Benefit recipients who are not
required to enroll in Medicare Part B in order to
continue receipt of a Special Benefit.  However,
individuals in this group will not have their Special
Benefit amount increased from $28.00 per month.  These
individuals may qualify for the increased Special
Benefit amounts by presenting proof of Medicare Part B
enrollment.

(c)    Any recipient who is enrolled in Medicare Part B
coverage and discontinues such coverage will have the
Special Benefit discontinued for periods during which
Medicare Part B enrollment is not maintained.

Section 3.    Payment of the Special Benefit

(a)    No Special Benefit shall be payable for months prior to
March 1, 1974.  Thereafter, payment shall commence on
the earlier of:

67                    1994

DSRA000300

SALARIED HEALTH CARE PROGRAM

Art. V, 3(a)(1)

> (1)   the first day of the month following the month
>       during which age 65 is attained, [subject to the
>       provision set forth in subsection 2(b) above], or
>
> (2)   the first day of the month in which an otherwise
>       eligible individual under age 65 becomes enrolled
>       for Medicare Part B.

Individuals under age 65 must make application to the
Corporation on a form provided for this purpose.

(b)   Payment of the Special Benefit will be made concurrent
      with a monthly retirement or Extended Disability Benefit
      payment and for the same period. In the event an
      eligible employee receives no monthly Extended
      Disability Benefit payment because of reductions under
      the General Motors Life and Disability Benefits Program
      for Salaried Employees, a Special Benefit will be paid
      for that month.

(c)   Not more than one Special Benefit payment shall be made
      to any individual for any one month, under this or any
      other General Motors benefit Plan or Program.

(d)   No Special Benefit payment shall be made to any
      individual under age 65 for any month in which such
      individual is not enrolled for Medicare Part B coverage.

68                          1994

DSRA000301

SALARIED HEALTH CARE PROGRAM

App. A

APPENDIX A

HOSPITAL, S GICAL, MEDICAL,
PRESCRIPTION DRUG AND HEARING AID COVERA

I.    Definitions

As used herein:

A.    "accidental injury" means a bodily injury such as a
strain, sprain, abrasion, contusion or other condition
which occurs as the result of a traumatic incident such
as, but not limited to:  ingestion of poison; overdose of
medication, whether accidental or intentional; allergic
reaction resulting from trauma, such as bee stings or
insect bites;  inhalation of smoke, carbon monoxide, or
fumes; burns, frostbite, sunburn, and sunstroke; and
attempted suicide.

B.    "ambulance services" means medically necessary
transportation and life support services furnished within
the Program provisions to sick, injured or incapacitated
patients by a licensed ambulance provider meeting Program
standards, utilizing ambulance vehicles and personnel
recognized as qualified to perform such services at the
time and place where rendered.

C.    "approved" - see "participating"

D.    "benefit period" means a period of time during which an
enrollee is entitled to receive certain covered services
which are subject to Program maximums (see App. A, II.B.
and App. B, II.B.).  The services which may be subject to
maximums include, but are not limited to, inpatient
hospital services (with special provisions for pulmonary
tuberculosis treatment under this Appendix, and mental
health and substance abuse treatment under Ar  endix B),
admissions to skilled nursing facilities (wh     er under
this Appendix or Appendix B), treatment unde    sychiatric
day care or night care programs (and substan    buse day
care or night care programs), substance abuse    lfway
house programs (under Appendix B) and hospice    e.

69                              1994

DSRA000302

SALARIED HEALTH CARE PROGRAM

App. A, I. E.

E.   "covered expenses" means the reasonable and customary,
     preestablished, or contracted charges incurred for
     covered materials and services, as described in Section
     III of this Appendix, provided or rendered to or for an
     enrollee for treatment of illness or injury, and
     performed by a provider or prescribed by a physician in
     accordance with the provisions of this Program.  Such
     covered expenses fall in the following areas of coverage
     or categories of expenses:

     1.   hospital expenses;
     2.   skilled nursing facility expenses;
     3.   physical, speech and functional occupational therapy
          and cardiac rehabilitation expenses;
     4.   home health care expenses;
     5.   medical, surgical expenses;
     6.   ambulance service expenses;
     7.   prescription drug expenses;
     8.   hearing aid expenses;
     9.   durable medical equipment and prosthetic or orthotic
          appliance expenses; and
     10.  hospice expenses.

F.   "custodial" or "domiciliary" care or services means the
     type of care or service which, even if ordered by a
     physician, is primarily for the purpose of meeting
     personal needs of the patient or maintaining a level of
     function (as opposed to specific medical, surgical or
     psychiatric care or services designed to reduce the
     disability to the extent necessary to enable the patient
     to live without such care or services).  Custodial or
     domiciliary care generally does not require the
     continuing attention of medically skilled personnel, and
     usually can be provided by aides or other persons
     without special skills or training, operating without
     direct medical supervision.  It may include, but is not
     limited to, help in getting in and out of bed, walking,
     bathing,  dressing, toiletting, meal preparation and
     eating, taking of medications, ostomy care, bed baths,
     hygiene or incontinence care, checking of routine vital
     signs, routine dressing changes and routine skin care.
     The determination as to the nature of the care is not a
     function of the setting (e.g.- hospital, skilled nursing
     facility, nursing home, another institutional setting or
     the patient's home) or of the professional status of the
     person (e.g.- physician, nurse, therapist or aide)
     rendering the service, but of the severity of the

                    70                        1994

DSRA000303

SALARIED HEALTH CARE PROGRAM

App. A, I. F.

patient's illness and the intensity of services being performed. The carriers shall have discretionary authority to interpret, apply and construe this provision of the Program. The carrier's determination as to the nature of the care being provided shall be given full force and effect unless it is determined by the Plan Administrator that the determination was inconsistent with the Program provisions or arbitrary and capricious.

G. "domiciliary" - see "custodial"

H. "drugs, biologicals, and solutions" means medicinal agents which are approved for commercial distribution by the Federal Food and Drug Administration and are legally prescribed for the treatment of an illness or injury.

I. "durable medical equipment" means equipment which is able to withstand repeated use, is primarily and customarily used to serve a medical purpose, and is not generally useful to an enrollee in the absence of illness or injury.

J. "freestanding outpatient physical therapy facility" means a facility, separate from a hospital, which provides outpatient physical therapy services. Such facilities must meet Program standards and be approved by the local carrier.

K. "functional occupational therapy" - see "physical therapy"

L. "home health care" means care or services provided in the home for a patient whose condition does not warrant care in an institutional setting (such as a hospital or skilled nursing facility). The care/services may be skilled or unskilled in nature.

M. "home health care agency" means a centrally administered agency providing physician-directed nursing and other paramedical services to patients at home. A home health care agency must meet Program standards and be approved by the local carrier.

71                                1994

DSRA000304

SALARIED HEALTH CARE PROGRAM

App. A, I. N.

N.  "hospice" means a program of medical and non-medical
services provided for terminally-ill enrollees and their
families through agencies which administer and coordinate
the services.  A hospice program must meet Program
standards and be approved by the local carrier.

O.  "hospital" means a facility which provides diagnostic and
therapeutic services on a continuous inpatient basis for
the surgical, medical, or psychiatric diagnosis,
treatment, and care of injured or acutely sick persons.

These services are provided by, or under the supervision
of, a professional staff of licensed physicians and
surgeons.  A hospital continuously provides 24 hour-a-day
nursing service by registered nurses.  A rehabilitation
institution shall be considered to be a hospital if the
institution is approved as such under this Program.  A
hospital must meet all applicable local and state
licensure and certification requirements and be
accredited as a hospital by state or national medical or
hospital authorities or associations.

A hospital is not, other than incidentally, a place for
custodial, convalescent, pulmonary tuberculosis, rest or
domiciliary care; an institution for exceptional
children; an institution to which enrollees may be
remanded by the judicial system; an institution for the
treatment of the aged or substance abusers; or a skilled
nursing facility or other nursing care facility.  It does
not include a health resort, rest home, nursing home,
convalescent home, or similar institution.

P.  "medical emergency" means a permanent health-threatening
or disabling condition, other than an accidental injury,
which requires immediate medical attention and treatment.

The condition must be of such a nature that severe
symptoms occur suddenly and unexpectedly and that failure
to render treatment immediately could result in
significant impairment of bodily function, cause
permanent damage to the enrollee's health, or place such
enrollee's life in jeopardy.  The enrollee's signs and
symptoms verified by the treating physician at the time
of treatment, and not the final diagnosis, must confirm

DSRA000305

SALARIED HEALTH CARE PROGRAM

App. A, I. P.

the existence of a threat to the enrollee's life or
bodily functions.  The carriers shall have authority to
construe, interpret and apply this provision of the
Program.  The carrier's exercise of this authority shall
be given full force and effect unless it is determined by
the Plan Administrator to be inconsistent with the
Program provisions or arbitrary and capricious.

Q.  "non-physician practitioners" means individuals other
than physicians who are legally qualified and licensed to
perform certain health care services.  The following
categories of non-physician practitioners may be eligible
for reimbursement for services within their area of
expertise.  To be eligible for reimbursement, they must
meet Program standards (including eligibility for
reimbursement by Medicare for Medicare-eligible patients)
and be approved by the carrier.

   1.  "certified registered nurse anesthetist" means a
   registered nurse trained in the administration of
   anesthetics.

   2.  "physical therapist" means an individual trained in
   the evaluation and rehabilitation of injured or
   disabled enrollees through non-medical and non-
   surgical measures.

   3.  "functional occupational therapist" means an
   individual trained in the restoration of a specified
   level of function of injured or disabled enrollees
   through non-medical and non-surgical measures.

   4.  "speech therapist" means an individual trained in the
   correction of speech and language disorders through
   non-medical and non-surgical measures.

R.  "orthotic appliance" means an external device intended to
correct any defect of form or function of the human body.

S.  "participating" or "approved" means any hospital, skilled
nursing facility, outpatient physical therapy facility,
home health care agency, physician, or other provider of
health care services which, at the time an enrollee

73                      1994

DSRA000306

SALARIED HEALTH CARE PROGRAM

App. A, I. S.

receives services included under this Program, has
entered into a contract or agreement with a carrier to
provide those health care services in accordance with
this Program.  Such contract or agreement shall include a
provision that the provider accepts the amount of covered
expense, as determined by the carrier, as payment in full
(unless otherwise provided).  A physician who is not a
participating physician may participate for individual
claims.

T.   "physical therapy" and/or "functional occupational
therapy" mean therapy directed toward improving or
restoring the level of musculoskeletal function lost due
to illness or injury, to the development of new function
attainable following surgery, or, if for a chronic or
congenital condition, to significantly improve the
condition in a reasonable and predictable period of time.
Physical therapy generally pertains to large muscle use
and functional occupational therapy to fine motor
activities.

U.   "physician" means a doctor of medicine (M.D.) or
osteopathy (D.O.) legally qualified and licensed to
practice medicine or osteopathic medicine and/or perform
surgery at the time and place services are rendered or
performed.  As used herein, physician shall also include
the following categories of limited-practice
professionals who are legally qualified and licensed to
practice their specialties at the time and place services
are performed, and who render specified services which
they are legally qualified to perform.

1.   "dentist" means a doctor of dental surgery (D.D.S.)
or a doctor of medical dentistry (D.M.D.) whose scope
of practice is the diagnosis, prevention and
treatment of diseases of the teeth and related
structures.  Such services are provided for under the
dental coverage (see App. C of the Program).
However, certain services of a dentist may be covered
under this Appendix when performed for a hospital
inpatient when a concurrent hazardous medical
condition exists (see App. A, III.E.3.a.(2)) or when
performed in response to a medical diagnosis and when
Program standards are met.  A dentist also may
prescribe medications which may be covered under the
prescription drug coverage (see App. A, III.G.).

74                          1994

DSRA000307

SALARIED HEALTH CARE PROGRAM

App. A, I. U.2.

2.  "podiatrist" means a doctor of podiatric medicine
    (D.P.M.) or a doctor of surgical chiropody (D .C.)
    whose scope of practice is the diagnosis, pre ntion,
    and treatment of ailments of the feet.  Servi es of
    podiatrists, relating to the foot (including the
    ankle), may be covered under the surgical and medical
    coverages (see App. A, III.E.).  A podiatrist also
    may prescribe medications which may be covered under
    the prescription drug coverage (see App. A, III.G.).

3.  "chiropractor" means a doctor of chiropractic
    (D.C.) whose scope of practice is the diagnosis and
    treatment of subluxations or misalignments of the
    spinal column and related bones and tissues which
    produce nerve interference. Services of chiropractors
    which may be covered are limited to diagnostic
    radiological services (see App. A. III.E.3.j.) and
    emergency first-aid (as set forth in an
    administration manual published by the Control Plan),
    both pertaining to the spine and related bones and
    tissues.

    Under this Program, a chiropractor may not prescribe
    medications or perform invasive procedures or
    incisive surgical procedures, nor perform physical
    examinations not related to the spine and related
    bones and tissues.

V.  "private duty nursing" means care or services provided by
    a nurse pursuant to a contract with a patient and/or a
    patient's family/personal representative.  The services
    may be skilled or unskilled, therapeutic or custodial in
    nature and may be provided in any setting.  Generally,
    the care contracted for is in excess of the care provided
    by an institution (such as a hospital or skilled nursing
    facility) or the part-time/intermittent/skilled care
    provided by a home health care agency.

W.  "private room" means a room containing one bed.

X.  "Program standards" means criteria established by the
    Control Plan (and approved by the Corporation) for
    approval of providers or for benefit payment. At a

DSRA000308

SALARIED HEALTH CARE PROGRAM

App. A, I. X.

minimum, providers must meet applicable accreditation, licensing and credentialing requirements and be qualified to render services or furnish materials under this Program. In the case of provider approval, standards also may include, but are not necessarily limited to, such matters as approval for Medicare reimbursement and acceptance of Medicare assignment and/or Program reimbursement as payment in full. In the case of benefit payment, standards may include, but are not necessarily limited to, such matters as the service or item being approved by Medicare and/or the service or item being delivered or prescribed in response to particular diagnoses. Local carriers shall be responsible for establishing whether local providers conform to such standards, or for obtaining approval of exceptions through the Control Plan.

Y.   "prosthetic appliance" means an artificial device which replaces an absent part of the body, or which aids the performance of a natural function of the body without replacing a missing part.

Z.   "rehabilitation care" means services within an acute care hospital or skilled nursing facility for intensive rehabilitation through a multidisciplinary, coordinated team approach. Such care is provided on an inpatient basis for patients found to have significant functional disability resulting from the recent onset of an acute condition (such as a broken hip or a stroke) or exacerbation of a chronic condition (such as rheumatoid arthritis), where there is a reasonable expectation for significantly increased function as a result of aggressive, inpatient, multi-modality rehabilitation services.

AA.  "semiprivate room" means a room containing two beds.

BB.  "service" means any care or procedure, as listed and limited herein, which is provided for diagnosis or treatment of disease, injury or pregnancy and which is based on valid medical need according to accepted standards of medical practice. Certain types of care or procedures may be excluded as covered services under this Program.

DSRA000309

SALARIED HEALTH CARE PROGRAM

App. A, I. CC.

CC.  "skilled nursing care" means care or services which are
prescribed by a physician and furnished by a licensed
registered nurse (RN) or licensed practical nurse (LPN).
The services may be provided on a continuous (as in a
hospital or skilled nursing facility) or on an
intermittent/part-time basis.  The patient must be under
treatment and/or convalescing from an illness or injury
which requires ongoing evaluation and adjustment of care.
The nature of the service and skills required for safe
and effective delivery, rather than the patient's medical
condition, determine whether the service is skilled.

Examples include, but are not limited to:  administration
of intravenous fluids and medications; suctioning;
dressing changes for major post-operative wounds and
dressing changes for infected lesions which require
irrigation and/or medication and/or sterile dressings;
catheterizations; ventilator care; cardio-pulmonary
assessments; and colostomy/cystostomy care.  The carriers
shall have discretionary authority to interpret, apply
and construe this provision of the Program.  The
carrier's determination as to the nature of care being
provided shall be given full force and effect unless it
is determined by the Plan Administrator to have been
inconsistent with Program provisions or arbitrary and
capricious.

DD.  "skilled nursing facility" means a facility providing
convalescent and long-term illness care with continuous
nursing and other health care services by, or under the
supervision of, a physician and a registered nurse.  The
facility may be operated either independently or as part
of an accredited general hospital.  A skilled nursing
facility must meet Program standards and be approved by
the local carrier.

EE.  "special care unit" means a designated unit within a
hospital (such as cardiac care, burn care, or intensive
care unit) that concentrates all necessary types of
equipment together with skilled nursing and supportive
services needed for care of critically ill patients and
is recognized as such by the carrier.

FF.  "speech therapy" means therapy to restore the functional
loss of speech resulting from an organic medical
condition.

DSRA000310

SALARIED HEALTH CARE PROGRAM

App. A, I. GG.

GG. "therapeutic care" means specific and definitive
surgical, medical, psychiatric or other care provided to
a patient whose condition continues to improve due to the
treatment being received.  It is provided with the
expectation that the patient's level of disability will
be reduced, within a reasonably predictable period of
time, to enable the patient to function without such
care.  The improvement must be observable and documented
by objective measurement.  If a patient's condition
stabilizes and further improvement is not reasonably
predictable, continuing care will be considered
maintenance in nature.  The carrier's determination as to
the nature of the care shall be given full force and
effect unless it is determined by the Plan Administrator
to have been contrary to the Program provisions or
arbitrary and capricious.

II. Terms and Conditions

A.  Payment of Benefits

1. Benefits will be payable, subject to the provisions
of this Program, when an enrollee incurs a covered
expense.

2. Under the Program, benefits for certain covered
services are payable only if approved by the carrier
and/or if furnished by approved providers, when
applicable.  If such approval is not obtained, or if
such providers are not utilized, benefits for such
services may be reduced or eliminated.  Examples
include, but are not limited to, failure to comply
with the predetermination requirements or failure to
utilize panel providers.

B.  Benefit Period Provisions

1. An enrollee is entitled to a maximum of:

a.  365 days of covered inpatient hospital services
for each continuous period of hospital
confinement or for successive periods of
confinement within a benefit period; however,

(1)  the inpatient treatment of pulmonary
tuberculosis is limited to 45 days of the
benefit period; and

78                          1994

DSRA000311

SALARIED HEALTH CARE PROGRAM

App. A, II. B.1.a.(2)

        (2)    the inpatient treatment of mental disorders and substance abuse (a set forth in Appendix B) is limited , . days of the benefit period;

  b.   210 days (lifetime maximum) of hospi    care; and

  c.   two days of inpatient skilled nursi: . facility care for each remaining day of inpat_ent hospital care within the benefit period, to a maximum of 730 days for each continuous period of confinement or for successive periods of confinement within a benefit period.  Each day of inpatient hospital care within a benefit period reduces by two the number of days of care available for skilled nursing facility services. Use of days of care in a skilled nursing facility does not reduce the number of days of inpatient hospital care.

2.  Benefit periods for physician services and medical care related to hospital inpatient admissions and skilled nursing facility admissions are related to or may be determined concurrent with the benefit periods for facility services as noted below:

  a.   For conditions other than pulmonary tuberculosis, an enrollee is entitled to coverage for medical care for the duration of a hospital or skilled nursing facility admission.

  b.   Coverage of medical care for pulmonary tuberculosis is limited to 45 days for the treatment of tuberculosis for each continuous period of confinement or for confinements separated by less than 60 days.

DSRA000312

SALARIED HEALTH CARE PROGRAM

App. A, II. B.3.

3.  Benefit periods may be renewed, subject to the
    following:

    a.  To be eligible for further benefits under each
        of the subsections, there must be a separation
        of 60 days between periods of hospitalization
        for any reason.  For example, if an enrollee's
        initial inpatient admission for mental health
        treatment exhausts the 45-day maximum and is
        separated by 60 days from a second admission for
        mental health treatment, but the person had been
        hospitalized for other reasons during the
        intervening period, the second mental health
        admission would not be covered.

    b.  A new benefit period begins only when the
        enrollee has been out of care (as described
        below) for a continuous period of 60 days.
        Accordingly, there must be a lapse of at least 60
        consecutive days between the date of the
        enrollee's last discharge from any hospital,
        skilled nursing facility, residential substance
        abuse treatment facility, or any other facility
        to which the 60-day benefit renewal period
        applies and the date of the next admission,
        irrespective of the reason for the last admission
        and irrespective of whether or not benefits were
        paid as a consequence of such admission.
        Further, if subsequent to such discharge, the
        enrollee is a patient in a psychiatric or
        substance abuse day or night care program, a
        substance abuse halfway house, a hospice program
        or is receiving home health care services, the
        60-day renewal period is broken, whether or not
        benefits were paid as a consequence of receipt of
        such services.

C.  Access to Information

    In order to ensure proper administration and to facilitate
    the ongoing evaluation of this Program:

    1.  Enrollees shall authorize providers of services to
        furnish to the carrier(s), upon request, information
        relating to services to which the enrollee is, or may
        be, entitled under this Program.

                    60                      1994

DSRA000313

## SALARIED HEALTH CARE PROGRAM

App. A, II. C.1.

Providers of services shall be authorized to    rmit
the carrier(s) to examine their records with    spect
to the services and to submit reports of the    rvices
in the detail requested by the carrier(s).    l
information related to treatment of the enro lee will
remain confidential except for the purpose  :
determining rights and liabilities arising under this
Program, or as otherwise required by law or pursuant
to a written authorization by the patient.

2.  A provider claiming payment from the carrier must
furnish a report to the carrier, in the prescribed
form, within 180 days from the date of the last
continuous service listed on the report as having been
rendered to the enrollee.  The provider must certify
upon the report that the provider is entitled to
payment under this Program and that the service was
personally rendered or rendered during the provider's
presence and under the provider's supervision.  An
enrollee's request for service is authorization to the
provider to make the report.

3.  An enrollee seeking payment from a carrier must
furnish, or cause the provider to furnish, a report to
the carrier in the form prescribed by the carrier.  By
filing the report the enrollee consents that the
carrier may have access to the data disclosed by the
records and files of the provider and of the hospital
or other facility named in this report.

D.  Identification Cards

1.  Enrollees shall be furnished identification cards by
the carrier(s).  Such cards shall contain toll-free
telephone numbers for obtaining predetermination
information or other required approvals of services.

2.  The identification card must be presented when service
is requested.

3.  An enrollee shall not use an identification card to
obtain benefits to which such enrollee is not
entitled, nor shall the enrollee permit another person
to obtain benefits to which such person is not
entitled.

81                    1994

DSRA000314

SALARIED HEALTH CARE PROGRAM

App. A, II. E.


E.    Medicare

1.    Under current Federal laws, certain enrollees otherwise eligible to enroll for benefits under Medicare may defer enrollment in Medicare without penalty.  If such enrollees elect to enroll in Medicare, the Program remains the primary source of benefits, with Medicare supplementing Program coverage.  For purposes of subsection 2 below, Medicare enrollment of such enrollees shall be disregarded.

2.    Coverage under this Program is reduced to the extent that payment is available under Medicare, or to the extent that payment would have been available under Medicare but for the fact that Medicare payment is secondary to coverage provided by a source other than this Program.  In the latter event, the maximum liability of this Program will be limited to the balance remaining after the liability of both the primary coverage and Medicare have been determined and benefits paid.

a.    Enrollees who are eligible to enroll for benefits under Part A of Medicare, whether or not they are enrolled, will have all benefits available under this Program reduced to the extent payment or benefit is available (or would have been available had the eligible enrollee been enrolled for Medicare benefits) under Part A of Medicare. The hospital coverage under this Program will be reduced during the additional Medicare 60-day lifetime maximum for inpatient hospital benefits, to the extent the benefits are available under Medicare whether or not the enrollee uses the lifetime reserve.

b.    Enrollees who are enrolled for benefits under Part B of Medicare will have all benefits available under this Program reduced to the extent that payment or benefit is available under Part B of Medicare.


82                              1994



DSRA000315

SALARIED HEALTH CARE PROGRAM

App. A, II. E.2.c.

      c. All benefits furnished under Medicare Part A, or
which would have been furnished had the enrollee
been enrolled for Medicare Part A benefits, and
all benefits furnished under Medicare Part B
will be charged against the maximum benefit
periods and maximum benefit amounts under this
Program.  Reduction of coverage under this
provision or charging of Medicare benefits
against the maximum benefit periods and maximum
benefit amounts of this Program will be limited
to the benefits provided by Medicare which would
have been provided under this Program in the
absence of this subsection.

F.  Medical Necessity

1. All covered services under the Program are subject to a
requirement of medical necessity (see App. A, IV.I.).

2. The Control Plan will establish criteria, where
necessary, to define medical necessity and accepted
uniform standards of medical practice for the purposes
of determining covered services.  The Control Plan
shall propose such criteria to the Corporation, and
when such criteria are approved, shall communicate them
to the local carriers.  Local carriers shall
communicate the criteria to providers.

3. Local carriers, or others, requesting establishment,
revision or withdrawal of such criteria shall submit
such requests to the Control Plan for consideration.
The Control Plan shall advise the Corporation of all
such requests and recommended dispositions.

G.  Claim Denials

No action or suit at law may be commenced upon or under
this Program until 30 days after exhaustion of the
applicable appeal procedure described in Article I,
Section 6(b).  No such action by an enrollee for
entitlement to benefits under this Program may be brought
more than two years after such claim has accrued.

83                    1994

DSRA000316

SALARIED HEALTH CARE PROGRAM

App. A, II. H.

H.    Changes in the Program

1.    From time to time additional coverages may be
provided or existing coverages withdrawn by the
Corporation by action of its Board of Directors or
other committee expressly authorized by the Board
to take such action.

2.    Neither the Control Plan nor a local carrier may
make a substantive change to the coverages or
benefits without prior approval of the
Corporation.  This includes amending administrative
practices, policies or interpretations that in the
judgment of the Corporation would materially affect
the benefits of the Program.

I.    Approval of New Services

1.    A procedure has been established for implementing
the addition of services or items not previously
covered under this Program.

2.    A proposal for the inclusion in the Program of a
new or revised service or item may be submitted to
the Control Plan by a carrier, a physician or
physician group, a professional organization, a
provider or provider group, or the Corporation.

3.    The Control Plan shall review such proposal and
make a written recommendation to the Corporation
regarding whether or not the service or item should
be added to the Program.  Such recommendation shall
include, but not be limited to, the following:

a.    Any quality of care concerns and proposed steps
to ensure quality delivery of the service if
approved;

b.    Any access concerns and proposed actions to
resolve such concerns;

c.    Any concerns over appropriate utilization and
proposed actions to resolve such concerns;

84                              1994

DSRA000317

SALARIED HEALTH CARE PROGRAM

App. A, II. I.3.d.

      d. Any service(s) being replaced by the new
         service, and a plan for discontinuation of
         coverage for the replaced service; and

      e. Positive or negative impact on Program costs.

4. The Corporation shall review and approve or
disapprove the Control Plan recommendations. If
approval is given and the service is added, an
effective date will be established.  Only services
or items provided on or after the effective date
will be covered.

5. The Control Plan will advise local carriers of any
approved additions to the Program, the effective
dates, and/or limitations or special provisions
that apply.  The local carriers will advise
providers.

J. Participating, Nonparticipating and Departicipating
Hospitals

1. When an enrollee's Basic Medical Plan (BMP) or
Enhanced Medical Plan (EMP) option is administered
by a carrier that has participating agreements
with hospital providers, covered services provided
to such an enrollee by a nonparticipating hospital
(i.e., a hospital with which the carrier does not
have a participating agreement), or by a
departicipated hospital (i.e., a hospital whose
participating agreement ceases, whether at the
option of the provider, the carrier or both), are
payable in accordance with the provisions set
forth, respectively, in J.2. and J.3. below.

2. Benefits for covered services provided by a
nonparticipating hospital (other than a
psychiatric hospital) shall be payable as follows:

a. Upon admission for a non-emergency condition,
payment is limited to $160 per day for inpatient
room and board charges and $20 per day for
inpatient ancillary charges.  Benefits are
available for the duration of the admission, but
in no event beyond the number of days available
under the hospital benefit period.  Payment for
outpatient services received at such a hospital
is limited to $25 for each condition.

85                    1994

DSRA000318

SALARIED HEALTH CARE PROGRAM

App. A, II. J.2.b.

b. For an emergency admission (as defined by the Program):

    (1) Benefits will be payable for the reasonable charges (as determined by the carrier) for ground ambulance transfer to the closest participating hospital capable of handling the case, upon approval of the attending physician and the carrier. This approval must be based on the physician's medical certification that the transfer will not endanger the enrollee's health and of carrier certification that the subsequent stay will be of sufficient duration to justify the transfer.

    (2) When the enrollee cannot be safely moved to a participating hospital, the enrollee is entitled to benefits during the first five days of the admission, but in no event beyond the number of days available under the hospital benefit period.

    (3) Following the first five days of admission, payment is limited as described in 2.a. above. However, if transfer to a participating hospital cannot be arranged, either because such a transfer would endanger the enrollee's health or because the subsequent stay would not be of sufficient duration to justify transfer, benefits are payable for the duration of such admission, but in no event beyond the number of days available under the hospital benefit period.

c. Admissions to psychiatric hospitals are subject to the provisions of Appendix B of the Program.

3. The carrier will make efforts to notify enrollees of a hospital's departicipation and of the following payment arrangements:

86                              1994

DSRA000319

SALARIED HEALTH CARE PROGRAM

App. A, II. J.3.a.

    a. For an enrollee whose hospital admission
commences prior to, or within   days following,
the date a participating hospi  l
departicipates, benefits will    paid for the
duration of such admission, b   in no event
beyond the number of days ava  able under the
hospital benefit period.

    b. For an enrollee whose admission to such hospital
commences later than 30 days from the date the
hospital departicipates, payment for non-
emergency admissions is limited as described in
2.a. above and payment for emergency admissions
is limited as described in 2.b. above.

    c. For an enrollee admitted to a departicipated
hospital that regains participating status
within six months of departicipating, the
carrier will make payment toward the balance of
the hospital's reasonable charges (as determined
by the carrier) for covered services incurred by
the enrollee during the period of
departicipation. The carrier shall also arrange
that such payment relieves the enrollee of
further financial obligation (other than the
enrollee's deductible and/or copayment) with
respect to covered services received during the
departicipation period, and that any portion of
such balance previously paid by the enrollee
(other than the enrollee's deductible and/or
copayment) shall be refunded.

III. Description of Coverages

    A.   Hospital Coverage

        1.  Conditions of Benefit Payments

           An enrollee is eligible for benefits for covered
expenses incurred in a hospital only if  e
following conditions have been met:

          a.   The admission and length of stay hav

             (1)  predetermination approval from  e
carrier for non-emergency, non-
maternity admissions of enroll  s in
the Basic Medical Plan and Enh  ced

DSRA000320

SALARIED HEALTH CARE PROGRAM

App. A, III. A.1.a.(1)

                      Medical Plan options, as set forth in Article II, Section 4 (emergency and maternity admissions must be reported to the carrier within 24 hours), or

    (2)  approvals required for enrollees in the Preferred Provider Organization option, as set forth in Article II, Section 4.

  b.  The admission commences on or after the enrollee's effective date of coverage under the Program.

  c.  For inpatient hospital services, the enrollee is admitted in accordance with the Program provisions, as administered by the carrier, and the hospital's rules and regulations governing admission as a bed patient, and is under the constant care and treatment of a physician during the period of admission.

  d.  For inpatient hospital services, the enrollee has benefit days available under the hospital benefit period as set forth in Section II.B. above.

2.  Inpatient Hospital Coverage

Upon admission to a participating hospital, or to any hospital for carriers without participating arrangements, an enrollee is entitled to receive the following services when prescribed by the physician in charge of the case, approved by the carrier and provided and billed by the hospital:

  a.  Semiprivate room, general nursing services, meals, and special diets. Private room coverage will be provided only when such accommodations are medically necessary as set forth in an administration manual published by the Control Plan;

DSRA000321

SALARIED HEALTH CARE PROGRAM

App. A, III. A.2.b.

b.  Use of operating rooms, other surgical
    treatment rooms, and delivery room;

c.  Anesthesia when administered by an employee
    of the hospital and anesthesia supplies,
    gases, and use of equipment;

d.  Laboratory and pathology examinations which
    are under the direction of a pathologist
    employed by the hospital;

e.  Chemotherapy (chemotherapeutics,
    antineoplastic agents and administration)
    for the treatment of malignant diseases by
    chemical antineoplastic agents except when
    treatment is research, investigational or
    experimental in nature (e.g., high dose
    chemotherapy for a patient with solid tumors
    of the brain, breast, colon, lung or skin);

f.  Physical, speech, and functional
    occupational therapy (see App. A, III.C.);

g.  Oxygen and other gas therapy;

h.  Drugs, biologicals, and solutions used while
    the enrollee is in the hospital;

i.  Gauze, cotton, fabrics, solutions, plaster,
    splints, and other materials used in
    dressings and casts;

j.  Radioactive isotope studies and use of
    radium when the radium is owned or rented by
    the hospital;

k.  Maternity care and routine nursery care of
    the newborn during the hospital stay of the
    mother for maternity care, when the mother
    is an enrollee;

l.  Hospital service in a special care unit;

m.  Blood services, including transfusions of
    whole blood and packed red blood cells (if not
    replaced), blood derivatives, blood plasma,
    supplies and their administration;

n.  Hemodialysis when provided by a hospital
    qualified to provide hemodialysis treatment.
    The carriers shall have discretionary
    authority to interpret, apply and construe
    this provision of the Program. The
    determination of the carrier as to whether or
    not a hospital is a qualified hospital for
    providing hemodialysis shall be given full
    force and effect unless it is determined by

89                      1994

DSRA000322

SALARIED HEALTH CARE PROGRAM

App. A, III. A.2.n.

the Plan Administrator to have been contrary to the Program provisions or arbitrary and capricious;

o.  Durable medical equipment (see App. A, III.I.);

p.  Prosthetic and orthotic appliances (see App. A, III.I.);

q.  Hospital services for sterilization of male or female enrollees regardless of the medical necessity for the sterilization;

r.  Hospital services for covered plastic and reconstructive surgery (see App. A, III.E.3.a.(1));

s.  Hospital services for abortions regardless of the medical necessity for the abortion;

t.  Pulmonary function evaluation;

u.  Skin bank, bone bank and other tissue storage bank costs;

v.  Inhalation therapy; and

w.  Human organ and tissue transplants. For medically recognized human organ or tissue transplants from a living or cadaver donor to a transplant recipient, hospital services (including evaluation tests to establish compatibility and suitability of potential and actual donors when the tests cannot be done safely and effectively on an outpatient basis) are covered as follows:

(1)  When the transplant recipient and the donor are both enrollees, benefits are provided for both;

(2)  When the transplant recipient is an enrollee, but the living donor is not, benefits are provided for the transplant recipient and, to the extent they are not available under any other health care coverage, for the donor;

(3)  When the living donor is an enrollee and the transplant recipient is not, benefits are provided only for the donor;

(4)  When the transplant recipient is an enrollee, expenses incurred in the evaluation and procurement of cadaver organs and tissues are benefits when billed by the hospital. All such expenses will be charged to the enrollee's coverage to the extent that they are not covered by any other health care coverage of the donor or potential donor;

90                          1994

DSRA000323

SALARIED HEALTH CARE PROGRAM

App. A, III. A.2.w.(5)

(5) For purposes of this subsection w. and of App. A, III.E.3.a.(3 "medically recognized" human organ r tissue transplants include al. eneic bone marrow for only specif d diagnoses, autologous bone marro or only specified diagnoses, rnea, heart, heart/lung, kidney, ver, lung, pancreas and skin. .e limitations with respect to bone marrow transplants are contained in Section IV.Z. of this Appendix.

3. Outpatient Hospital Coverage

a. When an enrollee receives outpatient hospital services in a participating hospital, or any hospital for carriers without participating arrangements, which have been ordered by the attending physician and approved by the carrier, the enrollee is entitled to the same coverages available on an inpatient basis, except that:

(1) Drugs, biologicals, and solutions are covered only to the extent they are used in the hospital and administered in connection with the use of operating or surgical treatment rooms, anesthesia, laboratory examinations, or other outpatient hospital services.

(2) Physical, speech and functional occupational therapy also may be covered (see App. A, III.C.).

(3) Chemotherapy (chemotherapeutics, antineoplastic agents and necessary ancillary drugs and their administration) is covere for the treatment of malignant di ses except when the treatment is rese h, investigational or experimer al in nature (e.g., high dose che he py for a patient with solid tum s the brain, breast, colon, lung o skin).

91                        1994

DSRA000324

SALARIED HEALTH CARE PROGRAM

App. A, III. A.3.a.(3)

Chemotherapy is covered for the following routes of administration: parenteral, continuous or intermittent infusion, perfusion, and intracavitary. Coverage is not available for the oral administration of chemotherapy.

(4) Coverage does not include treatment of chronic conditions which require repeated visits to the hospital, except for hemodialysis.

(5) Services in the emergency room of a hospital are covered for the initial examination and treatment of conditions resulting from accidental injury or medical emergencies. A medical emergency will be considered to exist only if medical treatment is secured within 72 hours after the onset of the condition. Follow-up care is not covered.

(6) Hyperbaric oxygenation is covered when medically necessary for treatment of disease or injury. Coverage is not available for treatment of chronic conditions.

(7) Skin bank, bone bank and other tissue storage bank services are not covered.

b. Hemodialysis (use of kidney machine) or peritoneal dialysis for the treatment of a chronic, irreversible kidney disease is covered in an enrollee's home when services are provided and billed by a hospital which has a hemodialysis program approved by the carrier.

(1) Benefits will not be payable unless the following conditions are met:

(a) treatment must be arranged through the physician attending the enrollee and the physician director or a committee of staff physicians of the training program, and

92                                    1994

DSRA000325

SALARIED HEALTH CARE PROGRAM

App. A, III. A.3.b.(1)(b)

    (b)    the owner of the enrollee's residence must give written permission to the hospital for installation of the equipment prior to its installation.

(2)    The following are covered expenses under this subsection:

    (a)    purchase, lease, or rental (as determined by the carrier to be appropriate) of a hemodialysis machine placed in the enrollee's home;

    (b)    installation and maintenance or repair of a hemodialysis machine placed in the enrollee's home;

    (c)    hospital expenses for training the enrollee and any individual who will be assisting the enrollee in the home setting in operating the hemodialysis machine;

    (d)    laboratory tests related to the dialysis procedure;

    (e)    consumable and expendable supplies required during the dialysis procedure, such as dialysis membrane, solution, tubing, and drugs; and

    (f)    removal of the dialysis equipment from the enrollee's home when the enrollee no longer needs the equipment.

(3)    The following are not covered expenses under this subsection:

    (a)    services not provided and billed by a hospital with a hemodialysis program approved by the carrier;

1994

DSRA000326

SALARIED HEALTH CARE PROGRAM

App. A, III. A.3.b.(3)(b)

    (b)    reimbursement to individuals trained and assisting in the dialysis procedure;

    (c)    electricity or water used in operating the dialyzer;

    (d)    installation of electric power, a water supply, or a sanitary waste disposal system in conjunction with installing the dialysis equipment;

    (e)    physician's services, except to the extent the physician is reimbursed by the hospital for administration and overall supervision of the program;

    (f)    transfer of the dialyzer to another location in the enrollee's residence;

    (g)    services performed prior to the effective date of the home hemodialysis program; and

    (h)    services provided by an agency or organization providing "back-up" assistance in home hemodialysis, including the services of hospital personnel sent to the enrollee's home, or of other persons under contract with the hospital.

4.  Limitations and Exclusions

    a. Coverage for hospital admissions and services is only for the period which is medically necessary for the proper care and treatment of the enrollee, subject to the maximum benefit period and other applicable Program provisions. As a condition of continued hospital coverage, the carrier may require written verification by the physician in charge of the case of the need for services. For purposes of this subsection and subsection 4.b., below, the carrier shall review the severity of the

94                1994

DSRA000327

SALARIED HEALTH CARE PROGRAM

App. A, III. A.4.a.

    patient's illness and the nature and
intensity of services required/provided
and, based upon such review, shall have
discretionary authority to interpret, apply
and construe these provisions of the
Program. The carrier's exercise of this
authority shall be given full force and
effect unless it is determined by the Plan
Administrator to have been inconsistent
with the Program provisions or arbitrary
and capricious.

b.    Coverage does not include hospital services
related to domiciliary, custodial,
convalescent, nursing home, or rest care.

c.    Coverage does not include hospital services
consisting principally of dental treatment
or extraction of teeth, except when either
multiple extractions or the removal of one
or more unerupted teeth is performed under
general anesthesia and a concurrent
hazardous medical condition exists.

d.    Coverage does not include inpatient
hospital services when the care received
consists principally of observation or
diagnostic evaluations, inpatient physical,
functional occupational or speech therapy,
x-ray examinations, laboratory
examinations, electrocardiography or basal
metabolism tests, ultrasound studies,
nuclear medicine studies, weight reduction
by diet control with or without medication,
or environmental control.

e.    Coverage for hospital services does not
include services of physicians, oral
surgeons, or services covered elsewhere in
this Appendix, such as x-ray examination or
therapy, electrocardiography, cobalt, or
ultrasound studies.

f.    The enrollee must give notice of coverage
to any hospital at the time of admission.
If notice is not given at that time, the
enrollee may be liable for a portion of
charges incurred.

g.    If an enrollee cannot obtain admission to
participating or nonparticipating
hospitals, the carrier may pay the enrollee
an amount not to exceed $65 for the expense

95                1994

DSRA000328

SALARIED HEALTH CARE PROGRAM

App. A, III. A.4.g.

      of nursing and other services and supplies, restricted to the equivalent of hospital care made necessary by the illness or injury.  The payment shall be full satisfaction of all obligations of the carrier and the participating hospitals to furnish hospital service for the disability for which admission was sought; provided, however, that if the admission is for the care of contagious or epidemic disease, or injury due to war, declared or undeclared, the Corporation, the carriers and the participating hospitals are under no obligation or liability under this Program.

h.    Hospital coverage does not include facility charges for care received in an urgent care center.

i.    Hospital coverage does not include facility charges for care received in a freestanding ambulatory surgery center, unless such center meets Program standards and is approved by the carrier.

j.    Hospital coverage does not include facility charges related to refractive eye surgery (e.g., radial keratotomy, corneal sculpting or similar surgical procedures to correct vision), sterilization reversals or non-covered plastic, cosmetic, or reconstructive surgery.

k.    Hospital coverage does not include positron emission tomography (PET) scanning services.

l.    Coverage for hospital services is subject to the Terms and Conditions of Section II, and the Limitations and Exclusions of Section IV.

B.  Skilled Nursing Facility Coverage

1.    Conditions of Benefit Payments
All skilled nursing admissions should be predetermined with the carrier.

An enrollee is eligible for benefits for covered expenses incurred in a skilled nursing facility only if the following conditions have been met:

1994

DSRA000329

<u>SALARIED HEALTH CARE PROGRAM</u>

App. A, III. B.1.a.

a. The admission to the skilled nursing facility commences on or after the enrollee's effective date of coverage under this Program.

b. The admission has been approved by the carrier and the enrollee is admitted to the skilled nursing facility on the order of a physician who certifies that the enrollee requires the type of care available at the facility.

c. The enrollee has benefit days available under the skilled nursing facility benefit period (see App. A, II.B.).

d. The care received by the enrollee consists of definitive medical, nursing, or other paramedical care.

2. Coverages

a. Upon admission to a skilled nursing facility approved by the carrier, an enrollee is entitled to receive the following services when prescribed by the physician in charge of the case and when provided and billed by the facility:

(1) Semiprivate room, general nursing service, meals, and special diets;

(2) Use of special treatment rooms;

(3) Routine laboratory examinations;

(4) Physical, speech, or functional occupational therapy when medically necessary for the treatment of the enrollee (see App. A, III.C.);

(5) Oxygen and other gas therapy;

(6) Drugs, biologicals, and solutions used while the enrollee is in the facility;

97                         1994

DSRA000330

SALARIED HEALTH CARE PROGRAM

App. A, III. B.2.a.(7)

    (7)   Gauze, cotton, fabrics, solutions, plaster, splints and other materials used in dressings and casts; and

    (8)   Durable medical equipment (see App. A, III.I.).

b.    Medical care in skilled nursing facilities: Coverage is provided for medical care approved by the carrier in a skilled nursing facility by the physician in charge of the case. Care is subject to the 730-day benefit period maximum. Medical care in a skilled nursing facility for the treatment of tuberculosis or substance abuse is not covered.

3.    Limitations and Exclusions

a.    Skilled nursing facility admissions and services are covered only when the services are medically necessary. As a condition of continued skilled nursing facility coverage, the carrier may require written verification by the physician in charge of the case of the need for services. For the purposes of this subsection and of subsection 3.b., below, the carrier shall review the severity of the patient's illness and the nature and intensity of the services required/provided and, based upon such review, shall have discretionary authority to interpret, apply and construe these provisions of the Program. The carrier's exercise of this authority shall be given full force and effect unless it is determined by the Plan Administrator to have been inconsistent with the Program provisions or arbitrary and capricious.

b.    Coverage is not provided for care which is principally custodial or domiciliary or for care of tuberculosis.

c.    Coverage for skilled nursing facility services is subject to the Terms and Conditions of Section II, and the Limitations and Exclusions of Section IV.

                1994

DSRA000331

SALARIED HEALTH CARE PROGRAM

App. A, III. C.

C.  Physical, Functional Occupational and Speech Therapy
and Cardiac Rehabilitation Coverage

1.  Conditions of Benefit Payments
An enrollee is eligible for benefits for covered
physical, functional occupational and speech
therapy and cardiac rehabilitation expenses only
if the following conditions have been met:

a.  Outpatient services are received on or
after the enrollee's effective date of
coverage in this Program or, for inpatient
services in a hospital or skilled nursing
facility or for services provided through a
home health care program, the admission
commences on or after the enrollee's
effective date of coverage in this Program;

b.  Services are approved by the carrier,
prescribed by the physician in charge of
the case, and provided or supervised by a
physician (other than a limited-practice
physician) or by a registered and licensed
physical, occupational or speech therapist
for the specific therapy prescribed;

c.  Services are provided and billed by a
physician (other than a limited-practice
physician) or a hospital, or a freestanding
outpatient physical therapy facility, home
health care agency, skilled nursing
facility, or independent therapist approved
by the carrier; and

d.  Benefits are available during the benefit
period for covered hospital or skilled
nursing facility inpatient care.

2.  Coverages

Services are covered as follows:

99                    1994

DSRA000332

SALARIED HEALTH CARE PROGRAM

App. A, III. C.2.a.

a.    Physical Therapy and Functional
Occupational Therapy

(1)  During a covered admission to a
hospital or skilled nursing facility,
an enrollee is entitled to receive
physical and functional occupational
therapy to the extent medically
necessary for the treatment of the
condition for which the enrollee is
admitted.  If rehabilitation care is
prescribed and approved, the
rehabilitation program is expected to
include, at a minimum:

(a)  Medical care and supervision by a
physician with specialized
training and/or experience in
rehabilitation, with 24-hour per
day physician availability in
addition to physician evaluation
of the patient at least three
times per week;

(b)  The active involvement in the
patient's care of a nurse with
specialized training and/or
experience in rehabilitation
nursing (including 24-hour
immediate, on the premises,
availability of a registered
nurse with specialized training
and/or experience in
rehabilitation nursing);

(c)  Social work services;

(d)  Physical therapy services;

(e)  Plus one or more of the
following:

(i)   occupational therapy;

(ii)  speech therapy;

DSRA000333

SALARIED HEALTH CARE PROGRAM

App. A, III. C.2.a.(1)(e)(iii)

      (iii)  psychological services;

      (iv)  prosthetic and/or orthotic
           fabrication and fitting.

(2)  Enrollees are entitled to receive
physical therapy and functional
occupational therapy provided through
an approved home health care agency.
When special equipment not easily made
available in the home is required, an
enrollee is entitled to coverage for
such services in a hospital or
freestanding outpatient physical
therapy facility participating with
the home health care agency when
related to the condition for which the
enrollee was admitted to the home
health care program.

(3)  Physical therapy and/or functional
occupational therapy are covered on an
outpatient basis when performed to
restore or improve musculoskeletal
function.

b.  Speech Therapy

(1)  During a covered admission to a
hospital or skilled nursing facility,
an enrollee is entitled to receive
speech therapy on the same basis as
described in subsection 2.a.(1) above.

(2)  Enrollees are entitled to receive
speech therapy provided through an
approved home health care agency.

(3)  Restorative speech therapy (speech
pathology) is covered on an outpatient
basis when related to the treatment of
an organic medical condition or to the
immediate post-operative or
convalescent state of the enrollee's
illness.  Speech therapy is not
covered for long-standing, chronic
conditions, or inherited speech
abnormalities except as set forth in
subsection b. 4) below.

101                    1994

DSRA000334

SALARIED HEALTH CARE PROGRAM

App. A, III. C.2.b.(4)

    (4)   Speech therapy for congenital and severe developmental speech disorders is covered when not available through other public agencies (e.g., state or school).

    (a)   In order to be covered, the enrollee must be diagnosed as having a severe communicative deficit as defined by Program standards.

    (b)   Speech therapy is not covered for:

    (i)   educational learning disabilities (e.g., dyslexia);

    (ii)   deviant swallow or tongue thrust;

    (iii)   mild developmental speech or language disorders;

    (iv)   congenital deafness;

    (v)   elimination of a lisp, or similar defect in articulation; or

    (vi)   improving speech that is not fully developed.

    (c)   Initial and interim patient assessment to determine severity of condition, potential for improvement, progress and/or readiness for discharge from treatment is considered part of the overall treatment program and is a covered service when accompanied by treatment.

102                    1994

DSRA000335

SALARIED HEALTH CARE PROGRAM

App. A, III. C.2.b.(4)(d)

             (d)   Steady improvement as a consequence of treatmen must be documented in periodic terim reports. Such documen on must be available to the ca: i r upon request.

     c.  Cardiac Rehabilitation

       (1)   During a covered admission to a hospital or skilled nursing facility, an enrollee may receive cardiac rehabilitation on the same basis as therapy described in subsection 2.a.(1) above.

       (2)   Enrollees may receive cardiac rehabilitation on an outpatient basis provided through a hospital or performed or supervised and billed by a physician. The payment of benefits for cardiac rehabilitation on an outpatient basis is limited to services provided during the six-month period immedia 'y following acute myocardial infarct. initial diagnosis of angina pectoris, or certain heart surgeries.

   3.   Limitations and Exclusions

     a.  Covered expenses will not include and benefits are not payable for:

       (1)   physical, functional occupational and/or speech therapy services if:

           (a)  such services are rovided without expectation that e condition will improve in a asonable and generally predict e period of time.

           b:  improvement does not ccur, as documented in the pa ent's record in a periodic basis.  r

                          103                    1994

DSRA000336

SALARIED HEALTH CARE PROGRAM

App. A, III. C.3.a.(1)(c)

     (c)   progress is no longer being made
or the previous level of function
has been restored;

(2)  physical therapy and/or functional
occupational therapy provided solely to
maintain musculoskeletal function;

(3)  occupational therapy which is not
functional in nature;

(4)  inpatient admissions which are
principally for physical, functional
occupational and/or speech therapy or
for cardiac rehabilitation;

(5)  manipulation, adjustment or massage of
the musculoskeletal system;

(6)  vision therapy or training;

(7)  cognitive rehabilitation which
includes, but is not limited to,
vocational rehabilitation, recreational
therapy, learning exercises for
retraining in routine activities of
life or aspects of cognitive
functioning such as concentration,
organizational skills, information
processing, memory, thinking, and
problem solving;

(8)  day, night or residential
rehabilitation programs;

(9)  services which could be performed by an
untrained, unlicensed person, by the
enrollee, or by a member of the
enrollee's family;

(10) isokinetic testing or treatment;

(11) debridement and cleansing with
whirlpool for first or second degree
burns;

104                    1994

DSRA000337

SALARIED HEALTH CARE PROGRAM

App. A, III. C.3.a.(12)

(12) physical and/or functional occupational therapy for first and second degree burns.

b.   Coverage for physical, functional occupational and speech therapy and cardiac rehabilitation is subject to the Terms and Conditions of Section II, and the Limitations and Exclusions of Section IV.

D.   Home Health Care Coverage

1.   Conditions of Benefit Payments

Home health care services are subject to predetermination by the carrier.  An enrollee is eligible for benefits for covered expenses incurred for home health care services only if the following conditions have been met:

a.   Admission to the home health care program commences on or after the enrollee's effective date of coverage in this Program;

b.   The enrollee is referred to and accepted by a home health care agency that meets Program standards and is approved by the local carrier;

c.   The services received are approved by the carrier, prescribed by the physician in charge of the case and provided and billed by an approved provider;

d.   The physician in charge of the case certifies to the carrier that skilled home health care services are medically necessary for the care of the enrollee; and

e.   The enrollee is essentially homebound for medical reasons and physically unable to routinely obtain the needed medical services on an outpatient basis without special assistance.

105                          1994

DSRA000338

SALARIED HEALTH CARE PROGRAM

App. A, III. D.2.

2.   Coverages

    a.   The following services are covered when
       provided on a part-time or intermittent
       basis during a home health care visit and
       billed by a home health care agency
       approved by the carrier:

       (1)   General nursing services;

       (2)   Physical therapy and speech therapy
           (may be provided and billed by a
           hospital outpatient department or a
           carrier-approved physical therapy
           provider under limited circumstances
           - see App. A, III.C.2.);

       (3)   Social service guidance, dietary
           guidance, and functional occupational
           therapy; and

       (4)   Services by a home health aide
           employed by an approved home health
           care agency. To be eligible for home
           health aide service, the enrollee
           must be receiving one of the services
           in (1) or (2) above, and it must be
           determined by the home health care
           agency and the carrier that the
           enrollee could not be treated under
           this subsection without the home
           health aide service.

    b.   For the purposes of this subsection
       III.D.:

       (1)   A home health care visit consists of
           a visit

           (a)   to the enrollee's home by any
               member of the home health care
               team for the purpose of
               providing necessary professional
               service;

DSRA000339

SALARIED HEALTH CARE PROGRAM

App. A, III. D.2.b.(1)(b)

    (b)   to the enrollee's home by a home
health aide for the purpose of
providing covered home health
aide services as described in
subsection 2.a.(4) above; or

    (c)   by the enrollee to a hospital or
skilled nursing facility or
approved physical therapy
provider as an outpatient for
speech evaluation or physical
therapy when required equipment
is not easily available for home
use;

(2)   "part-time care" means:

    (a)   up to and including 28 hours per
week of skilled nursing and home
health aide services combined,
for less than eight hours per
day; or

    (b)   up to 35 hours per week of
skilled nursing and home health
aide services combined, for less
than eight hours per day,
subject to individual review and
approval by the carrier based on
diagnosis, prognosis and
documented improvement in the
patient's condition; and

(3)   "intermittent care" means:

    (a)   part-time care as described in
subsections (2)(a) and (b)
above, which is provided on less
than a daily basis; or

    (b)   up to eight hours per day of
skilled nursing and home health
aide services combined,
delivered on a daily basis, for
a temporary period not to exceed
one month, subject to individual
carrier review and approval
based on diagnosis, prognosis
and documented improvement in
the patient's condition.

DSRA000340

SALARIED HEALTH CARE PROGRAM

App. A, III. D.2.c.

    c.  The following services are covered when
provided and billed by an approved
provider:

    (1)  Laboratory tests;

    (2)  Drugs, biologicals, and solutions;
and

    (3)  Medical supplies which are essential
in order to effectively administer in
the home the medical regimen ordered
by the physician.  Supplies include
items such as bandages, dressings,
splints, hypodermic needles,
catheters, colostomy appliances, and
oxygen.  When covered home health
care services are being provided,
medical supplies used in the home for
the patient's care will be covered
under this section, even if used
during a portion of the day or week
when nursing services are not
covered.

3.   Limitations and Exclusions

    a.  Coverage for home health care services is
available only when the services are
medically necessary.  As a condition of
continued home health care coverage, the
carrier may require written verification
by the physician in charge of the case of
the need for services.  The carrier shall
have discretionary authority to interpret,
apply and construe this provision of the
Program.  The carrier's exercise of this
authority shall be given full force and
effect unless it is determined by the Plan
Administrator to have been inconsistent
with the Program provisions or arbitrary
and capricious.

DSRA000341

SALARIED HEALTH CARE PROGRAM

App. A, III. D.3.b.

b. Coverage under this subsection does not include supplies such as elastic stockings, personal comfort or personal hygiene items or equipment, or supplies and appliances which may be covered under the durable medical equipment and prosthetic or orthotic appliance provisions (such as hospital beds, oxygen tents, walkers, wheelchairs, or orthotics).

c. Coverage under this subsection does not include physician services, private duty nursing services or housekeeping services.

d. Coverage under this subsection does not include skilled nursing services and home health aide visits when the care exceeds the part-time or intermittent levels.

e. Coverage under this subsection does not include home uterine monitoring.

f. Coverage under this subsection does not include charges for travel time.

g. The maximum amount of reimbursable expense for home health care services under this subsection is limited to the amount which would be reimbursable for similar care rendered in a skilled nursing facility.

h. Coverage for home health care services is subject to the Terms and Conditions of Section II, and the Limitations and Exclusions of Section IV.

E. Surgical and Medical Coverage

1. Conditions of Benefit Payments
An enrollee is eligible for benefits for expenses incurred for surgical and medical covered services only when the following conditions have been met:

a. Services are received on or after the enrollee's effective date of coverage in this Program;

109    1994

DSRA000342

## SALARIED HEALTH CARE PROGRAM

App. A. III. E.1.b.

    b.    Services are approved by the carrier, when necessary; and

    c.    Services are received prior to the termination date of the enrollee's coverage, except that services received during hospital admissions which commence prior to such termination date will be covered subject to other provisions of this Program.

2.    Payment of Services

    a.    The carrier(s) will make payment according to a fee schedule, capitation schedule, or reasonable and customary charges.

    b.    A carrier will make the benefit payments directly to the provider for services performed or materials furnished by such provider, or directly to the enrollee if appropriate.

    c.    The carriers shall have discretionary authority to interpret, apply and construe these reimbursement provisions of the Program. A carrier's exercise of this authority shall be given full force and effect unless it is determined by the Plan Administrator to have been inconsistent with the Program provisions or arbitrary and capricious. Except for reimbursement for off-panel services received by a PPO option enrollee without referral, the carrier will defend its determination of the fee, capitation rate or reasonable and customary charge if a provider claims an amount in excess of the carrier's determination from the enrollee and there is no payment or prior written agreement between the patient and the provider regarding the amount of the provider's charges.

    d.    Certain hospital-based physician services billed by a hospital will be paid directly to the hospital by a carrier according to the carrier's agreement with the hospital.

110               1994

DSRA000343

SALARIED HEALTH CARE PROGRAM

App. A, III. E.3.

3.   Coverages

Except as otherwise indicated, the foll...ng
services are covered:

a.   Surgery: Subject to the limita...ns
listed below, surgical service:
consisting of generally accepte... operating
and cutting procedures for the n...cessary
diagnosis and treatment of diseases,
injuries, fractures, or dislocations, are
covered when performed by the physician in
charge of the case.

Surgical services include usual,
necessary, and related preoperative and
postoperative care performed in or out of
the hospital.

(1)   Plastic and reconstructive surgery is
limited to the correction of
congenital anomalies and conditions
resulting from accidental injuries or
traumatic scars, to the correction of
deformities resulting from cancer
surgery or following medically
necessary mastectomies (including
medically necessary mastectomies
resulting from cancer or fibrocystic
disease), and to blepharoplasties
when there is visual impairment.

(2)   Dental surgery is limited to multiple
extractions, removal of one or more
unerupted teeth, alveoloplasty, or
gingivectomy, and is covered only
when performed for a hospital
inpatient when a concurrent hazardous
medical condition requiring
hospitalization exists. Surgical
procedures to excise tumors or cysts
of the oral cavity, to correct
fractures of facial or jaw bones,
dislocations and disorders of  oints,
or to correct accidental inju  are
not considered dental surgery and are
considered in accordance with the
general surgery provisions above.

:::                    1994

DSRA000344

SALARIED HEALTH CARE PROGRAM

App. A, III. E.3.a.(3)

(3) For medically recognized human organ or tissue transplants [see App. A, III.A.2.w.(5)] from a living or cadaver donor to a transplant recipient which requires surgical removal of a donated part, benefits for services as listed and limited in this subsection (including laboratory services for evaluation tests to establish a potential donor's compatability and suitability) will be covered in the same manner as under Section III.A.2.w.

Payments will be reduced by any amount payable from other sources, such as foundations, grants, governmental agencies or programs, research or educational grants and charitable organizations.

(4) Surgical procedures for sterilization of male and female enrollees irrespective of medical necessity are covered. Sterilization reversals are not covered.

(5) Laser surgery is covered if the alternative cutting procedure is covered. The maximum benefit payable for laser surgery is the reasonable and customary charge for the alternative cutting procedure.

b. Hemodialysis: Services are covered only when performed by a physician in a facility meeting Program standards and approved by the local carrier or in the enrollee's home.

c. Anesthesia: Services for the administration of anesthetics are covered, when provided by a physician, other than the operating physician, and when required by, and performed in conjunction with, another covered service. Anesthesia

112                          1994

DSRA000345

SALARIED HEALTH CARE PROGRAM

App. A, III. E.3.c.

services include the administrati  of
anesthesia by a lay or nurse anes  etist
in the employ of the physician wh
authorizes the services of the a:  hetist
and who is available for immedia
attendance.  Services of an ind  ei.dent
certified registered nurse anes  .ietist
(CRNA) are eligible for covera¿ ¿ only when
(1) services are provided under the direct
supervision of a physician, (2) the CRNA
is approved by the carrier and meets
Program standards, and (3) the various
providers involved in the care agree with
the carrier's reimbursement policies/
arrangements.

Administration of local anesthetics is not
covered.  Anesthesia service provided by
an employee of a hospital is covered only
under Section III.A.2.c.

d.    Technical surgical assistance:  Services
by a physician who actively assists the
operating physician are covered when
medically necessary and when related to
covered surgical or maternity services. I.
order for the services of the assistant
surgical physician to be covered, it must
be certified that the services of interns,
residents, or house officers were not
available at the time.

e.    Maternity care:  Obstetrical services of a
physician, including usual prenatal and
postnatal care, are covered.  For each
pregnancy, coverage is also provided for
routine prenatal laboratory examinations
which are performed in connection with
normal maternity care.  Coverage includes:

(1)    the examination of a newborn child by
a physician other than the delivering
physician or the physician
administering anesthesia during
delivery; and

113                    1994

DSRA000346

SALARIED HEALTH CARE PROGRAM

App. A, III. E.3.e.(2)

(2) obstetrical services of a physician for an abortion.

f.   Consultations:  When requested by the physician in charge of the case, coverage is provided for the assistance of a physician in the diagnosis or treatment of a condition which requires special skill or knowledge.  This coverage does not include phone consultations or staff consultations required by a facility.

g.   Chemotherapy:  Coverage for chemotherapy is provided under App. A, III.A.2.e. for inpatient care and under App. A, III.A.3.a.(3) for outpatient care. Chemotherapy administered in a physician's office is covered on the same basis as outpatient and excludes services which are research, investigational or experimental in nature (e.g., high dose chemotherapy for a patient with solid tumors of the brain, breast, colon, lung or skin).

h.   Extra-corporeal shock wave lithotripsy (ESWL):  Coverage is provided for services rendered in a carrier-approved facility meeting Program standards.

i.   Therapeutic radiology:  Coverage is provided for treatment of conditions by x-ray, radium, radon, external radiation, or radioactive isotopes (e.g., cobalt), and includes the cost of materials provided which are not supplied by a hospital.

j.   Diagnostic radiology:  Coverage is provided if approved by the carrier as required, for diagnosis of any condition, disease, or injury by x-ray, ultrasound, isotope examination, computerized axial tomography (CAT scans) for the head and body and magnetic resonance imaging (MRI) as follows:

114                        1994

DSRA000347

SALARIED HEALTH CARE PROGRAM

App. A, III. E.3.j.(1)

> (1) Computerized axial tomography is covered for diagnostic examinations of the head and body when ordered by a physician and performed on approved equipment in accordance with program standards.
>
> (2) Digital subtraction angiography is covered if performed on hospital based equipment.
>
> (3) Magnetic resonance imaging (MRI) coverage is provided in accordance with Program standards, which include diagnosis restrictions and the use of carrier-approved facilities.

> k. Laboratory, pathology and other services: Coverage is provided if approved by the carrier for laboratory and pathological examinations for the diagnosis of conditions, diseases, or injuries or for performing covered well child care services and physical examinations. In addition to examinations of blood, tissue, and urine, diagnostic laboratory and pathology coverage includes laboratory procedures such as electrocardiograms, electroencephalograms, electromyograms, and basal metabolism tests.

> (1) Routine laboratory services in connection with normal maternity care are covered according to the provisions of Section III.E.3.e.
>
> (2) Hearing aid evaluation tests are covered only under Section III.H. of this Appendix.
>
> (3) Audiometric examinations may be covered, but are subject to the exclusions of Appendix A, III.H.5.a., d., e., g., h., i., j., k., and l.

115                    1994

DSRA000348

<u>SALARIED HEALTH CARE PROGRAM</u>

App. A, III. E.3.1.

1. Physician medical visits:  Coverage is provided for medical visits by a physician when rendered in the physician's office, the home, a hospital, or a skilled nursing facility for the examination, or diagnosis and treatment of any condition, disease or injury subject to the provisions below.

   (1) Inpatient medical care is covered when provided by the physician in charge of the case. Services of a physician who is treating a condition unrelated to the reason for the admission may also be covered.

   (2) Treatment rendered in or at a hospital is covered only when provided by a physician who is not an employee of the hospital.

   (3) Well child care is covered for enrollees six years of age or younger.

   (4) Routine physical examinations are covered for enrollees over six years of age and are limited to one each calendar year.

   (5) Physician medical visit coverage does not include services or separate charges for the following (although some of the items may be covered under other provisions of the Program):

      (a) mental health or substance abuse treatment;

      (b) prenatal and postnatal care;

      (c) immunizations;

      (d) routine eye examinations;

      (e) insurance, employment and premarital examinations;

116                    1994

DSRA000349

SALARIED HEALTH CARE PROGRAM

App. A, III. E.3.1.(5)(f)

        (f) manipulation, adjustment or massage of the musculoskeletal system;

        (g) allergy testing, treatment or injections;

        (h) weight control;

        (i) acupuncture; or

        (j) services provided by non-physician practitioners, e.g., Physician Assistants, Christian Science practitioners, etc.

m. Immunizations and injections: Coverage is provided for medically recognized immunizations and injections as approved by the carrier.

    (1) Serum is covered only when it is not supplied by a health department or other public agency.

    (2) Vitamin and iron injections are covered only when required and necessary for diagnosed illness.

    (3) Injections for chelation therapy are not covered, unless they meet Program standards as to diagnosis and the nature of the service(s) performed. Chelation therapy by means other than injection may be covered under other provisions of the Program.

    (4) Allergy injections are not covered.

    (5) Injections covered under another Section of this Appendix (e.g., chemotherapy) are not covered.

117                    1994

DSRA000350

SALARIED HEALTH CARE PROGRAM

App. A, III. E.3.n.

n.    Foot care:  Coverage is provided for
treatment of injuries and/or infections of
the feet.  Routine foot care (e.g.,
cutting, paring, debridement and
curettement of nails, corns, callouses and
other hyperkeratotic or benign lesions and
treatment of mycotic toe nails) is covered
only for enrollees with a confirmed
diagnosis of diabetes or peripheral
vascular disease and is subject to Program
standards regarding frequency.

o.    Screening examinations:  Coverage is
provided in accordance with the provisions
of subsections E.3.j. and k., above, for
appropriate examinations and procedures
prescribed by a physician and performed
solely for early detection of a
pathological condition in an otherwise
asymptomatic individual.  However, the
deductible and copayment provisions
otherwise applicable to services performed
for enrollees of particular options, under
Article II, Section 4 of the Program, do
not apply to:

(1)    laboratory and pathological services
for one routine Papanicolau (PAP)
smear per enrollee per calendar year
to detect cancer of the female
genital tract,

(2)    one proctoscopic exam without biopsy
performed within each three calendar
year period after age 40 is
attained, or

(3)    routine screening mammograms which
are not in excess of a schedule
which meets Program standards and is
applicable to enrollees age 40 and
older.

113                    1994

DSRA000351