SALARIED HEALTH CARE PROGRAM

App. A, III. E.4.

4.    Limitations and Exclusions

a.    Dental services, including extraction of teeth, except as provided for in Section III.E.3.a.(2), are not covered under this subsection.

b.    Examinations and tests in connection with research studies, paternity determinations, weight control, autopsies, insurance, pre-employment or premarital examinations are not covered.

c.    Services of stand-by physicians are not covered.

d.    Services relating to refractive eye surgery (e.g., radial keratotomy, corneal sculpting or similar surgical procedures to correct vision) are not covered.

e.    Invasive electromagnetic bone growth stimulation is not covered.

f.    Growth factor treatment for wound care (e.g., Procuren) is not covered.

g.    Positron emission tomography (PET) scanning is not covered.

h.    Thermography services are not covered.

i.    Coverage for surgical and medical services is subject to the Terms and Conditions of Section II, and the Limitations and Exclusions of Section IV.

F.  Ambulance Service Coverage

1.    Conditions of Benefit Payments
Ambulance services are covered if the following conditions and requirements are met:

119            1994

DSRA000352

SALARIED HEALTH CARE PROGRAM

App. A, III. F.1.a

    a.    Ambulance services must be medically necessary.  Ambulance services are not medically necessary if any other means of transportation could be used without endangering the patient's health.

    b.    The ambulance operation providing the service must be licensed and meet Program standards.

    c.    A physician must prescribe the services which necessitate the use of ambulance transportation.

2.  Coverages

The reasonable and customary charges for the following services are covered when furnished and billed by an eligible provider (as determined by the carrier):

    a.    Charges for basic life support services -- a standard charge per trip inclusive of use of vehicle and equipment, supplies and personnel required to perform services classified as basic life support services.  Basic life support consists of services which provide for the initial stabilization and transport of a patient.

    b.    Charges for advanced life support services -- a standard charge per trip inclusive of use of vehicle and equipment, supplies and personnel required to perform services classified as advanced life support services.  Advanced life support is acute emergency treatment procedures with physician involvement.

    c.    Mileage charges -- a charge per mile for distances traveled while the enrollee occupies the ambulance vehicle.

110                     1394

DSRA000353

SALARIED HEALTH CARE PROGRAM

App. A, III. F.2.d.

       d.      Waiting time -- a charge for waiting time involved in round-trip transport of an enrollee from a hospital to another treatment site and return to the same hospital.

When services are received from an ambulance operation approved by the carrier, the carrier will reimburse the provider for the reasonable and customary charges as determined by the carrier. An approved provider must agree to accept, as payment in full, the carrier's determination of the amount payable for covered ambulance services.

When services are received from an otherwise eligible, but non-approved provider, the carrier will pay the enrollee the reasonable and customary charge as determined by the carrier.

3.   Limitations and Exclusions

   a.     The following services are not covered as separate charges; such charges are included in the benefit payment for the standard charge per trip:

      (1)   Use of specific equipment or devices;

      (2)   Gases, fluids, medications, dressings, or other supplies;

      (3)   First aid, splinting, or any emergency medical services or personal service procedures; and

      (4)   Vehicle operators, attendants, or other personnel.

     The charges for these services, while not covered as separate charges, are covered as a component of the charge for the basic or advanced life support services.

DSRA000354

SALARIED HEALTH CARE PROGRAM

App. A, III. F.3.b.

b.  Coverage is limited to the reasonable and customary charges for transporting the patient to the nearest medical facility qualified to treat the enrollee.

c.  Services of air and boat ambulance are subject to individual review.

   (1)  If the patient is transported to a facility other than the nearest medical facility qualified to treat the enrollee, benefits are allowed in an amount equal to that for transportation to the nearest facility.

   (2)  If transport by air or boat is not medically necessary, benefits are allowed in an amount equal to that for ground transportation for the same transfer.

d.  Coverage does not include the following:

   (1)  Transportation in a vehicle not qualified as an ambulance;

   (2)  Transportation for enrollee, family or physician convenience;

   (3)  Services rendered by fire departments, rescue squads or others whose fee is in the form of a voluntary donation;

   (4)  Transfers not medically necessary;

   (5)  Fees, billed by physicians or other independent health care providers, for professional services rendered to enrollees transported by ambulance;

122                          1994

DSRA000355

SALARIED HEALTH CARE PROGRAM

App. A, III. F.3.d.(6)

    (6)    Fees for services when the enrollee is not actually transported while under care; and

    (7)    Services which are payable through an existing arrangement for transfer of patients, where no additional charge is usually made, whether or not such services were immediately available.

    e.    Coverage for ambulance services is subject to the Terms and Conditions of Section II, and the Limitations and Exclusions of Section IV.

G.    Prescription Drug Coverage

    1.    Definitions

    For the purposes of this subsection:

    a.    "copayment" means an amount to be paid by the enrollee for each separate prescription order or refill of a covered drug.

    b.    "covered drug or supplies" means insulin or any prescription legend drug (except as excluded under subsection G.5. below) that is dispensed according to a prescription order, provided that:

    (1)    the drug is medically necessary for the treatment of an illness or injury;

    (2)    the cost of the drug is not included or includable in the cost of other services or supplies provided to the enrollee;

123               1994

DSRA000356

SALARIED HEALTH CARE PROGRAM

App. A, III. G.1.b.(3)

> (3)   the drug is customarily dispensed
>       according to a prescription order;
>       and
>
> (4)   the drug is not entirely consumed at
>       the time and place of the
>       prescription order.
>
> "Supplies" refers to syringes and needles
> dispensed with injectable insulin or
> covered self-administered antineoplastic
> or chemotherapeutic drugs or agents under
> the provisions of this subsection.

c.   "nonparticipating provider" means a
     provider who has not entered into a
     contract with the carrier.

d.   "participating provider" means a provider
     who has entered into a contract with a
     carrier to provide a covered drug to an
     enrollee, in accordance with the
     provisions of this Program and this
     subsection.  Such contract shall provide
     for payment to the provider based on
     prescription charges.  Until
     implementation of a national prescription
     drug network applicable to non-HMO
     enrollees, in the case of a preferred
     provider organization, participating
     providers are the organization's panel
     pharmacies.

e.   "pharmacist" means a person licensed to
     dispense prescription legend drugs under
     the laws of the state where such person
     practices.

f.   "pharmacy" means a licensed establishment
     where prescription legend drugs are
     dispensed by a pharmacist.

g.   "prescription charge" means the
     acquisition cost to the provider for the
     covered drug (including disposable
     syringes and needles) plus a dispensing
     fee.  The "acquisition cost" is the actual

124                          1994

DSRA000357

SALARIED HEALTH CARE PROGRAM

App. A, III. G.1.g.

cost (price) which is paid for a drug by the provider (pharmacy, physician, dentist) or by a company, organization or its affiliates with which the provider may be associated, or such amount as may be negotiated by the carrier with participating providers. This cost will include trade discounts but will not include cash discounts. The "dispensing fee" is an amount or amounts, including applicable sales tax, predetermined by the carrier to compensate participating providers for dispensing covered drugs. Exceptions are:

(1)  injectable insulin - for which the prescription charge means the lower of the reasonable and customary charge as determined by the carrier or the acquisition cost plus the dispensing fee; and

(2)  covered drugs obtained from a nonparticipating provider or from a provider in an area where the carrier does not provide the coverage - for which the prescription charge means the reasonable and customary charge as determined by the carrier.

h.  "prescription legend drug" means any medicinal substance, the label of which, under the Federal Food, Drug and Cosmetic Act, is required to bear the legend "Caution:  Federal law prohibits dispensing without a prescription" and includes compounded medications containing at least one prescription legend drug.

i.  "prescription order" means a written or oral request to a provider by a physician for a single prescription legend drug.

j.  "provider" means a pharmacy or any other organization or person licensed to dispense prescription legend drugs.

125                         1994

DSRA000358

<u>SALARIED HEALTH CARE PROGRAM</u>

App. A, III. G.2.

2.    Reimbursement

    a.    The copayment amount for each separate prescription order or refill of a covered drug shall be 20% of the prescription charge, as defined in 1.g. of this subsection III.G., except that the copayment shall be:

        (1)    The prescription charge, if that amount is less than or equal to $8;

        (2)    Not less than $8, if the prescription charge exceeds that amount;

        (3)    Not more than $25; and

        (4)    $8 for prescriptions dispensed through the Mail Order Prescription Drug program.

    b.    Except for the copayment, covered drugs or supplies obtained from a participating provider are covered subject to the Program provisions.

    c.    Upon proof of payment acceptable to the carrier, an enrollee is entitled to reimbursement from the carrier of 75% of the reasonable and customary charge, as determined by the carrier after deduction of the copayment, of covered drugs obtained on a non-emergency basis from a nonparticipating provider located within the area in which the carrier provides coverage.

    d.    Upon proof of payment acceptable to the carrier, an enrollee is entitled to reimbursement from the carrier of 100% of the reasonable and customary charge, as determined by the carrier after deduction of the copayment, of covered drugs obtained from a provider located outside the area in which the carrier provides coverage or from an in-area nonparticipating provider in the case of an emergency  as determined by the carrier:.

DSRA000359

<u>SALARIED HEALTH CARE PROGRAM</u>

App. A, III. G.3.

3.  Coverage

    a.   Coverage includes up to a 34-day supply of a covered drug unless otherwise specified in c. below.

    b.   Coverage includes an appropriate supply of disposable syringes and needles when prescribed for self-injection with a supply of insulin or an antineoplastic or chemotherapeutic agent.

    c.   Coverage includes up to a 90-day supply of covered drugs obtained through the Mail Order Prescription Drug program with a corresponding prescription or refill order.

4.  Maximum Allowable Cost Programs

Maximum Allowable Cost (mandatory generic substitution) prescription drug programs or alternative generic substitution programs are applicable where in effect.

5.  Limitations and Exclusions

    a.   Transdermal nicotine patches, nicotine gum or any other medication or prescription legend drug used for or in connection with the control or cessation of smoking are covered only if ordered through the Mail Order Prescription Drug program.

       (1)  Transdermal patches are limited to one continuous 12-week supply, lifetime maximum.

       (2)  Nicotine gum is limited to one continuous six-month supply, lifetime maximum.

1994

DSRA000360

SALARIED HEALTH CARE PROGRAM

App. A, III. G.5.b.

b.  Coverage under this subsection does not
include:

(1)  any research or experimental agent
including Federal Food and Drug
Administration approved drugs which may
be prescribed for research or
experimental treatments;

(2)  any charge for a contraceptive
medication, regardless of intended use,
or any charge for a medication being
used for a cosmetic purpose, even if the
medication is a prescription legend
drug;

(3)  any prescription legend drug prescribed
for the purpose of attempting to induce
pregnancy;

(4)  any charge for a prescription legend
drug prescribed for weight control or
appetite suppression;

(5)  any charge for devices or appliances
(e.g., orthotics, and other non-medical
items);

(6)  any vaccine administered for the
prevention of infectious diseases;

(7)  any charge for administration of covered
drugs;

(8)  any charge for a covered drug in excess
of the quantity specified by the
physician, or any refill dispensed after
one year from the physician's order;

(9)  any charge for more than a 34-day supply
of a covered drug provided by a retail
pharmacy, or any charge for more than a
90-day supply of a covered drug supplied
through the Mail Order Prescription Drug
program;

126                    1994

DSRA000361

SALARIED HEALTH CARE PROGRAM

App. A. III. G.5.b.(10)

    (10) any charge for medications  :. _shed on an inpatient or outpatie   asis covered under any other sul . :ion of this Appendix or under any s: _section of Appendix B; and

    (11) any charge for drugs received prior to the effective date of this coverage.

  c.  Coverage under this subsection is subject to the Terms and Conditions of Section II, and the Limitations and Exclusions of Section IV.

H.  Hearing Aid Coverage

  1.  Definitions

  For the purposes of this subsection:

  a.  "physician" means a participating otologist or otolaryngologist who is board certified or eligible for certification in such specialty in compliance with standards established by the respective professional sanctioning body, who is a licensed doctor of medicine or osteopathy legally qualified to practice medicine and who, within the scope of such license, performs a medical examination of the ear and determines whether the patient has a loss of hearing acuity and whether the loss can be compensated for by a hearing aid;

  b.  "audiologist" means any participating person who (1) possesses a master's or doctorate degree in audiology or speech pathology from an accredited university, (2) possesses a Certificate of Clinical Competence in Audiology from the American Speech and Hearing Association and (3) is qualified in the state in which the service is provided to conduct an audiometric examination and

129        1994

DSRA000362

SALARIED HEALTH CARE PROGRAM

App. A, III. H.1.b.

hearing aid evaluation test for the purposes of measuring hearing acuity and determining and prescribing the type of hearing aid that would best improve the enrollee's loss of hearing acuity. A physician performing the foregoing services shall be deemed an audiologist for purposes of this subsection;

c.   "dealer" means any participating person or organization that sells hearing aids prescribed by a physician or audiologist to improve hearing acuity in compliance with the laws or regulations governing such sales, if any, of the state in which the hearing aids are sold;

d.   "provider" means a physician, audiologist or dealer;

e.   "participating" means having a written agreement with the carrier pursuant to which services or supplies are provided under this subsection;

f.   "hearing aid" means an electronic device worn on the person for the purpose of amplifying sound and assisting the physiologic process of hearing, and includes an ear mold, if necessary;

g.   "ear mold" means a device of soft rubber, plastic or a non-allergenic material which may be vented or nonvented that individually is fitted to the external auditory canal and pinna of the enrollee;

h.   "audiometric examination" means a procedure for measuring hearing acuity that includes tests relating to air conduction, bone conduction, speech reception threshold and speech discrimination;

130                    1994

DSRA000363

SALARIED HEALTH CARE PROGRAM

App. A, III. H.1.i.

i.   "hearing aid evaluation test" means a   :ries
     of subjective and objective tests by     .ch a
     physician or audiologist determines   .ch
     make and model of hearing aid will b   t
     compensate for the enrollee's loss      hearing
     acuity and which make and model wi
     therefore be prescribed, and shal:   .clude
     one visit by the enrollee subseque... to
     obtaining the hearing aid for an evaluation
     of its performance and a determination of its
     conformity to the prescription;

j.   "dispensing fee" means a fee predetermined by
     the carrier to be paid to a dealer for
     dispensing hearing aids, including the cost
     of providing ear molds, under this
     subsection;

k.   "acquisition cost" means the actual cost to
     the dealer of the hearing aid.

2.   Conditions of Benefit Payments

     An enrollee is eligible for benefits for covere
     hearing aid expenses subject to the provisions
     below.

a.   Charges incurred for audiometric examinations
     are covered to the extent that these charges
     are reasonable and customary when performed
     by a physician or audiologist, but only
     following or in conjunction with the most
     recent medical examination of the ear by a
     physician.

b.   Hearing aid evaluation tests are covered only
     when indicated by the most recent covered
     audiometric examination up to $96 per test
     or, if higher, the adjusted maximum

DSRA000364

SALARIED HEALTH CARE PROGRAM

App. A, III. H.2.b.

determined under subsection e. below. Hearing aid evaluations performed by a physician or audiologist include the trial and testing of various makes and models of hearing aids to determine which one will best compensate for the loss of hearing acuity.

c.  Standard hearing aids are covered if:

   (1)   they are of the following functional design: in-the-ear, behind-the-ear (including air conduction and bone conduction types) or on-the-body;

   (2)   they are prescribed based upon the most recent audiometric examination and most recent hearing aid evaluation; and

   (3)   the hearing aid provided by the dealer is the make and model prescribed by the physician or audiologist and is certified as such by the physician or audiologist. Binaural hearing aids will be provided only for children under 19 years of age with a hearing loss in both ears.

d.  In order for the charges for services and supplies described in b. and c. immediately above to be covered under this subsection, upon each occasion that an enrollee receives such services and supplies the enrollee must first obtain a medical examination of the ear by a physician, and such examination or such examination in conjunction with the audiometric examination must result in a determination that a hearing aid would compensate for the loss of hearing acuity and, in the case of binaural hearing aids for children, would correct or prevent speech impairment.

132                          1994

DSRA000365

SALARIED HEALTH CARE PROGRAM

App. A, III. H.2.e.

e.    The maximum covered expense for    aring
aid evaluation test shall be a      on
October 1 of each year, by the        tage
increase as of the July levels    t  e
United States Consumer Price      x for the
immediately preceding 12 mon      me
result will be rounded to th      arest
dollar.

3.    Coverages

The enrollee may obtain audiometric examinations,
hearing aid evaluation tests and hearing aids
that the provider shall have agreed to furnish
enrollees in accordance with the following
reimbursement arrangements:

a.    for an audiometric examination, the
reasonable and customary charge;

b.    for hearing aid evaluation tests, the
reasonable and customary charge, but not to
exceed the amount as provided in
subsections H.2.b. and e.; and

c.    for covered hearing aids, the acquisition
cost and dispensing fee.

If the enrollee requests services or devices from
the provider which are not covered under these
provisions (e.g.- binaural hearing aids for
enrollees over 19), the enrollee shall pay the
full additional charge.

4.    Frequency Limitations

If an enrollee has received an audiometric
examination, a hearing aid evaluation test or a
hearing aid for which benefits were payable under
this subsection, benefits will be payable for
each subsequent audiometric examination, hearing
aid evaluation test or hearing aid only if
received more than 36 months after recei   of the
most recent previous audiometric examinat  n,
hearing aid evaluation test and hearing aid,
respectively, for which benefits were payable
under this subsection.

133                1994

DSRA000366

SALARIED HEALTH CARE PROGRAM

App. A, III. H.5.

5.  Exclusions

Covered hearing aid expenses do not include and
no benefits are payable for:

a.  audiometric examinations by an audiologist
    that are not ordered by a physician;

b.  medical or surgical treatment;

c.  drugs or other medication;

d.  audiometric examinations, hearing aid
    evaluation tests and hearing aids provided
    under any applicable Worker's Compensation
    law;

e.  audiometric examinations and hearing aid
    evaluation tests performed, and hearing aids
    ordered:

    (1)    before the enrollee became eligible
           for coverage; or

    (2)    after termination of the enrollee's
           coverage;

f.  hearing aids ordered while covered but
    delivered more than 60 days after termination
    of coverage;

g.  audiometric examinations, hearing aid
    evaluation tests and hearing aids for which
    no charge is made to the enrollee or for
    which no charge would be made in the absence
    of hearing aid coverage;

h.  audiometric examinations, hearing aid
    evaluation tests and hearing aids which are
    not necessary, according to professionally
    accepted standards of practice, or which are
    not recommended or approved by the physician;

134                    1394

DSRA000367

SALARIED HEALTH CARE PROGRAM

App. A, III. H.5.i.

i.  audiometric examinations, hearing a
    evaluation tests and hearing aids    t do
    not meet professionally accept s  dards
    of practice, including any suc  se  ices or
    supplies that are experimenta  ir  ature;

j.  audiometric examinations, h  rir  aid
    evaluation tests and hearin, ai  received
    as a result of ear disease, defect or
    injury due to an act of war, declared or
    undeclared;

k.  audiometric examinations, hearing aid
    evaluation tests and hearing aids provided
    by any governmental agency that are
    obtained by the enrollee without cost by
    compliance with laws or regulations enacted
    by any Federal, state, municipal or other
    governmental body;

l.  audiometric examinations, hearing aid
    evaluation tests and hearing aids to the
    extent benefits therefor are payable under
    any health care program supported in whole
    or in part by funds of the Federal
    government or any state or political
    subdivision thereof;

m.  replacement of hearing aids that are lost
    or broken unless at the time of such
    replacement the enrollee is otherwise
    eligible under the frequency limitations
    set forth herein;

n.  replacement parts for and repairs of
    hearing aids;

o.  charges incurred by enrollees of a health
    maintenance organization option;

p.  eyeglass-type hearing aids, to the extent
    the charge for such hearing aid exceeds the
    covered hearing aid expense for one hearing
    aid under this subsection;

135                    1994

DSRA000368

SALARIED HEALTH CARE PROGRAM

App. A, III. H.5.q.

      q.    binaural hearing aids except as provided in
            this subsection for children under 19 years
            of age; and

      r.    digital-controlled/programmable hearing
            devices, to the extent the charge for such
            hearing device exceeds the covered expense
            for a standard, conventional hearing aid.

I.  Durable Medical Equipment and Prosthetic and Orthotic
    Appliance Coverage

    1.  Conditions of Benefit Payments

        An enrollee is eligible for benefits for the
        rental or purchase of durable medical equipment
        and the purchase of prosthetic and orthotic
        appliances only when the following conditions have
        been met:

        a.    the items rented or purchased are basic
             equipment or appliances or are medically
             necessary special features which are
             prescribed by the attending physician and
             approved by the carrier;

        b.    the equipment or appliances are prescribed
             by a physician and the prescription includes
             a description of the equipment and the
             reason for use or the diagnosis;

        c.    for purchased durable medical equipment or
             prosthetic or orthotic appliances, the order
             must be placed on or after the effective
             date and prior to the termination date of
             the enrollee's coverage in this Program; and

        d.    for rented durable medical equipment, the
             rental period is on or after the effective
             date and prior to the termination date of
             the enrollee's coverage in this Program.

DSRA000369

SALARIED HEALTH CARE PROGRAM

App. A, III. I.2.

2. Payment of Services

a.  The carrier will make payment for the
reasonable and customary charge for rental
or purchase of durable medical equipment
when obtained from a provider other than a
hospital or skilled nursing facility.
Benefit payments for rental of durable
medical equipment shall not exceed the
purchase price of such equipment.

b.  The carrier will make payment for the
reasonable and customary charge for external
prostheses and orthotic appliances.

3. Coverages

a.  Durable Medical Equipment

(1)  Unless otherwise indicated below, the
equipment must be an item of durable
medical equipment which meets Program
standards including being approved for
reimbursement under Medicare Part B as
of October 1, 1993 and be appropriate
for use in the home.

(2)  Durable medical equipment is covered
when used in a hospital or skilled
nursing facility, or when used outside
the hospital or skilled nursing
facility and rented or purchased from
such hospital or facility upon
discharge.

(3)  When the equipment is rented and the
rental period extends beyond the
expiration of the original
prescription, the physician must
recertify by another prescription that
the equipment continues to be
reasonable and medically necessary for
the treatment of the illness or injury
or to improve the functioning of a
malformed body member. If the

137                    1994

DSRA000370

<u>SALARIED HEALTH CARE PROGRAM</u>

App. A, III. I.3.a.(3)

recertification is not submitted, coverage will cease on the date indicated on the original prescription for duration of need, or 30 days after the date of death, whichever is earlier.  Coverage will not be provided for rental charges in excess of the purchase price of the equipment.

(4)    When the equipment is purchased, coverage is provided for repairs necessary to restore the equipment to a serviceable condition.  Routine periodic maintenance is not covered.

(5)    The following equipment is covered, subject to any stated conditions and to the other Program standards, although not Medicare approved:

(a)    blanket supports (also known as cradles);

(b)    neuromuscular stimulators, if prescribed by an orthopedic or physiatric specialist;

(c)    positioning transportation chairs as alternatives to traditional wheelchairs for children 14 years of age and under, who suffer from neuromuscular disorders, closed head injuries, spinal cord disorders or congenital abnormalities;

(d)    external electromagnetic bone growth stimulators, as an alternative to bone grafting in cases of severe physical trauma involving non-union of long bone fractures (in excess of 90 days from the date of fracture), or failed bone fusion (stimulators employed in invasive stimulation are excluded under this subsection I.);

118                                          1994

DSRA000371

SALARIED HEALTH CARE PROGRAM

App. A, III. I.3.a.(5)(e)

(e)    portable insulin infusion pumps,
only when the diagnosis is
insulin-dependent type I
diabetes mellitus and there is
documentation by the physician
of poor diabetic control (i.e.,
widely fluctuating blood sugar
before mealtime, frequent
episodes of insulin reaction,
evidence of frequent ketosis),
or insulin-dependent type I
diabetes mellitus complicated
by pregnancy;

(f)    pressure gradient supports (also
known as burn pressure garments)
prescribed for circulatory
insufficiency conditions to
promote and restore normal fluid
circulation in the extremity (up
to four times annually for
chronic conditions unless there
is a change in physical
conditions such as gain or loss
of weight of the patient), or
when prescribed to enhance
healing and prevent scarring of
burn patients;

(g)    phototherapy (bilirubin) light
with photometer, for patients
under the age of one having a
diagnosis of hyperbilirubinemia;

(h)    special features which, although
not subject to review and
approval under Medicare Part B,
are necessary to adapt otherwise
covered equipment for use by
children; and

(i)    continuous passive motion device
for use after surgery to the
elbow or shoulder (as well as
following total knee
replacement, as provided by
Medicare).

139                        1994

DSRA000372

SALARIED HEALTH CARE PROGRAM

App. A. III. I.3.a.(6)

(6) Home glucose monitors and related supplies are covered on the same basis as portable insulin infusion pumps above.

Such covered equipment may include special modifications for the sight impaired, as approved under Medicare standards.

(7) Pronged and standard canes must be purchased.

b.    Prosthetic and Orthotic Appliances

(1) Unless otherwise indicated below, the appliance must be a prosthetic or orthotic device which meets Program standards. External appliances must be approved for reimbursement under Medicare Part B as of October 1, 1993.

(a) Coverage for therapeutic shoes prescribed for diabetic enrollees not eligible for Medicare shall be limited to the diagnoses established by the Control Plan.

(b) The following items are covered, subject to any stated conditions and to other provisions of the Program and this subsection, although not Medicare-approved:

(i) any style of orthopedic shoe, in addition to a bssic oxford, when the shoe is an integral part of a covered brace; and

(ii) all orthopedic shoe inserts, arch supports and shoe modifications used with a shoe that is attached to a covered brace.

140                    1994

DSRA000373

SALARIED HEALTH CARE PROGRAM

App. A, III. I.3.b.(2)

(2)  Coverage is provided for app    ances
furnished by a fully accred.    1
facility or, with carrier a    oval,
by facilities conditionally
accredited by the American    ard for
Certification in Orthotics    nd
Prosthetics, Inc. as a pr    .der for
the kind of device suppl    .. The
following appliances may    e provided
by facilities not accred ed by the
American Board for Certification in
Orthotics and Prosthetics:  ocular
prostheses; prescription lenses;
pacemakers; ostomy sets and
accessories; catheterization
equipment and urinary sets;
prefabricated custom fitted orthotic
appliances; artificial ears, noses,
and larynxes; external breast
prostheses; and such other appliances
as the carrier may determine.

(3)  Coverage includes prosthetic
appliances or devices which are
surgically implanted permanentl.
within the body (except for
experimental or research appliances
or devices) or those which are used
externally while in the hospital as
part of regular hospital equipment,
as well as external prosthetic or
orthotic appliances prescribed by a
physician for use outside the
hospital.

(4)  Coverage for a prosthetic and
orthotic appliance includes the
replacement, repair, fitting and
adjustments of the appliance.

(5)  Coverage includes only the first set
of prescription lenses (eyeglasses or
contact lenses) following a cataract
operation for any disease of the eye
or to replace the organic lens
missing because of congenital
absence, or when customarily used
during convalescence from eye
surgery.

141                      1994

DSRA000374

SALARIED HEALTH CARE PROGRAM

App. A, III. I.4.

4.    Limitations and Exclusions

a.    Durable medical equipment which is not
covered includes, but is not limited to:

(1)    deluxe equipment such as motor driven
wheelchairs and beds, unless medically
necessary for the treatment of the
enrollee's condition and required in
order for such enrollee to be able to
operate the equipment (for deluxe
equipment or features which are not
medically necessary for the treatment
of the enrollee's condition and
required in order for such enrollee to
be able to operate the equipment,
benefits are limited to the comparable
cost of basic, standard equipment);

(2)    comfort, convenience, self-help and
environmental items not primarily
medical in nature such as, but not
limited to, bedboards, bathtub lifts,
overbed tables, adjust-a-beds,
telephone arms, air conditioners,
humidifiers, sauna baths, paging
systems, intercoms and elevators;

(3)    physician's equipment (such as
sphygmomanometers and stethoscopes);

(4)    exercise and hygienic equipment (such
as exercycles, Moore Wheel, bidet,
toilet seats and bathtub seats);

(5)    experimental, investigational or
research equipment; and

(6)    home uterine monitoring equipment.

b.    Coverage for prosthetic and orthotic
appliances does not include:

142                    1994

DSRA000375

<u>SALARIED HEALTH CARE PROGRAM</u>

App. A, III. I.4.b.(1)

(1)   dental appliances; hearing  ;
      eyeglasses (except as pro    in
      subsection 3.b.(5) above     such
      non-rigid appliances and     ies as
      elastic stockings, garte   ts,
      corsets or arch supports
      corrective footwear unl    he
      footwear is attached to   edically
      necessary brace and cov  ed under
      subsection 3.b.(1), above;

(2)   foot orthotics or any device used to
      protect the foot from trauma caused by
      gravitational forces or shoe pressure,
      whether functional, supportive,
      accommodative or digital in nature,
      and whether or not custom-molded;

(3)   hair pieces or wigs; or

(4)   experimental, investigational or
      research devices.

J.   Hospice Coverage

Hospice coverage, as described below, is available to
Basic Medical Plan, Enhanced Medical Plan and
Preferred Provider Organization option enrollees. It
addresses the needs of terminally ill patients who do
not require the continuous level of care provided in a
hospital or skilled nursing facility.

1.   Definitions

For the purposes of this subsection:

a.   "Bereavement counseling" means services
     provided to the patient's family (or other
     person caring for the patient at home)
     after the patient's death.

143                    1994

DSRA000376

SALARIED HEALTH CARE PROGRAM

App. A, III. J.1.b.

b. "Care rendered in a nursing home facility with hospice support" means care provided to patients who are medically stable but unable to return home because there is no primary care giver available to care for the patient at home, and the patient cannot self-administer the needed care.

c. "Respite care" means short-term inpatient care provided only when necessary to give relief to family members or other persons caring for the patient at home.

2. Conditions of Benefit Payments
An enrollee is eligible for benefits for covered expenses incurred in a hospice program only if the following conditions have been met:

a. The admission to the hospice program commences on or after the effective date and prior to the termination date of the enrollee's coverage in this Program.

b. The services are provided and billed by a hospice program which meets Program standards and is approved by the local carrier.

c. The enrollee is admitted to the hospice program by order of a physician who certifies that the enrollee requires the type of care available through the hospice and that the enrollee has a life expectancy of six months or less.

d. The enrollee voluntarily elects to participate in the hospice program and agrees to accept the services provided by the hospice program as treatment of the terminal condition.

e. The enrollee has benefit period days available under the hospice benefit period (see App. A, II.B.).

144      1994

DSRA000377

SALARIED HEALTH CARE PROGRAM

App. A, III. J.3.

3.   Coverages

    a.   Benefits for hospice services are limited to a maximum aggregate lifetime efit in accordance with Program standard

    b.   Upon admission to an approved pice program, an enrollee is entit to receive the following services when r ered as part of the treatment plan:

    (1)   nursing care provided by or under the supervision of a registered nurse;

    (2)   medical social services provided by a social worker under the direction of a physician;

    (3)   physician services;

    (4)   counseling services provided to the patient, family members and/or other persons caring for the patient at home;

    (5)   general inpatient care provided in a hospice inpatient unit;

    (6)   medical appliances and supplies;

    (7)   physical, occupational and speech therapies;

    (8)   continuous home care provided during periods of crisis as necessary to maintain the patient at home;

    (9)   respite care;

  (10)   bereavement counseling;

  (11)   care rendered in a nursing home with hospice support; and

  (12)   home health aide services.

145               1994

DSRA000378

<u>SALARIED HEALTH CARE PROGRAM</u>

App. A, III. K.

K.  Case Management Program

1.  The Case Management Program (CMP) is a component which is applicable to Basic Medical Plan, Enhanced Medical Plan and Preferred Provider Organization option enrollees, and which is intended to provide high quality, cost-effective alternative treatment options for patients with catastrophic, chronic, and long-term treatment needs which may result in exhaustion of benefits or high costs.  It focuses on those whose care could be maintained, improved or prolonged by more effective use of existing Program provisions or, in appropriate cases, through Alternative Benefit Plans designed to cost no more than the treatment otherwise planned.  The Case Management Program is not a method for approving new procedures or services not otherwise covered under the Program.

2.  The list of conditions used by the carriers for review for potential CMP involvement includes, but is not limited to, the following:

a.  major head trauma;

b.  spinal cord injury;

c.  coma;

d.  multiple amputations;

e.  traumatic and degenerative muscular/neurological disorders (e.g., muscular dystrophy, "Lou Gehrig's Disease," multiple sclerosis);

f.  newborns with high risk complications;

g.  births with multiple congenital anomalies;

h.  cerebrovascular accident (stroke) requiring long-term rehabilitation;

i.  severe burns;

j.  Acquired Immune Deficiency Syndrome (AIDS);

k.  selected blood abnormalities;

146                    1994

DSRA000379

SALARIED HEALTH CARE PROGRAM

App. A, III. K.2.1.

l.   diagnoses involving long-term IV therapy
     (e.g., osteomyelitis, pericarditis,
     endocarditis);

m.   severe rheumatoid arthritis;

n.   selected osteoarthritis;

o.   Crohn's disease; and

p.   cases involving extended or repeated
     hospital stays, as well as cases having
     multiple admissions for the same diagnosis.

3.   Once a patient's medical condition is identified
     by the carrier as having potential for case
     management, the case is reviewed confidentially,
     and a treatment plan may be developed by the
     carrier with the cooperation of the patient,
     family, and the physicians/providers.

4.   If a decision is made to implement a treatment
     plan that incorporates services not otherwise
     covered under this Program (an Alternative
     Benefit Plan), the remaining days of inpatient
     care, determined in accordance with the attending
     physician's prognosis, are converted into a
     dollar pool against which all benefits paid while
     the patient is under the Alternative Benefit Plan
     are charged.

     a.   The total cost of Alternative Benefit Plans
          involving services not otherwise covered
          will be limited by the cost of treatment
          which would have occurred otherwise.

     b.   If the dollar pool is exhausted, the
          Alternative Benefit Plan ceases and the
          provisions of Appendix A, II.B. will apply
          with regard to renewal of a benefit period.

     c.   Participation in the Case Management
          Program is voluntary, and the patient may
          withdraw from an Alternative Benefit Plan
          at any time. In such event, the remaining
          dollar pool is reconverted to equivalent
          hospital days to determine the patient's
          entitlement, if any, remaining in the
          benefit period.

147                           1994

DSRA000380

SALARIED HEALTH CARE PROGRAM

App. A, IV.

IV.   Limitations and Exclusions

In addition to the limitations and exclusions appearing in other Sections of this Appendix, the following general limitations and exclusions apply to all Sections:

A.   Effective date:  For the purposes of this Section, effective date means the later of the effective date of this Program or the effective date of the enrollee's coverage under this Program.  Benefits are not provided under this Program for:

1.   services, treatment, or care provided to an enrollee prior to the effective date; or

2.   hospital, skilled nursing facility, or home health care services for admissions which commenced prior to the effective date.

B.   Termination date:  Coverage is not provided for services provided after the date this Program or an enrollee's coverage under this Program is terminated except that the coverage continues for physician and hospital, skilled nursing facility, or residential substance abuse facility services for continuous predetermined and approved (see App. A, II.A. and App. B, II.A.) inpatient admissions which commenced prior to the termination date of such coverage.

C.   Excluded facilities:  Coverage under this Appendix does not include services provided by a day or night care program, a halfway house, group home, adult foster care facility, health club or the like.

D.   Private duty nursing services:  Coverage under this Appendix does not include services of private duty nurses.

E.   Room accommodations:  If accommodations more expensive than those specified in Section III.A. are used for any reason, the carrier will not pay the difference between the charges for the more expensive accommodations and those for the covered accommodations.  If, for any reason, the enrollee occupies accommodations less expensive than those covered by this Appendix, the enrollee is not entitled to payment of the difference in charges.

148                      1944

DSRA000381

SALARIED HEALTH CARE PROGRAM

App. A, IV. F.

F.   Dental services:  Coverage does not include dental
     services except as specifically provided for   this
     Appendix.

G.   Temporomandibular joint (TMJ) dysfunction:     age
     under this Appendix for diagnosis and treat    nt of TMJ
     dysfunction is limited to diagnostic exami    ions and
     imaging, surgery to the joint (including r  ated
     facility charges) and medically necessary post-
     surgical physical therapy services.

H.   Chemotherapy:  Coverage does not include chemotherapy
     services or supplies (chemotherapeutic antineoplastic
     agents and their administration) when the treatment is
     research, investigational or experimental in nature or
     when not specifically provided for in this Appendix.

I.   Medical necessity:  Coverage does not include
     services, care, treatment, or supplies which are not
     medically necessary according to accepted standards of
     medical practice in the United States for the
     treatment of any condition, injury, disease, or
     pregnancy, except as specifically provided for in this
     Appendix (e.g., voluntary sterilizations).
     Determinations of the Control Plan as to medical
     necessity and the accepted standards of medical
     practice are based on factors which include, but are
     not limited to:  scientific data (such as reported
     controlled studies); information from local and
     national medical, professional and insurance
     societies, organizations, committees and bodies; and
     approvals and policies of the Food and Drug
     Administration, the Department of Health and Human
     Services and other Federal agencies.  The Control Plan
     shall have discretionary authority to interpret, apply
     and construe this provision of the Program.  The
     Control Plan's exercise of this authority shall be
     given full force and effect unless it is determined by
     the Plan Administrator to have been inconsistent with
     the Program provisions or arbitrary and capricious

149                         1994

DSRA000382

SALARIED HEALTH CARE PROGRAM

App. A, IV. J.

J.  Research, investigational or experimental services:
Coverage does not include care, services, supplies, or
devices ("procedures") which, as determined by the
Control Plan, are experimental, research or
investigational in nature (i.e., ones, which in the
judgment of the Control Plan, have not been
demonstrated scientifically to be both effective and
safe in the treatment of the patient's condition).
This exclusion applies to facility and professional
services directly related to non-covered experimental,
research or investigational procedures. However, if
the Control Plan determines that hospitalization is
medically necessary and appropriate in order for such
non-covered procedure to be performed safely, routine
hospital and professional services not related
directly to such non-covered procedure may be covered.
The Control Plan is responsible for determining
whether a procedure is experimental, research or
investigational in nature based on factors which
include, but are not limited to:  the existence of an
experimental, research or investigational plan or
protocol; the necessity for written informed consent
used by the treating physician (which may or may not
include a reference to the procedure being research,
investigational, experimental or other than
conventional in nature); existence of ongoing clinical
trials; scientific data  such as controlled studies
which are reported in medical literature; approvals
and policies of Federal agencies; and information from
professional groups.  The Control Plan shall have
discretionary authority to interpret, construe and
apply this provision of the Program.  The Control
Plan's exercise of this authority shall be given full
force and effect unless it is determined by the Plan
Administrator to have been inconsistent with the
Program provisions or arbitrary and capricious.

Procedures, services, supplies, drugs, products,
applications of the above and other items which are
considered to be experimental, research or
investigational are evolutionary in nature.  The
Control Plan is responsible for maintaining current
information on items which have been so identified for
purposes of claims adjudication, and such information
is incorporated herein by reference.

150                          1994

DSRA000383

SALARIED HEALTH CARE PROGRAM

App. A, IV. J.

The fact that a procedure, service, supply, drug,
product, etc., is not so identified shall nor in any
way infer that it is not experimental, rese   n  r
investigational in nature.  The information
intended to be illustrative rather than ex   s  ve.

Enrollees and/or providers having questic   a  ut the
status of items may obtain Control Plan   stance in
resolving the questions.

At the point in time when the Control Plan determines
a procedure previously identified as experimental,
research or investigational has become standard
medically accepted practice in the United States, the
Control Plan will make a recommendation to the
Corporation under the procedure for approval of new
services (see App. A, II.I.).  If the Control Plan's
recommendation is adopted (in its entirety or with
modifications), an effective date will be assigned and
coverage will be provided on and after that date.  If
the Control Plan's recommendation is rejected, the
procedure will be identified as a specific Program
exclusion.

K.   Personal or convenience items:  Coverage does not
     include care, services, supplies, or devices which are
     personal or convenience items.  Examples include, but
     are not limited to, television/telephone rental, guest
     meals and the like.

L.   Services not related to specific diagnosed illness or
     injury:  Coverage does not include services for
     premarital examinations or pre-employment
     examinations.

M.   Unreasonable charges:  Coverage does not include any
     charges to the extent such charges are determined by
     the carrier to be unreasonable.

N.   Employer related services:  Coverage does not include
     services related to any condition, disease, ailment,
     or injury arising out of or in the course of
     employment and for which the employer furnishes, pays
     for, or provides reimbursement under the provisions of
     any law of the United States or any state or political

151                      1994

DSRA000384

SALARIED HEALTH CARE PROGRAM

App. A, IV. N.

subdivision thereof, or for which the employer makes a settlement payment. Coverage does not include services rendered through a medical clinic or other similar facility provided or maintained by an employer.

O.  Services available without cost: Coverage does not include services for which a charge would not have been made if no coverage existed; services for which the enrollee is not legally obligated to pay; or services which the enrollee received or, upon application, could receive without cost under the laws or regulations of the United States of America, Dominion of Canada, any other country, or any state or political subdivision thereof.

P.  Services available through other programs: Coverage does not include any service to the extent the benefits are payable:

1.  Under any group health care contract under the coordination of benefits provision of this Program;

2.  Under Medicare, if the enrollee was or would have been eligible for Medicare benefits at the time of service had the enrollee enrolled in Medicare (see App. A, II.E.); or

3.  Under any health care program supported in whole or in part by funds of the Federal government or any state or political subdivision except where by law this Program is made primary.

Q.  Services provided by family members or relatives: Coverage does not include services provided to the enrollee by members of the enrollee's household or immediate relatives of the enrollee. For purposes of this provision, "immediate relative" refers to the enrollee's spouse, natural or adoptive parents, children or siblings, step-parents, -children or -siblings, father-, mother-, son-, daughter-, brother- or sister-in-law, and grandparents or grandchildren of the enrollee or the enrollee's spouse.

152                    1994

DSRA000385

SALARIED HEALTH CARE PROGRAM

App. A, IV. R.

R. Custodial or domiciliary care: Coverage  e  not
include care, services, supplies or devi   :   lated to
custodial or domiciliary care provided i   a
institutional setting (e.g. - hospital,       ng
facility) except as provided under the       health
care and hospice provisions of this Ap   .  .x (App. A,
III.D. and III.J., respectively).

S. Inducement of pregnancy: Coverage does not include
care, services, supplies, drugs or devices which are
provided for the purpose of inducing pregnancy.

T. Travel: Coverage does not include travel time or
expenses.

U. Education: Coverage does not include special
education facilities and tutoring for learning
disabilities or correction of behavioral problems.

V. Food and dietary supplements: Coverage does not
include food/dietary supplements or vitamins.

W. Physician requirements: Coverage does not include
services, supplies or equipment not performed by,
prescribed by or rendered by a physician.

X. Miscellaneous services: Coverage does not include
charges for acupuncture, massage, Christian Science
services, hypnotherapy, neurotherapy, or biofeedback
therapy or services.

Y. Provider administrative charges: Coverage does not
include charges for missed appointments, room or
facility reservations or the completion of any claim
forms or record processing.

Z. Bone marrow transplants:

1. Allogeneic bone marrow harvesting/transplants

   a. Facility and physician services are covered
      when related to allogeneic bone marrow
      harvesting and transplants performed to
      treat the following conditions:

153                    1994

DSRA000386

SALARIED HEALTH CARE PROGRAM

App. A, IV. z.1.a.(1)

    (1)    aplastic anemia;
    (2)    acute lymphocytic and non-lymphocytic leukemia;
    (3)    chronic myeloid leukemia;
    (4)    severe combined immune deficiency disease (SCID);
    (5)    Wiskott-Aldrich syndrome;
    (6)    osteopetrosis;
    (7)    beta thalassemia, major;
    (8)    neuroblastoma (stage III or IV);
    (9)    Hodgkins disease (stage III or IV);
   (10)    non-Hodgkins lymphoma (intermediate or high grade);
   (11)    Hurler's syndrome; and
   (12)    myelodysplastic syndromes.

b.    Bone marrow transplants are covered when the donor is a first degree relative and has either the same genetic (i.e., human leukocyte antigen or HLA) markers (six out of the six important genetic markers) or five out of the six important genetic markers as the person receiving the transplant. When only five out of the six genetic markers match, the mixed lymphocyte culture (MLC) must be negative.

c.    Also included as covered services are:

    (1)    bone marrow transplants when the donor is not a first degree relative and has the same six important genetic markers as the person receiving the transplant;

    (2)    blood tests on relatives for evaluation as donors, if the tests are not covered by the potential donor's health care coverage;

            1994

DSRA000387

SALARIED HEALTH CARE PROGRAM

App. A, IV. Z.1.c.(3)

    (3)  harvesting of marrow, if no covered by
the donor's health care cc   age, when
the donor is:

      (a)  a first degree rela⊦  e with no
less than five out    the six
important genetic m  kers as the
person receiving t  transplant;
or

      (b)  a person other than a first degree
relative with the same six out of
six important genetic markers as
the person receiving the
transplant;

    (4)  search of the National Donor Marrow
Program Registry for a donor, and
harvesting and transportation of
marrow, when the donor is:

      (a)  a first degree relative with no
less than five out of the six
important genetic markers as the
person receiving the transplant;
or

      (b)  a person other than a first degree
relative with the same six out of
six important genetic markers as
the person receiving the
transplant;

    provided the Registry's bill must be
submitted to the carrier by the bone
marrow transplant center.

2.  Autologous bone marrow/peripheral  ⊨em cell
harvesting/transplants

Facility and physician services ar  overed when
related to autologous bone marrow/p⊦ ⊦ipheral stem
cell harvesting and transplants per   med for the
following conditions:

DSRA000388

SALARIED HEALTH CARE PROGRAM

App. A, IV. Z.2.a.

    a.    Hodgkins disease (stage III or IV);

    b.    non-Hodgkins lymphoma (intermediate or high grade);

    c.    neuroblastoma (stage III or IV);

    d.    acute lymphocytic and non-lymphocytic leukemia; and

    e.    germ cell tumors of ovary, testis, mediastinum or retroperitoneum.

3.    Non-covered expenses

Facility and physician services and other charges directly relating to bone marrow transplants other than those identified in subsections Z.1. and Z.2., above, are excluded. Excluded services and charges include, but are not limited to:

    a.    bone marrow transplants when the donor is a first degree relative and has less than five out of six genetic markers as the person receiving the transplant;

    b.    bone marrow transplants when the donor is not a first degree relative and has less than six out of six genetic markers as the person receiving the transplant;

    c.    autologous bone marrow and/or peripheral stem cell and/or allogeneic bone marrow harvest and transplants for solid tumors other than shown in 1. and 2. above, which include, but are not limited to:

        (1)  breast;
        (2)  colon;
        (3)  lung;
        (4)  brain; or
        (5)  skin;

    d.    allogeneic bone marrow transplants from non-HLA identical donors;

DSRA000389

SALARIED HEALTH CARE PROGRAM

App. A, IV. Z.3.e.

e.    autologous or allogeneic bone marrow transplants for patients with multiple myeloma (whether or not the r is HLA-identical);

f.    search of the National Dor rrow Program Registry for a dc , other than a first degree relative, with fewer than six out of six important genetic markers as the person receiving the transplant;

g.    bone marrow harvesting, storage, transportation or transplantation from a person, other than a first degree relative, with fewer than six out of six important genetic markers as the person receiving the transplant;

h.    purging or positive stem cell selection of the bone marrow or peripheral stem cell collection; and

i.    travel expenses of patients (other than ambulance services which may be covered under App. A, III.F., in appropriate cases) and family members.

AA. Cochlear implant:  Coverage under this Appendix, for services related to the implantation of a cochlear hearing device, is subject to Program standards regarding patient selection, covered pre-surgical, surgical and post-surgical services and covered devices, as well as to a lifetime maximum of one device/implantation for each enrollee satisfying the patient selection criteria.

DSRA000390

SALARIED HEALTH CARE PROGRAM

App. B

APPENDIX B

MENTAL HEALTH AND SUBSTANCE ABUSE COVERAGE

The provisions of this Appendix B apply to enrollees of the Basic Medical Plan, Enhanced Medical Plan and Preferred Provider Organization options of the Program.

I.    Definitions
To the extent they are not in conflict with the following, definitions in Appendix A are incorporated herein by reference.  For purposes of this Appendix:

A.    "approved mental health or substance abuse treatment program and/or provider" means an inpatient or outpatient program and/or provider which/who provides medical and other services to enrollees for a mental health or substance abuse condition, meets all state licensure and approval requirements, and has entered into an agreement with the coverage carrier to provide services as specified in this Appendix.

B.    "assessment" means

1.    determination by an assessment coordinator of the nature of the enrollee's condition (mental health and/or substance abuse), the need for treatment, the type of treatment required and referral to the most appropriate level of care; and

2.    for a substance abuse patient, the development of a continuing care treatment plan by the enrollee, the assessment coordinator, and the attending physician, if appropriate.

C.    "assessment coordinator" means a qualified employee of a central diagnostic and referral agency (CDR) which has been selected and approved to provide assessment services.  Assessment coordinators must meet Program standards for selection.

158                    1994

DSRA000391

SALARIED HEALTH CARE PROGRAM

App. B, I. D.

D.   "central diagnostic and referral agency" or "CDR"
means an approved agency which employs assessment
coordinators designated to:  make all contractually-
mandated face-to-face assessments for the
development of substance abuse continuing care
treatment plans; make determinations regarding
whether the patient's condition requires mental
health and/or substance abuse treatment; make
referrals to panel providers; provide short-term
counseling (up to two visits per enrollee); and
perform aftercare planning and follow-up. The CDR
may provide up to three short-term counseling
sessions for employees, and may communicate with
Employee Assistance Program representatives about
assessment and referral activities relating to an
employee (when appropriate and when authorized by
the employee).  The CDR will supply necessary
information to the carrier about panel provider
performance and selection and other utilization data
and statistics as required, including evaluations
using designated performance data of panel providers
with whom the carrier contracts.

E.   "central review organization" or "CRO" means a
national organization which has been designated to
provide the following functions:  confirm
eligibility of the patient for mental health and/or
substance abuse coverage under the Program;
authorize and approve inpatient and outpatient
mental health treatment, outpatient substance abuse
treatment and outpatient psychological testing;
exercise managed care protocols, with CDR assistance
when appropriate, for those enrollees who require
both mental health and substance abuse outpatient
visits; and evaluate panel providers and give input
to the carrier, using designated performance
standards.

F.   "clinical nurse specialist" means a person who meets
all of the following criteria:

1.   possesses a Master of Arts (MA), Master of
Science (MS) or Master of Science in Nursing
(MSN) degree from an accredited school of
nursing. (The master's degree must be in

159                    1994

DSRA000392

SALARIED HEALTH CARE PROGRAM

App. B, I. F.1.

psychiatric nursing or the individual must be eligible for listing in the American Nursing Association Register of Certified Nurses in Advanced Practice as a clinical specialist in: Adult Psychiatric Mental Health Nursing, or Child/Adolescent Psychiatric Nursing);

2. has a minimum of five years post-master's degree clinical experience in the field of psychiatric mental health nursing, at least two of which were supervised by a master's level psychiatric nurse (or the equivalent);

3. possesses a license as a Registered Nurse in the jurisdiction in which the practice is to occur;

4. possesses a minimum professional liability coverage of $1 million per occurrence and $1 million aggregate (unless there are state statutes which modify the malpractice requirements in such states); and

5. has signed an agreement with the carrier to participate as a panel provider.

G. "continuing care treatment plan" means a document completed for substance abuse patients by an assessment coordinator at the conclusion of the assessment process. The continuing care treatment plan includes the recommended provider(s), and the type(s) and duration of treatment, and may be modified by the provider and the assessment coordinator in consultation during the course of treatment.

H. "day treatment" and "night treatment" mean the treatment of patients with mental health or substance abuse disorders who spend only part of a 24-hour period in a facility, and who undergo therapy for more than four hours a day. Day care patients reside in the community and go to the facility for each day of treatment. Night care patients remain in the community during the day, but sleep at the facility where they are provided bed, board, and treatment.

160                     1994

DSRA000393

SALARIED HEALTH CARE PROGRAM

App. B, I. I.

I.   "detoxification" means treatment for the physiologic
stabilization of an enrollee who is undergoing acute
withdrawal from an intoxicating substance.  To be
covered under this Program, such treatment must be
provided by, or under the supervision of, a
physician and through a facility approved to provide
such care.

J.   "detoxification facility" means a hospital or
residential treatment facility which is a provider
of detoxification services.  Such facilities may
offer substance abuse rehabilitation treatment
subsequent to detoxifying an enrollee.

K.   "halfway house treatment" means treatment provided
under a semi-residential living arrangement to a
substance abuse patient who requires a more
structured living environment than outpatient
treatment or day or night treatment would provide,
but who does not require full-time residential
treatment and care.  It provides a controlled
environment during the hours of the day the enrollee
is not undergoing treatment or is not engaged in
specific constructive activity (e.g., working,
attending school).

L.   "inpatient care" means treatment in:

1.   a hospital;

2.   a detoxification facility; and

3.   a residential care facility.

M.   "mental disorder" means any mental, emotional, or
personality disorder classified as a mental disorder
in categories 290.0 through 319.0 of the most recent
edition of the "International Classification of
Diseases, 9th Revision, Clinical Modification"
excluding alcohol and drug abuse as classified in
categories 303.0 through 305.9 (see subsection IV.H.,
below).

N.   "outpatient facility" means an administratively
distinct governmental, other public, private, or
independent unit or part of such unit that provides
outpatient mental health or substance abuse services.

161         1994

DSRA000394

SALARIED HEALTH CARE PROGRAM

App. B, I. N.

The term includes centers for the care of adults or
children such as hospitals, clinics, and day or night
treatment centers.  For mental health services, the
definition includes Community Mental Health Centers
as defined in the Federal Community Mental Health
Centers Act of 1963, as amended.

O.   "outpatient treatment" or "visit" means a therapy
     session provided in an outpatient mental health or
     substance abuse treatment facility or by an
     individual mental health or substance abuse
     provider.  All sessions between an individual patient
     and a provider in a single day, with a total duration
     of four hours or less, are considered to be a single
     treatment or visit.  If outpatient sessions with all
     providers in a given day total more than four hours,
     such treatment shall be considered day or night
     treatment.

P.   "panel provider" means a mental health or substance
     abuse provider who has been selected and has agreed
     to provide services in accordance with the terms of
     participation established by the Program and has
     executed an agreement with the carrier.

Q.   "psychiatrist" means a physician who is board
     eligible or board certified in psychiatry and
     licensed to practice medicine at the time and place
     services are rendered or performed.

R.   "psychologist" means a person who possesses a doctor
     of philosophy (Ph.D.), doctor of education (Ed.D.),
     doctor of mental health (DMH.), or doctor of
     psychology (PsyD.) degree from a regionally
     accredited university, has a minimum of five years of
     post-doctoral clinical experience (at least two of
     which were supervised by a licensed clinical
     psychologist or by a board-qualified
     psychiatrist), possesses a valid license for the
     independent practice of psychology at the highest
     level recognized by the state in which practice is to
     occur, is eligible for listing in the National
     Register of Health Care Providers in Psychology, and
     participates as a panel provider.

162                    1994

DSRA000395

SALARIED HEALTH CARE PROGRAM

App. B, I. S.

S. "registration" means contact by the provider with the CRO to inform the agency that the enrollee is commencing a course of mental health or substance abuse treatment, to confirm eligibility under the Program, and to obtain any necessary approvals or authorizations.

T. "residential care facility" means an approved inpatient facility which operates 24 hours a day, seven days a week for the provision of residential mental health and/or substance abuse treatment.

U. "social worker" means a person who possesses a master in social work (MSW), master of science in social work (MSSW), or doctor of social work (DSW) degree from a graduate school of social work accredited by the Council on Social Work Education, has a minimum of five years of post-masters or post-doctoral degree clinical social work experience (at least two of which were supervised by a licensed clinical social worker), possesses a valid license or certificate for the independent practice of social work at the highest level recognized by the state in which practice is to occur, is eligible for listing in the National Association of Social Work Register of Clinical Social Workers and/or the National Register of Mental Health Care Providers in Social Work, and participates as a panel provider.

V. "substance abuse" means alcohol or drug dependence as classified in categories 303.0 through 305.9 (excluding 305.1 and 305.9) of the most current edition of the "International Classification of Diseases, 9th Revision, Clinical Modification" (see subsection IV.H., below).

II. Terms and Conditions of Coverage

A. Conditions of Benefit Payment
An enrollee is eligible for benefits for covered expenses incurred during an approved course of treatment only if the following conditions or requirements are met:

163                         1994

DSRA000396

SALARIED HEALTH CARE PROGRAM

App. B, II. A.1.

1.   Services must be provided, or admissions must commence, on or after the enrollee's effective date of coverage under the Program and this Appendix.

2.   Benefits must be available within the benefit period (see II.B., below).

3.   a.   In order to be covered up to the benefit maximum under the Program, all covered services rendered in the care and treatment of mental health and substance abuse related disorders must be delivered by panel providers, except in the case of emergency which is subject to the provisions of Section IV.B. of this Appendix.   The panel may be comprised of the following types of facilities and providers:

(1)  Hospitals
(2)  Outpatient facilities
(3)  Detoxification facilities
(4)  Residential care facilities
(5)  Day and night care facilities
(6)  Halfway houses
(7)  Skilled nursing facilities
(8)  Psychiatrists
(9)  Psychologists
(10) Social workers
(11) Clinical nurse specialists

b.   In addition, if due to the unavailability of specialized services, the enrollee must be referred to a non-panel provider, then, in such cases only, non-panel providers will be covered up to the benefit maximum subject to App. B, II.B.4.a. and b., provided the enrollee is referred by a panel provider and the services are authorized, in advance, by the CRO.

c.   Services provided in accordance with App. B, IV.B.3. are covered up to the benefit maximum.

164                    1994

DSRA000397

SALARIED HEALTH CARE PROGRAM

App. B, II. A.4.

4. Outpatient treatment by social workers or psychologists as independent practitioners must be rendered by participating panel providers.

5. In order to be eligible for benefits for residential and/or halfway house substance abuse treatment, the enrollee must be assessed by an assessment coordinator from a designated CDR. Expenses for days of treatment during an admission to a residential treatment facility or halfway house program will not be covered prior to the time assessment and a treatment plan are obtained from a substance abuse assessment coordinator. If such coordinator makes a determination of substance abuse and the assessment specifies a level of care which includes residential or halfway house treatment, such treatment will be covered subject to other Program provisions.

6. Detoxification admissions must be reported to the CRO within 24 hours of admission. In such cases, the CRO will notify the CDR assigned to that location. The CDR's assessment coordinator will contact the enrollee during or after the detoxification and develop a plan for treatment subsequent to detoxification (continuing care treatment plan). Detoxification confinements longer than three days must be approved by the CDR or CRO.

7. Mental health inpatient services and admissions must be authorized by the CRO within 24 hours of admission.

8. Day or night treatment and outpatient mental health and substance abuse treatment must be registered with the CRO. This procedure does not apply to day, night or outpatient treatment services rendered as part of an authorized substance abuse continuing care treatment plan.

DSRA000398

SALARIED HEALTH CARE PROGRAM

App. B, II. A.9.

9.   Admission to a skilled nursing facility must be
     for the treatment of a mental health condition,
     must be authorized by the CRO and must
     immediately follow a confinement for the same
     condition.

10.  Benefits are payable subject to the provisions
     and limitations of the Program, regardless of
     the treatment plan developed through
     assessment.

11.  Benefits payable under this Appendix for an
     enrollee eligible for Medicare shall be paid in
     accordance with the terms and conditions
     pertaining to Medicare as specified in App. A,
     II.E.

B.   Benefit Period

1.   a.   An enrollee is eligible for a maximum of
          45 days of covered inpatient mental health
          care within the benefit period set forth
          in App. A, II.B.1.

     b.   An enrollee is eligible for a maximum of
          45 days of covered inpatient substance
          abuse care including detoxification within
          the benefit period set forth in App. A,
          II.B.1.

     c.   Each day of care utilized for inpatient
          substance abuse treatment is charged
          against the unused portion of the 45-day
          inpatient mental health benefit period.
          Likewise, each day of inpatient mental
          health care is charged against the unused
          portion of the 45-day inpatient substance
          abuse treatment period.

2.   a.   An enrollee is eligible for a maximum of
          90 days of care in a day or night
          treatment facility within the benefit
          period set forth in App. A, II.B.1.

166                    1994

DSRA000399

SALARIED HEALTH CARE PROGRAM

App. B, II. B.2.b.

    b.    Each day of inpatient care for me  a.
health or substance abuse treatme
reduces by two the number of day   : care
available for mental health or s    r  e
abuse day or night treatment.  E   cwu
days of day or night treatment   r es by
one the number of days of care   i lable
for inpatient care.

3.    a.    An enrollee is eligible for a  .ximum of
90 days of mental health care .n an
approved skilled nursing facility within
the benefit period set forth in App. A,
II.B.1.

    b.    Each day of inpatient care for mental
health treatment within the benefit period
reduces by two the number of available
days for skilled nursing facility care.
Each two days of medical care for the
treatment of mental disorders in a skilled
nursing facility reduces by one the number
of days of inpatient medical care
available for the treatment of mental
health related disorders in a hospital.

4.    a.    An enrollee is eligible for 20 outpatient
mental health visits at 100% coverage and
an additional 15 visits at 75% coverage
for outpatient mental health treatment for
both facility and professional services
per calendar year.

    b.    An enrollee is eligible for 35 outpatient
substance abuse visits at 100% coverage
for both facility and professional
services per calendar year.

    c.    When an enrollee requires mental health
and/or substance abuse outpat ent
treatment, the CRO and/or CDl  where
appropriate) shall exercise m. aged care
protocols after a total of six outpatient
visits and shall monitor the t atment
plan(s) to assure appropriate  ordinated
care.

DSRA000400

SALARIED HEALTH CARE PROGRAM

App. B, II. B.4.c.(1)

        (1)   Inpatient substance abuse care assessments, referrals and continuing care treatment follow-up by CDRs are mandatory and do not reduce the enrollee's outpatient visit entitlement.

        (2)   Voluntary utilization of the CDR for outpatient mental health or substance abuse assessment and referral does not count as an outpatient visit.

   d.   Anorexia nervosa, bulimia and other conditions covered by Appendix B which are appropriate for case management, may be case managed by the CRO utilizing the case management procedures described in App. A, III.K. with any alternative benefit plan being limited to the dollar pool created using the 45-day inpatient benefit described in this section.

   e.   Outpatient psychological testing is not considered "treatment" and is not charged against the outpatient visit maximum.

   f.   Each visit by one or more members of an enrollee's family for family counseling counts as one visit applicable to the enrollee's annual outpatient treatment maximum.

5.   An enrollee shall be eligible for a lifetime maximum of 90 days of substance abuse treatment in a panel halfway house.

6.   A new benefit period begins only when the enrollee has been out of care (as described below) for a continuous period of 60 days. Accordingly, there must be a lapse of at least 60 consecutive days between the date of the enrollee's last discharge from any hospital, skilled nursing facility, residential care facility or any other facility to which the 60-day benefit renewal period of this Appendix and Appendix A apply (see App. A, II.B.3. for example), and the date of the next admission,

DSRA000401

SALARIED HEALTH CARE PROGRAM

App. B, II. B.6.

irrespective of the reason for the last
admission and irrespective of whether or not
benefits are paid as a consequence of such
admission.  Further, if subsequent to such
discharge, the enrollee is a patient in
psychiatric or substance abuse day or night
care program, a substance abuse halfway house,
a hospice program or is receiving home health
care visits, the 60-day renewal period is
broken, whether or not benefits are paid as a
result of receipt of such services.

C.  Non-Completion of the Substance Abuse Treatment Plan
by an Employee

Employees entering detoxification, residential or
halfway house treatment facilities are required to
receive a continuing care treatment plan from the
assessment coordinator as part of the assessment
process.  Non-completion of the portions of such
treatment plan which are covered services (including
outpatient and day or night programs) will result in
the following actions being taken:

1.  The carrier will send a letter to the employee
and to the appropriate GM Medical Director
notifying them of the failure to complete the
treatment plan.

2.  The letter will notify the employee that if a
second continuing care treatment plan is
established and not completed, a maximum of up
to a $500 overpayment will have occurred as a
result of medical expenses incurred on the
employee's behalf.

3.  If the employee fails to complete a second
continuing care treatment plan, the carrier
will notify the employee and the GM Medical
Director of such failure and of any
overpayment.  The provisions of Article I,
Section 9, of the Program will apply.

169                    1994

DSRA000402

SALARIED HEALTH CARE PROGRAM

App. B, II. C.3.

However, if the employee establishes to the
satisfaction of the GM Medical Director that
such employee is motivated towards recovery and
that the treatment plan was discontinued for a
satisfactory reason, then such overpayment
will not have occurred.

4.  For each subsequent non-completion of a
treatment plan, the maximum overpayment amount
will increase in increments of $250, up to a
maximum overpayment amount of $1,000 for each
occurrence.

III.  Coverages

A.  Inpatient Care (Mental Health and Substance Abuse)

1.  Inpatient mental health and substance abuse
care is subject to the benefit period set forth
in App. B, II.B.1.

2.  Inpatient services by non-panel providers are
subject to the provisions of Sections IV.B.2.
(for mental health treatment) and IV.B.4. (for
substance abuse treatment) of this Appendix.

3.  Coverage includes the following inpatient
services when provided and billed by the
facility:

a.  semiprivate room, including general
nursing services, meals and special diets;

b.  laboratory and pathology examinations
related to the treatment received in the
facility;

c.  drugs, biologicals, solutions and supplies
related to the treatment received and used
while the enrollee is in the facility;

d.  supplies and use of equipment required in
the care and treatment of the enrollee's
condition;

DSRA000403

SALARIED HEALTH CARE PROGRAM

App. B, III. A.3.e.

    e.   professional and ancillary services, including those of other trained staff, necessary for patient care and treatment, including diagnostic examination

    f.   individual and group therapy;

    g.   counseling for family members;

    h.   electroshock therapy for a mental health patient, when administered by, or under the supervision of, a physician and anesthesia for electroshock therapy when administered by, or under the supervision of, a physician other than the physician giving the electroshock therapy; and

    i.   supplies and use of equipment required for detoxification or rehabilitation of substance abuse patients.

    4.   Psychological testing is covered when administered by a panel psychologist, medically indicated, approved by the CRO and directly related to the organic medical or functional condition or when it has an integral role in rehabilitative or psychiatric treatment programs.

    5.   Coverage for medical care for the treatment of mental disorders is limited to (i) individual psychotherapeutic treatment, (ii) family counseling for the enrollee's family, (iii) group psychotherapeutic treatment, (iv) psychological testing when prescribed or performed by a physician, and (v) electroshock therapy and anesthesia for electroshock therapy.

B.   Skilled Nursing Facility Care (Mental Health Only)

    1.   Mental health care in a skilled nursing facility is subject to the benefit period set forth in App. B, II.B.3.

    2.   Coverage includes services as described in A.3., above, and medical care.  Medical care in a skilled nursing facility is limited to a maximum of two physician visits per week.

171          1994

DSRA000404

SALARIED HEALTH CARE PROGRAM

App. B, III. C.

C.   Halfway House Care (Substance Abuse Only)

    1.   Substance abuse care in a halfway house is
subject to the benefit maximum set forth in
App. B, II.B.5.

    2.   Coverage includes the following halfway house
services when provided and billed by the
facility:

        a.   bed and board;

        b.   intake evaluation;

        c.   up to one routine drug screen per week;

        d.   individual and group therapy or
counseling; and

        e.   counseling for family members.

D.   Day or Night Care (Mental Health and Substance Abuse)

    1.   Mental health and substance abuse care in day
or night care treatment facilities is subject
to the benefit period set forth in App. B,
II.B.2.

    2.   Inpatient services by non-panel providers are
subject to the provisions of Sections IV.B.2.
(for mental health treatment) and IV.B.4. (for
substance abuse treatment) of this Appendix.

    3.   Coverage for treatment in a day or night care
treatment facility includes the following
services when provided and billed by the
facility:

        a.   laboratory examinations related to the
treatment received in the facility;

        b.   prescribed drugs, biologicals, solutions
and supplies related to the treatment
received, including, for substance abuse,
drugs to be taken home;

DSRA000405

SALARIED HEALTH CARE PROGRAM

App. B, III. D.3.c.

  c. supplies and use of equipment required in
    the care of the enrollee's condition;

  d. professional and ancillary service
    including those of other trained staff,
    necessary for the treatment of ambulatory
    enrollees, including diagnostic
    examinations;

  e. individual and group therapy;

  f. psychological testing;

  g. counseling for family members;

  h. electroshock therapy for a mental health
    patient when administered by, or under the
    supervision of, a physician and anesthesia
    for electroshock therapy when
    administered by, or under the supervision
    of, a physician other than the physician
    giving the electroshock therapy; and

  i. an enrollee admitted to night care
    treatment also is entitled to a
    semiprivate room, general nursing
    services, meals and special diets.

E. Outpatient Care (Mental Health and Substance Abuse)

 1. Outpatient mental health and substance abuse
  treatment is subject to the benefit maximums
  set forth in App. B, II.B.4.a. and b.

 2. Covered outpatient mental health and substance
  abuse treatment includes the following:

  a. Services provided and billed by facilities

    (1) professional and other staff and
      ancillary services made available by
      facilities to ambulatory patients;

       1994

DSRA000406

SALARIED HEALTH CARE PROGRAM

App. B, III. E.2.a.(2)

    (2)    prescribed drugs and medications dispensed by a facility in connection with treatment received at the facility; and

    (3)    electroshock therapy for a mental health patient, when administered by, or under the supervision of, a physician and anesthesia for electroshock therapy when administered by, or under the supervision of, a physician other than the physician giving the electroshock therapy.

b.    Services provided and billed by facilities or professional providers

    (1)    Individual psychotherapeutic treatments of a duration of 20 minutes or more (all sessions with a given provider on a single day, with a total duration of four hours or less, shall constitute a single "visit" and be reimbursed as a single unit of service).

        (a)    Benefits will be paid as set forth in App. B, II.B.4.a. for outpatient mental health services at 100% of the panel reimbursement amount for the first 20 outpatient mental health treatments and 75% for the next 15 treatments per calendar year when provided by panel providers. Services rendered by non-panel providers as provided in App. B, II.A.3.b. and in App. B, IV.B.3. shall be covered up to the benefit maximums. Otherwise, when outpatient mental health services are received from a

174           1994

DSRA000407

SALARIED HEALTH CARE PROGRAM

App. B, III. E.2.b.(1)(a)

non-panel provider, without
referral by the CRO, such
services must be rendered by
qualified physicians
qualified facilities, and will
be reimbursed at 50% of the
amount payable to panel
providers for comparable
services. Such reimbursement
will be made only to the primary
enrollee.

**(b)** Benefits will be paid as set
forth in App. B, II.B.4.b. for
individual outpatient substance
abuse treatment at 100% of the
panel reimbursement amount for
35 visits per calendar year when
provided by panel providers. No
benefits are payable for
treatment by non-panel
providers, except when services
are rendered by non-panel
providers as provided in App. B,
II.A.3.b. in which case such
treatment shall be covered up to
the benefit maximum.

(2) Group mental health and substance
abuse treatment is covered subject to
the payment provisions in subsections
(a) or (b) above.

(3) Family counseling to members of the
patient's family is covered subject
to the payment provisions in
subsections (a) or (b) above.

3. Outpatient psychological testing is covered
only when preauthorized by the CRO and
performed by a panel provider. Such testing is
not considered treatment and therefore is not
subject to the benefit period maximum.

175                    1994

DSRA000408

SALARIED HEALTH CARE PROGRAM

App. B, IV.

IV.    Limitations and Exclusions

A.    Panel providers are required to contact the CRO to verify eligibility and receive prior authorization of all non-emergency inpatient and outpatient mental health and substance abuse services.

B.    Coverage will be limited to the following when rendered by or through non-panel providers:

1.    Emergency services.  Providers must contact the CRO within 24 hours of the inpatient admission or outpatient treatment for authorization of such services.

2.    Non-emergency services.  Benefits for mental health services provided by qualified physicians or facilities who/which are non-panel providers are limited to 50% of the panel reimbursement amount unless the enrollee is referred to the non-panel physician or facility by a panel provider.  The carrier will make payment to the primary enrollee.  Payment to the provider, including any balance, is the responsibility of the enrollee.

3.    Outpatient services.  Services provided by non-panel physicians (e.g., internists or general practitioners) must be registered with the CRO after the first visit and are limited to a maximum of one visit.

4.    Substance abuse treatment.  Coverage for substance abuse treatment does not include services provided by non-panel providers except for emergency detoxification.

C.    Coverage is not available for services for treatment of mental disorders which, according to generally accepted medical standards (as determined by the carrier), are not amenable to favorable modification, except that coverage is available for the period necessary to determine that the disorder is not amenable to favorable modification, or for the period necessary for the evaluation and diagnosis of mental deficiency or retardation.

176                          1994

DSRA000409

SALARIED HEALTH CARE PROGRAM

App. B, IV. D.

D.  Coverage for substance abuse treatment does not include professional services such as dispensing methadone, testing urine specimens, or performing physical or x-ray examinations or other diagnostic procedures unless therapy, counseling or psychological testing are provided on the same day.

E.  Coverage does not include family counseling which is rendered by a provider other than the provider for the family member in the course of treatment. Furthermore, reimbursement will be provided only in conjunction with services rendered on behalf of enrollees covered under the General Motors Health Care Program.

F.  Coverage does not include diversional therapy.

G.  Coverage does not include psychological testing if used as part of, or in connection with, vocational guidance, training or counseling.

H.  Coverage under this Appendix does not include treatment of tobacco use disorder (ICD-9 Code 305.1) or treatment of non-dependent abuse of substances such as laxatives, patent medicinals, etc. (ICD-9 Code 305.9).

I.  General Limitations and Exclusions under Section IV. and subsections II.C., E., G., and H. of the Terms and Conditions of Appendix A are equally applicable under this Appendix.

177                    1994

DSRA000410

SALARIED HEALTH CARE PROGRAM

App. C.

APPENDIX C

DENTAL COVERAGE

I.    Enrollment Classifications

Dental coverage for a primary enrollee may include coverage for eligible secondary enrollees as defined in the Program.

II.   Description of Benefits

Dental benefits will be payable, subject to the conditions herein, if an enrollee incurs a covered dental expense.

III.  Covered Dental Expenses

Covered dental expenses are the usual charges of a dentist which an enrollee is required to pay for services and supplies which are necessary for treatment of a dental condition, but only to the extent that such charges are reasonable and customary charges, as herein defined, for services and supplies customarily employed for treatment of that condition, and only if rendered in accordance with accepted standards of dental practice. Such expenses shall be only those incurred in connection with the following dental services which are performed, except as otherwise provided in Section VII.B., by a licensed dentist and which are received while coverage is in force.

A.    The following covered dental expenses shall be paid at 100% of the reasonable and customary charge:

1.    Routine oral examinations and prophylaxes (scaling and cleaning of teeth), but not more than twice each in any calendar year (three prophylaxes per calendar year will be allowed if there is a documented history of periodontal disease).

2.    Topical application of fluoride provided that such treatment shall be a covered dental expense only for enrollees under 20 years of age, unless a specific dental condition makes such treatment necessary.

176                        1994

DSRA000411

SALARIED HEALTH CARE PROGRAM

App. C, III. A.3.

    3.    Space maintainers that replace prematurely lost teeth for children under 19 years of age.

    4.    Emergency palliative treatment.

B.    The following covered dental expenses shall be paid at 90% of the reasonable and customary charge:

    1.    Dental x-rays, including full mouth x-rays once in any period of five consecutive calendar years, supplementary bitewing x-rays once in any calendar year and such other dental x-rays including, but not limited to, those specified in this paragraph, as are required in connection with the diagnosis of a specific condition requiring treatment.

    2.    Extractions.

    3.    Oral surgery.

    4.    Amalgam, silicate, acrylic, synthetic porcelain, and composite filling restorations to restore diseased or accidentally injured teeth.

    5.    General anesthetics and intravenous sedation when medically necessary and administered in connection with oral or dental surgery.

    6.    Treatment of periodontal and other diseases of the gums and tissues of the mouth.

    7.    Endodontic treatment, including root canal therapy.

    8.    Injection of antibiotic drugs by the attending dentist.

    9.    Repair or recementing of crowns, inlays, onlays, bridgework, or dentures; or relining or rebasing of dentures more than six months after the installation of an initial c

DSRA000412

SALARIED HEALTH CARE PROGRAM

App. C, III. B.9.

replacement denture, but not more than one relining or rebasing in any period of three consecutive calendar years.

10. Inlays, onlays, gold fillings, or crown restorations to restore diseased or accidentally injured teeth, but only when the tooth, as a result of extensive caries or fracture, cannot be restored with an amalgam, silicate, acrylic, synthetic porcelain, or composite filling restoration.

11. Cosmetic bonding of eight front teeth for children 8 through 19 years of age if required because of severe tetracycline staining, severe fluorosis, hereditary opalescent dentin, or amelogenesis imperfecta, but not more frequently than once in any period of three consecutive calendar years.

C. The following covered dental expenses shall be paid at 50% of the reasonable and customary charge:

1. Initial installation of fixed bridgework (including inlays and crowns as abutments).

2. Initial installation of partial or full removable dentures (including precision attachments and any adjustments during the six-month period following installation).

3. Replacement of an existing partial or full removable denture or fixed bridgework by a new denture or by new bridgework, or the addition of teeth to an existing partial removable denture or to bridgework, but only if satisfactory evidence is presented that:

a. the replacement or addition of teeth is required to replace one or more teeth extracted after the existing denture or bridgework was installed;

180                    1994

DSRA000413

SALARIED HEALTH CARE PROGRAM

App. C, III. C.3.b.

    b.  the existing denture or bridg⁓ rk cannot
be made serviceable and, if ⁓ ⁓as
installed under this dental ⁓ er⁓ e, at
least five years have elaps⁓ pric ⁓ to
its replacement; or

    c.  the existing denture is an immediate
temporary denture which cannot be made
permanent and replacement by a permanent
denture takes place within 12 months from
the date of initial installation of the
immediate temporary denture.

Normally, dentures will be replaced by dentures
but if a professionally adequate result can be
achieved only with bridgework, such bridgework
will be a covered dental expense.

4.  Orthodontic procedures and treatment (including
related oral examinations) consisting of
surgical therapy, appliance therapy, and
functional/myofunctional therapy (when provided
by a dentist in conjunction with appliance
therapy) for enrollees under 19 years of age,
provided, however, that benefits will be paid
after attainment of age 19 for continuous
treatment which began prior to such age.

5.  Services and procedures for the conservative
diagnosis and treatment of temporomandibular
joint (TMJ) dysfunction including, but not
limited to, related oral examinations,
consultations, x-rays, occlusal equilibration,
diagnostic models and casts, temporary splints
and orthotic appliances.  Coverage does not
include orthodontic treatment except as
provided in App. C, III.C.4. above.

IV.  <u>Maximum Benefits For Other Than Accidental Dental Injury</u>

The maximum benefit payable for all cover⁓ dental expenses
incurred during a calendar year commencing January 1 and
ending the following December 31 (except f⁓ services
described in Section III.C.4. and 5. above, and in Section
XI below) shall be $1,200 for each enrollee.

181          1994

DSRA000414

SALARIED HEALTH CARE PROGRAM

App. C, IV.

For covered dental expenses in connection with orthodontics
(including related oral examinations), described in Section
III.C.4. above, the maximum benefit payable shall be $1,300
during the lifetime of each enrollee.

For covered dental expenses in connection with TMJ
treatment described in Section III.C.5. above, the maximum
benefit payable shall be $2,000 during the lifetime of each
enrollee.

V.    Pre-Determination of Benefits

If a course of treatment can reasonably be expected to
involve covered dental expenses of $200 or more, a
description of the procedures to be performed and an
estimate of the dentist's charges must be filed with the
carrier prior to the commencement of the course of
treatment.

The carrier will notify the enrollee and the dentist of the
benefits certified as payable based upon such course of
treatment.  In determining the amount of benefits payable,
consideration will be given to alternate procedures,
services, or courses of treatment that may be performed for
the dental condition concerned in order to accomplish the
desired result.  The amount included as certified dental
expenses will be the appropriate amount as provided in
Sections III. and IV., determined in accordance with the
limitations set forth in Section VI.

If a description of the procedures to be performed and an
estimate of the dentist's charges are not submitted in
advance, the carrier reserves the right to make a
determination of benefits payable taking into account
alternate procedures, services, or courses of
treatment,based on accepted standards of dental practice.
To the extent verification of covered dental expenses
cannot reasonably be made by the carrier, the benefits for
the course of treatment may be for a lesser amount than
would otherwise have been payable.

This pre-determination requirement will not apply to
courses of treatment under $200 or to emergency treatment,
routine oral examinations, x-rays, prophylaxes, and
fluoride treatments.

DSRA000415

SALARIED HEALTH CARE PROGRAM

App. C, VI.

VI.   Limitations

A.   Restorative

1.   Gold, Baked Porcelain Restorations,
Crowns and Jackets

If a tooth can be restored with a material
such as amalgam, payment of the applicable
percentage of the charge for that procedure
will be made toward the charge for another
type of restoration selected by the enrollee
and the dentist.  The balance of the
treatment charge remains the responsibility
of the enrollee.

2.   Reconstruction

Payment based on the applicable percentage
will be made toward the cost of procedures
necessary to eliminate oral disease and to
replace missing teeth.  Appliances or
restorations necessary to increase vertical
dimension or restore the occlusion are
considered optional and their cost remains
the responsibility of the enrollee.

B.   Prosthodontics

1.   Partial Dentures

If a cast chrome or acrylic partial denture
will restore the dental arch satisfactorily,
payment of the applicable percentage of the
cost of such procedure will be made toward a
more elaborate or precision appliance that
the enrollee and dentist may choose to use,
and the balance of the cost remains the
responsibility of the enrollee.

2.   Complete Dentures

If, in the provision of complete denture
services, the enrollee and dentist decide on
personalized restorations or specialized
techniques as opposed to standard procedures,

183                    1994

DSRA000416

SALARIED HEALTH CARE PROGRAM

App. C, VI. B.2.

payment of the applicable percentage of the cost of the standard denture services will be made toward such treatment and the balance of the cost remains the responsibility of the enrollee.

3.    Replacement of Existing Dentures

Replacement of an existing denture will be a covered dental expense only if the existing denture is unserviceable and cannot be made serviceable. Payment based on the applicable percentage will be made toward the cost of services which are necessary to render such appliances serviceable. Replacement of prosthodontic appliances will be a covered dental expense only if at least five years have elapsed since the date of the initial installation of that appliance under this dental coverage, except as provided in Section III.C.3. above.

C.    Orthodontics

1.    If orthodontic treatment is terminated for any reason before completion, the obligation to pay benefits will cease with payment to the date of termination. If such services are resumed, benefits for the services, to the extent remaining, shall be resumed.

2.    The benefit payment for orthodontic services shall be only for months that coverage is in force.

VII.    Exclusions

Covered dental expenses do not include and no benefits are payable for:

A.    charges for services for which benefits are provided under other health care coverages;

B.    charges for treatment by other than a dentist, except that scaling or cleaning of teeth and topical application of fluoride may be performed by a licensed dental hygienist if the treatment is rendered under the supervision and guidance of the dentist;

184                    1994

DSRA000417

SALARIED HEALTH CARE PROGRAM

App. C, VII.C.

C.    charges for veneers or similar properties of crowns
      and pontics placed on, or replacing teeth, other than
      the ten upper and lower anterior teeth;

D.    charges for services or supplies that are cosmetic in
      nature (except as provided in Section III.B.  .),
      including charges for personalization or
      characterization dentures;

E.    charges for prosthetic devices (including bridges),
      crowns, inlays, and onlays, and the fitting thereof
      which were ordered while the enrollee was not covered
      for dental coverage or which were ordered while the
      enrollee was covered for dental coverage but are
      finally installed or delivered to such enrollee more
      than 60 days after termination of coverage;

F.    charges for the replacement of a lost, missing, or
      stolen prosthetic device;

G.    charges for failure to keep a scheduled visit with the
      dentist;

H.    charges for replacement or repair of an orthodontic
      appliance;

I.    charges for services or supplies which are compensable
      under a Worker's Compensation or Employer's Liability
      Law;

J.    charges for services rendered through a medical
      department, clinic, or similar facility provided or
      maintained by the enrollee's employer;

K.    charges for services or supplies for which no charge
      is made that the enrollee is legally obligated to pay
      or for which no charge would be made in the absence of
      dental coverage;

L.    charges for services or supplies which are not
      necessary, according to accepted standards of dental
      practice, or which are not recommended or approved by
      the attending dentist;

185                         1994

DSRA000418

SALARIED HEALTH CARE PROGRAM

App. C, VII. M.

M.    charges for services or supplies which do not meet accepted standards of dental practice, including, but not limited to, charges for services or supplies which are experimental in nature;

N.    charges for services or supplies received as a result of dental disease, defect or injury due to an act of war, declared or undeclared;

O.    charges for services or supplies from any governmental agency which are obtained by the enrollee without cost by compliance with laws or regulations enacted by any Federal, state, municipal, or other governmental body;

P.    charges for any duplicate prosthetic device or any other duplicate appliance;

Q.    charges for any services to the extent benefits are payable under any health care program supported in whole or in part by funds of the Federal government or any state or political subdivision thereof;

R.    charges for the completion of any insurance forms;

S.    charges for sealants and for oral hygiene and dietary instruction;

T.    charges for a plaque control program;

U.    charges for implantology; or

V.    charges for services or supplies related to periodontal splinting.

VIII. Proof of Claim

The carrier reserves the right at its discretion to accept, or to require verification of, any alleged fact or assertion pertaining to any claim for dental benefits. As part of the basis for determining benefits payable, the carrier may require x-rays and other appropriate diagnostic and evaluative materials.

186                              1994

DSRA000419

SALARIED HEALTH CARE PROGRAM

App. C, IX.

IX.   Alternative Dental Coverage

A.   The Corporation may make arrangements for eligible enrollees to enroll for approved and qualified alternative dental coverages which may provide for benefits and/or copayments which are different from those specified in this Appendix. The Corporation's contributions toward coverage under such alternative dental coverage shall not be greater than the amount the Corporation would have contributed for dental coverage herein.

B.   At its option, the Corporation may implement a dental network under which coverage may be limited to covered services obtained from network providers and/or benefits may be reduced or eliminated for covered services obtained from non-network providers. At the Corporation's option, such a network may be substituted for the standard dental coverage under this Appendix, for alternative dental coverage, or both.

X.   Definitions

As used in this Appendix, the terms identified below have the meanings stated.

A.   "dentist" means a legally licensed dentist practicing within the scope of such dentist's license. As used herein, the term "dentist" also includes a legally licensed physician authorized by license to perform the particular dental services such physician has rendered.

B.   "reasonable and customary charge" is defined in Article IV, Section 15 of the Program. However, for purposes of this Appendix, "area" means a metropolitan area, a county or such greater area as is necessary to obtain a representative cross-section of dentists rendering such services or furnishing such supplies.

187                      1994

DSRA000420

SALARIED HEALTH CARE PROGRAM

App. C, X. C.

C.   "course of treatment" means a planned program of one
or more services or supplies, whether rendered by
one or more dentists, for the treatment of a dental
condition diagnosed by the attending dentist as a
result of an oral examination.  The course of
treatment commences on the date a dentist first
renders a service to correct or treat such diagnosed
dental condition.

D.   "orthodontic treatment" means preventive and
corrective treatment of those dental irregularities
which result from the anomalous growth and
development of dentition and its related anatomic
structures or as a result of accidental injury and
which require repositioning (except for preventive
treatment) of teeth to establish normal occlusion.

E.   "ordered" means, in the case of dentures, that
impressions have been taken from which the denture
will be prepared; and, in the case of fixed
bridgework, restorative crowns, inlays, or onlays,
that the teeth which will serve as abutments or
support or which are being restored have been fully
prepared to receive, and impressions have been taken
from which will be prepared the bridgework, crowns,
inlays or onlays.

F.   "temporomandibular joint (TMJ) dysfunction/disorder"
refers to a disorder of the supporting and
regulating structures of the jaws including changes
in muscles, ligaments and nerves; these changes are
generally reversible by time and/or treatment.

G.   "accidental dental injury" means an injury to sound
natural teeth caused by external forces which occur
as the result of a traumatic incident which is
sudden and unforeseen and which are not ordinarily
associated with chewing or the reasonable use of
teeth in normal activity which results in the need
for repair and/or replacement of dental structures.

188                    1994

DSRA000421

SALARIED HEALTH CARE PROGRAM

App. C, XI.

XI.   Accidental Dental Injury

For services obtained as the result of an accidental
dental injury which occurs while the enrollee is
eligible for coverage and enrolled, benefits in excess
of the maximums as described in Section IV. are
available for repair and/or care of sound natural teeth
subject to the following conditions.

A.   Benefits are available when:

1.   services are covered under this Appendix
(except for orthodontic treatment or
treatment of temporomandibular joint
dysfunction) or would have been covered under
this Appendix in the absence of the frequency
limitations provided in Sections III. and
VI.;

2.   the maximum benefits described in Section IV.
have been exceeded;

3.   the enrollee has sustained a covered
accidental dental injury, which is verifiable
and documented in the record;

4.   services are the direct result of the
accidental dental injury; and

5.   services are provided within one year
subsequent to the date of the accident
except:

a.   when acceptable evidence is presented to
the carrier that unusual or special
dental and/or medical needs prevented the
provision of services within that time
period; or

b.   when the dental development of the
injured enrollee is incomplete at the
time of injury, in which event services
must be provided no later than two years
after full development is reached.

189                        1994

DSRA000422

SALARIED HEALTH CARE PROGRAM

App. C, XI. B.

    B.    Benefits for covered services are subject to:

        1.    the reasonable and customary charges for repair and/or care of sound natural teeth;

        2.    a 20% copayment; and

        3.    a maximum benefit payment per enrollee of $12,000 per qualified occurrence and per lifetime.

    C.    Coverage under this Section is not available for services for injury caused by normal wear and tear on the teeth or on a prosthetic dental appliance.

190          1994

DSRA000423

SALARIED HEALTH CARE PROGRAM

App. D.                          APPENDIX D

                              VISION COVERAGE


I.    Enrollment Classifications

      Vision coverage for a primary enrollee may inc
      coverage for eligible secondary enrollees as      .ed in
      the Program.

II.   Description of Benefits

      Vision benefits will be payable, subject to the conditions
      herein, if an enrollee incurs a covered vision expense.

III.  Definitions

      As used herein:

      A.    "ophthalmologist" means any licensed doctor of
            medicine or osteopathy legally qualified to practice
            medicine, including the diagnosis, treatment, and
            prescribing of lenses related to conditions of the
            eye.

      B.    "optometrist" means any person legally licensed to
            practice optometry as defined by the laws of the
            state in which the service is rendered.

      C.    "optician" means one who makes or sells eyeglasses
            prescribed by an ophthalmologist or optometrist to
            cure or correct defects in the eyes, and grinds the
            lenses or has them ground according to prescription,
            fits them into a frame, and adjusts the frame to fit
            the face.

      D.    "participating provider" means an ophthalmologist,
            optometrist, or optician who has signed an agreement
            with the carrier to provide frames to enrollees.

      E.    "nonparticipating provider" means an
            ophthalmologist, optometrist, or optician who has
            not signed an agreement with the carrier to provide
            frames to enrollees.


                              191                    1994


DSRA000424

SALARIED HEALTH CARE PROGRAM

App. D, III. F.

F.    "contact lenses" means ophthalmic corrective lenses, as prescribed by an ophthalmologist or optometrist, to be fitted directly to the enrollee's eyes.

G.    "lenses" means ophthalmic corrective lenses, as prescribed by an ophthalmologist or optometrist, to be fitted into a frame.

H.    "frame" means a standard eyeglass frame into which two lenses are fitted.

I.    "covered vision expense" means the reasonable and customary charges for vision care services and materials, as described in Section IV., when provided by ophthalmologists, optometrists, and opticians for each enrollee.

IV.   Benefits

Benefits will be paid for the covered vision expenses described in A. and B. below, less any copayment as described in C. below.

A.    Vision Examinations:

1.    Refraction, including case history, coordinating measurements, and tests;

2.    The prescription of glasses where indicated; and

3.    Examination by an ophthalmologist, upon referral by an optometrist, within 60 days of a vision examination by the optometrist.

B.    Lenses and Frames:

When lenses are prescribed by an ophthalmologist or optometrist, the necessary materials and professional services connected with the ordering, preparation, fitting, and adjusting of:

192                              1994

DSRA000425

SALARIED HEALTH CARE PROGRAM

App. D, IV. B.1.

1.     Lenses (single vision, bifocals, trifocals,
       lenticular). If the enrollee selects
       lenses, the size of which results in
       additional charge, only the reasonable and
       customary charge for normal size lens of
       the same material and prescription will be
       considered a covered vision expense. If the
       enrollee selects photochromic lenses or
       lenses with a tint other than Number 1 or
       Number 2, only the reasonable and customary
       charge for clear lenses of the same material
       and prescription will be considered a
       covered vision expense.

2.     Contact lenses following cataract surgery,
       or when visual acuity cannot be corrected to
       20/70 in the better eye except by their use,
       or when medically necessary due to
       keratoconus, irregular astigmatism or
       irregular corneal curvature. If contact
       lenses are prescribed for any other reason,
       $65 is the maximum amount that will be
       considered a covered vision expense.

3.     Frames. If frames are obtained from a
       participating provider, the enrollee may
       make a selection from the display shown by
       the participating provider and there will be
       no out-of-pocket expense to the enrollee
       other than as described under "copayments".
       However, if the selection at the
       participating provider is not from the
       display shown, or if the enrollee obtains
       frames from a nonparticipating provider, $15
       is the maximum amount that will be
       considered a covered vision expense.

C.   Copayments:

For each enrollee, there is a $7.00 copayment
applicable to the covered vision expense for each
vision examination and a $10.00 copayment for the
combined covered vision expenses for lenses, contact
lenses, and frames. The total copayment for each
enrollee, during a calendar year, will not exceed
$17.00.

193                    1994

DSRA000426

SALARIED HEALTH CARE PROGRAM

App. D, V.

V.    Frequency Limitations

For each enrollee, there are the following limitations on
the frequency with which charges for certain services and
materials will be considered covered vision expenses:

| | | |
|---|---|---|
| Vision Examination | – | Once during a calendar year, except as provided in Section IV.A.3. |
| Lenses | – | Once during a calendar year. |
| Frames | – | Once during two consecutive calendar years. |

The limitations on lenses, contact lenses, and frames
apply whether or not they are a replacement of lost,
stolen, or broken lenses, contact lenses, or frames.

VI.    Exclusions

A.    Any lenses which do not require a prescription;

B.    Medical or surgical treatment of the eye;

C.    Drugs or any other medication;

D.    Procedures determined by the carrier to be special
or unusual, such as, but not limited to, orthoptics,
vision training, subnormal vision aids, aniseikonic
lenses, and tonography;

E.    Vision examinations or materials furnished for any
condition, disease, ailment, or injury arising out
of or in the course of employment; and

F.    Vision examinations performed and lenses and frames
ordered:

1.    before the enrollee became covered for this
coverage;

2.    after the termination of the enrollee's
coverage; or

3.    to the extent that they are obtained without
cost to the enrollee.

194                          1994

DSRA000427

SALARIED HEALTH CARE PROGRAM

App. D, VII.

VII.  Alternative Vision Coverage

    A.    The Corporation may make arrangements for enrollees to obtain vision services through a preferred vision provider program or other alternative vision coverage which may provide for benefits and/or copayments which are different from those specified in this Appendix.  The Corporation's contributions toward coverage under such alternative vision coverage shall not be greater than the amount the Corporation would have contributed for vision coverage herein.

    B.    At its option, the Corporation may implement a vision network under which coverage may be limited to covered services obtained from network providers, and/or benefits may be reduced or eliminated for covered services obtained from non-network providers.  At the Corporation's discretion, such a network arrangement may be substituted for the standard vision coverage under this Appendix, for the alternative vision coverage, or both.

DSRA000428

SALARIED HEALTH CARE PROGRAM

App. E

APPENDIX E

EXTENDED CARE COVERAGE

I.    Definitions

To the extent they are not in conflict with the following,
the definitions contained in Article IV and in Appendix A
of the Program are incorporated herein by reference.  For
the purposes of this Appendix:

A.    "nurse professional" means a registered nurse (RN);
      or a licensed practical nurse (LPN), nurse
      practitioner, nurse clinician, home health aide or
      nurse's aide who is appropriately licensed, where
      required, and qualified to provide nursing services
      under the supervision of a physician or a registered
      nurse;

B.    "nursing home" means a basic or intermediate care
      facility licensed and operated in accordance with
      the laws pertaining to nursing homes, which provides
      24-hour nursing care under medical supervision to
      ill or disabled enrollees who are unable to care for
      themselves; and

C.    "unskilled care" means care which, although
      prescribed by a physician, is typically provided to
      assist the patient with the activities of daily
      living including, but not limited to, bathing,
      dressing, incontinent care, skin care, and meal
      preparation.  Although such care requires only basic
      skills and training, it may be provided in a
      licensed nursing home, by a home health care agency,
      or by a privately contracted, qualified nurse
      professional.

The Extended Care Coverage (ECC) carrier shall have
discretionary authority to interpret, construe and apply
the above provisions of the Program.  The carrier's
exercise of this authority shall be given full force and
effect unless it is determined by the Plan Administrator to
have been inconsistent with the Program provisions or
arbitrary and capricious.

196                         1994

DSRA000429

<u>SALARIED HEALTH CARE PROGRAM</u>

App. E, II.

II.   <u>Eligibility, Enrollment and Contributions</u>

A.   Extended Care Coverage (ECC) is available to primary
     enrollees eligible for and enrolled in Medical Plan
     coverage under the Program, with the exception of:

     1.   Employees in Hawaii;

     2.   Employees classified as Flexible Service
          Employees, International Service Personnel or
          Cooperative Students;

     3.   Laid-off salaried employees covered under the
          provisions of the General Motors Income
          Protection Plan for Salaried Employees;

     4.   Primary enrollees who reside in Canada and elect
          the Optional Canadian Health Care Coverage
          (OCHCC); and

     5.   Retirees and surviving spouses who have waived,
          discontinued or otherwise terminated ECC in
          their own right on or after January 1, 1994, and
          who have not been (a) continuously enrolled
          either in ECC under another primary enrollee or
          in the Comprehensive Medical Expense Insurance
          Program coverage applicable to OCHCC enrollees,
          or (b) included in the coverage elections of an
          employee eligible for coverage under the
          Program.

B.   With the exception of sponsored dependents, secondary
     enrollees are eligible for ECC if they are eligible
     and enrolled for Medical Plan coverage under a
     primary enrollee enrolled in ECC.

C.   An ECC-eligible employee who elects and is enrolled
     for Medical Plan coverage under the program will be
     enrolled automatically in ECC, regardless of the
     enrollment option elected (BMP, EMP, PPO or HMO). If
     the employee's Medical Plan coverage is terminated,
     or if the employee's status changes to one which
     would not entitle the employee to ECC, the ECC is
     terminated; if the employee's Medical Plan coverage

197                    1994

DSRA000430

SALARIED HEALTH CARE PROGRAM

App. E, II. C.

is reinstated, or if the employee returns to a status
which entitles the employee to ECC, it will be
reinstated. Employee contributions for ECC will be
included in the calculation of contributions for the
Medical Plan options.

D.  Retirees and surviving spouses eligible for Medical
Plan coverage under the Program will make a separate
contribution for ECC, if it is elected. The
contribution schedule is subject to periodic
adjustment, at the discretion of the Corporation.

1.  The enrollment status [self only, self and
spouse, self and child(ren) or self and family]
for ECC will be the same as that for the Medical
Plan enrollment status chosen by the
retiree/surviving spouse.

2.  If the retiree/surviving spouse was enrolled in
the Comprehensive Medical Expense Program (CMEP)
under a prior Program as of December 31, 1992,
ECC was initiated and will be continued unless
and until a notice of waiver or termination is
received by the Corporation, or the
retiree/surviving spouse fails to pay any
contributions required to maintain coverage.

3.  If the retiree/surviving spouse was not enrolled
in CMEP under a prior Program as of December 31,
1992, ECC is activated only after receipt by the
Corporation of an application for enrollment.
If the application was received in January 1993,
ECC became effective February 1, 1993. If the
application was received on or after February 1,
1993, but prior to December 31, 1993, coverage
became effective the earlier of January 1, 1994
or the first day of the sixth month following
receipt of the application.

4.  A retiree or surviving spouse who does not elect
to enroll in, or to maintain enrollment in ECC
on or after January 1, 1994, will not be
permitted to reenroll in ECC at a later date
unless, during the intervening period, the
retiree or surviving spouse has been enrolled in
ECC under another primary enrollee, included as
a secondary enrollee in the Medical Plan

198                          1994

DSRA000431

SALARIED HEALTH CARE PROGRAM

App. E, II. D.4.

elections of a salaried employee or enrolled under the OCHCC. The same prohibition will apply to an individual who becomes a salaried retiree or a surviving spouse of a salaried employee or retiree on or after January 1, 1994, and elects not to enroll in ECC at the time of retirement or enrollment as a surviving spouse, or who initially elects but then discontinues ECC.

III. Covered Expenses and Benefits

A. ECC coverage applies only to long term and/or custodial care needs. Accordingly, the situations in which ECC benefits may be payable, subject to the specified maximums, are if an enrollee exhausts hospital or skilled nursing facility or home health care coverage under the Medical Plan of the Program; if home health care services for an enrollee exceed the requirements for coverage under that Plan; or if an enrollee incurs expenses for private duty nursing services or custodial care not covered under that Plan.

B. There are no deductibles and copayments applicable to services covered under this Appendix.

C. Determinations made by Medical Plan carriers with regard to the nature of care being provided to an enrollee will not control benefit determinations for ECC, nor will determinations of the ECC carrier control benefit determinations under other appendices of the Program. To the extent that the ECC benefits payable are a function of the nature of the service being performed (i.e., skilled, unskilled or a combination of the two), the medical necessity of the services, the reasonable and customary charge for such services or the approved status of the provider for ECC purposes, the ECC carrier shall have discretionary authority to interpret apply and construe the provisions of the Program. The ECC carrier's exercise of this authority shall be given full force and effect unless it is determined by the Plan Administrator to have been inconsistent with the Program provisions or arbitrary and capricious.

199                    1994

DSRA000432

SALARIED HEALTH CARE PROGRAM

App. E, III. D.

D.  The maximum benefit payable under this Appendix for services incurred during any one calendar year (January 1 through December 31) is $50,000 for each enrollee, subject to the provisions below. Claims must be received by the carrier no later than the last day of the calendar year following the calendar year in which the expenses are incurred.

1.  Coverage will be provided at the reasonable and customary daily rate for skilled or mixed skilled and unskilled care for:

a.  Medically necessary non-custodial hospital or skilled nursing facility admissions which exhaust the Medical Plan limits;

b.  Skilled hospital or skilled nursing facility admissions which are not covered under the Medical Plan due to the Medical Plan carrier's determinations that the admissions are custodial in nature;

c.  Admissions to nursing homes approved by the ECC carrier, for services considered by the ECC carrier to be skilled in nature; and

d.  Skilled care being provided in the home by a qualified home health care agency or by a qualified nurse professional but which does not meet the criteria for coverage under the Medical Plan provisions, exceeds the intermittent or part-time criteria or exhausts the Medical Plan limits of the option elected.

However, if Medical Plan benefits are denied or reduced solely due to failure to use providers approved by the Medical Plan option carrier, no benefits are payable.

2.  Coverage will be provided at a maximum of $35 per day for unskilled care delivered in a hospital, skilled nursing facility, nursing home or in the patient's home by nurse professionals.

200                  1994

DSRA000433

SALARIED HEALTH CARE PROGRAM

App. E, III. D.3.

3.  Coverage will be provided for medical supplies
    not covered under another provision of the
    Program (e.g., prescription drugs, durable
    medical equipment) for an enrollee admitted to
    a hospital or skilled nursing facility for
    unskilled custodial care, or for an enrollee
    confined to the home and receiving benefits
    under this Appendix but not receiving home
    health care services under the Medical Plan.
    For enrollees receiving home health care
    services under the Medical Plan, medical
    supplies are covered under App. A,
    III.D.2.c.(3).  Supplies covered under this
    Appendix are in addition to the $35 daily
    allowance for actual care of the enrollee.

IV.   Limitations and Exclusions

Covered expenses will not include, and benefits are not
payable for:

A.  deductibles and copayments applied to covered
    expenses under any option available under another
    Appendix of this Program or out-of-pocket expenses
    incurred as sanctions because of failure to satisfy
    the Program provisions under such appendices;

B.  services in the home in connection with routine
    nursing care of newborn children;

C.  services not prescribed by a physician;

D.  education or training (including such services when
    directed toward learning, behavioral or
    developmental deficiencies);

E.  amounts covered by public programs providing
    benefits (such as those under laws pertaining to
    Worker's Compensation, non-occupational disability,
    old age assistance, veteran's assistance, and any
    Federal or state health insurance act providing
    nursing benefits);

F.  amounts reimbursed by Medicare;

G.  amounts in excess of the reasonable and customary
    charge or which are not considered to be necessary
    as determined by the carrier;

201                    1994

DSRA000434

SALARIED HEALTH CARE PROGRAM

App. E, IV. H.

H.   charges which the enrollee is not required to pay or
charges which would not have been made if no benefit
coverage had existed;

I.   charges which duplicate benefits paid under another
Appendix of the Program;

J.   services provided to the enrollee by a person
related to the enrollee by blood or marriage;

K.   services provided by a halfway house, group home,
adult foster care facility and the like;

L.   non-medical supplies including, but not limited to,
personal hygiene products, over-the-counter
medications and personal items (including disposable
briefs and diapers);

M.   private duty nursing services for enrollees admitted
to hospitals, skilled nursing facilities or nursing
homes; and

N.   charges for services rendered prior to the effective
date of, or after termination of coverage under this
Appendix.  However, if a patient's covered and
continuous admission to a hospital, skilled nursing
facility or nursing home commences prior to
termination of the coverage, benefits may be paid
for that patient's admission until the earliest of
discharge from the facility, exhaustion of the
calendar year maximum and the end of the calendar
year in which coverage is terminated.

DSRA000435

SALARIED HEALTH CARE PROGRAM

App. F                          APPENDIX F

INTERNATIONAL HEALTH CARE PLAN


The provisions of the General Motors Salaried Health Care Program
(the Program) shall apply to individuals classified as
International Service Personnel (ISP) except for the modifications
detailed in this Appendix.  Throughout the remainder of this
Appendix, the International Health Care Plan will be referred to
as the Plan.

I.   Establishment, Financing and Administration of the Plan

     The provisions of Article I of the Program in effect on
     December 31, 1992 apply to this Plan.

II.  Health Care Coverages

     The provisions of Article II of the Program do not apply to
     this Plan.  The Plan provides for core coverages consisting
     of hospital, surgical, medical, prescription drug, and
     hearing aid coverages as set forth in Section VI.A. of this
     Appendix and substance abuse and mental health coverages as
     provided under the International Health Care Plan of the
     Program in effect on December 31, 1992.  The Plan also
     provides for non-core coverages consisting of dental coverage
     as set forth in Section VI.B. of this Appendix, vision
     coverage as set forth in Section VI.C. of this Appendix, and
     optional Comprehensive Medical Expense Program (CMEP)
     coverage, as provided under the Program which was in effect
     on December 31, 1992.

III. Enrollment, Eligibility, Commencement, Contributions and
     Continuation

     In addition to the modifications detailed below, the
     provisions of Article III of the Program apply only to those
     coverages established in Section VI. below.

     A.   Enrollment

          Subsections (a)(2), (3) and (8) of Article III, Section
          1 of the Program do not apply to this Plan.


                         203                   1994


DSRA000436

SALARIED HEALTH CARE PROGRAM

App. F, III. B.

B.   Dates of Eligibility and Commencement of Coverages

Subsection (a) of Section 2 of Article III of the
Program does not apply to this Plan and is replaced by
the following:

1.   ELIGIBILITY

Eligibility for the Plan generally is limited to:

a.   United States employees of General Motors
Corporation and its non-consolidated
subsidiaries who are classified as International
Service Personnel (ISP-U.S.), except those
assigned to locations in Canada but who continue
to reside in the United States and who continue
to be covered under the Program applicable to
United States employees;

b.   foreign employees of General Motors Corporation
and its non-consolidated subsidiaries who are
working in the United States and are classified
as International Service Personnel (ISP-O.S.);

c.   individuals who are residing in the United
States under the auspices of General Motors
Corporation and are classified by General Motors
Corporation as:

(1)   fellowship participants;

(2)   long-term training program personnel;
or

(3)   short-term training program personnel
(short-term training program personnel are
not eligible for dental, vision or CMEP
coverage); and

d.   eligible dependents (as defined under the
Program) of those enrollees identified in
subsections a. through c. above.

204                    1994

DSRA000437

SALARIED HEALTH CARE PROGRAM

App. F, III. B.2.

2. EFFECTIVE DATES

a. Core, Dental, and Vision Coverages

Eligible individuals enrolled for th   Plan will
be covered for core, dental, and vis .
coverages during the specific periods as
follows:

(1) ISP-U.S.:

Coverage under the Plan generally becomes
effective with the first day of the month
following the change of status unless (a)
the change of status is on the first day of
the month, in which case the coverage is
effective that day, or (b) the individual
is hired directly to the ISP-U.S.
assignment, in which case coverage is
effective upon the date of hire;

(2) ISP-O.S.:

Coverage under the Plan generally becomes
effective with the first day of the month
following the change of status unless the
change of status is on the first day of the
month in which case the coverage is
effective that day;

(3) Fellowship Participants, and Long- and
Short-Term Training Program Personnel:

Coverage under the Plan shall become
effective on the first date an individual
is within the United States and classified
by General Motors as a fellowship
participant, long-term training program
personnel, or short-term training program
personnel. Coverage will remain in effect
until the earlier of (a) the date the
individual leaves the United States or (b)
the date the individual is no longer
classified by General Motors as a
fellowship participant, long-term training
program personnel, or short-term training
program personnel.

205                          1994

DSRA000438

<u>SALARIED HEALTH CARE PROGRAM</u>

App. F, III. B.2.b.

     b.  Comprehensive Medical Expense Program (CMEP)

       Eligible individuals who choose to enroll for the optional CMEP and make the required monthly contribution will be covered only during the specific periods indicated below:

     (1)  If enrollment occurs within 31 days after core coverages become effective, CMEP coverage will become effective on the first day of the month next following the date of enrollment;

     (2)  If enrollment occurs more than 31 days after core coverages become effective, or if reenrollment occurs after CMEP coverage is voluntarily canceled, CMEP coverage will become effective on the first day of the sixth month next following the date of receipt of an application for enrollment or reenrollment.

IV.  <u>Definitions</u>

    To the exent they are not in conflict with the provisions of this Appendix F, the provisions of Article IV of the Program apply to this Plan.

V.  <u>Special Benefit</u>

    Article V of the Program does not apply to this Plan.

VI.  <u>Coverages</u>

    A.  Core Coverages

       The Traditional option of the Informed Choice Plan, under the Program which was in effect on December 31, 1992, applies to this Plan except as modified below.

          1994

DSRA000439

<u>SALARIED HEALTH CARE PROGRAM</u>

App. F, VI. A.1.

1. Other than the copayments required for prescription drugs, the deductible, copayment and predetermination requirements of that Program do not apply to this Plan.

2. Hospital coverage for outpatient laboratory and pathology examinations is provided on the same basis as if performed inpatient.

3. Diagnostic laboratory and pathology coverage is provided for routine mammography screenings which are performed in accordance with the guidelines established for Appendix A.

4. The Mail Order Prescription Drug program is not available under this Plan.

5. The list of maintenance legend drugs which may be dispensed in 100-unit doses shall also include

> Amlodipine
> Atenolol/Chlorthalidone
> Benazepril
> Benztropine
> Betaxolol
> Bisoprolol
> Captopril/HCTZ
> Carbidopa/Levodopa
> Chlorthalidone/Clonidine
> Diclofenac Sodium
> Doxazosin
> Enalapril/HCTZ
> Etodolac
> Felodipine
> Flurbiprofen
> Fosinopril
> Guanfacine HCL
> HCTZ/Reserpine/Hydralazine
> Ibuprofen
> Indapamide
> Isradipine
> Lisinopril/HCTZ
> Lovastatin
> Medroxyprogesterone

DSRA000440

SALARIED HEALTH CARE PROGRAM

App. F, VI. A.5.

> Nabumetone
> Nicardipine
> Pravastatin
> Propranolol/HCTZ
> Quinapril
> Ramipril
> Selegiline
> Simvastatin
> Terazosin
> Trihexyphenidyl

6. Hearing aid benefits are provided only for services obtained in the United States from participating providers.

7. Program standards for durable medical equipment (DME) and prosthetic and orthotic appliances (P&O) have been amended to include equipment and external appliances approved for reimbursement under Medicare Part B as of October 1, 1993. In addition:

   a. DME coverage is provided for continuous passive motion devices for use following surgery to the elbow or shoulder (Medicare covers it only following total knee replacement); and

   b. P&O coverage is provided for

      (1) therapeutic shoes prescribed for diabetic enrollees not eligible for Medicare, limited to diagnosis criteria established by the Control Plan;

      (2) any style of orthopedic shoe, in addition to a basic oxford, when the shoe is an integral part of a covered brace; and

      (3) all orthopedic shoe inserts, arch supports and shoe modifications used with a shoe that is attached to a covered brace.

8. Case management is not available under this Plan.

DSRA000441

<u>SALARIED HEALTH CARE PROGRAM</u>

App. F, VI. A.9.

9.  The mental health and substance abuse coverages
    provided in the International Health Care Plan of
    the Program which was in effect as of December 31,
    1992 apply to this Plan.

B.  Dental Coverage

The dental coverage available under the Program which
was in effect as of December 31, 1992 applies to this
Plan except that pre-determination does not apply to
International Service Personnel (ISP) or their covered
dependents receiving dental services outside the United
States.

C.  Vision Coverage

The vision coverage of the Program which was in effect
as of December 31, 1992, applies to this Plan.  However,
the maximum covered vision expense for "cosmetic"
contact lenses is increased to $65 effective January 1,
1994.

D.  Comprehensive Medical Expense Program

The CMEP coverage of the Program which was in effect as
of December 31, 1992 is available to enrollees of this
Plan.

E.  Extended Care Coverage

The Extended Care Coverage of the Program does not apply
to enrollees of this Plan.

209                     1994

DSRA000442

*Index*

Page

Vision (cont'd)
  Prescription Lenses Following Surgery . . . . . . . . . . . . . . . 141, 193
  Therapy, Exclusions . . . . . . . . . . . . . . . . . . . . . . . . . . 104
  Training, Exclusions . . . . . . . . . . . . . . . . . . . . . . . 104, 194

Vision Plan, Definition . . . . . . . . . . . . . . . . . . . . . . . . . <u>64</u>

Vocational:
  Counseling, Guidance or Training . . . . . . . . . . . . . . . . . . . 177
  Rehabilitation . . . . . . . . . . . . . . . . . . . . . . . . . . . . 104

Weight Control, Exclusions . . . . . . . . . . . . . . . . . . . . 119, 128

Well Child Care . . . . . . . . . . . . . . . . . . . . . . . . . . 115, 116

Wigs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 143

Worker's Compensation Law . . . . . . . . . . . . 10, 134, 151, 185, 194, 201

X-rays . . . . . . . . . . . . . . . . . . . . 114, 179, 181, 182, 186

DSRA000443

*Index*

Page

Thermography Services . . . . . . . . . . . . . . . . . . . . . . . . 119

Third Party Liability (See "Reimbursement for Third Party Liability")

Time Limit for Claim Submission . . . . . . . . . . . . . . . . . 6, 200

Tissue Banks . . . . . . . . . . . . . . . . . . . . . . . . . . . 90, 92

Tonography . . . . . . . . . . . . . . . . . . . . . . . . . . . . 194

Totally and Permanently Disabled Child . . . . . . . . . . . . . . 49

Traditional Option (Prior Program):
  Employees Working in Hawaii . . . . . . . . . . . . . . . . . . . 27
  International Health Care Plan . . . . . . . . . . . . . . . . . . 206

Transdermal Nicotine Patches (See "Cessation of Smoking")

Transfer of Coverages:
  Retirees/Surviving Spouses . . . . . . . . . . . . . . . . . . . 30
  Transfer to/from Regular Active from/to Other Active Service . . . . . . . 32

Transplants (See "Human Organ Transplants")

Travel, Exclusions . . . . . . . . . . . . . . . . . . . . . 109, 153

Treatment of Existing Coverages on Effective Date . . . . . . . . . . . . 8

Tuberculosis (See "Pulmonary Tuberculosis")

Ultrasound Examination . . . . . . . . . . . . . . . . . . . . . 114

Uniform National Health Care Coverages . . . . . . . . . . . . . . 18

Urgent Care Centers . . . . . . . . . . . . . . . . . . . . . . . 96

Utilization Review:
  Basic Medical Plan Option . . . . . . . . . . . . . . . . . . . . 23
  Enhanced Medical Plan Option . . . . . . . . . . . . . . . . . . 25

Vaccine (Serum):
  Prescription Drug Coverage . . . . . . . . . . . . . . . . . . . 128
  Surgical and Medical Coverage . . . . . . . . . . . . . . . . . 117

Veneers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 185

Vision:
  Coverage . . . . . . . . . . . . . . . . . . . . . . . . . . . . 191
  Examinations . . . . . . . . . . . . . . . . . . . . . . . . . . 192
  Frames . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 193
    Definition . . . . . . . . . . . . . . . . . . . . . . . . . . 192
  International Health Care Plan . . . . . . . . . . . . . . . . . 209
  Lenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 193
    Aniseikonic . . . . . . . . . . . . . . . . . . . . . . . . . 194
    Bifocal . . . . . . . . . . . . . . . . . . . . . . . . . . . 193
    Contact Lenses . . . . . . . . . . . . . . . . . . . . . . . 193
      Cosmetic . . . . . . . . . . . . . . . . . . . . . . . 193, 209
      Definition . . . . . . . . . . . . . . . . . . . . . . . . 192
    Definition . . . . . . . . . . . . . . . . . . . . . . . . . . 192
    Lenticular . . . . . . . . . . . . . . . . . . . . . . . . . 193
    Photochromic . . . . . . . . . . . . . . . . . . . . . . . . 193
    Tint . . . . . . . . . . . . . . . . . . . . . . . . . . . . 193
    Trifocal . . . . . . . . . . . . . . . . . . . . . . . . . . 193
  Limitations and Exclusions . . . . . . . . . . . . . . 96, 116, 119, 194
  Network . . . . . . . . . . . . . . . . . . . . . . . . . . . . 195

(xxiv)

DSRA000444

*Index*

Page

Stand-by Physicians . . . . . . . . . . . . . . . . 119

State Health Insurance Laws . . . . . . . . . . . . . . . . 6

Sterilizations:
 Hospital Coverage . . . . . . . . . . . . . . . . 90, 91
 Surgical and Medical Coverage . . . . . . . . . . . . 112

Sub-Plans . . . . . . . . . . . . . . . . . 18, 26

Subrogation (See "Reimbursement for Third Party Liability")

Substance Abuse, Definition . . . . . . . . . . . . . 163

Substance Abuse Coverage (See "Mental Health and Substance Abuse
 Coverage")

Supplies, Definition . . . . . . . . . . . . . . . 124

Surgical and Medical Coverage . . . . . . . . . . . . . 109

Surgical Treatment Room (See "Room Charges")

Surviving Spouse (See "Continuance of Coverages" and "Contributions")

Technical Surgical Assistance . . . . . . . . . . . . . 113

Temporomandibular Joint Dysfunction:
 Definition . . . . . . . . . . . . . . . . . 188
 Dental Coverage . . . . . . . . . . . . . . . 181, 189
 Exclusions . . . . . . . . . . . . . . . . . 149
 Maximum Benefit . . . . . . . . . . . . . . . 182

Termination of Employment (See "Continuance of Coverages")

Terms and Conditions:
 Appendix A . . . . . . . . . . . . . . . . . . 78
 Appendix B . . . . . . . . . . . . . . . . . 163

Therapeutic Care, Definition . . . . . . . . . . . . . 78

Therapeutic Radiology (See "Radiology")

Therapeutic Shoes . . . . . . . . . . . . . . . . 140, 208

Therapy:
 Chelation (See "Chelation Therapy")
 Diversional (See "Diversional Therapy")
 Electroshock (See "Electroshock Therapy")
 Functional Occupational (See "Physical, Functional Occupational and Speech
  Therapy and Cardiac Rehabilitation Coverage")
 Gas (See "Oxygen Therapy")
 Group (See "Group Therapy" and "Psychotherapeutic Treatment")
 Individual (See "Individual Therapy" and "Psychotherapeutic Treatment")
 Inhalation (See "Inhalation Therapy")
 Occupational (See "Physical, Functional Occupational and Speech Therapy
  and Cardiac Rehabilitation Coverage")
 Oxygen (See "Oxygen Therapy")
 Physical (See "Physical, Functional Occupational and Speech Therapy and
  Cardiac Rehabilitation Coverage")
 Recreational (See "Recreational Therapy")
 Speech (See "Physical, Functional Occupational and Speech Therapy and
  Cardiac Rehabilitation Coverage")
 Vision (See "Vision")

(xxiii)

DSRA000445

*Index*

Page

Root Canal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 179

Sanctions . . . . . . . . . . . . . . . . . . . . . . . 21, 22, 23, 25, 201

Screening Examinations . . . . . . . . . . . . . . . . . . . . . . . . 118

Sealants . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 186

Second Surgical Opinion:
  Basic Medical Plan Option . . . . . . . . . . . . . . . . . . . . . . 23
  Enhanced Medical Plan Option . . . . . . . . . . . . . . . . . . . . 25

Secondary Enrollee, Definition . . . . . . . . . . . . . . . . . . . . 63

Selection of Option (See "Options")

Semiprivate Room:
  Definition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 76
  Hospital Coverage . . . . . . . . . . . . . . . . . . . . . . . . . 88
  Inpatient Mental Health and Substance Abuse Coverage . . . . . . . . 170
  Night Care . . . . . . . . . . . . . . . . . . . . . . . . . . . . 173
  Skilled Nursing Facility Coverage . . . . . . . . . . . . . . . . 97, 171

Service, Definitions:
  Active Service . . . . . . . . . . . . . . . . . . . . . . . . . . . 59
  Appendix A . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 76
  Covered Service . . . . . . . . . . . . . . . . . . . . . . . . . . 61
  Length of Service . . . . . . . . . . . . . . . . . . . . . . . . . 65

Service of Legal Process . . . . . . . . . . . . . . . . . . . . . . . 5

Skilled Nursing Care, Definition . . . . . . . . . . . . . . . . . . . 77

Skilled Nursing Facility, Definition . . . . . . . . . . . . . . . . . 77

Skilled Nursing Facility Coverage  . . . . . . . . . . . . . 96, 166, 171

Skin Banks . . . . . . . . . . . . . . . . . . . . . . . . . . . . 90, 92

Social Worker:
  Definition . . . . . . . . . . . . . . . . . . . . . . . . . . . . 163
  Hospice Coverage . . . . . . . . . . . . . . . . . . . . . . . . . 145
  Outpatient Care . . . . . . . . . . . . . . . . . . . . . . . . . . 165

Solutions (See "Drugs")

Space Maintainers . . . . . . . . . . . . . . . . . . . . . . . . . . 179

Special Benefit . . . . . . . . . . . . . . . . . . . . . . . . . 66, 206

Special Care Unit:
  Definition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77
  Hospital Coverage . . . . . . . . . . . . . . . . . . . . . . . . . 89

Special Treatment Room (See "Room Charges")

Speech Therapist, Definition . . . . . . . . . . . . . . . . . . . . . 73

Speech Therapy (See "Physical, Functional Occupational and Speech
  Therapy and Cardiac Rehabilitation Coverage")

Splints/Splinting . . . . . . . . . . . . . . . . . . 39, 91, 98, 181, 186

Sponsored Dependents (See "Dependents")

(xxii)

DSRA000446

*Index*

Page

Pulmonary Tuberculosis . . . . . . . . . . . . . . . . . . 78, 79, 98

Qualified Medical Child Support Order . . . . . . . . . . . . 6, 47, 50

Quit (See "Continuance of Coverages" and "Eligibility - Coverages")

Radioactive Isotope Studies . . . . . . . . . . . . . . . . 39, 91

Radiology:
 Diagnostic . . . . . . . . . . . . . . . . . . . . . . . 114
 Therapeutic . . . . . . . . . . . . . . . . . . . . . . 114

Reasonable and Customary Charge, Definitions . . . . . . . . 64, 187

Reconstructive Surgery (See "Plastic Surgery")

Recovery of Benefit Overpayments (See "Overpayments")

Recreational Therapy . . . . . . . . . . . . . . . . . . . . 104

Referrals (See "Preferred Provider Organization")

Refraction . . . . . . . . . . . . . . . . . . . . . . . . 192

Refractive Eye Surgery, Exclusions . . . . . . . . . . . . . 96, 119

Registration, Definition . . . . . . . . . . . . . . . . . . 163

Regular Active Employee, Definition . . . . . . . . . . . . . 61

Rehabilitation Care (See "Physical, Functional Occupational and Speech
 Therapy and Cardiac Rehabilitation Coverage")

Rehabilitation Programs (Day, Night or Residential) . . . . . 104

Reimbursement for Third Party Liability . . . . . . . . . . . 15

Replacement or Supplementation of Coverages . . . . . . . . . 19

Research, Investigational or Experimental Services, Exclusions:   89, 91, 149
 Chemotherapy . . . . . . . . . . . . . . . . . . . . . . 185
 Dental Coverage
 Durable Medical Equipment and Prosthetic and Orthotic Appliance
  Coverage . . . . . . . . . . . . . . . . . . . . . . . 141, 142, 143
 General . . . . . . . . . . . . . . . . . . . . . . . . 150
 Prescription Drug Coverage . . . . . . . . . . . . . . . 128
 Surgical and Medical Coverage . . . . . . . . . . . . . 114

Reservation of Rights . . . . . . . . . . . . . . . . . . . 2

Residential Care Facility, Definition . . . . . . . . . . . . 163

Respite Care:
 Definition . . . . . . . . . . . . . . . . . . . . . . . 144
 Hospice Coverage . . . . . . . . . . . . . . . . . . . . 145

Retirement (See "Continuance of Coverages")

Room Charges:
 Delivery Room . . . . . . . . . . . . . . . . . . . . . 89, 91
 Operating Room . . . . . . . . . . . . . . . . . . . . . 89, 91
 Private Room (See "Private Room")
 Semiprivate (See "Semiprivate Room")
 Special Treatment Room . . . . . . . . . . . . . . . . . 97
 Surgical Treatment Room . . . . . . . . . . . . . . . . 89, 91

(xxi)

DSRA000447

*Index*

Page

Prescription Legend Drug, Definition . . . . . . . . . . . . . . . . . 125

Prescription Lenses (See "Vision")

Prescription Order, Definition . . . . . . . . . . . . . . . . . . . . 125

Pressure Gradient Supports . . . . . . . . . . . . . . . . . . . . . . 139

Primary Enrollee, Definition . . . . . . . . . . . . . . . . . . . . . 63

Principally Supported Child . . . . . . . . . . . . . . . . . . . . 48, 51

Private Duty Nursing:
  Definition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 75
  Exclusions . . . . . . . . . . . . . . . . . . . . . . . . . 109, 148
  Extended Care Coverage . . . . . . . . . . . . . . . . . . . 199, 202

Private Room:
  Definition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 75
  Limitations . . . . . . . . . . . . . . . . . . . . . . . . . . 88, 148

Procedure for Review of Denied Claims (See "Appeal Procedure")

Proctoscopic Examinations . . . . . . . . . . . . . . . . . . . . . . 118

Program Cost Increases . . . . . . . . . . . . . . . . . . . . . . . . . 4

Program Modifications:
  Approval of New Services . . . . . . . . . . . . . . . . . . . . . . 84
  Changes in the Program . . . . . . . . . . . . . . . . . . . . . 2, 84
  Federal Health Care Coverage . . . . . . . . . . . . . . . . . . . . 7
  State Health Insurance Laws . . . . . . . . . . . . . . . . . . . . . 6

Program Standards, Definition . . . . . . . . . . . . . . . . . . . . . 75

Prophylaxes . . . . . . . . . . . . . . . . . . . . . . . . 178, 182, 184

Prosthetic Appliances:
  Coverage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 140
  Definition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 76
  Dental Coverage . . . . . . . . . . . . . . . . . . . . . 185, 186, 190
  Hospital Coverage . . . . . . . . . . . . . . . . . . . . . . . 90, 91

Prosthodontics . . . . . . . . . . . . . . . . . . . . . . . . . . . . 183

Provider, Definitions:
  Hearing Aid Coverage . . . . . . . . . . . . . . . . . . . . . . . 130
  Prescription Drug Coverage . . . . . . . . . . . . . . . . . . . . 125
  Program . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 64

Provider Administrative Charges . . . . . . . . . . . . . . . . . . . 153

Psychiatrist, Definition . . . . . . . . . . . . . . . . . . . . . . . 162

Psychological Testing:
  Day or Night Care . . . . . . . . . . . . . . . . . . . . . . . . . 173
  Exclusions . . . . . . . . . . . . . . . . . . . . . . . . . . . . 171
  Inpatient Care . . . . . . . . . . . . . . . . . . . . . . . . . . 171
  Outpatient Care . . . . . . . . . . . . . . . . . . . . . . . 168, 175

Psychologist, Definition . . . . . . . . . . . . . . . . . . . . . . . 162

Psychotherapeutic Treatment . . . . . . . . . . . . . . . . . . . 171, 174

Pulmonary Function Evaluation . . . . . . . . . . . . . . . . . . 90, 91

(xx)

DSRA000448

*Index*

Page

Physician (cont'd)
  Podiatrist . . . . . . . . . . . . . . . . . . . . . . . . . . . 75
  Program . . . . . . . . . . . . . . . . . . . . . . . . . . . . 74
  Hospital-based . . . . . . . . . . . . . . . . . . . . . . . . 110

Physician Medical Visit . . . . . . . . . . . . . . . . . . . . . 116

Plan, Definition . . . . . . . . . . . . . . . . . . . . . . . . 64

Plan Year . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Plaque Control . . . . . . . . . . . . . . . . . . . . . . . . . 186

Plastic Surgery:
  Hospital Coverage . . . . . . . . . . . . . . . . . . . 90, 91, 96
  Surgical and Medical Coverage . . . . . . . . . . . . . . . . . 111

Podiatrist, Definition . . . . . . . . . . . . . . . . . . . . . 75

Pontics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 185

Positioning Transportation Chairs . . . . . . . . . . . . . . . . 138

Positron Emission Tomography Scanning, Exclusions . . . . . . . 96, 119

Postnatal Care (See "Prenatal and Postnatal Care)

Predetermination:
  Basic Medical Plan Option . . . . . . . . . . . . . . . . . . . 23
  Dental Coverage . . . . . . . . . . . . . . . . . . . . . 182, 209
  Enhanced Medical Plan Option . . . . . . . . . . . . . . . . . 25
  Home Health Care Coverage . . . . . . . . . . . . . . . . . . . 105
  Hospital Coverage . . . . . . . . . . . . . . . . . . . . . . . 87
  International Health Care Plan . . . . . . . . . . . . . . 207, 209
  Preferred Provider Organization Option . . . . . . . . . . . . 20
  Sanctions
    Basic Medical Plan Option . . . . . . . . . . . . . . . . . . 23
    Enhanced Medical Plan Option . . . . . . . . . . . . . . . . 25
  Skilled Nursing Facility Coverage . . . . . . . . . . . . . . . 96

Pre-employment Examinations, Exclusions . . . . . . . . . 116, 119, 151

Preferred Provider Organization Option:
  Contractual Relationships With Providers
   Not Otherwise Included Under the Program . . . . . . . . . . . 22
  Maximum Benefits . . . . . . . . . . . . . . . . . . . . . . . 21
  Referrals . . . . . . . . . . . . . . . . . . . . . . . . 21, 110
  Selection of Option . . . . . . . . . . . . . . . . . . . . . . 20

Premarital Examinations, Exclusions . . . . . . . . . . . 116, 119, 151

Prenatal and Postnatal Care:
  Maternity Care . . . . . . . . . . . . . . . . . . . . . . . . 113
  Physician Medical Visit Coverage . . . . . . . . . . . . . . . 116

Prescription Charge, Definition . . . . . . . . . . . . . . . . . 124

Prescription Drug:
  Copayment . . . . . . . . . . . . . . . . . . . . . . . . . . . 126
  Coverage . . . . . . . . . . . . . . . . . . . . . . . . . . . 123
  Definitions . . . . . . . . . . . . . . . . . . . . . . . . . . 123
  Mail Order Prescription Drug Program . . . . . . . . 127, 128, 207
  Maintenance Drugs . . . . . . . . . . . . . . . . . . . . . . . 207
  Maximum Allowable Cost Programs . . . . . . . . . . . . . . . . 127
  Reimbursement . . . . . . . . . . . . . . . . . . . . . . . . . 126

(xix)

DSRA000449

*Index*

Page

Oxygen Therapy:
  Hospital Coverage . . . . . . . . . . . . . . . . . . . . . . . 89
  Hyperbaric Oxygenation . . . . . . . . . . . . . . . . . . . . 92
  Skilled Nursing Facility Coverage . . . . . . . . . . . . . . . 97

Panel Provider, Definition . . . . . . . . . . . . . . . . . 162

Papanicolau (PAP) Smear . . . . . . . . . . . . . . . . . . 118

Participating:
  Definitions . . . . . . . . . . . . . . . . . . . . . . . 73, 130
  Hospitals . . . . . . . . . . . . . . . . . . . . . . . . . . 85
  Provider, Definitions . . . . . . . . . . . . . . . . . 124, 191

Part-Time Care, Definition . . . . . . . . . . . . . . . . . 107

Paternity Determinations . . . . . . . . . . . . . . . . . . 119

Pathology Examinations (See "Laboratory and Pathology Examinations")

Payment for Coverages (See "Contributions")

Payment of Services:
  Durable Medical Equipment and Prosthetic and Orthotic Appliance
    Coverage . . . . . . . . . . . . . . . . . . . . . . . . . 137
  Surgical and Medical Coverage . . . . . . . . . . . . . . . 110

Personal Items (See "Convenience Items, Exclusions")

PET Scanning (See "Positron Emission Tomography Scanning, Exclusions")

Pharmacist, Definition . . . . . . . . . . . . . . . . . . . 124

Phototherapy (Bilirubin) Light . . . . . . . . . . . . . . . 139

Physical, Functional Occupational and Speech Therapy and Cardiac
  Rehabilitation Coverage . . . . . . . . . . . . . . . . . . . 99
  Cardiac Rehabilitation . . . . . . . . . . . . . . . . . . . 103
  Definitions . . . . . . . . . . . . . . . . . . . . . . . 74, 77
  Functional Occupational Therapy
    Coverage . . . . . . . . . . . . . . . . . . . . . . . . . 100
    Definition . . . . . . . . . . . . . . . . . . . . . . . . . 74
  Home Health Care Coverage . . . . . . . . . . . . . . . . . 106
  Hospice Coverage . . . . . . . . . . . . . . . . . . . . . . 145
  Hospital Coverage . . . . . . . . . . . . . . . . . . . . 89, 91
  Physical Therapy
    Coverage . . . . . . . . . . . . . . . . . . . . . . . . . 100
    Definition . . . . . . . . . . . . . . . . . . . . . . . . . 74
  Rehabilitation
    Coverage . . . . . . . . . . . . . . . . . . . . . . . . . 100
    Definition . . . . . . . . . . . . . . . . . . . . . . . . . 76
  Skilled Nursing Facility Coverage . . . . . . . . . . . . . . 97
  Speech Therapy
    Coverage . . . . . . . . . . . . . . . . . . . . . . . . . 101
    Definition . . . . . . . . . . . . . . . . . . . . . . . . . 77

Physical Examinations . . . . . . . . . . . . . . . . . . 115, 116

Physical Therapist, Definition . . . . . . . . . . . . . . . 149

Physician:
  Definition
    Chiropractor . . . . . . . . . . . . . . . . . . . . . . . . 75
    Dentist . . . . . . . . . . . . . . . . . . . . . . . . . . 74
    Hearing Aid Coverage . . . . . . . . . . . . . . . . . . . 129

(xviii)

DSRA000450

*Index*

Page

Occupational Therapy (See "Physical, Functional Occupational and Speech Therapy and Cardiac Rehabilitation Coverage")

OCHCC (See "Optional Canadian Health Care Coverage")

Office Visits (See "Physician Medical Visit")

Omnibus Budget Reconciliation Act of 1993 . . . . . . . . . . . f. 47, 8, 50

Onlays . . . . . . . . . . . . . . . . . . . . . . . . . .79, 180

Operating Room (See "Room Charges")

Ophthalmologist, Definition . . . . . . . . . . . . . . . . . . 191

Optician, Definition . . . . . . . . . . . . . . . . . . . . . 191

Optional Canadian Health Care Coverage . . . . . . . . . 30, 197, 199

Options:                                                         23
  Basic Medical Plan Option . . . . . . . . . . . . . . . . . . 27
  Cooperative Students . . . . . . . . . . . . . . . . . . . . 27
  Employees Working in Hawaii . . . . . . . . . . . . . . . . . 24
  Enhanced Medical Plan Option . . . . . . . . . . . . . . . . 26
  Flexible Service Employees . . . . . . . . . . . . . . . . . 22
  Health Maintenance Organization Option . . . . . . . . . . . 26
  International Service Personnel . . . . . . . . . . . . . . . 28
  Option Assigned by Corporation . . . . . . . . . . . . . . . 20
  Preferred Provider Organization Option . . . . . . . . . . . 19
  Selection of Option . . . . . . . . . . . . . . . . . . . . . 

Optometrist, Definition . . . . . . . . . . . . . . . . . . . 191

Oral Examinations . . . . . . . . . . . . . . . . . . . 178, 181

Oral Surgery . . . . . . . . . . . . . . . . . . . . . . . . 179

Ordered, Definition . . . . . . . . . . . . . . . . . . . . . 188

Organ Transplants (See "Human Organ Transplants")

Orthodontia . . . . . . . . . . . . . . . . . 181, 182, 184, 189

Orthodontic Treatment, Definition . . . . . . . . . . . . . . 188

Orthopedic Shoe/Insert . . . . . . . . . . . . . . . . . 140, 208

Orthoptics . . . . . . . . . . . . . . . . . . . . . . . . . 194

Orthotic Appliances:                                             140
  Coverage . . . . . . . . . . . . . . . . . . . . . . . . . . 73
  Definition . . . . . . . . . . . . . . . . . . . . . . . . 90, 91
  Hospital Coverage . . . . . . . . . . . . . . . . . . . . . 208
  International Health Care Plan . . . . . . . . . . . . . . . 181
  Temporomandibular Joint Dysfunction Treatment . . . . . . . 

Outpatient Facility, Definition . . . . . . . . . . . . . . . 161

Outpatient Hospital Coverage (See "Hospital")

Outpatient Treatment or Visit, Definition . . . . . . . . . . 162

Overpayments:                                                    16
  Recovery . . . . . . . . . . . . . . . . . . . . . . . . . . 169
  Substance Abuse Treatment Plan . . . . . . . . . . . . . . . 

(xvii)

DSRA000451

*Index*

Page

**Medicare:**
  Basic Medical Plan Option . . . . . . . . . . . . . . . . . . 24
  Definition . . . . . . . . . . . . . . . . . . . . . . . . . . 63
  Durable Medical Equipment Coverage . . . . . . . . . . . 137, 208
  Enhanced Medical Plan Option . . . . . . . . . . . . . . . . 26
  Extended Care Coverage . . . . . . . . . . . . . . . . . . . 201
  Prosthetic and Orthotic Appliance Coverage . . . . . . 140, 208
  Selection of Option . . . . . . . . . . . . . . . . . . . . . 19
  Special Benefit . . . . . . . . . . . . . . . . . . . . 66, 67, 68
  Terms and Conditions . . . . . . . . . . . . . . . . . . . . 82

**Mental Disorder, Definition** . . . . . . . . . . . . . . . . . 161

**Mental Health and Substance Abuse Coverage** . . . . . . . . 158, 209

**Military Leave, Eligibility and Continuance** . . . . . . . 32, 35

**Missed Appointments (See "Provider Administrative Charges")**

**Models, Diagnostic** . . . . . . . . . . . . . . . . . . . . . 181

**MRI (See "Magnetic Resonance Imaging")**

**National Account Program, Establishment** . . . . . . . . . . . 18

**Net Costs of Program** . . . . . . . . . . . . . . . . . . . . . 3

**Neuromuscular Stimulators** . . . . . . . . . . . . . . . . . . 138

**Newborn Examination** . . . . . . . . . . . . . . . . . . . . . 113

**Nicotine Gum (See "Cessation of Smoking")**

**Non-Completion of Substance Abuse Treatment Plan** . . . . . . 169

**Non-Core Coverages** . . . . . . . . . . . . . . . . . . . . 18, 61

**Non-Medical Supplies** . . . . . . . . . . . . . . . . . . . . 202

**Nonparticipating:**
  Hospitals . . . . . . . . . . . . . . . . . . . . . . . . . . 85
  Provider, Definitions . . . . . . . . . . . . . . . . . . 124, 191

**Non-Physician Practitioners:**
  Definitions . . . . . . . . . . . . . . . . . . . . . . . . . 73
  Exclusion . . . . . . . . . . . . . . . . . . . . . . . . . . 117

**Nurse Professional, Definition** . . . . . . . . . . . . . . . . 196

**Nursery Care** . . . . . . . . . . . . . . . . . . . . . . . . . 89

**Nursing Care of Newborns** . . . . . . . . . . . . . . . . . . . 201

**Nursing Home**
  Definition . . . . . . . . . . . . . . . . . . . . . . . . . 196
  Extended Care Coverage . . . . . . . . . . . . . . . . . . . 200
  Hospice Coverage . . . . . . . . . . . . . . . . . . . . . . 145

**OBRA '93 (See "Omnibus Budget Reconciliation Act of 1993")**

**Obstetrical Services** . . . . . . . . . . . . . . . . . . . . . 113

**Occlusal Equilibration** . . . . . . . . . . . . . . . . . . . . 181

(xvi)

DSRA000452

*Index*

Page

Lenses (See "Vision")

Liability, Corporation . . . . . . . . . . . . . . . . . . . . . . . . 3

Lifetime Maximums:
Accidental Dental Injury . . . . . . . . . . . . . . . . . . . . . 190
Cochlear Implant . . . . . . . . . . . . . . . . . . . . . . . . . . 157
Halfway House Care . . . . . . . . . . . . . . . . . . . . . . . . 168
Hospice Care . . . . . . . . . . . . . . . . . . . . . . . . . . . 145
Orthodontia . . . . . . . . . . . . . . . . . . . . . . . . . . . . 182
Smoke Cessation Aids . . . . . . . . . . . . . . . . . . . . . . . 127
Temporomandibular Joint Dysfunction Treatment . . . . . . . . . . 182

Limitations and/or Exclusions:
Ambulance Service Coverage . . . . . . . . . . . . . . . . . . . . 121
Dental Coverage . . . . . . . . . . . . . . . . . . . . . . . 183, 184
Durable Medical Equipment Coverage . . . . . . . . . . . . . . . . 142
Extended Care Coverage . . . . . . . . . . . . . . . . . . . . . . 201
General, Appendix A . . . . . . . . . . . . . . . . . . . . . . . 148
Hearing Aid Coverage . . . . . . . . . . . . . . . . . . . . 133, 134
Home Health Care Coverage . . . . . . . . . . . . . . . . . . . . 108
Hospital Coverage . . . . . . . . . . . . . . . . . . . . . . . . . 94
Mental Health and Substance Abuse Coverage . . . . . . . . . . . 176
Physical, Functional Occupational and Speech Therapy and Cardiac
  Rehabilitation Coverage . . . . . . . . . . . . . . . . . . . . 103
Prescription Drug Coverage . . . . . . . . . . . . . . . . . . . . 127
Prosthetic and Orthotic Appliance Coverage . . . . . . . . . . . 142
Skilled Nursing Facility Coverage . . . . . . . . . . . . . . . . . 98
Surgical and Medical Coverage . . . . . . . . . . . . . . . . . . 119
Vision Coverage . . . . . . . . . . . . . . . . . . . . . . . . . 194

Magnetic Resonance Imaging . . . . . . . . . . . . . . . . . . 114, 115

Mail Order Prescription Drug Program (See "Prescription Drug")

Maintenance Drugs (See "Prescription Drug")

Mammogram/Mammography . . . . . . . . . . . . . . . . . . . . . 118, 207

Manipulation (See "Adjustment of Spine, Exclusions")

Massage (See "Adjustment of Spine, Exclusions")

Maternity Care . . . . . . . . . . . . . . . . . . . . . . . . . 89, 113

Maximum Allowable Cost Prescription Drug Programs (See "Prescription Drug")

Medical Care (See "Surgical and Medical Coverage")

Medical Child Support Order (See "Qualified Medical Child Support Order")

Medical Emergency:
Definition . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72
Hospital Coverage . . . . . . . . . . . . . . . . . . . . . . . . . 92

Medical Necessity . . . . . . . . . . . . . . . . . . . . . . . 83, 149

Medical Plan, Definition . . . . . . . . . . . . . . . . . . . . . . 64

Medical Supplies:
Extended Care Coverage . . . . . . . . . . . . . . . . . . . . . . 201
Home Health Care Coverage . . . . . . . . . . . . . . . . . . . . 108
Hospice Coverage . . . . . . . . . . . . . . . . . . . . . . . . . 145

DSRA000453

*Index*

Page

Immunizations . . . . . . . . . . . . . . . . . . . . . . . . . . 117

Implantology . . . . . . . . . . . . . . . . . . . . . . . . . . 186

Income Protection Plan . . . . . . . . . . . . . . . . . . . 34, 197

Individual Therapy . . . . . . . . . . . . . . . . . . 171, 172, 173

Inducement of Pregnancy, Exclusions . . . . . . . . . . . 128, 153

Inhalation Therapy . . . . . . . . . . . . . . . . . . . . . 90, 91

Injections . . . . . . . . . . . . . . . . . . . . . . . . . . . 117

Inlays . . . . . . . . . . . . . . . . . . . . 179, 180, 185, 188

Inpatient Care, Definition . . . . . . . . . . . . . . . . . . . 161

Inpatient Hospital Coverage (See "Hospital")

Insulin Infusion Pumps . . . . . . . . . . . . . . . . . . . . . 139

Insurance Examinations . . . . . . . . . . . . . . . . . . . 116, 119

Interim Special Leave (See "Continuance of Coverages")

Intermittent Care, Definition . . . . . . . . . . . . . . . . . . 107

International Health Care Plan . . . . . . . . . . . . . . . . . . 203
  Comprehensive Medical Expense Program . . . . . . . . . . 206, 209
  Core Coverages . . . . . . . . . . . . . . . . . . . . . 206, 209
  Dental Coverage . . . . . . . . . . . . . . . . . . . . . . . 209
  Effective Dates . . . . . . . . . . . . . . . . . . . . . . . 205
  Extended Care Coverage . . . . . . . . . . . . . . . . . . . . 209
  Vision Coverage . . . . . . . . . . . . . . . . . . . . . . . 209

International Service Personnel:
  Definition . . . . . . . . . . . . . . . . . . . . . . . . . . 62
  Selection of Option . . . . . . . . . . . . . . . . . . . . . . 26

Investigational Services (See "Research, Investigational or Experimental
  Services, Exclusions")

Isokinetic Testing/Treatment . . . . . . . . . . . . . . . . . . 104

Isotope Examination . . . . . . . . . . . . . . . . . . . . . . 114

Jackets . . . . . . . . . . . . . . . . . . . . . . . . . . . . 183

Laboratory and Pathology Examinations:
  Home Health Care Coverage . . . . . . . . . . . . . . . . . . 108
  Hospital Coverage . . . . . . . . . . . . . . . . . . 89, 91, 207
  Mental Health and Substance Abuse Coverage . . . . . . 170, 171, 172
  Skilled Nursing Facility Coverage . . . . . . . . . . . . . . . 97
  Surgical and Medical Coverage . . . . . . . . . . . . . . . . . 115

Laser Surgery . . . . . . . . . . . . . . . . . . . . . . . . . 112

Layoff:
  Continuation of Coverage . . . . . . . . . . . . . . . . . . . 35
  Definition . . . . . . . . . . . . . . . . . . . . . . . . . . 133

Leaves of Absence (See "Continuance of Coverages")

Length of Service (See "Service, Definitions")

(xiv)

DSRA000454

*Index*

Page

Halfway House Care . . . . . . . . . . . . . . . . . . . . . . . . 172

Halfway House Treatment, Definition . . . . . . . . . . . . . . . 161

Hawaii (See "Employees in Hawaii")

Health Insurance Laws, State . . . . . . . . . . . . . . . . . . . 6

Health Maintenance Organization Option . . . . . . . . . . . 19, 22

Hearing Aid Coverage . . . . . . . . . . . . . . . . . . . . . . 129
  Audiometric Examinations
    Coverage . . . . . . . . . . . . . . . . . . . 115, 131, 133
    Definition . . . . . . . . . . . . . . . . . . . . . . . . 130
  Evaluation Tests
    Coverage . . . . . . . . . . . . . . . . . . . 115, 131, 133
    Definition . . . . . . . . . . . . . . . . . . . . . . . . 131
  Hearing Aids
    Binaural . . . . . . . . . . . . . . . . . . . . . . 132, 135
    Coverage . . . . . . . . . . . . . . . . . . . . . . 132, 133
    Definition . . . . . . . . . . . . . . . . . . . . . . . . 130
    Digital-Controlled/Programmable Devices . . . . . . . . . 136
    Eyeglass-Type . . . . . . . . . . . . . . . . . . . . . . 135
  International Health Care Plan . . . . . . . . . . . . . . . 208

Hemodialysis:
  Hospital Coverage . . . . . . . . . . . . . . . . . . . . 89, 92
  Surgical and Medical Coverage . . . . . . . . . . . . . . . 112

Home Glucose Monitors . . . . . . . . . . . . . . . . . . . . . 140

Home Health Aide (See "Home Health Care")

Home Health Care:
  Agency, Definition . . . . . . . . . . . . . . . . . . . . . . 71
  Coverage . . . . . . . . . . . . . . . . . . . . . . . . . . 105
  Definition . . . . . . . . . . . . . . . . . . . . . . . . . . 71
  Extended Care Coverage . . . . . . . . . . . . . . . . . . . 200
  Home Health Aide . . . . . . . . . . . . . 106, 107, 145, 196
  Home Health Care Visit . . . . . . . . . . . . . . . . . . . 106
  Hospice Coverage . . . . . . . . . . . . . . . . . . . . . . 145

Home Uterine Monitoring, Exclusions . . . . . . . . . . . 109, 142

Hospice:
  Coverage . . . . . . . . . . . . . . . . . . . . . . . . . . 143
  Definition . . . . . . . . . . . . . . . . . . . . . . . . . . 72

Hospital:
  Coverage . . . . . . . . . . . . . . . . . . . . . . . . . . . 87
    Inpatient Care . . . . . . . . . . . . . . . . . . . . . . . 87
    Inpatient Mental Health and Substance Abuse Care . . . . . 170
    Limitations and Exclusions . . . . . . . . . . . . . . . . . 94
    Outpatient Care . . . . . . . . . . . . . . . . . . . . . . 91
    Outpatient Mental Health and Substance Abuse Care . . . . . 173
  Definition . . . . . . . . . . . . . . . . . . . . . . . . . . 72

Human Organ Transplants:
  Hospital Coverage . . . . . . . . . . . . . . . . . . . . . . 90
  Surgical and Medical Coverage . . . . . . . . . . . . . . . 112

Hyperbaric Oxygenation (See "Oxygen Therapy")

Identification Cards . . . . . . . . . . . . . . . . . . . . . . 81

(xiii)

DSRA000455

*Index*

Page

Family and Medical Leave Act . . . . . . . . . . . . . . . . . . . . . . . . 36

Family Counseling (See "Counseling")

Federal Health Care Coverage:
Enrollees Eligible for Such Coverage . . . . . . . . . . . 7
Reduction of Program Coverage . . . . . . . . . . . . . . . 8
Substitution of Program Provisions . . . . . . . . . . . . 8

Fiduciary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

Fillings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

Final Review Authority . . . . . . . . . . . . . . . . . . 179, 180

Finance Committee . . . . . . . . . . . . . . . . . . . . . . . . . . 9

Flexible Service Employees:
Definition . . . . . . . . . . . . . . . . . . . . . . . . . . . 62
Selection of Option . . . . . . . . . . . . . . . . . . . . . 26

Fluoride Treatment . . . . . . . . . . . . . . . . . . . . . . 178, 182

FMLA (See "Family and Medical Leave Act")

Food and Dietary Supplements . . . . . . . . . . . . . . . . . . 153

Foot Care . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 118

Foot Orthotics . . . . . . . . . . . . . . . . . . . . . . . . . . 143

Footwear (See "Corrective Footwear")

Frames (See "Vision")

Freestanding Ambulatory Surgery Center . . . . . . . . . . . . . 96

Freestanding Outpatient Physical Therapy Facility, Definition . . . . . . 71

Frequency Limitations:
Cosmetic Bonding . . . . . . . . . . . . . . . . . . . . . . 180
Dental X-rays . . . . . . . . . . . . . . . . . . . . . . . . 180
Hearing Aid Coverage . . . . . . . . . . . . . . . . . . . . 189
Prophylaxes . . . . . . . . . . . . . . . . . . . . . . . . . 133
Relining/Rebasing . . . . . . . . . . . . . . . . . . . . . . 178
Vision Coverage . . . . . . . . . . . . . . . . . . . . 178-179
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 194

Functional Occupational Therapist, Definition . . . . . . . . . . . . . . 73

Functional Occupational Therapy (See "Physical, Functional Occupational
and Speech Therapy and Cardiac Rehabilitation Coverage")

Gas Therapy (See "Oxygen Therapy")

GM Fellow, Definition . . . . . . . . . . . . . . . . . . . . . . . . . 62

Grievance Procedure, Non-Applicability of . . . . . . . . . . . . . . . 5

Group Therapy . . . . . . . . . . . . . . . . . . . . . . . 171, 172, 173

Growth Factor Treatment . . . . . . . . . . . . . . . . . . . . . . 119

Guardianship . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48, 51

Hairpieces . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 143

(xii)

DSRA000456

*Index*

**Page**

Electroshock Therapy . . . . . . . . . . . . . . . . . . . . 171, 173, 174

Eligibility for Coverages:
  Employees Returning to Active Work . . . . . . . . . . . . . . . 31
    From Layoff or Leave of Absence . . . . . . . . . . . . . . 31
    From Military Leaves of Absence . . . . . . . . . . . . . . 32
    From Separation From Service Due to a Quit or Discharge . . 31
    From Separation From Service for Reason Other Than Quit or Dischar . . 32
    Transfer to/from Regular Active from/to Other Active Service . . . 32
  Extended Care Coverage . . . . . . . . . . . . . . . . . . . 197
  International Health Care Plan . . . . . . . . . . . . . . . . 204
  New Employees . . . . . . . . . . . . . . . . . . . . . . . 31

Emergency (See "Medical Emergency")

Employee, Definition . . . . . . . . . . . . . . . . . . . . . 61

Employee Benefit Plans Committee . . . . . . . . . . . . . . . 5, 9

Employee Retirement Income Security Act of 1974 . . . . . . . . 3, 5, 9

Employees in Hawaii . . . . . . . . . . . . . . . . . . . . . 27, 197

Employer, Definition . . . . . . . . . . . . . . . . . . . . . 63

Employer's Liability Law (See "Worker's Compensation Law")

Endodontic Treatment . . . . . . . . . . . . . . . . . . . . . 179

Enhanced Medical Plan Option . . . . . . . . . . . . . . . . . 24

Enrollee, Definitions . . . . . . . . . . . . . . . . . . . . . 63

Enrollment:
  Extended Care Coverage . . . . . . . . . . . . . . . . . . . 197, 198
  International Health Care Plan . . . . . . . . . . . . . . . . 203
  Program . . . . . . . . . . . . . . . . . . . . . . . . . . 28

ERISA (See "Employee Retirement Income Security Act of 1974")

Establishment of:
  Health Care Coverages . . . . . . . . . . . . . . . . . . . 18
  Program . . . . . . . . . . . . . . . . . . . . . . . . . . 2

ESWL (See "Extra-corporeal Shock Wave Lithotripsy")

Excluded Facilities . . . . . . . . . . . . . . . . . . . . . . 148, 202

Exclusions (See "Limitations and/or Exclusions")

Experimental Services (See "Research, Investigational or Experimental
Services, Exclusions")

Extended Care Coverage . . . . . . . . . . . . . . . . . . . . 196
  Benefit Maximum . . . . . . . . . . . . . . . . . . . . . . 200
  Contributions . . . . . . . . . . . . . . . . . . . . . . . 198
  Definitions . . . . . . . . . . . . . . . . . . . . . . . . 196
  Eligibility . . . . . . . . . . . . . . . . . . . . . . . . 197
  Enrollment . . . . . . . . . . . . . . . . . . . . . . . . 197, 198
  International Health Care Plan . . . . . . . . . . . . . . . . 209
  Limitations and Exclusions . . . . . . . . . . . . . . . . . 201

Extra-corporeal Shock Wave Lithotripsy . . . . . . . . . . . . 114

Extractions . . . . . . . . . . . . . . . . . . . . . . . . . 95, 111, 119, 179

DSRA000457

*Index*

Page

Detoxification, Definition . . . . . . . . . . . . . . . . . . . 161

Detoxification Facility, Definition . . . . . . . . . . . . . . . 161

Diagnostic Radiology (See "Radiology")

Dietary Instruction . . . . . . . . . . . . . . . . . . . . . . 186

Digital Subtraction Angiography (See "Angiography")

Discretionary Authority:
    Carriers . . . . . . . . . 4, 65, 71, 73, 77, 78, 89, 94, 108, 110, 196, 199
    Control Plan . . . . . . . . . . . . . . . . . . . . . . . . . 149, 150
    Employee Benefit Plans Committee . . . . . . . . . . . . . . . 5, 9
    Plan Administrator . . . . . . . . . . . . . . . . . . . . . . 4

Dispensing Fee, Definitions:
    Hearing Aid Coverage . . . . . . . . . . . . . . . . . . . . . 131
    Prescription Drug Coverage . . . . . . . . . . . . . . . . . . 125

Diversional Therapy . . . . . . . . . . . . . . . . . . . . . . 177

Domiciliary Care (See "Custodial or Domiciliary Care")

Dressings:
    Hospital Coverage . . . . . . . . . . . . . . . . . . . . . . 89, 91
    Skilled Nursing Facility Coverage . . . . . . . . . . . . . . 98

Drugs:
    Drugs, Biologicals, and Solutions
        Definition . . . . . . . . . . . . . . . . . . . . . . . . 71
        Home Health Care Coverage . . . . . . . . . . . . . . . . 108
        Hospital Coverage . . . . . . . . . . . . . . . . . . . . 89, 91
        Mental Health and Substance Abuse Coverage . . . . 170, 171, 172
        Skilled Nursing Facility Coverage . . . . . . . . . . . . 97
    Mental Health and Substance Abuse Coverage . . . . . . . . . . 174
    Prescription (See "Prescription Drug")
    Vision Coverage . . . . . . . . . . . . . . . . . . . . . . . 194

Durable Medical Equipment:
    Coverage . . . . . . . . . . . . . . . . . . . . . . . . . . . 137
    Definition . . . . . . . . . . . . . . . . . . . . . . . . . . 71
    Hospital Coverage . . . . . . . . . . . . . . . . . . . . . . 90, 91
    International Health Care Plan . . . . . . . . . . . . . . . . 208
    Skilled Nursing Facility Coverage . . . . . . . . . . . . . . 98

Ear Mold, Definition . . . . . . . . . . . . . . . . . . . . . . 130

EBPC (See "Employee Benefit Plans Committee")

ECC (See "Extended Care Coverage")

Education, Exclusions . . . . . . . . . . . . . . . . . . . . . . 153, 201

Educational Leave (See "Continuance of Coverages")

Effective Date:
    Definition . . . . . . . . . . . . . . . . . . . . . . . . . . 61
    Program . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
    Treatment of Existing Coverages on Effective Date . . . . . . 8

Electromagnetic Bone Growth Stimulation/Stimulators:
    External . . . . . . . . . . . . . . . . . . . . . . . . . . . 138
    Invasive . . . . . . . . . . . . . . . . . . . . . . . . . . . 119, 138

(x)

DSRA000458

*Index*

Page

CRNA (See "Certified Registered Nurse Anesthetist")

CRO (See "Central Review Organization, Definition")

Crowns . . . . . . . . . . . . . . . . . . . . . 179, 180, . , 185, 188

**Custodial or Domiciliary Care:**
  Definition . . . . . . . . . . . . . . . . . . . . . . . . . 70
  Extended Care Coverage . . . . . . . . . . . . . . . . . . . , 200
  Limitations and Exclusion. . . . . . . . . . . . . . . 95, 3, 153

**Day or Night Treatment, Definition** . . . . . . . . . . . . . . 160

**Dealer, Definition** . . . . . . . . . . . . . . . . . . . . 130

**Death (See "Continuance of Coverages")**

**Deductible:**
  Basic Medical Plan Option . . . . . . . . . . . . . . . . . 23
  Enhanced Medical Plan Option . . . . . . . . . . . . . . . . 24
  Extended Care Coverage . . . . . . . . . . . . . . . . 199, 201
  International Health Care Plan . . . . . . . . . . . . . . . 207
  Screening Examinations . . . . . . . . . . . . . . 23, 24, 118

**Definitions Sections:**
  Appendix A . . . . . . . . . . . . . . . . . . . . . . . . 69
  Dental Coverage . . . . . . . . . . . . . . . . . . . . . 187
  Extended Care Coverage . . . . . . . . . . . . . . . . . 196
  Hearing Aid Coverage . . . . . . . . . . . . . . . . . . 129
  Hospice Coverage . . . . . . . . . . . . . . . . . . . . 143
  Mental Health and Substance Abuse Coverage . . . . . . . . 158
  Prescription Drug Coverage . . . . . . . . . . . . . . . 123
  Program . . . . . . . . . . . . . . . . . . . . . . . . . 59
  Vision Coverage . . . . . . . . . . . . . . . . . . . . . 191

**Delivery Room (See "Room Charges")**

**Denied Claims Procedure (See "Appeal Procedure")**

**Dental:**
  Coverage . . . . . . . . . . . . . . . . . . . . . . . . 178
  International Health Care Plan . . . . . . . . . . . . . . 209
  Limitations and Exclusions . . . . . . . . . . . 95, 149, 183, 184
  Network . . . . . . . . . . . . . . . . . . . . . . . . . 187
  Surgical and Medical Coverage . . . . . . . . . . . . 111, 119

**Dental Plan, Definition** . . . . . . . . . . . . . . . . . . 64

**Dentist, Definition** . . . . . . . . . . . . . . . . . . 74, 187

**Dentures** . . . . . . . . . . . . 179, 180, 181, 183, 184, 185, 188

**Departicipating Hospital** . . . . . . . . . . . . . . . . . . 85

**Dependents:**
  Acquired by a Dependent . . . . . . . . . . . . . . . . . 47, 52
  Children . . . . . . . . . . . . . . . . . . . . . . . . . 48
  Delayed Enrollment . . . . . . . . . . . . . . . . . . . . 46
  Eligibility . . . . . . . . . . . . . . . . . . . . . . . 45
  Guardianship . . . . . . . . . . . . . . . . . . . . . . 48, 51
  Principally Supported Child . . . . . . . . . . . . . . . 11, 46
  Social Security Number . . . . . . . . . . . . . . . . . . 52
  Sponsored Dependents . . . . . . . . . . . . . . . . . . . 47
  Spouse . . . . . . . . . . . . . . . . . . . . . . . . . .

(ix)

DSRA000459

*Index*

**Page**

Contributions (cont'd)
  States With Health Insurance Laws . . . . . . . . . . . . . . 6
  Surviving Spouse . . . . . . . . . . . . . . . . . . . . . . 39-45

Control Plan . . . . . . . . 18, 75, 83, 84, 85, 88, 140, 149, 150, 151, 208

Convenience Items, Exclusions . . . . . . . . . . . . . . . 109, 142, 151, 202

Conversion Privilege . . . . . . . . . . . . . . . . . . . . . . . .
  General . . . . . . . . . . . . . . . . . . . . . . . . . . . 54
  Retired/Terminated Employees . . . . . . . . . . . . . . . . 38
  Surviving Spouse . . . . . . . . . . . . . . . . . . . . . . 39

Cooperative Students:
  Definition . . . . . . . . . . . . . . . . . . . . . . . . . 62
  Selection of Option . . . . . . . . . . . . . . . . . . . . 27

Coordination of Benefits . . . . . . . . . . . . . . . . . . . . . 10

Copayment:
  Alternative Dental Coverage . . . . . . . . . . . . . . . . 187
  Alternative Vision Coverage . . . . . . . . . . . . . . . . 195
  Basic Medical Plan Option . . . . . . . . . . . . . . . . . 23
  Dental Coverage . . . . . . . . . . . . . . . . . 179, 180, 190
  Enhanced Medical Plan Option . . . . . . . . . . . . . . . . 24
  Extended Care Coverage . . . . . . . . . . . . . . . . 199, 201
  International Health Care Plan . . . . . . . . . . . . . . . 207
  Mental Health and Substance Abuse Outpatient Treatment . . . 167
  Preferred Provider Organization Option . . . . . . . . . . . 20
  Prescription Drug Coverage . . . . . . . . . . . . . . . . . 126
  Prescription Drug Coverage, Definition . . . . . . . . . . . 123
  Screening Examinations . . . . . . . . . . . . . . . 23, 24, 118
  Vision Coverage . . . . . . . . . . . . . . . . . . . . . . 193

Core Coverages . . . . . . . . . . . . . . . . . . . . . . . . 18, 61

Corrective Footwear . . . . . . . . . . . . . . . . . . . . . . . 143

Cosmetic:
  Bonding . . . . . . . . . . . . . . . . . . . . . . . . . . 180
  Contact Lenses (See "Vision")
  Dental Services . . . . . . . . . . . . . . . . . . . . . . 185
  Surgery (See "Plastic Surgery")

Cost of Coverages, Definition . . . . . . . . . . . . . . . . . . 60

Counseling:
  Bereavement Counseling
    Definition . . . . . . . . . . . . . . . . . . . . . . . 143
    Hospice Coverage . . . . . . . . . . . . . . . . . . . . 145
  Family . . . . . . . . . . . . . . . . . . . 168, 171, 172, 173, 175
  Hospice Coverage . . . . . . . . . . . . . . . . . . . . . . 145
  Vocational (See "Vocational")

Course of Treatment, Definition . . . . . . . . . . . . . . . . . 188

Coverage, Definition . . . . . . . . . . . . . . . . . . . . . . . 61

Covered Drug or Supplies, Definition . . . . . . . . . . . . . . . 123

Covered Expenses, Definition . . . . . . . . . . . . . . . . . . . 70

Covered Service (See "Service, Definitions)

Cradles (See "Blanket Supports")

DSRA000460

*Index*

Page

Cochlear Implant . . . . . . . . . . . . . . . . . . . . . . 157

Cognitive Rehabilitation . . . . . . . . . . . . . . . . . . 104

Comprehensive Medical Expense Insurance Program . . . . . . . . . . . 30, 197

Comprehensive Medical Expense Program . . 18, 26, 27, 198, 203, 20. 206, 209

Computerized Axial Tomography . . . . . . . . . . . . . . . . 114, 115

Consolidated Omnibus Budget Reconciliation Act Continuation . . . . . . 54

Consultations . . . . . . . . . . . . . . . . . . . . . . . 114

Contact Lenses (See "Vision")

Continuance of Coverages:
  Disability Leave of Absence . . . . . . . . . . . . . . . . 35
  Family and Medical Leave Act . . . . . . . . . . . . . . . 36
  Layoff . . . . . . . . . . . . . . . . . . . . . . . . . 33
    Dental Coverage . . . . . . . . . . . . . . . . . . . . 33
    From Disability Leave of Absence . . . . . . . . . . . . 34
    From Military Leave of Absence . . . . . . . . . . . . . 35
  Non-Disability Leaves of Absence . . . . . . . . . . . . . 36
    Educational Leave . . . . . . . . . . . . . . . . . . . 36
    Interim Special Leave . . . . . . . . . . . . . . . . . 36
    Other Non-Disability Leaves . . . . . . . . . . . . . . 36
  Regular Employee-Temporary Assignment Returning
    from Layoff . . . . . . . . . . . . . . . . . . . . . . 33
  Retirement or Termination of Employment at Age 65 or Older . . 37
  Separation Programs . . . . . . . . . . . . . . . . . . . 38
  Special Leave Programs . . . . . . . . . . . . . . . . . . 36
  Sponsored Dependents . . . . . . . . . . . . . . . . . . . 53
  Survivors . . . . . . . . . . . . . . . . . . . . . . . . 34
  Termination of Employment Other Than by Retirement or Death . . 38
                                                              160

Continuing Care Treatment Plan, Definition . . . . . . . . . 139, 208

Continuous Passive Motion Device . . . . . . . . . . . . . . 128

Contraceptives . . . . . . . . . . . . . . . . . . . . . . .

Contributions:
  Corporation Contributions . . . . . . . . . . . . . . . . . 33
    Active Employee . . . . . . . . . . . . . . . . . . . . 187
    Alternative Dental Coverage . . . . . . . . . . . . . . 195
    Alternative Vision Coverage . . . . . . . . . . . . . . 35
    Disability Leave of Absence . . . . . . . . . . . . . . 34
    Layoff . . . . . . . . . . . . . . . . . . . . . . . . 36, 37
    Non-Disability Leaves of Absence . . . . . . . . . . . . 37
    Retired or Terminated at Age 65 or Older . . . . . . . . 40-45
    Surviving Spouse . . . . . . . . . . . . . . . . . . . 4
  Cost-Sharing
  Enrollee Contributions . . . . . . . . . . . . . . . . . . 28
    Authorization at Enrollment . . . . . . . . . . . . . . 206
    Comprehensive Medical Expense Program . . . . . . . . . 35
    Disabled Employee . . . . . . . . . . . . . . . . . . . 198
    Extended Care Coverage . . . . . . . . . . . . . . . . . 30
    Factors Affecting . . . . . . . . . . . . . . . . . . . 7
    Federal Health Care Coverage, Effect of . . . . . . . . 34
    Layoff . . . . . . . . . . . . . . . . . . . . . . . . 36
    Non-Disability Leaves of Absence . . . . . . . . . . . . 37, 38
    Retired or Terminated At or After Age 65 . . . . . . . . 36
    Special Leave Programs . . . . . . . . . . . . . . . . . 53
    Sponsored Dependents

(vii)

DSRA000461

*Index*

*Page*

Cardiac Rehabilitation (See "Physical, Functional Occupational and Speech Therapy and Cardiac Rehabilitation Coverage")

Carrier, Definition . . . . . . . . . . . . . . . . . . . . . . . . . 60

Case Management:
  Case Management Program
    Appendix A . . . . . . . . . . . . . . . . . . . . . . . . . 146
      International Health Care Plan . . . . . . . . . . . . . . 208
  Mental Health and Substance Abuse Coverage . . . . . . . . . . 168

Casts:
  Diagnostic . . . . . . . . . . . . . . . . . . . . . . . . . . 181
  Therapeutic
    Hospital Coverage . . . . . . . . . . . . . . . . . . . . 89, 91
    Skilled Nursing Facility Coverage . . . . . . . . . . . . . 98

CAT Scans (See "Computerized Axial Tomography")

CDR (See "Central Diagnostic and Referral Agency, Definition")

Central Diagnostic and Referral Agency, Definition . . . . . . . . 159

Central Review Organization, Definition . . . . . . . . . . . . . 159

Certified Registered Nurse Anesthetist:
  Definition . . . . . . . . . . . . . . . . . . . . . . . . . . 73
  Services . . . . . . . . . . . . . . . . . . . . . . . . . . . 113

Cessation of Coverages (See "Continuance of Coverages")

Cessation of Smoking:
  Mental Health and Substance Abuse Coverage . . . . . . . . . . 177
  Prescription Drugs . . . . . . . . . . . . . . . . . . . . . . 127

Changes in the Program (See "Program Modifications")

Chelation Therapy . . . . . . . . . . . . . . . . . . . . . . . . 117

Chemotherapy:
  Chemotherapeutic Agent
    Exclusions . . . . . . . . . . . . . . . . . . . . . . . . 149
    Hospital Coverage . . . . . . . . . . . . . . . . . . . . 89, 91
    Prescription Drug Coverage . . . . . . . . . . . . . . . 124, 127
  Exclusions . . . . . . . . . . . . . . . . . . . . . . . . . . 149
  Hospital Coverage . . . . . . . . . . . . . . . . . . . . . 89, 91
  Surgical and Medical Coverage . . . . . . . . . . . . . . . . 114

Chiropractor, Definition . . . . . . . . . . . . . . . . . . . . . 75

Claim Denials . . . . . . . . . . . . . . . . . . . . . . . . . 9, 83

Cleanings (See "Prophylaxes")

Clinical Nurse Specialist, Definition . . . . . . . . . . . . . . 159

CMEIP (See "Comprehensive Medical Expense Insurance Program")

CMEP (See "Comprehensive Medical Expense Program")

COB (See "Coordination of Benefits")

COBRA (See "Consolidated Omnibus Budget Reconciliation Act Continuation")

vi

DSRA000462

*Index*

Page

Appetite Suppression . . . . . . . . . . . . . . . . . . . . . 128

Approval of New Services . . . . . . . . . . . . . . . . . . . 84

Approved Mental Health or Substance Abuse Treatment Program and/or
  Provider, Definition . . . . . . . . . . . . . . . . . . . . 158

Arch Supports . . . . . . . . . . . . . . . . . 140  1.3, 208

Assessment, Definition . . . . . . . . . . . . . . . . . . . . 158

Assessment Coordinator, Definition . . . . . . . . . . . . . . 158

Assignment of Enrollee's Interests . . . . . . . . . . . . . . 6

Audiologist, Definition . . . . . . . . . . . . . . . . . . . 129

Audiometric Examinations (See "Hearing Aid Coverage")

Autologous Bone Marrow Transplants (See "Bone Marrow Transplants")

Autopsies . . . . . . . . . . . . . . . . . . . . . . . . . . 119

Basic Medical Plan Option . . . . . . . . . . . . . . . . . . 23

**Benefit:**
Definition . . . . . . . . . . . . . . . . . . . . . . . . . 60
Maximums
  Dental Coverage . . . . . . . . . . . . . . . . . . . 181, 182
  Extended Care Coverage . . . . . . . . . . . . . . . . . . 200
  Mental Health and Substance Abuse Coverage . . . . . . . . 167
Period
  Definition . . . . . . . . . . . . . . . . . . . . . . . . 69
  Provisions
    Appendix A . . . . . . . . . . . . . . . . . . . . . . . 78
    Appendix B . . . . . . . . . . . . . . . . . . . . . . . 166

Bereavement Counseling (See "Counseling)

Biologicals (See "Drugs")

Blanket Supports . . . . . . . . . . . . . . . . . . . . . . 138

Blood Services . . . . . . . . . . . . . . . . . . . . . . 89, 91

Board of Directors . . . . . . . . . . . . . . . 2, 9, 62, 84

Bone Banks . . . . . . . . . . . . . . . . . . . . . . . . 90, 92

Bone Growth Stimulation/Stimulators (See "Electromagnetic Bone Growth
  Stimulation/Stimulators")

Bone Marrow Harvesting (See "Bone Marrow Transplants")

Bone Marrow Transplants:
  Hospital Coverage . . . . . . . . . . . . . . . . . . . . . 91
  Limitations and Exclusions . . . . . . . . . . . . . . . . 153

Bridges/Bridgework . . . . . . . . . . . . . 179, 180, 181, 185, 188

Burn Pressure Garments (See "Pressure Gradient Supports")

Canadian Residents' Coverage (See "Optional Canadian Health Care Coverage")

Canes . . . . . . . . . . . . . . . . . . . . . . . . . . . 140

(v)

DSRA000463

INDEX TO

THE GENERAL MOTORS SALARIED HEALTH CARE PROGRAM
1994

Page

Abortions:
  Hospital Coverage . . . . . . . . . . . . . . . . . . . . . . 90
  Surgical and Medical Coverage . . . . . . . . . . . . . . . . 114

Absences, Coverages During (See "Continuance of Coverages")

Access to Information . . . . . . . . . . . . . . . . . . . . . 80

Accidental Injury:
  Definition . . . . . . . . . . . . . . . . . . . . . . . . . . 69
  Dental Injury
    Coverage . . . . . . . . . . . . . . . . . . . . . . . . . 189
    Definition . . . . . . . . . . . . . . . . . . . . . . . . 188
  Hospital Coverage . . . . . . . . . . . . . . . . . . . . . . 92

Acquisition Cost:
  Hearing Aid Coverage . . . . . . . . . . . . . . . . . . . . 131
  Prescription Drug Coverage . . . . . . . . . . . . . . . . . 124

Active Service (See "Service, Definitions")

Acupuncture, Exclusions . . . . . . . . . . . . . . . . . 117, 153

Adjustment of Spine, Exclusions . . . . . . . . . . . . . 104, 117

Administration . . . . . . . . . . . . . . . . . . . . . . . . . 4

Administration Manual . . . . . . . . . . . . . . . . . . 75, 88

Alienation of Enrollee's Interests . . . . . . . . . . . . . . . 6

Allergy Testing, Treatment or Injections . . . . . . . . . . . 117

Allogeneic Bone Marrow Transplants (See "Bone Marrow Transplants")

Alternative Benefit Plan . . . . . . . . . . . . . . . . 146, 147

Alternative Dental Coverage . . . . . . . . . . . . . . . . . 187

Alternative Vision Coverage . . . . . . . . . . . . . . . . . 195

Ambulance Service:
  Air and Boat Services . . . . . . . . . . . . . . . . . . . 122
  Coverage . . . . . . . . . . . . . . . . . . . . . . . . . . 119
  Definition . . . . . . . . . . . . . . . . . . . . . . . . . 69

Anesthesia:
  Dental . . . . . . . . . . . . . . . . . . . . . . . . . . . 179
  Electroshock Therapy . . . . . . . . . . . . . . . 171, 173, 174
  Hospital Coverage . . . . . . . . . . . . . . . . . . . . 89, 91
  Surgical and Medical Coverage . . . . . . . . . . . . . . . 112

Angiography . . . . . . . . . . . . . . . . . . . . . . . . . 114

Antineoplastic Drugs (See "Chemotherapy")

Appeal Procedure . . . . . . . . . . . . . . . . . . . . . . . 16

DSRA000464

*Table of Contents*

**Page**

|  |  |  |
|---|---|---|
| B. | Skilled Nursing Facility Care (Mental Health Only) . . . . . . . . . . . . . . . . . | 171 |
| C. | Halfway House Care (Substance Abuse Only) . . . . | 172 |
| D. | Day or Night Care (Mental Health and Substance Abuse) . . . . . . . . . . . . . . . . . . . | 172 |
| E. | Outpatient Care (Mental Health and Substance Abuse) . . . . . . . . . . . . . . . . . . . | 173 |
| IV. | Limitations and Exclusions . . . . . . . . . . . . | 176 |

**Appendix C - Dental Coverage** . . . . . . . . . . . . . . . . . . . 178

| | | |
|---|---|---|
| I. | Enrollment Classifications . . . . . . . . . . . . | 178 |
| II. | Description of Benefits . . . . . . . . . . . . . | 178 |
| III. | Covered Dental Expenses . . . . . . . . . . . . . | 178 |
| IV. | Maximum Benefit for Other Than Accidental Dental Injury . . . . . . . . . . . . . . . . . | 181 |
| V. | Pre-Determination of Benefits . . . . . . . . . . | 182 |
| VI. | Limitations . . . . . . . . . . . . . . . . . . . | 183 |
| A. | Restorative . . . . . . . . . . . . . . . . . | 183 |
| B. | Prosthodontics . . . . . . . . . . . . . . . . | 183 |
| C. | Orthodontics . . . . . . . . . . . . . . . . . | 184 |
| VII. | Exclusions . . . . . . . . . . . . . . . . . . . | 184 |
| VIII. | Proof of Claim . . . . . . . . . . . . . . . . . | 186 |
| IX. | Alternative Dental Coverage . . . . . . . . . . . | 187 |
| X. | Definitions . . . . . . . . . . . . . . . . . . . | 187 |
| XI. | Accidental Dental Injury . . . . . . . . . . . . | 189 |

**Appendix D - Vision Coverage** . . . . . . . . . . . . . . . . . . . 191

| | | |
|---|---|---|
| I. | Enrollment Classifications . . . . . . . . . . . . | 191 |
| II. | Description of Benefits . . . . . . . . . . . . . | 191 |
| III. | Definitions . . . . . . . . . . . . . . . . . . . | 191 |
| IV. | Benefits . . . . . . . . . . . . . . . . . . . . | 192 |
| A. | Vision Examinations . . . . . . . . . . . . . | 192 |
| B. | Lenses and Frames . . . . . . . . . . . . . . | 192 |
| C. | Copayments . . . . . . . . . . . . . . . . . . | 193 |
| V. | Frequency Limitations . . . . . . . . . . . . . . | 194 |
| VI. | Exclusions . . . . . . . . . . . . . . . . . . . | 194 |
| VII. | Alternative Vision Coverage . . . . . . . . . . . | 195 |

**Appendix E - Extended Care Coverage** . . . . . . . . . . . . . . . . 196

| | | |
|---|---|---|
| I. | Definitions . . . . . . . . . . . . . . . . . . . | 196 |
| II. | Eligibility, Enrollment and Contributions . . . . | 197 |
| III. | Covered Expenses and Benefits . . . . . . . . . . | 199 |
| IV. | Limitations and Exclusions . . . . . . . . . . . | 201 |

**Appendix F - International Health Care Plan** . . . . . . . . . . . . 405

| | | |
|---|---|---|
| I. | Establishment, Financing and Administration of the Plan . . . . . . . . . . . . . . . . . . . . | 203 |
| II. | Health Care Coverages . . . . . . . . . . . . . . | 203 |
| III. | Enrollment, Eligibility, Commencement, Contributions and Continuation . . . . . . . . . . . . . . | 203 |
| A. | Enrollment . . . . . . . . . . . . . . . . . . | 203 |
| B. | Dates of Eligibility and Commencement of Coverages . . . . . . . . . . . . . . . . . | 204 |
| IV. | Definitions . . . . . . . . . . . . . . . . . . . | 206 |
| V. | Special Benefit . . . . . . . . . . . . . . . . . | 206 |
| VI. | Coverages . . . . . . . . . . . . . . . . . . . . | 206 |
| A. | Core Coverages . . . . . . . . . . . . . . . . | 206 |
| B. | Dental Coverage . . . . . . . . . . . . . . . | 209 |
| C. | Vision Coverage . . . . . . . . . . . . . . . | 209 |
| D. | Comprehensive Medical Expense Program . . . . . | 209 |
| E. | Extended Care Coverage . . . . . . . . . . . . | 209 |

(iii)

DSRA000465

*Table of Contents*

**Page**

    F.  Medical Necessity . . . . . . . . . . . . . . . 83
    G.  Claim Denials . . . . . . . . . . . . . . . . . 83
    H.  Changes in the Program . . . . . . . . . . . . 84
    I.  Approval of New Services . . . . . . . . . . . 84
    J.  Participating, Nonparticipating and
        Departicipating Hospitals . . . . . . . . . . 85
III.  Description of Coverages . . . . . . . . . . . . . 87
    A.  Hospital Coverage . . . . . . . . . . . . . . 87
    B.  Skilled Nursing Facility Coverage . . . . . . 96
    C.  Physical, Functional Occupational and
        Speech Therapy and Cardiac Rehabilitation
        Coverage . . . . . . . . . . . . . . . . . . 99
    D.  Home Health Care Coverage . . . . . . . . . . 105
    E.  Surgical and Medical Coverage . . . . . . . . 109
    F.  Ambulance Service Coverage . . . . . . . . . . 119
    G.  Prescription Drug Coverage . . . . . . . . . . 123
    H.  Hearing Aid Coverage . . . . . . . . . . . . . 129
    I.  Durable Medical Equipment and Prosthetic
        and Orthotic Appliance Coverage . . . . . . . 136
    J.  Hospice Coverage . . . . . . . . . . . . . . . 143
    K.  Case Management Program . . . . . . . . . . . 146
IV.  Limitations and Exclusions . . . . . . . . . . . . 148
    A.  Effective Date . . . . . . . . . . . . . . . . 148
    B.  Termination Date . . . . . . . . . . . . . . . 148
    C.  Excluded Facilities . . . . . . . . . . . . . 148
    D.  Private Duty Nursing Services . . . . . . . . 148
    E.  Room Accommodations . . . . . . . . . . . . . 148
    F.  Dental Services . . . . . . . . . . . . . . . 149
    G.  Temporomandibular Joint (TMJ)
        Dysfunction . . . . . . . . . . . . . . . . . 149
    H.  Chemotherapy . . . . . . . . . . . . . . . . . 149
    I.  Medical Necessity . . . . . . . . . . . . . . 149
    J.  Research, Investigational or Experimental
        Services . . . . . . . . . . . . . . . . . . 150
    K.  Personal or Convenience Items . . . . . . . . 151
    L.  Services Not Related to Specific Diagnosed
        Illness or Injury . . . . . . . . . . . . . . 151
    M.  Unreasonable Charges . . . . . . . . . . . . . 151
    N.  Employer Related Services . . . . . . . . . . 151
    O.  Services Available Without Cost . . . . . . . 152
    P.  Services Available Through Other Programs . . . 152
    Q.  Services Provided by Family Members
        Relatives . . . . . . . . . . . . . . . . . . 152
    R.  Custodial or Domiciliary Care . . . . . . . . 153
    S.  Inducement of Pregnancy . . . . . . . . . . . 153
    T.  Travel . . . . . . . . . . . . . . . . . . . . 153
    U.  Education . . . . . . . . . . . . . . . . . . . 153
    V.  Food and Dietary Supplements . . . . . . . . . 153
    W.  Physician Requirements . . . . . . . . . . . . 153
    X.  Miscellaneous Services . . . . . . . . . . . . 153
    Y.  Provider Administrative Charges . . . . . . . 153
    Z.  Bone Marrow Transplants . . . . . . . . . . . 153
    AA. Cochlear Implant . . . . . . . . . . . . . . . 157

**Appendix B - Mental Health and Substance Abuse Coverage** . . . . . . 158

   I.  Definitions . . . . . . . . . . . . . . . . . . . 158
  II.  Terms and Conditions of Coverage . . . . . . . . . 163
    A.  Conditions of Benefit Payment . . . . . . . . 163
    B.  Benefit Period . . . . . . . . . . . . . . . . 166
    C.  Non-Completion of the Substance Abuse
        Treatment Plan by an Employee . . . . . . . . 169
III.  Coverages . . . . . . . . . . . . . . . . . . . . . 170
    A.  Inpatient Care (Mental Health and Substance
        Abuse) . . . . . . . . . . . . . . . . . . . 170

DSRA000466

# TABLE OF CONTENTS

|  |  | **Page** |
|---|---|---|
| INDEX TO THE GENERAL MOTORS SALARIED HEALTH CARE PROGRAM | . . . . . . . . | (iv) |
| **The General Motors Salaried Health Care Program January 1, 1994** | . . . . . . | 1 |
| **Article I** | **Establishment, Financing and Administration of the Salaried Health Care Program** . . . . . . . . . . . . . | 2 |
| Section 1. | Establishment and Effective Date of the Program | 2 |
| Section 2. | Corporation Costs and Administrative Items | 3 |
| Section 3. | Program in States With Health Insurance Laws | 6 |
| Section 4. | Federal Health Care Coverage . . . . . . . . | 7 |
| Section 5. | Treatment of Existing Coverages on Effective Date | 7 |
| Section 6. | Named Fiduciary and Appeal Procedure . . . . . . . . . | 8 |
| Section 7. | Coordination of Benefits (COB) . . . . . . . . . | 9 |
| Section 8. | Reimbursement for Third Party Liability . . . . . . . . | 10 |
| Section 9. | Recovery of Benefit Overpayments . . . . . . . . . | 15 |
|  |  | 16 |
| **Article II** | **Health Care Coverages** | |
| Section 1. | Establishment of Health Care Coverages . . . . . . . | 18 |
| Section 2. | Uniform National Health Care Coverages . . . . . . . | 18 |
| Section 3. | Replacement or Supplementation of Coverages . . . . . | 18 |
| Section 4. | Selection of Option . . . . . . . . . . . . | 19 |
|  |  | 19 |
| **Article III** | **Enrollment, Eligibility, Commencement, Contributions and Continuation** . . . . . . . . . . | 28 |
| Section 1. | Enrollment . . . . . . . . . . . . . . . | 28 |
| Section 2. | Dates of Eligibility, Commencement of Coverages, and Corporation Contributions for Active Employees | 31 |
| Section 3. | Continuation of Coverages During Layoff . . . . . . . | 33 |
| Section 4. | Continuation of Coverages During Disability Leave of Absence . . . . . . . . . . . | 35 |
| Section 5. | Continuation of Coverages During Other Leaves of Absence . . . . . . . . . . . | 36 |
| Section 6. | Continuation of Coverages Upon Retirement or Termination of Employment at Age 65 or Older . . . | 37 |
| Section 7. | Continuation of Coverages Upon Termination of Employment Other Than by Retirement or Death . . . | 38 |
| Section 8. | Continuation of Coverages for the Survivors of Employees, of Retired Employees or of Certain Former Employees . . . . . . . . . . . | 39 |
| Section 9. | Dependent Eligibility Provisions . . . . . . . . . | 45 |
| Section 10. | Conversion Privilege . . . . . . . . . . . | 54 |
| Section 11. | Consolidated Omnibus Budget Reconciliation Act (COBRA) Continuation . . . . . . . . . . | 54 |
| **Article IV** | **Definitions** . . . . . . . . . . . . . . | 59 |
| **Article V** | **Special Benefit** | 66 |
| Section 1. | Eligibility for the Special Benefit . . . . . . . . . | 66 |
| Section 2. | Amount of the Special Benefit . . . . . . . . . | 67 |
| Section 3. | Payment of the Special Benefit . . . . . . . . . | 67 |
| **Appendix A** – | **Hospital, Surgical, Medical, Prescription Drug and Hearing Aid Coverages** . . . . . . . . . | 69 |
|  | I. Definitions . . . . . . . . . . . . . | 69 |
|  | II. Terms and Conditions . . . . . . . . . | 78 |
|  | A. Payment of Benefits . . . . . . . . | 78 |
|  | B. Benefit Period Provisions . . . . . . | 78 |
|  | C. Access to Information . . . . . . . | 80 |
|  | D. Identification Cards . . . . . . . | 81 |
|  | E. Medicare . . . . . . . . . . | 82 |

DSRA000467