05-44481-rdd    Doc 16424-38    Filed 03/05/09    Entered 03/05/09 20:11:43    Trial Exhibit 85    Pg 1 of 4



**A Handbook for Salaried Employees in the United States**

*Your GM Benefits*

8/95

DSRA000468





August 1995                               8/95

DSRA000469

provide for deferred income. Any rollover of assets would be arranged between you and a bank or investment company of your choice.

Refer to pages 2 through 9 for additional information on the Savings-Stock Purchase Program.

### Health Care Program



Generally, under current provisions your participation in the Salaried Health Care Program can be continued in retirement. However, you will be required to pay the full monthly cost of any continuing coverage if you:

- Are an employee whose continuous service with the Corporation commenced on or after January 1, 1993;

- Retire with less than 10 years of credited service under the General Motors Retirement Program for Salaried Employees; or

- Retire voluntarily at or after age 55 and prior to age 60 when your combined years of age and credited service total less than 85.. In this regard, note that if you were hired prior to January 1, 1988 and retire voluntarily with 30 or more years of credited service, you *are* eligible for Corporation contributions.

As a retiree, any dependent you acquire after you retire will be limited to sponsored dependent coverage for which you pay the full cost.

*Former employees eligible only for a deferred retirement benefit are NOT entitled to any General Motors Salaried Health Care Program Coverage.*

### Life Insurance

In retirement, your life insurance coverage may be continued as stated below.

- *If your most recent date of hire with GM was prior to January 1, 1993,* your basic life insurance will immediately reduce upon retirement, as shown on pages 104 and 105. *If you retire under the total and permanent disability provisions of the Retirement Program,* your basic life insurance will continue, unreduced, until age 65.

  This coverage will be continued with GM contributions (except for voluntary retirement as early as age 55 and prior to age 60 when your combined years of age and credited service total less than 85).

- *If your most recent date of hire was prior to January 1, 1993 and you retire voluntarily as early as age 55 and prior to age 60 when your combined years of age and credited service total less than 85,* you may continue your basic life insurance to age 65, provided you contribute $0.50 per month per $1,000 of basic life insurance in force.

  Refer to pages 104 and 105 for an explanation of continuing life insurance in retirement.

- *If you have at least five years of participation at age 60 and cease active work,* you may continue basic life insurance to the end of the month in which you attain age 65. *If you are eligible for retirement benefits and your most recent date of hire was prior to January 1, 1993,* General Motors will make contributions for such insurance.

- *If your most recent date of hire with GM was on or after January 1, 1993,* basic life insurance may not be continued in retirement. However, you may convert to a personal insurance policy without providing proof of good health.



- Optional life insurance in force when you retire may be continued to age 75 and dependent life insurance may be continued to age 70, provided (1) your basic life insurance remains in force, (unless you were hired on or after January 1, 1993), and (2) you make the required monthly contributions. See page 106 for further explanation of these coverages after age 65.

- In retirement, you may continue personal accident insurance on yourself and any eligible dependents for your lifetime, provided (1) your basic life insurance remains in force, (unless you were hired on or after January 1, 1993), and (2) you pay the required contributions. However, after attainment of age 70, insurance in force on any person may not exceed $100,000 and after attainment of age 75, insurance in force on any person may not exceed $50,000.

**Former employees eligible only for a deferred vested retirement benefit are NOT entitled to any General Motors life and disability benefits coverage.**

102

8/95

DSRA000471