UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ------------------------------------------------x<br>:<br>In re:                                                              :<br>:<br>DELPHI CORPORATION, et. al.,              :<br>:<br>    Debtors.                                                :<br>:<br>:<br>------------------------------------------------x | Chapter 11 Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

**ORDER GRANTING RETIREES'
EXPEDITED MOTION FOR STAY PENDING APPEAL**

Upon the motion dated March 6, 2009 (the "Motion to Stay") filed by the Delphi Salaried Retirees Association ("DSRA") and other non-union salaried retirees of Debtors (collectively "Delphi Retirees") pursuant to Rule 8005 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") to stay the Court's February 25, 2009 Order holding that the protections of Section 1114 do not apply to Debtors' motion to terminate employee retiree benefit plans and programs that Delphi reserved the right to amend or modify, and authorizing Debtors to terminate all subsidies for amendable retiree benefit plans and programs, effective April 1, 2009, without complying with Section 1114(e) (the "February 25 Order") for 90 days pending appeal of the February 25 Order to the United States District Court for the Southern District of New York, and good cause appearing, it is:

ORDERED that the Motion to Stay is granted; and it is further

ORDERED that the Court's February 25 Order shall be stayed for no more than 90 days, through and including June 30, 2009 or upon resolution of the Delphi Retirees' appeal, whichever occurs first; and it is further

ORDERED that the requirement under Local Rule 9013-1(b) for the filing of a separate memorandum of law is waived.

24292\1886835.1

2

Dated:     New York, New York
            March __, 2009

_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE