UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ----------------------------------------------------x<br>:<br>In re:                                              :<br>:<br>DELPHI CORPORATION, et. al.,    :<br>:<br>     Debtors.                       :<br>:<br>:<br>----------------------------------------------------x | Chapter 11 Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

**ORDER SHORTENING NOTICE WITH RESPECT TO RETIREES'
EXPEDITED MOTION FOR STAY PENDING APPEAL**

Upon the motion dated March 6, 2009 (the "Motion to Shorten Notice") filed by the Delphi Salaried Retirees Association ("DSRA") and other non-union salaried retirees of Debtors (collectively "Delphi Retirees") pursuant to 11 U.S.C. §§ 102(1), 105(a), 1114 and Rules 8005 and 9006(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9006-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York (the "Local Rules") requesting that the Court shorten the notice required by the case management order in these Chapter 11 cases with respect to the Delphi Retirees' Expedited Motion for Stay Pending Appeal (the "Motion for Stay"); and upon the Declaration of Neil A. Goteiner in Support of the Motion to Shorten Notice; and good cause appearing, it is:

ORDERED that the Motion to Shorten Notice is granted; and it is further

ORDERED that the Motion to Stay shall be heard at a hearing to be held before the Honorable Bankruptcy Judge Robert D. Drain, the United States Bankruptcy Court, One Bowling Green, New York, NY 10004, on **March 11, 2009 at 10:00 a.m.** or as soon thereafter as counsel can be heard; and it is further

ORDERED that objections, if any, to the Motion to Stay must: (a) be in writing; (b) comply with the Bankruptcy Rules and the Local Rules; (c) set forth the name of the objector,

24292\1886795.1

nature and basis of any such objection and the specific grounds therefore; (d) be filed with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") electronically in accordance with General order M-182 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and, by other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to the chambers of Judge Drain) and served in accordance with General Order M-182; and (e) be further served so that they are RECEIVED no later than **March 10, 2009 at 4:00 p.m.** (prevailing Eastern Time) by: (i) the Debtors at Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Attn: General Counsel), (ii) Deloitte & Touche LLP, Suite 900, 600 Renaissance Center, Detroit, Michigan 48024 (Attn: Brock E. Plumb), (iii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Attn: John Wm. Butler, Jr.), (iv) special counsel to the Debtors, Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022 (Attn: Douglas P. Bartner), (v) counsel to the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (Attn: Marissa Wesley), (vi) counsel to the agent under the Debtors' postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Attn: Marlane Melican), (vii) counsel to the official committee of unsecured creditors formed in these cases, Latham & Watkins LLP, 885 Third Avenue, Suite 1000, New York, NY 10022 (Attn: Robert J. Rosenberg), (viii) the Office of the Untied States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10044 (Attn: Deirdre A. Martini, Esq.), and (ix) the indenture trustees for the Debtors' outstanding debt securities, Wilmington Trust company, 1100 North Market Street, Rodney Square North, Wilmington, Delaware 19890 (Attn: Corporate Trust Office) and Law Debenture Trust Company of New York, 780 Third Avenue, 31st Floor, New York, New York 10017 (Attn: Corporate Trust Office); and it is further

3

ORDERED that the requirement under Local Rule 9013-1(b) for the filing of a separate memorandum of law is waived.

Dated:   New York, New York
         March __, 2009

_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE