TOGUT, SEGAL & SEGAL LLP
Bankruptcy Conflicts Counsel for Delphi Corporation, *et al.*,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                :
In re:                                          :
                                                :   Chapter 11
DELPHI CORPORATION, et al.,                     :   Case No. 05-44481 [RDD]
                                                :
            Debtors.                            :   Jointly Administered
                                                :
---------------------------------------------------------------x

**JOINT STIPULATION AND AGREED ORDER**
**COMPROMISING AND ALLOWING PROOF OF CLAIM NUMBER 11639**
**(LIQUIDATING ULTIMATE ELECTRONICS, INC.)**

Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and Liquidating Ultimate Electronics ("Claimant") respectfully submit this Joint Stipulation And Agreed Order Compromising And Allowing Proof Of Claim Number 11639 (Liquidating Ultimate Electronics, Inc.) (the "Joint Stipulation") and agree and state as follows:

WHEREAS, on October 8, 2005, the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on July 27, 2006, Claimant filed proof of claim number 11639 against DAS LLC, which asserts an unsecured non-priority claim in the amount of $412,428.88 (the "Claim") stemming from alleged preferential payments occurring within ninety days before the Claimant's bankruptcy.

WHEREAS, on June 27, 2008, the Debtors objected to the Claim pursuant to the Debtors' Thirtieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain: (A) Amended Claims, (B) Equity Claims, (C) Untimely Insufficiently Documented Claims, (D) Books And Records Claims, (E) Untimely Claims And (F) Claims Subject To Modification (Docket No. 13828) (the "Thirtieth Omnibus Claims Objection" (the "Thirtieth Omnibus Claims Objection").

WHEREAS, on July 24, 2008, Claimant filed Liquidating UE, Inc's Response To Debtors' Thirtieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain: (A) Amended Claims, (B) Equity Claims, (C) Untimely Insufficiently Documented Claims, (D) Books And Records Claims, (E) Untimely Claims And (F) Claims Subject To Modification (Docket No. 13980 (the "Response").

WHEREAS, on February 27, 2009, to resolve the Thirtieth Omnibus Claims Objection with respect to the Claim, DAS LLC and Claimant entered into a settlement agreement (the "Settlement Agreement").

WHEREAS, pursuant to the Settlement Agreement, DAS LLC acknowledges and agrees that the Claim shall be allowed against the estate of DAS LLC in the amount of $68,385.79 as a general unsecured non-priority claim.

WHEREAS, DAS LLC is authorized to enter into the Settlement Agreement either because the Claim involves ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C. §§ 363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

THEREFORE, the Debtors and DAS LLC stipulate and agree as follows:

1. The Claim shall be allowed in the amount of $68,385.79 and shall be treated as an allowed general unsecured non-priority claim against the estate of DAS LLC.

2. The Response to the Thirtieth Omnibus Claims Objection shall be deemed withdrawn with prejudice.

**[signatures concluded on following page]**

Dated:   New York, New York
         February 27, 2009

                              DELPHI CORPORATION, et al.,
                              Debtors and Debtors-in-Possession,
                              By their Bankruptcy Conflicts Counsel,
                              TOGUT, SEGAL & SEGAL LLP,
                              By:

                              /s/ Neil Berger
                              NEIL BERGER (NB-3599)
                              A Member of the Firm
                              One Penn Plaza, Suite 3335
                              New York, New York 10119
                              (212) 594-5000


Dated:   New York, New York
         February 15, 2009

                              LIQUIDATING ULTIMATE ELECTRONICS, INC.
                              By its counsel
                              HAYNES & BOONE LLP
                              By:


                              /s/ Trevor Hoffman
                              TREVOR HOFFMAN
                              1221 Avenue of the Americas, 26th Floor
                              New York, New York 10020
                              (212) 659-7300


**SO ORDERED**

This <u>6th</u> day of <u>March</u>, 2009
in New York, New York

      /s/Robert D. Drin
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE