# EXHIBIT A

# Highlights of Your GM Benefits

## A Handbook for Salaried Employes in the U.S.

# AS A GM SALARIED EMPLOYE...

you enjoy one of the finest and most comprehensive employe benefit packages in industry. GM has been and continues to be a leader in providing a broad range of benefit programs to protect employes and their families. Today's GM benefits are an important factor in making your life more enjoyable and the future of yourself and your family more secure. This booklet contains the highlights of those benefits which apply to GM salaried employes working in the United States.

---

*This booklet presents general information only and is designed to give you a broad picture of some of the added values of working with General Motors. Any reference to the payment of benefits is conditioned upon your eligibility to receive them. Each of those programs has its own terms and conditions which in all respects control the benefits provided.*

3

# Where to find the information you want

| | | PAGE |
|---|---|---|
| 1. | **SAVING WITH GENERAL MOTORS**—Encouragement to save for the future under the Savings-Stock Purchase Program | 6 |
| 2. | **VACATIONS AND HOLIDAYS**—Paid leisure time | 9 |
| 3. | **HOSPITAL AND MEDICAL BENEFITS**—Payment of hospital, surgical, medical, prescription drug and dental expenses for you and your family | 10 |
| 4. | **DISABILITY BENEFITS**—Monthly income and other benefits in the event of your sickness or injury | 14 |
| 5. | **SURVIVOR BENEFITS**—Financial security for your family in the event of your death | 19 |
| 6. | **RETIREMENT BENEFITS**—Monthly income and other benefits during your retirement | 24 |
| 7. | **LAYOFF BENEFITS**—Continued income and benefit coverages in the event you are laid off | 32 |
| 8. | **OTHER INFORMATION**—To help explain your benefits | 35 |

# 1 Saving with General Motors

## Under the GM Savings-Stock Purchase Program

### You Are Eligible...

to participate in the Program if you are a salaried employe of General Motors in the United States and you have at least 6 months of continuous employment with GM. If you decide to participate, you may discontinue your participation or withdraw from the Program at any time.

### How the Program Works

You may save up to 10% of your eligible salary each month, through cash or payroll deductions. General Motors contributes $1 for each $2 you save. All of this money is turned over to a Trustee.

Of the amount you save, one-half is invested in U.S. Government securities and the other half is invested in GM common stock. All of the amount contributed by GM is invested in GM common stock.

For example:

| For Each $2 You Save | Amount Invested In | |
|---|---|---|
| | U.S. Government Securities | GM Common Stock |
| Your Savings | $1 | $1 |
| GM Contribution | | $1 |
| Total | $1 | $2 |

Dividends and other earnings on all these assets are reinvested under your account as received.

### Savings Are Accumulated in "Classes"...

which are formed each calendar year. You put your savings into a class only during the year in which it is formed.

At the end of the year, that class is closed to any further savings. On January 1 of the next year, a new class will commence.

### You Make an Investment Election...

prior to the formation of each class. You request the Trustee to invest the U.S. Government securities portion—which is one-half of your savings—in one of the following options:

- *Investment Option #1—U.S. Series E Savings Bonds*

    These bonds have specified redemption values.   —or—

- *Investment Option #2—Diversified U.S. Government Securities*

    This is a portfolio of U.S. Government bonds, notes, and bills and has a fluctuating value.

### "Class Maturity" is Reached in 3 Years...

for classes formed after 1971. At class maturity the GM contributions in each class are completely "earned-out".

Earn-out at the rate of 8⅓% per month commences in January of the third year after the year of class formation and is completed on December 31 of the third year.

GM contributions in unmatured classes are earned out immediately under most types of retirement and for certain other terminations of employment (see pages 23, 29 and 37).

### You Make a Distribution Election...

prior to the maturity of each class, to either:

- Leave your assets (other than the portion invested in Series E Bonds) in that class until your retirement or other termination of employment, subject to withdrawal rights as described on the next page.

—or—

- Receive all the assets in that class early in the following year.

Any series E Bonds to your credit will be distributed to you automatically upon maturity of the class, regardless of your Distribution Election.

## You May Withdraw At Any Time

### If You Withdraw From a Class Before It Matures...

you will receive your savings, any earned-out GM contributions, and any earnings to your credit in the class. You will not receive unearned GM contributions or earnings thereon.

All withdrawals prior to class maturity must include all savings in the class or classes withdrawn.

Withdrawals must be made first of all savings in the current class and then of all savings in one or more previous classes, in the reverse sequence in which classes were formed.

You may withdraw from an unmatured class once during any calendar year and continue to make savings in the class. However, if you withdraw a second time during a calendar year, you will not be eligible to participate for the remainder of the current class.

### If You Withdraw From a Class After It Matures...

you may withdraw all or any part of your savings from the class without penalty.

After you withdraw all of your own savings in matured classes, you may withdraw assets attributable to GM contributions, and all earnings, from matured classes, subject to the following:

- You will forfeit an amount equal to 5% of the value of the GM contributions and earnings withdrawn. This penalty is necessary to maintain favorable tax treatment of benefits under the Program.
- The amount of GM contributions and earnings withdrawn must total at least $500. If the assets in your matured classes have a value of less than $500, you will be required to withdraw all such assets.

## A Guaranty Protects Your Savings

The market value of GM common stock can go down as well as up. You are protected by a guaranty against any substantial downswing in market values until maturity of each class.

If you withdraw or terminate your employment prior to maturity of a class and if the current market value of the General Motors common stock, U.S. Government securities and cash to your credit in that class at that time is less than the amount of your savings plus interest, you will be paid the difference in cash.

If, at maturity of a class, the current market value of your assets in that class is less than the amount of your savings plus interest, you will be paid the difference in cash.

There is no further guaranty after maturity of the class.

## Voting Rights

You will be extended the right to vote, through the Trustee, all shares (including fractions, and whether or not earned-out) standing to your credit in the Trust on the record date for voting at each Annual Stockholders' Meeting.

You may exercise your right to vote by completing, signing and forwarding an instruction card to the Trustee where it will be tabulated and voted by proxy with proper precautions to preserve the complete confidentiality of your vote. Any shares standing to your credit for which your instructions are not received will not be voted.

7

## Assets Received in Distributions

Regardless of how or when you receive the Program assets to which you are entitled, they will be delivered to you in the following form:

- **GM Common Stock**
  Stock certificates will be registered in your name, except that in the event of your death they will be registered in the name of your beneficiary(ies).
  In the case of a withdrawal from a class prior to its maturity, you may elect to receive the cash value in lieu of the actual shares of stock.

- **U.S. Government Securities**
  Series E Bonds will be registered in your name, or you may elect to receive the cash value in lieu of the actual bonds.
  Diversified U.S. Government securities will always be settled in the form of cash. The amount of cash you receive will be based on the current unit value of the portfolio.

## Designation of Beneficiaries

When you enroll in the Program, you will complete an Employe Bond Registration and Beneficiary Designations card to provide for appropriate distribution of the assets in your account in the event of your death. This designation will remain in effect until changed by you. Therefore, it is recommended that any change in your marital status, number of dependents or other conditions which would affect the distribution of the assets in your account, be brought to the attention of your salaried personnel representative.

## Annual Statement and Tax Information

You will be furnished an annual statement showing the amount of GM stock, U.S. Government securities and cash to your credit.

The U.S. Internal Revenue Service has informed General Motors that the Savings-Stock Purchase Program is a "qualified" employes' benefit plan. Therefore, no portion of your account is subject to tax before it is withdrawn or distributed from the Program. Thus, earnings are compounded and accumulated tax free while assets are held in your account under the Program.

For Federal estate tax purposes, death benefits attributable to GM contributions (not your savings) are excluded from your taxable gross estate provided they are payable to a designated beneficiary other than your estate.

Additional tax information will be furnished to you from time to time during your participation in the Program—for example, when you make an Investment Election or a Distribution Election, and for most types of distributions of assets.

Present Federal income tax law requires the Trustee to report to the Internal Revenue Service taxable income you receive under the Program totaling $600 or more in a year. You will be furnished a copy of any such report filed.

See pages 18, 33 and 36 for Program provisions while absent from work.

---

PROGRAM TEXT LANGUAGE . . .
containing all the detailed provisions of the GM Savings-Stock Purchase Program is distributed to participants as a part of the annual Prospectus for the Program. (See inside back cover for further information available in compliance with applicable Federal legislation.)

8

# 2 Vacations and Holidays

## Vacation Time . . .

is considered essential not only for the good of each individual employe but also for the efficiency of the Corporation. Vacations enable each employe to contribute a more effective effort. Accordingly, it is GM policy to insist that you take the full amount of vacation to which you are entitled each year.

In order to insure that you take your full vacation each year, no salary payment will be made in lieu of vacation. Vacations may not be carried over to the following year.

Each regular salaried employe who was on the active roll on December 31 of the previous year (and who was not terminating employment on that date) and certain salaried employes who have been actively employed in the current calendar year are entitled to a vacation with pay in the current calendar year.

The tables in the opposite column show the vacation eligibility for regular salaried employes.

### Vacations for Employes Hired After October 1 of the Previous Year.

| Employment Date | Vacation With Pay |
| --- | --- |
| Oct. 2 to Dec. 31 (previous year) | 1½ weeks |
| Jan. 1 to March 31 (current year) | 1 week |
| After March 31 (current year) | None until following year |

### Vacations for Employes Hired Prior To October 1 of the Previous Year.

| Length of Service as of October 1 of Current Year. | Vacation With Pay |
| --- | --- |
| 1 year but less than 3 | 2 weeks |
| 3 years but less than 5 | 2½ weeks |
| 5 years but less than 10 | 3 weeks |
| 10 years but less than 15 | 3½ weeks |
| 15 years but less than 20 | 4 weeks |
| 20 or more years | 5 weeks |

## Holidays

You are entitled to a day off with pay for designated holidays. Within GM, holidays recognized for this purpose vary from year to year and are shown below:

|  | 1974 Model Year | 1975 Model Year | 1976 Model Year |
|---|---|---|---|
| Thanksgiving | • November 22, 1973 | • November 28, 1974 | • November 27, 1975 |
| Day after Thanksgiving | | • November 29, 1974 | • November 28, 1975 |
| Christmas Holiday Period | • December 24, 1973 through January 1, 1974 (7 working days) | • December 23, 1974 through January 1, 1975 (8 working days) | • December 24, 1975 through January 2, 1976 (8 working days) |
| Good Friday | • April 12, 1974 | • March 28, 1975 | • April 16, 1976 |
| Memorial Day* | • May 27, 1974* | • May 26, 1975* | • May 31, 1976* |
| Independence Day | • July 4, 1974 | • July 4, 1975 | • July 4, 1975 |
| Labor Day | • September 2, 1974 | • September 1, 1975 | • September 6, 1976 |

*or one other such holiday of greater local importance which may be designated by Management.

NOTE: If you are an employe of a GM subsidiary company, the holidays observed may vary from those shown above. However, over the course of the 1974, 1975 and 1976 model years, your total number of paid holidays will equal those for other GM employes.

**Additional Day Off:** You also may be granted a day off with pay in each of the calendar years 1974, 1975 and 1976. To be eligible for these days off, you must have been on the active roll December 31 of the previous year. Establishment of the day off may be determined on a group basis by Management; or on an individual basis in the form of an extra day of vacation; or on an individual basis at a time mutually satisfactory to Management and the employe.

---

**DETAILED PROVISIONS . . .**
of GM vacation and holiday policy are contained in the salaried employe handbook "Working With General Motors". Your supervisor or salaried personnel representative can help you with any questions you may have in your particular situation.

---



# 3 Hospital and Medical Benefits

## You Are Eligible . . .

for *basic coverages* and for the *Comprehensive Medical Expense Insurance Program* on the first day of the second month following the month in which you commence working with GM. The entire cost of your basic coverages is paid by GM while you are at work. You and GM share the cost of the Comprehensive Medical Expense Insurance Program.

## Basic Coverages . . .

provide protection for you and your eligible dependents against hospital, surgical, medical, and prescription drug expenses.

### Hospital Benefits Pay For . . .

- Care in a semi-private room, including meals and general nursing services, for up to 365 days in a participating hospital or 730 days in an approved nursing home for general conditions.

- Most medical supplies in a hospital or approved nursing home, such as drugs, dressings, laboratory tests and oxygen.

- Covered services in the outpatient department of a hospital for treatment of injuries, certain medical emergencies, or elective surgery.

- Up to 60 days per year of physical therapy, renewable immediately following related surgery.

- Use of an artificial kidney machine, including use of necessary equipment and supplies in the home.

- Up to $400 a year of outpatient psychiatric services in an approved outpatient psychiatric clinic.

### Medical Benefits Pay For . . .

- Surgical operations and anesthesia.

- Obstetrical delivery, including pre-natal and post-natal care.

- Radiation therapy for malignant conditions.

- Diagnostic services, such as x-rays, electrocardiograms and lab tests.

- Unlimited doctors' medical visits in the hospital and doctors' medical visits at the rate of 2 visits per week for up to 730 days in an approved nursing home for general conditions.

- Outpatient treatment of accidental injuries or certain medical emergencies up to $15 per doctor.

- Psychiatric services in a doctor's office, subject to certain deductible amounts which you must pay. Benefits are limited to $400 a year in combination with expenses in an outpatient psychiatric clinic.

### Prescription Drug Benefits Pay For . . .

most prescription drugs after you pay $2 for each prescription or refill obtained from a participating pharmacy.

---

### Benefits Are Coordinated with Medicare . . .

If you or one of your dependents is enrolled for Parts "A" and "B" of Medicare under Social Security, GM basic coverages are reduced by benefits payable for the same services under Medicare.

---

### Improvements in Basic Coverages . . .

will be made as of October 1, 1975. The specific improvements will be announced in advance of the effective date.

### Your Sponsored Dependents . . .

(generally aged parents) may have the same basic hospital, surgical, medical and prescription drug expense coverages as you have. You pay the full cost of these coverages.

Additional information regarding sponsored dependent coverages is available from your salaried personnel representative.

11

## Dental Expense Benefits...

will be provided, effective October 1, 1974, for employes with at least 1 year of GM service, and for their eligible dependents.

Dental expense benefits will be available up to an annual maximum of $750 per person for other than orthodontics (teeth straightening).

The portion of reasonable and customary dental expenses paid is:
* 100% for preventive services including routine examinations, cleanings, and fluoride treatments.
* 85% for services such as fillings, x-rays and extractions.
* 50% for bridges, dentures and orthodontics.

Orthodontic services are limited to children under age 19 up to a lifetime maximum of $500 per individual.

Dental expense benefits are not available to retirees, surviving spouses, and their dependents or sponsored dependents.

## The GM Comprehensive Medical Expense Insurance Program...

provides *supplemental benefits* and *major medical benefits* for you and your eligible dependents. These benefits add to the protection provided by the basic coverages described above.

Active employes pay part of the cost of this additional coverage, based on the schedule below. GM pays the major portion of the cost.

|  | Monthly Employe Contribution |
|---|---|
| Single Employe | $ .45 |
| Two Party | 1.10 |
| Family | 1.30 |

### Supplemental Benefits...

are available in certain instances where basic coverages provide less than a standard benefit level. For example, if doctors' reasonable charges for surgery or anesthesia exceed the amount allowed by your basic coverages, you may qualify for full or partial reimbursement of your out-of-pocket expenses.

Supplemental benefits, when payable, are not subject to the deductible and co-insurance provisions described under "Major Medical Benefits".

### Major Medical Benefits...

offer additional protection, after you pay a deductible amount, when the basic and supplemental benefits described above have been exhausted or are not applicable.

Major medical covers reasonable and necessary charges for medical services and supplies, including those listed below which are not generally covered by your basic coverages:

* Physicians' non-surgical services out of hospital.
* Up to $20 a day toward the difference in cost between a semi-private and a private hospital room.
* Up to $10 a day for confinement in a nursing home.
* Professional private duty nursing care.
* Blood.
* Ambulance service.
* Artificial limbs and other prosthetic appliances.
* Semi-private hospital charges after the maximum duration allowed under basic coverages (generally 365 days) for most conditions.
* Dental work and dentures made necessary by an accident (to the extent not covered under the dental expense plan).
* Certain physical examinations and laboratory tests and inoculations.
* Up to $90 a day, less amounts payable by basic coverages, for confinement in a hospital operated primarily for care of nervous or mental conditions.



### *You Pay a Deductible Amount...*

of $100 toward covered expenses which are incurred each calendar year for the same individual. This $100 is called the individual deductible amount. In meeting this amount, you can add up all your covered expenses for the same individual, whether they relate to one condition or to a number of separate different conditions.

However, if covered expenses incurred by two or more family members equal $200 (the family deductible amount), no additional deductible amount will be applied against expenses incurred by any of your other family members for that calendar year. No more than $100 of covered expenses for one family member can be applied toward the $200 family deductible amount.

Any covered expenses incurred in October, November or December of any calendar year which are applied to the deductible amount for the year and therefore are not reimbursable can also be applied to the deductible amount for the following calendar year.

### *After You Pay the Deductible Amount Your Insurance Pays 80%...*

of the first $2,500 of remaining covered expenses incurred in a calendar year. You pay only 20%. This is called "co-insurance".

If covered expenses after the deductible exceed $2,500, your insurance will pay 100% of the amount over $2,500 (for other than out-patient psychiatric care which continues at 80%).

Thus, in no case would you pay more than $600 per year ($100 deductible plus 20% of first $2,500) for each individual's covered expenses (for other than out-patient psychiatric care) unless the maximum reimbursement amount was exceeded.

The maximum reimbursement amount is $25,000 per year for each individual. There is no lifetime maximum.

### *You Should File a Claim...*

when your out-of-pocket expenses exceed the $100 deductible amount for an individual or $200 for your family. You also should file a claim any time doctors' charges for surgery or anesthesia exceed basic coverage payments, regardless of the amount. However, if your covered expenses are small, you may find it more convenient to postpone filing until the end of the calendar year.

### *When You Are Ready to File a Claim...*

you should obtain the necessary forms from your insurance office. At that time you will be given guidelines on how to proceed. However, there are things you should do routinely before you reach the point where you know you will have a claim to file:

- Keep all bills and receipts for medical services incurred by you or your insured dependents.
- Keep bills and receipts properly identified, separated by individuals, and in chronological order.
- See that bills or receipts are itemized and include patient's name, description of service or medical supply, date of service or purchase, and charges incurred.
- Keep basic coverage vouchers and, if applicable, Medicare Explanation of Benefit vouchers, with appropriate bills or receipts.
- Be sure drug receipts include prescription number, name of patient, date of purchase and amount of charge.
- Be sure that receipts for medical supplies or equipment are supported by certification of the attending physician that such supplies or equipment are medically necessary.

It is your responsibility to accumulate your bills, receipts, and other supporting documents for a claim. By planning ahead, you can help yourself to obtain all the benefits to which you are entitled with a minimum of time and effort.

If you are in doubt as to whether or not you should file a claim, you are urged to submit a claim and allow the insurance carrier to determine benefits which might be payable.

---

INSURANCE CERTIFICATES
or their equivalent, containing all the detailed provisions of your hospital-medical coverages will be made available upon request through the applicable insurance carriers.

---

13



# Disability Benefits

## While You Are Sick or Injured

### If You Are Unable to Work...

because of sickness or injury, you may be approved for a disability leave of absence. To be granted a disability leave, you must furnish satisfactory proof that you are unable to discharge your normal responsibilities as a result of sickness or accident.

In the usual case you will continue to receive your regular salary for the first week of your disability. Thereafter, if you are totally disabled, you may receive a combination of salary and insured *sickness and accident benefits*, followed by *extended disability benefits*. Social Security disability insurance benefits also may become payable.

If you become totally and permanently disabled, monthly benefits also may be payable to you from *basic life insurance*, the *Retirement Program*, and *Personal Accident Insurance*. In addition, you may receive a distribution of your account under the *Savings-Stock Purchase Program*.

If you lose a bodily member or your eyesight through an accident, additional benefits may become payable under your *extra accident insurance* and under *Personal Accident Insurance*.

GM pays the full cost of your GM disability insurance (except Personal Accident) while you are at work.

## Sickness and Accident Benefits

(for employes in classified salaried positions in accordance with General Motors policy)

### You Are Covered...
for sickness and accident benefit insurance on the first day of the second month following the month in which you commence working with GM. If you are not at work on the date your insurance would otherwise start, such insurance starts on the day you return to work.

### To Receive Sickness And Accident Benefits...
you must be totally disabled because of sickness or injury and be under the care of a doctor.

You also must give written notice to GM of any injury or sickness within 20 days after the accident causing your injury or the onset of sickness.

At any time you may be eligible to receive sickness and accident benefits, you may be asked to be examined by a doctor selected by the insurance company. Failure to have the examination may affect your eligibility for benefits.

### Monthly Benefit Amounts...
are equal to 75% of your monthly base salary. Benefits are payable on your regular payday. These benefits are supplemented by salary continuation as shown on the table on page 16.

### Duration of Benefits...
is based on your GM length of service (or "years of participation", if greater... see page 36). Benefits begin after a 7-day waiting period (during which your salary may be continued).

For each month of service you may receive

14



one monthly benefit, up to a total of 12 monthly benefits (but no more than 1½ monthly benefits for a condition related to pregnancy).

If your GM service is less than 12 months, benefits nevertheless may continue for up to 12 months while you are hospitalized or while you are receiving uncontested Workmen's Compensation payments from GM.

### If You Return to Work...

after receiving sickness and accident benefits for less than the maximum period and are absent again for the same reason or some disability related to it within the next three months, your monthly benefits pick up where they left off and will continue for the rest of the maximum period, provided you remain unable to work that long. Another waiting period does not apply to the second absence.

### Sickness and Accident Benefits Are Reduced By...

Workmen's Compensation benefits for time lost from work because of an on-the-job disability and Unemployment Compensation benefits for which you may be eligible during the same period of disability.

### Employes in Unclassified Salaried Positions...

who become totally disabled may have all or part of their salary continued while disabled. This salary continuation is on a basis consistent with the provisions for employes eligible for sickness and accident insurance benefits.

### In Certain States...

employes in either classified or unclassified salaried positions may be eligible under a statutory disability benefits law for disability benefits for time lost from work. If you are an employe working in California, Hawaii, New Jersey, New York, Puerto Rico, or Rhode Island, certain modifications in your sickness and accident benefits or salary continuation payments during disability are explained in a special enclosed insert.

## Extended Disability Benefits
(for both classified and unclassified employes)

If you are still disabled after you receive sickness and accident benefits or salary continuation payments for the maximum period, you may be eligible to receive monthly extended disability benefits.

### You Are Covered...

for extended disability benefit insurance on the first day of the second month following the month in which you commence working with GM.

To receive payments you must be totally disabled so as to be unable to engage in any regular employment with General Motors at the location where you last worked, and must not be working elsewhere.

Extended disability benefits are not payable for disability resulting from pregnancy.

### Monthly Benefit Amounts...

are equal to 60% of your monthly base salary.

### Duration of Benefits...

is based on your GM "years of participation" (see page 36).

* **If you have 10 or more years of participation when you become disabled...**

   benefits are payable until recovery, but not beyond age 65.

* **If you have less than 10 years of participation when you become disabled...**

   benefits are payable until recovery—or if less, for a period equal to your years of participation at the commencement of disability (less the period during which sickness and accident benefits or salary continuation payments are received) but not beyond age 65.

15

05-44481-rdd    Doc 16430-1    Filed 03/06/09    Entered 03/06/09 17:55:46    Exhibit A
(part 1)    Pg 15 of 19

## Extended Disability Benefits (Cont.)

### Extended Disability Benefits Are Reduced By...

any Part A and Part B supplementary benefits (see page 26) for which you may be eligible under the provisions of the Retirement Program.

Benefits also are reduced by governmental benefits such as Social Security disability insurance benefits or unreduced old-age insurance benefits, and any federal or state or Workman's Compensation lost-time disability benefits for which you may be eligible.

Any increases in your Retirement Program benefits or governmental benefits, for which you become eligible after extended disability benefits commence, will not be deducted.

### A Special Monthly Extended Disability Benefit...

equal to $6.30 may be payable to disabled employes who are enrolled for "Part B" of Medicare under Social Security.

## ILLUSTRATION OF SALARY CONTINUATION, SICKNESS AND ACCIDENT BENEFITS (S&A) AND EXTENDED DISABILITY BENEFITS (EDB)

| | Types of Disability Payments for Periods Shown Below | | | |
|---|---|---|---|---|
| LENGTH OF SERVICE | Full base salary | S&A and salary combined equal to full base salary* | Maximum S&A benefits payable | EDB payable up to a maximum of |
| LESS THAN 1 YEAR | 1st week | — | Up to 12 months | None |
| 1 YEAR TO 5 YEARS | 1st week | next 7 weeks | 12 months | A period equal to years of participation (if under 10) — less |
| 5 YEARS TO 10 YEARS | 1st week | next 2 weeks | 12 months | the period S&A and/or salary continuation paid but not beyond age 65 |
| 10 OR MORE YEARS | 1st week | next 12 weeks | 12 months | Age 65 (if years of participation are 10 or more) |

*Salary continuation payments beyond those shown above may be made to certain long-service employes with the prior approval of the General Manager or Central Office Staff Head.

---

**DETAILED PROVISIONS...**
governing disability leaves of absence are contained in the salaried employe handbook "Working With General Motors". Your supervisor or salaried personnel representative can help you find answers to any questions you may have in your particular situation.



## Total and Permanent Disability Benefits

If You Become Totally and Permanently Disabled You May Be Eligible for the Following:

- **Instalment Payout of Basic Life Insurance for Employes With Less Than 10 Years of Participation**

  If under age 60, with less than 10 years of participation, you may be eligible to receive your basic life insurance (see page 19) in monthly instalments.

  Monthly instalments, equal to the final monthly extended disability benefit amount payable, may commence after you have received your final monthly extended disability benefit.

  Monthly payments will continue until the total amount paid equals the amount of your basic life insurance.

  Your designated beneficiary will be paid the remaining unpaid amount if you should die before you receive the total amount of your basic life insurance.

- **Retirement Program Benefits for Employes With 10 or More Years of Credited Service**

  If under age 65, with 10 or more years of credited service, you may be eligible for unreduced monthly benefits under the GM Retirement Program for the rest of your life (see page 26).

- **Distribution of Savings-Stock Purchase Program Account for All Participating Employes**

  Regardless of your age or the amount of your GM service, you may receive a lump-sum distribution of your account, including full earn-out of GM's contributions.

## Social Security Disability Insurance Benefits

**If You Become Disabled . . .**
before age 65, you may be eligible for disability insurance benefits from Social Security. Benefits may be payable to you and eligible dependents as early as the sixth month after you are disabled. Contact your nearest Social Security office for further information.

### EXAMPLE OF GM DISABILITY INCOME BENEFITS

*An employe age 37 earning $1,250 per month with 11 years of service who becomes totally and permanently disabled would receive:*

- Salary continuation and sickness and accident benefits equal to $1,250 per month for the first 13 weeks.
- Monthly sickness and accident benefits of $938 (75% of salary) for the next 9 months, followed by:
- Monthly extended disability benefits of $750 (60% of salary) until age 65. This amount would include disability benefits from other sources such as Part A and Part B supplementary retirement benefits and Social Security disability insurance benefits.
- Monthly total and permanent disability benefits payable for life under the Retirement Program.
- Entire account balance under the Savings-Stock Purchase Program.

## ADDITIONAL INSURANCE BENEFITS—FOR ACCIDENTAL INJURY

**Your Extra Accident Insurance...**
equal to one-half of your basic life insurance (as described on page 19) provides lump sum payments for bodily loss, by severance of a hand at or above the wrist joint or a foot at or above the ankle joint, or the permanent loss of the sight of an eye, by accidental means. For any one of these losses you will receive one-half of your extra accident insurance. Your full extra accident insurance will be paid to you if you should suffer two or more such losses. Extra accident insurance benefits are payable whether you are injured on or off the job.

**If the Loss Occurs While You Are On Company Business...**
an additional benefit will be paid equal to the amount of your extra accident insurance that is payable.

**Personal Accident Insurance...**
also provides lump sum payments for loss of bodily members or eyesight as the result of an accident. Detailed information and enrollment cards are contained in the booklet, "Personal Accident Insurance".

## OTHER BENEFIT PROGRAM COVERAGES WHILE ON DISABILITY LEAVE

- **Savings-Stock Purchase Program:** You may continue regular monthly savings for up to one year of approved disability leave. GM's contributions continue to earn out while on leave.
- **Hospital-Medical Coverages:** Your basic coverages will continue to be provided at Corporation expense while you are on leave and totally and continuously disabled. If you had less than 5 months of service when your leave commenced, you must share the cost. Your dental coverage may be continued by paying the full monthly subscription or contribution charge.
  You may continue your major medical coverages by paying the usual monthly employe contribution for as long as your basic coverages remain in effect.
- **Group Insurance:** Basic life, extra accident, survivor income benefit, sickness and accident, and extended disability benefit insurance may be continued for any period during which you are entitled to receive sickness and accident benefits or salary continuation payments while totally disabled. Thereafter, such insurance may be continued while you are totally and continuously disabled and remain on an approved disability leave of absence (or a special leave for pregnancy), but not to exceed the period equal to your years of participation (see page 36) as of the first day of disability. Also, such insurance may be continued while you are entitled to receive monthly extended disability benefits subsequent to cancellation of your disability leave because the period of such leave equaled your length of service.
  GM will pay the full cost of your insurance during such continuance, except for Optional and Dependent Life Insurance which requires your payment of the usual contributions.
- **Personal Accident Insurance:** You may continue your coverage for up to 24 months provided you pay the usual premium.
- **Retirement Program:** You may continue regular monthly contributions to Part B for up to one year of approved disability leave.
  You may continue to accrue credited service for up to 11 months while on such leave.

---

**INSURANCE CERTIFICATES**
containing all the detailed provisions of the insurance benefit coverages you have under the group policies issued to General Motors Corporation by its insurance carriers will be distributed to you.

18



# Survivor Benefits

## In the Event of Your Death

Your survivor may become eligible for benefits under both the GM Insurance Program and the GM Retirement Program.

## GM INSURANCE PROGRAM SURVIVOR BENEFITS

### You Are Eligible...

for basic life, extra accident, and *survivor income benefit insurance* on the first day of the month following the month in which you commence working with General Motors.

If you are not at work on the date your insurance coverages would otherwise start, such coverages start the day you return to work.

General Motors pays the full cost of this insurance while you are at work.

You may increase the amount of your survivor benefits by enrolling for *Optional Life Insurance* or *Personal Accident Insurance*, or both. You also may enroll for *Dependent Life Insurance*. You pay the cost of these additional coverages.

### Your Basic Life Insurance Prior to Age 65...

is equal to 24 times your monthly base salary.*

You have the right to designate your beneficiary or beneficiaries and to change your beneficiary designation at any time.

Basic life insurance benefits are payable to your designated beneficiary if you should die from any cause while covered for life insurance.

Benefits can be paid in a lump sum to your beneficiary or, at the time of claim, your beneficiary can make arrangements with the insurance company to have the money paid under any of the available settlement options.

*Base salary, for this purpose, includes premium for 7-day operations but does not include overtime, night shift premium or any cost-of-living allowance.

### Your Continuing Life Insurance After Age 65...

- *If you have 10 or more "years of participation" (see page 36) at age 65:*

your life insurance in force at age 65 will be reduced by 2% each month. This monthly reduction will stop when your life insurance equals 1½% of the amount in force at age 65 multiplied by your years of participation. This reduced amount will then remain in force for the rest of your life.

For example, an employe with 30 years of participation at age 65 with $36,000 of basic life insurance in force will have an ultimate amount of $16,200 of continuing life insurance, computed as follows: 1½% x $36,000 x 30 years = $16,200

- *If you have less than 10 "years of participation" at age 65:*

and continue active work, your basic life and any extra accident insurance will be reduced each month by 2% of the amount you had in force at age 65. All of your insurance will be discontinued at the end of the month in which you cease active work, unless you have a further continuance privilege during leave of absence or disability.

*It should be noted that years of participation cease to accrue after retirement.*

**Your Extra Accident Insurance . . .**
is provided while you are insured for basic life insurance to age 65 and is equal to one-half of your basic life insurance. See page 19.

If you should die by accidental means while covered for extra accident insurance, your beneficiary will receive this insurance in addition to any other benefits payable in the event of death.

For extra accident insurance to be payable, your death must occur within one year following the accident and must not be due to disease, self-inflicted injury or any act of war.

**If Death Should Occur By Accidental Means While on Company Business . . .**
an additional benefit will be paid equal to the amount of your extra accident insurance that is payable.

---

**Your Survivor Income Benefit Insurance . . .**
provides monthly payments in addition to your basic life and extra accident insurance. Two kinds of survivor income benefits are provided to eligible survivors of employes:

■ *Transition Benefits . . .*

of $200 per month will be payable to your eligible survivors (spouse or dependent children or parents) for up to 24 months.

However, the transition benefit will be $125 if the survivor is or becomes eligible for certain Social Security benefits.

■ *Bridge Benefits . . .*

of $200 per month will be payable to your surviving spouse if she (or he) was age 45 but less than 60 on the date of your death and had been married to you for at least 1 year.

The bridge benefit will begin after payment of the 24th transition benefit. Bridge benefits cease if the surviving spouse remarries, attains age 62 or such lower age at which full widow's or widower's benefits or old age benefits become payable under Social Security, or dies.

Bridge benefits are not payable for any month in which a widow is eligible for a mother's benefit under Social Security, whether or not she actually receives the mother's benefit.

A survivor may waive any right to receive survivor income benefits in order to receive a higher survivor benefit under the GM Retirement Program and may terminate the waiver at any time. The waiver or termination will become effective the first day of the second month following receipt by General Motors of appropriate notice from the survivor.

20