# GM

# 1978 PERSONAL BENEFIT SUMMARY

## YOUR SHARE OF THE GM BENEFIT PROGRAM

Based on your personal data as of December 31, 1977

FEBRUARY, 1978

Once again we're pleased to send you this annual summary of the many and varied benefits that are available to you as a salaried employe of General Motors.

This comprehensive overview should be of specific interest to you and your family in financial planning for the future.

Since the GM benefits program is made up of so many parts, it is sometimes difficult to comprehend how all of these components work together under various circumstances. This summary printout, among other things, describes your benefits in case of illness, disability and retirement as well as the benefits available to your family in case of death.

We hope you will be pleased when you include these benefits in your "How am I doing?" reflections. It should give you some personal satisfaction to see how they continue to increase in value each year, especially when you recognize them as an important and integral part of your total compensation and benefits package at General Motors.

*[signature]*
Chairman

This personal summary has been prepared for you based on information as of December 31, 1977. Every effort has been made to give you figures that are accurate and up to date. Should you find what you believe to be an error, please bring it to the attention of your Personnel Office. It should be noted that in the interest of accuracy the Part B retirement benefits shown are based on your average salary, rather than current salary, as used in prior summaries. This may result in a lower estimated benefit than previously shown.

*Eligibility for benefits and the actual amount of payment under all of GM's plans that make up your benefit program must be determined under the legal documents that apply to each plan.*

*General Motors does not have access to your complete earnings records for Social Security purposes. Therefore, Social Security benefits in this statement are estimates only. If you earned less than the maximum amount subject to Social Security taxes, your Social Security benefits may be lower than the amounts shown below.*

# Retirement INCOME



Through December 31, 1977, your credited service is **0 YEARS AND 7 MONTHS** and your contributions total **$112.44**

If you work for GM until you reach age 65 in **2014** your estimated monthly retirement income would be:

From the Retirement Program
—Noncontributory benefits ..... $433
—Contributory benefits ......... $661*

From Social Security
—Yourself ...................... $633
—Dependent spouse at age 65 ..... $316

Total ........................... $2,043

Estimated retirement benefits are based on:
- The assumption that your current pay will stay the same until retirement
- Retirement payments for your lifetime only (if you elect a survivor option, benefits would be reduced)

Estimates of your retirement income at other ages are available upon request from your Personnel Office.

*ASSUMES CONTINUED CONTRIBUTION TO AGE 65 AND NO WITHDRAWALS.

## Plus

If you retire from GM (except at employe option between ages 55 and 60 when your age and credited service total less than 85):

- You may take your Savings-Stock Purchase Program account in a lump sum, or convert part of your account to a lifetime annuity.
- Your health care coverage will be continued for your lifetime.
- A portion of your life insurance and Personal Accident Insurance may be continued for your lifetime. Reduced Optional Life Insurance may be continued until age 70.

# Savings-Stock Purchase PROGRAM



**Total Value of your Account Dec. 31, 1977**

GM Common Stock @ $62.81 ............... $508
Diversified U.S.
   Securities @ $161.79 ................ $242
U.S. Savings Bonds (at cost) ...........
Cash ...................................
Total .................................. $750

The statement below shows your account status after class distributions and withdrawals, if any. Shares of GM stock purchased with GM's contributions and with dividends during 1975, 1976, and 1977 are subject to being "earned out" in accordance with the terms of the Program.

### ANNUAL STATEMENT OF ACCOUNT

|  |  | Classes Earned Out |  | Classes Not Earned Out |  | |
|---|---|---|---|---|---|---|
|  |  | Through 1974 | 1975 | 1976 | 1977 | TOTALS |
| Purchased with Your Savings | Your Savings |  |  |  | $479 | $479 |
|  | U.S. Savings Bonds |  |  |  |  |  |
|  | Diversified U.S. Securities (UNITS) |  |  |  | 1.4992 | 1.4992 |
|  | Cash Balance Plus Interest |  |  |  |  |  |
|  | GM Common Stock (SHARES) |  |  |  | 3.5543 | 3.5543 |
| Purchased with GM Contributions | GM Common Stock (SHARES) |  |  |  | 4.2649 | 4.2649 |
| Purchased with all Dividends | GM Common Stock (SHARES) |  |  |  | .2739 | .2739 |



# Disability INCOME

If you become disabled you may be eligible to receive salary continuation and/or disability benefits of $1,622 PER MONTH FOR 13 WEEKS AND $1,153 PER MONTH FOR THE NEXT 40 WEEKS.

If you remain disabled, you may be eligible for continuing disability benefits from several sources, totaling $922 per month to age 29. Thereafter, you may be eligible for continuing Social Security benefits of $460 per month plus GM retirement* benefits of $0 per month payable for life.

In addition, if you have a dependent spouse and one or more children, they could receive up to $344 per month from Social Security.

*Retirement benefits are projected only for employes with ten or more years of credited service.

### Plus

Depending on your eligibility and enrollment status, other benefits may be payable if you are totally and permanently disabled:

- For employes with less than 10 years of credited service when first disabled, payout of basic life insurance in monthly installments following expiration of extended disability benefits.

- Monthly installments of Personal Accident Insurance.

- Entire account balance under GM Savings-Stock Purchase Program, including GM's contributions.



# Survivors BENEFITS

In the event of your death while employed by GM, the following payments will be made to your beneficiary:

### Monthly Payments*
From the *Insurance Program:*
$250 to an eligible survivor, for up to 24 months ($150 if certain Social Security benefits are payable). Thereafter, if you had a spouse at least age 45 when you died, $250 a month would be paid until age 62 or remarriage or entitlement to unreduced Social Security because of your death.
From the *Retirement Program:*
A noncontributory benefit of NOT ELIGIBLE for your spouse's lifetime when Insurance Program survivor benefits are not payable or are waived.
(B) Contributory benefits of $20 PER MONTH would begin immediately for your spouse's lifetime in lieu of return of contributions.
From *Social Security:*
Social Security could pay a surviving spouse and children as much as $804 PER MONTH.

*Assumes you have been married at least one year and your spouse is the same age as you.

*Optional Dependent Insurance:*
$25,000   Life Insurance—spouse

### Lump-Sum Payments

| | |
|---|---|
| $36,900 | Basic Life Insurance |
| $92,300 | Optional Life Insurance |
| $750 | Savings-Stock Purchase account |
| SEE (B) | Retirement Program contributions |
| $255 | Social Security death payment |
| $130,205 | Total |

Plus, if death is accidental, one or more of these additional payments:

| | |
|---|---|
| $18,450 | Extra Accident Insurance |
| $18,450 | Extra Accident Insurance (while on company business) |
| NOT ELECTED | Personal Accident Insurance |

### Plus

GM will pay for health care coverages for your spouse and eligible children if you die while actively employed provided you:

1) Elected the Retirement Program contributory surviving spouse option and had 10 years of credited service, or

2) Were eligible to retire voluntarily (except



# Health Care BENEFITS

### Basic Coverages

100% of semiprivate room, board, and other hospital charges for up to 365 days, or 730 days in an approved nursing facility.

100% of covered doctor's charges for surgery, obstetrics, anesthesia, hospital visits, and consultations.

100% of the charge in excess of $3 for each covered prescription, *plus* charges for outpatient hospital emergency care, lab, x-ray, and certain other services.

Hearing aid benefits after one year of service.

### Dental Care Coverage

After one year of service, while you are actively at work, the plan pays:

100% of fees for examinations and cleaning, 90% for fillings, x-rays, and extractions, and 50% for bridgework, dentures, and teeth straightening. The maximum dental benefits are $750 per person per year, with a lifetime maximum of $650 per eligible person for teeth straightening.

### Vision Care Coverage

Benefits provide for examination, lenses and certain frames. Total copayment for each covered individual during any 12 consecutive months generally will not exceed $12.50 for covered services and materials.

### Major Medical Coverage

For expenses not paid by your basic coverages:

100% of certain additional doctors' charges, and 80% of any remaining medical expenses which exceed the annual deductible amount of $50 for you or an eligible family member, or $100 for *all* eligible family members. Your total out-of-pocket cost (for other than outpatient psychiatric care) would not be more than $550 per year for each individual, unless the $25,000 maximum reimbursable amount *per year* for each individual is exceeded. There is no maximum on lifetime benefits.

YOU AND ELIGIBLE FAMILY MEMBERS ARE ENROLLED FOR: BASIC, DENTAL, VISION, AND MAJOR MEDICAL COVERAGES.



# Retirement INCOME

Through December 31, 1977, your credited service is   0 YEARS AND   7 MONTHS and your contributions total   $112.44

If you work for GM until you reach age 65 in 2014 your estimated monthly retirement income would be:

From the Retirement Program
—Noncontributory benefits .... $433
—Contributory benefits ....... $661*

Estimated retirement benefits are based on:

- The assumption that your current pay will stay the same until retirement
- Retirement payments for your lifetime only (if you elect a survivor option, benefits would be reduced)

Estimates of your retirement income at other ages are available upon request from your Personnel Office.

*ASSUMES CONTINUED CONTRIBUTION

# Summary of BENEFITS



In the event of your death while employed by GM, the following payments will be made to your beneficiary.

## Monthly Payments*

**From the *Insurance Program*:**
$250 to an eligible survivor, for up to 24 months ($150 if certain Social Security benefits are payable). Thereafter, if you had a spouse at least age 45 when you died, $250 a month would be paid until age 62 or remarriage or entitlement to unreduced Social Security because of your death.

**From the *Retirement Program*:**
A noncontributory benefit of NOT ELIGIBLE for your spouse's lifetime when Insurance Program survivor benefits are not payable or are waived.

(B) Contributory benefits of $20 PER MONTH would begin immediately for your spouse's lifetime in lieu of return of contributions.

**From *Social Security*:**
Social Security could pay a surviving spouse and children as much as $904 PER MONTH.

*Assumes you have been married at least one year and your spouse is the same age as you.

---

### Optional Dependent Insurance:

$25,000   Life Insurance—spouse
$5,000    Life Insurance—each child
NOT       Personal Accident Insurance
ELECTED

## Lump-Sum Payments

$36,900    Basic Life Insurance
$92,300    Optional Life Insurance
$750       Savings-Stock Purchase account
SEE (B)    Retirement Program contributions
$255       Social Security death payment
$130,205   **Total**

Plus, if death is accidental, one or more of these additional payments:

$18,450    Extra Accident Insurance
$18,450    Extra Accident Insurance (while on company business)
NOT        Personal Accident Insurance
ELECTED

### Plus

GM will pay for health care coverages for your spouse and eligible children if you die while actively employed provided you:
1) Elected the Retirement Program contributory surviving spouse option and had 10 years of credited service; or
2) Were eligible to retire voluntarily (except between ages 55 and 60 when your age and credited service total less than 85).





Add it all up...

The GM program adds significant value to the pay you receive for the work you do. On an annualized basis,

```
YOUR SALARY IS................  $18,443*
COST-OF-LIVING ALLOWANCE....     $1,019
COST TO GM FOR YOUR BENEFITS
  INCLUDING $1071 FOR SOCIAL
  SECURITY BENEFITS...........   $6,429
       TOTAL..................  $25,891
```

*$2,273 OF YOUR SALARY IS PAID TO YOU FOR YOUR VACATION AND HOLIDAYS. YOU ARE ENTITLED TO 3.0 WEEKS OF VACATION IN CALENDAR YEAR 1978 PLUS SUPPLEMENTAL TIME OFF EQUIVALENT OF 5 DAYS. THERE ARE 14 HOLIDAYS DURING THE 1978 MODEL YEAR.

GM's cost for your benefits is even higher than indicated, because you enjoy many other benefits that have not been detailed in this statement. These include:

- Salary continuation payments
- Unemployment and Workers Compensation
- Tuition Refund Plan
- GM layoff or separation allowance benefits
- Suggestion Plan
- Product discounts

YOU SOON WILL RECEIVE A SEPARATE STATEMENT SHOWING YOUR ACCOUNT IN THE EMPLOYE STOCK OWNERSHIP PLAN. IT WILL BE INCLUDED IN FUTURE SUMMARIES.

When you add it all up, it is an impressive package—a package with a value to you that goes well beyond its cost.



# 1979 PERSONAL BENEFIT SUMMARY
## YOUR SHARE OF THE GM BENEFIT PROGRAM

Based on your personal data as of December 31, 1978.

## Health Care BENEFITS

### Basic Coverages
100% of semiprivate room, board, and other hospital charges for up to 365 days, or 730 days in an approved nursing facility.

100% of covered doctors' charges for surgery, obstetrics, anesthesia, hospital visits, and consultations.

100% of the charge in excess of $3 for each covered prescription, *plus* charges for outpatient hospital emergency care, lab, x-ray, and certain other services.

Hearing aid benefits after one year of service.

### Dental Care Coverage
After one year of service, while you are actively at work, the plan pays:

100% of fees for examinations and cleaning, 90% for fillings, x-rays, and extractions, and 50% for bridgework, dentures, and teeth straightening. The maximum dental benefits are $750 per person per year, with a lifetime maximum of $650 per eligible person for teeth straightening.

### Vision Care Coverage
Benefits provide for examination, lenses and certain frames. Total copayment for each covered individual during any 12 consecutive months generally will not exceed $12.50 for covered services and materials.

### Major Medical Coverage
For expenses not paid by your basic coverages:

100% of certain additional doctors' charges, and 80% of any remaining medical expenses which exceed the annual deductible amount of $50 for you or an eligible family member, or $100 for *all* eligible family members. Your total out-of-pocket cost (for other than outpatient psychiatric care) would not be more than $550 per year for each individual, unless the $25,000 maximum reimbursable amount *per year* for each individual is exceeded. There is no maximum on lifetime benefits.

YOU AND ELIGIBLE FAMILY MEMBERS ARE ENROLLED FOR: BASIC, DENTAL, VISION AND MAJOR MEDICAL COVERAGE.



## Retirement INCOME

Through December 31, 1978, your Estimated retirement benefits are based on:

FEBRUARY, 1979

The benefits we enjoy at General Motors are among the best in American industry in terms of their value to us and our families. A nationally known professional consulting firm has verified this fact through a study of benefit plans of the nation's top corporations.

What are your GM benefits worth? The benefit plans summarized for you in this statement are a very substantial part of your total GM compensation. Under "Adding It All Up", we've indicated how much your personal benefits cost General Motors, but their real value to you goes far beyond their cost to GM. If you were given the cash equivalent of their cost to GM, you would not be able to purchase for yourself and your family the protection, the security, and the peace of mind which these benefits represent. Included are health care for you and your family, adequate retirement income, protection from loss of income if you are disabled, savings for your future needs, and life insurance coverages.

GM is proud of the broad range of benefits which make up an important part of your total compensation as a salaried employe and we are pleased to provide you with this summary detailing how they apply to you and your family.

*F. A. Murphy*
Chairman

This personal summary has been prepared for you based on information as of December 31, 1978. Every effort has been made to give you figures that are accurate and up to date. Should you find what you believe to be an error, please bring it to the attention of your Personnel Office.

Eligibility for benefits and the actual amount of payment under all of GM's plans that make up your benefit program must be determined under the legal documents that apply to each plan.

General Motors does not have access to your complete earnings records for Social Security purposes. Therefore, Social Security benefits in this statement are estimates only. If you earned less than the maximum amount subject to Social Security taxes, your Social Security benefits may be lower than the amounts shown below. Also, due to changes in the Social Security laws and benefit calculation formulas, actual or estimated Social Security benefits may be lower than shown on this or previous summaries.



## Disability INCOME

If you become disabled you may be eligible to receive salary continuation and/or disability benefits of $1,654 PER MONTH FOR 13 WEEKS AND $1,106 PER MONTH FOR THE NEXT 40 WEEKS.

If you remain disabled, you may be eligible for continuing disability benefits from several sources, totaling $865 per month to age 27. Thereafter, you may be eligible for continuing Social Security benefits of $448 per month plus GM retirement* benefits of $0 per month payable for life.

In addition, if you have a dependent spouse and one or more children, they could receive up to $334 per month from Social Security.

*Retirement benefits are projected only for employes with ten or more years of credited service.

**Plus**

Depending on your eligibility and enrollment status, other benefits may be payable if you are totally and permanently disabled:

- For employes with less than 10 years of credited service when first disabled, payout of basic life insurance in monthly installments following expiration of extended disability benefits.

- Monthly installments of Personal Accident Insurance.

- Entire account balance under GM Savings-Stock Purchase Program, including GM's contributions.



## Survivors BENEFITS

In the event of your death while employed by GM, the following payments will be made to your beneficiary:

**Monthly Payments***
From the *Insurance Program:*
$250 to an eligible survivor, for up to 24 months ($150 if certain Social Security benefits are payable). Thereafter, if you had a spouse at least age 45 when you died, $250 a month would be paid until age 62 or remarriage or

**Lump-sum payments**

| $35,400 | Basic Life Insurance |
| NOT ELECTED | Optional Life Insurance |
| $4,734 | Savings-Stock Purchase account |
| $0 | Retirement Program contributions |

# Retirement INCOME

Through December 31, 1978, your credited service is **4 YRS AND 0 MO**
You contributed **$.00** prior to July 1, 1977, and **$.00** after that date.
If you work for GM until you reach age 65 in **2020** your estimated monthly retirement income would be:

From the Retirement Program
—Noncontributory benefits .......... $629
—Contributory benefits ............. 0*
From Social Security
—Yourself ........................... $650
—Dependent spouse at age 65 ... UNMARRIED
Total ............................... $1,279

Estimated retirement benefits are based on:

- The assumption that your current pay will stay the same until retirement.
- Retirement payments for your lifetime only (If you elect a survivor option, benefits would be reduced).

Estimates of your retirement income at other ages are available upon request from your Personnel Office.

\* **$573 PER MONTH IF YOU CONTRIBUTE FROM AGE 25 TO AGE 65.**

## Plus

If you retire from GM (except at employe option between ages 55 and 60 when your age and credited service total less than 85):

- You may take your Savings-Stock Purchase Program account in a lump sum, or convert part of your account to a lifetime annuity.
- Your health care coverage will be continued for your lifetime.
- A portion of your life insurance and Personal Accident Insurance may be continued for your lifetime. Reduced Optional Life Insurance may be continued until age 70.

# Savings-Stock Purchase PROGRAM

**Total Value of your Account Dec. 31, 1978**
GM Common Stock @ $54.31 .......... $3,125
Diversified U.S. Securities @ $167.76 ..... $706
U.S. Savings Bonds (at cost) ..........
Income Fund .......................... $903
Equity Index Fund @ $112.15 ..........
Cash ..................................
Total ................................ $4,734

The statement below shows your account status after the class distribution for 1975, if any. Shares of GM stock purchased with GM's contributions and with dividends during 1976, 1977 and 1978 are subject to being "earned out" in accordance with the terms of the Program.

### ANNUAL STATEMENT OF ACCOUNT



| | | Classes Earned Out | Classes Not Earned Out | | | |
|---|---|---|---|---|---|---|
| | | Through 1975 | 1976 | 1977 | 1978 | TOTALS |
| | Your Savings | | $603 | $686 | $1,743 | $3,032 |
| Purchased with Your Savings | 1. U.S. Savings Bonds | | | | | |
| | 2. Diversified U.S. Securities | | 2.0368 UNITS | 2.1755 UNITS | UNITS | 4.2123 UNITS |
| | 3. GM Common Stock | SHARES | 4.4382 SHARES | 4.9552 SHARES | 14.3834 SHARES | 23.7768 SHARES |
| | 4. Income Fund | | | | $903.49 | $903.49 |
| | 5. Equity Index Fund | UNITS | UNITS | UNITS | UNITS | UNITS |
| | Cash Balance Plus Interest | | | | | |
| Purchased with GM Contributions | GM Common Stock | SHARES | 4.4382 SHARES | 5.9463 SHARES | 17.2602 SHARES | 27.6447 SHARES |
| Purchased with all Dividends | GM Common Stock | SHARES | 2.5400 SHARES | 1.9134 SHARES | 1.6786 SHARES | 6.1320 SHARES |

In the event of your death while employed by GM, the following payments will be made to your beneficiary:

**Monthly Payments***
From the *Insurance Program:*
$250 to an eligible survivor, for up to 24 months ($150 if certain Social Security benefits are payable). Thereafter, if you had a spouse at least age 45 when you died, $250 a month would be paid until age 62 or remarriage or entitlement to unreduced Social Security because of your death.
From the *Retirement Program:*
A noncontributory benefit of UNMARRIED for your spouse's lifetime when Insurance Program survivor benefits are not payable or are waived.
Contributory benefits of NOT ELIGIBLE would begin immediately for your spouse's lifetime in lieu of return of contributions.
From *Social Security:*
Social Security could pay a surviving spouse and children as much as UNMARRIED

*Assumes you have been married at least one year and your spouse is the same age as you.

Optional Dependent Insurance:
NOT ELECTED   Life Insurance—spouse
              Life Insurance—each child
NOT ELECTED   Personal Accident Insurance

**Lump-sum payments**

| | |
|---|---|
| $35,400 | Basic Life Insurance |
| NOT ELECTED | Optional Life Insurance |
| $4,734 | Savings-Stock Purchase account |
| $0 | Retirement Program contributions |
| $255 | Social Security death payment |
| $40,389 | **Total** |

Plus, if death is accidental, one or more of these additional payments:

| | |
|---|---|
| $17,700 | Extra Accident Insurance |
| $17,700 | Extra Accident Insurance (while on company business) |
| NOT ELECTED | Personal Accident Insurance |

**Plus**
GM will pay for health care coverages for your spouse and eligible children if you die while actively employed provided you:
1) Elected the Retirement Program contributory surviving spouse option and had 10 years of credited service, or
2) Were eligible to retire voluntarily (except between ages 55 and 60 when your age and credited service total less than 85).


Adding it All Up...

The combined GM Benefit Plans add significantly to the total pay you receive for the work you do. On an annualized basis,

```
YOUR SALARY IS.............. $17,700*
COST OF LIVING ALLOWANCE...  $2,142
COST TO GM FOR YOUR BENEFITS
INCLUDING $1216 FOR SOCIAL
SECURITY BENEFITS...........  $5,658
        TOTAL................ $25,500
*$2,136 OF YOUR SALARY IS
PAID TO YOU FOR YOUR VACATION
AND HOLIDAYS. YOU ARE ENTITLED TO
3.0 WEEKS OF VACATION IN CALENDAR
YEAR 1979 PLUS SUPPLEMENTAL TIME
OFF EQUIVALENT OF 5 DAYS. THERE
ARE 13 HOLIDAYS DURING THE 1979
MODEL YEAR.
```

GM's cost for your benefits is even higher than indicated, because you enjoy many other benefits that have not been detailed in this statement. These include:
- Salary continuation payments
- Unemployment and Workers Compensation
- Tuition Refund Plan
- GM layoff or separation allowance benefits
- Suggestion Plan
- Product discounts

When you add it all up, it is an impressive package—a package with a value to you that goes well beyond its cost.

YOU WILL BEGIN TO PARTICIPATE IN THE GENERAL MOTORS EMPLOYE STOCK OWNERSHIP PLAN (ESOP) ON THE FIRST OF THE YEAR AFTER YOU HAVE COMPLETED 2 YEARS OF GM SERVICE AND ATTAINED A[...]ROUGH THE ESOP YOU MAY ACQUIRE SHARES OF GM COMMON STOCK WHICH WILL ADD FURTHER TO THE VALUE OF YOUR GENERAL MOTORS BENEFIT PLANS.



# 1980 PERSONAL BENEFIT SUMMARY
## YOUR SHARE OF THE GM BENEFIT PROGRAM

Based on your personal data as of December 31, 1979

FEBRUARY, 1980

The benefits summarized for you in this statement are a very substantial addition to your General Motors paycheck. These benefits, which include significant improvements made during 1979, add more than dollars to your paycheck. They also add security and protection for you and your family for the present and for the future.

General Motors is pleased and proud to be able to provide improved salaried benefit plans which are among the very finest in American industry today. Your contributions to the continued success of General Motors help to make such outstanding benefits possible.



Chairman

 Health Care BENEFITS

### Basic Coverages
100% of semiprivate room, board, and other hospital charges for up to 365 days, or 730 days in an approved nursing facility.

100% of covered doctors' charges for surgery, obstetrics, anesthesia, hospital visits, and consultations.

100% of the charge in excess of $3 for each covered prescription, *plus* charges for outpatient hospital emergency care, lab, x-ray, and certain other services.

Hearing aid benefits after one year of service.

### Dental Care Coverage
After one year of service, while you are actively at work, the plan pays:

100% of fees for examinations and cleaning, 90% for fillings, x-rays, and extractions, and 50% for bridgework, dentures, and teeth straightening. The maximum dental benefits are $1000 per person per year, with a lifetime maximum of $800 per eligible person for teeth straightening.

### Vision Care Coverage
After one year of service, benefits are provided for examination, lenses and certain frames. Total copayment for each covered individual during any 12 consecutive months generally will not exceed $12.50 for covered services and materials.

### Major Medical Coverage
For expenses not paid by your basic coverages:

80% of any remaining medical expenses which exceed the annual deductible amount of $50 for you or an eligible family member, or $100 for *all* eligible family members. Your total out-of-pocket cost (for other than outpatient psychiatric care) would not be more than $550 per year for each individual, unless the $50,000 maximum reimbursable amount *per year* for each individual is exceeded. There is no maximum on lifetime benefits.

YOU AND ELIGIBLE FAMILY MEMBERS
ARE ENROLLED FOR: BASIC, DENTAL,
VISION AND MAJOR MEDICAL COVERAGES.

# GM 1980 PERSONAL BENEFIT SUMMARY
## YOUR SHARE OF THE GM BENEFIT PROGRAM

Based on your personal data as of December 31, 1979

FEBRUARY, 1980

The benefits summarized for you in this statement are a very substantial addition to your General Motors paycheck. These benefits, which include significant improvements made during 1979, add more than dollars to your paycheck. They also add security and protection for you and your family for the present and for the future.

General Motors is pleased and proud to be able to provide improved salaried benefit plans which are among the very finest in American industry today. Your contributions to the continued success of General Motors help to make such outstanding benefits possible.

*R. A. Murphy*
Chairman

## Health Care BENEFITS

### Basic Coverages
100% of semi-private room, board, and other hospital charges for up to 365 days, or 730 days in an approved nursing facility.

100% of covered doctors' charges for surgery, obstetrics, anesthesia, hospital visits, and consultations.

100% of the charge in excess of $3 for each covered prescription, plus charges for outpatient hospital emergency care, lab, x-ray, and certain other services.

Hearing aid benefits after one year of service.

### Dental Care Coverage
After one year of service, while you are actively at work, the plan pays:

100% of fees for examinations and cleaning, 90% for fillings, x-rays, and extractions, and 50% for bridgework, dentures, and teeth straightening. The maximum dental benefits are $1000 per person per year, with a lifetime maximum of $800 per eligible person for teeth straightening.

### Vision Care Coverage
After one year of service, benefits are provided for examinations, lenses and certain frames. Total replacement for each covered individual during any 12 consecutive months generally will not exceed $120 for covered services and materials.

### Major Medical Coverage
For expenses not paid by our basic coverages

80% of any remaining medical expenses which exceed the annual deductible amount of $50 for you or an eligible family member, or $100 for all eligible family members. Your total out-of-pocket cost for each year (other than outpatient psychiatric care) would not be more than $550 per year for each individual, unless the $50,000 maximum reimbursable amount per year for each individual is exceeded. There is no maximum on lifetime benefits.

YOU AND ELIGIBLE FAMILY MEMBERS
ARE ENROLLED FOR: BASIC, DENTAL,
VISION AND MAJOR MEDICAL COVERAGES.

## Disability INCOME

### Monthly Payments
If you become disabled you may be eligible to receive salary continuation and/or disability benefits of:

$1,575 PER MONTH FOR 8 WEEKS
AND $1,148 PER MONTH FOR THE NEXT
45 WEEKS.

If you remain disabled, you may be eligible for continuing disability benefits from several sources, totaling $918 per month to age 65. Thereafter, you may be eligible for continuing Social Security benefits of $578 per month plus GM retirement benefits of ___ per month payable for life.

In addition, if you have a dependent spouse and one or more children, they could receive up to $434 per month from Social Security.

*Retirement benefits are projected only for employees with ten or more years of credited service.

### Plus
Depending on your eligibility and enrollment status, other benefits may be payable if you are totally and permanently disabled:

- For employees with less than 10 years of credited service when first disabled, payout of basic life insurance in monthly installments following expiration of extended disability benefits.
- Monthly installments of Personal Accident Insurance.
- Entire account balance under GM Savings-Stock Purchase Program, including GM's contributions.

## Survivors BENEFITS

In the event of your death while employed by GM, the following payments will be made to your beneficiary.

### Monthly Payments*

*From the Insurance Program:*
$500 to an eligible survivor, for up to 24 months ($175 if certain Social Security benefits are payable). Thereafter, if you had a spouse who, upon your death, was NOT at least age 45, or 2 whose age, when added to your years of service totaled 55 or more, $300 a month would be paid until the earlier of age 62, remarriage or entitlement to unreduced Social Security because of your death.

*From the Retirement Program:*
A noncontributory benefit of NOT MARRIED for your spouse's lifetime when insurance Program Survivor benefits are not payable or are waived. Contributory benefits of NOT ELIGIBLE would begin immediately for your spouse's lifetime in lieu of return of contributions.

*From Social Security:*
Social Security could pay a surviving spouse and children as much as NOT MARRIED

*Assumes you have been married at least one year and your spouse is the same age as you.

*Optional Dependent Insurance:*
NOT ELECTED Life Insurance—spouse
NOT ELECTED Life Insurance—each child
NOT ELECTED Personal Accident Insurance

### Lump-sum payments

| | |
|---|---|
| Basic Life Insurance | $36,400 |
| Optional Life Insurance | ELECTED |
| Savings-Stock Purchase account | $1,142 |
| Retirement Program contributions | |
| Social Security death payment | $255 |
| **Total** | **$40,397** |

### Plus
Plus, if death is accidental, one or more of these additional payments:
- Extra Accident Insurance: $18,400
- Extra Accident Insurance (while on company business): $18,400
- Personal Accident Insurance: NOT ELECTED

## Retirement INCOME

## Employee Stock Ownership PLAN

GM will pay for health care coverages for your spouse and eligible children if you die while actively employed provided you:

1) Elected the Retirement Program contributory survivor spouse option and had 10 years of credited service, or
2) Were eligible to retire voluntarily (except between age 55 and 60 when your age and credited service total less than 85).