## Retirement INCOME

Through December 31, 1979, your credited
service is  1 YEARS AND  9 MONTHS.
Your contributions are:

Prior to 7-1-77 . . . . . .
7-1-77 to 10-1-78 . . . . .
After 10-1-78 . . . . . .

If you work for GM until age 65 in 20__
your estimated monthly retirement income would be:

From the Retirement Program

— Noncontributory benefits . . . . . . $318
— Contributory benefits . . . . . . . .
Plus

Your Social Security
— Yourself . . . . . . . . . . . . . . $660
— Spouse's income at age 65, NOT MARRIED
   **Total Monthly** . . . . . . . . . $1,47X

Estimated retirement benefits are based on:
• The assumption that you current pay will stay the
  same until retirement.
• Retirement payments for your lifetime only, if you
  elect a survivor option, benefits would be reduced.
  Estimates of your retirement income at other ages are
  available upon request from your Personnel Office.
Plus

If you retire from GM (except at employee/other between
ages 55 and 65 when your age and credited service
total less than 85):
• You may take your Savings-Stock Purchase Program
  account in a lump sum, or proven part of your
  account in a lifetime annuity.
• Your health care coverage will be continued for
  your lifetime.
• A portion of your life insurance and Personal
  Accident insurance may be continued for your life-
  time. Reduced Optional Life insurance may be
  continued until age 70.

$1624 PER MONTH IF YOU CONTRIBUTE
FROM AGE 25 TO AGE 65.

## Savings-Stock Purchase PROGRAM

**Total Value of your Account Dec. 31, 1979**

U.S. Savings Bonds at cost. . . . . . . . . .
Diversified U.S.
— Securities @ $171.62. . . . . . . . . .   $2,209
GM Common Stock @ $56.25 . . . . . . . .    $1,133
Income Fund. . . . . . . . . . . . . . . . .
Fixed-Index Fund @ $133.10 . . . . . . . . .
CASH. . . . . . . . . . . . . . . . . . . . .
   Total. . . . . . . . . . . . . . . . . .   $3,342

The statement below shows your account status after
the close distributions in 1980, if any. Shares of GM
stock purchased with GM's contributions and with
dividends during 1977, 1978 and 1979 are subject to
being "earned out" in accordance with the terms of the
Program.

**ANNUAL STATEMENT OF ACCOUNT**

| Shares Invested or Bought With | 1977 | 1978 | 1979 | TOTALS |
|---|---|---|---|---|
| Your Savings | | | $1,782 | $2,115 |
| 1 U.S. Savings Bonds | | | | |
| Diversified U.S. Securities | | 3.3572 | 15.5956 | 18.9528 |
| Income Fund | | | | |
| Personal Savings — GM Common Stock | | $205.84 | $927.96 | $1,133.80 |
| Fixed-Index Fund | | | | |
| GM Common Stock | | 4.0366 | 18.7166 | 22.7436 |
| GM Common Stock | | .7176 | 1.5574 | 2.2756 |

## Employee Stock Ownership PLAN

The statement below shows your account status as of December 31, 1979. It includes shares of GM
common stock purchased with any voluntary contributions you have made, and with matching contributions made
by GM, dating 1979 to Plan Year 1979.

**ANNUAL STATEMENT OF ACCOUNT**

| Plan Year | GM Amount Contributed | Your Election Contribution | GM Matching Contribution | Your Shares | Total Shares |
|---|---|---|---|---|---|
| 1975-1977 | | | | | |
| 1978 | | NOT ELIGIBLE | | | |
| Total | | | | | |

• Although the amount contributed by GM to match your voluntary contribution if any, is the same, the number
of shares allocated to your account may be different because the shares are purchased at different times
at different market costs. For Plan Year 1976, you and GM each contributed
Based on the December 31, 1979 GM common stock price of          the market value of your
account was

## Adding it All Up...

The combined GM Benefit Plans add significantly to
the total pay you receive for the work you do. On an
annualized basis:

YOUR SALARY IS. . . . . . . . . . . . . . . . $16,365
COST OF LIVING ALLOWANCE. . . . . . . . . . .   $541
COST OF GM FOR YOUR
BENEFITS INCLUDING $1,155. . . . . . . . . .  $6,375
FOR SOCIAL SECURITY. . . . . . . . . . . . .  $6,375
TOTAL. . . . . . . . . . . . . . . . . . . . $25,381

$2,327 WILL BE PAID TO YOU FOR
2.0 WEEKS OF VACATION, 14 HOLIDAYS
AND  3 SUPPLEMENTAL TIME OFF (STO)
DAYS. YOU MAY TAKE UP TO 4 STO DAYS
AS PAID TIME OFF. YOU WILL RECEIVE PAY
FOR THE REMAINING 10 DAYS.

This personal summary has been prepared for you
based on information as of December 31, 1979. Every
effort has been made to give you figures that are
accurate and up to date. Should you find what you
believe to be an error, please bring it to the attention
of your Personnel Office.

Eligibility for benefits and the actual amount of payment
under all of GM's plans that make up your benefit
program must be determined under the legal documents

GM's cost for your benefits is even higher than indicated
because you may enjoy other benefits that have not
been detailed in this statement. These include:
• Salary continuation payments
• Unemployment and Workers Compensation
• Tuition Refund Plan
• GM layoff or separation allowance benefits
• Suggestion Plan
• Product discounts

When you add it all up, it is an impressive package
— a package with a value to you that goes well beyond
its cost.

that apply to each plan. Estimated retirement benefit
levels are subject to receipt of acceptable governmental
rulings related to recent program modifications.

Current Notice: does not have access to your complete
earnings records for Social Security purposes. Therefore,
Social Security benefits in this statement are estimates
only. If you earned less than the maximum amount
subject to Social Security taxes, your Social Security
benefits may be lower than the amounts shown above.



# *Retirement* INCOME

Through December 31, 1979, your credited service is 15 YEARS AND 11 MONTHS. Your contributions are:

| | |
|---|---|
| Prior to 7-1-77 | $852.62 |
| 7-1-77 to 10-1-79 | $839.21 |
| After 10-1-79 | $94.32 |

If you work for GM until age 65 in 2010 your estimated monthly retirement income would be:

From the Retirement Program
| | |
|---|---|
| —Noncontributory benefits | $891 |
| —Contributory benefits | $1,378* |

From Social Security
| | |
|---|---|
| —Yourself | $638 |
| —Dependent spouse at age 65 | $319 |
| **Total Monthly** | **$3,226** |

\* ASSUMES CONTINUED CONTRIBUTIONS TO AGE 65 AND NO WITHDRAWALS.

Estimated retirement benefits are based on:
- The assumption that your current pay will stay the same until retirement.
- Retirement payments for your lifetime only (if you elect a survivor option, benefits would be reduced).

Estimates of your retirement income at other ages are available upon request from your Personnel Office.

## Plus

If you retire from GM (except at employe option between ages 55 and 60 when your age and credited service total less than 85):
- You may take your Savings-Stock Purchase Program account in a lump sum, or convert part of your account to a lifetime annuity.
- Your health care coverage will be continued for your lifetime.
- A portion of your life insurance and Personal Accident Insurance may be continued for your life-time. Reduced Optional Life Insurance may be continued until age 70.

# *Savings-Stock Purchase* PROGRAM

## Total Value of your Account Dec. 31, 1979

| | |
|---|---|
| U.S. Savings Bonds (at cost) | |
| Diversified U.S. Securities @ $179.62 | $1,410 |
| GM Common Stock @ $50.25 | $8,457 |
| Income Fund | $3,096 |
| Equity Index Fund @ $133.10 | |
| Cash | |
| **Total** | **$12,964** |

The statement below shows your account status after the class distribution for 1976, if any. Shares of GM stock purchased with GM's contributions and with dividends during 1977, 1978 and 1979 are subject to being "earned out" in accordance with the terms of the Program.

## ANNUAL STATEMENT OF ACCOUNT

| | | Classes Earned Out | Classes Not Earned Out | | | |
|---|---|---|---|---|---|---|
| | | Through 1976 | 1977 | 1978 | 1979 | TOTALS |
| | Your Savings | | $2,486 | 745 | $2,969 | $8,189 |
| Purchased with Your Savings | 1. U.S. Savings Bonds | | | | | |
| | 2. Diversified U.S. Securities | | 7.8547 UNITS | UNITS | UNITS | 7.8547 UNITS |
| | 3. GM Common Stock | | 18.0298 SHARES | SHARES | 25.9816 SHARES | 66.6182 SHARES |
| | 4. Income Fund | | | 97.550 12 | $1,546.07 | $3,096.19 |
| | 5. Equity Index Fund | UNITS | UNITS | UNITS | UNITS | UNITS |
| | Cash Balance Plus Interest | | | | | |
| Purchased with GM Contributions | GM Common Stock | | 21.6360 SHARES | 27.1280 SHARES | 31.1779 SHARES | 79.9419 SHARES |
| Purchased with all Dividends | GM Common Stock | SHARES | 11.2626 SHARES | 7.8898 SHARES | 2.5982 SHARES | 21.7498 SHARES |

# *Disability* INCOME

## Monthly Payments

If you become disabled you may be eligible to receive salary continuation and/or disability benefits of

$2,617 PER MONTH FOR 26 WEEKS AND $1,929 PER MONTH FOR THE NEXT 27 WEEKS.

If you remain disabled, you may be eligible for continuing disability benefits from several sources, totaling $1,646 per month to age 65. Thereafter, you may be eligible for continuing Social Security benefits of $578 per month plus GM retirement* benefits of $465 per month payable for life.

In addition, if you have a dependent spouse and one or more children, they could receive up to $434 per month from Social Security.

*Retirement benefits are projected only for employes with ten or more years of credited service.

## Plus

Depending on your eligibility and enrollment status, other benefits may be payable if you are totally and permanently disabled:

- For employes with less than 10 years of credited service when first disabled, payout of basic life insurance in monthly installments following expiration of extended disability benefits.

- Monthly installments of Personal Accident Insurance.

- Entire account balance under GM Savings-Stock Purchase Program, including GM's contributions.

PLUS
ENTIRE EMPLOYE STOCK OWNERSHIP ACCOUNT BALANCE



# *Survivors* BENEFITS

In the event of your death while employed by GM, the following payments will be made to your beneficiary:

## Monthly Payments*

From the *Insurance Program:*

$300 to an eligible survivor, for up to 24 months ($175 if certain Social Security benefits are payable). Thereafter, if you had a spouse who, upon your death, was 1) at least age 45, or 2) whose age, when added to your years of service totaled 55 or more, $300 a month would be paid until the earlier of age 62, remarriage or entitlement to unreduced Social Security because of your death.

From the *Retirement Program:*

A noncontributory benefit of NOT ELIGIBLE for your spouse's lifetime when Insurance Program survivor benefits are not payable or are waived.

(B) Contributory benefits of $93 PER MONTH would begin immediately for your spouse's lifetime in lieu of return of contributions.

From *Social Security:*

Social Security could pay a surviving spouse and children as much as $1,012 PER MONTH.

*Assumes you have been married at least one year and your spouse is the same age as you.

*Optional Dependent Insurance:*

$25,000 Life Insurance—spouse
$5,000 Life Insurance—each child
ENROLLED Personal Accident Insurance

## Lump-sum payments

| | |
|---|---|
| $61,300 | Basic Life Insurance |
| $154,400 | Optional Life Insurance |
| $12,364 | Savings-Stock Purchase account |
| SEE (B) | Retirement Program contributions |
| $255 | Social Security death payment |
| $976 | EMPLOYE STOCK OWNERSHIP |
| $230,395 | **Total** ACCOUNT |

Plus, if death is accidental, one or more of these additional payments:

| | |
|---|---|
| $30,900 | Extra Accident Insurance |
| $30,900 | Extra Accident Insurance (while on company business) |
| $10,000 | Personal Accident Insurance |

## Plus

GM will pay for health care coverages for your spouse and eligible children if you die while actively employed provided you:

1) Elected the Retirement Program contributory surviving spouse option and had 10 years of credited service, or
2) Were eligible to retire voluntarily (except between ages 55 and 60 when your age and credited service total less than 85).



# *Employe Stock Ownership* PLAN

The statement below shows your account status as of December 31, 1979. It includes shares of GM

# *Employe Stock Ownership* PLAN

The statement below shows your account status as of December 31, 1979. It includes shares of GM common stock purchased with any voluntary contributions you made, and with matching contributions made by GM, during 1979 for Plan Year 1978.

## ANNUAL STATEMENT OF ACCOUNT

| Plan Year | Shares Purchased With | | | | |
|---|---|---|---|---|---|
| | GM Automatic Contribution | *Your Contribution | *GM Matching Contribution | All Dividends | Total Shares |
| 1975-1977 | 5.1480 | 1.9338 | 1.7024 | 1.6379 | 10.4221 |
| 1978 | 3.3924 | 2.9050 | 2.5298 | .1743 | 9.0015 |
| Total | 8.5404 | 4.8388 | 4.2322 | 1.8122 | 19.4236 |

*Although the amount contributed by GM to match your voluntary contribution, if any, is the same, the number of shares allocated to your account may be different because the shares are purchased at different times at different market costs. For Plan Year 1978, you and GM each contributed    $150.49.
Based on the December 31, 1979 GM common stock price of   $50.25   the market value of your account was    $976.03.



## *Adding it All Up...*

The combined GM Benefit Plans add significantly to the total pay you receive for the work you do. On an annualized basis,

```
YOUR SALARY IS............ $30,861
COST OF LIVING ALLOWANCE..   $541
COST TO GM FOR YOUR
  BENEFITS INCLUDING $1,588
  FOR SOCIAL SECURITY...... $11,738
TOTAL................... $43,140*
```

```
*   $5,073 WILL BE PAID TO YOU FOR
4.0 WEEKS OF VACATION, 14 HOLIDAYS
AND  8 SUPPLEMENTAL TIME OFF (STO)
DAYS. YOU MAY TAKE UP TO 4 STO DAYS
AS TIME OFF.  YOU WILL RECEIVE PAY
FOR THE REMAINING STO DAYS.
```

GM's cost for your benefits is even higher than indicated, because you enjoy many other benefits that have not been detailed in this statement. These include:
- Salary continuation payments
- Unemployment and Workers Compensation
- Tuition Refund Plan
- GM layoff or separation allowance benefits
- Suggestion Plan
- Product discounts

When you add it all up, it is an impressive package —a package with a value to you that goes well beyond its cost.

This personal summary has been prepared for you based on information as of December 31, 1979. Every effort has been made to give you figures that are accurate and up to date. Should you find what you believe to be an error, please bring it to the attention of your Personnel Office.

Eligibility for benefits and the actual amount of payment under all of GM's plans that make up your benefit program must be determined under the legal documents that apply to each plan. Estimated retirement benefit levels are subject to receipt of acceptable governmental rulings related to recent program modifications.

General Motors does not have access to your complete earnings records for Social Security purposes. Therefore, Social Security benefits in this statement are estimates only. If you earned less than the maximum amount subject to Social Security taxes, your Social Security benefits may be lower than the amounts shown above.



# 1981 PERSONAL BENEFIT SUMMARY
## YOUR SHARE OF THE GM BENEFIT PROGRAM

FEBRUARY 26, 1981

GM Corporation has been going through a very difficult period. Nevertheless, we as GM salaried employes continue to have benefit plan coverages which are among the finest in American industry. This annual summary serves to remind each of us in a personal way of the high level of protection and security that these benefit plans provide for us and our families.

Please take time to review your summary carefully. Also, take special note of the cost to General Motors of providing your benefits. It is a substantial amount and a significant part of your total compensation. But it is yet just a cost to GM. It is also an investment — an investment in you — the returns on which are the contributions you are making to help meet the tremendous challenges we face as a Corporation.

Roger B. Smith
Chairman



## Health Care BENEFITS

### Basic Coverages
100% of semiprivate room, board and other hospital charges for up to 365 days, or 730 days in an approved nursing facility.

100% of covered doctors' charges for surgery, obstetrics, anesthesia, hospital visits, and consultations.

100% of the charge in excess of $3 for each covered prescription, plus charges for outpatient hospital emergency care, lab, x-ray, and certain other services.

Hearing aid benefits after one year of service.

### Dental Care Coverage
After one year of service, while you are actively at work, the plan pays:

80% of fees for examinations and cleaning, 80% for fillings, x-rays, and extractions, and 50% for bridgework, dentures, and teeth straightening. The maximum dental benefits are $500 per person per year, with a lifetime maximum of $600 per eligible person for teeth straightening.

### Vision Care Coverage
After one year of service, benefits are provided for examination, lenses and certain frames. Total copayment for each covered individual during any 12 consecutive months generally will not exceed $12.50 for covered services and materials.

### Major Medical Coverage
For expenses not paid by your basic coverages:

80% of any remaining medical expenses which exceed the annual deductible amount of $50 for you or an eligible family member, or $100 for all eligible family members. Your total out-of-pocket cost (the other than deductible psychiatric care, allergy treatment and chiropractic care) would not be more than $550 per year for each individual, unless the $50,000 maximum reimbursable amount per year for each individual is exceeded. There is no maximum on lifetime benefits.

YOU AND ELIGIBLE FAMILY MEMBERS ARE ENROLLED FOR BASIC, DENTAL, VISION AND MAJOR MEDICAL COVERAGES.

## Disability INCOME



### Monthly Payments
If you become disabled and may be eligible to receive salary continuance or disability benefits of:

$2,476 PER MONTH FOR 13 WEEKS and
$1,744 PER MONTH FOR THE NEXT 48 WEEKS.

If you remain disabled, you may be eligible for continuing disability benefits from several sources, totaling $1,345 per month in age 65 months, less your benefit for continuing Social Security benefits of $456 per month plus GM retirement benefits of $9 per month payable for life.

In addition, if you have a dependent spouse and one or more children, they could receive up to $1,496 per month from Social Security.

*Retirement benefits are provided only for employes with ten or more years of credited service.

### Plus
Depending on your employe and enrollment status, other benefits may be payable if you are totally and permanently disabled.

• Monthly installments payments of basic life insurance following application of extended disability benefits because you had less than 10 years of credited service when you became totally and permanently disabled.

• Monthly installments of Personal Accident Insurance.

• Entire account balance under GM Savings-Stock Purchase Program, including GM's contributions.
PLUS
ENTIRE EMPLOYE STOCK OWNERSHIP
ACCOUNT BALANCE.

## Survivors BENEFITS

In the event of your death while employed by GM, the following payments will be made to your beneficiary:

### Monthly Payments
From the Insurance Program:
$300 as an eligible survivor for up to 24 months (if it certain Social Security benefits are payable). Then after, if you had a spouse who, upon your death, was 1½ at least age 45, or 2) widow age, when added to your years of service totaled 65 or more; $300 a month would be paid until the earlier of age 62, remarriage or entitlement to unreduced Social Security because of your death.

From the Retirement Program:
A noncontributory benefit of [ NOT ELIGIBLE ] if your spouse is a lifetime when Insurance Program survivor benefits are not payable or are waived.

(A) Contributory benefits of $55 PER MONTH would begin immediately for your spouse's lifetime if the event of your contributions from Social Security.

Social Security could pay a surviving spouse and children as much as $1,244 PER MONTH.

*Assumes you have been married at least one year and your spouse is the same age as you.

*Optional Dependent Insurance:
$5,000 Life Insurance — spouse
$1,000 Life Insurance — each child
NOT ELECTED Personal Accident Insurance

### Lump-sum payments
$54,486    Basic Life Insurance
$5,000    Optional Life Insurance
$6,453    Savings-Stock Purchase account
$  GO    Retirement Program contributions
$2,304    Social Security death payment
$651    EMPLOYE STOCK OWNERSHIP
$116,529    ACCOUNT
Total

Plus, if death is accidental, one or more of these additional payments:
$27,398    Extra Accident Insurance
$27,398    Extra Accident Insurance (while on company business)
NOT ELECTED    Personal Accident Insurance

### Plus
GM will pay for health care coverages for your spouse and eligible children if you die while actively employed, provided you:
1) Elected the Retirement Program contributory survivorship spouse option and had 10 years of credited service, or
2) Were eligible to retire voluntarily (except between ages 55 and 60 when your age and credited service total less than 85).

## Retirement INCOME

Through December 31, 1980, your credited service is 7 YEARS AND 5 MONTHS. Your contributions are:
Through 6-7-77.........    $266.94
7-1-77 to 10-1-79.........    $586.80
After 10-1-79.........    $315.69
If you work for GM until age 65 in 2013 your estimated monthly retirement income would be:
From the Retirement Program
—Noncontributory benefits.........    $766
—Contributory benefits.........    $1,359*
From Social Security
—Yourself.........    $703
—Dependent spouse at age 65.........    $252
Total Monthly.........    $2,466

* ASSUMES CONTINUED CONTRIBUTIONS TO AGE 65 AND NO WITHDRAWALS.

### Estimated retirement benefits are based on:
• The assumption that your pension plan will stay the same level retirement.
• Retirement payments for your lifetime only (if you elect a survivor option, benefits would be reduced).
• Estimates of your retirement income in other ages are available upon request from your Personnel Office.

### Plus
If you retire from GM (except at employs option between ages 55 and 60 when your age and credited service total less than 85):
• You may take your Savings-Stock Purchase Program account (a lump sum or current part of your account to a lifetime annuity)
• Your health care coverage will be continued for your lifetime.
• A portion of your Life Insurance and Personal Accident Insurance may be continued for your life. Reduced Optional Life Insurance may be continued until age 70.

## Employe Stock Ownership PLAN

The statement below shows your account status as of December 31, 1980. It includes shares of GM common stock purchased with any voluntary contributions you made, and with matching contributions made by GM, during 1980 for Plan Year 1979.

### ANNUAL STATEMENT OF ACCOUNT

|  | GM Matching Contribution | Contribution | GM Voluntary Contribution | Dividends | Share Purchase Price | Shares |
|---|---|---|---|---|---|---|
| 1973-1978 | $4,864 |  |  | $1,0369 | $6.7385 |  |
|  | $1.0013 | $1.0634 |  | $9656 | $284 | $1.4227 |
|  | $4.0097 | $1.0634 |  | $9656 | $1.0853 | $7.7648 |

*Although the amount contributed to GM to match your voluntary contribution, if any, is the same, the number of shares allocated to your account may be different because the shares are purchased at different times at different market costs. For Plan Year 1978, you and GM each contributed $949.61. Based on the December 31, 1980 GM common stock price of $45.25, the market value of your account was $441.82.

## Savings-Stock Purchase PROGRAM

### Total Value of your Account Dec. 31, 1980
US Savings Bonds (at cost)........
Directed U.S.
—Securities at $189.54.........    $1,608
GM Common Stock at $45.25.........    $6,660
Income Fund.........    $569
Equity Index Fund at $177.45.........
Cash
Total.........    $6,653

The statement below shows your account status after the class distribution for 1977. If any Shares of GM stock purchased with GM's contributions and dividends during 1978, 1979 and 1980 are subject to being "earned out" in accordance with the terms of the Program.

### ANNUAL STATEMENT OF ACCOUNT

| Your Savings | Current Earned Out | 1978 | 1979 | 1980 | TOTALS |
|---|---|---|---|---|---|
| U.S. Savings Bonds |  | $2,169 |  | $1,077 | $3,226 |
| Directed U.S. Securities | -$9643 | $4,4852 |  |  | $7,4693 |
| GM Common Stock |  | $17.7145 |  | $11.8278 | $29,3623 |
| Income Fund |  |  | $8365.64 |  | $8365.64 |
| Equity Index Fund |  |  |  |  |  |
| GM Common Stock | $12,3552 | $11.2410 |  | $18.1163 | $31.9925 |
| Total | $11,6880 | $9.8188 |  | $4451 | $21.4931 |

## Adding it All Up...

The combined GM Benefit Plans add significantly to the total pay you receive for the work you do. On an annualized basis:
YOUR SALARY IS.........    $27,500
COST OF LIVING ALLOWANCE.........    $2,382
COST TO GM FOR YOUR
BENEFITS INCLUDING 91.9%
FOR SOCIAL SECURITY.........    $9,703
TOTAL.........    $39,9554

*$4,453 WILL BE PAID TO YOU FOR 3.0 WEEKS OF VACATION, 15 HOLIDAYS AND 9 SUPPLEMENTAL TIME OFF (STO) DAYS.

When you add it all up, it is an impressive package — a package with a value to you that goes well beyond its cost.

### These include:
• Salary continuance payments
• Unemployment and Workers Compensation
• Tuition Refund Plan
• GM layoff or separation allowance benefits
• Suspension Plan
• Product discounts

This personal benefit summary has been produced for you based on information as of December 31, 1980. Every effort has been made to give you figures that are accurate and up to date. Should you find what you believe to be an error, please bring it to the attention of your Personnel Office.

Eligibility for benefits and the actual amount of payment under all of GM's plans that make up your benefit program must be determined under the legal documents that apply to each plan.

General Motors does not have access to your complete earnings records for Social Security purposes. Therefore, Social Security benefits in this statement are estimated only. If your earned less than the maximum amount subject to Social Security taxes, your Social Security benefits may be lower than the amounts shown above.



# 1981 PERSONAL BENEFIT SUMMARY
## YOUR SHARE OF THE GM BENEFIT PROGRAM

Based on your personal data as of December 31, 1980



FEBRUARY 20, 1981

*Roger B. Smith*
Chairman

General Motors has been going through a very difficult period. Nevertheless, we as at GM salaried employes continue to have benefit plan coverages and a protection that is broad in America. Our annual summary serves to remind each of us as a personal way of the high level of protection and security that these benefits plans provide for us and for families.

Please take time to review your summary carefully. Also, take special note of the cost to General Motors of providing your benefits. It is a substantial program and part of your total compensation. But it is not a cost to GM. It is also an investment — an investment in you — in the returns on which are the contributions you are making to help meet the tremendous challenges we face as a corporation.


Retirement INCOME

## Health Care BENEFITS



### Basic Coverages
100% of semiprivate room, board and prescribed charges for up to 365 days, and up to 730 days in an approved nursing facility.

100% of the charge in excess of $3 for each covered prescription. And charges for physician hospital laboratory, lab, X-ray and certain other services.

Hearing aid benefits after one year of service.

### Dental Care Coverage
After one year of service, while you are actively at work, the plan pays:

100% of fees for examinations and cleaning. 60% for fillings, x-rays, and extractions, and 50% for bridge work, dentures, and root canal therapy. The maximum dental benefits are $1000 per person per year, with a lifetime maximum of $800 for eligible persons for teeth straightening.

### Vision Care Coverage
After one year of service, benefits are provided for examination, lenses and certain frames. Paid expenses for vision care may not exceed once each 24 months (generally will not exceed $17.50 for covered services and materials.)

### Major Medical Coverage
For expenses not paid by your basic coverage.

80% of any remaining medical expenses which exceed the annual deductible. The amount of $50 for you or of an eligible family member, or $100 for you and your eligible family members. Your total out-of-pocket cost for covered outpatient psychiatric care, alimony treatment and drug-maintenance care would not be more than $250 per individual, unless for $500 combined deductible amount per year for each individual is expected. There is no maximum on lifetime benefits.

**YOU AND ELIGIBLE FAMILY MEMBERS ARE ENROLLED FOR : BASIC, DENTAL, VISION AND MAJOR MEDICAL COVERAGES.**

## Disability INCOME

### Monthly Payments
If you become disabled you may be eligible to receive salary continuation after disability benefits of

**$1,834 PER MONTH FOR 6 WEEKS**
**AND $1,263 PER MONTH FOR THE NEXT 45 WEEKS.**

If you remain disabled, you may be eligible for continuing disability benefits. Their several systems totaling **$1,043** per month up to age 65, thereby you may be eligible for continuing Social Security benefits of **$654** per month plus the taxpayers' maternity benefits of
**$0** per month payable for life.

In addition, if you have a dependent spouse and one or more children, You could receive up to **$476** per month from Social Security.

**Plus**
Depending on your eligibility and retirement status other benefits may be payable if you are totally and permanently disabled.

• Monthly installment payments of basic life insurance following expiration of inherited disability provide coverage up to **$27,** thereafter credited service areas you become totally and permanently disabled.

• Monthly installments of Personal Accident insurance.

• Entire amount balance under GM, Savings Stock Purchase Program, including GM's contributions.

## Survivors BENEFITS

In the event of your death while employed by GM, the following payments will be made to your beneficiary:

### Monthly Payments*
From the Insurance Program.
$330 to an eligible survivor, for up to 24 months **$175**. From the Social Security provided may be payable. There-after if you had a spouse, who upon your death was NOT ELIGIBLE to Social Security benefits, until her death age 45. Or if widow sooner was eligible to your years of service totaled 55 or more, $300 a month would be paid until the event of age 62, coverage of consideration to unreduced Social Security because of

• From the Retirement Program.
A noncontributory benefit of **$47,151**.

*A monthly survivor benefits are not payable or are valued under:

| | NOT MARRIED | MARRIED |
|---|---|---|
| Program survivor benefits for your spouse's lifetime, wage insurance | | |
| Contributory benefits of | NOT MARRIED | |

would begin immediately for your spouse's eligible monthly benefit.

*Optional Dependent Group Contract:*
Social Security could pay a surviving spouse and children as much as **NOT MARRIED**.
*Assumes you have been married at least one year and your spouse is the same age as you.

### Lump-sum payments
| | NOT ELECTED | ELECTED |
|---|---|---|
| Basic Life Insurance | $40,500 | |
| Optional Life Insurance | $6,250 | |
| Savings-Stock-Purchase account | 44,434 | |
| Retirement Program contributions | | |
| Social Security death payment | $255 | |

**Total** $47,151

**Plus**
• Plus, if death is accidental, one or more of these additional payments:

| | NOT ELECTED | ELECTED |
|---|---|---|
| Extra Basic Life Insurance | $20,250 | |
| Extra Accident Insurance | $20,250 | |
| Extra Accident Insurance while on company business) | | |
| Personal Accident Insurance | | |

**Plus**
1) GM will pay for health care coverages for your spouse and eligible children if you are still while salaried employed provided you:

• Elected the Retirement Program contributory continuing survivor option; and
2) Were eligible to retire voluntarily (except between ages 55 and 60 with between 10 and 30 years of credited service.)

## Retirement INCOME

## Savings-Stock Purchase PROGRAM

**ANNUAL STATEMENT OF ACCOUNT**

## Employe Stock Ownership PLAN

**ANNUAL STATEMENT OF ACCOUNT**

## Adding it All Up...



# GM 1983

# YOUR PERSONAL BENEFIT SUMMARY

## YOUR SHARE OF THE GM BENEFIT PROGRAM

PREPARED FOR:



Chairman

Based on your personal data as of December 31, 1982

---

# HEALTH CARE BENEFITS

## Basic Medical Care

## Major Medical

## Dental Care

## Vision Care

# RETIREMENT BENEFITS

**YOU AND ELIGIBLE FAMILY MEMBERS ARE ENROLLED FOR BASIC, DENTAL, VISION AND MAJOR MEDICAL COVERAGES.**

---

# INVESTMENT PLANS

## Savings-Stock Purchase Program

Total Value of Account at the end of 1982

## Employe Stock Ownership Plan

## Personal Retirement Income Plan

# SURVIVOR BENEFITS

BASIC, DENTAL, VISION AND MAJOR MEDICAL COVERAGES.

## RETIREMENT BENEFITS

Through December 31, 1982, your credited service is ........ 4 years 9 months.
Your contributions are $____.

Here's how the Retirement Program would be:

Prior to 11-7-77 ...........
7-1-77 to 10-1-78 .........
After 10-1-78 .............

If you work for GM until age 65, in 2026 your estimated monthly retirement income would be:

Here's how the Retirement Program would be:
- Basic benefit ...................... $222.00
- Contributory benefit ............. $614.00
- Supplement ....................... $222.00

From Social Security:
- Yourself ........................... $651.00
- Dependent spouse at age 65 ...... $427.00

**Total Monthly** ..................... $2,216.00

**Plus**

Estimates of your retirement income at other ages are available upon request from your Personnel Office.

* IF YOU CONTRIBUTE FROM JANUARY 1, 1983, TO AGE 65...

## DISABILITY INCOME

### Monthly Payments

If you become disabled you may be eligible to receive salary continuation and/or disability benefits of:

- $2,168 PER MONTH FOR 6 WEEKS AND
- $1,355 PER MONTH FOR THE NEXT 45 WEEKS.

If you remain disabled, you may be eligible for continuing disability benefits from several sources:

- $1,006 per month at age 33.  Thereafter, you may be eligible for continuing Social Security benefits
- $574 per month plus GM retirement benefits at

In addition, if you have a dependent spouse and one or more children, they could receive up to $383 per month from Social Security.

**Plus**

Depending on your eligibility and enrollment status, other benefits may be payable if you are totally and permanently disabled.

- Monthly installment payments of $___
- Monthly installment of Personal Accident Insurance
- Entire account balance under GM Savings-Stock Purchase Program including GM Contributions

* PLUS ENTIRE EMPLOYE STOCK OWNERSHIP ACCOUNT BALANCE.

*Retirement benefits are provided only for employes with two or more years of credited service.

## INCOME SECURITY

IF YOU ARE LAID OFF, YOU ARE ELIGIBLE FOR: SEMI-MONTHLY PAYMENTS OF $822.45 UNDER THE LAYOFF BENEFIT PLAN FOR 6 MONTHS, THEREAFTER, YOU ARE ELIGIBLE FOR SEMI-MONTHLY PAYMENTS OF $456.35 FOR 6 MONTHS. THESE PAYMENTS WILL BE REDUCED BY UNEMPLOYMENT COMPENSATION TO WHICH YOU ARE ENTITLED. DISABILITY BENEFITS AND ANY GM PAY RECEIVED, AND 75% OF ANY EARNINGS RECEIVED FROM ANOTHER EMPLOYER OR FROM SELF-EMPLOYMENT.

## SURVIVOR BENEFITS

In the event of your death while employed by GM, the following payments could be made to your beneficiary:

### Monthly Payments*

### Lump-sum payments

- Basic Life Insurance .......... $51,600
  - NOT ELECTED Optional Life Insurance
- $11,486 Savings-Stock Purchase Program
  - Retirement Program contributions
- $255 Social Security death benefit
- $245 EMPLOYE STOCK OWNERSHIP

$66,786 Total

* YOU ARE ELIGIBLE FOR 3.0 WEEKS OF VACATION, AND 11 HOLIDAYS IN 1983, AT A COST OF $2,625 TO GM.

## ADDING IT ALL UP

The combined GM Benefit Plans add significantly to the total pay you receive for the work you do. This year's cost is:

YOUR SALARY IS ............... $21,720
COST OF LIVING ALLOWANCE ... $4,334
BENEFITS INCLUDING
FOR SOCIAL SECURITY ...... $1,755
TOTAL ....................... $35,164*

**Plus**

GM will pay for health care coverage for you and your eligible dependents and provide you the following benefits:

$26,700 Extra Accident Insurance
$24,780 Survivor Income Benefits

**Plus**

1. Before the Retirement Program contributory
2. Were enrolled in the



# 1983
# PERSONAL BENEFIT SUMMARY
# YOUR SHARE OF THE GM BENEFIT PROGRAM

PREPARED FOR:

Based on your personal data as of December 31, 1982

Over the years General Motors has enjoyed tremendous prosperity — prosperity that has been shared with employes through jobs that provide high pay and generous benefits. But, as you know, economic conditions changed and these are not yet prosperous times. Nevertheless, we continue to remain highly competitive with other major companies in our employe benefit programs, and in most respects are second to none in North America.

Your benefit program coverages represent a significant part of your total compensation and a very large portion of GM's cost structure. Because of their importance, this 1983 Personal Benefit Summary has been developed for you. In reviewing it, I hope that you will see how the Corporation's investment in you translates to opportunity and protection for you and your family. It is also a reflection of how this company values its salaried employes who are second to none.

*Chairman*

# HEALTH CARE BENEFITS

## Basic Medical Care
100% of semiprivate room, board, and other hospital charges for up to 365 days, or 730 days in an approved nursing facility.

100% of covered doctors' charges for surgery, obstetrics, anesthesia, hospital visits, and consultations.

100% of the charge in excess of $3 for each covered prescription.

100% of the charges for outpatient hospital emergency care, laboratory services, x-rays, and certain other services.

100% of the charges for hearing aids, including tests to measure hearing loss. Also, an allowance is provided for tests to determine the appropriate hearing aid.

## Dental Care
While you are actively at work, the plan pays:

100% of fees for examinations and cleaning, 90% for fillings, x-rays, and extractions, and 50% for bridgework, dentures, and teeth straightening. The maximum dental benefits are $1000 per person per year, with a lifetime maximum of $800 per eligible person for teeth straightening.

## Vision Care
Benefits are provided for examination, lenses and certain frames. Your copayment for each covered individual during any 12 consecutive months generally will not exceed $12.50 for covered services and materials.

## Major Medical
For expenses not paid by your basic coverages.

80% of most remaining medical expenses which exceed the annual deductible amount of $125 for you or an eligible family member, or $250 for two or more eligible family members. Your total out-of-pocket cost (for other than outpatient psychiatric care, allergy treatment and chiropractic care) would not be more than $1,125 per year for each individual, unless the $50,000 maximum reimbursable amount per year for each individual is exceeded. There is no maximum on lifetime benefits.

```
YOU AND ELIGIBLE FAMILY MEMBERS ARE ENROLLED FOR:
BASIC, DENTAL, VISION AND MAJOR MEDICAL COVERAGES.
```

# RETIREMENT BENEFITS

Through December 31, 1982, your credited
service is    9 YEARS AND 11 MONTHS.
Your contributions are:

| | |
|---|---|
| Prior to 7-1-77 .......... | $275.94 |
| 7-1-77 to 10-1-79 ........ | $640.80 |
| After 10-1-79 ............ | $1,094.89 |

If you work for GM until age 65 in  2015  your estimated
monthly retirement income would be:

From the Retirement Program
—Noncontributory benefits ....... $825.00
—Contributory benefits .......... $1,430.00**M**
From Social Security
—Yourself ..................... $847.00
—Dependent spouse at age 65 ....NOT_MARRIED
        Total Monthly ........... $3,102.00

Estimated retirement benefits are based on the
assumption that your current pay will stay the same
until retirement. Retirement payments are for your
lifetime only (if you elect a survivor option, benefits
would be reduced).

Estimates of your retirement income at other ages are
available upon request from your Personnel Office.

## Plus

If you retire from GM (except at employe option
between ages 55 and 60 when your age and credited
service total less than 85):

* You may take your Savings-Stock Purchase
  Program account in a lump sum, or convert your
  account to a lifetime annuity.
* Your health care coverage will be continued for
  your lifetime.
* A portion of your Life Insurance and Personal
  Accident Insurance may be continued for your
  lifetime. Optional Life Insurance may be continued
  until age 70.

**M** ASSUMES CONTINUED CONTRIBUTIONS TO AGE 65 AND NO WITHDRAWALS.

# DISABILITY INCOME

## Monthly Payments

If you become disabled you may be eligible to receive salary continuation and/or disability benefits of

$2,913 PER MONTH FOR 13 WEEKS AND
$1,901 PER MONTH FOR THE NEXT 40 WEEKS.

If you remain disabled, you may be eligible for continuing disability benefits from several sources, totaling
$1,666  per month to age    42  Thereafter, you may be eligible for continuing Social Security benefits
of    $???  per month plus GM retirement* benefits of ---- $42.4 per month payable for life.

In addition, if you have a dependent spouse and one or more children, they could receive up to          $365
per month from Social Security.

## Plus

Depending on your eligibility and enrollment status, other benefits may be payable if you are totally and
permanently disabled:

* Monthly installment payments of basic life insurance following expiration of extended disability benefits
  because you had less than 10 years of credited service when you became totally and permanently disabled
* Monthly installments of Personal Accident Insurance.
* Entire account balance under GM Savings-Stock Purchase Program, including GM's contributions.

**M** PLUS ENTIRE EMPLOYE STOCK OWNERSHIP ACCOUNT BALANCE.

*Retirement benefits are projected only for employes with ten or more years of credited service

# INCOME SECURITY

IF YOU ARE LAID OFF, YOU ARE ELIGIBLE FOR SEMI-MONTHLY PAYMENTS OF
$1,092.33 UNDER THE LAYOFF BENEFIT PLAN FOR   6 MONTHS.   THEREAFTER,
YOU ARE ELIGIBLE FOR SEMI-MONTHLY PAYMENTS OF   $873.86 FOR   6 MONTHS.
THESE PAYMENTS WILL BE REDUCED BY UNEMPLOYMENT COMPENSATION TO WHICH
YOU ARE ENTITLED, STATE DISABILITY BENEFITS AND ANY GM PAY RECEIVED,
AND 75% OF ANY EARNINGS RECEIVED FROM ANOTHER EMPLOYER OR FROM
SELF-EMPLOYMENT.

# INVESTMENT PLANS
## Savings-Stock Purchase Program

**Total Value of your Account at the end of 1982**

| | |
|---|---|
| U.S. Savings Bonds (at cost) ........ | |
| Diversified U.S. Securities @ ........ | |
| GM Common Stock @ $62.62...... | $12,089 |
| Income Fund...................... | $8,231 |
| Equity Index Fund @ $205.32 ..... | $2,083 |
| Cash............................. | |
| **Total** ................ | **$22,403** |

The statement below shows your account status. Shares of GM stock purchased with GM's contributions and with dividends on GM's contributions during 1980, 1981 and 1982 are subject to being "earned out" in accordance with the terms of the Program.

YOUR SAVINGS FROM 1/1/82 THROUGH 7/31/82 = $1,992.00.

### ANNUAL STATEMENT OF ACCOUNT

| | | Classes Earned Out | Classes Not Earned Out | | | TOTAL |
|---|---|---|---|---|---|---|
| | | Through 1979 | 1980 | 1981 | 1982 | |
| | Your Savings | $2,556 | $2,919 | $3,209 | $3,425 | $12,109 |
| Purchased with Your Savings And Earnings on Your Savings | 1. U.S. Savings Bonds | | | | | |
| | 2. Diversified U.S. Securities | | | | | |
| | 3. GM Common Stock | (SHARES) | 29.9285 (SHARES) | 34.5537 (SHARES) | 38.1045 (SHARES) | 102.5867 (SHARES) |
| | 4. Income Fund | $4,397.20 | $1,958.30 | $1,875.76 | | $8,231.26 |
| | 5. Equity Index Fund | (UNITS) | (UNITS) | (UNITS) | 10.1471 (UNITS) | 10.1471 |
| | Cash Balance Plus Interest | | | | | |
| Purchased with GM Contributions | GM Common Stock | (SHARES) | 32.5489 (SHARES) | 20.7323 (SHARES) | 22.8625 (SHARES) | 76.1437 (SHARES) |
| Purchased with an Dividends | GM Common Stock | (SHARES) | 8.5869 (SHARES) | 4.2865 (SHARES) | 1.4365 (SHARES) | 14.3099 (SHARES) |

## Employe Stock Ownership Plan

The statement below shows your account status as of December 31, 1982. It includes shares of GM common stock purchased with any voluntary contributions you made, and with matching contributions made by GM, during 1982 for Plan Year 1981.

### ANNUAL STATEMENT OF ACCOUNT
Shares Purchased With

| Plan Year | GM Automatic Contribution | *Your Contribution | *GM Matching Contribution | All Dividends | Total Shares |
|---|---|---|---|---|---|
| 1976-1980 | 9.2035 | | | 2.6943 | 11.8978 |
| 1981 | 3.0067 | | | .0302 | 3.0369 |
| Total | 12.2102 | | | 2.7245 | 14.9347 |

*Although the amount contributed by GM to match your voluntary contribution, if any, is the same, the number of shares allocated to your account may be different because the shares are purchased at different times at different market costs. For Plan Year 1981, you and GM contributed _____ • Based on the December 31, 1982 GM common stock price of ____ $62.62 the market value of your account was ____ $935.29.

## Personal Retirement Income Plan

You may contribute up to $2000 annually ($2250 if you have a non-working spouse, $4000 if you have a working spouse who earns at least $2000 annually) to an Individual Retirement Account (IRA). Through the convenience of payroll deductions, you can make contributions to the Personal Retirement Income Plan, sponsored by Putnam Fund Distributors, Inc. The amount you contribute is deductible from your gross income for Federal tax purposes. If you enrolled in the Personal Retirement Income Plan an annual statement of your account has been provided to you by Putnam.

# SURVIVOR BENEFITS

In the event of your death while employed by GM, the following payments would be made to your beneficiary

## Monthly Payments*

From the Insurance Program:
$300 to an eligible survivor, for up to 24 months ($175 if certain Social Security benefits are payable). Thereafter, your spouse who, upon your death, was 1) at least age 45, or 2) whose age, when added to your years of service, totals 55 or more, would be paid $300 a month until the earlier of age 62, remarriage or entitlement to unreduced Social Security because of your death

From the Retirement Program:
A noncontributory benefit of **NOT MARRIED** for your spouse's lifetime when Insurance Program survivor benefits are not payable or are waived. Contributory benefits of **NOT MARRIED** would begin immediately for your spouse's lifetime in lieu of return of contributions.

From Social Security:
Social Security could pay a surviving spouse and children as much as **NOT MARRIED**

*Assumes you have been married at least one year and your spouse is the same age as you.

*Optional Dependent Insurance:*
**NOT ELECTED** Life Insurance—spouse
**NOT ELECTED** Life Insurance—each child

Contributory Personal Accident Insurance, which provides additional coverage for death, dismemberment, and certain other conditions resulting from bodily injury sustained in an accident, also is available to you.

## Lump-sum payments

| | |
|---|---|
| $70,800 | Basic Life Insurance |
| NOT ELECTED | Optional Life Insurance |
| $22,403 | Savings-Stock Purchase Program |
| $2,012 | Retirement Program contributions |
| $255 | Social Security death payment |
| $935 | EMPLOYE STOCK OWNERSHIP |

**$96,405 Total**

Plus, if death is accidental:
$35,400 Extra Accident Insurance
$35,400 Extra Accident Insurance (while on company business)

## Plus

GM will pay for health care coverages for your spouse and eligible children if you die while actively employed provided you

1) Elected the Retirement Program contributory surviving spouse option and had 10 years or more of credited service, or

2) Were eligible to retire voluntarily (except between ages 55 and 60 when your age and credited service total less than 85).

# ADDING IT ALL UP

The combined GM Benefit Plans add significantly to the total pay you receive for the work you do. On an annualized basis,

```
YOUR SALARY IS............ $30,420
COST OF LIVING ALLOWANCE.. $4,534
BENEFITS INCLUDING $2,341
FOR SOCIAL SECURITY...... $9,562
TOTAL.................... $44,516*

* YOU ARE ELIGIBLE FOR 3.5 WEEKS OF VACATION, AND 11 HOLIDAYS
IN 1983, AT A COST OF $3,831 TO GM.
```

GM's cost for your benefits is even higher than indicated, because you enjoy many benefits for which costs have not been calculated for this statement. These include

- Salary continuation payments
- Unemployment and Workers Compensation
- Tuition Refund Plan
- GM layoff or separation allowance benefits
- Suggestion Plan
- New Vehicle Purchase Program

This personal summary has been prepared for you based on information as of December 31, 1982. Every effort has been made to give you figures that are accurate and up to date.

Eligibility for benefits and the actual amount of payment under all of GM's plans that make up your benefit program must be determined under the legal documents that apply to each plan.

General Motors does not have access to your complete earnings records for Social Security purposes. Therefore, Social Security benefits in this statement are estimates only. If you earned less than the maximum amount subject to Social Security taxes, your Social Security benefits may be lower than the amounts shown above.

# INVESTMENT PLANS
## Savings-Stock Purchase Program

**Total Value of your Account at the end of 1982**

U.S. Savings Bonds (at cost) .........
Diversified U.S.
　Securities @ .........
GM Common Stock @ .....
Income Fund.................
Equity Index Fund @ .....
Cash....................
　　　Total .................

The statement below shows your account status. Shares of GM stock purchased with GM's contributions and with dividends on GM's contributions during 1980, 1981 and 1982 are subject to being "earned out" in accordance with the terms of the Program.

*HAVE NOT ELECTED*

### ANNUAL STATEMENT OF ACCOUNT

| | | Classes Earned Out | | Classes Not Earned Out | | TOTAL |
|---|---|---|---|---|---|---|
| | | Through 1979 | 1980 | 1981 | 1982 | |
| | Your Savings | | | | | |
| Purchased with Your Savings and earnings on Your Savings | 1. U.S. Savings Bonds | | | | | |
| | 2. Diversified U.S. Securities (UNITS) | | | | | |
| | 3. GM Common Stock (SHARES) | | | | | |
| | 4. Income Fund (SHARES) | | | | | |
| | 5. Equity Index Fund (UNITS) | | | | | |
| | Cash Balance Plus Interest | | | | | |
| Purchased with GM Contributions | GM Common Stock (SHARES) | | | | | |
| Purchased with all Dividends | GM Common Stock (SHARES) | | | | | |

## Employe Stock Ownership Plan

The statement below shows your account status as of December 31, 1982. It includes shares of GM common stock purchased with any voluntary contributions you made, and with matching contributions made by GM, during 1982 for Plan Year 1981.

### ANNUAL STATEMENT OF ACCOUNT
Shares Purchased With

| Plan Year | GM Automatic Contribution | *Your Contribution | *GM Matching Contribution | All Dividends | Total Shares |
|---|---|---|---|---|---|
| 1975-1980 | 11.7164 | 3.2434 | 2.7974 | 4.8483 | 22.6055 |
| 1981 | 3.0066 | 2.2831 | 2.7108 | .0600 | 8.0605 |
| Total | 14.7230 | 5.5265 | 5.5082 | 4.9083 | 30.6660 |

*Although the amount contributed by GM to match your voluntary contribution, if any, is the same, the number of shares allocated to your account may be different because the shares are purchased at different times at different market costs. For Plan Year 1981, you and GM contributed $258.24. Based on the December 31, 1982 GM common stock price of $62.62 the market value of your account was $1,920.46.

## Personal Retirement Income Plan

You may contribute up to $2000 annually ($2250 if you have a non-working spouse, $4000 if you have a working spouse who earns at least $2000 annually) to an Individual Retirement Account (IRA). Through the convenience of payroll deductions, you can make contributions to the Personal Retirement Income Plan, sponsored by Putnam Fund Distributors, Inc. The amount you contribute is deductible from your gross income for Federal tax purposes. If you

# RETIREMENT BENEFITS

Through December 31, 1982, your credited service is **12 YEARS AND 5 MONTHS.**
Your contributions are:

| | |
|---|---|
| Prior to 7-1-77 . . . . . . . . . | $358.56 |
| 7-1-77 to 10-1-79 . . . . . . . . | $790.20 |
| After 10-1-79 . . . . . . . . . . | $1,297.05 |

If you work for GM until age 65 in **2012** your estimated monthly retirement income would be:

From the Retirement Program
| | |
|---|---|
| —Noncontributory benefits . . . . . . . . | $806.00 |
| —Contributory benefits . . . . . . . . . . | $1,693.00 * |

From Social Security
| | |
|---|---|
| —Yourself . . . . . . . . . . . . | $835.00 |
| —Dependent spouse at age 65 . . . . . | $418.00 |
| **Total Monthly** . . . . . . . . . . . | $3,752.00 |

Estimated retirement benefits are based on the assumption that your current pay will stay the same until retirement. Retirement payments are for your lifetime only (if you elect a survivor option, benefits would be reduced).

Estimates of your retirement income at other ages are available upon request from your Personnel Office.

## Plus

If you retire from GM (except at employe option between ages 55 and 60 when your age and credited service total less than 85):

* You may take your Savings-Stock Purchase Program account in a lump sum, or convert your account to a lifetime annuity.
* Your health care coverage will be continued for your lifetime.
* A portion of your Life Insurance and Personal Accident Insurance may be continued for your lifetime. Optional Life Insurance may be continued until age 70.

**\* ASSUMES CONTINUED CONTRIBUTIONS TO AGE 65 AND NO WITHDRAWALS.**

# DISABILITY INCOME

## Monthly Payments

If you become disabled you may be eligible to receive salary continuation and/or disability benefits of
**$3,258 PER MONTH FOR 26 WEEKS AND**
**$2,160 PER MONTH FOR THE NEXT 27 WEEKS.**

If you remain disabled, you may be eligible for continuing disability benefits from several sources, totaling **$1,903** per month to age **65**. Thereafter, you may be eligible for continuing Social Security benefits of **$706** per month plus GM retirement benefits of **$539** per month payable for life.

In addition, if you have a dependent spouse and one or more children, they could receive up to **$353** per month from Social Security.

## Plus

Depending on your eligibility and enrollment status, other benefits may be payable if you are totally and permanently disabled:

* Monthly installment payments of basic life insurance following expiration of extended disability benefits because you had less than 10 years of credited service when you became totally and permanently disabled.
* Monthly installments of Personal Accident Insurance.
* Entire account balance under GM Savings-Stock Purchase Program, including GM's contributions.

**\* PLUS ENTIRE EMPLOYE STOCK OWNERSHIP ACCOUNT BALANCE.**

*Retirement benefits are projected only for employes with ten or more years of credited service.

# INCOME SECURITY

**IF YOU ARE LAID OFF, YOU ARE ELIGIBLE FOR SEMI-MONTHLY PAYMENTS OF $1,221.70 UNDER THE LAYOFF BENEFIT PLAN FOR 6 MONTHS. THEREAFTER, YOU ARE ELIGIBLE FOR SEMI-MONTHLY PAYMENTS OF $977.36 FOR 18 MONTHS. THESE PAYMENTS WILL BE REDUCED BY UNEMPLOYMENT COMPENSATION TO WHICH YOU ARE ENTITLED, STATE DISABILITY BENEFITS AND ANY GM PAY RECEIVED, AND 75% OF ANY EARNINGS RECEIVED FROM ANOTHER EMPLOYER OR FROM SELF-EMPLOYMENT.**
**EMPLOYES WITH 15 OR MORE YEARS OF SERVICE AT THE TIME OF LAYOFF (10 OR MORE YEARS IF THE LAYOFF IS DUE TO A PLANT CLOSING) MAY BE ELIGIBLE TO RECEIVE INCOME PROTECTION PLAN BENEFITS AFTER LAYOFF BENEFIT PLAN PAYMENTS END. BENEFITS CAN CONTINUE UNTIL RETIREMENT, OR UP TO AGE 62, WHICHEVER COMES FIRST. DEPENDING ON YEARS OF SERVICE, SEMI-MONTHLY INCOME WOULD RANGE FROM 50% TO 60% OF BASE PAY AND COLA AS OF THE LAST DAY WORKED, INCLUDING ANY EARNINGS AND STATUTORY BENEFIT ENTITLEMENT.**

# SURVIVOR BENEFITS

In the event of your death while employed by GM, the following payments would be made to your beneficiary:

## Monthly Payments*

**From the Insurance Program:**

$300 to an eligible survivor, for up to 24 months ($175 if certain Social Security benefits are payable). Thereafter, your spouse who, upon your death, was 1) at least age 45, or 2) whose age, when added to your years of service, totals 55 or more, would be paid $300 a month until the earlier of age 62, remarriage or entitlement to unreduced Social Security because of your death.

**From the Retirement Program:**

A noncontributory benefit of NOT ELIGIBLE for your spouse's lifetime when Insurance Program survivor benefits are not payable or are waived.

(B) Contributory benefits of $148 PER MONTH would begin immediately for your spouse's lifetime in lieu of return of contributions.

**From Social Security:**

Social Security could pay a surviving spouse and children as much as $1,277 PER MONTH.

*Assumes you have been married at least one year and your spouse is the same age as you.

**Optional Dependent Insurance:**

$50,000 Life Insurance—spouse
$10,000 Life Insurance—each child

Contributory Personal Accident Insurance, which provides additional coverage for death, dismemberment, and certain other conditions resulting from bodily injury sustained in an accident, also is available to you.

## Lump-sum payments

| | |
|---|---|
| $79,100 | Basic Life Insurance |
| $197,700 | Optional Life Insurance |
| | Savings-Stock Purchase Program |
| SEE (B) | Retirement Program contributions |
| $255 | Social Security death payment |
| $1,920 | EMPLOYE STOCK OWNERSHIP |
| $278,975 | **Total** |

Plus, if death is accidental:

| | |
|---|---|
| $39,550 | Extra Accident Insurance |
| $39,550 | Extra Accident Insurance (while on company business) |

## Plus

GM will pay for health care coverages for your spouse and eligible children if you die while actively employed provided you:

1) Elected the Retirement Program contributory surviving spouse option and had 10 years or more of credited service, or

2) Were eligible to retire voluntarily (except between ages 55 and 60 when your age and credited service total less than 85).

# ADDING IT ALL UP

The combined GM Benefit Plans add significantly to the total pay you receive for the work you do. On an annualized basis,

| | |
|---|---|
| YOUR SALARY IS | $34,560 |
| COST OF LIVING ALLOWANCE | $4,534 |
| BENEFITS INCLUDING $2,391 | |
| FOR SOCIAL SECURITY | $11,752 |
| TOTAL | $50,846* |

*YOU ARE ELIGIBLE FOR 3.5 WEEKS OF VACATION, AND 11 HOLIDAYS IN 1983, AT A COST OF $4,285 TO GM.

GM's cost for your benefits is even higher than indicated, because you enjoy many benefits for which costs have not been calculated for this statement. These include:

- Salary continuation payments
- Unemployment and Workers Compensation
- Tuition Refund Plan
- GM layoff or separation allowance benefits
- Suggestion Plan
- New Vehicle Purchase Program

This personal summary has been prepared for you based on information as of December 31, 1982. Every effort has been made to give you figures that are accurate and up to date.

Eligibility for benefits and the actual amount of payment under all of GM's plans that make up your benefit program must be determined under the legal documents that apply to each plan.

General Motors does not have access to your complete earnings records for Social Security purposes. Therefore, Social Security benefits in this statement are estimates only. If you earned less than the maximum amount subject to Social Security taxes, your Social Security benefits may be lower than the amounts shown above.



# 1983
# PERSONAL BENEFIT SUMMARY
## YOUR SHARE OF THE GM BENEFIT PROGRAM

### PREPARED FOR:

Based on your personal data as of December 31, 1982

Over the years General Motors has enjoyed tremendous prosperity — prosperity that has been shared with employes through jobs that provide high pay and generous benefits. But, as you know, economic conditions changed and these are not yet prosperous times. Nevertheless, we continue to remain highly competitive with other major companies in our employe benefit programs, and in most respects are second to none in North America.

Your benefit program coverages represent a significant part of your total compensation and a very large portion of GM's cost structure. Because of their importance, this 1983 Personal Benefit Summary has been developed for you. In reviewing it, I hope that you will see how the Corporation's investment in you translates to opportunity and protection for you and your family. It is also a reflection of how this company values its salaried employes who are second to none.

*Chairman*

# HEALTH CARE BENEFITS

### Basic Medical Care
100% of semiprivate room, board, and other hospital charges for up to 365 days, or 730 days in an approved nursing facility.

100% of covered doctors' charges for surgery, obstetrics, anesthesia, hospital visits, and consultations.

100% of the charge in excess of $3 for each covered prescription.

100% of the charges for outpatient hospital emergency care, laboratory services, x-rays, and certain other services.

100% of the charges for hearing aids, including tests to measure hearing loss. Also, an allowance is provided for tests to determine the appropriate hearing aid.

### Dental Care
While you are actively at work, the plan pays:

100% of fees for examinations and cleaning, 90% for fillings, x-rays, and extractions, and 50% for bridgework, dentures, and teeth straightening. The maximum dental benefits are $1000 per person per year, with a lifetime maximum of $800 per eligible person for teeth straightening.

### Vision Care
Benefits are provided for examination, lenses and certain frames. Your copayment for each covered individual during any 12 consecutive months generally will not exceed $12.50 for covered services and materials.

### Major Medical
For expenses not paid by your basic coverages:

80% of most remaining medical expenses which exceed the annual deductible amount of $125 for you or an eligible family member, or $250 for two or more eligible family members. Your total out-of-pocket cost (for other than outpatient psychiatric care, allergy treatment and chiropractic care) would not be more than $1,125 per year for each individual, unless the $50,000 maximum reimbursable amount per year for each individual is exceeded. There is no maximum on lifetime benefits.

```
YOU AND ELIGIBLE FAMILY MEMBERS ARE ENROLLED FOR:
BASIC, DENTAL, VISION AND MAJOR MEDICAL COVERAGES.
```



# PERSONAL BENEFIT SUMMARY
## YOUR SHARE OF THE GM BENEFIT PROGRAM

Based on your personal data as of December 31, 1983

The benefit coverages provided for you are a measure of the Corporation's appreciation for your contribution to GM's outstanding success in 1983. This past year we can all take pride in the past year's record sales and profits. As partners in GM's success, these profits now have been shared with our salaried employees.

As you study your 1984 Personal Benefit Summary, I feel confident the Corporation's continuing commitment to you as a member of our salaried workforce is evident.

## HEALTH CARE BENEFITS

### Basic Medical Care

### Dental Care

### Vision Care

### Major Medical

YOU AND ELIGIBLE FAMILY MEMBERS ARE ENROLLED FOR:
BASIC, DENTAL, VISION AND MAJOR MEDICAL COVERAGES.

## RETIREMENT BENEFITS

* ASSUMES CONTINUED CONTRIBUTIONS TO AGE 65 AND NO WITHDRAWALS.

## DISABILITY INCOME
### Monthly Payments

## INCOME SECURITY

## Savings-Stock Purchase Program

### ANNUAL STATEMENT OF ACCOUNT

## Employe Stock Ownership Plan

### ANNUAL STATEMENT OF ACCOUNT

## Personal Retirement Income Plan

## SURVIVOR BENEFITS

### Monthly Payments

## ADDING IT ALL UP

# 1985 GM

## PERSONAL BENEFIT SUMMARY
## YOUR SHARE OF THE GM BENEFIT PROGRAM

PREPARED FOR:

GMC CENTRAL OFFICE
3044 W GRAND BLVD
DETROIT      MI 48202



_____
Chairman

---

## INVESTMENT PLANS
## Savings–Stock Purchase Program

Total Value of your Account at the end of 1984

U.S. Savings Association Fund ....................... $10,732
Non-U.S. Savings Association Fund .................... $287
Gov Investment @ $78.66 ............................. $6,330
Par Value & Source @ $42.25 .........................
Preferred @ $42.25 ..................................
Equity Index Fund @
Profit Sharing–GM $
Cash ................................................

Total ..................................... $17,439

The statement below shows your account status. Regular savings are displayed in the upper half of this column. Your contributions and earnings are displayed in the lower half. U.S. Savings funds are all Regular Savings and the GM is all Plus Savings. Profit Sharing and the GM is all Plus Savings. Dividends and GM contributions during 1982, 1983, and 1984 are subject to being taken out of Savings. Your share under the Program. Plus Savings for 1983 have been reduced by the amount of any outstanding loan you may have.

### ANNUAL STATEMENT OF ACCOUNT

| | Owned Amount Beginning 1984 | Amount Invested 1984 | TOTAL |
|---|---|---|---|
| Total Value | $42,367.00 | $684.00 | $43,606.00 |
| | $2,555.00 | $5,181.00 | $5,181.00 |
| First Source | 25,5450 | 28,4343 | 591.5338 |
| U.S. Savings Association | | 5.5998 | 14.9230 |
| Plus Savings | 43,765.06 | 4415.61 | 43,7777.65 |
| | 41,657.30 | | 02,452.09 |
| Equity Index | 15.3299 | 17.0602 | 46.1763 |
| | 4.1171 | 6.3418 | 17.4932 |
| GM Common | 2.9132 | 2.3623 | 5.4532 |
| | | .4837 | 1.1356 |

*Estimated Income Balance*

## Profit Sharing Plan

Your share of the distribution of the General Motors Corporation's 1983 U.S. profits was .......... $645.13. If you elected to invest all or part, your share was .......... $545.13 If you invested that amount is reflected in the option described above. If you elected to invest in the Guaranteed Income Contract under the S-SPP Profit Sharing Option, the amount invested. If you elected to invest in GM Common stock under the Profit Sharing Option, the amount is reflected in Option.

## Employe Stock Ownership Plan

The statement below shows your account shares on December 31, 1984. It includes shares of GM common stock purchased with any voluntary contributions you made, and for the period 1975 through 1982, with matching contributions made by GM. The 1982 GM certificates are issued first determines your cash value.

### ANNUAL STATEMENT OF ACCOUNT

| | Old Amount Beginning 1984 | Amount Invested | | |
|---|---|---|---|---|
| GM Common | 1.1511 | 1.4111 | .4326 | 5.7697 | .0752 |
| | 1.5445 | NOT APPLICABLE | .0263 | 1.5906 | .0752 |
| Total | 4.7142 | 1.4111 | 1.5727 | 8.3503 | .4112 |

Based on the December 31 GM common stock price of $78.66 the market value of these shares was $652.42. Based on the December 31, 1984 GM Class E stock price of $42.25 the market value of $652.42.

---

## HEALTH CARE BENEFITS

### Basic Medical Care

100% of your private room, board, and other hospital charges for up to 365 days, or 730 days in approved nursing facility.

100% of covered doctors' charges for surgery, obstetrics, anesthesia, hospital visits, and consultations.

100% of the charges in excess of $35 for each covered service per year.

100% of covered charges for diagnostic x-ray, laboratory services, radiology services, and certain other services.

100% of the charges for hearing aids, including tests to measure hearing loss. A test, an allowance is provided for tests to determine the appropriate hearing aid.

### Dental Care

While you are actively at work, the plan pays:

100% of less for examinations and cleaning, 80% for fillings, x-rays, and extractions, and 50% for bridgework, dentures, and teeth straightening. The maximum dental benefits are $800 per person per year, with a lifetime maximum of $900 per eligible person for teeth straightening.

### Vision Care

Benefits are provided for examination, lenses and contact lenses. Your copayment for each covered individual during any 12 consecutive months generally will not exceed $17.50 for covered services and materials.

### Major Medical

For expenses not paid by your basic coverages

100% of most remaining medical expenses based on the annual deductible amount of $125 for you or an eligible family member, or $250 for two or more eligible family members. Your total out-of-pocket cost after other than supervised psychiatric care, allergy treatment and chiropractic claim would not be more than $1,125 per year for you, or your eligible family members. The maximum reimbursable amount per year for each individual is provided. There is no maximum on lifetime benefits.

YOU AND ELIGIBLE FAMILY MEMBERS ARE ENROLLED FOR: BASIC, DENTAL, VISION AND MAJOR MEDICAL COVERAGES.

---

## RETIREMENT BENEFITS

Estimated retirement benefits are based on the

| | 1.3615 | NOT APPLICABLE | .0253 | 1.5796 | .0253 |
|---|---|---|---|---|---|
| | 4.7164 | 1.4113 | 1.5762 | .6559 | 3.3643 | .4142 |

## RETIREMENT BENEFITS

Through December 31, 1984, your credited service is 5 YEARS AND 9 MONTHS.

Your contributions are:
- Pre-Tax ...
- After tax ...

If you leave GM (except at an employer option) before age 55 and 60 when your age and credited service total less than 85:

From the Salaried Retirement Program
- Noncontributory benefits ............ $6992.00
- Contributory benefits ............... $6695.00

From Social Security
- Yourself ............................ $6671.00
- Dependent spouse at age 62 .......... $6436.00

Total Monthly ......................... $2,753.00

Estimated retirement benefits are based on the assumptions that your current pay will stay the same until retirement. Retirement payments are for your lifetime, although if you elect a survivor option, benefits would be reduced.

Estimates of your retirement income at various ages are available upon request from your Personnel Office.

**Plus**

If you retire from GM (except at employer option) between ages 55 and 60 when your age and credited service total 85 or more.

- You may take your Savings-Stock, Purchase Program account in a lump sum, defer receipt to a later year, or take installment payments.
- Your health care coverage will be continued for your lifetime.
- A portion of your Life Insurance and Personal Accident Insurance may be continued for your lifetime. Group Life Insurance may be continued until age 70.

## DISABILITY INCOME

### Monthly Payments

If you become disabled and you may be eligible to receive salary continuation and/or disability benefits of

- $2,228 PER MONTH FOR 13 WEEKS AND
- $1,836 PER MONTH FOR THE NEXT 40 WEEKS.

If you remain disabled you may be eligible for continuing disability benefits from several sources, totaling $1,461 per month to age 65. Thereafter, you may be eligible for continuing Social Security benefits of $835 per month plus your GM retirement benefits of _____ per month payable for life.

**Plus**

In addition, if you have a dependent spouse and one or more children, they could receive up to $628 per month from Social Security.

## INCOME SECURITY

IF YOU ARE LAID OFF, YOU ARE ELIGIBLE FOR SEMI-MONTHLY PAYMENTS OF $966. UNDER THE LAYOFF BENEFIT PLAN FOR 6 MONTHS. THEREAFTER, YOU ARE ELIGIBLE FOR SEMI-MONTHLY PAYMENTS OF $773.55 FOR 6 MONTHS. YOU MAY ALSO RECEIVE STATE UNEMPLOYMENT COMPENSATION WHICH WILL BE REDUCED BY YOUR DISABILITY BENEFITS AND ANY GM PAY RECEIVED AND 25% OF ANY EARNINGS RECEIVED FROM ANOTHER EMPLOYER OR FROM SELF-EMPLOYMENT.

## Personal Retirement Income Plan

You may contribute up to $2000 annually ($250) if you have a non-working spouse, $4000 if you have a working spouse who earns at least $2000 annually) in an Individual Retirement Account (IRA). Through the convenience of payroll deductions, you can make contributions to the Personal Retirement Income Plan, sponsored by Putnam Fund Distributors, Inc. This is a summary of the benefits to date based on your gross pay for the period you enrolled in the Personal Retirement Income Plan, an annual statement of your account has been promised to you by Putnam.

## SURVIVOR BENEFITS

In the event of your death while employed by GM, the following payments will be made to your beneficiary.

### Monthly Payments

From the Insurance Program

$250 in an eligible survivor, for up to 24 months ($250 if you have no eligible survivor, or less if you have an eligible survivor past age 62 or 24 months after your death, when benefits are $150 a month) or 21 where age, when added to your years of service, equals 65 or more until age 65, whatever is later).

From Social Security
Social Security would pay monthly benefits to your beneficiary at or after age 62, (earlier if there are children) based on the greater of age62, reduced age or child-need to an estimated Social Security because of your death.

### Lump-Sum payments

From the Insurance Program
- $61,000 Basic Life Insurance
- $132,300 Optional Life Insurance
- $17,109 Savings-Stock Purchase Program

From Social Security
- $255 Social Security death payment
- $670 Employee-Stock Ownership Plan

**Total** $211,516

**Plus**
If your death is accidental:
- $61,000 Basic Accident Insurance
- $30,500 Extra Accident Insurance
(unless coverage lapses)

**Plus**
GM will pay for health care coverage to your spouse and eligible children if you die while actively employed provided your:
1) surviving spouse and had 10 years or more of service, or
2) were eligible to retire voluntarily (except between ages 55 and 60 when your age and credited service total less than 85).

## ADDING IT ALL UP

The combined GM Benefit Plans add significantly to the total you receive in return for the work you do. On an annualized basis:

YOUR SALARY IS ................... $30,459
COST OF LIVING ALLOWANCE ......... $678
BENEFITS INCLUDING FOR SOCIAL SECURITY ... $2,181
TOTAL CASH ....................... $33,576

× VALUE OF 3.6 WEEKS OF VACATION, AND 15 HOLIDAYS
IN 1985, AT A COST OFF $4,653,569 TO GM.

# 1986

## PERSONAL BENEFIT SUMMARY
### YOUR SHARE OF THE GM BENEFIT PROGRAM

PREPARED FOR:

GCC CENTRAL OFFICE
3044 W. GRAND BLVD
DETROIT        MI 48202

---

Based on your personal data as of December 31, 1985.

The salary you receive through your paycheck is just one item of the total income and benefits available to you and your family from General Motors. Your full benefit programs provide this income, and add to your total financial security and that of your family. Your statements are among the best of American industry, current and future, and have been planned during 1985, which was a very good year — your opportunity for personal financial planning through GM savings and investment programs.

We are pleased to provide you with this updated summary of your GM benefits and their net worth to you and your family. The summary has been expanded to reflect the Enhanced Dental Plan and improvements in the Flexible Compensation Program. Your continuing participation in the success of GM makes these improvements possible.

[signature]
Chairman

---

## HEALTH CARE BENEFITS (Informed Choice Plan)

YOU ARE ENROLLED IN FAMILY MEMBERSHIP UNDER THE
TRADITIONAL PLAN. THE PREFERRED CHOICE PLAN.
YOUR ENROLLMENT INCLUDES: BASIC, DENTAL, VISION AND MAJOR MEDICAL COVERAGES

In most cases and for the most part, any health care costs you incur for covered services are assisted directly as set by GM. The average annual value of GM-paid health care coverages for you, your dependents, and are the persons covered by our health care programs during 1986 is shown below:

| | |
|---|---|
| Health Care | |
| Dependent Care | |
| Legal Services | |

| | |
|---|---|
| HOSPITAL & SURGICAL/MEDICAL | |
| PRESCRIPTION DRUG | |
| HEARING AID | |
| SUBSTANCE ABUSE | |
| VISION | |
| DENTAL | |
| CHIP | |

| | |
|---|---|
| | $1,804,695,100 |
| | 47,431,473 |
| | 259,194,666 |
| | 14,158,200 |
| Total | $2,126,170,666 |

The average annual cost to GM of your health care coverages is **$2,431.61 FOR FAMILY COVERAGE.**

---

## FLEX 86 (Flexible Compensation Spending Accounts)

For 1986, you chose to make before-tax deposits to Flex spending accounts as follows:

YOU HAVE ELECTED TO PURCHASE SUPPLEMENTED INSURANCE UNDER FLEX '86



---

# INVESTMENT PLANS
## Savings-Stock Purchase Program

Total Value of Your Account at the end of 1985

| | |
|---|---|
| U.S. Savings Bonds (at cost) | |
| Diversified Securities Fund | $16,220 |
| GM Common Stock | $953 |
| GM Class E Stock at $40.87 | $10,912 |
| Income Fund | |
| Equity-Index Fund | |
| Profit-Sharing (GM) | |
| Cash | |
| **Total** | **$25,691** |

The statements below show your account status. Regular savings are an employee-in-the-Savings-Stock Purchase Program option section. Plus, Savings are allocated in this Invest Plan account. Each of the U.S. Savings Bonds at GM stock purchased with GM common stock. Earned Tax-Deferred GM's contributions, during 1984, 1984, and 1985 are temporarily being "earned out" in accordance with the terms of the Program. Note: Plan Savings for 1986 and 1984 have been reduced by the amount of any outstanding loan(s) you have.

YOUR REGULAR SAVINGS FROM 1/1/85
THRU 7/31/85 WAS                    $102.

## ANNUAL STATEMENT OF ACCOUNT
(Unless Noted Earlier)

| | Amount Held in Cost | Emp. | Cost | Value |
|---|---|---|---|---|
| Net Savings | $46,921.30 | $686.00 | $5182.20 | $5,786.00 |
| | 95,551.81 | 91,181.00 | 95,551.81 | 46,336.81 |
| 1st Period C.G. Shared | 53,979 | 5,555% | | 59,019% |
| EM Common | 14,921.8 | 14,921.8 | 22,093.6 | 37,023% |
| 2nd Period C.G. Shared | $3,751.55 | $463.24 | $196.35 | $4,411.86 |
| Equity-Index Fund | 92,736.20 | 92,736.20 | 51,763.61 | 45,499.81 |
| GM Common | 32,357.6 | 15,736.4 | 28,0721% | 74,6959 |
| Profit Sharing | 21,333.1 | 5,740.7 | 1,545.9 | 28,6493 |
| Cash | 9,472.4 | 9,722.4 | | 141,7152 |
| | 2,725.1 | 2,725.1 | | 2,725% |

---

## Profit Sharing Plan

Your share of the distribution of the Corporation's 1985 U.S. profits was **$5561.81**. If you elected to invest all or part of your share of the profit payment, that amount is included in the appropriate company above. If you elected to invest in the Guaranteed Income Option under the S and P Yield Sharing Option, the amount is included in Option B. If you elected to invest in GM common stock under the Profit Sharing Option, the amount is included in Option 2.

*Guaranteed Interest Contract*

# RETIREMENT BENEFITS

Through December 31, 1985, your credited service is **7 YEARS AND 5 MONTHS**.

Your contributions are:
Prior to 3-1-79 ......
For the 12-month period ......
After 10-1-79 ......

Estimated retirement benefits are based on the assumption that your career pay will stay the same until retirement. Retirement payments are for your lifetime only. Your election of survivor benefits would reduce these amounts.

Estimate of your retirement income at other ages are available upon request from your Personnel Office.

$914.60

**Plus**
If you retire from GM (except at employee option between ages 55 and 65) when your age and credited service total less than 85:

- You may (1) take your Savings-Stock Purchase Program account in a lump sum, (2) defer receipt until the year after the year you attain age 70, or (3) convert your account to a lifetime annuity.
- A portion of your Life Insurance and Personal Accident Insurance may be continued for your lifetime. Optional Life Insurance may be continued until age 70.

From the Retirement Program:
 — Contributory benefits .......... $192.80
 — Noncontributory benefits ...... $733.30H
From Social Security .............. $922.80
 — Spouse ...................... $661.80

**Total Monthly** .............. $1,335.60

* ASSUMES CONTINUED CONTRIBUTIONS TO AGE 65 AND NO WITHDRAWALS.

# SURVIVOR BENEFITS

In the event of your death while employed by GM, the following payments will be made to your beneficiary.

## Monthly Payments

$560 to an eligible survivor, for up to 24 months ($570 if certain Social Security benefits are payable). Thereafter, at age 60, when your death occurs before age 45, or at age 62 when your death occurs between ages 45 or 2 payments up to your years of service up to age 65, or more, when added to the paid CG+ benefits will be paid until age 65, if eligible, who is not entitled to unreduced Social Security because of your death.

From the Retirement Program:
 — A noncontributory benefit of ...... **NOT CURRENTLY** Contributory benefits of ........... **PAYABLE**
A noncontributory benefit may become available at age 55 or earlier. Contributory survivor benefits are not payable if you are enrolled.
Contributory benefits of ........... $1 PER MONTH
Survivor benefits payable for your spouses lifetime in lieu of return of contributions.

**Lump-Sum Payments**

 — Basic Life Insurance ...... $72,100
 — Optional Life Insurance ...... $225,121
   SEE *
 — Extra Accident Insurance ...... $225
 — Savings-Stock Purchase Program $765
 — Employe Stock Ownership Plan

$271,859 **Total**

**Plus**
 — Extra Accident Insurance ...... $35,050
   Pays, if death is accidental.
 — Personal Accident Insurance ..... $35,050
   (while on company business).

**Plus**
GM will pay for health care coverage for your spouse and eligible children if you die while actively employed, provided you:
 1. Elect a monthly reduced pension distribution receiving age 55 and had 10 or more years of credited service, or
 2. Are eligible to retire voluntarily (except between ages 55 and 65 when your age and credited service total less than 85).

## INCOME SECURITY

IF YOU ARE LAID OFF, YOU MAY BE ELIGIBLE FOR 12 SEMI-MONTHLY PAYMENTS OF SUPPLEMENTAL UNEMPLOYMENT BENEFITS. UNDER THE LAYOFF BENEFIT PLAN, YOU MAY BE ELIGIBLE FOR 12 SEMI-MONTHLY PAYMENTS OF $892.52 PLUS A SEPARATION PAYMENT OF $892.52. YOU ARE ENTITLED TO STATE DISABILITY BENEFITS AND ANY CS-PAY RECEIVED, AND 75% OF ANY EARNINGS RECEIVED FROM ANOTHER EMPLOYER OR FROM SELF-EMPLOYMENT

# Employe Stock Ownership Plan

The statement below shows your Account status as of December 31, 1985. It includes shares of GM common stock purchased for you with your matching ESOP contributions made by GM. For 1984, GM contributed shares of GM common stock equal in value to 1/4 1% of your 1984 compensation, up to $100,000.

## ANNUAL STATEMENT OF ACCOUNT

| | GM Annual Compensation | Pre-Dividends | Post-Dividends | Dividends | Shares Dec 31 1985 | Shares Dec 31 1984 |
|---|---|---|---|---|---|---|
| 1984 Net | 2.1266 | 1.5757 | | .6754 | 6.3788 | .8226 |
| | 1.4113 | NOT APPLICABLE | | | 2.1266 | |
| 1983 | 6.6910 | 1.5757 | | .6754 | 10.5554 | .8226 |
| | 1.4113 | | | | | |

Based on the December 31, 1985, GM common stock price of $71.00 the market value of these shares was $745.45. Based on the December 31, 1985 GM Class B Stock price of $640.87, the market value of these shares was $635.62. The total market value of your account was $765.97. Dividends credited in 1985 on these dividends is included in your account.

# DISABILITY INCOME

## Monthly Payments

If you become disabled you may be eligible to receive salary continuation and/or disability benefits of:
**$2,375 PER MONTH FOR 13 WEEKS AND**
**$2,111 PER MONTH FOR THE NEXT 13 WEEKS AND**
**$1,466 per month to age 65.** Thereafter, you may be eligible for continuing Social Security benefits of:
or $912 per month plus GM retirement benefits of: ...... 9555
In addition, if you have a dependent spouse and one or more children, they could receive up to: ...... per month from Social Security.

* Represents benefits as projected by your GM or your employer, with ten or more years of credited service.

# ADDING IT ALL UP

The combined GM Benefit Plans add significantly to the total pay you received for the work you do. Or an annualized base:
 YOUR SALARY IS ...................... $35,730
 COST TO GM FOR YOUR ...... 
 BENEFITS INCLUDING .................. $2,251.422
 FOR SOCIAL SECURITY ............... $11,622
 TOTAL ................................ $66,005M

* YOU ARE ELIGIBLE FOR 3.0 WEEKS OF VACATION, AND 14 HOLIDAYS IN 1986, AT A COST OF $3,742 TO GM.

GM's cost for your benefits is even higher than indicated, because you enjoy many benefits for which print have for term calculate in this statement, these include:
- Salary continuation payments
- Unemployment and Workers Compensation.
- Tuition Assistance Plan

- GM health & separation allowance benefits
- Suggestion Plan
- New Vehicle Purchase Program

Note: Important information is included on the reverse side of this form.

## HEALTH CARE BENEFITS

The Employer's health care programs provide protection for you and your eligible dependents against a wide range of health care expenses.

Generally, basic hospital, surgical, medical, prescription drug, and hearing aid coverages are provided through the Traditional Choice Plan" (TCP), Dental, substance abuse, and vision coverages also are provided. If you pay part of the cost, additional coverage is available through the Comprehensive Medical Expense Insurance Program (CMEIP). If you are covered by TCP, you are offered a choice, annually, among three health care options, to the extent they are available in your area.

- the Traditional Insurance option
- the Preferred Provider Organization (PPO) option
- the Health Maintenance Organization (HMO) option

All of the Employer's health care programs are designed to provide quality care on a cost-effective basis. Descriptive materials concerning benefits provided under each program or option are available at the Personnel Office at your GM employing unit.

## FLEXIBLE COMPENSATION PROGRAM

The Flexible Compensation Program gives you several options to customize your total compensation. For example, you can build all part of your life and extended disability insurance benefit with pre-tax income instead of after-tax dollars, or cash. You can purchase supplemental extended disability benefit coverage. If you have under 10 years' service. You can use pre-tax dollars for your pay to fund your contributions (if any) for Comprehensive Medical Expense Insurance Program (CMEIP), Health Maintenance Organization (HMO) and/or health care coverage for sponsored dependents. With certain contributions from your pay, or both, you can establish a Health Care, Dependent Care, and/or a Legal Services spending account. The spending accounts enable you to receive specified expenses in a tax-effective manner.

### Effect on Other Benefits

Although any pre-tax contributions to Flex will lower your pay you pay for income tax purposes, they will not affect your pay for determining your GM-related GM benefits, such as:

- Retirement benefits
- Savings-Stock Purchase Program (S-SPP)
- Life insurance
- Disability benefits

However, there would be a reduction in GM's contribution to your Employer Stock Ownership Plan account, since federal law requires this contribution to be based on your taxable earnings.

## INCOME SECURITY

Classified employees with 10 or more years of service at the time of a layoff (if due to a plant closing) may be eligible to receive Income Protection Plan (IPP) benefits after exhausting benefit entitlement under the Layoff Benefit Plan (LBP). IPP benefits are continued until the employee retires, or other General Motors employment becomes available. Depending on the employee's years of service, semi-monthly income benefit can range from 55% to 60% of the base pay as of the last day worked, reduced by any earnings received and statutory of GM retirement increases (or other the employee becomes eligible.

## INVESTMENT PLANS

On 12-31-95 GM paid a dividend of one share of new Class H Stock on each 20 shares of new Class H Stock outstanding. When this statement was prepared, these shares had not yet been apportioned to individual accounts by S-SPP and SSIP trustees.

## DISABILITY INCOME

Depending on your eligibility and enrollment status, other benefits may be payable if you are totally and permanently disabled:

- Monthly installment payments of basic life insurance following Expiration of extended disability benefits because you had less than 10 years of enrolled service or what you became totally and permanently disabled.
- Monthly installments of Personal Accident insurance.
- Entire account balance under GM Savings-Stock Ownership Plan account balance.
- Plus entire Employee Stock Ownership Plan account balance.

## PERSONAL RETIREMENT INCOME PLAN

You may contribute up to $2000 annually ($2250 if you have a non-working spouse, $4000 if you have a working spouse who earns at least $2000 annually) to an Individual Retirement Account (IRA). Through the convenience of payroll deductions, you can make contributions to the Personal Retirement Income Plan (appreciated by Putnam Fund Distributors, Inc. The amount you contribute is deductible from your gross income for Federal tax purposes. If you are enrolled in the Personal Retirement Income Plan an annual statement of your account has been provided to you by Putnam.

## NOTE

This personal summary has been prepared for you based on data in your file as of December 31, 1995.

Eligibility for benefits and the actual amount of payment under all of GM's plans that make up your benefit program must be determined under the legal documents that apply to each plan.

General Motors does not have access to your complete earnings record for Social Security purposes. Therefore, Social Security benefits in this statement are estimates only. If you earned less than the maximum amount subject to Social Security taxes, your Social Security benefits may be lower than the amounts shown on the reverse side.

# 1987



**GM**

GMC CENTRAL OFFICE
3044 W. GRAND BLVD
DETROIT

MS-40202

## PERSONAL BENEFIT SUMMARY
### YOUR SHARE OF THE GM BENEFIT PROGRAM

PREPARED FOR:

Based on your personal plan as of December 31, 1986.

General Motors is pleased to provide you with this updated summary of your GM benefits and their net worth to you and your family. While this report reflects only a part of the compensation you receive, your GM benefit coverage also represents a significant and continuing investment by your local compensation dollars that would be reflected here as one of the most liberal benefit packages in American industry.

Private employers treat these benefit coverages are provided as a significant cost to GM and represent an enormous impact on the Corporation's cost structure and its ability to remain competitive. Indeed, the tremendous cost escalation associated with our various benefit programs, especially in the health care area, has become a serious concern. Sometimes, very liberal benefit programs therefore, are costly and can be a fundamental investment in your health and we will have a first class pay the enormous costs of such benefits in the future. That these benefit coverages are utilized in a prudent and cost-effective manner. We all have a role to play in exercising care in keeping these costs as low as possible.

_(signature)_ Chairman

## HEALTH CARE BENEFITS (Informed Choice Plan)

YOU AND ENROLLED FAMILY MEMBERS HAVE CHOSEN THE TRADITIONAL OPTION UNDER THE INFORMED CHOICE PLAN. YOUR ENROLLMENT INCLUDES: BASIC, DENTAL, VISION AND MAJOR MEDICAL COVERAGES. In most cases and for the most part, any health care profits you about for payment services are passed directly on to GM. The average annual cost of providing HSE is shown below.

| | |
|---|---|
| HOSPITAL/SURGICAL/MEDICAL | $3,929,037,171 |
| PRESCRIPTION DRUGS | |
| HEARING AID | $47,645,644 |
| SUBSTANCE ABUSE | $217,928,850 |
| VISION | $145,170,972 |
| DENTAL | |
| CAHEP | |

Total: $2,191,215,957

Total of $2,781.27 for FAMILY COVERAGE.

The average annual cost to GM of health care coverages for you and others is $2,781.27 for FAMILY COVERAGE.

## FLEX 87 (Flexible Compensation Spending Accounts)

For each pay period in 1987, you chose to make before-tax deposits to Flex spending accounts, as follows:

| | |
|---|---|
| Health Care | |
| Dependent Care | |

YOU HAVE ELECTED TO PURCHASE SUPPLEMENTAL GM INSURANCE UNDER FLEX '87.

## RETIREMENT BENEFITS

## INVESTMENT PLANS
### Savings-Stock Purchase Program

**Total Value of your Account at the end of 1986**

The statement below shows your account titles. Regular Savings are displayed in the upper half of each investment option. Payroll Plus Savings are displayed in the lower half. GIC is all Plus Savings. Shares of GM stock are contributions made under the program and are subject to being loaned out in accordance with the terms of the program. Payroll Plus Savings for 1987, 1988 and 1986 have been reduced by the amount of any outstanding loan(s) you have.

| U.S. Savings Bonds (face) | $010,582 |
| Cash Balance in Fund | 558 |
| Interest on U.S. Securities @ | 9406 |
| GM Common Stock | $11,907 |
| Minimum Price | |
| • Class A @ $665.265 | |
| • Class B @ $525.512 | |
| • Class C @ $640.530 | |
| Interest Fund | |
| Equity Value Class B | |
| Preferred Class | |
| Profit Sharing—GIC | |

Total: $22,919.

### ANNUAL STATEMENT OF ACCOUNT

| OPTION | Cross Carried fwd Beginn 1986 | 1986 | 1986 | 1986 | TOTAL |
|---|---|---|---|---|---|
| Your Savings | $3,131.00 | $9684.00 | $182.00 | $141.00 | $1,007.00 |
| | 7.0296 | 95.3353.81 | 95.3353.81 | 95.485.00 | $13,619.81 |
| U.S. Savings Bonds | 18.5432 | | | | 7.0296 |
| | | | 26.1218 | | 65.3969 |
| Cash Balance Held by Co. | $15042.01 | $218.51 | $144.09 | $3,794.96 | $8882.14 |
| | 14.184.25 | | | | $11,025.22 |
| Interest Fund | .9832 | | | | .9832 |
| | | | | | |
| Equity Fund | 2.7552 | | | | 2.7552 |
| | | | | | |
| GM Stock Class A | 6.3069 | | | | 6.0069 |
| | 1.4956 | 2.3653 | | | 2.3653 |
| Preferred Class C | | | | | |
| | | | | | |
| Pension Annum Contributed | 17,1980 | 31.6315 | 31.6315 | 33.9585 | 82.7880 |

Profit Sharing rights/etc amounts according to your savings, transfer activity and key payment of any special distribution.
* Guaranteed Interest Contract

## Profit Sharing Plan

Your share of the distribution of the Corporation's 1985 U.S. profits was ..... $54.38. If you elected to invest all or part of your earnings, that amount is included in the options(s) displayed above. If you elected to invest earnings under the Savings-Stock Purchase Option, this amount is included in Option 1. If you elected to invest in GM common stock under the Profit Sharing Option, the amount is included in Option 3.

## Employee Stock Ownership Plan—Annual Statement Of Account

**YOU HAVE ELECTED TO PURCHASE SUPPLEMENTAL EDE INSURANCE UNDER FLEX-PAY**

## RETIREMENT BENEFITS

Through December 31, 1986, your credited service is **5 YEARS AND 5 MONTHS**.

Your contributions are:
- Prior to 7-1-77
- 7-1-77 to 10-1-79
- After 10-1-79

If you work for GM until age 65 in 2028 your estimated monthly retirement income would be:                **$221.42**

From the Retirement Program:
- Noncontributory benefits ........
- Contributory benefits .........  **$1,930.00**
- From Social Security:
  - Primary .........  **$761.00**
  - Dependents (spouse) at age 65 ...  **$431.00**

**Total Monthly                    $3,471.00**

** ASSUMES CONTINUED CONTRIBUTIONS TO AGE 65 AND NO WITHDRAWALS.**

Estimated retirement benefits are based on the assumption that (1) your current pay will stay the same until retirement and (2) you accumulate a full year of credited service for each future year until retirement. Retirement payments are for your lifetime only. Your coverage for Survivor Benefits would reduce these amounts.

Estimates of your retirement income at other ages are available upon request from your Personnel Office.

**Plus**

If you retire from GM instead of employee option between ages 55 and 65 when your age and credited service total less than 85:

- You may (1) take your Savings/Stock Purchase account in a lump sum, (2) defer receipt to the year after the year you attain age 70½, or (3) convert your account to a lifetime annuity.
- Certain life coverages will be continued for your lifetime.
- A portion of your Life Insurance and Personal Accident coverages may be continued for your lifetime. Optional Life Insurance may be continued until age 65.

## SURVIVOR BENEFITS

In the event of your death while employed by GM, the following payments are available to your beneficiary:

**Available Payments**

**Monthly Payments**

From the Insurance Program:
If you are eligible, for up to 24 months $500 of certain Social Security benefits are payable. Thereafter, or if your survivor is not eligible, was at least age 45, or 20 years of service added to your years of married service totals 55 or more, would be paid $350 a month until the survivor reaches age 62 or (2) remarries or (3) continues to the earliest of those ages by reason of your death.

From the Retirement Program:
A noncontributory formula is       **NOT CURRENTLY** ELIGIBLE for your spouse's lifetime when insurance protection is equivalent to the amount you preselected.
Contributory benefits .........
**MONTHLY** ... would total monthly for your insured spouse .........

From Social Security:
Social Security would pay a surviving spouse and one child monthly
referred to as much as              **$1,734 PER MONTH**

**Lump-Sum Payments**

From the Insurance Program:
- Basic Life Insurance .......... **$177,200**
- Extra Accident Insurance ....... **222,750** Sumitas
- SEE **$259** Retirement Program contributions Suborn ..........
  - **$867** Employee Stock Ownership Plan

**Total                     $294,152**

Plus, if death is accidental:
- Extra Accident Insurance .... **$38,600**
- Transportation Insurance ... **$36,400**
(while on company business)

**Plus**

GM will pay for health care coverages for your spouse and eligible children if you die while actively employed, provided you:
1) are covered under the Retirement Program, contributory survivor, surviving spouses are payable and had 10 or more years of credited service; or
2) are eligible to retire voluntarily (except between ages 55 and 60 when your age and credited service total less than 85).

## INCOME SECURITY

IF YOU ARE LAID OFF, YOU MAY BE ELIGIBLE FOR 12 SEMI-MONTHLY PAYMENTS OF $91,255.53 UNDER THE S.U.B. PLAN.

ELIGIBLE FOR 12 SEMI-MONTHLY PAYMENTS OF **$944.50**.

YOU ARE ENTITLED TO SEMI-MONTHLY PAYMENTS IF LAID OFF AND IF OR ARE RECEIVED AND 75% OF ANY EARNINGS RECEIVED FROM ANOTHER EMPLOYER OR FROM SELF-EMPLOYMENT.

## Employee Stock Ownership Plan—Annual Statement Of Account

This statement shows your account status as of December 31, 1986. Shares purchased with any voluntary contributions you made and shares purchased with GM matching contributions for Plan Years 1977-1982 are included below with their fair market value. Plan Year Assets, for 1983, GM has allocated shares of GM common stock ($1,629 for your total compensation up to $100,000.

| In Common | Market/Offer Income | 1985 Income | Last Income | NewYear Income | MarketValue Shares |
|---|---|---|---|---|---|
| 1-2-85 | 10.5755 | 7.8541 | 12.4591 | $66.25 | $825.97 |
| | .8224 | NOT APPLICABLE | .8224 | $23.12 | $23.66 |
| final | .5278 | NOT APPLICABLE | .5278 | $60.16 | $21.22 |
| | | | | **Total Market Value** | **$867.35** |

*as of December 31, 1986

Note: This plan's statement shows the added dividend GM paid on 12-30-85 for the 1984 Plan Year assets, of one share of new Class I stock plus .24 shares of GM common. $955.5751 was paid to you in December, 1986. Interest earned on these dividends during 1986 is reflected in your account.

## DISABILITY INCOME

**Monthly Payments**

If you become disabled you may be eligible to receive salary continuation and/or disability benefits of:
- **$3,213** PER MONTH FOR 13 WEEKS AND
- **$2,611** PER MONTH FOR THE NEXT 40 WEEKS.

If you remain disabled, you may be eligible for continuing disability benefits from several sources, totaling
- **$1,922** per month to age 65. Thereafter, you may be eligible for continuing Social Security benefits
- **$959** per month plus GM retirement benefits of _____ per month, payable for life.

In addition, if you live in dependent spouse and one or more children, they could receive up to _____ per month from Social Security.        **$685**

Permanent benefits are payable only to employees with break period of credited service.

## ADDING IT ALL UP

The combined GM Benefit Plans add significantly to the total pay you receive for the work you do. On an annualized basis, the estimated:

- YOUR SALARY IS ..............  **$36,550**
- COST TO GM FOR YOUR BENEFITS IS ABOUT ..  **$11,773**
- PLUS, GM PAID TO YOU FOR SOCIAL SECURITY .. **$2,758**
- **TOTAL ...........  $50,317/YR**

* YOU ARE ELIGIBLE FOR 3.0 WEEKS OF VACATION, AND 15 HOLIDAYS IN 1987, AT A COST OF **$4,545 TO GM.**

GM's cost for your benefits is even higher than indicated, because you enjoy many benefits for which costs have not been estimated, such as:
- GM layoff or separation allowance benefits
- Salary continuation payments
- Unemployment and Workers Compensation
- Tuition Assistance Plan
- Suggestion Plan
- New Vehicle Purchase Program

# HEALTH CARE BENEFITS

This General Motors health care programs provide protection for you and your eligible dependents against a wide range of health care expenses.

Generally, basic hospital, surgical, medical, prescription drug, and hearing aid coverages are provided through the Comprehensive Benefit Plan (CBP). Dental, substance abuse, and vision coverages plus are provided. If you pay part of the cost, additional coverage is available through the Comprehensive Medical Expense Insurance Program (CMEIP). If you are covered by ICP, you are offered a choice, among three health care options, to the extent they are available in your area:

- the Traditional Insurance option
- the Preferred Provider Organization (PPO) option
- the Health Maintenance Organization (HMO) option

All of the General Motors health care programs are designed to provide quality care on a cost-effective basis. Descriptive materials concerning benefits provided under each option are available at the Personnel Office of your GM employing unit.

# FLEXIBLE COMPENSATION PROGRAM

The Flexible Compensation Program gives you several options to customize your total compensation. For example, you can trade in part of your life and/or life insurance to select income benefit insurance and/or dental coverage by creating or using "Your GM" income supplemental extended disability benefit coverage. If you have under 10 years' service. You can also tax-shelter than your pay in part by your participation in any of the Comprehensive Medical Expense Insurance Program (CMEIP), a Health Maintenance Organization (HMO) and/or health care coverage for a personal dependents. With tax-deduct contributions to Flex your pay, or both, you can establish a Health Care, Dependent Care, and/or a Legal Services spending account. The spending accounts enable you to cover specified expenses in a tax-effective manner.

## Effect on Other Benefits

Although any pre-tax contributions to Flex will lower your pay for income tax purposes, they will not lower your pay for determining pay-related GM benefits, such as:

- Retirement Benefits
- Savings-Stock Purchase Program (S-SPP)
- Life Insurance
- Disability benefits.

However, there would be a reduction in GM's contribution to your Employe Stock Ownership Plan account, since federal law requires that contribution to be based on your taxable earnings.

# INCOME PROTECTION PLAN

Classified employes with 10 or more years of service at the time of layoff (10 or more years of service if the layoff is due to a plant closing) may be eligible to receive Income Protection Plan (IPP) benefits after exhausting benefit entitlement under the Layoff Benefit Plan (LBP). IPP benefits can continue until the employe retires, or other General Motors employment branches available. Depending on the employe's years of service, sufficiently income benefits can range from 50% to 85% of the employe's base pay, as of the last day worked, reduced by any earnings received. statutory benefits received and a GM retirement/pension benefits to which the employe becomes eligible.

# RETIREMENT BENEFITS

If you have not waived survivor coverage under the Retirement Equity Act (REA), you may have this coverage in effect for your eligible spouse. In that event, your lifetime monthly Part A basic retirement benefit will be reduced permanently for each year this coverage is in effect in accordance with the following schedule:

| | Permanent Reduction of Your Monthly Part A Basic Benefit For Each Year in Which the REA Pre-Retirement Survivor Coverage is in Effect |
|---|---|
| Your Age | |
| Under 44 | 1% |
| 44-54 | 3% |
| 55 & Over | 5% |

*A(1) year-to-age will be made for each year in which you have any coverage

# DISABILITY INCOME

Depending on your eligibility and enrollment status, clear benefits may be payable if you are totally and permanently disabled, including:

Monthly required payments of basic life insurance following expiration of extended disability benefits because you had less than 10 years of credited service when you became totally and permanently disabled.

Monthly installments of Personal Accident Insurance.

- Entire account balance under GM Savings-Stock Purchase Program, including GM's contributions.
- Entire Employe Stock Ownership Plan account balance.

# PERSONAL RETIREMENT INCOME PLAN

You may contribute up to $2000 annually ($2250 if you have a non-working spouse, $4000 if you have a working spouse who earns at least $2000 annually) to an Individual Retirement Account (IRA). Through the convenience of payroll deductions, you can make contributions to the Personal Retirement Income Plan, sponsored by Putnam Fund of Distribution, Inc. Beginning with the 1987 tax year, the amount you contribute may continue to be deductible from your gross income for Federal tax purposes, based upon the following schedule:

| YOUR ADJUSTED ANNUAL GROSS INCOME | PERCENT OF IRA DEDUCTIBLE | |
|---|---|---|
| | SINGLE | MARRIED |
| $ | % | % |
| 25,000, or less | 100 | 100 |
| 25,000 – 30,000 | 100 to 90 | 100 |
| 30,000 – 35,000 | 50 to 0 | 100 |
| 35,000 – 40,000 | 0 | 100 |
| 40,000 – 45,000 | 0 | 100 to 50 |
| 45,000 – 50,000 | 0 | 50 to 0 |
| 50,000, and over | 0 | 0 |
| | | *filing jointly. |

If you are enrolled in the Personal Retirement Income Plan an annual statement of your account has been provided to you by Putnam.

# NOTE

This personal summary has been prepared for you based on data information as of December 31, 1986.

Eligibility for benefits and the actual amount of payment under all of GM's plans that make up your benefit program must be determined under the legal documents that apply to each plan. General Motors Corporation reserves the right to amend, modify or terminate the Plans and Programs described in the statement.

General Motors does not have access to your complete earnings records for Social Security purposes. Therefore, Social Security benefits in this statement were estimated. In addition, only if you earned less than the maximum amount subject to Social Security taxes, your Social Security benefits may be lower than the amounts shown on the reverse side.