Neil A. Goteiner (NG 1644)
Dean M. Gloster, *Pro Hac Vice* (pending)
Kelly A. Woodruff, *Pro Hac Vice* (pending)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

    – and –

Trent P. Cornell, *Pro Hac Vice* (pending)
Jon D. Cohen, *Pro Hac Vice* (pending)
STAHL COWEN CROWLEY LLC
55 West Monroe Street, Suite 1200
Chicago, IL 60603
Telephone: (312) 641-0060
Facsimile: (312) 641-6959

Attorneys for Delphi Salaried Retirees Association
and Other Non-Union Salaried Retirees of Debtors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
In re:

DELPHI CORPORATION, et. al.,

    Debtors.
------------------------------------------------------x

Chapter 11 Case No. 05-44481 (RDD)

(Jointly Administered)

# CERTIFICATE OF SERVICE

Documents Served:    SUPPLEMENT AND REPORT IN SUPPORT OF MOTIONS TO APPOINT AN OFFICIAL RETIREE COMMITTEE PURSUANT TO SECTION 1114 OF THE BANKRUPTCY CODE AND IN OPPOSITION TO DEBTORS' MOTION TO TERMINATE SALARIED RETIREE BENEFITS

24292\1887009.1

EXPEDITED MOTION FOR STAY PENDING APPEAL

[PROPOSED] ORDER GRANTING RETIREES'
EXPEDITED MOTION FOR STAY PENDING APPEAL

NOTICE OF (A) RETIREES' EXPEDITED MOTION FOR STAY
PENDING APPEAL, and (B) MOTION TO SHORTEN NOTICE WITH
RESPECT TO RETIREES' EXPEDITED MOTION FOR STAY
PENDING APPEAL

MOTION TO SHORTEN NOTICE WITH RESPECT TO RETIREES'
EXPEDITED MOTION FOR STAY PENDING APPEAL

DECLARATION OF NEIL A. GOTEINER IN SUPPORT OF
MOTION TO SHORTEN NOTICE WITH RESPECT TO RETIREES'
EXPEDITED MOTION FOR STAY PENDING APPEAL

[PROPOSED] ORDER SHORTENING NOTICE WITH RESPECT TO
RETIREES' EXPEDITED MOTION FOR STAY PENDING APPEAL

The undersigned certifies that a copy of the documents listed above were served upon the parties listed in the attached Exhibit A at their respective addresses by either electronic notice or by overnight delivery on the date indicated below.

Date of Service: March 6, 2009

I declare that the statement above is true to the best of my information, knowledge and belief.

/s/          Neil A. Goteiner
        Neil A. Goteiner
        Farella Braun + Martel LLP

## **EXHIBIT A**

<u>Via ECF</u>

a. Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Att'n: General Counsel

b. Counsel to the Debtors
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606
Att'n: John Wm. Butler, Jr.

c. Counsel for the Agent under the Postpetition Credit Facility
Davis Polk & Wardwell
450 Lexington Ave.
New York, New York 10017
Att'n: Donald Bernstein and Brian Resnick

d. Counsel for the Official Committee of Unsecured Creditors
Latham & Watkins LLP
885 Third Ave.
New York, New York 10022
Att'n: Robert J. Rosenberg and Mark A. Broude

e. Counsel for the Official Committee of Equity Security Holders
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
Att'n: Bonnie Steingart

Service by Federal Express Overnight Mail -

a. Office of the United States Trustee for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, New York 10004
Att'n: Brian Masumoto

b. <u>Chambers Copy</u>
Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court, Southern District of New York
One Bowling Green
New York, New York 10004-1408