Neil A. Goteiner (NG 1644)
Dean M. Gloster, *Pro Hac Vice* (pending)
Kelly A. Woodruff, *Pro Hac Vice* (pending)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

– and –

Trent P. Cornell, *Pro Hac Vice* (pending)
Jon D. Cohen, *Pro Hac Vice* (pending)
STAHL COWEN CROWLEY LLC
55 West Monroe Street, Suite 1200
Chicago, IL 60603
Telephone:  (312) 641-0060
Facsimile:  (312) 641-6959

Attorneys for Delphi Salaried Retirees Association
and Other Non-Union Salaried Retirees of Debtors


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------x
In re:

DELPHI CORPORATION, et. al.,

    Debtors.

----------------------------------------------------x

Chapter 11 Case No. 05-44481 (RDD)

(Jointly Administered)

## CERTIFICATE OF SERVICE

Documents Served:   SUPPLEMENT AND REPORT IN SUPPORT OF MOTIONS TO APPOINT AN OFFICIAL RETIREE COMMITTEE PURSUANT TO SECTION 1114 OF THE BANKRUPTCY CODE AND IN OPPOSITION TO DEBTORS' MOTION TO TERMINATE SALARIED RETIREE BENEFITS

24292\1887009.1

EXPEDITED MOTION FOR STAY PENDING APPEAL

[PROPOSED] ORDER GRANTING RETIREES'
EXPEDITED MOTION FOR STAY PENDING APPEAL

NOTICE OF (A) RETIREES' EXPEDITED MOTION FOR STAY
PENDING APPEAL, and (B) MOTION TO SHORTEN NOTICE WITH
RESPECT TO RETIREES' EXPEDITED MOTION FOR STAY
PENDING APPEAL

MOTION TO SHORTEN NOTICE WITH RESPECT TO RETIREES'
EXPEDITED MOTION FOR STAY PENDING APPEAL

DECLARATION OF NEIL A. GOTEINER IN SUPPORT OF
MOTION TO SHORTEN NOTICE WITH RESPECT TO RETIREES'
EXPEDITED MOTION FOR STAY PENDING APPEAL

[PROPOSED] ORDER SHORTENING NOTICE WITH RESPECT TO
RETIREES' EXPEDITED MOTION FOR STAY PENDING APPEAL

The undersigned certifies that a copy of the documents listed above were served upon the parties listed in the attached Exhibit A at their respective addresses by either electronic notice or by overnight delivery on the date indicated below.

Date of Service:  March 6, 2009

I declare that the statement above is true to the best of my information, knowledge and belief.

/s/         Neil A. Goteiner
      Neil A. Goteiner
      Farella Braun + Martel LLP

## **EXHIBIT A**

Via ECF

a.  Delphi Corporation
    5725 Delphi Drive
    Troy, Michigan  48098
    Att'n: General Counsel

b.  Counsel to the Debtors
    Skadden, Arps, Slate, Meagher & Flom LLP
    333 West Wacker Drive
    Suite 2100
    Chicago, Illinois  60606
    Att'n: John Wm. Butler, Jr.

c.  Counsel for the Agent under the Postpetition Credit Facility
    Davis Polk & Wardwell
    450 Lexington Ave.
    New York, New York 10017
    Att'n: Donald Bernstein and Brian Resnick

d.  Counsel for the Official Committee of Unsecured Creditors
    Latham & Watkins LLP
    885 Third Ave.
    New York, New York  10022
    Att'n: Robert J. Rosenberg and Mark A. Broude

e.  Counsel for the Official Committee of Equity Security Holders
    Fried, Frank, Harris, Shriver & Jacobson LLP
    One New York Plaza
    New York, New York  10004
    Att'n: Bonnie Steingart

Service by Federal Express Overnight Mail -

a.  Office of the United States Trustee for the Southern District of New York
    33 Whitehall Street
    Suite 2100
    New York, New York  10004
    Att'n: Brian Masumoto

b.  Chambers Copy
    Honorable Robert D. Drain
    United States Bankruptcy Judge
    United States Bankruptcy Court, Southern District of New York
    One Bowling Green
    New York, New York 10004-1408