Neil A. Goteiner (NG 1644)
Dean M. Gloster, *Pro Hac Vice* (pending)
Kelly A. Woodruff, *Pro Hac Vice* (pending)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

– and –

Trent P. Cornell, *Pro Hac Vice* (pending)
Jon D. Cohen, *Pro Hac Vice* (pending)
STAHL COWEN CROWLEY LLC
55 West Monroe Street, Suite 1200
Chicago, IL 60603
Telephone: (312) 641-0060
Facsimile: (312) 641-6959

Attorneys for Delphi Salaried Retirees Association
and Other Non-Union Salaried Retirees of Debtors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ---------------------------------------------------x | Chapter 11 Case No. 05-44481 (RDD) |
| In re: : | (Jointly Administered) |
| : | |
| DELPHI CORPORATION, et. al., : | |
| Debtors. : | |
| : | |
| ---------------------------------------------------x | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2009, I caused a true and correct copy of the NOTICE OF APPEAL by Delphi Salaried Retirees Association ("DSRA") and other non-union salaried retirees of Delphi Corporation and its affiliated debtor entities (collectively "Delphi Retirees"), along with the Delphi Retirees' STATEMENT OF ELECTION THAT APPEAL BE HEARD

24292\1887064.1

BY THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK to be served upon the parties listed in the attached Exhibit A by electronic notice.

I further certify that on March 5, 2009, I caused a true and correct copy of the Delphi Retirees' APPELLANTS' DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL to be served upon the parties listed in the attached Exhibit A by electronic notice.

I further certify that on March 6, 2009, I caused a true and correct copy of the Delphi Retirees' NOTICE OF APPEAL, STATEMENT OF ELECTION THAT APPEAL BE HEARD BY THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, APPELLANTS' DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL and a CD containing attachments to the Designation Of Record And Statement Of Issues On Appeal (items not already filed and docketed) to be served by Federal Express Overnight Mail upon:

>   Office of the United States Trustee
>       for the Southern District of New York
>   33 Whitehall Street, Suite 2100
>   New York, New York  10004
>   Att'n:  Alicia M. Leonhard
>           Tracy Hope Davis

Dated:  March 6, 2009

I declare that the statement above is true to the best of my information, knowledge and belief.

/s/          Neil A. Goteiner
    Neil A. Goteiner
    Farella Braun + Martel LLP


# EXHIBIT A

<u>Via ECF</u>

a. Delphi Corporation
5725 Delphi Drive
Troy, Michigan  48098
Att'n: General Counsel

b. Counsel to the Debtors
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois  60606
Att'n: John Wm. Butler, Jr.

c. Counsel for the Agent under the Postpetition Credit Facility
Davis Polk & Wardwell
450 Lexington Ave.
New York, New York 10017
Att'n: Donald Bernstein and Brian Resnick

d. Counsel for the Official Committee of Unsecured Creditors
Latham & Watkins LLP
885 Third Ave.
New York, New York  10022
Att'n: Robert J. Rosenberg and Mark A. Broude

e. Counsel for the Official Committee of Equity Security Holders
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York  10004
Att'n: Bonnie Steingart