IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
                                   :
    In re                          :    Chapter 11
                                   :
DELPHI CORPORATION, et al.,        :    Case No. 05-44481 (RDD)
                                   :
                        Debtors.   :    (Jointly Administered)
                                   :
---------------------------------- x


# AFFIDAVIT OF PUBLICATION OF ALICE WEBER IN THE NEW YORK TIMES


# The New York Times
### 620 8TH AVENUE · NEW YORK, NY 10018

SEC /3  PG. 2

## CERTIFICATION OF PUBLICATION

_____ 20 ____

I, _Alice Weber_____, in my capacity as a Principal Clerk of the Publisher of **The New York Times** a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of **The New York Times** on the following date or dates, to wit on

_____

_____ 20 ____

_Alice Weber_ (signature)

Approved: _Maria Pannullo_ (signature)

**THIS CERTIFICATION NOT VALID WITHOUT NYT RAISED SEAL**

---

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698
Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re ) | Chapter 11 |
| DELPHI CORPORATION, ) | Case No. |
| et al., ) | 05-44481 (RDD) |
| Debtor. ) | (Jointly Administered) |

**NOTICE OF SALE OF CERTAIN ASSETS AT AUCTION**

PLEASE TAKE NOTICE THAT:
1. Pursuant to the Order Under 11 U.S.C. §§ 363, 365, 1123, And 1146 And Fed. R. Bankr. P. 2002, 6004, 6006, And 9014 (I) Approving Bidding Procedures, (II) Granting Certain Bid Protection, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date (the "Bidding Procedures Order") entered by the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on February 25, 2009, Delphi Automotive Systems LLC (the "Selling Debtor Entity") has entered into a Real Property Purchase Agreement (the "Agreement") with Birtcher Anaheim Magnolia Avenue LLC (the "Purchaser") for the purchase of approximately 21.6 acres and located in Anaheim, California (the "Acquired Asset" or "Anaheim Property") and agreed to assign an executory contract relating to the Anaheim Property, free and clear of liens, claims, encumbrances, and interests. Capitalized terms used but not otherwise defined in this notice have the meanings ascribed to them in the Bidding Procedures Order.
2. All interested parties are invited to make an offer to purchase the Anaheim Property in accordance with the terms and conditions approved by the Bankruptcy Court (the "Bidding Procedures") by **4:00 p.m.** (prevailing Eastern time) on **March 9, 2009**. Pursuant to the Bidding Procedures, the Selling Debtor Entities may conduct an auction for the Anaheim Property (the "Auction") beginning at **10:00 a.m.** (prevailing Eastern time) on **March 13, 2009**, at the offices of Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036 or 333 West Wacker Drive, Chicago, Illinois 60606.
3. Participation at the Auction is subject to the Bidding Procedures and the Bidding Procedures Order. A copy of the Bidding Procedures is available by contacting the undersigned counsel to the Selling Debtor Entity or by accessing Delphi's Legal Information Website, www.delphidocket.com.
4. A hearing to approve the Sale of the Anaheim Property to the highest and best bidder will be held on **March 24, 2009** at **10:00 a.m.** (prevailing Eastern time) at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004, before the Honorable Robert D. Drain, United States Bankruptcy Judge. The hearing on the Sale may be adjourned without notice other than an adjournment in open court.
5. Objections, if any, to the proposed Sale must be filed and served in accordance with the Bidding Procedures Order, and **actually received** no later than **4:00 p.m.** (prevailing Eastern time) on **March 17, 2009**.
6. This notice is qualified in its entirety by the Bidding Procedures Order.

Dated: New York, New York, February 25, 2009

BY ORDER OF THE COURT
John Wm. Butler, Jr. (JB 4711), John K. Lyons (JL 4951), Ron E. Meisler (RM 3026), SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606, (312) 407-0700

Kayalyn A. Marafioti (KM 9632), Thomas J. Matz (TM 5986), SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, Four Times Square, New York, New York 10036, (212) 735-3000

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

5407-

05-44481-rdd    Doc 16438    Filed 03/09/09    Entered 03/09/09 18:17:47    Main Document    Pg 3 of 3

But setting up such registries in this country has proved difficult so far.

Back in 2004, Medicare required the creation of a national registry for defibrillators — devices that send out an electrical jolt to interrupt a potentially deadly heart rhythm.

Medicare officials made the registry a condition for approving payments for defibrillators for a new class of heart patients, despite equivocal evidence that ing their fiduciary obligations to shareholders by funding" studies that compare the effectiveness of their devices to those of competitors.

The database, which took several years to set up, is being run by two professional groups, the American College of Cardiology and the Heart Rhythm Society. In recent years, information on more than 340,000 people who have received defibrillators — their age, medical condition and the device they received — has been entered into it.

Hospitals are now paying for the effort. In return, they are receiving reports about how their own patients' short-term complication rates compare with nationwide rates.

But the limited financial support, as well as technical prob-

### have hurt hopes for a registry of users.

the Minneapolis Heart Institute and a few other facilities, Dr. Robert G. Hauser, a cardiologist there, was the first to detect problems with the Sprint Fidelis. Further research by him indicated that the cables seemed to be failing in an unusually high number of patients, causing the defibrillator either to go off for no reason or to fail to deliver a shock when required.

By early 2007, Dr. Hauser brought his concerns to Medtronic, which agreed to investigate. But the company did not recall the Sprint Fidelis until that October. During the intervening

---

# In Trial, Drug Eases a Sympton

### By ANDREW POLLACK

A drug developed by **Acorda Therapeutics** improved the walking ability of some people with multiple sclerosis in a clinical trial, doctors reported Thursday. The results could lead to approval of the first drug to treat a specific symptom of the disease.

"This is the first thing that has ever been able to improve the impairment to some degree," said Dr. Andrew D. Goodman, the lead author of the study, which is being published in The Lancet, a medical journal.

Acorda applied last month for regulatory approval for the drug, called fampridine, based in part on data from this study. The 14-year-old company, based in Hawthorne, N.Y., already sells one drug, a treatment for spasticity, but it is not yet profitable.

In MS, the immune system attacks the insulation around nerve fibers. That interferes with transmission of signals through the nerves, causing a variety of neurological problems. For many patients difficulty walking is one of the most vexing problems.

The existing drugs for multiple sclerosis are thought to work through the immune system to reduce relapses and slow the development of problems. Acorda's fampridine, by contrast, improves the ability of the nerve fibers to transmit signals.

It could be used along with other medicines to improve walking in people who already have that disability, said Dr. Goodman, a professor of neurology at the University of Rochester and a consultant to Acorda, which sponsored the trial.

In the trial, which involved 301 patients, 35 percent of those who got the drug walked faster over the 14-week trial period than they had before, compared with 8 percent of those getting a placebo.

Even those who responded to the drug, however, remained disabled. The average speed at which they could walk 25 feet rose from 2 feet a second to 2.5 feet a second. A healthy person can walk about 6 feet a second, Dr. Goodman said.

Still, the patients reported in questionnaires that they could sense the improvement in their ability to do such things as walk outside, climb stairs or stand in one place for a prolonged period.

Some other experts were less certain. In a commentary also published in The Lancet, two European experts said that more information was needed to figure out which patients would benefit from the drug.

Nicholas LaRocca, a vice president of the National Multiple Sclerosis Society, said in an interview that he welcomed the


Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698
Delphi Legal Information Website:
http://www.delphidocket.com

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re | ) Chapter 11 |
|---|---|
| DELPHI CORPORATION, et al., | ) Case No. ) 05-44481 (RDD) |
| Debtor. | ) (Jointly Administered) |

**NOTICE OF SALE OF CERTAIN ASSETS AT AUCTION**

PLEASE TAKE NOTICE THAT:

1. Pursuant to the Order Under 11 U.S.C. §§ 363, 365, 1123, And 1146 And Fed. R. Bankr. P. 2002, 6004, 6006, And 9014 (I) Approving Bidding Procedures, (II) Granting Certain Bid Protection, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date (the "Bidding Procedures Order") entered by the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on February 25, 2009, Delphi Automotive Systems LLC (the "Selling Debtor Entity") has entered into a Real Property Purchase Agreement (the "Agreement") with Birtcher Anaheim Magnolia Avenue LLC (the "Purchaser") for the purchase of approximately 21.6 acres and located in Anaheim, California (the "Acquired Asset" or "Anaheim Property") and agreed to assign an executory contract relating to the Anaheim Property, free and clear of liens, claims, encumbrances, and interests. Capitalized terms used but not otherwise defined in this notice have the meanings ascribed to them in the Bidding Procedures Order.

2. All interested parties are invited to make an offer to purchase the Anaheim Property in accordance with the terms and conditions approved by the Bankruptcy Court (the "Bidding Procedures") by 4:00 p.m. (prevailing Eastern time) on **March 9, 2009**. Pursuant to the Bidding Procedures, the Selling Debtor Entities may conduct an auction for the Anaheim Property (the "Auction") beginning at 10:00 a.m. (prevailing Eastern time) on **March 13, 2009**, at the offices of Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036 or 333 West Wacker Drive, Chicago, Illinois 60606.

3. Participation at the Auction is subject to the Bidding Procedures and the Bidding Procedures Order. A copy of the Bidding Procedures is available by contacting the undersigned counsel to the Selling Debtor Entity or by accessing Delphi's Legal Information Website, www.delphidocket.com.

4. A hearing to approve the Sale of the Anaheim Property to the highest and best bidder will be held on **March 24, 2009** at 10:00 a.m. (prevailing Eastern time) at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004, before the Honorable Robert D. Drain, United States Bankruptcy Judge. The hearing on the Sale may be adjourned without notice other than an adjournment in open court.

5. Objections, if any, to the proposed Sale must be filed and served in accordance with the Bidding Procedures Order, and **actually received** no later than **4:00 p.m.** (prevailing Eastern time) on **March 17, 2009**.

6. This notice is qualified in its entirety by the Bidding Procedures Order.

Dated: New York, New York, February 25, 2009

BY ORDER OF THE COURT
John Wm. Butler, Jr. (JB 4711), John K. Lyons (JL 4951), Ron E. Meisler (RM 3026), SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606, (312) 407-0700

Kayalyn A. Marafioti (KM 9632), Thomas J. Matz (TM 5986), SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, Four Times Square, New York, New York 10036, (212) 735-3000

Attorneys for Delphi Corporation, et al., Debtors and Debtors-in-Possession

---

**Save 60% First/Business**
International Fares
Cook
American Express
212.201.1824
Travel Representative

www.cookamerican.travel