IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                               :
   In re                       :   Chapter 11
                               :
DELPHI CORPORATION, et al.,    :   Case No. 05-44481 (RDD)
                               :
                    Debtors.   :   (Jointly Administered)
                               :
------------------------------ x

# AFFIDAVIT OF PUBLICATION OF ANGELINA DE CORDOVA IN THE LOS ANGELES TIMES

MAR 4 2009

Miller Advertising
71 Fifth Avenue

New York, NY 10003

## Affidavit of Publication

—of—

**Classified Advertising**

Angelina de Cordova

_____ of said
County and State being duly sworn, says:
That he is and at all times herein mentioned was a citizen of the United States, over 21 years of age, and not a party to nor interested in the above entitled matter; that he is a principal clerk of the printers and publishers of the **LOS ANGELES TIMES** a newspaper printed and published daily in the said Los Angeles County; that the Legal Notice

in the above entitled matter of which the annexed is a printed copy, was published in said newspaper

**LOS ANGELES TIMES**
202 West First St. Los Angeles, CA. 90012

_on the following days, to-wit:_

Fri; February 27, 2009

----

State of California
County of _Los Angeles_

FELIPE ALCALA DIAZ
Commission # 1759331
Notary Public - California
Los Angeles County
My Comm. Expires Aug 26, 2011



Subscribed and sworn to (o...)

3rd day of MARCH, 20 09, by
(1) ANGELINA DE CORDOVA
Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me (.)

05-44481-rdd    Doc 16440    Filed 03/09/09    Entered 03/09/09 19:09:13    Main Document
Pg 3 of 3

[Newspaper classified advertisements page from the Los Angeles Times, containing legal notices, rental ads, employment ads, and auto sales listings. Content includes:

**Rental Ads (left column):**
- March 3rd, 4th & 5th, 10am-12noon & 1pm-3pm. Applications will be accepted on a first come first serve basis. Income restrictions apply. Must meet all program eligibility requirements. Rent based on income & other eligibility requirements. Bring birth certificates, social security cards, drivers license and/or other photo ID, and household income & asset Information. Efficiency, 1, 2 & 3 bedroom apartments based on avail. Apartment communities located in downtown L.A. EQUAL HOUSING OPPORTUNITY
- Rental ads now run Friday-Monday in the print edition of the Los Angeles Times. For a complete list of residential rentals, please visit latimes.com/rentals

**RESIDENTIAL RENTALS**
**LA COUNTY NORTH** — San Fernando Valley, Antelope Valley and Santa Clarita Valley

**TOLUCA LAKE SPECTACULAR BEAUTY!** Large 1BR/1BA with large attached balcony. MUST SEE! Stainless steel stove, dishwasher, microwave, washer/dryer in unit, gas fireplace, kitchen granite countertops, crown moldings, C/air-heat, carpet ;& tile thruout, gated entry with sub parking. for questions or viewing please call 818-509-1663 or www.themontgomeryonline.com

**LEGAL NOTICES 1300**

**Bids Wanted** — Requesting Sub-bids from Qualified MBE/WBE/OBE Subcontractors/Vendors for: SECURITY LIGHTING UNIT 15 STREET LIGHTING PROJECT. Owner: City of Los Angeles. Bid Date and Time: Wednesday, March 18, 2009, at 10:00 a.m. For information on the availability of plans and specifications and the bidder's policy regarding assistance to subcontractors in obtaining bonds, lines of credit and/or insurance, please contact our office. Torres Construction Corp. 7330 N. Figueroa Street, Los Angeles, CA 90041. Tel. (323) 257-7460 • Fax (323) 257-8044. Contact: Rod McGallian

**Environmental Public Notices** — CITY OF LA SEE ENVIRONMENTAL AD ON THURSDAY (repeated)

**Attorneys** — ♦ BANKRUPTCY ♦ Stop Foreclosure & Levy. FREE CONSULTATION. 30 Years On Wilshire Blvd. BANKRUPTCY ATTORNEY $499 310-425-9945

---

**Middle Columns — Legal Notices:**

Petitioner or Attorney (name, state, bar number and address):
Alexandra Naim Harrington
24022 Highcrest Drive
Diamond Bar, California 91765
Telephone No. (909) 861-3480 Fax No. 909-8617148

TO ALL INTERESTED PERSONS:
Petitioner ALEXANDRA NAIM HARRINGTON filed a petition with this court for a decree changing names as follows:

Present Name: Alexandra Naim Harrington
Proposed Name: Alexandra Naim Kaia Harrington

THE COURT ORDERS that all persons interested in this matter shall appear before this court at the hearing indicated below to show cause, if any, why the petition for change of name should not be granted. Any person objecting to the name changes described above must file a written objection that includes the reasons for the objection at least two court days before the matter is scheduled to be heard and must appear at the hearing to show cause why the petition should not be granted. If no written objection is timely filed, the court may grant the petition without a hearing.

NOTICE OF HEARING
Date: April 6, 2009 Time: 8:30am Dept. A Rm, 109

THE ADDRESS OF THE COURT IS:
Superior Court of California County of Los Angeles
400 Civic Center Plaza
Pomona, California 91766
East District

A copy of this Order to Show Cause shall be published at least once each week for four successive weeks prior to the date set for hearing on the petition in the following newspaper of general circulation, printed in this county The Los Angeles Times.

DATE: February 17, 2009

Daniel J.
JUDGE OF THE SUPERIOR COURT

---

**Petition of Ashurbanipal Emanuel Betmaleck**
**ORDER TO SHOW CAUSE FOR CHANGE OF NAME**
**CASE NUMBER PS011360**

Petitioner or Attorney (name, state, bar number and address):
ASHURBANIPAL EMANUEL BETMALECK
27836 SPRUCE CREEK CIRCLE
VALENCIA, CALIFORNIA 91354

TO ALL INTERESTED PERSONS:
Petitioner ASHURBANIPAL EMANUEL BETMALECK filed a petition with this court for a decree changing names as follows:

Present Name: ASHURBANIPAL EMANUEL BETMALECK
Proposed Name: ASHUR BETSEEN

THE COURT ORDERS that all persons interested in this matter shall appear before this court at the hearing indicated below to show cause, if any, why the petition for change of name should not be granted. Any person objecting to the name changes described above must file a written objection that includes the reasons for the objection at least two court days before the matter is scheduled to be heard and must appear at the hearing to show cause why the petition should not be granted. If no written objection is timely filed, the court may grant the petition without a hearing.

NOTICE OF HEARING
Date: March 26, 2009 Time: 8:30am/ Dept. f46

THE ADDRESS OF THE COURT IS:
Superior Court of California County of Los Angeles
NORTH VALLEY DISTRICT
CHATSWORTH COURTHOUSE
9425 Penfield Avenue, Room 1200
Chatsworth, California 91311

A copy of this Order to Show Cause shall be published at least once each week for four successive weeks prior to the date set for hearing on the petition in the following newspaper of general circulation, printed in this county The Los Angeles Times.

DATE: February 17, 2009

/s/Robert Schuite
JUDGE OF THE SUPERIOR COURT

---

**SUMMONS (CITACION JUDICAL)**
**Case No.:KC053919 R**

NOTICE TO DEFENDANT:
(AVISO AL DEMANDADO)
Henry Hua AKA YAO NING HUA AKA HUA Y NING, GLOBAL MERCHANT, INC. and DOES 1-100.

YOU ARE BEING SUED BY PLAINTIFF:
(LO ESTA DEMANDANDO EL DEMANDANTE):
JIANHUA CHEN

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the Plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these forms and more information at the California Courts Online Self-Help Center (www.courtinfo.cagov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and...

---

**Right middle column — Summons/Bankruptcy notice:**

Petitioner or Attorney (name, state, bar number and address):

NOTICE OF HEARING
Date: Time: 8:30am Dept. NWA Rm, 510

THE ADDRESS OF THE COURT IS:
Superior Court of California County of Los Angeles
6230 Sylmar Avenue, Room 107
Van Nuys, California 91401
Northwest District-East Bldg

A copy of this Order to Show Cause shall be published at least once each week for four successive weeks prior to the date set for hearing on the petition in the following newspaper of general circulation, printed in this county The Los Angeles Times.

DATE: January 30, 2009

John A Clarke, Clerk
Richard H. Kirschner
JUDGE OF THE SUPERIOR COURT

---

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re                          ) Chapter 11
DELPHI CORPORATION, et al.,    ) Case No. 05-44481 (RDD)
Debtor.                        ) (Jointly Administered)

**NOTICE OF SALE OF CERTAIN ASSETS AT AUCTION**

PLEASE TAKE NOTICE THAT:

1. Pursuant to the Order Under 11 U.S.C. §§ 363, 365, 1123, And 1146 And Fed. R. Bankr. P. 2002, 6004, 6006, And 9014 (I) Approving Bidding Procedures, (II) Granting Certain Bid Protection, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date (the "Bidding Procedures Order") entered by the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on February 25, 2009, Delphi Automotive Systems LLC (the "Selling Debtor Entity") has entered into a Real Property Purchase Agreement (the "Agreement") with Birtcher Anaheim Magnolia Avenue LLC (the "Purchaser") for the purchase of approximately 21.6 acres and located in Anaheim, California (the "Acquired Asset" or "Anaheim Property") and agreed to assign an executory contract relating to the Anaheim Property, free and clear of liens, claims, encumbrances, and interests. Capitalized terms used but not otherwise defined in this notice have the meanings ascribed to them in the Bidding Procedures Order.

2. All interested parties are invited to make an offer to purchase the Anaheim Property in accordance with the terms and conditions approved by the Bankruptcy Court (the "Bidding Procedures") by 4:00 p.m. (prevailing Eastern time) on March 9, 2009. Pursuant to the Bidding Procedures, the Selling Debtor Entities may conduct an auction for the Anaheim Property (the "Auction") beginning at 10:00 a.m. (prevailing Eastern time) on March 13, 2009, at the offices of Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036 or 333 West Wacker Drive, Chicago, Illinois 60606.

3. Participation at the Auction is subject to the Bidding Procedures and the Bidding Procedures Order. A copy of the Bidding Procedures is available by contacting the undersigned counsel to the Selling Debtor Entity or by accessing Delphi's Legal Information Website, www.delphidocket.com.

4. A hearing to approve the Sale of the Anaheim Property to the highest and best bidder will be held on March 24, 2009 at 10:00 a.m. (prevailing Eastern time) at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004, before the Honorable Robert D. Drain, United States Bankruptcy Judge. The hearing on the Sale may be adjourned without notice other than an adjournment in open court.

5. Objections, if any, to the proposed Sale must be filed and served in accordance with the Bidding Procedures Order, and actually received no later than 4:00 p.m. (prevailing Eastern time) on March 17, 2009.

6. This notice is qualified in its entirety by the Bidding Procedures Order.

Dated: New York, New York, February 25, 2009

BY ORDER OF THE COURT

John Wm. Butler, Jr. (JB 4711),       Kayalyn A. Marafioti (KM
John K. Lyons (JL 4951), Ron E.       9632), Thomas J. Matz (TM
Meisler (RM 3026), SKADDEN,           5986), SKADDEN, ARPS,
ARPS, SLATE, MEAGHER &                SLATE, MEAGHER & FLOM
FLOM LLP, 333 West Wacker             LLP, Four Times Square, New
Drive, Suite 2100, Chicago,           York, New York 10036, (212)
Illinois 60606, (312) 407-0700        735-3000

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

---

**SUMMONS (CITACION JUDICAL)**
**Case Number (Numero del Caso): BC387326**

NOTICE TO DEFENDANT:
(AVISO AL DEMANDADO):
YANG HONG, an individual

YOU ARE BEING SUED BY PLAINTIFF: (LO ESTA DEMANDANDO EL DEMANDANTE):
JOSHUA H. CHANG, an individual; and JC CORE, CORP., a California Corporation.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the Plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these forms and more information at the California Courts Online Self-Help Center (www.courtinfo.cagov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an...

---

**Right columns — Employment/Auto Sales ads** (abbreviated):

- Normal family 310.285.9439
- Employment: APARTMENT Mgr, AUTO SALES $100,000+ POTENTIAL!, SALES * OPENINGS NOW!!! *, SALES ASSOCIATE - CAR *, SHIELD SECURITY INC NOW HIRING UNARMED OFFICERS & ROVERS, SOCIAL SERVICES On-call Residential Counselor, TEACHERS TEACHER NEEDED San Gabriel Valley Area, TUTORS, WELDER Experienced Aluminum & Steel Fabricator, AUTO NEFTIN'S SELLING CARS!, AUTOMOTIVE SALES Closer Wanted La Mar Hyundai, CASHIER, Construction Manager, DRIVERS ★ TAXI, DRIVER Distribution Center, FIELD LOANER CLERK Medtronic, LADIES CLUB LAS PALMAS, DANCE HOSTESSES, GALS

- CARS 1600, AUTOS FOR SALE, Antique Classic Cars, WANTED Any Condition Top $ Paid 50's - 60's Austin Healey, Porsche 356 Coupe/Conv., Mercedes 190-300SL, Jaguar XK, XKE, Roadster, Coupe. $ Finders Fee Paid $ 800-522-8887 • 602-810-2179

- Acura: '03 CL Type S Navi, '01 INTEGRA $7,995, CERRITOS ACURA, '05 MDX $15,998, KEYES ACURA, '05 MDX Certified $18,988, '09 MDX $47,972, CERRITOS ACURA, '07 RDX Navig- Very Low Miles $24,999, METRO ACURA, '07 RDX $25,995, '08 RDX Certified]