IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | : | |
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |

AFFIDAVIT OF SERVICE

  I, Elizabeth Adam, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

  On March 4, 2009, I caused to be served the documents listed below upon the parties listed on Exhibit A hereto via overnight mail:

1) Notice of Cure Amount with Respect to Executory Contract to be Assumed and Assigned in Connection with the Sale of the Anaheim Property (Docket No. 16407) and customized exhibit

2) Notice of Assumption and Assignment of Executory Contract to Purchaser in Connection to Sale of Anaheim Property (Docket No. 16408) and customized exhibit

Dated: March 9, 2009

                 /s/ Elizabeth Adam
                 Elizabeth Adam

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 9th day of March, 2009, by Elizabeth Adam, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:  /s/ Vanessa R. Quiñones

Commission Expires: 3/20/11

# EXHIBIT A

Delphi Corporation
Anaheim Cure and Assumption Notices Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | CONTRACT TO BE ASSUMED | CURE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| General Motors Corporation | c/o Honigman Miller Schwartz and Cohn LLP (Counsel for General Motors Corporation) | Frank L. Gorman & Robert B. Weiss | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | Assignment and Assumption dated December 10, 1998, by and between Delphi Automotive Systems LLC and General Motors Corporation, which, among other things, assigns to Delphi Automotive Systems LLC, the License and Permit dated October 2, 1952 between General Motors Corporation and Southern California Edison Company | $0.00 |
| General Motors Corporation c/o | c/o Weil, Gotshal & Manges LLP (Counsel for General Motors Corporation) | Harvey R. Miller, Jeffrey L. Tanenbaum, Martin J. Bienenstock & Michael P. Kessler | 767 Fifth Avenue | | New York | NY | 10153 | Assignment and Assumption dated December 10, 1998, by and between Delphi Automotive Systems LLC and General Motors Corporation, which, among other things, assigns to Delphi Automotive Systems LLC, the License and Permit dated October 2, 1952 between General Motors Corporation and Southern California Edison Company | $0.00 |
| Southern California Edison Company | | 601 West Fifth Street | | | Los Angeles | CA | 90071 | Assignment and Assumption dated December 10, 1998, by and between Delphi Automotive Systems LLC and General Motors Corporation, which, among other things, assigns to Delphi Automotive Systems LLC, the License and Permit dated October 2, 1952 between General Motors Corporation and Southern California Edison Company | $0.00 |