**Hearing Date: March 11, 2009**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti
Thomas J. Matz

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                           :
  In re                                                    :   Chapter 11
                                                           :
DELPHI CORPORATION, et al.,                                :   Case No. 05-44481 (RDD)
                                                           :
                              Debtors.                     :   (Jointly Administered)
                                                           :
                                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PROPOSED AGENDA FOR HEARING ON RETIREE COMMITTEE REPORT (OPEB)

Location Of Hearing:        United States Bankruptcy Court for the Southern District of New York,
                            Alexander Hamilton Custom House, Room 610, 6th Floor, One
                            Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

      A.      Introduction

      B.      Continued Matters (1 Matter)

      C.      Contested Matters (None)

**B.**      **Continued Matters**[*] (1 Matter)

      1.      **" Salaried OPEB Termination Motion "** Supplemental hearing pursuant to Order (I) Provisionally Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses, (II) Directing Appointment of Committee of Retired Employees with Limited Scope, and (III) Setting March 11, 2009 Final Hearing (Docket No. 16380)

            *Responses filed:*    *See responses listed on Exhibit A, Exhibit B, and Exhibit C hereto.*

            *Reply filed:*    *A reply to the Delphi Salaried Retiree Association's Supplement and Report (Docket Nos. 16430 and 16431) will be filed.*

            *Debtors' Omnibus Reply In Support Of Salaried OPEB Termination Motion And Objection To Motions To Appoint Official Committee Of Retired Employees (Docket No. 16327)*

            *Related filings:*    *Proposed Fortieth Omnibus Hearing Agenda (Docket No. 16312)*

            *Revised Proposed Fortieth Omnibus Hearing Agenda (Docket No. 16326)*

            *Order (I) Provisionally Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses, (II) Directing Appointment of Committee of Retired Employees with*

*Limited Scope, and (III) Setting March 11, 2009 Final Hearing (Docket No. 16380)*

*Appointment of Official Committee of Retired Employees Pursuant to 11 U.S.C. Section 1114(d) (Docket No. 16384)*

*Notice of Appeal, filed by Delphi Salaried Retirees Association (Docket No. 16404)*

*Election to Appeal to US District Court Southern District of New York, filed by Delphi Salaried Retirees Association (Docket No. 16405)*

*Statement of Issues and Designation of Record on Appeal, filed by Delphi Salaried Retirees Association (Docket No. 16420)*

*Trial Exhibit 1, filed by Delphi Salaried Retirees Association (Docket No. 16421)*

*Trial Exhibit 2, filed by Delphi Salaried Retirees Association (Docket No. 16422)*

*Trial Exhibit 3, filed by Delphi Salaried Retirees Association (Docket No. 16423)*

*Appellants' Designation of Record and Statement of Issues on Appeal, filed by Delphi Salaried Retirees Association (Docket No. 16424)*

*Supplement and Report in Support of Motions to Appoint an Official Retiree Committee Pursuant to Section 1114 of the Bankruptcy Code and in Opposition to Debtors' Motion to Terminate Salaried Retiree Benefits, filed by Delphi Salaried Retirees Association (Docket No. 16430)*

*Additional Exhibits to Retirees' Supplement and Report, filed by Delphi Salaried Retirees Association (Docket No. 16431)*

*Status:*          *The hearing with respect to this matter will be proceeding.*

**C.    Contested Matters (None)**

3

Dated: New York, New York
       March 10, 2008

                        SKADDEN, ARPS, SLATE, MEAGHER
                           & FLOM LLP

                        By: /s/  John Wm. Butler, Jr.
                            John Wm. Butler, Jr.
                            John K. Lyons
                            Ron E. Meisler

                        333 West Wacker Drive, Suite 2100
                        Chicago, Illinois 60606
                        (312) 407-0700

                            - and -

                        By: /s/  Kayalyn A. Marafioti
                            Kayalyn A. Marafioti
                            Thomas J. Matz

                        Four Times Square
                        New York, New York 10036
                        (212) 735-3000

                        Attorneys for Delphi Corporation, et al.,
                            Debtors and Debtors-in-Possession

## EXHIBIT A

## RESPONSES RECEIVED ON OR PRIOR TO FEBRUARY 17, 2009
## TO SALARIED OPEB TERMINATION MOTION

1.      Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14721)

2.      Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14722)

3.      Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14723)

4.      Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14724)

5.      Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14725)

6.      Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14726)

7.      Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14727)

8.      Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14728)

9.      Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14729)

10.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14730)

11.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14731)

12.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14732)

13.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14733)

14.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14734)

15.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14735)

16.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14736)

17.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14737)

18.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14738)

19.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14739)

20.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14740)

21.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14741)

22.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14742)

23.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14743)

24.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14744)

25.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14745)

26.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14746)

27.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And
        Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B)
        Retirees And Their Surviving Spouses (Docket No. 14747)

28.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And
        Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B)
        Retirees And Their Surviving Spouses (Docket No. 14748)

29.     Objection to Motion To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid
        Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their
        Surviving Spouses (Docket No. 14749)

30.     Objection to Motion To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid
        Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their
        Surviving Spouses (Docket No. 14750)

31.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And
        Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B)
        Retirees And Their Surviving Spouses (Docket No. 14751)

32.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And
        Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B)
        Retirees And Their Surviving Spouses (Docket No. 14752)

33.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And
        Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B)
        Retirees And Their Surviving Spouses (Docket No. 14753)

34.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And
        Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B)
        Retirees And Their Surviving Spouses (Docket No. 14754)

35.     Objection to Document #14705 to Cancel OPEB (Docket No. 14757)

36.     Objection to Document #14705 to Cancel OPEB (Docket No. 14758)

37.     Objection to Document #14705 to Cancel OPEB (Docket No. 14759)

38.     Objection to Document #14705 to Cancel OPEB( Health Care Benefits) (Docket No. 14760)

39.     Objection to Document #14705 to Cancel OPEB( Health Care Benefits) (Docket No. 14761)

40.     Objection to Document #14705 to Cancel OPEB( Health Care Benefits) (Docket No. 14762)

41.     Objection to Document #14705 to Cancel OPEB( Health Care Benefits) (Docket No. 14763)

42.     Objection to Motion Objection to Motion for Order Under 11 USC Sections 105, 363(b)(1), and 1108
        Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and
        Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B)
        Retirees and their Surviving Spouses (Docket No. 14765 and Docket No. 16238)

43.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health
        Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried
        Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14768)

44. Objection and Letter in Opposition to Delphi's Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (Salaried OPEB Termination Motion") (Docket No. 14769)

45. Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14770)

46. Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid And (B) Retirees And Their Surviving Spouses (Docket No. 14771)

47. Objection and Letter in Opposition to Delphi's Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (Salaried OPEB Termination Motion") (Docket No. 14772)

48. Objection to Document #14705 Re: to Cancel OPEB( Health Care Benefits) (Docket No. 14773)

49. Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14774)

50. Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14775)

51. Objection Re: Delphi's Motion to Suspend Salaried Retiree Health and Life Insurance Benefits (Docket No. 14776)

52. Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14777)

53. Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14778)

54. Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14779)

55. Objection and Letter in Opposition to Delphi's Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (Salaried OPEB Termination Motion") (Docket No. 14780)

56. Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14781)

57. Objection to Document #14705 Re: to Cancel OPEB( Health Care Benefits) (Docket No. 14782)

58.      Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14783)

59.      Objection Re: Motion Confirming Debtors' Authority to Terminate Employer Paid Post Retirement Health Care Benefits and Employer Paid Post Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B )Retirees and their Surviving Spouses (Docket No. 14784)

60.      Objection to Document #14705 Re: to Cancel OPEB( Health Care Benefits) (Docket No. 14785)

61.      Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14786)

62.      Objection to Motion (Docket No. 14787)

63.      Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14788)

64.      Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 14789)

65.      Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14790)

66.      Objection to Motion (Docket No. 14791)

67.      Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14792)

68.      Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (the Motion") (Docket No. 14793)

69.      Objection to Motion (Docket No. 14794)

70.      Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14795)

71.      Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 14796)

72.      Objection to Motion (Docket No. 14797)

73.      Objection to Motion to Cancel OPEB Health Insurance Benefits (Docket No. 14798)

74.      Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 14799)

75.      Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14800)

76. Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14801)

77. Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 14802)

78. Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14803)

79. Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 14804)

80. Objection to Motion (Docket No. 14805)

81. Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses. (Docket No. 14806)

82. Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14807)

83. Objection to Motion (Docket No. 14808)

84. Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14809)

85. Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14810)

86. Objection to Motion (Docket No. 14811)

87. Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (Docket No. 14812)

88. Objection to Motion (Docket No. 14813)

89. Objection to Motion (Docket No. 14814)

90. Objection to Motion (Docket No. 14815)

91. Objection to Motion (Docket No. 14816)

92. Objection to Motion (Docket No. 14817)

93. Objection to Motion (Docket No. 14818)

94.     Opposition Brief Opposition To Motion For Order Under 11 U.S.C. Sections 105, 363(B)(1) And 1108 Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14819)

95.     Objection to Motion (Response and Limited Objection of International Union, UAW to Debtors' Salaried OPEB Termination Motion) (Docket No. 14822)

96.     Objection to Motion (Docket No. 14823)

97.     Objection to Motion (Docket No. 14825)

98.     Objection to Motion (Docket No. 14826)

99.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14827)

100.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14828)

101.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid (Docket No. 14829)

102.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14830)

103.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14831)

104.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14832)

105.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14833)

106.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14834)

107.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14835)

108.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14836)

109.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14837)

110.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14838)

111.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14840)

112.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14841)

113.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14842)

114.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14844)

115.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14845)

116.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14846)

117.    Objection to Motion (Docket No. 14847)

118.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14848)

119.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14849)

120.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14850)

121.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14851)

122.    Objection to Motion (Docket No. 14852)

123.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14853)

A-8

124.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14854)

125.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14855)

126.    Objection to Motion (Docket No. 14856)

127.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14857)

128.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14858)

129.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14859)

130.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14860)

131.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14861)

132.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14862)

133.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14863)

134.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14864)

135.    Objection to Motion (Docket No. 14865)

136.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14866)

137.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 14867)

138.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14868)

139.    Objection to Motion (Docket No. 14869)

140.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 14870)

141.    Objection to Motion (Docket No. 14871)

142.    Objection to Motion and Memorandum of Law (Docket No. 14872)

143.    Objection to Motion (Docket No. 14873)

144.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 14874)

145.    Objection to Motion (Docket No. 14875)

146.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 14876)

147.    Objection to Motion (Docket No. 14878)

148.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 14879)

149.    Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (Docket No. 14880)

150.    Statement of the Official Committee of Unsecured Creditors with Respect to the Debtors Motion for an Order Confirming Their Authority to Terminate Employer-Paid Post-Retirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (Docket No. 14881)

151.    Statement of the Official Committee of Unsecured Creditors with Respect to the Debtors Motion for an Order Confirming the Engagement and Retention of Special Counsel in Connection with the Plan Investor Litigation (Docket No. 14883)

152.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 14888)

153.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 14889)

154.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 14890)

155.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 14891)

156.    Objection to Motion to Terminate Health and Life Insurance Benefits (OPEB) (Docket No. 14892)

157.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 14893)

158.    Objection to Motion to Terminate Health and Life Insurance Benefits (OPEB) (Docket No. 14894)

159.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 14895)

160.    Objection to Motion (Docket No. 14896)

161.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 14897)

162.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 14898)

163.    Objection to Motion (Docket No. 14899)

164.    Objection to Motion (Docket No. 14900)

165.    Objection to Motion (Docket No. 14901)

166.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 14902)

167.    Objection to Motion (Docket No. 14903)

168.    Objection to Motion (Docket No. 14904)

169.    Objection to Motion (Docket No. 14905)

170.    Objection to Motion (Docket No. 14906)

171.    Objection to Motion (Docket No. 14907)

172.    Objection to Motion (Docket No. 14908)

173.    Objection to Motion (Docket No. 14910)

174.    Objection to Motion (Docket No. 14911)

175.    Objection to Motion (Docket No. 14912)

176.    Objection to Motion (Docket No. 14913)

177.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 14914)

178.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 14915)

179.     Objection to Motion to Authorize Motion for Order Under 11 U.S.C Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 14916)

180.     Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (Docket No. 14917)

181.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 14918)

182.     Objection to Motion (Docket No. 14919)

183.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 14920)

184.     Objection to Motion (Docket No. 14921)

185.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 14922)

186.     Objection to Motion (Docket No. 14923)

187.     Objection to Motion (Docket No. 14924)

188.     Objection to Motion to Authorize Motion for Order Under 11 U.S.C Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 14925)

189.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 14926)

190.     Objection to Motion (Docket No. 14927)

191.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 14928)

192.     Objection to Motion (Docket No. 14929)

193.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits)

194.     Objection to Motion (Docket No. 14931)

195.     Objection to Motion (Docket No. 14932)

196.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14933)

197.     Objection to Motion (Docket No. 14934)

A-12

198.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14935)

199.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 14936)

200.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14937)

201.    Objection to Motion (Docket No. 14938)

202.    Objection Re: Motion Confirming Debtors' Authority to Terminate Employer Paid Post Retirement Health Care Benefits and Employer Paid Post Retirement Life Insurance Benefits and Employer Paid Post Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and their Surviving Spouses (Docket No. 14939)

203.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14940)

204.    Objection to Motion (Docket No. 14941)

205.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14942)

206.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14943)

207.    Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (Docket No. 14944)

208.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14945)

209.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14946)

210.    Objection to Motion (Docket No. 14947)

211.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 14948)

212.    Objection Re: Motion Confirming Debtors' Authority to Terminate Employer Paid Post Retirement Health Care Benefits and Employer Paid Post Retirement Life Insurance Benefits and Employer Paid Post Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and their Surviving Spouses (Docket No. 14949)

A-13

213.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14950)

214.     Objection to Motion to Authorize Motion for Order Under 11 U.S.C Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 14951)

215.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14952)

216.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 14953)

217.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14954)

218.     Objection to Motion (Docket No. 14955)

219.     Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (Docket No. 14956)

220.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14957)

221.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14958)

222.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 14959)

223.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14960)

224.     Objection Re: Motion Confirming Debtors' Authority to Terminate Employer Paid Post Retirement Health Care Benefits and Employer Paid Post Retirement Life Insurance Benefits and Employer Paid Post Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and their Surviving Spouses (Docket No. 14961)

225.     Objection to Motion to Authorize Motion for Order Under 11 U.S.C Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 14962)

226.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14963)

227.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 14964)

228.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14965)

229.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14966)

230.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14967)

231.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 14968)

232.    Objection Re: Motion Confirming Debtors' Authority to Terminate Employer Paid Post Retirement Health Care Benefits And Employer Paid Post Retirement Life Insurance Benefits and Employer Paid Post Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and their Surviving Spouses (Docket No. 14969)

233.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14970)

234.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14971)

235.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14972)

236.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14973)

237.    Objection to Motion To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14974)

238.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14975)

239.    Objection to Motion To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14976)

240.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14977)

241.    Objection to Motion (Docket No. 14978)

242.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 14979)

243.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 14980)

244.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14981)

245.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14982)

246.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14983)

247.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 14984)

248.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14985)

249.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14986)

250.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14987)

251.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14988)

252.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14989)

253.    Objection to Motion (Docket No. 14990)

254.    Objection Re: Motion Confirming Debtors' Authority to Terminate Employer Paid Post Retirement Health Care Benefits and Employer Paid Post Retirement Life Insurance Benefits and Employer Paid Post Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and their Surviving Spouses (Docket No. 14991)

255.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 14992)

256.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 14993)

A-16

257.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 14994)

258.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14995)

259.    Objection (Docket No. 14996)

260.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14997)

261.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14998)

262.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14999)

263.    Objection (Docket No. 15000)

264.    Objection to Motion (Docket No. 15001)

265.    Objection (Docket No. 15002)

266.    Objection to Motion (Docket No. 15003)

267.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15004)

268.    Objection to Motion (Docket No. 15005)

269.    Objection to Motion (Docket No. 15006)

270.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15007)

271.    Objection to Motion (Docket No. 15008)

272.    Objection to Motion (Docket No. 15009)

273.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15010)

274.    Objection to Motion (Docket No. 15011)

275.    Objection to Motion (Docket No. 15012)

A-17

276.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15013)

277.    Objection to Motion (Docket No. 15014)

278.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15015)

279.    Objection to Motion (Docket No. 15016)

280.    Objection to Motion (Docket No. 15017)

281.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15018)

282.    Objection to Motion (Docket No. 15019)

283.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15020)

284.    Objection to Motion (Docket No. 15021)

285.    Objection to Motion (Docket No. 15022)

286.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15023)

287.    Objection to Motion (Docket No. 15024)

288.    Objection to Motion (Docket No. 15025)

289.    Objection to Motion (Docket No. 15026)

290.    Objection to Motion (Docket No. 15027)

291.    Objection to Motion (Docket No. 15028)

292.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15029)

293.    Objection to Motion (Docket No. 15030)

294.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 15031)

295.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15032)

296.    Objection to Motion (Docket No. 15033)

A-18

297.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15034)

298.    Objection to Motion (Docket No. 15035)

299.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15036)

300.    Objection to Motion (Docket No. 15037)

301.    Objection to Motion (Docket No. 15038)

302.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15039)

303.    Objection to Motion (Docket No. 15040)

304.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 15041)

305.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 15042)

306.    Objection to Motion (Docket No. 15043)

307.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 15044)

308.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 15045)

309.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15046)

310.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 15047)

311.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15048)

312.    Objection Re: Motion Confirming Debtors' Authority to Terminate Employer Paid Post Retirement Health Care Benefits and Employer Paid Post Retirement Life Insurance Benefits and Employer Paid Post Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and their Surviving Spouses (Docket No. 15049)

313.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15050)

314.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 15051)

315.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C. Section 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 15052)

316.    Objection to Motion (Docket No. 15053)

317.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15054)

318.    Objection to Motion (Docket No. 15055)

319.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15056)

320.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 15057)

321.    Objection to Motion (Docket No. 15058)

322.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15059)

323.    Objection to Motion To Authorize Motion for Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 15060)

324.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 15061)

325.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15062)

326.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15063)

327.     Objection to Motion (Docket No. 15064)

328.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15065)

329.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15066)

330.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15067)

331.     Objection to Motion to Authorize Motion for Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 15068)

332.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15069)

333.     Objection to Motion to Authorize Motion for Order Under 11 U.S.C Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 15070)

334.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15071)

335.     Objection to Motion (Docket No. 15072)

336.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15073)

337.     Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (Docket No. 15074)

338.     Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15075)

339.     Objection to Motion to Authorize Motion for Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 15076)

340.     Objection to Motion (Docket No. 15077)

341.   Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15078)

342.   Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15079)

343.   Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15080)

344.   Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15081)

345.   Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (Docket No. 15082)

346.   Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15083)

347.   Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15084)

348.   Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15085)

349.   Objection to Motion For Order Under 11 U.S.C. Sections 105, 363(b)(1), And 1108 Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses  (Docket No. 15086)

350.   Objection to Motion to Authorize Motion for Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 15087)

351.   Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15088)

352.   Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15089)

353.   Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15090)

A-22

354.    Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors'
        Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid
        Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their
        Surviving Spouses (Docket No. 15091)

355.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health
        Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried
        Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15092)

356.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health
        Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried
        Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15093)

357.    Objection Re: Motion Confirming Debtors' Authority to Terminate Employer Paid Post Retirement Health
        Care Benefits and Employer Paid Post Retirement Life Insurance Benefits and Employer Paid Post
        Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and their Surviving
        Spouses (Docket No. 15094)

358.    Objection to Motion (Docket No. 15095)

359.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And
        Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B)
        Retirees And Their Surviving Spouses (Docket No. 15097)

360.    Objection to Motion to Authorize Motion For Order Under 11 U.S.C. Sections 105, 363(b)(1), And 1108
        Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And
        Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B)
        Retirees And Their Surviving Spouses (Docket No. 15098)

361.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108
        Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and
        employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees
        and their surviving spouses (Docket No. 15099)

362.    Objection to Motion (Docket No. 15100)

363.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health
        Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried
        Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15101)

364.    Objection Re: Motion Confirming Debtors' Authority to Terminate Employer Paid Post Retirement Health
        Care Benefits and Employer Paid Post Retirement Life Insurance Benefits and Employer Paid Post
        Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and their Surviving
        Spouses (Docket No. 15102)

365.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And
        Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B)
        Retirees And Their Surviving Spouses (Docket No. 15104)

366.    Objection to Motion (Docket No. 15105)

367.    Objection to Motion to Authorize Motion For Order Under 11 U.S.C. Sections 105, 363(b)(1), And 1108
        Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And
        Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B)
        Retirees And Their Surviving Spouses (Docket No. 15106)

A-23

368.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15107)

369.    Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (Docket No. 15108)

370.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15109)

371.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15110)

372.    Objection to Motion (Docket No. 15111)

373.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15112)

374.    Objection Re: Motion Confirming Debtors' Authority to Terminate Employer Paid Post Retirement Health Care Benefits and Employer Paid Post Retirement Life Insurance Benefits and Employer Paid Post Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and their Surviving Spouses (Docket No. 15113)

375.    Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (Docket No. 15115)

376.    Objection to Motion For Order Under 11 U.S.C. Sections 105, 363(b)(1), And 1108 Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses  (Docket No. 15116)

377.    Objection to Motion (Docket No. 15117)

378.    Objection to Motion (Docket No. 15118)

379.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15119)

380.    Objection to Motion (Docket No. 15120)

381.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 15121)

A-24

382.    Objection Re: Motion Confirming Debtors' Authority to Terminate Employer Paid Post Retirement Health Care Benefits and Employer Paid Post Retirement Life Insurance Benefits and Employer Paid Post Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and their Surviving Spouses (Docket No. 15122)

383.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15123)

384.    Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (Docket No. 15124)

385.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15125)

386.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15126)

387.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15127)

388.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15128)

389.    Objection to Motion For Order Under 11 U.S.C. Sections 105, 363(b)(1), And 1108 Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses  (Docket No. 15129)

390.    Objection to Motion (Docket No. 15130)

391.    Objection to Motion To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15131)

392.    Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (Docket No. 15132)

393.    Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (Docket No. 15133)

394.    Objection to Motion For Order Under 11 U.S.C. Sections 105, 363(b)(1), And 1108 Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses  (Docket No. 15134)

395.    Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors'
        Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid
        Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their
        Surviving Spouses (Docket No. 15135)

396.    Objection to Motion (Docket No. 15136)

397.    Objection to Motion To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid
        Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their
        Surviving Spouses (Docket No. 15137)

398.    Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors'
        Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid
        Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their
        Surviving Spouses (Docket No. 15138)

399.    Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors'
        Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid
        Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their
        Surviving Spouses (Docket No. 15139)

400.    Objection to Motion For Order Under 11 U.S.C. Sections 105, 363(b)(1), And 1108 Confirming Debtors'
        Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid
        Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their
        Surviving Spouses  (Docket No. 15140)

401.    Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors'
        Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid
        Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their
        Surviving Spouses (Docket No. 15141)

402.    Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors'
        Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid
        Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their
        Surviving Spouses (Docket No. 15142)

403.    Objection to Motion For Order Under 11 U.S.C. Sections 105, 363(b)(1), And 1108 Confirming Debtors'
        Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid
        Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their
        Surviving Spouses  (Docket No. 15144)

404.    Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors'
        Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid
        Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their
        Surviving Spouses (Docket No. 15145)

405.    Objection to Motion For Order Under 11 U.S.C. Sections 105, 363(b)(1), And 1108 Confirming Debtors'
        Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid
        Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their
        Surviving Spouses  (Docket No. 15146)

406.    Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors'
        Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid
        Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their
        Surviving Spouses (Docket No. 15147)

407.     Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors'
         Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid
         Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their
         Surviving Spouses (Docket No. 15148)

408.     Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors'
         Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid
         Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their
         Surviving Spouses (Docket No. 15149)

409.     Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors'
         Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid
         Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their
         Surviving Spouses (Docket No. 15150)

410.     Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors'
         Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid
         Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their
         Surviving Spouses (Docket No. 15151)

411.     Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors'
         Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid
         Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their
         Surviving Spouses (Docket No. 15152)

412.     Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors'
         Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid
         Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their
         Surviving Spouses (Docket No. 15154)

413.     Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors'
         Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid
         Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their
         Surviving Spouses (Docket No. 15155)

414.     Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors'
         Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid
         Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their
         Surviving Spouses (Docket No. 15156)

415.     Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors'
         Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid
         Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their
         Surviving Spouses (Docket No. 15157)

416.     Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors'
         Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid
         Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their
         Surviving Spouses (Docket No. 15158)

417.     Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors'
         Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid
         Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their
         Surviving Spouses (Docket No. 15159)

418.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15160)

419.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15161)

420.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15162)

421.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15163)

422.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15164)

423.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15165)

424.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15166)

425.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15167)

426.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15168)

427.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15169)

428.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15170)

429.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15171)

430.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15172)

431.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15173)

432.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15174)

433.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15175)

434.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15176)

435.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15177)

436.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15178)

437.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15179)

438.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15180)

439.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15181)

440.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15182)

441.     Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15183)

442.     Objection to Motion to Authorize Motion for Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 15184)

443.     Objection to Motion to Authorize Motion for Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 15185)

444.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15186)

445.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15187)

446.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15188)

447.     Objection to Motion to Authorize Motion For Order Under 11 U.S.C. Sections 105, 363(b)(1), And 1108 Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15189)

448.     Objection to Motion to Authorize Motion for Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 15190)

449.     Objection (Docket No. 15191)

450.     Objection to Motion (Docket No. 15192)

451.     Objection to Motion to Authorize Motion for Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 15193)

452.     Objection to Motion (Docket No. 15194)

453.     Objection to Motion to Authorize Motion For Order Under 11 U.S.C. Sections 105, 363(b)(1), And 1108 Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15195)

454.     Objection to Motion to Authorize Motion for Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 15196)

455.     Objection to Motion (Docket No. 15197)

456.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15198)

457.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15199)

458.    Objection to Motion to Authorize Motion For Order Under 11 U.S.C. Sections 105, 363(b)(1), And 1108 Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15200)

459.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15201)

460.    Objection to Motion (Docket No. 15202)

461.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 15203)

462.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15204)

463.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15205)

464.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15206)

465.    Objection to Motion (Docket No. 15207)

466.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15208)

467.    Objection to Motion to Authorize Motion for Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 15209)

468.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15210)

469.    Objection to Motion (Docket No. 15211)

470.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15212)

471.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15213)

472.     Objection to Motion to Authorize Motion for Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 15214)

473.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15215)

474.     Objection to Motion (Docket No. 15216)

475.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15217)

476.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15218)

477.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15219)

478.     Objection to Motion to Authorize Motion for Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement healthcare benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 15220)

479.     Objection to Motion (Docket No. 15221)

480.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15222)

481.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15223)

482.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15224)

483.     Objection to Motion To Authorize Motion For Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15225)

484.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15226)

485.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15227)

486.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15228)

487.    Objection to Motion To Authorize Motion For Order Under 11 U.S.C. Sections 105, 363(b)(1), And 1108 Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees and (B) Retirees And Their Surviving Spouses (Docket No. 15229)

488.    Objection to Motion to Authorize Motion For Order Under 11 U.S.C. Sections 105, 363(b)(1), And 1108 Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15230)

489.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15231)

490.    Objection to Motion (Docket No. 15232)

491.    Objection to Motion To Authorize Motion For Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15233)

492.    Second Objection to Motion to Authorize Motion For Order Under 11 U.S.C. Sections 105, 363(b)(1), And 1108 Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15234)

493.    Objection to Motion (Docket No. 15235)

494.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15236)

495.    Objection to Motion To Authorize Motion For Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15237)

496.    Objection to Motion (Docket No. 15238)

497.    Objection to Motion (Docket No. 15239)

498.    Objection to Motion to Authorize Motion For Order Under 11 U.S.C. Sections 105, 363(b)(1), And 1108 Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15240)

499.    Objection to Motion (Docket No. 15241)

500.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15242)

501.    Objection to Motion (Docket No. 15243)

502.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15244)

503.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15245)

504.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15246)

505.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15247)

506.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15248)

507.    Objection to Motion to Authorize Motion For Order Under 11 U.S.C. Sections 105, 363(b)(1), And 1108 Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15249)

508.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15250)

509.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15251)

510.    Objection to Motion to Authorize Motion For Order Under 11 U.S.C. Sections 105, 363(b)(1), And 1108 Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15252)

511.    Objection to Motion (Docket No. 15253)

512.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15254)

513.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15255)

514.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15256)

515.     Objection to Motion (Docket No. 15257)

516.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15258)

517.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15259)

518.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15260)

519.     Objection to Motion (Docket No. 15261)

520.     Objection to Motion (Docket No. 15262)

521.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15263)

522.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15264)

523.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15265)

524.     Objection to Motion To Authorize Motion For Order Under 11 U.S.C. Sections 105, 363(b)(1), And 1108 Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15266)

525.     Objection to Motion (Docket No. 15267)

526.     Objection to Motion To Authorize For Order Under 11 U.S.C. Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees and (B) Retirees And Their Surviving Spouses (Docket No. 15268)

527.     Objection to Motion (Docket No. 15269)

528.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15270)

529.     Objection to Motion (Docket No. 15271)

A-34

530.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15272)

531.    Objection to Motion To Authorize Motion For Order Under 11 U.S.C. Sections 105, 363(b)(1), And 1108 Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15273)

532.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15274)

533.    Objection to Motion (Docket No. 15275)

534.    Objection to Motion (Docket No. 15276)

535.    Objection to Motion To Authorize Motion For Order Under 11 U.S.C. Sections 105, 363(b)(1), And 1108 Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees and (B) Retirees And Their Surviving Spouses (Docket No. 15277)

536.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15278)

537.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15279)

538.    Objection to Motion (Docket No. 15280)

539.    Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Postretirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15281)

540.    Objection to Motion (Docket No. 15282)

541.    Motion To Appoint / Motion For The Court To Appoint Legal Counsel To Represent The Salaried Employees, Retirees And Surviving Spouses And To Stay Termination Of Benefits And Related Proceedings (Docket No. 15283)

542.    Objection to Motion(Docket No. 15284)

543.    Objection to Motion (Docket No. 15285)

544.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15286)

545.    Objection to Motion (Docket No. 15287)

546.    Objection to Motion (Docket No. 15288)

547.    Objection to Motion (Docket No. 15289)

548.    Objection to Motion (Docket No. 15290)

549.    Objection to Motion (Docket No. 15291)

550.    Objection to Motion To Authorize Motion For Order Under 11 U.S.C. Sections 105, 363(b)(1), And 1108 Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 15292)

551.    Objection to Motion (Docket No. 15293)

552.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15294)

553.    Objection to Motion (Docket No. 15295)

554.    Objection to Motion (Docket No. 15296)

555.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15297)

556.    Objection to Motion (Docket No. 15298)

557.    Objection to Motion (Docket No. 15299)

558.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15300)

559.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15301)

560.    Objection To Document # 14705 Re: Motion To Cancel OPEB (Health Care Benefits) (Docket No. 15302)

561.    Unsigned Notice of Withdrawal Of Appearance And Request For Service Of Papers (Docket No. 15303)

562.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15304)

563.    Objection To Document # 14705 Re: Motion To Cancel OPEB (Health Care Benefits) (Docket No. 15305)

564.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15306)

565.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15307)

566.    Objection To Document # 14705 Re: Motion To Cancel OPEB (Health Care Benefits) (Docket No. 15308)

567.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15309)

568.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15310)

569.    Objection To Document # 14705 Re: Motion To Cancel OPEB (Health Care Benefits) (Docket No. 15311)

570.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15312)

571.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15313)

572.    Objection to Motion (Docket No. 15314)

573.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15315)

574.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15316)

575.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15317)

576.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15318)

577.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15319)

578.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15320)

579.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15321)

580.    Objection To Document # 14705 Re: Motion To Cancel OPEB (Health Care Benefits) (Docket No. 15322)

581.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15323)

582.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15324)

583.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15325)

584.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15326)

585.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15327)

586.    Objection to Motion (Docket No. 15328)

587.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15329)

588.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15330)

589.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15331)

590.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15332)

591.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15333)

592.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15334)

593.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15335)

594.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15336)

595.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15337)

596.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15338)

597.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15339)

598.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15340)

599.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15341)

600.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15342)

601.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15343)

602.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15344)

603.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15345)

604.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15346)

605.    Objection to Motion (Docket No. 15347)

606.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15348)

607.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15349)

608.    Objection to Motion (Docket No. 15350)

609.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15351)

610.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15352)

611.    Objection to Motion (Docket No. 15353)

612.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15354)

613.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15355)

614.    Objection to Motion (Docket No. 15356)

615.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15357)

616.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15358)

617.    Objection to Motion (Docket No. 15359)

618.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15360)

619.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15361)

620.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15362)

621.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15363)

622.    Objection to Motion (Docket No. 15364)

623.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15365)

624.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15366)

625.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15367)

626.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15368)

627.    Objection to Motion (Docket No. 15369)

628.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15370)

A-38

629.    Objection to Motion (Docket No. 15371)

630.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15372)

631.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15373)

632.    Objection To Document # 14705 Re: Motion To Cancel OPEB (Health Care Benefits) (Docket No. 15374)

633.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15375)

634.    Objection To Document # 14705 Re: Motion To Cancel OPEB (Health Care Benefits) (Docket No. 15376)

635.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15377)

636.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15378)

637.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15379)

638.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15380)

639.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15381)

640.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15382)

641.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15383)

642.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15384)

643.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15385)

644.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15386)

645.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15387)

646.    Objection To Document # 14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15388)

647.    Objection To Document # 14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15389)

648.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15390)

649.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15391)

650.    Objection To Document # 14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15392)

651.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15393)

652.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15394)

653.    Objection To Document # 14705 Re: Motion To Cancel OPEB (Health Care Benefits) (Docket No. 15395)

654.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15396)

655.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15397)

656.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15398)

657.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15399)

658.    Objection To Document # 14705 Re: Motion To Cancel OPEB (Health Care Benefits) (Docket No. 15400)

659.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15401)

660.    Objection To Document # 14705 Re: Motion To Cancel OPEB (Health Care Benefits) (Docket No. 15402)

661.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15403)

662.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15404)

663.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15405)

664.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15406)

665.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15407)

666.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15408)

667.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15409)

668.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15410)

669.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15411)

670.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15412)

671.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15413)

672.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15414)

673.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15415)

674.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15416)

675.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15417)

676.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15418)

677.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15419)

678.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15420)

679.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15421)

680.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15422)

681.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15423)

682.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15424)

683.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15425)

684.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15426)

685.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15427)

686.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15428)

687.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15429)

688.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15430)

689.    Objection to Motion (Docket No. 15431)

690.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15433)

691.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15434)

692.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15435)

693.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15436)

694.    Objection to Motion (Docket No. 15437)

695.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15438)

696.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15439)

697.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15440)

698.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15441)

699.    Objection to Motion (Docket No. 15442)

700.    Objection to document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15443)

701.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15444)

702.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15445)

703.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15446)

704.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15447)

705.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15448)

706.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15449)

707.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15450)

708.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15451)

709.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15452)

A-41

710.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15453)

711.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15454)

712.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15455)

713.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15456)

714.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15457)

715.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15458)

716.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15459)

717.    Objection to Motion (Docket No. 15460)

718.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15461)

719.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits)

720.    Myron W. Thomas. (Colon, Gwen) (Entered: 02/19/2009) (Docket No. 15462)

721.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15463)

722.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15464)

723.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15465)

724.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15466)

725.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15467)

726.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15468)

727.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15469)

728.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15470)

729.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15471)

730.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15472)

731.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15473)

732.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15474)

733.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15475)

734.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15476)

735.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15477)

736.    Objection to Motion (Docket No. 15478)

737.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15479)

738.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15480)

739.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15481)

740.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15482)

741.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15483)

742.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15484)

743.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15485)

744.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15486)

745.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15487)

746.    Objection to Motion (Docket No. 15488)

747.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15489)

748.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15490)

749.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15491)

750.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15492)

751.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15493)

752.    Objection to Motion (Docket No. 15494)

753.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15495)

754.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15496)

755.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15497)

756.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15498)

757.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15499)

758.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15500)

759.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15501)

760.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15502)

761.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15503)

762.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15504)

763.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15505)

764.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15506)

765.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15507)

766.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15508)

767.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15509)

768.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15510)

769.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15511)

770.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15512)

771.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15513)

772.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15514)

773.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15515)

774.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15516)

775.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15517)

776.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15518)

777.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15519)

778.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15520)

779.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15521)

780.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15522)

781.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15523)

782.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15524)

783.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15525)

784.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15526)

785.    Objection to Motion #14705 (Docket No. 15527)

786.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15528)

787.    Objection to Motion #14705 (Docket No. 15529)

788.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15530)

789.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15531)

790.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15532)

791.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15533)

792.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15534)

793.    Objection to Motion # 14705 Re: Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15535)

794.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15536)

795.    Objection to Document # 14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15537)

796.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15538)

797.    Objection to Motion Objection to Document # 14705 Re: Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15539)

798.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15540)

799.    Objection to Document # 14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15541)

800.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15542)

801.    Objection to Motion Objection to Document # 14705 Re: Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15543)

802.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15544)

803.    Objection to Document # 14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15545)

804.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15546)

805.    Objection to Motion Objection to Document # 14705 Re: Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15547)

806.    Objection to Document # 14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15548)

807.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15549)

808.    Objection to Motion Objection to Document # 14705 Re: Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15550)

809.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15551)

810.    Objection to Document # 14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15552)

811.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15553)

812.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15554)

813.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15555)

814.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15556)

815.    Objection to documents # 14705 Re: Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15557)

A-45

816.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15558)

817.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15559)

818.    Objection to Document # 14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15560)

819.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15561)

820.    Objection to documents # 14705 Re: Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15562)

821.    Objection to Document # 14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15563)

822.    Objection to documents # 14705 Re: Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15564)

823.    Objection to documents # 14705 Re: Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15565)

824.    Objection to Document # 14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15566)

825.    Objection to documents # 14705 Re: Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15567)

826.    Objection to Document # 14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15568)

827.    Objection to Document # 14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15569)

828.    Objection to documents # 14705 Re: Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15570)

829.    Objection to Document # 14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15571)

830.    Objection to Document # 14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15572)

831.    Objection to Document # 14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15573)

832.    Objection to Document # 14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15574)

833.    Objection to Document # 14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15575)

834.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15576)

835.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15577)

836.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15578)

837.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15579)

838.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15580)

839.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15581)

840.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15582)

841.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15583)

842.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15584)

843.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15585)

844.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15586)

845.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15587)

846.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15588)

847.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15589)

848.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15590)

849.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15591)

850.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15592)

851.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15593)

852.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15594)

853.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15595)

854.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15596)

855.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15597)

856.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15598)

857.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15599)

858.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15600)

859.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15601)

860.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15602)

861.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15603)

862.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15604)

863.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15605)

864.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15606)

865.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15607)

866.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15608)

867.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15609)

868.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15610)

869.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15611)

870.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15612)

871.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15613)

872.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15614)

873.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15615)

874.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15616)

875.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15617)

876.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15618)

877.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15619)

878.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15620)

879.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15621)

880.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15622)

881.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15623)

882.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15624)

883.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15625)

884.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15626)

885.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15627)

886.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15628)

887.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15629)

888.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15630)

889.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15631)

890.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15632)

891.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15633)

892.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15634)

893.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15635)

894.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15636)

895.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15637)

896.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15638)

897.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15639)

898.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15640)

899.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15641)

900.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15642)

901.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15643)

902.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15644)

903.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15645)

904.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15646)

905.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15647)

906.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15648)

907.    Objection to Document #14705 Re: Motion to Cancel OPEB( Health Care Benefits) (Docket No. 15649)

908.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15650)

909.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15651)

910.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15652)

911.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15653)

912.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15654)

913.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15655)

914.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15656)

915.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15657)

916.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15658)

917.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15659)

918.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15660)

919.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15661)

920.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15662)

921.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15663)

922.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15664)

923.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15665)

924.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15666)

925.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15667)

926.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15668)

927.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15669)

928.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15670)

929.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15671)

930.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15672)

931.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15673)

932.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15674)

933.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15675)

934.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15676)

935.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15677)

936.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15678)

937.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15679)

938.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15680)

939.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15681)

940.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15682)

941.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15683)

942.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15684)

943.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15685)

944.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15686)

945.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15687)

946.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15688)

947.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15689)

948.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15690)

949.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15691)

950.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15692)

951.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15693)

952.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15694)

953.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15695)

954.    Objection to Document # 14705 Re: Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15696)

955.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15697)

956.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15698)

957.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15699)

958.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15700)

959.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15701)

960.    Objection to Document # 14705 Re: Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15702)

961.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15703)

962.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15704)

963.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15705)

964.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15706)

965.    Objection to Document # 14705 Re: Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15707)

966.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15708)

967.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15709)

968.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15710)

969.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15711)

970.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15712)

971.    Objection to document # 14705 Re; Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15713)

972.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15714)

973.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15715)

974.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15716)

975.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15717)

976.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15718)

977.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15719)

978.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15720)

979.    Objection to Document # 14705 Re: Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15721)

980.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15722)

981.    Objection to Motion Re: Health Insurance Benefits; (Docket No. 15723)

982.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15724)

983.    Objection to Document #14705 Re: Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15725)

984.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15726)

985.    Objection to Motion Re: Health Insurance Benefits (Docket No. 15727)

986.    Objection to Motion Re: Health Insurance Benefits (Docket No. 15728)

987.    Objection to Document # 14705 Re: Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15729)

988.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15730)

989.    Objection to Motion (Docket No. 15731)

990.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15732)

991.    Objection to Document # 14705 Re: Motion to Cancel OPEB ( health Care Benefits) (Docket No. 15733)

992.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15734)

993.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15735)

994.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15736)

995.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15737)

996.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15738)

997.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15739)

998.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15740)

999.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15742)

1000.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15743)

1001.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15744)

1002.    Objection to Motion Re: Health Insurance Benefits (Docket No. 15745)

1003.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15746)

1004.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15747)

1005.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15748)

1006.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15749)

1007.    Objection to Motion (Docket No. 15750)

1008.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15751)

1009.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15752)

1010.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15753)

1011.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15754)

1012.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15755)

1013.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15756)

1014.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15757)

1015.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15758)

1016.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15759)

1017.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15760)

1018.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15761)

1019.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15762)

1020.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15763)

1021.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15764)

1022.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15765)

1023.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15766)

1024.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15767)

1025.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15768)

1026.    Objection to Motion Re: Health Insurance Benefits; (Docket No. 15769)

1027.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15770)

1028.    Objection to Document # 14705 Re: Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15771)

1029.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15772)

1030.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15773)

1031.    Objection to Documents # 14705 Re: Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15774)

1032.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 15775)

1033.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15776)

1034.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15777)

1035.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15778)

1036.    Objection to Document # 14705 Re: Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15779)

1037.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15780)

1038.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15781)

1039.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15782)

1040.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15783)

1041.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15784)

1042.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15785)

1043.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15786)

1044.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15787)

1045.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15788)

1046.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15789)

1047.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15790)

1048.    Objection to Document # 14705 Re: Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15791)

1049.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15792)

1050.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15793)

1051.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15794)

1052.    Objection to Documents # 14705 Re: Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15795)

1053.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15796)

1054.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15797)

1055.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15798)

1056.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15799)

1057.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15800)

1058.    Objection to Documents # 14705 Re: Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15801)

1059.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15802)

1060.    Objection to Document # 14705 Re: Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15803)

1061.    Objection to Document # 14705 Re: Motion to Cancel OPEB ( Health Care Benefits) (Docket No. 15804)

1062.    Objection to Motion Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15805)

1063.    Objection to Motion Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15806)

1064.    Objection to Motion Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15808)

1065.    Objection to Motion Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15810)

1066.    Objection to Motion Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15811)

1067.    Objection to Motion Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15812)

1068.    Objection to Motion Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15813)

1069.    Objection to Motion Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15814)

1070.    Objection to Motion Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15815)

1071.    Objection to Motion Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15816)

1072.    Objection to Motion Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15817)

1073.    Objection To Document # 14705 Re: Motion To Cancel OPEB (Health Care Benefits) (Docket No. 15818)

1074.    Objection to Motion Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15819)

1075.    Objection to Motion Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15820)

1076.    Objection To Document # 14705 Re: Motion To Cancel OPEB (Health Care Benefits) (Docket No. 15821)

1077.    Objection To Document # 14705 Re: Motion To Cancel OPEB (Health Care Benefits) (Docket No. 15822)

1078.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15823)

1079.    Objection To Document # 14705 Re: Motion To Cancel OPEB (Health Care Benefits) (Docket No. 15824)

1080.    Objection To Document # 14705 Re: Motion To Cancel OPEB (Health Care Benefits) (Docket No. 15825)

1081.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15826)

1082.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15827)

1083.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15828)

1084.    Objection To Document # 14705 Re: Motion To Cancel OPEB (Health Care Benefits) (Docket No. 15829)

1085.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15830)

1086.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15831)

1087.    Objection to Motion Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15832)

1088.    Objection To Document # 14705 Re: Motion To Cancel OPEB (Health Care Benefits) (Docket No. 15833)

1089.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15834)

1090.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15835)

1091.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15836)

1092.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15837)

1093.    Objection to Motion Re: Health Insurance Benefits; (Docket No. 15838)

1094.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15839)

1095.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15840)

1096.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15841)

1097.    Objection To Document # 14705 Re: Motion To Cancel OPEB (Health Care Benefits) (Docket No. 15842)

1098.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15843)

1099.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15844)

1100.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15845)

1101.    Objection to Motion Re: Health Insurance Benefits; (Docket No. 15846)

1102.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15847)

1103.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15848)

1104.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15850)

1105.    Objection to Motion (Docket No. 15851)

1106.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15852)

1107.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15853)

1108.    Objection to Motion Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15855)

1109.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15856)

1110.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15857)

1111.    Objection To Document # 14705 Re: Motion To Cancel OPEB (Health Care Benefits) (Docket No. 15858)

1112.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15859)

A-56

1113.   Objection to Motion Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15861)

1114.   Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15862)

1115.   Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15863)

1116.   Objection To Document # 14705 Re: Motion To Cancel OPEB (Health Care Benefits) (Docket No. 15864)

1117.   Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15865)

1118.   Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15866)

1119.   Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15867)

1120.   Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15869)

1121.   Objection to Motion Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15870)

1122.   Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15871)

1123.   Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15872)

1124.   Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15873)

1125.   Objection to Motion Re: Health Insurance Benefits; (Docket No. 15874)

1126.   Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15875)

1127.   Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15876)

1128.   Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15878)

1129.   Objection to Motion (Docket No. 15879)

1130.   Objection to Motion Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15880)

1131.   Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15881)

1132.   Objection to Motion Re: Health Insurance Benefits; (Docket No. 15882)

1133.   Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15883)

1134.   Objection To Document # 14705 Re: Motion To Cancel OPEB (Health Care Benefits) (Docket No. 15885)

1135.   Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15886)

1136.   Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15887)

1137.   Objection to Motion Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15888)

1138.   Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15889)

1139.   Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15890)

1140.   Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15892)

1141.   Objection to Motion (Docket No. 15893)

1142.   Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15894)

1143.   Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15895)

1144.   Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15896)

1145.   Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15898)

1146.   Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15899)

1147.   Objection to Motion Re: Health Insurance Benefits (Docket No. 15900)

1148.   Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15902)

1149.   Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15903)

1150.   Objection /Second Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15904)

1151.   Objection to Motion Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15907)

1152.   Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15908)

1153.   Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15909)

1154.   Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15910)

1155.   Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15913)

1156.   Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15914)

1157.   Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15915)

1158.   Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15916)

1159.   Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15918)

1160.   Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15920)

1161.   Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15921)

1162.   Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15922)

1163.   Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15924)

1164.   Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15925)

1165.   Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15926)

1166.   Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15928)

1167.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15929)

1168.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15930)

1169.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15932)

1170.    Objection to Motion  (Docket No. 15933)

1171.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15934)

1172.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15935)

1173.    Objection to Motion  (Docket No. 15936)

1174.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15937)

1175.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15939)

1176.    Objection to Motion (Docket No. 15940)

1177.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15941)

1178.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15942)

1179.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15944)

1180.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15945)

1181.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15949)

1182.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15951)

1183.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15954)

1184.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15955)

1185.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15957)

1186.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15958)

1187.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15959)

1188.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15960)

1189.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15961)

1190.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15962)

1191.    Objection to Motion to Cancel (OPEB Health Care Benefits) (Docket No. 15963)

1192.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15964)

1193.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15965)

1194.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15966)

1195.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15967)

1196.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15968)

1197.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15969)

1198.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15970)

1199.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15971)

1200.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15972)

1201.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15973)

1202.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15974)

1203.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15975)

1204.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15976)

1205.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15977)

1206.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15978)

1207.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15979)

1208.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15980)

1209.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15981)

1210.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15982)

1211.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15983)

1212.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15984)

1213.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15985)

1214.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15986)

1215.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15987)

1216.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15988)

1217.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15989)

1218.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15990)

1219.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15991)

1220.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15992)

1221.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15993)

1222.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15994)

1223.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15995)

1224.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15996)

1225.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15997)

1226.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15998)

1227.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15999)

1228.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16000)

1229.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16001)

1230.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16002)

1231.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16003)

1232.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16004)

1233.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16005)

1234.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16006)

1235.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16007)

1236.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16008)

1237.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16023)

1238.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16025)

1239.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16026)

1240.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16028)

1241.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16030)

1242.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16031)

1243.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16033)

1244.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16035)

1245.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16036)

1246.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16037)

1247.     Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16066)

1248.    Objection to Motion to Cancel OPEB (Health Care Benefits (Docket No. 16067)

1249.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16068)

1250.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16069)

1251.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16070)

1252.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16071)

1253.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16072)

1254.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16073)

1255.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16074)

1256.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16075)

1257.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16076)

1258.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16077)

1259.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16078)

1260.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16079)

1261.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16080)

1262.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16081)

1263.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16082)

1264.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16083)

1265.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16084)

1266.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16085)

1267.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16086)

1268.    Objection to Motion to Cancel OPEB (Health Care Benefits (Docket No. 16087)

1269.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16088)

1270.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16089)

1271.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16090)

1272.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16091)

1273.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16092)

1274.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16093)

1275.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16094)

1276.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16095)

1277.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16096)

1278.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16097)

1279.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16098)

1280.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16099)

1281.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16100)

1282.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16101)

1283.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16102)

1284.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16103)

1285.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16104)

1286.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16105)

1287.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16106)

1288.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16107)

1289.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16107)

1290.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16109)

1291.    Objection to Motion Re: Health Insurance Benefits (Docket No. 16186 and Docket No. 16272)

1292.    Objection to Motion Re: Health Insurance Benefits (Docket No. 16187)

1293.    Objection to Motion Re: Health Insurance Benefits (Docket No. 16188)

1294.    Objection to Motion Re: Health Insurance Benefits (Docket No. 16189)

1295.    Objection to Motion Re: Health Insurance Benefits (Docket No. 16190)

1296.    Objection to Motion Re: Health Insurance Benefits (Docket No. 16191)

1297.    Objection to Motion Re: Health Insurance Benefits (Docket No. 16192)

1298.    Objection to Motion Re: Health Insurance Benefits (Docket No. 16193)

1299.    Objection to Motion Re: Health Insurance Benefits (Docket No. 16194)

1300.    Objection to Motion Re: Health Insurance Benefits (Docket No. 16195)

1301.    Objection to Motion Re: Health Insurance Benefits (Docket No. 16196)

1302.    Objection to Motion Re: Health Insurance Benefits (Docket No. 16197)

1303.    Objection to Motion Re: Health Insurance Benefits (Docket No. 16198)

1304.    Objection to Motion Re: Health Insurance Benefits (Docket No. 16199)

1305.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket No. 16200)

1306.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket No. 16201)

1307.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket No. 16202)

1308.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket No. 16203)

1309.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket No. 16204)

1310.    Objection to Motion to cancel OPEB (Health Care Benefits (Docket No. 16205)

1311.    Objection to Motion Re: Health Insurance Benefits (Docket No. 16206)

1312.    Objection to Motion Re: Health Insurance Benefit (Docket No. 16207)

1313.    Objection to Motion Re: Health Insurance Benefits (Docket No. 16208)

1314.    Objection to Motion Re: Health Insurance Benefits (Docket No. 16209)

1315.    Objection to Motion Re: Health Insurance Benefits (Docket No. 16210)

1316.    Objection to Motion Re: Health Insurance Benefits (Docket No. 16209)

1317.    Objection to Motion Re: Health Insurance Benefits (Docket No. 16210)

1318.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket No. 16211)

1319.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16212)

1320.    Objection to Motion Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16214)

1321.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16215)

1322.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket No. 16216)

1323.    Objection to Motion (Docket No. 16217)

1324.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16218)

1325.    Objection to Motion(Docket No. 16219)

1326.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16220)

1327.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No.  16221)

1328.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16222)

1329.    Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket No. 16223)

1330.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16224)

1331.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16225)

1332.    Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket No. 16226)

1333.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16227)

1334.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16228)

1335.    Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket No. 16229)

1336.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16230)

1337.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16231)

1338.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits (Docket No. 16232)

1339.    Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket No. 16233)

1340.    Objection to Motion (Docket No. 16234)

1341.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16235)

1342.    Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket No. 16236)

1343.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16237)

1344.    Objection to Motion(Docket No. 16239)

1345.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16240)

1346.    Objection to Motion Re: Health Insurance Benefits (Docket No. 16241)

1347.    Objection to Motion (Docket No. 16242)

1348.    Objection to Motion (Docket No. 16242)

1349.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket No. 16243)

1350.    Objection to Document #14705 Re: Motion to cancel OPEB (Docket No. 16244)

1351.    Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket No. 16245)

1352.    Objection to Motion Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16246)

1353.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket No. 16247)

1354.    Objection to Document #14705 Re: Motion to cancel OPEB (Docket No. 16248)

1355.    Objection Re: Motion Confirming Debtors' Authority to Terminate Employer Paid Post Retirement Health Care Benefits and Employer Paid Post Retirement Life Insurance Benefits and Employer Paid Post Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and their Surviving Spouses (Docket No. 16249)

1356.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket No. 16250)

1357.    Objection to Motion (Docket No. 16251)

1358.    Objection to Motion Re: Health Insurance Benefits; (Docket No. 16252)

1359.    Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket No. 16253)

1360.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16254)

1361.    Objection to Motion (Docket No. 16255)

1362.    Objection Re: Motion Confirming Debtors' Authority to Terminate Employer Paid Post Retirement Health Care Benefits and Employer Paid Post Retirement Life Insurance Benefits and Employer Paid Post Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and their Surviving Spouses (Docket No. 16256)

1363.    Objection to Motion Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16257)

1364.    Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket No. 16258)

1365.    Objection to Motion (Docket No. 16259)

1366.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket No. 16260)

1367.    Objection to Motion Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16261)

1368.    Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket No. 16262)

1369.    Objection to Motion Re: Health Insurance Benefits (Docket No. 16263)

1370.    Objection to Motion (Docket No. 16264)

1371.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket No. 16265)

1372.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16266)

1373.    Objection Re: Motion Confirming Debtors' Authority to Terminate Employer Paid Post Retirement Health Care Benefits and Employer Paid Post Retirement Life Insurance Benefits and Employer Paid Post Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and their Surviving Spouses (Docket No. 16267)

1374.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket No. 16268)

1375.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16269)

1376.    Objection to Motion (Docket No. 16270)

1377.    Objection Re: Motion Confirming Debtors' Authority to Terminate Employer Paid Post Retirement Health Care Benefits and Employer Paid Post Retirement Life Insurance Benefits and Employer Paid Post Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and their Surviving Spouses (Docket No. 16271)

1378.    Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket No. 16272)

1379.    Objection to Motion to Cancel OPEB (health insurance benefits) (Docket No. 16273)

1380.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16274)

1381.    Objection Re: Motion Confirming Debtors' Authority to Terminate Employer Paid Post Retirement Health Care Benefits and Employer Paid Post Retirement Life Insurance Benefits and Employer Paid Post Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and their Surviving Spouses (Docket No. 16275)

1382.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket No. 16276)

1383.    Objection to Motion (Docket No. 16277)

1384.    Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket No. 16278)

1385.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16279)

1386.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16280)

1387.    Objection to Motion to Cancel OPEB (health insurance benefits) (Docket No. 16281)

1388.    Objection to Motion (Docket No. 16282)

1389.    Objection Re: Motion Confirming Debtors' Authority to Terminate Employer Paid Post Retirement Health Care Benefits and Employer Paid Post Retirement Life Insurance Benefits and Employer Paid Post Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and their Surviving Spouses  (Docket No. 16283)

1390.    Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket No. 16284)

1391.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16285)

1392.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16286)

1393.    Objection to Motion Re: Health Insurance Benefits (Docket No. 16287)

1394.    Objection to Motion to Cancel OPEB (health insurance benefits) (Docket No. 16288)

1395.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16289)

1396.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket No. 16290)

1397.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16291)

1398.    Objection to Motion  (Docket No. 16292)

1399.    Objection to Document # 14705 Re: Motion to cancel OPEB(Health Care Benefits) (Docket No. 16293)

1400.    Objection Re: Motion Confirming Debtors' Authority to Terminate Employer Paid Post Retirement Health Care Benefits and Employer Paid Post Retirement Life Insurance Benefits and Employer Paid Post Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and their Surviving Spouses (Docket No. 16294)

1401.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16295)

1402.    Objection to Motion to Cancel OPEB(Health Care Benefits) (Docket No. 16296)

1403.    Objection to Motion Re: Health Insurance Benefits (Docket No. 16298)

1404.    Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket No. 16299)

1405.    Objection to Motion (Docket No. 16300)

1406.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16301)

1407.    Objection Re: Motion Confirming Debtors' Authority to Terminate Employer Paid Post Retirement Health Care Benefits and Employer Paid Post Retirement Life Insurance Benefits and Employer Paid Post Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and their Surviving Spouses  (Docket No. 16302)

1408.    Objection to Motion (Docket No. 16303)

1409.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16304)

1410.    Objection to Motion Re: Health Insurance Benefits (Docket No. 16305)

1411.    Objection to Motion to cancel OPEB (Docket No. 16306)

1412.    Objection to Motion (Docket No. 16307)

1413.    Objection to Motion to Cancel OPEB(Health Care Benefits) (Docket No. 16308)

1414.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16309)

1415.    Objection to Motion to Cancel OPEB(Health Care Benefits) (Docket No. 16310)

1416.    Objection to Motion Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16313)

1417.    Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket No. 16314)

1418.    Objection to Motion (Docket No. 16315)

1419.    Objection to Motion (Docket No. 16316)

1420.    Objection to Motion Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16317)

1421.    Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket No. 16318)

1422.    Objection to Motion (Docket No. 16319)

1423.    Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket No. 16320)

1424.    Objection to Motion (Docket No. 16321)

1425.    Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket No. 16322)

1426.    Objection to Motion (Docket No. 16323)

1427.    Objection to Motion Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16324)

1428.    Objection to Motion Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16325)

1429.    Objection to Motion Re: Health Insurance Benefits (Docket  No. 16186)

1430.    Objection to Motion Re: Health Insurance Benefits (Docket  No.16187)

1431.    Objection to Motion Re: Health Insurance Benefits (Docket  No.16188)

1432.    Objection to Motion Re: Health Insurance Benefits (Docket  No.  16189)

1433.    Objection to Motion Re: Health Insurance Benefits (Docket  No. 16190)

1434.    Objection to Motion Re: Health Insurance Benefits (Docket  No. 16191)

1435.    Objection to Motion Re: Health Insurance Benefits (Docket  No. 16192)

1436.    Objection to Motion Re: Health Insurance Benefits (Docket  No. 16193)

1437.    Objection to Motion Re: Health Insurance Benefits (Docket  No. 16194)

1438.    Objection to Motion Re: Health Insurance Benefits (Docket  No. 16195)

1439.    Objection to Motion Re: Health Insurance Benefits (Docket  No. 16196)

1440.    Objection to Motion Re: Health Insurance Benefits (Docket  No. 16197)

1441.    Objection to Motion Re: Health Insurance Benefits (Docket  No. 16198)

1442.    Objection to Motion Re: Health Insurance Benefits (Docket  No. 16199)

1443.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16200)

1444.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16201)

1445.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16202)

1446.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16203)

1447.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16204)

1448.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16205)

1449.    Objection to Motion Re: Health Insurance Benefits) (Docket  No. 16206)

1450.    Objection to Motion Re: Health Insurance Benefits (Docket  No. 16207)

1451.    Objection to Motion Re: Health Insurance Benefits (Docket  No. 16208)

1452.    Objection to Motion Re: Health Insurance Benefits (Docket  No. 16209)

1453.    Objection to Motion Re: Health Insurance Benefits (Docket  No. 16210)

1454.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16211)

1455.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16212)

1456.    Objection to Motion Re: Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16214)

1457.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16215)

1458.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16216)

1459.    Objection to Motion (Docket  No. 16217)

1460.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16218)

1461.    Objection to Motion (Docket  No. 16219)

1462.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16220)

1463.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16221)

1464.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16222)

1465.    Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket  No. 16223)

1466.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16224)

1467.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16225)

1468.    Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket  No. 16226)

1469.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16227)

1470.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16228)

1471.    Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket  No. 16229)

1472.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16230)

1473.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16231)

1474.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16232)

1475.    Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket  No. 16233)

1476.    Objection to Motion (Docket  No. 16234)

1477.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16235)

1478.    Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket  No. 16236)

1479.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16237)

1480.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16238)

1481.    Objection to Motion (Docket  No. 16239)

1482.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16240)

1483.    Objection to Motion Re: Health Insurance Benefits (Docket  No. 16241)

1484.    Objection to Motion (Docket  No. 16242)

1485.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16243)

1486.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16244)

1487.    Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket  No. 16245)

1488.    Objection to Motion Re: Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16246)

1489.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16247)

1490.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16248)

1491.    Objection Re: Motion Confirming Debtor's Authority to Terminate Employer Paid Post Retirement Health Care Benefits and Employer Paid Post Retirement Life Insurance Benefits and Employer Paid Post Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and their Surviving Spouses (Docket  No. 16249)

1492.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16250)

1493.    Objection to Motion (Docket  No. 16251)

1494.    Objection to Motion Re: Health Insurance Benefits (Docket  No. 16252)

1495.    Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket  No. 16253)

1496.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16254)

1497.    Objection to Motion (Docket  No. 16255)

1498.    Objection Re: Motion Confirming Debtor's Authority to Terminate Employer Paid Post Retirement Health Care Benefits and Employer Paid Post Retirement Life Insurance Benefits and Employer Paid Post Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and their Surviving Spouses (Docket  No. 16256)

1499.    Objection to Motion Re: Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16257)

1500.    Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket  No. 16258)

1501.    Objection to Motion (Docket  No. 16259)

1502.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16260)

1503.    Objection to Motion Re: Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16261)

1504.    Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket  No. 16262)

1505.    Objection to Motion Re: Health Insurance Benefits (Docket  No. 16263)

1506.    Objection to Motion (Docket  No. 16264)

1507.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16265)

1508.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16266)

1509.    Objection Re: Motion Confirming Debtor's Authority to Terminate Employer Paid Post Retirement Health
Care Benefits and Employer Paid Post Retirement Life Insurance Benefits and Employer Paid Post
Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and their Surviving
Spouses (Docket  No. 16267)

1510.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16268)

1511.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16269)

1512.    Objection to Motion (Docket  No. 16270)

1513.    Objection Re: Motion Confirming Debtor's Authority to Terminate Employer Paid Post Retirement Health
Care Benefits and Employer Paid Post Retirement Life Insurance Benefits and Employer Paid Post
Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and their Surviving
Spouses (Docket  No. 16271)

1514.    Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket  No. 16272)

1515.    Objection to Motion to Cancel OPEB (health insurance benefits) (Docket  No. 16273)

1516.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16274)

1517.    Objection Re: Motion Confirming Debtor's Authority to Terminate Employer Paid Post Retirement Health
Care Benefits and Employer Paid Post Retirement Life Insurance Benefits and Employer Paid Post
Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and their Surviving
Spouses (Docket  No. 16275)

1518.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16276)

1519.    Objection to Motion (Docket  No. 16277)

1520.    Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket  No. 16278)

1521.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16279)

1522.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16280)

1523.    Objection to Motion to Cancel OPEB (health insurance benefits) (Docket  No. 16281)

1524.    Objection to Motion (Docket  No. 16282)

1525.    Objection Re: Motion Confirming Debtor's Authority to Terminate Employer Paid Post Retirement Health
Care Benefits and Employer Paid Post Retirement Life Insurance Benefits and Employer Paid Post
Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and their Surviving
Spouses (Docket  No. 16283)

A-72

1526.   Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket  No. 16284)

1527.   Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16285)

1528.   Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket  No. 16286)

1529.   Objection to Motion Re: Health Insurance Benefits (Docket  No. 16287)

1530.   Objection to Motion to Cancel OPEB (health insurance benefits) (Docket  No. 16288)

1531.   Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16289)

1532.   Objection to Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16290)

1533.   Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16291)

1534.   Objection to Motion (Docket  No. 16292)

1535.   Objection to Document # 14705 Re: Motion to cancel OPEB(Health Care Benefits) (Docket  No. 16293)

1536.   Objection Re: Motion Confirming Debtor's Authority to Terminate Employer Paid Post Retirement Health Care Benefits and Employer Paid Post Retirement Life Insurance Benefits and Employer Paid Post Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and their Surviving Spouses (Docket  No. 16294)

1537.   Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket  No. 16295)

1538.   Objection to Motion to Cancel OPEB(Health Care Benefits) (Docket  No. 16296)

1539.   Objection to Motion Re: Health Insurance Benefits (Docket  No. 16298)

1540.   Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket  No. 16299)

1541.   Objection to Motion (Docket  No. 16300)

1542.   Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16301)

1543.   Objection Re: Motion Confirming Debtor's Authority to Terminate Employer Paid Post Retirement Health Care Benefits and Employer Paid Post Retirement Life Insurance Benefits and Employer Paid Post Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and their Surviving Spouses (Docket  No. 16302)

1544.   Objection to Motion (Docket  No. 16303)

1545.   Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16304)

1546.   Objection to Motion Re: Health Insurance Benefits (Docket  No. 16305)

1547.   Objection to Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16306)

1548.   Objection to Motion (Docket  No. 16307)

1549.   Objection to Motion to Cancel OPEB(Health Care Benefits) (Docket  No. 16308)

1550.   Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16309)

1551.    Objection to Motion to Cancel OPEB(Health Care Benefits) (Docket  No. 16310)

1552.    Objection to Motion Re: Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16313)

1553.    Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket  No. 16314)

1554.    Objection to Motion (Docket  No. 16315)

1555.    Objection to Motion (Docket  No. 16316)

1556.    Objection to Motion Re: Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16317)

1557.    Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket  No. 16318)

1558.    Objection to Motion (Docket  No. 16319)

1559.    Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket  No. 16320)

1560.    Objection to Motion (Docket  No. 16321)

1561.    Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket  No. 16322)

1562.    Objection to Motion (Docket  No. 16323)

1563.    Objection to Motion Re: Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16324)

1564.    Objection to Motion Re: Motion to cancel OPEB (Health Care Benefits) (Docket  No. 16325)

1565.    Objection to Motion Re: Motion to cancel OPEB (Health Care Benefits (Docket  No. 16382)

1566.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits (Docket  No. 16388)

1567.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits (Docket  No. 16389)

## EXHIBIT B

## RESPONSES RECEIVED AFTER FEBRUARY 17, 2009
## TO SALARIED OPEB TERMINATION MOTION

1.     Objection to Motion to Authorize Motion for Order Under 11 U.S.C Sections 105, 363(b)(1), and 1108 Confirming Debtors' Authority to terminate employer-paid post-retirement health care benefits and employer-paid post-retirement life insurance benefits for certain (A) Salaried employees and (B) Retirees and their surviving spouses (Docket No. 14909)

2.     Objection to Motion (Docket No. 15103)

3.     Objection to Motion for an Order Under 11 U.S.C. Sections 105, 363(b)(1) and 1108 Confirming Debtors' Authority to Terminate Employer-Paid Postretirement Health Care Benefits and Employer-Paid Post-Retirement Life Insurance Benefits for Certain (A) Salaried Employees and (B) Retirees and Their Surviving Spouses (Docket No. 15143)

4.     Objection to Motion Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses (Docket No. 14843)

5.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15849)

6.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15854)

7.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15860)

8.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15868)

9.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15877)

10.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15884)

11.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15891)

12.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15897)

13.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15901)

14.     Objection to document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15905)

15.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15906)

16.     Objection to Document #13705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15911)

17.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15912)

18.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15917)

19.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15919)

20.     Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15923)

21.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15927)

22.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15931)

23.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15938)

24.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15943)

25.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15946)

26.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15947)

27.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15948)

28.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15950)

29.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15952)

30.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15953)

31.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 15956)

32.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16009)

33.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16010)

34.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16011)

35.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16012)

36.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16013)

37.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16014)

38.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16015)

39.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16016)

40.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16017)

41.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16018)

42.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16019)

43.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16020)

44.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16021)

45.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16022)

46.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16024)

47.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16027)

48.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16029)

49.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16032)

50.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16034)

51.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16038)

52.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16039)

53.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16040)

54.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16041)

55.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16042)

56.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16043)

57.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16044)

58.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16045)

59.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16046)

60.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16047)

61.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16048)

62.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16049)

63.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16050)

64.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16051)

65.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16052)

66.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16053)

67.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16054)

68.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16055)

69.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16056)

70.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16057)

71.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16058)

72.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16059)

73.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16060)

74.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16061)

75.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16062)

76.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16063)

77.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16064)

78.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16065)

79.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16110)

80.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16111)

81.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16112)

82.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16113)

83.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16114)

84.    Objection to Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16065)

85.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16115)

86.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16116)

87.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16117)

88.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16118)

89.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16119)

90.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16120)

91.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16121)

92.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16122)

93.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits). (Docket No. 16123)

94.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16124)

95.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16125)

96.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16126)

97.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16127)

98.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16128)

99.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16129)

100.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16130)

101.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16131)

B-4

102.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 161132)

103.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16133)

104.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16134)

105.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16135)

106.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16136)

107.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16136)

108.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16137)

109.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16138)

110.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16139)

111.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16140)

112.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16141)

113.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16142)

114.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16143)

115.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16144)

116.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16145)

117.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16146)

118.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16147)

119.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16148)

120.    Objection to Document #14705 Re: Motion to Cancel OPEB (Health Care Benefits) (Docket No. 16149)

121.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16150)

122.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16151)

123.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16152)

124.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16153)

125.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16154)

126.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16155)

127.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16156)

128.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16157)

129.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16158)

130.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16159)

131.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16160)

132.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16161)

133.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16162)

134.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16163)

135.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16164)

136.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16165)

137.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16166)

138.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16167)

139.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16168)

140.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16169)

141.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16170)

142.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16171)

143.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16172)

144.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16173)

145.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16174)

146.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16175)

147.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16176)

148.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16177)

149.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16178)

150.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16179)

151.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16180)

152.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16181)

153.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16182)

154.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16183)

155.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16184v

156.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16185)

157.    Objection to Motion Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16332)

158.    Objection to Motion Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16333)

159.    Objection to Motion Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16334)

160.    Objection to Motion Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16335)

161.    Objection to Document # 14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16336)

162.    Objection to Document # 14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16337)

163.    Objection to Document # 14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16338)

164.    Objection to Document # 14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16339)

165.    Objection to Document # 14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16340)

166.    Objection to Document # 14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16341)

167.    Objection to Document # 14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16342)

168.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16343)

169.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16344)

170.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket No. 16345)

171.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket No. 16346)

172.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket No. 16347)

173.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket No. 16348)

174.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket No. 16349)

175.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket No. 16350)

176.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16351)

177.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16352)

178.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16353)

179.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16354)

180.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16355)

181.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16356)

182.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket No. 16358)

183.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket No. 16359)

184.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket No. 16360)

185.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket No. 16361)

186.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket No. 16362)

187.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket No. 16363)

188.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket No. 16364)

189.    Objection To Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16365)

190.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket No. 16366)

191.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16367)

192.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16368)

193.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits) (Docket No. 16369)

194.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket No. 16370)

195.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket No. 16371)

196.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket No. 16372)

197.    Objection to Motion to cancel OPEB (Health Care Benefits) (Docket No. 16373)

198.    Objection To Document #14705 Re: Motion to cancel OPEB (Health Care Benefits)(Docket No. 16374)

199.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits)(Docket No. 16383)

200.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits (Docket No. 16385)

201.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits (Docket No. 16386)

202.    Objection to Document #14705 Re: Motion to cancel OPEB (Health Care Benefits (Docket No. 16387)

203.    Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket No. 16393)

204.    Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket No. 16394)

205.    Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket No. 16395)

206.    Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket No. 16396)

207.    Objection to Motion Re: To Cancel OPEB (Health Care Benefits) (Docket No. 16397)

# EXHIBIT C

## UNDOCKETED RESPONSES
## TO SALARIED OPEB TERMINATION MOTION BY OBJECTOR

1.      Allan W. Bellile

2.      Bonnie J. Wilson-Swetz

3.      Dennis M. Discosola

4.      Elayne A. Johnson

5.      Ernest Lane, Jr.

6.      Gary W. Muter

7.      George J. Ryan

8.      Jaylene S. Pakalnis

9.      Joseph J. Swetz, Jr.

10.     Kenneth Karbowski

11.     Orvis C. Addleman

12.     Ronald W. Stonewell Jr.

13.     Sharon Guess

14.     Thomas J. Munley

15.     Unknown

16.     Unknown

17.     Unknown

18.     Unknown

19.     Unknown

20.     Unknown

21.     Unknown

22.     Unknown

23.     Unknown

C-1

24.     Unknown

25.     Unknown

26.     Unknown

27.     Unknown

28.     Unknown

29.     Unknown