05-44481-rdd    Doc 16461    Filed 03/13/09    Entered 03/13/09 18:23:41    Main Document
Pg 1 of 3

Neil A. Goteiner (NG 1644)
Dean M. Gloster, *Pro Hac Vice* (pending)
Kelly A. Woodruff, *Pro Hac Vice* (pending)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

— and —

Trent P. Cornell, *Pro Hac Vice* (pending)
Jon D. Cohen, *Pro Hac Vice* (pending)
STAHL COWEN CROWLEY LLC
55 West Monroe Street, Suite 1200
Chicago, IL 60603
Telephone: (312) 641-0060
Facsimile: (312) 641-6959

Attorneys for the Delphi Retiree Committee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ------------------------------------------------x | Chapter 11 Case No. 05-44481 (RDD) |
| In re: | (Jointly Administered) |
| DELPHI CORPORATION, et. al., | |
| Debtors. | |
| ------------------------------------------------x | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2009, I caused a true and correct copy of the NOTICE OF APPEAL by the Committee of Eligible Salaried Retirees (the "Retiree Committee"), along with the Retiree Committee's STATEMENT OF ELECTION THAT APPEAL BE HEARD BY

24292\1893469.1

THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK to be served upon the parties listed in the attached Exhibit A at their respective addresses by either electronic notice or by overnight delivery.

Dated:  March 13, 2009

I declare that the statement above is true to the best of my information, knowledge and belief.

/s/          Neil A. Goteiner
　　　Neil A. Goteiner
　　　Farella Braun + Martel LLP

## EXHIBIT A

<u>Service Via ECF</u>

a.  Delphi Corporation
    5725 Delphi Drive
    Troy, Michigan 48098
    Att'n: General Counsel

b.  Counsel to the Debtors
    Skadden, Arps, Slate, Meagher & Flom LLP
    333 West Wacker Drive
    Suite 2100
    Chicago, Illinois 60606
    Att'n: John Wm. Butler, Jr.

c.  Counsel for the Agent under the Postpetition Credit Facility
    Davis Polk & Wardwell
    450 Lexington Ave.
    New York, New York 10017
    Att'n: Donald Bernstein and Brian Resnick

d.  Counsel for the Official Committee of Unsecured Creditors
    Latham & Watkins LLP
    885 Third Ave.
    New York, New York 10022
    Att'n: Robert J. Rosenberg and Mark A. Broude

e.  Counsel for the Official Committee of Equity Security Holders
    Fried, Frank, Harris, Shriver & Jacobson LLP
    One New York Plaza
    New York, New York 10004
    Att'n: Bonnie Steingart

<u>Service Via Federal Express Overnight Mail</u>

a.  Office of the United States Trustee for the Southern District of New York
    33 Whitehall Street
    Suite 2100
    New York, New York 10004
    Att'n: Alicia M. Leonhard and Tracy Hope Davis