/40032218    AV      **AUTO    T5 0 0012 48439-950403    S



PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE .
P A I D
GENERAL MOTORS
CORPORATION

**NATIONAL BENEFIT CENTER**
**P.O. BOX 5019**
**SOUTHFIELD, MI 48086-5019**

**Address Service Requested**



0032218    AV      **AUTO    T5 0 0012 48439-950403

## Your 1999 Personal Total Compensation Summary

Dear GM and Delphi Salaried Employees,

Your 1999 Personal Compensation Summary is designed to provide a "snapshot" of your total compensation as of December 31, 1998. It emphasizes those benefits that offer financial protection to you and your family in the event of illness, injury, or death. In addition, it provides important information for planning a secure and successful retirement.

Please take the time to review this important information and then file it with your other valuable documents for future planning and reference. If you have any questions about your benefit information, you should call the appropriate Benefit Center for assistance. The Benefit Center telephone numbers are included in this document for your convenience.

Many events took place in 1998 that have allowed us to continue to grow together in ways that will strengthen our businesses. We believe the separation of GM and Delphi will bring increased opportunities for employees in both companies, as well as continued levels of compensation and benefits that are among the best in American industry. Thank you for your dedication and commitment to our success.

*Kathleen S. Barclay*

**Kathleen S. Barclay**
**Vice President**
**Global Human Resources and**
**GM University**
**General Motors Corporation**

*Mark Weber*

**Mark R. Weber**
**Vice President**
**Human Resources Management**
**Delphi Automotive Systems**

This summary is based on your personal information as of December 31, 1998 (unless otherwise indicated).

## YOUR TOTAL COMPENSATION

Your total compensation consists of many important elements.

On an annualized basis:

| | | |
|---|---|---|
| Your Salary | $ | **104,880** |
| The value of your benefits including **$6,022** for Social Security | $ | **23,430** |
| **Your total compensation** | $ | **128,310** |

IN ADDITION............

You are eligible for the following time off:
Vacation **5.0** Weeks
Holidays **16** Days
At a cost of **$16,538**
Assumes a traditional work schedule.

## Welcome / Adding It All Up
## Health Care / S-SPP / Phone Numbers
## Disability / Other / Retirement Benefits
## Beneficiary Entitlements / Layoff Benefits / Note

DPH-OTM-0000057

# YOUR HEALTH CARE BENEFITS

In 1999, health care expenses that you and any eligible dependents incur for covered services will be reimbursed according to the provisions of the health ( option you elected.

In 1998, the estimated average cost to provide coverage under the Salaried Health C Program was $4,470 per Primary Enrollee.

The Salaried Health Care Program provides protection for you and your eligible dependents against a wide range of health care expenses. "Core coverages" include hospital, surgical, medic prescription drugs, hearing aid, mental health and substance abuse, and Extended Care Coverage. most cases, you may choose to have core coverages delivered through one of the four options below t extent that approved options are available in your area.

- Basic Medical Plan (BMP)
- Preferred Provider Organization (PPO)
- Enhanced Medical Plan (EMP)
- Health Maintenance Organization (HM

You also choose whether to cover yourself alone, or yourself and one or more of your eligible depend Additionally, you may be eligible for "non-core coverages" including dental and vision. If you are elig for dental coverage, you may be able to choose an alternative dental plan, if available in your area.

Descriptive materials concerning benefits provided under each option are available from the National Benefit Center.

# YOUR SAVINGS-STOCK PURCHASE PROGRAM (S-SP

| 1998 Contributions to Your Account | | Total Value of Your Account |
|---|---|---|
| • Pre-Tax | $ 9,292.00 | **$512,164.87** |
| • After-Tax | | |
| • Company Match | $ 4,338.60 | as of December 31, 1998 |
| **Total** | **$ 13,630.60** | |

### S-SPP PROJECTION
Assuming (1) you contribute 10% of your current salary to age 65, (2) the current level of company matching contributions, (3) no loans or withdrawals, and (4) an annual growth rate of 8%, your S-SPP accou could grow to   **$1,864,954**   at age 65.

# IMPORTANT PHONE NUMBERS

| | | | |
|---|---|---|---|
| • Health Care | 1-800-435-3946 | • Investment Service Center | 1-800-489- |
| • Life Insurance or Reporting a Death | 1-800-633-3900 | • Pension Administration Center | 1-800-659- |
| • Integrated Disability Activity | 1-800-734-0346 | • Consolidated Income Security Administration Center (LBP/IPP) | 1-800-852- |

Health Care / S-SPP / Phone Numbers

Disability / Other / Retirement Benefits

Beneficiary Entitlements / Layoff Benefits / Note

DPH-OTM-0000058

## YOUR DISABILITY BENEFITS

If you become disabled, you may be eligible to receive salary continuation and/or disabi
benefits as follows:

| | | | |
|---|---|---|---|
| Monthly benefit for the first | 26 weeks | $ | 8,740 |
| Monthly benefit for the next | 27 weeks | $ | 6,555 |

If you remain disabled, you may be eligible to receive monthly benefits from several
sources including EDB and/or your contributory benefits under the Retirement Program
totaling **$6,296** until age **65**. Thereafter, if eligible, you may continue to receive the
following monthly benefits:

| | |
|---|---|
| From Social Security | **$1,570** |
| From the Retirement Program[1] | **$3,583** |

[1]Retirement benefits are shown only for employees with 10 or more years of credited service.

## OTHER BENEFITS

You may be eligible for many other benefits that are not reflected in this statement. For example, these
benefits may include:

- ConSern (College Loan Program)
- Financial Planning
- Flexible Spending Accounts
- LifeSteps (Comprehensive Wellness Program)
- Long-Term Care
- Personal Accident Insurance
- Short Term Variable Pay
- Suggestion Plan
- Unemployment and Workers' Compensation

- Dependent Life Insurance
- Flexible Compensation Payment
- GMAC Demand Note Program
- LifeWorks (Family Resource Program)
- New Vehicle Purchase Plan
- Personal Retirement Income Plan
- Salary Continuation Payments
- Tuition Assistance Plan
- Stock Options

## YOUR RETIREMENT INFORMATION

You accrued the following credited service in 1998   **12**   MONTHS.

Through December 31, 1998, your total credited service was   **29**   YEARS and   **04**   MONTHS.

Your contributions were:

| | | |
|---|---|---|
| Prior to 7-1-77 | $ | 395.82 |
| 7-1-77 to 10-1-79 | $ | 901.80 |
| After 10-1-79 | $ | 11,716.56 |

If you work until **2013**, your estimated monthly
income under the current provisions of the Retirement
Program and from Social Security would be:



| | | |
|---|---|---|
| Noncontributory Benefits | $ | 1,785 |
| Contributory Benefits | $ | 4,163* |
| Social Security (Yourself) | $ | 1,532 |
| Social Security (Spouse at age 65) | $ | 766 |
| **Monthly Total** | $ | 8,246 |

*Assumes you make continuous contributions to
age 65 with no withdrawals.

## Disability / Other / Retirement Benefits

## Beneficiary Entitlements / Layoff Benefits / Note

DPH-OTM-0000059

## BENEFICIARY ENTITLEMENTS



| | | |
|---|---|---|
| 1999 Basic Life Insurance | $ | 209,800 |
| 1999 Optional Life Insurance | $ | 524,400 |
| S-SPP Account | $ | 512,164 |
| **Total** | $ | 1,246,364 |

PLUS............
Accidental Death Benefit while on Company Business  **$104,900**

Monthly Retirement Benefit for Spouse[1]
Noncontributory Benefits                                  **$587\***
Contributory Benefits                                    **$1,312**

[1]Assumes you have been married for one year and your spouse is the same age as you and your death occurs in 1999.

> NOTE:  In the event of your death, your survivor should contact the Social Security
> Office at 1-800-772-1213 to determine if additional benefits are available.

**\*This benefit will be reduced if paid earlier than when employee
attained age 65.**

## YOUR LAYOFF BENEFITS

- If you are a regular classified salaried employee and are laid off with 1 but less than 10 years of service, you may be eligible for up to 12 months of layoff benefits under the Layoff Benefit Plan (LBP). If you are laid off with 10 or more years of service, you may be eligible for up to 24 months of LBP benefits.

  - During the first 6 months of layoff, LBP benefits would equal 75% of your monthly base salary. Thereafter, LBP benefits would equal 60% of monthly base salary.

  - LBP benefits are reduced by the sum of (1) unemployment compensation to which you are entitled, (2) state and federal disability benefits, (3) 100% of corporate earnings, and (4) 75% of any non-corporate earnings.

- If you are a regular classified salaried employee with 10 or more years of service at the time of layoff, you may be eligible to receive Income Protection Plan (IPP) benefits after exhausting LBP benefits. IPP eligibility continues until you retire or other work within the Corporation is made available. Depending on your years of service, IPP income benefits range from 50-60% of base salary on your last day worked, reduced by any (1) earnings and (2) statutory benefits you are eligible to receive.  IPP Health Care and Life Insurance also is provided.

- Executive employees are ineligible for LBP or IPP benefits.  Instead, an executive employee with one or more years of service at time of layoff may be eligible for benefits under the Separation Allowance Plan.

## NOTE

General Motors/Delphi reserves the right to amend, modify, suspend or terminate any of its employee benefit plans or programs by action of its Board of Directors or other committee expressly authorized by the Board to take such action. The benefits to which an employee is entitled are determined solely by the provisions of the applicable benefit plan or program. The benefits reflected on this statement would not be reduced by any payments made pursuant to a Qualified Domestic Relations Order, as required by the Retirement Equity Act of 1984. Absent an express delegation of authority from the Board of Directors, no one has the authority to commit these Corporations to any benefit or benefit provision not provided for under the applicable benefit plan or program, or to change the eligibility criteria or any other provisions of such plan or program.



If you do not agree with the personal information shown in this summary, please bring it to the attention of a representative at the appropriate Benefit Center that administers your benefits. Social Security benefits in this summary are estimates only. If you earned less than the maximum amount subject to Social Security taxes, your Social Security benefits may be lower than the amounts shown.

## Beneficiary Entitlements / Layoff Benefits / Note





DPH-OTM-0000061



**DELPHI**
Automotive Systems

National Benefit Center
P.O. Box 5019
Southfield, MI 48086-5019

Address Service Requested

X407469010658    AF    **ALTO    T1 1 0018 48439-595403    S

0010658    AF    **ALTO    T1 1 0018 48439-595403

**Your 2000 Personal
Total Compensation Summary**

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
DELPHI
84321

DPH-OTM-0000062

**Dear Delphi Colleague,**

The following pages provide you with
the status of your Total Compensation
as a Delphi employee at the end of 1999.
You will find information from current
compensation to retirement benefits —
and everything in between.

This annual summary is an opportunity to
review important compensation and benefit
information as you assess your current needs and future
plans. Examine this information carefully and, if you have any questions
or would like further clarification on any plan or program, please contact
the appropriate benefit center.

Thank you for your commitment and dedication to Delphi's success in
our inaugural year.

*Kevin M. Butler*

Kevin M. Butler
Vice President
Human Resources
Delphi Automotive Systems

DPH-OTM-0000063



This summary is based on your personal information as of December 31, 1999
(unless otherwise indicated).

# Your Total Compensation

Your total compensation consists of many
important elements:

On an annualized basis:



| | | |
|---|---|---|
| Your Salary | $ | 108,480 |
| The value of your benefits including **$6,297** for Social Security | $ | 24,215 |
| **Your total compensation** | $ | 132,695 |

**In Addition...**
You are eligible for the following time off:

| Vacation | 5.0 | Weeks |
|---|---|---|
| Holidays | 16 | Days |

At a cost of    **$17,106**

Assumes a traditional work schedule.

DPH-OTM-0000064



# Your Health Care Benefits

In 2000, health care expenses that you and any eligible dependents incur for covered services will be reimbursed according to the provisions of the health care option you elected.



In 1999, the estimated average cost to provide coverage under the Salaried Health Care Program was **$4,360** per Primary Enrollee.

The Salaried Health Care Program provides protection for you and your eligible dependents against a wide range of health care expenses. "Core coverages" include hospital, surgical, medical, prescription drugs, hearing aid, mental health and substance abuse, and Extended Care Coverage. In most cases, you may choose to have core coverages delivered through one of the four options below to the extent that approved options are available in your area.

- Basic Medical Plan (BMP)
- Enhanced Medical Plan (EMP)
- Preferred Provider Organization (PPO)
- Health Maintenance Organization (HMO)

You also choose whether to cover yourself alone, or yourself and one or more of your eligible dependents. Additionally, you may be eligible for "non-core coverages" including dental and vision. If you are eligible for dental coverage, you may be able to choose an alternative dental plan, if available in your area.

Descriptive materials concerning benefits provided under each option are available from the National Benefit Center.

DPH-OTM-0000065

# Your Savings–Stock Purchase Program (S–SPP)

**1999 Contributions to Your Account**

- Pre-Tax        $   9,625.00
- After-Tax
- Company Match    $   4,492.60



---

        **Total**     $ 14,117.60

> **Total Value of Your Account**
>
> **$638,206.56**
>
> **as of December 31, 1999**

## S–SPP Projection

Assuming (1) you contribute 10% of your current salary to age 65,
(2) the current level of company matching contributions, (3) no loans
or withdrawals, and (4) an annual growth rate of 8%, your S-SPP account
could grow to   **$2,080,784**   at age 65.

DPH-OTM-0000066

# Your Disability Benefits

If you become disabled, you may be eligible to receive salary continuation and/or disability benefits as follows:

**Monthly benefit for the first
26 weeks      $      9,040**

**Monthly benefit for the next
27 weeks      $      6,780**

If you remain disabled, you may be eligible to receive monthly benefits from several sources including EDB and/or your contributory benefits under the Retirement Program totaling   **$6,554** until age **65** . Thereafter, if eligible, you may continue to receive the following monthly benefits:

| | |
|---|---|
| From Social Security | $1,654 |
| From the Retirement Program[1] | $3,847 |

[1]Retirement benefits are shown only for employees with 10 or more years of credited service.

## Other Benefits

You may be eligible for many other benefits that are not reflected in this statement. For example, these benefits may include:

- ConSern (Education Loan Program)
- Financial Planning
- Flexible Spending Accounts
- LifeSteps (Comprehensive Wellness Program)
- Long-Term Care
- Personal Accident Insurance
- Incentive Compensation Program
- Suggestion Plan

- Unemployment and Workers' Compensation
- Dependent Life Insurance
- Flexible Compensation Payment
- GMAC Demand Note Program
- LifeWorks (Family Resource Program)
- New Vehicle Purchase Plan
- Personal Retirement Income Plan
- Tuition Assistance Plan

DPH-OTM-0000067

# Your Retirement Information

You accrued **12** months of credited service in 1999.

Through December 31, 1999, your total credited service was **30** years and **04** months.

Your contributions were:

| | | | |
|---|---|---|---|
| Prior to 7-1-77 | $ | 395.82 | *18.79* |
| 7-1-77 to 10-1-79 | $ | 901.80 | *56 36* |
| After 10-1-79 | $ | 12,648.81 | *1054.03* |
| | | | *1.30* |



If you work until **2013**, your estimated monthly income under the current provisions of the Retirement Program and from Social Security would be:

| | | |
|---|---|---|
| Non-contributory Benefits | $ | 2,006 |
| Contributory Benefits | $ | 4,068* |
| Social Security (Yourself) | $ | 1,607 |
| Social Security (Spouse at age 65) | $ | 804 |
| **Monthly Total** | $ | 8,485 |

\* **Assumes you make continuous contributions to age 65 with no withdrawals.**





# Your Beneficiary Entitlements

| | | |
|---|---|---|
| 2000 Basic Life Insurance | $ | 217,000 |
| 2000 Optional Life Insurance | $ | 542,400 |
| S-SPP Account Balance | $ | 638,206 |
| **Total** | $ | 1,397,606 |

**Plus...**
Accidental Death Benefit while
on Company Business         $    108,500

Monthly Retirement Benefit for Spouse[1]

| | | |
|---|---|---|
| Non-contributory Benefits | $ | 778 |
| Contributory Benefits | $ | 1,538 |



[1]Assumes you have been married for one year
and your spouse is the same age as you and
your death occurs in 2000.

---

**NOTE:** In the event of your death, your survivor should contact the Social Security Office
at 1-800-772-1213 to determine if additional benefits are available.

# Your Layoff Benefits

■ If you are a regular classified salaried employee and are laid off with 1 but less than 10 years of service, you may be eligible for up to 12 months of layoff benefits under the Layoff Benefit Plan (LBP). If you are laid off with 10 or more years of service, you may be eligible for up to 24 months of LBP benefits.

• During the first 6 months of layoff, LBP benefits would equal 75% of your monthly base salary. Thereafter, LBP benefits would equal 60% of monthly base salary.

• LBP benefits are reduced by the sum of (1) unemployment compensation to which you are entitled, (2) state and federal disability benefits, (3) 100% of corporate earnings, and (4) 75% of any non-corporate earnings.

■ If you are a regular classified salaried employee with 10 or more years of service at the time of layoff, you may be eligible to receive Income Protection Plan (IPP) benefits after exhausting LBP benefits. IPP eligibility continues until you retire or other work within the Corporation is made available. Depending on your years of service, IPP income benefits range from 50-60% of base salary on your last day worked, reduced by any (1) earnings, and (2) statutory benefits you are eligible to receive. IPP Health Care and Life Insurance also is provided.

■ Executive employees are ineligible for LBP or IPP benefits. Instead, an executive employee with one or more years of service at time of layoff may be eligible for benefits under the Separation Allowance Plan.



Delphi reserves the right to amend, modify, suspend or terminate any of its employee benefit plans or programs by action of its Board of Directors or other committee expressly authorized by the Board to take such action. The benefits to which an employee is entitled are determined solely by the provisions of the applicable benefit plan or program. The benefits reflected on this statement have not been reduced by any payments made or to be made pursuant to a Qualified Domestic Relations Order, as required by the Retirement Equity Act of 1984. Absent an express delegation of authority from the Board of Directors, no one has the authority to commit the Corporation to any benefit or benefit provision not provided for under the applicable benefit plan or program, or to change the eligibility criteria or any other provisions of such plan or program.

If you do not agree with the personal information shown in this summary, please bring it to the attention of a representative at the appropriate Benefit Center that administers your benefits.

Social Security benefits in this summary are estimates only. If you earned less than the maximum amount subject to Social Security taxes, your Social Security benefits may be lower than the amounts shown.



DPH-OTM-0000070





## Important Phone Numbers

| | |
|---|---|
| **Health Care/Life Insurance** | **1-800-435-3946** |
| **Death Reporting** | **1-800-633-3900** |
| **Disability Information** | **1-800-734-0346** |
| **Investment Service Center** | **1-800-489-4646** |
| **Pension Administration Center** | **1-800-659-2000** |
| **Consolidated Income Security Administration Center (LBP/IPP)** | **1-800-852-6000** |

**DELPHI**
Automotive Systems



DPH-OTM-0000071

5597060740002717   AV     **AUTO   T9 1 0018 48439-950403   S

# DELPHI
### Automotive Systems

National Benefit Center
P.O. Box 5019
Southfield, MI 48086-5019

**Address Service Requested**

FIRST-CLASS MAIL
U.S. POSTAGE
PAID
DELPHI
84321



0002717   AV     **AUTO   T9 1 0018 48439-950403



## Your 2001 Personal
## Total Compensation Summary

DPH-OTM-0000072

**Dear Delphi Colleague,**

We are pleased to bring you your 2001
Personal Total Compensation Summary.
From current salary to retirement
information – and everything in between
– this 2001 Personal Total Compensation
Summary outlines your Delphi
compensation package that you have chosen
as of December 31, 2000.



Many things have changed since Delphi
began standing on its own in 1999.  One of the constants, though, is Delphi's
continued dedication to providing you with an attractive and competitive salary
and benefits package.  Please study this summary to assess how well your salary and
benefits are aligned to meet your current needs and future plans.

If you have any questions regarding your 2001 Personal Total Compensation
Summary, please contact the appropriate benefit center for assistance.   Thank you
for your commitment and dedication to Delphi's success.

*Kevin M. Butler*

Kevin M. Butler
Vice President
Human Resources
Delphi Automotive Systems

DPH-OTM-0000073

This summary is based on your personal information as of December 31, 2000
(unless otherwise indicated).

# Your Total Compensation



Your total compensation consists of many
important elements including:

On an annualized basis

| | | |
|---|---|---|
| Your Salary | $ | 114,000 |
| The value of your benefits including $6,638 for Social Security | $ | 26,859 |
| **Your total compensation** | $ | 140,859 |

### In Addition...
You are eligible for the following time off:

| | |
|---|---|
| Vacation | 5.0 Weeks |
| Holidays | 16 Days |
| At a cost of | $17,977 |

Assumes a traditional work schedule.

DPH-OTM-0000074



# Your Health Care Benefits

In 2001, health care expenses that you and any
eligible dependents incur for covered services will be
reimbursed according to the provisions of the health
care option you elected.

In 2000, the estimated average cost to provide
coverage under the Salaried Health Care Program
was **$4,431** per Primary Enrollee.



The Salaried Health Care Program provides protection
for you and your eligible dependents against a wide
range of health care expenses. "Core coverages" include
hospital, surgical, medical, prescription drugs, hearing
aid, mental health and substance abuse, and Extended
Care Coverage. In most cases, you may choose to have
core coverages delivered through one of the four
options below to the extent that approved options are
available in your area.

- Basic Medical Plan (BMP)
- Enhanced Medical Plan (EMP)
- Preferred Provider
  Organization (PPO)
- Health Maintenance
  Organization (HMO)

You also choose whether to cover yourself alone, or yourself and one or more of your eligible
dependents. Additionally, you may be eligible for "non-core coverages" including dental and
vision. If you are eligible for dental coverage, you may be able to choose an alternative dental
plan, if available in your area.

Descriptive materials concerning benefits provided under each option are available from the
National Benefit Center.

DPH-OTM-0000075

# Your Savings–Stock Purchase Program (S–SPP)

**2000 Contributions to Your Account**



- Pre-Tax              $ 10,500.00
- After-Tax            $    395.00
- Company Match        $  5,155.50

---

Total            $ 16,050.50

> **Total Value of Your Account**
>
> $555,368.79
>
> as of December 31, 2000

## S–SPP Projection

Assuming (1) you contribute 10% of your current salary to age 65,
(2) the current level of company matching contributions, (3) no loans
or withdrawals, and (4) an annual growth rate of 8%, your S-SPP account
could grow to     **$1,690,567** at age 65.

DPH-OTM-0000076



# Your Disability Benefits

If you become disabled, you may be eligible to receive salary continuation and/or disability benefits as follows:

**Monthly benefit for the first**
**26 weeks**      $      9,500

**Monthly benefit for the next**
**27 weeks**      $      7,125

If you remain disabled, you may be eligible to receive monthly benefits from several sources including EDB and/or your contributory benefits under the Retirement Program totaling   **$6,909** until age   **65**. Thereafter, if eligible, you may continue to receive the following monthly benefits:

From Social Security              **$1,748**   [1]Retirement benefits are shown only for employees with 10 or more years of credited service.

From the Retirement Program[1]    **$4,137**

# Other Compensation and Benefit Programs

You may be eligible for many other programs that are not reflected in this statement. For example, these programs may include:

- ConSern (Education Loan Program)
- Financial Planning
- Flexible Spending Accounts
- LifeSteps (Comprehensive Wellness Program)
- Long-Term Care
- Personal Accident Insurance
- Incentive Compensation Program
- Suggestion Plan
- Adoption Assistance Program

- Unemployment and Workers' Compensation
- Dependent Life Insurance
- Flexible Compensation Payment
- GMAC Demand Note Program
- LifeWorks (Family Resource Program)
- New Vehicle Purchase Plans
- Personal Retirement Income Plan
- Tuition Assistance Plan
- Dependent Scholarship Plan

DPH-OTM-0000077

# Your Retirement Information

You accrued   12 months of credited service in 2000.

Through December 31, 2000, your total credited
service was   31 years and   04 months.

Your contributions were:

| | | |
|---|---|---|
| Prior to 7-1-77 | $ | 395.82 |
| 7-1-77 to 10-1-79 | $ | 901.80 |
| After 10-1-79 | $ | 13,595.06 |



If you work until   2013, your estimated monthly income under the current provisions
of the Retirement Program and from Social Security would be:

| | | |
|---|---|---|
| Non-contributory Benefits | $ | 2,106 |
| Contributory Benefits | $ | 4,244* |
| Social Security (Yourself) | $ | 1,695 |
| Social Security (Spouse at age 65) | $ | 848 |
| **Monthly Total** | $ | 8,893 |

\* Assumes you make continuous contributions to age 65 with
no withdrawals.

DPH-OTM-0000078

# Your Beneficiary Entitlements

| | | |
|---|---|---|
| 2001 Basic Life Insurance | $ | 228,000 |
| 2001 Optional Life Insurance | $ | 570,000 |
| S-SPP Account Balance | $ | 555,368 |
| **Total** | **$** | **1,353,368** |



**Plus...**
Accidental Death Benefit while
on Company Business   $   114,000

Monthly Retirement Benefit for Spouse[1]

| | | |
|---|---|---|
| Non-contributory Benefits | $ | 837 |
| Contributory Benefits | $ | 1,657 |

[1]Assumes you have been married for one year
and your spouse is the same age as you and
your death occurs in 2001.

---

**NOTE:** In the event of your death, your survivor should contact the Social Security Office
at 1-800-772-1213 to determine if additional benefits are available.



# Your Layoff Benefits*

- If you are a regular classified salaried employee and are laid off with 1 but less than 10 years of service, you may be eligible for up to 12 months of layoff benefits under the Layoff Benefit Plan (LBP). If you are laid off with 10 or more years of service, you may be eligible for up to 24 months of LBP benefits.

  - During the first 6 months of layoff, LBP benefits would equal 75% of your monthly base salary. Thereafter, LBP benefits would equal 60% of monthly base salary.

  - LBP benefits are reduced by the sum of (1) unemployment compensation to which you are entitled, (2) state and federal disability benefits, (3) 100% of corporate earnings, and (4) 75% of any non-corporate earnings.

- If you are a regular classified salaried employee with 10 or more years of service at the time of layoff, you may be eligible to receive Income Protection Plan (IPP) benefits after exhausting LBP benefits. IPP eligibility continues until you retire or other work within the Corporation is made available. Depending on your years of service, IPP income benefits range from 50-60% of base salary on your last day worked, reduced by any (1) earnings, and (2) statutory benefits you are eligible to receive. IPP Health Care and Life Insurance also is provided.

- Executive employees are ineligible for LBP or IPP benefits. Instead, an executive employee with one or more years of service at time of layoff may be eligible for benefits under the Separation Allowance Plan.

* Effective June 1, 2001, LBP and IPP are terminated.

Delphi reserves the right to amend, modify, suspend or terminate any of its employee benefit plans or programs by action of its Board of Directors or other committee expressly authorized by the Board to take such action. The benefits to which an employee is entitled are determined solely by the provisions of the applicable benefit plan or program. The benefits reflected on this statement have not been reduced by any payments made or to be made pursuant to a Qualified Domestic Relations Order, as required by the Retirement Equity Act of 1984. Absent an express delegation of authority from the Board of Directors, no one has the authority to commit the Corporation to any benefit or benefit provision not provided for under the applicable benefit plan or program, or to change the eligibility criteria or any other provisions of such plan or program.

If you do not agree with the personal information shown in this summary, please bring it to the attention of a representative at the appropriate Benefit Center that administers your benefits.

Social Security benefits in this summary are estimates only. If you earned less than the maximum amount subject to Social Security taxes, your Social Security benefits may be lower than the amounts shown.

DPH-OTM-0000080





## Important Phone Numbers

**Health Care/Life Insurance**      **1-800-435-3946**

**Death Reporting**      **1-800-633-3900**

**Disability Information**      **1-800-734-0346**

**Investment Service Center**      **1-877-389-2374**

**Pension Administration Center**      **1-800-659-2000**

**DELPHI**
Automotive Systems


DPH-OTM-0000081

**DELPHI** Automotive Systems



Compensation | Health Care | S·SSP | Disability | Retirement | Beneficiaries | Other Programs | Resources

Dear

Welcome to your Delphi 2002 Personal Total Compensation Summary. This online summary is another step we are taking to advance the use of web technology in connecting with you. The summary outlines your Delphi compensation package, reflecting your choices as of December 31, 2001.

This past year has been challenging for Delphi, and some difficult decisions have affected us all. Efforts were made to balance employee needs with business needs to strengthen Delphi and ensure our long-term success.

We remain committed to maintaining a valuable and competitive salary and benefit package for Delphi salaried employees.

If you have any questions regarding your 2002 Personal Total Compensation Summary, contact the appropriate benefit center for assistance. Thank you for your commitment and dedication to Delphi's long-term success.

*Kevin M. Butler*

**Kevin Butler** • Vice President • Human Resources
Delphi Automotive Systems













This summary is based on your personal information as of December 31, 2001 (unless otherwise indicated).

Your total compensation consists of many important elements including: On an annualized basis:

Your Salary                         $118,200.00

The value of your benefits including
$6,978.00  for Social Security        $24,394.00

**Your total compensation**          $142,594.00

**In Addition...**

You are eligible for the following time off:

Vacation 5.0 weeks and 4 additional vacation days

Holidays   19   days

At a cost of  $21,821.00

Assumes a traditional work schedule.



DPH-OTM-0000083

Post-it® Fax Note   7671   | Date | # of pages ► |

| From | To   *Treco Rural* |
| Co./Dept. | Co. |
| Phone # | Phone # |
| Fax # *313-637-6157* | Fax # |

In 2001, the estimated average cost to provide coverage under the Salaried Health Care Program was $5,495 per primary enrollee.

In 2002, health care expenses that you and any eligible dependents incur for covered services will be reimbursed under the health care option you elected.

"Core coverages" include:

■ Hospital, surgical, medical, prescription drugs, hearing aid and substance abuse treatment

■ Extended Care Coverage

Depending on your area, you may choose to have care coverage delivered through on of these options:

■ Basic Medical Plan (BMP)

■ Preferred Provider Organization (PPO)

■ Enhanced Medical Plan (EMP)

■ Health Maintenance Organization (HMO)

■ Point of Service (POS)

You may cover yourself alone or yourself and one or more eligible dependents. Additionally, you may be eligible to choose dental and vision coverage.

Descriptive materials concerning benefits provided under each option are available from the National Benefit Center.












DPH-OTM-0000084

## 2001 Contributions to Your Account

- Pre-Tax          $10,500.00
- After-Tax        $1,831.00
- Company Match    $1,263.50

Total          $13,594.50

Total Value of Your Account    $545,339.69    as of December 31, 2001

### S-SPP Projection

Assuming (1) you contribute 10% of your current salary to age 65, (2) the current level of company matching contributions, (3) no loans or withdrawals, and (4) an annual growth rate of 8%, your S-SPP account could grow to $1,537,144.27 at age 65.



If you become disabled, you may be eligible to receive salary continuation and/or disability benefits as follows:

Monthly benefit for the first

26 weeks        $9,850.00

Monthly benefit for the next

27 weeks        $7,388.00

If you remain disabled, you may be eligible to receive monthly benefits from several sources including EDB and/or your contributory benefits under the Retirement Program totaling   $7,203.00   until age  65
Thereafter, if eligible, you may continue to receive the following monthly benefits:

From Social Security   $1,847.00

From the Retirement Program[1]   $4,432.00



[1]Retirement benefits are shown only for employees with 10 or more years of credited service.



DPH-OTM-0000086

You accrued 12 months of credited service in 2001.

Through December 31, 2001, your total credited service was 32 years and 4 months.

Your contributions were:

| | |
|---|---|
| Prior to 7-1-77 | $395.82 |
| 7-1-77 to 10-1-79 | $901.80 |
| After 10-1-79 | $14,600.72 |

If you work until 2013 , your estimated monthly income under the current provisions of the Retirement Program and from Social Security would be:

| | |
|---|---|
| Non-contributory Benefits | $2,110.00 |
| Contributory Benefits | $4,447.00 * |
| Social Security (Yourself) | $1,786.00 |
| Social Security (Spouse at age 65) | $893.00 |
| Monthly Total | $9,236.00 |

* Assumes you make continuous contributions to age 65 with no withdrawals.






DPH-OTM-0000087

| | |
|---|---|
| 2002 Basic Life Insurance | $236,400.00 |
| 2002 Optional Life Insurance | $591,000.00 |
| S-SPP Account Balance | $545,339.00 |

**Total**    $1,372,739.00

Plus...
Accidental Death Benefit while    $118,200.00
on Company Business

Monthly Retirement Benefit for Spouse[1]

| | |
|---|---|
| Non-contributory Benefits | $903.00 |
| Contributory Benefits | $1,773.00 |

[1]Assumes you have been married for one year and your spouse is the same age as you and your death occurs in 2002.

**NOTE:** In the event of your death, your survivor should contact the Social Security Office at 1-800-772-1213 to determine if additional benefits are available.



## Other Compensation and Benefit Programs

You may be eligible for many other programs that are not reflected in this statement. For example, these benefits may include:

- ConSern (Education Loan Program)
- Financial Planning
- Flexible Spending Accounts
- LifeSteps (Comprehensive Wellness Program)
- Long-Term Care
- Personal Accident Insurance
- Incentive Compensation Program
- Suggestion Plan
- Adoption Assistance Program
- Unemployment and Workers' Compensation
- Dependent Life Insurance
- Flexible Compensation Payment
- GMAC Demand Note Program
- Employee Assistance Program
- New Vehicle Purchase Plans
- Personal Retirement Income Plan
- Tuition Assistance Plan
- College Advantage Plan

Delphi reserves the right to amend, modify, suspend or terminate any of its employee benefit plans or programs by action of its Board of Directors or other committee expressly authorized by the Board to take such action. The benefits to which an employee is entitled are determined solely by the provisions of the applicable benefit plan or program. The benefits reflected on this statement have not been reduced by any payments made or to be made pursuant to a Qualified Domestic Relations Order, as required by the Retirement Equity Act of 1984. Absent an express delegation of authority from the Board of Directors, no one has the authority to commit the Corporation to any benefit or benefit provision not provided for under the applicable benefit plan or program, or to change the eligibility criteria or any other provisions of such plan or program.

If you do not agree with the personal information shown in this summary, please bring it to the attention of a representative at the appropriate Benefit Center that administers your benefits.

Social Security benefits in this summary are estimates only. If you earned less than the maximum amount subject to Social Security taxes, your Social Security benefits may be lower than the amounts shown.









**Health Care/Life Insurance** 1-800-435-3946

**Death Reporting** 1-800-633-3900

**Disability Information** 1-800-734-0346

**Investment Service Center** 1-877-389-2374

**Pension Administration Center** 1-800-659-2000

DELPHI
Automotive Systems

DPH-OTM-0000090



# DELPHI







| Compensation | Health Care | S-SPP | Disability | Retirement | Beneficiaries | Other Programs | Resources |

Dear

We are pleased to provide you your Personal Total Compensation Summary. The information contained in the following pages outlines your Delphi salary and benefits package, reflecting your choices as of December 31, 2002.

Your ongoing collective efforts have been vital towards helping Delphi face a year of significant challenges. This has allowed us to maintain a valuable and competitive salary and benefits package for our salaried employees.

If you have any questions regarding your Personal Total Compensation Summary, contact the appropriate benefit center for assistance as referenced in the following pages.

On behalf of Delphi's leadership, thanks for your continued commitment to our long-term success.



**Kevin Butler**
Vice President • Human Resources • Delphi

DPH-OTM-0000091

This summary is based on your personal information as of December 31, 2002 (unless otherwise indicated).

Your total compensation consists of many important elements including: On an annualized basis:

Your Salary                                    $121,800.00

The value of your benefits including $7,160.00 for Social Security                    $24,191.00

**Your total compensation**                $145,991.00

**In Addition...**

You are eligible for the following time off:

Vacation 5.0 weeks and 4 additional vacation days

Holidays  16 days

At a cost of  $21,080.00

Assumes a traditional work schedule.





















DPH-OTM-0000092

In 2002, the estimated average cost to provide coverage under the Salaried Health Care Program was $5,739 per primary enrollee.

In 2003, health care expenses that you and any eligible dependents incur for covered services will be reimbursed under the health care option you elected.

"Core coverages" include:

- Hospital, surgical, medical, prescription drugs, hearing aid and substance abuse treatment

- Extended Care Coverage

Depending on your area, you may choose to have health care coverage delivered through one of these options:

- Basic Medical Plan (BMP)

- Enhanced Medical Plan (EMP)

- Point of Service (POS)

- Health Maintenance Organization (HMO)

- Preferred Provider Organization (PPO)

You may cover yourself alone or yourself and one or more eligible dependents. Additionally, you may be eligible to choose dental and vision coverage.

Descriptive materials concerning benefits provided under each option are available from the National Benefit Center at www.delphinbc.com















## 2002 Contributions to Your S-SPP Account

| | |
|---|---|
| ▪ Pre-Tax | $11,000.00 |
| Catch-Up | 1,000.00 |
| ▪ After-Tax | $1,537.00 |
| ▪ Company Match | |
| Total | $13,537.00 |

Total Value of Your Account    $397,640.12    as of December 31, 2002

### S-SPP Projection

Assuming (1) you contribute 10% of your current salary to age 65, (2) the current level of company matching contributions, (3) no loans or withdrawals, and (4) an annual growth rate of 8%, your S-SPP account could grow to  $1,071,973.16  at age 65.



If you become disabled, you may be eligible to receive salary continuation and/or disability benefits as follows:

Monthly benefit for the first

26 weeks        $10,150.00

Monthly benefit for the next

27 weeks        $7,613.00

If you remain disabled, you may be eligible to receive monthly benefits from several sources including EDB and/or your contributory benefits under the Retirement Program totaling $7,469 until age 65. Thereafter, if eligible, you may continue to receive the following monthly benefits:

From Social Security    $1,895.00

From the Retirement Program[1]    $4,592.00

[1]Retirement benefits are shown only for employees with 10 or more years of credited service.



You accrued 12 months of credited service in 2002.

Through December 31, 2002, your total credited service was 33 years and 4 months.

Your contributions were:

Prior to 7-1-77          $395.82
7-1-77 to 10-1-79        $901.80
After 10-1-79            $15,639.53

If you work until 2013 , your estimated monthly income under the current provisions of the Retirement Program and from Social Security would be:

Non-contributory Benefits           $2,115.00
Contributory Benefits               $4,553.00  *
Social Security (Yourself)          $1,828.00
Social Security (Spouse at age 65)    $914.00

Monthly Total                       $9,410.00

* Assumes you make continuous contributions to age 65 with no withdrawals.

















DPH-OTM-0000096

*Beneficiary*

| | |
|---|---|
| 2003 Basic Life Insurance | $236,400.00 |
| 2003 Optional Life Insurance | $591,000.00 |
| S-SPP Account Balance | $397,640.00 |
| **Total** | **$1,225,040.00** |

Plus...

| | |
|---|---|
| Accidental Death Benefit while on Company Business | $118,200.00 |

Monthly Retirement Benefit for Spouse[1]

| | |
|---|---|
| Non-contributory Benefits | $977.00 |
| Contributory Benefits | $1,784.00 |

[1]Assumes you have been married for one year and your spouse is the same age as you and your death occurs in 2003.

**NOTE:** In the event of your death, your survivor should contact the Social Security Office at 1-800-772-1213 to determine if additional benefits are available.





DPH-OTM-0000097

## Other Compensation and Benefit Programs

You may be eligible for many other programs that are not reflected in this statement. For example, these benefits may include:

- ConSern (Education Loan Program)
  *www.eloansecure.com*
- Financial Planning
  *www.aycofinancialnetwork.com/afpc/delphi*
- Flexible Spending Accounts
  *www.myuhc.com*
- LifeSteps (Comprehensive Wellness Program) *www.lifesteps.com*
- Long-Term Care
- Personal Accident Insurance
  *www.delphinbc.com*
- Incentive Compensation Program
- Suggestion Plan
- Adoption Assistance Program

- Unemployment and Workers Compensation
- Dependent Life Insurance
  *www.delphinbc.com*
- Flexible Compensation Payment
- GMAC Demand Note Program
  *www.demandnotes.com*
- Employee Assistance Program
- New Vehicle Purchase Plans
- Personal Retirement Income Plan
  *www.delphira.com*
- Tuition Assistance Plan
  *vw6.edcor.com/DLP/*
- College Advantage Plan
  *www.delphira.com*



Delphi reserves the right to amend, modify, suspend or terminate any of its employee benefit plans or programs by action of its Board of Directors or other committee expressly authorized by the Board to take such action. The benefits to which an employee is entitled are determined solely by the provisions of the applicable benefit plan or program. The benefits reflected on this statement have not been reduced by any payments made or to be made pursuant to a Qualified Domestic Relations Order, as required by the Retirement Equity Act of 1984. Absent an express delegation of authority from the Board of Directors, no one has the authority to commit the Corporation to any benefit or benefit provision not provided for under the applicable benefit plan or program, or to change the eligibility criteria or any other provisions of such plan or program.

If you do not agree with the personal information shown in this summary, please bring it to the attention of a representative at the appropriate Benefit Center that administers your benefits.

Social Security benefits in this summary are estimates only. If you earned less than the maximum amount subject to Social Security taxes, your Social Security benefits may be lower than the amounts shown.







**Health Care**
**Death Reporting**
**Disability Information**
1-866-335-7444
www.delphinbc.com

**Wage & Employment Verification**
1-800-886-3913

**Prescription Drug Coverage**
for BMP, EMP, PPO & POS options
1-800-711-3459
www.medcohealth.com

**Savings-Stock Purchase Program**
**Investment Service Center**
1-877-389-2374
www.delphi401k.com

**Retirement Program**
**Pension Administration Center**
1-800-659-2000
www.pension-administration.com

**Stock Options**
1-877-453-5744
www.benefitaccess.com






DELPHI

