# DELPHI

# A BRIEF LOOK AT SALARIED BENEFITS
## FOR REGULAR ACTIVE EMPLOYEES

(Hired prior to January 1, 2001 and/or with a length of service date prior to January 1, 2001)

January 1, 2009

DPH-OTM-0001471

# A BRIEF LOOK AT SALARIED BENEFITS

As a Regular Active Salaried Employee of Delphi, you have one of the finest and most comprehensive employee benefit packages in the industry. Today's Delphi benefits are an important factor in making your life more enjoyable and the future more secure for you and your family.

**This summary has been prepared by the Delphi Employee Benefits Staff and only serves as an overview of your Delphi benefits. The summary presents general information only and is based on the current Delphi benefit programs for salaried employees hired prior to January 1, 2001 and/or with a length of service date prior to January 1, 2001. Any reference to the payment of benefits is conditioned upon your eligibility to receive them. Each of the benefit programs has its own terms and conditions which in all respects control the benefits provided. Delphi reserves the right to increase, decrease, amend, change or terminate the Plans and Programs described in this summary. No oral or written statements can change the terms of a benefit Plan or Program. The Plans and Programs can be amended only by an appropriate committee as designated by the Board of Directors.**

PLEASE NOTE: Information regarding your benefits can be obtained by contacting the respective plan administrator as identified in the following pages. Where appropriate, a toll free telephone number is provided.

**DELPHI**

**DELPHI EMPLOYEE BENEFITS STAFF**

## HEALTH CARE COVERAGE
## 1-866-335-7444

| BENEFIT | DEFINITION | BECOME ELIGIBLE | COMMENTS |
|---|---|---|---|
| Basic Hospital, Surgical, Medical, Prescription Drug, Hearing Aid Coverage, Mental Health, and Substance Abuse* | Provides comprehensive coverage for you and your eligible dependents for a wide range of services and expenses including surgery, hospitalization, office visits, and physicals. Several different health care options may be available to you through the Salaried Health Care Program. | First day of the third month following date of hire, provided in active service. | Monthly contributions may be required and co-pays, deductibles, and out of pocket maximums may be applicable depending on option elected. |
| Dental Coverage* | Provides coverage for services and supplies for the treatment of many dental conditions such as preventative, minor and major restorative, and accidental dental injury. | First day of the third month following date of hire, provided in active service. | Monthly contributions required. Services may be subject to co-pays, and may also be subject to annual and lifetime maximums. |
| Vision Coverage* (1-800-638-0166) | Provides cost of examination, lenses, frames, and reduced expense for non-covered frames from a national network of participating providers. | First day of the third month following date of hire, provided in active service. | No monthly contributions currently required. |

1

January 1, 2009

DPH-OTM-0001473

# HEALTH CARE COVERAGE
## 1-866-335-7444

| BENEFIT | DEFINITION | BECOME ELIGIBLE | COMMENTS |
|---|---|---|---|
| Extended Care* (1-800-523-4626) | Provides coverage for you and your eligible dependents for hospital or skilled nursing facility days, beyond the base plan maximum and for custodial care. | First day of the third month following date of hire, provided in active service. | Deductibles/co-pays not applicable. Services subject to $50,000 annual maximum per person. |
| Long Term Care (1-800-611-9532) | Provides coverage up to a specified per day and lifetime amount, for covered supportive services, such as, home health care by a nurse or family member, or care in an assisted living facility, or other covered benefits you or another family member may require for an extended period of time. | First day of the third month following date of hire, provided in active service. | Separate coverage available to employees, spouses and surviving spouses, parents and parents-in-law under age 80. |

* Effective January 1, 2007, Delphi will no longer provide Corporation contributions towards health care coverage under the Salaried Health Care Program for retirees who become Medicare eligible in the normal course (i.e., age 65). Upon becoming Medicare eligible in the normal course in retirement, only dental, vision and ECC (if eligible) may be continued on a self-paid basis. Employees hired on or after January 1, 1993 and before January 1, 2001, may continue to participate in the Salaried Health Care Program following retirement until becoming Medicare eligible in the normal course (i.e., age 65), however, they will not be eligible to receive Corporation contributions, and if elected, may continue medical, dental, vision and ECC on a self-paid basis only until becoming Medicare eligible in the normal course. On and after age 65, only dental, vision and ECC (if eligible) may be continued on a self-paid basis.

2

January 1, 2009

DPH-OTM-0001474

## LIFE INSURANCE
## 1-866-335-7444

| *BENEFIT* | *DEFINITION* | *BECOME ELIGIBLE* | *COMMENTS* |
|---|---|---|---|
| Basic Life Insurance | Group term life insurance equal to twice your annual base salary is provided at no cost to you. | First day of the third month following date of hire, provided in active service. | Imputed income is charged to an employee for value of coverage in excess of $50,000. |
| Work Related Death Benefit | Provides life insurance for accidental death that is work related. Benefit is equal to 50% of elected Basic Life Insurance. | First day of the third month following date of hire, provided in active service. | The Work Related Death Benefit is provided at no cost to you. |
| Optional Life Insurance | Additional group term life insurance that you may purchase (up to a maximum of eight times your annual base salary). | First day of the third month following date of hire, provided in active service. | Contributions are required. Proof of good health is not required when first eligible. Generally, proof of good health is required for any election or increase thereafter. |
| Dependent Life Insurance | Term life insurance that may be purchased on your eligible dependents (up to $200,000 on spouse/same-sex domestic partner and up to $25,000 on each child). | First day of the third month following date of hire, provided in active service. | Contributions are required. Proof of good health is not required when first eligible except when electing spouse/same-sex partner coverage in excess of $100,000. Generally, proof of good health will be required for any election |

3

January 1, 2009

| | | |
|---|---|---|
| | | or increase thereafter. |
| Personal Accident Insurance | Accidental death and dismemberment insurance that may be purchased for you and your eligible dependents. Also provides a benefit for total and permanent disability, paralysis and loss of sight, speech and/or hearing when caused by an accident (up to $1,000,000 on employee, $1,000,000 on spouse/same-sex domestic partner, $100,000 on each child). | First day of the third month following date of hire, provided in active service. | Contributions are required. Proof of good health is not required. You must elect PAI for yourself in order to elect it for dependents. Amount elected for yourself over $300,000 may not exceed 10 times your Annual Base Salary. Coverage for your dependents can not be greater than your coverage. |
| Survivor Support Services (1-248-813-6064) | Provides comprehensive, objective financial and benefits counseling to your surviving spouse, beneficiaries or you, if diagnosed as terminally ill. | Upon date of hire. | This benefit is corporate paid. |

Employees hired on or after January 1, 1993 are not eligible for continuing life insurance (reduced Basic Life) in retirement.

☐ May convert to a personal insurance policy without having to provide proof of good health.
☐ May continue Optional Life, Dependent Life, and Personal Accident insurances in retirement in accordance with Plan Provisions, provided they otherwise are eligible to continue coverages under the Program.

4

January 1, 2009

# DISABILITY BENEFITS
## 1-866-335-7444

| BENEFIT | DEFINITION | BECOME ELIGIBLE | COMMENTS |
|---|---|---|---|
| Sickness and Accident Benefits (S&A) | Provides income replacement if you are unable to work in the event of illness or injury. Monthly S&A benefits equal 60% of base pay if the disability occurs in the first year of service; and 75% of base pay if the disability occurs thereafter. Benefits may be payable for up to 12 months depending on length of service and continued disability. | First day of the month following attainment of six months of continuous service, provided in active service. | These benefits may be coordinated with or reduced by other types of disability benefits, such as, Social Security, Workers Compensation, State Disability Plans, or Total & Permanent Disability Retirement. |
| Extended Disability Benefits (EDB) | Monthly EDB benefits equal 60% of base salary. Duration of benefits depends on length of service and continued disability | Employees with ten or more years of credited service may be eligible to receive EDB until age 65. | |
| Supplemental Extended Disability Benefits (SEDB) | Extends duration of regular EDB. Available to employees with less than ten years of credited service in the Life and Disability Benefits Program and provides coverage to age 65 instead of on a time-for-time basis. | Eligible to elect SEDB only during the annual Options! Benefit enrollment, if on January 1 of the following year, is in active service and employee will have attained six or more months but less than ten years of service | This benefit may be coordinated with or reduced by other types of disability benefits, such as Social Security, Workers' Compensation, State Disability Plans, or Total & Permanent Disability Retirement. |

NOTE:  Disabled employees may be eligible for salary continuation payments of monthly base salary for up to 26 weeks, while eligible for S&A.

5

January 1, 2009

DPH-OTM-0001477

# RETIREMENT PROGRAM
## 1-877-389-2374

| BENEFIT | DEFINITION | BECOME ELGIBLE | COMMENTS |
|---|---|---|---|
| Part A Non-Contributory<br><br>*Frozen, effective September 30, 2008* | This portion of the retirement program provides a future monthly retirement benefit based on accumulated credited service. | Employees start accumulating credited service upon date of hire and become eligible for future benefits after achieving five years of credited service. | |
| Part B Contributory<br><br>*Frozen, effective September 30, 2008* | This voluntary portion of the retirement program provides a future monthly retirement benefit to those who elect to participate based on their compensation and contributions. | First day of the month concurrent with or following attainment of six months of continuous service, and when you have attained age 21. | Employee contribution is 1.25% of monthly base salary in excess of $4,200. |

January 1, 2009

6

DPH-OTM-0001478

# SAVINGS AND INVESTMENT OPPORTUNITIES

| *BENEFIT* | *DEFINITION* | *BECOME ELIGIBLE* | *COMMENTS* |
|---|---|---|---|
| Salaried Retirement Savings Program (SRSP) (1-877-389-2DPH)  A 401(k) savings plan that provides an opportunity for you to save and invest for retirement. | A savings program where you and Delphi make contributions to your account to invest in one or more of several investment options. Maximum contribution is 60% of your eligible salary. Savings may be contributed on a before tax and/or after tax basis. | Eligible to roll over balances into the account and commence employee contributions upon date of hire. The Company Match Contribution is available the 1st day of the month following six months of employment. | Effective Oct. 1, 2008, active salaried employees begin receiving a 4% Delphi Retirement Contribution regardless of their participation in the SRSP. Those who make employee contributions will receive a Company Matching Contribution of 50% on the first 7% of their contributions. Employees with 25 years length of service receive a Company Matching Contribution of 50% on the first 9% of their contributions. |

Employees hired on or after January 1, 1993 and hired before January 1, 2001, receive an amount equal to 1% of their eligible SRSP salary that is contributed automatically to their SRSP account on a monthly basis once they become eligible to participate in the program whether or not they make contributions to SRSP themselves.

7

January 1, 2009

DPH-OTM-0001479

## SAVINGS AND INVESTMENT OPPORTUNITIES (Cont'd)

| | | |
|---|---|---|
| GMAC Demand Notes (1-888-271-4066) | An investment program with competitive interest rates available to you through GMAC. You can invest through the convenience of payroll deductions on an after tax basis, with no savings maximum. | Upon date of hire. |
| Financial Planning (1-800-437-6383) | Provides you with access to personalized, objective, and professional financial planning services at a fraction of the usual price. | Upon date of hire. Services provided by the Ayco Company |

January 1, 2009

8

# PAID TIME OFF

| BENEFIT | DEFINITION | BECOME ELIGIBLE | COMMENTS |
|---|---|---|---|
| Paid Holidays | Delphi provides you with approximately 18 paid holidays for 2009. For additional information, see your local Salaried Personnel Administrator. | Upon date of hire. | |
| Vacation | Delphi provides you from one to five weeks of paid vacation depending on your length of service. For additional information, see your local Salaried Personnel Administrator. | Employees hired between January 1 and March 31 are eligible for vacation in the current year. Otherwise, vacation eligibility commences in the following calendar year. | |

January 1, 2009

9

DPH-OTM-0001481

## ADDITIONAL PROGRAMS

| BENEFIT | DEFINITION | BECOME ELIGIBLE | COMMENTS |
|---|---|---|---|
| Discount Programs | Delphi Employees are eligible to receive many vehicle, computer, financing and or insurance, appliance, subscription, and travel and vacation discounts. | Most discounts are available upon date of hire. | Please see the benefits web site in Apollo for more details. |
| Flexible Spending Accounts (1-877-924-3967) | Governed by IRS Rules. You may elect to contribute up to $5,000 in either Health Care or Dependent Care accounts. Spending Accounts can save you money by allowing you to reimburse yourself for eligible expenses with pre-tax dollars. | First day of the third month following date of hire, provided in active service. | To contribute the maximum in the Dependent Care Account, the employee has to file Federal Income Taxes as Married Joint. If not, maximum allowed is $2,500. You have until March 31, of the following year to seek reimbursement from your account regarding eligible expenses that occurred that prior year. |

10

January 1, 2009

DPH-OTM-0001482

## ADDITIONAL PROGRAMS

| BENEFIT | DEFINITION | BECOME ELIGIBLE | COMMENTS |
|---|---|---|---|
| Tuition Assistance Plan (1-888-502-8095) | Offers Delphi employees an opportunity for self-development as well as for improving skills. Tuition assistance is provided for undergraduate programs, graduate programs, and professional development seminars and workshops. Courses must be management approved. | Upon date of hire. | Imputed income may be charged to an employee for benefits paid. |
| Suggestion Plan | Eligible employees can earn awards up to $20,000 for adopted suggestions resulting in cost reductions. For additional information, see your local Suggestion Plan Coordinator. | Upon date of hire. | |
| ConSern: Loans for Education (1-800-767-5626) | An organization sponsored by the U.S. Chamber of Commerce that will assist salaried employees in identifying and securing loans for education for themselves and their family members. | Upon date of hire. | |
| Work Family Program | This is a resource available to assist employees and family members in identifying and resolving personal problems. | Upon date of hire. | For more information, contact your local Personnel or Medical Department. |

11

January 1, 2009

DPH-OTM-0001483