Neil A. Goteiner (NG 1644)
Dean M. Gloster, *Pro Hac Vice* (pending)
Kelly A. Woodruff, *Pro Hac Vice* (pending)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480


– and –

Trent P. Cornell, *Pro Hac Vice* (pending)
Jon D. Cohen, *Pro Hac Vice* (pending)
STAHL COWEN CROWLEY LLC
55 West Monroe Street, Suite 1200
Chicago, IL 60603
Telephone:  (312) 641-0060
Facsimile:  (312) 641-6959

Attorneys for the Delphi Retiree Committee



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x   Chapter 11 Case No. 05-44481 (RDD)
                      :
In re:                        :   (Jointly Administered)
                      :
DELPHI CORPORATION, et. al.,    :
                      :
    Debtors.               :
                      :
                      :
-----------------------------------------------------x


## CERTIFICATE OF SERVICE


      I hereby certify that on March 16, 2009, I caused a true and correct copy of the

Committee of Eligible Salaried Retirees' (the "Retiree Committee") STATEMENT OF ISSUES

AND DESIGNATION OF RECORD ON APPEAL to be served upon the parties listed in the

attached Exhibit A at their respective addresses by either electronic notice or by overnight

delivery.


Dated:  March 16, 2009                              I declare that the statement above is true to
                                                    the best of my information, knowledge and
                                                    belief.

                                         /s/            Neil A. Goteiner
                                                Neil A. Goteiner
                                                Farella Braun + Martel LLP

## EXHIBIT A

Service Via ECF

a.      Delphi Corporation
        5725 Delphi Drive
        Troy, Michigan  48098
        Att'n: General Counsel

b.      Counsel to the Debtors
        Skadden, Arps, Slate, Meagher & Flom LLP
        333 West Wacker Drive
        Suite 2100
        Chicago, Illinois  60606
        Att'n: John Wm. Butler, Jr.

c.      Counsel for the Agent under the Postpetition Credit Facility
        Davis Polk & Wardwell
        450 Lexington Ave.
        New York, New York 10017
        Att'n: Donald Bernstein and Brian Resnick

d.      Counsel for the Official Committee of Unsecured Creditors
        Latham & Watkins LLP
        885 Third Ave.
        New York, New York  10022
        Att'n: Robert J. Rosenberg and Mark A. Broude

e.      Counsel for the Official Committee of Equity Security Holders
        Fried, Frank, Harris, Shriver & Jacobson LLP
        One New York Plaza
        New York, New York  10004
        Att'n: Bonnie Steingart

Service Via Federal Express Overnight Mail

a.      Office of the United States Trustee for the Southern District of New York
        33 Whitehall Street
        Suite 2100
        New York, New York  10004
        Att'n: Alicia M. Leonhard and Tracy Hope Davis