Neil A. Goteiner (NG 1644)
Dean M. Gloster, *Pro Hac Vice* (pending)
Kelly A. Woodruff, *Pro Hac Vice* (pending)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

– and –

Trent P. Cornell, *Pro Hac Vice* (pending)
Jon D. Cohen, *Pro Hac Vice* (pending)
STAHL COWEN CROWLEY LLC
55 West Monroe Street, Suite 1200
Chicago, IL 60603
Telephone: (312) 641-0060
Facsimile: (312) 641-6959

Attorneys for Delphi Salaried Retirees Association
and Other Non-Union Salaried Retirees of Debtors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
In re:                                           :    Chapter 11 Case No. 05-44481 (RDD)
                                                 :    (Jointly Administered)
DELPHI CORPORATION, et. al.,                     :
                                                 :
    Debtors.                                     :
                                                 :
------------------------------------------------x

## CERTIFICATE OF SERVICE

24292\1894426.1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------x    Chapter 11 Case No. 05-44481 (RDD)

In re:    (Jointly Administered)

DELPHI CORPORATION, et. al.,

    Debtors.

----------------------------------------------------x

### CERTIFICATE OF SERVICE

I, Adam Marsh, hereby certify:

1. That I am over the age of eighteen years, and am not a party to this action.

2. That on the 16th day of March, 2009, I caused to be served a copy of the foregoing *Delphi Salaried Retirees Association Reply in Support of Expedited Motion for Stay Pending Appeal* by hand delivery upon the following:

Brian Masumoto
Office of the United States Trustee for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, New York 10004

United States Trustee

_____
Adam Marsh