UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re                                      :        Chapter 11
                                           :
DELPHI CORP., ET AL.,                      :        Case No. 05-44481 (RDD)
                                           :        Jointly Administered
                    Debtor.                :
-------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )    ss.:
COUNTY OF NEW YORK   )

Kelly R. Fitzgerald, being duly sworn, deposes and says:

(I)   That she is not a party to the within action, is over the age of 21 years and resides in New York, New York.

(II)  That on March 16, 2009, she caused the following to be served: *Verified Statement of Willkie Farr & Gallagher LLP Pursuant to Bankruptcy Rule 2019* [Docket No. 16474] (i) via overnight mail to the parties listed on Exhibit A, and (ii) via electronic mail to the parties listed on Exhibit B.

                                                   _____
                                                   Kelly R. Fitzgerald

Sworn to before me this

18th day of March 2009

_____
Notary Public

ADAM SCAVONE
Notary Public, State of New York
No. 01SC6184035
Qualified in New York County
Commission Expires March 24, 2012

-2-

**<u>EXHIBIT A</u>**

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Barnes & Thornburg LLP | Peter A. Clark | One North Wacker Drive | Suite 4400 | Chicago | IL | 60606-2833 | 312-214-5668 | 312-759-5646 | pclark@btlaw.com | Counsel to Recticel Interiors; Motorola; Temic Automotive |
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-2094801 | rstark@brownrudnick.com | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | bsimon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 212-696-6000 | 212-697-1559 | sreisman@cm-p.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | 212-450-3092 212-450-3213 | donald.bernstein@dpw.com brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2491 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | 303-652-4716 | cschiff@flextronics.com | Counsel to Flextronics International USA, Inc. |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | | paul.anderson@flextronics.com | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Creditor Committee Member |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Vivek Melwani Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | rodbuje@ffhsj.com slivriri@ffhsj.com | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | 866-585-2386 | valerie.venable@ge.com | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel to Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 1540 Broadway | 24th Fl | New York | NY | 10036 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Internal Revenue Service | Attn: Insolvency Department | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 | 313-628-3648 | 313-628-3602 | | Michigan IRS |
| Internal Revenue Service | Attn: Insolvency Department, Maria Valerio | 290 Broadway | 5th Floor | New York | NY | 10007 | 212-436-1038 | 212-436-1931 | mariaivalerio@irs.gov | IRS |
| IUE-CWA | Conference Board Chairman | 2360 W. Dorothy Lane | Suite 201 | Dayton | OH | 45439 | 937-294-7813 | 937-294-9164 | | Creditor Committee Member |
| Jefferies & Company, Inc. | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | 212-270-0430 | gianni.russello@jpmorgan.com | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | 310-823-9133 | sbetance@kccllc.com | Noticing and Claims Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | daniel.fisher@lawdeb.com | Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 3

3/11/2009 5:52 PM
Master Service List 090311

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | patrick.healy@lawdeb.com | Indenture Trustee |
| Lax & Neville LLP | Barry R. Lax, Brent A. Burns | 1412 Broadway, Suite 1407 | | New York | NY | 10018 | 212-692-1999 ext. 220 | 212-566-4531 | blax@laxneville.com bburns@laxneville.com | Counsel to the Delphi Retiree Committee |
| McDermott Will & Emery LLP | David D. Cleary | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | dcleary@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | jdejonker@mwe.com | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Mohsin N. Khambati | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | mkhambati@mwe.com | Counsel to Recticel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | conh@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | bmctigue@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | 212-682-5015 | szlezinger@mesirowfinancial.com | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | 213-629-5063 | gbray@milbank.com lkreller@milbank.com jtill@milbank.com | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | william.dornbos@oag.state.ny.us | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Israel Goldowitz | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | | Chief Counsel to the Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Karen L. Morris, John Menke, Ralph L. Landy, Beth A. Bangert | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | landy.ralph@pbgc.gov morris.karen@pbgc.gov menke.john@pbgc.gov bangert.beth@pbgc.gov efile@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems |
| Rothschild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-848-4000 | 212-848-7179 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@skadden.com rtrust@stblaw.com wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to Movant Retirees and Proposed Counsel to the Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | ddoyle@spencerfane.com | Counsel to the Debtor |

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | nfranke@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stahl Cowen Crowley Addis LLC | Jon D. Cohen, Trent P. Cornell | 55 West Monroe Street | Suite 1200 | Chicago | IL | 60603 | 312-641-0060 | 312-641-6959 | jcohen@stahlcowen.com; tcornell@stahlcowen.com | Counsel to the Delphi Retiree Committee |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 212-319-8500 | 212-319-8505 | cp@stevenslee.com; cs@stevenslee.com | Counsel to Warnco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| Tyco Electronics Corporation | MaryAnn Brereton, Assistant General Counsel | 60 Columbia Road | | Morristown | NJ | 7960 | 973-656-8365 | 973-656-8805 | | Creditor Committee Member |
| United States Trustee | Brian Masumoto | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | 212-668-2255 does not take service via fax | | Counsel to United States Trustee |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | 817-810-5255 | mwarner@warnerstevens.com | Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | 212-310-8077 | harvey.miller@weil.com | Counsel to General Motors Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

3/11/2009 5:52 PM
Master Service List 090311

## **EXHIBIT B**

adalberto@canadas.com; javanzato@apslaw.com; david.boyle@airgas.com;
bkessinger@akebono-usa.com; ddunn@akingump.com; idizengoff@akingump.com;
pgurfein@akingump.com; mgreger@allenmatkins.com; craig.freeman@alston.com;
dconnolly@alston.com; dwender@alston.com; steven.keyes@aam.com;
gogimalik@andrewskurth.com; lwalzer@angelogordon.com; mtf@afrct.com;
jorenstein@aoblaw.com; aleinoff@amph.com; Cohen.Mitchell@arentfox.com;
Hirsh.Robert@arentfox.com; dladdin@agg.com; joel_gross@aporter.com;
cgalloway@atsautomation.com; eray@balch.com; kim.robinson@bfkn.com;
william.barrett@bfkn.com; alan.mills@btlaw.com; john.gregg@btlaw.com;
mark.owens@btlaw.com; michael.mccrory@btlaw.com; pmears@btlaw.com;
wendy.brewer@btlaw.com; ffm@bostonbusinesslaw.com; tom@beemanlawoffice.com;
hannah@blbglaw.com; sean@blbglaw.com; wallace@blbglaw.com;
murph@berrymoorman.com; klaw@bbslaw.com; lschwab@bbslaw.com;
pcostello@bbslaw.com; tgaa@bbslaw.com; jtaylor@binghammchale.com;
malerding@binghammchale.com; wmosby@binghammchale.com;
wmosby@binghammchale.com; mrichards@blankrome.com; rmcdowell@bodmanllp.com;
chill@bsk.com; csullivan@bsk.com; sdonato@bsk.com; mtrentadue@boselaw.com;
cdelatorre@boselaw.com; amcmullen@bccb.com; rjones@bccb.com;
massimiliano_cini@brembo.it; dludman@brownconnery.com; schristianson@buchalter.com;
mary.caloway@bipc.com; william.schorling@bipc.com; mhall@burr.com;
jeannine.damico@cwt.com; jonathan.greenberg@BASF.COM; rusadi@cahill.com;
jrobertson@calfee.com; dhriggio@gmail.com rcalinoff@candklaw.com;
rweisberg@carsonfischer.com; cahn@clm.com; ddeutsch@chadbourne.com;
japplebaum@clarkhill.com; sdeeby@clarkhill.com; rgordon@clarkhill.com;
maofiling@cgsh.com; maofiling@cgsh.com; tmaxson@cohenlaw.com; jvitale@cwsny.com;
bceccotti@cwsny.com; srosen@cb-shea.com; Elliott@cmplaw.com; jwisler@cblh.com;
mlee@contrariancapital.com; jstanton@contrariancapital.com; wraine@contrariancapital.com;
solax@contrariancapital.com; Pretekin@coollaw.com; sjohnston@cov.com;
swalsh@chglaw.com; dpm@curtinheefner.com; rsz@curtinheefner.com; ceilbott@curtis.com;
krk4@daimlerchrysler.com; wsavino@damonmorey.com; davidpmartin@erisacase.com;
davidpmartin@bellsouth.net; rmeth@daypitney.com; rbeacher@daypitney.com;
cchiu@daypitney.com; carol_sowa@denso-diam.com; gdiconza@dlawpc.com;
john.persiani@dinslaw.com; richard.kremen@dlapiper.com; jguerrier@dreierllp.com;
andrew.kassner@dbr.com; david.aaronson@dbr.com; janice.grubin@dbr.com;
jhlemkin@duanemorris.com; dmdelphi@duanemorris.com; wmsimkulak@duanemorris.com;
dparker@dykema.com; mmsmith@dykema.com; ssalinas@dykema.com;
mbusenkell@eckertseamans.com; ayala.hassell@eds.com; akatz@entergy.com; gettelman@e-hlaw.com; lscarcella@farrellfritz.com; pcollins@farrellfritz.com; charles@filardi-law.com;
tdonovan@finkgold.com; ddragich@foley.com; jmurch@foley.com; jsimon@foley.com;
mrichman@foley.com; fstevens@foxrothschild.com; mviscount@foxrothschild.com;
ftrikkers@rikkerslaw.com; drosenzweig@fulbright.com; mparker@fulbright.com; dcimo@gjb-law.com; dcrapo@gibbonslaw.com; bhoover@goldbergsegalla.com;
abrilliant@goodwinproctor.com; cdruehl@goodwinproctor.com; bmehlsack@gkllaw.com;

pbilowz@goulstonstorrs.com; jsabella@gelaw.com; jeisenhofer@gelaw.com;
mrr@previant.com; mdebbeler@graydon.com; diconzam@gtlaw.com; heyens@gtlaw.com;
ckm@greensfelder.com; jpb@greensfelder.com; cbattaglia@halperinlaw.net;
ahalperin@halperinlaw.net; jdyas@halperinlaw.net; rjclark@hancocklaw.com;
hleinwand@aol.com; judith.elkin@haynesboone.com; lenard.parkins@haynesboone.com;
kenric.kattner@haynesboone.com; prubin@herrick.com; anne.kennelly@hp.com;
ken.higman@hp.com; sharon.petrosino@hp.com; mpendell@haslaw.com;
echarlton@hiscockbarclay.com; jkreher@hodgsonruss.com; sgross@hodgsonruss.com;
amoog@hhlaw.com; ecdolan@hhlaw.com; sagolden@hhlaw.com; elizabeth.flaagan@hro.com;
dbaty@honigman.com; tsable@honigman.com; lmurphy@honigman.Com;
sdrucker@honigman.com; lgretchko@howardandhoward.com; lmcbryan@hwmklaw.com;
jrhunter@hunterschank.com; tomschank@hunterschank.com; mmassad@hunton.com;
sholmes@hunton.com; aee@hurwitzfine.com; Ben.Caughey@icemiller.com;
greg.bibbes@infineon.com; jeffery.gillispie@infineon.com; heather@inplaytechnologies.com;
rgriffin@iuoe.org; bruzinsky@jw.com; hforrest@jw.com; pbarr@jaffelaw.com;
JRS@Parmenterlaw.com; wschultz@jasoninc.com; rpeterson@jenner.com;
gerdekomarek@bellsouth.net; cball@jonesday.com; pjbenvenutti@jonesday.com
mcorrea@jonesday.com; sjfriedman@jonesday.com; john.sieger@kattenlaw.com;
rsmolev@kayescholer.com; kcookson@keglerbrown.com; lsarko@kellerrohrback.com;
claufenberg@kellerrohrback.com; eriley@kellerrohrback.com; ggotto@kellerrohrback.com;
cwolfe@kelleydrye.com; jboyle@kelleydrye.com; mstone@kelleydrye.com;
lmagarik@kjmlabor.com; sjennik@kjmlabor.com; tkennedy@kjmlabor.com;
degan@kslaw.com; sdabney@kslaw.com; bdimos@kslaw.com; jstempel@kirkland.com;
efox@klng.com; sosimmerman@kwgd.com; jay.selanders@kutakrock.com;
ekutchin@kutchinrufo.com; knorthup@kutchinrufo.com; smcook@lambertleser.com;
mark.broude@lw.com; michael.riela@lw.com; mitchell.seider@lw.com;
robert.rosenberg@lw.com; mkohayer@aol.com; rcharles@lrlaw.com; sfreeman@lrlaw.com;
jengland@linear.com; austin.bankruptcy@publicans.com; dallas.bankruptcy@publicans.com;
houston_bankruptcy@publicans.com; kwalsh@lockelord.com; tmcfadden@lockelord.com;
gschwed@loeb.com; whawkins@loeb.com; bnathan@lowenstein.com; ilevee@lowenstein.com;
krosen@lowenstein.com; metkin@lowenstein.com; scargill@lowenstein.com;
vdagostino@lowenstein.com; egc@lydenlaw.com; axs@maddinhauser.com;
jlanden@madisoncap.com; lmc@ml-legal.com; vmastromar@aol.com;
gsantella@masudafunai.com; dadler@mccarter.com; eglas@mccarter.com;
jsalmas@mccarthy.ca; lsalzman@mccarthy.ca; gravert@mwe.com; jmsullivan@mwe.com;
sselbst@mwe.com; shandler@mwe.com; mquinn@mwe.com; sopincar@mcdonaldhopkins.com;
sriley@mcdonaldhopkins.com; jbernstein@mdmc-law.com; amccollough@mcguirewoods.com;
dblanks@mcguirewoods.com; jmaddock@mcguirewoods.com; tslome@msek.com;
hkolko@msek.com; lpeterson@msek.com; mmeyers@mlg-pc.com; emeyers@mrrlaw.net;
rrosenbaum@mrrlaw.net; mdtcbkc@miamidade.gov; miag@michigan.gov;
raterinkd@michigan.gov; miag@michigan.gov; jdonahue@miheritage.com;
trenda@milesstockbridge.com; vjones@millermartin.com; sarbt@millerjohnson.com;
wolfordr@millerjohnson.com; greenj@millercanfield.com; fusco@millercanfield.com;
pjricotta@mintz.com; pricotta@mintz.com; Jeff.Ott@molex.com; agottfried@morganlewis.com;
mzelmanovitz@morganlewis.com; resterkin@morganlewis.com; lberkoff@morittahock.com;
rurbanik@munsch.com; jwielebinski@munsch.com; drukavina@munsch.com;

sandy@nlsg.com; Knathan@nathanneuman.com; lisa.moore2@nationalcity.com;
marty_noland@nrel.gov; george.cauthen@nelsonmullins.com;
tracy.richardson@dol.lps.state.nj.us; bbeckworth@nixlawfirm.com;
jangelovich@nixlawfirm.com; susanwhatley@nixlawfirm.com; eabdelmasieh@nmmlaw.com;
dgheiman@jonesday.com; cahope@chapter13macon.com; jay.hurst@oag.state.tx.us;
msutter@ag.state.oh.us; michaelz@orbotech.com; mmoody@orourkeandmoody.com;
aenglund@orrick.com; fholden@orrick.com; jguy@orrick.com; Rdaversa@orrick.com;
rwyron@orrick.com; mseidl@pszjlaw.com; Rfeinstein@pszjlaw.com; Ischarf@pszjlaw.com;
dalowenthal@pbwt.com; dwdykhouse@pbwt.com; spaethlaw@phslaw.com;
arosenberg@paulweiss.com; cweidler@paulweiss.com; ddavis@paulweiss.com;
emccolm@paulweiss.com; jbrass@paulweiss.com; sshimshak@paulweiss.com;
housnerp@michigan.gov; kmayhew@pepehazard.com; lawallf@pepperlaw.com;
jaffeh@pepperlaw.com; caseyl@pepperlaw.com; varughesen@pepperlaw.com;
scarter@pselaw.com; jmanheimer@pierceatwood.com; kcunningham@pierceatwood.com;
rjp@pbandg.com; karen.dine@pillsburylaw.com; margot.erlich@pillsburylaw.com;
mark.houle@pillsburylaw.com; richard.epling@pillsburylaw.com;
robin.spear@pillsburylaw.com; bsmoore@pbnlaw.com; jsmairo@pbnlaw.com;
jh@previant.com; mgr@previant.com; enrique.bujidos@es.pwc.com; They have no email
address, have to be notified by mail; xst@qad.com; jharris@quarles.com;
jdawson@quarles.com; knye@quarles.com; rlp@quarles.com; apille@reedsmith.com;
elazarou@reedsmith.com; jkaczka@republicengineered.com;
jlapinsky@republicengineered.com; jshickich@riddellwilliams.com; jcrotty@rieckcrotty.com;
mscott@riemerlaw.com; holly@regencap.com; amathews@robinsonlaw.com;
cnorgaard@ropers.com; gregory.kaden@ropesgray.com; marc.hirschfield@ropesgray.com;
tslome@rsmllp.com; rtrack@msn.com; agelman@sachnoff.com cschulman@sachnoff.com;
cbelmonte@ssbb.com; pbosswick@ssbb.com; rcarrillo@ssbb.com;
dweiner@schaferandweiner.com; hborin@schaferandweiner.com;
mnewman@schaferandweiner.com; mwernette@schaferandweiner.com
shellie@schaferandweiner.com; rheilman@schaferandweiner.com; egeekie@schiffhardin.com;
myarnoff@sbclasslaw.com; shandler@sbclasslaw.com; james.bentley@srz.com;
michael.cook@srz.com; pbaisier@seyfarth.com; rdremluk@seyfarth.com;
whanlon@seyfarth.com; bharwood@sheehan.com; lawtoll@comcast.net;
ewaters@sheppardmullin.com; msternstein@sheppardmullin.com;
tcohen@sheppardmullin.com; twardle@sheppardmullin.com; rthibeaux@shergarner.com;
rthibeaux@shergarner.com; bankruptcy@goodwin.com; bankruptcy@goodwin.com;
asherman@sillscummis.com; jzackin@sillscummis.com; vhamilton@sillscummis.com;
skimmelman@sillscummis.com; cfortgang@silverpointcapital.com; bellis-monro@sgrlaw.com;
kmiller@skfdelaware.com; fyates@sonnenschein.com; mmachen@sonnenschein.com;
opinkas@sonnenschein.com; rrichards@sonnenschein.com; lloyd.sarakin@am.sony.com;
emarcks@ssd.com; cmeyer@ssd.com; sarah.morrison@doj.ca.gov; hwangr@michigan.gov;
jmbaumann@steeltechnologies.com; rkidd@srcm-law.com; shapiro@steinbergshapiro.com;
jposta@sternslaw.com; jspecf@sternslaw.com; cs@stevenslee.com; cp@stevenslee.com;
mshaiken@stinsonmoheck.com; robert.goodrich@stites.com; madison.cashman@stites.com;
wbeard@stites.com; loucourtsum@stites.com; cpajak@stutman.com; egoldberg@stutman.com;
ipachulski@stutman.com; jdavidson@stutman.com; ferrell@taftlaw.com; miller@taftlaw.com;
jteitelbaum@morganlewis.com; rbaskin@tblawllp.com; agbanknewyork@ag.tn.gov;

jforstot@tpw.com; lcurcio@tpw.com; niizeki.tetsuhiro@furukawa.co.jp;
robert.morris@timken.com; mcolabianchi@thelen.com; rhett.campbell@tklaw.com;
ira.herman@tklaw.com; john.brannon@tklaw.com; lnewman@tcfhlaw.com;
dquaid@tcfhlaw.com; efiledocketgroup@fagelhaber.com; tguerriero@us.tiauto.com;
jlevi@toddlevi.com; bmcdonough@teamtogut.com; jwilson@tylercooper.com;
matthew.schwartz@usdoj.gov; hzamboni@underbergkessler.com; mkilgore@UP.com;
djury@usw.org; tscobb@vorys.com; EAKleinhaus@wlrk.com; RGMason@wlrk.com;
robert.welhoelter@wallerlaw.com; gtoering@wnj.com; mcruse@wnj.com; growsb@wnj.com;
mwarner@warnerstevens.com; lekvall@wgllp.com; aordubegian@weineisen.com;
gpeters@weltman.com; gkurtz@ny.whitecase.com; guzzi@whitecase.com;
dbaumstein@ny.whitecase.com; tlauria@whitecase.com; featon@miami.whitecase.com;
barnold@whdlaw.com; jmoennich@wickenslaw.com; dneier@winston.com;
cschreiber@winston.com; mwinthrop@winthropcouchot.com; sokeefe@winthropcouchot.com;
agrumbine@wcsr.com; rkisicki@woodsoviatt.com; pjanovsky@zeklaw.com;
skrause@zeklaw.com