UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ———————————————— ) | Chapter 11 |
| In re: ) | |
| ) | Case No. 05-44481-RDD |
| DELPHI CORPORATION, *et al.*, ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ———————————————— ) | |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*
FOR UNITED STATES GOVERNMENT OF  JOHN A. MENKE**

I, John A. Menke, a member in good standing of the bar in the District of Columbia, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Pension Benefit Guaranty Corporation ("PBGC") in the above referenced cases.

1.      PBGC is a wholly-owned United States government corporation that administers the pension plan termination program established under Title IV of the Employee Retirement Income Security Act of 1974 ("ERISA"), *as amended*, 29 U.S.C. §§ 1301-1461 (2000 & Supp. II 2002).

2.      Under the Local Rules of the United States Bankruptcy Court for the Southern District of New York, upon motion to the Court, an attorney "in good standing of the bar of any state or of any United States District Court may be permitted to practice in this Court in a particular case, adversary proceeding, or contested matter." Local Bankruptcy Rule 2090-1(b).

3.      My address is John A. Menke, Assistant Chief Counsel, Pension Benefit Guaranty Corporation, 1200 K Street, N.W, Washington, D.C. 20005-4026. My telephone number is (202) 326-4020.  My e-mail address is Menke.John@pbgc.gov

4.      As an agency of the United States government under 28 U.S.C. § 451, PBGC is exempt from filing fees.

Dated:  March 18, 2009

*/s/ John A. Menke*
John A. Menke
Assistant Chief Counsel
Office of the Chief Counsel
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Washington, D.C. 20005-4026
Phone: 202-326-4020
Fax: 202-326-4112
E-mail: Menke.John@pbgc.gov

Attorney for Pension Benefit Guaranty Corporation