UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
|  | ) Case No. 05-44481 (RDD) |
|  | ) |
| **DELPHI CORPORATION,** *et al.*, | ) |
|  | ) **(Jointly Administered)** |
| Debtors. | ) |
|  | ) |

**ORDER FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*
**FOR UNITED STATES GOVERNMENT OF JOHN A. MENKE**

**ORDERED**, that John A. Menke, Assistant Chief Counsel, Pension Benefit Guaranty Corporation, is admitted to practice, *pro hac vice,* in the above referenced case, in the United States Bankruptcy Court, Southern District of New York.

Dated: March _____, 2009
        New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

NY01/VICIM/1342602.1