K&L GATES LLP
Edward M. Fox (EF1619)
599 Lexington Avenue
New York, New York 10022
Telephone (212) 536-3900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                    :    Chapter 11
                                                          :    Case No. 05-44481 (RDD)
DELPHI CORPORATON, et al.,                                :    (Jointly Administered)
                                                          :
                    Debtors.                              :
------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

NATHANAEL F. MEYERS, being duly sworn, deposes and says:

1.  I am over eighteen (18) years of age and am not a party to this action. I am employed by K&L Gates LLP having offices at 599 Lexington Avenue, New York, New York 10022.

2.  On March 17, 2009, I caused to be served a true copy of the Limited Objection of Wilmington Trust Company, as Indenture Trustee, to Motion for Order Under 11 U.S.C. Sec. 363 and Fed.R.Bankr.P. 6004 Authorizing and Approving Option Exercise Agreement With General Motors via federal express upon the following parties:

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel

NY-670921 v1

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, Il 60606
Attn: John Wm. Butler, Jr.

Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017
Attn: Donald Bernstein
      Brian Resnick

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Robert Lemons

Latham & Watkins
885 Third Avenue
New York, New York 10022
Attn: Robert Rosenberg
      Mark A. Broude

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
Attn: Bonnie Steingart

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
Attn: Brian Masumoto

By: _____
        Nathanael F. Meyers

Sworn to before me this
20th day of March, 2009

_____
Notary Public
FRANCELLA H. ASHBY
Notary Public, State Of New York
No. 01AS5053925
Qualified In New York County
Commission Expires Jan. 2, 20 10

- 2 -