**Hearing Date: March 24, 2009**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti
Thomas J. Matz

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                           :
  In re                                    : Chapter 11
                                           :
DELPHI CORPORATION, et al.,                : Case No. 05-44481 (RDD)
                                           :
                    Debtors.               : (Jointly Administered)
                                           ::
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## PROPOSED FORTY-FIRST OMNIBUS HEARING AGENDA

Location Of Hearing:      United States Bankruptcy Court for the Southern District of New
                          York, Alexander Hamilton Custom House, Room 610, 6th Floor, One
                          Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (1 Matter)

    C.    Uncontested, Agreed, Or Settled Matters (4 Matters)

    D.    Contested Matters (1 Matter)

    E.    Adversary Proceedings (None)

**B.**    **Continued Or Adjourned Matters**∗

1. Motion to Compel Debtor's Performance Under Lease of Non-Residential Real Property and for Payment of Administrative Expenses (Docket No. 16381)

    *Responses filed:*    None.

    *Reply filed:*    None.

    *Related filings:*    None.

    *Status:*    *This matter is being adjourned to the April 23, 2009 omnibus hearing.*

**C.**    **Uncontested, Agreed, Or Settled Matters**

2. **"Anaheim Sale Motion"** - Motion For Orders Under 11 U.S.C. §§ 363, 365, 1123, And 1146 And Fed. R. Bankr. P. 2002, 6004, 6006, And 9014 (A) (I) Approving Bidding Procedures, (II) Granting Certain Bid Protection, (III)

---

∗    Motions found at the following docket numbers that appeared on previous Proposed Hearing Agendas have been voluntarily withdrawn from the agenda and would need to be re-noticed under the Case Management Order to be reinstated on an agenda: Docket Nos. 213, 4689, 4778, 4912, 5229, 5153, 6723, 6690, and 12833 (KECP Emergence Incentive Program, Equity Security Holders' Ex Parte Motion To File Supplemental Objection To STN Motion Under Seal, Mercedes-Benz U.S. International, Inc.'s Motion to File Claims, Methode Electronics, Inc.'s Setoff Motion, Computer Patent Annuities Limited's Motion To Assume Or Reject Executory Contract, Motion Of Sumida America Inc. To Allow Setoff/Recoupment And For Relief From Automatic Stay, ATEL Leasing Corporation's Motion To Allow Administrative Claim, and Debtors' Omnibus Objection to Claims for Postpetition Interest , respectively). In addition, the following adversary proceedings have also been withdrawn from the agenda and would be subject to re-noticing to be reinstated on a hearing agenda: NYCH LLC d/b/a RCS Computer Experience Adv. Pro. No. 06-01902, Docket No. 1 (Complaint To Recover Property Of The Estate), L&W Engineering Adv. Pro. No. 06- 01136, Docket No. 22 (Motion For Summary Judgment), Aksys Ltd. Adv. Pro. No. 06-01677, Docket No. 2 (Summons And Notice), and National Union Fire Insurance Company Of Pittsburgh, PA Adv. Pro. No. 07-01435, which has been settled as part of the MDL settlement and will be resolved upon the Court's approval of the MDL settlement.

|  |  |
|---|---|
|  | Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date And (B) Authorizing And Approving (I) Sale By Delphi Automotive Systems LLC Of Certain Real Property Located In Anaheim, California And (II) Assumption And Assignment Of Related Executory Contract (Docket No. 14701) |
| *Responses filed:* | None. |
| *Reply filed:* | None. |
| *Related filings:* | *Order (I) Approving Bidding Procedures, (II) Granting Certain Bid Protection, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date (Anaheim Bidding Procedures Order) (Docket No. 16378)* |
|  | *Notice Of Cure Amount With Respect To Executory Contract To Be Assumed And Assigned In Connection With The Sale Of The Anaheim Property (Docket No. 16407)* |
|  | *Notice Of Assumption And Assignment Of Executory Contract To Purchaser In Connection To Sale Of Anaheim Property (Docket No. 16408)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

3. **"GM Arrangement Fourth and Fifth Amendment Approval Motion"** - Motion to Authorize Motion For Order Authorizing Debtors To Enter Into Fourth Amendment And Fifth Amendment To Arrangement With General Motors Corporation (Docket No. 16411)

| | |
|---|---|
| *Responses filed:* | None. |
| *Reply filed:* | None. |
| *Related filings:* | None. |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

4. **"Fourth 1121(d) Statutory Committee Exclusivity Extension Motion"** - Motion to Extend Time Motion For Order, Solely As To Statutory Committees, Extending Debtors' Exclusive Periods Within Which To File And Solicit Acceptances Of Reorganization Plan Under 11 U.S.C. Section 1121(d) (Docket No. 16412)

      *Responses filed:*     None.

      *Reply filed:*     None.

      *Related filings:*     None.

      *Status:*     *The hearing with respect to this matter will be proceeding.*

5. **"Reimbursement Agreement Approval Motion"** - Motion to Authorize Motion For Order (I) Authorizing Debtors' Entry Into Amended And Restated Reimbursement Agreement With Issuing Bank Relating To Letters Of Credit And (II) Providing Certain Protections With Respect Thereto (Docket No. 16413)

      *Responses filed:*     None.

      *Reply filed:*     None.

      *Related filings:*     None.

      *Status:*     *The hearing with respect to this matter will be proceeding.*

**D.**     **Contested Matters**

6. **"Steering Option Exercise Motion"** - Motion to Authorize Motion For Order Under 11 U.S.C. Section 363 And Fed. R. Bankr. P. 6004 Authorizing And Approving Option Exercise Agreement With General Motors Corporation (Docket No. 16410)

      *Responses filed:*     *Michigan Department of Environmental Quality's Limited Objection to the Motion for Order Under 11 USC § 363 and Fed. R. Bankr. P. 6004 Authorizing and Approving Option Exercise Agreement with General Motors Corporation (Docket No. 16472)*

      *Response of Pension Benefit Guaranty Corporation To Debtors' Motion for Order Under U.S.C. § 363 and Fed. R. Bankr. P 6004 Authorizing and Approving Exercise Agreement (Docket No. 16475)*

      *Limited Objection of the Official Committee of Unsecured Creditors To the Debtors' Motion for Order Under 11 U.S.C. § 363 and Fed R. Bankr. P. 6004 Authorizing and Approving Option Exercise*

        *Agreement with General Motors Corporation (Docket No. 16476)*

        *Limited Objection of Wilmington Trust Company As Indenture trustee to Motion for Order under 11 U.S.C § 363 and Fed. R. Bankr. P. 6004 Authorizing and Approving Option Exercise Agreement with General Motors Corporation (Docket No. 16478)*

        *Objection to Motion /Limited Objection of the Tranche C Collective to Debtors' Motion for Order Under 11 U.S.C. 363 and Fed R. Bankr. P. 6004 Authorizing and Approving Option Excercise Agreement with General Motors Corporation (Docket No. 16492)*

        *JPMorgan Chase Bank, N.A.'s Response and Limited Objection to the Debtors' Motion for Order Under 11 U.S.C. § 363 and Fed. R. Bankr. P. 6004 Authorizing and Approving Option Exercise Agreement With General Motors Corporation (Docket No. 16493)*

| | |
|---|---|
| *Reply filed:* | An omnibus reply will be filed. |
| *Related filings:* | None. |
| *Status:* | The hearing with respect to this matter will be proceeding. |

**E.**    **Adversary Proceedings (None)**

Dated: New York, New York
      March 23, 2008

                    SKADDEN, ARPS, SLATE, MEAGHER
                        & FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr.
    John K. Lyons
    Ron E. Meisler

333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700

      - and -

By: /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti
    Thomas J. Matz

Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession