**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

In re:                                                                                  Chapter 11

                                                                                              Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                                           Jointly Administered

                                Debtors

----------------------------------------------------------------x

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of *Michael K. Isenman*, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

ORDERED, that *Michael K. Isenman*, Esq. is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  March 24, 2009
            New York, New York

                                                                        /s/Robert D. Drain_____
                                                                        UNITED STATES BANKRUPTCY JUDGE