**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
In re:                                                                        Chapter 11

                                                                                    Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                                      Jointly Administered

                                   Debtors

------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of James P. Murphy, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

ORDERED, that James P. Murphy, Esq. is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  March 24, 2009
            New York, New York

                                                            /s/Robert D. Drain_____
                                                            UNITED STATES BANKRUPTCY JUDGE