**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re:                                                                             Chapter 11

                                                                                   Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                                         Jointly Administered

                            Debtors

-------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of *Bryan T. Veis*, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

ORDERED, that *Bryan T. Veis*, Esq. is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  March 24, 2009
        New York, New York

                                                        /s/Robert D. Drain_____
                                                        UNITED STATES BANKRUPTCY JUDGE