**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:                                               Chapter 11

                                                         Case No. 05-44481(RDD)

DELPHI CORPORATION, et al.,              Jointly Administered

                        Debtors

---------------------------------------------------------------x

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

     UPON the motion of Nan E. Joesten, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

     ORDERED, that Nan E. Joesten, Esq. is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: March 24, 2009
       New York, New York

                                               /s/Robert D. Drain_____
                                               UNITED STATES BANKRUPTCY JUDGE