**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:                                                                 Chapter 11

                                                                                                     Case No. 05-44481(RDD)

DELPHI CORPORATION, et al.,                         Jointly Administered

                                   Debtors

---------------------------------------------------------------x

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Dean M. Gloster, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

ORDERED, that Dean M. Gloster, Esq. is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: March 24, 2009
        New York, New York

                                                  /s/Robert D. Drain_____
                                                  UNITED STATES BANKRUPTCY JUDGE