**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                                   Chapter 11

                                                         Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                               Jointly Administered

                        Debtors

---------------------------------------------------------------x

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

     UPON the motion of Kelly A. Woodruff, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

     ORDERED, that Kelly A. Woodruff, Esq. is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  March 24, 2009
         New York, New York

                                            /s/Robert D. Drain_____
                                            UNITED STATES BANKRUPTCY JUDGE