Exhibit G

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  -  x
                                                            :
      In re                                 :    Chapter 11
                                                            :
DELPHI CORPORATION, et al.,                                 :    Case No. 05-44481 (RDD)
                                                            :
                 Debtor.               :    (Jointly Administered)
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

NOTICE OF SALE OF CERTAIN ASSETS AT AUCTION

PLEASE TAKE NOTICE THAT:

        1.      Pursuant to the Order Under 11 U.S.C. §§ 363 And 1123 And Fed. R. Bankr.
P. 2002 And 9014 (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III)
Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date In Connection
With Sale Of Brakes And Ride Dynamics Businesses, entered on **[April __, 2009]** (the "Bidding
Procedures Order"), Delphi Corporation ("Delphi") and certain of its affiliates, including certain
affiliated chapter 11 Debtors as set forth in the Agreement (the "Selling Debtor Entities"), entered into
a Master Sale And Purchase Agreement (the "Agreement") with **Beijing West Heavy Industries
Co., Ltd.** and certain of its affiliates (the "Buyers") on March 30, 2009, for the purchase of
substantially all of the Selling Debtor Entities' assets (the "Acquired Assets") primarily used in the
brakes and ride dynamics businesses of the Selling Debtor Entities (the "Sale Businesses") free and
clear of liens, claims, encumbrances, and interests.  Capitalized terms used but not otherwise defined
in this notice have the meanings ascribed to them in the Sale Motion.

        2.      All interested parties are invited to make an offer to purchase the Acquired
Assets in accordance with the terms and conditions approved by the Bankruptcy Court (the "Bidding
Procedures") by **11:00 a.m.** (prevailing Eastern time) on **May 11, 2009**.  Pursuant to the Bidding
Procedures, the Sellers may conduct an auction for the Acquired Assets (the "Auction") beginning at
**10:00 a.m.** (prevailing Eastern time) on **May 15, 2009** at the offices of Skadden, Arps, Slate,
Meagher & Flom LLP, 333 West Wacker Drive, Chicago, Illinois 60606 or Four Times Square
New York, New York 10036.

        3.      Participation at the Auction is subject to the Bidding Procedures and the
Bidding Procedures Order.  A copy of the Bidding Procedures is available by contacting the
undersigned counsel to the Selling Debtor Entities or by accessing Delphi's Legal Information
Website, www.delphidocket.com.

        4.      A hearing to approve the Sale of the Acquired Assets to the highest and best
bidder will be held on **May 21, 2009** at 10:00 a.m. (prevailing Eastern time) at the United States
Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Courtroom 520,
White Plains, NY 10601, before the Honorable Robert D. Drain, United States Bankruptcy Judge.
The hearing on the Sale may be adjourned without notice other than an adjournment in open court.

5.      Objections, if any, to the proposed Sale must be filed and served in accordance with the Bidding Procedures Order and **actually received** no later than **4:00 p.m.** (prevailing Eastern time) on **May 14, 2009**.

This notice is qualified in its entirety by the Bidding Procedures Order.

Dated: _____, 2009
        New York, New York

                        BY ORDER OF THE COURT

                        John Wm. Butler, Jr.
                        John K. Lyons
                        Ron E. Meisler
                        SKADDEN, ARPS, SLATE, MEAGHER
                            & FLOM LLP
                        333 West Wacker Drive, Suite 2100
                        Chicago, Illinois  60606
                        (312) 407-0700

                            - and -

                        Kayalyn A. Marafioti
                        Thomas J. Matz
                        SKADDEN, ARPS, SLATE, MEAGHER
                            & FLOM LLP
                        Four Times Square
                        New York, New York 10036
                        (212) 735-3000

                        Attorneys for Delphi Corporation, et al.,
                            Debtors and Debtors-in-Possession