# EXHIBIT 1 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
| --- | --- | --- |
| 3M Company | 3M | 1) Client pitches by RINC – pitches are unrelated to the Debtors.<br>2) Client of a RINC affiliate – there is currently one (1) open mandate that is unrelated to the Debtors. |
| ABN AMRO Bank N.V.<br>ABN AMRO Inc. | ABN AMRO | 1) Various RINC affiliates have pitched a transaction in which ABN Amro is listed as a possible participant and/or interested party<br>2) Client of a RINC affiliate – there are currently five (5) open mandates that are unrelated to the Debtors. |
| | AAR | RINC and ABN Amro are participants in AAR, a joint venture between the two firms that is engaged in the business of securities underwriting. The joint venture does not have any connections to the Debtors or these cases. |
| ACE American Insurance; ACE Insurance; ACE USA | ACE | A RINC affiliate has been mandated on a transaction in which ACE is listed as a potential participant and/or interested party – the mandate is unrelated to the Debtors. |
| Agfa-Gevaert N.V. | Agfa Gevaert | A RINC affiliate has pitched a transaction in which Agfa Gevaert is listed as a possible participant and/or interested party – the pitch is unrelated to the Debtors. |
| AIG; American International Group; | AIG | 1) Client pitch by RINC – pitch was subsequently abandoned.<br>2) RINC pitched a transaction in which AIG was listed as a possible participant and/or interested party – the pitch was subsequently abandoned. |

RINC has limited its search to the Parties In Interest provided by the Debtors. Affiliates, subsidiaries or parent companies of Parties In Interest have not been searched unless specifically noted.

## EXHIBIT 1 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| | | 3) RINC completed a mandate unrelated to the Debtors in which AIG was listed as a possible participant and/or interested party.<br><br>4) A RINC affiliate has pitched transactions in which AIG is listed as a possible participant and/or interested party – the pitches are unrelated to the Debtors. |
| Aksys, Ltd | Aksys GmbH | 1) Client pitch by a RINC affiliate – the pitch is unrelated to the Debtors.<br><br>2) A RINC affiliate has pitched a transaction in which Aksys is listed as a possible participant and/or interested party – the pitch is unrelated to the Debtors. |
| Akzo Nobel Coatings, Inc. | Akzo Nobel | Client pitch by a RINC affiliate – the pitch is unrelated to the Debtors. |
| Alcan LLC Rolled Products - Ravenwood | Alcan Inc. | 1) A RINC affiliate has pitched transactions in which Alcan is listed as a possible participant and/or an interested party – pitches are unrelated to the Debtors.<br><br>2) A RINC affiliate completed a mandate in which Alcan was listed as a possible participant and/or interested party.<br><br>3) Client pitches by a RINC affiliate – pitches have subsequently been abandoned. |
| Aleris | Aleris | Client pitch by a RINC affiliate – the pitch is unrelated to the Debtors. |
| Allianz of America Corporation | Allianz | 1) Client pitches by RINC affiliate– pitch is unrelated to the Debtors.<br><br>2) Client of a RINC affiliate – there is currently one (1) open mandate that is |

RINC has limited its search to the Parties In Interest provided by the Debtors.  Affiliates, subsidiaries or parent companies of Parties In Interest have not been searched unless specifically noted.

# EXHIBIT 1 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| | | unrelated to the Debtors. |
| | | 3) A RINC affiliate has been mandated on a transaction in which Allianz is listed as a possible participant and/or interested party – the mandate is unrelated to the Debtors. |
| Alstom Power Environment; Alstom Power Environmental Consult GmBH | Alstom SA | 1) Client pitch by RINC – pitch is unrelated to the Debtors. |
| | | 2) Client of a RINC affiliate – there are currently two (2) open pitches that are unrelated to the Debtors. |
| | | 3) A RINC affiliate has been mandated on a transaction in which Alstom is listed as a possible participant and/or interested party – the mandate is unrelated to the Debtors. |
| AMEC Earth & Environmental Inc. | AMEC | Client of a RINC affiliate – there is currently one (1) open mandate that is unrelated to the Debtors. |
| Amerada Hess Corporation | Amerada Hess | Client pitch by a RINC affiliate – pitch was subsequently abandoned. |
| Amphenol Corp | Amphenol Corp | A RINC affiliate was mandated on a transaction in which Amphenol was listed as a possible participant and/or interested party. The transaction has been completed. |
| AON UK | AON | RINC Vendor |

## EXHIBIT 1 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| Apollo Distressed Investment Fund | Apollo Management | 1) Client pitch by RINC – pitch was subsequently abandoned.<br>2) RINC has been mandated on a transaction in which Apollo Management is listed as a possible participant and/or interested party – the mandate is unrelated to the Debtors.<br>3) Client pitch by RINC and a RINC affiliate– the pitch was subsequently abandoned. |
| | Apollo Investments | Client pitch by a RINC affiliate – pitch was subsequently abandoned. |
| | Apollo Advisors | 1) RINC was mandated to provide financial services to Apollo Advisors – the mandate has been completed.<br>2) RINC client pitch – the pitch is unrelated to the Debtors.<br>3) Client pitch by a RINC affiliate – pitch was subsequently abandoned. |
| AT&T Corporation | AT&T | 1) Client pitches made by RINC – pitches are unrelated to the Debtors.<br>2) RINC Vendor. |
| | AT&T Wireless | RINC Vendor. |
| Atrium | Atrium Biotechnologies | A RINC affiliate has been mandated on a transaction in which Atrium Biotechnologies is listed as a possible participant and/or interested party – the mandate is unrelated to the Debtors. |
| Banco Santander Central Hispano SA | Banco Santander | Client of a RINC affiliate – there is currently one (1) open mandate that is unrelated to the Debtors. |

RINC has limited its search to the Parties In Interest provided by the Debtors.  Affiliates, subsidiaries or parent companies of Parties In Interest have not been searched unless specifically noted.

# EXHIBIT 1 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| Bank of China Luxembourg SA | Bank of China | Former client of a RINC affiliate. There is currently one (1) open pitch that is unrelated to the Debtors. |
| Bank of Nova Scotia | Bank of Nova Scotia | RINC and a RINC affiliate were mandated on a transaction by Bank of Nova Scotia – the mandate was subsequently abandoned. |
| Barclays Bank PLC; Barclays Capital Inc. | Barclays Capital | 1) RINC pitched a transaction in which Barclay's Capital is listed as a possible participant and/or interested party – the pitch was subsequently abandoned.<br>2) Former client of a RINC affiliate – there are currently no open mandates or pitches. |
| | Barclays | A RINC affiliate has pitched a transaction in which Barclays is listed as a possible participant and/or interested party – the pitch is unrelated to the Debtors. |
| | Barclay's Bank Tanzania Ltd. | A RINC affiliate has pitched a transaction in which Barclay's Bank Tanzania is listed as a possible participant and/or interested party – the pitch is unrelated to the Debtors. |
| BASF; BASF Corporation | BASF | 1) RINC client pitches – the pitches are unrelated to the Debtors.<br>2) Client of a RINC affiliate there is currently one (1) open mandate that is unrelated to the Debtors. |
| Bayer AG | Bayer AG | A RINC affiliate was mandated on a transaction in which Bayer was listed as a potential participant and/or interested party- the mandate has been completed |

RINC has limited its search to the Parties In Interest provided by the Debtors. Affiliates, subsidiaries or parent companies of Parties In Interest have not been searched unless specifically noted.

## EXHIBIT 1 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| Bear Stearns; Bear Stearns Investment Products | Bear Stearns Merchant Banking | 1) Client pitches by RINC – pitches were subsequently abandoned.<br>2) RINC completed a transaction in which Bear Stearns Merchant Banking was listed as a possible participant and/or interested party. |
| | Bear Stearns | 1) RINC Vendor<br>2) Client pitch by RINC – pitch was subsequently abandoned.<br>3) RINC pitched two (2) separate transactions in which Bear Stearns was listed as a possible participant and/or interested party – both pitches were subsequently abandoned |
| Behr Industries Corporation | Behr | A RINC affiliate pitched a transaction in which Behr was listed as a possible participant and/or interested party – the pitch has been abandoned. |
| Beiersdorf AG | Beiersdorf AG | A RINC affiliate pitched a transaction in which Behr was listed as a possible participant and/or interested party – the pitch has been abandoned. |
| Bell South Corporation | Bell South | Client pitch by a RINC affiliate – the pitch was subsequently abandoned. |
| Blue Square Funding Ltd Series 3 | Blue Square | A RINC affiliate was mandated by Blue Square for two separate transactions. Both transactions have been abandoned. |
| BMW | BMW | Client of a RINC affiliate there is currently one (1) open mandate that is unrelated to the Debtors. |
| BNP Paribas; BNP Paribas Securities Corp | BNP Paribas | 1) A RINC affiliate has been mandated on a transaction in which BNP Paribas is listed as a possible participant and/or interested party |

RINC has limited its search to the Parties In Interest provided by the Debtors.  Affiliates, subsidiaries or parent companies of Parties In Interest have not been searched unless specifically noted.

# EXHIBIT 1 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| | | – the mandate is unrelated to the Debtors. |
| | | 2) Client pitch by a RINC affiliate – the pitch is unrelated to the Debtors. |
| Bosch | Bosch | A RINC affiliate has pitched a transaction in which Bosch is listed as a possible participant and/or interested party – the pitch was subsequently abandoned. |
| Brembo SpA | Brembo | 1) A RINC affiliate has been mandated on a transaction in which BNP Paribas is listed as a possible participant and/or interested party – the mandate is unrelated to the Debtors. 2) Client pitch by a RINC affiliate – the pitch is unrelated to the Debtors. |
| Brenntag Southwest | Brenntag | 1) A RINC affiliate has been mandated on a transaction in which BNP Paribas is listed as a possible participant and/or interested party – the mandate is unrelated to the Debtors. 2) Client pitch by a RINC affiliate – the pitch is unrelated to the Debtors. |
| British Vita PLC | British Vita PLC | 1) Client pitch by a RINC affiliate – the pitch was subsequently abandoned; 2) A RINC affiliate has been mandated on two separate transactions in which British Vita is listed as a potential participant and/or interested party. |
| | British Vita Unlimited | Client of a RINC affiliate – there are currently three (3) open mandates that are unrelated to the Debtors. |
| BSI Americas | BSI | A RINC affiliate has pitched a transaction in which BSI is listed as a possible participant |

RINC has limited its search to the Parties In Interest provided by the Debtors.  Affiliates, subsidiaries or parent companies of Parties In Interest have not been searched unless specifically noted.

## EXHIBIT 1 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| | | and/or interested party – pitch was subsequently abandoned. |
| Building Materials Holding Corporation | Building Materials | Client pitch by a RINC affiliate – pitch is unrelated to the Debtors. |
| Cadence Innovation LLC | Cadence Innovation | RINC client – there is currently one (1) ongoing mandate that is unrelated to the Debtors. |
| Carlco Technical Plastics | Carlco | Client pitches by a RINC affiliate – pitches have been abandoned. |
| Cardinal Health | Cardinal Health | Client pitches by a RINC affiliate – pitches have been abandoned. |
| Cargill Financial Services Int'l, Inc. | Cargill | 1) A RINC affiliate pitched two transactions in which Cargill was listed as a possible participant and/or interested party – the pitches were subsequently abandoned. 2) Client pitches by a RINC affiliate – pitches are unrelated to the Debtors. |
| Carpenter Technology Corp. | Carpenter Technology Corporation | RINC client – there is currently one (1) ongoing mandate that is unrelated to the Debtors. |
| Caterpillar Inc. | Caterpillar | Client pitch by RINC – pitch was subsequently abandoned. |
| CDW Computer Centers, Inc. | CDW | RINC Vendor |
| CEI Co. Ltd (Tennessee) | CEI | Client pitch by a RINC affiliate– pitch was subsequently abandoned. |
| Cerberus; Cerberus Capital Management LP | Cerberus Capital Management LP | 1) RINC Client – there is currently one (1) open mandate that is unrelated to the Debtors. 2) RINC and a RINC affiliate was mandated on a transaction in which Cerberus Capital is listed as a possible participant and/or |

RINC has limited its search to the Parties In Interest provided by the Debtors.  Affiliates, subsidiaries or parent companies of Parties In Interest have not been searched unless specifically noted.

# EXHIBIT 1 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| | | interested party – the mandate has been completed. <br><br> 3) RINC and a RINC affiliate pitched various transactions in which Cerberus Capital was listed as a possible participant and/or interested party – the pitches were subsequently abandoned. |
| | Cerberus Group LP | RINC client pitch – the pitch is unrelated to the Debtors. |
| CH2M Hill Spain, S.L | CH2M Hill | RINC client pitch – the pitch is unrelated to the Debtors. |
| Chubb Custom Insurance | Chubb | 1) RINC Vendor. <br> 2) Client pitch made by a RINC affiliate – pitch was subsequently abandoned. |
| Cinergy PSI In | Cinergy Corporation | RINC client pitch – the pitch is unrelated to the Debtors. |
| Cingular Wireless | Cingular Wireless | RINC Vendor. |
| Circuit City Stores Inc. | Circuit City | RINC Client – there is currently one open mandate that is unrelated to the Debtors. |
| Citibank NA | Citibank | 1) A RINC affiliate was mandated on a transaction in which Citibank is listed as a potential participant and/or interested party- the mandate has been abandoned. <br><br> 2) Client pitches made by a RINC affiliate – pitches were subsequently abandoned. |
| Citigroup Financial Products Inc.; Citigroup Global Markets Inc. | Citigroup Mezzanine III LP | RINC has been mandated on a transaction in which Citigroup Mezzanine is listed as a possible participant and/or interested party – the mandate is unrelated to the Debtors. |

RINC has limited its search to the Parties In Interest provided by the Debtors.  Affiliates, subsidiaries or parent companies of Parties In Interest have not been searched unless specifically noted.

# EXHIBIT 1 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| Cleary Gottlieb Steen & Hamilton LLP | Cleary Gottlieb Steen & Hamilton | RINC Vendor |
| CMS Worldwide | CMS | A RINC affiliate pitched a transaction in which CMS was listed as a possible participant and/or interested party – the pitch was subsequently abandoned |
| Collins & Aikman Corporation | Collins & Aikman Europe SA | Former client of RINC affiliate – there are currently no open mandates or pitches. |
| Colonial Funding LLC | Colonial | Client of a RINC affiliate – there are no open mandates; one open client pitch. |
| Commerzbank Aktiengesellschaft | Commerzbank | 1)  RINC pitched a transaction in which Commerzbank was listed as a possible participant and/or interested party – the pitch was subsequently abandoned<br>2)  A RINC affiliate was mandated for two separate transactions in which Commerzbank was listed as a possible participant and/or interested party – the mandates were subsequently abandoned.<br>3)  Client pitches by a RINC affiliate – the pitches have been abandoned. |
| Corus; Corus LP; Corus Steel Group | Corus LP | A RINC affiliate pitched a transaction in which Corus LP is listed as a possible participant and/or interested party – the pitch subsequently abandoned. |
|  | Corus Group | 1) A RINC affiliate completed a mandate in which the Corus Group was listed as a possible participant and/or interested party.<br>2) Client pitches by a RINC affiliate – the pitches were subsequently abandoned. |

 RINC has limited its search to the Parties In Interest provided by the Debtors.  Affiliates, subsidiaries or parent companies of Parties In Interest have not been searched unless specifically noted.

# EXHIBIT 1 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| Credit Suisse First Boston | CSFB | RINC has pitched a transaction in which CSFB is listed as a possible participant and/or interested party – the pitch is unrelated to the Debtors. |
| Daewoo Heavy Industry (America) Corp.; Dae woo International Corp; Dae Woo Motor Co., Ltd (Korea) | Daewoo Motors | Client pitch by a RINC affiliate – pitch was subsequently abandoned. |
| Daimler Chrysler Corp, USA | Daimler Chrysler | 1) RINC pitched a transaction in which Daimler Chrysler is listed as a potential participant and/or interested party – the pitch is unrelated to the Debtors<br>2) Client pitch by RINC – pitch was subsequently abandoned.<br>3) Former Client of a RINC affiliate – there are currently no open mandates or open pitches. |
| Dana Corporation | Dana Corp. | 1) RINC was mandated on a transaction in which Dana was listed as a possible participant and/or interested party – the mandate was abandoned.<br>2) A RINC affiliate was mandated on a transaction in which Dana Corp. was listed as a possible participant and/or interested party – the mandate has been abandoned. |
| Datwyler Inc.; Datwyler Rubber & Plastics Inc. | Datwyler | A RINC affiliate was pitched a transaction in which Datwyler was listed as a possible participant and/or interested party – the pitch has been abandoned. |
| Davidson Kempner Capital Management LLC | Davidson Kempner Capital Management | Client of a RINC affiliate – there is currently one (1) open mandate. |
| | Davidson Kempner Capital Management LLC | A RINC employee that is not a member of the |

RINC has limited its search to the Parties In Interest provided by the Debtors.  Affiliates, subsidiaries or parent companies of Parties In Interest have not been searched unless specifically noted.

## EXHIBIT 1 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| | | Delphi Team is a limited partner in and an investor in a fund offered by Davidson Kempner. |
| Deloitte & Touche | Deloitte & Touche | RINC Vendor |
| Delta | Delta Airlines, Delta Airways | 1) Client pitch to Delta Airways by a RINC affiliate – pitch was subsequently abandoned; <br> 2) RINC has been mandated on a transaction pursuant to an engagement letter that contemplates RINC's possible future involvement in a transaction involving Delta Air Lines.  Two members of the Delphi deal team are members of the team that would provide services relating to Delta.  RINC's potential involvement in the Delta matter would be unrelated to the Debtors. <br> 3) RINC client pitch – pitch is unrelated to the Debtors. |
| Department of Commerce/National Institute of Standards | Department of Commerce | The Department of Commerce was a potential participant in a transaction that would have retained RINC as a financial advisor – RINC has been mandated on the transaction however, the Department of Commerce is no longer a direct party to the mandate letter. |
| Deutsche Bank AG; | Deutsche Bank AG | Client of a RINC affiliate – there are currently six (6) open mandates that are unrelated to the Debtors. |
| DMC2 Canada Corporation | DMC2 | A RINC affiliate was mandated by DMC2 for a possible transaction.  The mandate was subsequently abandoned. |

 RINC has limited its search to the Parties In Interest provided by the Debtors.  Affiliates, subsidiaries or parent companies of Parties In Interest have not been searched unless specifically noted.

## EXHIBIT 1 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| DTE Energy MI | DTE Energy Company | 1) RINC client pitch – the pitch is unrelated to the Debtors.<br>2) RINC pitched a transaction in which DTE Energy Co. was listed as a possible participant and/or interested party – the pitch was subsequently abandoned. |
| | DTE Energy Trading | RINC pitched a transaction in which DTE Energy Trading was listed as a possible participant and/or interested party – the pitch was subsequently abandoned |
| Dura Automotive Systems Inc. | Dura Automotive | A RINC affiliate has pitched a transaction in which Dura Automotive is listed as a potential participant and/or interested party – the pitch is unrelated to the Debtors |
| Eagle Picher Holdings Inc. | Eagle Picher Corp. | RINC client pitch – pitch is unrelated to the Debtors. |
| EDS; Electronic Data Systems | EDS | 1) Client pitches by a RINC affiliate – the pitches were subsequently abandoned.<br>2) A RINC affiliate pitched a transaction in which EDS is listed as a possible participant and/or interested part– the pitch has been abandoned. |
| El Paso Electric Co. TX; El Paso Heater & Supply Company | El Paso | RINC pitched various transactions in which El Paso was listed as a possible participant and/or interested party – the pitches were subsequently abandoned. |
| Entergy (MS Power & Light) USA; Entergy Services, Inc. | Entergy Corp | 1) RINC and a RINC affiliate pitched a transaction in which Entergy was listed as an interested party and/or potential participant – the pitch was subsequently abandoned. |

RINC has limited its search to the Parties In Interest provided by the Debtors.  Affiliates, subsidiaries or parent companies of Parties In Interest have not been searched unless specifically noted.

## EXHIBIT 1 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| | | 2) RINC client pitch – pitch was subsequently abandoned. |
| | Entergy Power Corp | Former client of a RINC affiliate – there are currently no open mandates or pitches. |
| Ernst & Young | Ernst & Young | RINC Vendor |
| Ericsson AB | Ericsson | Former client of a RINC affiliate – there are currently no ongoing mandates; one open pitch. |
| Exxon Mobile Corp | Exxon Mobil | A RINC affiliate pitched two separate transactions in which Exxon Mobil was listed as a possible participant and/or interested party – the pitches were subsequently abandoned. |
| Famar Fueguina, SA; Famar do Brasil Comericio e representacao Ltda. (Brazil) | Famar SA | Client pitch by a RINC affiliate – pitch was subsequently abandoned. |
| Faurecia Exhaust Sys Inc. | Faurecia SA | 1) RINC client pitches – the pitches are unrelated to the Debtors. <br> 2) Client pitches by a RINC affiliate – pitches are unrelated to the Debtors. <br> 3) A RINC affiliate has pitched a transaction in which Faurecia is listed as a possible participant and/or interested party – the pitch is unrelated to the Debtors. |
| Federal Express Corp | Federal Express; Fedex | RINC Vendor |
| Federal Insurance. Co. | Federal Insurance Co. | RINC Vendor |
| Federal Mogul Corporation | Federal Mogul Corporation | Former RINC client.  There are currently no open mandates or open pitches. |
| Fidelity Institutional Retirement Services | Fidelity Investments | RINC Vendor. |

 RINC has limited its search to the Parties In Interest provided by the Debtors.  Affiliates, subsidiaries or parent companies of Parties In Interest have not been searched unless specifically noted.

## EXHIBIT 1 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| Company (FMR) | | |
| Fiat Group | Fiat | 1) Client of a RINC affiliate – there is currently one (1) open mandate. <br><br> 2) A RINC affiliate has been mandated on a transaction in which Fiat is listed as a possible participant and/or interested party – the mandate is unrelated to the Debtors. |
| Ford Motor Company | Ford Motor Company | 1) RINC has been mandated on a transaction in which Ford was listed as a potential participant and/or interested party – the mandate is unrelated to the Debtors. <br><br> 2) RINC was mandated on a transaction in which Ford was listed as a potential participant and/or interested party – the mandate has been completed. <br><br> 3) A RINC affiliate pitched a transaction in which Ford Motor is listed as a potential participant and/or interested party – the pitch is unrelated to the Debtors. |
| Fortis Bank SA. NV., Cayman Island Branch | Fortis | 1) Client of a RINC affiliate – there are currently two (2) open mandates that are unrelated to the Debtors. <br><br> 2) RINC was mandated on a transaction in which Fortis was listed as a possible participant and/or interested party – the mandate was subsequently abandoned. |
| Fortress Credit Funding | Fortress Investments | Client of a RINC affiliate – there is currently one open mandate that is unrelated to the Debtors. |

RINC has limited its search to the Parties In Interest provided by the Debtors.  Affiliates, subsidiaries or parent companies of Parties In Interest have not been searched unless specifically noted.

## EXHIBIT 1 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
|  | Fortress | 1) RINC client pitch – pitch was subsequently abandoned.<br>2) A RINC affiliate pitched a transaction in which Fortress was listed as a possible participant and/or interested party – the pitch was subsequently abandoned. |
| Fountain Construction | Fountain PLC | Client of a RINC affiliate – there is currently one (1) open mandate. |
| Freescale Semiconductor Inc. | Freescale Semiconductor | RINC pitched a transaction in which Freescale was listed as a possible participant and/or interested party – the pitch was subsequently abandoned. |
|  | Freescale | RINC client pitch – the pitch is unrelated to the Debtors. |
| Freudenberg & Co Kg; Freudenberg Telas Sin Tejer SA and Freudenberg Iberica; Freudenbergt-NOK General Partnership; Freudenberg-NOK Inc. | Freudenberg | A RINC affiliate pitched a transaction in which Freudenberg was listed as a possible participant and/or interested party – the pitch was subsequently abandoned. |
| Galaxy; Galaxy CLO 2003-1, Ltd; Galaxy III, IV, V, CLO Ltd. | Galaxy S.A. | 1) Client pitch by RINC affiliate – the pitch is unrelated to the Debtors.<br>2) A RINC affiliate was mandated on a transaction in which Galaxy is listed as a possible participant and/or interested party – the mandate has been abandoned. |
| General Electric Capital Corporation | GECC | 1) Client pitch by RINC – pitch was subsequently abandoned.<br>2) RINC was mandated on a transaction unrelated to the Debtors in which GE Capital was listed as a possible participant and/or interested party – the mandate was |

# EXHIBIT 1 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| | | subsequently abandoned. |
| | | 3) Client of a RINC affiliate – there is currently one (1) open mandate unrelated to the Debtors. |
| | | 4) A RINC affiliate was mandated on a transaction in which GE Capital was listed as a possible participant and/or interested party – the mandate has been abandoned. |
| General Electric Co. Inc. | General Electric | 1) Client of a RINC affiliate – there is currently one (1) open mandate that is unrelated to the Debtors. <br> 2) RINC pitched a transaction in which General Electric was listed as a possible participant and/or interested party – the pitch was subsequently abandoned. |
| General Motors Corp. | General Motors | 1) RINC has been mandated on a transaction in which General Motors was listed as a potential participant and/or interested party – the mandate is unrelated to the Debtors. <br> 2) Please also see accompanying declaration of David L. Resnick. <br> 3) RINC and a RINC affiliate has pitched a transaction in which General Motors is listed as a potential participant and/or interested party – the pitch is unrelated to the Debtors <br> 4) Client of a RINC affiliate – there is currently one (1) ongoing mandate unrelated to the Debtors. |
| Georgia Power Company | Georgia Power | RINC pitched a transaction in which Georgia Power was listed as a possible participant and/or |

# EXHIBIT 1 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| | | interested party – the pitch was subsequently abandoned. |
| GKN Plc | GKN | Client pitch by a RINC affiliate– pitch is unrelated to the Debtors. |
| Goldman Sachs Group, Inc.; Goldman Sachs Credit Partners L.P. | Goldman Sachs | 1) Client of a Rothschild affiliate – there is currently one (1) open mandate that is unrelated to the Debtors.<br>2) A RINC affiliate has been mandated on a transaction unrelated to the Debtors in which Goldman Sachs is listed as a possible participant and/or interested party. |
| | Goldman Sachs Private Equity | Client pitches by a RINC affiliate – pitches were subsequently abandoned |
| Harbinger Capital Partners Master Fund I, Ltd; Harbinger Capital Partners, LLC;. | Harbinger Capital Partners | RINC was mandated on a transaction in which Harbinger Capital Partners was listed as a potential participant or interested party- the mandate has been completed. |
| Hayes Lemmerz International Inc. | Hayes Lemmerz International Inc. | RINC pitched a transaction in which Hayes Lemmerz was listed as a possible participant and/or interested party – the pitch was subsequently abandoned. |
| Henkel KGAA | Henkel KGa | 1) Client of RINC and a RINC affiliate – there is currently one (1) open mandate that is unrelated to the Debtors.<br>2) A RINC affiliate has pitched a transaction in which Henkel is listed as a possible participant and/or interested party – the pitch is unrelated to the Debtors. |
| Hewlett-Packard Co. | Hewlett Packard | 1) A RINC affiliate has been mandated on a transaction in which Hewlett Packard is |

RINC has limited its search to the Parties In Interest provided by the Debtors.  Affiliates, subsidiaries or parent companies of Parties In Interest have not been searched unless specifically noted.

## EXHIBIT 1 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| | | listed as a potential participant or interested party – the mandate is ongoing and is unrelated to the Debtors.<br><br>2) Client pitch made by a RINC affiliate – pitch is unrelated to the Debtors. |
| Hitachi Automotive Products, Ltd; Hitachi Chemical Asia Pacific; Hitachi Ltd; Hitachi Magnetics Corporation | Hitachi Capital UK | 1) Client pitch of by a RINC affiliate – there is currently one (1) open mandate that is unrelated to the Debtors. |
| Honeywell ACS Sensing & Control; Honeywell International; Honeywell International - Aerospace | Honeywell | 1) A RINC affiliate was mandated on a transaction in which Honeywell was listed as an interested party and/or potential participant- the mandate was subsequently abandoned.<br><br>2) Client pitch by RINC– the pitch was subsequently abandoned.<br><br>3) Client pitches by a RINC affiliate – pitches were subsequently abandoned. |
| HPI | HPI | 1) A RINC affiliate has been mandated on transaction in which HPI is listed as a possible participant and/or interested party – the mandate is unrelated to the Debtors.<br><br>2) Client pitch by a RINC affiliate – pitch was subsequently abandoned. |
| HSBC Bank USA, National Association; HSBC Securities (USA) Inc. | HSBC | 1) Client of a RINC affiliate – there is currently one (1) open mandate that is unrelated to the Debtors.<br><br>2) A RINC affiliate was mandated on transaction in which HSBC was listed as a possible participant and/or interested party – the mandate has been abandoned. |

RINC has limited its search to the Parties In Interest provided by the Debtors.  Affiliates, subsidiaries or parent companies of Parties In Interest have not been searched unless specifically noted.

# EXHIBIT 1 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| HSS LLC | HSS | Client pitch by a RINC affiliate – pitch is unrelated to the Debtors. |
| IBM Corporation | IBM | 1) RINC Vendor.<br>2) A RINC affiliate completed a transaction in which IBM was listed as a possible participant and/or interested party.<br>3) A RINC affiliate pitched a transaction in which IBM was listed as a possible participant and/or interested party – the pitch was subsequently abandoned. |
| ICG Communications Inc. | ICG | Client of a RINC affiliate – there is currently one (1) open mandate that is unrelated to the Debtors. |
| Illinois Tool Works Inc. | Illinois Tool Works | A RINC affiliate was mandated on a transaction in which Illinois Tool Works was listed as a possible participant and/or interested party. The mandate was subsequently abandoned. |
| Impala Platinum Holdings Ltd | Impala Platinum Holdings | 1) A RINC affiliate has been mandated on a transaction in which Impala was listed as a possible participant and/or interested party – the mandate is unrelated to the Debtors.<br>2) Client of a RINC affiliate– there is currently one (1) open mandate that is unrelated to the Debtors. |
| Infineon Technologies AG | Infineon | Client pitch by a RINC affiliate– pitch is unrelated to the Debtors. |
| ING Investment Management | ING | Client pitches by a RINC affiliate – pitches are unrelated to the Debtors. |
| Intermet Corporation | Intermet | RINC has been mandated on a transaction in which Intermet is listed as a possible participant |

# EXHIBIT 1 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| | | and/or interested party – the mandate is unrelated to the Debtors. |
| International Wire Group, Inc. | International Wire Group | RINC Client – there is currently one (1) open mandate that is unrelated to the Debtors. |
| Interpublic Group of Companies, Inc. | Interpublic Group of Companies | A RINC affiliate pitched a transaction in which Interpublic is listed as a possible participant and/or interested party – the pitch is unrelated to the Debtors. |
| Invensys | Invensys | 1) Former client of a RINC affiliate – there are currently no open mandates or pitches.<br>2) A RINC affiliate pitched a transaction in which Invensys was listed as a possible participant and/or interested party.  The pitch was subsequently abandoned. |
| IRI | IRI RAI | IRI RAI mandated a RINC affiliate for a possible transaction.  The mandate was subsequently abandoned. |
| Isuzu Group | Isuzu | A RINC affiliate pitched a transaction in which Isuzu was listed as a possible participant and/or interested party – the pitch has been abandoned. |
| ITT Industries, Inc. | ITT Industries | RINC client pitch – the pitch is unrelated to the Debtors. |
| JPMorgan Bank | JPMorgan Chase Bank | RINC Vendor.<br>Client pitch made by a RINC affiliate – pitch was subsequently abandoned. |
| JPMorgan Securities Inc; JP Morgan Trust Company N.A. | JPMorgan | 1) RINC was mandated on a transaction in which JP Morgan was listed as a potential participant or interested party- the mandate was subsequently completed.<br>2) RINC was mandated on a transaction in |

RINC has limited its search to the Parties In Interest provided by the Debtors.  Affiliates, subsidiaries or parent companies of Parties In Interest have not been searched unless specifically noted.

## EXHIBIT 1 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| | | which JP Morgan was listed as a potential participant or interested party- the mandate was subsequently abandoned. |
| KKR Financial CLO 2005-1 Ltd | KKR | 1)  RINC pitched a transaction in which KKR was listed as a possible participant and/or interested party – the pitch was subsequently abandoned.<br>2)  Client pitches by RINC – pitches were subsequently abandoned. |
| | KKR UK | Client of a RINC affiliate – there are currently two (2) open mandates that are unrelated to the Debtors. |
| KPMG LLC | KPMG | 1)  RINC Vendor<br>2)  A RINC affiliate pitched a transaction in which KPMG was listed as a possible participant and/or interested party – the pitch was subsequently abandoned. |
| Kramer Levin Naftalis & Frankel LLP | Kramer Levin | RINC Vendor |
| L-3 Communications | L-3 Communications | RINC client pitch – the pitch is unrelated to the Debtors. |
| Latham & Watkins LLP | Latham & Watkins | RINC Vendor |
| Lazard Freres & Co | Lazard | |
| Lear Corporation | Lear Corporation | 1)  A RINC affiliate pitched a transaction in which Lear was listed as a possible participant and/or interested party –the pitch was subsequently abandoned.<br>2)  A RINC affiliate was mandated on a transaction unrelated to the Debtors in |

RINC has limited its search to the Parties In Interest provided by the Debtors.  Affiliates, subsidiaries or parent companies of Parties In Interest have not been searched unless specifically noted.

## EXHIBIT 1 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| | | which Lear was listed as a possible participant and/or interested party.  The mandate has been completed. |
| Lee Hecht Harrison | Lee Hecht Harrison | RINC Vendor |
| Lehman Brothers, Inc.; Lehman Commercial Paper, Inc. | Lehman Brothers Corp. IV | A RINC employee holds a limited partnership interest in a private equity fund offered by Lehman Brothers. |
| | Lehman Brothers | 1) RINC has pitched a transaction in which Lehman Brothers is listed as a possible participant and/or interested party – pitch was subsequently abandoned.<br>2) RINC client pitch – pitch is unrelated to the Debtors.<br>3) A RINC affiliate was mandated on a transaction for Lehman Brothers – the mandate has been completed. |
| Linden Capital LP | Linden | A RINC affiliate was mandated to provide financial advisory services to Linden – the mandate has been completed. |
| Lloyds of London | Lloyds TSB | Client of a RINC affiliate - there are currently four (4) ongoing mandates that are unrelated to the Debtors. |
| | Lloyds of London | Client pitches by a RINC affiliate– pitches have subsequently been abandoned. |
| Logistics Solution Group SA de CV | Logistics Solutions LLC | RINC pitched a transaction in which Logistics Solutions was listed as a possible participant and/or interested party – the pitch was subsequently abandoned. |

 RINC has limited its search to the Parties In Interest provided by the Debtors.  Affiliates, subsidiaries or parent companies of Parties In Interest have not been searched unless specifically noted.

## EXHIBIT 1 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| Magna International Inc. | Magna International | RINC client pitch – the pitch is unrelated to the Debtors. |
| Magneti Marelli Powertrain USA Inc. | Magneti Marelli | A RINC affiliate has been mandated on a transaction in which Magneti Marelli is listed as a possible participant and/or interested party – the mandate is unrelated to the Debtors. |
| Mahle GmbH; Mahle Sistemas de Filtracion de Mexico | Mahle | 1) A RINC affiliate pitched a transaction in which Mahle was listed as a possible participant and/or interested party – the pitch was subsequently abandoned.<br>2) Client pitch by a RINC affiliate – pitch was subsequently abandoned. |
| Marsh USA Inc.;<br>Marsh & McLennan | Marsh & McLennan | RINC vendor |
| Mayer, Brown, Rowe & Maw LLP | Mayer Brown | RINC Vendor |
| McDermott Will & Emery | McDermott Will & Emery | RINC Vendor |
| Medical Simulation Corporation | Medical Simulation | Medical Simulation mandated RINC for a transaction that was subsequently abandoned. |
| Merck Medco | Merck KgA | 1) RINC client pitch – the pitch is unrelated to the Debtors.<br>2) A RINC affiliate pitched a transaction in which Merck was listed as a possible participant and/or interested party – the pitch was subsequently abandoned. |
| Merrill Lynch, Pierce, Fenner & Smith Inc. | Merrill Lynch | 1) Former client of a RINC affiliate – there is currently one (1) open pitch that is unrelated to the Debtors;<br>2) A RINC affiliate was mandated on two (2) |

RINC has limited its search to the Parties In Interest provided by the Debtors.  Affiliates, subsidiaries or parent companies of Parties In Interest have not been searched unless specifically noted.

## EXHIBIT 1 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| | | transactions in which Merrill Lynch was listed as a possible participant and/or interested party – the mandates have been abandoned. |
| Metropolitan Life Insurance Co. | Metropolitan Life | 1) RINC has pitched a transaction in which Metropolitan Life is listed as a possible participant and/or interested party – the pitch is unrelated to the Debtors.<br>2) Client pitches by a RINC affiliate– pitch is unrelated to the Debtors.<br>3) A RINC affiliate was mandated by Metropolitan Life for a possible transaction. The mandate was subsequently abandoned.<br>4) RINC Vendor |
| Microsoft Corporation | Microsoft | 1) RINC Vendor<br>2) Client pitches by a RINC affiliate – the pitches were subsequently abandoned.<br>3) A RINC affiliate pitched a transaction in which Microsoft was listed as a possible participant and/or interested party – the pitch was subsequently abandoned. |
| Millbank, Tweed, Hadley & McKoy | Millbank Tweed | RINC Client – there is currently one (1) open mandate that is unrelated to the Debtors. |
| Miller Engineered Services Inc. | Miller Group | A RINC affiliate was mandated on a transaction in which the Miller Group is listed as a possible participant and/or interested party – the mandates is unrelated to the Debtors. |
| Mitsubishi Electric; Mitsubishi Motors of America Credit Co. | Mitsubishi Corp. | Client of a RINC affiliate – there is currently one open mandate that is unrelated to the Debtors. |

RINC has limited its search to the Parties In Interest provided by the Debtors.  Affiliates, subsidiaries or parent companies of Parties In Interest have not been searched unless specifically noted.

# EXHIBIT 1 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| Mittal Steel Company N.V. | Mittal Steel | A RINC affiliate has pitched a transaction in which Mittal Steel is listed as a possible participant and/or interested party - the pitch is unrelated to the Debtors. |
| Modine Manufacturing Company | Modine | A RINC affiliate pitched a transaction in which Modine was listed as a possible participant and/or interested party – the pitch was subsequently abandoned. |
| Molex Inc. | Molex Inc. | A RINC affiliate was mandated on a transaction in which Molex was listed as a possible participant and/or interested party.  The mandate has been completed. |
| Morgan Stanley & Co., Inc. | Morgan Stanley & Co | 1)  RINC was mandated by Morgan Stanley to provide financial services for a transaction that was subsequently abandoned.<br>2)  RINC and a RINC affiliate separately pitched two separate transactions in which Morgan Stanley was listed as a possible participant and/or interested party – the pitches were subsequently abandoned |
| Motorola Inc. | Motorola Inc. | 1)  Client pitch by RINC – pitch is unrelated to the Debtors.<br>2)  RINC pitched two separate transactions in which Motorola was listed as a possible participant and/or interested party – the pitches were subsequently abandoned.<br>3)  Client pitches by a RINC affiliate– pitch is unrelated to the Debtors. |
| MSX International | MSX International | Client pitch by RINC – the pitch is unrelated to the Debtors. |

 RINC has limited its search to the Parties In Interest provided by the Debtors.  Affiliates, subsidiaries or parent companies of Parties In Interest have not been searched unless specifically noted.

# EXHIBIT 1 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| National Union Fire Insurance Co (AIG) | National Union Fire Insurance Co | RINC Vendor |
| Navistar International Corporation | Navistar International Corp | Navistar mandated RINC for a possible transaction.  The mandate was subsequently abandoned. |
| Nextel Communications | Nextel Communications | 1) Client pitch by RINC – pitch was subsequently abandoned.<br>2) RINC was mandated on a transaction in which Nextel was listed as a potential participant and/or interested party – the mandate was subsequently abandoned. |
| Nissan North America Inc., Nissan Technical Center North America Inc. | Nissan | Client pitch by a RINC affiliate – pitch was subsequently abandoned. |
| Nokia Corporation | Nokia | Client pitches made by a RINC affiliate – pitches were subsequently abandoned. |
| Nomura Corporate Research & Asset Management Inc. | Nomura Asset Management Co | Client pitch by a RINC affiliate –pitch was subsequently abandoned. |
| Noranda Aluminum Inc. | Noranda Inc. | 1) Client pitch by a RINC affiliate – pitch is unrelated to the Debtors. |
| Norilsk Nickel | Norilsk Nickel | 1) RINC completed a mandate in which Norilsk Nickel was listed as a possible participant and/or interested party.<br>2) Client of a RINC affiliate – there is currently one (1) open mandate that is unrelated to the Debtors. |
| NXP Semiconductors USA Inc. | NXP Semiconductor | A RINC affiliate was mandated on a transaction in which NXP Semiconductor was listed as a possible participant and/or interested party – the mandate has been completed |

 RINC has limited its search to the Parties In Interest provided by the Debtors.  Affiliates, subsidiaries or parent companies of Parties In Interest have not been searched unless specifically noted.

## EXHIBIT 1 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| | NXP | Client pitch by a RINC affiliate – the pitch is unrelated to the Debtors. |
| Oak Hill Securities Fund | Oak Hill Securities Partnership II | A RINC employee holds a limited partnership interest in the partnership. |
| Orbotech Inc. | Orbotech | Client pitch by a RINC affiliate –pitch was subsequently abandoned. |
| Orion Adv. Mktg | Orion | A RINC affiliate has been mandated on a transaction in which Orion is listed as a possible participant and/or interested party – the mandate is unrelated to the Debtors. |
| ORIX Warren LLC / ORIX GF Warren Venture | ORIX | Client of a RINC affiliate – there is currently one (1) open mandate that is unrelated to the Debtors |
| | ORIX USA Corp | Client of a RINC affiliate – there is currently one (1) open mandate that is unrelated to the Debtors |
| Paragon / CJR | Paragon | A RINC affiliate has pitched a transaction in which Paragon listed as a possible participant and/or interested party – the pitch is unrelated to the Debtors. |
| | Paragon Group of Companies | Client of a RINC affiliate – there is currently one (1) open mandate that is unrelated to the Debtors |
| Parsons | Parsons | RINC pitched a transaction in which Parsons was listed as a potential participant and/or interested party – the pitch was subsequently abandoned. |
| Pechiney Rolled Products | Pechiney | Client pitches by a RINC affiliate – pitches have been abandoned. |

 RINC has limited its search to the Parties In Interest provided by the Debtors.  Affiliates, subsidiaries or parent companies of Parties In Interest have not been searched unless specifically noted.

# EXHIBIT 1 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | 1) RINC Client – there are currently three (3) open mandates that are unrelated to the Debtors. <br> 2) Please also see accompanying affidavit of David L. Resnick.. |
| Pepco Energy Services Inc. | Pepco Holdings | RINC and a RINC affiliate pitched a transaction in which Pepco Holdings is listed as a possible participant and/or interested party – the pitch is unrelated to the Debtors. |
| Perkins Engines Company Ltd | Perkins | RINC pitched a transaction in which Perkins was listed as a potential participant and/or interested party – the pitch was subsequently abandoned. |
| Peugeot S.A. | Peugeot SA | Client pitch by a RINC affiliate – the pitch is unrelated to the Debtors. |
| Phelps Dodge Corporation; Phelps Dodge Magnet Wire Company, Inc. | Phelps Dodge | RINC client.  There is currently one (1) ongoing mandate that is unrelated to the Debtors. |
| Philips Semiconductors | Philips | 1)      Client pitch by a RINC affiliate – pitch has been abandoned. <br> 2)      A RINC affiliate has been mandated on a transaction in which Philips is listed as a potential participant and/or interested party – the mandate is unrelated to the Debtors. |
| Pinewood Credit Markets Master Fund | Pinewood | RINC pitched a transaction in which Pinewood was listed as a potential participant and/or interested party – the pitch was subsequently abandoned. |
| Platinum Equity Advisors, LLC; Platinum | Platinum Equity | Client pitch by a RINC affiliate – the pitch was |

RINC has limited its search to the Parties In Interest provided by the Debtors.  Affiliates, subsidiaries or parent companies of Parties In Interest have not been searched unless specifically noted.

## EXHIBIT 1 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| Equity, LLC | | subsequently abandoned. |
| PNC Bank, NA | PNC Equity Management | RINC completed a mandate in which PNC Equity was listed as a possible participant and/or interested party. |
| Praxair Surface Technologies | Praxair | Former client of a RINC affiliate – there are currently no open mandates or pitches. |
| Pressac | Pressac | 1) Client pitches by a RINC affiliate – pitches have been abandoned.<br>2) A RINC affiliate has pitched various transactions in which Pressac is listed as a possible participant and/or interested party – the pitches have been abandoned. |
| The Proctor & Gamble Company | Proctor & Gamble | 1) RINC was mandated on a transaction in which Proctor & Gamble was listed as a potential participant and/or interested party- the mandate has been completed.<br>2) RINC pitched two separate transactions in which Proctor & Gamble was listed as a possible participant and/or interested party – the pitches were subsequently abandoned. |
| Prudential Financial Inc; Prudential Investment Management Inc; Prudential Real Estate Investors | Prudential | 1) Client pitches by a RINC affiliate – pitches have been abandoned.<br>2) A RINC affiliate pitched a transaction in which Prudential is listed as a possible participant and/or interested party – the pitch has been abandoned. |
| PSA Group | PSA | 1) Client of a RINC affiliate– there is currently one (1) open mandate unrelated to the Debtors. |

RINC has limited its search to the Parties In Interest provided by the Debtors.  Affiliates, subsidiaries or parent companies of Parties In Interest have not been searched unless specifically noted.

## EXHIBIT 1 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| | | 2) A RINC affiliate has pitched a transaction in which PSA is listed as a possible participant and/or interested party – the pitch is unrelated to the Debtors. |
| PTC Alliance Corp. | PTC Alliance | Client pitch by RINC and a RINC affiliate – pitch is unrelated to the Debtors. |
| Quadrangle Group LLC | Quadrangle Group LLC | RINC was mandated on a transaction in which Quadrangle Group was listed as a possible participant and/or interested party – the mandate has been completed. |
| Quest Diagnostics, Inc. | Quest Diagnostics | 1) Client pitches by a RINC affiliate – pitches have been abandoned.<br>2) A RINC affiliate was mandated on a transaction in which Quest Diagnostics was listed as a possible participant and/or interested party – the mandate has been completed |
| Raytheon Company | Raytheon Co. | A RINC affiliate pitched a transaction in which Raytheon is listed as a possible participant and/or interested party – the pitch has been abandoned. |
| RecepTec, LLC | Receptec | A RINC affiliate was mandated on a transaction in which Receptec was listed as a possible participant and/or interested party – the mandate has been completed |
| Renault | Renault | 1) Client of a RINC affiliate – there is currently one (1) open mandate that is unrelated to the Debtors<br>2) A RINC affiliate has been mandated on a transaction in which Renault is listed as a |

RINC has limited its search to the Parties In Interest provided by the Debtors. Affiliates, subsidiaries or parent companies of Parties In Interest have not been searched unless specifically noted.

## EXHIBIT 1 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| | | possible participant and/or interested party – the mandate is unrelated to the Debtors. |
| Republic Engineered Products, Inc. | Republic Engineered Products | Client pitch by RINC – pitch was subsequently abandoned. |
| Ripplewood | Ripplewood LLC | 1) RINC Client pitch – the pitch is unrelated to the Debtors. 2) RINC was mandated on a transaction in which Ripplewood was listed as a possible participant and/or interested party – the mandate has been completed. |
| Rosemont CLO, Ltd | Rosemont | A RINC affiliate pitched various transactions in which Rosemont was listed as a possible participant and/or interested party – the pitches have been abandoned. |
| Royal Bank of Scotland | Royal Bank of Scotland | 1) Former Client of a RINC affiliate – there are currently two (2) open pitches. 2) A RINC affiliate was mandated on a transaction in which Royal Bank of Scotland was listed as a possible participant and/or interested party.  The mandate has been completed. |
| Salomon Smith Barney | Salomon Smith Barney | A RINC affiliate was mandated by Salomon for a possible transaction.  The mandate was subsequently abandoned. |
| Sankaty High Yield Partners | Sankaty Advisors | A RINC affiliate was mandated on a transaction unrelated to the Debtors in which Sankaty is listed as a possible participant and or interested party – the mandate has been completed. |
| SAS Comte | SAS | A RINC affiliate pitched a transaction in which SAS was listed as a possible participant and/or |

RINC has limited its search to the Parties In Interest provided by the Debtors.  Affiliates, subsidiaries or parent companies of Parties In Interest have not been searched unless specifically noted.

# EXHIBIT 1 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| | | interested party. The pitch was subsequently abandoned. |
| Schulte & Co. GmbH | Schulte | A RINC affiliate was mandated on a transaction in which Schulte is listed as a possible participant and/or interested party – the mandate has been completed. |
| Securitas Security | Securitas | A RINC affiliate has been mandated on a transaction in which Securitas is listed as a potential participant and/or interested party- the mandate is ongoing and is unrelated to the Debtors. |
| SGS Controll Co. MBH; SGS North America, Inc; SGS Thompson | SGS | 1) RINC Client pitch – the pitch is unrelated to the Debtors.<br>2) A RINC affiliate has pitched a transaction in which SGS was listed as a possible participant and/or interested party – the pitch is unrelated to the Debtors. |
| Sharp Electronics Corporation | Sharp Corp | RINC Client pitch – the pitch is unrelated to the Debtors. |
| Shearman & Sterling | Shearman & Sterling | RINC Vendor |
| Shell Oil | Shell US | 1) RINC pitched a transaction in which Shell US was listed as a possible participant and/or interested party –the pitch was subsequently abandoned<br>2) Client pitches by RINC – pitches were subsequently abandoned. |
| | Shell Oil Products; Shell | 1) RINC pitched a transaction in which Shell Oil was listed as a possible participant and/or interested party –the pitch was |

RINC has limited its search to the Parties In Interest provided by the Debtors. Affiliates, subsidiaries or parent companies of Parties In Interest have not been searched unless specifically noted.

## EXHIBIT 1 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| | | subsequently abandoned. |
| | | 2)  RINC affiliates have pitched various transactions in which Shell Oil is listed as a possible participant and/or interested party – the pitches were subsequently abandoned. |
| | | 3)  Client pitches by various RINC affiliates – the pitches are unrelated to the Debtors. |
| Siemens AG | Siemens AG | 1)  RINC pitched a transaction in which Siemens was listed as a possible participant and/or interested party – the pitch was subsequently been abandoned. |
| | | 2)  A RINC affiliate has been mandated on a transaction in which Siemens is listed as a possible participant and/or interested party – the mandate is unrelated to the Debtors. |
| | | 3)  Client of a RINC affiliate – there are currently two (2) open mandates that are unrelated to the Debtors. |
| Silver Point Capital LP | Silver Point Capital LP | RINC has been mandated on a transaction to provide advisory services to Silver Point – the mandate is unrelated to the Debtors. |
| | Silver Point Finance | Client of a RINC affiliate – there is currently one (1) open mandate that is unrelated to the Debtors. |
| SKF USA Inc. | SKF | A RINC affiliate pitched a transaction in which SKF AB was listed as a possible participant and/or interested party –the pitch was subsequently abandoned. |
| Societé Generale SA New York | Societé Generale | 1)  Client of a RINC affiliate – there are currently three (3) ongoing mandates that |

RINC has limited its search to the Parties In Interest provided by the Debtors.  Affiliates, subsidiaries or parent companies of Parties In Interest have not been searched unless specifically noted.

# EXHIBIT 1 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| | | are unrelated to the Debtors. |
| | | 2) A RINC affiliate is currently mandated on a transaction in which Societé Generale is listed as a possible participant and/or interested party – the mandate is unrelated to the Debtors. |
| | | 3) Client pitches made by RINC – pitches were subsequently abandoned |
| Sojitz Corporation of America | Sojitz | RINC Client pitch – the pitch is unrelated to the Debtors. |
| Solvay Flourides, LLC | Solvay SA | 1) RINC Client pitches – the pitches are unrelated to the Debtors.<br>2) Client of a RINC affiliate – there is currently one (1) open mandate that is unrelated to the Debtors. |
| Spartech Corporation | Spartech Corp. | Client pitch by RINC – pitch was subsequently abandoned. |
| Speedline Technologies, Inc. | Speedline | A RINC affiliate was mandated on a transaction in which Speedline was listed as a possible participant and/or interested party – the mandate has been completed. |
| Spirax Sarco | Spirax Sarco Engineering PLC | Client pitch by a RINC affiliate– the pitch has been abandoned. |
| Spirent PLC | Spirent | Former client of a RINC affiliate – there are currently no open mandates or pitches. |
| Sprint; United | Sprint | RINC Client pitches – the pitches are unrelated to the Debtors. |
| SPS Technologies, LLC | SPS | A RINC affiliate pitched a transaction in which SPS was listed as a possible participant and/or |

RINC has limited its search to the Parties In Interest provided by the Debtors.  Affiliates, subsidiaries or parent companies of Parties In Interest have not been searched unless specifically noted.

# EXHIBIT 1 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| | | interested party –the pitch was subsequently abandoned. |
| SPX Corporation | SPX Corp | 1) RINC was mandated on a transaction in which SPX was listed as a potential participant and/or interested party- the mandate has been completed.<br>2) RINC Client pitch – the pitch is unrelated to the Debtors.<br>3) A RINC affiliate pitched a transaction in which SPX is listed as a possible participant and/or interested party –the pitch is unrelated to the Debtors. |
| Stahl Specialty Company EFT | Stahl Holding Corp | Client of a RINC affiliate – there is currently one (1) open mandate that is unrelated to the Debtors. |
| State of Minas Gerais | State of Minas Gerais | A RINC affiliate pitched a transaction in which the State of Minas Gerais is listed as a possible participant and/or interested party –the pitch is unrelated to the Debtors. |
| State of New Jersey, Division of Taxation | State of New Jersey | RINC was mandated on a transaction in which the State of New Jersey was listed as a possible participant and/or interested party – the mandate was subsequently abandoned. |
| ST Microelectronics NV | ST Microelectronics | 1) RINC client pitches – the pitches are unrelated to the Debtors.<br>2) RINC and a RINC affiliate pitched a transaction in which STMicroelectronics was listed as a possible participant and/or interested party – the pitch was subsequently abandoned. |

 RINC has limited its search to the Parties In Interest provided by the Debtors.  Affiliates, subsidiaries or parent companies of Parties In Interest have not been searched unless specifically noted.

## EXHIBIT 1 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| Sumitomo Corporation of America; Sumitomo Electric Industries Ltd; Sumitomo Mitsui Banking Corporation; Sumitomo Wiring Systems (USA) Inc. | Sumitomo Corp. | 1) Client of a RINC affiliate – there is currently one (1) open mandate that is unrelated to the Debtors.<br>2) A RINC affiliate has been mandated on a transaction in which Sumitomo is listed as a possible participant and/or interested party – the mandate is unrelated to the Debtors. |
| Sun Microsystems, Inc. | Sun Microsystems | A RINC affiliate pitched a transaction in which Sun Microsystems was listed as a possible participant and/or interested party –the pitch has been abandoned. |
| Sun Trust Bank Atlanta | Sun Trust | 1) RINC was mandated on a transaction in which the State of New Jersey was listed as a possible participant and/or interested party – the mandate was subsequently abandoned.<br>2) A RINC affiliate completed a transaction in which Sun Trust listed as a possible participant and/or interested party –the mandate has been completed. |
| Swiss Re Insurance Company Ltd. | Swiss Re | 1) Client of a RINC affiliate– there is one (1) open mandate that is unrelated to the Debtors.<br>2) A RINC affiliate pitched a transaction in which Swiss Re is listed as a possible participant and/or interested party –the pitch is unrelated to the Debtors. |
| Tata Steel | Tata Steel Ltd. | A RINC affiliate was mandated by Tata Steel to provide financial advisory services for a transaction – the transaction has been completed. |

RINC has limited its search to the Parties In Interest provided by the Debtors.  Affiliates, subsidiaries or parent companies of Parties In Interest have not been searched unless specifically noted.

## EXHIBIT 1 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| TDK Corporation of America | TDK Corporation | A RINC affiliate was mandated by Tata Steel to provide financial advisory services for a transaction – the transaction has been completed. |
| Teledyne Technologies Incorporated | Teledyne Technologies | RINC Client – there is one (1) open mandate that is unrelated to the Debtors. |
| Tennessee Valley Authority | Tennessee Valley Authority | Former RINC client.  There are currently no open mandates or pitches. |
| Texas Pacific Group Ltd | Texas Pacific Group | Client of a RINC affiliate – there are currently four (4) open mandates that are unrelated to the Debtors. |
| Textron Inc. | Textron Inc. | RINC Client – there is currently one (1) open mandate that is unrelated to the Debtors. |
| ThyssenKrupp AG | ThyssenKrupp AG | 1) Client of a RINC affiliate – there are currently three (e) open mandates that are unrelated to the Debtors. <br> 2) A RINC affiliate completed a transaction in which ThyssenKrupp was listed as a possible participant and/or interested party. |
| Time Warner Inc. | Time Warner | 1) Client pitch by RINC – the pitch is unrelated to the Debtors. <br> 2) RINC pitched a transaction in which Time Warner was listed as a possible participant and/or interested party – the pitch was subsequently abandoned. |
| Toronto Dominion Bank | Toronto Dominion | RINC client pitch – pitch is unrelated to the Debtors. |
| Tower Automotive | Tower Automotive | 1) RINC was mandated by Tower Automotive to provide financial advisory services for a |

 RINC has limited its search to the Parties In Interest provided by the Debtors.  Affiliates, subsidiaries or parent companies of Parties In Interest have not been searched unless specifically noted.

# EXHIBIT 1 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| | | transaction – the transaction was subsequently abandoned.<br><br>2) RINC has been mandated on a transaction in which Tower Automotive is listed as a possible participant and/or interested party – the mandate is unrelated to the Debtors. |
| TPI | TPI | 1) Client pitches by a RINC affiliate – pitches have been abandoned.<br><br>2) A RINC affiliate was mandated by TPI to provide financial advisory services for a transaction – the transaction has been completed. |
| Trelleborg Kunhwa Co. Ltd; Trelleborg YSH Inc. | Trelleborg | Client pitch by a RINC affiliate – the pitch has been abandoned. |
| TRW | TRW | A RINC affiliate was mandated on a transaction in which TRW was listed as a possible participant and/or interested party. The mandate was subsequently abandoned. |
| TT Electronics PLC; TT Electronics Optek Technology | TT Electronics | 1) A RINC affiliate was mandated on a transaction in which TT Electronics was listed as a possible participant and/or interested party. The mandate was subsequently abandoned.<br><br>2) Client pitch by a RINC affiliate – pitch has been abandoned. |
| TXU Energy Retail Company LP | TXU Corp | 1) RINC pitched a transaction in which TXU was listed as a possible participant and/or interested party – the pitch was subsequently abandoned.<br><br>2) A RINC affiliate pitched a transaction in |

RINC has limited its search to the Parties In Interest provided by the Debtors. Affiliates, subsidiaries or parent companies of Parties In Interest have not been searched unless specifically noted.

# EXHIBIT 1 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| | | which TXU was listed as a possible participant and/or interested party – the pitch was subsequently abandoned. |
| Tyco Electronics Corp; Tyco International Ltd | Tyco | Client of RINC and a RINC affiliate.  RINC and a RINC affiliate have been mandated by Tyco to provide financial advice on a transaction.  The mandate is ongoing and is unrelated to the Debtors. |
| UBS AG, Stanford Branch. UBS Loan Finance LLC; UBS Securities LLC | UBS AG | 1) RINC Client – there is currently one (1) open mandate that is unrelated to the Debtors. <br> 2) Client of a RINC affiliate – there is currently one (2) open mandate that is unrelated to the Debtors. |
| UGC "Europe" | UGC | Client pitches by a RINC affiliate – the pitches are unrelated to the Debtors. |
| UPS Supply Chain Solutions, Inc. | UPS | 1) RINC Vendor. <br> 2) Client pitches made by RINC – pitches were subsequently abandoned. <br> 3) Client pitch made by a RINC affiliate – the pitch is unrelated to the Debtors. |
| Valeo Climate Control Corp; Valeo North American Corporate; Valeo Switches and Detection Systems Inc. | Valeo | A RINC affiliate has pitched a transaction in which Valeo is listed as a possible participant and/or interested party – the pitch is unrelated to the Debtors. |
| Vallourec | Vallourec | Client of a RINC affiliate – there are currently three (3) open mandates that are unrelated to the Debtors. |

RINC has limited its search to the Parties In Interest provided by the Debtors.  Affiliates, subsidiaries or parent companies of Parties In Interest have not been searched unless specifically noted.

# EXHIBIT 1 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| Veolia Environmental Services | Veolia Environnement | 1) Client of a RINC affiliate there are currently three (3) ongoing mandates that are unrelated to the Debtors.<br><br>2) RINC was mandated on a transaction in which Veolia Environnement was listed as a potential participant and/or interested party- the mandate has been completed.<br><br>3) RINC pitched a transaction in which Veolia Environnement was listed as a possible participant and/or interested party – the pitch was subsequently abandoned. |
| | Veolia | A RINC affiliate pitched transactions in which Veolia was listed as a possible participant and/or interested party – the pitches were subsequently abandoned. |
| Veritas Software Corporation | Veritas DGC Inc. | RINC was mandated on a transaction in which Veritas was listed as a potential participant and/or interested party- the mandate has been completed. |
| Verizon | Verizon | 1) Client pitches by RINC – the pitches are unrelated to the Debtors.<br><br>2) RINC pitched a transaction in which Verizon was listed as a possible participant and/or interested party – the pitch has been abandoned.<br><br>3) A RINC affiliate has been mandated on a transaction in which Verizon is listed as a potential participant and/or interested party- the mandate is ongoing and is unrelated to the Debtors. |

RINC has limited its search to the Parties In Interest provided by the Debtors.  Affiliates, subsidiaries or parent companies of Parties In Interest have not been searched unless specifically noted.

## EXHIBIT 1 TO RESNICK DECLARATION

| Party in Interest | Entity with which RINC has a Connection | Nature of Connection |
|---|---|---|
| Viasystems; Viasystems Canada Inc. | Viasystems Group Inc. | Former RINC client – there is currently one (1) open pitch that is unrelated to the Debtors. |
| Vishay Intertechnology | Vishay Intertechnology Inc. | Client pitches by a RINC affiliate – pitches have been abandoned. |
| Visteon Corporation | Visteon Corp. | Former RINC client – there is currently one (1) open pitch that is unrelated to the Debtors. |
| Volvo Do Brazil Veiculos Ltda; Volvo Parts North America; Volvo Truck | Volvo | Client pitch by a RINC affiliate – pitch has been abandoned. |
| Wachovia Bank, National Association | Wachovia | Client of a RINC affiliate there is currently Wachovia one (1) ongoing mandate that is unrelated to the Debtors. |
| Wal-Mart Stores CE | Wal-Mart Stores Inc. | Client pitch by RINC – pitch is unrelated to the Debtors. |
| Weil Gotshal & Manges LLP | Weil Gotschal & Manges | RINC Client pitch – the pitch is unrelated to the Debtors. |
| Wellman, Inc. | Wellman Inc. | RINC Client pitch – the pitch was subsequently abandoned. |
| Wilkie Farr & Gallagher | Wilkie Farr & Gallagher | RINC Client – there is currently one (1) open mandate. |

RINC has limited its search to the Parties In Interest provided by the Debtors.  Affiliates, subsidiaries or parent companies of Parties In Interest have not been searched unless specifically noted.