**Hearing Date: April 2, 2009**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti
Thomas J. Matz

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                :
  In re                                         :   Chapter 11
                                                :
DELPHI CORPORATION, et al.,                     :   Case No. 05-44481 (RDD)
                                                :
                    Debtors.                    :   (Jointly Administered)
                                                ::
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PROPOSED AGENDA FOR HEARING ON ORDERS TO SHOW CAUSE

Location Of Hearing:    United States Bankruptcy Court for the Southern District of New
                        York, Alexander Hamilton Custom House, Room 610, 6th Floor, One
                        Bowling Green, New York, New York 10004-1408

The matters set for hearing are as follows:

    A.    Introduction

    B.    Uncontested Matters (2 Matters)

**B.    Uncontested Matters**

1. **"Second Accommodation Amendment Motion"** - Expedited Motion For Interim And Final Order Authorizing Debtors To (I) Enter Into Second Amendment To Accommodation Agreement With Certain Participating DIP Lenders And (II)(A) Enter Into Related Documents And (B) Pay Fees And Expenses In Connection Therewith (Docket No. 16534)

   *Responses filed:*    None.

   *Reply filed:*    None.

   *Related filings:*    *Order to Show Cause signed on 4/1/2009 setting hearing on Motion for Interim and Final Order Authorizing Debtors to (I) enter into Second Amendment to Accommodation Agreement with Certain Participating DIP Lenders and (II)(A) enter into related documents and (B) pay fees in connection therewith (Docket No. 16536)*

   *Status:*    *The hearing with respect to this matter will be proceeding.*

2. **"Salaried OPEB Settlement Motion"** - Expedited Motion Under 11 U.S.C. § 363 And Fed R. Bankr. P. 9019 For Approval Of Debtors' Compromise And Settlement With Committee Of Eligible Salaried Retirees And Delphi Salaried Retirees' Association (Docket No. 16535)

   *Responses filed:*    None.

   *Reply filed:*    None.

   *Related filings:*    *Order to Show Cause signed on 4/1/2009 setting hearing on Motion For Approval of Debtors' Compromise and Settlement With Committee of Eligible Salaried Retirees and Delphi Salaried Retirees' Association (Docket No. 16537)*

   *Status:*    *The hearing with respect to this matter will be proceeding.*

Dated: New York, New York
   April 1, 2009

        SKADDEN, ARPS, SLATE, MEAGHER
         & FLOM LLP

 By: /s/ John Wm. Butler, Jr.
   John Wm. Butler, Jr.
   John K. Lyons
   Ron E. Meisler

333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700

   - and -

 By: /s/ Kayalyn A. Marafioti
   Kayalyn A. Marafioti
   Thomas J. Matz

Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession