March 23, 2009

Honorable Judge Robert D. Drain
United States Bankruptcy Court
Southern District of New York
One Bowling Green  Room 610
New York, NY 10004

Dear Judge Dain:

This letter is in reference to Delphi Court Case #05-44481 filed October 5, 2005.

As a retired executive who is now an unsecured creditor based on my SERP claim, I am concerned that your court is allowing Delphi to blatantly transfer assets from its US based operations to overseas operations. This transfer has been occurring continuously during the bankruptcy proceedings and appears to me to be eroding the asset base of the company that filed for bankruptcy protection.
I would only assume that assets of this company should be frozen to stay within the United States until it either exits bankruptcy or is dissolved, at which time the assets would be utilized to offset debts. It would seem that all creditors should be concerned that assets are disappearing from the US company asset base.
It would seem that you should call Mr. Miller and Mr. O"Neal to task and subpoena records of shipments of equipment, tools, and other items from all US locations since the declaration of bankruptcy.

Very Truly Yours,
James L. Crouse
6427 Moorings Point Cir Unit #101
Bradenton, Fl 34202
941-907-7791
jlcrouse@yahoo.com



RECEIVED
MAR 26 2009
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK