Honorable Robert D. Drain  
United States Bankruptcy Court  
Southern Dist. Of New York  
One Bowling Green Room 610  
New York, New York 10004

25th March 2009

Case No. 05-44481 ( RDD )

Dear Sir,

As a salaried retiree of Delphi Corporation, more specifically Delphi Diesel, I am writing to bring issues forward that I am sure the lawyers representing the Delphi retirees were not aware of.

Delphi Diesel Systems, located at 1624 Meijer Drive in Troy, Michigan is a wholly owned subsidiary of Delphi and one of their most profitable divisions worldwide.

Page three states that there are eighty-seven active employees and four retirees.

Of the four, depending on your decision, three including myself could be financially devastated. We are Bob Rodons, Joan Wyatt and myself Charles Green. The fourth, Bill Walker is not affected; his wife is a retired schoolteacher with benefits.

Between the three of us, we have almost one hundred years of service to the company.

A brief history of the company and the three of us. Bob and I joined Lucas Industries (a British Co.) in the mid 1960s with Joan coming along in the late 1970s. and were promised company pensions and health insurance for life.

In the late 1980s, TRW Automotive bought Lucas Industries including the Lucas/Cav diesel division. The diesel product range did not fit into TRWs plan and was sold off to Delphi.

Lucas had a fully funded pension and insurance plan and at the time of the TRW purchase had $60-90 million in it. I don't know what happened to it.

In the 1990s when 401Ks became available, Lucas changed from a pension plan to depositing a percentage of our wages into our 401K accounts.

The three of the current retirees are now without a pension, watching our investments being decimated and expected to pay out thousands of dollars in health care.

We feel our cause has fallen between the cracks in this situation and would appreciate that you consider the three of us separate from the 15,000 plus Delphi retirees when your final decision is made.

Regards  
Charles Green

*Charles Green*

RECEIVED  
MAR 26 2009  
U.S. BANKRUPTCY COURT  
SO. DIST. OF NEW YORK