**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____
|                                      |   )   | **Chapter 11**
**In re:**                             |   )   | **Case No. 05-44481 (rdd)**
                                       |   )   |
**DELPHI CORPORATION,** *et al.*,      |   )   |
                                       |   )   | **(Jointly Administered)**
       **Debtors.**                    |   )   |
_____|   )   |

**MOTION OF CSX TRANSPORTATION, INC. TO COMPEL THE PAYMENT OF**
**ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(1)(A)**

CSX Transportation, Inc. ("CSXT"), by and through its undersigned counsel, files this motion ("Motion") to compel the payment of CSXT's administrative expense claim in the current amount of $259,590.00 against Delphi Corporation (collectively, the "Debtors") and in support of its Motion, CSXT respectfully represents as follows:

### JURISDICTION

1. The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334.

2. This is a core proceeding under 28 U.S.C. § 157(b)(2).

3. The venue of this chapter 11 case and this Motion is proper under 28 U.S.C. §§ 1408 and 1409.

### BACKGROUND

4. On October 8 and 14, 2005, the Debtors filed voluntary petitions with this Court for relief pursuant to chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (as amended, the "Bankruptcy Code").

5.      On January 25, 2008, the Court entered an order confirming the Debtors' Joint Plan of Reorganization of Delphi Corporation (the "Plan"). The Plan has not become effective.

6.      On March 20, 2008, CSX filed an administrative expense claim in the amount of $212,573.70 for unpaid postpetition freight and transportation services and expenses, which the Debtors' claims agent, Kurtzman Carson Consultants, LLC, identified as claim number 16813 ("Claim No. 16813"). Attached to Claim No. 16813 are copies of the applicable accounts receivable summaries and each of the invoices comprising Claim No. 16813.

7.      On June 27, 2008, the Debtors filed their Thirtieth Omnibus Objection pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Amended Claims, (B) Equity Claims, (C) Untimely Insufficiently Documented Claim, (D) Books and Records Claims, (E) Untimely Claims, and (F) Claims Subject to Modification (the "Claim Objection"), objecting to, among others, Claim No. 16813. The basis for the Debtors' objection to Claim No. 16813 is that Claim No. 16813 was "untimely" and the liabilities were "not reflected on the Debtors' books and records." Claim Objection, ¶ 23.[1]

8.      On July 23, 2008, CSXT filed its Response to the Claim Objection. Since July 2008, CSXT contacted the Debtors and Debtors' counsel both directly and through counsel in an attempt to reconcile and resolve any actual legitimate disputes with regard to Claim No. 16813. To date, the Debtors have failed to provide any legitimate basis for their failure to pay Claim No. 16813.

---

[1] On or about July 7, 2008, counsel for the Debtors advised counsel for CSX that the Debtors were prosecuting the Clam Objection against Claim No. 16813 solely on the grounds that the liabilities were not reflected on the Debtors' books and records and were no longer objecting to Claim No. 16813 as untimely.

2

**RELIEF REQUESTED**

9.      As set forth in Claim No. 16813 and the attachments thereto, subsequent to the Petition Date, CSXT provided, and continues to provide, the Debtors with certain freight and transportation services (collectively, the "Postpetition Services").

10.     To date, the Debtors have failed to compensate CSXT for the Postpetition Services that were rendered to the Debtors. A summary of the outstanding freight bills comprising the postpetition balance for the Postpetition Services rendered by freight bill and date is attached hereto and marked as Exhibit A.

11.     Pursuant to section 503(b)(1)(A) of the Bankruptcy Code, claims for which the underlying consideration provided was an actual and necessary cost or expense to the debtor to preserve the estate shall be allowed as administrative expenses entitled to priority under section 507(a)(1) of the Bankruptcy Code. In order for a claim to be allowed as administrative expense claim: (i) there must be a postpetition transaction between the creditor and the debtor and (ii) the estate must receive a benefit from the transaction. See In re Bethlehem Steel Corp., 479 F.3d 167 (2d Cir. 2007) ("[A]n expense is administrative only if it arises out of a transaction between the creditor and the bankrupt's trustee or debtor in possession, and only to the extent that the consideration supporting the claimant's right to payment was both supplied to and beneficial to the debtor-in-possession in the operation of the business.").

12.     At all times relevant to this Motion, the postpetition freight and transportation services provided by CSXT were provided to the Debtors as debtors-in-possession for the benefit of the Debtors and their estates. The amount sought by CSXT in

this Motion is an actual and necessary cost associated with preservation of the estate pursuant to sections 503(b)(1) and 507(a)(2) of the Bankruptcy Code. The Postpetition Services provided by CSXT to the Debtors were and are an absolute necessity in a business such as the Debtors. CSXT provides freight and transportation services to the Debtors that enable them produce and sell their products and goods for their customers. The Debtors must compensate CSXT for the provision of such services pursuant to the Bankruptcy Code.

13. The amount currently due and owing to CSXT for freight and transportation services provided to the Debtors subsequent to the Petition Date is $259,590.00. Accordingly, CSXT seeks the entry of an order allowing an administrative expense claim in this amount and directing that the Debtors pay that amount to CSXT immediately.

14. CSXT expressly reserves the right to seek additional amounts that may become due and owing from the Debtors.

WHEREFORE, CSX Transportation, Inc. respectfully requests that the Court enter an Order (i) granting CSXT an allowed administrative expense claim, pursuant to sections 503(b)(1) and 507(a)(1) of the Bankruptcy Code, in the amount of $259,590.00 and directing the Debtors to pay such amount to CSXT immediately; (ii) requiring the Debtors to timely pay CSXT on a going-forward basis any additional amounts as they become due; and (iii) granting such other and further relief as this Court deems just and appropriate.

4

Dated: Richmond, Virginia
April 3, 2009

      Respectfully Submitted,
      McGUIREWOODS LLP

      By: /s/ John H. Maddock
      John H. Maddock III (JM9924)
      Daniel F. Blanks
      McGUIREWOODS LLP
      One James Center
      901 East Cary Street
      Richmond, Virginia 23219
      Telephone: (804) 775-1000
      Facsimile: (804) 775-1061

      COUNSEL FOR CSX
      TRANSPORTATION, INC.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____
|                                           |                              |
| **In re:**                          )     | **Chapter 11**               |
|                                     )     | **Case No. 05-44481 (rdd)**  |
| **DELPHI CORPORATION,** *et al.*,   )     |                              |
|                                     )     | **(Jointly Administered)**   |
|         **Debtors.**                )     |                              |
|_____)       |                              |

**ORDER GRANTING THE MOTION OF CSX TRANSPORTATION,**
**INC.'S TO COMPEL THE PAYMENT OF ADMINISTRATIVE**
**EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(1)**

Upon the Motion of CSX Transportation, Inc. to Compel the Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1) (the "Motion"), and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED that:

1. The Motion[1] is granted;

2. CSX Transportation, Inc. is hereby granted an allowed administrative expense claim, pursuant to sections 503(b)(1) and 507(a)(1) of the Bankruptcy Code, in the amount of $259,590.00;

3. The Debtors are directed to pay such amount to CSX Transportation, Inc. within five (5) business days from the date of this Order; and

4. The Debtors are hereby directed timely pay CSX Transportation, Inc. on a going-forward basis any additional amounts as they become due.

Dated: April ___, 2009            _____
                                  United States Bankruptcy Judge

\7897459.1

---

[1] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed in the Motion.

# **EXHIBIT A**

05-44481-rdd    Doc 16548    Filed 04/03/09    Entered 04/03/09 15:33:28    Main Document
Pg 8 of 12

BEYOND TERMS FOR
N/A 113225
DELPHI AUTOMOTIVE

| FRTB# | BOLNUM | WBDTE | CAR-ID | ORIGIN | | DESTINATION | | AMTRCVD | BALDUE | AGE | TARAUTH | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14596153 | 4000034985 | 1/4/2006 | PLWX016091 | BAUXITE | AR | FLINT | MI | $0.00 | $6,447.27 | 956 | UP | 3334 |
| 24345668 | 344465 | 2/26/2008 | WE   002623 | CANTON | OH | ATHENS | AL | $3,436.60 | $655.86 | 387 | CSXT | 20231 |
| 24348845 | 343296 | 2/20/2008 | WE   002789 | CANTON | OH | ATHENS | AL | $3,436.60 | $621.62 | 387 | CSXT | 20231 |
| 24365587 | 345685 | 3/5/2008 | TR   585588 | CANTON | OH | ATHENS | AL | $3,487.74 | $667.70 | 386 | CSXT | 20231 |
| 24402988 | 346603 | 3/11/2008 | CSXT486457 | CANTON | OH | ATHENS | AL | $3,315.77 | $901.64 | 383 | CSXT | 20231 |
| 24472174 | 347756 | 3/18/2008 | CSXT707002 | CANTON | OH | ATHENS | AL | $3,240.62 | $886.26 | 377 | CSXT | 20231 |
| 24485803 | 348146 | 3/20/2008 | WE   002600 | CANTON | OH | ATHENS | AL | $3,204.64 | $878.91 | 376 | CSXT | 20231 |
| 25801909 | 365255 | 7/11/2008 | TR   527140 | CANTON | OH | ATHENS | AL | $0.00 | $4,239.55 | 264 | CSXT | 20231 |
| 25940379 | 366170 | 7/23/2008 | GNRR006089 | CANTON | OH | ATHENS | AL | $0.00 | $4,300.35 | 252 | CSXT | 20231 |
| 26057203 | 367693 | 7/30/2008 | CSXT481875 | CANTON | OH | ATHENS | AL | $0.00 | $4,255.94 | 242 | CSXT | 20231 |
| 26190776 | 370038 | 8/13/2008 | CSXT708853 | CANTON | OH | ATHENS | AL | $0.00 | $4,387.06 | 231 | CSXT | 20231 |
| 26648568 | 374523 | 9/22/2008 | WE   800478 | CANTON | OH | ATHENS | AL | $0.00 | $4,504.83 | 191 | CSXT | 20231 |
| 26648587 | 374516 | 9/22/2008 | WE   800404 | CANTON | OH | ATHENS | AL | $0.00 | $4,488.91 | 191 | CSXT | 20231 |
| 27259205 | 381982 | 11/14/2008 | WE   002326 | CANTON | OH | ATHENS | AL | $0.00 | $4,255.48 | 139 | CSXT | 20231 |
| 27336771 | 383100 | 11/21/2008 | TR   585525 | CANTON | OH | ATHENS | AL | $0.00 | $4,283.36 | 131 | CSXT | 20231 |
| 27844085 | 385857 | 1/16/2009 | TR   585535 | CANTON | OH | ATHENS | AL | $0.00 | $4,017.52 | 74 | CSXT | 20231 |
| 24403525 | 346589 | 3/11/2008 | CSXT708895 | CANTON | OH | SAGINAW | MI | $2,126.91 | $575.39 | 383 | CSXT | 20231 |
| 24410833 | 346591 | 3/14/2008 | CSXT485631 | CANTON | OH | SAGINAW | MI | $2,085.02 | $566.00 | 382 | CSXT | 20231 |
| 24472711 | 347871 | 3/19/2008 | CSXT486796 | CANTON | OH | SAGINAW | MI | $2,186.91 | $588.84 | 377 | CSXT | 20231 |
| 24472733 | 346596 | 3/18/2008 | WE   002340 | CANTON | OH | SAGINAW | MI | $2,169.05 | $584.84 | 377 | CSXT | 20231 |
| 27714161 | 385856 | 12/30/2008 | TR   527142 | CANTON | OH | SAGINAW | MI | $0.00 | $2,734.39 | 90 | CSXT | 20231 |
| 28316590 | 393667 | 2/26/2009 | WE   800399 | CANTON | OH | SAGINAW | MI | $0.00 | $2,754.42 | 25 | CSXT | 20231 |
| 28335771 | 394724 | 3/9/2009 | WE   487677 | CANTON | OH | SAGINAW | MI | $0.00 | $2,760.35 | 23 | CSXT | 20231 |
| 28371371 | 395139 | 3/13/2009 | WE   286628 | CANTON | OH | SAGINAW | MI | $0.00 | $2,787.45 | 20 | CSXT | 20231 |
| 17959857 | 301558 | 9/22/2006 | EJE  018564 | EAST CHIC | IN | ATHENS | AL | $3,441.80 | $403.67 | 920 | CSXT | 33100 |
| 15646716 | | 4/1/2006 | | JACKSONVI | FL | | | | $0.00 | $1,344.95 | 999 | |
| 15646717 | | 4/1/2006 | | JACKSONVI | FL | | | | $0.00 | $375.88 | 999 | |
| 17228035 | | 8/1/2006 | | JACKSONVI | FL | | | | $0.00 | $1,228.31 | 976 | |
| 17228036 | | 8/1/2006 | | JACKSONVI | FL | | | | $0.00 | $155.93 | 976 | |
| 17652289 | | 9/1/2006 | | JACKSONVI | FL | | | | $0.00 | $214.93 | 945 | |
| 17652290 | | 9/1/2006 | | JACKSONVI | FL | | | | $0.00 | $114.83 | 945 | |
| 18031421 | | 9/30/2006 | | JACKSONVI | FL | | | | $0.00 | $303.33 | 914 | |
| 18435641 | | 11/1/2006 | | JACKSONVI | FL | | | | $0.00 | $456.05 | 884 | |
| 18817841 | | 12/1/2006 | | JACKSONVI | FL | | | | $0.00 | $677.62 | 854 | |

BEYOND TERMS FOR
N/A 113225
DELPHI AUTOMOTIVE

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 18817842 | | 12/1/2006 | | JACKSONVI FL | | $0.00 | $149.55 | 854 |
| 19181248 | | 12/31/2006 | | JACKSONVI FL | | $0.00 | $596.53 | 821 |
| 19536596 | | 2/1/2007 | | JACKSONVI FL | | $0.00 | $621.35 | 791 |
| 19873640 | | 3/1/2007 | | JACKSONVI FL | | $0.00 | $768.06 | 763 |
| 20250716 | | 4/1/2007 | | JACKSONVI FL | | $0.00 | $458.64 | 731 |
| 20609635 | | 5/1/2007 | | JACKSONVI FL | | $0.00 | $260.96 | 703 |
| 20609636 | | 5/1/2007 | | JACKSONVI FL | | $0.00 | $82.57 | 703 |
| 20997595 | | 6/1/2007 | | JACKSONVI FL | | $0.00 | $849.92 | 672 |
| 20997596 | | 6/1/2007 | | JACKSONVI FL | | $0.00 | $112.43 | 672 |
| 21370302 | | 7/1/2007 | | JACKSONVI FL | | $0.00 | $599.16 | 641 |
| 21370303 | | 7/1/2007 | | JACKSONVI FL | | $0.00 | $108.10 | 641 |
| 21722304 | | 8/1/2007 | | JACKSONVI FL | | $0.00 | $154.95 | 611 |
| 21722305 | | 8/1/2007 | | JACKSONVI FL | | $0.00 | $113.90 | 611 |
| 22094042 | | 9/1/2007 | | JACKSONVI FL | | $0.00 | $282.32 | 580 |
| 22094043 | | 9/1/2007 | | JACKSONVI FL | | $0.00 | $78.95 | 580 |
| 22452599 | | 9/30/2007 | | JACKSONVI FL | | $0.00 | $521.69 | 550 |
| 22831510 | | 11/1/2007 | | JACKSONVI FL | | $0.00 | $220.04 | 519 |
| 23195120 | | 12/1/2007 | | JACKSONVI FL | | $0.00 | $285.75 | 489 |
| 23532792 | | 12/31/2007 | | JACKSONVI FL | | $0.00 | $73.73 | 456 |
| 23882625 | | 2/1/2008 | | JACKSONVI FL | | $0.00 | $116.64 | 426 |
| 24587242 | | 3/31/2008 | | JACKSONVI FL | | $0.00 | $173.22 | 366 |
| 24944154 | | 4/30/2008 | | JACKSONVI FL | | $0.00 | $64.67 | 337 |
| 25311208 | | 5/31/2008 | | JACKSONVI FL | | $0.00 | $353.47 | 305 |
| 25311209 | | 5/31/2008 | | JACKSONVI FL | | $0.00 | $263.52 | 305 |
| 25656895 | | 6/30/2008 | | JACKSONVI FL | | $0.00 | $205.34 | 276 |
| 26014139 | | 8/1/2008 | | JACKSONVI FL | | $0.00 | $149.14 | 245 |
| 26728466 | | 9/30/2008 | | JACKSONVI FL | | $0.00 | $1,213.85 | 184 |
| 27095854 | | 11/1/2008 | | JACKSONVI FL | | $0.00 | $440.76 | 153 |
| 27407522 | | 11/30/2008 | | JACKSONVI FL | | $0.00 | $412.23 | 123 |
| 27687487 | | 12/31/2008 | | JACKSONVI FL | | $0.00 | $217.34 | 91 |
| 27962298 | | 1/31/2009 | | JACKSONVI FL | | $0.00 | $501.48 | 60 |
| 28234324 | | 2/28/2009 | | JACKSONVI FL | | $0.00 | $50.16 | 32 |
| 24786771 | 401177330 | 1/29/2008 | NCIX000102 | MONACA PA | EAST ST L IL | $0.00 | $3,776.00 | 351 CSXT 82431 |
| 25096750 | 401184709 | 3/3/2008 | NCIX001374 | MONACA PA | EAST ST L IL | $0.00 | $3,763.00 | 325 CSXT 82431 |
| 18857538 | 401063714 | 11/3/2006 | NCIX001866 | MONACA PA | MATAMOROS TM | $0.00 | $9,137.00 | 567 CSXT 43989 |

BEYOND TERMS FOR
N/A 113225
DELPHI AUTOMOTIVE

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 18858882 | 401059880 | 10/20/2006 | NCIX001841 | MONACA | PA | MATAMOROS | TM | $0.00 | $9,451.00 | 567 CSXT 43989 |
| 21046733 | 401098660 | 3/20/2007 | NCIX001866 | MONACA | PA | MATAMOROS | TM | $0.00 | $10,185.00 | 567 CSXT 43989 |
| 21496225 | 401111661 | 5/2/2007 | NAHX581279 | MONACA | PA | MATAMOROS | TM | $0.00 | $10,401.00 | 631 CSXT 43989 |
| 22741662 | 401083343 | 1/19/2007 | NCIX001859 | MONACA | PA | MATAMOROS | TM | $0.00 | $10,365.00 | 527 CSXT 43989 |
| 22741663 | 401048775 | 9/8/2006 | NCIX000146 | MONACA | PA | MATAMOROS | TM | $0.00 | $9,483.00 | 527 CSXT 43989 |
| 22741664 | 401089104 | 2/8/2007 | NCIX058096 | MONACA | PA | MATAMOROS | TM | $0.00 | $10,474.00 | 527 CSXT 43989 |
| 22741665 | 401076215 | 12/20/2006 | NAHX581180 | MONACA | PA | MATAMOROS | TM | $0.00 | $8,980.00 | 527 CSXT 43989 |
| 23405261 | 401158438 | 11/2/2007 | UTCX046358 | MONACA | PA | MATAMOROS | TM | $0.00 | $11,088.00 | 472 CSXT 43989 |
| 23405262 | 401121213 | 6/11/2007 | NCIX001150 | MONACA | PA | MATAMOROS | TM | $0.00 | $10,510.00 | 472 CSXT 43989 |
| 23405263 | 401134675 | 7/30/2007 | NAHX581180 | MONACA | PA | MATAMOROS | TM | $0.00 | $10,510.00 | 472 CSXT 43989 |
| 23405264 | 401116382 | 5/22/2007 | NCIX058088 | MONACA | PA | MATAMOROS | TM | $0.00 | $10,401.00 | 472 CSXT 43989 |
| 23405265 | 401147953 | 9/20/2007 | NCIX001795 | MONACA | PA | MATAMOROS | TM | $0.00 | $10,907.00 | 472 CSXT 43989 |
| 23405266 | 401143283 | 8/31/2007 | NCIX001859 | MONACA | PA | MATAMOROS | TM | $0.00 | $10,654.00 | 437 CSXT 43989 |
| 23405267 | 401160121 | 11/12/2007 | NCIX058088 | MONACA | PA | MATAMOROS | TM | $0.00 | $11,088.00 | 472 CSXT 43989 |
| 24037912 | 401172214 | 12/31/2007 | NCIX001866 | MONACA | PA | MATAMOROS | TM | $0.00 | $11,304.00 | 413 CSXT 43989 |
| **TOTALS** | | | | | | | | **$32,131.66** | **$251,396.86** | |

BEYOND TERMS
N/A 113302
DELPHI ENERGY

| FRTB# | BOLNUM | WBDTE | CAR-ID | ORIGIN | DESTINATION | AMTRCVD | BALDUE | AGE | TARAUTH |
|---|---|---|---|---|---|---|---|---|---|
| 16653937 | BOL1535658 | 6/15/2006 | PLWX016091 | NORTH FLI MI | MUSKOGEE OK | $0.00 | $4,819.24 | 999 | CSXT 33120 |

BEYOND TERMS FOR
N/A 121705
DEKPHI SAGINAW

| FRTB# | BOLNUM | WBDTE | CAR-ID | ORIGIN | DESTINATION | AMTRCVD | BALDUE | AGE | TARAUTH |
|---|---|---|---|---|---|---|---|---|---|
| 23453429 | 334362 | 12/20/2007 | WE   002311 | CANTON    OH | ATHENS    AL | $3,216.42 | $810.54 | 468 | CSXT 33100 |
| 24164793 | 325208 | 2/25/2008 | IHB 000347 | EAST CHIC IN | ATHENS    AL | $2,782.01 | $959.42 | 402 | CSXT 3312 |
| 19169049 | 305671 | 12/30/2006 | IHB 000316 | EAST CHIC IN | SAGINAW   MI | $2,162.16 | $55.60 | 477 | CSXT 3312 |
| 20244806 | 309985 | 3/30/2007 | IHB 000490 | EAST CHIC IN | SAGINAW   MI | $2,253.74 | ($79.28) | 733 | CSXT 33100 |
| 23501872 | 322577 | 12/27/2007 | CSXT708696 | EAST CHIC IN | SAGINAW   MI | $1,817.74 | $458.07 | 296 | CSXT 33100 |
| 20610276 | | 5/1/2007 | | JACKSONVI FL | | $0.00 | $88.93 | 703 | |
| 20998242 | | 6/1/2007 | | JACKSONVI FL | | $0.00 | $105.13 | 672 | |
| 22832200 | | 11/1/2007 | | JACKSONVI FL | | $0.00 | $82.82 | 519 | |
| 23533448 | | 12/31/2007 | | JACKSONVI FL | | $0.00 | $166.35 | 456 | |
| 24230888 | | 3/1/2008 | | JACKSONVI FL | | $0.00 | $191.67 | 397 | |
| 24587908 | | 3/31/2008 | | JACKSONVI FL | | $0.00 | $422.92 | 366 | |
| 24944827 | | 4/30/2008 | | JACKSONVI FL | | $0.00 | $60.28 | 337 | |
| 25311855 | | 5/31/2008 | | JACKSONVI FL | | $0.00 | $50.34 | 305 | |
| **TOTALS** | | | | | | **$12,232.07** | **$3,372.79** | | |