# Exhibit G

# DELPHI

**David M. Sherbin**
Vice President, General Counsel
& Chief Compliance Officer

Via Facsimile and Federal Express

March 13, 2009

Brian S. Masumoto, Esq.
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, New York 10004

RE: **In re Delphi Corporation, et al**
     **Case No. 05-44481 (RDD) – Equity Committee**

Dear Mr. Masumoto:

I am writing to you as a follow-up to the letter I sent to you on behalf of the Debtors dated February 27, 2009, as well as the letter dated March 5, 2009 sent to you by counsel to the official committee of equity security holders (the "Equity Committee") of Delphi Corporation ("Delphi").

Counsel to the Equity Committee has proposed that, rather than disband the Equity Committee as proposed by counsel to Delphi's creditors committee (the "Creditors' Committee"), the Equity Committee remain in place without representation by legal or financial advisors. Delphi has two significant concerns with this approach. As you know, this is a very large and complex case, and Delphi has serious doubts about the efficacy of an unrepresented statutory committee comprised solely of individual investors. Moreover, given that there is no circumstance currently being considered by Delphi, its DIP lenders, the Creditors' Committee, or General Motors Corporation under which any distribution would be made to equity holders, we reiterate our previously communicated position that there is no reason not to disband the Equity Committee.

Very truly yours,

David M. Sherbin

cc:  John Wm. Butler, Jr., Esq.
     Robert J. Rosenberg, Esq.

World Headquarters and Customer Center  5725 Delphi Drive  Troy, Michigan 48098-2815 USA
Tel: [1] 248-813-3009   Fax: [1] 248-813-2491   E-Mail: david.sherbin@delphi.com