# Exhibit I

April 5, 2009

Brian S. Masumoto, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

      Re:    In re Delphi Corporation, et al., Debtors (collectively, the "Debtors"),
              Jointly Administered Case No. 05-44481 (RDD)

Dear Mr. Masumoto:

      The Equity Committee appreciated the opportunity to speak with you on Friday. Our discussion was most helpful and we would like to thank you for your time and consideration. As you know, we believe it is of critical import that the Equity Committee continue to function in the Debtors' chapter 11 cases. The Equity Committee intends to do so with the assistance of legal counsel.

      Initially, the Equity Committee embraced the idea of operating without the assistance and advice of professionals. We believed there would be time to see how the Debtors' efforts developed before we would again need such assistance. However, it has become apparent to the members of the Equity Committee that the timing of the efforts of the Creditors' Committee, as joined in by the Debtors, to have the Equity Committee disbanded was not serendipitous. In fact, we are now at a critical stage in the Debtors' chapter 11 cases. Recent activity has made it clear that the Equity Committee should and must continue to function with the benefit of counsel.

      As always, Fried, Frank, Harris, Shriver & Jacobson LLP has informed us that they are ready, willing and able to act on behalf of the Equity Committee, and it is imperative that we have the assistance of Fried Frank so that we may properly and adequately represent our constituents. Therefore, the Equity Committee is hereby withdrawing its previous voluntary suspension of Fried Frank.

      The Equity Committee remains sensitive to the need and desire for all parties to keep costs to a minimum, and the Equity Committee will, and Fried Frank has assured us that it will, continue to operate in the most efficient and cost effective manner possible. In addition, the Equity Committee has determined that the suspension of the efforts and activities of Houlihan Lokey and Farrell Fritz, P.C., will remain effective. The roles and responsibilities of Houlihan Lokey and Farrell Fritz ceased on March 6,

Page 2

2009.

During our conversation, you indicated that the Office of the United States Trustee would not seek disbandment of the Equity Committee and that the Equity Committee needed to have counsel in place in order to function effectively. The Equity Committee hopes and expects that the Debtors and the Creditors' Committee defer to the judgment of the Office of the United States Trustee on these matters. To apprise them of our deliberations and determinations, I am sending copies of this letter to their respective counsel.

We are available at your convenience to discuss any questions or concerns that you may have.

Thank you.

Very truly yours,

Luqman Yacub

cc:  Members of the Equity Committee
     Brad Eric Scheler, Esq.
     Ms. Tanja Aalto
     Louis A. Scarcella, Esq.
     John Wm. Butler, Jr., Esq.
     Robert J. Rosenberg, Esq.
     Jeffrey L. Tanenbaum, Esq.
     Donald S. Bernstein, Esq.