FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone:  212.859.8000
Facsimile:  212.859.4000

*Counsel for the Official Committee of Equity Security Holders*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                               :
In re:                                         :  Chapter 11
                                               :
  Delphi Corporation, et al.,                  :  Case No. 05-44481 (RDD)
                                               :  (Jointly Administered)
                        Debtors.               :
                                               :
                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

     I, Elissa Shane, hereby certify that on April 20, 2009, I caused to be filed via the Electronic Court Filing System a true and correct copy of (i) Objection to the Debtors' Expedited Motion for an Order Directing United States Trustee to (I) Disband Official Committee of Equity Security Holders or, alternatively, (II) Suspend Activities of Official Committee of Equity Security Holders and Its Professionals Authorizing Debtors to (A) Enter Into Related Documents and (B) Pay Fees in Connection Therewith, and (ii) Declaration of Luqman Yacub in Support of Objection to Debtors' Expedited Motion for Order Directing United States Trustee to (I) Disband Official Committee of Equity Security Holders or, alternatively, (II) Suspend Activities of Official Committee of Equity Security Holders and Its Professionals.  Notice of these filings was sent by email to all parties by operation of the Court's electronic filing system.

     In addition, I further certify that on April 21, 2009, I caused copies of these documents to be served via First Class Mail on the parties listed on Exhibit A and caused copies of these documents to be served via hand delivery on the parties listed on Exhibit B.

Dated:  New York, New York
        April 21, 2009

                                                          /s/ Elissa Shane
                                                        ELISSA SHANE

# Exhibit A

**Service by First Class Mail on April 21, 2009**

Robert J. Stark
Brown Rudnick Berlack Istaeis L.L.P.
Seven Times Square
New York, New York 10036

Bruce Simon
Cohen, Weiss & Simon
330 West 42nd Street
New York, New York 10036

Donald Bernstein
Brian Resnick
Davis, Polk & Wardwell
450 Lexington Avenue
New York, New York 10017

Carrie L. Schiff
Flextronics International
305 Intelocken Parkway
Broomfield, CO 80021

Richard Lee Chambers, III
Freescale Semiconductor, Inc.
6501 William Cannon Drive West
Austin, TX 78735

Valerie Venable
General Electric Company
9930 Kincey Avenue
Huntersville, NC 28078

Leslie N. Silverman
Clearly Gottlieb Steen & Hamilton L.L.P.
One Liberty Plaza
New York, New York 10006

Steven J. Reisman
Curtis, Mallet-Prevost, Colt & Mosle L.L.P.
101 Park Avenue
New York, New York 10178

Sean Corcoran
Karen Craft
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Paul W. Anderson
Flextronics International USA, Inc.
2090 Fortune Drive
San Jose, CA 95191

Randall S. Eisenberg
FTI Consulting, Inc.
3 Times Square
New York, New York 10036

Lonie A. Hassel
Groom Law Group
1701 Pennsylvania Avenue, N.W.
Washington, DC 20006

2

Stephen H. Gross
Hodgson Russ L.L.P.
1540 Broadway
New York, New York 10036

Frank L. Gorman
Robert B. Weiss
Honigman Miller Schwartz and Cohn L.L.P.
2290 First National Building
Detroit, MI 48226

Attention: Insolvency Department
Internal Revenue Service
477 Michigan Avenue
Detroit, MI 48226

Attention: Maria Valerio
Insolvency Department
Internal Revenue Service
290 Broadway

Conference Board Chairman
IUE-CWA 2360 W. Dorothy Lane
Dayton, OH 45439

William Q. Derrough
Jefferies & Company, Inc.
520 Madison Avenue
New York, New York 10022

Richard Duker
JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, New York 10017

Susan Atkins
Gianni Russello
JPMorgan Chase Bank, N.A.
277 Park Avenue
New York, New York 10172

Sheryl Betance
Kurtzman Carson Consultants
2335 Alaska Avenue
El Segundo, CA 90245

Gordon Z. Novod
Thomas Moers Mayer
Kramer Levin Naftalis & Frankel L.L.P.
1177 Avenue of the Americas
New York, New York 10172

Daniel R. Fisher
Patrick J. Healy
Law Debenture Trust of New York
400 Madison Avenue
New York, New York 10017
J.Brian McTigue
Cornish F. Hitchcock
McTigue Law Firm
5301 Wisconsin Avenue, N.W.
Washington, DC 20015

Robert J, Rosenberg
Latham & Watkins L.L.P.
885 Third Avenue
New York, New York 10022

David D. Cleary
Jason J. DeJonker
Mohsin N. Khambati
Peter A. Clark
McDermott Will & Emery L.L.P.
227 West Monroe Street
Chicago, IL 60606

| | |
|---|---|
| Gregory A. Bray | Leon Szlezinger |
| Thomas R. Kreller | Mesirow Financial |
| James E. Till | 666 Third Avenue |
| Milbank Tweed Hadley & McCloy L.L.P. | New York, New York 10017 |
| 601 South Figueroa Street | |
| Los Angeles, CA 90017 | |
| | |
| Mark Schonfeld | Joseph T. Moldovan |
| Regional Director | Morrison Cohen L.L.P. |
| Northeast Regional Office | 909 Third Avenue |
| 3 World Financial Center | New York, New York 10022 |
| New York, New York 10281 | |
| | |
| Robert Siegel | Attorney General Andrew Cuomo |
| O'Melveny & Meyers L.L.P. | Office of New York State |
| 400 South Hope Street | 120 Broadway |
| Los Angeles, CA 90071 | New York City, New York 10271 |
| | |
| Sandra A. Riemer | Tom A. Jerman |
| Phillips Nizer L.L.P. | Rachel Janger |
| 666 Fifth Avenue | O'Melveny & Meyers L.L.P. |
| New York, New York 10103 | 1625 Eye Street, N.W. |
| | Washington, DC 20006 |
| | |
| Robet W. Dremluk | Jeffrey Cohen |
| Seyfarth Shaw L.L.P. | Ralph L. Landy |
| 620 Eighth Avenue | Pension Benefit Guaranty Corporation |
| New York, New York 10018 | 1200 K. Street, N.W. |
| | Washington, DC 20005 |
| | |
| Kenneth S. Ziman | David L. Resnick |
| Robert H. Trust | Rothchild, Inc. |
| William T. Russell, Jr. | 1251 Avenue of the Americas |
| Simpson Thatcher & Bartlett L.L.P. | New York, New York 10020 |
| 425 Lexington Avenue | |
| New York, New York 10017 | |
| | |
| Kayalyn A. Marafioti | Douglas Bartner |
| Thomas J. Matz | Jill Frizzley |
| Skadden, Arps, Slate, Meagher & Flom L.L.P. | Shearman & Sterling L.L.P. |
| 4 Times Square | 599 Lexington Avenue |
| New York, New York 10036 | New Yrok, New York 10022 |

4

Chester B. Salomon
Constantine D. Pourakis
Steven & Lee, P.C.
485 Madison Avenue
New York, New York 10022

MaryAnn Brereton
Assistant General Counsel
Tyco Electronics Corporation
60 Columbia Road
Morristown, NJ 7960

Harvey F. Miller
Jeffery L. Tanenbaum
Martin J. Bienenstock
Michael P. Kessler
Weil, Gotshal & Manges L.L.P.
767 Fifth Avenue
New York, New York 10153

Michael D. Warner
Warner Stevens, L.L.P.
1700 City Center Tower II
Fort Worth, TX 76102

Jon D. Cohen
Trent P. Cornell
Stahl Cowen Crowley Addis LLC
55 West Monroe Street, Suite 1200
Chicago, IL. 60603

John Wm. Butler
John K, Lyons
Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom L.L.P.
333 W. Wacker Dr.
Chicago, IL 60606

Daniel D. Doyle
Nicholas Fanke
Spencer Fan Britt & Browne L.L.P.
1 North Brentwood Boulevard
St. Louis, Mo 63105

Albert Togut
Togut, Segal & Segal L.L.P.
One Penn Plaza
New York, New York 10119

Barry R. Lax
Brent A. Burns
Lax & Neville LLP
1412 Broadway, Suite 1407
New York, NY. 10018

# Exhibit B

**Service by Hand Delivery on April 21, 2009**

The Court
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, New York 10004
Attn: Chambers of Hon. Robert D. Drain

United States Trustee
Brian S. Masumoto
Office of the US Trustee for the Southern District of New York
33 Whitehall Street
New York, New York 10004

7147740