LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4802
(212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (MS-4321)
Mark A. Broude (MB-1902)
Email: robert.rosenberg@lw.com
      mitchell.seider@lw.com
      mark.broude@lw.com

Attorneys for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION., et al | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                          ) ss.:
COUNTY OF NEW YORK  )

      Lauren Gaskill, being duly sworn, deposes and says:

      1.      I am not a party to this action, am over 18 years of age and am employed by the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022.

      2.      On April 23, 2009, I caused true and correct copies of the Statement of the Official Committee of Unsecured Creditors In Support of Debtors' Motion for Order Directing United States Trustee To (I) Disband Official Committee of Equity Security Holders or, Alternatively, (II) Suspend Activities of Official Committee of Equity Security Holders and Its

NY\1524840.1

Professionals, to be served upon the parties identified in Exhibit A hereto in the manner indicated therein.

/s/ Lauren Gaskill
Lauren Gaskill

Sworn to before me this
23rd day of April, 2009

/s/ Sarita Chalen
Sarita Chalen
Notary Public, State of New York
No. 01CH6028175
Qualified in Bronx County
Commission Expires July 26, 2009

**Exhibit A**

## VIA HAND DELIVERY

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green, 5th Floor
New York, New York 10004

## VIA FED-EX

Brian S. Masumoto
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

## VIA FIRST CLASS MAIL

| | |
|---|---|
| Bruce Simon<br>Cohen Weiss & Simon<br>330 W 42nd St<br>New York, NY 10036 | Paul W. Anderson<br>Flextronics International USA, Inc.<br>2090 Fortune Drive<br>San Jose, CA 95131 |
| Steven J Reisman<br>Curtis Mallet-Prevost Colt & mosle LLP<br>101 Park Ave<br>New York, NY 10178-0061 | Donald Bernstein<br>Davis Polk & Wardwell<br>450 Lexington Ave<br>New York, NY 10017 |
| Sean Corcoran<br>Karen Craft<br>Delphi Corporation<br>5725 Delphi Dr<br>Troy, MI 48098 | Michael Nefkens<br>Electronic Data Systems Corp<br>Bldg. 500 Renaissance Center, Rm. 20A<br>Detroit, MI 48243 |
| Carrie L. Schiff<br>Flextronics International<br>305 Interlocken Parkway<br>Broomfield, CO 80021 | Richard Lee Chambers III<br>Freescale Semiconductor Inc<br>6501 William Cannon Dr West<br>Md Oe16<br>Austin, TX 78735 |

Randall S Eisenberg
FTI Consulting Inc
3 Times Square
11th Fl
New York, NY 10036

Valerie Venable
c/o GE Plastics
9930 Kincey Avenue
Huntersville, NC 28078

Frank L. Gorman, Esq.
Robert B. Weiss, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583

Lonie A Hassel
Groom Law Group
1701 Pennsylvania Ave Nw
Washington, DC 20006

Stephen H Gross
Hodgson Russ LLP
1540 Broadway
24th Fl
New York, NY 10036

Internal Revenue Service
Attn: Insolvency Department, Mario Valerio
290 Broadway, 5th Floor
New York NY 10007

Attn: Insolvency Department
Internal Revenue Service
477 Michigan Ave
Mail Stop 15
Detroit, MI 48226

Conference Board Chairman
IUE-CWA
2360 W Dorothy Ln
Ste 201
Dayton, OH 45439

Bill Derrough
Jefferies & Company Inc
520 Madison Ave
12th Fl
New York, NY 10022

Richard Duker
JPMorgan Chase Bank NA
270 Park Ave
New York, NY 10017

Thomas Moers Mayer
Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Patrick J. Healy
Daniel R. Fisher
Law Debenture Trust of New York
400 Madison Avenue, 4th Floor
New York, NY 10017

Susan Atkins
Gianni Russello
JPMorgan Chase Bank NA
277 Park Ave, 8th Floor
New York, NY 10172

Sheryl Betance
Kurtzman Carson Consultants
2335 Alaska Avenue
El Segundo, CA 90245

NY\1524840.1

David D. Cleary
Mohsin N. Khambati
Jason J. DeJonker
Peter A. Clark
McDermott Will & Emery LLP
227 West Monroe Street
Suite 5400
Chicago, IL   60606

Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, NY 11530-9194

Joseph T Moldovan Esq
Morrison Cohen LLP
909 Third Ave
New York, NY 10022

Office of New York State
Attorney General Andrew M. Cuomo
120 Broadway
New York City, NY 10271

Tom A Jerman
Rachel Janger
O'Melveny & Meyer LLP
1625 Eye St Nw
Washington, DC 20006

Robert Siegel
O'Melveny & Meyer LLP
400 South Hope St
Los Angeles, CA 90071

Jeffrey Cohen
Pension Benefit Guaranty Corporation
1200 K Street Nw
Ste 340
Washington, DC 20005

Ralph L Landy
Pension Benefit Guaranty Corporation
1200 K Street Nw
Ste 340
Washington, DC 20005-4026

Sandra A Riemer
Phillips Nizer LLP
666 Fifth Ave
New York, NY 10103

David L Resnick
Rothschild Inc
1251 Ave Of The Americas
New York, NY 10020

Harvey R. Miller, Esq.
Michael P. Kessler, Esq.
Martin J. Bienenstock, Esq.
Jeffrey L. Tanenbaum, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Robert W Dremluck
Seyfarth Shaw LLP
620 Eigth Avenue
New York, NY 10018-1405

Douglas Bartner
Jill Frizzley
Shearman & Sterling LLP
599 Lexington Ave
New York, NY 10022

Kenneth S Ziman
Robert H Trust
William T Russell Jr
Simpson Thatcher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

NY\1524840.1

| | |
|---|---|
| John Wm Butler<br>John K Lyons<br>Ron E Meisler<br>Skadden Arps Slate Meagher & Flom LLP<br>333 W Wacker Dr<br>Ste 2100<br>Chicago, IL 60606 | Kayalyn A Marafioti<br>Thomas J Matz<br>Skadden Arps Slate Meagher & Flom LLP<br>4 Times Square<br>New York, NY 10036 |
| Chester B Salomon<br>Constantine D Pourakis<br>Stevens & Lee PC<br>485 Madison Ave<br>20th Fl<br>New York, NY 10022 | Albert Togut<br>Togut Segal & Segal LLP<br>One Penn Plaza<br>Ste 3335<br>New York, NY 10119 |
| Alicia M Leonhard<br>United States Trustee<br>33 Whitehall St<br>21st Fl<br>New York, NY 10004-2112 | Fried, Frank, Harris, Shriver & Jacobson<br>One New York Plaza<br>New York, NY  10004<br>Attn: Brad Eric Scheler<br>        Bonnie Steingart<br>        Vivek Melwani<br>        Jennifer L. Rodburg<br>        Richard J. Slivinski |
| Steven M Cimalore<br>Wilmington Trust Company<br>Rodney Square North<br>1100 North Market St<br>Wilmington, DE 19890 | Brown Rudnick Berlack Israels LLP<br>Robert J. Stark<br>Seven Times Square<br>New York, NY 10036 |
| J. Brian McTigue<br>Cornish F. Hitchcock<br>McTigue Law Firm<br>5301 Wisconsin Ave. N.W.<br>Suite 350<br>Washington, DC 20015 | Mark Schonfeld, Regional Director<br>Northeast Regional Office<br>3 World Financial Center<br>Room 4300<br>New York, NY 10281 |
| Daniel D. Doyle<br>Nicholas Franke<br>Spencer Fane Britt & Browne LLP<br>1 North Brentwood Boulevard<br>Tenth Floor<br>St. Louis, MO 63105 | Warner Stevens LLP<br>Michael D. Warner<br>1700 City Center Tower, II<br>301 Commerce Street<br>Fort Worth Texas, 76102 |

NY\1524840.1

| | |
|---|---|
| Tyco Electronics Corporation<br>MaryAnn Brereton<br>60 Columbia Road<br>Morristown, NJ  07960 | Gregory A. Bray, Esq.<br>Thomas R. Kreller, Esq.<br>James E. Till, Esq.<br>Milbank, Tweed Hadley & McCloy LLP<br>601 South Figueroa Street, 30th Floor<br>Los Angeles, CA  90017 |
| John V. Gorman<br>Professional Technologies Services<br>P.O. Box #304<br>Frankenmuth, MI 48734 | Jason, Inc.<br>411 E. Wisconsin Avenue<br>Suite 2120<br>Milwaukee, WI  53202<br>Attn: Beth Klimczak<br>            General Counsel |
| Miami-Dade County Tax Collector<br>Metro-Dade Paralegal Unit<br>140 West Flagler Street<br>Suite 1403<br>Miami, FL  33130 | Dykema Gossett PLLC<br>Gregory J. Jordan<br>10 Wacker<br>Suite  2300<br>Chicago, IL  60606 |
| WL Ross & Co., LLC<br>1166 Avenue of the Americas<br>New York, NY 10036<br>Attn: Stephen Toy | Dykema Gossett PLLC<br>Brendan G. Best, Esq.<br>39577 Woodward Ave, Suite 300<br>Bloomfield Hills, MI  48304 |
| Pickrel-Shaeffer & Ebeling<br>Sarah B. Carter, Esq.<br>2700 Kettering Tower<br>Dayton, OH  45423 | |

**Via E-Mail**

| | | |
|---|---|---|
| aaronsona@pepperlaw.com | arosenberg@paulweiss.com | bmcdonough@teamtogut.com |
| abrilliant@goodwinproctor.com | asherman@sillscummis.com | bmehlsack@gkllaw.com |
| adalberto@canadas.com | aswiech@akebono-usa.com | bnathan@lowenstein.com |
| aee@hurwitzfine.com | attorneystella@sszpc.com | bsmoore@pbnlaw.com |
| aenglund@orrick.com | austin.bankruptcy@publicans.com | cahn@clm.com |
| agbanknewyork@ag.tn.gov | axs@maddinhauser.com | cahope@chapter13macon.com |
| agottfried@morganlewis.com | ayala.hassell@eds.com | carol.weiner.levy@srz.com |
| akatz@entergy.com | bankrupt@modl.com | carol_sowa@denso-diam.com |
| alan.mills@btlaw.com | pwcarey@modl.com | carren.shulman@hellerehrman.com |
| amalone@colwinlaw.com | bankruptcy@goodwin.com | caseyl@pepperlaw.com |
| amathews@robinsonlaw.com | barnold@whdlaw.com | cbattaglia@halperinlaw.net |
| amccollough@mcguirewoods.com | bbeckworth@nixlawfirm.com | ahalperin@halperinlaw.net |
| amcmullen@bccb.com | bellis-monro@sgrlaw.com | jdyas@halperinlaw.net |
| amoog@hhlaw.com | Ben.Caughey@icemiller.com | cbelmonte@ssbb.com |
| andrew.kassner@dbr.com | bharwood@sheehan.com | cdruehl@goodwinproctor.com |
| anne.kennelly@hp.com | bhoover@goldbergsegalla.com | cfortgang@silverpointcapital.com |
| aordubegian@weineisen.com | bkessinger@akebono-usa.com | cgalloway@atsautomation.com |

NY\1524840.1

| | | |
|---|---|---|
| charles@filardi-law.com | gettelman@e-hlaw.com | jmsullivan@mwe.com |
| chill@bsk.com | ggotto@kellerrohrback.com | jmurch@foley.com |
| ckm@greensfelder.com | gkurtz@ny.whitecase.com | joel_gross@aporter.com |
| jpb@greensfelder.com | guzzi@whitecase.com | john.brannon@tklaw.com |
| Cohen.Mitchell@arentfox.com | dbaumstein@ny.whitecase.com | john.gregg@btlaw.com |
| craig.freeman@alston.com | gogimalik@andrewskurth.com | john.persiani@dinslaw.com |
| cs@stevenslee.com | gpeters@weltman.com | john.sieger@kattenlaw.com |
| cp@stevenslee.com | gravert@mwe.com | jonathan.greenberg@BASF.COM |
| csullivan@bsk.com | greenj@millercanfield.com | jorenstein@aoblaw.com |
| dadler@mccarter.com | greg.bibbes@infineon.com | jposta@sternslaw.com |
| dallas.bankruptcy@publicans.com | growsb@wnj.com | jspecf@sternslaw.com |
| david.aaronson@dbr.com | gsantella@masudafunai.com | jrhunter@hunterschank.com |
| david.boyle@airgas.com | gschwed@loeb.com | jrobertson@calfee.com |
| david.lemke@wallerlaw.com | gtoering@wnj.com | JRS@Parmenterlaw.com |
| davidpmartin@erisacase.com | hannah@blbglaw.com | jsalmas@mccarthy.ca |
| davidpmartin@bellsouth.net | hborin@schaferandweiner.com | lsalzman@mccarthy.ca |
| dbaty@honigman.com | heather@inplaytechnologies.com | jshickich@riddellwilliams.com |
| dconnolly@alston.com | heyens@gtlaw.com | jsimon@foley.com |
| dwender@alston.com | Hirsh.Robert@arentfox.com | jsmairo@pbnlaw.com |
| dcrapo@gibbonslaw.com | hkolko@msek.com | jstempel@kirkland.com |
| ddavis@paulweiss.com | hleinwand@aol.com | jtaylor@binghammchale.com |
| ddeutsch@chadbourne.com | holly@regencap.com | wmosby@binghammchale.com |
| ddragich@foley.com | housnerp@michigan.gov | jtaylor@binghammchale.com |
| ddraper@terra-law.com | houston_bankruptcy@publicans.com | wmosby@binghammchale.com |
| ddunn@akingump.com | hwangr@michigan.gov | judith.elkin@haynesboone.com |
| dgheiman@jonesday.com | hzamboni@underbergkessler.com | jvitale@cwsny.com |
| diconzam@gtlaw.com | idizengoff@akingump.com | bceccotti@cwsny.com |
| dladdin@agg.com | ilevee@lowenstein.com | jwilson@tylercooper.com |
| dludman@brownconnery.com | ira.herman@tklaw.com | jwisler@cblh.com |
| dmdelphi@duanemorris.com | jaffeh@pepperlaw.com | jzackin@sillscummis.com |
| dpm@curtinheefner.com | james.bentley@srz.com | karen.dine@pillsburylaw.com |
| dquaid@tcfhlaw.com | jangelovich@nixlawfirm.com | kcookson@keglerbrown.com |
| drosenzweig@fulbright.com | janice.grubin@dbr.com | kcunningham@pierceatwood.com |
| dwdykhouse@pbwt.com | japplebaum@clarkhill.com | ken.higman@hp.com |
| dweiner@schaferandweiner.com | javanzato@apslaw.com | khansen@stroock.com |
| EAKleinhaus@wlrk.com | jay.hurst@oag.state.tx.us | khopkins@milesstockbridge.com |
| ecdolan@hhlaw.com | jay.selanders@kutakrock.com | kim.robinson@bfkn.com |
| echarlton@hiscockbarclay.com | jbernstein@mdmc-law.com | klaw@bbslaw.com |
| efox@klng.com | jcrotty@rieckcrotty.com | kmayhew@pepehazard.com |
| egc@lydenlaw.com | jdonahue@miheritage.com | kmiller@skfdelaware.com |
| egeekie@schiffhardin.com | jeannine.damico@cwt.com | Knathan@nathanneuman.com |
| eglas@mccarter.com | Jeff.Ott@molex.com | knorthup@kutchinrufo.com |
| ekutchin@kutchinrufo.com | jeffery.gillispie@infineon.com | knye@quarles.com |
| elazarou@reedsmith.com | jeisenhofer@gelaw.com | krosen@lowenstein.com |
| elizabeth.flaagan@hro.com | jengland@linear.com | kwalsh@lordbissell.com |
| Elliott@cmplaw.com | jforstot@tpw.com | lawallf@pepperlaw.com |
| emccolm@paulweiss.com | jgtougas@mayerbrown.com | lawtoll@comcast.net |
| emeyers@mrrlaw.net | jguerrier@dreierllp.com | lberkoff@moritthock.com |
| enrique.bujidos@es.pwc.com | jguy@orrick.com | lcurcio@tpw.com |
| ephillips@thurman-phillips.com | jh@previant.com | lekvall@wgllp.com |
| eray@balch.com | mgr@previant.com | lenard.parkins@haynesboone.com |
| ewaters@sheppardmullin.com | jharris@quarles.com | kenric.kattner@haynesboone.com |
| ferrell@taftlaw.com | jhearn@paulweiss.com | lgretchko@howardandhoward.com |
| ffm@bostonbusinesslaw.com | jhlemkin@duanemorris.com | lisa.moore2@nationalcity.com |
| fholden@orrick.com | jkp@qad.com | lloyd.sarakin@am.sony.com |
| fstevens@foxrothschild.com | jkreher@hodgsonruss.com | lmagarik@kjmlabor.com |
| ftrikkers@rikkerslaw.com | jlanden@madisoncap.com | lmcbryan@hwmklaw.com |
| fusco@millercanfield.com | jlapinsky@republicengineered.com | lmurphy@honigman.Com |
| fyates@sonnenschein.com | jlevi@toddlevi.com | lnewman@fagelhaber.com |
| gdiconza@dlawpc.com | jmanheimer@pierceatwood.com | lpeterson@msek.com |
| george.cauthen@nelsonmullins.com | jmbaumann@steeltechnologies.com | lsarko@kellerrohrback.com |
| gerdekomarek@bellsouth.net | jmoennich@wickenslaw.com | claufenberg@kellerrohrback.com |

| | | |
|---|---|---|
| eriley@kellerrohrback.com | pjbenvenutti@jonesday.com | sgross@hodgsonruss.com |
| lschwab@bbslaw.com | pjricotta@mintz.com | shandler@mwe.com |
| madison.cashman@stites.com | pricotta@mintz.com | mquinn@mwe.com |
| maofiling@cgsh.com | pmears@btlaw.com | shandler@sbclasslaw.com |
| maofiling@cgsh.com | Pretekin@coollaw.com | shapiro@steinbergshapiro.com |
| marc.hirschfield@ropesgray.com | prubin@herrick.com | sharon.petrosino@hp.com |
| margot.erlich@pillsburylaw.com | raterinkd@michigan.gov | sholmes@hunton.com |
| mark.houle@pillsburylaw.com | rbeacher@daypitney.com | sjennik@kjmlabor.com |
| mark.owens@btlaw.com | cchiu@daypitney.com | sjfriedman@jonesday.com |
| massimiliano_cini@brembo.it | rcharles@lrlaw.com | sjohnston@cov.com |
| mbusenkell@eckertseamans.com | rdremluk@seyfarth.com | skrause@zeklaw.com |
| mcorrea@jonesday.com | resterkin@morganlewis.com | smcook@lambertleser.com |
| mcruse@wnj.com | Rfeinstein@pszjlaw.com | sokeefe@winthropcouchot.com |
| mdallago@morrisoncohen.com | Ischarf@pszjlaw.com | sopincar@mcdonaldhopkins.com |
| mdebbeler@graydon.com | RGMason@wlrk.com | spaethlaw@phslaw.com |
| metkin@lowenstein.com | rgordon@clarkhill.com | sriley@mcdonaldhopkins.com |
| mfarquhar@winstead.com | rgriffin@iuoe.org | srosen@cb-shea.com |
| mgreger@allenmatkins.com | rheilman@schaferandweiner.com | sselbst@mwe.com |
| mhall@burr.com | rhett.campbell@tklaw.com | sshimshak@paulweiss.com |
| miag@michigan.gov | richard.epling@pillsburylaw.com | steven.keyes@aam.com |
| miag@michigan.gov | richard.kremen@dlapiper.com | susanwhatley@nixlawfirm.com |
| michael.cook@srz.com | rjclark@hancocklaw.com | swalsh@chglaw.com |
| michael.mccrory@btlaw.com | rjones@bccb.com | tbrink@lordbissell.com |
| michaelz@orbotech.com | rjp@pbandg.com | tch@previant.com |
| miller@taftlaw.com | rjsidman@vssp.com | tcohen@sheppardmullin.com |
| mkilgore@UP.com | rkidd@srcm-law.com | tdonovan@finkgold.com |
| mkohayer@aol.com | rlp@quarles.com | tgaa@bbslaw.com |
| mlee@contrariancapital.com | rmcdowell@bodmanllp.com | tguerriero@us.tiauto.com |
| jstanton@contrariancapital.com | rmeth@daypitney.com | timothy.mehok@hellerehrman.com |
| wraine@contrariancapital.com | rnsteinwurtzel@swidlaw.com | tkennedy@kjmlabor.com |
| solax@contrariancapital.com | robert.goodrich@stites.com | tlauria@whitecase.com |
| mmachen@sonnenschein.com | robert.morris@timken.com | featon@miami.whitecase.com |
| mmassad@hunton.com | robert.welhoelter@wallerlaw.com | tmaxson@cohenlaw.com |
| mmeyers@mlg-pc.com | robin.spear@pillsburylaw.com | tmcfadden@lordbissell.com |
| mmoody@okmlaw.com | rpeterson@jenner.com | tom@beemanlawoffice.com |
| mparker@fulbright.com | rrichards@sonnenschein.com | tomschank@hunterschank.com |
| mrichards@blankrome.com | rrosenbaum@mrrlaw.net | tracy.richardson@dol.lps.state.nj.us |
| mrichman@foley.com | rsmolev@kayescholer.com | trenda@milesstockbridge.com |
| mrr@previant.com | rsz@curtinheefner.com | tsable@honigman.com |
| mscott@riemerlaw.com | rthibeaux@shergarner.com | tscobb@vssp.com |
| mseidl@pszjlaw.com | rthibeaux@shergarner.com | tslome@rsmllp.com |
| mshaiken@stinsonmoheck.com | rtrack@msn.com | twardle@sheppardmullin.com |
| msternstein@sheppardmullin.com | rurbanik@munsch.com | vdagostino@lowenstein.com |
| msutter@ag.state.oh.us | jwielebinski@munsch.com | vhamilton@sillscummis.com |
| mtf@afrct.com | drukavina@munsch.com | skimmelman@sillscummis.com |
| mtrentadue@boselaw.com | rusadi@cahill.com | vmastromar@aol.com |
| cdelatorre@boselaw.com | rweisberg@carsonfischer.com | wallace@blbglaw.com |
| murph@berrymoorman.com | rwyron@orrick.com | wbeard@stites.com |
| mviscount@foxrothschild.com | sagolden@hhlaw.com | loucourtsum@stites.com |
| mwarner@warnerstevens.com | sandy@nlsg.com | wendy.brewer@btlaw.com |
| mwinthrop@winthropcouchot.com | sarah.morrison@doj.ca.gov | whanlon@seyfarth.com |
| myarnoff@sbclasslaw.com | sarbt@millerjohnson.com | whawkins@loeb.com |
| mzelmanovitz@morganlewis.com | wolfordr@millerjohnson.com | william.barrett@bfkn.com |
| nhp4@cornell.edu | scargill@lowenstein.com | wmsimkulak@duanemorris.com |
| niizeki.tetsuhiro@furukawa.co.jp | schristianson@buchalter.com | wsavino@damonmorey.com |
| pbaisier@seyfarth.com | sdabney@kslaw.com | bruzinsky@jw.com |
| pbarr@jaffelaw.com | sdeeby@clarkhill.com | dkillen@jw.com |
| pbilowz@goulstonstorrs.com | sdonato@bsk.com | hforrest@jw.com |
| pbosswick@ssbb.com | sdrucker@honigman.com | rbaskin@tblawllp.com |
| pcostello@bbslaw.com | sean@blbglaw.com | ipachulski@stutman.com |
| pgurfein@akingump.com | sfreeman@lrlaw.com | jdavidson@stutman.com |
| pjanovsky@zeklaw.com | sgross@hodgsonruss.com | |

NY\1524840.1