# Baker Hostetler

Baker & Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

April 23, 2009

Marc E. Hirschfield
direct dial: 589.4610
mhirschfield@bakerlaw.com

**VIA ECF**
Clerk of the Court
Southern District of New York
United States Bankruptcy Court
One Bowling Green
New York, New York 10004

      Re:    **Delphi Corporation**
                **Case No. 05-44481 (RDD)**

Dear Sir/Madam:

      This letter is to request that my name and address be electronically removed from the above-referenced case as I am no longer involved with this case and do not wish to receive electronic ECF notices for this case.

Very Truly Yours,

s/Marc E. Hirschfield

Marc E. Hirschfield