```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- x
                                                           :
  In re                                                    :
                                                           :   Case No. 05-44481 (RDD)
  DELPHI CORPORATION, et al.,                              :
                                                           :
                                                           :
                             Debtors.                      :   (Chapter 11)
                                                           :
---------------------------------------------------------- x
```

# DISBANDMENT OF OFFICIAL COMMITTEE
# OF EQUITY SECURITY HOLDERS

Diana G. Adams, the United States Trustee for Region 2, pursuant to the Order Directing the United States Trustee to Disband the Official Committee of Equity Security Holders dated April 23, 2009, hereby disbands the Official Committee of Equity Security Holders in Delphi Corporation, *et al.,* effective as of April 23, 2009.

Dated:  New York, New York
       April 24, 2009

                                      Respectfully submitted,

                                      DIANA G. ADAMS
                                      UNITED STATES TRUSTEE

                By:    /s/  Brian S. Masumoto
                        Trial Attorney
                        33 Whitehall Street, 21st Floor
                        New York, New York 10004-2112
                        Tel. No. (212) 510-0500
                        Fax. No. (212) 668-2255