IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
: 
In re : Chapter 11
:
DELPHI CORPORATION, et al., : Case No. 05-44481 (RDD)
:
Debtors. : (Jointly Administered)
:
---------------------------------- x

AFFIDAVIT OF SERVICE

I, Darlene Calderon, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On April 22, 2009, I caused to be served the documents listed below upon the parties listed on Exhibit A hereto via overnight mail:

1) Debtors' Reply in Support of Expedited Motion to Disband or Suspend Equity Committee (Docket No. 16571)

2) Debtors' Reply in Support of Motion for Orders Under 11 U.S.C. §§ 363, 365, 1123, and 1146 and Fed. R. Bankr. P. 2002, 6004, 6006, and 9014 (A) (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form and Manner of Sale Notices, and (IV) Setting Sale Hearing Date and (B) Authorizing and Approving (I) Sale of Debtors' Assets Comprising Debtors' Brakes and Ride Dynamics Business Free and Clear of Liens, Claims, and Encumbrances, (II) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (III) Assumption of Certain Liabilities ("Debtors' Reply in Support of Brakes and Ride Dynamics Businesses Sale Motion") (Docket No. 16572)

On April 22, 2009, I caused to be served the document listed below upon the party listed on Exhibit B hereto via overnight mail:

3) Debtors' Reply in Support of Expedited Motion to Disband or Suspend Equity Committee (Docket No. 16571)

On April 22, 2009, I caused to be served the document listed below upon the parties listed on <u>Exhibit C</u> hereto via overnight mail:

4) Debtors' Reply in Support of Motion for Orders Under 11 U.S.C. §§ 363, 365, 1123, and 1146 and Fed. R. Bankr. P. 2002, 6004, 6006, and 9014 (A) (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form and Manner of Sale Notices, and (IV) Setting Sale Hearing Date and (B) Authorizing and Approving (I) Sale of Debtors' Assets Comprising Debtors' Brakes and Ride Dynamics Business Free and Clear of Liens, Claims, and Encumbrances, (II) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (III) Assumption of Certain Liabilities ("Debtors' Reply in Support of Brakes and Ride Dynamics Businesses Sale Motion") (Docket No. 16572)

Dated: April 24, 2009

                                                                           */s/ Darlene Calderon*
                                                                           Darlene Calderon

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 24th day of April, 2009, by Darlene Calderon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:    */s/ Vanessa R. Quiñones*

Commission Expires: *3/20/11*

# EXHIBIT A

Delphi Corporation
Response Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Davis, Polk & Wardwell | Donald Bernstein / Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 / 212-450-4213 | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | Debtors |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler / Bonnie Steingart / Jennifer L Rodburg / Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | Counsel to Equity Security Holders Committee |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | Postpetition Administrative Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | Counsel to Official Committee of Unsecured Creditors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | Counsel to the Debtor |
| United States Trustee | Brian Masumoto | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | Counsel to United States Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

4/23/2009 12:53 PM
Response Service List 090422

# EXHIBIT B

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Houlihan Lokey Howard & Zukin | Capital Inc | Attn Tanja I Aalto | 245 Park Avenue | New York | NY | 10167-0001 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

4/23/2009 12:51 PM
Motion to Disband Equity Committee Special Party

# EXHIBIT C

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| ACI Capital | Chad Ellis | 666 Third Avenue 29th Floor | | New York | NY | 10017 | US |
| Advantage Partners LLP | Lincoln Pan | Suite 2008 Two Pacific Place | 88 Queensway | Hong Kong | | | HK |
| AEA Investors Asia Ltd | Susan Lin | 30 F Gloucester Tower | The Landmark 15 Queen's Rd Central | Hong Kong | | | HK |
| Affinia Group Inc | Patrick Manning | 1101 Technology Drive Suite 100 | | Ann Arbor | MI | 48108 | US |
| Affinity Equity Partners | Queenie Ho | Suite 4002 One Exchange Square | 8 Connaught Place | Central Hong Kong | | | HK |
| AFI Partners | E J Antonio III | 1500 Broadway | 14th Floor | New York | NY | 10036 | US |
| AIG Global Investment Corp Asia Ltd | John Leone | Suite 548 Shanghai Centre | 1376 Nanjing West Road | Shanghai | | 200040 | CN |
| AIG Global Investment Group | Rossen Hadjiev | ul Skorupki 5 | | Warsaw | | 00-546 | PL |
| American Capital Partners LLC | Ian Ratner | 59 Maiden Lane | 6th Floor | New York | NY | 10038 | US |
| American Capital Strategies | Jonathan Leiman | 111 South Wacker Drive | Suite 4000 | Chicago | IL | 60606 | US |
| American Capital Strategies Ltd | Dennis Kirby | 2 Bethesda Metro Center 14th Floor | | Bethesda | MD | 20814 | US |
| American Securities Capital Ptnrs | Matthew LeBaron | Chrysler Center | | New York | NY | 10017-4011 | US |
| Amtek Auto Ltd | Kunal Sabharwal | Plot No 16 | Industrial Estate Rozka Meo Sohna | District Gurgaon | Haryana | 121001 | IN |
| Artemis Group | Paul Haviland | 1030 Lake Avenue | | Greenwich | CT | 06831 | US |
| ArvinMeritor Inc | Nick Exton | 2135 West Maple Road | | Troy | MI | 48084 | US |
| Audax Group | Edward Feuerstein Jay Jester | 101 Huntington Avenue | | Boston | MA | 02199-0000 | US |
| Baring Private Equity Asia | Gordon Shaw | Suite 1207 Azia Center | 1233 Lujiazui Ring Road | Pudong | Shanghai | 200120 | CN |
| Baytree Investors | Kevin T Bolhuis | 1121 East Main Street | Suite 100 | St Charles | IL | 60174 | US |
| BDS Brake Group | Gordon Seeley | 9571 Beach Park Drive | | South Lyon | MI | 48178 | US |
| BeijingWest Industries Co Ltd | Attn Mr Fang Jianyi | Jiao Dao Er Jie East | Doudian Village | Fangshang District | Beijing | 102402 | CN |
| Birch Hill Equity Partners | John Loh | 66 Wellington Street W | | Toronto | ON | M5K1A2 | CA |
| Black Eagle Capital Partners LLC | Garrett Kanehann | 6905 Telegraph Rd | Ste 205 | Bloomfield Hills | MI | 48301 | US |
| Blue Point Capital Partners | Jonathan Pressnell | 127 Public Square Suite 5100 | | Cleveland | OH | 44114 | US |
| Blue Wolf Capital Management | Haranjeet Narulla | 48 Wall Street 31st Floor | | New York | NY | 10005 | US |
| Brazos Private Equity Partners LLC | Clint Wood | 100 Crescent Court | | Dallas | TX | 75201 | US |
| Brembo SpA | Roberto Vavassori | Via Brembo n 25 | Curno | Bergamo | | 24035 | IT |
| Caparo plc | D P Dancaster | Caparo House | 103 Baker Street | London | | W1U 6LN | GB |
| Castle Harlan Inc | Marcel Fournier | 150 East 58th Street | | New York | NY | 10155 | US |
| CCMP Capital LLC | Leo Cheung | Suite 3003 | 30 F One IFC | Central Hong Kong | | | HK |
| Chalmers Group | Joseph Jeyanayagam | 6400 Northam Drive | | Mississauga | | OT L4V 1J1 | CA |
| Charlesbank Capital Partners | Jon Biotti | 200 Clarendon Street | 54th Floor | Boston | MA | 02216-0000 | US |
| CITIC Capital Partners | Boon Chew | 1120 Avenue of the Americas | | New York | NY | 10036 | US |
| Compass Group International LLC | Dave Swanson | 61 Wilton Road Second Floor | | Westport | CT | 06880 | US |
| Continental AG | Philipp von Hirschheydt | Vahrenwalder Straße 9 | P O Box 1 69 | Hannover | | D-30165 | DE |
| Crosby Capital Holdings Limited | Jose Borromeo | 2701 Citibank Tower 3 Garden Road | | Central Hong Kong | | | HK |
| CVC Asia Pacific | William Ho | 901 3 ICBC Tower | Citibank Plaza 3 Garden Rd | Hong Kong | | | HK |
| Diversified Machine Inc | Bruce Swift | 28059 Center Oaks Court | | Wixom | MI | 48393 | US |
| Endurance Technologies Pvt Ltd | Anurang Jain | 2 M I D C Industrial Area Waluj | | Aurangabad Maharashtra | | 431 136 | IN |
| Englefield Capital LLP | Florian Schick | Michelin House 81 Fulham Rd | | London | | SW36RD | GB |
| Enterprise Investors | Pawel Sikorski | Emilii Plater 53 | | Warsaw | | 00-113 | PL |
| EQT Partners Asia Limited | Kenneth Lau | 1701 Hutchison House | 10 Harcourt Road | Central Hong Kong | | | HK |
| Ever Rise International Limited | Hsu Cheng Chien | No 699 Puxing Road | Minhang District | Shanghai | | | CN |
| Flex N Gate Corporation | James Zsebok | 409 Patillo Road | | Tecumseh | ON | N8N 2L9 | CA |
| FountainVest Partners | Alex Zhang | 1602 K wah Centre | 1010 Central Huaihai Rd | Shanghai | | 200031 | CN |
| FTE automotive GmbH | Mark Wilhelms | Andreas Humann Str 2 | | Ebern | | D-96106 | DE |
| George Hofman | George Hofman | 312 Kirksway Lane | | Lake Orion | MI | 48362 | US |
| Glencoe Capital LLC | Jason Duzan | 222 W Adams St Shuite 1000 | | Chicago | IL | 60606 | US |
| Gores Technology Group | Bryan Bender Jon Beret | 10877 Wilshire Boulevard | Suite 1805 | Los Angeles | CA | 90024 | US |
| Greenbriar Equity Group LLC | John Daileader Rob Wolf | 555 Theodore Fremd Avenue Ste A 201 | | Rye | NY | 10580 | US |
| Harvest Partners | Emily Heimermann | 280 Park Avenue | 33rd Floor | New York | NY | 10017 | US |
| HBK Investments L P | Anand Gowda | 300 Crescent | Ste 700 | Dallas | TX | 75201 | US |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 3

4/23/2009 12:49 PM
Brakes & Ride Dynamics Sale Motion Special Parties 090331

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Hero Motors Limited | Saurabh Mohan Saxena | 603 International Trade Tower | Nehru Place | New Delhi | | 110 019 | IN |
| Hitachi America Ltd | Paul Carroll | 17225 Federal Drive | Suite 100 | Allen Park | MI | 48101 | US |
| Honigman Miller Schwartz & Cohn LLP | Barbara A Kaye | 130 S First Street Fourth Floor | | Ann Arbor | MI | 48104 | US |
| Insight Equity Partners LP | Eliot Kerlin Jr | 1400 Civic Place | Ste 250 | Southlake | TX | 76092-7641 | US |
| Jacobson Partners | Edward Gaffney | 595 Madison Ave | Ste 3100 | New York | NY | 10022 | US |
| Jefferies Capital Partners | Nicholas Daraviras | 520 Madison Avenue | | New York | NY | 10022 | US |
| Jilin Dongguang Group Corporation | Wang Weiting | Fanrong Rd 2217 | | Changchun | | 130012 | CN |
| Jon Scott Maxwell | Jon Scott Maxwell | Wier Sound Laleham Reach | | Chertsey | | KT16 8RT | GB |
| Kelso & Company | Church Moore | 320 Park Avenue 24th Floor | | New York | NY | 10022 | US |
| Kohlberg & Company | Evan Wildstein | 111 Radio Circle | | Mount Kisco | NY | 10549 | US |
| KPS Capital Partners LP | Ryan Baker | 485 Lexington Avenue 31st Floor | | New York | NY | 10017 | US |
| KPS Special Situations Fund L P | Ilya Koffman | 485 Lexington Avenue | | New York | NY | 10017 | US |
| Lincolnshire Management Inc | Patrick Coyne | Five Concourse Parkway Suite 3000 | | Atlanta | GA | 30328 | US |
| Lioho Machining Works Ltd | Michael Tsung | No 334 Sec 2 | Shin Sheng Rd | Chung Li | Taoyuan | | TW |
| Littlejohn & Co LLC | David Simon | 8 Sound Shore Drive | | Greenwich | CT | 6830 | US |
| Magneti Marelli S p A | Sergio Garue | Viale Aldo Borletti 61 63 | | Corbetta Milano | | 20011 | IT |
| Marathon Asset Management | Carlos Ingles | 461 Fifth Avenue | 10th Floor | New York | NY | 10017 | US |
| Marlin Equity Partners | Ryan Laurin | 2121 Rosecrans Avenue Suite 2370 | | El Segundo | CA | 90245 | US |
| MBK Partners | Kuo Chuan Kung | Unit 3904 K Wah Center | 1010 Huai Hai M Road | Shanghai | | 200031 | CN |
| Metalsa S de R L | Eduardo Barreda | Ave Constitución | 405 Poniente Centro | Monterrey Nuevo León | | C.P. 64000 | MX |
| Mitsubishi Corporation | Arne Fahje | 5665 Plaza Dr | | Cypress | CA | 90630 | US |
| Nautic Partners | James Beakey | 50 Kennedy Plaza | | Providence | RI | 02903-0000 | US |
| Navis Capital | David Ireland | 12th Floor Two Pacific Place | 142 Sukhumvit Road | Bangkok | | 10110 | TH |
| Norstar Auto Industrial Holding | Charlie Zhou | 19 F Tower II Admirality Center | | Hong Kong | | | CN |
| Norstar Founders Group Limited | David Dai | 16 F Tower II | Admiralty Centre 18 Harcourt Rd | Hong Kong | | | CN |
| Odyssey Investment Partners LLC | Rob Aikman | 2201 Rosencrans Avenue | | El Segundo | CA | 90245 | US |
| Olympus Capital | Alex Wu | 3406 One Exchange Square | 8 Connaught Place | Hong Kong | | | HK |
| ONCAP Management Partners L P | Ryan Mashinter | 161 Bay Street | 48th Floor | Toronto | ON | M5J2S1 | CA |
| One Equity Partners | Lee Gardner | 100 Bloomfield Hills Parkway | Suite 170 | Bloomfield Hills | MI | 48304 | US |
| OpenGate Capital | Dionisio Lucchesi | 8383 Wilshire Blvd Suite 950 | | Beverly Hills | CA | 90211 | US |
| Palladium Equity Partners LLC | Alex Ventosa | Rockefeller Center | 1270 Avenue of the Americas | New York | NY | 10020 | US |
| Palladium Equity Partners LLC | Marcos Rodriguez | 1270 Avenue of the Americas | Suite 2200 | New York | NY | 10020 | US |
| Platinum Equity | Joe Onwuegbusi Ryan Fitch | 360 North Crescent Drive | South Building | Beverly Hills | CA | 90210 | US |
| Quad C Management Group | Ashish Rughwani | 156 West 56th Street | Suite 2400 | New York | NY | 10019 | US |
| Quad C Management Group | Thad Jones | 230 East High Street | | Charlottesville | VA | 22902 | US |
| Renco Group Inc | Marv Koenig | 30 Rockefeller Plaza | | New York | NY | 10112 | US |
| SAIC Motor Corp | Qi Zhou Yu Li Zhang | 489 Wei Hai Rd | | Shanghai | | 200041 | CN |
| SOGEFI S p A | Corrado Passera | Via Flavio Gioia 8 | | Milan | | 200149 | IT |
| Stone Ridge Partners | Jim Laird | 111 Hemlock Hill Road | | New Canaan | CT | 06840-0000 | US |
| Sun Capital Partners Inc | Kevin Feinblum | 375 Park Avenue | Suite 1302 | New York | NY | 10152 | US |
| Sun Capital Partners Inc | Scott Edwards | 5200 Town Center Circle Suite 600 | | Boca Raton | FL | 33486 | US |
| Tenneco Inc | Gregg DeSilvio | 500 North Field Drive | | Lake Forest | IL | 60045 | US |
| ThyssenKrupp Budd | Andreas Zumegen | 3155 W Big Beaver Rd | | Troy | MI | 48007-2601 | US |
| Tinicum Capital Partners | Stephanie Chen | One Maritime Plaza | Suite 1650 | San Francisco | CA | 94111 | US |
| Tinnerman Palnut | Joseph Ponteri | 1060 W 130th St | | Brunswick | OH | 44212 | US |
| TK Holdings Inc | Kirk Morris | 2500 Takata Drive | | Auburn Hills | MI | 48326 | US |
| TMB Industries | Jeff Elmer | 980 North Michigan Avenue | Ste 1900 | Chicago | IL | 60611 | US |
| TRW Automotive Inc | Jerry Dekker | 12025 Tech Center Dr | | Livonia | MI | 48150 | US |
| US Department of Justice | Matthew L Schwartz | Assistant United States Attorney | 86 Chambers Street 3rd Fl | New York | NY | 10007 | US |
| VINSON & ELKINS LLP | Attn Xiao Yong & Holly J Warrington | 20 F Beijing Silver Tower | No 2 Dong San Huan Bei Lu | Chaoyang District | Beijing | 100027 | CN |
| Wanxiang America Corporation | Gary E Wetzel Pin Ni | 88 Airport Road | | Elgin | IL | 60123 | US |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

4/23/2009 12:49 PM
Brakes & Ride Dynamics Sale Motion Special Parties 090331

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Wellspring Capital Management LLC | David Mariano | 390 Park Avenue | 5th Floor | New York | NY | 10022 | US |
| ZF Friedrichshafen AG | Christian Schneider SteffenReichelt | Graf von Soden Platz 1 | | Friedrichshafen | | 88046 | DE |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

4/23/2009 12:49 PM
Brakes & Ride Dynamics Sale Motion Special Parties 090331

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Kelley Drye & Warren LLP | Joseph A Boyle | 200 Kimball Drive | | Parsippany | NJ | 07054-0000 |
| Kelley Drye & Warren LLP | Merrill B Stone Craig A Wolfe | 101 Park Avenue | | New York | NY | 10178 |
| Pension Benefit Guaranty Corp | I Goldowitz K Morris J Menke | R Landy C W Owen | 1200 K Street NW | Washington | DC | 20005 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

4/24/2009 1:27 PM
Brakes & Ride Dynamics Reply Special Parties