UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | : | |
| In re | : | Chapter 11 |
| | : | |
| **DELPHI CORPORATION, et al.,** | : | Case No. 05-44481 |
| | : | Jointly Administered |
| Debtors. | : | |

### NOTICE OF CHANGE OF ADDRESS AND FIRM AFFILIATION

**PLEASE TAKE NOTICE** that Elizabeth K. Flaagan, counsel for creditor CoorsTek,

Inc., has joined the law firm of Faegre & Benson LLP and is no longer affiliated with the law

firm of Holme Roberts & Owen LLP[1].  Ms. Flaagan requests that all future notices,

correspondence, and other filings be sent to the address below:

Elizabeth K. Flaagan
FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203-4532
Phone: 303.607.3694
eflaagan@faegre.com

---

[1]      Ms. Flaagan's previous address was: Holme Roberts & Owen LLP, 1700 Lincoln Street, Suite 4100,
Denver, CO  80203.  Ms. Flaagan's previous email address was: Elizabeth.flaagan@hro.com.

Dated:  April 27, 2009                    FAEGRE & BENSON LLP

                                          */s/ Elizabeth K. Flaagan*

                                          Elizabeth K. Flaagan (#22604)
                                          3200 Wells Fargo Center
                                          1700 Lincoln Street
                                          Denver, CO  80203-4532
                                          Phone: 303.607.3694
                                          Fax: 303.607.3600
                                          eflaagan@faegre.com

                                          *Counsel for CoorsTek, Inc.*