**EXHIBIT 4**

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                :
   In re                              :    Chapter 11
                                                :
DELPHI CORPORATION, et al.,                     :    Case No. 05-44481 (RDD)
                                                :
                  Debtor.     :    (Jointly Administered)
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

NOTICE OF SALE OF CERTAIN ASSETS AT AUCTION

PLEASE TAKE NOTICE THAT:

       1.     Pursuant to the Order Under 11 U.S.C. §§ 363 And 1123 And Fed. R. Bankr. P. 2002 And 9014 (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date In Connection With Sale Of Brakes And Ride Dynamics Businesses, entered on **[April __, 2009]** (the "Bidding Procedures Order"), Delphi Corporation ("Delphi") and certain of its affiliates, including certain affiliated chapter 11 Debtors as set forth in the Agreement (the "Selling Debtor Entities"), entered into a Master Sale And Purchase Agreement (the "Agreement") with **Beijing West Heavy Industries Co., Ltd.** and certain of its affiliates (the "Buyers") on March 30, 2009, for the purchase of substantially all of the Selling Debtor Entities' assets (the "Acquired Assets") primarily used in the brakes and ride dynamics businesses of the Selling Debtor Entities (the "Sale Businesses") free and clear of liens, claims, encumbrances, and interests. Capitalized terms used but not otherwise defined in this notice have the meanings ascribed to them in the Sale Motion.

       2.     All interested parties are invited to make an offer to purchase the Acquired Assets in accordance with the terms and conditions approved by the Bankruptcy Court (the "Bidding Procedures") by **11:00 a.m.** (prevailing Eastern time) on **May 11, 2009**. Pursuant to the Bidding Procedures, the Sellers may conduct an auction for the Acquired Assets (the "Auction") beginning at **10:00 a.m**. (prevailing Eastern time) on **May 15, 2009** at the offices of Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Chicago, Illinois 60606 or Four Times Square New York, New York 10036.

       3.     Participation at the Auction is subject to the Bidding Procedures and the Bidding Procedures Order. A copy of the Bidding Procedures is available by contacting the undersigned counsel to the Selling Debtor Entities or by accessing Delphi's Legal Information Website, www.delphidocket.com.

       4.     A hearing to approve the Sale of the Acquired Assets to the highest and best bidder will be held on **May 21, 2009** at 10:00 a.m. (prevailing Eastern time) at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004, before the Honorable Robert D. Drain, United States Bankruptcy Judge. The hearing on the Sale may be adjourned without notice other than an adjournment in open court.

       5.      Objections, if any, to the proposed Sale must be filed and served in accordance with the Bidding Procedures Order and **actually received** no later than **4:00 p.m.** (prevailing Eastern time) on **May 14, 2009**.

This notice is qualified in its entirety by the Bidding Procedures Order.

Dated: _____, 2009
      New York, New York

                             BY ORDER OF THE COURT

                             John Wm. Butler, Jr.
                             John K. Lyons
                             Ron E. Meisler
                             SKADDEN, ARPS, SLATE, MEAGHER
                                 & FLOM LLP
                             333 West Wacker Drive, Suite 2100
                             Chicago, Illinois  60606
                             (312) 407-0700

                               - and -

                             Kayalyn A. Marafioti
                             Thomas J. Matz
                             SKADDEN, ARPS, SLATE, MEAGHER
                                 & FLOM LLP
                             Four Times Square
                             New York, New York 10036
                             (212) 735-3000

                             Attorneys for Delphi Corporation, <u>et</u> <u>al.</u>,
                                 Debtors and Debtors-in-Possession