UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                             :

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FOURTEENTH SUPPLEMENTAL ORDER UNDER 11 U.S.C. §§ 102(1) AND 105
AND FED. R. BANKR. P. 2002(m), 9006, 9007, AND 9014 ESTABLISHING
OMNIBUS HEARING DATES AND CERTAIN NOTICE, CASE
MANAGEMENT, AND ADMINISTRATIVE PROCEDURES

("FOURTEENTH SUPPLEMENTAL CASE MANAGEMENT ORDER")

Upon the motion, dated October 8, 2005 (the "Case Management Motion"),[1] of

Delphi Corporation and certain of its domestic subsidiaries and affiliates, debtors and debtors-in-

possession in the above-captioned cases (collectively, the "Debtors"), for an order under 11

U.S.C. §§ 102(1), 105(a), and 105(d) and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014

establishing (a) omnibus hearing dates, (b) certain notice, case management, and administrative

procedures in the Debtors' chapter 11 cases, and (c) scheduling an initial case conference in

accordance with Rule 1007-2(e) of the Local Bankruptcy Rules for the United States Bankruptcy

Court for the Southern District of New York; and this Court having entered an order granting the

Case Management Motion on October 14, 2005 (Docket No. 245), a supplemental order on

March 20, 2006 (Docket No. 2883) (the "Supplemental Order"), a second supplemental order on

---

[1]     Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Case
Management Motion.

March 28, 2006 (Docket No. 2995), a third supplemental order on April 20, 2006 (Docket No.

3293), a fourth supplemental order on May 3, 2006 (Docket No. 3589), a fifth supplemental

order on May 5, 2006 (Docket No. 3629), a sixth supplemental order on May 11, 2006 (Docket

No. 3730), a seventh supplemental order on May 19, 2006 (Docket No. 3824), an eight

supplemental order on October 26, 2006 (Docket No. 5418), a ninth supplemental order on

October 19, 2007 (Docket No. 10661), a tenth supplemental order on February 4, 2008 (Docket

No. 12487), an eleventh supplemental order on July 15, 2008 (Docket No. 13920), a twelfth

supplemental order on July 23, 2008 (Docket No. 13965), and a thirteenth supplemental order on

December 4, 2008 (Docket No. 14534) (collectively, the "Prior Supplemental Orders"); and this

Court having scheduled additional omnibus hearing dates (the "Omnibus Hearing Dates") in

these cases; it is hereby

ORDERED THAT:

1.      This Court shall conduct the following omnibus hearings in these cases, to

be held in Courtroom 610, United States Bankruptcy Court, Alexander Hamilton Custom House,

One Bowling Green, New York, New York 10004 or as may be determined by the Court.  The

following dates and times have been scheduled as Omnibus Hearing Dates in these chapter 11

cases:

April 23, 2009 at 10:00 a.m. (prevailing Eastern time)

May 21, 2009 at 10:00 a.m. (prevailing Eastern time)

June 16, 2009 at 10:00 a.m. (prevailing Eastern time)

July 23, 2009 at 10:00 a.m. (prevailing Eastern time)

August 20, 2009 at 10:00 a.m. (prevailing Eastern time)

September 24, 2009 at 10:00 a.m. (prevailing Eastern time)

2

2.	Omnibus Hearing Dates thereafter may be scheduled by this Court.  All

matters requiring a hearing in these cases shall be set for and be heard on Omnibus Hearing

Dates unless alternative hearing dates are approved by the Court for good cause shown.

3.	If this Court changes any of the Omnibus Hearing Dates set forth in

Paragraph 1 above, the Debtors are authorized to provide a notice of change of hearing (the

"Notice") in accordance with paragraph 15 of the Supplemental Order.  The terms of such Notice

shall be binding upon all parties-in-interest in these chapter 11 cases and no other or further

notice or order of this Court shall be necessary.

4.	Except as set forth herein, the Prior Supplemental Orders shall continue in

full force and effect.

Dated:	New York, New York
	April 30, 2009


	 ___/s/Robert D. Drain_____
	UNITED STATES BANKRUPTCY JUDGE