# Baker Hostetler

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

April 23, 2009

Marc E. Hirschfield
direct dial: 589.4610
mhirschfield@bakerlaw.com

**VIA ECF**
Clerk of the Court
Southern District of New York
United States Bankruptcy Court
One Bowling Green
New York, New York 10004

    Re:  **Delphi Corporation**
            **Case No. 05-44481 (RDD)**

Dear Sir/Madam:

    This letter is to request that my name and address be electronically removed from the above-referenced case as I am no longer involved with this case and do not wish to receive electronic ECF notices for this case.

Very Truly Yours,

Marc E. Hirschfield

**Miscellaneous:**

05-44481-rdd Delphi Corporation

U.S. Bankruptcy Court

Southern District of New York

Notice of Electronic Filing

The following transaction was received from Marc E. Hirschfield entered on 4/23/2009 at 5:23 PM and filed on 4/23/2009
Case Name: Delphi Corporation
Case Number: 05-44481-rdd
Document Number: 16577

**Docket Text:**
Letter *Requesting Marc Hirschfield Be Removed From This Case and No Longer Receive ECF Notification* filed by Marc E. Hirschfield on behalf of Unknown. (Hirschfield, Marc)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\apinka\Desktop\Delphi.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=4/23/2009] [FileNumber=7587743-0]

[73ec77e73bbeabb1e03b6edfdbfdc765b362de25e854b1eb479ad5804a5f1d7dab2f0
6859f36430902d120cd1f2bd3c03219536da747c2c454e1a22c8ce66adf]]

**05-44481-rdd Notice will be electronically mailed to:**

David B. Aaronson on behalf of Attorney Drinker Biddle & Reath LLP
david.aaronson@dbr.com

Anne Marie Aaronson on behalf of Attorney Pepper Hamilton LLP
aaronsoa@pepperlaw.com

Elizabeth Abdelmasieh on behalf of Creditor Riverside Claims LLC
elizabeth@regencap.com

Marc Abrams on behalf of Attorney Counsel for Certain Tranche C DIP Lenders
maosbny@willkie.com, mabrams@willkie.com

Franklin C. Adams on behalf of Unknown Solid State Stamping
franklin.adams@bbklaw.com

Jennifer L. Adamy on behalf of Attorney Shipman & Goodwin LLP
bankruptcy@goodwin.com

David J. Adler on behalf of Creditor Energy Conversion System
dadler@mccarter.com

Michael J. Alerding on behalf of Creditor M.G. Corporation
malerding@binghammchale.com

Joseph W. Allen on behalf of Spec. Counsel Jaeckle Fleischmann & Mugel,LLP
jallen@jaeckle.com

Christopher A. Andreoff on behalf of Creditor Laura Marion
candreoff@jaffelaw.com, ckelley@jaffelaw.com

Philip D. Anker on behalf of Unknown Wilmer Cutler Pickering Hale and Dorr LLP
philip.anker@wilmerhale.com

Joel D. Applebaum on behalf of Creditor 1st Choice Heating & Cooling, Inc.
japplebaum@clarkhill.com

Bruce D. Atherton on behalf of Unknown Direct Sourcing Solutions, Inc.
batherton@bathertonlaw.com

Allison R. Bach on behalf of Financial Advisor W.Y. Campbell & Company
abach@dickinsonwright.com

Stephen M. Bales on behalf of Interested Party Tremco Incorporated
sbales@zieglermetzger.com

C. David Bargamian on behalf of Creditor RBS Asset Finance, Inc.
dbargamian@bsdd.com

Courtney Engelbrecht Barr on behalf of Creditor D & R Technology LLC
cbarr@lockelord.com, docket@lockelord.com