IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| DELPHI CORP. *et al.*, | ) Case No. 05-44481 (RDD) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**THIRD STIPULATION AUTHORIZING AND DIRECTING THE DELPHI FORMER
OFFICERS AND EMPLOYEES ESCROW AGENT TO DISBURSE INTERIM
PAYMENTS TO THE DELPHI FORMER OFFICERS
AND EMPLOYEES FOR DEFENSE COSTS**

WHEREAS, on August 31, 2007, the parties hereto[1] (the "Parties") entered into a Stipulation and Agreement of Insurance Settlement (the "Insurance Settlement"), attached as Exhibit C to the Motion for Order Preliminarily Approving Settlement, Preliminarily Certifying a Settlement Class, Approving Forms and Methods of Notice, and Setting a Fairness Hearing (the "Motion for Preliminary Approval"), In re: Delphi Corporation Securities, Derivative and "ERISA" Litigation, 05-md-1725 (E.D. Mich.) [Docket No. 228] (attached to the December 7, 2007 Stipulation Authorizing and Directing the Delphi Former Officers and Employees Escrow Agent to Disburse Interim Payments to the Delphi Former Officers and Employees for Defense Costs [Docket No. 11354] (the "First Stipulation") as Exhibit A);

---

[1] This Stipulation is entered into among Delphi Corporation, Delphi Corporation as Debtor in Possession, Delphi Trust I, Delphi Trust II (collectively, "Delphi"); J.T. Battenberg III, Milan Belans, John G. Blahnik, Alan S. Dawes, Paul R. Free, Peter H. Janak, Judith Kudla, and Catherine Rozanski (collectively, the Delphi Former Officers and Employees"); Robert H. Brust, Virgis W. Colbert, David N. Farr, Bernd Gottschalk, Susan A. McLaughlin, Oscar de Paula Bernardes Neto, Cynthia A. Niekamp, John D. Opie, Roger S. Penske, Donald S. Runkle, John D. Sheehan, and Patricia C. Sueltz (collectively, the "Delphi Officers and Directors"); and National Union Fire Insurance Company of Pittsburgh, Pa., Zurich American Insurance Company, Federal Insurance Company, Twin City Fire Insurance Company, American Casualty Company of Reading, PA, Arch Insurance Company, St. Paul Mercury Insurance Company, Great American Insurance Company, Allied World Assurance Company LTD, Endurance Specialty Insurance Ltd., and Starr Excess International (collectively, "Insurers").

-2-

WHEREAS, the Insurance Settlement provides for the creation of a fund for the defense costs of the Delphi Former Officers and Employees (the "Escrow Account"), administered by an escrow agent (the "Delphi Former Officers and Employees Escrow Agent");

WHEREAS, the Insurance Settlement provides that the Delphi Former Officers and Employees Escrow Agent may make payments prior to the Effective Date of the Insurance Settlement (as that term is defined in the Insurance Settlement), provided that: (1) the Delphi Former Officers and Employees provide to the Insurers an unsecured written undertaking (an "Undertaking") to repay any sums so paid if the Insurance Settlement does not become effective and it is later determined that the Delphi Former Officers and Employees were not entitled to the amounts paid; and (2) the Delphi Former Officers and Employees Escrow Agent is authorized to make such payments by an order of this Court either upon uncontested motion or stipulated order notwithstanding the automatic stay, to the extent it applies;

WHEREAS, upon the First Stipulation,[2] this Court entered an Order [Docket No. 11549] authorizing the Delphi Former Officers and Employees Escrow Agent to disburse up to $1 million to the Delphi Former Officers and Employees prior to the Effective Date of Settlement (the "First Order");

WHEREAS, the Delphi Former Officers and Employees Escrow Agent disbursed funds pursuant to the First Order;

WHEREAS, on August 13, 2008, the Parties entered into a Second Stipulation Authorizing and Directing the Delphi Former Officers and Employees Escrow Agent to Disburse

---

[2] The required Undertakings from the Delphi Former Officers and Employees seeking reimbursement were attached as Exhibits B-1 to the First Stipulation.

Interim Payments to the Delphi Former Officers and Employees for Defense Costs (the "Second Stipulation");

WHEREAS, upon the Second Stipulation, this Court entered an Order [Docket No. 14094] authorizing the Delphi Former Officers and Employees Escrow Agent to disburse up to $5 million of the principal amount of funds deposited into the Escrow Account, inclusive of any sums already disbursed, to the Delphi Former Officers and Employees prior to the Effective Date of Settlement (the "Second Order");

WHEREAS, several of the Former Officers and Employees continue to incur defense costs that require reimbursement; and

WHEREAS, the Insurance Settlement has not, to date, received the necessary court approvals to become effective;

NOW, THEREFORE, the Parties hereby stipulate that the Delphi Former Officers and Employees Escrow Agent be authorized and directed by the United States Bankruptcy Court for the Southern District of New York to disburse up to $10 million of the principal amount of funds deposited into the Escrow Account, inclusive of any sums already disbursed, to the Delphi Former Officers and Employees to be used solely for defense costs as set forth in paragraph 10 of the Insurance Settlement.

IT IS SO STIPULATED this ___ day of April, 2009.

PERKINS COIE LLP

By: Timothy W. Burns
1 East Main Street
Suite 201
Madison, WI 53703
Telephone: (608) 663-7487

Facsimile: (608) 6637499

**SHEARMAN & STERLING LLP**

Stuart J. Baskin
Brian H. Polovoy
Marc D. Ashley
599 Lexington Avenue
New York, New York 10022-6069
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

**Counsel for Delphi Corporation, Delphi Trust I, Delphi Trust II, Robert H. Brust, Virgis W. Colbert, David N. Farr, Bernd Gottschalk, Susan A. McLaughlin, Oscar de Paula Bernardes Neto, Cynthia A. Niekamp, John D. Opie, Roger S. Penske, Donald S. Runkle, John D. Sheehan, and Patricia C. Sueltz**

**BAKER BOTTS L.L.P.**

By: *[signature]* William H. Jeffress, Jr.
Joe R. Caldwell, Jr
Bridget M. Moore
Michael G. Pattillo, Jr.
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7788
Facsimile: (202) 639-7980

**Counsel for J.T. Battenberg**

**O'MELVENY & MYERS LLP**

By: Robert N. Eccles
Robert M. Stern
1625 Eye Street, NW
Washington, DC 20006-4001
Telephone: (202) 383-5315
Facsimile: (202) 383-5414

Facsimile: (608) 6637499

**SHEARMAN & STERLING LLP**

Stuart J. Baskin
Brian H. Polovoy
Marc D. Ashley
599 Lexington Avenue
New York, New York 10022-6069
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

**Counsel for Delphi Corporation, Delphi Trust I, Delphi Trust II, Robert H. Brust, Virgis W. Colbert, David N. Farr, Bernd Gottschalk, Susan A. McLaughlin, Oscar de Paula Bernardes Neto, Cynthia A. Niekamp, John D. Opie, Roger S. Penske, Donald S. Runkle, John D. Sheehan, and Patricia C. Sueltz**

**BAKER BOTTS L.L.P.**

By: William H. Jeffress, Jr.
Joe R. Caldwell, Jr
Bridget M. Moore
Michael G. Pattillo, Jr.
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7788
Facsimile: (202) 639-7980

**Counsel for J.T. Battenberg**

**O'MELVENY & MYERS LLP**

By: Robert N. Eccles
Robert M. Stern
1625 Eye Street, NW
Washington, DC 20006-4001
Telephone: (202) 383-5315
Facsimile: (202) 383-5414

-4-

**Counsel for Alan S. Dawes**

**PEPPER HAMILTON LLP**

By: *Matthew J. Lund (w/consent)*
    Matthew J. Lund
    100 Renaissance Center
    Suite 3600
    Detroit, MI 48243-1157
    Telephone: (313) 259-7110

**Counsel for Paul R. Free**

SARETSKY HART MICHAELS & GOULD PC

By: _____
Eric A. Michaels
995 South Eton
Birmingham, Michigan 48009
Telephone: (248) 502-3300

**Counsel for Judith Kudla**

MILLER, CANFIELD. PADDOCK and STONE, PLC

By: _Thomas W. Cranmer (w/consent)_
Thomas W. Cranmer
Matthew P. Allen
150 W. Jefferson, Suite 2500
Detroit, Michigan 48226

**Counsel for John G. Blahnik and Peter H. Janak**

**CLARK HILL PLC**

By: _____
Martin E. Crandall
Charles E. Murphy
500 Woodward Avenue
Suite 3500
Detroit, MI 48226
Telephone: (313) 965-8413

**Counsel for Milan Belans**

**SARETSKY HART MICHAELS & GOULD PC**

By: _____
    Eric A. Michaels
    995 South Eton
    Birmingham, Michigan 48009
    Telephone: (248) 502-3300

**Counsel for Judith Kudla**

**MILLER, CANFIELD, PADDOCK and STONE, PLC**

By: _____
    Thomas W. Cranmer
    Matthew P. Allen
    150 W. Jefferson, Suite 2500
    Detroit, Michigan 48226

**Counsel for John G. Blahnik and Peter H. Janak**

**CLARK HILL PLC**

By: _/s/ Charles E. Murphy_____
    Martin E. Crandall
    Charles E. Murphy
    500 Woodward Avenue
    Suite 3500
    Detroit, MI 48226
    Telephone: (313) 965-8413

**Counsel for Milan Belans**

**BUTZEL LONG PC**

By: _____
David Dumouchel
Laurie J. Michelson
150 W. Jefferson Avenue
Suite 100
Detroit, MI 48226
Telephone: (313) 225-7004

**Counsel for Cathy Rozanski**


**EDWARDS ANGELL PALMER & DODGE LLP**


By: _____
John D. Hughes
Mary-Pat Cormier
111 Huntington Avenue
Boston, MA 02119
Telephone: (617) 951-3373

**Counsel for Allied World Assurance Company and Endurance Specialty Insurance Ltd.**


**WILEY REIN LLP**


By: _____
Kimberly M. Melvin
1776 K Street NW
Washington, DC 20006
Telephone: (202) 719-7403

**Counsel for Federal Insurance Company**

**BUTZEL LONG PC**

By: _____
David Dumouchel
Laurie J. Michelson
150 W. Jefferson Avenue
Suite 100
Detroit, MI 48226
Telephone: (313) 225-7004

**Counsel for Cathy Rozanski**


**EDWARDS ANGELL PALMER & DODGE LLP**

By: _/s/ John D. Hughes_____
John D. Hughes
Mary-Pat Cormier
111 Huntington Avenue
Boston, MA 02119
Telephone: (617) 951-3373

**Counsel for Allied World Assurance Company and Endurance Specialty Insurance Ltd.**


**WILEY REIN LLP**

By: _____
Kimberly M. Melvin
1776 K Street NW
Washington, DC 20006
Telephone: (202) 719-7403

**Counsel for Federal Insurance Company**

**BUTZEL LONG PC**

By: _____
David Dumouchel
Laurie J. Michelson
150 W. Jefferson Avenue
Suite 100
Detroit, MI 48226
Telephone: (313) 225-7004

**Counsel for Cathy Rozanski**

**EDWARDS ANGELL PALMER & DODGE LLP**

By: _____
John D. Hughes
Mary-Pat Cormier
111 Huntington Avenue
Boston, MA 02119
Telephone: (617) 951-3373

**Counsel for Allied World Assurance Company and Endurance Specialty Insurance Ltd.**

**WILEY REIN LLP**

By: /s/ Kimberly Melvin
Kimberly M. Melvin
1776 K Street NW
Washington, DC 20006
Telephone: (202) 719-7403

**Counsel for Federal Insurance Company**

BOUNDAS SKARZYNSKI WALSH & BLACK, LLC

By: /s/ J A Skarzynski
James A. Skarzynski
David T. Burrowes
Nathan L. Strup
200 E. Randolph Drive
Suite 7200
Chicago, IL  60601
Telephone:  (312) 946-4214

**Counsel for Great American Insurance Company**


TWIN CITY FIRE INSURANCE COMPANY

By: _____
James P. Palermini
Hartford Financial Products
2 N. LaSalle St.
4th Floor
Chicago, IL  60602
(312) 384-7934


BAILEY CAVALIERI LLC

By: _____
R. Stacy Lane
10 West Broad Street
Suite 2100
Columbus, OH  43215-3422
Telephone:  (614) 229-3203

**Counsel for Zurich American Insurance Company**

-8-

BOUNDAS SKARZYNSKI WALSH & BLACK, LLC

By: _____
James A. Skarzynski
David T. Burrowes
Nathan L. Strup
200 E. Randolph Drive
Suite 7200
Chicago, IL 60601
Telephone: (312) 946-4214

**Counsel for Great American Insurance Company**

TWIN CITY FIRE INSURANCE COMPANY

By: _____
James P. Palermini
Hartford Financial Products
2 N. LaSalle St.
4th Floor
Chicago, IL 60602
(312) 384-7934

**BAILEY CAVALIERI LLC**

By: _____
R. Stacy Lane
10 West Broad Street
Suite 2100
Columbus, OH 43215-3422
Telephone: (614) 229-3203

**Counsel for Zurich American Insurance Company**

**BOUNDAS SKARZYNSKI WALSH & BLACK, LLC**

By: _____
James A. Skarzynski
David T. Burrowes
Nathan L. Strup
200 E. Randolph Drive
Suite 7200
Chicago, IL 60601
Telephone: (312) 946-4214

**Counsel for Great American Insurance Company**


**TWIN CITY FIRE INSURANCE COMPANY**

By: _____
James P. Palermini
Hartford Financial Products
2 N. LaSalle St.
4th Floor
Chicago, IL 60602
(312) 384-7934


**BAILEY CAVALIERI LLC**

By: _R. Stacy Lane_____
R. Stacy Lane
10 West Broad Street
Suite 2100
Columbus, OH 43215-3422
Telephone: (614) 229-3203

**Counsel for Zurich American Insurance Company**

D'AMATO & LYNCH, LLP

By: _____
    Thomas F. Breen
    70 Pine Street
    New York, NY 10270-0110
    Telephone: (212) 269-0927

**Counsel for National Union Fire Insurance Company of Pittsburgh, Pa. and Starr Excess International**

**KAUFMAN BORGEEST & RYAN LLP**

By: _____
    Wayne E. Borgeest
    99 Park Avenue, 19th Floor
    New York, NY 10016
    Telephone: (212) 980-9600

**Counsel for Arch Insurance Company**

**SEDGWICK, DETERT, MORAN & ARNOLD LLP**

By: _____
    Christopher C. Novak
    125 Broad Street, 39th Floor
    New York, NY 10004-2400
    Telephone: (212) 422-0202

**Counsel for American Casualty Company of Reading PA**

**D'AMATO & LYNCH, LLP**

By: _____
    Thomas F. Breen
    70 Pine Street
    New York, NY 10270-0110
    Telephone: (212) 269-0927

**Counsel for National Union Fire Insurance Company of Pittsburgh, Pa. and Starr Excess International**

**KAUFMAN BORGEEST & RYAN LLP**

By: _____/s/_____
    Wayne E. Borgeest
    99 Park Avenue, 19th Floor
    New York, NY 10016
    Telephone: (212) 980-9600

**Counsel for Arch Insurance Company**

**SEDGWICK, DETERT, MORAN & ARNOLD LLP**

By: _____
    Christopher C. Novak
    125 Broad Street, 39th Floor
    New York, NY 10004-2400
    Telephone: (212) 422-0202

**Counsel for American Casualty Company of Reading PA**

**D'AMATO & LYNCH, LLP**

By: _____
Thomas F. Breen
70 Pine Street
New York, NY 10270-0110
Telephone: (212) 269-0927

**Counsel for National Union Fire Insurance Company of Pittsburgh, Pa. and Starr Excess International**

**KAUFMAN BORGEEST & RYAN LLP**

By: _____
Wayne E. Borgeest
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (212) 980-9600

**Counsel for Arch Insurance Company**

**SEDGWICK, DETERT, MORAN & ARNOLD LLP**

By: _____
Christopher C. Novak
125 Broad Street, 39th Floor
New York, NY 10004-2400
Telephone: (212) 422-0202

**Counsel for American Casualty Company of Reading PA**

-9-

**THOMPSON, LOSS & JUDGE, LLP**

By: _____
Thomas J. Judge
Two LaFayette Centre, Ste. 450
1133 21st Street, NW
Washington, DC 20036
Telephone: (202) 778-4060

**Counsel for St. Paul Mercury Insurance Company**

#8999545 v6