## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
|  | ) |  |
| DELPHI CORP. *et al.*, | ) | Case No. 05-44481 (RDD) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

### CERTIFICATE OF SERVICE

I herby certify that on the 1st day of May, 2009 I electronically filed the

**Third Stipulation Authorizing and Directing the Delphi Former Officers and**

**Employees Escrow Agent to Disburse Interim Payments to the Delphi Former**

**Officers for Defense Costs**, as well as a Proposed Order, in the above-referenced case

using the ECF system that sends notification of such filings to the parties and attorneys of

record registered to receive notice.  I further certify that on the 1st day of May, 2009, I

caused a copy of the above-mentioned documents to be served via Overnight Delivery on

the following:

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Att'n:  General Counsel

Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Att'n Robert J. Rosenberg

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
Att'n:  John Wm. Butler, Jr.

Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Att'n:  Donald Bernstein

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
Att'n:  Bonnie Steingart

Office of the U.S. Trustee for S.D.N.Y.
33 Whitehall Street, Suite 2100
New York, NY 10004
Attn:  Brian Masumoto

<u>Chambers Copy</u>
Hon. Robert D. Drain
United States Bankruptcy Judge
U.S. Bankruptcy Court, S.D.N.Y.
One Bowling Green
New York, NY 10004-1408

**PEPPER HAMILTON LLP**

/s/ Deborah Kovsky-Apap
Matthew J. Lund
Deborah Kovsky-Apap
Suite 3600
100 Renaissance Center
Detroit, Michigan 48243-1157
Telephone:  313.259.7110
Facsimile:  313.259.7926
kovskyd@pepperlaw.com

Dated:  May 1, 2009

#9967566 v2