UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
          In re                           :          Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :          Case No. 05-44481 (RDD)
                                          :
                        Debtors.          :          (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


ORDER, SOLELY AS TO STATUTORY COMMITTEES, EXTENDING DEBTORS'
EXCLUSIVE PERIODS WITHIN WHICH TO FILE AND SOLICIT ACCEPTANCES OF
REORGANIZATION PLAN UNDER 11 U.S.C. § 1121(d)

("FIFTH § 1121(d) STATUTORY COMMITTEE EXCLUSIVITY EXTENSION ORDER")

                    Upon the motion, dated May 1, 2009 (the "Motion"), of Delphi Corporation and

certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned

cases (collectively, the "Debtors"), for an order under 11 U.S.C. § 1121(d) further extending,

solely as between the Debtors and the official committee of unsecured creditors and the official

committee of equity security holders (collectively, the "Statutory Committees"), the Debtors'

exclusive periods within which to file and solicit acceptances of a plan of reorganization

(collectively, the "Exclusive Periods"),[1] and upon the record of the May 21, 2009 hearing held on

the Motion; and this Court having determined that the relief requested in the Motion is in the best

interests of the Debtors, their estates, their creditors, and other parties-in-interest; and it

appearing that proper and adequate notice of the Motion has been given and that no other or

---

[1]    As to other parties in interest, see Order Under 11 U.S.C. § 1121(d) Extending Exclusive Periods, dated April
       30, 2008 (Docket No. 13483).

further notice is necessary; and after due deliberation thereon; and good and sufficient cause

appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1.    This Court has core jurisdiction over these chapter 11 cases and the parties

and property affected hereby pursuant to 28 U.S.C. §§ 157(b) and 1334.  Venue of this

proceeding and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.    The Motion is GRANTED.

3.    The Debtors' exclusive period under 11 U.S.C. § 1121(d) for filing a plan

of reorganization, solely as between the Debtors and the Statutory Committees, is extended

through and including July 31, 2009.

4.    The Debtors' exclusive period under 11 U.S.C. § 1121(d) for soliciting

acceptances of a plan of reorganization, solely as between the Debtors and the Statutory

Committees, is extended through and including September 30, 2009.

5.    Entry of this order is without prejudice to (a) the Debtors' right to seek

such additional and further extensions of the Exclusive Periods, solely as between the Debtors

and the Statutory Committees, as may be necessary or appropriate and (b) the Statutory

Committees' right to seek to reduce the Exclusive Periods, solely as between the Debtors and the

Statutory Committees, for cause in accordance with 11 U.S.C. § 1121(d).

6.    The Debtors and the Statutory Committees expressly reserve their rights to

address, if any of the Exclusive Periods expires, solely as between the Debtors and the Statutory

Committees, whether 11 U.S.C. § 1129(c) prevents the Statutory Committees from filing and

soliciting a competing plan of reorganization.

       7.      This Court shall retain jurisdiction to hear and determine all matters

arising from the implementation of this order.


Dated: New York, New York
      May \_\_\_\_, 2009                       _____

                                        UNITED STATES BANKRUPTCY JUDGE