**EXHIBITS "B" THROUGH "E"**

**UNDER SEAL**