Latham & Watkins LLP
Attention:  Robert J. Rosenberg
and Mark A. Broude
885 Third Avenue
New York, NY 10022

Shearman & Sterling LLP
Attention:  Douglas Bartner
599 Lexington Avenue
New York, NY 10022

Office of the U.S. Trustee
Southern District of New York
Attention:  Alicia M. Leonhard and
Brian Masumoto
33 Whitehall Street, Suite 2100
New York, NY 10044

Delphi Corporation
Attention:  General Counsel
5725 Delphi Drive
Troy, MI 48098

Davis Polk & Wardwell
Attention:  Donald Bernstein and
Brian Resnick
450 Lexington Avenue
New York, NY 10017

Computer Sciences Corporation
Bingham McCutchen LLP
Attention:  Jonathan B. Alter
One State Street
Hartford, CT 06103

Skadden, Arps, Slate, et al.
Attention:  John William Butler, Jr.
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Fried, Frank, Harris, et al.
Attention:  Bonnie Steingart
One New York Plaza
New York, NY