**Hearing Date and Time: May 21, 2009 at 10:00 a.m. Eastern Time**
                                        **Objection Deadline: May 18, 2009 at 4:00 p.m. Eastern Time**

MUNSCH HARDT KOPF & HARR, P.C.
Russell L. Munsch, Esq.
Texas Bar No. 14671500
Raymond J. Urbanik, Esq.
New York   RU 1842
Jay H. Ong, Esq.
Texas Bar No. 24028756
3800 Lincoln Plaza
500 N. Akard Street
Dallas, Texas  75201-6659
Telephone: (214) 855-7500
Telecopier: (214) 855-7584
*Attorneys for Computer Sciences Corporation*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **DELPHI CORPORATION, <u>et</u> <u>al</u>.,** | Case No. 05-44481 (RDD) |
| **Debtors.** | Jointly Administered |

**NOTICE OF MOTION OF COMPUTER SCIENCES CORPORATION
PURSUANT TO 11 U.S.C. § 503 FOR ORDER ALLOWING AND
DIRECTING PAYMENT OF ADMINISTRATIVE EXPENSE
<u>PRIORITY CLAIM FOR UNPAID POST-PETITION OBLIGATIONS</u>**

     PLEASE TAKE NOTICE that on May 6, 2009, Computer Sciences Corporation ("<u>CSC</u>") filed its Motion of Computer Sciences Corporation Pursuant to 11 U.S.C. § 503 for Order Allowing and Directing Payment of Administrative Expense Priority Claim for Unpaid Post-Petition Obligation ("<u>Motion</u>").

     PLEASE TAKE FURTHER NOTICE that a hearing to consider the Motion will be held on **May 21, 2009 at 10:00 a.m. (prevailing Eastern Time)** (the "<u>Hearing</u>") before the

Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), One Bowling Green, Room 610, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the approval of the Motion must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, (c) be filed with the Bankruptcy Court in accordance with the General Order M-242, as amended (registered users of the Bankruptcy Court's case filing system must file electronically and all other parties-in-interest must file on a 3.5 inch disk preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard-copy from directly to the chambers of the Honorable Robert Drain, United States Bankruptcy Judge, and (e) served upon (i) counsel to the Committee, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Attn:  Robert J. Rosenberg and Mark A. Broude), (ii) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Attn:  General Counsel), (iii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Attn:  John Wm. Butler, Jr.), (iv) special counsel to the Debtors, Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022 (Attn:  Douglas Bartner), (v) counsel to the agent under the Debtors' post-petition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Attn:  Donald Bernstein and Brian Resnick), (vi) counsel to the Official Committee of Equity Security Holders, Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York (Attn:  Bonnie Steingart), (vii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York 10044 (Attn:  Alicia M. Leonhard and Brian S. Masumoto), and (viii) counsel to Computer Sciences Corporation, Munsch Hardt Kopf & Harr, P.C., 500 North

Akard Street, Suite 3800, Dallas, Texas 75201-6659 (Attn: Raymond J. Urbanik), in each case so as to be **received** no later than **4:00 p.m. prevailing Eastern Time on May 18, 2008** (the "Objection Deadline").

      PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein will be considered by the Bankruptcy Court at the Hearing. If no objection to the Motion are timely field and served in accordance with the procedures set forth herein, the Bankruptcy Court may enter an order granting the Motion without further notice.

Dated: May 6, 2009

                MUNSCH HARDT KOPF & HARR, P.C.

                By:   */s/ Raymond J. Urbanik*
                     Russell L. Munsch, Esq.
                     Texas Bar No. 14671500
                     Raymond J. Urbanik
                     New York Bar RU 1842
                     Texas Bar No. 20414050
                     Jay H. Ong, Esq.
                     Texas Bar No. 24028756

                     3800 Lincoln Plaza
                     500 N. Akard Street
                     Dallas, Texas 75201
                     Telephone: (214) 855-7500
                     Facsimile: (214) 855-7584

                ATTORNEYS FOR COMPUTER SCIENCES CORPORATION