UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| **DELPHI CORPORATION, <u>et</u> <u>al</u>.,** | Case No. 05-44481 (RDD) |
| Debtors. | Jointly Administered |

**ORDER GRANTING MOTION TO
<u>FILE EXHIBITS UNDER SEAL</u>**

CAME ON FOR CONSIDERATION the Motion to File Exhibits Under Seal (the "<u>Motion</u>"), filed by Computer Sciences Corporation ("<u>CSC</u>"), a creditor and party-in-interest in the above-captioned, jointly administered Chapter 11 bankruptcy cases ("<u>Bankruptcy Case</u>"). After consideration of the Motion, the pleadings of record, the arguments of counsel, and the record before it, the Court has determined that notice of the Motion has been sufficient and appropriate under the particular circumstances, that the relief sought in the Motion is well taken, and that good cause exists for the granting of such relief.

IT IS THEREFORE:

1.  ORDERED that the Motion is GRANTED in all respects. It is further;

2.  ORDERED that CSC is hereby allowed to file the Underlying Exhibits, as defined in the Motion, under seal with this Court, and for in camera review. It is further;

3.  ORDERED that such sealed documents shall remain sealed indefinitely pending further order of this Court upon notice to CSC and the Debtors, or be destroyed upon this Court's final disposition of all proceedings herein, including appeals.

DATED: This _____ day of May, 2009.

                                                                     HON. ROBERT D. DRAIN
                                                                     UNITED STATES BANKRUPTCY JUDGE

**PREPARED BY:**

Russell L. Munsch, Esq.
Texas Bar No. 14671500
Raymond J. Urbanik, Esq.
New York    RU 1842
Texas Bar No. 20414050
Jay H. Ong, Esq.
Texas Bar No. 24028756
MUNSCH HARDT KOPF & HARR, P.C
3800 Lincoln Plaza
500 N. Akard Street
Dallas, Texas  75201
Telephone:  (214) 855-7500
Facsimile:  (214) 855-7584

ATTORNEYS FOR COMPUTER SCIENCES
CORPORATION

**Page 2**

MHDocs 2094176_1 10652.5