Latham & Watkins LLP
Attention:  Robert J. Rosenberg and Mark A. Broude
885 Third Avenue
New York, NY 10022

Delphi Corporation
Attention:  General Counsel
5725 Delphi Drive
Troy, MI 48098

Skadden, Arps, Slate, et al.
Attention:  John William Butler, Jr.
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Shearman & Sterling LLP
Attention:  Douglas Bartner
599 Lexington Avenue
New York, NY 10022

Davis Polk & Wardwell
Attention:  Donald Bernstein and Brian Resnick
450 Lexington Avenue
New York, NY 10017

Fried, Frank, Harris, et al.
Attention:  Bonnie Steingart
One New York Plaza
New York, NY

Office of the U.S. Trustee
Southern District of New York
Attention:  Alicia M. Leonhard and Brian Masumoto
33 Whitehall Street, Suite 2100
New York, NY 10044