IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                              :
   In re                                      :   Chapter 11
                                              :
DELPHI CORPORATION, et al.,                   :   Case No. 05-44481 (RDD)
                                              :
                              Debtors.        :   (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

### AFFIDAVIT OF SERVICE

I, Elizabeth Adam, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On May 1, 2009, I caused to be served the document listed below upon the parties listed on Exhibit A hereto via overnight mail:

Notice of Assumption and Assignment of Executory Contract or Unexpired Lease to Buyers in Connection with Sale of Brakes and Ride Dynamics Businesses (Docket No. 16593) and customized exhibit

Dated: May 6, 2009

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Elizabeth Adam*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Elizabeth Adam

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 6th day of May, 2009, by Elizabeth Adam, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:   */s/ L. Maree Sanders*

Commission Expires:   *10/1/09*

# EXHIBIT A

Delphi Corporation
Brakes and Ride Assumption Notices Special Parties

| Company | Contact | Address 1 | Address 2 | City | State | Zip | Country | Contract Name | Cure |
|---|---|---|---|---|---|---|---|---|---|
| County of Marquette | | Marquette County Courthouse Complex | | Marquette | MI | 49855 | | Lease Agreement between The County of Marquette and Delphi Automotive Systems, LLC dated August 1, 2000 as amended by First Addendum to Lease dated October 11, 2001, Second Addendum to Lease dated November 1, 2001, Third Addendum to Lease dated October 17, 2002, and Fourth Addendum to Lease dated August 1, 2005 | $0.00 |
| Detroit & Mackinac Railway Company | | 1410 South Valley Center Drive | | Bay City | MI | 48706 | | Lease between Detroit & Mackinac Railway Company and General Motors Corporation dated June 26, 1998; including Addendum dated July 1, 1998; Sublease between General Motors Corporation and Delphi Automotive Systems LLC dated December 10, 1998; Assignment of Lease and Termination of Sublease Agreement between General Motors Corporation and Delphi Automotive Systems, LLC dated May 28, 1999; and Assignment and Assumption of Real Estate Lease Agreement between Detroit & Mackinac Railway Company and Osprey, S.A., Ltd. dated September 3, 1999 as amended by Amendment to Lease between Osprey, S.A., Ltd. and Delphi Automotive Systems, LLC dated September 3, 1999, Second Amendment to Lease dated June 24, 2002, Third Amendment to Lease dated December 12, 2003, and Fourth Amendment to Lease dated July 31, 2008 | $0.00 |
| Girlock SA Pty Ltd | Attn: Managing Director | 82 Electron Avenue | PO Box 59 | | | | South Africa | Intellectual Property License and Service Agreement between Girlock SA (Pty) Ltd. and Delphi Technologies, Inc. for I-190 Caliper License dated October 13, 2003 | $0.00 |
| Greystone of Lincoln Inc | | 7 Wellington Rd | | Lincoln | RI | 2865 | | PO#550007626 between Delphi Automotive Systems LLC Delphi Energy & Chassis Div and Greystone of Lincoln Inc; Issued 07/01/02; Expires 12/31/09 | $5,900.00 |
| Greystone of Lincoln Inc | | 7 Wellington Rd | | Lincoln | RI | 2865 | | PO#550006602 between Delphi Automotive Systems LLC Delphi Energy & Chassis Div and Greystone of Lincoln Inc; Issued 07/01/02; Expires 12/31/09 | $19,642.50 |
| Jahm Inc c/o Drawn Metal Products | | 6143 W Howard St | | Niles | IL | 60714-3401 | | PO#550077772 between Delphi Automotive Systems LLC Delphi Energy & Chassis Div and Jahn Inc.; Issues 08/09/05; Expires 12/31/09 | $0.00 |
| Lord Corporation | Mr Gerald M Estes VP BDev | 111 Lord Drive | | Cary | NC | 27511 | | PO # 550004218 | $177,131.61 |
| Lord Corporation | Mr Gerald M Estes VP BDev | 111 Lord Drive | | Cary | NC | 27511 | | PO # 550054424 | $143,566.75 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 4

5/5/2009 5:15 PM
Delphi Brakes and Ride Assumption Notices.xls

Delphi Corporation
Brakes and Ride Assumption Notices Special Parties

| Company | Contact | Address 1 | Address 2 | City | State | Zip | Country | Contract Name | Cure |
|---|---|---|---|---|---|---|---|---|---|
| Lord Corporation | Mr Gerald M Estes VP BDev | 111 Lord Drive | | Cary | NC | 27511 | | Supply and Development Agreement between Lord Corporation and Delphi Automotive Systems LLC, acting through its Delphi Energy & Chassis Division, dated September 17, 2003 re: MR Fluids, as amended through First Amendment dated January 25, 2008 and Second Amendment dated March 26, 2009 | $0.00 |
| Metal Flow Corp | | 11694 James St | | Holland | MI | 49424 | | PO#550007193 between Delphi Automotive Systems LLC Delphi Energy & Chassis Div and Metal Flow Corp; Issued 07/01/02; Expires 12/31/09 | $6,781.33 |
| Mid States Industrial Complex Ltd | | 4000 Miller Valentine Court | | Moraine | OH | 45439 | | Warehouse / Distribution Month -To-Month Agreement of Lease between Mid-States Industrial Complex, Ltd and General Motors Corporation dated March 31, 1997 | $0.00 |
| Mid States Industrial Complex Ltd | 2574 E River Road Bldg 10 LLC | Vernon H Oakley Asset Manager | PO Box 744 | Dayton | OH | 45401-0744 | | Lease dated June 12, 1995 between Mid-States Industrial Complex, Ltd. and General Motors Corporation including Amendments #1-#7 as follows: Amendment #1 dated March 31, 1997, Amendment #2 dated May 29, 1998, Amendment #3 dated August 21, 1998, Amendment #4 dated January 26, 2000, Amendment #5 dated March 8, 2002, Amendment #6 dated February 23, 2005, and Amendment #7 dated June 1, 2008 | $0.00 |
| Mid States Industrial Complex Ltd | 2574 E River Road Bldg 10 LLC | Vernon H Oakley Asset Manager | 4000 Miller Valentine Court | Moraine | OH | 45439 | | Lease dated June 12, 1995 between Mid-States Industrial Complex, Ltd. and General Motors Corporation including Amendments #1-#7 as follows: Amendment #1 dated March 31, 1997, Amendment #2 dated May 29, 1998, Amendment #3 dated August 21, 1998, Amendment #4 dated January 26, 2000, Amendment #5 dated March 8, 2002, Amendment #6 dated February 23, 2005, and Amendment #7 dated June 1, 2008 | $0.00 |
| Mid States Industrial Complex Ltd | 2574 E River Road Bldg 10 LLC | Vernon H Oakley Asset Manager | PO Box 744 | Dayton | OH | 45401-0744 | | Warehouse / Distribution Agreement of Lease dated June 12, 1995 between Mid-States Industrial Complex, Ltd. and General Motors Corporation including Amendments #1-#7 as follows: Amendment #1 dated March 31, 1997, Amendment #2 dated May 29, 1998, Amendment #3 dated August 20, 1998, Amendment #4 dated January 26, 2000, Amendment #5 dated March 8, 2002, Amendment #6 dated February 23, 2005, and Amendment #7 dated July 9, 2008 | $0.00 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 4

5/5/2009 5:15 PM
Delphi Brakes and Ride Assumption Notices.xls

Delphi Corporation
Brakes and Ride Assumption Notices Special Parties

| Company | Contact | Address 1 | Address 2 | City | State | Zip | Country | Contract Name | Cure |
|---|---|---|---|---|---|---|---|---|---|
| Mid States Industrial Complex Ltd | 2574 E River Road Bldg 10 LLC | Vernon H Oakley Asset Manager | 4000 Miller Valentine Court | Moraine | OH | 45439 | | Warehouse / Distribution Agreement of Lease dated June 12, 1995 between Mid-States Industrial Complex, Ltd. and General Motors Corporation including Amendments #1-#7 as follows: Amendment #1 dated March 31, 1997, Amendment #2 dated May 29, 1998, Amendment #3 dated August 20, 1998, Amendment #4 dated January 26, 2000, Amendment #5 dated March 8, 2002, Amendment #6 dated February 23, 2005, and Amendment #7 dated July 9, 2008 | $0.00 |
| Osprey S A Ltd | | 7600 Grand River Avenue | | Brighton | MI | 48114 | | Lease between Detroit & Mackinac Railway Company and General Motors Corporation dated June 26, 1998; including Addendum dated July 1, 1998; Sublease between General Motors Corporation and Delphi Automotive Systems LLC dated December 10, 1998; Assignment of Lease and Termination of Sublease Agreement between General Motors Corporation and Delphi Automotive Systems, LLC dated May 28, 1999; and Assignment and Assumption of Real Estate Lease Agreement between Detroit & Mackinac Railway Company and Osprey, S.A., Ltd. dated September 3, 1999 as amended by Amendment to Lease between Osprey, S.A., Ltd. and Delphi Automotive Systems, LLC dated September 3, 1999, Second Amendment to Lease dated June 24, 2002, Third Amendment to Lease dated December 12, 2003, and Fourth Amendment to Lease dated July 31, 2008 | $0.00 |
| Small Parts Inc SOU | | 600 Humphrey St | | Logansport | IN | 46947-4949 | | PO#550006799 between Delphi Automotive Systems LLC Delphi Energy & Chassis Div and Small Parts Inc; Issued 07/01/02; Expires 12/31/09 | $872.32  **NOTE:** Small Parts has preserved its right to object to the Debtors' proposed cure amount in connection with the Plan. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 4

5/5/2009 5:15 PM
Delphi Brakes and Ride Assumption Notices.xls

Delphi Corporation
Brakes and Ride Assumption Notices Special Parties

| Company | Contact | Address 1 | Address 2 | City | State | Zip | Country | Contract Name | Cure |
|---|---|---|---|---|---|---|---|---|---|
| Small Parts Inc SOU c/o | Taft Stettinius & Hollister LLC | Jeffrey J Graham | One Indiana Square Ste 3500 | Indianapolis | IN | 16204 | | PO#550006799 between Delphi Automotive Systems LLC Delphi Energy & Chassis Div and Small Parts Inc; Issued 07/01/02; Expires 12/31/09 | $872.32  **NOTE:** Small Parts has preserved its right to object to the Debtors' proposed cure amount in connection with the Plan. |
| Stewart EFI Texas LLC c/o | Stewart EFI Connecticut LLC | 27 Leigh Fisher Blvd | | El Paso | TX | 79906-5241 | | PO#550056830 between Delphi Automotive Systems LLC Delphi Energy & Chassis Div and Stewart EFI Texas LLC; Issued 1/22/02; Expires 12/31/09 | $0.00 |
| Tokico USA Inc | Account Manager | 301 Mayde Dr | | Berea | KY | 40403 | | PO # 550069884 | $99,171.49 |
| Tokico USA Inc c/o | Hitachi Automotive Products USA Inc | Paul Carroll | 17225 Federal Dr Ste 100 | Allen Park | MI | 48101 | | PO # 550069884 | $99,171.49 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 4 of 4

5/5/2009 5:15 PM
Delphi Brakes and Ride Assumption Notices.xls