USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Delphi Corporation:<br><br>DELPHI SALARIED RETIREES,<br><br>       Appellants,<br><br>vs.<br><br>DELPHI CORPORATION, et al.,<br><br>       Appellee.<br><br>In re Delphi Corporation:<br><br>DELPHI RETIREE COMMITTEE,<br><br>       Appellants,<br><br>vs.<br><br>DELPHI CORPORATION, et al.,<br><br>       Appellee. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Related Cases No. 1:09-cv-02564 (DAB) &
No. 1:09-cv-02605 (DAB)

On Appeal From Bankruptcy Court
Case No. USBC-SDNY, 05-B-44481 (RDD)

**STIPULATION AND [PROPOSED] ORDER
VOLUNTARILY DISMISSING RELATED APPEALS PURSUANT TO FEDERAL
RULE OF BANKRUPTCY PROCEDURE 8001(c)(2)**

WHEREAS, the Delphi Salaried Retirees Association and other non-union salaried

retirees of Delphi Corporation and its affiliated debtor entities (collectively, "Delphi Salaried

Retirees") and the Committee of Eligible Salaried Retirees ("Retiree Committee") have reached

an agreement (the "Settlement") with the Debtors compromising and settling the disputes at issue

in the Delphi Salaried Retirees' appeal before this Court (Case No. 1:09-cv-02564 (DAB)) and

the Retiree Committee's appeal before this Court (Case No. 1:09-cv-02605 (DAB)) (collectively,

"the Appeals"[1]);

---

[1] On March 30, 2009, the Retiree Committee's appeal of the Bankruptcy Court's March 11, 2009 Final OPEB
Termination Order (case no. 1:09-cv-02605 (DAB)) was accepted as related to Delphi Salaried Retirees' appeal of
the Bankruptcy Court's February 25, 2009 Provisional Salaried OPEB Termination Order already docketed in this
Court (Case No. 1:09-cv-02564 (DAB)).

WHEREAS, on April 2, 2009, the United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court") entered an Order Pursuant to 11 U.S.C. § 363 and Fed. R. Bankr. P. 9019 for Order Approving Debtors' Compromise and Settlement with Committee of Eligible Salaried Retirees and Delphi Salaried Retirees' Association;

WHEREAS, on April 3, 2009, the Bankruptcy Court Bankruptcy Court entered an Amended Order Pursuant to 11 U.S.C. § 363 and Fed. R. Bankr. P. 9019 for Order Approving Debtors' Compromise and Settlement with Committee of Eligible Salaried Retirees and Delphi Salaried Retirees' Association ("Settlement Order");

WHEREAS, pursuant to the parties' Settlement, Debtors have paid certain amounts due at the beginning of May 2009;

WHEREAS, pursuant to the Stipulation and Order Continuing Related Appeals Pending Payment of Certain Sums Pursuant to Bankruptcy Court's Settlement Order entered by the Court on April 6, 2009, the Appeals were continued pending Debtors' payment of certain amounts due at the beginning of May 2009.

Accordingly, by and through their respective counsel, and pursuant to Federal Rule of Bankruptcy Procedure 8001(c)(2), Debtors, the Delphi Salaried Retirees and the Retiree Committee respectfully request and stipulate as follows:

The Appeals shall be dismissed with prejudice.

///

///

2

**IT IS SO STIPULATED.**

DATED:  May 4, 2009.                    FARELLA BRAUN & MARTEL LLP


                                        By:_____/s/ Kelly A. Woodruff_____
                                                 Kelly A. Woodruff

                                        Attorneys for Appellants Delphi Salaried
                                        Retirees and Appellants Retiree Committee


DATED:  May 4, 2009.                    SKADDEN, ARPS, SLATE, MEAGHER &
                                        FLOM LLP


                                        By:_____/s/ Al Hogan_____
                                                 Al Hogan

                                        Attorneys for Appellee, Delphi Corporation, *et
                                        al.*, Debtors and Debtor in Possession

## [PROPOSED] ORDER

Having duly considered the foregoing Stipulation, and good cause appearing,

**IT IS SO ORDERED.**

Dated:        New York, New York
              May **5**, 2009


_Deborah A. Batts_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF NEW YORK