Paul J. Ricotta, Esq. (PR-6002)
MINTZ LEVIN COHN FERRIS
 GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone:  (617) 542-6000
Facsimile:  (617) 542-2241

Attorney for Tokico USA Incorporated

UNITED STAES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------X
                                          :
          In re                           :    Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :    Case No. 05-44481 (RDD)
                                          :
          Debtors.                        :    (Jointly Administered)
                                          :
-----------------------------------------------------------X
```

**OBJECTION OF TOKICO (USA), INC.**
**TO**
**<u>NOTICE OF ASSUMPTION AND ASSIGNMENT OF CONTRACT</u>**

Tokico (USA), Inc. ("<u>Tokico</u>"), by and through its undersigned attorneys, hereby

objects to the assumption and assignment of its contract with Delphi Corporation (the

"<u>Debtor</u>") to Beijing West Heavy Industries Co., Ltd. and certain of its affiliates

(collectively, the "<u>Buyer</u>").  In support of this objection, Tokico hereby states as follows:

**PRELIMINARY STATEMENT**

1.      Tokico is in receipt of that certain Notice of Assumption and Assignment

of Executory Contract Or Unexpired Lease In Connection With Sale of Brakes and Ride

Dynamics Businesses, dated May 1, 2009, by which the Debtor seeks to assume and

assign to the Buyer a certain pre-petition purchase order, PO # 550069884 (the "Purchase

Order"), which had been entered into between Tokico and the Debtor.  A true and

accurate copy of the Purchase Order is attached hereto as Exhibit A.

     2.     The first page of the Purchase Order provides that it expires no later than

December 31, 2008.  Therefore, the Purchase Order has terminated and no executory

contract exists which may be assumed or assigned.

## ARGUMENT AND LAW

     3.     A contract may not be assumed under section 365 if it has already expired

according to its terms. Counties Contracting & Const. Co. v. Constitution Life Ins. Co.,

855 F.2d 1054, 1061 (3d Cir. 1988) (holding contract could not be assumed where debtor

failed to assume contract before it expired 60-days post-petition) citing, In Re Anne Cara

Oil Co., 32 B.R. 643 (Bankr.D.Mass.1983); see e.g., In re Pesce Baking Co., Inc., 43

B.R. 949, 957 (Bankr. N.D. Ohio 1984) (holding that collective bargaining agreement

that expired by its own terms prior to hearing on motion to reject was no longer executory

because "there can be no performance by either party under the terms of the agreement");

In re Spectrum Info. Techs., Inc., 193 B.R. 400, 404 (Bankr.E.D.N.Y.1996) (finding

employment agreement no longer executory where debtor discharged employee after

petition was filed and prior to motion to reject agreement, as employee "no longer had

any material unperformed obligations under the ... [a]greement"); 2 COLLIER ON

BANKRUPTCY ¶ 365.04[2] (15th ed. rev. 2009).

     4.     Once a contract is no longer in existence, the right to assume it is

extinguished. Counties Contracting, 855 F.2d at 1061; see also Penn Traffic Co., 524

F.3d at 381-82 (discussing cases where courts have held contracts expiring post-petition are no longer executory).

5.       Although the significant date for determining whether a contract is executory is at the time when the petition is filed (In re Riodizio, Inc., 204 B.R. 417, 421 (Bankr.S.D.N.Y.1997)), "events after the filing ... may cause the contract to be regarded as not executory when the motion to assume or reject was made, such as contracts which expired post-petition by their own terms after the date of [filing] but before the motion was heard." In re Child World, 147 B.R. 847, 852 (Bankr.S.D.N.Y.1992).

6.       The Purchase Order is not an executory contract because it expired by its own terms on December 31, 2008.  Accordingly, the Purchase Order is not capable of being assumed and assigned pursuant to section 365.

WHEREFORE, for the foregoing reasons, Tokico respectfully requests that the Court enter an order denying the Debtor's request to assume and assign the Purchase Order, and grant such other relief as the Court deems just and proper.


Dated:  May 8, 2009


                                                                    /s/ Paul J. Ricotta
                                                                    Paul J. Ricotta (PR-6002)
                                                                    Mintz, Levin, Cohn, Ferris,
                                                                       Glovsky and Popeo, P.C.
                                                                    One Financial Center
                                                                    Boston, MA 02111
                                                                    (617) 542-6000 (tel.)
                                                                    (617) 542-2241 (fax)

# EXHIBIT A

02/03/2005  15:57    248-813-4588                    PURCHASING                                    PAGE  02

# DELPHI ————————————————————— Energy & Chassis Systems

Page  1  of  2

| Buyer: | Requirements Contract |
|---|---|

**Buyer:**
DELPHI
ENERGY & CHASSIS SYSTEMS
5820 DELPHI DR
TROY, MI 48098

**Requirements Contract**

PO Number                                Date Issued
550069884                                02/03/2005
Version
02/03/2005 15:11:10

**Deliver to:**

*Please deliver to:*
        *See Delivery Schedule*

Vendor No:  1001318
DUNS No:    187300876

TOKICO INC
301 MAYDE DR
BEREA, KY 40403

Payment Terms: ZMIQ2          Currency:  USD

Payment settled on 2nd, 2nd Month

Incoterms:  FOB Freight Collect

GMT265 Hex-free parts

| Item No. | Material No. Description | | | Plant | | | |
|---|---|---|---|---|---|---|---|
| | | | | HP01 DELPHI E & C    PASS BY SALES | | | |
| 00010 | 22231526 | | | | | | |
| | BLC COMPRESSOR MODULE | | | | | | |
| | Valid From | Valid To | Currency | Price | Price Unit | | UOM |
| | 01/01/2005 | 06/30/2005 | USD | 76,370.00 | 1,000 | | PC |
| | 07/01/2005 | 06/30/2006 | USD | 75,224.45 | 1,000 | | PC |
| | 07/01/2006 | 12/31/2008 | USD | 74,096.08 | 1,000 | | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**
This Contract replaces previous contract # --.
*********************

*********************
* As a supplier to Delphi Energy & Chassis you must use a Delphi

Purchasing Contact: Ranek, Danuta

Phone:  248-813-4559

Fax:    248-813-4588

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive,
TROY MI 48098-2815

Date and Time Printed:    02/03/2005 15:11:10

# DELPHI

Energy & Chassis Systems

Page  2  of 2

TOKICO INC
301 MAYDE DR
BEREA KY 40403

## Requirements Contract

PO Number
550069884
Version
02/03/2005 15:11:10

Date Issued
02/03/2005

| Item No. | Material No. Description | Plant |
|---|---|---|

**Notes Continued:**

approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at 800-805-9433. Failure to follow these instructions could result in a charge back to your company

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information. .
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to us this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the Internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Paul J. Ricotta, Esq. (PR-6002)
MINTZ LEVIN COHN FERRIS
 GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone:  (617) 542-6000
Facsimile:  (617) 542-2241

Attorney for Tokico USA Incorporated

UNITED STAES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
                     :

In re                       :      Chapter 11

                       :

DELPHI CORPORATION, et al.,   :      Case No. 05-44481 (RDD)

                       :

Debtors.              :      (Jointly Administered)

                       :
----------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I,  Paul J. Ricotta, Esq.,  hereby certify under penalty of perjury, that on May 8, 2009, I

caused a true and correct copy of the Objection of Tokico (USA), Inc. to Notice of Assumption

and Assignment of Contract to be served by electronic mail and/or by overnight mail to all

persons on the attached Service List.

Dated: May 8, 2009                        /s/ Paul J. Ricotta
                                    Paul J. Ricotta

4611935v.1

# DELPHI MASTER SERVICE LIST
## (Overnight Mail)

Delphi Automatic Systems LLC
5725 Delphi Drive
Troy, MI 48098
ATTN: Legal Staff

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
ATTN: Deputy General Counsel,
Transactional & Restructuring

Ron E. Meisler, Esq.
Allison K. Verderber Herriott, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Donald Bernstein, Esq.
Brian Resnick, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Robert J. Rosenberg, Esq.
Mark A. Broude, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

Bonnie Steingart, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

Phillip D. Torrence, Esq.
Honigman, Miller, Schwartz & Cohn LLP
444 West Michigan Avenue
Kalamazoo, MI 49007

Xiao Yong, Esq.
Vinson & Elkins LLP
20/F, Beijing Silver Tower
No. 2 Dong San Huan Bei Lu, Chaoyang District
Beijing 100027, CHINA

Brian Masumoto
Office of the United States Trustee
  for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

924v.1

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Barnes & Thornburg LLP | Peter A. Clark | One North Wacker Drive | Suite 4400 | Chicago | IL | 60606-2833 | 312-214-5668 | 312-759-5646 | pclark@btlaw.com | Counsel to Rejected Interiors; Motorola; Temic Automotive |
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-209-4801 | rstark@brownrudnick.com | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | bsimon@cwsny.com | Indenture Trustee |
| Curtis Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 212-696-6000 | 212-697-1559 | sreisman@cm-p.com | Counsel to Flextronics International, Inc.; Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell | Donald Bernstein / Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 / 212-450-4213 | 212-450-3092 / 212-450-3213 | donald.bernstein@dpw.com / brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2491 | sean.corcoran@delphi.com / karen.craft@delphi.com | Debtors |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | 303-652-4716 | carrie.schiff@flextronics.com | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | 11th Floor | San Jose | CA | 95131 | 408-428-1308 | | paul.anderson@flextronics.com | Counsel to Flextronics International USA, Inc. |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | troy.chambers@freescale.com | Creditor Committee Member |
| Frank, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler / Bonnie Steingart / Jennifer L. Rodburg / Richard J. Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | bsheler@ffhsj.com / bsteingart@ffhsj.com / jrodburg@ffhsj.com | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | | New York | NY | 10036 | 212-247-1010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | 866-585-2386 | valerie.venable@ge.com | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel to Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 1540 Broadway | 24th Fl | New York | NY | 10036 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Nexcel Corporation |
| Hongman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Hongman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Internal Revenue Service | Attn: Insolvency Department | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 | 313-628-3648 | 313-628-3602 | | Michigan IRS |
| Internal Revenue Service | Attn: Insolvency Department, Maria Valerio | 290 Broadway | 5th Floor | New York | NY | 10007 | 212-436-1038 | 212-436-1931 | maria.valerio@irs.gov | IRS |
| IUE-CWA | Conference Board Chairman | 2360 W. Dorothy Lane | Suite 201 | Dayton | OH | 45439 | 937-294-7813 | 937-294-9164 | | Creditor Committee Member |
| Jefferies & Company, Inc. | William O. Dorrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | bdorrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | 212-270-0430 | susan.russello@jpmorgan.com | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | 310-823-9133 | sbetance@kccllc.com | Noticing and Claims Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | daniel.fisher@lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | patrick.healy@lawdeb.com | Indenture Trustee |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

4/27/2009 5:42 PM
Master Service List 090427

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Lax & Neville LLP | Barry R. Lax, Brent A. Burns | 1412 Broadway, Suite 1407 | | New York | NY | 10018 | 212-892-1999 ext. 220 | 212-586-4531 | | Counsel to the Delphi Retiree Committee |
| McDermott Will & Emery LLP | David D. Cleary | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | | Counsel to Riedical North America, Inc. |
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | | Counsel to Riedical North America, Inc. |
| McDermott Will & Emery LLP | Morsen N. Khambati | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | | Counsel to Riedical North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-9900 | 202-364-9960 | | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave N.W | Suite 350 | Washington | DC | 20015 | 202-364-9900 | 202-364-9960 | | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | 212-682-5015 | | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq, Thomas R Kreller Esq, James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90071 | 213-892-4000 | 213-629-5063 | | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Israel Goldowitz | 1200 K Street, N.W | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | | Chief Counsel to the Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Karen L. Morris, John Menke, Ralph L Landy, Both A. Stengert | 1200 K Street, N.W | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | | Counsel to Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems |
| Rothschild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremak | 620 Eighth Ave | | New York | NY | 10018-1405 | 212-218-5500 | 212-218-5526 | | Counsel to Murata Electronics North America, Inc., Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-848-4000 | 212-848-7179 | | Local Counsel to the Debtors |
| Simpson Thacher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | | Counsel to the Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Stahl Cowen Crowley Addis LLC | Jon D. Cohen, Trent P. Cornell | 55 West Monroe Street | Suite 1200 | Chicago | IL | 60603 | 312-641-0060 | 312-641-6959 | jcohen@stahlcowen.com; tcornell@stahlcowen.com | Counsel to the Delphi Retiree Committee |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 212-319-8500 | 212-319-8505 | cs@stevenslee.com; cp@stevenslee.com | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| Tyco Electronics Corporation | MaryAnn Brereton, Assistant General Counsel | 60 Columbia Road | | Morristown | NJ | 7960 | 973-656-8365 | 973-656-8805 | | Creditor Committee Member |
| United States Trustee | Brian Masumoto | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | 212-668-2255 does not take service via fax | | Counsel to United States Trustee |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | 817-810-5255 | mwarner@warnerstevens.com | Proposed Conflicts Counsel to the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | 212-310-8077 | harvey.miller@weil.com | Counsel to General Motors Corporation |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

4/27/2009 8:42 PM
Master Service List 090427