IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

# AFFIDAVIT OF PUBLICATION OF ERIN OSTENSON IN THE WALL STREET JOURNAL

# AFFIDAVIT

**STATE OF TEXAS** )
) ss:
**CITY AND COUNTY OF DALLAS**)

I, Erin Ostenson, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the Notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for national distribution for <u>one</u> insertion(s) on the following date(s): <u>May 7, 2009</u>; advertiser: <u>Delphi Corporation, et al.</u>; and that the foregoing statements are true and correct to the best of my knowledge.

_____

Sworn to before me this
<u>7th</u> day of <u>May, 2009</u>.

_____
Notary Public



ALBERT FOX
Notary Public, State of Texas
My Commission Expires
February 15, 2012

05-44481-rdd    Doc 16617    Filed 05/13/09    Entered 05/13/09 22:34:58    Main Document
Pg 3 of 3

...a claim, or (iii) to add a new claim to the Schedules, the affected party required to file a proof of claim or amend any previously filed claim in respect of the amended scheduled claim so that the proof is actually received by Epiq on or before the later of (i) the General Bar Date or (y) twenty (20) days after the claimant is served with notice of the amendment or supplement to the Schedules.

Bar Date. A proof of claim relating to a Debtor's rejection of an executory contract or unexpired lease pursuant to a Court order entered approving applicable Debtor's plan of reorganization must be filed so that it is received by Epiq on or before the later of (i) the General Bar Date or (ii) thirty (30) days after the effective date of such Court order.

For purposes of the Bar Date Order and this Notice, the term "claim" means (i) any right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (ii) any right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured as of the Petition Date.

Any person or entity (including, without limitation, any individual, partnership, joint venture, corporation, limited liability company, estate, trust or governmental unit) that is required to file a timely proof of claim in the manner specified by the Bar Date Order and this Notice and that fails to do so on or before the bar date associated with such claim, shall be forever barred, estopped, and enjoined from asserting such claim against the Debtors or thereafter filing a proof of claim with respect to in these chapter 11 cases; (ii) shall not, with respect to such claim, be treated as a creditor of the Debtors for the purposes of voting upon any plan of reorganization in these proceedings; and (iii) shall not receive or be entitled to receive any payment or distribution of property from the Debtors or their successors or assigns with respect to such claim.

Copies of the Schedules and the Bar Date Order are available for inspection during regular business hours at the office of the Clerk of the Bankruptcy Court, U.S. Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market St., Wilmington, DE 19801 or on Epiq's website (http://chapter11.epiqsystems.com/merisant).

Proof of claim forms along with instructions for completing and filing the proof of claim forms have been mailed to all known creditors and parties in interest in the Debtors' chapter 11 cases. If you have not received that mailing or believe that you have a claim against the Debtors, you should contact Epiq at (800) 622-1125 between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Eastern Time), Monday through Friday.

Please note that Epiq's staff is not permitted to give legal advice.

Dated: Wilmington, Delaware, May 7, 2009
BY ORDER OF THE HONORABLE PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE

Attorneys for Debtors:
DLA PIPER LLP
Stuart M. Brown
Richard A. Conlan, Matthew A. Cantor
Andrew F. O'Neill, One
...bergeron, One
...born St., Chicago, IL
Telephone: (312) ...
Fax: (312) 853- ...

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Robert S. Brady (No. 2847), Edwin J. Harron (No. 3396), Edmon L. Morton (No. 3856), Kenneth J. Enos (No. 4544), The Brandywine Building, 1000 West St., 17th Floor, P.O. Box 391, Wilmington, DE 19899-0391, Telephone: (302) 571-6600, Fax: (302) 571-1253

ATTORNEYS FOR DEBTORS AND DEBTORS-IN-POSSESSION

---

(516) 873-2000 and upon signing a confidentiality agreement in a form acceptable to and provided by the Debtors, will be granted access to a Virtual Data Room which has been created by the Debtors with the assistance of KCC.

MORITT HOCK HAMROFF & HOROWITZ LLP
Marc L. Hamroff, Esq., Leslie A. Berkoff, Esq.
400 Garden City Plaza
Garden City, NY 11530
(516) 873-2000
Counsel to the Debtors and Debtors-in-Possession

## NOTICE OF SALE

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re DELPHI CORPORATION, et al., Debtor.
) Chapter 11
) Case No. 05-44481 (RDD)
) (Jointly Administered)

NOTICE OF SALE OF CERTAIN ASSETS AT AUCTION
PLEASE TAKE NOTICE THAT:

1. Pursuant to the Order Under 11 U.S.C. §§ 363 And 1123 And Fed. R. Bankr. P. 2002 And 9014 (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date In Connection With Sale Of Brakes And Ride Dynamics Businesses, entered on **May 1, 2009** (the "Bidding Procedures Order"), Delphi Corporation ("Delphi") and certain of its affiliates, including certain affiliated chapter 11 Debtors as set forth in the Agreement (the "Selling Debtor Entities"), entered into a Master Sale And Purchase Agreement (the "Agreement") with Beijing West Heavy Industries Co., Ltd. and certain of its affiliates (the "Buyers") on March 30, 2009, for the purchase of substantially all of the Selling Debtor Entities' assets (the "Acquired Assets") primarily used in the brakes and ride dynamics businesses of the Selling Debtor Entities (the "Sale Businesses") free and clear of liens, claims, encumbrances, and interests. Capitalized terms used but not otherwise defined in this notice have the meanings ascribed to them in the Sale Motion.

2. All interested parties are invited to make an offer to purchase the Acquired Assets in accordance with the terms and conditions approved by the Bankruptcy Court (the "Bidding Procedures") by **11:00 a.m.** (prevailing Eastern time) on **May 11, 2009**. Pursuant to the Bidding Procedures, the Sellers may conduct an auction for the Acquired Assets (the "Auction") beginning at **11:00 a.m.** (prevailing Eastern time) on **May 15, 2009** at the offices of Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Chicago, Illinois 60606 or Four Times Square New York, New York 10036.

3. Participation at the Auction is subject to the Bidding Procedures and the Bidding Procedures Order. A copy of the Bidding Procedures is available by contacting the undersigned counsel to the Selling Debtor Entities or by accessing Delphi's Legal Information Website, www.delphidocket.com.

4. A hearing to approve the Sale of the Acquired Assets to the highest and best bidder will be held on **May 21, 2009** at 10:00 a.m. (prevailing Eastern time) at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004, before the Honorable Robert D. Drain, United States Bankruptcy Judge. The hearing on the Sale may be adjourned without notice other than an adjournment in open court.

5. Objections, if any, to the proposed Sale must be filed and served in accordance with the Bidding Procedures Order and **actually received** no later than **4:00 p.m.** (prevailing Eastern time) on **May 14, 2009**.

This notice is qualified in its entirety by the Bidding Procedures Order.
Dated: May 1, 2009, New York, New York
BY ORDER OF THE COURT

John Wm. Butler, Jr., John K. Lyons, Ron E. Meisler, SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606, (312) 407-0700

Kayalyn A. Marafioti, Thomas J. Matz, SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, Four Times Square, New York, New York 10036, (212) 735-3000

Attorneys for Delphi Corporation, et al., Debtors and Debtors-in-Possession

---

## LEGAL NOTICE
### ATTENTION

The U.S. Postal Inspection Service, Washington, D.C. gives notice that the following properties were seized for federal forfeiture violations, which are mentioned below. You may contest the seizure in U.S. District Court by filing a claim; the criteria for filing a claim are found at 18 U.S.C. 983. The claim need not be made in any particular form but shall identify the specific property being claimed, state the claimant's interest in such property, and be made under oath, subject to penalty of perjury. A frivolous claim may subject the claimant to a civil fine equal to ten percent of the value of the forfeited property but in no event shall the fine be less than $250.00 or greater than $5,000.00. If you want to request a pardon of the forfeited property, you may submit a petition for remission based on the criteria for filing a petition are found at Title 39, C.F.R., Section 233.7. You should file the petition within 30 days after the Deadline to File Claim. Submit all documents to US Postal Inspection Service, Asset Forfeiture Unit, 1735 N. Lynn Street, Room 4017, Arlington, VA 22209-4017.

Federal Forfeiture Statutes: CSA=Controlled Substance Act, Title 21 USC Section; SEC=Sexual Exploitation of Children, Title 18 USC 2254; CF=Civil Forfeiture, Title 18 USC

**FIRST NOTICE**
DEADLINE TO FILE CLAIM
06/21/2009 ASSET ID, APPRAISED VALUE, STATUTE CODE, DATE SEIZED, SEIZED FROM, PLACE SEIZED

**CALIFORNIA - EASTERN**
09-USP-000645; $16,762.75; CF; 03/02/2009; Hubert Lardizabal, Sacramento, CA; 2006 Nissan Pathfinder SE 4WD VIN# 5N1SR18W76C6211511
09-USP-000646; $300; CF; 03/02/2009; Hubert Lardizabal, Sacramento, CA; One Pair Diamond Earrings
09-USP-000647; $1,513.74; CF; 03/02/2009; Hubert Lardizabal, Sacramento, CA; Sony/Bravia XBR 52" HDTV w/accessories
09-USP-000677; $183.08; CF; 03/06/2009; Hubert Lardizabal, Sacramento, CA; Whalen 2-tier 52" Television Console
09-USP-000722; $950; CF; 03/20/2009; Hubert Lardizabal, Sacramento, CA; Diamond Ring
09-USP-000753; $10,000; CSA; 03/09/2009; Gerald Christopher Mayo, Elk Grove, CA; U.S. Currency

**CALIFORNIA - SOUTHERN**
09-USP-000202; $4,000; CSA; 03/03/2009; Adolph Colefield, San Diego, CA; U.S. Currency

**OHIO - SOUTHERN**
09-USP-000721; $9,690; CSA; 03/12/2009; P. Hernandez Jr., Columbus, OH; U.S. Currency

**PUERTO RICO**
09-USP-000718; $1,840; CSA; 03/04/2009; Jimmy Candelario, Carolina, PR; U.S. Currency
09-USP-000719; $32,000; CSA; 03/04/2009; Emanuel Ortega, Carolina, PR; U.S. Currency
09-USP-000720; $34,000; CSA; 03/04/2009; Ricardo Correa, Carolina, PR; U.S. Currency

**TENNESSEE - WESTERN**
09-USP-000675; $1,307; CF; 03/12/2009; Joseph G. Caronna, Memphis, TN; Funds in Regions Bank Acct# 20061846
09-USP-000696; $322.36; CF; 03/12/2009; Joseph G. Caronna, Memphis, TN; Funds in Regions Bank Acct# 3500943452
09-USP-000697; $28,729.01; CF; 03/12/2009; Joseph G. Caronna, Memphis, TN; Funds in Regions Bank Acct# 60040815
09-USP-000701; $4,750; CF; 03/06/2009; Joseph G. Caronna, Cordova, TN; 2002 Honda Shadow Motorcycle VIN# 1HFSC46022A007372
09-USP-000702; $20,100; CF; 03/06/2009; Joseph G. Caronna, Cordova, TN; 1980 Red Chevrolet Corvette VIN# 1Z878AS403355
09-USP-000727; $160; CF; 03/06/2009; Joseph G. Caronna, Cordova, TN; U.S. Currency

**TEXAS - SOUTHERN**
09-USP-000740; $7,198; CSA; 03/11/2009; Jonathan Deanda, McAllen, TX; U.S. Currency

**SECOND NOTICE**
DEADLINE TO FILE CLAIM
06/14/2009 ASSET ID, APPRAISED VALUE, STATUTE CODE, DATE SEIZED, SEIZED FROM, PLACE SEIZED

**ARIZONA**
09-USP-000709; $3,000; CSA; 03/04/2009; Jaime Matters, Tucson, AZ; Three (3) USPS Money Orders

**GEORGIA - NORTHERN**
09-USP-000680; $5,412.61; CF; 03/05/2009; Anthony C. Montcalm, Decatur, GA; Funds in Wachovia Bank Acct# 1010174577267

**KENTUCKY - EASTERN**
09-USP-000747; $10,300; CSA; 02/26/2009; Michael Mason, Dry Ridge, KY; 2003 Dodge Ram SLT VIN: 3D7LA38603G714124

**NORTH CAROLINA - WESTERN**
09-USP-000726; $1,690; CSA; 02/25/2009; Curtis Watson, Charlotte, NC; U.S. Currency

**PUERTO RICO**
09-USP-000644; $...; 02/25/2009; Rober... Juan, PR; U.S. Cu...

**THIRD NOTICE**
DEADLINE TO FILE CLAIM
06/07/2009 ASSET ID, APPRAISED VALUE, STATUTE CODE, DATE SEIZED, SEIZED FROM, P...

**ARIZONA**
09-USP-000600; $...; 02/18/2009; Terry ..., U.S. Currency

**CALIFORNIA - CENTRAL**
09-USP-000622; $...; 02/23/2009; Miss T... Los Angeles, CA; ...
09-USP-000624; $...; 02/23/2009; Miss T... Los Angeles, CA; ... (17) Various Money...
09-USP-000625; $...; 02/19/2009; Keith ... Beach, CA; U.S. C...

**MINNESOTA**
09-USP-000620; $...; 02/20/2009; Jean A... Minneapolis, MN; ...

**PUERTO RICO**
09-USP-000655; $...; 02/20/2009; Raul L..., PR; U.S. Currency
09-USP-000656; $...; 02/20/2009; Alberto... Carolina, PR; U.S. ...



The Property described NOT listed for the p...

---

**MIDDLE DISTRICT OF ALABAMA**
407-2009-002; $31,595.00; 03/19/2009; Lincoln Town Car, VIN #1LNLM82W6PY615208; Secret Service DOI information on prop...

---



ASSEMBLE * RECONSIDER
TIME TO * REVIVE * REWRITE
REBUILD * RENEW * YOUR CAREER?
WSJ.com/REINVENT
THE WALL STREET JOURNAL

---

# HELP YOUR BUSINESS GROW,
# BY WORKING AROUND THE CLOCK

**AT THE WALL STREET JOURNAL,** we understand that, in business, timing is everything. That's why all day, everyday, our print and online advertising sales representatives are just one simple, toll-free phone call away. To make great connections with 3.2 million of the most powerful and successful people in business, call us. Any time, any day, from any place in the world. We're open for **your** business now. Call **1.800.366.3975**.