IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

**AFFIDAVIT OF PUBLICATION OF TIM HART IN THE FINANCIAL TIMES**

# AFFIDAVITS

**IN THE MATTER OF:** DELPHI CORPORATION

**STATE OF NEW YORK:**

**ss:**

**COUNTY OF NEW YORK:**

I, Tim Hart, being duly sworn, hereby certify that (a) I am the Vice President - Financial Advertising of FT Publications, Inc., Publisher of the FINANCIAL TIMES, a daily newspaper general circulation in the City and County of New York, and (b) that the Notice of which the annexed is a copy was published in the WORLDWIDE EDITIONS OF THE FINANCIAL TIMES on the

**7TH day of MAY 2009**

**VICE-PRESIDENT OF ADVERTISING -FINANCIAL ADVERTISING:**

**SWORN TO BEFORE ME THIS:**

Hope Kaye

**NOTARY PUBLIC**

HOPE KAYE
Notary Public, State of New York
No. 31-4944197
Qualified in New York County
Commission Expires 11/14/10

...s intin voicing... is contentious that there was ...rging in the ...tor eschewing

...ened to be the ...drop financial

...ently," said Mr Polman.

In the past few years, Unilever has sold €5bn ($6.6bn) worth of businesses under Patrick Cescau, the former chief executive.

See Lex

...plicated since he took over as chief executive. His decision to scrap financial targets last quarter caused a 6 per cent fall in the company's share price – and his remarks to the FT that it is not "inevitable" that Uni-

...the job of Unilever chief executive, get the company to compete more effectively with its rivals, which include Procter & Gamble and Nestlé? For a start, Mr Polman says focusing on "a growth agenda" marks a

...wants to improve organic growth by improving Unilever's relationships with its customers. To do this, Unilever is creating "customer innovation centres" where they will test new products and run focus groups with

...margins and working ca... tal. "Everybody now has t... same target," he says. B... structural changes are n... on the agenda. Althou... some investors have su... gested Unilever would ma... more money if it split i...

## ...ces

...KRUPTCY COURT
...T OF NEW YORK

...EA LIMITED,
...oreign Proceeding.

In a Case Under Chapter 15 of the Bankruptcy Code
Case No. 09-12641 (RDD)

...ING OF A PETITION UNDER CHAPTER 15 OF THE UNITED STATES ...DE AND ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINING ...DER SCHEDULING HEARING TO CONSIDER CHAPTER 15 PETITION

...TICE that, on April 28, 2009, Roy Bailey, Alan Robert Bloom, Colin Peter ...nas Merchant Burton (collectively, the "Petitioners"), appointed Joint ...exco North Sea Limited (the "Company") by the High Court of Justice of ...e "High Court"), as the duly authorized foreign representatives, as defined by ...11 of the United States Code (the "Bankruptcy Code"), by their United States ...& Parke LLP, filed a Petition (the "Petition") pursuant to Chapter 15 of the ...the United States Bankruptcy Court for the Southern District of New York (the ...gnition of the Company's administration proceeding under the Insolvency Act ...The High Court (the "English Proceeding") as a "foreign main proceeding," as ...2(4) of the Bankruptcy Code.

...RTHER NOTICE that, in addition to the Petition, the Petitioners filed, among ...ied Petition Under Chapter 15 for Recognition of a Foreign Main Proceeding ...rder to Show Cause (with Temporary Restraining Order) and Preliminary ...d Petition"), and (ii) the Memorandum of Law in Support of (i) Verified Petition ...Recognition of a Foreign Main Proceeding and (II) Application for Order to ...mporary Restraining Order) and Preliminary Injunction (collectively, the ...s").

...RTHER NOTICE that the Court has issued an Order to Show Cause with ...Order and Order Scheduling Hearing to Consider Chapter 15 Petition, dated ...O") Dkt. No. 9, pursuant to which a hearing will be held on May 6, 2009 at ...Date") before the Honorable Robert D. Drain in Room 610 of the Bankruptcy ...Green, New York, New York, to consider the Petitioners' request for a ...Order (the "Preliminary Injunction"):

...persons and entities from commencing or continuing any action or legal ...without limitation, arbitration, or any judicial, quasi-judicial, administrative or ...ceeding or process whatsoever) (each, an "Action"), including any discovery, ...or against its assets or the proceeds thereof; (ii) enforcement of any judicial, ...strative or regulatory judgment, assessment or order or arbitration award ...r its assets or the proceeds thereof; and (iii) commencement or continuation ...e, perfect or enforce any lien, setoff or other claim against the Company or ...ets or the proceeds thereof; provided, however, that no action described in ...9,560, 561, 562, and 1519(d) and (f) of the Bankruptcy Code (the "Excepted ...ined;

...rsons and entities other than the Petitioners, as Joint Administrators of the ...ging or exercising control over the Company's assets except as expressly ...ioners in writing; and

...sons and entities from continuing the Attachment Actions (as defined in the ...vided however, that the parties to the Attachment Actions are permitted to ...d obtain relief from the United States District Court for the Southern District of ...Court") solely in connection with or in response to requests or motions for ...achments (as defined in the Verified Petition).

...RTHER NOTICE that, pending the Return Date, all persons and entities are ...ed from (a) continuing any Action or commencing any additional Action, ...y, or its assets or the proceeds thereof; (b) enforcing any judicial, quasi- ...or regulatory judgment, assessment or order or arbitration award against the ...or the proceeds thereof; (c) commencing or continuing any Action to create, ...lien, setoff or other claim against the Company or against any of its assets or ...(d) managing or exercising control over the Company's assets except as ...y the Petitioners in writing; or (e) continuing the Attachment Actions; provided, ...ted Actions are not enjoined or prohibited, and (ii) parties to the Attachment ...and seek and obtain relief from the District Court in connection with or in ...r motions for orders vacating the Attachments.

...RTHER NOTICE that until further order of the Court, the Petitioners, as Joint ...Company, are established as the exclusive representatives of the Company ...appear in any court on behalf of the Company and to apply directly to any ...ates for relief in that court, including, without limitation, seeking to stay any ...equest or motion for an order vacating an attachment, and (ii) the exclusive ...the Company's assets and affairs including, without limitation, any transfer of ...y bank accounts maintained by the Company.

...RTHER NOTICE that responses or objections to the Petitioners' request for a ...shall be filed with the Court, with a copy to the Chambers of the Honorable ...ed States Bankruptcy Judge, and served on Chadbourne & Parke LLP, 30 ...w York, New York 10112 (Attention: Howard Seife, Esq.), attorneys for the ...received on or before May 5, 2009 at 12:00 noon.

...RTHER NOTICE that a hearing to consider the Petition and the Petitioners' ...of the English Proceeding as a foreign main proceeding, for a permanent ...l relief shall be held before the Court, in Room 610 of the United States ...he Southern District of New York, One Bowling Green, New York, New York, ...0:00 a.m. (the "Recognition Hearing"), or as soon thereafter as counsel may

...RTHER NOTICE that responses or objections to the Petitioners' request for ...lish Proceeding as a foreign main proceeding, a permanent injunction and ...rms set forth in the Petition shall be filed with the Court, with a copy to the ...orable Robert D. Drain, United States Bankruptcy Judge, and served on ...LP, 30 Rockefeller Plaza, New York, New York 10112 (Attention: Howard Seife, ...Petitioners, so as to be received on or before May 18, 2009 at 12:00 noon.

...RTHER NOTICE that all parties-in-interest opposed to the Petitioners' request ...nglish Proceeding as a foreign main proceeding, a permanent injunction and ...ear at the Court on the Recognition Hearing.

...RTHER NOTICE that the hearing to consider the Petitioners' request for ...lish Proceeding as a foreign main proceeding, a permanent injunction and ...s for the Preliminary Injunction may be adjourned from time to time without ...nouncement in open court.

...RTHER NOTICE that if no response or objection is timely filed and served as ...Court may issue the Preliminary Injunction and/or an order granting the ...r recognition of the English Proceeding as a foreign main proceeding, a ...nd related relief without further notice. Copies of the Petition, the Supporting ...O will be made available upon request at the office of the Petitioners' United ...address below:

...ADBOURNE & PARKE LLP • Attorneys for the Petitioners
...efeller Plaza • New York, New York 10112 • (212) 408-5100
Attn: Howard Seife, Esq. and Francisco Vazquez, Esq.

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br>DELPHI CORPORATION, et al.,<br>Debtor. | Chapter 11<br>Case No. 05-44481 (RDD)<br>(Jointly Administered) |

NOTICE OF SALE OF CERTAIN ASSETS AT AUCTION

PLEASE TAKE NOTICE THAT:

1. Pursuant to the Order Under 11 U.S.C. §§ 363 And 1123 And Fed. R. Bankr. P. 2002 And 9014 (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date In Connection With Sale Of Brakes And Ride Dynamics Businesses, entered on **May 1, 2009** (the "Bidding Procedures Order"), Delphi Corporation ("Delphi") and certain of its affiliates, including certain affiliated chapter 11 Debtors as set forth in the Agreement (the "Selling Debtor Entities"), entered into a Master Sale And Purchase Agreement (the "Agreement") with Beijing West Heavy Industries Co., Ltd. and certain of its affiliates (the "Buyers") on March 30, 2009, for the purchase of substantially all of the Selling Debtor Entities' assets (the "Acquired Assets") primarily used in the brakes and ride dynamics businesses of the Selling Debtor Entities (the "Sale Businesses") free and clear of liens, claims, encumbrances, and interests. Capitalized terms used but not otherwise defined in this notice have the meanings ascribed to them in the Sale Motion.

2. All interested parties are invited to make an offer to purchase the Acquired Assets in accordance with the terms and conditions approved by the Bankruptcy Court (the "Bidding Procedures") by **11:00 a.m.** (prevailing Eastern time) on **May 11, 2009**. Pursuant to the Bidding Procedures, the Sellers may conduct an auction for the Acquired Assets (the "Auction") beginning at **11:00 a.m.** (prevailing Eastern time) on **May 15, 2009** at the offices of Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Chicago, Illinois 60606 or Four Times Square New York, New York 10036.

3. Participation at the Auction is subject to the Bidding Procedures and the Bidding Procedures Order. A copy of the Bidding Procedures is available by contacting the undersigned counsel to the Selling Debtor Entities or by accessing Delphi's Legal Information Website, www.delphidocket.com.

4. A hearing to approve the Sale of the Acquired Assets to the highest and best bidder will be held on **May 21, 2009** at 10:00 a.m. (prevailing Eastern time) at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004, before the Honorable Robert D. Drain, United States Bankruptcy Judge. The hearing on the Sale may be adjourned without notice other than an adjournment in open court.

5. Objections, if any, to the proposed Sale must be filed and served in accordance with the Bidding Procedures Order and **actually received** no later than **4:00 p.m.** (prevailing Eastern time) on **May 14, 2009**.

This notice is qualified in its entirety by the Bidding Procedures Order.

Dated: May 1, 2009, New York, New York

BY ORDER OF THE COURT

| | |
|---|---|
| John Wm. Butler, Jr., John K. Lyons, Ron E. Meisler, SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606, (312) 407-0700 | Kayalyn A. Marafioti, Thomas J. Matz, SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, Four Times Square, New York, New York 10036, (212) 735-3000 |

Attorneys for Delphi Corporation, et al., Debtors and Debtors-in-Possession

## Contracts & Tenders


**BHARAT HEAVY ELECTRICALS LTD., BHOPAL**

**MATERIAL MANAGEMENT (COPPER)**
**PIPLANI - BHOPAL - 462 022 (M.P.) INDIA**
**PHONE : +91 755 2503098, 2502743 FAX : +91 755 2500023**
**E-Mail : anigudkar@bhelbpl.co.in , rkkhare@bhelbpl.co.in**

**Expression of Interest**
**TENDER NOTICE NO. MM/CU/2009-10/01**

Expression of Interest are invited for supply of Wire Bars and Oxygen Free Continuous Cast Copper Rods. The details of specifications is mentioned in annexure-I which can be downloaded from our website against Tender Notice No. MM/CU/2009-10/01.

The registration forms can be downloaded from our website **http://www.bhelbhopal.com** & corporate website **http://www.bhel.com**

Our annual requirement for these items is approx. 500 MT.

Interested parties may apply for registration by submitting the duly filled in format available on the website. Last date for submitting the tender is 30th June 2009.

CPR-10(T)/15/09-10/PPX/ASP **AGM (MM-PPX)**

**MADHYA PRADESH POWER GENERATING COMPANY LIMITED.** OFFICE OF THE EXECUTIVE DIRECTOR (CIVIL) P&D : PROJECT BLOCK NO.1, SHAKTI BHAVAN, RAMPUR, JABALPUR(M.P.)-INDIA PHONE NO. 91761-2702810/2702824/2702838/2664250 FAX NO. 91 761 2664250 e-mail: cecivilpndproject@bsnl.in- **INTERNATIONAL COMPETITIVE BIDDING FOR GENERAL CIVIL WORK-I PACKAGE OF 2X600MW** SHRI SINGAJI THERMAL POWER PROJECT AT DONGALIA/ PURNI, DISTT. KHANDWA (M.P.) INDIA (SPECIFICATION NO. MPPGCL/CIVIL-P&D:PROJECT/SSTPP/ICB/02) **DETAILED SCOPE, QUALIFYING CRITERIA** AND OTHER DETAILS MAY BE VIEWED AND DOWNLOADED **FROM WEBSITE www.mppgenco. nic.in.** LAST DATE OF SALE OF BID DOCUMENT IS 25th MAY 2009 UPTO 13.00 HRS.


## ...ice

...iness by correspondence
...BUILD LIMITED
...ber: 03953932
...URT OF JUSTICE
...OF 2009
...bmission of votes:
...at 12.00 noon
...pursuant to Rules 2.34 and ...s 1986 that votes (on Form ...o the Administrators at the ...date.
...d details of the proposed ...l from the Administrators at ...

## Business For Sale


**Mineral water well for sale in Europe**

The well produces 45 million liters of excellent quality natural mineral water per year. For more information. Visit:
www.asvanyvizkut13.fw.hu
or call +36-30-7600-991


## Businesses for sale

# Asia Aluminun... step up fight f...

INDUSTRIAL METALS

## KPMG hired to help hedge funds

### Case seen as guide to investor rights

**By Sundeep Tucker in Hong Kong**

A group of foreign shareholders facing heavy losses after a Chinese aluminium company filed for provisional liquidation have hired high-profile financial advisers to represent them, raising the stakes in the battle for the company's assets.

Asia Aluminum, one of the world's top three aluminium processing companies, was placed in provisional liquidation by a Hong Kong court in March after investors spurned a proposed $1.2bn debt restructuring.

The company could r... emerge following a restru... turing or could be liqu... dated, in effect wiping o... the value of the bonds a... notes, which are mostly he... by foreign hedge funds.

Hedge funds which contr... $727m of the company's pa... ment-in-kind notes ha... appointed KPMG, the profe... sional services firm, ... receivers of their holdings.

KPMG will represent t... pik-holders in dealings wi... Ferrier Hodgson, the ind... pendent restructuring fir... appointed to run Asia Alum... num and decide a next step...

The company's future ... being watched closely acro... Asia and in debt markets ... an important guide to inve... tor rights as compani... scramble to restructure the... finances in the downturn.

Greentown China Hol... ings, a struggling proper... company, this week unveil...

## News digest

### EasyJet board feels Stelios heat

Sir Stelios Haji-Ioannou has intensified his fight with the rest of the board and management of EasyJet over the airline's rate of growth.

A spokesman for Sir Stelios said the EasyJet founder and non-executive director believed the company was still planning "to buy too many new aircraft from Airbus too soon, and the passenger numbers are not keeping up with the aircraft numbers".

The comments came as the UK's leading low-cost carrier said losses in the first half had more than doubled but forecast it would remain in profit in the full year.

The group, which has been hit by conflict in its board and the departure of some senior executives, said losses reflected higher fuel costs due to its earlier hedging policies and the lower utilisation of its fleet, as it cut planned capacity growth during the winter in response to weak demand.

Sir Stelios's spokesman ...




**EasyJet losses rose in spite of revenues increasing**

Airbus order for an anothe... 91 aircraft" due for deliver... during the next four years.

EasyJet said its pre-tax losses in the six months to the end of March had rise... from £57.5m to £116.5m, in spite of a 16 per cent increase in revenues from £892m to £1.03bn.

**Kevin Done, Londo...**

### Liberty in deal t... sell UPC Sloveni...

Liberty Global, the ...