IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                           :
     In re                                 :    Chapter 11
                                           :
DELPHI CORPORATION, et al.,                :    Case No. 05-44481 (RDD)
                                           :
                          Debtors.         :    (Jointly Administered)
                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
```

# AFFIDAVIT OF PUBLICATION OF BLAIR PARKMAN IN THE DETROIT NEWS AND DETROIT FREE PRESS

# AFFIDAVIT OF PUBLICATION

STATE OF MICHIGAN

COUNTY OF WAYNE

CITY OF DETROIT

I, Blair Parkman, being duly sworn on oath say he/she is and during all times herein stated has been the publisher of the publisher's designated agent in charge of the publication known as

The Detroit News and Detroit Free Press

And has full knowledge of the facts herein stated as follows:

The ad for Delphi Corporation was distributed to Publisher's full circulation on the 7th day of May, 2009.

By: _Blair Parkman_

Subscribed and sworn to before me
this 7th day of May, 2009.                    Notary Seal:

_Marcia L Younglove_
Notary Public

MARCIA L YOUNGLOVE
Notary Public - Michigan
Wayne County
My Commission Expires Aug 1, 2010
Acting in the County of Wayne

Classified advertisements page (newspaper want-ads). Categories and listings include:

**FIND YOUR SOUL MATE!**
Try FREE! Use code: 7291
Call 313-668-100
HOT Singles 313-963-0000 Browse & Respond FREE Free Code 6679 18+
HOT GUYS 313-962-5000 ! Browse & Respond Free ! Use Free Code 5496 18+
Meet Locals 313-963-0000 Listen & Reply FREE! Use Free Code 7218, 18+

**ADULT ENTERTAINMENT**
SEXY KATELYN - Long dark hair, blue eyes, 5'5" 135lbs, 36B, 26 y/o. 586-322-6721 Adult Ent.
GORGEOUS ITALIAN JAMIE & FRIENDS 313-452-0122 or 313-740-1389 Adult Ent.
* LUSCIOUS LADIES * Windsor's Finest. adlt ent 519.974.8000 (#09501383)
SAMANTHA 36DD-24-34 Adult Ent. 734-286-2363
TYRA's PLAYHOUSE Simply Irresistible Adult Ent. 586-202-0554
JENNIFER, east side Tall, sexy, experienced. Adult Ent 586-243-8742
SWEET CANDY PETITE BLONDE 24 Y/O Adult Ent. 313-704-3757

(313) 537-4950
21643 W. 8 Mile Rd
Discount Tattoo Studios Centerline 586.759.8446
Southfield 248.827.3300
EARTHTONE SPA 17431 Fort, Riverview (734) 285-5628

**EDUCATIONAL**
HOT JOBS! HOT JOBS! BECOME A CERTIFIED Pharmacy Tech in 12 wks. No experience required. GED or high school diploma required. We will accept 3 easy payment plans. Get started for $375, books included. Limited seating. Filling up fast. Registration starts May 12th. Classes start May 19th. Evening classes 6:30 p.m. - 9:30 p.m. 2 days per week Call today 1-877-440-1150
HOT JOBS! HOT JOBS!

**ANTIQUES & COLLECTIBLES**
AGE OLD UTICA ANTIQUES MARKET MAY 9-10 K of C Grounds - 21 Mile Rd. 1 mile E. of Van Dyke Thousands of items SAT. 7-5 SUN 8-4 Adm $5. 586.254.3495
A PRIVATE COLLECTOR buying anything old that doesn't eat 248.399.6666
BUYING — Coin, sportcards & Stamp collections. Call 248-471-4451 top $$
DOLL SHOW May 17 $5. UFCW, 876 Horace Brown, Madison Heights, 48071, 10-4 pm. S off 13 Mile, E of I-75 $1. off w/ad. Appraisals. 204 tables. 586.731.3072
WANTED BY COLLECTOR: Military items, guns, swords & war souvenirs. Call for cash (313) 822-4400 313-405-0052



PRIME TICKET SERVICE WWW.PRIMESEAT.COM 248-865-6000
WIN GS TIGERS DTE WWW.MARTICKETS.NET Concerts 248.661.8627
DISCOUNTED SPORTS & CONCERT TICKETS 586.781-9090

**HOME IMPROVEMENT**
Hardwood Floors pre-fin. maple, 4" wide, $2.99 sf 248.613.8065

**HOME & GARDEN EQUIPMENT**
RAIN BARRELS - 55-gallon. $95 cash & carry. 734-283-4595

**SPAS & HOT TUBS**
CAL SPA '08 hot tub, 5 person, waterfall, light, 35 jets $3800 firm (248)342-6887

**MISC. WANTED & FOR SALE**
AA + PAYS MORE FOR YOUR RIFLES, SHOTGUNS (248) 760-4450
Always Buying Shotguns, Rifles & Tools of an kind! Also Coins 586.216.6200
BUYING old 45's-LPs, toys comics, etc. Motown, Elvis Beatles items 586-754-7929

**CASH FOR GUITARS** 313.424.9212 will pickup
CASH FOR - Old Hunting/ Fishing Equip., Guns, Wood Lures/Decoys 248.504.8351
Collector Pays instant $$$ for all war relics. I Beat all offers Guaranteed! Will come to you 734.634.3608
WANTED: furniture, jewelry watches, antiques, & misc. 313-334-0296 248.318-9102

**MUSICAL INSTRUMENTS**
CASH for guitars/musical Instruments Any cond 313.424.9212 will pickup



**MACHINERY SUPPLIES**
Immediate Liquidation! Unarco Pallet Racking Uprights - 10'-16' Beams - 6'- 12' Wire decking Parts bin racking Contact Scott 303-547-6819 www.hilcoffe.com

**MOTORCYCLES**
ANY HARLEYS, European or Japanese motorcycles wanted. Any cond., any year. Also buying all motorcycle parts or inventories. 248-361-3733

Detroit Harley Davidson LADIES NIGHT Sat. May 9th 5pm-10 pm FOR LADIES ONLY Sales on everything! Food/refreshments/free massages. Full length movie of Sex & The City 586-756-1284 10/Van Dyke

**BOATS/EQUIP./ BOATWELLS**
1 WEEK CAPTAIN LICENSE CLASS In New Baltimore 100% guar. starts May 9 or June 13. Call Capt. Mel 1-800.227.8635
A1 Outboard Motors 7.5 HP-250 HP trades welcome, Installation Available Call for your needs. 586.206.4020
BOAT WELLS Clinton River, Lake St Clair-deep water $795, $995 $1395 (248) 681-6610
BOATWELLS Harrison Twp area on lake St. Clair $795 & up. Park next to your boat. (586) 463-0155
BoatWells Rest. Party store 24' $695 30' $1195 36$1395 Deckers 810.794.4641
Boatwell - Ten min. to Lake St. Clair Metro Beach area $600. 586.465.0541

**1AAAAAAAAAAAA**
★ **A DIVORCE**
From $90 Compl. Bankruptcy $499
248-559-4448
A debt relief agcy who help people file for bkrtcy relief under the bkrtcy code

$550 Personal Bankruptcy Local + Full Service Attorney 313-354-1020 24/7. We are a debt relief agency under the Bankruptcy Code

A DIVORCE $75 CS & R 734-425-1074 www.CSRdisability.com

**Attorney PIERCE** 248-398-5000
We are a debt relief agency - We can wipe out all of your debt. We have helped over 10,000 clients file for relief under the bankruptcy code. $150 down. www.attorneypierce.com

**BANKRUPTCY $0 DOWN**
Attorney Joseph L Grima
We are a debt relief agency. We help people file for bankruptcy relief under the bankruptcy code.
1-800-603-3333



**BANKRUPTCY $0 to START**
Extremely low fees. E-Z payment plans. Exp'd Bankruptcy lawyer ATTY. JAMES WARR Call Toll Free 1-877-462-9277 1-877-GO-2-WARR
We are a debt relief agency. We help people file for Bankruptcy relief, under the BANKRUPTCY CODE.

party preparing financial statements in accordance with GAAP, interacting with Company operational staff, Experience within the energy industry is preferred (power, oil, gas) but not required. Minimum of bachelors degree in accounting and at least 7 years of experience is required. CPA license required. Excellent salary and benefit package commensurate with experience. Send resume, salary requirements and salary history to: Human Resources, 30078 Schoenherr, Suite 150, Warren, MI 48088

**HELP WANTED**
Commercial Landscaping Equipment Maintenance Must have 2 yrs. exp. Full and part time avail. Call 248-789-0497



**BANKRUPTCY** 1-800-481-5588
free office consult Atty. Marshall D. Schultz eve/sat appts. we are a debt relief agency who help people file for bankruptcy relief under the bankruptcy code.

Bankruptcy Chapter 7/13 Call Smith Law Firm 248-302-7181 24/7 A debt relief agency to file under the Bankruptcy Code

Bankruptcy , Divorce & Drunk Driving LOW FEES. 37 Years exp 313-389-1354 We are a debt relief agency. We help people file for bnkrptcy relief under the Bnkrptcy code.

★ **BANKRUPTCY STOP** Garnishment/Foreclosure Toll Free 877-441-5884 Atty Morris B. Lefkowitz Eve. Sat. Appts. we are a debt relief agency we help people file for bankruptcy relief under the bankruptcy code.

**DRUNK DRIVING** Driver's Lic. Restoration ED CHERNIAK 35yrs exp HELP IS HERE! 800-770-1580

Hal Go Idberg former FOC Att'y. 248.723.7243 wk or 248-842-0157

Judgement Collections no up front fees. $5k min. (248)388-9821

**SIMPLE DIVORCES** only $275 incl court fees. same day filing (313) 728-2784

**SOCIAL SEC DISABILITY** Crim. Traffic. Divorce OWI Free Advice 248.549.3485

interchange
• 401K with Company Match and Profit Sharing
Must have:
Dynamic Personality Reliable Transportation Solid Work History
Only serious inquiries for Telemarketing/Commissioned Sales need apply. (Detroit Area Based) Please call (734) 207-4918 for more information or to apply for this position please e-mail your resume to attn:
Telemarketing hr25@coconfidential.com or fax (734) 416-3810 or PO Box 701248, Plymouth, MI 48170 EOE

**PART-TIME IT SUPPORT** Try Base Service Company looking to fill part time IT position. Responsibilities would include PC user set up, rebuild, troubleshooting and general configuration on systems. Assist 90 PC users with issues surrounding use of technology. $8/hour. Fax resume to: 248-989-4201

Full time. Outpatient clinic/ homecare. Send resume: Fax 313-565-2224 Demetruenathomecare@ yahoo.com

**Get a dog.**
800 WANT-ADS
marketplace detroit.com

---

05-44481-rdd   Doc 16619   Filed 05/13/09   Entered 05/13/09 22:...

Delphi Legal Information Hotline: Toll Free: (800) 718-5305 International: (248) 813-2698

Delphi Legal Information Website: http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re ) Chapter 11
DELPHI CORPORATION, et al., ) Case No. 05-44481 (RDD)
Debtor. ) (Jointly Administered)

**NOTICE OF SALE OF CERTAIN ASSETS AT AUCTION**

PLEASE TAKE NOTICE THAT:

1. Pursuant to the Order Under 11 U.S.C. §§ 363 And 1123 And Fed. R. Bankr. P. 2002 And 9014 (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date In Connection With Sale Of Brakes And Ride Dynamics Businesses, entered on May 1, 2009 (the "Bidding Procedures Order"), Delphi Corporation ("Delphi") and certain of its affiliates, including certain affiliated chapter 11 Debtors as set forth in the Agreement (the "Selling Debtor Entities"), entered into a Master Sale And Purchase Agreement (the "Agreement") with Beijing West Heavy Industries Co., Ltd. and certain of its affiliates (the "Buyers") on March 30, 2009, for the purchase of substantially all of the Selling Debtor Entities' assets (the "Acquired Assets") primarily used in the brakes and ride dynamics businesses of the Selling Debtor Entities (the "Sale Businesses") free and clear of liens, claims, encumbrances, and interests. Capitalized terms used but not otherwise defined in this notice have the meanings ascribed to them in the Sale Motion.

2. All interested parties are invited to make an offer to purchase the Acquired Assets in accordance with the terms and conditions approved by the Bankruptcy Court (the "Bidding Procedures") by 11:00 a.m. (prevailing Eastern time) on May 11, 2009. Pursuant to the Bidding Procedures, the Sellers may conduct an auction for the Acquired Assets (the "Auction") beginning at 11:00 a.m. (prevailing Eastern time) on May 15, 2009 at the offices of Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Chicago, Illinois 60606 or Four Times Square New York, New York 10036.

3. Participation at the Auction is subject to the Bidding Procedures and the Bidding Procedures Order. A copy of the Bidding Procedures is available by contacting the undersigned counsel to the Selling Debtor Entities or by accessing Delphi's Legal Information Website, www.delphidocket.com.

4. A hearing to approve the Sale of the Acquired Assets to the highest and best bidder will be held on May 21, 2009 at 10:00 a.m. (prevailing Eastern time) at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004, before the Honorable Robert D. Drain, United States Bankruptcy Judge. The hearing on the Sale may be adjourned without notice other than an adjournment in open court.

5. Objections, if any, to the proposed Sale must be filed and served in accordance with the Bidding Procedures Order and **actually received** no later than **4:00 p.m.** (prevailing Eastern time) on **May 14, 2009**.

This notice is qualified in its entirety by the Bidding Procedures Order.

Dated: May 1, 2009, New York, New York
BY ORDER OF THE COURT

| John Wm. Butler, Jr., John K. Lyons, Ron E. Meisler, SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606, (312) 407-0700 | Kayalyn A. Marafioti, Thomas J. Matz, SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, Four Times Square, New York, New York 10036, (212) 735-3000 |

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

1928510pdf

**Fur, Fins & Feathers** - To advertise call 1-800-WANT-ADS




**DOGS & KENNELS**
CHIHUAHUA puppies long hair, Perfect for Mothers Day 248-478-8342
CHIHUAHUA Puppies tiny tiny toy AKC $300 ready to go! 734-483-7212

CHIHUAHUAS TINY PUPS adorable ,$450 up CASH 248-379-0041

**DOGS & KENNELS**
MALTESE PUPS 7 weeks. Groomed, shots, playful $450. up 313-383-0739
MIN PINS choc. 2 males 2 fem., $400 CASH serioius inquiries only 248-541-6223
NEWFOUNDLAND PUPS AKC, 7 wks., blk, xtra lrg., $350 & up. 734.968.9200
OLD ENGLISH SHEEP - DOG AKC Pups, parents on site. 517-522-8794
PEKINGESE pups males, variety of colors , 1st shot Mother's Day Special $425 (313)368-2325
Pit Bull Pups BLUE 5wks papers parents on site, shots, no worms. $450. 586-625.7988

**DOGS & KENNELS**

SHIH TZU & SHIH POOS toy size, non shed, shots $350+ 810.496.3697
TOY BREED PUPPIES Chihuahua, Pomeranian Yorkie, Schnauzer 300+ Cash 248-379-0041
TOY YORKIE - AKC reg., very tiny, up to date on ...

**BIRDS**
RAINBOW FEATHERS BIRD FAIR Romulus High School 9650 S. Wayne Road Saturday, May 9th 10 am-4 pm Admission $3. Kids 12 & under free For info call Dave 734-422-5981

**CATS**
Bengal Leopard, Snow Lynx Areas Best bloodlines, reg/pedigree 248.461-6912

# Fur, Fins & Feathers

advertise call 1-800-WANT-ADS

## DOGS & KENNELS

**DASHSHOUND** 2 males, $300 or $250 w/no registr. (see parents) 810.639.3838

**Doberman** Pinscher Pups 3 female-AKC, shots, wormed, ch bld $450. 810.488.5043

**English Springer Spaniel** AKC fem. 8 mo's all shots loving $300 810-765-4255

**German Shepherd** AKC 1st shots & wormed 7 wks. Parents on site. $300. 313-642-1949 313.920-1621

**GERMAN Short Hair Pointer** pups. Vet check. guar. $500. 810.655.6376

**GOLDENDOODLE** Pups Teddy Bears, shots, family raised $500. (810) 614-6940

**GOLDEN RETRIEVER** - AKC, dark to light cream, starting $450. 989-823-4073. www.bdgoldenacres.com

**GREAT DANE AKC** Belgium pups, large. boned, 586.524.0306

**HAIRLESS XOLO MIX** small, very sweet 7 mo. male $700 989-854-2923

**HAVANESE AKC** gorgeous non-shed pups guaranteed 616-842-8729

Jack Russell Terrier Pups- shots, hlth guaranty. Parents reg. w/JRTCA 313.407.3792

**LAB** choc, red, yellow pups shots/wormed CKC $450 adults avail too 734.421.8840

**MALTESE & Maltese MIX** healthy, shots & wormed, $300-$325 586-557-8971

**MALTESE PUPS** 7 weeks. Groomed, shots, playful $450. up 313-383-0739

**MIN PINS choc.** 2 males 2 fem., $400 CASH serious inquiries only 248-541-6223

**NEWFOUNDLAND PUPS** AKC, 7 wks., blk, xtra lrg., $350 & up. 734.968.9200

**OLD ENGLISH SHEEP - DOG AKC Pups, parents on site. 517-522-8794**

**PEKINGESE pups**, males, variety of colors, 1st shot Mother's Day Special $425 (313)368-2325

**Pit Bull Pups BLUE** 5wks papers parents on site, shots, no worms. $450. 586-625.7988

**PITBULLS ADBA** 6 Wks, shots wrmd, papers, 4black, 3 brindles, $300. 810.824.6888

**POMERANIAN T-CUP PUPS TINY** Parti color $650 + Cash 248-379-0041

**POODLES RARE brown** phantom cash 248.391.0793 www.biloutoypoodles.com

**Poodles T-cups & Toy** s. parents reg. chocs., apricots & blacks. Vet chk'd. $350 to $750. Great Mother's Day Surprise. 1-810-357-8831

**PUG MIX PUPS** Adorable SMALL $475 + CASH 247-379-0041

**PUG** small 4 mos old gorgeous house broken shots, wormed $600 586-649-8211

## DOGS & KENNELS



**SCHNAUZERS** Mini & Schnoodles, no shed, parti color $350 810.496.3697

**SHIH TZU AKC PUPS** Assorted colors, many solids $400+ 248.636.5133

**SHIH TZU AKC** pups, shots, guar. non-shed MC/VISA 616-842-8729

**SHIH-TZU pups** -Guar. $300 males- $400 females Montrose MI 810-639-7356

**SHIH TZU & SHIH POOS** toy size, non shed, shots $350+ 810.496.3697

**SMALL breed mix pups**, shots & wormed, healthy $125 586-557-8971

**TOY BREED PUPPIES** Chihuahua, Pomeranian Yorkie, Schnauzer 300+ Cash 248-379-0041

**TOY YORKIE - AKC reg.,** very tiny, up to date on shots. 734-417-4198

**WESTIES** How to Recognize a **RESPONSIBLE Breeder** www.WestieEduMi.com or call 734-455-9239 for "Westie 101" handout www.puppybuyerinfo.com

**YORKIE PUPPIES, Small** 2 males, 2 females $500 586-747-6961

**YORKIES CKC $500/up,** Morkies $300. Shots, wormed 313.346.3615

**YORKIE, YORKIE POO MIX & POMS Adorable** $375 + CASH 248-379-0041

**YORKIE, YORKIE POO,** SHIH CHON + Other pups $250 /up 517. 467-5555

**Sell it fast.** 800-WANT-ADS

**YORKIE, Yorkie Poos &** Malte-Poo pups. toy size, noshed $350+ 989.225.1367

---

committed military and other applications. We are seeking engineers to fill the positions of Sales Engineer and Lead Manufacturing Engineer. Visit www.vpc.com For full position descriptions and Career Fair info. Send resume to: recruiter@vpc.com

### HEALTHCARE

**CNA'S** HOT JOBS! HOT JOBS! Become a certified Pharmacy Tech in 12 wks. See our ad today in class 160. 1-877-440-1150

### PHYSICAL THERAPIST
Very COMPETITIVE salary Full time. Outpatient clinic/homecare. Send resume: Fax 313-565-2224 email: rehab1homecare@yahoo.com

**Come sail away.**

marketplace detroit.com

### LEGAL NOTICE/BIDS/PROPOSALS

Delphi Legal Information Hotline: Toll Free: (800) 718-5305 International: (248) 813-2698

Delphi Legal Information Website: http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re ) Chapter 11
DELPHI CORPORATION, et al., ) Case No. 05-44481 (RDD)
   Debtor. ) (Jointly Administered)

**NOTICE OF SALE OF CERTAIN ASSETS AT AUCTION**

PLEASE TAKE NOTICE THAT:

1. Pursuant to the Order Under 11 U.S.C. §§ 363 And 1123 And Fed. R. Bankr. P. 2002 And 9014 (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date In Connection With Sale Of Brakes And Ride Dynamics Businesses, entered on May 1, 2009 (the "Bidding Procedures Order"), Delphi Corporation ("Delphi") and certain of its affiliates, including certain affiliated chapter 11 Debtors as set forth in the Agreement (the "Selling Debtor Entities"), entered into a Master Sale And Purchase Agreement (the "Agreement") with Beijing West Heavy Industries Co., Ltd. and certain of its affiliates (the "Buyers") on March 30, 2009, for the purchase of substantially all of the Selling Debtor Entities' assets (the "Acquired Assets") primarily used in the brakes and ride dynamics businesses of the Selling Debtor Entities (the "Sale Businesses") free and clear of liens, claims, encumbrances, and interests. Capitalized terms used but not otherwise defined in this notice have the meanings ascribed to them in the Sale Motion.

2. All interested parties are invited to make an offer to purchase the Acquired Assets in accordance with the terms and conditions approved by the Bankruptcy Court (the "Bidding Procedures") by **11:00 a.m.** (prevailing Eastern time) on **May 11, 2009.** Pursuant to the Bidding Procedures, the Sellers may conduct an auction for the Acquired Assets (the "Auction") beginning at **11:00 a.m.** (prevailing Eastern time) on **May 15, 2009** at the offices of Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Chicago, Illinois 60606 or Four Times Square New York, New York 10036.

3. Participation in the Auction is subject to the Bidding Procedures and the Bidding Procedures Order. A copy of the Bidding Procedures is available by contacting the undersigned counsel to the Selling Debtor Entities or by accessing Delphi's Legal Information Website, www.delphidocket.com.

4. A hearing to approve the Sale of the Acquired Assets to the highest and best bidder will be held on May 21, 2009 at 10:00 a.m. (prevailing Eastern time) at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004, before the Honorable Robert D. Drain, United States Bankruptcy Judge. The hearing on the Sale may be adjourned without notice other than an adjournment in open court.

5. Objections, if any, to the proposed Sale must be filed and served in accordance with the Bidding Procedures Order and actually received no later than **4:00 p.m.** (prevailing Eastern time) on **May 14, 2009.**

This notice is qualified in its entirety by the Bidding Procedures Order.

Dated: May 1, 2009, New York, New York
BY ORDER OF THE COURT

John Wm. Butler, Jr., John K. Lyons, Ron E. Meisler, SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606, (312) 407-0700

Kayalyn A. Marafioti, Thomas J. Matz, SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, Four Times Square, New York, New York 10036, (212) 735-3000

Attorneys for Delphi Corporation, et al., Debtors and Debtors-in-Possession

---

## There's a new place to look!

Find your companion in the photo Pets category of the Classifieds. It has moved to the Sunday Life section. You'll still find furry friends in the daily liner Classifieds.

Deadline for placing ads in the Sunday Pets category is 6 p.m. Thursday.

### TO ADVERTISE, CALL 1-800-WANT-ADS

**Detroit Free Press** www.freep.com

## Home Services
To advertise call 1-800-WANT-ADS

### COMMERCIAL & BUSINESS SERVICES

**A-1 HAULING CLEANING & MOVING** 248.547-2764; 559-8138

Brazilian Waxing Men & Women 519-977-9229, Windsor. LaFleurSpa.com

### EXTERIOR HOME SERVICES

**4-All Tree Services** - trimming, pruning, tree & stump removal. 313-369-9366

**A1A1A Roofs, Siding, Windows** GAF Master Elite installer Lic/ins 586.321.3326 see online coupon

**A1A1 Driveways** Porches Steps, Garages 30+yr. lic/ins. 313.366.2703

**a1 Affordable Roofing** Flat roofs, roof repair, siding 313-600-4538

**AAAA-1 ROOFING/SIDING** Specialist Lic'd & Ins'd. 313.823-2011 866.258-0550

**AFFORDABLE** interior & exterior house painting 810-962-5561

**Cheapest Concrete,** brick, porches, steps, glass block, drive, patios 313.721.8751

**HAYLEY'S ROOFING** Residential & Commercial (313)295-8470

**LAWN CARE -** Weekly cuts $15 Spring clean up $50. Also brick pavers, cement. Total lawn care needs! 586-943-9893

**MASONARY Work** cement porches, steps, chimney repair & more. Ruiz Bros. Const. 313.277.7176

**MOUTON'S MASONARY** any / all repairs. chimneys, porches, etc. 586-772-4800

### INTERIOR HOME SERVICES

3 AAA ALL CLEAR SEWER & Drain. $25 up. Free est. Work guar. 313-386-7983

All Types of Painting, Decorating repairs & make-overs 35yrs. exp. 313.310.1664

**Inexpensive Plumbing Drain & Heat We Do It All!** 24hrs 313.835.5917

### INTERIOR HOME SERVICES

**JOHN'S 24 HR** Plumbing/Heating W.Side 313-835-7675 E.Side 313-886-7710

**Mario Constr.** -Masonry Wk, Drywall/Plaster repair, Pwr wshing/Seal. Lic/Ins. 313.506.9618

**MIKES HOME REPAIRS** All electrical, doors, carpet locks, roofing windows drywall, plumbing 313.399.5988

Samson Handyman Service Painting, Roof repair & more. 313.247-3016

### MOVING & MINI STORAGE

**A1 A+ Movers A+ Service** Lic. & Insured- Efficient for only $50/hr 866-633-7953

**B & L Moving & Maint.** Services Low rates $48/hr w/ad 313.468.4400 877.468.8111

**M & D MOVING & Pick Up** Res/Comm., exc. service, low rates. 313.790-9702

Smart Movers $50 hr 5star serv 313/579.3871 Prompt*Careful*Efficient Read Psalms 86 verse 5

### COMMERCIAL & BUSINESS SERVICES

### BUSINESS SERVICES CONSUMER GUIDELINES

Before you buy-use C.A.R.E.

**C** HECK the references of the business

**A** SK the business about its return/complaint policy

**R** EAD ALL contracts and warranties carefully

**E** LIMINATE problems and ALWAYS:
- Get all offers and work orders in writing.
- Get the full name of the company, person you are doing business with, their address and phone numbers.
- Keep a copy of the ad and the date it ran.
- Pay by check or money order and get a receipt for all services and deposits.
- Keep ALL sales receipts.

[Right column - Rental listings, partially cut off]

Detroit W. $450 mo. + Ms. Johnson

DETROIT PAR $$$ FREE Free 313-

DETROIT W incls. appli. 313-647-12

Highland P Quiet bldg. 313.658.334 www.imcma

MELVINDA heat inc., fr CALL NOW

MT. CLEMENS 1-2 BR from $99 Security (586) 468-5

OAK PARK with bsmt, $1000 Imm

PONTIAC 1 heat inc., Fre 248-454-17

Southfield- 16200 W. 9 from $630, for specials!

Studios-$4 Remodeled. 313-999-37

TAYLOR 1 & 2 BR, NO CRE 734-

WARREN - $ 1&2 BR/ PARKVIEW T

RENT WI TO BUY

DETROIT E. 5 BR, bsmt RentalPros

DETROIT E you can own brk. 3 bd ho areas . Bsm Village star Senergy Rea

HOMES & TO RENT

Bloomfield Hi bsmt. New hard appls. $1800/n

DEARBORN OUTER Driv Bsmt., $750

DETROIT 1 Updated 4 b OK. $800. 3

DETROIT - new paint cn Sec 8 Pref'd

DETROIT ALL Flats 3-5 br, n 700+sec. sec8

Detroit E. 1 boro & Othe Rent / Buy 3

Detroit Stratm 3 bd. fi garage $825. 586.4

DETROIT E. 3 bd. 15642 sec 8 ok $7

DETROIT I Very nice 4 wood floor $935 mo .

DETRO Westpl 1.5 bat ed, gar 8 OK $900

Detroit E 2-3 Cadieux, Mo $600-$750

Detroit E. 2 3 bd, bsmt $ Rental Pros

DETROIT E $600 mo+ d bled welcon

DETROIT E. HUD home 30 yrs. 8%) 800-619-38

DETROIT E 4 bd HUD h down, 30 yr ings 800-61