MUNSCH HARDT KOPF & HARR, P.C.
Raymond J. Urbanik
New York   RU 1842
Texas Bar No. 20414050
Jay H. Ong
Texas Bar No. 24028756
3800 Lincoln Plaza
500 N. Akard Street
Dallas, Texas  75201-6659
Telephone: (214) 855-7500
Telecopier: (214) 855-7584

ATTORNEYS FOR COMPUTER SCIENCES CORPORATION

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **DELPHI CORPORATION, <u>et</u> <u>al</u>.,** | **Case No. 05-44481 (RDD)** |
| Debtors. | **Jointly Administered** |

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF COMPUTER
SCIENCES CORPORATION FOR PAYMENT OF ADMINISTRATIVE EXPENSE
<u>PRIORITY CLAIM FOR UNPAID POST-PETITION OBLIGATIONS</u>**

PLEASE TAKE NOTICE that Computer Sciences Corporation ("CSC"), a post-petition creditor and party-in-interest in the above-captioned, jointly administered Chapter 11 bankruptcy cases ("Bankruptcy Case") of Delphi Corporation and its affiliated Debtors (collectively, the "Debtors"), filed its *Motion Pursuant to 11 U.S.C. § 503 for Order Allowing and Directing Payment of Administrative Expense Priority Claim for Unpaid Post-Petition Obligations* (the "Motion") [Docket No. 16601] on May 5, 2009.

PLEASE TAKE FURTHER NOTICE that the hearing originally scheduled for May 21, 2009, at 10:00 a.m. prevailing Eastern time to consider, among other things, approval of the Motion has been adjourned to **June 16, 2009, at 10:00 a.m. prevailing Eastern time** before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.

Dated: Dallas, Texas
May 18, 2009

        MUNSCH HARDT KOPF & HARR, P.C.

By: */s/ Raymond J. Urbanik*
Raymond J. Urbanik
New York Bar RU 1842
Texas Bar No. 20414050
Jay H. Ong
Texas Bar No. 24028756
3800 Lincoln Plaza
500 N. Akard Street
Dallas, Texas  75201
Telephone:  (214) 855-7500
Facsimile:  (214) 855-7584

ATTORNEYS FOR COMPUTER SCIENCES CORPORATION

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served on the 18th day of May, 2009, by electronic mail on all parties requesting service via the Court's CM/ECF System.

          */s/ Raymond J. Urbanik*
          Raymond J. Urbanik

**Page 3**