MUNSCH HARDT KOPF & HARR, P.C.
Raymond J. Urbanik
New York   RU 1842
Texas Bar No. 20414050
Jay H. Ong
Texas Bar No. 24028756
3800 Lincoln Plaza
500 N. Akard Street
Dallas, Texas  75201-6659
Telephone: (214) 855-7500
Telecopier: (214) 855-7584

ATTORNEYS FOR COMPUTER SCIENCES CORPORATION

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **DELPHI CORPORATION, et al.,** | **Case No. 05-44481 (RDD)** |
| Debtors. | **Jointly Administered** |

**AMENDED NOTICE OF ADJOURNMENT OF HEARING ON**
**(i) MOTION OF COMPUTER SCIENCES CORPORATION FOR PAYMENT OF**
**ADMINISTRATIVE EXPENSE PRIORITY CLAIM FOR UNPAID POST-PETITION**
**OBLIGATIONS AND (ii) MOTION TO FILE EXHIBITS UNDER SEAL**

PLEASE TAKE NOTICE that Computer Sciences Corporation ("CSC"), a creditor and party-in-interest in the above-captioned, jointly administered Chapter 11 bankruptcy cases ("Bankruptcy Case") of Delphi Corporation and its affiliated Debtors (collectively, the "Debtors"), filed its *Motion Pursuant to 11 U.S.C. § 503 for Order Allowing and Directing Payment of Administrative Expense Priority Claim for Unpaid Post-Petition Obligations* (the "Motion") [Docket No. 16601] and its *Motion to File Exhibits Under Seal* [Docket No. 16603] (collectively, the "Motions") on May 6, 2009.

PLEASE TAKE FURTHER NOTICE that the hearings originally scheduled for May 21, 2009, at 10:00 a.m. prevailing Eastern time have been adjourned to **June 16, 2009, at 10:00 a.m. prevailing Eastern time** before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.

Dated: Dallas, Texas
May 19, 2009

                MUNSCH HARDT KOPF & HARR, P.C.

By: */s/ Raymond J. Urbanik*
     Raymond J. Urbanik
     New York Bar RU 1842
     Texas Bar No. 20414050
     Jay H. Ong
     Texas Bar No. 24028756
     3800 Lincoln Plaza
     500 N. Akard Street
     Dallas, Texas  75201
     Telephone:  (214) 855-7500
     Facsimile:  (214) 855-7584

ATTORNEYS FOR COMPUTER SCIENCES CORPORATION

## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing document was served on the 19th day of May, 2009, by electronic mail on all parties requesting service via the Court's CM/ECF System.

                                                */s/ Raymond J. Urbanik*
                                                Raymond J. Urbanik