IN THE UNITED STATES BANKRUPTCY COURT
SOURTHERN DISTRICT OF NEW YORK

------------------------------ x
                               :
        In re                  :   Chapter 11
                               :
DELPHI CORPORATION, et al.,    :   Case No. 05-44481 (RDD)
                               :
                    Debtors.   :   (Jointly Administered)
                               :
------------------------------ x


# AFFIDAVIT OF ONLINE NOTICE ADVERTISEMENT ON THE CHINA AUTOMOTIVE NEWS WEBSITE

## TO WHOM IT MAY CONCERN

This is to certify that Delphi has placed an online notice advertisement (content as below) on China Automobile News website (www.cnautonews.com) on May 7th, 2009 to May 16th, 2009. (totally 10 days)

Signed By :CHINA AUTOMOTIVE NEWS

Date: 2009.5.6

# 证 明

按照《国际媒介公司与中国汽车报网广告执行合同》的约定，中国汽车报网将于2009年5月7日至2009年5月16日如期刊登"关于德尔福公司拍卖某些资产的出售通知"。

具体刊登位置及效果见附件中的网站截屏图示。

特此证明！





德尔福法律信息热线:
免费电话号码: (800) 718-5305
国际电话: (248) 813-2698

德尔福法律信息网站:
http://www.delphidocket.com

美国破产法庭
纽约南区

| | |
|---|---|
| 关于<br>德尔福公司等<br><br>债务人 | 第11章<br>案件登记号:05-44481 (RDD)<br>(共同执行) |

<u>拍卖某些资产的出售通知</u>

请注意如下:

1. 根据**2009年5月1日**在11 U.S.C. §§ 363和1123及Fed. R. Bankr. P. 2002和 9014 项下颁布的命令, (I) 批准投标程序、(II) 授予某些投标保护、(III) 批准出售通知的格式和方式, 以及 (IV) 确定关于出售制动装置业务和悬架系统业务的出售听证会日期 ("投标程序命令"), 德尔福公司 ("德尔福") 及其某些关联方, 包括在主协议中规定的某些第11章的附属债务人 ("出售债务人实体"), 与北京京西重工有限公司及其某些关联方 ("买方") 于2009年3月30日达成一份出售和买卖主协议 ("主协议"), 目的是为了用于购买出售债务人实体主要用于制动装置业务和悬架业务 ("出售业务") 的实质上所有财产 ("收购资产"), 该些资产上不存在任何留置权、索赔、权利负担和利益。在本通知中所使用的但是没有另外定义的大写术语的含义见出售动议。

2. 要求各有兴趣的意向方根据破产法庭批准的条款和条件 ("投标程序") 于**2009年5月11日上午11点**(现行的美国东部时间) 之前提出购买收购资产的要约。根据投标程序的规定, 卖方可于**2009年5月15日上午11点**(现行的美国东部时间) 在位于伊利诺斯州(邮编60606)芝加哥市伟基河畔西333号, 世达律师事务所(Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Chicago, Illinois 60606) 或位于纽约州(邮编10036)纽约市第四泰晤士广场(Four Times Square New York, New York 10036) 的办公室针对收购资产进行拍卖 ("拍卖")。

3. 参与拍卖应遵守投标程序和投标程序命令。通过联系下面签名的出售债务人实体的顾问或登陆德尔福法律信息网站: www.delphidocket.com可以获得一份投标程序副本。

4. 将于**2009年5月21日上午10点**(现行的美国东部时间) 在位于纽约州(邮编10004)纽约市南区的One Bowling Green 的610室美国破产法庭 (United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004) 召开听证会, 在著名的Robert D. Drain法官的面前, 批准将收购资产出售给出价最高和最好的投标人。有关出售的听证会可不经通知而延期召开, 除非在公开法庭进行的延期。

5. 对拟定的出售如有反对意见, 请必须根据投标程序命令进行递交和提供, 且不晚于**2009年5月14日下午4点**(现行的美国东部时间) 由破产法庭**实际收到**。

根据投标程序命令, 该通知是合格的和完整的。

制定日期: 2009年5月1日

纽约州纽约市

按照法庭的指示

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
世达律师事务所

伊利诺斯州(邮编60606)芝加哥市伟基河畔西333号,
2100室
(312) 407-0700

—和—

Kayalyn A. Marafioti
Thomas J. Matz
世达律师事务所
纽约州(邮编10036)纽约市第四泰晤士广场
(212) 735-3000

德尔福公司的律师, 及其他
债务人和拥有破产资产所有权的债务人