UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**DELPHI CORPORATION, et al.,**<br><br>Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>Jointly Administered |

**ORDER GRANTING MOTION TO
FILE EXHIBITS UNDER SEAL**

Upon the Motion to File Exhibits Under Seal (the "Motion"), filed by Computer Sciences Corporation ("CSC"), a party-in-interest in the above-captioned, jointly administered Chapter 11 bankruptcy cases ("Bankruptcy Case"); and there being no objection to the Motion; and after consideration of the Motion and the exhibits thereto, the Court having determined that notice of the Motion has been sufficient and appropriate under the particular circumstances, that the relief sought in the Motion is well taken, and that good cause exists for the granting of such relief,

IT IS THEREFORE:

1. ORDERED that the Motion is GRANTED in all respects. It is further;

2. ORDERED that CSC is hereby allowed to file the Underlying Exhibits, as defined in the Motion, under seal with this Court, and for *in camera* review; provided that CSC shall have served a copy of the Underlying Exhibits on counsel for the Debtors; It is further;

3. ORDERED that such sealed documents shall remain sealed indefinitely pending further order of this Court upon notice to CSC and the Debtors, or be destroyed upon this Court's final disposition of all proceedings herein, including appeals.

DATED: This 19th day of May, 2009.

                                                        /s/Robert D. Drain
                                                        HON. ROBERT D. DRAIN
                                                        UNITED STATES BANKRUPTCY JUDGE