YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
Joseph M. Barry (NY JB1560; DE 4221)

Counsel for Tyco Electronics Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------:
                                                    :    Chapter 11
    In re                                           :
                                                    :    Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.,                         :
                                                    :    (Jointly Administered)
                    Debtors.                        :
----------------------------------------------------:

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Tyco Electronics Corporation ("Tyco"), by and through its undersigned counsel ("Young Conaway"), hereby withdraws its general appearance in the above-captioned cases.

Although Young Conaway withdraws its general notice of appearance in these cases on behalf of Tyco, Young Conaway will continue to represent Tyco in connection with the Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Insurance Claim Not Reflected on Debtors' books and Records, (D) Untimely Claims and Untimely Tax Claims, and (E) Claims Subject to Modification, Tax Claims Subject to Modification, and Modified Claims Asserting Reclamation (the "Seventeenth Omnibus Objection to Claims") [Docket No. 8270] and Tyco's response thereto [Docket No. 9162] and has instructed counsel to the Debtors to notify Young Conaway in

writing with respect to all matters related to the Seventeenth Omnibus Objection to Claims as it pertains to Tyco's claim.

Dated: May 21, 2009  YOUNG CONAWAY STARGATT & TAYLOR LLP
Wilmington, Delaware

/s/ Joseph M. Barry
Joseph M. Barry (NY JB1560; DE 4221)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: 302-571-6600
Facsimile: 302-571-1253

Counsel for Tyco Electronics Corporation

2