DECHERT LLP
Glenn E. Siegel
James O. Moore
1095 Avenue of the Americas
New York, New York  10036-6797
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
*Counsel for Kensington International Limited,*
*Manchester Securities Corp. and*
*Springfield Associates, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X
                                                             :
In re:                                                       :    Chapter 11
                                                             :
DELPHI CORPORATION, et al.,                                  :    Case No. 05-44481 (RDD)
                                                             :
                    Debtors.                                 :    Jointly Administered
-------------------------------------------------------------X

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

   PLEASE TAKE NOTICE that the undersigned, as counsel for Manchester Securities Corp., Kensington International Limited, and Springfield Associates, LLC (collectively, the "Entities"), each of which is a party-in-interest in the above-captioned cases, hereby requests, pursuant to sections 342 and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, that copies of all notices, pleadings, and other documents given or filed in these cases be given and served upon:

        Glenn E. Siegel
        James O. Moore
        Dechert LLP
        1095 Avenue of the Americas
        New York, New York  10036-6797
        Telephone:  (212) 698-3500
        Facsimile:  (212) 698-3599
        email:  glenn.siegel@dechert.com
           james.moore@dechert.com

1101355.1

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes the notices and papers referred to above, and also includes, without limitation, the schedules, statements of financial affairs, operating reports, any plans of reorganization and disclosure statements, any notice (including any bar date notice), letter, application, motion (including any sale motion or motion for other request to distribute sale proceeds), petition, pleading, answer, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand or courier delivery, telephone, telecopy, telegraph, or telex, or otherwise filed with regard to the above-captioned bankruptcy cases and any adversary proceedings related thereto.

PLEASE TAKE FURTHER NOTICE that the Entities intend that neither this notice nor any similar notice, pleading, claim, or adversary proceeding shall waive the right of the Entities (a) to have final orders in non-core matters only after _de novo_ review by a District Court; (b) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (c) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (d) to any other rights, claims, actions, defenses, setoffs, or recoupments to which the Entities may be entitled under agreements, at law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments the undersigned expressly reserves on behalf of the Entities.

Dated: May 26, 2009
      New York, New York

/s/ Glenn E. Siegel
Glenn E. Siegel
James O. Moore
DECHERT LLP
1095 Avenue of the Americas
New York, New York  10036-6797
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

*Counsel for Kensington International Limited, Manchester Securities Corp. and Springfield Associates, LLC*