7255 Woodhaven Dr
Lockport NY 14094
May 07, 2009

Honorable Judge Robert D. Drain
United States Bankruptcy Court
Southern District of New York
One Bowling Green Room 610
New York, NY 10004

Dear Judge Drain:

This letter is in reference to Delphi Court Case #05-44481 filed October 5, 2005, specifically

THIRD ORDER AUTHORIZING AND DIRECTING THE DELPHI
FORMER OFFICERS AND EMPLOYEES ESCROW AGENT TO DISBURSE
INTERIM PAYMENTS TO THE DELPHI FORMER OFFICERS
AND EMPLOYEES FOR DEFENSE COSTS.

I strongly object to the court allowing continuing payment of defense funds for executives who helped guide Delphi into bankruptcy.
Based on your ruling to eliminate healthcare and insurance for all retired salaried employees to save $70 million, how can you justify five million dollars for defense of a few executives who full well knew what they were doing and the legal consequences of such actions.
Mr. Battenberg and the others should be left to stand on their own. If they are found guilty, will the funds be returned?

Very Truly Yours,

*Lydia Ferris*

Lydia Ferris (retired Materials Management Professional,
    Delphi Automotive Systems, Lockport)