UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
    In re                                  :        Chapter 11
:
DELPHI CORPORATION, et al.,        :        Case No. 05-44481 (RDD)
:
                       Debtors.    :        (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER ESTABLISHING SCHEDULE FOR
NON-OMNIBUS HEARING ON JUNE 2, 2009

Upon the Debtors' (1) Motion For Order (I) Approving Modifications To Debtors' First Amended Plan Of Reorganization (As Modified) And Related Modifications And Related Disclosures And Voting Procedures And (II) Setting Final Hearing Date To Consider Modifications To Confirmed First Amended Plan Of Reorganization (Docket No. 14310) (the "Plan Modification Motion"), (2) Motion For Order Authorizing Debtors To Enter Into Fourth Amendment And Fifth Amendment To Arrangement With General Motors Corporation (Docket No. 16411) (the "GM Arrangement Motion"), and (3) Motion For Order Under 11 U.S.C. § 363 And Fed. R. Bankr. P. 6004 Authorizing And Approving Option Exercise Agreement With General Motors Corporation (the "Steering Option Exercise Motion") (Docket No. 16410), which are scheduled to be heard at the non-omnibus hearing on May 29, 2009, it is hereby

ORDERED that the hearings on the Plan Modification Motion, the GM Arrangement Motion, and the Steering Option Exercise Motion and any supplements thereto, are hereby adjourned until Tuesday, June 2, 2009 at 12:00 noon (prevailing Eastern time); and it is further

ORDERED that the Debtors may file supplemental pleadings with respect to any or all of the Plan Modification Motion, the GM Arrangement Motion, and the Steering Option Exercise Motion (collectively, the "Supplements") and any pleadings relating to amendments or any other agreement pertaining to the Debtors' accommodation agreement or debtor-in-possession credit agreement with their debtor-in-possession lenders (the "DIP Pleadings"), which have been previously approved by this Court, by no later than Saturday, May 30, 2009 at 10:00 a.m. (prevailing Eastern time); and it is further

ORDERED that service of the Supplements and/or the DIP Pleadings shall be made by hand or overnight delivery AND by electronic mail as soon as practicable, but in any event (i) if by electronic mail (except with respect to the office of the United States Trustee, who shall be served by hand, and except to the extent that such e-mail addresses are unknown) no later than 2:00 p.m. (prevailing Eastern time) on Saturday, May 30, 2009 and (ii) if by hand or overnight delivery, so as to be RECEIVED no later than 10:00 a.m. (prevailing Eastern time) on Monday, June 1, 2009, upon (i) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n:  Brian Masumoto); (ii) counsel for the official committee of unsecured creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n:  Robert J. Rosenberg and Mark A. Broude); (iii) counsel for General Motors Corporation, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Att'n:  Jeffrey L. Tanenbaum); (iv) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n:  Donald S. Bernstein and Brian Resnick); (v) counsel for the Tranche C Collective, Willkie Farr & Gallagher LLP, 787 Seventh

Avenue, New York, New York 10019 (Att'n: Richard Mancino and Marc Abrams); (vi) the United States Department of Justice, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Att'n: Matthew L. Schwartz and Joseph N. Cordaro); (vii) counsel for the United States Department of the Treasury, Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, New York 10281 (Att'n: John J. Rapisardi and Oren B. Haker); and (viii) counsel for the Pension Benefit Guaranty Corporation, Kelley Drye & Warren LLP, 101 Park Avenue, New York, New York 10178 (Att'n: Craig A. Wolfe); and it is further

ORDERED that notice of the Supplements and/or the DIP Pleadings also shall be provided in the manner and to the parties set forth in the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 20, 2006 (Docket No. 2883), and the Fourteenth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered May 1, 2009 (Docket No. 16589) provided, however, that notice of the Supplements and/or DIP Pleadings shall be effective if service upon such parties is completed by no later than Sunday, May 31, 2009; and it is further

ORDERED that answering papers, if any, shall be served upon the above-named parties and upon counsel to the above-captioned debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.) and Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036 (Att'n: Kayalyn A. Marafioti and Thomas J.

Matz) (with a hard copy to Chambers and the Office of the United States Trustee (Att'n: Brian Masumoto)) by hand delivery or overnight delivery AND by electronic mail (except with respect to the office of the United States Trustee, who shall be served by hand) so as to be RECEIVED no later than 8:00 a.m. (prevailing Eastern time) on Tuesday, June 2, 2009.

Dated:   New York, New York
         May 28, 2009

                                              /s/Robert D. Drain
                                              UNITED STATES BANKRUPTCY JUDGE