**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
                                                             :
In re:                                                       :    Chapter 11
                                                             :
DELPHI CORPORATION, et al.,                                  :    Case No. 05-44481 (RDD)
                                                             :
                        Debtors.                             :    Jointly Administered
                                                             :
-------------------------------------------------------------X

## CERTIFICATE OF SERVICE

MICHELLE MOEZZI, being duly sworn, deposes and says:

    I am not a party to the action, am over the age of eighteen years of age, and reside in Westchester County, New York.

    On May 26, 2009, I caused to be served true and correct copies of (i) the Notice of Appearance and Demand for Service Papers [Docket No. 16638] and (ii) the Verified Statement of Dechert LLP Pursuant to Bankruptcy Rule 2019 [Docket No. 16639], filed with the court May 26, 2009, by overnight mail upon the party listed in Exhibit A.

Dated: May 29, 2009

                                                                                           */s/ Michelle S. Moezzi*
                                                                                            Michelle S. Moezzi

## EXHIBIT A

<u>Debtors' Counsel</u>:
John (Jack) Wm Butler, Jr.
Kayalyn A. Marafioti
Thomas J. Matz
Skadden Arps Slate Meagher & Flom LLP
333 W. Wacker Drive
Chicago, Illinois 60606