## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | ) | **Chapter 11** |
|  | ) |  |
| **DELPHI CORPORATION, et al.,** | ) | **Case No. 05-44481 (RDD)** |
|  | ) |  |
| Debtors | ) | **Jointly Administered** |
|  | ) |  |

### CERTIFICATE OF SERVICE

I, Jason Blumberg, hereby certify that on May 29, 2009, I caused copies of Expedited Motion of Deloitte & Touche LLP for an Order Terminating the Debtors' Retention of Deloitte & Touche LLP as their Independent Auditors and Accountants (docket no. 16644) to be served on (i) ECF participants by ECF and (ii) the parties on the attached service list.

Dated: New York, New York
      June 1, 2009

By:    /s/ Jason Blumberg
          Jason Blumberg (JB-1033)
          Loeb & Loeb LLP
          345 Park Avenue
          New York, NY 10154
          (212) 407-4000

## Service List

### Via Federal Express

Latham & Watkins LLP
Attention: Robert J. Rosenberg
and Mark A. Broude
885 Third Avenue
New York, NY 10022

Shearman & Sterling LLP
Attention: Douglas Bartner
599 Lexington Avenue
New York, NY 10022

Office of the U.S. Trustee
Southern District of New York
Attention: Alicia M. Leonhard and
Brian Masumoto
33 Whitehall Street, Suite 2100
New York, NY 10044

Delphi Corporation
Attention: General Counsel
5725 Delphi Drive
Troy, MI 48098

Davis Polk & Wardwell
Attention: Donald Bernstein and
Brian Resnick
450 Lexington Avenue
New York, NY 10017

Skadden, Arps, Slate, et al.
Attention: John William Butler, Jr.
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Fried, Frank, Harris, et al.
Attention: Bonnie Steingart
One New York Plaza
New York, NY

Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017

NY781727.1
018000-10112

(Attn: Kenneth S. Ziman)

NY781727.1
018000-10112