SCHULTE ROTH & ZABEL LLP
Adam C. Harris (ACH-4641)
David J. Karp (DK-4843)
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Facsimile: (212) 595-5955
Counsel for Parnassus Holdings II, LLC and Platinum Equity Capital Partners II, L.P.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------- X
In re:                                                      :
                                                            :   Chapter 11
                                                            :
DELPHI CORPORATION., et al.                                 :
                                                            :   Case No. 05-44481 (RDD)
                                                            :
                                                            :   (Jointly Administered)
                        Debtors.                            :
----------------------------------------------------------- X

## NOTICE OF APPEARANCE UNDER FED. R. BANKR. P. 2002

PLEASE TAKE NOTICE that Schulte Roth & Zabel LLP appears in this proceeding for Parnassus Holdings II, LLC and Platinum Equity Partners II, L.P., and requests, effective immediately, pursuant to Fed. R. Bankr. P. 2002, that further copies of all papers, including notices, pleadings, motions, orders to show cause, applications and orders filed or entered in these cases should be sent to the following counsel:

> David J. Karp
> Schulte Roth & Zabel LLP
> 919 Third Avenue
> New York, New York 10022
> Telephone: (212) 756-2000
> Facsimile: (212) 595-5955
> E-Mail:    david.karp@srz.com

SRZ-10913965.1

Dated: New York, New York
June 3, 2009

        SCHULTE ROTH & ZABEL LLP
        Counsel for Parnassus Holdings II, LLC and
        Platinum Equity Capital Partners II, L.P.

By:    /s/ Adam C. Harris
      Adam C. Harris (ACH-4641)
      (A Member of the Firm)
      David J. Karp (DK-4843)
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Facsimile: (212) 595-5955
E-Mail: adam.harris@srz.com
        david.karp@srz.com

SRZ-10913965.1