MUNSCH HARDT KOPF & HARR, P.C.
Raymond J. Urbanik, Esq.
New York   RU 1842
Jay H. Ong, Esq.
Texas Bar No. 24028756
3800 Lincoln Plaza
500 N. Akard Street
Dallas, Texas  75201-6659
Telephone: (214) 855-7500
Telecopier: (214) 855-7584
*Attorneys for Computer Sciences Corporation*

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **DELPHI CORPORATION, et al.,** | **Case No. 05-44481 (RDD)** |
| Debtors. | **Jointly Administered** |

### NOTICE OF WITHDRAWAL OF MOTION WITHOUT PREJUDICE

TO THE HONORABLE ROBERT D. DRAIN, UNITED STATES BANKRUPTCY JUDGE:

Now comes Computer Sciences Corporation ("CSC"), party to a post-petition contract with the Debtors and an administrative expense priority creditor and party-in-interest in the above-captioned, jointly administered Chapter 11 bankruptcy cases ("Bankruptcy Cases") of Delphi Corporation ("Delphi") and its affiliated Debtors (collectively, "Debtors").

1.      On May 6, 2009, CSC filed its Motion of Computer Sciences Corporation Pursuant to 11 U.S.C. § 503 For Order Allowing and Directing Payment of Administrative Expense Priority Claim for Unpaid Post-Petition Obligations ("Motion") [Docket No. 16601].

2.      Pursuant to Rules 7041 and 9014 of the Federal Rules of Bankruptcy Procedure and Rule 41 of the Federal Rules of Civil Procedure, CSC hereby withdraws the Motion without prejudice.

Respectfully submitted, this 5th day of June, 2009.

MUNSCH HARDT KOPF & HARR, P.C.


By:    */s/ Raymond J. Urbanik*
　　　　Raymond J. Urbanik
　　　　New York Bar RU 1842
　　　　Texas Bar No. 20414050
　　　　Jay H. Ong, Esq.
　　　　Texas Bar No. 24028756

　　　　3800 Lincoln Plaza
　　　　500 N. Akard Street
　　　　Dallas, Texas  75201
　　　　Telephone:  (214) 855-7500
　　　　Facsimile:  (214) 855-7584

ATTORNEYS FOR COMPUTER SCIENCES
CORPORATION

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, in addition to electronic service via the Court's CM/ECF System, on the 5th day of June, 2009, I personally caused a true and correct copy of the foregoing document to be served via email and facsimile upon the parties listed below and upon all parties listed on the attached service list via regular U.S. mail, postage prepaid.

John Wm. Butler, Jr.
Albert L. Hogan III
John K. Lyons
Rone E. Meisler
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
Fax:  **(312) 407.0411**
Email:  **rmeisler@skadden.com**

*/s/ Raymond J. Urbanik*
Raymond J. Urbanik