

Judge Robert D. Drain
U.S. Brankruptcy Court  Case #05-44481
One Bowling Green
New York, New York 10004-1408

Timothy K. Sheffer
6725 E. River Rd
Rush, NY 14543

Dear Judge Drain,

 As a 27 year GM employee and a 10 year Delphi employee, I am contacting you today because I have been advised by reliable sources that a decision on the disposition of the Delphi salaried pension plan is imminent and that now is the time to take action if a turnover to the PBGC is to be avoided.   Delphi salaried retirees need assistance at this time to help avoid this additional blow to a group that is already hurting badly from the loss of health and life insurance benefits. We would propose, as a reasonable solution, best for all involved that GM roll the Delphi Pension fund and Salaried retirees into the GM Salaried retirees Pension fund and program.

**Here is a summary of facts concerning the current situation:**

- The Delphi Salaried Pension Plan is underfunded by approximately $2 billion which Delphi is unlikely to be able to make up anytime soon.

- Virtually all of the plan's participants worked over 2/3 (25+yrs) of their career as GM salaried employees some spending as little as a few months as Delphi employees prior to retirement.

- The GM salaried pension plan is far better funded than the Delphi plan so folding the Delphi salaried pension plan into GM's plan is a reasonable move from both a financial and ethical standpoint.

**We believe that what we propose is in the best interest of all stakeholders in the GM/Delphi restructuring process for the following reasons:**

- Delphi salaried retirees have already suffered disproportionate losses with respect to their auto industry peers and should at least have their pensions preserved.

- Delphi cannot emerge from Chapter 11 without resolving the salaried pension issue therefore they must either turn pensions over to PBGC or return them to GM from where the original liability came.

- PBGC currently holds liens on many assets that Delphi needs to sell to emerge from Chapter 11.  This action would clear those liens enabling Delphi to proceed with its reorganization.

- GM currently intends to purchase several of the Delphi assets with PBGC liens.  This action would also allow those acquisitions to proceed unimpeded.

- PBGC will avoid the assumption of another large underfunded pension plan.

- The US Treasury will collect additional taxes on the increased pension amounts paid to retirees over the lifetime of the annuities.

In closing, I ask you to use your considerable influence in the restructuring process to achieve the transfer of the Delphi Salaried pension plan back to GM from where it originated.   GM has played a significant role in Delphi's salaried retirees' current troubled situation starting with the Separation Agreement, imposing their handpicked management team, and saddling Delphi with non competitive supply contracts.    I hope you will recognize that the deck was stacked against Delphi's salaried retirees at the spinoff and do what is both reasonable and right.

Sincerely,


Timothy K. Sheffer

Dear Mr. Bloom,

When DSRA's Paul Dobosz met with you in Washington as part of the salaried automotive retiree group late in April, you indicated that preservation of pension plans was a high priority for you. You also emphasized that you were looking for reasonable solutions despite a very difficult set of circumstances. I am contacting you today because we have been advised by reliable sources that a decision on the disposition of the Delphi salaried pension plan is imminent and that now is the time to take action if a turnover to the PBGC is to be avoided. Delphi salaried retirees need task force assistance at this time to help avoid this additional blow to a group that is already hurting badly from the loss of health and life insurance benefits. We would propose, as a reasonable solution, best for all involved that GM roll the Delphi Pension fund and Salaried retirees into the GM Salaried retirees Pension fund and program.

**Here is a summary of facts concerning the current situation:**

- The Delphi Salaried Pension Plan is underfunded by approximately $2 billion which Delphi is unlikely to be able to make up anytime soon.
- Virtually all of the plan's participants worked over 2/3 (25+yrs) of their career as GM salaried employees some spending as little as a few months as Delphi employees prior to retirement.
- The GM salaried pension plan is far better funded than the Delphi plan so folding the Delphi salaried pension plan into GM's plan is a reasonable move from both a financial and ethical standpoint.

**We believe that what we propose is in the best interest of all stakeholders in the GM/Delphi restructuring process for the following reasons:**

- Delphi salaried retirees have already suffered disproportionate losses with respect to their auto industry peers and should at least have their pensions preserved.
- Delphi cannot emerge from Chapter 11 without resolving the salaried pension issue therefore they must either turn pensions over to PBGC or return them to GM from where the original liability came.
- PBGC currently holds liens on many assets that Delphi needs to sell to emerge from Chapter 11. This action would clear those liens enabling Delphi to proceed with its reorganization.
- GM currently intends to purchase several of the Delphi assets with PBGC liens. This action would also allow those acquisitions to proceed unimpeded.
- PBGC will avoid the assumption of another large underfunded pension plan.
- The US Treasury will collect additional taxes on the increased pension amounts paid to retirees over the lifetime of the annuities.

In closing, I ask you to use your considerable influence in the restructuring process to achieve the transfer of the Delphi Salaried pension plan back to GM from where it originated.  GM has played a significant role in Delphi's salaried retirees' current troubled situation starting with the Separation Agreement, imposing their handpicked management team, and saddling Delphi with non competitive supply contracts.   I hope you will recognize that the deck was stacked against Delphi's salaried retirees at the spinoff and do what is both reasonable and right.

Sincerely

Delphi Salaried Retiree Association
653 MIRNINGSIDE DR
GRAND BLANC, Mi

Dear Mr. Bloom,

When DSRA's Paul Dobosz met with you in Washington as part of the salaried automotive retiree group late in April, you indicated that preservation of pension plans was a high priority for you. You also emphasized that you were looking for reasonable solutions despite a very difficult set of circumstances. I am contacting you today because we have been advised by reliable sources that a decision on the disposition of the Delphi salaried pension plan is imminent and that now is the time to take action if a turnover to the PBGC is to be avoided. Delphi salaried retirees need task force assistance at this time to help avoid this additional blow to a group that is already hurting badly from the loss of health and life insurance benefits. We would propose, as a reasonable solution, best for all involved that GM roll the Delphi Pension fund and Salaried retirees into the GM Salaried retirees Pension fund and program.

**Here is a summary of facts concerning the current situation:**

- The Delphi Salaried Pension Plan is underfunded by approximately $2 billion which Delphi is unlikely to be able to make up anytime soon.
- Virtually all of the plan's participants worked over 2/3 (25+yrs) of their career as GM salaried employees some spending as little as a few months as Delphi employees prior to retirement.
- The GM salaried pension plan is far better funded than the Delphi plan so folding the Delphi salaried pension plan into GM's plan is a reasonable move from both a financial and ethical standpoint.

**We believe that what we propose is in the best interest of all stakeholders in the GM/Delphi restructuring process for the following reasons:**

- Delphi salaried retirees have already suffered disproportionate losses with respect to their auto industry peers and should at least have their pensions preserved.
- Delphi cannot emerge from Chapter 11 without resolving the salaried pension issue therefore they must either turn pensions over to PBGC or return them to GM from where the original liability came.
- PBGC currently holds liens on many assets that Delphi needs to sell to emerge from Chapter 11. This action would clear those liens enabling Delphi to proceed with its reorganization.
- GM currently intends to purchase several of the Delphi assets with PBGC liens. This action would also allow those acquisitions to proceed unimpeded.
- PBGC will avoid the assumption of another large underfunded pension plan.
- The US Treasury will collect additional taxes on the increased pension amounts paid to retirees over the lifetime of the annuities.

In closing, I ask you to use your considerable influence in the restructuring process to achieve the transfer of the Delphi Salaried pension plan back to GM from where it originated. GM has played a significant role in Delphi's salaried retirees' current troubled situation starting with the Separation Agreement, imposing their handpicked management team, and saddling Delphi with non competitive supply contracts. I hope you will recognize that the deck was stacked against Delphi's salaried retirees at the spinoff and do what is both reasonable and right.

Sincerely,

Delphi Salaried Retiree Association

June 4, 2009


United States Bankruptcy Court
Judge Robert D. Drain
U.S. Bankruptcy Court Case #05-44481
One Bowling Green
New York, NY 10004-1408

FAX: (914) 390-4073
Reference case # 05-44481


Dear Judge Drain:

As a retired Delphi Salary Employee I strongly object to the recently filed Delphi
Modified Plan of Reorganization.

This plan is structured to only benefit a few Delphi Senior Executives, General
Motors, the UAW and Platinum Equity. It is totally at the expense of Delphi creditors
and the retired salary employees and the American taxpayer. It is also clear the US
Treasury, with Tim Geithner, is brokering this whole deal.

GM is receiving viable, ongoing revenue producing plants at no cost other than
accepting the UAW pension plans.

Delphi Senior Executives will retain their positions and potentially receive either
generous retention or severance bonus' from the new owners.

The UAW will continue under the GM umbrella for pensions and benefits, which are
being financed by the US Government.

Platinum Equity will now own a company with revenue producing operations that
have excellent profit potential and they will pay literally nothing for this. Why are
they paying more for the Alcoa AFL unit, which is much smaller and has far fewer
assets?

I firmly believe that this is truly a liquidation of Delphi thinly disguised as an
"emergence". Worst of all, the valuable assets of this company are being given away
and the only money left for creditors and retirees will be in the disposition of
already closed, nonrevenue producing plants (DPH).

Perhaps even more disturbing, is the settlement Delphi is requesting of the PBGC.
They have requested that the PBGC drops its right to secured claims and becomes an
unsecured claim. This is ludicrous. These claims should be maintained and provide
funds to decrease the underfunded position of Delphi's Salaried Retirement Plan.
The court will have to address this issue because I am sure that the PBGC will



negotiate away its rights because of its unique position in relationship to the US Treasury Department and Tim Geithner, who is brokering the whole GM/ Delphi Process.

I ask the court to please not accept this modified plan but to send Delphi and its partners- GM, the US Treasury, Platinum and the UAW, back to restructure a deal that is equitable to the salaried retirees and the creditors. I believe that is the responsibility of the court.


Sincerely,

Joanne Burns
Delphi Salaried Retiree

Cc:    Mr. Vince Snowbarger – PBGC
       President Barack Obama
       Governor Jennifer Granholm
       Senator Carl Levin –MI
       Senator Debbie Stabenow–MI
       Representative Carolyn Kilpatrick

Dear Mr. Bloom,

When DSRA's Paul Dobosz met with you in Washington as part of the salaried automotive retiree group late in April, you indicated that preservation of pension plans was a high priority for you. You also emphasized that you were looking for reasonable solutions despite a very difficult set of circumstances. I am contacting you today because we have been advised by reliable sources that a decision on the disposition of the Delphi salaried pension plan is imminent and that now is the time to take action if a turnover to the PBGC is to be avoided. Delphi salaried retirees need task force assistance at this time to help avoid this additional blow to a group that is already hurting badly from the loss of health and life insurance benefits. We would propose, as a reasonable solution, best for all involved that GM roll the Delphi Pension fund and Salaried retirees into the GM Salaried retirees Pension fund and program.

**Here is a summary of facts concerning the current situation:**

- The Delphi Salaried Pension Plan is underfunded by approximately $2 billion which Delphi is unlikely to be able to make up anytime soon.
- Virtually all of the plan's participants worked over 2/3 (25+yrs) of their career as GM salaried employees some spending as little as a few months as Delphi employees prior to retirement.
- The GM salaried pension plan is far better funded than the Delphi plan so folding the Delphi salaried pension plan into GM's plan is a reasonable move from both a financial and ethical standpoint.

**We believe that what we propose is in the best interest of all stakeholders in the GM/Delphi restructuring process for the following reasons:**

- Delphi salaried retirees have already suffered disproportionate losses with respect to their auto industry peers and should at least have their pensions preserved.
- Delphi cannot emerge from Chapter 11 without resolving the salaried pension issue therefore they must either turn pensions over to PBGC or return them to GM from where the original liability came.
- PBGC currently holds liens on many assets that Delphi needs to sell to emerge from Chapter 11. This action would clear those liens enabling Delphi to proceed with its reorganization.
- GM currently intends to purchase several of the Delphi assets with PBGC liens. This action would also allow those acquisitions to proceed unimpeded.
- PBGC will avoid the assumption of another large underfunded pension plan.
- The US Treasury will collect additional taxes on the increased pension amounts paid to retirees over the lifetime of the annuities.

In closing, I ask you to use your considerable influence in the restructuring process to achieve the transfer of the Delphi Salaried pension plan back to GM from where it originated. GM has played a significant role in Delphi's salaried retirees' current troubled situation starting with the Separation Agreement, imposing their handpicked management team, and saddling Delphi with non competitive supply contracts. I hope you will recognize that the deck was stacked against Delphi's salaried retirees at the spinoff and do what is both reasonable and right.

Sincerely,

*Bernard M. Carreno*

Bernard M. Carreno
Delphi Salaried Retiree

NOCCR 10/06

③

*Fax to PBGC.*
*914-390-4073  &  914-390-4073*

Dear Mr. Snowbarger and Mr. Nacy.

Below is a letter sent to Mr. Bloom which really outlines the terrible plight of the retired Delphi salary workforce. When GM spun off Delphi, we were not asked to work for Delphi, we were told we could quit but we could never work for GM again. I was 56 years old at the time. Where was I going to build another career? I have already lost my medical and life insurance. Loosing, or decreasing my pension would put me at the brink of personal bankruptcy. I believe that what is outlined below is a fair solution since GM is the one that created the Delphi problem. Hopefully you will have some sympathy for the salary workforce's situation.

Dear Mr. Bloom,

When DSRA's Paul Dobosz met with you in Washington as part of the salaried automotive retiree group late in April, you indicated that preservation of pension plans was a high priority for you. You also emphasized that you were looking for reasonable solutions despite a very difficult set of circumstances. I am contacting you today because we have been advised by reliable sources that a decision on the disposition of the Delphi salaried pension plan is imminent and that now is the time to take action if a turnover to the PBGC is to be avoided. Delphi salaried retirees need task force assistance at this time to help avoid this additional blow to a group that is already hurting badly from the loss of health and life insurance benefits. We would propose, as a reasonable solution, best for all involved that GM roll the Delphi Pension fund and Salaried retirees into the GM Salaried retirees Pension fund and program.

**Here is a summary of facts concerning the current situation:**

- The Delphi Salaried Pension Plan is underfunded by approximately $2 billion which Delphi is unlikely to be able to make up anytime soon.
- Virtually all of the plan's participants worked over 2/3 (25+yrs) of their career as GM salaried employees some spending as little as a few months as Delphi employees prior to retirement.
- The GM salaried pension plan is far better funded than the Delphi plan so folding the Delphi salaried pension plan into GM's plan is a reasonable move from both a financial and ethical standpoint.

**We believe that what we propose is in the best interest of all stakeholders in the GM/Delphi restructuring process for the following reasons:**

- Delphi salaried retirees have already suffered disproportionate losses with respect to their auto industry peers and should at least have their pensions preserved.
- Delphi cannot emerge from Chapter 11 without resolving the salaried pension issue therefore they must either turn pensions over to PBGC or return them to GM from where the original liability came.
- PBGC currently holds liens on many assets that Delphi needs to sell to emerge from Chapter 11. This action would clear those liens enabling Delphi to proceed with its reorganization.
- GM currently intends to purchase several of the Delphi assets with PBGC liens. This action would also allow those acquisitions to proceed unimpeded.
- PBGC will avoid the assumption of another large underfunded pension plan.
- The US Treasury will collect additional taxes on the increased pension amounts paid to retirees over the lifetime of the annuities.

In closing, I ask you to use your considerable influence in the restructuring process to achieve the transfer of the Delphi Salaried pension plan back to GM from where it originated. GM has played a significant role in Delphi's salaried retirees' current troubled situation starting with the Separation Agreement, imposing their handpicked management team, and saddling Delphi with non competitive supply contracts.   I hope you will recognize that the deck was stacked against Delphi's salaried retirees at the spinoff and do what is both reasonable and right.

Sincerely,

*Thomas J. Bucholz*
Delphi Salaried Retiree Association

*Thomas J. Bucholz   6/7/2009*

(4)

*Fax to PBGC.*
*914-390-4073  &  914-390-4073*

Dear Mr. Snowbarger and Mr. Nacy.

Below is a letter sent to Mr. Bloom which really outlines the terrible plight of the retired Delphi salary workforce. When GM spun off Delphi, we were not asked to work for Delphi, we were told we could quit but we could never work for GM again. I was 56 years old at the time. Where was I going to build another career? I have already lost my medical and life insurance. Loosing, or decreasing my pension would put me at the brink of personal bankruptcy. I believe that what is outlined below is a fair solution since GM is the one that created the Delphi problem. Hopefully you will have some sympathy for the salary workforce's situation.

Dear Mr. Bloom,

When DSRA's Paul Dobosz met with you in Washington as part of the salaried automotive retiree group late in April, you indicated that preservation of pension plans was a high priority for you. You also emphasized that you were looking for reasonable solutions despite a very difficult set of circumstances. I am contacting you today because we have been advised by reliable sources that a decision on the disposition of the Delphi salaried pension plan is imminent and that now is the time to take action if a turnover to the PBGC is to be avoided.   Delphi salaried retirees need task force assistance at this time to help avoid this additional blow to a group that is already hurting badly from the loss of health and life insurance benefits. We would propose, as a reasonable solution, best for all involved that GM roll the Delphi Pension fund and Salaried retirees into the GM Salaried retirees Pension fund and program.

**Here is a summary of facts concerning the current situation:**

- The Delphi Salaried Pension Plan is underfunded by approximately $2 billion which Delphi is unlikely to be able to make up anytime soon.
- Virtually all of the plan's participants worked over 2/3 (25+yrs) of their career as GM salaried employees some spending as little as a few months as Delphi employees prior to retirement.
- The GM salaried pension plan is far better funded than the Delphi plan so folding the Delphi salaried pension plan into GM's plan is a reasonable move from both a financial and ethical standpoint.

**We believe that what we propose is in the best interest of all stakeholders in the GM/Delphi restructuring process for the following reasons:**

- Delphi salaried retirees have already suffered disproportionate losses with respect to their auto industry peers and should at least have their pensions preserved.
- Delphi cannot emerge from Chapter 11 without resolving the salaried pension issue therefore they must either turn pensions over to PBGC or return them to GM from where the original liability came.
- PBGC currently holds liens on many assets that Delphi needs to sell to emerge from Chapter 11. This action would clear those liens enabling Delphi to proceed with its reorganization.
- GM currently intends to purchase several of the Delphi assets with PBGC liens. This action would also allow those acquisitions to proceed unimpeded.
- PBGC will avoid the assumption of another large underfunded pension plan.
- The US Treasury will collect additional taxes on the increased pension amounts paid to retirees over the lifetime of the annuities.

In closing, I ask you to use your considerable influence in the restructuring process to achieve the transfer of the Delphi Salaried pension plan back to GM from where it originated.  GM has played a significant role in Delphi's salaried retirees' current troubled situation starting with the Separation Agreement, imposing their handpicked management team, and saddling Delphi with non competitive supply contracts.   I hope you will recognize that the deck was stacked against Delphi's salaried retirees at the spinoff and do what is both reasonable and right.

Sincerely,

*Thomas J. Bucholz*

Delphi Salaried Retiree Association

*Thomas J. Bucholz   6/7/2009*

Dear Mr. Bloom,

When DSRA's Paul Dobosz met with you in Washington as part of the salaried automotive retiree group late in April, you indicated that preservation of pension plans was a high priority for you. You also emphasized that you were looking for reasonable solutions despite a very difficult set of circumstances. I am contacting you today because we have been advised by reliable sources that a decision on the disposition of the Delphi salaried pension plan is imminent and that now is the time to take action if a turnover to the PBGC is to be avoided. Delphi salaried retirees need task force assistance at this time to help avoid this additional blow to a group that is already hurting badly from the loss of health and life insurance benefits. We would propose, as a reasonable solution, best for all involved that GM roll the Delphi Pension fund and Salaried retirees into the GM Salaried retirees Pension fund and program.

**Here is a summary of facts concerning the current situation:**

- The Delphi Salaried Pension Plan is underfunded by approximately $2 billion which Delphi is unlikely to be able to make up anytime soon.

- Virtually all of the plan's participants worked over 2/3 (25+yrs) of their career as GM salaried employees some spending as little as a few months as Delphi employees prior to retirement.

- The GM salaried pension plan is far better funded than the Delphi plan so folding the Delphi salaried pension plan into GM's plan is a reasonable move from both a financial and ethical standpoint.

**We believe that what we propose is in the best interest of all stakeholders in the GM/Delphi restructuring process for the following reasons:**

- Delphi salaried retirees have already suffered disproportionate losses with respect to their auto industry peers and should at least have their pensions preserved.

- Delphi cannot emerge from Chapter 11 without resolving the salaried pension issue therefore they must either turn pensions over to PBGC or return them to GM from where the original liability came.

- PBGC currently holds liens on many assets that Delphi needs to sell to emerge from Chapter 11. This action would clear those liens enabling Delphi to proceed with its reorganization.

- GM currently intends to purchase several of the Delphi assets with PBGC liens. This action would also allow those acquisitions to proceed unimpeded.

- PBGC will avoid the assumption of another large underfunded pension plan.

- The US Treasury will collect additional taxes on the increased pension amounts paid to retirees over the lifetime of the annuities.

In closing, I ask you to use your considerable influence in the restructuring process to achieve the transfer of the Delphi Salaried pension plan back to GM from where it originated. GM has played a significant role in Delphi's salaried retirees' current troubled situation starting with the Separation Agreement, imposing their handpicked management team, and saddling Delphi with non competitive supply contracts. I hope you will recognize that the deck was stacked against Delphi's salaried retirees at the spinoff and do what is both reasonable and right.

Sincerely,

Delphi Salaried Retiree Association

June 4, 2009
United States bankruptcy Court
Attn: Judge Drain
Reference case # 05-44481

As a retired Delphi Salary Employee I strongly object to the recently filed Delphi
Modified Plan of Reorganization.

This plan is structured to only benefit a few Delphi Senior Executives, General Motors, the
UAW and Platinum Equity. It is totally at the expense of Delphi creditors and the retired
salary employees and the American taxpayer. It is also clear that this whole deal is
being brokered by the US Treasury, with Tim Geithner.

GM is receiving viable, ongoing revenue producing plants at no cost other than
accepting the UAW pension plans.

Delphi Senior Executives will retain their positions and potentially receive either generous
retention or severance bonus' from the new owners.

The UAW will continue under the GM umbrella for pensions and benefits which are
being financed by the US Government.

Platinum Equity will now own a company with revenue producing operations that have
excellent profit potential and they will pay literally nothing for this. Why are they paying
more for the Alcoa AFL unit which is much smaller and has far fewer assets?

I firmly believe that this is truly a liquidation of Delphi thinly disguised as an
"emergence". Worst of all, the valuable assets of this company are being given away
and the only money left for creditors and retirees will be in the disposition of already
closed, nonrevenue producing plants (DPH).

Perhaps even more disturbing, is the settlement Delphi is requesting of the PBGC. They
have requested that the PBGC drops its right to secured claims and becomes an
unsecured claim. This is ludicrous. These claims should be maintained and provide funds
to decrease the underfunded position of Delphi's Salaried Retirement Plan. The court
will have to address this issue because I am sure that the PBGC will negotiate away its
rights because of its unique position in relationship to the US Treasury Department and
Tim Geithner, who is brokering the whole GM/ Delphi Process.

I ask the court to please not accept this modified plan but to send Delphi and its
partners- GM, the US Treasury, Platinum and the UAW, back to restructure a deal that is
equitable to the salaried retirees and the creditors. I believe that is the responsibility of
the court.

Sincerely,

Jim Johnson
Delphi Salaried Retiree Association

⑦

To the Honorable Judge Drain,

When DSRA's Paul Dobosz met with you in Washington as part of the salaried automotive retiree group late in April, you indicated that preservation of pension plans was a high priority for you. You also emphasized that you were looking for reasonable solutions despite a very difficult set of circumstances. I am contacting you today because we have been advised by reliable sources that a decision on the disposition of the Delphi salaried pension plan is imminent and that now is the time to take action if a turnover to the PBGC is to be avoided.  Future Delphi salaried retirees who used to work for GM need task force assistance at this time to help avoid this additional blow to a group that is already hurting badly from the loss of health and life insurance benefits. We would propose, as a reasonable solution, best for all involved that GM roll the Delphi Pension fund and Salaried retirees, both current and future, into the GM Salaried retirees Pension fund and program.

**Here is a summary of facts concerning the current situation:**

- The Delphi Salaried Pension Plan is underfunded by approximately \$2 billion which Delphi is unlikely to be able to make up anytime soon.
- Virtually all of the plan's participants worked over 2/3 (25+yrs) of their career as GM salaried employees some spending as little as a few months as Delphi employees prior to retirement.
- The GM salaried pension plan is far better funded than the Delphi plan so folding the Delphi salaried pension plan into GM's plan is a reasonable move from both a financial and ethical standpoint.

**We believe that what we propose is in the best interest of all stakeholders in the GM/Delphi restructuring process for the following reasons:**

- Delphi salaried retirees have already suffered disproportionate losses with respect to their auto industry peers and should at least have their pensions preserved.
- Delphi cannot emerge from Chapter 11 without resolving the salaried pension issue therefore they must either turn pensions over to PBGC or return them to GM from where the original liability came.
- PBGC currently holds liens on many assets that Delphi needs to sell to emerge from Chapter 11. This action would clear those liens enabling Delphi to proceed with its reorganization.
- GM currently intends to purchase several of the Delphi assets with PBGC liens. This action would also allow those acquisitions to proceed unimpeded.
- PBGC will avoid the assumption of another large underfunded pension plan.
- The US Treasury will collect additional taxes on the increased pension amounts paid to retirees over the lifetime of the annuities.

In closing, I ask you to use your considerable influence in the restructuring process to achieve the transfer of the Delphi Salaried pension plan back to GM from where it originated.  GM has played a significant role in Delphi's salaried employee's current troubled situation starting with the Separation Agreement, imposing their handpicked management team, and saddling Delphi with non competitive supply contracts.  I hope you will recognize that the deck was stacked against Delphi's salaried retirees at the spinoff and do what is both reasonable and right.

Sincerely,

Jay Machielse

Jay Machielse

06/04/2009

Dear Mr. Bloom,

When DSRA's Paul Dobosz met with you in Washington as part of the salaried automotive retiree group late in April, you indicated that preservation of pension plans was a high priority for you. You also emphasized that you were looking for reasonable solutions despite a very difficult set of circumstances. I am contacting you today because we have been advised by reliable sources that a decision on the disposition of the Delphi salaried pension plan is imminent and that now is the time to take action if a turnover to the PBGC is to be avoided. Delphi salaried retirees need task force assistance at this time to help avoid this additional blow to a group that is already hurting badly from the loss of health and life insurance benefits. We would propose, as a reasonable solution, best for all involved that GM roll the Delphi Pension fund and Salaried retirees into the GM Salaried retirees Pension fund and program.

**Here is a summary of facts concerning the current situation:**

- The Delphi Salaried Pension Plan is underfunded by approximately $2 billion which Delphi is unlikely to be able to make up anytime soon.
- Virtually all of the plan's participants worked over 2/3 (25+yrs) of their career as GM salaried employees some spending as little as a few months as Delphi employees prior to retirement.
- The GM salaried pension plan is far better funded than the Delphi plan so folding the Delphi salaried pension plan into GM's plan is a reasonable move from both a financial and ethical standpoint.

**We believe that what we propose is in the best interest of all stakeholders in the GM/Delphi restructuring process for the following reasons:**

- Delphi salaried retirees have already suffered disproportionate losses with respect to their auto industry peers and should at least have their pensions preserved.
- Delphi cannot emerge from Chapter 11 without resolving the salaried pension issue therefore they must either turn pensions over to PBGC or return them to GM from where the original liability came.
- PBGC currently holds liens on many assets that Delphi needs to sell to emerge from Chapter 11. This action would clear those liens enabling Delphi to proceed with its reorganization.
- GM currently intends to purchase several of the Delphi assets with PBGC liens. This action would also allow those acquisitions to proceed unimpeded.
- PBGC will avoid the assumption of another large underfunded pension plan.
- The US Treasury will collect additional taxes on the increased pension amounts paid to retirees over the lifetime of the annuities.

In closing, I ask you to use your considerable influence in the restructuring process to achieve the transfer of the Delphi Salaried pension plan back to GM from where it originated. GM has played a significant role in Delphi's salaried retirees' current troubled situation starting with the Separation Agreement, imposing their handpicked management team, and saddling Delphi with non competitive supply contracts. I hope you will recognize that the deck was stacked against Delphi's salaried retirees at the spinoff and do what is both reasonable and right.

Sincerely,

*Thomas L Arnold*

Delphi Salaried Retiree Association



Dear Mr. Bloom,

When DSRA's Paul Dobosz met with you in Washington as part of the salaried automotive retiree group late in April, you indicated that preservation of pension plans was a high priority for you. You also emphasized that you were looking for reasonable solutions despite a very difficult set of circumstances. I am contacting you today because we have been advised by reliable sources that a decision on the disposition of the Delphi salaried pension plan is imminent and that now is the time to take action if a turnover to the PBGC is to be avoided. Delphi salaried retirees need task force assistance at this time to help avoid this additional blow to a group that is already hurting badly from the loss of health and life insurance benefits. We would propose, as a reasonable solution, best for all involved that GM roll the Delphi Pension fund and Salaried retirees into the GM Salaried retirees Pension fund and program.

**Here is a summary of facts concerning the current situation:**

- The Delphi Salaried Pension Plan is underfunded by approximately $2 billion which Delphi is unlikely to be able to make up anytime soon.
- Virtually all of the plan's participants worked over 2/3 (25+yrs) of their career as GM salaried employees some spending as little as a few months as Delphi employees prior to retirement.
- The GM salaried pension plan is far better funded than the Delphi plan so folding the Delphi salaried pension plan into GM's plan is a reasonable move from both a financial and ethical standpoint.

**We believe that what we propose is in the best interest of all stakeholders in the GM/Delphi restructuring process for the following reasons:**

- Delphi salaried retirees have already suffered disproportionate losses with respect to their auto industry peers and should at least have their pensions preserved.
- Delphi cannot emerge from Chapter 11 without resolving the salaried pension issue therefore they must either turn pensions over to PBGC or return them to GM from where the original liability came.
- PBGC currently holds liens on many assets that Delphi needs to sell to emerge from Chapter 11. This action would clear those liens enabling Delphi to proceed with its reorganization.
- GM currently intends to purchase several of the Delphi assets with PBGC liens. This action would also allow those acquisitions to proceed unimpeded.
- PBGC will avoid the assumption of another large underfunded pension plan.
- The US Treasury will collect additional taxes on the increased pension amounts paid to retirees over the lifetime of the annuities.

In closing, I ask you to use your considerable influence in the restructuring process to achieve the transfer of the Delphi Salaried pension plan back to GM from where it originated. GM has played a significant role in Delphi's salaried retirees' current troubled situation starting with the Separation Agreement, imposing their handpicked management team, and saddling Delphi with non competitive supply contracts. I hope you will recognize that the deck was stacked against Delphi's salaried retirees at the spinoff and do what is both reasonable and right.

Sincerely,
Jim McClure
23.5 yrs GM / 9 yrs Delphi
Delphi Salaried Retiree Association



Dear Mr. Bloom,

When DSRA's Paul Dobosz met with you in Washington as part of the salaried automotive retiree group late in April, you indicated that preservation of pension plans was a high priority for you. You also emphasized that you were looking for reasonable solutions despite a very difficult set of circumstances. I am contacting you today because we have been advised by reliable sources that a decision on the disposition of the Delphi salaried pension plan is imminent and that now is the time to take action if a turnover to the PBGC is to be avoided. Delphi salaried retirees need task force assistance at this time to help avoid this additional blow to a group that is already hurting badly from the loss of health and life insurance benefits. We would propose, as a reasonable solution, best for all involved that GM roll the Delphi Pension fund and Salaried retirees into the GM Salaried retirees Pension fund and program.

**Here is a summary of facts concerning the current situation:**

- The Delphi Salaried Pension Plan is underfunded by approximately $2 billion which Delphi is unlikely to be able to make up anytime soon.
- Virtually all of the plan's participants worked over 2/3 (25+yrs) of their career as GM salaried employees some spending as little as a few months as Delphi employees prior to retirement.
- The GM salaried pension plan is far better funded than the Delphi plan so folding the Delphi salaried pension plan into GM's plan is a reasonable move from both a financial and ethical standpoint.

**We believe that what we propose is in the best interest of all stakeholders in the GM/Delphi restructuring process for the following reasons:**

- Delphi salaried retirees have already suffered disproportionate losses with respect to their auto industry peers and should at least have their pensions preserved.
- Delphi cannot emerge from Chapter 11 without resolving the salaried pension issue therefore they must either turn pensions over to PBGC or return them to GM from where the original liability came.
- PBGC currently holds liens on many assets that Delphi needs to sell to emerge from Chapter 11. This action would clear those liens enabling Delphi to proceed with its reorganization.
- GM currently intends to purchase several of the Delphi assets with PBGC liens. This action would also allow those acquisitions to proceed unimpeded.
- PBGC will avoid the assumption of another large underfunded pension plan.
- The US Treasury will collect additional taxes on the increased pension amounts paid to retirees over the lifetime of the annuities.

In closing, I ask you to use your considerable influence in the restructuring process to achieve the transfer of the Delphi Salaried pension plan back to GM from where it originated. GM has played a significant role in Delphi's salaried retirees' current troubled situation starting with the Separation Agreement, imposing their handpicked management team, and saddling Delphi with non competitive supply contracts. I hope you will recognize that the deck was stacked against Delphi's salaried retirees at the spinoff and do what is both reasonable and right.

Sincerely,

James W Kiskø

Dear Mr. Bloom,

When DSRA's Paul Dobosz met with you in Washington as part of the salaried automotive retiree group late in April, you indicated that preservation of pension plans was a high priority for you. You also emphasized that you were looking for reasonable solutions despite a very difficult set of circumstances. I am contacting you today because we have been advised by reliable sources that a decision on the disposition of the Delphi salaried pension plan is imminent and that now is the time to take action if a turnover to the PBGC is to be avoided. Delphi salaried retirees need task force assistance at this time to help avoid this additional blow to a group that is already hurting badly from the loss of health and life insurance benefits. We would propose, as a reasonable solution, best for all involved that GM roll the Delphi Pension fund and Salaried retirees into the GM Salaried retirees Pension fund and program.

**Here is a summary of facts concerning the current situation:**

- The Delphi Salaried Pension Plan is underfunded by approximately $2 billion which Delphi is unlikely to be able to make up anytime soon.
- Virtually all of the plan's participants worked over 2/3 (25+yrs) of their career as GM salaried employees some spending as little as a few months as Delphi employees prior to retirement.
- The GM salaried pension plan is far better funded than the Delphi plan so folding the Delphi salaried pension plan into GM's plan is a reasonable move from both a financial and ethical standpoint.

**We believe that what we propose is in the best interest of all stakeholders in the GM/Delphi restructuring process for the following reasons:**

- Delphi salaried retirees have already suffered disproportionate losses with respect to their auto industry peers and should at least have their pensions preserved.
- Delphi cannot emerge from Chapter 11 without resolving the salaried pension issue therefore they must either turn pensions over to PBGC or return them to GM from where the original liability came.
- PBGC currently holds liens on many assets that Delphi needs to sell to emerge from Chapter 11. This action would clear those liens enabling Delphi to proceed with its reorganization.
- GM currently intends to purchase several of the Delphi assets with PBGC liens. This action would also allow those acquisitions to proceed unimpeded.
- PBGC will avoid the assumption of another large underfunded pension plan.
- The US Treasury will collect additional taxes on the increased pension amounts paid to retirees over the lifetime of the annuities.

In closing, I ask you to use your considerable influence in the restructuring process to achieve the transfer of the Delphi Salaried pension plan back to GM from where it originated. GM has played a significant role in Delphi's salaried retirees' current troubled situation starting with the Separation Agreement, imposing their handpicked management team, and saddling Delphi



with non competitive supply contracts.    I hope you will recognize that the deck was stacked against Delphi's salaried retirees at the spinoff and do what is both reasonable and right.

Sincerely,

Lloyd Smith    Retired Delphi Thermal
Delphi Salaried Retiree Association

Dayton, Oh. 1999

Lloyd Smith
4106 Woodedge Dr.
Bellbrook, Oh. 45305

Honorable Judge Robert D. Drain
U.S. Brankuptcy Court Case #05-44481

I am contacting you today because I have been advised by reliable sources that a decision on the disposition of
the Delphi salaried pension plan is imminent and that now is the time to take action if a turnover to the PBGC is
to be avoided. Delphi salaried retirees need assistance at this time to help avoid this additional blow to a group
that is already hurting badly from the loss of health and life insurance benefits. We would propose, as a
reasonable solution, best for all involved that GM roll the Delphi Pension fund and Salaried retirees into the GM
Salaried retirees Pension fund and program.

**Here is a summary of facts concerning the current situation:**

- The Delphi Salaried Pension Plan is underfunded by approximately $2 billion which Delphi is unlikely to
  be able to make up anytime soon.
- Virtually all of the plan's participants worked over 2/3 (25+yrs) of their career as GM salaried employees
  some spending as little as a few months as Delphi employees prior to retirement.
- The GM salaried pension plan is far better funded than the Delphi plan so folding the Delphi salaried
  pension plan into GM's plan is a reasonable move from both a financial and ethical standpoint.

**We believe that what we propose is in the best interest of all stakeholders in the GM/Delphi restructuring
process for the following reasons:**

- Delphi salaried retirees have already suffered disproportionate losses with respect to their auto industry
  peers and should at least have their pensions preserved.
- Delphi cannot emerge from Chapter 11 without resolving the salaried pension issue therefore they must
  either turn pensions over to PBGC or return them to GM from where the original liability came.
- PBGC currently holds liens on many assets that Delphi needs to sell to emerge from Chapter 11. This
  action would clear those liens enabling Delphi to proceed with its reorganization.
- GM currently intends to purchase several of the Delphi assets with PBGC liens. This action would also
  allow those acquisitions to proceed unimpeded.
- PBGC will avoid the assumption of another large underfunded pension plan.
- The US Treasury will collect additional taxes on the increased pension amounts paid to retirees over the
  lifetime of the annuities.

In closing, I ask you to use your considerable influence in the restructuring process to achieve the transfer of the
Delphi Salaried pension plan back to GM from where it originated. GM has played a significant role in Delphi's
salaried retirees' current troubled situation starting with the Separation Agreement, imposing their handpicked
management team, and saddling Delphi with non competitive supply contracts.   I hope you will recognize that
the deck was stacked against Delphi's salaried retirees at the spinoff and do what is both reasonable and right.

Sincerely,

Gerald F. Mullis, GM Employee for 34 years

⑬

Dear Mr. Bloom,

When DSRA's Paul Dobosz met with you in Washington as part of the salaried automotive retiree group late in April, you indicated that preservation of pension plans was a high priority for you. You also emphasized that you were looking for reasonable solutions despite a very difficult set of circumstances. I am contacting you today because we have been advised by reliable sources that a decision on the disposition of the Delphi salaried pension plan is imminent and that now is the time to take action if a turnover to the PBGC is to be avoided.   Delphi salaried retirees need task force assistance at this time to help avoid this additional blow to a group that is already hurting badly from the loss of health and life insurance benefits. We would propose, as a reasonable solution, best for all involved that GM roll the Delphi Pension fund and Salaried retirees into the GM Salaried retirees Pension fund and program.

## Here is a summary of facts concerning the current situation:

- The Delphi Salaried Pension Plan is underfunded by approximately $2 billion which Delphi is unlikely to be able to make up anytime soon.

- Virtually all of the plan's participants worked over 2/3 (25+yrs) of their career as GM salaried employees some spending as little as a few months as Delphi employees prior to retirement.

- The GM salaried pension plan is far better funded than the Delphi plan so folding the Delphi salaried pension plan into GM's plan is a reasonable move from both a financial and ethical standpoint.

## We believe that what we propose is in the best interest of all stakeholders in the GM/Delphi restructuring process for the following reasons:

- Delphi salaried retirees have already suffered disproportionate losses with respect to their auto industry peers and should at least have their pensions preserved.

- Delphi cannot emerge from Chapter 11 without resolving the salaried pension issue therefore they must either turn pensions over to PBGC or return them to GM from where the original liability came.

- PBGC currently holds liens on many assets that Delphi needs to sell to emerge from Chapter 11. This action would clear those liens enabling Delphi to proceed with its reorganization.

- GM currently intends to purchase several of the Delphi assets with PBGC liens. This action would also allow those acquisitions to proceed unimpeded.

- PBGC will avoid the assumption of another large underfunded pension plan.

- The US Treasury will collect additional taxes on the increased pension amounts paid to retirees over the lifetime of the annuities.

_Handwritten in left margin:_ 1-1-202-326-4016   1-914-390-4073



In closing, I ask you to use your considerable influence in the restructuring process to achieve the transfer of the Delphi Salaried pension plan back to GM from where it originated.   GM has played a significant role in Delphi's salaried retirees' current troubled situation starting with the Separation Agreement, imposing their handpicked management team, and saddling Delphi with non competitive supply contracts.   I hope you will recognize that the deck was stacked against Delphi's salaried retirees at the spinoff and do what is both reasonable and right.

Sincerely,

*Glenn F. Minnick*

Delphi Salaried Retiree Association

*21 years with GM & Delphi for decent retirement benefits...*
*You've taken away our insurance benefits & now you're taking away the means to pay for the replacement insurance.*

Judge Robert D. Drain
U.S. Bankruptcy Court Case #05-44481
One Bowling Green
New York, New York 10004-1408
FAX 914-390-4073

Honorable Robert D. Drain:

When DSRA's Paul Dobosz met with you in Washington as part of the salaried automotive retiree group late in April, you indicated that preservation of pension plans was a high priority for you. You also emphasized that you were looking for reasonable solutions despite a very difficult set of circumstances. I am contacting you today because we have been advised by reliable sources that a decision on the disposition of the Delphi salaried pension plan is imminent and that now is the time to take action if a turnover to the PBGC is to be avoided. Delphi salaried retirees need task force assistance at this time to help avoid this additional blow to a group that is already hurting badly from the loss of health and life insurance benefits. We would propose, as a reasonable solution, best for all involved that GM rolls the Delphi Pension fund and salaried retirees into the GM Salaried retirees Pension fund and program.

### Here is a summary of facts concerning the current situation:

- The Delphi Salaried Pension Plan is underfunded by approximately $2 billion which Delphi is unlikely to be able to make up anytime soon.
- Virtually all of the plan's participants worked over 2/3 (25+yrs) of their career as GM salaried employees some spending as little as a few months as Delphi employees prior to retirement.
- The GM salaried pension plan is far better funded than the Delphi plan so folding the Delphi salaried pension plan into GM's plan is a reasonable move from both a financial and ethical standpoint.

### We believe that what we propose is in the best interest of all stakeholders in the GM/Delphi restructuring process for the following reasons:

- Delphi salaried retirees have already suffered disproportionate losses with respect to their auto industry peers and should at least have their pensions preserved.
- Delphi cannot emerge from Chapter 11 without resolving the salaried pension issue therefore they must either turn pensions over to PBGC or return them to GM from where the original liability came.
- PBGC currently holds liens on many assets that Delphi needs to sell to emerge from Chapter 11. This action would clear those liens enabling Delphi to proceed with its reorganization.
- GM currently intends to purchase several of the Delphi assets with PBGC liens. This action would also allow those acquisitions to proceed unimpeded.
- PBGC will avoid the assumption of another large underfunded pension plan.
- The US Treasury will collect additional taxes on the increased pension amounts paid to retirees over the lifetime of the annuities.



In closing, I ask you to use your considerable influence in the restructuring process to achieve the transfer of the Delphi Salaried pension plan back to GM from where it originated. GM has played a significant role in Delphi's salaried retirees' current troubled situation starting with the Separation Agreement, imposing their handpicked management team, and saddling Delphi with non competitive supply contracts. I hope you will recognize that the deck was stacked against Delphi's salaried retirees at the spinoff and do what is both reasonable and right.

Sincerely,

Ismat A. Abu-Isa (Delphi Retiree 2003)

303 Sussex Fair

Rochester Hills, MI 48309

Dear Mr. Snowbarger,

When DSRA's Paul Dobosz met with you in Washington as part of the salaried automotive retiree group late in April, you indicated that preservation of pension plans was a high priority for you. You also emphasized that you were looking for reasonable solutions despite a very difficult set of circumstances. I am contacting you today because we have been advised by reliable sources that a decision on the disposition of the Delphi salaried pension plan is imminent and that now is the time to take action if a turnover to the PBGC is to be avoided. Delphi salaried retirees need task force assistance at this time to help avoid this additional blow to a group that is already hurting badly from the loss of health and life insurance benefits. We would propose, as a reasonable solution, best for all involved that GM roll the Delphi Pension fund and Salaried retirees into the GM Salaried retirees Pension fund and program.

**Here is a summary of facts concerning the current situation:**

- The Delphi Salaried Pension Plan is underfunded by approximately $2 billion which Delphi is unlikely to be able to make up anytime soon.
- Virtually all of the plan's participants worked over 2/3 (25+yrs) of their career as GM salaried employees some spending as little as a few months as Delphi employees prior to retirement.
- The GM salaried pension plan is far better funded than the Delphi plan so folding the Delphi salaried pension plan into GM's plan is a reasonable move from both a financial and ethical standpoint.

**We believe that what we propose is in the best interest of all stakeholders in the GM/Delphi restructuring process for the following reasons:**

- Delphi salaried retirees have already suffered disproportionate losses with respect to their auto industry peers and should at least have their pensions preserved.
- Delphi cannot emerge from Chapter 11 without resolving the salaried pension issue therefore they must either turn pensions over to PBGC or return them to GM from where the original liability came.
- PBGC currently holds liens on many assets that Delphi needs to sell to emerge from Chapter 11. This action would clear those liens enabling Delphi to proceed with its reorganization.
- GM currently intends to purchase several of the Delphi assets with PBGC liens. This action would also allow those acquisitions to proceed unimpeded.
- PBGC will avoid the assumption of another large underfunded pension plan.
- The US Treasury will collect additional taxes on the increased pension amounts paid to retirees over the lifetime of the annuities.

In closing, I ask you to use your considerable influence in the restructuring process to achieve the transfer of the Delphi Salaried pension plan back to GM from where it originated. GM has played a significant role in Delphi's salaried retirees' current troubled situation starting with the Separation Agreement, imposing their handpicked management team, and saddling Delphi with non competitive supply contracts. I hope you will recognize that the deck was stacked against Delphi's salaried retirees at the spinoff and do what is both reasonable and right.

Jon L. Herron

13544 Kensington Place, Carmel, In 46032

cc: Judge Robert DRAIN

Anderson, In 46012
June 4, 2009

Reference: Delphi Salaried Pension Plan

Attention: Judge Robert D. Drain

I am writing to you regarding Delphi's plan to dump the salaried pension plan on the PBGC. I urge you to advocate for the "Flow Back" of the Delphi Salaried Retiree Pension to GM. I personally worked for GM for 38 years and then for Delphi for only slightly more than 1 year after GM spun off Delphi. In retrospect, I suspect this spin off was just the first step in unloading GM's liability for the salaried pension. All of the Delphi salaried retirees spent most of their working years with GM.

For many of the retirees forced to retire prematurely, defaulting to the PBGC will be devastating. Delphi terminated the health care benefit April 1 of this year. The self pay of insurance is now taking up to ones half of their present pension. A further reduction in the PBGC pension for these younger retirees will then leave them with virtually no income and poor prospects for other employment at their age.

If "Flow Back" is not possible, I urge you to refuse to accept the Delphi Salaried Pension Assets unless the Delphi Pension Plan is fully funded.

Thanks for your consideration,

James A. Boyer
jab.58@comcast.net



Dear Mr. Bloom,

When DSRA's Paul Dobosz met with you in Washington as part of the salaried automotive retiree group late in April, you indicated that preservation of pension plans was a high priority for you. You also emphasized that you were looking for reasonable solutions despite a very difficult set of circumstances. I am contacting you today because we have been advised by reliable sources that a decision on the disposition of the Delphi salaried pension plan is imminent and that now is the time to take action if a turnover to the PBGC is to be avoided. Delphi salaried retirees need task force assistance at this time to help avoid this additional blow to a group that is already hurting badly from the loss of health and life insurance benefits. We would propose, as a reasonable solution, best for all involved that GM roll the Delphi Pension fund and Salaried retirees into the GM Salaried retirees Pension fund and program.

**Here is a summary of facts concerning the current situation:**

- The Delphi Salaried Pension Plan is underfunded by approximately $2 billion which Delphi is unlikely to be able to make up anytime soon.

- Virtually all of the plan's participants worked over 2/3 (25+yrs) of their career as GM salaried employees some spending as little as a few months as Delphi employees prior to retirement.

- The GM salaried pension plan is far better funded than the Delphi plan so folding the Delphi salaried pension plan into GM's plan is a reasonable move from both a financial and ethical standpoint.

**We believe that what we propose is in the best interest of all stakeholders in the GM/Delphi restructuring process for the following reasons:**

- Delphi salaried retirees have already suffered disproportionate losses with respect to their auto industry peers and should at least have their pensions preserved.

- Delphi cannot emerge from Chapter 11 without resolving the salaried pension issue therefore they must either turn pensions over to PBGC or return them to GM from where the original liability came.

- PBGC currently holds liens on many assets that Delphi needs to sell to emerge from Chapter 11. This action would clear those liens enabling Delphi to proceed with its reorganization.

- GM currently intends to purchase several of the Delphi assets with PBGC liens. This action would also allow those acquisitions to proceed unimpeded.

- PBGC will avoid the assumption of another large underfunded pension plan.

- The US Treasury will collect additional taxes on the increased pension amounts paid to retirees over the lifetime of the annuities.

In closing, I ask you to use your considerable influence in the restructuring process to achieve the transfer of the Delphi Salaried pension plan back to GM from where it originated. GM has played a significant role in Delphi's salaried retirees' current troubled situation starting with the Separation Agreement, imposing their handpicked

18

management team, and saddling Delphi with non competitive supply contracts.   I hope you will recognize that the deck was stacked against Delphi's salaried retirees at the spinoff and do what is both reasonable and right.

Sincerely,

*Ronald Stward*

Delphi Salaried Retiree Association

June 4, 2009

Honorable Judge Robert D. Drain
United States Bankruptcy Court
Southern District of New York
One Bowling Green Room 610
New York, NY 10004

Dear Judge Drain;

As a retired Delphi Salary Employee I strongly object to the recently filed Delphi Modified Plan of Reorganization
from the perspective of both retiree and unsecured creditor.

This plan is structured to only benefit a few Delphi Senior Executives, General Motors, the UAW and Platinum
Equity. It is totally at the expense of Delphi creditors, the retired salary employees and the American taxpayer.

    GM is receiving viable, ongoing revenue producing plants at apparently no cost other than accepting the
    UAW pension plans.
    Delphi Senior Executives will retain their positions and potentially receive either generous retention or
    severance bonuses from the new owners. ( They ll sold their Delphi positions today as evidenced by court
    filings.
    The UAW will continue under the GM umbrella for pensions and benefits which are being financed by the
    US Government.
    Platinum Equity will now own a company with revenue producing operations that have excellent profit
    potential and they will pay literally nothing for this.

It appears that this is truly a liquidation of Delphi thinly disguised as an "emergence". Worst of all, the valuable
assets of this company are being given away and the only money left for creditors and retirees will be in the
disposition of already closed, nonrevenue producing plant (DPH). Perhaps even more disturbing, is the settlement
Delphi is requesting of the PBGC. They have requested that the PBGC drop its right to secured claims and become
an unsecured claimant. These claims should be maintained and provide funds to decrease the underfunded position
of Delphi's Salaried Retirement Plan.

This proposal is extremely unfair to salaried retirees and is totally biased toward the UAW represented retirees. If
transfer to GM is fair for the UAW, then why not requite GM to deal with the salaried plan as well.

I ask the court to please not accept this modified plan but to send Delphi and its partners- GM, the US Treasury,
Platinum and the UAW, back to restructure a deal that is equitable to the salaried retirees and the creditors. I believe
that is the responsibility of the court.  Please don't allow the involvement of the US Treasury and the push by the
Administration to solve the GM dilemma taint your duties to assure all parties are being treated equitably.

Sincerely,

James L. Crouse
6427 Moorings Point Cir Unit 101
Lakewood Ranch, Fl. 34202
941-907-7791
jlcrouse@yahoo.com

United States Bankruptcy Court                                                  June 4, 2009
One Bowling Green
New York, NY 10004-1408
Courtroom: 610
Attn: Judge Drain
Reference case # 05-44481

As a retired Delphi Salary Employee I strongly object to the recently filed Delphi Modified Plan
of Reorganization for the following reasons.

This is truly a liquidation of Delphi thinly disguised as an "emergence". The valuable assets of
this company are being given away and the only money left for creditors and retirees will be in
the disposition of already closed, nonrevenue producing plants (DPH).

This plan is structured to only benefit a few Delphi Senior Executives, General Motors, the UAW
and Platinum Equity. It is totally at the expense of Delphi creditors, the PBGC, retired salary
employees and American taxpayers.

From my perspective:

• GM is receiving viable, ongoing revenue producing plants at no cost other than accepting the
  UAW pension plans.

• Delphi Senior Executives will retain their positions and potentially receive either generous
  retention or severance bonuses from the new owners.

• The UAW will continue under the GM umbrella for pensions and benefits which are being
  financed by the US Government.

• Platinum Equity will now own a company with revenue producing operations that have
  excellent profit potential and they will pay literally nothing for this while they are paying more
  for the Alcoa AFL unit which is much smaller and has far fewer assets.

• Perhaps even more disturbing, is the settlement Delphi is requesting of the PBGC. They have
  requested that the PBGC drops its right to secured claims and becomes an unsecured claim.
  This is ludicrous. These claims should be maintained and provide funds to decrease the
  underfunded position of Delphi's Salaried Retirement Plan.



And, just so you understand why I believe this a so unjust please read my personal situation:

- My husband and I are engineers and have worked our entire careers as salaried employees at General Motors / Delphi. We believed that we had a secured retirement ahead of us and planned accordingly.

- I was involuntarily separated from Delphi in September 2008 due to elimination of my job and the export of work. Fortunately, I had 30 ½ years credited service (21 years as part of GM and 9 ½ since the Delphi spin off from GM) and was eligible to retire. I was thankful that I qualified for a pension and health care insurance until Medicare eligibility kicked in.

- I am not sitting at home feeling sorry for myself. I have been substitute teaching in high school math and science. I am pursuing additional education at Youngstown State University to meet the qualifications for an Ohio Alternative Educator License by May 2010. So, at the age of 54, I will be looking for a new career as a high school chemistry teacher. Wonder if I can get a job?

- On April 1, 2009, we lost our assurance of health care in retirement. Since my husband is still working for Delphi, we are lucky to have coverage for now under his plan.

- Regarding our hard earned pensions, when it goes to PBGC, I will likely lose 60% since it includes an early retirement supplement (remember that I was forced into retirement).

- My husband will have his 30 years of credited service on June 19th, 2009 but who knows what that means to a planned pension for him now.

So, I ask the court to please not accept this modified plan but to send Delphi and its partners-GM, the US Treasury, Platinum and the UAW, back to restructure a deal that is equitable to the salaried retirees and the creditors. Either Delphi salaried retiree pensions should flow back to GM or at the very least, PBGC should refuse to accept the Delphi salaried retiree pension assets unless the Delphi pension fund is "fully funded".

Thank you for your attention to this very difficult matter that affects so many.

Sincerely,

Mary Landries
190 Huntington Trail
Cortland, Ohio 44410
marylandries@neo.rr.com
330-638-1437

United States bankruptcy Court

Attn: Judge Drain

Reference case # 05-44481

As a retired Delphi Salary Employee I strongly object to the recently filed Delphi Modified Plan of Reorganization.

This plan is structured to only benefit a few Delphi Senior Executives, General Motors, the UAW and Platinum Equity. It is totally at the expense of Delphi creditors and the retired salary employees and the American taxpayer. It is also clear that this whole deal is being brokered by the US Treasury, with Tim Geithner.

GM is receiving viable, ongoing revenue producing plants at no cost other than accepting the UAW pension plans.

Delphi Senior Executives will retain their positions and potentially receive either generous retention or severance bonuses from the new owners.

The UAW will continue under the GM umbrella for pensions and benefits which are being financed by the US Government.

Platinum Equity will now own a company with revenue producing operations that have excellent profit potential and they will pay literally nothing for this. Why are they paying more for the Alcoa AFL unit which is much smaller and has far fewer assets?

I firmly believe that this is truly a liquidation of Delphi thinly disguised as an "emergence". Worst of all, the valuable assets of this company are being given away and the only money left for creditors and retirees will be in the disposition of already closed, nonrevenue producing plants (DPH).

Perhaps even more disturbing, is the settlement Delphi is requesting of the PBGC. They have requested that the PBGC drops its right to secured claims and becomes an unsecured claim. This is ludicrous. These claims should be maintained and provide funds to decrease the underfunded position of Delphi's Salaried Retirement Plan. The court will have to address this issue because I am sure that the PBGC will negotiate away its rights because of its unique position in relationship to the US Treasury Department and Tim Geithner, who is brokering the whole GM/ Delphi Process.

I ask the court to please not accept this modified plan but to send Delphi and its partners- GM, the US Treasury, Platinum and the UAW, back to restructure a deal that is equitable to the salaried retirees and the creditors. I believe that is the responsibility of the court.

Sincerely,
**Robert Mowell**
**20 W Galewood Drive**
**Wilson, New York 14172**

United States bankruptcy Court
Attn: Judge Drain
Reference case # 05-44481

As a retired Delphi Salary Employee I strongly object to the recently filed Delphi Modified Plan of
Reorganization.

This plan is structured to only benefit a few Delphi Senior Executives, General Motors, the UAW and
Platinum Equity. It is totally at the expense of Delphi creditors and the retired salary employees and the
American tax payer. It is also clear that this whole deal is being brokered by the US Treasury, with Tim
Geithner.

GM is receiving viable, ongoing revenue producing plants at no cost other than accepting the UAW
pension plans.

Delphi Senior Executives will retain their positions and potentially receive either generous retention or
severance bonuses from the new owners.

The UAW will continue under the GM umbrella for pensions and benefits which are being financed by
the US Government.

Platinum Equity will now own a company with revenue producing operations that have excellent profit
potential and they will pay literally nothing for this. Why are they paying more for the Alcoa AFL unit
which is much smaller and has far fewer assets?

I firmly believe that this is truly a liquidation of Delphi thinly disguised as an "emergence". Worst of all,
the valuable assets of this company are being given away and the only money left for creditors and
retirees will be in the disposition of already closed, nonrevenue producing plants (DPH).

Perhaps even more disturbing, is the settlement Delphi is requesting of the PBGC. They have requested
that the PBGC drops its right to secured claims and becomes an unsecured claim. This is ludicrous. These
claims should be maintained and provide funds to decrease the underfunded position of Delphi's
Salaried Retirement Plan. The court will have to address this issue because I am sure that the PBGC will
negotiate away its rights because of its unique position in relationship to the US Treasury Department
and Tim Geithner, who is brokering the whole GM/ Delphi Process.

I ask the court to please not accept this modified plan but to send Delphi and its partners- GM, the US
Treasury, Platinum and the UAW, back to restructure a deal that is equitable to the salaried retirees and
the creditors. I believe that is the responsibility of the court.

Respectfully,

David W. Muffley

# OBJECTION TO THE MODIFIED PLAN OF REORGANIZATION OF DELPHI

United States bankruptcy Court
Attn: Judge Drain
Reference case # 05-44481

As a retired Delphi Salary Employee I strongly object to the recently filed Delphi Modified Plan of Reorganization.

This plan is structured to only benefit a few Delphi Senior Executives, General Motors, the UAW and Platinum Equity. It is totally at the expense of Delphi creditors and the retired salary employees and the American taxpayer . It is also clear that this whole deal is being brokered by the US Treasury, with Tim Geithner.

GM is receiving viable, ongoing revenue producing plants at no cost other than accepting the UAW pension plans.

Delphi Senior Executives will retain their positions and potentially receive either generous retention or severance bonuses from the new owners.

The UAW will continue under the GM umbrella for pensions and benefits which are being financed by the US Government.

Platinum Equity will now own a company with revenue producing operations that have excellent profit potential and they will pay literally nothing for this. Why are they paying more for the Alcoa AFL unit which is much smaller and has far fewer assets?

I firmly believe that this is truly a liquidation of Delphi thinly disguised as an "emergence". Worst of all, the valuable assets of this company are being given away and the only money left for creditors and retirees will be in the disposition of already closed, no revenue producing plants (DPH).

Perhaps even more disturbing, is the settlement Delphi is requesting of the PBGC. They have requested that the PBGC drops its right to secured claims and becomes an unsecured claim. This is ludicrous. These claims should be maintained and provide funds to decrease the under funded position of Delphi's Salaried Retirement Plan. The court will have to address this issue because I am sure that the PBGC will negotiate away its rights because of its unique position in relationship to the US Treasury Department and Tim Geithner, who is brokering the whole GM/ Delphi Process.

I ask the court to please not accept this modified plan but to send Delphi and its partners- GM, the US Treasury, Platinum and the UAW, back to restructure a deal that is equitable to the salaried retirees and the creditors. I believe that is the responsibility of the court.

Robert L. Hogeman
Delphi Salaried Retiree (30 Years GM, 2 Years Delphi)

6-4-09

23

United States Bankruptcy Court
Attn: Judge Drain
Reference case # 05-44481

As a retired Delphi Salary Employee I strongly object to the recently filed Delphi Modified Plan of Reorganization.

This plan is structured to only benefit a few Delphi Senior Executives, General Motors, the UAW and Platinum Equity. It is totally at the expense of Delphi creditors and the retired salary employees and the American Taxpayer . It is also clear that this whole deal is being brokered by the US Treasury, with Tim Geithner.

GM is receiving viable, ongoing revenue producing plants at no cost other than accepting the UAW pension plans.

Delphi Senior Executives will retain their positions and potentially receive either generous  retention or severance bonus' from the new owners.

The UAW  will continue under the GM umbrella for pensions and benefits which are being financed by the US Government.

Platinum Equity will now own a company with revenue producing operations that have excellent profit potential and they will pay literally nothing for this. Why are they paying more for the Alcoa AFL unit which is much smaller and has far fewer assets?

I firmly believe that this is truly a liquidation of Delphi thinly disguised as an "emergence". Worst of all, the valuable assets of this company are being given away and the only money left for creditors and retirees will be in the disposition of already closed, nonrevenue producing plants (DPH).

Perhaps even more disturbing, is the settlement Delphi is requesting of the PBGC. They have requested that the  PBGC drops its right to secured claims and becomes an unsecured claim. This is ludicrous. These claims should be maintained and provide funds to decrease the underfunded position of Delphi's Salaried Retirement Plan. The court will have to address this issue because I am sure that the PBGC will negotiate away its rights because of its unique position in relationship to the US Treasury Department and Tim Geithner, who is brokering the whole GM/ Delphi Process.

I ask the court to please not accept this modified plan but to send Delphi and its partners- GM, the US Treasury, Platinum and the UAW, back to restructure a deal that is equitable to the salaried retirees and the creditors. I believe that is the responsibility of the court.

Dale Erdman

5509 Inverness Place

Northport, Alabama  35473

United States bankruptcy Court
Attn: Judge Drain
Reference Delphi case # 05-44481

As retired Delphi Senior Executives we both want to go officially on record in objecting to the recently
filed Delphi Modified Plan of Reorganization.

The modified plan is structured to only benefit a few Delphi Senior Executives, General Motors, the
UAW and Platinum Equity. It is totally at the expense of Delphi creditors, the retired salary employees
and the American taxpayer . It is also very clear that this whole deal is being brokered by the US
Treasury at the lead of Tim Geithner.

GM is receiving viable, ongoing revenue producing plants at no cost other than accepting the UAW
pension plans, to which they had already agreed.

Delphi Senior Executives will retain their positions and potentially receive either generous retention or
severance bonus' from the new owners. We're confident that this has already been negotiated.

The UAW will continue under the GM umbrella for pensions and benefits which are being financed by
the US Government.

Platinum Equity will now own a company with revenue producing operations that have excellent profit
potential and they will pay literally nothing for this. Even though, they are paying for similar operations
from Alcoa.

We firmly believe that this is truly a liquidation of Delphi thinly disguised as an "emergence". Worst of
all, the valuable assets of this company are being given away and the only money left for creditors and
retirees will be in the disposition of already closed, nonrevenue producing plants (DPH).

Perhaps even more disturbing, is the settlement Delphi is requesting of the PBGC. They have requested
that the PBGC drops its right to secured claims and become an unsecured claim. This is ludicrous. These
claims should be maintained to provide funds to decrease the underfunded position of Delphi's Salaried
Retirement Plan. The American taxpayer should not have to ensure these pensions. The court will have
to address this issue because we are afraid that the PBGC will negotiate away its rights because of its
unique position in relationship to the US Treasury Department and Tim Geithner, who is brokering the
whole GM/ Delphi Process.

We are asking the court to please not accept this modified plan but to send Delphi and its partners- GM,
the US Treasury, Platinum and the UAW, back to restructure a deal that is equitable to the salaried
retirees and the creditors. We do believe that is the responsibility of the court.

Marybeth and Chuck Cunningham
8835 Stone Ridge Dr
Warren,Ohio 44484
MBC cell 330-883-6925   Chuck cell 330-219-3762



United States bankruptcy Court
Attn: Judge Drain
Reference case # 05-44481
6/4/09

As a retired Delphi Salary Employee I strongly object to the recently filed Delphi Modified Plan of Reorganization.

This plan is structured to only benefit a few Delphi Senior Executives, General Motors, the UAW and Platinum Equity. It is totally at the expense of Delphi creditors and the retired salary employees and the American taxpayer . It is also clear that this whole deal is being brokered by the US Treasury, with Tim Geithner.

GM is receiving viable, ongoing revenue producing plants at no cost other than accepting the UAW pension plans.

Delphi Senior Executives will retain their positions and potentially receive either generous retention or severance bonus' from the new owners.

The UAW will continue under the GM umbrella for pensions and benefits which are being financed by the US Government.

Platinum Equity will now own a company with revenue producing operations that have excellent profit potential and they will pay literally nothing for this. Why are they paying more for the Alcoa AFL unit which is much smaller and has far fewer assets?

I firmly believe that this is truly a liquidation of Delphi thinly disguised as an "emergence". Worst of all, the valuable assets of this company are being given away and the only money left for creditors and retirees will be in the disposition of already closed, nonrevenue producing plants (DPH).

Perhaps even more disturbing, is the settlement Delphi is requesting of the PBGC. They have requested that the PBGC drops its right to secured claims and becomes an unsecured claim. This is ludicrous. These claims should be maintained and provide funds to decrease the underfunded position of Delphi's Salaried Retirement Plan. The court will have to address this issue because I am sure that the PBGC will negotiate away its rights because of its unique position in relationship to the US Treasury Department and Tim Geithner, who is brokering the whole GM/ Delphi Process.

I ask the court to please not accept this modified plan but to send Delphi and its partners- GM, the US Treasury, Platinum and the UAW, back to restructure a deal that is equitable to the salaried retirees and the creditors. I believe that is the responsibility of the court.

Mary Lynn Hudzik
Delphi Salaried Retiree
Warren, Ohio

United States bankruptcy Court
Attn: Judge Drain
Reference case # 05-44481

As a retired Delphi Salary Employee I strongly object to the recently filed Delphi Modified Plan of
Reorganization.

This plan is structured to only benefit a few Delphi Senior Executives, General Motors, the UAW and
Platinum Equity. It is totally at the expense of Delphi creditors and the retired salary employees and the
American tax payer. It is also clear that this whole deal is being brokered by the US Treasury, with Tim
Geithner.

GM is receiving viable, ongoing revenue producing plants at no cost other than accepting the UAW
pension plans.

Delphi Senior Executives will retain their positions and potentially receive either generous retention or
severance bonuses from the new owners.

The UAW will continue under the GM umbrella for pensions and benefits which are being financed by
the US Government.

Platinum Equity will now own a company with revenue producing operations that have excellent profit
potential and they will pay literally nothing for this. Why are they paying more for the Alcoa AFL unit
which is much smaller and has far fewer assets?

I firmly believe that this is truly a liquidation of Delphi thinly disguised as an "emergence". Worst of all,
the valuable assets of this company are being given away and the only money left for creditors and
retirees will be in the disposition of already closed, nonrevenue producing plants (DPH).

Perhaps even more disturbing, is the settlement Delphi is requesting of the PBGC. They have requested
that the PBGC drops its right to secured claims and becomes an unsecured claim. This is ludicrous. These
claims should be maintained and provide funds to decrease the underfunded position of Delphi's
Salaried Retirement Plan. The court will have to address this issue because I am sure that the PBGC will
negotiate away its rights because of its unique position in relationship to the US Treasury Department
and Tim Geithner, who is brokering the whole GM/ Delphi Process.

I ask the court to please not accept this modified plan but to send Delphi and its partners- GM, the US
Treasury, Platinum and the UAW, back to restructure a deal that is equitable to the salaried retirees and
the creditors. I believe that is the responsibility of the court.

Respectfully,

Susan Muffley

OBJECTION TO THE MODIFIED PLAN OF REORGANIZATION OF DELPHI

United States bankruptcy Court
Attn: Judge Drain
Reference case # 05-44481

As a retired Delphi Salary Employee I strongly object to the recently filed Delphi Modified Plan of Reorganization.

This plan is structured to only benefit a few Delphi Senior Executives, General Motors, the UAW and Platinum Equity. It is totally at the expense of Delphi creditors and the retired salary employees and the American taxpayer . It is also clear that this whole deal is being brokered by the US Treasury, with Tim Geithner.

GM is receiving viable, ongoing revenue producing plants at no cost other than accepting the UAW pension plans.

Delphi Senior Executives will retain their positions and potentially receive either generous retention or severance bonus' from the new owners.

The UAW will continue under the GM umbrella for pensions and benefits which are being financed by the US Government.

Platinum Equity will now own a company with revenue producing operations that have excellent profit potential and they will pay literally nothing for this. Why are they paying more for the Alcoa AFL unit which is much smaller and has far fewer assets?

I firmly believe that this is truly a liquidation of Delphi thinly disguised as an "emergence". Worst of all, the valuable assets of this company are being given away and the only money left for creditors and retirees will be in the disposition of already closed, nonrevenue producing plants (DPH).

Perhaps even more disturbing, is the settlement Delphi is requesting of the PBGC. They have requested that the PBGC drops its right to secured claims and becomes an unsecured claim. This is ludicrous. These claims should be maintained and provide funds to decrease the underfunded position of Delphi's Salaried Retirement Plan. The court will have to address this issue because I am sure that the PBGC will negotiate away its rights because of its unique position in relationship to the US Treasury Department and Tim Geithner, who is brokering the whole GM/ Delphi Process.

I ask the court to please not accept this modified plan but to send Delphi and its partners- GM, the US Treasury, Platinum and the UAW, back to restructure a deal that is equitable to the salaried retirees and the creditors. I believe that is the responsibility of the court.

Sincerely,

CAROL A. ESSAD

United States bankruptcy Court
Attn: Judge Drain
Reference case # 05-44481

As a retired Delphi Salary Employee I strongly object to the recently filed Delphi Modified Plan of
Reorganization.

This plan is structured to only benefit a few Delphi Senior Executives, General Motors, the UAW and
Platinum Equity. It is totally at the expense of Delphi creditors and the retired salary employees and the
American taxpayer . It is also clear that this whole deal is being brokered by the US Treasury, with Tim
Geithner.

GM is receiving viable, ongoing revenue producing plants at no cost other than accepting the UAW
pension plans.

Delphi Senior Executives will retain their positions and potentially receive either generous retention or
severance bonus' from the new owners.

The UAW  will continue under the GM umbrella for pensions and benefits which are being financed by
the US Government.

Platinum Equity will now own a company with revenue producing operations that have excellent profit
potential and they will pay literally nothing for this. Why are they paying more for the Alcoa AFL unit
which is much smaller and has far fewer assets?

I firmly believe that this is truly a liquidation of Delphi thinly disguised as an "emergence". Worst of all,
the valuable assets of this company are being given away and the only money left for creditors and
retirees will be in the disposition of already closed, nonrevenue producing plants (DPH).

Perhaps even more disturbing, is the settlement Delphi is requesting of the PBGC. They have requested
that the  PBGC drops its right to secured claims and becomes an unsecured claim. This is ludicrous.
These claims should be maintained and provide funds to decrease the underfunded position of Delphi's
Salaried Retirement Plan. The court will have to address this issue because I am sure that the PBGC will
negotiate away its rights because of its unique position in relationship to the US Treasury Department
and Tim Geithner, who is brokering the whole GM/ Delphi Process.

I ask the court to please not accept this modified plan but to send Delphi and its partners- GM, the US
Treasury, Platinum and the UAW, back to restructure a deal that is equitable to the salaried retirees and
the creditors. I believe that is the responsibility of the court.


Paul Mura
PO Box 380351
Clinton Twp, Michigan  48038



June 4, 2009

Mr. Vince Snowbarger
Deputy Director PBGC
1200 K Street, NW
Washington, DC

Dear Mr. Snowbarger,

I write you to request you consider my situation, and that of many others like me, as
you determine what action the PBGC should take with regard to the Delphi
Corporation request to terminate their Pension Plan. I am a 59 year old male who
was required to "retire" effective January 1, 2008. I am married and my
employment with Delphi was our sole means of support. I had 37+ years of credited
service under the Delphi pension plan when I retired. The first 28 years of those
years of service were with General Motors Corporation; I was one of the salaried
employees who was transferred to Delphi when it spun off from G.M.

Last April Delphi terminated Health Care benefits for salaried retirees. This move
cost us (me and my wife) just over $800 a month in deductions from my pension to
continue my existing health care plan. Now Delphi Corporation wishes to terminate
the pension plan. I have viewed the tables on the PBGC website and I estimate this
will result in a reduction of my pension by another $800. My pension is currently
about $3,400 per month. This total includes the supplemental portion to bridge the
benefits until I'm eligible for Social Security. In rough terms I'll be left with at most
$1,800 per month to live on. My current house payment is just over $2,000 per
month. That was fine when I was working but I think you can see the obvious
difficulty this presents. I'm currently seeking employment to supplement my
income but the job market is horrible in Southeast Michigan and My prospects for
the immediate future seem slim.

On behalf of myself and the thousands of other Delphi salary retirees in the same
situation I request you advocate for the "flow back" of the Delphi Salaried Retiree
Pension Plan to General Motors.

In the event the "flow back" to G.M. is impossible I strongly urge the PBGC to refuse
to accept the Delphi Salaried Pension Plan unless and until it is fully funded.

Thank you so much for any actions you may be able to take in our behalf.

*Mark W. Pierce*

Mark W. Pierce
2175 Wayward Drive
Rochester Hills, MI 48309
(248) 310-4859 (cell phone)

**Bankruptcy Court**
Judge Robert D. Drain
U.S. Bankruptcy Court  Case #05-44481
One Bowling Green
New York, New York 10004-1408

FAX 914-390-4073

6-4-09

re: Delphi Salaried Retiree Pensions


Dear Judge Drain,

I retired from Delphi with 2.4 years service on 12-31-02, but I had 35.6 years with GM, all on Salary, before being "spun off". Why doesn't my pension flow back to GM the same as the hourly pensions?  Just because I do not belong to a union that contributes to Democrats and supported President Obama's election campaign does not mean I should be discarded as scrap during these bankruptcy proceedings!

My situation is as dire as any UAW member and I respectfully request being shown the same consideration as they are receiving regarding their pensions.

Respectfully,



William L. Gross
11317 Wedgemere Dr.
Trinity, FL. 34655
727-375-1888

3 1

6/4/09

Mr. Snowbarger and Mr. Nacy, PBGC
cc. Judge Drain, Bankruptcy Court

As a Delphi retiree and member of the DSRA, I urge the PBGC to advocate
for the "Flow Back" of the Delphi Salaried Retiree Pension to GM. I fail to
see the difference between the UAW and Salaried employees. The salaried
retiree workforce is far smaller. We were promised basically the same
pension and benefits. It seems that the promises made should be kept
uniformly between hourly and salary.

Short of that, I would request that the PBGC should refuse to accept the
Delphi Salaried
Retiree Pension Assets unless the Delphi Pension Fund is "Fully Funded".
Of course if that were true Delphi probably wouldn't turn it over to the PBGC.

Thank You for your time and consideration.

God Bless You!
Jack Edling
338 West Caroline St
Fenton, Mich 48430
FAX  810-750-7249
Phone  810-287-8143

32

Bankruptcy Court                          June 4, 2009
Judge Robert D. Drain
U.S. Bankruptcy Court Case #05-44481
One Bowling Green
New York, New York 10004-1408

FAX 914-390-4073

Dear Judge Drain;

I am a salaried retiree of the Delphi Corp. and I understand there is a meeting tomorrow,
June 5, with the PBGC regarding the pensions for Delphi salaried retirees. I am sending
this fax to urge you to advocate flow back of the Delphi salaried retiree pensions to GM
rather than have them transferred to the PBGC.

I worked for over 30 years as an engineer for GM before I was forced to become part of
Delphi, and I know that almost all of the Delphi retirees have similar stories. Now that
Delphi is shedding their pension liabilities, it is only fair that salaried retirees are treated
fairly and their pensions flow back to GM since GM was their employer for the majority
of their careers.

I appreciate your support in this matter.

Regards,

*John Hames*

John Hames
6216 Hoke Rd.
Clayton, OH 45315
Phone: 937-545-3813
john@freezeframeit.com

33

Mr Sawbager & Mr Waery

I am asking you to advocate for the
"Flow Back" of the Delphi Salaried Retiree
Pension to GM.

Short of that, the PBGC should
refuse to accept the Delphi Salaried
Retiree Pension Assets unless the Delphi
Pension fund is "Fully Funded"

Roger Dwyle
Delphi/GM Retiree
3505 Lexmark Ct
Orange Bch, Al
36561

34

1078 S. Gale Road
Davison, MI 48423
June 4, 2009

United States Bankruptcy Court
Attn: Judge Robert D. Drain
One Bowling Green
New York, NY 10004

FAX 914-390-4073

RE: Delphi Corp Case # 05-44481 filed October 5, 2005

Dear Judge Drain:

"I am a salaried retiree of Delphi and I understand there is a meeting on Friday, June 5, with the PBGC regarding the pensions for Delphi salaried retirees.

**I am sending this fax to urge you to advocate flow back of the Delphi salaried retiree pensions to GM rather than have them transferred to the PBGC. General Motors should be responsible for funding the Salaried Retirees pension as they are doing for the UAW employees.**

I worked for over 25 years as a salaried employee for GM before I was **forced** to become part of Delphi, and I know that almost all of the Delphi retirees have similar stories. We were not allowed to stay employees of General Motors. General Motors executed the "spin-off" of Delphi and we were continually told our benefits would "mirror" those of General Motors. Now that Delphi is shedding their pension liabilities, it is only fair that salaried retirees are treated fairly and their pensions flow back to GM since GM was their employer for the majority of their careers.

I appreciate your support in this matter.

Sincerely yours,

Howard M. Young

Howard M. Young

35

## BU ENTERPRISES

### FACSIMILE TRANSMITTAL SHEET

**TO:** Judge Robert D. Drain
Mr. Vence Snowbarger

**FROM:** Donald R. Brown

**COMPANY:** Deputy Dir. - PBGC

**DATE:** 6/4/09

**FAX NUMBER:** 202-326-4016

**TOTAL NO. OF PAGES INCLUDING COVER:** 1

**PHONE NUMBER:** 914-390-4073

**SENDER'S FAX NUMBER:** (810) 695-2859

**RE:**

**YOUR PHONE NUMBER:** (810) 695-2859

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

**NOTES/COMMENTS:**

Please be advised that I, Donald R. Brown, urge the PBGC (Mr. Snowbarger and Mr. NAcy) to advocate for the "Flow Back" of the Delphi Salaried Retiree Pension to G.M.

3) We have already taken a large "hit" en the area of Health Care. Please consider the plight of those whose shoulders you stand on as We prepare to move forward during these difficult times.   Pls., don't forget about us.

D.R. Brown/Retiree

36

Dear Judge Robert D. Drain

Re: U.S. Bankruptcy Case #05-4481

When DSRA's Paul Dobosz met with you in Washington as part of the salaried automotive retiree group late in April, you indicated that preservation of pension plans was a high priority for you. You also emphasized that you were looking for reasonable solutions despite a very difficult set of circumstances. I am contacting you today because we have been advised by reliable sources that a decision on the disposition of the Delphi salaried pension plan is imminent and that now is the time to take action if a turnover to the PBGC is to be avoided. Delphi salaried retirees need task force assistance at this time to help avoid this additional blow to a group that is already hurting badly from the loss of health and life insurance benefits. We would propose, as a reasonable solution, best for all involved that GM roll the Delphi Pension fund and Salaried retirees into the GM Salaried retirees Pension fund and program.

Here is a summary of facts concerning the current situation:

- The Delphi Salaried Pension Plan is underfunded by approximately $2 billion which Delphi is unlikely to be able to make up anytime soon.
- Virtually all of the plan's participants worked over 2/3 (25+yrs) of their career as GM salaried employees some spending as little as a few months as Delphi employees prior to retirement.
- The GM salaried pension plan is far better funded than the Delphi plan so folding the Delphi salaried pension plan into GM's plan is a reasonable move from both a financial and ethical standpoint.

We believe that what we propose is in the best interest of all stakeholders in the GM/Delphi restructuring process for the following reasons:

- Delphi salaried retirees have already suffered disproportionate losses with respect to their auto industry peers and should at least have their pensions preserved.
- Delphi cannot emerge from Chapter 11 without resolving the salaried pension issue therefore they must either turn pensions over to PBGC or return them to GM from where the original liability came.
- PBGC currently holds liens on many assets that Delphi needs to sell to emerge from Chapter 11. This action would clear those liens enabling Delphi to proceed with its reorganization.
- GM currently intends to purchase several of the Delphi assets with PBGC liens. This action would also allow those acquisitions to proceed unimpeded.
- PBGC will avoid the assumption of another large underfunded pension plan.
- The US Treasury will collect additional taxes on the increased pension amounts paid to retirees over the lifetime of the annuities.

In closing, I ask you to use your considerable influence in the restructuring process to achieve the transfer of the Delphi Salaried pension plan back to GM from where it originated. GM has played a significant role in Delphi's salaried retirees' current troubled situation starting with the Separation Agreement, imposing their handpicked management team, and saddling Delphi with non competitive supply contracts. I hope you will recognize that the deck was stacked against Delphi's salaried retirees at the spinoff and do what is both reasonable and right.

Sincerely,

Delphi Salaried Retiree Association

37

Dear Mr. Bloom,

When DSRA's Paul Dobosz met with you in Washington as part of the salaried automotive retiree group late in April, you indicated that preservation of pension plans was a high priority for you. You also emphasized that you were looking for reasonable solutions despite a very difficult set of circumstances. I am contacting you today because we have been advised by reliable sources that a decision on the disposition of the Delphi salaried pension plan is imminent and that now is the time to take action if a turnover to the PBGC is to be avoided. Delphi salaried retirees need task force assistance at this time to help avoid this additional blow to a group that is already hurting badly from the loss of health and life insurance benefits. We would propose, as a reasonable solution, best for all involved that GM roll the Delphi Pension fund and Salaried retirees into the GM Salaried retirees Pension fund and program.

**Here is a summary of facts concerning the current situation:**

- The Delphi Salaried Pension Plan is underfunded by approximately $2 billion which Delphi is unlikely to be able to make up anytime soon.
- Virtually all of the plan's participants worked over 2/3 (25+yrs) of their career as GM salaried employees some spending as little as a few months as Delphi employees prior to retirement.
- The GM salaried pension plan is far better funded than the Delphi plan so folding the Delphi salaried pension plan into GM's plan is a reasonable move from both a financial and ethical standpoint.

**We believe that what we propose is in the best interest of all stakeholders in the GM/Delphi restructuring process for the following reasons:**

- Delphi salaried retirees have already suffered disproportionate losses with respect to their auto industry peers and should at least have their pensions preserved.
- Delphi cannot emerge from Chapter 11 without resolving the salaried pension issue therefore they must either turn pensions over to PBGC or return them to GM from where the original liability came.
- PBGC currently holds liens on many assets that Delphi needs to sell to emerge from Chapter 11. This action would clear those liens enabling Delphi to proceed with its reorganization.
- GM currently intends to purchase several of the Delphi assets with PBGC liens. This action would also allow those acquisitions to proceed unimpeded.
- PBGC will avoid the assumption of another large underfunded pension plan.
- The US Treasury will collect additional taxes on the increased pension amounts paid to retirees over the lifetime of the annuities.

In closing, I ask you to use your considerable influence in the restructuring process to achieve the transfer of the Delphi Salaried pension plan back to GM from where it originated. GM has played a significant role in Delphi's salaried retirees' current troubled situation starting with the Separation Agreement, imposing their handpicked management team, and saddling Delphi with non competitive supply contracts. I hope you will recognize that the deck was stacked against Delphi's salaried retirees at the spinoff and do what is both reasonable and right.

Sincerely,

Harry E. McCrea Jr.


Delphi Salaried Retiree Association

(38)

Dear Mr. Bloom,

When DSRA's Paul Dobosz met with you in Washington as part of the salaried automotive retiree group late in April, you indicated that preservation of pension plans was a high priority for you. You also emphasized that you were looking for reasonable solutions despite a very difficult set of circumstances. I am contacting you today because we have been advised by reliable sources that a decision on the disposition of the Delphi salaried pension plan is imminent and that now is the time to take action if a turnover to the PBGC is to be avoided. Delphi salaried retirees need task force assistance at this time to help avoid this additional blow to a group that is already hurting badly from the loss of health and life insurance benefits. We would propose, as a reasonable solution, best for all involved that GM roll the Delphi Pension fund and Salaried retirees into the GM Salaried retirees Pension fund and program.

### Here is a summary of facts concerning the current situation:

- The Delphi Salaried Pension Plan is underfunded by approximately $2 billion which Delphi is unlikely to be able to make up anytime soon.
- Virtually all of the plan's participants worked over 2/3 (25+yrs) of their career as GM salaried employees some spending as little as a few months as Delphi employees prior to retirement.
- The GM salaried pension plan is far better funded than the Delphi plan so folding the Delphi salaried pension plan into GM's plan is a reasonable move from both a financial and ethical standpoint.

### We believe that what we propose is in the best interest of all stakeholders in the GM/Delphi restructuring process for the following reasons:

- Delphi salaried retirees have already suffered disproportionate losses with respect to their auto industry peers and should at least have their pensions preserved.
- Delphi cannot emerge from Chapter 11 without resolving the salaried pension issue therefore they must either turn pensions over to PBGC or return them to GM from where the original liability came.
- PBGC currently holds liens on many assets that Delphi needs to sell to emerge from Chapter 11. This action would clear those liens enabling Delphi to proceed with its reorganization.
- GM currently intends to purchase several of the Delphi assets with PBGC liens. This action would also allow those acquisitions to proceed unimpeded.
- PBGC will avoid the assumption of another large underfunded pension plan.
- The US Treasury will collect additional taxes on the increased pension amounts paid to retirees over the lifetime of the annuities.

In closing, I ask you to use your considerable influence in the restructuring process to achieve the transfer of the Delphi Salaried pension plan back to GM from where it originated. GM has played a significant role in Delphi's salaried retirees' current troubled situation starting with the Separation Agreement, imposing their handpicked management team, and saddling Delphi

39

with non competitive supply contracts.    I hope you will recognize that the deck was stacked against Delphi's salaried retirees at the spinoff and do what is both reasonable and right.

Sincerely,

B T Jonduck

Delphi Salaried Retiree Association

## DELPHI SALARIED PENSION PLAN AND BENEFITS

**IN A LARGE GM EMPLOYEE MEETING IN 1999 I WAS INFORMED BY ANDREW BROWN JR. (DELPHI EXECUTIVE) THAT MY INVOLUNTARY TRANSFER FROM GM TO DELPHI WOULD NOT AFFECT MY BENEFITS.**

**QUOTE; "TAKE YOUR GM BENEFITS BOOK AND PLACE A DELPHI COVER ON IT"**

**NOW I FACE THE CONTINUED EROSION OF MY DELPHI BENEFITS (ABOLITION OF THE SALARIED PENSION PLAN) WHILE GM SALARIED BENEFITS WILL REMAIN IN PLACE.**

**THIS IS IMMORAL, AN INJUSTICE AND COMPLETELY REPREHENSIBLE.**

# THE DELPHI SALARIED PLAN SHOULD BE PLACED BACK INTO THE GM BENEFIT PROVISON

**Thomas S Ellis**
**140 Tillson**
**Romeo, MI 48065**

**586 752 2432**
**Tellis01@comcast.net**

**Thursday, June 5, 2009**

