From
Anthony V. Cornacchione
1675 Fox Trail
Bellbrook, Ohio 45305

June 5, 2009

Attn
Bankruptcy Court
Judge Robert D. Drain
U>S> Bankruptcy Court Case #05-44481
One Bowling Green
New York, New York 10004-1408

I am a former Delphi Employee and was released in June of 2008. Having no viable options short of unemployment, I chose to retire. I worked for GM for over 26 years and accumulated nearly 35 years service. It is reprehensible to me and my 20,000 associates that Delphi and Former GM has let their Salaried Employees be treated with such dishonesty and misguided corporate responsibility. We paid our hard earned money into this fund. We operated with the dedication to the company that they would treat us no less than any union employee. However it appears that the UAW has influenced the government and the corporation through so called bargaining to sustain their needs but the other employees are left to suffer without recourse. The Delphi Salaried Employees deserve the right to flow back to GM. Nothing less than a fully funded program is acceptable.

GM has maintained the strings on Delphi since its inception in 1999 through its leadership, product pricing and labor agreements. GM allowed salaried employees to flow back into GM from Delphi on selected basis. Labor used extortion and strike tactics to prevent auto companies from moving forward to reduce cost. But now in a pro labor political climate it is clear who is being taken care of and who is not.

GM has cherry picked the profitable and key divisions to survive without any conscience to the ultimate effects to Delphi. Now in the wake of GM's dire tactics, it leaves a completely worthless corporation stripped of key and strategic products. GM leadership took, colluded, and raped a company. No payment for its assets or no moral obligations to the pension fund. Is that what the government calls restructuring?

The PBGC should refuse to accept the Delphi Salaried Retiree Pension Assets unless the Delphi Pension Funds are "Fully Funded". At minimum Delphi Salaried Employees must be given the same rights as any other GM employee. These are the only options that are equitable for all.

A.V.Cornacchione

*Anthony Cornacchione*