Judge Robert D. Drain
US Bankruptcy Court Case 05-44481
One Bowling Green
New York N.Y. 10004

June 4, 2009

Judge Drain:

The Last 5 yrs of My Career were with Delphi, The First 35 were with General Motors, or 87%. My Contributions to The Retirement Plan didn't go down when Delphi split off. I have lost life insurance and health care benefits and I really do not believe that my pension income should be looked at any differently than Delphi Hourly retirees or those that were able to remain at GM. It would seem a priority of exiting bankruptcy would be a fully funded pension trust or Assumption by GM of the remaining pension Liability.

Thank you for your attention

Dan Sullivan
10912 Conchos Trl.
Austin TX 78726
512 514 1856