James F. Anderson
6436 Amposta Dr.
El Paso TX 79912

June 3, 2009

Bankruptcy Court
Judge Robert D. Drain
U.S. Bankruptcy Court Case #05-44481
One Bowling Green
New York, New York 10004-1408

    After 40+ years of dedicated service to Delphi Corp (30 of those years with GM before Delphi was spun-off), our family decided to accept Delphi's retirement option. The violence in Juarez and the extraordinary work load placed on us as the work force atrophied to reduce costs were amongst the most prominent of reasons. We **believed** in the contract of trust promised us by Delphi which has **all** been subsequently dismissed. In the (6) months since our retirement, Delphi has cancelled it's obligations for the salaried personnel's health care and life insurance. And now, Delphi is poised to again take action against its most vulnerable members by handing off its Salaried Pension obligations to the PBGC. I believe the PBGC was established in 1976 under the best of intentions,,,, but I can't believe that the designers of this legislation could have envisioned the American taxpayer picking up the obligation of the worlds largest supplier of automotive parts for the U.S. operations while holding Billions of dollars worth of patents and collecting Billions of dollars from its overseas operations (especially China).

    Delphi has over 22,000 salaried retirees who are extremely intelligent and resourceful. It was this group, who laid the foundation for all of Delphi's earned successes. I know Delphi had other available options but they chose to take every retirement blessing that I had earned and at 63, my family must make some very hard and difficult choices. My income and financial well being are now solely dependent on the U.S. government (Social Security, VA disability, and now PBGC) and this is unsettling.

    Please don't allow Delphi to get away with this. Please don't put Delphi's burden on the American taxpayer. Please confer with your fellow legislatures from OH and MS who are all trying to provide a more fair resolution. Please, we need you.

Respectfully

James F. Anderson
*(signature)*