# DELPHI

June 5, 2009

Dear Judge Drain and Mr. Snowbarger:

Please allow for the flow back of the Delphi U.S. Salaried Pension Plan to General Motors.

To keep the pre-petition Delphi UAW pension agreement and choose to not keep the Delphi U.S. salaried pension plan is clear discrimination.

My 40 years of dedicated service is broken down as follows for your consideration: GM - 30 years; Delphi - 10 + years.

Respectfully,


Kenneth L. Zurek
Delphi Salaried Employee

5725 Delphi Drive, M/C: 483-400-101
Troy, MI 48098-2815 USA