June 5, 2009

### Dear Messrs. Snowbarger (PBGC), Nacy (PBGC) and Bloom (Obama AUTO Team),

I am contacting you today because a decision on the disposition of the Delphi salaried pension plan is imminent and that now is the time to take action if a turnover to the PBGC is to be avoided.

FEDERAL TAX DOLLARS are being used to support hourly workers' health care, life insurance, and full pensions.

AT THE SAME TIME, the FEDERAL GOVERNMENT is working against SALARIED WORKERS by overseeing the elimination of their health care, life insurance, and now their PENSIONS.

**After salaried pensioners have lost almost everything, the NEW Delphi and its hourly workers will enjoy their benefits PAID FOR by the suffering of the Salaried Retirees who conceived and designed the very products that provided their employment. And again, the taxpayer will ultimately take part of the'hit'.**

**I ask you to use your collective influence in the restructuring process to achieve the transfer of the Delphi Salaried pension plan back to GM from where it originated.** GM has played a significant role in Delphi's salaried retirees' current troubled situation starting with the Separation Agreement, imposing their handpicked management team, and saddling Delphi with non competitive supply contracts. I hope you will recognize that the deck was stacked against Delphi's salaried retirees at the spinoff and do what is both reasonable and right.

Sincerely,


James A. Baker – Delphi Retiree AFTER 34+ YEARS


**Awarded**

22 Patents AND TRADE SECRETS

2 Environmental Protection Agency Awards FOR PROTECTING THE EARTH'S OZONE LAYER

2 United Nations Awards, for PROTECTING THE EARTH'S ATMOSPHEREe

UN Citiation for contributing to the 2007 NOBEL PEACE PRIZE FOR PROTECTING THE EARTH'S CLIMATE

## SOON TO BE A PAUPER AT THE HANDS OF MISMANAGEMENT

21