Judge Robert D. Drain
U.S. Bankruptcy Court Case #05-44481

I am a retired Delphi salaried employee. I began my career with Packard Electric Division (renamed Delphi in 1999) on February 7, 1977, in the Brookhaven, MS facility, retiring on October 1, 2008, at 59 ½ years of age. Packard Electric was more than just a place to draw a paycheck for almost 32 years. The people who worked in Brookhaven (both hourly and salaried), Clinton, MS, Warren, OH, and yes even Mexico became my second family. Thru the years we watched our children grow up, we lost dear friends (three of our union officials in 1999 on their way back from Detroit died in a plane crash), watched as our company Packard Electric left GM and became Delphi, and now we are watching not the emergence of Delphi from Chapter 11, but the liquidation of the company that became our second family. For the last 16 years that I worked, I was the General Supervisor of Accounting for our plant. I was in New York City on October 8, 2005, and actually saw the marquee declaring to the entire world "DELPHI FILES CHAPTER 11 BANKRUPTCY". I can not tell you how I felt that morning not knowing what the future held for me, my co-workers and all of Delphi. When I returned home, our plant began to work on a business plan with Kevin Heigel and his staff that would help to get Delphi out of Chapter 11 Bankruptcy. For the next three years, our plant went from a 4 wall operating budget of $32,000,000 in 2006 to $14,000,000 in 2008. A large part of this was due to the early retirement offers to our hourly workforce, but the major part was due to the hard work of our engineers, manufacturing supervisors, and plant staff (all salaried) and our hourly (union) workers to take out excess costs and implement new ways to improve our efficiency so we could provide GM with the same quality product they required and still be able to stay in business and make a profit. Even though the economy was slow, gas prices were coming down when I retired on October 1, 2008. I left with a sense of accomplishment and confidence that Delphi would soon be emerging from bankruptcy. That confidence disappeared only a few weeks after I retired with the onset of the economic night mare that our country has now found itself in. My husband and I have worked hard to get to the position where we could retire early and enjoy our "golden years". What I thought was our dream coming true has turned into a nightmare. I was not forced to take an early retirement. I did so volunteering and thinking that between our savings and our retirement pensions that we were at the point that we could retire, travel, fish, go on mission trips with our church and do the things we had dreamed of for several years before our health started to decline. Now my health care is gone. Thankfully I was able to get on my husband's plan, but now the pension and supplements that make up my retirement may be reduced as much as 50%.

I understand that Delphi had to make some concessions to be able to emerge from Chapter 11 Bankruptcy, but it is grossly unfair for GM to take the hourly pensions and protect them and leave the salaried pensions under funded and in the hands of the PBGC. The salaried work force at Delphi worked just as hard and was as dedicated or even more dedicated than the hourly workforce which was represented by the Union. When the hourly workforce walked out the door each night, they left their work in the plant and went home to their families after 8 hours of work. Many of the salaried workforce spent many hours at their desk after their "8 Hours" had been worked. I can remember many nights working late and then bringing work home with me to finish at night because of a meeting early the next morning and requiring that I "crunch numbers" and have reports ready for the next morning. I loved working for Delphi and was very proud of my plant as it received many awards thru the years. Brookhaven was a model for the "team concept of management and hourly working together to run the business". Our plant was not union at first, but even after it was "unionized" our hourly workers and management worked together to make it an efficient, productive, profitable plant. Until the last few years our plant seldom had any layoffs or down time because we built the electrical wiring harnesses and later the Buss Electrical Centers for GM's large trucks and SUVs. These vehicles were always top sellers and Brookhaven fought hard to keep GM's business even when GM and Delphi were moving more and more of their production to Mexico.

We (both hourly and salaried) were in this together. We treated each other as equals and worked side by side to create one of the greatest icons in history "GM" (General Motors not Government Motors). Now, Delphi wants to treat the salaried class of workers as unequal to the hourly (Union) class of workers. Delphi spent a lot of money on Diversity in the Workplace. I find it ironic that after years of trying to make sure that no Delphi employee was ever discriminated against that now Delphi and GM are doing just that -- discriminating against the salaried retiree! Please don't allow Delphi and GM to destroy the very principles on which the United States was founded.

Thank you for taking the time to read this. I hope that I have at least made you take a look at this unfortunate and life changing situation from a salaried retiree's viewpoint.

Sincerely

Terry N. Fisher
Retired General Supervisor of Accounting
Delphi Corporation