6577 Graybirch Knoll
Liberty Twp, OH 45011-8587
June 4, 2009

# FAX #914-390-4073

The Honorable Judge Robert D. Drain
U.S. Bankruptcy Court
One Bowling Green
New York, N.Y.   10004-1408

Dear The Honorable Judge Drain:

Subject:    Case #05-44481

I am a salaried retiree. I worked for General Motors for 37 years before ending my career at Delphi.

I urge PBGC to refuse to accept the Delphi Salaried Retiree Pension Assets unless the Delphi Pension Fund is **FULLY FUNDED.**

A better suggestion is to have GM roll the Delphi pension fund and salaried retirees into the GM salaried retirees pension fund and program. This plan would enable retirees, like myself, to enjoy the retirement plan we were promised while working at GM.

Thank you,

*James J. Pichler*

James J. Pichler
2001 Retiree