Bankruptcy Court
Judge Robert D. Drain
U.S. Bankruptcy Court Case #05-44481
One Bowling Green
New York, New York 10004-1408
FAX 914-390-4073

Dear Judge Drain,

My father is salaried retiree of the Delphi Corp. and I understand there is a meeting today June 5, with the PBGC regarding the pensions for Delphi salaried retirees. I am sending this fax to urge you to advocate flow back of the Delphi salaried retiree pensions to GM rather than have them transferred to the PBGC. The injustice an inequality of sacrifice that has been endured by the salaried retirees is criminal and should not be stood for or allowed by the PBGC. The PBGC must fight for these people who have been abandoned by the company they have given their life to.

Now that Delphi is shedding their pension liabilities, it is only fair that salaried retirees are treated as well as the union workers have their pensions picked up by GM, even as they are the only group in this government controlled reorganization that have lost both their life insurance, and healthcare. This is possible, it is moral, it is the AMERICAN thing to do. Please help these retirees retain a shred of the DIGNITY that has been stripped from them. I am a young person in this country who is seeing the American Dream diminish before my eyes, and am growing more cynical by the day at the way these hardworking, honest, dignified people have been treated by their employers and their government leaders. Please help restore my faith in this country.

I appreciate you FIGHTING for these fine fine people-the very BEST this country has.

Sincerely,
Julianne Kronoshek

*J. Kronoshek*

1118 Vinings Grove Way SW
Smyrna GA, 30082
913-7091522