**Bankruptcy Court**  
Judge Robert D. Drain  
U.S. Bankruptcy Court  Case #05-44481  
One Bowling Green  
New York, New York 10004-1408  

June 5th, 2009

FAX 914-390-4073

Subject: Delphi Salaried retirement funds

Your Honor,

I worked in Lockport my whole career: 42 years; of which 36 yrs was with GM, and 6 years as a Delphi employee.

How can any company ( GM ) spin off a subsidiary ( Delphi )...later buy back its Plants ( Lockport ); take back or fund ALL of its legacy costs EXCEPT salaried employees.

Justice is a serious word and concept...I hope and pray the word " Honor " in your title applies to your judgment and ethics in this matter.

Respectfully Yours,

*Richard M. Orcutt*

Richard M. Orcutt  
Former Lockport Quality Mgr.  
51 E. Pinelake Dr.  
Williamsville, N.Y. 14221

cc: Sen. Charles Schumer  
Sen. Gillibrand  
Rep. Christopher Lee