**Mr. Vince Snowbarger, Deputy Director PBGC**
Pension Benefit Guaranty
1200 K Street, NW
Washington, DC 2005-4026

FAX 202-326-4042


**Bankruptcy Court**
Judge Robert D. Drain
U.S. Bankruptcy Court Case #05-44481
One Bowling Green
New York, New York 10004-1408

FAX 914-390-4073

Subject: Delphi SalariedRetiree Pension

This letter is to request fairness to Delphi retirees. <u>We worked hard and stayed loyal to General Motors/Delphi for decades</u>. Our benefits are gone, and now more than ever our hard earned pensions are desperately needed.

Allow the "Flow Back of the Delphi Salaried Retiree Pension to GM.

Refuse to accept the Delphi Salaried Retiree Pension Assets unless the Delphi Pension Fund is "FullyFunded".


Robert Childs
Delphi (Flint) Salaried Retiree