6/4/09

Judge Robert D. Drain
U.S. Brankruptcy Court   Case #05-44481
One Bowling Green
New York, New York 10004-1408

FAX: 914-390-4073

Dear Judge Drain,

My name is Michael Rasper and I am a Delphi salaried retiree. I imagine that you are tired of hearing from us at this point. I'm sorry for pushing another letter at you but the critical nature of these proceedings behooves us to continue our efforts to influence events that will have such serious and potentially dire consequences for the future wellbeing of our families.

I am appealing to you on behalf of myself and the other Delphi salaried retirees to consider the losses that we have suffered at the hands of Delphi Corporation as you work through the balance of the Delphi restructuring process.

Delphi has eliminated our jobs, forcing us into early retirements. As you know, Delphi has since discontinued our life insurance, medical, dental and vision health care. There are indications that after July they will discontinue payment of our severance packages (A great many of us will have received approximately 50 percent by that time) and now Delphi wants to terminate our pensions.

When one considers the wider picture, the losses of real estate equity, 401K & IRA values, medical, dental and vision coverage, life insurance and now severance payments and pension benefits, it becomes clear that we Delphi salaried retirees are being hit in all pockets simultaneously. There is no stone left unturned in this effort to strip us of everything of value.

People that have been honorable, hardworking staples of industry for decades will be left to struggle through their declining years and probably face the prospect of eating Ramen noodles and working at some marginal job until they are no longer able to walk.

I think we all have some understanding of the difficulty of maintaining a business's viability during economically challenging times but, none the less, it is an absolute disgrace when a company asks its employees to spend literally half of their lives working on its behalf, promising benefits and pensions, and then abandons them as liabilities in the face of adversity.

We have spent our adult lives building the American auto industry for the benefit of GM and Delphi. Please allow us to live out the remainder of our lives with some degree of security and dignity. Thank you.

Michael Rasper
3109 N 105th Street
Wauwatosa, WI 53222
(414) 443-0021