The Honorable Robert D. Drain                                    Gerald A Gaeth

Re: Case # 05-44481

I am a retired salaried Mechanical Engineer of Delphi – 27 years GM/6 years Delphi.

In my 60 years walking on this earth I have never had to ask our Government for anything. I was called on to serve in Vietnam and did so. I am thankful to be an American and to live in this great country.

My employment had its ups and down over the coarse of my career with promises made by GM/Delphi with regard to retirement benefit and Pension.

I am counting on you to review the following facts and allow the salaried employees to flow back to GM so that we can receive our retirement benefit and pension that was promised.

**Here is a summary of facts concerning the current situation:**

- The Delphi Salaried Pension Plan is underfunded by approximately $2 billion which Delphi is unlikely to be able to make up anytime soon.

- Virtually all of the plan's participants worked over 2/3 (25+yrs) of their career as GM salaried employees some spending as little as a few months as Delphi employees prior to retirement.

- The GM salaried pension plan is far better funded than the Delphi plan so folding the Delphi salaried pension plan into GM's plan is a reasonable move from both a financial and ethical standpoint.

**We believe that what we propose is in the best interest of all stakeholders in the GM/Delphi restructuring process for the following reasons:**

- Delphi salaried retirees have already suffered disproportionate losses with respect to their auto industry peers and should at least have their pensions preserved.

- Delphi cannot emerge from Chapter 11 without resolving the salaried pension issue therefore they must either turn pensions over to PBGC or return them to GM from where the original liability came.

- PBGC currently holds liens on many assets that Delphi needs to sell to emerge from Chapter 11. This action would clear those liens enabling Delphi to proceed with its reorganization.

- GM currently intends to purchase several of the Delphi assets with PBGC liens. This action would also allow those acquisitions to proceed unimpeded.

- PBGC will avoid the assumption of another large underfunded pension plan.

- The US Treasury will collect additional taxes on the increased pension amounts paid to retirees over the lifetime of the annuities.                  Page 2

In closing, I ask you to use your considerable influence in the restructuring process to achieve the transfer of the Delphi Salaried pension plan back to GM from where it originated.   GM has played a significant role in Delphi's salaried retirees' current troubled situation starting with the Separation Agreement, imposing their handpicked management team, and saddling Delphi with non competitive supply contracts.   I hope you will recognize that the deck was stacked against Delphi's salaried retirees at the spinoff and do what is both reasonable and right.

Sincerely

Gerald A Gaeth

12160 Baker Rd
Frankenmuth, Michigan 48734