Mr Vince Snowbarger, Deputy Director PBGC
Pension Benefit Guaranty
1200 K Street, NW
Washington, D.C. 2005-4026

Dear Mr Snowbarger,

    I am a salaried retiree from Delphi Corporation with 28 years service to GM (1971-1999) and 10 years with Delphi (1999-2008) for a total of 38 years of continuous service to both companies.

    I am writing to you to encourage the PBGC to refuse to accept the Delphi Salaried Retiree Pension Assets unless the Delphi Pension Fund is "Fully Funded". Moreover, we (the DSRA) advocate and urge the PBGC to advocate for the "Flow Back" of the Delphi Salaried Retiree Pension to GM for many well documented reasons.

    Thanks for your help in making sure that the PBGC leaders are fully aware of the plight of the DRSA Membership.

cc: Judge Robert Drain
US Bankruptcy Court
Case # 05-44481

Respectfully submitted,
Marc A. Eglin
(Marc A. Eglin)
68 O'Brien Dr.
Lockport, NY 14094
June 5, 2009
E-Mail MARCEGLIN @ YAHOO.COM
Phone 716 433 3043