**Bankruptcy Court**
Judge Robert D. Drain
U.S. Brankruptcy Court Case #05-44481
One Bowling Green
New York, New York 10004-1408
FAX 914-390-4073
6/5/09

Dear Judge Drain,

My name is Jacqueline Podboy. I am a salaried employee of Delphi Corporation since 1973 (previously a division of General Motors which was "spun-off" in 1999). In my 36 years of employment I have been an honest, dedicated, loyal and reliable employee.

Unfortunately, it is sad to say, we as salaried employees have not been treated by the company with the same respect and ethical behavior as expected and demanded of us. The company has not been honest or loyal to us.

When hired in 1973 I was told that the benefits included a pension plan, healthcare and life insurance into retirement. I worked my entire career under this presumption and I made my contributions to the plan as agreed upon.

Recently the company discontinued health care and life insurance benefits for the salaried workforce effective immediately upon retirement. Now they are proposing to turn the salaried pension plan over to the PBGC. By Delphi not fully funding the salaried pension fund the salaried employee must take a significant reduction in their pension as well as pay the high price of health care out of this reduced amount of income.

I have been loyal to G.M. not only as an employee but also a consumer. If this discriminatory and unjust practice is allowed to happen, my family will not purchase another G.M. product or support the politicians who allow this to occur.

This is discriminatory behavior against the salaried Delphi workforce, as G.M. (which is being funded by our tax dollar) has agreed to support all Delphi U.A.W. plants including the pensions of the hourly IUE plants, excluding the Delphi Salaried workforce/retirees. We are all "auto-workers" just as the others and do not deserve to be treated unethically and inequitably.

I am asking that you use your influence in the courts and in Washington to prevent this from taking place.

Sincerely,

Jacqueline Podboy
Delphi Corporation
Warren Ohio, Operations