William Stewart
413 B N 6th St
Waterford, WI 53185
414-526-4336

June 4th, 2009

Judge Robert D. Drain
U.S. Brankruptcy Court Case #05-44481
One Bowling Green
New York, New York 10004-1408
FAX 914-390-4073

Dear Judge Drain,

When DSRA's Paul Dobosz met with Mr Bloom in Washington as part of the salaried automotive retiree group late in April, Mr. Bloom indicated that preservation of pension plans was a high priority for him. Mr. Bloom also emphasized that he was looking for reasonable solutions despite a very difficult set of circumstances. I am contacting you today because we have been advised by reliable sources that a decision on the disposition of the Delphi salaried pension plan is imminent and that now is the time to take action if a turnover to the PBGC is to be avoided. Delphi salaried retirees need <u>task force assistance</u> at this time to help avoid this additional blow to a group that is <u>already hurting badly from the loss of health and life insurance benefits</u>. We would propose, as a reasonable solution, best for all involved that <u>GM</u> roll the Delphi Pension fund and Salaried retirees into the GM Salaried retirees Pension fund and program.

**Here is a summary of facts concerning the current situation:**
- The Delphi Salaried Pension Plan is <u>underfunded</u> by approximately $2 billion which Delphi is unlikely to be able to make up anytime soon.
- Virtually all of the plan's participants worked over 2/3 (<u>25+yrs</u>) of their career as <u>GM</u> salaried employees some spending as little as a few months as Delphi employees prior to retirement.
- The GM salaried pension plan is <u>far</u> better funded than the Delphi plan so folding the Delphi salaried pension plan into GM's plan is a reasonable move from both a financial and ethical standpoint.

**We believe that what we propose is in the best interest of all stakeholders in the GM/Delphi restructuring process for the following reasons:**
- Delphi salaried retirees have <u>already</u> suffered <u>disproportionate</u> losses with respect to their auto industry peers and should at least have their pensions preserved.
- Delphi <u>cannot</u> emerge from Chapter 11 without resolving the salaried pension issue therefore they must either turn pensions over to PBGC or return them to GM from where the original liability came.
- PBGC currently holds liens on many assets that Delphi needs to sell to emerge from Chapter 11. This action would <u>clear</u> those liens enabling Delphi to proceed with its reorganization.
- GM currently intends to purchase several of the Delphi assets with PBGC liens. This action would also

allow those acquisitions to proceed unimpeded.
- PBGC will <u>avoid</u> the assumption of another large underfunded pension plan.
- The US Treasury will collect additional taxes on the increased pension amounts paid to retirees over the lifetime of the annuities.

In closing, I ask you to use your considerable influence in the restructuring process to achieve the transfer of the Delphi Salaried pension plan back to GM from where it originated. GM has played a significant role in Delphi's salaried retirees' current troubled situation starting with the Separation Agreement, imposing their handpicked management team, and saddling Delphi with non competitive supply contracts. I hope you will recognize that the deck was stacked against Delphi's salaried retirees at the spinoff and do what is both reasonable and right.

Sincerely,

*W. Stewart*

William Stewart
Member, Delphi Salaried Retiree Association