**Bankruptcy Court**
Judge Robert D. Drain
U.S. Bankruptcy Court Case #05-44481
One Bowling Green
New York, New York 10004-1408

FAX 914-390-4073

Honorable Judge Drain,

I am writing to you regarding your pending decision regarding the pension treatment for Delphi Salaried retirees. I retired in 2005 after spending only 6 years as a Delphi employee. All of my years, except those 6, were spent with GM. The decision to force me into a new company was unilateral on GM's part. If the Salaried employee's pension plan is terminated, it will amount to selective punishment of a small group of people who had absolutely no choice when spun off to Delphi.

I believe that Delphi salaried retirees should receive the same treatment as the GM salaried retirees. Many of GM's retirees are people I know that just happen to work at plants that were not spun off to Delphi. Their careers, dedication, and contribution to GM's goals and objectives were equal to ours, salaried workers at Delphi. Why should we be singled out to be the sole losers when it comes to pensions?

As a former UAW member in a GM plant who answered my plant's call for salaried workers, I feel that my pension should be fully funded. My short-lived time with Delphi should not make me a long-time sufferer because of a forced spin-off and subsequent bankruptcy.

I am asking that you support a fully-funded pension for Delphi salaried retirees. All retirees should be treated equally in the interest of fairness.

Thank you.

*Patrick R. O'Laughlin*

Patrick O'Laughlin, Delphi Salaried Retiree (2005)
5403 Garfield Rd
Auburn, MI 48611

989-662-6116
Proam49@hotmail.com