Judge Robert D. Drain June 5, 2009
U.S. Bankruptcy Court   Case #05-44481
One Bowling Green
New York, New York 10004-1408

Mr. Vince Snowbarger, Deputy Director PBGC
Pension Benefits Guaranty
1200 K Street, NW
Washington DC 2005-4016

Dear Judge Drain and Mr. Snowbarger,

I am a Delphi Salaried Retiree with 35 and half years of service to GM (33.5 yrs) and Delphi (2 yrs). I am not a "THROWAWAY".

Turning GM's/Delphi's salaried pension obligations over to PBGC is wrong. The GM and Delphi hourly pensions are being guaranteed by GM and the U.S. government. The GM Salaried Retirees' Pensions are also being guaranteed by GM and the U.S. government.

Please consider "FLOW BACK" rights for Delphi Salaried Retirees to GM or at the very least the PBGC should refuse to accept Delphi Salaried Retirees Pension Assets unless the Delphi Pensions Fund is fully funded.

All we want is fair, equitable and just treatment. The same you, the federal government, gave to the GM Salary and Hourly Retirees and the Delphi Hourly. The U.S. Government discriminates is not a good headline

Sincerely,

Bruce Clary
392 Darlington SE
Warren, Ohio 44484
hudson4355@aol.com

103