6/4/09

Bankruptcy Case #05-44481

Dear Judge Drain,

I am a salaried retiree of the Delphi Corp. I am faxing you to advocate that Delphi Salaried Pensions be taken over by GM instead of the PBGC. GM is willing to support Delphi's restructuring and emergence under their terms to avoid complication of GM's Chapter 11. GM is willing to loan $2 to 3B to Delphi but not fund the additional $2B required for the salaried pensions. I worked along side the Union workers and GM takes ownership of their pensions. What an act of discrimination.

Additionally, I received a WARN Act letter that our plant was being closed and was told that my job was being terminated on January 1, 2009. I was terminated and was given a one year of pay severance package. At this time, we are being told that Delphi plans to renege on these payments when they emerge from bankruptcy. I signed a contract with Delphi and they agreed to pay me. How can they do this? How can you let them do this? Don't you think the Delphi Salary employees have suffered enough?

Please, help!

Roy Smith
3705 Swigart Rd
Dayton, Ohio 45440
937-426-0819