Bankruptcy Court
Judge Robert D. Drain
U.S. Bankruptcy Court Case #05-44481
One Bowling Green
New York, New York 10004-1408

5 June, 2009

Dear Honorable Drain,

I am writing to urge you, the Automotive Task Force and members of the PBGC to support the assumption of the Delphi Salaried pension by General Motors.

The only way to protect these promised and earned pensions is for GM to assume them. The Delphi program is underfunded by nearly $5 billion while the GM fund is far more robust being at 95% at the end of last year. Most of us started at GM and worked the majority of our careers there (I had 30 years with GM) before being spun off in 1999. This idea of independence was a failure from the start with a number of its highest officers indicted for numerous accounting practices trying to make it work.

The idea of the PBGC picking up this burden is wrong and would only add to their current debt of $33.5 billion and growing daily. It is not right for the Federal Government to continue to take on these burdens while there are alternatives that can be adopted.

In April we lost our Delphi life insurance, dental, vision, and health care. I'm told I will loose my severance pay in July. Please consider doing what ever you can to have GM, the rightful owner of this obligation do what is right. It is the last bit of retirement income that I worked 40 years for that's left. We need your help desperately on this issue!!!

Respectfully,

Timothy Mullett
7203 Woodhaven Dr.
Lockport, N.Y. 14094