Judge Robert D. Drain                                                                June 4, 2009
U.S. Brankruptcy Court Case #05-44481
One Bowling Green
New York, New York 10004-1408

I am contacting you today in regards to the disposition of the Delphi salaried pension plan and the potential of turning this fund over to the PBGC. Delphi salaried retirees need your help to avoid this additional blow to a group that is already hurting badly from the loss of health and life insurance benefits. I would propose, as a reasonable solution, best for all involved, that GM should incorporate the Delphi Pension fund and Delphi Salaried retirees into the GM Salaried retirees Pension fund and program.

**Here is a summary of facts concerning the current situation:**

- The Delphi Salaried Pension Plan is underfunded by over $2 billion, which Delphi says it cannot support.
- Virtually all of the plan's participants worked more than 2/3 of their career as GM salaried employees, some spending as little as a few months as Delphi employees prior to retirement. I personally worked 31 years as a GM salaried employee and 9 years at Delphi when I retired with 40 years of total service!
- The GM salaried pension plan is far better funded than the Delphi plan so folding the Delphi salaried pension plan into GM's plan is a reasonable move from both a financial and ethical standpoint.

**I believe that what I propose is in the best interest of all stakeholders in the GM/Delphi restructuring process for the following reasons:**

- Delphi salaried retirees have already suffered disproportionate losses with respect to their auto industry peers and should at least have their pensions preserved.
- Delphi cannot emerge from Chapter 11 without resolving the salaried pension issue therefore they must transfer pensions to the PBGC or return them to GM from where the liability originated.
- PBGC currently holds liens on many assets that Delphi needs to sell to emerge from Chapter 11. This action would clear those liens enabling Delphi to proceed with its reorganization.
- GM currently intends to purchase several of the Delphi assets with PBGC liens. This action would also allow those acquisitions to proceed unimpeded.
- PBGC will avoid the assumption of another large underfunded pension plan.
- The US Treasury will collect additional taxes on the increased pension amounts paid to retirees over the lifetime of the annuities.

In closing, I ask you to use your considerable influence in the restructuring process to achieve the transfer of the Delphi Salaried pension plan back to GM from where it originated. GM has played a significant role in Delphi's salaried retirees' current troubled situation starting with the Separation Agreement, imposing their handpicked management team, and saddling Delphi with non competitive supply contracts. I hope you will recognize that the deck was stacked against Delphi's salaried retirees at the spinoff and do what is both reasonable and right.

Sincerely,

Richard C. Boyd
2900 O'Hanlon Court
Williamston, Michigan 48895

123