Judge Robert D. Drain
U.S. Brankruptcy Court Case #05-44481
One Bowling Green
New York, New York 10004-1408

Your Honor:

As a Delphi salaried retiree, to lose my pension would be devastating. I have worked 24 years as a General Motors employee, and 6 years with Delphi. It would be unfair for GM salaried and hourly retirees to keep their pension, while the Delphi salaried group has theirs terminated. Many retirees have over 30 years with General Motors, which today account for absolutely nothing. While we don't deny our union buddies their benefits, we demand that we be treated fairly.

I ask you to use your considerable influence in the restructuring process to achieve the transfer of the Delphi Salaried pension plan back to GM from where it originated. GM has played a significant role in Delphi's salaried retirees' current troubled situation starting with the Separation Agreement, imposing their handpicked management team, and saddling Delphi with non competitive supply contracts. I hope you will recognize that the deck was stacked against Delphi's salaried retirees at the spinoff and do what is both reasonable and right.

Sincerely,

Paul D Wilczynski

1201 Amelith Road

Bay City, MI 48706