Dear Judge Drain,

When DSRA's Paul Dobosz met with you in Washington as part of the salaried automotive
retiree group late in April, you indicated that preservation of pension plans was a high priority
for you. You also emphasized that you were looking for reasonable solutions despite a very
difficult set of circumstances. I am contacting you today because we have been advised by
reliable sources that a decision on the disposition of the Delphi salaried pension plan is
imminent and that now is the time to take action if a turnover to the PBGC is to be avoided.
Delphi salaried retirees need task force assistance at this time to help avoid this additional
blow to a group that is already hurting badly from the loss of health and life insurance benefits.
We would propose, as a reasonable solution, best for all involved that GM roll the Delphi
Pension fund and Salaried retirees into the GM Salaried retirees Pension fund and program.

### Here is a summary of facts concerning the current situation:

- The Delphi Salaried Pension Plan is underfunded by approximately $2 billion which
  Delphi is unlikely to be able to make up anytime soon.
- Virtually all of the plan's participants worked over 2/3 (25+yrs) of their career as GM
  salaried employees some spending as little as a few months as Delphi employees prior
  to retirement.
- The GM salaried pension plan is far better funded than the Delphi plan so folding the
  Delphi salaried pension plan into GM's plan is a reasonable move from both a financial
  and ethical standpoint.

### We believe that what we propose is in the best interest of all stakeholders in the GM/Delphi restructuring process for the following reasons:

- Delphi salaried retirees have already suffered disproportionate losses with respect to
  their auto industry peers and should at least have their pensions preserved.
- Delphi cannot emerge from Chapter 11 without resolving the salaried pension issue
  therefore they must either turn pensions over to PBGC or return them to GM from where
  the original liability came.
- PBGC currently holds liens on many assets that Delphi needs to sell to emerge from
  Chapter 11. This action would clear those liens enabling Delphi to proceed with its
  reorganization.
- GM currently intends to purchase several of the Delphi assets with PBGC liens. This
  action would also allow those acquisitions to proceed unimpeded.
- PBGC will avoid the assumption of another large underfunded pension plan.
- The US Treasury will collect additional taxes on the increased pension amounts paid to
  retirees over the lifetime of the annuities.

In closing, I ask you to use your considerable influence in the restructuring process to achieve
the transfer of the Delphi Salaried pension plan back to GM from where it originated. GM has
played a significant role in Delphi's salaried retirees' current troubled situation starting with the
Separation Agreement, imposing their handpicked management team, and saddling Delphi

with non competitive supply contracts.   I hope you will recognize that the deck was stacked against Delphi's salaried retirees at the spinoff and do what is both reasonable and right.

Sincerely,

Nancy E. Kozak   6/5/09

Delphi Salaried Retiree Association