Cover Sheet

To: Judge Robert Drain

Fax 914-390-4073

From: Joseph Wildberg

Phone/Fax 231-525-9250

June 7, 2009

1 OF 2 pages

PO Box 67
Wolverine, Michigan 49799
June 7, 2009

Judge Robert Drain
US Bankruptcy Court
One Bowling Green
New York City, New York

Reference Case #05--44481

Dear Judge Drain:

Did you ever have a letter that you just hated to write? Well this is one of those.

I am a salaried Delphi retiree. I began to work for GM in 1972, and was spun off to Delphi in the 1990's. I worked for GM/Delphi for 27½ years before I retired (thank God, with my health and sanity) in 1999, when Delphi made its first retirement offer. As a continuously salaried employee, I always made contributions to my retirement plan, unlike the union workers, who did not pay into their plan, and whose retirement pensions are remaining untouched and being returned to GM.

I am sure that you are aware that the Delphi Salaried Pension Plan is underfunded. As market conditions improve, the deficit in the Delphi plan will be reduced. GM, the parent organization, has a salaried overfunded plan with two years before another contribution must be made to the plan.

Simply stated: the salaried retirement plan should be returned to GM instead of being given to the PBGC. If PBGC acquires the Delphi pension plan, additional Federal money will be required to offset its losses. This is not the case with GM.

As a Delphi Salaried member, my pension will be cut permanently as of July 1 and will never reflect changes in cost-of-living. Plus, I have lost my life and medical insurance, and I am gambling on staying healthy until I turn 65 in a couple of months. How much more should we salaried employees, who contributed our share over the years, lose?

I know that bankruptcy is a serious matter, but the suffering of the Delphi salaried members is greatly disproportionate to other members of the auto industry. We should at least have our pensions preserved.

Thank you very much for your time and consideration.

Sincerely,

Joseph Wildberg