June 8, 2009

Bankruptcy Court
Judge Robert D. Drain
U.S. Bankruptcy Court Case #05-44481
One Bowling Green
New York, NY 10004-1408

Dear Judge Drain:

I am currently an active Salaried Delphi Employee with 29 years of service (15 years with GM). I have worked faithfully for Delphi and GM my entire life.

I am appalled that the PBGC released the liens on Delphi without making them fund the Salaried pension. Dropping the PBGC liens, which under the Delphi plan become unsecured debt, is unacceptable. This is a gross error and needs to be corrected.

I urge you to reconsider this gross inadequacy and injustice and force Delphi/GM to fund the Salaried pension plan. There is no reason why one class of Delphi employees be singled out from another (this is discrimination against one group of workers from the same company).

Thank you for your urgent consideration of this important matter.

Lynne Hagerman
Assistant to the Vice President,
Global Supply Management
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Phone: 248-813-2051