To:
Bankruptcy Court
Judge Robert D. Drain
U.S. Bankruptcy Court  Case #05-44481
One Bowling Green
New York, New York  10004-1408

From:
Diana B. Smith
6899 Marbrook Court
Ft. Myers FL  33919
Daytime phone:  239-985-7506
Evenings and weekends:  239-481-4707
e-mail: dbssailor@aol.com

Dear Mr. Bloom,

When DSRA's Paul Dobosz met with you in Washington as part of the salaried automotive retiree group late in April, you indicated that preservation of pension plans was a high priority for you. You also emphasized that you were looking for reasonable solutions despite a very difficult set of circumstances. I am contacting you today because we have been advised by reliable sources that a decision on the disposition of the Delphi salaried pension plan is imminent and that now is the time to take action if a turnover to the PBGC is to be avoided. Delphi salaried retirees need task force assistance at this time to help avoid this additional blow to a group that is already hurting badly from the loss of health and life insurance benefits. We would propose, as a reasonable solution, best for all involved that GM roll the Delphi Pension fund and Salaried retirees into the GM Salaried retirees Pension fund and program.

**Here is a summary of facts concerning the current situation:**

- The Delphi Salaried Pension Plan is underfunded by approximately $2 billion which Delphi is unlikely to be able to make up anytime soon.
- Virtually all of the plan's participants worked over 2/3 (25+yrs) of their career as GM salaried employees some spending as little as a few months as Delphi employees prior to retirement.
- The GM salaried pension plan is far better funded than the Delphi plan so folding the Delphi salaried pension plan into GM's plan is a reasonable move from both a financial and ethical standpoint.

**We believe that what we propose is in the best interest of all stakeholders in the GM/Delphi restructuring process for the following reasons:**

- Delphi salaried retirees have already suffered disproportionate losses with respect to their auto industry peers and should at least have their pensions preserved.
- Delphi cannot emerge from Chapter 11 without resolving the salaried pension issue therefore they must either turn pensions over to PBGC or return them to GM from where the original liability came.
- PBGC currently holds liens on many assets that Delphi needs to sell to emerge from Chapter 11. This action would clear those liens enabling Delphi to proceed with its reorganization.
- GM currently intends to purchase several of the Delphi assets with PBGC liens. This action would also allow those acquisitions to proceed unimpeded.
- PBGC will avoid the assumption of another large underfunded pension plan.
- The US Treasury will collect additional taxes on the increased pension amounts paid to retirees over the lifetime of the annuities.

In closing, I ask you to use your considerable influence in the restructuring process to achieve the transfer of the Delphi Salaried pension plan back to GM from where it originated. GM has played a significant role in Delphi's salaried retirees' current troubled situation starting with the Separation Agreement, imposing their handpicked management team, and saddling Delphi with non competitive supply contracts. I hope you will recognize that the deck was stacked against Delphi's salaried retirees at the spinoff and do what is both reasonable and right.

Sincerely,

Delphi Salaried Retiree Association

June 5, 2009

Dear Mr. Bloom, Mr. Nacy, and Mr. Snowbarger:

Please see the attached letter which clearly states the serious issues faced by Delphi salaried retirees. We all have taken a serious hit on our income with the cancellation of our health and life insurance. Because of our ages, many of us are not able to get insurance unless at an extremely high rate.

Before the loss of my health and life insurance, I was barely able to continue paying my bills and mortgage, in spite of a strict budget. The extra medical expense which increased my monthly outgo to over $750 put my home in serious jeopardy. A recent diagnosis will guarantee about $200 more per month in medical expenses. Loss of any pension income will guarantee I lose my home because I have nothing left with which to negotiate with my lender..

I worked at GM for 24 years and Delphi for 7 years. Like me, all my salaried colleagues put in lots of extra uncompensated hours daily to try and fulfill increasingly loaded assignments because that is the work ethic we knew and applied. It was never the thing for us to quit early and run out the door when the whistle blew. We never put out our "rate" and quite working and played cards the rest of the day.

When I retired, my papers said my pension was for life. The attorney who reviewed those papers for me and my Delphi HR representative both assured me that was the case.

Over the years, we consistently lost benefits so that the company could afford to continue or add to those of the hourly workers. And yet, the hourly pensions are going to the GM fund and their health care VEBA is still being funded by company funds and stock. How is that not gross discrimination? Why are we being penalized for our dedication? Does the court seriously believe that retirees without enough money to eat and pay for medicines will be buying new cars?

Please do everything in your power to preserve our pensions so we can continue to live. We don't ask for luxury, but do want to pay for our daily needs. Thank you for all your efforts in our regard.

Sincerely,

Diana B. Smith
Salaried retiree
Delphi Safety and Interiors, Troy
239-985-7506 days
239-481-4707 evenings and weekends
dbssailor@aol.com