/13

Douglas J. Foster
7677 Raglan Dr., NE
Warren, OH  44484
June 8, 2009


Honorable Robert D. Drain
U. S. Bankruptcy Court  Case #05-44481
One Bowling Green
New York, NY  10004-1408


Dear Judge Drain:

I object to the Motion for Order (I) Approving Modifications to Debtors' First Amended Plan of Reorganization (as Modified) and Related Disclosures and Voting Procedures and (II) Setting Final Hearing Date to Consider Modifications to Confirmed First Amended Plan of Reorganization ("Plan Modification Approval Motion").

I was employed by GM for 32 years, involuntarily spun off to Delphi for 8 years, and involuntarily retired in May, 2007.

The game changed when the Automotive Task Force, GM and Delphi agreed that GM should spend $2 billion of the taxpayers' bailout money to facilitate Delphi's sale. Now the U. S. is spending bailout money to make GM salaried pensions whole, GM hourly pensions whole, and Delphi hourly pensions whole. Whether an oversight or a political calculation, the Delphi salaried pensions are the only ones left to the PBGC.

I realize that the plan for GM salaried retirees is to reduce post-retirement life and health insurance costs by two-thirds, but ours, as you decided was just, were reduced by 100%.

Given the government's deep involvement, the only way to get a bit closer to equality of sacrifice is to return the Delphi salaried pension plan to GM, where it originated. You are in a position to demand that, and I implore you to do so.



Sincerely,


Douglas J. Foster