fully aware of the "Plight" of the DRSA Membership.

Den Black  (757) 262-9925  Cell

The following are the addresses & fax numbers for the Banruptucy court & PBGC:  **PLEASE FAX IF YOU CAN.**
**FEDERAL GOVERNMENT SCANS MAIL & COULD TAKE SEVERAL WEEKS FOR MAIL TO CLEAR.**

**Bankruptcy Court**
Judge Robert D. Drain
U.S. Brankruptcy Court  Case #05-44481
One Bowling Green
New York, New York 10004-1408

FAX 914-390-4073

# PBGC

**TO:**
Mr. Vince Snowbarger, Deputy Director PBGC
Pension Benefit Guaranty
1200 K Street, NW
Washington, DC  2005-4026

FAX 202-326-4016 & 4042

To Unsubscribe, please click here.

JAMES BELL
2139 Westchester Way
The Villages, FL 32162

(35) yrs with GM
(5) yrs with Delphi

Please treat the Salary and Hourly pension in a fair and like manner.

JB

| | |
|---|---|
| Subj: | **DSRA Members: URGENT REQUEST FOR ACTION** |
| Date: | 6/4/2009 3:47:58 PM Pacific Daylight Time |
| From: | noreply@delphisalariedretirees.net |
| Reply-to: | listadmin@delphisalariedretirees.org |
| To: | pamnjim2@aol.com |

Sent from the Internet (Details)

Once again, I appologize for the inconvenience to you for duplicate emails. But I am still learning this system. Many people (including myself) did not get the attached file because my email system (MSOutlook) blocked it. Therefore, I am sending this message again with a link to the file instead.

Bob von Schwedler

## Subject: Address & FAX Number for PBGC & Bankruptcy Court

### Fax to the PBGC Now. Number Below.

PBGC is meeting tomorrow in NY concerning Delphi.

It is Urgent that the DSRA "Fill Up" PBGC Fax Machine with your
letters that urge the PBGC ( Mr. Snowbarger and Mr. Nacy ) to advoacte for the "Flow Back' of the Delphi Salaried Retiree Pension
to GM.

You can use the attached "Template Letter" if you wish.
Here is a link to the template letter:
http://www.delphisalariedretirees.org/delphi/images/files/letter%20to%20ron%20bloom--pension%20blitz.doc

Short of that, the PBGC should refuse to accept the Delphi Salaried
Retiree Pension Assets unless the Delphi Pension Fund is "Fully
Funded".

Thanks for your help in making sure that the PBGC Leaders are

Dear Mr. Bloom,

When DSRA's Paul Dobosz met with you in Washington as part of the salaried automotive retiree group late in April, you indicated that preservation of pension plans was a high priority for you. You also emphasized that you were looking for reasonable solutions despite a very difficult set of circumstances. I am contacting you today because we have been advised by reliable sources that a decision on the disposition of the Delphi salaried pension plan is imminent and that now is the time to take action if a turnover to the PBGC is to be avoided. Delphi salaried retirees need task force assistance at this time to help avoid this additional blow to a group that is already hurting badly from the loss of health and life insurance benefits. We would propose, as a reasonable solution, best for all involved that GM roll the Delphi Pension fund and Salaried retirees into the GM Salaried retirees Pension fund and program.

**Here is a summary of facts concerning the current situation:**

- The Delphi Salaried Pension Plan is underfunded by approximately $2 billion which Delphi is unlikely to be able to make up anytime soon.

- Virtually all of the plan's participants worked over 2/3 (25+yrs) of their career as GM salaried employees some spending as little as a few months as Delphi employees prior to retirement.

- The GM salaried pension plan is far better funded than the Delphi plan so folding the Delphi salaried pension plan into GM's plan is a reasonable move from both a financial and ethical standpoint.

**We believe that what we propose is in the best interest of all stakeholders in the GM/Delphi restructuring process for the following reasons:**

- Delphi salaried retirees have already suffered disproportionate losses with respect to their auto industry peers and should at least have their pensions preserved.

- Delphi cannot emerge from Chapter 11 without resolving the salaried pension issue therefore they must either turn pensions over to PBGC or return them to GM from where the original liability came.

- PBGC currently holds liens on many assets that Delphi needs to sell to emerge from Chapter 11. This action would clear those liens enabling Delphi to proceed with its reorganization.

- GM currently intends to purchase several of the Delphi assets with PBGC liens. This action would also allow those acquisitions to proceed unimpeded.

- PBGC will avoid the assumption of another large underfunded pension plan.

- The US Treasury will collect additional taxes on the increased pension amounts paid to retirees over the lifetime of the annuities.

In closing, I ask you to use your considerable influence in the restructuring process to achieve the transfer of the Delphi Salaried pension plan back to GM from where it originated. GM has played a significant role in Delphi's salaried retirees' current troubled situation starting with the Separation Agreement, imposing their handpicked management team, and saddling Delphi with non competitive supply contracts. I hope you will recognize that the deck was stacked against Delphi's salaried retirees at the spinoff and do what is both reasonable and right.

Sincerely,

Delphi Salaried Retiree Association