Judge Robert D. Drain
US Bankruptcy Court Case
FAX 914-390-4073

CC: Senator Orrin Hatch
Senator Robert Bennett
Representative Rob Bishop

Mr. Vince Snowbarger
Deputy Director PBGC
FAX 202-326-4026

FAX 202-224-6331
FAX 202-228-1168
FAX 202-225-5857

6/5/09

Dear Sirs:

The fate that is currently being contemplated for the salary retirees of Delphi is a travesty. How can one group, which was almost totally blameless regarding the current mess in which GM and Delphi find themselves, be punished so severely while two other groups (top executives and the union), which were almost totally responsible for the debacle, come out smelling like roses – and at my, and other taxpayers, expense. It is not fair – it is not the American way.

Please read the attached letter that was sent to Fritz Henderson, Rodney O'Neal, and Steve Miller. I don't know if they will do the right thing or not, but I hope you will. This is a blatant discrimination case, especially since Government money is being used to "save" GM.

Dear Sir:

My name is R. Bick Lesser, and I retired from Delphi Packard in 2001 after a 30 year career, about 28 of which was as part of the GM family. After faithfully fulfilling responsible positions in Warren, Ohio; Juarez, Mexico; Sintra, Portugal; Seoul, Korea; Nuevo Laredo, Mexico; Foley, Alabama; and finally El Paso for the second time, I took the early retirement encouraged by Packard in 2001 because I thought it would help the company become more competitive and I was in a position to do so, so long as the company lived up to it commitments (which I had no reason to doubt, what with the Excellence Concept and all).

Now I, along with all other salary retirees, find myself in a position where I have lost all of my benefits and am in danger of losing a good chunk of my pension if our pensions are turned over to the PBGC. As a group, we have been dedicated and committed GM and Delphi employees and have given the best we had to give to our company. Unfortunately, our dedication and commitment has not been reciprocated.

All of us understand the difficulties of both GM and Delphi, and I can say with confidence that virtually all of us (Delphi salary retirees) would have been willing to make sacrifices to help both companies survive and then succeed. But it is grossly unfair and un-American to have one group, which arguably has been the most dedicated and least responsible for the current predicament in which both companies find themselves, shoulder all of the sacrifice, while the other two groups (high level executives and the union), which have been almost totally responsible for the debacle, come out relatively unscathed.

To make matters worse, as things are now shaping up, it looks like I will not only be losing a good chunk of what I worked 30 years to secure, I am going to be asked to subsidize the union and top executives through my tax dollars – what a country.

I know that you must realize that fairly treated former employees are among the most loyal of GM customers and do have a very large impact on the attitude with which their social network will view GM. Right now, I can safely say that all Delphi salary retirees have very bitter tastes in their mouths. However, the good news is that this can be changed overnight if GM and Delphi do the right things.

I would ask that GM assume the burden of the salary retirees of Delphi, most of whom worked virtually all of their careers with GM. When you look at the numbers, there are relatively few Delphi salary retirees in comparison to all of the other retirees which will be covered by GM and the government. Of course, Delphi could do the right thing and reverse their decision and treat us like they are treating the hourly retirees, but even in this case, encouragement from GM would be very helpful.

Please do the right thing and do not be guilty of making another decision that looks good in the very short term, but turns out to be a disaster in the long term. If you truly want GM to be viable 50 years from now, make the hard, but correct, decision to do the right thing regarding salary retirees. It will certainly improve the image of GM, will keep the retirees as loyal GM customers and ambassadors, and will squelch talk of a salary union.

Sincerely,

R. Bick Lesser (bick.lesser@netscape.com)
1699 S. 2550 W.
West Haven, Utah 84401

