David G. Bodkin
180 Woodwind Drive
Bloomfield Hills, MI 48304
Home Tel: (248) 642-5942
Email: BodkinDG@aol.com



June 8, 2009

The Honorable Judge Robert D. Drain
U.S. Bankruptcy Court -- Case #05-44481 (Delphi Corp.)
300 Quarropas Street
White Plains, New York 10601-4140

Dear Judge Drain:

As you adjudicate the Delphi Corporation bankruptcy hearings, I call the following information to your attention and to the attention of the Court:

Based on all available reports, it appears Delphi and its former parent, General Motors, are on the verge of abandoning the Delphi salaried retirees. In an unfair and unethical act, Delphi has begun the process of sending their pensions to the Pension Benefit Guaranty Corporation (PBGC). Nearly 15,000 American autoworkers stand to lose much of their pensions through absolutely no fault of their own. The personal economic loss to these retirees is only too obvious.

Under the Automotive Task Force-led restructuring, all Delphi and GM hourly retirees as well as GM salaried retirees will admittedly pay more for their healthcare and life insurance. However, they will not have to carry that entire burden and they will get to keep their full pensions. As of April 1st, Delphi salaried retirees pay for ALL of their healthcare and life insurance coverage. Increasing their healthcare and life insurance expenses as much as ten-fold while concurrently reducing their pension income by 40-60 percent hardly demonstrates "equality of sacrifice" as expressed by the administration and the Task Force. Many Delphi salaried retirees may be unable to pay for healthcare and life insurance once their pensions are taken over by the PBGC.

Why the difference? Why single out the Delphi salaried retirees for such unjust treatment? Is it because the Delphi salaried retirees (many of whom were administrators and low-to-mid-level managers) are a mere 15,000 people as compared to GM's nearly 500,000 hourly and salaried retirees? Is it because the group lacks the political clout of the UAW? None of that should matter if one lived by and practiced sound business ethics that embody equality, fairness and decency - standards the President and the Task Force have consistently invoked. If indeed all efforts are to be made to protect "the workers," as President Barack Obama has repeatedly stated, then the Delphi salaried retirees deserve to have their pensions remain whole. None asks for bankruptcy emergence bonuses. None asks for anything more than to be equal among fellow Delphi/GM hourly and GM salaried retirees.

Ironically, 10 years ago last month, GM "spun off" Delphi. Most of the 15,000 Delphi salaried retirees began their careers with GM and worked most of their lives with that company; most did not have a choice in the transfer of their careers at the time of the "spin off."

This is a situation over which the affected individuals have no control. Our only recourse is a hearing before your honor in order to bring all questions and issues regarding this situation to the light of day. To date, all substantive discussions have been sequestered and did not include any official representation for the Delphi salaried retirees. Such cannot be said for the UAW, the companies and the government.

I would deeply appreciate your effort in seeing that this issue is raised and addressed appropriately within your Court. Having had the opportunity to attend a few Delphi hearings, I know ethics and integrity are cornerstones of your Court.

Respectfully,

David G. Bodkin
Delphi Salaried Retiree