June 8, 2009

Bankruptcy Court
Judge Robert D. Drain
U.S. Bankruptcy Court Case #05-44481
One Bowling Green
New York, New York 10004-1408

Reference Case #05-44481

As a Delphi salaried retiree, I strongly object to the recently filed Delphi modified plan of reorganization.

The plan will benefit only certain parties ( UAW, GM, DELPHI SALARY EXECUTIVES and PLATINUM EQUITY) at the expense of Delphi creditors and salaried retirees.

The UAW will continue under the GM umbrella for pensions and benefits, which are being funded by the Government, but NOT salaried retirees.

I strongly ask the court not to accept this modified plan but to send Delphi and its partners---GM, the US Treasury, Platinum Equity and the UAW, back to restructure a deal that is equitable to ALL parties involved.

After all, I believe this is the responsibility of your court. Thank you for your urgent consideration in this matter.

Sincerely,

Daniel Coltoniak