

| From: | To: |
|---|---|
| John Norris | Judge Robert D. Drain |
| 11066 White Lake Road | U.S. Bankruptcy Court Case #05-44481 |
| Fenton MI 48430-2476 | One Bowling Green |
| 810-750-0434 home | New York, New York 10004-1408 |
| NorrisJohnC@aol.com | FAX 914-390-4073 |

June 8, 2009

Dear Judge Drain,

I want to bring the following facts and concerns to your attention regarding Delphi salaried retirees' pensions. I need your help avoid this additional blow to myself and a group that is already hurting badly from the loss of health and life insurance benefits. We would propose, as a reasonable solution, best for all involved, that GM absorbs the Delphi Salaried Retirees Pension fund into the GM Salaried retirees Pension fund and program.

**Here is a summary of facts concerning the current situation:**
- The Delphi Salaried Pension Plan is underfunded by approximately $2 billion which Delphi is unlikely to be able to make up anytime soon.
- Virtually all of the plan's participants worked over 2/3 of their career (over 20 years in my case) as GM salaried employees, spending the minority of their working life as Delphi employees prior to retirement.
- The GM salaried pension plan is far better funded than the Delphi plan so folding the Delphi salaried pension plan into GM's plan is a reasonable move from both a financial and ethical standpoint.

**I believe that what we propose is in the best interest of all stakeholders in the GM/Delphi restructuring process for the following reasons:**
- Delphi salaried retirees have already suffered disproportionate losses with respect to their auto industry peers, and should at least have their pensions preserved.
- Delphi cannot emerge from Chapter 11 without resolving the salaried pension issue therefore they must either turn pensions over to PBGC or return them to GM from where the original liability came.
- PBGC currently holds liens on many assets that Delphi needs to sell to emerge from Chapter 11. This action would clear those liens enabling Delphi to proceed with its reorganization.
- GM currently intends to purchase several of the Delphi assets with PBGC liens. This action would also allow those acquisitions to proceed unimpeded.
- PBGC will avoid the assumption of another large underfunded pension plan.
- The US Treasury will collect additional taxes on the increased pension amounts paid to retirees over the lifetime of the annuities.

I ask you to use your considerable influence in the restructuring process to achieve the transfer of the Delphi Salaried pension plan back to GM from where it originated. GM has played a significant role in Delphi's salaried retirees' current troubled situation, starting with the Separation Agreement, imposing their handpicked management team, and saddling Delphi with non-competitive supply contracts. I hope you will recognize that the situation was stacked against Delphi's salaried retirees at the spinoff, and that you will do what is both reasonable and right to correct this.

Sincerely,

John Norris
Delphi Salaried Retiree