Dear Judge Drain,

I am a current salaried retiree from Delphi Corporation. My understanding is that my pension as a salaried retiree is now in grave jeopardy due to the bankruptcy proceedings with GM. In times of economic stress I realize that difficult financial decisions are required.

However, I fail to understand how hourly pension rights can be protected, and my pension as a salaried individual could be eliminated entirely. As appropraite actions regarding pension responsibilities are considered, I urge you to treat all Delphi retirees fairly. Specifically, if the Pension Benefit Guarantee Corporation (PBGC) continues to have financial responsibility for my salaried pension, this company must be obligated to actually provide a pension. I spent a career at Delphi in both the hourly and salaried ranks, the pension on which I now depend, must not be discarded simply due to the fact that I retired as part of the salary workforce.

I respectfully request that the Automotive Task Force consider my rights, and the rights of other salaried retirees, in the same manner as my colleagues that retired as hourly. We worked for the same company, our pensions and adjustments to those pensions, must be equitable.

Leslie Hoyng
Rochester, NY
585-594-9673