BARNES & THORNBURG LLP

171 Monroe Avenue, NW, Suite 1000
Grand Rapids, Michigan  49503
Telephone:  (616) 742-3930
Facsimile:  (616) 742-3999

Patrick E. Mears (PM-6473)
Telephone:  (616) 742-3936
Email:  pmears@btlaw.com

John T. Gregg
Telephone:  (616) 742-3930
Email: jgregg@btlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | ) | |
| In re | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, *et al.* | ) | No. 05-44481 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## CERTIFICATE OF SERVICE

Document Served:  -  **PROTECTIVE OBJECTION OF AUTOCAM CORPORATION TO DEBTORS' MOTION FOR ORDER (I) APPROVING MODIFICATIONS TO DEBTORS' FIRST AMENDED PLAN OF REORGANIZATION (AS MODIFIED) AND RELATED MODIFICATIONS AND RELATED DISCLOSURES AND VOTING PROCEDURES, AND (II) SETTING FINAL HEARING DATE TO CONSIDER MODIFICATIONS TO CONFIRMED FIRST AMENDED PLAN OF REORGANIZATION**

The undersigned certifies that a copy of the documents listed above were served upon the parties listed in the attached <u>Exhibit A</u> at their respective addresses by hand delivery, facsimile and/or electronic notice on the date indicated below.

Date of Service:  June 9, 2009

I declare that the statement above is true to the best of my information, knowledge and belief.

/s/Patrick E. Mears

Patrick E. Mears (PM-6473)

# EXHIBIT A

John Wm. Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher &
Flom, LLP
333 West Wacker Drive, Suite 2100
Chicago, IL  60606
***Via Electronic Mail, Facsimile and Hand Delivery***

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY  10036
***Via Electronic Mail, Facsimile and Hand Delivery***

Brian Masumoto, Esq.
Office of the U.S. Trustee
33 Whitehall Street
New York, NY  10004
***Via Hand Delivery***

Honorable Robert D. Drain
U.S. Bankruptcy Court for the
Southern District of New York
One Bowling Green
New York, NY  10004
***Courtesy Copy Via Electronic Mail and Hand Delivery***