Hearing Date And Time: June 10, 2009 at 9:30 a.m
Objection Deadline: June 9 at 12:00 p.m.

CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York  10006
(212) 225-2000
Deborah M. Buell

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
Garden City, New York  11530
(516) 741-6565
Alan E. Marder

ATTORNEYS FOR UBS SECURITIES LLC

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 11 |
| Delphi Corporation, et al. | ) Case No. 05-44481 |
| Debtors. | ) Jointly Administered |

**JOINDER AND RESERVATION OF RIGHTS OF UBS SECURITIES L.L.C.
WITH RESPECT TO THE DEBTORS' PLAN MODIFICATION APPROVAL MOTION**

UBS Securities L.L.C. ("UBS"), by its counsel Cleary Gottlieb Steen and Hamilton LLP and Meyer, Suozzi, English & Klein, P.C., files this joinder and reservation of rights with respect to the Delphi's supplement to the Motion for Order (I) Approving Modifications to Debtors' First Amended Plan of Reorganization (as Modified) and Related Disclosures and Voting Procedures and (II) Setting Final Hearing Date to Consider Modifications to Confirmed First Amended Plan of Reorganization (Docket No. 14310) under 11 U.S.C. § 1127 and (B) request to set administrative expense claims bar date and alternative sale hearing date which, among other things, seeks approval of certain modifications to the Confirmed Plan (the "Modified Plan") and the December 10 Disclosure Statement (the "Modified Disclosure Statement").

1

**JOINDER**

1.      UBS hereby joins in the Limited Objection and Reservation of Rights of Appaloosa Management L.P., A-D Acquisition Holdings, LLC, Harbinger Del-Auto Investment Company Ltd, Harbinger Capital Partners Master Fund I, Ltd., Merrill, Lynch, Pierce, Fenner, and Smith Incorporated, and Pardus DPH Holdings L.L.C., dated June 9, 2009 (the "Limited Objection") to the extent that the Limited Objection requests clarification regarding the GM Transfer and the lack of any prejudicial effect on the Plan Investors' positions and rights in the Adversary Proceeding.[1]

**RESERVATION OF RIGHTS**

2.      UBS expressly reserves its rights to supplement and amend this Response, seek discovery with respect to same, and introduce evidence at any hearing relating to the Modified Plan and the Modified Disclosure Statement, without in any way limiting any other rights that UBS may have.

**MEMORANDUM OF LAW**

3.      Because the legal points and authorities upon which the Objection relies are incorporated herein, UBS respectfully represents that the requirements of Local Rule 9013-1(a) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Southern District of New York have been satisfied.

**CONCLUSION**

For the foregoing reasons, reserves all of its rights regarding the Modified Plan and Modified Disclosure Statement as set forth above, and requests such other and further relief as the Court deems appropriate and just.

---

[1]    All capitalized terms not defined herein shall have the same meaning as in the Limited Objection.

Dated: June 9, 2009
      New York, New York

                                  Respectfully submitted,

                                  CLEARY GOTTLIEB STEEN
                                  & HAMILTON LLP

                                  By:   /s/Deborah M. Buell
                                      Deborah M. Buell
                                      Member of the Firm
                                  One Liberty Plaza
                                  New York, New York 10006
                                  (212) 225-2000

                                  MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

                                  By:   /s/Alan E. Marder
                                      Alan E. Marder
                                      Member of the Firm
                                  990 Stewart Avenue, Suite 300
                                  Garden City, New York  11530
                                  (516) 741-6565

                                  *Attorneys for UBS Securities LLC*