**Hearing Date: June 10, 2009**
                 **Hearing Time: 9:30 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                :
  In re             : Chapter 11
                :
DELPHI CORPORATION, et al.,   : Case No. 05-44481 (RDD)
                :
         Debtors.  : (Jointly Administered)
               ::
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PROPOSED OFF-OMNIBUS HEARING AGENDA

<u>Location Of Hearing</u>:   United States Bankruptcy Court for the Southern District of New
            York, Alexander Hamilton Custom House, Room 610, 6th Floor, One
            Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (1 Matter)

    C.    Uncontested, Agreed, Or Settled Matters (1 Matter)

    D.    Contested Matters (1 Matter)

    E.    Adversary Proceedings (None)

**B.**    **Continued Or Adjourned Matters**

    1.    **"Steering Option Exercise Motion"** - Motion For Order Under 11 U.S.C. Section 363 And Fed. R. Bankr. P. 6004 Authorizing And Approving Option Exercise Agreement With General Motors Corporation (Docket No. 16410)

    *Responses filed:*    *Michigan Department of Environmental Quality's Limited Objection to the Motion for Order Under 11 USC § 363 and Fed. R. Bankr. P. 6004 Authorizing and Approving Option Exercise Agreement with General Motors Corporation (Docket No. 16472)*

    *Response of Pension Benefit Guaranty Corporation To Debtors' Motion for Order Under U.S.C. § 363 and Fed. R. Bankr. P 6004 Authorizing and Approving Exercise Agreement (Docket No. 16475)*

    *Limited Objection of the Official Committee of Unsecured Creditors To the Debtors' Motion for Order Under 11 U.S.C. § 363 and Fed R. Bankr. P. 6004 Authorizing and Approving Option Exercise Agreement with General Motors Corporation (Docket No. 16476)*

    *Limited Objection of Wilmington Trust Company As Indenture Trustee to Motion for Order under 11 U.S.C § 363 and Fed. R. Bankr. P. 6004 Authorizing and Approving Option Exercise Agreement with General Motors Corporation (Docket No. 16478)*

    *Objection to Motion /Limited Objection of the Tranche C Collective to Debtors' Motion for Order Under 11 U.S.C. 363 and Fed R. Bankr. P. 6004*

|  |  |
|---|---|
|  | *Authorizing and Approving Option Exercise Agreement with General Motors Corporation (Docket No. 16492)* |
|  | *JPMorgan Chase Bank, N.A.'s Response and Limited Objection to the Debtors' Motion for Order Under 11 U.S.C. § 363 and Fed. R. Bankr. P. 6004 Authorizing and Approving Option Exercise Agreement With General Motors Corporation (Docket No. 16493)* |
| *Reply filed:* | *Debtors' Omnibus Reply In Support Of Steering Option Exercise Motion (Docket No. 16500)* |
| *Related filings:* | *None.* |
| *Status:* | *This matter is being adjourned to the June 16, 2009 omnibus hearing.* |

C.    **Uncontested, Agreed, Or Settled Matters**

    2.    **"Supplement To GM Arrangement Fourth and Fifth Amendment Approval Motion"** -  Supplement To Motion For Order Authorizing Debtors To Enter Into Fourth Amendment And Fifth Amendment To Arrangement With General Motors Corporation (Docket No. 16647)

| *Responses filed:* | *None.* |
|---|---|
| *Reply filed:* | *None.* |
| *Related filings:* | *Motion For Order Authorizing Debtors To Enter Into Fourth Amendment And Fifth Amendment To Arrangement With General Motors Corporation (Docket No. 16411)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

D.    **Contested Matters**

    3.    **"Supplement To Plan Modification Approval Motion"** -  (A) Supplement To Motion For Order (I) Approving Modifications To Debtors' First Amended Plan Of Reorganization (As Modified) And Related Disclosures And Voting Procedures And (II) Setting Final Hearing Date To Consider Modifications To Confirmed First Amended Plan Of Reorganization And (B)

Request To Set Administrative Expense Claims Bar Date And Alternative Sale Hearing Date (Docket No. 16646)

*Responses filed:*   *Response By Robert Ward (Docket No. 14338)*

*Objection By Sheryl Carter (Docket No. 14339)*

*Liquidity Solutions, Inc.'s Objection To Motion For Order (I) Approving Modifications To Debtors' First Amended Plan Of Reorganization (As Modified) And Related Disclosures And Voting Procedures And (II) Setting Final Hearing Date To Consider Modifications To Confirmed First Amended Plan Of Reorganization (Docket No. 14340)*

*See letter objections listed on Exhibit A  hereto*

*Statement Of Pension Benefit Guaranty Corporation In Response To Debtors' Supplement To Plan Modification Approval Motion (Docket No. 16893)*

*Objection of Kensington International Limited, Manchester Securities and Springfield Associates, LLC To Debtors' Motion Seeking To Modify Its Plan Of Reorganization (Docket No. 16895)*

*Protective Objection Of Autocam Corporation To Debtors' Motion For Order (I) Approving Modifications To Debtors' First Amended Plan Of Reorganization (As Modified) And Related Modifications And Related Disclosures And Voting Procedures, And (II) Setting Final Hearing Date To Consider Modifications To Confirmed First Amended Plan Of Reorganization (docket 16896)*

*Objection of JPMorgan Chase Bank, N.A. To The Debtors' Supplement To Plan Modification Approval Motion (Docket No. 16897)*

*Limited Objection And Reservation Of Rights Of Appaloosa Management L.P., A-D Acquisition Holding, LLC, Harbinger Del-Auto Investment Company LTD., Harbinger Capital Partners Master Fund I, LTD., Merrill, Lynch, Pierce, Fenner & Smith, Incorporated, Pardus Special Opportunities Master Fund L.P. And Pardus DPH Holdings With Respect To The Debtors' Plan Modification Approval Motion (Docket No. 16898)*

>
> *Objection Of The Official Committee Of Unsecured Creditors To The Debtors' (A) Supplement To Motion For Order (I) Approving Modifications To Debtors' First Amended Plan Of Reorganization (As Modified) And Related Disclosures And Voting Procedures And (II) Setting Final Hearing Date To Consider Modifications To Confirmed First Amended Plan Of Reorganization And (B) Request To Set Administrative Expense Claims Bar Date And Alternative Sale Hearing Date (Docket 16900)*
>
> *Response And Partial Objection Of The Collective Of DIP Lenders To Debtors' (A) Supplement To Motion For Order (I) Approving Modifications To Debtors' First Amended Plan Of Reorganization (As Modified) And Related Disclosures And Voting Procedures And (II) Setting Final Hearing Date To Consider Modifications To Confirmed First Amended Plan Of Reorganization And (B) Request To Set Administrative Expense Claims Bar Date And Alternative Sale Hearing Date (Docket 16903)*
>
> *Joinder And Reservation Of Rights Of UBS Securities L.LC. With Respect To The Debtors' Plan Modification Approval Motion (Docket No. 16904)*

| | |
|---|---|
| *Reply filed:* | *An omnibus reply will be filed.* |
| *Related filings:* | *Motion For Order (I) Approving Modifications To Debtors' First Amended Plan Of Reorganization (As Modified) And Related Disclosures And Voting Procedures And (II) Setting Final Hearing Date To Consider Modifications To Confirmed First Amended Plan Of Reorganization (Docket No. 14310)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

**E.    Adversary Proceedings (None)**

Dated: New York, New York
      June 9, 2009

        SKADDEN, ARPS, SLATE, MEAGHER
          & FLOM LLP

By: /s/ John Wm. Butler, Jr.
   John Wm. Butler, Jr.
   John K. Lyons
   Ron E. Meisler

333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700

    - and -

By: /s/ Kayalyn A Marafioti
   Kayalyn A. Marafioti

Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

**Exhibit A**

**Letter Objections Filed In Opposition To The Plan Modification Motion**

| OBJECTION | DOCKET NO. |
|---|---|
| 1. Letter Objection filed by Timothy K. Sheffer | Docket No. 16660 |
| 2. Letter Objection filed by Oscar O L[illegible] | Docket No. 16660 |
| 3. Letter Objection filed by David M. Jourdan | Docket No. 16660 |
| 4. Letter Objection filed by Joanne Burns | Docket No. 16660 |
| 5. Letter Objection filed by Bernard M. Carreno | Docket No. 16660 |
| 6. Letter Objection filed by Thomas J. Bucholz | Docket No. 16660 |
| 7. Letter Objection filed by Martin D. Sh[illegible] | Docket No. 16660 |
| 8. Letter Objection filed by Jim Johnson | Docket No. 16660 |
| 9. Letter Objection filed by Jay Machielse | Docket No. 16660 |
| 10. Letter Objection filed by Thomas L. Arnold | Docket No. 16660 |
| 11. Letter Objection filed by Jim McClure | Docket No. 16660 |
| 12. Letter Objection filed by James W. Krisko | Docket No. 16660 |
| 13. Letter Objection filed by Lloyd Smith | Docket No. 16660 |
| 14. Letter Objection filed by Gerald F. Mullis | Docket No. 16660 |
| 15. Letter Objection filed by Glenn F. Muinick | Docket No. 16660 |
| 16. Letter Objection filed by Ismat A. Abu-Isa | Docket No. 16660 |
| 17. Letter Objection filed by Jon L. Herron | Docket No. 16660 |
| 18. Letter Objection filed by James A. Boyer | Docket No. 16660 |
| 19. Letter Objection filed by Ronald Steward | Docket No. 16660 |
| 20. Letter Objection filed by James L. Crouse | Docket No. 16660 |
| 21. Letter Objection filed by Mary Landries | Docket No. 16660 |
| 22. Letter Objection filed by Robert Mowell | Docket No. 16660 |
| 23. Letter Objection filed by David W. Muffley | Docket No. 16660 |
| 24. Letter Objection filed by Robert L. Hogeman | Docket No. 16660 |
| 25. Letter Objection filed by Dale Erdman | Docket No. 16660 |
| 26. Letter Objection filed by Marybeth and Chuck Cunningham | Docket No. 16660 |
| 27. Letter Objection filed by Mary Ann Hudzik | Docket No. 16660 |
| 28. Letter Objection filed by Susan Muffley | Docket No. 16660 |
| 29. Letter Objection filed by Carol A. Essad | Docket No. 16660 |
| 30. Letter Objection filed by Paul Mura | Docket No. 16660 |
| 31. Letter Objection filed by Mark W. Pierce | Docket No. 16660 |
| 32. Letter Objection filed by William L. Gross | Docket No. 16660 |
| 33. Letter Objection filed by Jack Edling | Docket No. 16660 |
| 34. Letter Objection filed by John Hames | Docket No. 16660 |
| 35. Letter Objection filed by Ronald Devola | Docket No. 16660 |
| 36. Letter Objection filed by Howard M. Young | Docket No. 16660 |
| 37. Letter Objection filed by Donald R. Brown | Docket No. 16660 |
| 38. Letter Objection filed by Dennis R. Bourassa | Docket No. 16660 |
| 39. Letter Objection filed by Harry E. McCrea, Jr. | Docket No. 16660 |
| 40. Letter Objection filed by B.T. Londeck | Docket No. 16660 |
| 41. Letter Objection filed by Thomas S. Ellis | Docket No. 16660 |
| 42. Letter Objection filed by David C. Valencia | Docket No. 16661 |
| 43. Letter Objection filed by Joseph Omayala | Docket No. 16661 |

| OBJECTION | DOCKET NO. |
|---|---|
| 44. Letter Objection filed by Kathy J. Bourassa | Docket No. 16661 |
| 45. Letter Objection filed by Dennis R. Bourassa | Docket No. 16661 |
| 46. Letter Objection filed by Dan Gorkiewicz | Docket No. 16661 |
| 47. Letter Objection filed by Jeff J. Brenske | Docket No. 16661 |
| 48. Letter Objection filed by Charles R. Brown | Docket No. 16661 |
| 49. Letter Objection filed by Bruce Korkham | Docket No. 16661 |
| 50. Letter Objection filed by Roger J. Morschhauser | Docket No. 16661 |
| 51. Letter Objection filed by Fred G. Metzger | Docket No. 16661 |
| 52. Letter Objection filed by Bruce A. Naylor | Docket No. 16661 |
| 53. Letter Objection filed by George R. Koehm | Docket No. 16661 |
| 54. Letter Objection filed by Deborah Karyakose | Docket No. 16661 |
| 55. Letter Objection filed by Roger E. Hoke | Docket No. 16661 |
| 56. Letter Objection filed by Charles D. Dittlinger | Docket No. 16661 |
| 57. Letter Objection filed by Sherry L. Friedman | Docket No. 16661 |
| 58. Letter Objection filed by Steven A. McMahan | Docket No. 16661 |
| 59. Letter Objection filed by Bogdan Dawidowicz | Docket No. 16661 |
| 60. Letter Objection filed by Paul Blanchard | Docket No. 16661 |
| 61. Letter Objection filed by Jon and Sue Williams | Docket No. 16661 |
| 62. Letter Objection filed by Richard Loutzenhiser | Docket No. 16661 |
| 63. Letter Objection filed by Robert J. Koval | Docket No. 16661 |
| 64. Letter Objection filed by Gary F. Giglio | Docket No. 16661 |
| 65. Letter Objection filed by Stephen J. Kiselewich | Docket No. 16661 |
| 66. Letter Objection filed by Ronald Collins | Docket No. 16661 |
| 67. Letter Objection filed by Charles A. Mays | Docket No. 16661 |
| 68. Letter Objection filed by William J. Coates Jr. | Docket No. 16661 |
| 69. Letter Objection filed by John T. Sliker | Docket No. 16661 |
| 70. Letter Objection filed by Michael S. Wyzgoski | Docket No. 16661 |
| 71. Letter Objection filed by Dennis D. Epperson | Docket No. 16661 |
| 72. Letter Objection filed by Richard Kowalski | Docket No. 16661 |
| 73. Letter Objection filed by Michael J. Maksymicz | Docket No. 16661 |
| 74. Letter Objection filed by Thomas B. Denes | Docket No. 16661 |
| 75. Letter Objection filed by Manu Anand | Docket No. 16662 |
| 76. Letter Objection filed by Jagir S. Sooch | Docket No. 16662 |
| 77. Letter Objection filed by Paul Dobosz | Docket No. 16662 |
| 78. Letter Objection filed by Michael D. Williams | Docket No. 16662 |
| 79. Letter Objection filed by Joseph J. Roznowski | Docket No. 16662 |
| 80. Letter Objection filed by Thomas H. Walters | Docket No. 16662 |
| 81. Letter Objection filed by Joseph J. C[illegible] | Docket No. 16662 |
| 82. Letter Objection filed by Sherri L. Smith | Docket No. 16662 |
| 83. Letter Objection filed by Cassandra S. Rayfield | Docket No. 16662 |
| 84. Letter Objection filed by Stephen L. Spieth | Docket No. 16662 |
| 85. Letter Objection filed by Kurt Harold Sworn | Docket No. 16662 |
| 86. Letter Objection filed by Bill and Sharon Loughead | Docket No. 16662 |
| 87. Letter Objection filed by Scott M. Leach | Docket No. 16662 |
| 88. Letter Objection filed by Michael D. Courtney | Docket No. 16662 |
| 89. Letter Objection filed by Robert F. Konkle, Jr. | Docket No. 16662 |
| 90. Letter Objection filed by Jacob Pikaart | Docket No. 16662 |

| OBJECTION | DOCKET NO. |
|---|---|
| 91. Letter Objection filed by Deborah S. Hampton | Docket No. 16662 |
| 92. Letter Objection filed by John Hoying | Docket No. 16662 |
| 93. Letter Objection filed by Deborah Llewellyn | Docket No. 16662 |
| 94. Letter Objection filed by Joseph A. Cianciosa | Docket No. 16662 |
| 95. Letter Objection filed by Kenneth K. Cantrell | Docket No. 16662 |
| 96. Letter Objection filed by John R. Brantingham | Docket No. 16662 |
| 97. Letter Objection filed by Robert J. Conklin | Docket No. 16662 |
| 98. Letter Objection filed by Don Wheelock | Docket No. 16662 |
| 99. Letter Objection filed by Jospeh A. Musick | Docket No. 16662 |
| 100. Letter Objection filed by Thomas J. Sosnowchik | Docket No. 16662 |
| 101. Letter Objection filed by Paul V. Palovich | Docket No. 16662 |
| 102. Letter Objection filed by Drew Verbonsky | Docket No. 16662 |
| 103. Letter Objection filed by Marion R. Parks | Docket No. 16662 |
| 104. Letter Objection filed by David Starr | Docket No. 16662 |
| 105. Letter Objection filed by Patricia Bryant | Docket No. 16662 |
| 106. Letter Objection filed by Gary F. Giglio | Docket No. 16665 |
| 107. Letter Objection filed by Gerald E. Spencer | Docket No. 16666 |
| 108. Letter Objection filed by Cindy Ireland | Docket No. 16667 |
| 109. Letter Objection filed by John R. Smith | Docket No. 16668 |
| 110. Letter Objection filed by Lisa Booth | Docket No. 16669 |
| 111. Letter Objection filed by Thomas C. Dean | Docket No. 16670 |
| 112. Letter Objection filed by M. Paul Higgins | Docket No. 16671 |
| 113. Letter Objection filed by Markus Hamilton | Docket No. 16672 |
| 114. Letter Objection filed by Michael F. Reil | Docket No. 16673 |
| 115. Letter Objection filed by Mike Hillard | Docket No. 16674 |
| 116. Letter Objection filed by David F. Boull | Docket No. 16675 |
| 117. Letter Objection filed by James P. Grabowski | Docket No. 16676 |
| 118. Letter Objection filed by Anthony V. Cornacchione | Docket No. 16677 |
| 119. Letter Objection filed by Dan Sullivan | Docket No. 16678 |
| 120. Letter Objection filed by Dean Woodard | Docket No. 16679 |
| 121. Letter Objection filed by James F. Anderson | Docket No. 16680 |
| 122. Letter Objection filed by Dennis W. Paul | Docket No. 16681 |
| 123. Letter Objection filed by Lois and Phillip Gose | Docket No. 16682 |
| 124. Letter Objection filed by Connie Kistler | Docket No. 16683 |
| 125. Letter Objection filed by Kenneth L. Zurek | Docket No. 16684 |
| 126. Letter Objection filed by Douglas Hamilton | Docket No. 16685 |
| 127. Letter Objection filed by Walter P. Guenther | Docket No. 16686 |
| 128. Letter Objection filed by Diane E. Weaver | Docket No. 16687 |
| 129. Letter Objection filed by Gary Gray | Docket No. 16688 |
| 130. Letter Objection filed by Melissa Mowell | Docket No. 16689 |
| 131. Letter Objection filed by Paul C. Sapgnuolo | Docket No. 16690 |
| 132. Letter Objection filed by Nina Mowell | Docket No. 16691 |
| 133. Letter Objection filed by Diana B. Smith | Docket No. 16692 |
| 134. Letter Objection filed by John Clifford | Docket No. 16693 |
| 135. Letter Objection filed by Samuel R. Janis | Docket No. 16694 |
| 136. Letter Objection filed by James A. Baker | Docket No. 16695 |
| 137. Letter Objection filed by Joseph Andrasik | Docket No. 16696 |

| OBJECTION | DOCKET NO. |
|---|---|
| 138. Letter Objection filed by Terry N. Fisher | Docket No. 16697 |
| 139. Letter Objection filed by James J. Pichler | Docket No. 16698 |
| 140. Letter Objection filed by John S. Kessler | Docket No. 16699 |
| 141. Letter Objection filed by David J. Alexander | Docket No. 16700 |
| 142. Letter Objection filed by Terry L. Slifer | Docket No. 16701 |
| 143. Letter Objection filed by Randall J. Snoeyink | Docket No. 16702 |
| 144. Letter Objection filed by Douglas L. Cole | Docket No. 16703 |
| 145. Letter Objection filed by Julianne Kronoshek | Docket No. 16704 |
| 146. Letter Objection filed by Jerry Wilson | Docket No. 16705 |
| 147. Letter Objection filed by Brenda Kolenda | Docket No. 16706 |
| 148. Letter Objection filed by Richard M. Orcutt | Docket No. 16707 |
| 149. Letter Objection filed by Richard A. Devers | Docket No. 16708 |
| 150. Letter Objection filed by Michael and Faith Mainhart | Docket No. 16709 |
| 151. Letter Objection filed by Lee Fiorvento | Docket No. 16710 |
| 152. Letter Objection filed by Neil E. Haseley | Docket No. 16711 |
| 153. Letter Objection filed by Robert Childs | Docket No. 16712 |
| 154. Letter Objection filed by David J. Trapasso | Docket No. 16713 |
| 155. Letter Objection filed by James A. Dean | Docket No. 16714 |
| 156. Letter Objection filed by Michael Rasper | Docket No. 16715 |
| 157. Letter Objection filed by Bob Hoffman | Docket No. 16716 |
| 158. Letter Objection filed by Rebecca McHale | Docket No. 16717 |
| 159. Letter Objection filed by William B. Stachura | Docket No. 16718 |
| 160. Letter Objection filed by Rosemary Brewer | Docket No. 16719 |
| 161. Letter Objection filed by Gerald A. Gaeth | Docket No. 16720 |
| 162. Letter Objection filed by Donna Yokobosky | Docket No. 16721 |
| 163. Letter Objection filed by Marc A. Eglin | Docket No. 16722 |
| 164. Letter Objection filed by Jerry L. Alexander | Docket No. 16723 |
| 165. Letter Objection filed by Raymod D. Collins | Docket No. 16724 |
| 166. Letter Objection filed by Robert Ciesluk | Docket No. 16725 |
| 167. Letter Objection filed by Jacqueline Podboy | Docket No. 16726 |
| 168. Letter Objection filed by Paravila Jacob | Docket No. 16727 |
| 169. Letter Objection filed by Danny M. Martin | Docket No. 16728 |
| 170. Letter Objection filed by Jerry Vit | Docket No. 16729 |
| 171. Letter Objection filed by Patricia Grau | Docket No. 16730 |
| 172. Letter Objection filed by William Stewart | Docket No. 16731 |
| 173. Letter Objection filed by Gerald D. Allen | Docket No. 16732 |
| 174. Letter Objection filed by William J. Conwell | Docket No. 16733 |
| 175. Letter Objection filed by Stanley J. Markus | Docket No. 16734 |
| 176. Letter Objection filed by David L. Brownfield | Docket No. 16735 |
| 177. Letter Objection filed by Jerry and Barbara Meier | Docket No. 16736 |
| 178. Letter Objection filed by Patrick O'Laughlin | Docket No. 16737 |
| 179. Letter Objection filed by Douglas F. Brechtelsbauer | Docket No. 16738 |
| 180. Letter Objection filed by Frank Tuckerman | Docket No. 16739 |
| 181. Letter Objection filed by Alice Gollner | Docket No. 16740 |
| 182. Letter Objection filed by Bruce E. Eggert | Docket No. 16741 |
| 183. Letter Objection filed by Coleen M. LeBeau | Docket No. 16742 |
| 184. Letter Objection filed by James R. Anderson | Docket No. 16743 |

| OBJECTION | DOCKET NO. |
|---|---|
| 185. Letter Objection filed by Alan Kasten | Docket No. 16744 |
| 186. Letter Objection filed by Stephen L. Downs | Docket No. 16745 |
| 187. Letter Objection filed by William H. Brinkman | Docket No. 16746 |
| 188. Letter Objection filed by Bruno A. Plutino | Docket No. 16747 |
| 189. Letter Objection filed by Thomas J. Green | Docket No. 16748 |
| 190. Letter Objection filed by James R. Moore | Docket No. 16749 |
| 191. Letter Objection filed by Karen Conner | Docket No. 16750 |
| 192. Letter Objection filed by Frank C. Setlik | Docket No. 16751 |
| 193. Letter Objection filed by Robert Dickens | Docket No. 16752 |
| 194. Letter Objection filed by Herbert S. Daugherty | Docket No. 16753 |
| 195. Letter Objection filed by Daine M. Smith | Docket No. 16754 |
| 196. Letter Objection filed by Edgar Eshleman | Docket No. 16755 |
| 197. Letter Objection filed by Joseph Matsko | Docket No. 16756 |
| 198. Letter Objection filed by William and Krenann Berner | Docket No. 16757 |
| 199. Letter Objection filed by William H. Johnson | Docket No. 16758 |
| 200. Letter Objection filed by Joseph Fornuto | Docket No. 16759 |
| 201. Letter Objection filed by H. Charles Miller | Docket No. 16760 |
| 202. Letter Objection filed by Christine Barnes | Docket No. 16761 |
| 203. Letter Objection filed by Ken Kovacevich | Docket No. 16762 |
| 204. Letter Objection filed by Glenn Elliott | Docket No. 16763 |
| 205. Letter Objection filed by Eric N. Hagberg | Docket No. 16764 |
| 206. Letter Objection filed by Paula S. Loucks | Docket No. 16765 |
| 207. Letter Objection filed by Bruce Clary | Docket No. 16766 |
| 208. Letter Objection filed by Roy W. Smith | Docket No. 16767 |
| 209. Letter Objection filed by Glenn C. Tripp | Docket No. 16768 |
| 210. Letter Objection filed by Joyce Higginbottom | Docket No. 16769 |
| 211. Letter Objection filed by Dave and Elaine Hofius | Docket No. 16770 |
| 212. Letter Objection filed by Cathy Tyler | Docket No. 16771 |
| 213. Letter Objection filed by Burton D. Tyler | Docket No. 16772 |
| 214. Letter Objection filed by Robert Fedorka | Docket No. 16774 |
| 215. Letter Objection filed by Peter Ng | Docket No. 16775 |
| 216. Letter Objection filed by Ernest A. Knobelspiesse | Docket No. 16776 |
| 217. Letter Objection filed by Thomas W. Thornburg | Docket No. 16777 |
| 218. Letter Objection filed by Michael A. Porch | Docket No. 16778 |
| 219. Letter Objection filed by Dennis E. Beck | Docket No. 16779 |
| 220. Letter Objection filed by Charles E. Childs | Docket No. 16780 |
| 221. Letter Objection filed by Steve Showalter | Docket No. 16781 |
| 222. Letter Objection filed by Nan Gookin | Docket No. 16782 |
| 223. Letter Objection filed by Gary D. Murphy | Docket No. 16783 |
| 224. Letter Objection filed by Terrance A. Buchaiski | Docket No. 16784 |
| 225. Letter Objection filed by Timothy Mullet | Docket No. 16785 |
| 226. Letter Objection filed by Carlton H. Fox | Docket No. 16786 |
| 227. Letter Objection filed by Richard C. Boyd | Docket No. 16787 |
| 228. Letter Objection filed by Jeanine S. Chart | Docket No. 16788 |
| 229. Letter Objection filed by Michael Williamson | Docket No. 16789 |
| 230. Letter Objection filed by Richard W. Buschmann Jr. | Docket No. 16790 |
| 231. Letter Objection filed by Dom Raia | Docket No. 16791 |

| OBJECTION | DOCKET NO. |
|---|---|
| 232. Letter Objection filed by Michael Stewart | Docket No. 16792 |
| 233. Letter Objection filed by Gary Sivers and James Fennell | Docket No. 16793 |
| 234. Letter Objection filed by Jane E. Hagberg | Docket No. 16794 |
| 235. Letter Objection filed by LaTanya M. Jeffreys | Docket No. 16795 |
| 236. Letter Objection filed by Jerry Wilson | Docket No. 16796 |
| 237. Letter Objection filed by Mark A. Franklin | Docket No. 16797 |
| 238. Letter Objection filed by Paul A. Balciar | Docket No. 16798 |
| 239. Letter Objection filed by Diane Balciar | Docket No. 16799 |
| 240. Letter Objection filed by John Adams | Docket No. 16800 |
| 241. Letter Objection filed by Jane E. Hagberg | Docket No. 16801 |
| 242. Letter Objection filed by Robert L. Spencer | Docket No. 16802 |
| 243. Letter Objection filed by Michael J. O'Toole | Docket No. 16803 |
| 244. Letter Objection filed by Paul Wilczynski | Docket No. 16804 |
| 245. Letter Objection filed by J. Allen Babb (Letter to Senator Parker Griffith) | Docket No. 16805 |
| 246. Letter Objection filed by Duane Williams | Docket No. 16806 |
| 247. Letter Objection filed by Laura E. Miller | Docket No. 16807 |
| 248. Letter Objection filed by Lisa Weber | Docket No. 16808 |
| 249. Letter Objection filed by William Byers | Docket No. 16809 |
| 250. Letter Objection filed by Janice Stefanski | Docket No. 16810 |
| 251. Letter Objection filed by Jeanne Minnick | Docket No. 16811 |
| 252. Letter Objection filed by Robert Saviers | Docket No. 16812 |
| 253. Letter Objection filed by Dave Parks | Docket No. 16813 |
| 254. Letter Objection filed by Edward Farris | Docket No. 16814 |
| 255. Letter Objection filed by Linda T. Jones | Docket No. 16815 |
| 256. Letter Objection filed by G.J. L'Esperance | Docket No. 16816 |
| 257. Letter Objection filed by Todd Kelchlin | Docket No. 16817 |
| 258. Letter Objection filed by Robert C. Gmerek | Docket No. 16818 |
| 259. Letter Objection filed by Mark Baranski | Docket No. 16819 |
| 260. Letter Objection filed by Ronald L. Malone | Docket No. 16820 |
| 261. Letter Objection filed by Mark J. Kesselring | Docket No. 16821 |
| 262. Letter Objection filed by Kelley A. Hacker | Docket No. 16822 |
| 263. Letter Objection filed by Lisa A. Allan | Docket No. 16823 |
| 264. Letter Objection filed by Maria C. Del Rio | Docket No. 16824 |
| 265. Letter Objection filed by Nancy E. Kozak | Docket No. 16825 |
| 266. Letter Objection filed by Warren Kling | Docket No. 16826 |
| 267. Letter Objection filed by Christal M. Scriver-Wilk | Docket No. 16827 |
| 268. Letter Objection filed by Irma R. Zamora | Docket No. 16828 |
| 269. Letter Objection filed by Christal M. Scriver-Wilk | Docket No. 16829 |
| 270. Letter Objection filed by Longhu Li | Docket No. 16830 |
| 271. Letter Objection filed by Patrick J. Drury | Docket No. 16831 |
| 272. Letter Objection filed by Donald Rennaker | Docket No. 16832 |
| 273. Letter Objection filed by David Garrett | Docket No. 16833 |
| 274. Letter Objection filed by Jerry Wilson | Docket No. 16834 |
| 275. Letter Objection filed by John Adams | Docket No. 16835 |
| 276. Letter Objection filed by Joe Liguori | Docket No. 16836 |
| 277. Letter Objection filed by Robert G. Merkior | Docket No. 16837 |
| 278. Letter Objection filed by Joseph Wildberg | Docket No. 16838 |

| OBJECTION | DOCKET NO. |
|---|---|
| 279. Letter Objection filed by Dave Norton | Docket No. 16839 |
| 280. Letter Objection filed by Geoffrey C. Lohrman | Docket No. 16840 |
| 281. Letter Objection filed by A.F. Ruhala | Docket No. 16841 |
| 282. Letter Objection filed by Wade | Docket No. 16842 |
| 283. Letter Objection filed by A.F. Ruhala | Docket No. 16843 |
| 284. Letter Objection filed by Wade | Docket No. 16844 |
| 285. Letter Objection filed by Richard Peters | Docket No. 16845 |
| 286. Letter Objection filed by Charles Archibald | Docket No. 16845 |
| 287. Letter Objection filed by Christa K Snider | Docket No. 16846 |
| 288. Letter Objection filed by Gary G Zapoli | Docket No. 16847 |
| 289. Letter Objection filed by Christa K Snider | Docket No. 16848 |
| 290. Letter Objection filed by Fredrick K Shultz | Docket No. 16849 |
| 291. Letter Objection filed by Michael Paul | Docket No. 16850 |
| 292. Letter Objection filed by Gregg Lucas | Docket No. 16851 |
| 293. Letter Objection filed by Lynne Hagerman | Docket No. 16852 |
| 294. Letter Objection filed by Gary G Zapoli | Docket No. 16853 |
| 295. Letter Objection filed by Jane Hagberg | Docket No. 16854 |
| 296. Letter Objection filed by William Denzer | Docket No. 16855 |
| 297. Letter Objection filed by Diana B. Smith | Docket No. 16857 |
| 298. Letter Objection filed by John Phipps | Docket No. 16858 |
| 299. Letter Objection filed by Kirk Feather | Docket No. 16859 |
| 300. Letter Objection filed by Mike Meyer | Docket No. 16860 |
| 301. Letter Objection filed by John Pawlek | Docket No. 16861 |
| 302. Letter Objection filed by Tony Gardner | Docket No. 16862 |
| 303. Letter Objection filed by Frances J. Kramer | Docket No. 16863 |
| 304. Letter Objection filed by Ross Bellaire, Jr. | Docket No. 16864 |
| 305. Letter Objection filed by Jeff Kinmartin | Docket No. 16865 |
| 306. Letter Objection filed by John and Gail Robinson | Docket No. 16866 |
| 307. Letter Objection filed by Thomas Trill | Docket No. 16867 |
| 308. Letter Objection filed by Richard J. Napoli | Docket No. 16868 |
| 309. Letter Objection filed by David Muffley | Docket No. 16869 |
| 310. Letter Objection filed by Dennis D. Epperson | Docket No. 16870 |
| 311. Letter Objection filed by Sharon O'Brien | Docket No. 16871 |
| 312. Letter Objection filed by Don Griffin | Docket No. 16872 |
| 313. Letter Objection filed by Gregory Kulka | Docket No. 16873 |
| 314. Letter Objection filed by Leslie Wyfong | Docket No. 16874 |
| 315. Letter Objection filed by Douglas J. Foster | Docket No. 16875 |
| 316. Letter Objection filed by Martin Porch | Docket No. 16876 |
| 317. Letter Objection filed by James Bell | Docket No. 16877 |
| 318. Letter Objection filed by Alicia Vertiz | Docket No. 16878 |
| 319. Letter Objection filed by Linda L. Hill | Docket No. 16879 |
| 320. Letter Objection filed by David Kalb | Docket No. 16880 |
| 321. Letter Objection filed by Phil Crum | Docket No. 16881 |
| 322. Letter Objection filed by Neal Rath | Docket No. 16882 |
| 323. Letter Objection filed by Reid B. (Bick) Lesser | Docket No. 16883 |
| 324. Letter Objection filed by George R. Kohut | Docket No. 16884 |
| 325. Letter Objection filed by Donald F. McEvoy | Docket No. 16885 |

| OBJECTION | DOCKET NO. |
|---|---|
| 326. Letter Objection filed by David g. Bodkin | Docket No. 16886 |
| 327. Letter Objection filed by Jack and Lynda Wolcott | Docket No. 16887 |
| 328. Letter Objection filed by Daniel R. Coltoniak | Docket No. 16888 |
| 329. Letter Objection filed by Various creditors (illegible) | Docket No. 16889 |
| 330. Letter Objection filed by Patricia A. Rosa | Docket No. 16890 |
| 331. Letter Objection filed by John C. Norris | Docket No. 16891 |
| 332. Letter Objection filed by Leslie Hoyng | Docket No. 16892 |
| 333. Letter Objection filed by Thomas Reese | Docket No. 16894 |
| 334. Letter Objection filed by Kitran R. Pate; | Docket No. 16899 |
| 335. Letter Objection filed by Charles Adams | Docket No. 16901 |

8