Jun 09 09 12:58p Wade 317 804 9390 p.1
05-44481-rdd Doc 16928 Filed 06/09/09 Entered 06/09/09 16:05:07 Main Document
Pg 1 of 3

34

FAX 914-390-4073

**Bankruptcy Court**
Judge Robert D. Drain
U.S. Bankruptcy Court Case #05-44481
One Bowling Green
New York, New York 10004-1408

Reference case # 05-44481

As a recent separated retired Delphi Salary Employee I strongly object to the recently filed Delphi Modified Plan of Reorganization.

It appears to be at the expense of Delphi creditors, the separated/retired salary employees and the American taxpayer. The only money left for creditors and retirees will be in the disposition of already closed, nonrevenue producing plants (DPH). GM is receiving viable, ongoing revenue producing plants at no cost other than accepting the UAW pension plans. The UAW will continue under the GM umbrella for pensions and benefits which are being financed by the US Government.

Platinum Equity will now own a company with revenue producing operations that have excellent profit potential and they will pay virtually nothing. My understanding is that they are also purchasing Alcoa AFL. Why are they paying more for the Alcoa AFL unit which is much smaller and has far fewer assets?

Perhaps even more disturbing, is the settlement Delphi is requesting of the PBGC. They have requested that the PBGC drops its right to secured claims and becomes an unsecured claim. These claims should be maintained and provide funds to decrease the underfunded position of Delphi's Salaried Retirement Plan. The court will have to address this issue because I am sure that the PBGC will negotiate away its rights because of its unique position in relationship to the US Treasury Department and the Honorable Tim Geithner, who commands the Automotive Task Force.

I respectfully ask the court to please **not accept this modified plan** but to request Delphi and its partners- GM, the US Treasury, Platinum and the UAW, back to restructure a deal that is equitable to the salaried retirees and the creditors. I believe that this is the responsibility of the court.

Sincerely,

*[signature]*

CHRISTOPHER J. LEE
26TH DISTRICT, NEW YORK

COMMITTEE:
FINANCIAL SERVICES

SUBCOMMITTEES:
FINANCIAL INSTITUTIONS AND
CONSUMER CREDIT

OVERSIGHT AND INVESTIGATIONS

HOUSING AND COMMUNITY OPPORTUNITY

# Congress of the United States
## House of Representatives
### Washington, DC 20515

1711 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-5265

225 ESSJAY ROAD, SUITE 405
WILLIAMSVILLE, NY 14221
(716) 634-2324

1577 WEST RIDGE ROAD
GREECE, NY 14615
(585) 663-5570

http://chrislee.house.gov/

June 5, 2009

The Honorable Barack Obama
President of the United States
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

Dear Mr. President:

   I am writing to express my strong objection to the decision to refer Delphi Corporation's salaried retiree pension plan to the Pension Benefit Guarantee Corporation (PBGC). I am honored to represent thousands of hourly and salaried retirees in the 26th Congressional District in Western New York and in my May 22, 2009 letter to the Task Force, I urged that pension obligations for both hourly and salaried retirees be assumed by GM. I therefore respectfully urge that the Treasury Department's Automotive Task Force demand reconsideration of this decision in advance of the June 10, 2009 U.S. bankruptcy hearing.

   As you know, GM spun Delphi off in 1999, and today the company is GM's largest parts supplier. GM has agreed, as part of the restructuring agreement worked out by the Automotive Task Force, to take back five Delphi plants, including Delphi Thermal Systems in Lockport, NY and Delphi Powertrain in Rochester, NY. I believe these are positive steps to set both GM and Delphi on the right course for the future. I am also pleased to see that as part of its restructuring agreement with the Treasury Department, GM will assume the obligations of Delphi's hourly pension plan. This will help strengthen retirement security for thousands of families in my district and give them peace-of-mind during these difficult economic times.

   I was dismayed, however, to learn that Delphi's salaried pension obligations will receive entirely different treatment through referral to the PBGC, where pension payments for these workers are liable to be cut drastically, if not eliminated entirely. In the interests of transparency and accountability, I believe the Task Force owes a full explanation of this decision to the workers, retirees and the public, who are now 60 percent owners in the new GM.

   It is fundamentally unfair that two groups of retirees from the same company, who worked side-by-side for many years, and who are faced with the same unfortunate situation, are being treated so differently by the federal government. The 15,000 salaried Delphi retirees, most of whom worked for GM for almost their entire careers, deserve to be treated with fairness and equity during these proceedings. While the restructuring of America's auto industry will require shared sacrifice and responsibility, Delphi's salaried retirees are being forced to bear extra burdens that are not warranted and have not been explained.

PRINTED ON RECYCLED PAPER

  With a 60 percent stake in GM, your Task Force has enormous leverage to demand equitable treatment for hourly and salaried retirees by having GM assume the obligations of both plans. I respectfully urge you and the Automotive Task Force to demand the reconsideration of this decision before the June 10, 2009 U.S. bankruptcy court hearing set to ratify this inequitable agreement.

  Thank you for your urgent consideration of this important matter. I look forward to hearing from you. Please do not hesitate to contact me if I can be of any assistance. Please accept my best regards.

               Sincerely,

               CHRISTOPHER J. LEE
               Member of Congress

CC: The Honorable Steven Rattner
   Lead Advisor on the Auto Industry
   U.S. Department of Treasury

   The Honorable Ron Bloom
   Senior Advisor on the Auto Industry
   U.S. Department of Treasury