**Exhibit A**

## Exhibit A

*Objections To The Plan Modification Motion Of Delphi Corporation And The Affiliate Debtors*

*Organized By Nature Of Objection*

| | OBJECTION DOCKET NO. | OBJECTION ASSERTED | RESOLUTION, RESPONSE, OR PROPOSAL |
|---|---|---|---|
| | | **Objections To DIP Transfer (Consensual Foreclosure)** | |
| 1. | 16895 | Asserts that the Modified Plan is not confirmable because, as required by § 1129(a)(9), the DIP Lenders will not be paid in full in cash and because the DIP Lenders do not consent to such treatment. | **Premature. Collective Action Permits Satisfaction.** The Modified Plan contemplates full satisfaction of the DIP Claims through the DIP Transfer described in the Supplement. Pursuant to the DIP Transfer, the claims of the DIP Lenders will be satisfied if the Required Lenders consent to such treatment, which is the sole requirement under the terms of the DIP Credit Agreement. |
| 2. | 16897 | Objects to the Modified Plan on the basis that it does not provide secured creditors an opportunity to credit bid. | **Collective Action Permits Satisfaction.** A credit bid is inconsistent with a private sale but if a party provides an unsolicited offer, which includes a credit bid, the Debtors will continue to act in accordance with their fiduciary duties in evaluating any potential transaction. |
| 3. | 16895 | Objects to the Modified Plan on the basis that it is not confirmable under the standards of 1129(b). | **Collective Action Permits Satisfaction.** Under section 1129(a)(9), because the DIP Lender claims will be satisfied pursuant to the DIP Transfer, section 1129(b) is inapplicable. |
| | | **Objections Related To Value Of Recoveries** | |
| 4. | 16900, 16907 | Asserts that the Supplement does not contain adequate information regarding the likely amount of recovery to unsecured creditors or when such recovery would actually be received. | **Adequate Information Provided.** The Supplement provides ample disclosure regarding potential recoveries for unsecured creditors. The request for additional information is not necessary to make an informed decision about whether the recoveries provided to general unsecured creditors under the Modified Plan would be better than the recoveries provided under the Debtors' hypothetical liquidation analysis attached to the Supplement as Appendix C. |
| | | **Pension-Related Objections** | |
| 5. | Schedule 1 | The Debtors' settlement with the PBGC should not be approved and the Delphi Salaried Pension Plan should not be terminated, but should be assumed by GM. | **Adequate Information Provided.** The Debtors have provided adequate disclosure regarding the treatment of the Delphi Salaried Pension Plan. While the defined benefit programs were to be assumed under the Confirmed Plan, the salaried and subsidiary plans are no longer capable of assumption because of the deterioration of the capital markets in 2008 and 2009, and accordingly such plans may be involuntarily terminated by the PBGC. |

| | OBJECTION DOCKET NO. | OBJECTION ASSERTED | RESOLUTION, RESPONSE, OR PROPOSAL |
|---|---|---|---|
| 6. | 16893, 16900 | Asserts that the Supplement does not contain adequate information regarding the disposition of the hourly pension plan or the PBGC Settlement. | **Adequate Information Provided.** The fact that a settlement with the PBGC has not been achieved but must be achieved to consummate the modifications to the Confirmed Plan is fully disclosed in the Supplement. In addition, the Debtors expect to file the PBGC Settlement Agreement by the Plan Exhibit Filing Deadline. |
| 7. | Schedule 1 | The transactions proposed in the Master Disposition Agreement do not equitably treat the employees or former employees covered under the Salaried Pension Plan. | **Best Transaction Available.** The transactions with Platinum and GM are the best and only viable transactions presented to the Debtors since the Plan Investors failed to close on April 4, 2008.  The transactions contemplated by the Modified Plan offer the most likely way to maximize value for the Debtors and all of their stakeholders.  The Debtors will continue to act in accordance with their fiduciary duties with respect to any other potential transactions that may arise. |
| | | **Other Disclosure Related Objections** | |
| 8. | 16898, 16904 | Asserts that the Supplement does not contain adequate information regarding the ongoing Plan Investor litigation. | **Adequate Information Provided.** The Debtors believe their disclosure is sufficient but will include certain language proposed by the Plan Investors. |
| 9. | 16900 | Asserts that the Supplement does not contain adequate information regarding (i) Parnassus' potential future contributions and obligations to Delphi's businesses and (ii) the return GM would receive on account of its loan to Parnassus. | **Adequate Information Provided.** The request for additional information is not necessary for a hypothetical reasonable investor to make an informed decision about whether the alternative proposed in the Modified Plan provides recoveries equal to or better than what such creditors would receive under the Debtors' hypothetical liquidation analysis. |
| 10. | 16903 | Asserts that the Supplement does not contain adequate information regarding the Debtors' valuation of the consideration the Collective would receive under the Modified Plan. | **Adequate Information Provided.** The Supplement is not required to contain such information under section 1127, which incorporates section 1125 of the Bankruptcy Code, because the DIP Lenders are not voting on the Modified Plan. In the alternative, such information may be made available to the DIP Lenders under the terms of the Protective Order (Docket No. 16647). |
| 11. | 16900 | Asserts that the Supplement does not contain adequate information regarding the process used to select Platinum as the purchaser, including whether the Debtors and Treasury refused to engage in discussions with other potential purchasers. | **Adequate Information Provided.** The request for additional information is not necessary for a hypothetical reasonable investor to make an informed decision about whether the alternative proposed in the Modified Plan provides recoveries equal to or better than what such creditors would receive under the Debtors' hypothetical liquidation analysis. |
| 12. | 16907 | Asserts that the Supplement does not contain adequate information regarding whether the Debtors will pay Wilmington Trust's fees and expenses. | **Supplement To Be Modified.** Absent a settlement, the distribution to Senior Noteholders will be subject to the Indenture Trustee's liens. The Debtors will provide disclosure of this possibility in the Supplement. |

2

| | OBJECTION DOCKET NO. | OBJECTION ASSERTED | RESOLUTION, RESPONSE, OR PROPOSAL |
|---|---|---|---|
| 13. | 16896 | Asserts that the Supplement does not contain adequate information regarding payment of postpetition amounts owed under prepetition contracts that are not yet due and payable on June 1, 2009, or at the time of assumption and assignment to GM or Parnassus. | **Objection Lacks Merit.** Contrary to Autocam's assertion, parties are not required to file administrative expense claims for "[a]ny claim for postpetition goods and services delivered to the Debtors prior to June 1, 2009 that are not yet due and payable pursuant to the applicable contract terms." In addition, the procedures for assuming and assigning certain contracts to the applicable buyer are set forth in the Modification Procedures Order and Modified Plan and will provide counterparties with an opportunity to object to the assumption and assignment, but not to the previously established cure amount. Finally, the Debtors are paying their postpetition obligations in the ordinary course of business and therefore there is no need for procedures to assert postpetition cure amounts. Counterparties could also file administrative expense claims under the Modification Procedures Order and Modified Plan. |
| | | **Objections To Administrative Claims Bar Date** | |
| 14. | 16903 | Asserts that the Supplement does not contain adequate information regarding proposed procedures for the administrative expense claim bar date insofar as they exempt Intercompany Claims. | **Objection Lacks Merit.** The Debtors do not need to file claims against themselves to be able to track intercompany claims. |
| | | **Other Modified Plan Related Objections** | |
| 15. | Schedule 1 | The Debtors should continue to make severance payments. | **Premature.** At the Final Modification Approval Hearing, the Debtors will demonstrate that they will satisfy all administrative claims under the applicable standards. |
| 16. | 16897 | Asserts that the Debtors should not be permitted to assume and assign contracts until consummation of the Master Disposition Agreement. | **Resolved.** The Debtors have revised the proposed Modification Procedures Order accordingly. |
| 17. | 16900 | Asserts that the Debtors are not pursuing their legally available remedies against GM. | **Adequate Information Provided.** The Supplement adequately discloses the approval of the Amended GSA and Amended MRA. This objection is not relevant to the relief sought in the Plan Modification Approval Motion. |

3

| | OBJECTION DOCKET NO. | OBJECTION ASSERTED | RESOLUTION, RESPONSE, OR PROPOSAL |
|---|---|---|---|
| | | **Resolicitation Objections** | |
| 18. | 16900, 16907 | Object to maintaining the November 26, 2007 record date for resolicitation. | **Section 1127 Is Clear.** Section 1127(d) of the Bankruptcy Code provides that "[a]ny holder of a claim or interest that has accepted or rejected a plan is deemed to have accepted or rejected, as the case may be, such plan as modified, unless, within the time fixed by the Court, such holder changes such holder's previous acceptance or rejection." Thus, if a holder of a claim or interest does not vote to accept or reject the Modified Plan by the Voting Deadline, that holder's prior vote would count as it was originally cast, but only to the extent that such holder is entitled to vote on the Modified Plan. Furthermore, the legislative history of section 1127(d) notes that the purpose of section 1127(d) is to "simplif[y] [the] modification procedure by deeming any creditor or equity security holder that has already accepted or rejected the plan to have accepted or rejected the modification." H.R. Rep. No. 95-595, at 411 (1977), reprinted in 1978 U.S.C.C.A.N. 5963, 6367.<br><br>The plain language of section 1127 and 1127(d) applies on its face to these circumstances and clearly contemplates material modifications to a plan, such as the Modified Plan. The objectors provide no statutory or reasoned case law for not applying section 1127(d) as drafted. The statute is clear and should be applied. |

4

| | **OBJECTION DOCKET NO.** | **OBJECTION ASSERTED** | **RESOLUTION, RESPONSE, OR PROPOSAL** |
|---|---|---|---|
| 19. | 16900 | Object to the Debtors' request that any class in which no creditor votes on the Modified Plan be deemed an accepting class. | **Premature.** This objection is premature because it remains to be seen whether any class will fail to return its ballots. Several courts have held, however, that if no claim or interest holder of a particular class votes either to accept or reject the plan, then that class would be deemed to have accepted the plan. See Heins v. Ruti-Sweetwater, Inc. (In re Ruti-Sweetwater, Inc.), 836 F.2d 1263, 1266-67 (10th Cir. 1988) (holding that nonvoting class was deemed to have accepted plan for purposes of 11 U.S.C. §§ 1129(a)(8) and 1129(b) and noting that holding otherwise would encourage creditors to "sit idly by," effectively "plac[ing] all reorganization plans at risk in terms of reliance and finality"); In re Adelphia Comm'ns Corp., 368 B.R. 140, 261-62 (Bankr. S.D.N.Y. 2007) ("Regarding non-voters as rejecters runs contrary to the Code's fundamental principle, and the language of section 1126(c), that only those actually voting be counted in determining whether a class has met the requirements . . . for acceptance or rejection of a plan . . . ."); In re Campbell, 89 B.R. 187, 188 (Bankr. N.D. Fla. 1988) ("[T]hose impaired classes which failed to vote and did not object to confirmation of the plan are deemed to have accepted the plan for the purposes of meeting the requirements of § 1129(a)(8) of the Bankruptcy Code."); but see In re Friese, 103 B.R. 90, 92-93 (Bankr. S.D.N.Y. 1989) (holding that "the court cannot deem an impaired class to have accepted a plan if no creditors in the class have voted."). |
| 20. | 16900 | Asserts that the Debtors do not propose to resolicit the votes of general unsecured creditors and requests that the Court order a full resolicitation. | **Incorrect.** The Debtors will resolicit the votes of all general unsecured creditors but will apply section 1127(d) when counting the votes of such creditors. |
| 21. | 16900 | The Creditors' Committee states that the Supplement should contain language prepared by the Creditors' Committee indicating its opposition to the Modified Plan. | The Debtors do not oppose the inclusion of a letter from the Creditors' Committee in the resolicitation materials explaining why creditors should not accept the distributions under the Modified Plan in light of the Hypothetical Liquidation Analysis attached as Appendix C to the Supplement which demonstrates that in a liquidation, such creditors would receive no recovery. |

| | OBJECTION DOCKET NO. | OBJECTION ASSERTED | RESOLUTION, RESPONSE, OR PROPOSAL |
|---|---|---|---|
| | | **Objection To Section 363 Sale Alternative** | |
| 22. | 16895, 16897, 16903 | Asserts that the Court should adopt auction and bidding procedures for a sale pursuant to section 363 of the Bankruptcy Code. | **Private Sale Permissible.** The transactions with Platinum and GM constitute a private sale under section 363 and are the best and only viable transactions presented to the Debtors since the Plan Investors failed to close on April 4, 2008. Private sales are permissible in this and other districts. See S.D.N.Y. Gen. Order 331; see, e.g., order approving private sale in In re Hoop Holdings LLC, No. 08-10544 (Docket No. 319) (Bankr. D. Del. Apr. 23, 2008).<br><br>As described in the Debtors' reply, the Debtors will receive $250 million of interim financing from GM subject to meeting certain conditions, including receiving approval of the Modification Procedures. No other available transaction will provide the Debtors with this required financing.<br><br>Moreover, this financing in connection with this transaction offers the most likely means to maximize value for the Debtors and all of their stakeholders. The Debtors will continue to act in accordance with their fiduciary duties with respect to any other potential transactions that may arise. |
| 23. | 16895, 16903 | Asserts that the Master Disposition Agreement cannot be consummated because DIP Lenders will not consent to sale. | **Premature.** This objection is premature because Required Lender consent is not required until closing. In addition, this objection lacks merit because although the Debtors need Required Lender consent to consummate the Modified Plan, the Debtors believe that they can proceed with the Sale Transactions pursuant to section 363 without DIP Lender consent. |
| 24. | 16903 | Asserts that a private 363 sale is an improper sub rosa plan. | **Premature.** This objection is premature because the Debtors have proposed the transaction as part of the Modified Plan as described in the Supplement. |

6

| | OBJECTION DOCKET NO. | OBJECTION ASSERTED | RESOLUTION, RESPONSE, OR PROPOSAL |
|---|---|---|---|
| | | **Objections Filed In October 2008 In Respect Of The Original Plan Modification Motion** | |
| 25. | 14340 | The proposed Cure Claim Procedures for Other Executory Contracts and Other Unexpired Leases that the Debtors are assuming under the Modified Plan improperly require the claimant to have filed a cure claim by March 10, 2008 in order to receive a cure claim. Liquidity Solutions, Inc. asserts that the Debtors should be required to provide a list of Other Executory Contracts and Other Unexpired Leases that the Debtors are assuming that relate to LSI. | **Objection Lacks Merit.** LSI's objection has no merit because (i) res judicata precludes LSI from attacking procedures approved by this Court in the Confirmation Order and (ii) LSI has no authority to interfere with contracts between the Debtors and their contractual counterparties. Under the Confirmed Plan, Article 8.1(a) established the executory contracts and unexpired leases to be assumed by the Debtors and Article 8.2(b) set forth the procedures for determining cure amounts for Other Executory Contracts and Other Unexpired Leases. The Modified Plan does not add new executory contracts and unexpired leases to be assumed under Article 8.1(a), nor does it modify the procedures for determining cure amounts on Other Executory Contracts or Other Unexpired Leases. Any party seeking to assert a cure amount under Article 8.2(b) for an Other Executory Contract or Other Unexpired Lease was required to file a Cure Proposal by March 10, 2008. LSI filed its Cure Proposal, identified at Docket No. 13065, on behalf of more than 200 parties from which LSI has purchased claims. Through its Cure Proposal and its objection to the Motion, LSI seeks to interject itself between the Debtors and their contract counterparties by requiring the Debtors to produce a list of all Other Executory Contracts and Other Unexpired Leases that relate to claims purchased by LSI. The relief requested by LSI, however, runs contrary to this Court's prior rulings and guidance regarding assumption and cure. |
| 26. | 14338, 14339 | Individuals creditors object to the treatment proposed for under the modifications to the Plan as proposed on October 3, 2008, requesting different treatment than that which was provided for in the modifications. | **Premature.** The Supplement provides the treatment provided for under the Modified Plan and claimholders will have the opportunity to vote to accept or reject the treatment that the Modified Plan provides. |

7

| **DOCKET #** | **OBJECTING PARTY** |
| --- | --- |
| 14338 | Robert Ward |
| 14339 | Sheryl Carter |
| 14340 | Liquidity Solutions, Inc. |
| 16893 | Pension Benefit Guaranty Corporation |
| 16895 | Kensington International Limited, Manchester Securities Corp, and Springfield Associates LLC |
| 16897 | JP Morgan Chase Bank, NA |
| 16898 | Appaloosa Management LP, A-D Acquisition Holdings, LLC, Harbinger Del-Auto Investment Company Ltd., Harbinger Capital Partners Master Fund I, Ltd., Merrill, Lynch, Pierce, Fenner & Smith, Incorporated, Pardus Special Opportunities Master Fund L.P., and Pardus DPH Holdings |
| 16896 | Autocam Corporation |
| 16900 | Official Committee of Unsecured Creditors |
| 16903 | Collective of DIP Lenders |
| 16904 | UBS Securities LLC |
| 16907 | Wilmington Trust Company |
| Schedule 1 | Individual Letter Objections as listed on Schedule 1, attached hereto |

**Schedule 1**

| | OBJECTION | DOCKET NO. | | OBJECTION | DOCKET NO. |
|---|---|---|---|---|---|
| 1. | Letter Objection filed by Timothy K. Sheffer | Docket No. 16660 | 40. | Letter Objection filed by B.T. Londeck | Docket No. 16660 |
| 2. | Letter Objection filed by Oscar O L[illegible] | Docket No. 16660 | 41. | Letter Objection filed by Thomas S. Ellis | Docket No. 16660 |
| 3. | Letter Objection filed by David M. Jourdan | Docket No. 16660 | 42. | Letter Objection filed by David C. Valencia | Docket No. 16661 |
| 4. | Letter Objection filed by Joanne Burns | Docket No. 16660 | 43. | Letter Objection filed by Joseph Omayala | Docket No. 16661 |
| 5. | Letter Objection filed by Bernard M. Carreno | Docket No. 16660 | 44. | Letter Objection filed by Kathy J. Bourassa | Docket No. 16661 |
| 6. | Letter Objection filed by Thomas J. Bucholz | Docket No. 16660 | 45. | Letter Objection filed by Dennis R. Bourassa | Docket No. 16661 |
| 7. | Letter Objection filed by Martin D. Sh[illegible] | Docket No. 16660 | 46. | Letter Objection filed by Dan Gorkiewicz | Docket No. 16661 |
| 8. | Letter Objection filed by Jim Johnson | Docket No. 16660 | 47. | Letter Objection filed by Jeff J. Brenske | Docket No. 16661 |
| 9. | Letter Objection filed by Jay Machielse | Docket No. 16660 | 48. | Letter Objection filed by Charles R. Brown | Docket No. 16661 |
| 10. | Letter Objection filed by Thomas L. Arnold | Docket No. 16660 | 49. | Letter Objection filed by Bruce Korkham | Docket No. 16661 |
| 11. | Letter Objection filed by Jim McClure | Docket No. 16660 | 50. | Letter Objection filed by Roger J. Morschhauser | Docket No. 16661 |
| 12. | Letter Objection filed by James W. Krisko | Docket No. 16660 | 51. | Letter Objection filed by Fred G. Metzger | Docket No. 16661 |
| 13. | Letter Objection filed by Lloyd Smith | Docket No. 16660 | 52. | Letter Objection filed by Bruce A. Naylor | Docket No. 16661 |
| 14. | Letter Objection filed by Gerald F. Mullis | Docket No. 16660 | 53. | Letter Objection filed by George R. Koehm | Docket No. 16661 |
| 15. | Letter Objection filed by Glenn F. Muinick | Docket No. 16660 | 54. | Letter Objection filed by Deborah Karyakose | Docket No. 16661 |
| 16. | Letter Objection filed by Ismat A. Abu-Isa | Docket No. 16660 | 55. | Letter Objection filed by Roger E. Hoke | Docket No. 16661 |
| 17. | Letter Objection filed by Jon L. Herron | Docket No. 16660 | 56. | Letter Objection filed by Charles D. Dittlinger | Docket No. 16661 |
| 18. | Letter Objection filed by James A. Boyer | Docket No. 16660 | 57. | Letter Objection filed by Sherry L. Friedman | Docket No. 16661 |
| 19. | Letter Objection filed by Ronald Steward | Docket No. 16660 | 58. | Letter Objection filed by Steven A. McMahan | Docket No. 16661 |
| 20. | Letter Objection filed by James L. Crouse | Docket No. 16660 | 59. | Letter Objection filed by Bogdan Dawidowicz | Docket No. 16661 |
| 21. | Letter Objection filed by Mary Landries | Docket No. 16660 | 60. | Letter Objection filed by Paul Blanchard | Docket No. 16661 |
| 22. | Letter Objection filed by Robert Mowell | Docket No. 16660 | 61. | Letter Objection filed by Jon and Sue Williams | Docket No. 16661 |
| 23. | Letter Objection filed by David W. Muffley | Docket No. 16660 | 62. | Letter Objection filed by Richard Loutzenhiser | Docket No. 16661 |
| 24. | Letter Objection filed by Robert L. Hogeman | Docket No. 16660 | 63. | Letter Objection filed by Robert J. Koval | Docket No. 16661 |
| 25. | Letter Objection filed by Dale Erdman | Docket No. 16660 | 64. | Letter Objection filed by Gary F. Giglio | Docket No. 16661 |
| 26. | Letter Objection filed by Marybeth and Chuck Cunningham | Docket No. 16660 | 65. | Letter Objection filed by Stephen J. Kiselewich | Docket No. 16661 |
| 27. | Letter Objection filed by Mary Ann Hudzik | Docket No. 16660 | 66. | Letter Objection filed by Ronald Collins | Docket No. 16661 |
| 28. | Letter Objection filed by Susan Muffley | Docket No. 16660 | 67. | Letter Objection filed by Charles A. Mays | Docket No. 16661 |
| 29. | Letter Objection filed by Carol A. Essad | Docket No. 16660 | 68. | Letter Objection filed by William J. Coates Jr. | Docket No. 16661 |
| 30. | Letter Objection filed by Paul Mura | Docket No. 16660 | 69. | Letter Objection filed by John T. Sliker | Docket No. 16661 |
| 31. | Letter Objection filed by Mark W. Pierce | Docket No. 16660 | 70. | Letter Objection filed by Michael S. Wyzgoski | Docket No. 16661 |
| 32. | Letter Objection filed by William L. Gross | Docket No. 16660 | 71. | Letter Objection filed by Dennis D. Epperson | Docket No. 16661 |
| 33. | Letter Objection filed by Jack Edling | Docket No. 16660 | 72. | Letter Objection filed by Richard Kowalski | Docket No. 16661 |
| 34. | Letter Objection filed by John Hames | Docket No. 16660 | 73. | Letter Objection filed by Michael J. Maksymicz | Docket No. 16661 |
| 35. | Letter Objection filed by Ronald Devola | Docket No. 16660 | 74. | Letter Objection filed by Thomas B. Denes | Docket No. 16661 |
| 36. | Letter Objection filed by Howard M. Young | Docket No. 16660 | 75. | Letter Objection filed by Manu Anand | Docket No. 16662 |
| 37. | Letter Objection filed by Donald R. Brown | Docket No. 16660 | 76. | Letter Objection filed by Jagir S. Sooch | Docket No. 16662 |
| 38. | Letter Objection filed by Dennis R. Bourassa | Docket No. 16660 | 77. | Letter Objection filed by Paul Dobosz | Docket No. 16662 |
| 39. | Letter Objection filed by Harry E. McCrea, Jr. | Docket No. 16660 | 78. | Letter Objection filed by Michael D. Williams | Docket No. 16662 |

| | OBJECTION | DOCKET NO. |
|---|---|---|
| 79. | Letter Objection filed by Joseph J. Roznowski | Docket No. 16662 |
| 80. | Letter Objection filed by Thomas H. Walters | Docket No. 16662 |
| 81. | Letter Objection filed by Joseph J. C[illegible] | Docket No. 16662 |
| 82. | Letter Objection filed by Sherri L. Smith | Docket No. 16662 |
| 83. | Letter Objection filed by Cassandra S. Rayfield | Docket No. 16662 |
| 84. | Letter Objection filed by Stephen L. Spieth | Docket No. 16662 |
| 85. | Letter Objection filed by Kurt Harold Sworn | Docket No. 16662 |
| 86. | Letter Objection filed by Bill and Sharon Loughead | Docket No. 16662 |
| 87. | Letter Objection filed by Scott M. Leach | Docket No. 16662 |
| 88. | Letter Objection filed by Michael D. Courtney | Docket No. 16662 |
| 89. | Letter Objection filed by Robert F. Konkle, Jr. | Docket No. 16662 |
| 90. | Letter Objection filed by Jacob Pikaart | Docket No. 16662 |
| 91. | Letter Objection filed by Deborah S. Hampton | Docket No. 16662 |
| 92. | Letter Objection filed by John Hoying | Docket No. 16662 |
| 93. | Letter Objection filed by Deborah Llewellyn | Docket No. 16662 |
| 94. | Letter Objection filed by Joseph A. Cianciosa | Docket No. 16662 |
| 95. | Letter Objection filed by Kenneth K. Cantrell | Docket No. 16662 |
| 96. | Letter Objection filed by John R. Brantingham | Docket No. 16662 |
| 97. | Letter Objection filed by Robert J. Conklin | Docket No. 16662 |
| 98. | Letter Objection filed by Don Wheelock | Docket No. 16662 |
| 99. | Letter Objection filed by Jospeh A. Musick | Docket No. 16662 |
| 100. | Letter Objection filed by Thomas J. Sosnowchik | Docket No. 16662 |
| 101. | Letter Objection filed by Paul V. Palovich | Docket No. 16662 |
| 102. | Letter Objection filed by Drew Verbonsky | Docket No. 16662 |
| 103. | Letter Objection filed by Marion R. Parks | Docket No. 16662 |
| 104. | Letter Objection filed by David Starr | Docket No. 16662 |
| 105. | Letter Objection filed by Patricia Bryant | Docket No. 16662 |
| 106. | Letter Objection filed by Gary F. Giglio | Docket No. 16665 |
| 107. | Letter Objection filed by Gerald E. Spencer | Docket No. 16666 |
| 108. | Letter Objection filed by Cindy Ireland | Docket No. 16667 |
| 109. | Letter Objection filed by John R. Smith | Docket No. 16668 |
| 110. | Letter Objection filed by Lisa Booth | Docket No. 16669 |
| 111. | Letter Objection filed by Thomas C. Dean | Docket No. 16670 |
| 112. | Letter Objection filed by M. Paul Higgins | Docket No. 16671 |
| 113. | Letter Objection filed by Markus Hamilton | Docket No. 16672 |
| 114. | Letter Objection filed by Michael F. Reil | Docket No. 16673 |
| 115. | Letter Objection filed by Mike Hillard | Docket No. 16674 |
| 116. | Letter Objection filed by David F. Boull | Docket No. 16675 |
| 117. | Letter Objection filed by James P. Grabowski | Docket No. 16676 |
| 118. | Letter Objection filed by Anthony V. Cornacchione | Docket No. 16677 |
| 119. | Letter Objection filed by Dan Sullivan | Docket No. 16678 |
| 120. | Letter Objection filed by Dean Woodard | Docket No. 16679 |
| 121. | Letter Objection filed by James F. Anderson | Docket No. 16680 |
| 122. | Letter Objection filed by Dennis W. Paul | Docket No. 16681 |
| 123. | Letter Objection filed by Lois and Phillip Gose | Docket No. 16682 |
| 124. | Letter Objection filed by Connie Kistler | Docket No. 16683 |
| 125. | Letter Objection filed by Kenneth L. Zurek | Docket No. 16684 |
| 126. | Letter Objection filed by Douglas Hamilton | Docket No. 16685 |
| 127. | Letter Objection filed by Walter P. Guenther | Docket No. 16686 |
| 128. | Letter Objection filed by Diane E. Weaver | Docket No. 16687 |
| 129. | Letter Objection filed by Gary Gray | Docket No. 16688 |
| 130. | Letter Objection filed by Melissa Mowell | Docket No. 16689 |
| 131. | Letter Objection filed by Paul C. Sapgnuolo | Docket No. 16690 |
| 132. | Letter Objection filed by Nina Mowell | Docket No. 16691 |
| 133. | Letter Objection filed by Diana B. Smith | Docket No. 16692 |
| 134. | Letter Objection filed by John Clifford | Docket No. 16693 |
| 135. | Letter Objection filed by Samuel R. Janis | Docket No. 16694 |
| 136. | Letter Objection filed by James A. Baker | Docket No. 16695 |
| 137. | Letter Objection filed by Joseph Andrasik | Docket No. 16696 |
| 138. | Letter Objection filed by Terry N. Fisher | Docket No. 16697 |
| 139. | Letter Objection filed by James J. Pichler | Docket No. 16698 |
| 140. | Letter Objection filed by John S. Kessler | Docket No. 16699 |
| 141. | Letter Objection filed by David J. Alexander | Docket No. 16700 |
| 142. | Letter Objection filed by Terry L. Slifer | Docket No. 16701 |
| 143. | Letter Objection filed by Randall J. Snoeyink | Docket No. 16702 |
| 144. | Letter Objection filed by Douglas L. Cole | Docket No. 16703 |
| 145. | Letter Objection filed by Julianne Kronoshek | Docket No. 16704 |
| 146. | Letter Objection filed by Jerry Wilson | Docket No. 16705 |
| 147. | Letter Objection filed by Brenda Kolenda | Docket No. 16706 |
| 148. | Letter Objection filed by Richard M. Orcutt | Docket No. 16707 |
| 149. | Letter Objection filed by Richard A. Devers | Docket No. 16708 |
| 150. | Letter Objection filed by Michael and Faith Mainhart | Docket No. 16709 |
| 151. | Letter Objection filed by Lee Fiorvento | Docket No. 16710 |
| 152. | Letter Objection filed by Neil E. Haseley | Docket No. 16711 |
| 153. | Letter Objection filed by Robert Childs | Docket No. 16712 |
| 154. | Letter Objection filed by David J. Trapasso | Docket No. 16713 |
| 155. | Letter Objection filed by James A. Dean | Docket No. 16714 |
| 156. | Letter Objection filed by Michael Rasper | Docket No. 16715 |
| 157. | Letter Objection filed by Bob Hoffman | Docket No. 16716 |
| 158. | Letter Objection filed by Rebecca McHale | Docket No. 16717 |
| 159. | Letter Objection filed by William B. Stachura | Docket No. 16718 |
| 160. | Letter Objection filed by Rosemary Brewer | Docket No. 16719 |

2

| | OBJECTION | DOCKET NO. |
|---|---|---|
| 161. | Letter Objection filed by Gerald A. Gaeth | Docket No. 16720 |
| 162. | Letter Objection filed by Donna Yokobosky | Docket No. 16721 |
| 163. | Letter Objection filed by Marc A. Eglin | Docket No. 16722 |
| 164. | Letter Objection filed by Jerry L. Alexander | Docket No. 16723 |
| 165. | Letter Objection filed by Raymod D. Collins | Docket No. 16724 |
| 166. | Letter Objection filed by Robert Ciesluk | Docket No. 16725 |
| 167. | Letter Objection filed by Jacqueline Podboy | Docket No. 16726 |
| 168. | Letter Objection filed by Paravila Jacob | Docket No. 16727 |
| 169. | Letter Objection filed by Danny M. Martin | Docket No. 16728 |
| 170. | Letter Objection filed by Jerry Vit | Docket No. 16729 |
| 171. | Letter Objection filed by Patricia Grau | Docket No. 16730 |
| 172. | Letter Objection filed by William Stewart | Docket No. 16731 |
| 173. | Letter Objection filed by Gerald D. Allen | Docket No. 16732 |
| 174. | Letter Objection filed by William J. Conwell | Docket No. 16733 |
| 175. | Letter Objection filed by Stanley J. Markus | Docket No. 16734 |
| 176. | Letter Objection filed by David L. Brownfield | Docket No. 16735 |
| 177. | Letter Objection filed by Jerry and Barbara Meier | Docket No. 16736 |
| 178. | Letter Objection filed by Patrick O'Laughlin | Docket No. 16737 |
| 179. | Letter Objection filed by Douglas F. Brechtelsbauer | Docket No. 16738 |
| 180. | Letter Objection filed by Frank Tuckerman | Docket No. 16739 |
| 181. | Letter Objection filed by Alice Gollner | Docket No. 16740 |
| 182. | Letter Objection filed by Bruce E. Eggert | Docket No. 16741 |
| 183. | Letter Objection filed by Coleen M. LeBeau | Docket No. 16742 |
| 184. | Letter Objection filed by James R. Anderson | Docket No. 16743 |
| 185. | Letter Objection filed by Alan Kasten | Docket No. 16744 |
| 186. | Letter Objection filed by Stephen L. Downs | Docket No. 16745 |
| 187. | Letter Objection filed by William H. Brinkman | Docket No. 16746 |
| 188. | Letter Objection filed by Bruno A. Plutino | Docket No. 16747 |
| 189. | Letter Objection filed by Thomas J. Green | Docket No. 16748 |
| 190. | Letter Objection filed by James R. Moore | Docket No. 16749 |
| 191. | Letter Objection filed by Karen Conner | Docket No. 16750 |
| 192. | Letter Objection filed by Frank C. Setlik | Docket No. 16751 |
| 193. | Letter Objection filed by Robert Dickens | Docket No. 16752 |
| 194. | Letter Objection filed by Herbert S. Daugherty | Docket No. 16753 |
| 195. | Letter Objection filed by Daine M. Smith | Docket No. 16754 |
| 196. | Letter Objection filed by Edgar Eshleman | Docket No. 16755 |
| 197. | Letter Objection filed by Joseph Matsko | Docket No. 16756 |
| 198. | Letter Objection filed by William and Krenann Berner | Docket No. 16757 |
| 199. | Letter Objection filed by William H. Johnson | Docket No. 16758 |
| 200. | Letter Objection filed by Joseph Fornuto | Docket No. 16759 |
| 201. | Letter Objection filed by H. Charles Miller | Docket No. 16760 |
| 202. | Letter Objection filed by Christine Barnes | Docket No. 16761 |
| 203. | Letter Objection filed by Ken Kovacevich | Docket No. 16762 |
| 204. | Letter Objection filed by Glenn Elliott | Docket No. 16763 |
| 205. | Letter Objection filed by Eric N. Hagberg | Docket No. 16764 |
| 206. | Letter Objection filed by Paula S. Loucks | Docket No. 16765 |
| 207. | Letter Objection filed by Bruce Clary | Docket No. 16766 |
| 208. | Letter Objection filed by Roy W. Smith | Docket No. 16767 |
| 209. | Letter Objection filed by Glenn C. Tripp | Docket No. 16768 |
| 210. | Letter Objection filed by Joyce Higginbottom | Docket No. 16769 |
| 211. | Letter Objection filed by Dave and Elaine Hofius | Docket No. 16770 |
| 212. | Letter Objection filed by Cathy Tyler | Docket No. 16771 |
| 213. | Letter Objection filed by Burton D. Tyler | Docket No. 16772 |
| 214. | Letter Objection filed by Robert Fedorka | Docket No. 16774 |
| 215. | Letter Objection filed by Peter Ng | Docket No. 16775 |
| 216. | Letter Objection filed by Ernest A. Knobelspiesse | Docket No. 16776 |
| 217. | Letter Objection filed by Thomas W. Thornburg | Docket No. 16777 |
| 218. | Letter Objection filed by Michael A. Porch | Docket No. 16778 |
| 219. | Letter Objection filed by Dennis E. Beck | Docket No. 16779 |
| 220. | Letter Objection filed by Charles E. Childs | Docket No. 16780 |
| 221. | Letter Objection filed by Steve Showalter | Docket No. 16781 |
| 222. | Letter Objection filed by Nan Gookin | Docket No. 16782 |
| 223. | Letter Objection filed by Gary D. Murphy | Docket No. 16783 |
| 224. | Letter Objection filed by Terrance A. Buchaiski | Docket No. 16784 |
| 225. | Letter Objection filed by Timothy Mullet | Docket No. 16785 |
| 226. | Letter Objection filed by Carlton H. Fox | Docket No. 16786 |
| 227. | Letter Objection filed by Richard C. Boyd | Docket No. 16787 |
| 228. | Letter Objection filed by Jeanine S. Chart | Docket No. 16788 |
| 229. | Letter Objection filed by Michael Williamson | Docket No. 16789 |
| 230. | Letter Objection filed by Richard W. Buschmann Jr. | Docket No. 16790 |
| 231. | Letter Objection filed by Dom Raia | Docket No. 16791 |
| 232. | Letter Objection filed by Michael Stewart | Docket No. 16792 |
| 233. | Letter Objection filed by Gary Sivers and James Fennell | Docket No. 16793 |
| 234. | Letter Objection filed by Jane E. Hagberg | Docket No. 16794 |
| 235. | Letter Objection filed by LaTanya M. Jeffreys | Docket No. 16795 |
| 236. | Letter Objection filed by Jerry Wilson | Docket No. 16796 |
| 237. | Letter Objection filed by Mark A. Franklin | Docket No. 16797 |
| 238. | Letter Objection filed by Paul A. Balciar | Docket No. 16798 |
| 239. | Letter Objection filed by Diane Balciar | Docket No. 16799 |
| 240. | Letter Objection filed by John Adams | Docket No. 16800 |
| 241. | Letter Objection filed by Jane E. Hagberg | Docket No. 16801 |
| 242. | Letter Objection filed by Robert L. Spencer | Docket No. 16802 |

| | OBJECTION | DOCKET NO. |
|---|---|---|
| 243. | Letter Objection filed by Michael J. O'Toole | Docket No. 16803 |
| 244. | Letter Objection filed by Paul Wilczynski | Docket No. 16804 |
| 245. | Letter Objection filed by J. Allen Babb (Letter to Senator Griffith) | Docket No. 16805 |
| 246. | Letter Objection filed by Duane Williams | Docket No. 16806 |
| 247. | Letter Objection filed by Laura E. Miller | Docket No. 16807 |
| 248. | Letter Objection filed by Lisa Weber | Docket No. 16808 |
| 249. | Letter Objection filed by William Byers | Docket No. 16809 |
| 250. | Letter Objection filed by Janice Stefanski | Docket No. 16810 |
| 251. | Letter Objection filed by Jeanne Minnick | Docket No. 16811 |
| 252. | Letter Objection filed by Robert Saviers | Docket No. 16812 |
| 253. | Letter Objection filed by Dave Parks | Docket No. 16813 |
| 254. | Letter Objection filed by Edward Farris | Docket No. 16814 |
| 255. | Letter Objection filed by Linda T. Jones | Docket No. 16815 |
| 256. | Letter Objection filed by G.J. L'Esperance | Docket No. 16816 |
| 257. | Letter Objection filed by Todd Kelchlin | Docket No. 16817 |
| 258. | Letter Objection filed by Robert C. Gmerek | Docket No. 16818 |
| 259. | Letter Objection filed by Mark Baranski | Docket No. 16819 |
| 260. | Letter Objection filed by Ronald L. Malone | Docket No. 16820 |
| 261. | Letter Objection filed by Mark J. Kesselring | Docket No. 16821 |
| 262. | Letter Objection filed by Kelley A. Hacker | Docket No. 16822 |
| 263. | Letter Objection filed by Lisa A. Allan | Docket No. 16823 |
| 264. | Letter Objection filed by Maria C. Del Rio | Docket No. 16824 |
| 265. | Letter Objection filed by Nancy E. Kozak | Docket No. 16825 |
| 266. | Letter Objection filed by Warren Kling | Docket No. 16826 |
| 267. | Letter Objection filed by Christal M. Scriver-Wilk | Docket No. 16827 |
| 268. | Letter Objection filed by Irma R. Zamora | Docket No. 16828 |
| 269. | Letter Objection filed by Christal M. Scriver-Wilk | Docket No. 16829 |
| 270. | Letter Objection filed by Longhu Li | Docket No. 16830 |
| 271. | Letter Objection filed by Patrick J. Drury | Docket No. 16831 |
| 272. | Letter Objection filed by Donald Rennaker | Docket No. 16832 |
| 273. | Letter Objection filed by David Garrett | Docket No. 16833 |
| 274. | Letter Objection filed by Jerry Wilson | Docket No. 16834 |
| 275. | Letter Objection filed by John Adams | Docket No. 16835 |
| 276. | Letter Objection filed by Joe Liguori | Docket No. 16836 |
| 277. | Letter Objection filed by Robert G. Merkior | Docket No. 16837 |
| 278. | Letter Objection filed by Joseph Wildberg | Docket No. 16838 |
| 279. | Letter Objection filed by Dave Norton | Docket No. 16839 |
| 280. | Letter Objection filed by Geoffrey C. Lohrman | Docket No. 16840 |
| 281. | Letter Objection filed by A.F. Ruhala | Docket No. 16841 |
| 282. | Letter Objection filed by Wade | Docket No. 16842 |
| 283. | Letter Objection filed by A.F. Ruhala | Docket No. 16843 |

| | OBJECTION | DOCKET NO. |
|---|---|---|
| 284. | Letter Objection filed by Wade | Docket No. 16844 |
| 285. | Letter Objection filed by Richard Peters | Docket No. 16845 |
| 286. | Letter Objection filed by Charles Archibald | Docket No. 16845 |
| 287. | Letter Objection filed by Christa K Snider | Docket No. 16846 |
| 288. | Letter Objection filed by Gary G Zapoli | Docket No. 16847 |
| 289. | Letter Objection filed by Christa K Snider | Docket No. 16848 |
| 290. | Letter Objection filed by Fredrick K Shultz | Docket No. 16849 |
| 291. | Letter Objection filed by Michael Paul | Docket No. 16850 |
| 292. | Letter Objection filed by Gregg Lucas | Docket No. 16851 |
| 293. | Letter Objection filed by Lynne Hagerman | Docket No. 16852 |
| 294. | Letter Objection filed by Gary G Zapoli | Docket No. 16853 |
| 295. | Letter Objection filed by Jane Hagberg | Docket No. 16854 |
| 296. | Letter Objection filed by William Denzer | Docket No. 16855 |
| 297. | Letter Objection filed by Diana B. Smith | Docket No. 16857 |
| 298. | Letter Objection filed by John Phipps | Docket No. 16858 |
| 299. | Letter Objection filed by Kirk Feather | Docket No. 16859 |
| 300. | Letter Objection filed by Mike Meyer | Docket No. 16860 |
| 301. | Letter Objection filed by John Pawlek | Docket No. 16861 |
| 302. | Letter Objection filed by Tony Gardner | Docket No. 16862 |
| 303. | Letter Objection filed by Frances J. Kramer | Docket No. 16863 |
| 304. | Letter Objection filed by Ross Bellaire, Jr. | Docket No. 16864 |
| 305. | Letter Objection filed by Jeff Kinmartin | Docket No. 16865 |
| 306. | Letter Objection filed by John and Gail Robinson | Docket No. 16866 |
| 307. | Letter Objection filed by Thomas Trill | Docket No. 16867 |
| 308. | Letter Objection filed by Richard J. Napoli | Docket No. 16868 |
| 309. | Letter Objection filed by David Muffley | Docket No. 16869 |
| 310. | Letter Objection filed by Dennis D. Epperson | Docket No. 16870 |
| 311. | Letter Objection filed by Sharon O'Brien | Docket No. 16871 |
| 312. | Letter Objection filed by Don Griffin | Docket No. 16872 |
| 313. | Letter Objection filed by Gregory Kulka | Docket No. 16873 |
| 314. | Letter Objection filed by Leslie Wyfong | Docket No. 16874 |
| 315. | Letter Objection filed by Douglas J. Foster | Docket No. 16875 |
| 316. | Letter Objection filed by Martin Porch | Docket No. 16876 |
| 317. | Letter Objection filed by James Bell | Docket No. 16877 |
| 318. | Letter Objection filed by Alicia Vertiz | Docket No. 16878 |
| 319. | Letter Objection filed by Linda L. Hill | Docket No. 16879 |
| 320. | Letter Objection filed by David Kalb | Docket No. 16880 |
| 321. | Letter Objection filed by Phil Crum | Docket No. 16881 |
| 322. | Letter Objection filed by Neal Rath | Docket No. 16882 |
| 323. | Letter Objection filed by Reid B. (Bick) Lesser | Docket No. 16883 |
| 324. | Letter Objection filed by George R. Kohut | Docket No. 16884 |

4

| | OBJECTION | DOCKET NO. |
|---|---|---|
| 325. | Letter Objection filed by Donald F. McEvoy | Docket No. 16885 |
| 326. | Letter Objection filed by David g. Bodkin | Docket No. 16886 |
| 327. | Letter Objection filed by Jack and Lynda Wolcott | Docket No. 16887 |
| 328. | Letter Objection filed by Daniel R. Coltoniak | Docket No. 16888 |
| 329. | Letter Objection filed by Various creditors (illegible) | Docket No. 16889 |
| 330. | Letter Objection filed by Patricia A. Rosa | Docket No. 16889 |
| 331. | Letter Objection filed by John C. Norris | Docket No. 16889 |
| 332. | Letter Objection filed by Leslie Hoyng | Docket No. 16889 |
| 333. | Letter Objection filed by Thomas Reese | Docket No. 16889 |
| 334. | Letter Objection filed by Kitran R. Pate; | Docket No. 16889 |
| 335. | Letter Objection filed by Charles Adams | Docket No. 16889 |
| 336. | Letter Objection filed by [Illegible] | Docket No. 16889 |
| 337. | Letter Objection filed by [Illegible] | Docket No. 16889 |
| 338. | Letter Objection filed by [Illegible] | Docket No. 16889 |
| 339. | Letter Objection filed by [Illegible] | Docket No. 16889 |
| 340. | Letter Objection filed by [Illegible] | Docket No. 16889 |
| 341. | Letter Objection filed by [Illegible] | Docket No. 16889 |
| 342. | Letter Objection filed by [Illegible] | Docket No. 16889 |
| 343. | Letter Objection filed by [Illegible] | Docket No. 16889 |
| 344. | Letter Objection filed by [Illegible] | Docket No. 16889 |
| 345. | Letter Objection filed by [Illegible] | Docket No. 16889 |
| 346. | Letter Objection filed by [Illegible] | Docket No. 16889 |
| 347. | Letter Objection filed by [Illegible] | Docket No. 16889 |
| 348. | Letter Objection filed by [Illegible] | Docket No. 16889 |
| 349. | Letter Objection filed by [Illegible] | Docket No. 16889 |
| 350. | Letter Objection filed by [Illegible] | Docket No. 16889 |
| 351. | Letter Objection filed by [Illegible] | Docket No. 16889 |
| 352. | Letter Objection filed by [Illegible] | Docket No. 16889 |
| 353. | Letter Objection filed by [Illegible] | Docket No. 16889 |
| 354. | Letter Objection filed by [Illegible] | Docket No. 16889 |
| 355. | Letter Objection filed by [Illegible] | Docket No. 16889 |
| 356. | Letter Objection filed by [Illegible] | Docket No. 16889 |
| 357. | Letter Objection filed by [Illegible] | Docket No. 16889 |
| 358. | Letter Objection filed by [Illegible] | Docket No. 16889 |
| 359. | Letter Objection filed by [Illegible] | Docket No. 16889 |
| 360. | Letter Objection filed by Patricia A. Rosa | Docket No. 16890 |
| 361. | Letter Objection filed by John C. Norris | Docket No. 16891 |
| 362. | Letter Objection filed by Leslie Hoyng | Docket No. 16892 |
| 363. | Letter Objection filed by Thomas Reese | Docket No. 16894 |
| 364. | Letter Objection filed by Kitran R. Pate; | Docket No. 16899 |
| 365. | Letter Objection filed by Charles Adams | Docket No. 16901 |
| 366. | Letter Objection filed by Joyce A. Hoffman | Docket No. 16908 |
| 367. | Letter Objection filed by Michael Kaza | Docket No. 16909 |
| 368. | Letter Objection filed by Day Van Sprange | Docket No. 16910 |
| 369. | Letter Objection filed by Kenneth Hollis | Docket No. 16911 |
| 370. | Letter Objection filed by David W. Patterson | Docket No. 16912 |
| 371. | Letter Objection filed by Linda Johnson | Docket No. 16913 |
| 372. | Letter Objection filed by Ronald Burns | Docket No. 16914 |
| 373. | Letter Objection filed by Douglas Wintersteen | Docket No. 16915 |
| 374. | Letter Objection filed by Kurt Schramm | Docket No. 16916 |
| 375. | Letter Objection filed by Edward Sullivan | Docket No. 16917 |
| 376. | Letter Objection filed by Ellen Walker | Docket No. 16918 |
| 377. | Letter Objection filed by Debra Lackey | Docket No. 16919 |
| 378. | Letter Objection filed by [Illegible] | Docket No. 16922 |
| 379. | Letter Objection filed by [Illegible] | Docket No. 16923 |
| 380. | Letter Objection filed by [Illegible] | Docket No. 16924 |
| 381. | Letter Objection filed by [Illegible] | Docket No. 16925 |
| 382. | Letter Objection filed by [Illegible] | Docket No. 16926 |
| 383. | Letter Objection filed by [Illegible] | Docket No. 16927 |
| 384. | Letter Objection filed by [Illegible] | Docket No. 16928 |
| 385. | Letter Objection filed by [Illegible] | Docket No. 16929 |
| 386. | Letter Objection filed by Karl P. Kroets | Docket No. 16931 |
| 387. | Letter Objection filed by Kim M. Ryan | Docket No. 16932 |
| 388. | Letter Objection filed by George J. Ryan | Docket No. 16933 |