**Exhibit F**

# Interrelated Nature Of The Amended GM Arrangement And Master Disposition Agreement



**DELPHI**

| Event | Relation To Amended GM Arrangement (AGA) | Relation To Master Disposition Agreement (MDA) |
|---|---|---|
| Entry and Continuing Effectiveness of Interim Order Approving the Amended GM Arrangement by June 10, 2009 | - Condition to Effectiveness of the AGA *(AGA §4.01(f))*<br>- Condition to Tranche C loan advance *(AGA §§ 4.04(d)(i), (e))* | - Failure gives rise to a termination right under the MDA by either GM or Delphi *(MDA §§ 12.1.3 and 12.1.4)* |
| Any breach of material covenants, obligations or agreements, or continuing events of default under the Amended GM Arrangement or other Delphi-GM liquidity agreements | - Conditions to Tranche C loan advances include the existence of no continuing defaults under the AGA *(AGA §§ 4.04(h))* | - Failure gives rise to a termination right under the MDA by either GM or Delphi *(MDA §§ 12.1.3 and 12.1.4)* |
| Execution of the Sale Documents and filing of approval motion by June 1, 2009 | - Condition to Effectiveness of the AGA *(AGA §4.01(i))* | - Covenant under MDA *(MDA § 9.2.1)* |
| Entry and Continuing Effectiveness of the Modification Procedures Order by June 10, 2009 | - Condition to Effectiveness of the AGA *(AGA § 4.01(j)(ii))*<br>- Condition to Tranche C loan advance *(AGA § 4.04(e))* | |
| Modification Procedures Order final and non-appealable with 10 days of Tranche C Effective Date | - Condition to Tranche C loan advance *(AGA §§ 4.04(d), (e))* | |
| Scheduling of a Final Modification Hearing for July 23, 2009 | - Condition to Effectiveness of the AGA *(AGA §4.01(j)(ii))* | - Covenant under MDA *(MDA § 9.2.2)* |
| Continuing effectiveness of the MDA (without default or non-waived material breach) | - Condition to Tranche C loan advance *(AGA §§ 4.04(d)(ii), (e))* | |
| Entry of a Sale Order by July 23, 2009 and finality within 10 days thereafter | - Condition to Tranche C loan advance *(AGA §§ 4.04(d)(iv), (e))* | - Condition to Obligations of Sellers and Buyers under MDA *(MDA § 10.1.1)*<br>- Failure gives rise to a termination right under the MDA by Buyers *(MDA § 12.1.5)* |
| Termination of Master Disposition Agreement | - Termination of AGA Tranche C financing *("Tranche C Scheduled Termination Date" Definition)* | - Triggers effects under sections 12 and 13 of the MDA |

