June 9, 2009

Dear Judge Drain:

I am a GM/Delphi salaried retired employee with 31 years of service. I never thought that I would be in the dilemma that I currently am facing. As GM/Delphi are attempting to sell the retired salaried employees out, we are struggling to keep afloat. After they discontinued our healthcare, it has been difficult to get coverage for my husband and I. He is a diabetic and no one wants to cover him. He is not able to get employment with his health issues. I have gotten a part time job to help offset some of the expense of our insurance. If I lose any portion of my pension, I will be searching for full time work along with my part time. Living in a small town in Mississippi and 59 years old it will not be an easy task to get a job.

So, I am respectfully asking for you to help us to get GM to fold the Delphi salaried pensions back into GM's pension plan where it should have never been moved from the the beginning.

I hope to hear from you soon with encouraging news for us.

Thank you,

Betty Jo Smith
1216 Jackson Liberty Dr. NW
Brookhaven, MS 39601
601-833-1486
rpsmith@telepak.net