Honorable Judge Robert D. Drain,

I am writing to express my strong objection to the decision to refer Delphi Corporation's salaried pension plan to the Pension Benefit Guarantee Corporation (PBGC). I urge that pension obligations for both hourly and salaried retirees be assumed by GM. I am sending this fax to urge you to advocate flow back of the Delphi salaried retiree pensions to GM rather than have them transferred to the PBGC.

I worked for over 25 years as an engineer for GM before I was forced to become part of Delphi, and I know that almost all of the Delphi retirees have similar stories. Now that Delphi is shedding their pension liabilities, it is only fair that salaried retirees are treated fairly and their pensions flow back to GM since GM was their employer for the majority of their careers.

The PBGC should refuse to accept the Delphi Salaried Retiree Pensions Assets unless the Delphi Pension Fund is "Fully Funded".

### Here is a summary of facts concerning the current situation:

- The Delphi Salaried Pension Plan is underfunded by approximately $2 billion which Delphi is unlikely to be able to make up anytime soon.
- Virtually all of the plan's participants worked over 2/3 (25+yrs) of their career as GM salaried employees some spending as little as a few months as Delphi employees prior to retirement.
- The GM salaried pension plan is far better funded than the Delphi plan so folding the Delphi salaried pension plan into GM's plan is a reasonable move from both a financial and ethical standpoint.

### We believe that what we propose is in the best interest of all stakeholders in the GM/Delphi restructuring process for the following reasons:

- Delphi salaried retirees have already suffered disproportionate losses with respect to their auto industry peers and should at least have their pensions preserved.
- Delphi cannot emerge from Chapter 11 without resolving the salaried pension issue therefore they must either turn pensions over to PBGC or return them to GM from where the original liability came.
- PBGC currently holds liens on many assets that Delphi needs to sell to emerge from Chapter 11. This action would clear those liens enabling Delphi to proceed with its reorganization.
- GM currently intends to purchase several of the Delphi assets with PBGC liens. This action would also allow those acquisitions to proceed unimpeded.
- PBGC will avoid the assumption of another large underfunded pension plan.

- The US Treasury will collect additional taxes on the increased pension amounts paid to retirees over the lifetime of the annuities.

In closing, I ask you to use your considerable influence in the restructuring process to achieve the transfer of the Delphi Salaried pension plan back to GM from where it originated. GM has played a significant role in Delphi's salaried retirees' current troubled situation starting with the Separation Agreement, imposing their handpicked management team, and saddling Delphi with non competitive supply contracts. I hope you will recognize that the deck was stacked against Delphi's salaried retirees at the spinoff and do what is both reasonable and right.

Sincerely,

Robert P. Mayo
Delphi Retiree 2007
Member DSRA
321 E. Highland Ave.
Dunkirk, IN 47336
765-768-7737
mayorobertp@aol.com