UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                              :     Chapter 11
                                                   :
DELPHI CORP., ET AL.,                              :     Case No. 05-44481 (RDD)
                                                   :     Jointly Administered
            Debtor.                                :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )   ss.:
COUNTY OF NEW YORK   )

Elizabeth K. Horowitz, being duly sworn, deposes and says:

(I)     That she is not a party to the within action, is over the age of 21 years and resides in New York, New York.

(II)    That on June 9, 2009, she caused the following to be served: *Response and Partial Objection of the Collective of DIP Lenders to Debtors' (A) Supplement to Motion for Order (I) Approving Modification to Debtors' First Amended Plan of Reorganization (as modified) and Related Disclosures and Voting Procedures and (II) Setting Final Hearing Date to Consider Modifications to First Amended Plan of Reorganization and Request to Set Administrative Expense Claims Bar Date and Alternative Sale Hearing Date* [Docket No. 16903] (i) via hand delivery to the parties listed on Exhibit A, (ii) via electronic mail to the parties listed on Exhibit B, and (iii) via overnight mail to the parties listed on Exhibit C.

_____
Elizabeth K. Horowitz

Sworn to before me this

10th day of June 2009

_____
Notary Public



-2-

## EXHIBIT A

(i) The Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, Suite 2100, New York, New York 10004
(Att'n: Brian Masumoto);

(ii) Counsel for the Official Committee of Unsecured Creditors,
Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022
(Att'n: Robert J. Rosenberg and Mark A. Broude);

(iii) Counsel for General Motors Corporation
Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 1015
(Att'n: Jeffrey L. Tanenbaum);

(iv) Counsel for the agent under the postpetition credit facility
Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017
(Att'n: Donald S. Bernstein and Brian Resnick);

(vi) The United States Department of Justice
86 Chambers Street, 3rd Floor, New York, New York 10007
(Att'n: Matthew L. Schwartz and Joseph N. Cordaro);

(vii) Counsel for the United States Department of the Treasury
Cadwalader, Wickersham & Taft LLP
One World Financial Center, New York, New York 10281
(Att'n: John J. Rapisardi and Oren B. Haker);

(viii) Counsel for the Pension Benefit Guaranty Corporation
Kelley Drye & Warren LLP,
101 Park Avenue, New York, New York 10178
(Att'n: Craig A. Wolfe)

## EXHIBIT B

jack.butler@skadden.com; Matthew.Schwartz@usdoj.gov; joseph.cordaro@usdoj.gov; robert.rosenberg@lw.com; jeff.tanenbaum@weil.com; donald.bernstein@dpw.com; 'Resnick, Brian M.; john.rapisardi@cwt.com; oren.haker@cwt.com; cwolfe@kelleydrye.com; kayalyn.marafioti@skadden.com; thomas.j.matz@skadden.com; mark.broude@lw.com

## **EXHIBIT C**

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(Att'n: John Wm. Butler, Jr.)