DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 450-6501
Donald S. Bernstein (DB 6681)
Karin S. Day (KD 5039)
Brian M. Resnick (BR 4687)


*Counsel to JPMorgan Chase Bank, N.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -    x
                                                                 :
**In re:**                                                       :
                                                                 :    **Chapter 11 Case No.**
                                                                 :
**DELPHI CORP., et al.,**                                        :    **05-44481 (RDD)**
                                                                 :
                                                                 :    **(Jointly Administered)**
**Debtors.**                                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -    x


<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         )        ss.:
COUNTY OF NEW YORK   )

        Jonathan E. Armstrong, being duly sworn, deposes and says:

        1.        I am not a party to this action, I am over eighteen years of age and

I am employed by the law firm of Davis Polk & Wardwell, 450 Lexington Avenue, New

York, New York 10017.

        2.        That on the 9th day of June, 2009, I caused a true and correct copy

of *Objection of JPMorgan Chase Bank, N.A. to the Debtors' Supplement to Plan*

*Modification Approval Motion* to be filed and served via the Electronic Court Filing

system.

        3.      I further declare that on the 9th day of June, 2009, I caused copies

of the above-referenced pleading to be served upon the parties identified in Exhibit A hereto

in the manner indicated therein.

Dated:   New York, New York
         June 10, 2009

                          /s/ Jonathan E. Armstrong
                          Jonathan E. Armstrong

Sworn to before me this
10th day of June, 2009.

/s/  Marguerite Melvin
Marguerite M. Melvin
Notary Public, State of New York
No. 01ME6114505
Qualified in New York County
Commission Expires August 16, 2012

2

# Exhibit A

**VIA HAND DELIVERY AND EMAIL**

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, New York 10004

**VIA HAND DELIVERY**

Brian S. Masumoto
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

**VIA FIRST CLASS MAIL AND EMAIL**

| | |
|---|---|
| John Wm. Butler, Jr.<br>Ron E. Meisler<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606<br>jack.butler@skadden.com<br>ron.meisler@skadden.com | General Counsel<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>david.sherbin@delphi.com |
| Kayalyn A. Marafioti<br>Thomas J. Matz<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, New York 10036<br>kayalyn.marafioti@skadden.com<br>thomas.j.matz@skadden.com | Robert J. Rosenberg<br>Mark A. Broude<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, New York 10022<br>robert.rosenberg@lw.com |
| Craig A. Wolfe<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, New York 10178<br>cwolfe@kelleydrye.com | Adam C. Harris<br>David J. Karp<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, New York 10022<br>adam.harris@srz.com<br>david.karp@srz.com |

| | |
|---|---|
| Jeffrey L. Tanenbaum<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>jeff.tanenbaum@weil.com | Richard Mancino<br>Marc Abrams<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, New York 10019<br>rmancino@willkie.com<br>mabrams@willkie.com |
| Matthew L. Schwartz<br>Joseph N. Cordaro<br>United States Department of Justice<br>86 Chambers Street, 3rd Floor<br>New York, New York 10007<br>matthew.schwartz@usdoj.gov<br>joseph.cordaro@usdoj.gov | John J. Rapisardi<br>Oren B. Haker<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, New York 10281<br>john.rapisardi@cwt.com<br>oren.haker@cwt.com |