UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

DELPHI CORPORATION, et al.,                           Court No. 05-44481

    Debtor(s).                                        Chapter 11
_____/                   (Jointly Administered)

## APPEARANCE AND
## REQUEST FOR SERVICE OF ALL PLEADINGS
## AND NOTICES

PLEASE ENTER THE APPEARANCE of Michael A. Cox, Attorney General of the State of Michigan, and Dennis J. Raterink, Assistant Attorney General, as attorneys for the Funds Administration for the State of Michigan.

The undersigned attorney also specifically requests that he be placed on the matrix for service of all pleadings and notices and that they be sent to him at the address below.

For purposes of placement on the matrix, it is respectfully requested that the name of the Assistant Attorney General, Dennis J. Raterink, and NOT the Attorney General be listed in order to differentiate the state agency that is represented herein.

Respectfully submitted,

MICHAEL A. COX
Attorney General

_Dennis Raterink_

Dennis J. Raterink (P52678)
Assistant Attorney General

Dated:  June 11, 2009

Labor Division,
Workers' Compensation Unit
P.O. Box 30736
Lansing, Michigan 48909
Telephone: (517) 373-1176
E-Mail: raterinkd@michigan.gov