UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

DELPHI CORPORATION, et al.,        Court No. 05-44481

    Debtor(s).                             Chapter 11
_____/     (Jointly Administered)

## ORDER FOR ADMISSION TO PRACTICE
*Pro Hac Vice for*
**DENNIS J. RATERINK**

Dennis J. Raterink, a member in good standing of the bars in the State of Michigan, the United States Bankruptcy Courts for the Eastern and Western Districts, and the 6th Circuit Court of Appeals, having requested admission, *pro hac vice*, to represent the Michigan Funds Administration in the above-captioned case;

IT IS HEREBY ORDERED THAT:

1.     The Motion is GRANTED.

2.     Dennis J. Raterink is admitted to practice in the above-captioned Chapter 11 cases, in the United States Bankruptcy Court for the Southern District of New York, subject to the payment of the filing fee.


Dated: _____, 2009
New York, New York                          _____
                                                            UNITED STATES BANKRUPTCY JUDGE