UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

DELPHI CORPORATION, et al.,                           Court No. 05-44481

    Debtor(s).                                                     Chapter 11
_____/                       (Jointly Administered)


## APPEARANCE AND
## REQUEST FOR SERVICE OF ALL PLEADINGS
## AND NOTICES


PLEASE ENTER THE APPEARANCE of Michael A. Cox, Attorney General of the State of Michigan, and Susan Przekop-Shaw, Assistant Attorney General, as attorneys for the Michigan Workers' Compensation Agency.

The undersigned attorney also specifically requests that she be placed on the matrix for service of all pleadings and notices and that they be sent to her at the address below.

For purposes of placement on the matrix, it is respectfully requested that the name of the Assistant Attorney General, Susan Przekop-Shaw, and NOT the Attorney General be listed in order to differentiate the state agency that is represented.


                                          Respectfully submitted,

                                          MICHAEL A. COX
                                          Attorney General

Dated: June 11, 2009

                                          Susan Przekop-Shaw (P30495)
                                          Assistant Attorney General

                                          Labor Division
                                          P.O. Box 30736
                                          Lansing, Michigan 48909
                                          Telephone: (517) 373-2560
                                          E-Mail: przekopshaws@michigan.gov