UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

DELPHI CORPORATION, et al.,                          Court No. 05-44481

    Debtor(s).                                            Chapter 11
_____/                     (Jointly Administered)

## MOTION FOR ADMISSION TO PRACTICE
*Pro Hac Vice*

I, Susan Przekop-Shaw, a member in good standing of the bars of the State of Michigan, and the 6th Circuit Court of Appeals requests admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent the Michigan Workers' Compensation Agency, in the above-referenced Chapter 11 case.

Mailing address:    Susan Przekop-Shaw
                         Assistant Attorney General
                         P.O. Box 30736
                         Lansing, Michigan 48909

Email:    przekopshaws@michigan.gov

Telephone:    (517) 373-2560

I have submitted the filing fee of $25 with this motion for *pro hac vice* admission.

                                                  Respectfully submitted,

                                                  MICHAEL A. COX
                                                  Attorney General

Dated: June 11, 2009
                                                  /s/ Susan Przekop-Shaw
                                                  Susan Przekop-Shaw (P30495)
                                                  Assistant Attorney General

                                                  Labor Division,
                                                  Workers' Compensation Unit
                                                  P.O. Box 30736
                                                  Lansing, Michigan 48909
                                                  Telephone: (517) 373-1176
                                                  E-Mail: przekopshaws@michigan.gov