UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

DELPHI CORPORATION, et al.,                    Court No. 05-44481

    Debtor(s).
_____/                 Chapter 11
                                               (Jointly Administered)


## ORDER GRANTING ADMISSION TO PRACTICE
*Pro Hac Vice for*
**SUSAN PRZEKOP-SHAW**

Susan Przekop-Shaw, a member in good standing of the bars in the State of Michigan, and the 6th Circuit Court of Appeals, having requested admission, *pro hac vice*, to represent the Michigan Workers' Compensation Agency in the above-captioned case;

IT IS HEREBY ORDERED THAT:

1.  The Motion is GRANTED.

2.  Susan Przekop-Shaw is admitted to practice in the above-captioned Chapter 11 cases, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.


Dated: _____, 2009
      New York, New York
                                             _____
                                             UNITED STATES BANKRUPTCY JUDGE