United States Bankruptcy Court                                      June 4, 2009
Attn: Judge Drain
300 Quarropas Street
White Plains, NY 10601-4140

Reference case # 05-44481

As a retired Delphi Salary Employee I strongly object to the recently filed Delphi Modified Plan of Reorganization.

This plan benefits a few Delphi Senior Executives, General Motors, the UAW and Platinum Equity. The American taxpayer, Delphi salaried retirees and Delphi creditors are bearing an unfair portion of the cost of this restructuring.

GM is receiving viable, ongoing revenue producing plants at no cost other than accepting the UAW pension plans with no consideration for Delphi workers many of which worked for GM for 30+ years.

Delphi Senior Executives will retain their positions and potentially receive either generous retention or severance bonuses from the new owners; this is the real reason they are pushing for this deal.

The UAW will continue under the GM umbrella for pensions and benefits which are being financed by the US Government.

Platinum Equity will now own a company with revenue producing operations that have excellent profit potential and they will pay literally nothing for this. Why are they paying more for the Alcoa AFL unit which is much smaller and has far fewer assets?

I firmly believe that this is truly a liquidation of Delphi thinly disguised as an "emergence". Worst of all, the valuable assets of this company are being given away and the only money left for creditors and retirees will be in the disposition of already closed, nonrevenue producing plants (DPH).

Perhaps even more disturbing, is the settlement Delphi is requesting of the PBGC. They have requested that the PBGC drops its right to secured claims and becomes an unsecured claim. This is ludicrous. These claims should be maintained and provide funds to decrease the underfunded position of Delphi's Salaried Retirement Plan. The court will have to address this issue because I am sure that the PBGC will negotiate away its rights because of its unique

position in relationship to the US Treasury Department and Tim Geithner, who is brokering the whole GM/ Delphi Process. Where is the fairness

I ask the court not accept this modified plan but to send Delphi and its partners- GM, the US Treasury, Platinum and the UAW, back to restructure a deal that is equitable to the salaried retirees and the creditors. I believe that is the responsibility of the court. Isn't this why we have three branches of government?

Sincerely,

David Starr
8958 Briarbrook Dr. NE
Warren, OH 44484