**MORGAN, LEWIS & BOCKIUS LLP**
**Attorneys for Hitachi Chemical (Singapore) Pte. Ltd.**
**101 Park Avenue**
**New York, New York  10178-0060**
**(212) 309-6000**
**Menachem O. Zelmanovitz**
**Matthew W. Olsen**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **DELPHI CORPORATION, et al.** | : | Case No.  05-44481 (RDD) |
| | : | (Jointly Administered) |
| Debtors. | : | |

-------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Matthew W. Olsen, hereby certify that on June 11, 2009 I served the annexed

Objection of Hitachi Chemical (Singapore) Pte. Ltd. to Debtors' Motion to Classify Reclamation

Claims as General Unsecured Claims to the parties on the annexed list via overnight mail.

/s/ Matthew W. Olsen
MATTHEW W. OLSEN

DB1/63107520.1

TO:

The Chambers of The Honorable Robert D. Drain
United States Bankruptcy Judge
1 Bowling Green
New York, New York  10004

Delphi Corporation
5725 Delphi Drive
Troy, Michigan  48098
Attention:  General Counsel

John Wm. Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606

Donald Bernstein, Esq.
Brian Resnick, Esq.
Davis Polk Wardell
450 Lexington Avenue
New York, New York 10017

Robert J. Rosenberg, Esq.
Mark A. Broude, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, New York  10022

Brian Masumoto, Esq.
Office of the United States Trustee
33 Whitehall Street - Suite 2100
New York, New York  10004