UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                              :      Chapter 11
                                                    :
DELPHI CORPORATION, et al.,                         :      Case No. 05-44481 (RDD)
                                                    :
                Debtors.                            :      (Jointly Administered)
                                                    :
                                                    :      **AFFIDAVIT OF SERVICE**
                                                    :
------------------------------------------------------------x

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

      Arnold Jerome Burrus, being duly sworn, deposes and says:

      1.      I am an employee of the firm of K&L Gates LLP, am over 18 years of age and am not a party to this action.

      2.      On June 9, 2009, I personally served a true copy of the Objection of Wilmington Trust Company, as Indenture Trustee, to (a) Supplement to Motion for Order (i) Approving Modifications to Debtors' First Amended Plan of Reorganization (as modified) and Related Disclosures and Voting Procedures and (ii) Setting Final Hearing Date to Consider Modifications to Confirmed First Amended Plan of Reorganization and (b) Request to Set Administrative Expense Claims Bar Date and Alternate Sale Hearing Date by hand delivery upon the parties listed on the attached service list.

                                                    _____
                                                    Arnold Jerome Burrus

Sworn to before me this
12th day of June, 2009

_____
      Notary Public

ELAINE FERA
Notary Public, State of New York
No. 01FE4867816
Qualified in Westchester County
Commission Expires August 25, 20_10_

NY-686118-v1

## SERVICE LIST

Brian Masumoto, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY  10004

Jeffrey L. Tanenbaum, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

Richard Mancino, Esq.
Marc Abrams, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY  10019

John J. Rapisardi, Esq.
Oren B. Haker, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

Robert J. Rosenberg, Esq.
Mark A. Broude, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY  10022

Donald S. Bernsetin, Esq.
Brian Resnick, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Matthew L. Schwartz, Esq.
Joseph N. Cordaro, Esq.
United States Department of Justice
86 Chambers Street, 3rd Floor
New York, NY  10007

Craig A. Wolfe, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178

NY-686118-v1