UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                          :   Chapter 11
                                                :
DELPHI CORPORATION, et al.,                     :   Case No. 05-44481 (RDD)
                                                :
                  Debtors.                      :   (Jointly Administered)
                                                :
                                                :   **AFFIDAVIT OF SERVICE**
                                                :
------------------------------------------------------------x

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

    Elaine Fera, being duly sworn, deposes and says:

    1.    I am an employee of the firm of K&L Gates LLP, am over 18 years of age and am not a party to this action.

    2.    On June 9, 2009, I served true copies of the Objection of Wilmington Trust Company, as Indenture Trustee, to (a) Supplement to Motion for Order (i) Approving Modifications to Debtors' First Amended Plan of Reorganization (as modified) and Related Disclosures and Voting Procedures and (ii) Setting Final Hearing Date to Consider Modifications to Confirmed First Amended Plan of Reorganization and (b) Request to Set Administrative Expense Claims Bar Date and Alternate Sale Hearing Date by transmitting a true and correct copy of the document by facsimile transmission to the facsimile numbers designated for that purpose as indicated on the attached facsimile cover sheet.

                                                        /s/ Elaine Fera
                                                          Elaine Fera

Sworn to before me this
12th day of June, 2009

/s/ Arnold J. Burrus
Notary Public

ARNOLD J. BURRUS
Notary Public, State of New York
No. 41-4720413
Qualified in Queens County
Certificate Filed in New York County
Commission Expires March 30, 20__

NY-686130-v1

# K&L | GATES

K&L Gates LLP
599 Lexington Avenue
New York, NY 10022
T 212.536.3900
F 212.536.3901

# FAX

| Date • June 9, 2009 | No. of Pages, including coversheet • | 10 | |
|---|---|---|---|
| **Transmit To •** | | | |
| **Name** | **Company** | **Phone** | **Fax** |
| Brian Masumoto | Office of the United States Trustee | 212-510-5000 | 212-668-2255 |
| Robert J. Rosenberg<br>Mark A. Broude | Latham & Watkins LLP | 212-906-1370 | 212-751-4864 |
| Jeffrey L. Tanenbaum | Weil, Gotshal & Manges LLP | 212 310 8000 | 212 310 8007 |
| Donald Bernstein<br>Brian Resnick | Davis Polk & Wardwell | 212-450-4000 | 212-450-3800 |
| Richard Mancino<br>Marc Abrams | Willkie Farr & Gallagher LLP | 212.728.8000 | 212.728.8111 |
| Matthew L. Schwartz<br>Joseph N. Cordaro | United States Department of Justice | 212.637.2701 | 212.637.2686 |
| John J. Rapisardi<br>Oren B. Haker | Cadwalader, Wickersham & Taft LLP | 212.504.6000 | 212.504.6666 |
| Craig A. Wolfe | Kelley Drye & Warren LLP | 212.808.7800 | 212.808.7897<br>212.808.7898 |

| **From •** | Edward M. Fox | **Phone •** | 212.536.4812 |
|---|---|---|---|
| **Secretary •** | Elaine Fera | **Phone •** | 212.536.3967 |

| **Client/Matter Name** | **Client/Matter Number** | **Lawyer ID** |
|---|---|---|
| Wilmington Trust/Delphi | 0809645/00202 | 8221 |

2

# K&L | GATES

K&L Gates LLP
599 Lexington Avenue
New York, NY 10022
T 212.536.3900
F 212.536.3901

# FAX

| | | | |
|---|---|---|---|
| **Date** • June 9, 2009 | **No. of Pages, including coversheet** | 10 | |

**Transmit To** •

| Name | Company | Phone | Fax |
|---|---|---|---|
| John Wm. Butler, Jr. | Skadden, Arps, Slate, Meagher & Flom LLP | 312.407.0700 | 312.407.0411 |
| Kayalyn A. Marafioti<br>Thomas J. Matz | Skadden, Arps, Slate, Meagher & Flom LLP | 212.735.2350 | 917.777.2350 |

**From** •   Edward M. Fox           **Phone** •   212.536.4812
**Secretary**   Elaine Fera            **Phone** •   212.536.3967

| Client/Matter Name | Client/Matter Number | Lawyer ID |
|---|---|---|
| Wilmington Trust/Delphi | 0809645/00202 | 08221 |

3