**STAPLES copy&printcenter**

1/3

## Complimentary Self-Serve Fax Cover Sheet

To: Judge Robert D. Drain  From: Andrew J. Razzano
Fax #: 914 390 4073  Phone #: 330 544 8750
Date: 6-10-09  Reply Fax #:
Number of Pages (Including Cover): 2  Urgent ✓  Confidential ☐  Confirm Receipt ✓

### We'll do it right the first time — guaranteed.

Black & white copies • Color copies • Custom printing • Binding • Folding • Wide-format copying • Custom stamps • UPS shipping and more



that was easy.

5/06bizsv_009815

industrial) becomes an active participant in decisions that negatively target one group of people that some believe have the least political influence.
I will not take the time to personalize the impact to my family and myself because it would pale to most of my colleagues that have children in school or are now contending with health care issues, but I will tell you this, I, my immediate and extended family and anyone that I can influence on how they vote and purchase will understand the level of injustice you have delivered to the Engineers, Accountants, Material Specialists, and scores of other technical individuals that supported our automotive industry for 35 - 40 years of their lives. I await your response.

Andrew J. Razzano
andyrazzano1@aol.com
6-10-09