Dear Fellow Americans:

As I sit here and stew over this situation I, along with all of the other Delphi "SALARIED" retirees find ourselves in, I feel compelled to share my feelings with each of you.

> Delphi Corporation, part of the GM "Family", chose to take away the pensions, healthcare and life insurance from the "SALARIED" – <u>non union</u> retirees
>
> We are outraged because the majority of us have spent over 3 decades, most of it with GM, only to have them throw us to the wolves just because we are not unionized
>
> The travesty is that all union pensions and benefits have been turned over to GM; they get to keep their pensions and benefits - whereas, we are loosing basically everything
>
> While we don't deny our union comrades their benefits, we demand that we be treated fairly too
>
> The thought that the pension obligations of Delphi/GM to their "SALARIED" retirees will be taken over by the federally-chartered Pension Benefit Guaranty Corporation (PBGC), is a move that could lead to some pension amounts being cut drastically or possibility eliminated altogether
>
> It is fundamentally unfair that "SALARIED" and Union retirees from the same company, who once worked side-by-side for many years and who are faced with the same unfortunate situation, are being treated so differently by Delphi, GM, the Court System and the Federal Government
>
> Delphi's "SALARIED" retirees are being forced to bear extra burdens that are not deserved – these sacrifices must be shared by all equally
>
> We need the President's Automotive Task Force to reconsider their decision in order to make a more equitable solution for Delphi "SALARIED" retirees
>
> You can not afford to alienate a significant portion of the customer base (including, but not limited to Delphi retirees, GM retirees, Dealerships and all the extended families; plus the general population that are disgusted at the Government's planned bailouts and who will not buy from GM (Government Motors)
>
> The current heads of both Delphi and GM will not challenge the

administration for fear of jeopardizing their own personal payouts and are unwilling to make the sacrifice of multimillion dollar bonuses that Delphi's upper management are expected to receive when exiting bankruptcy – after all, they have obviously done such a bang up job - what's fair is fair the executives should share in our pain too

Is the fact that Mr. Gethner is on the PBGH board and the Automotive Task Force NOT a conflict of interest

The nerve of the Delphi executives that are being investigated for mismanagement and illegal activities requesting Delphi to pay their legal fees absolutely gulls me – why in the world would we pay for something that contributed to the situation we are in – maybe jail time would make them think about what they have done and how many lives they have destroyed

How can anyone explain the fact that the substantial investments and profits made in the USA were sent overseas to start up companies for GM and Delphi and now divisions in the USA are no longer profitable – gee whiz does it take a rocket scientist to figure this out

Something I would like explained is; how do you live with yourselves – you are essentially playing "god" with our lives – do you have no morals – do you like betraying and deceiving your retirees - do you have no allegiance or loyalty – where is your integrity - do you not have a conscience

Who do you think will be able to afford to purchase your vehicles, oh yes, the union employees, how could I forget

If your pensions were cut dramatically just how many of you risk loosing your house, needing food stamps and other government assistance to survive? Where a catastrophic illness could send you into bankruptcy. Would you enjoy living in poverty after spending 30+ years working for one of the biggest companies in the world?

This is a very disheartening situation. I used to be proud to work for GM/Delphi. Now, I am embarrassed to admit it. I have never owned a car that was not made by GM. I even went so far as to make my children purchase a car that had a Delphi compressor. How could I have been so misguided and brainwashed? The personal sacrifices I made for my job at GM/Delphi are astonishing. I tripped over a skid left in the middle of an isle. I sprained my ankle, was on crutches and came to work the next day to save Delphi a "Lost Work Day" case. In hind sight,

2

I should have filed for Workman's Compensation and stayed at home to recuperate as my husband insisted and then sued for negligence. I had a heart attack from all of the stress and strain of my job. I worked countless hours of overtime in the plant, brought work home and was never compensated for any of it. I almost ended up getting a divorce because on countless occasions I chose my job over my family. I had faith in the Delphi spin off and purchased stock to be supportive. What a fool – more money down the drain.

Due to the fact that I am loosing my benefits and will have to pay additional monies out of my pocket, along with the very real possibility that my pension will be cut more than I can imagine because I am 54 years old, I will be lucky to survive financially. I feel that over the years, I along with all of the other **"SALARIED"** employees have given up our fair share. There has to be a fair and equitable solution.

If this sounds like I am bitter, guess what, I am. The "big wigs" of GM and Delphi will wallow in their millions of dollars. They will have enough money to support themselves, their children, their grandchildren, their great grandchildren etc., while the **"SALARIED"** retirees struggle to survive. If **ALL** of us gave up an equal percentage of our compensation we would suffer somewhat together. There is just something unfair, unethical and inequitable with this picture that the **"SALARIED"** retirees are being made an example of.

I am respectfully requesting that GM/Delphi do the right thing and support the **"SALARIED"** retirees.

Thank you for your time and consideration.

Sincerely,

Sherri L. Smith
8/15/79 to 10/01/07
Delphi Retiree
Sherstan1@aol.com
June 10, 2009

3