16

To Judge DRAIN:

The Auto Task Force, using **Federal Tax Dollars**, has given $$ to support the GM bankruptcy. GM, in turn, has given portions of those $$ to the UAW for their pension/health care plans. In this bankruptcy GM is absorbing parts of Delphi Corp- and their hourly pensions, but not the salary pension plan. Delphi has already eliminated the health care and life insurance plans of its salary retirees, most of which worked for GM for 2/3 of their careers before being spun off as a separate entity in 1999. This is **blatant** discrimination on the part of the Auto Task Force and the Treasury Department- how can you fund pensions and health care for the hourly employees of a company and not the salary employees of the same company- using taxpayer dollars???

This is not a conflict between the union and salaried work force. What we are after is **equitable** treatment with our union members, nothing more. We worked for GM and after 1999 for Delphi Corp. under a *"contracted trust", a "promised deferred compensation"* which we all felt was fair and decent. We planned our lives around those "promises", raising our families, saving for college, building our futures based on this premise. Now- at the worst possible time in our lives- we are being stripped of our ability to support those loved ones around us.

I am part of a group that represents 15,000 retirees in this fight. Most of us were forced to retire early because of the downturn in business and the transfer of business to foreign countries. Many retirees will go into the poverty level of income if this comes to fruition. Most early retires have a bridge supplement from Delphi to age 62, which in some cases represents 50% of their retirement. If the pensions go to the PBGC they will lose the entire supplement and then what's left will be adjusted using their formulas- anywhere from 30-50% reduction of the remaining pension. Therefore, a person earning a $3,000 pension currently, with a $1,500 supplement, could end up losing the entire supplement plus 30-50% of the $1500 Part A of their retirement. So these folks could end up with as little as $750 per month- forever. Couple this with the elimination of our health care, which costs anywhere from $650/month to the $2500 range, depending on the family structure, and you can see the total devastation this has on not just the individual, but his entire family, his neighborhood, and the community in which he lives.

*TO GM:* You will stand to lose considerable sales if this proposal becomes reality. You can be assured that retirees will boycott all GM products, including GMAC. This means that not just the retirees, their immediate families, their extended families, but also their close friends and neighbors. This number would be HUGH, especially for a company trying to come out of bankruptcy- trying to squeeze every sale it can. **HOWEVER,** we can also be the best ambassador for GM products- as we always have been. It is a CHOICE.

*TO ALL THE POLITICIANS:* We are the voting public. We represent a large number of voters in many Congressional and Senatorial Districts in Ohio, Indiana, Michigan, and New York. Again, if *YOU* support us *WE* will support you- it is that simple.

There will be a tsunami of unintended consequences caused by this complete disregard of human sacrifice- which is what we will all be.

What *precedence* does this action set for ALL salaried or non union employees?? Any or all could be next!

Larry Hardman
Delphi Salaried Retiree 1971-2003