DEWEY & LEBOEUF LLP  
1301 Avenue of the Americas  
New York, NY 10019-5389  
(212) 259-8000  
Peter A. Ivanick  
Allison H. Weiss  
Attorneys for Camoplast Incorporated

Hearing Date: June 16, 2009  
10 A.M.

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X  
In re:                  :  
                             : Chapter 11  
                             :  
DELPHI CORPORATION, *et al.*,   : Case No. 05-44481 (RDD)  
                             :  
                             : (Jointly Administered)  
      Debtors.           :  
                             :  
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**OBJECTION OF CAMOPLAST INCORPORATED TO DEBTORS' MOTION FOR ORDER UNDER 11 U.S.C. § 546(c) AND AMENDED RECLAMATION PROCEDURES ORDER CLASSIFYING RECLAMATION CLAIMS AS GENERAL UNSECURED NONPRIORITY CLAIMS FOR ALL PURPOSES**

      Camoplast Incorporated ("Camoplast"), by and through its attorneys, Dewey & LeBoeuf LLP, hereby objects to the Motion for Order Under 11 U.S.C. § 546(c) And Amended Reclamation Procedures Motion Order Classifying Reclamation Claims As General Unsecured Nonpriority Claims For All Purposes (the "Motion") filed by Delphi Corporation and its debtor subsidiaries and affiliates (collectively, the "Debtors"), stating as follows:

      1.     Camoplast asserts Reclamation Claim Number 645 (the "Claim") in the amount of $88,544.81.

      2.     The Claim was subsequently assigned to Contrarian Funds LLC.

      3.     Camoplast adopts and incorporates herein the arguments set forth in the objections of all other reclaiming sellers to the Motion.

**WHEREFORE**, Camoplast respectfully requests that the Court enter an order: (i) denying the Motion in its entirety; (ii) determining that the Claim is entitled to be treated as an administrative expense claim; and (iii) granting such other relief as this Court deems just and proper.

Dated: New York, New York  
June 12, 2009

DEWEY & LEBOEUF LLP

By: /s/ Allison H. Weiss
Peter A. Ivanick
Allison H. Weiss

1301 Avenue of the Americas
New York, NY 10019-5389
Telephone No.: (212) 259-8000
Facsimile: (212) 259-6333
Counsel to Camoplast Incorporated

-2-
NYA 602560.1 308997 000001 6/12/2009 03:34pm