IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **In re:** § | | Chapter 11 |
| § | | |
| **DELPHI CORPORATION,** *et al.* § | | Case No. 05-44481 (RDD) |
| § | | |
| Debtors. § | | (Jointly Administered) |
| § | | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 12, 2009 the ***Joint Objection of Brazeway, Inc. and JP Morgan Chase Bank, N.A. to Debtor's Expedited Motion for Order under 11 U.S.C. §546(c) and Amended Reclamation Procedures Order Classifying Reclamation Claims as General Unsecured Nonpriority Claims for All Purposes*** (the "Objection") was filed the Clerk of Court using the ECF system which will send notification of such filing to counsel of record which are participants in the ECF.

The undersigned further certifies that on June 12, 2009, the Objection was sent to the following parties by facsimile, with sent confirmation received, and first class U.S. mail, postage prepaid:

>Office of the United States Trustee for the Southern District of New York
>33 Whitehall Street, Suite 2100
>New York, New York 10004
>Attn: Brian Masumoto
>Facsimile number: (212) 668-2255

>Delphi Corporation
>5725 Delphi Drive
>Troy, Michigan 48098
>Attn: General Counsel
>Facsimile number: (248) 813-2491

The undersigned further certifies that on June 12, 2009, the Objection was sent by email and first class U.S. mail, postage prepaid, to the following parties:

>Skadden, Arps, Slate, Meagher & Flom LLP
>333 West Wacker Drive, Suite 2100
>Chicago, Illinois 60606
>Attn: John Wm. Butler, Jr.
>Email address: jbutler@skadden.com

Davis, Polk & Wardwell
450 Lexington Avenue
New York, New York 10017
Attn: Donald Bernstein and Brian Resnick
Email address: donald.bernstein@dpw.com; brian.resnick@dpw.com

Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Attn: Robert J. Rosenberg and Mark A. Broude
Email address: robert.rosenberg@lw.com

The undersigned further certifies that on June 12, 2009, the Objection was sent by overnight courier to the Hon. Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.

Respectfully submitted,

/s/ Bruce N. Elliott
Bruce N. Elliott (P28770)
Conlin, McKenney & Philbrick, P.C.
350 South Main Street, Suite 400
Ann Arbor, Michigan 48104-2131
Telephone: (734) 761-9000
Facsimile: (734) 761-9001

Dated: June 12, 2009

M:\ATTY-SHARED\CLM\B\BRAZEWAY\DELPHI\COS.6.12.09.WPD