24

June 10, 2009

Dear Judge Drain,

I **strongly object** to the Delphi Bankruptcy emergence plan. After reading court dockets #16900 and #16903, it is obvious that this plan is devised to maximize GM's outcome while maximizing the Salaried Retirees hardships. The documented activities are unethical and blatantly disregard bankruptcy law. It is, of course, at the expense of the Salaried Retirees' earned Pensions. This plan is nothing more than a liquidation, and the half hearted veiled attempt at calling it an "emergence from bankruptcy plan" is ludicrous.

 GM, Delphi and the Task Force have made deceptive deals and one of the desired outcomes of those underhanded deals is the loss of the salaried pensions. This not only appears calculated, deliberate and unnecessarily vicious but completely unwarranted. As the two previous dockets show, Delphi has on more than one occasion manipulated their numbers to suit their needs to reach their desired ends. I respectfully request that the Delphi Salaried Retiree's pension plan be folded into GM's pension plan as part of an appropriate emergence plan agreement. This is the only humane and honorable thing to do.

Respectfully,

Susan Muffley

# **OBJECTION**