

Page 1 of 2

From: ernest knobelspiesse <eaknobelspiesse@suddenlink.net>
Subject: **Delphi Corporation et al Case No. 05-44461 (RDD)**
Date: June 11, 2009 4:42:23 PM EDT
To: US Bankruptcy Court, Southern District of New York, ATTN: Hon. Robert D. Drain

Honorable Robert D. Drain:

Received today, June 11, 2009, the "Debtors Omnibus Reply to Objections to Plan Modification Approval Process" (the "Reply"). It was my understanding that the final objection date for the "Supplement to GM Arrangement Fourth and Fifth Approval Motion" is June 12, 2009 at 4:00 PM. Accordingly, I filed an objection dated June 9, 2009. In this regard, the Debtors "Omnibus Reply to Objections...." contains false information, reflecting that the objection I filed, objected to the terms and conditions of the $250 bridge loan and requested that the motion be denied approval or deferred by the Court. In contrast, the debtors note in the "Reply" that no one objected to the bridge loan. Additionally, the Debtors "Reply" states that "preservation of all of Delphi's defined benefit plans" has or will be achieved. I would suggest that this is misleading in that salaried pensions will be reduced and adjusted downward by the PBGC for many of the salaried retirees. Perhaps, a definition of "preservation" is needed for clarification purposes since apparently the legal definition is different from general non-legal understanding and, therefore, misleading to the non-legal oriented stakeholders. I am requesting that the Debtors "Reply" be recalled and corrected/clarified (GM can help the debtors due to GM's extensive recall experience.) I am cognizant that in a bankruptcy most creditors and stakeholders do not fare well and this is understandable. However, the plan proposed by the debtors, as currently structured, favors hourly retirees and active and inactive hourly workers to the detriment of other creditors/stakeholders - ie., no reduction in pension benefits for hourly retirees and continuation of benefits for inactive and active hourly workers. Perhaps, it might be suggested that the cost for GM/Parnassus/UAW/US Treasury to provide for these protected hourly benefits and pensions, as

05-44481-rdd   Doc 17009   Filed 06/11/09   Entered 06/15/09 08:53:05   Main Document
FROM : E. A. KNOBELSPIESSE         FAX NO. :Pg 2 of 2         Jun. 11 2009 06:23PM P2

Page 2 of 2

well as other alleged GM claims, to be offset in the proposed sales, be converted into the cash equivalent in the proposed sale agreements. This could allow the proceeds to be distributed equitably among all the creditors and the hourly pensions to be transferred to the PBGC, the same as proposed for salaried retirees.

Your time and consideration are appreciated.

Regards,
Ernest A. Knobelspiesse, a Delphi retiree, equity holder, and SERP claimant
134 Cape Fear Drive
Chocowinity, NC 27817