**Hearing Date: June 16, 2009**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti
Thomas J. Matz

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |  |
|---|---|---|
| | : | |
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | :: | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

<u>PROPOSED FORTY-FOURTH OMNIBUS HEARING AGENDA</u>

<u>Location Of Hearing</u>:          United States Bankruptcy Court for the Southern District of New
York, Alexander Hamilton Custom House, Room 610, 6th Floor, One
Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

    A.     Introduction

    B.     Continued Or Adjourned Matters (1 Matters)

    C.     Uncontested, Agreed, Or Settled Matters (2 Matters)

    D.     Contested Matters (1 Matter)

    E.     Adversary Proceedings (None)

**B.**    **Continued Or Adjourned Matters***

    1.    **"Steering Option Exercise Motion" -** Motion For Order Under 11 U.S.C. Section 363 And Fed. R. Bankr. P. 6004 Authorizing And Approving Option Exercise Agreement With General Motors Corporation (Docket No. 16410)

        *Responses filed:*    *Michigan Department of Environmental Quality's Limited Objection to the Motion for Order Under 11 USC § 363 and Fed. R. Bankr. P. 6004 Authorizing and Approving Option Exercise Agreement with General Motors Corporation (Docket No. 16472)*

                *Response of Pension Benefit Guaranty Corporation To Debtors' Motion for Order Under U.S.C. § 363 and Fed. R. Bankr. P 6004 Authorizing and Approving Exercise Agreement (Docket No. 16475)*

                *Limited Objection of the Official Committee of Unsecured Creditors To the Debtors' Motion for Order Under 11 U.S.C. § 363 and Fed R. Bankr. P. 6004 Authorizing and Approving Option Exercise*

---

\*    Motions found at the following docket numbers that appeared on previous Proposed Hearing Agendas have been voluntarily withdrawn from the agenda and would need to be re-noticed under the Case Management Order to be reinstated on an agenda: Docket Nos. 213, 4689, 4778, 4912, 5229, 5153, 6723, 6690, and 12833 (KECP Emergence Incentive Program, Equity Security Holders' Ex Parte Motion To File Supplemental Objection To STN Motion Under Seal, Mercedes-Benz U.S. International, Inc.'s Motion to File Claims, Methode Electronics, Inc.'s Setoff Motion, Computer Patent Annuities Limited's Motion To Assume Or Reject Executory Contract, Motion Of Sumida America Inc. To Allow Setoff/Recoupment And For Relief From Automatic Stay, ATEL Leasing Corporation's Motion To Allow Administrative Claim, and Debtors' Omnibus Objection to Claims for Postpetition Interest , respectively). In addition, the following adversary proceedings have also been withdrawn from the agenda and would be subject to re-noticing to be reinstated on a hearing agenda: NYCH LLC d/b/a RCS Computer Experience Adv. Pro. No. 06-01902, Docket No. 1 (Complaint To Recover Property Of The Estate), L&W Engineering Adv. Pro. No. 06- 01136, Docket No. 22 (Motion For Summary Judgment), Aksys Ltd. Adv. Pro. No. 06-01677, Docket No. 2 (Summons And Notice), and National Union Fire Insurance Company Of Pittsburgh, PA Adv. Pro. No. 07-01435, which has been settled as part of the MDL settlement and will be resolved upon the Court's approval of the MDL settlement.

*Agreement with General Motors Corporation (Docket No. 16476)*

*Limited Objection of Wilmington Trust Company As Indenture Trustee to Motion for Order under 11 U.S.C § 363 and Fed. R. Bankr. P. 6004 Authorizing and Approving Option Exercise Agreement with General Motors Corporation (Docket No. 16478)*

*Objection to Motion /Limited Objection of the Tranche C Collective to Debtors' Motion for Order Under 11 U.S.C. 363 and Fed R. Bankr. P. 6004 Authorizing and Approving Option Exercise Agreement with General Motors Corporation (Docket No. 16492)*

*JPMorgan Chase Bank, N.A.'s Response and Limited Objection to the Debtors' Motion for Order Under 11 U.S.C. § 363 and Fed. R. Bankr. P. 6004 Authorizing and Approving Option Exercise Agreement With General Motors Corporation (Docket No. 16493)*

*Reply filed:*          *Debtors' Omnibus Reply In Support Of Steering Option Exercise Motion (Docket No. 16500)*

*Related filings:*      *None.*

*Status:*               *This matter is being adjourned to the July 23, 2009 omnibus hearing.*


**C.     Uncontested, Agreed, Or Settled Matters**

2.     **"GM Arrangement Fourth and Fifth Amendment Approval Motion"** - Motion For Order, Authorizing Debtors To Enter Into Fourth Amendment And Fifth Amendment To Arrangement With General Motors Corporation (Docket No. 16411)

*Responses filed:*      *None.*

*Reply filed:*          *None.*

*Related filings:*      *Interim Order Authorizing Debtors To Enter Into Amendment To And Restatement Of Arrangement With General Motors Corporation Approved Pursuant To Second DIP Extension Order (Docket No. 13489) (Docket No. 16951).*

*Status:*            *The final hearing with respect to this matter will be proceeding.*

3.   Expedited Motion Of Deloitte & Touche LLP For An Order Terminating The Debtors' Retention Of Deloitte & Touche LLP As Their Independent Auditors And Accountants (Docket No. 16644)

*Responses filed:*       *None.*

*Reply filed:*          *None.*

*Related filings:*       *None.*

*Status:*            *The  hearing with respect to this matter will be proceeding.*

**D.    Contested Matters**

4.   **"Motion To Determine Reclamation Claims"** – Expedited Motion For Order Under 11 U.S.C. § 546(c) And Amended Reclamation Procedures Order Classifying Reclamation Claims As General Unsecured Nonpriority Claims For All Purposes (Docket No. 16663)

*Responses filed:*       *Objection To Motion To Classify Reclamation Claims As General Unsecured Claims Filed By Hitachi Chemical (Singapore) Pte. Ltd. (Docket No. 16964)*

*Objection To Motion Of JP Morgan Chase Banks N.A. To Debtors' Motion For Order Under 11 U.S.C. Sec. 546(c) And Amended Reclamation Procedures Order Reclassifying Reclamation Claims As General Unsecured Claims For All Purposes (Docket No. 16978)*

*Objection To Motion / Joinder And Reservation Of Rights Of Liquidity Solutions, Inc. As Assignee, To Objection Of Hitachi Chemical (Singapore) Ptel Ltd. To Debtors' Motion To Classify Reclamation Claims As General Unsecured Claims (Docket No. 16980)*

*Amended Objection To Motion Of JP Morgan Chase Banks N.A. To Debtors' Motion For Order Under 11 U.S.C. Sec. 546(c) And Amended Reclamation Procedures Order Reclassifying Reclamation Claims*

*As General Unsecured Claims For All Purposes
(Docket No. 16990)*

*Opposition Joinder In Objection Of Hitachi Chemical
(Singapore) PTE. Ltd. To Debtors' Motion To Classify
Reclamation Claims As General Unsecured Claims
For All Purposes (Docket No. 16991)*

*Objection To Motion Of Camoplast Incorporated To
Debtors' Motion For Order Under 11 U.S.C. Sec.
546(c) And Amended Reclamation Procedures Order
Reclassifying Reclamation Claims As General
Unsecured Claims For All Purposes (Docket No.
16996)*

*Objection To Motion Filed By Brazeway, Inc. (Docket
No. 16997)*

*Joinder And Reservation Of Rights Of Goldman Sachs
Credit Partners To The Amended Objection Of
JPMorgan Chase Bank N.A. And Hitachi Chemical
(Singapore) Pte. Ltd. To Debtors' Order Under 11
U.S.C. § 546(c) And Amended Reclamation
Procedures Order Classifying Reclamation Claims As
General Unsecured Nonpriority Claims For All
Purposes (Docket No. 17000)*

*Objection To The Motion For Order Under 11 U.S.C.
§ 546(C) And Amended Procedures Order Classifying
Reclamation Claims As General Unsecured
Nonpriority Claims For All Purposes And Joinder In
Related Objections Filed By Omron Dualtec
Automotive Electronics Inc. (Undocketed)*

*Reply filed:*        *A reply will be filed*

*Related filings:*    *None.*

*Status:*             *The hearing with respect to this matter will be
proceeding.*

**E.**      **Adversary Proceedings (none)**

Dated: New York, New York
June 15, 2009

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By:/s/ John Wm. Butler, Jr.
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700

- and -

By:/s/  Kayalyn A. Marafioti
Kayalyn A. Marafioti

Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession