UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
   In re                                 :       Chapter 11
:
DELPHI CORPORATION, et al.,       :       Case No. 05-44481 (RDD)
:
                    Debtors.    :       (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER UNDER 11 U.S.C. § 107(b) AND FED. R. BANKR.
P. 9018 AUTHORIZING DEBTORS TO FILE CERTAIN
EXHIBITS AND SCHEDULES TO AMENDED AND RESTATED
GLOBAL SETTLEMENT AGREEMENT AND MASTER
RESTRUCTURING AGREEMENT WITH GM COMPONENTS
HOLDINGS, LLC, GENERAL MOTORS CORPORATION
AND PARNASSUS HOLDINGS II, LLC UNDER SEAL

("MDA SEALING ORDER")

Upon the ex parte application, dated June 15, 2009 (the "Application"), of Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for an order under 11 U.S.C. § 107(b) and Fed. R. Bankr. P. 9018 authorizing Debtors to file certain exhibits and schedules to Master Disposition Agreement (the "MDA") with GM Components Holdings, LLC, General Motors Corporation, and Parnassus Holdings II, LLC (the "Buyers") under seal; and it appearing that pursuant to Fed. R. Bankr. P. 9018 no notice of the relief requested in the Application need be provided; and this Court having determined that the relief requested in the Application is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; and after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Application is GRANTED.

2. Pursuant to 11 U.S.C. § 107(b) and Fed. R. Bankr. P. 9018, Delphi is authorized to file the exhibits and schedules to the MDA listed on Attachment 1 hereto (the "Exhibits and Schedules") under seal.

3. The Exhibits and Schedules (and any information derived therefrom) shall remain confidential, be filed under seal, and shall be served on and made available only to (a) the United States Trustee for the Southern District of New York, (b) counsel to the official committee of unsecured creditors, and (c) such other parties as may later be ordered by this Court after imposition of appropriate confidentiality restrictions or as may be agreed to in writing by the Debtors and the Buyers.

4. Except as otherwise agreed to by the Debtors and the Buyers, any pleadings filed by a third party in these cases that reference or disclose any of the information contained in the Exhibits and Schedules shall be filed under seal and served only on those parties authorized to receive the Exhibits and Schedules as provided for in paragraph 3 of this order.

5. This Court retains jurisdiction to enforce this order and the confidentiality of the Exhibits and Schedules and the sensitive information contained therein, including the authority to impose sanctions on any person or entity which violates this order.

Dated:   New York, New York
        June    , 2009

---
UNITED STATES BANKRUPTCY JUDGE

# Attachment 1

# Exhibits To MDA To Be Filed Under Seal

| Schedule 1.1.A | Assumed Administrative Liabilities |
|---|---|
| Schedule 1.1.C | Steering Products |
| Schedule 1.1.D | Excluded Insurance Policies |
| Schedule 1.1.D.1 | Patents |
| Schedule 1.1.D.2 | Trademarks Rights |
| Schedule 1.1.D.3 | Copyrights |
| Schedule 1.1.E | Transferred Insurance Policies |
| Schedule 2.1.5.F | Excluded Facilities |
| Schedule 2.1.5.J | Pending Transactions |
| Schedule 4.6.3 | Infringement and Allegations of Infringement of Third Party Intellectual Property |
| Schedule 4.6.4 | Infringement of the Purchased Intellectual Property |
| Schedule 4.6.5 | Intellectual Property Notices |
| Schedule 4.8.1 | GM Leased Real Property |
| Schedule 4.8.2 | GM Owned Real Property |
| Schedule 4.9.1. | Historical Financial Statements |
| Schedule 4.9.2 | Financial Statement Exceptions |
| Schedule 4.12.1 | Tax Returns |
| Schedule 4.12.3 | Tax Deficiencies |
| Schedule 4.12.5 | Tax Liens |
| Schedule 4.12.6 | Tax Waivers or Extensions |
| Schedule 4.13.1 | Employee List |
| Schedule 4.13.5 | Proceedings Relating to Employee Benefit Plan |
| Schedule 4.13.6 | Employee Benefit Plan/No Material Liability or Encumbrance under Title IV of ERISA |
| Schedule 4.13.8 | Welfare Benefits |
| Schedule 4.13.9 | Contributions to Seller Employee Benefit Plan |
| Schedule 4.13.12 | No Threatened Labor Stoppage |

| | |
|---|---|
| Schedule 4.16 | Insurance Policies |
| Schedule 9.9.1.B | Steering Excluded Products |
| Schedule 9.9.10 | Facilities Separation & Relocation Plan |
| Schedule 9.10 | Shared Items Transferred to Buyers |
| Exhibit 1.2 | Operating Agreement |
| Exhibit 3.1.1.F | Wind Up Costs |
| Exhibit 9.9.1 | GM IP License Agreement |
| Exhibit 9.9.3 | Company IP License Agreement |
| Exhibit 9.9.4 | Pending Transaction IP License Agreement |
| Exhibit 9.22 | Novation Letter |
| Exhibit 9.29A | Form of Environmental Privilege Waivers |
| Exhibit 11.2.1.A | Somerton, Australia Transfer and Variation of Lease (Assignment and Assumption Agreement) |
| Exhibit 11.2.1.B | Paris Technical Center Sublease |
| Exhibit 11.2.1.C | Casa Grande Sublease |
| Exhibit 11.2.2.A.1 | U.S. Patent Assignment (Delphi Technologies) |
| Exhibit 11.2.2.A.2 | EP Jointly Held Patent Applications Assignment (Delphi Technologies) |
| Exhibit 11.2.2.A.3 | EP Solely Owned Patent Applications Assignment (with Annex 1) (Delphi Technologies) |
| Exhibit 11.2.2.A.4 | DE Patents Assignment (Delphi France) |
| Exhibit 11.2.2.A.5 | ES Patents Assignment (Delphi France) |
| Exhibit 11.2.2.A.6 | FR Patents Assignment (Delphi France) |
| Exhibit 11.2.2.A.7 | GB Patents Assignment (Delphi France) |
| Exhibit 11.2.2.A.8 | IT Patents Assignment (Delphi France) |
| Exhibit 11.2.2.A.9 | U.S. Patent Assignment (Delphi France) |
| Exhibit 11.2.2.A.10 | AU Patent Assignment (Delphi Technologies) |
| Exhibit 11.2.2.A.11 | BR Patent Assignment (Delphi Technologies) |
| Exhibit 11.2.2.A.12 | CN Patent Assignment (Delphi Technologies) |
| Exhibit 11.2.2.A.13 | HK Patent Assignment (Delphi Technologies) |

| | |
|---|---|
| Exhibit 11.2.2.A.14 | IN Patent Assignment (Delphi Technologies) |
| Exhibit 11.2.2.A.15 | JP Patent Assignment (Delphi Technologies) |
| Exhibit 11.2.2.A.16 | KP Patent Assignment (Delphi Technologies) |
| Exhibit 11.2.2.B | Omnibus Trademark Assignment (Delphi Technologies) |
| Exhibit 11.2.2.C | Copyright Assignment (Delphi Technologies) |
| Exhibit 11.2.3.A | France Asset Sale Agreement |
| Exhibit 11.2.3.B | Australia Asset Sale Agreement |
| Exhibit 11.2.3.C | India Asset Sale Agreement |
| Exhibit 11.2.3.D | Germany Asset Sale Agreement |
| Exhibit 11.2.3.E | Italy Asset Sale Agreement |
| Exhibit 11.2.3.F | Korea Asset Sale Agreement |
| Exhibit 11.2.3.G | Japan Asset Sale Agreement |
| Exhibit 11.2.3.H | Netherlands Asset Sale Agreement |
| Exhibit 11.2.7 | GM and Delphi Seller Transition Services Agreement |
| Exhibit 11.3.2 | Buyers Transition Services Agreement |
| Ancillary Agreement | Commitment Letter between Parnassus Holdings II, LLC and Platinum Equity Partners II, LLC |
| Ancillary Agreement | Supply Agreement among the Buyers |
| Ancillary Agreement | Securities Purchase Agreement among the Buyers |
| Ancillary Agreement | Buyer Transition Services Agreement among the Buyers |
| Ancillary Agreement | Access Agreement among the Buyers |
| Ancillary Agreement | Commercial Agreement among the Buyers |