June 11, 2009

United States Bankruptcy Court
One Bowling Green
New York, NY 10004
Attn: Judge Robert D. Drain

Ref: Delphi Corp Case # 05-44481 filed October 5, 2005
    Supplement to Plan Modification Approval Motion

Dear Judge Drain:

I have seen many letters written about the plight of the Delphi Salaried Retirees but none that cover my particular case. I started at GM in 1971 as an hourly union employee. By 1984 I realized assembly work was not for me and I started college part time while continuing to work full time. I was 33 years old and even though GM had a great tuition refund program I gave up a great deal to complete my education so I could provide a better future for myself. I graduated in 1994 (with honors) with a BSAS in Mechanical Engineering and was offered a salaried engineering position which I accepted with pride.

I spent 10 years of my life working and going to school and that did not leave much time for enjoyment but I thought the sacrifice would be worth it in the long run. I retired from Delphi as a salaried employee on 1/1/2009 after 38 years of service. I spent 28 of those years as a GM employee and 23 of those years as a GM hourly employee. In retrospect that was one of the biggest mistakes of my life. I spent many years as a non-bargaining unit employee in Engineering and worked many casual overtime hours even though I was still hourly.

I was only a salaried employee for 14 years but I have 7 patents and 1 Boss Kettering award which qualified me to be inducted into the Delphi Automotive Systems Innovation Hall of Fame. In his speech at the 2001 award ceremony, J.T. Battenberg said only one percent of Delphi's 16,000 engineers and scientists have been inducted into the Hall of Fame. Jim Spencer, Delphi Packard's President, added in a letter to me that I "also had the honor of being the first woman from Delphi Packard to be inducted into the Hall of Fame" and that we were truly the "best of the best".

I was told recently that upper level executives have not been involuntarily separated like the rest of us because they are a "cut above the rest" and they could filter back and replace those of us that were separated. That is laughable because most of them only moved up the ladder because they could NOT do the day to day functions that the majority of us performed. How many of them have patents? How many of them are in the Delphi Innovation Hall of Fame? I know they think they are worth their high salary and bonuses but how hard is it to lead good people? Even with good people they managed to screw things up. Make no mistake that most of what they have accomplished is through luck, knowing the right people, and a total lack of conscience. There were a few good executives but most of them have left or been pushed out because they truly cared about people and did not like where the company was headed unlike those that remain at Delphi.

I wasted 10 of my younger years going to school to assure myself my "golden years" would be enjoyable and now I have Delphi and GM to thank for robbing me of my dream. I doubt that this letter will change my situation or that it will convince you to do the right thing for all salaried retirees but Delphi has managed to rob me of a great deal of what I worked 38 years to accomplish and I won't let them take away my right to express my feelings.

Please consider another alternative to Delphi's bankruptcy issues without robbing retirees of everything they have left. If my pension is taken over by the PBGC I will lose about 60% of what I currently get, including health care. Delphi stopped paying my health care on April 1, 2009 but I was able to pay 100% of the cost to continue health care through Delphi. The PBGC does not have a health care program and with only 40% of my pension I doubt that I can afford health care. I am 57 years old and do not qualify for Social Security or Medicare. The job market is very dismal, my 401K is 50% of what it should be and I am very concerned how I will survive going forward. It is degrading to be in this position at this stage of my life. I have always supported myself and I am not asking for a hand out I only want what I worked 38 years to achieve.

Does GM, Delphi, or anyone think the Salaried Retirees will continue to buy GM cars if they are allowed to take away everything we worked for? I know you are trying to help Delphi emerge from bankruptcy and save the company but what good will it do to save the company if many of us do not have enough income to buy their product. How can any company survive without customers to support it? Make no mistake that the largest volume of customers for both Delphi and GM included salaried employees and retirees.

Thank you for your consideration.

Sincerely,

*Kathy Murphy*

Kathy Murphy
Delphi Salaried Retiree
1423 Red Oak Dr
Girard, Ohio  44420