To:     President Barack Obama
Date:   6/8/09
From:   Robert C. Walker
        Delphi Salaried Retiree
        5509 Hartford Drive
        Lockport, New York 14094
        (716) – 434 – 1429
        walkerhollycat@aol.com

Mr. President,

As a Delphi salaried employee/retiree I am very concerned about the possible that the only stakeholder employee not to be covered by Delphi or GM in retirement are the salaried employees from Delphi.

When you look at Delphi's original Plan of Reorganization it states:

" Delphi reaffirms its commitment to the principal of "equivalence of sacrifice" when establishing compensation and benefit levels for salaried employees and management, to ensure that sacrifices by the UAW represented employees are reflected in pay and benefit practices of all non-represented employees."

One can argue that this was intended to be a reassurance for the UAW membership but "equality" is an absolute, not a variable, and Delphi stated it supports this principal. In that regard the salaried employees have given up things like, cost of living allowances, pay raises on numerous occasions, coverage levels/costs of health care, and now company paid health care for retirees.

The Reorganizations plan goes into page after page of special benefits for the Executive Group. The "highlight" of this is in regards to this letter is the <u>Supplemental Executive Retirement Program, or SERP.</u> This is a new addition to get the Executive Group more retirement pay on top of the existing program. This is another group being *protected* against any deviation to the Delphi salaried retirement program. I noticed numerous government officials who were outraged at the salaried bonus at places like AIG and other compensation practices and fancy meetings in expensive locations in the financial industry after they were granted government assistance. I don't see this same outrage at the Delphi salaried employees being the only group asked to make MORE sacrifices than their peer groups.

In summary the Delphi salaried employees are not asking for any special treatment. We are just asking that we be treated with the "equality" Delphi has publicly stated it supports.


Robert C. Walker