UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x

In Re:                                        : Chapter 11

DELPHI CORPORATION, et al.,                   : Case No. 05-44481 (RDD)

       Debtors,                               : (Jointly Administered)

                                          :
---------------------------------x

## AMENDED JOINDER AND RESERVATION OF RIGHTS OF GOLDMAN SACHS CREDIT PARTNERS TO THE AMENDED OBJECTION OF JPMORGAN CHASE BANK N.A. AND HITACHI CHEMICAL (SINGAPORE) PTE. LTD. TO DEBTORS' MOTION FOR ORDER UNDER 11 U.S.C. § 546(c) AND AMENDED RECLAMATION PROCEDURES ORDER CLASSIFYING RECLAMATION CLAIMS AS GENERAL UNSECURED NONPRIORITY CLAIMS FOR ALL PURPOSES

STATE OF NEW YORK          )
                                  ) ss.:
COUNTY OF NEW YORK         )

       Twaji Ewool, being duly sworn, deposes and says:

       1.    I am employee of the firm Richards Kibbe & Orbe LLP, am over eighteen years of age, and am not a party to this action.

       2.    On the 15th day of June, 2009, I served a true copy of the Amended Joinder and Reservation of Rights of Goldman Sachs Credit Partners to The Amended Objection of JPMorgan Chase Bank N.A. and Hitachi Chemical (Singapore) Pte. Ltd. to Debtors' Motion for Order Under 11 U.S.C. § 546(c) and Amended Reclamation Procedures Order Classifying Reclamation Claims as General Unsecured Nonpriority Claims for All Purposes by transmitting

a true and correct copy of the document by facsimile transmission to the facsimile numbers designated for that purpose as indicated on the attached list.

_____<br>TWAJI EWOOL

Sworn before me this 15th day of June, 2009.

_____
NOTARY PUBLIC

MICHAEL SCHNEIDER
Notary Public, State of New York
No. 01SC5062337
Qualified in Orange County
Certificate Filed in New York County
Commission Expires June 24, 20 /0

| Name | Fax | Phone |
|---|---|---|
| Brian Masumoto, Esq.<br>United States Trustee | Facsimile: (212) 668-2255 | Telephone: (212) 510-5000 |
| Robert Rosenberg, Esq.<br>Mark A. Broude, Esq.<br>Latham & Watkins, LLP. | Facsimile: (212) 751-4864 | Telephone: (212) 906-1370 |
| Jeffrey L. Tanenbaum. Esq.<br>Weil, Gotshal & Manges, LLP. | Facsimile: (212) 310-8007 | Telephone: (212) 310-8000 |
| Donald Bernstein, Esq.<br>Brian Resnick, Esq.<br>Davis Polk & Wardwell | Facsimile: (212) 450-3800 | Telephone: (212) 450-4000 |
| Richard Mancino, Esq.<br>Marc Abrams, Esq.<br>Willkie Farr & Gallagher, LLP. | Facsimile: (212) 728-8111 | Telephone: (212) 728-8000 |
| Matthew L. Schwartz, Esq.<br>Joseph N. Cordaro, Esq.<br>United States Department of Justice | Facsimile: (212) 637-2686 | Telephone: (212) 637-2701 |
| John J. Rapisardi, Esq.<br>Oren B. Haker, Esq.<br>Cadwalader, Wickersham & Taft, LLP. | Facsimile: (212) 504-6666 | Telephone: (212) 504-6000 |
| Craig A. Wolfe, Esq.<br>Kelly Drye & Warren, LLP. | Facsimile: (212) 808-7897 | Telephone: (212) 808-7800 |
| John M. Butler, Esq.<br>Skadden, Arps, Slate, Meagher & Flom, LLP. | Facsimile: (312) 407-0411 | Telephone: (312) 407-0700 |
| Kayalyn A. Marafioti, Esq.<br>Thomas J. Matz, Esq.<br>Skadden, Arps, Slate, Meagher & Flom, LLP. | Facsimile: (917) 777-2350 | Telephone: (212) 735-2350 |