UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                              )   Chapter 11
                                                    )
DELPHI COPORATION , et al.,                         )   Case No. 05-44481 (RDD)
                                                    )   Jointly Administered
                    Debtors.                        )
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

Nathanael F. Meyers, being duly sworn, deposes and says:

1. I am an employee of the firm of K&L Gates LLP, having offices at 599 Lexington Avenue, New York, New York 10022. I am over eighteen (18) years of age and am not a party to this action.

2. On June 12, 2009 I caused to be served a true copy of the **Objection of JPMorgan Chase Bank N.A. to Debtors' Motion for Order Under 11 U.S.C. Sec. 546(c) and Amended Reclamation Procedures Order Reclassifying Reclamation Claims as General Unsecured Nonpriority Claims for All Purposes (the "Objection)** upon the persons and at the adreeses as set forth on the attached service List via the means so indicated thereon.

3. On June 12, 2009 I caused to be served a true copy of the **Amended Objection**

NY-686545 v1

- 2 -

upon the persons and at the adreeses as set forth on the attached Service List via the means so indicated thereon.

                                                                Nathanael F. Meyers

Sworn to before me this
15th day of June, 2009

_____
Notary Public, State of New York

ELAINE FERA
Notary Public, State of New York
No. 01FE4867816
Qualified in Westchester County
Commission Expires August 25, 20 10

## SERVICE LIST

**By Federal Express (Saturday) Overnight Delivery:**

Delphi Corporation
5725 Delphi Drive
Troy, MI  48098
Attn:  General Counsel

John Wm. Butler, Jr.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606-1285

**By Hand Delivery:**

Donald Bernstein
Brian Resnick
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Robert J. Rosenberg
Mark A. Broude
Latham & Watkins
885 Third Avenue
New York, NY 10022

Brian Masumoto
United States Trustee Office
33 Whitehall Street
21st Floor
New York, NY 10004