June 11, 2009

Bob Erhardt
2357 S. Apache Dr.
Shelby, Michigan 49455

Bankruptcy Court
Judge Robert D. Drain
U.S. Bankruptcy Court Case #05-44481
One Bowling Green
New York, New York 10004-1408

Dear Judge Drain:

This letter is written in response to the latest information on the treatment of the salaried retirees of the Delphi Automotive Systems.

As has been stated in other correspondence, most of the Delphi retirees worked for GM for most of their careers, looking forward to the days of retirement when GM would fulfill their commitments on post retirement benefits.

As Delphi was spun off, I can remember the statements made, "not to worry there will be no change in benefits between Delphi and GM when it comes to retirement".

Yet here we are GM has turned there backs on us versus the hourly employees. It's so much easier to take advantage of the hard working, dedicated non-union salaried workforce.

Let's remember it was this group, the design engineers, manufacturing engineers, project engineers, and support teams, that implemented the manufacturing systems which grew GM's businesses and enabled the hiring and expanding of the hourly workforce.

I am petitioning that we, the salaried retirees, be at least considered and treated equally by the decisions of GM and the Automotive Taskforce to fully support and fund our retirement pensions as well as the UAW.

Regards,

Bob Erhardt,
Retired Chief Manufacturing Engineer
Delphi Automotive