June 10, 2009

Honorable Judge Robert D Drain
US Bankruptcy Court Case #05-44481
One Bowling Green
New York, New York 10004-1408

Dear Judge Drain,

I write this letter to object to the Delphi action before the court with regards to the agreement with GM for the transfer of Hourly Pensions to GM and the sale of Delphi Plants back to GM. I also object to the deal with Paladium Equity for the takeover of Delphi assets.

While it is laudable that Delphi is finally pursuing a strategy to emerge from bankruptcy, it is not laudable do so with an unethical, immoral, and perhaps illegal strategy. Delphi has an obligation to its' Salaried Retirees to make good on the implied contracts that it had with its' Salaried workforce. Delphi must insist that any deal to sell assets includes the transfer back to GM of the obligations that rightfully belong to GM---namely the Salaried Retirees Health Care and Pension Plan.

GM must recognize that if someone worked 25 or more years with GM and then was transferred (without a choice) to a GM created Delphi name and worked under that name in GM owned facilities for less than 10 years before being forced to retire then that Salaried Retiree is a bona fide GM Salaried Retiree and should be treated as such and cannot legally or morally be discarded by Delphi.

Please issue an order that said Delphi Retirees are in fact to be recognized as GM Salaried Retirees and the obligations for said Retirees must be a part of any deal concerning Delphi and GM.

Thank you

Stanley D Smith
608 North 13th Street
Middletown IN 47356