LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4802
(212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (MS-4321)
Mark A. Broude (MB-1902)
Email: robert.rosenberg@lw.com
      mitchell.seider@lw.com
      mark.broude@lw.com

Attorneys for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION., et al | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                            ) ss.:
COUNTY OF NEW YORK )

      Lauren Gaskill, being duly sworn, deposes and says:

      1.      I am not a party to this action, am over 18 years of age and am employed by the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022.

      2.      On June 17, 2009, I caused true and correct copies of the Preliminary Objection of the Official Committee of Unsecured Creditors to the Proposed Modifications to the Debtors' Confirmed Plan of Reorganization and to the Sale of Substantially all the Debtors' Assets as an Alternative to a Plan, to be served upon the parties identified in Exhibit A hereto in the manner indicated therein.

NY\1542016.1

                                                                                /s/ Lauren Gaskill  
                                                                                Lauren Gaskill

Sworn to before me this  
17th day of June, 2009

/s/ Sarita Chalen  
Sarita Chalen  
Notary Public, State of New York  
No. 01CH6028175  
Qualified in Bronx County  
Commission Expires July 26, 2009

**Exhibit A**

**VIA FIRST CLASS MAIL**

| | |
|---|---|
| Bruce Simon<br>Cohen Weiss & Simon<br>330 W 42nd St<br>New York, NY 10036 | Paul W. Anderson<br>Flextronics International USA, Inc.<br>2090 Fortune Drive<br>San Jose, CA 95131 |
| Steven J Reisman<br>Curtis Mallet-Prevost Colt & mosle LLP<br>101 Park Ave<br>New York, NY 10178-0061 | Donald Bernstein<br>Davis Polk & Wardwell<br>450 Lexington Ave<br>New York, NY 10017 |
| Sean Corcoran<br>Karen Craft<br>Delphi Corporation<br>5725 Delphi Dr<br>Troy, MI 48098 | Michael Nefkens<br>Electronic Data Systems Corp<br>5505 Corporate Dr Msia<br>Troy, MI 48098 |
| Carrie L. Schiff<br>Flextronics International<br>305 Interlocken Parkway<br>Broomfield, CO 80021 | Richard Lee Chambers III<br>Freescale Semiconductor Inc<br>6501 William Cannon Dr West<br>Md Oe16<br>Austin, TX 78735 |
| Randall S Eisenberg<br>FTI Consulting Inc<br>3 Times Square<br>11th Fl<br>New York, NY 10036 | Valerie Venable<br>c/o GE Plastics<br>9930 Kincey Avenue<br>Huntersville, NC 28078 |
| Frank L. Gorman, Esq.<br>Robert B. Weiss, Esq.<br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3583 | Lonie A Hassel<br>Groom Law Group<br>1701 Pennsylvania Ave Nw<br>Washington, DC 20006 |
| Stephen H Gross<br>Hodgson Russ LLP<br>1540 Broadway<br>24th Fl<br>New York, NY 10036 | Internal Revenue Service<br>Attn: Insolvency Department, Mario<br>Valerio<br>290 Broadway, 5th Floor<br>New York NY 10007 |

| | |
|---|---|
| Attn: Insolvency Department<br>Internal Revenue Service<br>477 Michigan Ave<br>Mail Stop 15<br>Detroit, MI 48226 | Conference Board Chairman<br>IUE-CWA<br>2360 W Dorothy Ln<br>Ste 201<br>Dayton, OH 45439 |
| Bill Derrough<br>Jefferies & Company Inc<br>520 Madison Ave<br>12th Fl<br>New York, NY 10022 | Richard Duker<br>JPMorgan Chase Bank NA<br>270 Park Ave<br>New York, NY 10017 |
| Thomas Moers Mayer<br>Gordon Z. Novod<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | Patrick J. Healy<br>Daniel R. Fisher<br>Law Debenture Trust of New York<br>400 Madison Avenue, 4th Floor<br>New York, NY 10017 |
| Susan Atkins<br>Gianni Russello<br>JPMorgan Chase Bank NA<br>277 Park Ave, 8th Floor<br>New York, NY 10172 | Sheryl Betance<br>Kurtzman Carson Consultants<br>2335 Alaska Avenue<br>El Segundo, CA 90245 |
| David D. Cleary<br>Mohsin N. Khambati<br>Jason J. DeJonker<br>Peter A. Clark<br>McDermott Will & Emery LLP<br>227 West Monroe Street<br>Suite 5400<br>Chicago, IL  60606 | Leon Szlezinger<br>Mesirow Financial<br>666 Third Avenue<br>21st Floor<br>New York, NY 10017 |
| Joseph T Moldovan Esq<br>Morrison Cohen LLP<br>909 Third Ave<br>New York, NY 10022 | Office of New York State<br>Attorney General Andrew M. Cuomo<br>120 Broadway<br>New York City, NY 10271 |
| Tom A Jerman<br>Rachel Janger<br>O'Melveny & Meyer LLP<br>1625 Eye St Nw<br>Washington, DC 20006 | Robert Siegel<br>O'Melveny & Meyer LLP<br>400 South Hope St<br>Los Angeles, CA 90071 |

NY\1542016.1

Jeffrey Cohen
Pension Benefit Guaranty Corporation
1200 K Street Nw
Ste 340
Washington, DC 20005

Ralph L Landy
Pension Benefit Guaranty Corporation
1200 K Street Nw
Ste 340
Washington, DC 20005-4026

Sandra A Riemer
Phillips Nizer LLP
666 Fifth Ave
New York, NY 10103

David L Resnick
Rothschild Inc
1251 Ave Of The Americas
New York, NY 10020

Harvey R. Miller, Esq.
Michael P. Kessler, Esq.
Martin J. Bienenstock, Esq.
Jeffrey L. Tanenbaum, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Robert W Dremluck
Seyfarth Shaw LLP
620 Eigth Avenue
New York, NY 10018-1405

Douglas Bartner
Jill Frizzley
Shearman & Sterling LLP
599 Lexington Ave
New York, NY 10022

Kenneth S Ziman
Robert H Trust
William T Russell Jr
Simpson Thatcher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

John Wm Butler
John K Lyons
Ron E Meisler
Skadden Arps Slate Meagher & Flom LLP
333 W Wacker Dr
Ste 2100
Chicago, IL 60606

Kayalyn A Marafioti
Thomas J Matz
Skadden Arps Slate Meagher & Flom LLP
4 Times Square
New York, NY 10036

Chester B Salomon
Constantine D Pourakis
Stevens & Lee PC
485 Madison Ave
20th Fl
New York, NY 10022

Albert Togut
Togut Segal & Segal LLP
One Penn Plaza
Ste 3335
New York, NY 10119

| | |
|---|---|
| Alicia M Leonhard<br>United States Trustee<br>33 Whitehall St<br>21st Fl<br>New York, NY 10004-2112 | Fried, Frank, Harris, Shriver & Jacobson<br>One New York Plaza<br>New York, NY 10004<br>Attn: Brad Eric Scheler<br>    Bonnie Steingart<br>    Vivek Melwani<br>    Jennifer L. Rodburg<br>    Richard J. Slivinski |
| Steven M Cimalore<br>Wilmington Trust Company<br>Rodney Square North<br>1100 North Market St<br>Wilmington, DE 19890 | Brown Rudnick Berlack Israels LLP<br>Robert J. Stark<br>Seven Times Square<br>New York, NY 10036 |
| J. Brian McTigue<br>Cornish F. Hitchcock<br>McTigue Law Firm<br>5301 Wisconsin Ave. N.W.<br>Suite 350<br>Washington, DC 20015 | Mark Schonfeld, Regional Director<br>Northeast Regional Office<br>3 World Financial Center<br>Room 4300<br>New York, NY 10281 |
| Daniel D. Doyle<br>Nicholas Franke<br>Spencer Fane Britt & Browne LLP<br>1 North Brentwood Boulevard<br>Tenth Floor<br>St. Louis, MO 63105 | Warner Stevens LLP<br>Michael D. Warner<br>1700 City Center Tower, II<br>301 Commerce Street<br>Fort Worth Texas, 76102 |
| Tyco Electronics Corporation<br>MaryAnn Brereton<br>60 Columbia Road<br>Morristown, NJ 07960 | Gregory A. Bray, Esq.<br>Thomas R. Kreller, Esq.<br>James E. Till, Esq.<br>Milbank, Tweed Hadley & McCloy LLP<br>601 South Figueroa Street, 30th Floor<br>Los Angeles, CA 90017 |
| John V. Gorman<br>Professional Technologies Services<br>P.O. Box #304<br>Frankenmuth, MI 48734 | Jason, Inc.<br>411 E. Wisconsin Avenue<br>Suite 2120<br>Milwaukee, WI 53202<br>Attn: Beth Klimczak<br>    General Counsel |

Miami-Dade County Tax Collector
Metro-Dade Paralegal Unit
140 West Flagler Street
Suite 1403
Miami, FL  33130

Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, NY 11530-9194

WL Ross & Co., LLC
600 Lexington Avenue
19th Floor
New York, NY  10022
Attn: Stephen Toy

Dykema Gossett PLLC
Brendan G. Best, Esq.
39577 Woodward Ave, Suite 300
Bloomfield Hills, MI  48304

Pickrel-Shaeffer & Ebeling
Sarah B. Carter, Esq.
2700 Kettering Tower
Dayton, OH  45423

**Via E-Mail**

aaronsona@pepperlaw.com
abrilliant@goodwinproctor.com
adalberto@canadas.com
aee@hurwitzfine.com
aenglund@orrick.com
agelman@sachnoff.com
agottfried@morganlewis.com
akatz@entergy.com
alan.mills@btlaw.com
aleinoff@amph.com
amalone@colwinlaw.com
amathews@robinsonlaw.com
amccollough@mcguirewoods.com
amcmullen@bccb.com
amoog@hhlaw.com
andrew.herenstein@quadranglegroup.com
andrew.kassner@dbr.com
anne.kennelly@hp.com
aordubegian@weineisen.com
arosenberg@paulweiss.com
jbrass@paulweiss.com
asherman@sillscummis.com
aswiech@akebono-usa.com
athau@cm-p.com
attorneystella@sszpc.com
austin.bankruptcy@publicans.com
axs@maddinhauser.com
ayala.hassell@eds.com
bankrupt@modl.com
pwcarey@modl.com
bankruptcy@goodwin.com
barnold@whdlaw.com
bbeckworth@nixlawfirm.com

bellis-monro@sgrlaw.com
Ben.Caughey@icemiller.com
bharwood@sheehan.com
bhoover@goldbergsegalla.com
bkessinger@akebono-usa.com
bmcdonough@teamtogut.com
bmehlsack@gkllaw.com
bnathan@lowenstein.com
bsmoore@pbnlaw.com
bspears@winstead.com
cahn@clm.com
cahope@chapter13macon.com
carol.weiner.levy@srz.com
carol_sowa@denso-diam.com
carren.shulman@hellerehrman.com
caseyl@pepperlaw.com
cbattaglia@halperinlaw.net
ahalperin@halperinlaw.net
jdyas@halperinlaw.net
cbelmonte@ssbb.com
cdruehl@goodwinproctor.com
cfortgang@silverpointcapital.com
cgalloway@atsautomation.com
charles@filardi-law.com
chill@bsk.com
ckm@greensfelder.com
jpb@greensfelder.com
cnorgaard@ropers.com
Cohen.Mitchell@arentfox.com
craig.freeman@alston.com
crieders@gjb-law.com
cs@stevenslee.com
cp@stevenslee.com

cschulman@sachnoff.com
csullivan@bsk.com
cweidler@paulweiss.com
dadler@mccarter.com
dallas.bankruptcy@publicans.com
david.aaronson@dbr.com
david.boyle@airgas.com
david.lemke@wallerlaw.com
davidpmartin@erisacase.com
davidpmartin@bellsouth.net
dbaty@honigman.com
dbrown@klettrooney.com
dconnolly@alston.com
dwender@alston.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddeutsch@chadbourne.com
ddragich@foley.com
ddraper@terra-law.com
ddunn@akingump.com
derrien@coollaw.com
dgheiman@jonesday.com
diconzam@gtlaw.com
djury@steelworkers-usw.org
dkarp@cm-p.com
dladdin@agg.com
dlowenthal@thelenreid.com
dludman@brownconnery.com
dmdelphi@duanemorris.com
dpm@curtinheefner.com
dquaid@tcfhlaw.com
efiledocketgroup@fagelhaber.com
driggio@candklaw.com

| | | |
|---|---|---|
| drosenzweig@fulbright.com | idizengoff@akingump.com | jvitale@cwsny.com |
| dwdykhouse@pbwt.com | ilevee@lowenstein.com | bceccotti@cwsny.com |
| dweiner@schaferandweiner.com | ira.herman@tklaw.com | jwilson@tylercooper.com |
| eabdelmasieh@nmmlaw.com | jaffeh@pepperlaw.com | jwisler@cblh.com |
| EAKleinhaus@wlrk.com | james.bentley@srz.com | jzackin@sillscummis.com |
| ecdolan@hhlaw.com | jangelovich@nixlawfirm.com | karen.dine@pillsburylaw.com |
| echarlton@hiscockbarclay.com | janice.grubin@dbr.com | kcookson@keglerbrown.com |
| efox@klng.com | japplebaum@clarkhill.com | kcunningham@pierceatwood.com |
| egc@lydenlaw.com | javanzato@apslaw.com | ken.higman@hp.com |
| egeekie@schiffhardin.com | jay.hurst@oag.state.tx.us | khansen@stroock.com |
| eglas@mccarter.com | jay.selanders@kutakrock.com | khopkins@milesstockbridge.com |
| egunn@mcguirewoods.com | jbernstein@mdmc-law.com | kim.robinson@bfkn.com |
| ekutchin@kutchinrufo.com | jcrotty@rieckcrotty.com | klaw@bbslaw.com |
| elazarou@reedsmith.com | jdonahue@miheritage.com | kmayhew@pepehazard.com |
| elizabeth.flaagan@hro.com | jeannine.damico@cwt.com | kmiller@skfdelaware.com |
| Elliott@cmplaw.com | Jeff.Ott@molex.com | Knathan@nathanneuman.com |
| emarcks@ssd.com | jeffery.gillispie@infineon.com | knorthup@kutchinrufo.com |
| emccolm@paulweiss.com | jeisenhofer@gelaw.com | knye@quarles.com |
| emeyers@mrrlaw.net | jengland@linear.com | krk4@daimlerchrysler.com |
| enrique.bujidos@es.pwc.com | jforstot@tpw.com | krosen@lowenstein.com |
| ephillips@thurman-phillips.com | jgtougas@mayerbrown.com | kwalsh@lordbissell.com |
| eray@balch.com | jguerrier@dreierllp.com | lawallf@pepperlaw.com |
| ewaters@sheppardmullin.com | jguy@orrick.com | lawtoll@comcast.net |
| ferrell@taftlaw.com | jh@previant.com | lberkoff@moritthock.com |
| ffm@bostonbusinesslaw.com | mgr@previant.com | lcurcio@tpw.com |
| fholden@orrick.com | jharris@quarles.com | lekvall@wgllp.com |
| fstevens@foxrothschild.com | jhlemkin@duanemorris.com | lenard.parkins@haynesboone.com |
| ftrikkers@rikkerslaw.com | jkp@qad.com | kenric.kattner@haynesboone.com |
| fusco@millercanfield.com | jkreher@hodgsonruss.com | lgretchko@howardandhoward.com |
| fyates@sonnenschein.com | jlanden@madisoncap.com | lisa.moore2@nationalcity.com |
| gdiconza@dlawpc.com | jlapinsky@republicengineered.com | lloyd.sarakin@am.sony.com |
| george.cauthen@nelsonmullins.com | jlevi@toddlevi.com | lmagarik@kjmlabor.com |
| gerdekomarek@bellsouth.net | jmanheimer@pierceatwood.com | lmcbryan@hwmklaw.com |
| gettelman@e-hlaw.com | jmbaumann@steeltechnologies.com | lmurphy@honigman.Com |
| ggotto@kellerrohrback.com | jminias@stroock.com | lnewman@fagelhaber.com |
| ggreen@fagelhaber.com | jmoennich@wickenslaw.com | lpeterson@msek.com |
| gjarvis@ggelaw.com | jmsullivan@mwe.com | lpinto@wcsr.com |
| gkurtz@ny.whitecase.com | jmurch@foley.com | lsarko@kellerrohrback.com |
| guzzi@whitecase.com | joel_gross@aporter.com | claufenberg@kellerrohrback.com |
| dbaumstein@ny.whitecase.com | john.brannon@tklaw.com | eriley@kellerrohrback.com |
| gogimalik@andrewskurth.com | john.gregg@btlaw.com | lschwab@bbslaw.com |
| gpeters@weltman.com | john.persiani@dinslaw.com | lwalzer@angelogordon.com |
| gravert@mwe.com | john.sieger@kattenlaw.com | madison.cashman@stites.com |
| greenj@millercanfield.com | jonathan.greenberg@BASF.COM | maofiling@cgsh.com |
| greg.bibbes@infineon.com | jorenstein@aoblaw.com | maofiling@cgsh.com |
| gregory.kaden@ropesgray.com | jposta@sternslaw.com | marc.hirschfield@ropesgray.com |
| growsb@wnj.com | jspecf@sternslaw.com | margot.erlich@pillsburylaw.com |
| gsantella@masudafunai.com | jrhunter@hunterschank.com | mark.houle@pillsburylaw.com |
| gschwed@loeb.com | jrobertson@calfee.com | mark.owens@btlaw.com |
| gtoering@wnj.com | JRS@Parmenterlaw.com | marvin.clements@state.tn.us |
| hannah@blbglaw.com | jsalmas@mccarthy.ca | massimiliano_cini@brembo.it |
| hborin@schaferandweiner.com | lsalzman@mccarthy.ca | mbane@kelleydrye.com |
| heather@inplaytechnologies.com | jshickich@riddellwilliams.com | mbusenkell@eckertseamans.com |
| heyens@gtlaw.com | jsimon@foley.com | mcruse@wnj.com |
| Hirsh.Robert@arentfox.com | jsmairo@pbnlaw.com | mdallago@morrisoncohen.com |
| hkolko@msek.com | jstempel@kirkland.com | mdebbeler@graydon.com |
| hleinwand@aol.com | jtaylor@binghammchale.com | metkin@lowenstein.com |
| holly@regencap.com | malerding@binghammchale.com | mfarquhar@winstead.com |
| housnerp@michigan.gov | wmosby@binghammchale.com | mgreger@allenmatkins.com |
| houston_bankruptcy@publicans.com | jtaylor@binghammchale.com | mhall@burr.com |
| hwangr@michigan.gov | wmosby@binghammchale.com | miag@michigan.gov |
| hzamboni@underbergkessler.com | judith.elkin@haynesboone.com | miag@michigan.gov |

| | | |
|---|---|---|
| michael.cook@srz.com | rgordon@clarkhill.com | skrause@zeklaw.com |
| michael.mccrory@btlaw.com | rgriffin@iuoe.org | smcook@lambertleser.com |
| michaelz@orbotech.com | rheilman@schaferandweiner.com | snirmul@gelaw.com |
| miller@taftlaw.com | rhett.campbell@tklaw.com | sokeefe@winthropcouchot.com |
| mkilgore@UP.com | richard.epling@pillsburylaw.com | sopincar@mcdonaldhopkins.com |
| mkohayer@aol.com | richard.kremen@dlapiper.com | sosimmerman@kwgd.com |
| mlee@contrariancapital.com | rjclark@hancocklaw.com | spaethlaw@phslaw.com |
| jstanton@contrariancapital.com | rjones@bccb.com | sriley@mcdonaldhopkins.com |
| wraine@contrariancapital.com | rjp@pbandg.com | srosen@cb-shea.com |
| solax@contrariancapital.com | rjsidman@vssp.com | sselbst@mwe.com |
| mmachen@sonnenschein.com | rkidd@srcm-law.com | sshimshak@paulweiss.com |
| mmassad@hunton.com | rlp@quarles.com | steven.keyes@aam.com |
| mmeyers@mlg-pc.com | rmcdowell@bodmanllp.com | susanwhatley@nixlawfirm.com |
| mmharner@jonesday.com | rmeth@daypitney.com | swalsh@chglaw.com |
| mmoody@okmlaw.com | rnorton@reedsmith.com | tbrink@lordbissell.com |
| mnewman@schaferandweiner.com | rnsteinwurtzel@swidlaw.com | tch@previant.com |
| mparker@fulbright.com | robert.goodrich@stites.com | tcohen@sheppardmullin.com |
| mrichards@blankrome.com | robert.morris@timken.com | tdonovan@finkgold.com |
| mrichman@foley.com | robert.welhoelter@wallerlaw.com | tgaa@bbslaw.com |
| mrr@previant.com | robin.spear@pillsburylaw.com | tguerriero@us.tiauto.com |
| mscott@riemerlaw.com | rpeterson@jenner.com | thaler@tglawfirm.com |
| mseidl@pszjlaw.com | rrichards@sonnenschein.com | timothy.mehok@hellerehrman.com |
| mshaiken@stinsonmoheck.com | rrosenbaum@mrrlaw.net | tkennedy@kjmlabor.com |
| msomerstein@kelleydrye.com | rsmolev@kayescholer.com | tlauria@whitecase.com |
| msternstein@sheppardmullin.com | rsz@curtinheefner.com | featon@miami.whitecase.com |
| msutter@ag.state.oh.us | rthibeaux@shergarner.com | tmaxson@cohenlaw.com |
| mtf@afrct.com | rthibeaux@shergarner.com | tmcfadden@lordbissell.com |
| mtrentadue@boselaw.com | rtrack@msn.com | tom@beemanlawoffice.com |
| cdelatorre@boselaw.com | rurbanik@munsch.com | tomschank@hunterschank.com |
| murph@berrymoorman.com | jwielebinski@munsch.com | tracy.richardson@dol.lps.state.nj.us |
| mviscount@foxrothschild.com | drukavina@munsch.com | trenda@milesstockbridge.com |
| mwarner@warnerstevens.com | rusadi@cahill.com | tsable@honigman.com |
| mwinthrop@winthropcouchot.com | rweisberg@carsonfischer.com | tscobb@vssp.com |
| myarnoff@sbclasslaw.com | rwyron@orrick.com | tslome@rsmllp.com |
| mzelmanovitz@morganlewis.com | sabelman@cagewilliams.com | twardle@sheppardmullin.com |
| nhp4@cornell.edu | sagolden@hhlaw.com | vdagostino@lowenstein.com |
| niizeki.tetsuhiro@furukawa.co.jp | sandy@nlsg.com | vhamilton@sillscummis.com |
| pabutler@ssd.com | sarah.morrison@doj.ca.gov | skimmelman@sillscummis.com |
| pbaisier@seyfarth.com | sarbt@millerjohnson.com | vmastromar@aol.com |
| pbarr@jaffelaw.com | wolfordr@millerjohnson.com | wachstein@coollaw.com |
| pbilowz@goulstonstorrs.com | scargill@lowenstein.com | wallace@blbglaw.com |
| pbosswick@ssbb.com | schnabel@klettrooney.com | wbeard@stites.com |
| pcostello@bbslaw.com | schristianson@buchalter.com | loucourtsum@stites.com |
| pgurfein@akingump.com | sdabney@kslaw.com | wendy.brewer@btlaw.com |
| pjanovsky@zeklaw.com | bdimos@kslaw.com | whanlon@seyfarth.com |
| pjricotta@mintz.com | sdeeby@clarkhill.com | whawkins@loeb.com |
| pricotta@mintz.com | sdonato@bsk.com | william.barrett@bfkn.com |
| pmears@btlaw.com | sdrucker@honigman.com | wkohn@schiffhardin.com |
| Pretekin@coollaw.com | sean@blbglaw.com | wmsimkulak@duanemorris.com |
| prubin@herrick.com | sfreeman@lrlaw.com | wsavino@damonmorey.com |
| raterinkd@michigan.gov | sgoldber@quarles.com | bruzinsky@jw.com |
| rbeacher@daypitney.com | sgross@hodgsonruss.com | dkillen@jw.com |
| cchiu@daypitney.com | sgross@hodgsonruss.com | hforrest@jw.com |
| rcarrillo@gsblaw.com | shandler@mwe.com | jteitelbaum@morganlewis.com |
| rcharles@lrlaw.com | mquinn@mwe.com | rbaskin@tblawllp.com |
| rcovino@lordbissell.com | shandler@sbclasslaw.com | ipachulski@stutman.com |
| rdaversa@mayerbrown.com | shapiro@steinbergshapiro.com | jdavidson@stutman.com |
| rdremluk@seyfarth.com | sharon.petrosino@hp.com | |
| resterkin@morganlewis.com | sholmes@hunton.com | |
| Rfeinstein@pszjlaw.com | sjennik@kjmlabor.com | |
| Ischarf@pszjlaw.com | sjfriedman@jonesday.com | |
| RGMason@wlrk.com | sjohnston@cov.com | |

NY\1542016.1