IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                       :

|  | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

AFFIDAVIT OF SERVICE

       I, Darlene Calderon, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

       On June 12, 2009, I caused to be served the documents listed below (i) upon the parties listed on Exhibit A hereto via overnight mail, (ii) upon the parties listed on Exhibit B hereto via electronic notification and (iii) upon the parties listed on Exhibit C hereto via facsimile:

1) Notice of Intention to Renew De Minimis Real Property Lease (Brighton, Michigan Lease) [a copy of which is attached hereto as Exhibit D]

2) Notice of Proposed Sale of Property in Dayton, Ohio Pursuant to Order Under 11 U.S.C. § 363 Approving Procedures to Sell Certain De Minimis Assets Free and Clear of Liens, Claims, and Encumbrances [a copy of which is attached hereto as Exhibit E]

       On June 12, 2009, I caused to be served the document listed below (i) upon the party listed on Exhibit F hereto via overnight mail, and (ii) upon the party listed on Exhibit G hereto via electronic notification:

3) Notice of Intention to Renew De Minimis Real Property Lease (Brighton, Michigan Lease) [a copy of which is attached hereto as Exhibit D]

On June 12, 2009, I caused to be served the document listed below (i) upon the parties listed on <u>Exhibit H</u> hereto via overnight mail, and (ii) upon the parties listed on <u>Exhibit I</u> hereto via facsimile:

4)  Notice of Proposed Sale of Property in Dayton, Ohio Pursuant to Order Under 11 U.S.C. § 363 Approving Procedures to Sell Certain De Minimis Assets Free and Clear of Liens, Claims, and Encumbrances [a copy of which is attached hereto as <u>Exhibit E</u>]

Dated: June 16, 2009

_____*/s/ Darlene Calderon*_____
Darlene Calderon

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 16th day of June, 2009, by Darlene Calderon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _*/s/ L. Maree Sanders*_____

Commission Expires: __*10/1/09*_____

# EXHIBIT A

Delphi Corporation
De Minimis Sale Notice Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Phone | Party/Function |
|---------|---------|----------|----------|------|-------|-----|-------|----------------|
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | Counsel to Debtor's Postpetition Administrative Agent |
| JPMorgan Chase Bank, NA | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | |
| JPMorgan Chase Bank, NA | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10012 | 212-270-0426 | |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | Counsel to Official Committee of Unsecured Creditors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| United States Trustee | Brian Masumoto | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | Counsel to United States Trustee |
| Varnum, Riddering,Schmidt & Howlett | Michael S. McElwee | Bridge Water Place | P.O. Box 352 | Grand Rapids | MI | 49501 | 616-336-6827 | |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

6/15/2009 8:25 PM
De Minimis Sale Notices Service List Overnight

# EXHIBIT B

Delphi Corporation
De Minimis Sale Notice Service List

| Company | Contact | Address1 | City | State | Zip | Phone | Email | Party/Function |
|---------|---------|----------|------|-------|-----|-------|-------|----------------|
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | New York | NY | 10017 | 212-450-4092 212-450-4213 | donald.bernstein@dpw.com brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | New York | NY | 10022 | 212-906-1370 | robert.rosenberg@lw.com | Counsel to Official Committee of Unsecured Creditors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | New York | NY | 10017 | 212-455-2000 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

6/15/2009 8:28 PM
De Minimis Sale Notices Service List Email

# EXHIBIT C

Delphi Corporation
De Minimis Sale Notice Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Phone | Fax | Party/Function |
|---|---|---|---|---|---|---|---|---|---|
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | 212-450-3092 212-450-3213 | Counsel to Debtor's Postpetition Administrative Agent |
| JPMorgan Chase Bank, NA | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | |
| JPMorgan Chase Bank, NA | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10012 | 212-270-0426 | 212-270-0430 | |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | Counsel to Official Committee of Unsecured Creditors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Varnum, Riddering,Schmidt & Howlett | Michael S. McElwee | Bridge Water Place | P.O. Box 352 | Grand Rapids | MI | 49501 | 616-336-6827 | 616-336-7000 | |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

6/15/2009 8:27 PM
De Minimis Sale Notices Service List Fax

# EXHIBIT D

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re                                        :    Chapter 11
                                             :
DELPHI CORPORATION, et al.,                  :    Case No.  05-44481 (RDD)
                                             :
                        Debtors.             :    (Jointly Administered)
                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF INTENTION TO RENEW DE MINIMIS REAL PROPERTY LEASE
(Brighton, Michigan Lease)

1.    ORDER APPROVING PROCEDURES TO ENTER INTO OR RENEW REAL
      PROPERTY LEASES

        PLEASE TAKE NOTICE that on January 6, 2006, the United States Bankruptcy
Court for the Southern District of New York entered an Order Under 11 U.S.C. §§ 363,
1107, And 1108 Approving Procedures To Enter Into Or Renew Real Property Leases
Without Further Court Approval (the "Order," a copy of which is attached hereto as
Exhibit 1) (Docket No. 1777).   The Order authorized the above-captioned debtors and
debtors-in-possession (the "Debtors") to enter into certain lease transactions upon notice
to the Notice Parties (as defined in the Order) without further Court approval.   The
Debtors have determined to renew the following de minimis real property lease (the
"Lease") pursuant to the Order:

                    Location Of Leased Premises:

                    12501 East Grand River
                    Brighton, Michigan

2.    LEASE RENEWAL EFFECTIVE DATE

        PLEASE TAKE FURTHER NOTICE that Delphi Automotive Systems LLC (the
"Tenant"), one of the Debtors, plans on entering into the Lease Renewal with respect to
the premises described in paragraph 1 hereof (the "Premises") on June 26, 2009.

3.    LESSOR

        Osprey S.A., LTD.

PLEASE TAKE FURTHER NOTICE that the Lessor under the Lease is not an "insider" of any of the Debtors as defined in 11 U.S.C. § 101(31).

4.    <u>DESCRIPTION OF LEASE RENEWAL TERMS</u>

PLEASE TAKE FURTHER NOTICE that a description of the terms of the de minimis Lease Renewal is attached hereto as <u>Exhibit 2</u>.

Dated:   New York, New York
         June 12, 2009

                              SKADDEN, ARPS, SLATE, MEAGHER
                                & FLOM LLP

                              By:   /s/ John Wm. Butler, Jr.
                                  John Wm. Butler, Jr.
                                  John K. Lyons
                                  Ron E. Meisler
                              333 West Wacker Drive, Suite 2100
                              Chicago, Illinois 60606

                                  - and -

                              By:   /s/ Kayalyn A. Marafioti
                                  Kayalyn A. Marafioti
                              Four Times Square
                              New York, New York 10036

                              Attorneys for Delphi Corporation, <u>et al.</u>,
                                Debtors and Debtors-in-Possession

Exhibit 1 - Order

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                        :
    In re                               :       Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :       Case No. 05-44481 (RDD)
                                        :
                Debtors.            :       (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER UNDER 11 U.S.C. §§ 363, 1107, AND 1108 APPROVING
PROCEDURES TO ENTER INTO OR RENEW REAL PROPERTY
LEASES WITHOUT FURTHER COURT APPROVAL

("LEASE PROCEDURES ORDER")

Upon the motion, dated December 16, 2005 (the "Motion"), of Delphi Corporation

and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the

above-captioned cases (collectively, the "Debtors"), for an order (the "Order") under 11 U.S.C. §§

365, 1107, and 1108 approving procedures to enter into new or renew existing non-residential leases

or subleases of real property (the "Leases") without further Court approval; and upon the record of

the hearing held on the Motion; and this Court having determined that the relief requested in the

Motion is in the best interests of the Debtors, their estates, their creditors, and other parties-in-

interest; and it appearing that proper and adequate notice of the Motion has been given and that no

other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause

appearing therefor it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

    1.   The Motion is GRANTED as provided herein.

2.    The Debtors are hereby authorized but not directed to enter into or renew the Leases without further Court approval, subject to the procedures set forth below.

3.    For a Lease with average Lease obligations of $200,000 or less per annum or Lease obligations of $1 million or less in the aggregate (a "De Minimis Lease"), the Debtors shall be authorized but not directed to enter into or renew a De Minimis Lease without further Bankruptcy Court approval.  The Debtors, however, shall use reasonable efforts to provide notice of the terms of any De Minimis Lease it intends to enter into to counsel for the Official Committee of Unsecured Creditors prior to entering into such De Minimis Lease.  In the event Debtors are unable to provide such notice to counsel for the Official Committee of Unsecured Creditors prior to entering into a De Minimis Lease, Debtors shall provide such notice after the Debtors enter into the De Minimis Lease.  Notwithstanding the foregoing, if a lessor under a De Minimis Lease is an "insider" as defined in section 101(31) of the Bankruptcy Code, the Debtors shall comply with the procedures set forth in paragraph 4 herein.

4.    For a Lease with average lease obligations of $200,001 or more per annum or Lease obligations in excess of $1 million up to and including $5 million in the aggregate, the Debtors shall give notice of their intention to enter into or renew such Lease (the "Lease Notice") to (a) the Office of the United States Trustee for the Southern District of New York, (b) counsel for the Official Committee of Unsecured Creditors, (c) counsel for the agent under the Debtors' prepetition credit facility, and (d) counsel for the agent under the Debtors' post-petition facility (collectively, the "Notice Parties").  The Debtors shall serve the Lease Notice by facsimile, overnight delivery, or hand delivery.  The Lease Notice shall include the following information: (a) the proposed Lease to be entered into or renewed, (b) the identity of the lessor (including a statement as to whether the proposed lessor is an "insider" as defined in section 101(31) of the

Bankruptcy Code), and (c) a description of the terms of the proposed Lease.  The Notice Parties

shall have ten business days following initial receipt of the Lease Notice to object to or request

additional time to evaluate the proposed Lease.  If counsel to the Debtors receives no written

objection or written request for additional time prior to the expiration of such ten business day

period, the Debtors shall be authorized to enter into or renew the Lease.  If a Notice Party objects

to the proposed Lease within ten business days after the Lease Notice is received, the Debtors

and such objecting Notice Party shall meet and confer in an attempt to negotiate a consensual

resolution.  Should either party determine that an impasse exists, then the Debtors shall move the

Bankruptcy Court for authority to enter into or renew the Lease, as the case may be, upon notice

to the objecting party and other parties-in-interest in accordance with the Court's Case

Management Order entered on October 14, 2005 ("Case Management Order").

     5.   For a Lease with Lease obligations in excess of $5 million in the aggregate,

the Debtors will be authorized to enter into the Lease only after obtaining Bankruptcy Court

approval of the proposed Lease after notice and a hearing.

     6.   This Court shall retain jurisdiction to hear and determine all matters arising

from the implementation of this Order.

     7.   The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the

United States Bankruptcy Court for the Southern District of New York for the service and filing

of a separate memorandum of law is deemed satisfied by the Motion.

Dated:     New York, New York
        January 6, 2006


               /s/ Robert D. Drain
               UNITED STATES BANKRUPTCY JUDGE

<u>Exhibit 2 - Lease Renewal Terms</u>

1. Lessor:                          Osprey S.A., LTD
                                    7600 Grand River, Suite 185
                                    Brighton, Michigan 48114

2. Tenant:                          Delphi Automotive Systems LLC

3. Premises:                        Building comprising 64,129 square feet, and
                                    approximately 3.12 acres of land and associated
                                    improvements, all located at:

                                    12501 East Grand River
                                    Brighton, Michigan

4. Commencement Date:                July 1, 2009

5. Expiration Date:                 December 31, 2009

6. Monthly Base Rent:               $38,584.28

7. Operating Expenses:              Tenant shall pay its proportional share of
                                    operating expenses, utilities, real property taxes,
                                    special assessments, and insurance.

8. Permitted Use:                   Any lawful purpose.

9. Renewal Options:                 No renewal option.

# EXHIBIT E

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                          :

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - -  x

## NOTICE OF PROPOSED SALE OF PROPERTY IN DAYTON, OHIO PURSUANT TO ORDER UNDER 11 U.S.C. § 363 APPROVING PROCEDURES TO SELL CERTAIN DE MINIMIS ASSETS FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES

PLEASE TAKE NOTICE THAT in accordance with the Order Under 11 U.S.C.

§ 363 Approving Procedures To Sell Certain De Minimis Assets Free And Clear of Liens,

Claims, And Encumbrances And To Pay Market Rate Broker Commissions In Connection

With Such Sales Without Further Court Approval (Docket No. 766) (the "De Minimis Asset

Sale Order"), Delphi Automotive Systems, LLC (the "Debtor") hereby gives notice of its

intention to sell certain property located at 1515 Cincinnati Street, Dayton, Ohio (the

"Property") to IRG Dayton I LLC (the "Purchaser") pursuant to the Amended And Restated

Real Property Purchase Agreement by and between the Debtor and the Purchaser, dated June 4,

2009 (the "Agreement").  A copy of the Agreement is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE THAT the Property to be sold is an

improved parcel of real property that contains approximately 56.35 acres, including the

buildings located on the Property.

PLEASE TAKE FURTHER NOTICE THAT pursuant to the Agreement, the Debtor will sell the Property to the Purchaser for the purchase price of $800,000.00 and the assumption of certain liabilities, including environmental liabilities (the "Purchase Price").

PLEASE TAKE FURTHER NOTICE THAT pursuant to the listing agreement for the sale of the Property, the Debtor will pay a commission on the sale of the Property to Colliers Turley Martin Tucker ("CTMT") equal to four percent of the Purchase Price (the "Commission").

PLEASE TAKE FURTHER NOTICE THAT pursuant to a separate commission agreement (the "Commission Agreement"), CTMT will remit 25% of any part of the Commission it receives to the Debtor's internal real estate broker, DREAL Inc., a debtor in these chapter 11 cases.   A true and correct copy of the Commission Agreement is attached hereto as Exhibit B.

PLEASE TAKE FURTHER NOTICE THAT the Purchaser and CTMT are not insiders of the Debtor as such term is defined in section 101(31) of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended and in effect on October 8, 2005, and have no other connections to the Debtor.  In compliance with the De Minimis Asset Sale Order, a declaration of CTMT is attached hereto as Exhibit C.  The Debtor believes that the Purchase Price accurately reflects the current market value of the Property.  The Debtor has determined, in its business judgment, that the Agreement provides for fair and appropriate terms and is a favorable price for the Property.  The Debtor also believes that the Commission accurately reflects the current market value of the services rendered and is fair and appropriate.

PLEASE TAKE FURTHER NOTICE THAT pursuant to the De Minimis Asset Sale Order, the Debtor will consummate the sale of the Property to the Purchaser, free and

2

clear of liens, claims, and encumbrances, and take such actions as are necessary to close the

transaction, including but not limited to collection of proceeds from the Purchaser in

connection with the sale of the Property and the payment of the Commission by the Debtor to

CTMT, provided that counsel to the Debtor does not receive from a recipient of this notice a

written objection or written request for additional time to evaluate the proposed sale within five

business days from the date following initial receipt of this notice.

Dated:   New York, New York
   June 12, 2009

        SKADDEN, ARPS, SLATE, MEAGHER
         & FLOM LLP


      By: /s/ John Wm. Butler, Jr.
        John Wm. Butler, Jr.
        John K. Lyons
        Ron E. Meisler
      333 West Wacker Drive, Suite 2100
      Chicago, Illinois 60606
      (312) 407-0700


        - and -


      By: /s/ Kayalyn A. Marafioti
        Kayalyn A. Marafioti
      Four Times Square
      New York, New York 10036
      (212) 735-3000

      Attorneys for Delphi Corporation, et al.,
        Debtors and Debtors-in-Possession

# EXHIBIT F

Delphi Corporation
Special Parties

| Company | Contact | Address1 | City | State | Zip |
|---------|---------|----------|------|-------|-----|
| Osprey SA LTD | Attn Adam Kennedy | 7600 Grand River | Brighton | MI | 48114 |

# EXHIBIT G

Delphi Corporation
Special Parties

| Company | Contact | Address1 | City | State | Zip | Email |
|---------|---------|----------|------|-------|-----|-------|
| Osprey SA LTD | Attn Adam Kennedy | 7600 Grand River | Brighton | MI | 48114 | akennedy@ospreysa.com |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

6/15/2009 8:03 PM
Brighton De Minimis Special Party Email

# EXHIBIT H

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| City of Dayton | Tax Department | 101 West Third St | | Dayton | OH | 45402 |
| Colliers Turley Martin Tucker | Dave Tobeson | Principal VP | 3033 Kettering Blvd Suite 111 | Dayton | OH | 45439 |
| Colliers Turley Martin Tucker | Norm Khoury | Principal SVP | 221 E Fourth St 26th Fl | Cincinnati | OH | 45202 |
| First Highland | Kevin Smith | Principal | 4400 Dixie Hwy | Fairfield | OH | 45014 |
| Montgomery County | Treasurer | 451 West Third St | | Dayton | OH | 45402 |
| Orton Development Company | Gregg Herbert | Chief Executive Officer | 4040 MacArther Blvd Suite 315 | Newport Beach | CA | 92660 |
| Peerless Transportation & Storage | Carl Bridges | President | PO Box 1296 | Dayton | OH | 45401 |
| Stratacache | Chris Riegel | President | 1031 East Third St | Dayton | OH | 45402 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

6/15/2009 8:08 PM
Dayton De Minimis Notice Special Parties Overnight

# EXHIBIT I

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip | Fax |
|---|---|---|---|---|---|---|---|
| Colliers Turley Martin Tucker | Dave Tobeson | Principal, VP | 3033 Kettering Blvd Ste 111 | Dayton | OH | 45439 | 937-228-4909 |
| Colliers Turley Martin Tucker | Norm Khoury | Principal, SVP | 221 E. Fourth St 26th Fl | Cincinnati | OH | 45202 | 513-421-1215 |
| First Highland | Kevin Smith | Principal | 4400 Dixie Hwy | Fairfield | OH | 45014 | 513-858-2385 |
| Orton Development Company | Gregg Herbert | Chief Executive Officer | 4040 MacArther Blvd Ste 315 | Newport Beach | CA | 92660 | 949-474-7720 |
| Peerless Transportation and Storage | Carl Bridges | President | PO Box 1296 | Dayton | OH | 45401 | 937-228-8127 |
| Stratacache | Chris Riegel | President | 1031 East Third St | Dayton | OH | 45402 | 937-224-8184 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

6/15/2009 8:23 PM
Dayton De Minimis Notice Special Parties Fax