# Schulte Roth & Zabel LLP

919 Third Avenue
New York, NY 10022
212.756.2000
212.593.5955 fax

www.srz.com

Writer's Direct Number
212.756-2253

Writer's E-mail Address
adam.harris@srz.com

June 16, 2009

United States Bankruptcy Court
Southern District of New York
**Attention: Corrections Department**
One Bowling Green
New York, NY 10004-1408

Re: In re Delphi Corporation, et al Case No. 05-44481 (RDD)
In re General Motors Corp., et al. Case No. 09-50026 (REG)

Dear Sir or Madam :

On June 3, 2009, I filed a Notice of Appearance in the following in the above referenced cases in U.S. Bankruptcy Court for the Southern District of New York. (In re Delphi, DN # 16653; In re General Motors Corp., et al. DN#367)

Kindly remove my name from receiving these alerts at your earliest convenience as I no longer have need of them.

Thank you.

Yours truly,

Adam C. Harris

SRZ-10795306.2