Jo Ann Henderson Kling
418 Twin Lakes North
Clinton, MS 39056
601-924-4490
E-mail: joannhkling@comcast.net

To : Bankruptcy Court:Judge Drain, Auto Task Force, Delphi/GM executives

RE: Delphi/GM Bankruptcy (scheme – not ethical, fiducially responsible or moral.
Petition to turn over Salary Pensions to the government.

What the hourly (UAW Union) gave "back", veiled as concessions:
 Dental Insurance: $44 per month
 Vision Insurance: $ 3 per month
 Health Insurances $0
 Prescription Insurance $0
 Life Insurance $0
 Long term care $0
 Pension Reduction $0 – moved back to GM so PBGC would drop their lien
  on overseas assets that are not included in the asset pile for bankruptcy, only
  their "bad assets" are in bankruptcy – it's called selective bankruptcy.
So when the President says this is going to be difficult for everyone, how that shakes out in real numbers is:
 UAW concessions: $47.00 a month
 Salary concessions: $750 a month for total health care for a single individual
 UAW pension: no impact – GM assumed all responsibility
 Salary pension concession: ALL $1,300 in my situation (after ins. Deduction)
So, Mr. President, when you say everyone has to give up something, here is how it shakes out:
 All gave some $47.00 and SOME GAVE ALL - $2,200.
This effectively leaves GM with their legacy cost, you just don't see it – when they transfer these costs (fully funded) to the union. Again, with the creative accounting – please!

Let me quantify what the majority of salary folks are looking at for income in a Retirement situation:

Gross Amount of HUGE pension: $$2,263.37
 Taxes   $  212.08
 Health Cost $  736.20
 NET PENSION $1,326.09

This is the BIG legacy cost GM and the UAW says they are bankrupt from paying.
I know it will be hard to understand numbers this small but that is the money, we are receiving and cannot live without. How long could Rodney, Miller ,etc. live
On that??

06/15/2009 11:05 6019244490 JOANN KLING PAGE 02
Case 05-44481-rdd Doc 17309 Filed 06/16/09 Entered 06/18/09 10:18:23 Main Document
Pg 2 of 2

Page 2 of 2

I was the financial analysis for Plant 24, Cadillac Business Segment and Profit and Loss Statement. First, if I had missed my forecast as badly as the Board of Directors, I would have been fired!! The 13 years I was in Plant 24, we met or exceeded our Budget. More importantly, I can tell you the BIG NUMBERS OF PROFIT or 20% of sales.

The Delphi spin-off was a plan to fail – GM Made us sell them harnesses for less than Cost – I can prove this. We were Family First with GM at their whim – just like Platinum will be. Another plan to finally make them fail.
Your decision moved 500 union jobs to Mexico and closed 14 second tier suppliers in poor areas in Mississippi. And this was just 1 of 3 plants in Clinton. When this decision was made the business was still profitable at a 13% profit margin. Greed is a terrible black hole that has many souls in it. I praise the Lord, I won't have to discuss this with St. Peter. You will die, no matter how many billions you have in your bank accounts. Enjoy now – you do still have your pension along with all the other "Executives"? This is a yes or no question.

I worked with GMAC for 6 years, Packard 23 years, and Delphi for 4 years. I was a single parent, female in accounting – if I worked nights, I went to school in the day, if I worked days, I went to school at night. I have experience in accounting as a co-op student, data processing, first line supervision in quality, PC & L , first line supervision
in manufacturing, and of course accounting. All of this with a 4 year old child and totally Alone.

I took an early retirement (these were the years I was supposed to be building my 401k) In January 2003 I was told I had Rheumatoid Arthritis and some days, I could not even hold a pencil and walking to my office was unbearable. So after 32 years I went on my 1st sick leave. I left so I would not die. I was too sick to fight for disability –please help me. Find something else to throw away.

JoAnn Henderson Kling
General Motors/Delphi Retiree
Voter
Tax Payer