UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

DELPHI CORPORATION, et al.,                    Court No. 05-44481

       Debtor(s).                                Chapter 11
_____/               (Jointly Administered)

## MOTION FOR ADMISSION TO PRACTICE
### *Pro Hac Vice*

I, Susan Przekop-Shaw, a member in good standing of the bars of the State of Michigan, and the 6th Circuit Court of Appeals requests admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent the Michigan Workers' Compensation Agency, in the above-referenced Chapter 11 case.

| | |
|---|---|
| Mailing address: | Susan Przekop-Shaw<br>Assistant Attorney General<br>P.O. Box 30736<br>Lansing, Michigan 48909 |
| Email: | przekopshaws@michigan.gov |
| Telephone: | (517) 373-2560 |

I have submitted the filing fee of $25 with this motion for *pro hac vice* admission.

Respectfully submitted,

MICHAEL A. COX
Attorney General

Dated:  June 11, 2009

Susan Przekop-Shaw (P30495)
Assistant Attorney General

Labor Division,
Workers' Compensation Unit
P.O. Box 30736
Lansing, Michigan 48909
Telephone:  (517) 373-1176
E-Mail: przekopshaws@michigan.gov