**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ X

In re                                                    :

DELPHI CORPORATION, et al.,                              :

          Debtors.                           :

                                              :

------------------------------------------------------------ X

          Chapter 11

          Case No. 05-44481 (RDD)

          Jointly Administered

### ORDER GRANTING MOTION OF DELOITTE & TOUCHE LLP FOR AN ORDER TERMINATING THE DEBTORS' RETENTION OF DELOITTE & TOUCHE LLP AS THEIR INDEPENDENT AUDITORS AND ACCOUNTANTS

Upon the unopposed Motion of Deloitte & Touche LLP ("Deloitte & Touche") for an

Order Terminating the Debtors' Retention of Deloitte & Touche as Their Independent Auditors

and Accountants (the "Motion"); upon the notice of hearing to consider the Motion dated May

29, 2009; upon the certificate of service of Jason Blumberg dated May 29, 2009; and a hearing

on the Motion having been held before this Court on June 16, 2009; and good and sufficient

service and notice of the Motion having been given; and after due deliberation, and good and

sufficient cause existing to grant the Motion for the reasons set forth therein, it is hereby

ORDERED, that the Motion is granted in all respects; and it is further

ORDERED, that the Debtors' retention of Deloitte & Touche under Sections 327(a),

328(a) and 1107(b) of the Bankruptcy Code as independent auditors and accountants is

terminated; and it is further

ORDERED, that Deloitte & Touche is relieved from the requirements and restrictions

attendant with the retention of professionals by a debtor's estate, including, without limitation,

the "disinterestedness," "adverse interest" and disclosure requirements set forth in the

Bankruptcy Code and Bankruptcy Rules and, accordingly, is permitted to perform professional

services for parties in connection with these chapter 11 cases without regard to such

requirements or restrictions; and it is further

　　　　ORDERED, that, relief from the foregoing requirements and restrictions shall not be

construed as modifying or altering any professional standards or confidentiality responsibilities

that may be applicable with respect to the provision of services in the future by Deloitte &

Touche for other parties in connection with the Debtors and their chapter 11 cases.

　　　.

Dated: New York, New York
　　　　June 16, 2009

　　　　　　　　　　　　　　　　　　　/s/Robert D. Drain_____
　　　　　　　　　　　　　　　　　　　Honorable Robert D. Drain
　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE