United States Bankruptcy Court
Attn: Judge Robert Drain
Reference Case # 05-44481

Judge Drain,
 Almost every salaried retiree is hoping that you bring us some sort of justice regarding our pensions but you are no social worker so I had given up hope till the Supreme Court gave you a way out. As you can tell from this letter I'm no lawyer and certainly no expert on bankruptcies. But if I understood what happened recently with the Supreme Court authorizing the sale of Chrysler to Fiat over the objections of the suitors from Indiana it seems that unsecured creditors like the UAW were given part ownership of the company in an amount greater than most secured creditors were given for their debt. Is this the empathy that President Obama is requiring of all new appointees to the bench, whatever benchs their appointed too? If so then please consider the salaried retiree's pension plan in the same light.
 Now if you choose to not make our pension whole; as a condition of the upcoming auction please consider the following as you go through the process.
  1.) If there is any way to hold Appaloosa accountable for backing out of their agreement please do so. Hold their feet to the fire even if it means squeezing blood out of turnip!!! They are using our legal system to stall the action against them in hopes you'll throw it out so that it doesn't encumber the new owners. Make them pay!
  2.) Don't let the PBGC withdraw their secured claim (liens) on Delphi's foreign assets to fund our pension plan. This is very important to guys like Lou Rubinic, a 51 year old single father with 5 kids and 31 years seniority who was recently forced to retire. If our pensions get dumped on the PBGC he'll get pennies on the dollar in benefits. And if he's lucky enough to find another job what do you think he could build in a 401K for retirement??? Not much.
  3.) When it comes time to dishing out emergence bonuses to those senior executives who supposedly worked long and hard over these last four years to get us out of bankruptcy read through the bullshit. They are here in your court four years later with a plan (not very transparent I might add) that they had nothing to do with but watch what the government was going to do. Well it's true; if it weren't for the Auto Task Force bailing out GM so they could fund Platinum and absorb the union pensions and benefits you'd not only be auctioning off Delphi but GM as well. They have asked for an astronomical amount hoping that you'll whittle it down but they don't deserve a dime more than their normal compensation, period.

 These guys come up with all sorts of rhetoric to make you think they were busting their butts, well when I asked Steve Miller and Rodney O'Neal what were the options that came up and couldn't quite make work with funding our pensions I got no reply. Hmmm, do you think they were going to dump our pensions all along, it sure looks that way?

 Let me tell you how these guys work, in February 2005 the Board of Directors out of the goodness of their hearts decided to give all of us salaried employees a

retention bonus. Now when the market is falling and people are losing their jobs left and right... you offer a retention bonus. Well the real story was the executives were not going to make their performance bonus so the board came up with a way to give them a bonus; after all it wasn't their fault the company was on the brink of disaster. We even gave our CEO JT Battenberg almost a million dollars in retention bonus even though he had just said he was retiring. Imagine that, the board decided to give our retiring CEO a retention bonus in retirement. I was given $1,500 and had to sign a contract that I would not leave for three years. His contract was for three months!!!!

Please all I ask is for a little justice.

Tom Lubert
151 Huntington Trail
Cortland, OH 44410
330-637-6178-H