June 11, 2009

Judge Robert D. Drain
U S Bankruptcy Court Case 05 44481
One Bowling Green
New York, NY 10004-1408
Fax 914 390 4073

Your Honor:

This is another request for you to consider ordering a more fair and equitable treatment for the 5300 known members of Delphi Salaried Retirees Association, as well as those we have yet been able to contact.

From all appearances, you are allowing Delphi Corporation to do as they obviously have had planned with General Motors (in my opinion starting as far back as 1982) to dump all responsibilities of promised retirement benefits that were earned by those of us with 30 plus years of employment. The written word "vested" may not appear in writing in our yearly benefits printouts, but the word was very often spoken to us and referred to between employees hourly and salaried over the 40 years I worked at Delco Products / Delphi / GMC. I thought that a verbal promise was contractual as well as written one, especially when considered common language/knowledge.

Please consider that GM (Delphi's real owner) now wants to take back "certain Delphi Plants and to also deny benefits to any Delphi Hourly Workers who belonged to the IUE union rather than the UAW. There appears to be even more unethical actions in the works.

Every person who ever worked for General Motors is an equal employee under the law, so how can the law allow differences between these same employees and offer benefits to one group over another?

May God guide your judgement!

Sincerely,

*Patricia A. Lorenz*

Patricia A. Lorenz
8930 Swinging Gate Dr.
Dayton, OH 45424