**Bankruptcy Court**                                                        $6-16-09$

Judge Robert D. Drain
U.S. Bankruptcy Court  Case #05-44481
One Bowling Green
New York, New York 10004-1408

Reference case # 05-44481

As a retired Delphi Salary Employee I strongly object to the recently filed Delphi Modified Plan of
Reorganization.
This plan is structured to only benefit a few Delphi Senior Executives, General Motors, the UAW
and Platinum Equity. It is totally at the expense of Delphi creditors and the retired salary
employees and the American taxpayer . It is also clear that this whole deal is being brokered by
the US Treasury, with Tim Geithner.
GM is receiving viable, ongoing revenue producing plants at no cost other than accepting the
UAW pension plans.
Delphi Senior Executives will retain their positions and potentially receive either generous
retention or severance bonus' from the new owners.
The UAW  will continue under the GM umbrella for pensions and benefits which are being
financed by the US Government.
Platinum Equity will now own a company with revenue producing operations that have excellent
profit potential and they will pay literally nothing for this. Why are they paying more for the Alcoa
AFL unit which is much smaller and has far fewer assets?
I firmly believe that this is truly a liquidation of Delphi thinly disguised as an "emergence". Worst
of all, the valuable assets of this company are being given away and the only money left for
creditors and retirees will be in the disposition of already closed, nonrevenue producing plants
(DPH).
Perhaps even more disturbing, is the settlement Delphi is requesting of the PBGC. They have
requested that the  PBGC drops its right to secured claims and becomes an unsecured claim.
This is ludicrous. These claims should be maintained and provide funds to decrease the
underfunded position of Delphi's Salaried Retirement Plan. The court will have to address this
issue because I am sure that the PBGC will negotiate away its rights because of its unique
position in relationship to the US Treasury Department and Tim Geithner, who is brokering the
whole GM/ Delphi Process.
I ask the court to please not accept this modified plan but to send Delphi and its partners- GM,
the US Treasury, Platinum and the UAW, back to restructure a deal that is equitable to the
salaried retirees and the creditors. I believe that is the responsibility of the court.

SINCERELY,                         VICKI PRESTON

Vicki Preston