Richard J. Kantowski
281 Grand Ave
Caledonia, NY 14423

Bankruptcy Court
Judge Robert D. Drain
U.S. Bankruptcy Court Case #05-44481
One Bowling Green
New York, New York 1004-1408
Reference Case #05-44481

As a Retired Delphi Salary Employee I strongly object to the recently filed Delphi Modified Plan of Reorganization.

This Plan is structured to only benefit a few Delphi Senior Executives, General Motors, the UAW and Platinum Equity. It is totally at the expense of Delphi Creditors and the Retired Salary Employees and the American Tax Payer. It is also clear that this whole deal is being brokered by the U.S. Treasury, with Tim Geitner. GM is receiving viable, ongoing revenue producing plants at no cost other than accepting the UAW Pension Plans.

Delphi Senior Executives will retain their positions and potentially receive either generous retention or severance bonus' from the new owners.

THE UAW WILL CONTINUE UNDER THE GM UMBRELLA FOR PENSIONS AND BENEFITS WHICH ARE BEING FINANCED BY THE US GOVERNMENT.

PLATINUM EQUITY WILL NOW OWN A COMPANY WITH REVENUE PRODUCING OPERATIONS THAT HAVE EXCELLENT PROFIT POTENTIAL AND THEY WILL PAY LITERALLY NOTHING FOR THIS. WHY ARE THEY PAYING MORE FOR THE ALCOA AFL UNIT WHICH IS MUCH SMALLER AND HAS FAR FEWER ASSETS?

I FIRMLY BELIEVE THAT THIS IS A LIQUIDATION OF DELPHI THINLY DESGUISED AS AN "EMERGENCE." WORST OF ALL, THE VALUABLE ASSETS OF THIS COMPANY ARE BEING GIVEN AWAY AND THE ONLY MONEY LEFT FOR CREDITORS AND RETIREES WILL BE IN THE DISPOSITION OF ALREADY CLOSED, NON REVENUE PRODUCING PLANTS (DPH).

PERHAPS EVEN MORE DISTURBING, IS THE SETTLEMENT DELPHI IS REQUESTING OF THE PBGC. THEY HAVE REQUESTED THAT THE PBGC DROPS ITS RIGHT TO SECURED CLAIMS AND BECOMES AN UNSECURED CLAIM. THIS IS LUDICROUS. THESE CLAIMES SHOULD BE MAINTAINED AND PROVIDE FUNDS TO DECREASE THE UNDERFUNDED POSITION OF DELPHI'S SALARIED RETIREMENT PLAN. THE COURT WILL HAVE TO ADDRESS THIS ISSUE BECAUSE I AM SURE THAT THE PBGC WILL NEGOTIATE AWAY ITS RIGHTS BECAUSE OF ITS UNIQUE POSITION IN RELATIONSHIP TO THE US TREASURY AND TIM GEITNER, WHO IS BROKERING THE WHOLE GM/DELPHI

Jun 16 09 02:45p   Dick Kancewski   585-538-6191   p.4
05-44481-rdd   Doc 17126   Filed 06/16/09   Entered 06/19/09 15:12:12   Main Document
Pg 3 of 4
Pg 3

PROCESS.

I ASK THE COURT TO PLEASE NOT ACCEPT THIS MODIFIED PLAN BUT TO SEND DELPHI AND ITS PARTNERS, GM, THE U.S. TREASURY, PLATINUM AND THE UAW, BACK TO RESTRUCTURE A DEAL THAT IS EQUITABLE TO THE SALARIED RETIREES AND THE CREDITORS. I BELIEVE THAT IS THE RESPONSIBILITY OF THE COURT.

THANK YOU,

[signature]



# PRESIDENTIAL WHO'S WHO

### AMONG BUSINESS AND PROFESSIONAL ACHIEVERS
REMEMBER THE PAST, CHALLENGE THE FUTURE

Dear Company owner,

It is my pleasure to inform you that on May 12, 2009, your information was reviewed and accepted for inclusion in the 2010 edition.

**Presidential Who's Who** each year recognizes and selects key executives, professionals and organizations in all disciplines and industries for outstanding business and professional achievements.

Those who have reached a distinguished level of success in their chosen profession share this recognition.

Please take a moment to complete the invitation form below. We would also ask that you write clearly, as it will be reviewed by our editorial department.

As a reminder, **Presidential Who's Who** is pleased to inform you that there are no fees or dues to be included in the publication.

On behalf of the CEO and our esteemed staff, we wish you continued success.

Sincerely,
MarkAnthony McGuiness
Chief Operations Officer
**Presidential Who's Who**
(516) 368-9910

Please fax this form back to **(866) 676 5744** by **June 29**

*PRESIDENTIAL WHO'S WHO among Business and Professional Achievers*

| NAME (FIRST, MIDDLE INTIAL, LAST) | | JOB TITLE | |
|---|---|---|---|
| COMPANY NAME | | BEST TIME TO CALL, DAY/TIME | |
| COMPANY ADDRESS | CITY | STATE | ZIP |
| BUSINESS PHONE # EXT | HOME OR MOBILE # (NOT PUBLISHED) | FAX # (BUSINESS) | |
| SIGNATURE | | | |

PLEASE TELL US MORE ABOUT YOUR ORGANIZATION

| INDUSTRY (MEDICINE, LAW, ENGINEERING, ETC) | PRINCIPAL PRODUCT OR SERVICE |
|---|---|
| PERSONAL SPECIALTY | TYPE OF BUSINESS |

If you would like to be removed from any further faxes, please call (866) 614-1063 and enter your ten-digit fax number.