Bankruptcy Court
Judge Robert D . Drain
U.S.Bankruptcy Court Case # 05-44481
One Bowling Green
New York, New York 10004-1408


Dear Judge Drain,

As a recent retiree I was given a severance contract . I now understand this will be terminated. Is it lawful to make a contract for payment and then declare it unenforceable? This will be the avenue I will need to personally take when I go bankrupt. Are any contracts worth the paper they are printed on. I will file a lien against the assets of Delphi for the enforcement of this contract.

Sincerely yours,

Adrian Grammar
3049 Gated Rd
Geneva NY 14456