June 17, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610

Reference case # 05-44481

Dear Judge Drain:

As a retired Delphi Salary Employee I strongly object to the recently filed Delphi Modified Plan of Reorganization.

This plan is structured to only benefit a few Delphi Senior Executives, General Motors, the UAW and Platinum Equity. It is totally at the expense of Delphi creditors, "Non-UAW" hourly workers, the retired salary employees and the American Taxpayer.

As a Delphi Salary Retiree, I have already sacrificed my health care coverage with the approval of the Bankruptcy Court which reduced my net pension income by 40% and if my pension is turned over to the PBGC under funded, as it is, then I face losing up to another 25% of my original pension income. This is a 65% per cent reduction in total. All of this while my UAW retiree counterparts have not lost anything.

Before retirement, I was not a GM or Delphi highly paid executive. I was just a hard working stiff who decided at my parents insistence to go to College first before joining the workforce. Ironically, I and my family would be much more financially secure today if I had ignored my parents advice and had just gone to work right out of High School and joined the UAW. Is this the message that you want to send to parents everywhere? Is this what you want to tell your own children, grandchildren? I hope not.

As a retiree of Delphi, all I am asking for is that all retirees whether protected by the UAW or not, be treated equally. Obviously in these tough economic times there is going to have to be sacrifice, but why should one group have to sacrifice more than another. Why were my years put in at GM [35] and at Delphi [3] worth less than the years put in by a UAW worker?

Hopefully your job, as a Judge, is to sort through all of these motions that both debtors and creditors are filing and determine what is as fair as possible for everyone and within the limits set by law and then make your decisions accordingly without yielding to any high level external pressures.

The Modified Delphi Reorganization Plan calls for the hourly pension fund to be transferred back to GM but for the salary pension fund to be transferred to the PBGC under funded placing the responsibility of paying pensions up to a set limit upon the government [taxpayers]. Why shouldn't both pension funds be treated the same? If for some reason the salary pension can not or should not be transferred back to GM, then at least Delphi should be required to fully fund the pension plan before turning it over to the PBGC so that Delphi Salary Retirees are not forced to give up any more of their pension income and further regret following their parents advice and going to College rather than joining the UAW.

Please do what is legally and morally right and as fair as possible for everyone.

Best Regards,


James H. Thomas, Delphi Salary Retiree