MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Tel. (212) 506-2500
Fax (212) 262-1910
Jeffrey G. Tougas

*Attorneys for Bank of America*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: DELPHI CORPORATION, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 05-44481 (RDD) <br><br> (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST
FOR REMOVAL FROM COURT MATRIX AND SERVICE LIST**

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws his appearance on behalf of Bank of America in the above-captioned case, and requests that he be removed from the Court's matrix, service list and any other service list in the above-captioned case.

Dated: New York, New York
June 22, 2009

/s/ Jeffrey G. Tougas
Jeffrey G. Tougas
MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Tel.: (212) 506-2500
Fax: (212) 262-1910