K&L GATES LLP                                          **Hearing Date:  July 23, 2009**
Edward M. Fox, Esq.
599 Lexington Avenue
New York, New York 10022
Telephone (212) 536-3900

Attorneys for Wilmington Trust Company,
as Indenture Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                          :        Chapter 11
                                                :        Case No. 05-44481 (RDD)
DELPHI CORPORATON, *et al.*,                     :        (Jointly Administered)
                                                :
        Debtors.                                :
                                                :
-------------------------------------------------------X

### PRELIMINARY OBJECTION OF WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE, TO DEBTORS' REQUEST FOR: (I) CONFIRMATION OF MODIFIED FIRST AMENDED PLAN OF REORGANIZATION; OR (II) APPROVAL OF SALE OF SUBSTANTIALLY ALL ASSETS OUTSIDE OF THE ORDINARY COURSE OF BUSINESS PURSUANT TO § 363 OF THE BANKRUPTCY CODE

Wilmington Trust Company ("WTC"), as indenture trustee for the senior notes

and debentures in the aggregate principal amount of $2 billion issued by Delphi Corporation

("Delphi"), by and through its attorneys, K&L Gates LLP, hereby files this preliminary objection

to the motion (the "Motion") filed by Delphi and its debtor subsidiaries and affiliates

(collectively, the "Debtors") for approval of certain modifications to the confirmed First

Amended Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and

Debtors in Possession, or, in the alternative, for authorization to sell substantially all of their

assets pursuant to section 363(b) of the Bankruptcy Code, stating as follows:

1.      WTC respectfully submits that the relief requested by the Debtors' Motion

is not authorized by the Bankruptcy Code, and is not in the best interest of the Debtors' estates

and creditors.  WTC is therefore filing this objection in order to create a contested matter and

permit it to take discovery regarding the Motion.

        2.     WTC expressly reserves the right to supplement or amend this objection

upon the conclusion of discovery and prior to the hearing on the Motion.

        WHEREFORE, WTC respectfully requests that the Court enter an Order denying

the Motion, and granting such other and further relief as this Court deems just and proper.

Dated: New York, New York
     June 22, 2009

                   K&L GATE LLP

                   By:_____*/s/ Edward M. Fox*_____
                      Edward M. Fox
                      A Member of the Firm
                   Attorneys for Wilmington Trust Company,
                   as Indenture Trustee
                   599 Lexington Avenue
                   New York, NY 10022
                   (212) 536-3900