**Objection Deadline:  July 2, 2009 at 4:00 p.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

NOTICE OF SETTLEMENT OF ORDER UNDER 11 U.S.C. § 546(c) AND AMENDED
RECLAMATION PROCEDURES ORDER CLASSIFYING RECLAMATION CLAIMS
<u>AS GENERAL UNSECURED NONPRIORITY CLAIMS FOR ALL PURPOSES</u>

PLEASE TAKE NOTICE that upon the annexed Expedited Motion for Order Under 11 U.S.C. § 546(c) And Amended Reclamation Procedures Order Classifying Reclamation Claims As General Unsecured Nonpriority Claims For All Purposes (Docket No. 16663) (the "Motion") of Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), a copy of which is attached hereto as Exhibit A, the undersigned will present the Order Under 11 U.S.C. § 546(c) And Amended Reclamation Procedures Order Classifying Reclamation Claims As General Unsecured Nonpriority Claims For All Purposes (the "Order"), a copy of which is attached hereto as Exhibit B, to the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court, One Bowling Green, Room 632, New York, New York 10004-1408, on Friday, July 3, 2009 at 10:00 a.m. (prevailing Eastern time).

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Order must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 632, New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago,

Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton), in each case so as to be received no later than 4:00 p.m. (prevailing Eastern time) on July 2, 2009.

PLEASE TAKE FURTHER NOTICE that at the June 16, 2009 hearing on the Motion, the Bankruptcy Court granted the relief requested in the Motion.

PLEASE TAKE FURTHER NOTICE that the reclamation claim no**[s]**. listed below, which you hold against the Debtors, **[is/are]** subject to the Order and **[is/are]** listed on Exhibit A to the Order, and upon entry of the Order by the Bankruptcy Court accordingly will be classified as general unsecured nonpriority claims for all purposes, including for purposes of voting and distribution under any plan of reorganization of the Debtors. To the extent a reclamation claim is unresolved, the amount of the general unsecured nonpriority claim to which the reclamation claim will be classified will be determined pursuant to the Debtors' court-approved claims reconciliation procedures.

| Reclamation Claim No. | Party Asserting Reclamation Claim | Current Holder Of Reclamation Claim | Status Of Reclamation Claim | Demand Date | Agreed-Upon Amount | Supplier Demand Amount | Delphi Reconciled Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

3

Dated: June 22, 2009
      New York, New York

                                SKADDEN, ARPS, SLATE, MEAGHER &
                                   FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr.
    John K. Lyons
    Ron E. Meisler
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

By: /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession