**<u>Exhibit B</u>**

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
   In re                                   :    Chapter 11
:
DELPHI CORPORATION, et al.,       :    Case No. 05-44481 (RDD)
:
                    Debtors.     :    (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER UNDER 11 U.S.C. § 546(c) AND AMENDED RECLAMATION
PROCEDURES ORDER CLASSIFYING RECLAMATION CLAIMS AS
<u>GENERAL UNSECURED NONPRIORITY CLAIMS FOR ALL PURPOSES</u>

("ORDER DETERMINING RECLAMATION CLAIMS")

      Upon the expedited motion, dated June 5, 2009 (the "Motion"), of Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for an order pursuant to 11 U.S.C. § 546 and the Second Amended And Restated Final Order Under 11 U.S.C. §§ 362, 503, And 546 And Fed. R. Bankr. P. 9019 Establishing Procedures For Treatment Of Reclamation Claims (Docket No. 10409) classifying reclamation claims identified in <u>Exhibit A</u> attached hereto (the "Reclamation Claims") as general unsecured nonpriority claims for all purposes, including for purposes of voting and distribution under any plan of reorganization; and upon the record of the hearing held on the Motion; and after due deliberation thereon; and good and sufficient cause appearing therefor,

      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

      1.     This Court has core jurisdiction over these chapter 11 cases and the parties and property affected hereby pursuant to 28 U.S.C. §§ 157(b) and 1334. Venue of this proceeding and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The Motion is hereby granted in its entirety.

3. The Reclamation Claims shall be classified as general unsecured nonpriority claims for all purposes, including for purposes of voting and distribution under any plan of reorganization of the Debtors.

4. This Court shall retain jurisdiction to hear and determine any and all matters arising from the implementation of this order.

Dated: New York, New York
       July ___, 2009

                                                  UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

Exhibit A

| Reclamation Claim Number | Party Asserting Reclamation Demand | Current Holder of Reclamation Claim | Status of Reclamation Claim | Demand Date | Agreed-Upon Amount | Supplier Demand Amount | Delphi Reconciled Amount |
|---|---|---|---|---|---|---|---|
| 27 | Alcoa Inc. | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Unresolved | 10/10/2005 | n/a | $ 2,760,429.64 | $ 492,799.17 |
| 32 | PBR Columbia L.L.C. | PBR COLUMBIA LLC | Unresolved | 10/10/2005 | n/a | $ 1,043,145.33 | $ 1,780.09 |
| 75 | PBR Knoxville LLC | SPECIAL SITUATIONS INVESTING GROUP INC | Unresolved | 10/10/2005 | n/a | $ 3,443,149.25 | $ - |
| 109 | AFL Automotive L.P. | AFL AUTOMOTIVE LP TEXAS LIMITED PARTNERSHIP/SPCP GROUP LLC | Unresolved | 10/11/2005 | n/a | $ 373,129.95 | $ 51,983.34 |
| 110 | AVON AUTOMOTIVE, INC. | CONTRARIAN FUNDS LLC AS ASSIGNEE OF CADILLAC RUBBER & PLASTICS INC | Unresolved | 10/11/2005 | n/a | $ 715,920.17 | $ 96,919.23 |
| 317 | Citation Corporation | JP MORGAN CHASE BANK | Unresolved | 10/12/2005 | n/a | $ 543,312.80 | $ 72,015.84 |
| 337 | Yazaki North America, Inc. | YAZAKI NORTH AMERICA INC | Unresolved | 10/11/2005 | n/a | $ 555,103.78 | $ 11,357.23 |
| 372 | Ideal Tool Co. Inc. | SOL - IDEAL TOOL CO INC | Unresolved | 10/14/2005 | n/a | $ 630,913.33 | $ 118,258.54 |
| 383 | Coherent, Inc. | LONGACRE MASTER FUND LTD | Unresolved | 10/13/2005 | n/a | $ 202,500.00 | $ 202,500.00 |
| 529 | Siemens VDO Automotive Corporation | GOLDMAN SACHS CREDIT PARTNERS LP ASSIGNEE OF SIEMENS VDO AUTOMOTIVE CORPORATION AND SIEMENS VDO AUTOMOTIVE INC | Unresolved | 10/17/2005 | n/a | $ 5,186,958.58 | $ 217,346.39 |
| 713 | Phillips & Temro Industries Inc. | PHILLIPS & TEMRO INDUSTRIES LTD | Unresolved | 10/21/2005 | n/a | $ 104,732.46 | $ - |
| 750 | Foreman Tool & Mold Corporation | SOL - FOREMAN TOOL & MOLD CORP/ STONEHILL INSTITUTIONAL PARTNERS LP | Unresolved | 10/17/2005 | n/a | $ 131,194.96 | $ 27,713.06 |
| 763 | Textron Fastening Systems | GOLDMAN SACHS CREDIT PARTNERS LP | Unresolved | 10/23/2005 | n/a | $ 2,803,310.85 | $ 65,958.81 |
| 842 | Trans Tron, Ltd., Inc. | BEAR STEARNS INVESTMENT PRODUCTS INC | Unresolved | 10/11/2005 | n/a | $ 301,669.56 | $ 9,609.15 |
| 847 | Textron Fastening Systems | GOLDMAN SACHS CREDIT PARTNERS LP | Unresolved | 10/26/2005 | n/a | $ 6,951.33 | $ 40.65 |
| 1 | Small Parts | SMALL PARTS INC | Resolved | 10/04/2005 | $ 32,169.54 | n/a | n/a |
| 5 | S&Z Tool and Die Co., INC | LIQUIDITY SOLUTIONS INC | Resolved | 10/08/2005 | $ 111,882.90 | n/a | n/a |
| 6 | SyZ Rolmex, S. de R.L. de C.V. | LIQUIDITY SOLUTIONS INC | Resolved | 10/08/2005 | $ 4,000.00 | n/a | n/a |
| 7 | Trostel, Ltd | CONTRARIAN FUNDS LLC AS ASSIGNEE OF TROSTEL LTD | Resolved | 10/09/2005 | $ 16,194.53 | n/a | n/a |
| 8 | Steel Technologies, Inc | STEEL TECHNOLOGIES INC | Resolved | 10/08/2005 | $ 52,310.89 | n/a | n/a |
| 10 | Hitachi Chemical (Singapore) Pte. Ltd. | HITACHI CHEMICAL SINGAPORE PTE LTD FKA HITACHI CHEMICAL ASIA PACIFIC PTE LTD | Resolved | 10/10/2005 | $ 219,986.79 | n/a | n/a |
| 11 | ARC Automotive, Inc | ARC AUTOMOTIVE INC | Resolved | 10/10/2005 | $ 218,571.21 | n/a | n/a |
| 12 | U.S. Silica Company | US SILICA COMPANY | Resolved | 10/10/2005 | $ 6,000.00 | n/a | n/a |
| 13 | Material Sciences Corporation | MATERIAL SCIENCES CORPORATION | Resolved | 10/10/2005 | $ 39,830.12 | n/a | n/a |
| 16 | Curtis Screw Company, LLC | MADISON NICHE OPPORTUNITIES LLC | Resolved | 10/08/2005 | $ 52,906.09 | n/a | n/a |
| 18 | Unifrax Corporation | UNIFRAX CORPORATION | Resolved | 10/10/2005 | $ 25,878.10 | n/a | n/a |
| 21 | Novelis Corporation | CONTRARIAN FUNDS LLC | Resolved | 10/10/2005 | $ 33,090.25 | n/a | n/a |
| 22 | Wellman, Inc. | WELLMAN INC | Resolved | 10/10/2005 | $ 28,575.50 | n/a | n/a |
| 24 | GKN Sinter Metals | DEUTSCHE BANK SECURITIES INC | Resolved | 10/10/2005 | $ 32,312.82 | n/a | n/a |
| 25 | Flow Dry Technology Ltd. | CONTRARIAN FUNDS LLC AS ASSIGNEE OF FLOW DRY TECHNOLOGY LTD | Resolved | 10/10/2005 | $ 42,727.58 | n/a | n/a |
| 26 | PTI Engineered Plastics, Inc. | ARGO PARTNERS | Resolved | 10/10/2005 | $ 620.00 | n/a | n/a |
| 35 | HK Metalcraft Mfg Corp | HK METAL CRAFT MFG CORP | Resolved | 10/10/2005 | $ 1,533.05 | n/a | n/a |
| 38 | NEC Electronics America, Inc. | JPMORGAN CHASE BANK NA | Resolved | 10/08/2005 | $ 3,424,138.98 | n/a | n/a |
| 40 | Judd Wire, Inc. | JP MORGAN CHASE BANK | Resolved | 10/09/2005 | $ 232,871.66 | n/a | n/a |
| 41 | Hammond Group, Inc. | LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF HAMMOND GROUP INC | Resolved | 10/10/2005 | $ 15,397.30 | n/a | n/a |
| 45 | SKF USA, INC | SKF USA INC | Resolved | 10/10/2005 | $ 85,147.45 | n/a | n/a |
| 47 | Victory Packaging | VICTORY PACKAGING LP | Resolved | 10/08/2005 | $ 658,509.45 | n/a | n/a |
| 49 | HK Metal Craft Manufacturing Corp. | HK METAL CRAFT MANUFACTURING CORP | Resolved | 10/10/2005 | $ 572.00 | n/a | n/a |
| 50 | HK Metalcraft Manufacturing Corporation-Packard | HK METAL CRAFT MANUFACTURING CORP | Resolved | 10/10/2005 | $ 3,850.28 | n/a | n/a |
| 51 | Thaler Machine Company | LONGACRE MASTER FUND LTD | Resolved | 10/10/2005 | $ 31,412.25 | n/a | n/a |
| 52 | Select Industries Corp. | SELECT INDUSTRIES CORPORATION FKA SELECT TOOL & DIE CORP | Resolved | 10/10/2005 | $ 20,736.60 | n/a | n/a |
| 53 | INA USA Corporation | CONTRARIAN FUNDS LLC AS ASSIGNEE OF INA USA CORPORATION | Resolved | 10/10/2005 | $ 233,212.96 | n/a | n/a |

Exhibit A

| Reclamation Claim Number | Party Asserting Reclamation Demand | Current Holder of Reclamation Claim | Status of Reclamation Claim | Demand Date | Agreed-Upon Amount | Supplier Demand Amount | Delphi Reconciled Amount |
|---|---|---|---|---|---|---|---|
| 54 | Robin Mexicana, S. de R.L. de C.V. | ROBIN MEXICANA S DE RL DE CV | Resolved | 10/10/2005 | $ 47,982.69 | n/a | n/a |
| 55 | Robin Industries, Inc. | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/10/2005 | $ 81,341.20 | n/a | n/a |
| 56 | Robin Industries | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/10/2005 | $ 58,220.01 | n/a | n/a |
| 57 | Valeo Switches & Detection Systems, Inc | VALEO SWITCHES AND DETECTION SYSTEMS INC | Resolved | 10/10/2005 | $ 1,653.86 | n/a | n/a |
| 61 | Eagle Picher Automotive | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/10/2005 | $ 20,001.80 | n/a | n/a |
| 62 | Integrated Logistics Solutions | INTEGRATED LOGISTICS SOLUTIONS | Resolved | 10/10/2005 | $ 1,057.80 | n/a | n/a |
| 68 | FAG Automotive | CONTRARIAN FUNDS LLC AS ASSIGNEE OF SCHAEFFLER CANADA INC | Resolved | 10/10/2005 | $ 80,774.09 | n/a | n/a |
| 69 | Angell-Demmel North America | LONGACRE MASTER FUND LTD | Resolved | 10/11/2005 | $ 13,807.69 | n/a | n/a |
| 70 | Teleflex, Incorporated | BEAR STEARNS INVESTMENT PRODUCTS INC | Resolved | 10/10/2005 | $ 57,003.25 | n/a | n/a |
| 71 | Carolina Forge Co. LLC | JPMORGAN CHASE BANK NA | Resolved | 10/11/2005 | $ 197,519.25 | n/a | n/a |
| 72 | Meadville Forging Co | JPMORGAN CHASE BANK NA | Resolved | 10/10/2005 | $ 213,681.48 | n/a | n/a |
| 73 | Chicago Rivet & Machine Co. | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/10/2005 | $ 5,830.84 | n/a | n/a |
| 76 | Ken-Mac Metals | HAIN CAPITAL INVESTORS LLC | Resolved | 10/10/2005 | $ 55,022.63 | n/a | n/a |
| 82 | American & Efird | AMROC INVESTMENTS LLC | Resolved | 10/10/2005 | $ 8,323.61 | n/a | n/a |
| 83 | Prestolite Wire Corporation | CONTRARIAN FUNDS LLC AS ASSIGNEE OF PRESTOLITE WIRE CORPORATION | Resolved | 10/10/2005 | $ 16,141.07 | n/a | n/a |
| 90 | Cascade Die Casting Group, Inc | CASCADE DIE CASTING GROUP | Resolved | 10/10/2005 | $ 11,105.86 | n/a | n/a |
| 93 | ChicagoRivet & Machine Co. | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/11/2005 | $ 2,133.34 | n/a | n/a |
| 95 | Parkview Metal Products Inc | PARKVIEW METAL PRODUCTS | Resolved | 10/10/2005 | $ 17,050.64 | n/a | n/a |
| 96 | Strattec Security Corp | CONTRARIAN FUNDS LLC AS ASSIGNEE OF STRATTEC SECURITY CORP | Resolved | 10/10/2005 | $ 43,124.50 | n/a | n/a |
| 97 | TRANS-MATIC MFG Co Inc | REDROCK CAPITAL PARTNERS LLC | Resolved | 10/11/2005 | $ 6,207.62 | n/a | n/a |
| 98 | Quality Synthetic Rubber Inc. | QUALITY SYNTHETIC RUBBER INC | Resolved | 10/11/2005 | $ 187,197.76 | n/a | n/a |
| 99 | Rohm Electronics USA LLC | ROHM ELECTRONICS USA LLC | Resolved | 10/10/2005 | $ 107,101.70 | n/a | n/a |
| 100 | 3M Company | 3M COMPANY | Resolved | 10/11/2005 | $ 34,337.94 | n/a | n/a |
| 102 | CTS Corp | CTS CORPORATION | Resolved | 10/11/2005 | $ 28,261.53 | n/a | n/a |
| 104 | Pridgeon & Clay, Inc. | PRIDGEON & CLAY INC | Resolved | 10/10/2005 | $ 54,023.95 | n/a | n/a |
| 105 | Park-Ohio Products, Inc. | PARK OHIO PRODUCTS INC | Resolved | 10/11/2005 | $ 45,060.80 | n/a | n/a |
| 108 | Engineered Plastic Components | AFL AUTOMOTIVE LP TEXAS LIMITED PARTNERSHIP/AFL AUTOMOTIVE LIMITED PARTNERSHIP MICHIGAN LIMITED PARTNERSHIP/SPCP GROUP LLC | Resolved | 10/12/2005 | $ 234,212.10 | n/a | n/a |
| 111 | Magnesium Aluminum Corporation | AMROC INVESTMENTS LLC | Resolved | 10/11/2005 | $ 36,684.88 | n/a | n/a |
| 112 | Fawn Industries | FAWN PLASTICS CO INC | Resolved | 10/11/2005 | $ 26,190.18 | n/a | n/a |
| 120 | OSRAM Opto Semiconductors Inc | OSRAM OPTO SEMICONDUCTORS INC | Resolved | 10/11/2005 | $ 88,989.40 | n/a | n/a |
| 122 | Brazeway, Inc | JPMORGAN CHASE BANK NA AS ASSIGNEE OF BRAZEWAY INC | Resolved | 10/11/2005 | $ 101,905.91 | n/a | n/a |
| 123 | J&F Steel LLC/Ryerson Tull | JOSEPH T RYERSON & SON INC | Resolved | 10/10/2005 | $ 4,903.55 | n/a | n/a |
| 124 | Valeo Wiper Systems | VALEO ELECTRICAL SYSTEMS INC WIPERS DIVISION | Resolved | 10/12/2005 | $ 8,518.50 | n/a | n/a |
| 125 | Valeo | VALEO CLIMATE CONTROL CORPORATION | Resolved | 10/10/2005 | $ 156,725.41 | n/a | n/a |
| 126 | Mubea | MUBEA INC | Resolved | 10/11/2005 | $ 132,206.98 | n/a | n/a |
| 128 | MTD Technologies | CONTRARIAN FUNDS LLC AS ASSIGNEE OF MTD TECHNOLOGIES INC | Resolved | 10/12/2005 | $ 16,294.70 | n/a | n/a |
| 130 | Republic Engineered Products, Inc. | AMROC INVESTMENTS LLC | Resolved | 10/10/2005 | $ 305,961.91 | n/a | n/a |
| 131 | Sony Electronics Inc. | LONGACRE MASTER FUND LTD | Resolved | 10/10/2005 | $ 12,250.00 | n/a | n/a |
| 135 | Robin Industries, Inc. | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/11/2005 | $ 4,266.38 | n/a | n/a |
| 136 | Robin Industries, Inc | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/11/2005 | $ 20,668.09 | n/a | n/a |
| 137 | Robin Industries, Inc | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/10/2005 | $ 27,814.26 | n/a | n/a |

Exhibit A

| Reclamation Claim Number | Party Asserting Reclamation Demand | Current Holder of Reclamation Claim | Status of Reclamation Claim | Demand Date | Agreed-Upon Amount | Supplier Demand Amount | Delphi Reconciled Amount |
|---|---|---|---|---|---|---|---|
| 146 | Affinia Canada Corp. | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/11/2005 | $ 10,000.00 | n/a | n/a |
| 149 | Sharp Electronics Corporation | LONGACRE MASTER FUND LTD AS ASSIGNEE/TRANSFEREE OF SHARP ELECTRONICS CORP | Resolved | 10/11/2005 | $ 40,000.00 | n/a | n/a |
| 153 | Molex Connector Corporation | TPG CREDIT STRATEGIES FUND LP | Resolved | 10/11/2005 | $ 325,797.70 | n/a | n/a |
| 157 | Cardone Industries, Inc | CARDONE INDUSTRIES INC | Resolved | 10/12/2005 | $ 9,760.00 | n/a | n/a |
| 158 | Muskegon Casting Corp. | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/11/2005 | $ 11,566.85 | n/a | n/a |
| 163 | Eaton Corporation | LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF EATON CORPORATION | Resolved | 10/10/2005 | $ 107,257.28 | n/a | n/a |
| 165 | Precision Stamping | SPCP GROUP LLC AS ASSIGNEE OF PRECISION DIE & STAMPING INC | Resolved | 10/12/2005 | $ 16,615.31 | n/a | n/a |
| 166 | Johnson Battery Company, Inc. | JOHNSON BATTERY COMPANY INC | Resolved | 10/12/2005 | $ 13,494.00 | n/a | n/a |
| 176 | Lunt Manufacturing Company | STONEHILL INSTITUTIONAL PARTNERS LP | Resolved | 10/11/2005 | $ 10,000.00 | n/a | n/a |
| 178 | Spring Engineering & Manufacturing Corporation | MADISON INVESTMENT TRUST SERIES 38 | Resolved | 10/11/2005 | $ 5,293.69 | n/a | n/a |
| 184 | American Coil Spring Company, Inc. | AMERICAN COIL SPRING COMPANY | Resolved | 10/12/2005 | $ 6,798.05 | n/a | n/a |
| 185 | Hilite International, Inc | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/10/2005 | $ 2,422.72 | n/a | n/a |
| 186 | Milliken & Company | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/11/2005 | $ 202,412.11 | n/a | n/a |
| 188 | Trelleborg Automotive | CONTRARIAN FUNDS LLC AS ASSIGNEE OF TRELLEBORG YSH SA DE CV/CONTRARIAN FUNDS LLC AS ASSIGNEE OF TRELLEBORG YSH INC | Resolved | 10/10/2005 | $ 15,865.76 | n/a | n/a |
| 189 | Otto Bock Polyurethane Technologies, Inc. | LONGACRE MASTER FUND LTD | Resolved | 10/10/2005 | $ 130,000.00 | n/a | n/a |
| 191 | ATF, Incorporated | ACCURATE THREADED FASTENERS INC ATF INC | Resolved | 10/11/2005 | $ 71,376.60 | n/a | n/a |
| 195 | Engineered Sintered Components - Hain Capital Holdings, LLC | HAIN CAPITAL INVESTORS LLC | Resolved | 10/12/2005 | $ 7,443.36 | n/a | n/a |
| 200 | Gobar Systems | GOBAR SYSTEMS INC | Resolved | 10/12/2005 | $ 2,848.88 | n/a | n/a |
| 201 | Fulton Industries, Inc. | FULTON INDUSTRIES INC | Resolved | 10/12/2005 | $ 912.23 | n/a | n/a |
| 203 | CTS of Canada | BEAR STEARNS INVESTMENT PRODUCTS INC | Resolved | 10/11/2005 | $ 3,120.45 | n/a | n/a |
| 205 | H & L Tool Company, Inc. | H & L TOOL COMPANY INC | Resolved | 10/09/2005 | $ 7,344.65 | n/a | n/a |
| 206 | Wamco, Inc. | AMROC INVESTMENTS LLC | Resolved | 10/11/2005 | $ 63,001.69 | n/a | n/a |
| 207 | Chicago Rivet & Machine Co. | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/12/2005 | $ 1,553.52 | n/a | n/a |
| 215 | Chicago Rivet & Machine Company | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/10/2005 | $ 1,735.38 | n/a | n/a |
| 217 | Iriso USA, Inc. | AMROC INVESTMENTS LLC | Resolved | 10/12/2005 | $ 58,853.42 | n/a | n/a |
| 218 | GE Thermometrics, Inc. | GE INFRASTRUCTURE SENSING | Resolved | 10/13/2005 | $ 42,903.31 | n/a | n/a |
| 219 | Boyd Corporation | BOYD CORPORATION | Resolved | 10/12/2005 | $ 16,738.79 | n/a | n/a |
| 222 | Elgin Die Mold Company | LIQUIDITY SOLUTIONS INC | Resolved | 10/10/2005 | $ 2,668.00 | n/a | n/a |
| 228 | Illinois Tool Works | Multiple Owners | Resolved | 10/12/2005 | $ 244,697.11 | n/a | n/a |
| 229 | EFTEC North America | EFTEC NORTH AMERICA | Resolved | 10/12/2005 | $ 14,711.99 | n/a | n/a |
| 230 | AMI Industries, Inc. | CONTRARIAN FUNDS LLC | Resolved | 10/12/2005 | $ 184.23 | n/a | n/a |
| 232 | Metal Cladding, Inc. | METAL CLADDING INC | Resolved | 10/12/2005 | $ 14,090.99 | n/a | n/a |
| 235 | Assembly System Innovators | CONTRARIAN FUNDS LLC | Resolved | 10/10/2005 | $ 325.80 | n/a | n/a |
| 239 | Lexington Connector Seals | LEXINGTON RUBBER GROUP INC | Resolved | 10/12/2005 | $ 12,451.81 | n/a | n/a |
| 241 | GE Silicones | GE SILICONES | Resolved | 10/13/2005 | $ 37,338.82 | n/a | n/a |
| 242 | Teleflex Incorporated | BEAR STEARNS INVESTMENT PRODUCTS INC | Resolved | 10/11/2005 | $ 4,315.42 | n/a | n/a |
| 244 | Cherry GmbH | CHERRY GMBH | Resolved | 10/11/2005 | $ 161,563.08 | n/a | n/a |
| 245 | Chicago Rivet & Machine Co. | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/10/2005 | $ 11,201.77 | n/a | n/a |
| 247 | Chicago Rivet & Machine Co. | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/10/2005 | $ 822.47 | n/a | n/a |
| 249 | Lexington Connector Seals | LEXINGTON RUBBER GROUP INC | Resolved | 10/12/2005 | $ 28,390.99 | n/a | n/a |
| 252 | Reliable Casting Corporation | RELIABLE CASTING CORP SIDNEY DIV | Resolved | 10/12/2005 | $ 37,324.15 | n/a | n/a |
| 253 | Master Molded Products Corporation | LONGACRE MASTER FUND LTD | Resolved | 10/13/2005 | $ 21,774.05 | n/a | n/a |
| 254 | CTS Automotive Products | CTS CORPORATION | Resolved | 10/11/2005 | $ 77,431.40 | n/a | n/a |

Exhibit A

| Reclamation Claim Number | Party Asserting Reclamation Demand | Current Holder of Reclamation Claim | Status of Reclamation Claim | Demand Date | Agreed-Upon Amount | Supplier Demand Amount | Delphi Reconciled Amount |
|---|---|---|---|---|---|---|---|
| 255 | SEPR Ceramic Beads and Powders | CONTRARIAN FUNDS LLC | Resolved | 10/12/2005 | $ 35,310.00 | n/a | n/a |
| 258 | N.D.K. America, Inc. | LATIGO MASTER FUND LTD | Resolved | 10/12/2005 | $ 145,267.57 | n/a | n/a |
| 259 | Foster Electric (U.S.A.), Inc. | CONTRARIAN FUNDS LLC | Resolved | 10/12/2005 | $ 433.60 | n/a | n/a |
| 262 | VJ TECHNOLOGIES, INC. | LONGACRE MASTER FUND LTD | Resolved | 10/12/2005 | $ 60,000.00 | n/a | n/a |
| 263 | Carlton-Bates Company | CARLTON BATES COMPANY | Resolved | 10/11/2005 | $ 66,627.99 | n/a | n/a |
| 266 | Integrated Cable Systems, Inc. | INTEGRATED CABLE SYSTEMS INC | Resolved | 10/12/2005 | $ 28,105.36 | n/a | n/a |
| 267 | Arrow Sheet Metal Co. | ARROW SHEET METAL PRODUCTS CO | Resolved | 10/12/2005 | $ 6,367.31 | n/a | n/a |
| 269 | Markel Corporation | MARKEL CORP | Resolved | 10/10/2005 | $ 8,585.01 | n/a | n/a |
| 271 | Hollingsworth & Vose Company | HOLLINGSWORTH & VOSE CO | Resolved | 10/11/2005 | $ 5,984.96 | n/a | n/a |
| 273 | Tokico (USA) Incorporated | DEUTSCHE BANK SECURITIES INC | Resolved | 10/11/2005 | $ 466.56 | n/a | n/a |
| 275 | KOA Speer Electronics, Inc. | KOA SPEER ELECTRONICS INC | Resolved | 10/10/2005 | $ 495.50 | n/a | n/a |
| 277 | Graber-Rogg, Inc. | GRABER ROGG INC | Resolved | 10/11/2005 | $ 1,376.07 | n/a | n/a |
| 281 | Graber Rogg, Inc. | GRABER ROGG INC | Resolved | 10/12/2005 | $ 26,352.82 | n/a | n/a |
| 282 | Casco Products Corporation | CASCO PRODUCTS CORPORATION | Resolved | 10/05/2005 | $ 5,760.48 | n/a | n/a |
| 289 | Automotive Electronic Controls | BLUE ANGEL CLAIMS LLC | Resolved | 10/11/2005 | $ 3,268.34 | n/a | n/a |
| 291 | Motorola | LONGACRE MASTER FUND LTD | Resolved | 10/11/2005 | $ 39,060.00 | n/a | n/a |
| 292 | Stueken, LLC | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/11/2005 | $ 12,760.50 | n/a | n/a |
| 296 | Total Component Solutions | AMROC INVESTMENTS LLC | Resolved | 10/13/2005 | $ 900.36 | n/a | n/a |
| 297 | United Plastics Group, Inc. | UNITED PLASTICS GROUP/UPC DE MEXICO S DE RL DE CV | Resolved | 10/13/2005 | $ 12,681.59 | n/a | n/a |
| 305 | Millenium Industries Corporation Cass City | CONTRARIAN FUNDS LLC | Resolved | 10/13/2005 | $ 1,942.04 | n/a | n/a |
| 306 | Emhart Teknologies | EMHART TEKNOLOGIES LLC | Resolved | 10/13/2005 | $ 27,128.77 | n/a | n/a |
| 307 | M & S Manufacturing | M & S MANUFACTURING COMPANY | Resolved | 10/13/2005 | $ 13,620.06 | n/a | n/a |
| 308 | Cataler North America Corporation | SPECIAL SITUATIONS INVESTING GROUP INC | Resolved | 10/13/2005 | $ 18,298.73 | n/a | n/a |
| 309 | Ralco Industries | LONGACRE MASTER FUND LTD | Resolved | 10/11/2005 | $ 26,986.10 | n/a | n/a |
| 313 | International Rectifier | INTERNATIONAL RECTIFIER CORPORATION | Resolved | 10/11/2005 | $ 25,243.50 | n/a | n/a |
| 315 | Stanley Electric Sales of America, Inc. | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/11/2005 | $ 145,690.87 | n/a | n/a |
| 319 | Panasonic Automotive Systems Company of America | GOLDMAN SACHS CREDIT PARTNERS LP | Resolved | 10/13/2005 | $ 78,475.89 | n/a | n/a |
| 320 | International Resistive Co., Inc. | INTERNATIONAL RESISTIVE COMPANY WIRE & FILM TECHNOLOGIES DIVISION/INTERNATIONAL RESISTIVE COMPANY ADVANCED FILM DIVISION/TPG CREDIT OPPORTUNITIES FUND LP | Resolved | 10/13/2005 | $ 1,716.07 | n/a | n/a |
| 322 | Murata Electronic North America | SPECIAL SITUATIONS INVESTING GROUP INC | Resolved | 10/12/2005 | $ 115,579.28 | n/a | n/a |
| 323 | Catalyic Solutions | AMROC INVESTMENTS LLC | Resolved | 10/13/2005 | $ 9,345.36 | n/a | n/a |
| 328 | INA USA Corporation | CONTRARIAN FUNDS LLC AS ASSIGNEE OF INA USA CORPORATION | Resolved | 10/10/2005 | $ 32,662.29 | n/a | n/a |
| 331 | Kamax S.A.U. | KAMAX SAU | Resolved | 10/13/2005 | $ 1,803.58 | n/a | n/a |
| 333 | Rohm and Haas Company | CABLE TECHNOLOGIESINC | Resolved | 10/13/2005 | $ 18,966.38 | n/a | n/a |
| 334 | Rohm and Haas Company | ROHM AND HAAS CO | Resolved | 10/10/2005 | $ 25,117.91 | n/a | n/a |
| 335 | TT Electronics | TPG CREDIT OPPORTUNITIES FUND LP | Resolved | 10/14/2005 | $ 1,320.21 | n/a | n/a |
| 338 | Graber-Rogg, Inc. | GRABER ROGG INC | Resolved | 10/11/2005 | $ 2,547.30 | n/a | n/a |
| 341 | Rotor Clip Company, Inc. | ROTOR CLIP COMPANY INC | Resolved | 10/13/2005 | $ 14,497.86 | n/a | n/a |
| 344 | Olson International Ltd. | AMROC INVESTMENTS LLC | Resolved | 10/13/2005 | $ 27,979.91 | n/a | n/a |
| 345 | International Resistive Company, Advanced Film Division | INTERNATIONAL RESISTIVE COMPANY WIRE & FILM TECHNOLOGIES DIVISION/TPG CREDIT OPPORTUNITIES FUND LP | Resolved | 10/13/2005 | $ 77,693.93 | n/a | n/a |
| 349 | Unisource Worldwide, Inc. | UNISOURCE WORLDWIDE INC | Resolved | 10/12/2005 | $ 43.84 | n/a | n/a |
| 352 | Taurus International Corporation | SOL - TAURUS INTERNATIONAL CORP | Resolved | 10/13/2005 | $ 38,818.19 | n/a | n/a |
| 353 | RBC Bearings | RBC BEARINGS | Resolved | 10/13/2005 | $ 21,375.00 | n/a | n/a |

Exhibit A

| Reclamation Claim Number | Party Asserting Reclamation Demand | Current Holder of Reclamation Claim | Status of Reclamation Claim | Demand Date | Agreed-Upon Amount | Supplier Demand Amount | Delphi Reconciled Amount |
|---|---|---|---|---|---|---|---|
| 354 | Wright Plastic Products Co., LLC | CONTRARIAN FUNDS LLC | Resolved | 10/14/2005 | $ 20,691.18 | n/a | n/a |
| 356 | Tech Tool & Mold, Inc. | TECH TOOL & MOLD INC EFT | Resolved | 10/13/2005 | $ 45,859.51 | n/a | n/a |
| 359 | Millwood Inc. | MILLWOOD INC DBA LIBERTY INDUSTRIES INC | Resolved | 10/13/2005 | $ 1,827.00 | n/a | n/a |
| 360 | Multibase Inc. | MULTIBASE INC | Resolved | 10/14/2005 | $ 4,345.60 | n/a | n/a |
| 361 | CYRO INDUSTRIES | SPCP GROUP LLC | Resolved | 10/14/2005 | $ 80,704.28 | n/a | n/a |
| 365 | Dow Corning Corporation | DOW CORNING CORP | Resolved | 10/14/2005 | $ 12,809.61 | n/a | n/a |
| 373 | American Electronic Components Inc. | SIEMENS VDO AUTOMOTIVE CORPORATION ASSIGNEE OF AMERICAN ELECTRONIC COMPONENTS INC | Resolved | 10/14/2005 | $ 11,006.25 | n/a | n/a |
| 374 | ST MICROELECTRONICS, INC. | LONGACRE MASTER FUND LTD | Resolved | 10/12/2005 | $ 153,204.95 | n/a | n/a |
| 375 | Batesville Tool & Die, Inc. | LONGACRE MASTER FUND LTD | Resolved | 10/13/2005 | $ 20,647.07 | n/a | n/a |
| 378 | J.O. Galloup Co. | MADISON NICHE OPPORTUNITIES LLC | Resolved | 10/11/2005 | $ 1,000.00 | n/a | n/a |
| 379 | Kendall Electric Inc | MIDTOWN CLAIMS LLC | Resolved | 10/10/2005 | $ 97,429.07 | n/a | n/a |
| 381 | Silicon Laboratories, Inc. | SILICON LABORATORIES INC | Resolved | 10/13/2005 | $ 9,726.81 | n/a | n/a |
| 384 | ETCO Automotive Products | CONTRARIAN FUNDS LLC AS ASSIGNEE OF ETCO | Resolved | 10/13/2005 | $ 1,072.80 | n/a | n/a |
| 386 | Olson International, LTD. | AMROC INVESTMENTS LLC | Resolved | 10/12/2005 | $ 32,874.85 | n/a | n/a |
| 391 | Eaton Corp | EATON AEROQUIP DE MEXICO SA DE CV | Resolved | 10/10/2005 | $ 5,813.32 | n/a | n/a |
| 393 | Fujikura American, Inc. | FUJIKURA AMERICA INC | Resolved | 10/14/2005 | $ 15,482.28 | n/a | n/a |
| 394 | Century Mold & Tool | CONTRARIAN FUNDS LLC | Resolved | 10/14/2005 | $ 75,000.00 | n/a | n/a |
| 396 | American Molder Products | AMERICAN MOLDED PRODUCTS | Resolved | 10/13/2005 | $ 498.74 | n/a | n/a |
| 400 | NGK Automotive Ceramics USA, Inc. | LONGACRE MASTER FUND LTD | Resolved | 10/13/2005 | $ 425,192.03 | n/a | n/a |
| 401 | Linear Technology Corporation | LINEAR TECHNOLOGY CORPORATION | Resolved | 10/13/2005 | $ 116,070.80 | n/a | n/a |
| 402 | Tadiran Batteries | ARGO PARTNERS | Resolved | 10/13/2005 | $ 11,524.40 | n/a | n/a |
| 407 | Scientific Tube, Inc. | LONGACRE MASTER FUND LTD | Resolved | 10/14/2005 | $ 31,000.00 | n/a | n/a |
| 415 | KARL KUEFNER, KG | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/14/2005 | $ 16,927.66 | n/a | n/a |
| 417 | Stoneridge, Inc. | CONTRARIAN FUNDS LLC AS ASSIGNEE OF STONERIDGE INC FOR ITSELF AND ET AL | Resolved | 10/14/2005 | $ 12,103.66 | n/a | n/a |
| 418 | Forest City Technologies, Inc. | CONTRARIAN FUNDS LLC | Resolved | 10/12/2005 | $ 9,009.31 | n/a | n/a |
| 423 | Armada Rubber Manufacturing Co. | ASM CAPITAL LP | Resolved | 10/08/2005 | $ 1,210.00 | n/a | n/a |
| 424 | Hosiden American Corporation | FAIR HARBOR CAPITAL LLC | Resolved | 10/14/2005 | $ 1,423.64 | n/a | n/a |
| 425 | Marian Inc. | MARIAN INC FKA MARIAN RUBBER PRODUCTS | Resolved | 10/13/2005 | $ 25,605.91 | n/a | n/a |
| 426 | Acushnet Rubber Co., Inc | ACUSHNET RUBBER COMPANY INC DBA PRECIX | Resolved | 10/14/2005 | $ 14,588.49 | n/a | n/a |
| 427 | Eikenberry & Associates, Inc | EIKENBERRY & ASSOCIATES INC | Resolved | 10/17/2005 | $ 1,530.60 | n/a | n/a |
| 428 | Sinclair & Rush, Inc | AMROC INVESTMENTS LLC | Resolved | 10/14/2005 | $ 3,491.22 | n/a | n/a |
| 429 | Americhem, Inc. | AMERICHEM INC | Resolved | 10/10/2005 | $ 6,797.43 | n/a | n/a |
| 430 | AVX Corporation | AVX CORP | Resolved | 10/13/2005 | $ 11,894.48 | n/a | n/a |
| 434 | Nichicon America Corp | SPCP GROUP LLC | Resolved | 10/14/2005 | $ 5,052.44 | n/a | n/a |
| 437 | Sagami Amercia, Ltd. | SAGAMI AMERICA LTD | Resolved | 10/14/2005 | $ 22,443.37 | n/a | n/a |
| 440 | Tessier Machine Co. | TESSIER MACHINE CO | Resolved | 10/13/2005 | $ 14,880.00 | n/a | n/a |
| 441 | TDK Corporation | GOLDMAN SACHS CREDIT PARTNERS LP | Resolved | 10/13/2005 | $ 172,706.22 | n/a | n/a |
| 442 | Mabuchi Motor America Corp | MABUCHI MOTOR AMERICA CORP | Resolved | 10/14/2005 | $ 875.54 | n/a | n/a |
| 446 | Chicago Rivet | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/10/2005 | $ 871.08 | n/a | n/a |
| 450 | KOA Speer Electronics, Inc. | KOA SPEER ELECTRONICS INC | Resolved | 10/10/2005 | $ 60,936.01 | n/a | n/a |
| 453 | KOA Speer Electronics, Inc. | KOA SPEER ELECTRONICS INC | Resolved | 10/10/2005 | $ 82,085.30 | n/a | n/a |
| 454 | United Chemi-Con, Inc. | UNITED CHEMI CON INC | Resolved | 10/10/2005 | $ 22,311.50 | n/a | n/a |
| 455 | Sensus Precision Die Casting, Inc. | CONTRARIAN FUNDS LLC | Resolved | 10/17/2005 | $ 101,745.58 | n/a | n/a |
| 464 | Nu Horizons Electronics Corp. | NU HORIZONS ELECTRONICS CORP | Resolved | 10/11/2005 | $ 30,455.00 | n/a | n/a |
| 465 | Penn Aluminum International, Inc. | PENN ALUMINUM INTERNATIONAL INC | Resolved | 10/14/2005 | $ 22,680.99 | n/a | n/a |
| 466 | Jideco of Bardstown, Inc. | AMROC INVESTMENTS LLC | Resolved | 10/14/2005 | $ 6,636.00 | n/a | n/a |
| 469 | Associated Spring, Barnes Group Inc. | LONGACRE MASTER FUND LTD | Resolved | 10/13/2005 | $ 37,650.77 | n/a | n/a |
| 470 | Delta Products Corporation | DELTA PRODUCTS CORPORATION | Resolved | 10/14/2005 | $ 12,986.67 | n/a | n/a |
| 472 | Export Corporation | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/17/2005 | $ 11,691.36 | n/a | n/a |
| 474 | Whirlaway Corporation | CONTRARIAN FUNDS LLC AS ASSIGNEE OF WHIRLAWAY CORPORATION | Resolved | 10/17/2005 | $ 26,238.62 | n/a | n/a |
| 476 | Eagle Picher Automotive - Wolverine Gasket Division | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/10/2005 | $ 7,994.48 | n/a | n/a |

Exhibit A

| Reclamation Claim Number | Party Asserting Reclamation Demand | Current Holder of Reclamation Claim | Status of Reclamation Claim | Demand Date | Agreed-Upon Amount | Supplier Demand Amount | Delphi Reconciled Amount |
|---|---|---|---|---|---|---|---|
| 483 | Capsonic Group LLC | REDROCK CAPITAL PARTNERS LLC | Resolved | 10/12/2005 | $ 4,337.21 | n/a | n/a |
| 487 | Hewitt Tool & Die Inc. | HEWITT TOOL & DIE INC | Resolved | 10/17/2005 | $ 7,828.35 | n/a | n/a |
| 491 | St. Clair Plastics Co. | CONSOLIDATED INDUSTRIAL CORP | Resolved | 10/18/2005 | $ 3,795.99 | n/a | n/a |
| 492 | KOSTAL Mexicana, S.A. de C.V. | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/14/2005 | $ 11,188.73 | n/a | n/a |
| 497 | RF Monolithics | ASM CAPITAL II LP | Resolved | 10/14/2005 | $ 160,435.27 | n/a | n/a |
| 498 | Breen Color Concentrates, Inc. | BREEN COLOR CONCENTRATES INC | Resolved | 10/14/2005 | $ 5,107.39 | n/a | n/a |
| 501 | Feintool of Cincinnati, Inc. | AMROC INVESTMENTS LLC AS ASSIGNEE OF FEINTOOL CINCINATTI INC/AMROC INVESTMENTS LLC | Resolved | 10/14/2005 | $ 87,992.63 | n/a | n/a |
| 503 | Kostal of America, Inc | KOSTAL OF AMERICA INC/SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/14/2005 | $ 2,094.80 | n/a | n/a |
| 505 | Fittings Products Co. LLC d/b/a Lake Erie Products-Livonia | SIERRA LIQUIDITY FUND LLC | Resolved | 10/14/2005 | $ 4,797.32 | n/a | n/a |
| 506 | LAKE ERIE PRODUCTS INC | LAKE ERIE PRODUCTS INC | Resolved | 10/14/2005 | $ 14,082.57 | n/a | n/a |
| 514 | Electro Dynamics Crystal Corporation | ELECTRO DYNAMICS CRYSTAL CORPORATION | Resolved | 10/18/2005 | $ 2,960.00 | n/a | n/a |
| 516 | Carlisle Engineered Products, Inc. | CARLISLE ENGINEERED PRODUCTS INC | Resolved | 10/17/2005 | $ 168,880.61 | n/a | n/a |
| 521 | Olin Corp. | BANK OF AMERICA N A | Resolved | 10/10/2005 | $ 19,461.00 | n/a | n/a |
| 522 | Kickhafer Manufacturing Company | KICKHAEFER MANUFACTURING CO KMC | Resolved | 10/13/2005 | $ 37,150.59 | n/a | n/a |
| 526 | Parker-Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/17/2005 | $ 903.60 | n/a | n/a |
| 528 | American Aikoku Alpha, Inc. | AMERICAN AIKOKU ALPHA INC | Resolved | 10/17/2005 | $ 5,823.94 | n/a | n/a |
| 530 | Parker-Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/17/2005 | $ 4,507.28 | n/a | n/a |
| 531 | Werner Co. | WERNER CO | Resolved | 10/17/2005 | $ 952.91 | n/a | n/a |
| 533 | CTS Corporation | CTS CORPORATION | Resolved | 10/17/2005 | $ 2,258.44 | n/a | n/a |
| 536 | Continental/Midland LLC | CONTINENTAL MIDLAND LLC | Resolved | 10/18/2005 | $ 1,386.73 | n/a | n/a |
| 544 | OMG Americas, Inc. | OMG AMERICAS INC | Resolved | 10/18/2005 | $ 6,000.00 | n/a | n/a |
| 546 | Pioneer N.A., Inc. | WHITEBOX HEDGED HIGH YIELD PARTNERS LP | Resolved | 10/17/2005 | $ 40,059.72 | n/a | n/a |
| 552 | Henkel Loctite | HENKEL CORPORATION HENKEL LOCTITE | Resolved | 10/11/2005 | $ 177.36 | n/a | n/a |
| 553 | Sherwin-Williams Company | SHERWIN WILLIAMS COMPANY | Resolved | 10/13/2005 | $ 7,325.94 | n/a | n/a |
| 555 | Dow Corning Corporation | DOW CORNING CORP | Resolved | 10/17/2005 | $ 14,446.67 | n/a | n/a |
| 557 | Raetech Corporation | RAETECH CORPORATION | Resolved | 10/18/2005 | $ 4,500.00 | n/a | n/a |
| 577 | Commodity Management Services LTD. | COMMODITY MGMT SVCS GBS PRINTED PRODS & SYS | Resolved | 10/17/2005 | $ 511.95 | n/a | n/a |
| 578 | Capsonic Automotive, Inc. | REDROCK CAPITAL PARTNERS LLC | Resolved | 10/12/2005 | $ 2,714.88 | n/a | n/a |
| 585 | EIS Inc. | EIS INC | Resolved | 10/18/2005 | $ 570.00 | n/a | n/a |
| 586 | Kurz-Kasch Inc. | LONGACRE MASTER FUND LTD | Resolved | 10/18/2005 | $ 8,638.40 | n/a | n/a |
| 591 | Pax Machine Works, Inc. | CONTRARIAN FUNDS LLC AS ASSIGNEE OF PAX MACHINE WORKS INC | Resolved | 10/18/2005 | $ 865.58 | n/a | n/a |
| 592 | Hitchiner Manufacturing Co., Inc. | CONTRARIAN FUNDS LLC AS ASSIGNEE OF HITCHINER MANUFACTURING CO INC | Resolved | 10/17/2005 | $ 8,179.67 | n/a | n/a |
| 594 | Parker- Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/14/2005 | $ 8,163.60 | n/a | n/a |
| 596 | Parker-Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/17/2005 | $ 513.10 | n/a | n/a |
| 598 | THE GLEASON WORKS | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/14/2005 | $ 27,955.00 | n/a | n/a |
| 605 | FEDERAL SCREW WORKS | FEDERAL SCREW WORKS | Resolved | 10/18/2005 | $ 4,013.35 | n/a | n/a |
| 606 | Sanders Lead Co., Inc. | GOLDMAN SACHS CREDIT PARTNERS LP | Resolved | 10/17/2005 | $ 79,676.69 | n/a | n/a |
| 608 | Parker-Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/14/2005 | $ 2,758.89 | n/a | n/a |
| 609 | Parker-Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/14/2005 | $ 386.01 | n/a | n/a |
| 611 | UNISOURCE WORLDWIDE INC | UNISOURCE WORLDWIDE INC | Resolved | 10/18/2005 | $ 5,500.00 | n/a | n/a |
| 615 | Parker-Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/11/2005 | $ 12,642.17 | n/a | n/a |
| 617 | Alegre, Inc. | ALEGRE INC | Resolved | 10/18/2005 | $ 20,154.39 | n/a | n/a |
| 620 | Nisshinbo Automotive Corporation | REDROCK CAPITAL PARTNERS LLC | Resolved | 10/18/2005 | $ 27,446.05 | n/a | n/a |

Exhibit A

| Reclamation Claim Number | Party Asserting Reclamation Demand | Current Holder of Reclamation Claim | Status of Reclamation Claim | Demand Date | Agreed-Upon Amount | Supplier Demand Amount | Delphi Reconciled Amount |
|---|---|---|---|---|---|---|---|
| 626 | Micro Motion, Inc. | MICRO MOTION INC | Resolved | 10/18/2005 | $ 5,895.03 | n/a | n/a |
| 628 | Tessy Plastics Corporation | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/18/2005 | $ 9,176.58 | n/a | n/a |
| 630 | Diemolding Corporation | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/17/2005 | $ 941.46 | n/a | n/a |
| 632 | GCi Technologies | CONTRARIAN FUNDS LLC | Resolved | 10/18/2005 | $ 5,981.92 | n/a | n/a |
| 641 | Veritas Software Corporation | VERITAS SOFTWARE CORPORATION | Resolved | 10/19/2005 | $ 7,909.10 | n/a | n/a |
| 642 | ITT Industries, Inc. | ITT CANNON NEWTON | Resolved | 10/18/2005 | $ 11,604.80 | n/a | n/a |
| 644 | Universal Bearings, Inc. | GOLDMAN SACHS CREDIT PARTNERS LP | Resolved | 10/17/2005 | $ 898.38 | n/a | n/a |
| 645 | Camoplast Thermoplastic Group | CONTRARIAN FUNDS LLC AS ASSIGNEE OF CAMOPLAST INCORPORATED | Resolved | 10/14/2005 | $ 88,544.81 | n/a | n/a |
| 652 | Optrex America Inc. | OPTREX AMERICA INC | Resolved | 10/20/2005 | $ 25,974.39 | n/a | n/a |
| 653 | Precision Resource, Inc. | PRECISION RESOURCE INC KY DIV | Resolved | 10/20/2005 | $ 13,539.00 | n/a | n/a |
| 657 | Phillips Plastics Corporation | CONTRARIAN FUNDS LLC | Resolved | 10/18/2005 | $ 9,001.06 | n/a | n/a |
| 661 | Maxim Integrated Products, LLC. | MAXIM INTEGRATED PRODUCTS INC | Resolved | 10/18/2005 | $ 22,730.81 | n/a | n/a |
| 662 | Trelleborg Palmer Chenard | SOL - TRELLEBORG PALMER CHENARD | Resolved | 10/18/2005 | $ 3,477.60 | n/a | n/a |
| 665 | United Machining, Inc. | UNITED MACHINING INC | Resolved | 10/17/2005 | $ 1,532.85 | n/a | n/a |
| 668 | HITACHI AUTOMOTIVE PRODUCTS | DEUTSCHE BANK SECURITIES INC | Resolved | 10/18/2005 | $ 27,569.59 | n/a | n/a |
| 678 | Millwood Inc. | MILLWOOD INC DBA LIBERTY INDUSTRIES INC | Resolved | 10/13/2005 | $ 1,819.75 | n/a | n/a |
| 679 | Millwood, Inc. | MILLWOOD INC DBA LIBERTY INDUSTRIES INC | Resolved | 10/13/2005 | $ 300.00 | n/a | n/a |
| 684 | Millwood Inc. | MILLWOOD INC DBA LIBERTY INDUSTRIES INC | Resolved | 10/13/2005 | $ 2,000.00 | n/a | n/a |
| 695 | Gemini Group, Inc. | CONTRARIAN FUNDS LLC AS ASSIGNEE OF SIERRA PLASTICS INC AKA SIERRA EL PASO/CONTRARIAN FUNDS LLC AS ASSIGNEE OF GEMINI PLASTICS INC | Resolved | 10/14/2005 | $ 14,138.65 | n/a | n/a |
| 697 | Diodes Incorporated | DIODES INCORPORATED | Resolved | 10/18/2005 | $ 1,421.23 | n/a | n/a |
| 701 | Parker-Hannifin Corporation, Parker Seals | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/14/2005 | $ 3,621.90 | n/a | n/a |
| 703 | Wakefield Thermal Solutions | WAKEFIELD THERMAL SOLUTIONS | Resolved | 10/18/2005 | $ 186.68 | n/a | n/a |
| 707 | Midwest Stamping, Inc. | MIDWEST STAMPING INC | Resolved | 10/20/2005 | $ 1,242.18 | n/a | n/a |
| 719 | Electronic Services, LLC, d.b.a. CSI Electronics | CONTRARIAN FUNDS LLC AS ASSIGNEE OF ELECTRONIC SERVICES LLC DBA CSI ELECTRONICS | Resolved | 10/20/2005 | $ 29,610.00 | n/a | n/a |
| 723 | Parker-Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/17/2005 | $ 429.53 | n/a | n/a |
| 725 | Avnet, Inc. | AVNET INC | Resolved | 10/20/2005 | $ 67,613.23 | n/a | n/a |
| 728 | Security Plastics Division/NMC, LLC | CONTRARIAN FUNDS LLC AS ASSIGNEE OF SP DIV NMC LLC | Resolved | 10/18/2005 | $ 5,367.21 | n/a | n/a |
| 729 | Contrarian Capital Management LLC | BANK OF AMERICA N A/CONTRARIAN FUNDS LLC | Resolved | 10/14/2005 | $ 57,484.77 | n/a | n/a |
| 732 | Photo Stencil, LLC | CONTRARIAN FUNDS LLC | Resolved | 10/20/2005 | $ 5,295.00 | n/a | n/a |
| 747 | Standard Microsystems Corporation | STANDARD MICROSYSTEMS CORPORATION | Resolved | 10/20/2005 | $ 19,067.40 | n/a | n/a |
| 753 | Parker-Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/14/2005 | $ 19,657.49 | n/a | n/a |
| 756 | Fujikoki America, Inc. | SPECIAL SITUATIONS INVESTING GROUP INC | Resolved | 10/13/2005 | $ 102,600.39 | n/a | n/a |
| 758 | Parker- Hannifin, Eng.Seals Division | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/14/2005 | $ 3,679.78 | n/a | n/a |
| 765 | United Stars Industries, Inc. | CONTRARIAN FUNDS LLC AS TRANSFEREE OF UNITED STARS INDUSTRIES INC | Resolved | 10/24/2005 | $ 11,853.70 | n/a | n/a |
| 768 | NMB Technologies Corporation | LONGACRE MASTER FUND LTD | Resolved | 10/20/2005 | $ 4,056.80 | n/a | n/a |
| 771 | Engelhard Corporation | BLUE ANGEL CLAIMS LLC | Resolved | 10/11/2005 | $ 85,576.07 | n/a | n/a |
| 772 | Premier Products, Inc. | CONTRARIAN FUNDS LLC | Resolved | 10/17/2005 | $ 10,671.05 | n/a | n/a |
| 775 | CoorsTek, Inc. | COORSTEK INC | Resolved | 10/10/2005 | $ 30,318.20 | n/a | n/a |
| 776 | KL Industries, Inc. | ARGO PARTNERS | Resolved | 10/14/2005 | $ 4,872.55 | n/a | n/a |
| 779 | MacArthur Corporation | JPMORGAN CHASE BANK NA | Resolved | 10/13/2005 | $ 154,170.00 | n/a | n/a |
| 782 | Parker Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/16/2005 | $ 47,748.95 | n/a | n/a |
| 786 | Wako Electronics (USA) Inc. | AMROC INVESTMENTS LLC | Resolved | 10/14/2005 | $ 4,244.00 | n/a | n/a |
| 795 | Phillips Optical Storage | LATIGO MASTER FUND LTD | Resolved | 10/12/2005 | $ 34,369.12 | n/a | n/a |
| 797 | Universal Bearings, Inc. | GOLDMAN SACHS CREDIT PARTNERS LP | Resolved | 10/17/2005 | $ 339.51 | n/a | n/a |
| 798 | GKN Sinter Metals Limited | DEUTSCHE BANK SECURITIES INC | Resolved | 10/17/2005 | $ 11,600.00 | n/a | n/a |
| 800 | Philips Semiconductors, Inc. | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/12/2005 | $ 194,274.52 | n/a | n/a |

Exhibit A

| Reclamation Claim Number | Party Asserting Reclamation Demand | Current Holder of Reclamation Claim | Status of Reclamation Claim | Demand Date | Agreed-Upon Amount | Supplier Demand Amount | Delphi Reconciled Amount |
|---|---|---|---|---|---|---|---|
| 802 | Mobile Display Systems | MOBILE DISPLAY SYSTEMS | Resolved | 10/14/2005 | $ 25,930.54 | n/a | n/a |
| 804 | Tal-Port Industries, LLC/Stonehill Institutional Partners L.P. | STONEHILL INSTITUTIONAL PARTNERS LP | Resolved | 10/14/2005 | $ 30,013.94 | n/a | n/a |
| 805 | Speedline Technologies, Inc. | TPG CREDIT OPPORTUNITIES INVESTORS LP | Resolved | 10/19/2005 | $ 189,005.00 | n/a | n/a |
| 807 | Assembleon America, Inc. | LATIGO MASTER FUND LTD | Resolved | 10/21/2005 | $ 13,170.09 | n/a | n/a |
| 811 | Schleuniger, Inc. | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/17/2005 | $ 15,470.75 | n/a | n/a |
| 816 | Northern Engraving Corporation | LONGACRE MASTER FUND LTD | Resolved | 10/10/2005 | $ 35,503.86 | n/a | n/a |
| 817 | PD George Co. | LONGACRE MASTER FUND LTD | Resolved | 10/18/2005 | $ 4,723.53 | n/a | n/a |
| 818 | Seal Design, Inc. | LONGACRE MASTER FUND LTD | Resolved | 10/20/2005 | $ 1,388.63 | n/a | n/a |
| 820 | Futaba Corporation of America | BEAR STEARNS INVESTMENT PRODUCTS INC | Resolved | 10/11/2005 | $ 197,369.77 | n/a | n/a |
| 823 | Rosemount Analytical | ROSEMOUNT ANALYTICAL | Resolved | 10/20/2005 | $ 1,340.00 | n/a | n/a |
| 824 | Viking Plastics | ASM CAPITAL LP | Resolved | 10/11/2005 | $ 5,547.35 | n/a | n/a |
| 826 | Worthington Precision Metals, Inc. | SOL - WORTHINGTON PRECISION METALS INC | Resolved | 10/14/2005 | $ 23,230.90 | n/a | n/a |
| 829 | MN Corporation | MADISON INVESTMENT TRUST SERIES 38 | Resolved | 10/12/2005 | $ 25,163.47 | n/a | n/a |
| 832 | Omron Dualtec Automotive Electronics, Inc. | CONTRARIAN FUNDS LLC AS ASSIGNEE OF OMRON DUALTEC AUTOMOTIVE ELECTRONICS INC | Resolved | 10/11/2005 | $ 85,411.74 | n/a | n/a |
| 834 | CTS Corporation | CTS CORPORATION | Resolved | 10/10/2005 | $ 49,457.69 | n/a | n/a |
| 836 | AVM, Inc. | AVM INDUSTRIES LLC | Resolved | 10/12/2005 | $ 1,988.61 | n/a | n/a |
| 838 | Daishinku (America) Corp. d/b/a KDS America | DAISHINKU AMERICA CORP DBA KDS AMERICA | Resolved | 10/17/2005 | $ 15,181.24 | n/a | n/a |
| 840 | Coats American, Inc. | COATS AMERICAN INC | Resolved | 10/14/2005 | $ 3,170.89 | n/a | n/a |
| 841 | Alps Automotive, Inc. | BEAR STEARNS INVESTMENT PRODUCTS INC | Resolved | 10/18/2005 | $ 37,893.60 | n/a | n/a |
| 843 | First Technology Holdings, Inc. | FIRST TECHNOLOGY HOLDINGS INC AND AFFILIATES AND SUBSIDIARIES AND CONTROL DEVICES INC AND FIRST INERTIA SWITCH LIMITED | Resolved | 10/16/2005 | $ 23,525.65 | n/a | n/a |
| 849 | Dell Receivables | DELL INC | Resolved | 10/18/2005 | $ 12,218.83 | n/a | n/a |
| 852 | Texas Instruments | BEAR STEARNS INVESTMENT PRODUCTS INC | Resolved | 10/17/2005 | $ 64,270.14 | n/a | n/a |
| 857 | CTS Automotive Products | CTS CORPORATION | Resolved | 10/10/2005 | $ 3,735.50 | n/a | n/a |
| 858 | Micronas | MICRONAS GMBH | Resolved | 10/27/2005 | $ 18,090.00 | n/a | n/a |
| 859 | Precision Fitting and Gauge Co. | PRECISION FITTING & GAUGE CO | Resolved | 10/27/2005 | $ 892.00 | n/a | n/a |
| 863 | NSK Corporation | LONGACRE MASTER FUND LTD | Resolved | 10/13/2005 | $ 26,521.34 | n/a | n/a |
| 864 | Coilcraft Inc. | COILCRAFT INC | Resolved | 10/12/2005 | $ 4,434.68 | n/a | n/a |
| 865 | PlastiCert | ARGO PARTNERS | Resolved | 10/18/2005 | $ 9,978.00 | n/a | n/a |
| 867 | Schleuniger | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/21/2005 | $ 17,095.00 | n/a | n/a |
| 869 | Transfer Tool Products, Inc. | TRANSFER TOOL PRODUCTS INC | Resolved | 10/13/2005 | $ 1,186.74 | n/a | n/a |
| 883 | Fujitsu Components America, Inc. | FUJITSU COMPONENTS AMERICA INC | Resolved | 10/27/2005 | $ 2,018.40 | n/a | n/a |
| 884 | Parker Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/17/2005 | $ 3,151.81 | n/a | n/a |
| 887 | Parker-Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/16/2005 | $ 339.94 | n/a | n/a |
| 888 | Parker-Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/17/2005 | $ 998.52 | n/a | n/a |
| 889 | Parker-Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/11/2005 | $ 10,551.65 | n/a | n/a |
| 892 | Parker Seals | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/16/2005 | $ 1,787.81 | n/a | n/a |
| 904 | The Lighting Company | THE LIGHTING COMPANY | Resolved | 10/14/2005 | $ 791.97 | n/a | n/a |
| 905 | DuPont Powder Coatings LLC | LONGACRE MASTER FUND LTD | Resolved | 10/10/2005 | $ 8,317.35 | n/a | n/a |
| 908 | Universal Bearings, Inc. | GOLDMAN SACHS CREDIT PARTNERS LP | Resolved | 10/07/2005 | $ 153.83 | n/a | n/a |
| 911 | Metal Surfaces, Inc. | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/14/2005 | $ 14,486.60 | n/a | n/a |
| 915 | Engineered Materials Solutions | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/17/2005 | $ 43,198.89 | n/a | n/a |
| 916 | Key Safety Systems, Inc. | KEY SAFETY SYSTEMS & SUBSIDIARIES | Resolved | 10/14/2005 | $ 3,803.60 | n/a | n/a |
| | | | | | $ 16,181,727.91 | $ 18,802,421.99 | |