MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Tel. (212) 506-2500
Fax (212) 262-1910
Jeffrey G. Tougas

*Attorneys for Bank of America*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: DELPHI CORPORATION, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 05-44481 (RDD) <br><br> (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, James Hennessey, certify that I am over eighteen (18) years of age, am not a party to this action, am an attorney licensed by the State Bar of New York and admitted to practice in this Court, and that on June 22, 2009, I caused copies of the Notice (the "Notice") of Withdrawal of Appearance and Request for Removal from Court Matrix and Service List to be served by first class mail upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098, (ii) WilmerHale, LLP, 1875 Pennsylvania Avenue, NW, Washington, District of Columbia 20006 (Attn: Andrew Currie, Esq.), and (iii) Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Alicia M. Leonhard, Esq.).

I further certify that on June 22, 2009, I caused a copy of the Notice to be served by United Parcel Service upon The Honorable Robert D. Drain, United States Bankruptcy Court, One Bowling Green, New York, New York 10004.

Pg 2 of 2

2

I further certify that on June 22, 2009, I caused copies of the Notice to be served by electronic mail upon all parties who receive electronic notice of filings in this case via this Court's ECF filing system.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge.

Dated:   New York, New York
         June 22, 2009

                                                                /s/ James Hennessey
                                                                James Hennessey

pass

x

2

I further certify that on June 22, 2009, I caused copies of the Notice to be served by electronic mail upon all parties who receive electronic notice of filings in this case via this Court's ECF filing system.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge.

Dated:   New York, New York
         June 22, 2009

/s/ James Hennessey
James Hennessey