## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

IN RE:                                                               CASE NO.   05-44481 (RDD)

**DELPHI CORPORATION, et al.**

DEBTORS                                                              CHAPTER 11

------------------------------------------------------------------------

### NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM COURT MATRIX AND SERVICE LIST

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws his appearance on behalf of the Louisiana Department of Revenue in the above-captioned case, and requests that he be removed from the Court's matrix, service list and any other service list in the above-captioned case.

Dated: June 22, 2009
         Baton Rouge, Louisiana

                                                         Respectfully submitted by:

                                                         __/s/ David M. Hansen_____
                                                         David M. Hansen, La. Bar Roll No. 26916
                                                         Louisiana Department of Revenue, Legal Division
                                                         617 North Third Street
                                                         Baton Rouge, Louisiana 70802
                                                         Telephone (225) 219-2080
                                                         Facsimile (225) 231-6235
                                                         E-mail: david.hansen@la.gov

1