7255 Woodhaven Dr.
Lockport, NY 14094
June 09, 2009

United States Bankruptcy Court
Attn: Judge Robert D. Drain
One Bowling Green
New York, NY 10004



Attention: Judge Robert D. Drain,

Regarding U.S. Bankruptcy Case #05-4481

   I am writing to you regarding Delphi's plan to unload the salaried pension plan on the PBGC. I urge you to advocate for the "flow back" of the Delphi Salaried Retiree Pension to General Motors. I personally worked for GM for 21 years and then for Delphi for slightly more than 10 years after GM spun off Delphi. I suspect the spin off was just one of many steps in unloading GM's liability for the salaried pension. All of the Delphi salaried retirees spent most of their working years with GM.

   Our executives indicated that our involuntary transfer from GM to Delphi would not affect our benefits.

   For many of the retirees forced to retire prematurely, defaulting to the PBGC will be devastating. Delphi terminated our health care benefit effective April 1 of this year and also our life insurance benefit. The self pay insurance now takes up to one half of our present pension. Further reduction in the PBGC pension for younger employees, such as myself, will virtually leave no income and poor prospects for employment at our age.

   If "flow back" is not possible, I urge you to refuse to accept the Delphi Salaried Pension Assets unless the Delphi Pension fund is fully funded. I face the continued erosion of my Delphi benefits (abolition of the Salaried Pension Plan) while GM salaried benefits remain in place.

   Thank you for your consideration in this matter.

Regards,
Lydia Ferris

*Lydia Ferris*