June 14, 2009

Honorable Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610

Reference Case #05-44481

Dear Judge Drain:

I am writing to you to plead that you do not accept Delphi Corp's latest Modified Plan of
Reorganization as it currently stands in regard to Delphi's dropping their salaried retirees'
pension plan. This plan only benefits Delphi Senior Executives, General Motors and
Platinum Equity (to quote a great man) "guys in suits", as well as UAW members in
overalls.

Please do not forget equity and fairness in the law when considering the Delphi salaried
retirees and non-UAW members. With your rulings so far, my wife and I have lost our
umbrella insurance, life insurance, medical insurance, dental insurance, vision insurance,
and my SERP pension which was 40% of my paycheck. In the meantime, UAW retirees
have kept all their benefits and pensions. Aren't all unsecured creditors supposed to be
treated equally?

To make matters worse, this deal was brokered by the Auto Task Force, GM, the UAW,
the US Treasury, and Tim Geitner (who sits on the PBGC Board) using MY tax dollars to
fund the "private" purchase of Delphi! Hello? Is this fair or does it fail the "smell" test?

I beg that you be fair in your decision and throw out politics and contracts as required by
law. If you do side with Delphi's request and toss only the salaried pensions over to the
PBGC, please reinstate the PBGC's secured claims and force Platinum and GM and
Delphi to FULLY fund the pension plan for current retirees.

I appreciate your kind attention and deliberation in this matter.

Sincerely,

Robert Dettinger