**EXHIBIT A - PENSION AND OPEB CLAIMS**

| CREDITOR'S NAME * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ANDRASIK JOSEPH | 7878 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,141,836.00<br>$1,141,836.00 | 06/13/2006 | DELPHI CORPORATION (05-44481) |
| AUSTIN RANDY | 10806 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/25/2006 | DELPHI CORPORATION (05-44481) |
| AZRAD OREN | 7820 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$4,524.93<br>$4,524.93 | 06/12/2006 | DELPHI CORPORATION (05-44481) |
| BARANSKI MARK | 15744 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| BEITER PAUL | 11874 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>$1,000.00<br>$1,000.00 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| BISHOP JANICE RENEE | 14750 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| BOWARD MARK | 9071 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$3,323.99<br><br>$22,419.91<br>$25,743.90 | 07/06/2006 | DELPHI CORPORATION (05-44481) |
| BOZARTH GREGORY | 4382 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$12,800.00<br><br><br>$12,800.00 | 05/02/2006 | DELPHI CORPORATION (05-44481) |

\*     The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

05-44481-rdd    Doc 17182-1    Filed 06/22/09    Entered 06/22/09 19:20:33    Exhibit A

In re Delphi Corporation, et al.    Pg 2 of 13    **Thirty-Fourth Omnibus Claims Objection**

Case No. 05-44481 (RDD)

**EXHIBIT A - PENSION AND OPEB CLAIMS**

| CREDITOR'S NAME * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| BRAZIER J | 4487 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 05/02/2006 | DELPHI CORPORATION (05-44481) |
| BROWN DAVID L | 7385 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 06/05/2006 | DELPHI CORPORATION (05-44481) |
| BRUEWER MIKE | 13521 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: $500,000.00<br>Total: $500,000.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| BRYANT JEFFREY L | 14929 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| BURKE PAUL D | 14923 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| CABELLO JR TOMAS M | 13488 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| CAROL M STACY | 13520 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| CHAPMAN DEBORAH | 9555 | Secured:<br>Priority: $3,577.89<br>Administrative:<br>Unsecured: $2,611.23<br>Total: $6,189.12 | 07/17/2006 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

05-44481-rdd    Doc 17182-1    Filed 06/22/09    Entered 06/22/09 19:20:33    Exhibit A

In re Delphi Corporation, et al.    Pg 3 of 13    Thirty-Fourth Omnibus Claims Objection

Case No. 05-44481 (RDD)

**EXHIBIT A - PENSION AND OPEB CLAIMS**

| CREDITOR'S NAME * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| CHAPMAN ROBERT A | 9620 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | 07/17/2006 | DELPHI CORPORATION (05-44481) |
| CHENEY DAVID ALAN | 12418 | Secured:<br>Priority: $6,431.00<br>Administrative:<br>Unsecured:<br>Total: $6,431.00 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| COMBS DENICE A | 13617 | Secured:<br>Priority: $6,561.28<br>Administrative:<br>Unsecured:<br>Total: $6,561.28 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| CONIFF JOHN | 3922 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| CONWAY JAMES E | 14926 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| CRAWFORD FLOYD | 9102 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/07/2006 | DELPHI CORPORATION (05-44481) |
| DALE MARK C | 13583 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| DELANEY DAVID | 8908 | Secured: UNL<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: UNL | 07/05/2006 | DELPHI CORPORATION (05-44481) |

\*   The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*  "UNL" denotes an unliquidated claim.

05-44481-rdd   Doc 17182-1   Filed 06/22/09   Entered 06/22/09 19:20:33   Exhibit A

In re Delphi Corporation, et al.     Pg 4 of 13     Thirty-Fourth Omnibus Claims Objection

Case No. 05-44481 (RDD)

**EXHIBIT A - PENSION AND OPEB CLAIMS**

| CREDITOR'S NAME * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DINARDO NICK | 6821 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/25/2006 | DELPHI CORPORATION (05-44481) |
| DONA KEVIN R | 13462 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$2,177.49<br>$2,177.49 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| DOUGLAS SR STEPHEN B | 13535 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$225,200.00<br><br><br>$225,200.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| EHRLICH AVRON M | 9698 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 07/18/2006 | DELPHI CORPORATION (05-44481) |
| EIKAMP RALPH E | 2858 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$26,507.00<br><br><br>$26,507.00 | 04/27/2006 | DELPHI CORPORATION (05-44481) |
| ELLIOTT KATHLEEN M | 13517 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| FENWICK MARY | 15971 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| FERGUSON KENNETH D | 15724 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

EXHIBIT A - PENSION AND OPEB CLAIMS

| CREDITOR'S NAME * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| FISHER JODY | 5899 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | 05/16/2006 | DELPHI CORPORATION (05-44481) |
| FULCOMER WILLIAM M | 13519 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| GRAU PATRICIA | 16032 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| GRIMES MARK | 13480 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: $8,500.00<br>Total: $8,500.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| GROVER JODYNE | 13601 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| GUPTA UMESHKUMAR | 14792 | Secured:<br>Priority: $2,082.17<br>Administrative:<br>Unsecured:<br>Total: $2,082.17 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| HAASE MARTIN | 4679 | Secured:<br>Priority: $61,309.00<br>Administrative:<br>Unsecured:<br>Total: $61,309.00 | 05/04/2006 | DELPHI CORPORATION (05-44481) |
| HALE ROSE | 7807 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 06/12/2006 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

05-44481-rdd    Doc 17182-1    Filed 06/22/09    Entered 06/22/09 19:20:33    Exhibit A

In re Delphi Corporation, et al.          Pg 6 of 13          Thirty-Fourth Omnibus Claims Objection

Case No. 05-44481 (RDD)

**EXHIBIT A - PENSION AND OPEB CLAIMS**

| CREDITOR'S NAME * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| HENDRICKS KAREN | 7951 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 06/13/2006 | DELPHI CORPORATION (05-44481) |
| HERR DAVID | 14747 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| HILLARD MICHAEL | 7175 | Secured:<br>Priority: $62,363.00<br>Administrative:<br>Unsecured:<br>Total: $62,363.00 | 05/31/2006 | DELPHI CORPORATION (05-44481) |
| HINES EDWIN | 9477 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | 07/14/2006 | DELPHI CORPORATION (05-44481) |
| HUDSON ROBERT L | 14922 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| JAKOVICH MARK | 15292 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| KAYLOR BART E | 2619 | Secured:<br>Priority: $86,435.71<br>Administrative:<br>Unsecured: $281,434.73<br>Total: $367,870.44 | 04/13/2006 | DELPHI CORPORATION (05-44481) |
| KIDDER JOHN W | 14920 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

05-44481-rdd    Doc 17182-1    Filed 06/22/09    Entered 06/22/09 19:20:33    Exhibit A

In re Delphi Corporation, et al.    Pg 7 of 13    Thirty-Fourth Omnibus Claims Objection

Case No. 05-44481 (RDD)

**EXHIBIT A - PENSION AND OPEB CLAIMS**

| CREDITOR'S NAME * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| KOSNIK DAVID | 15208 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| KOVAS JEFFREY L | 15342 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$6,218.52<br><br><br>$6,218.52 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| KOVAS JEFFREY L | 15343 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$82,314.18<br><br><br>$82,314.18 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| MARTINDALE WILLIAM | 10819 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$25,000.00<br><br>$1,173,000.00<br>$1,198,000.00 | 07/25/2006 | DELPHI CORPORATION (05-44481) |
| MC FALL ROBERT D | 7719 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 06/09/2006 | DELPHI CORPORATION (05-44481) |
| MC KEOWN MARK | 7400 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 06/05/2006 | DELPHI CORPORATION (05-44481) |
| MCCLUNE DONALD | 10897 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1.00<br>$1.00 | 07/25/2006 | DELPHI CORPORATION (05-44481) |
| MCMILLON RICHARD | 9139 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 07/10/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

\*     The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

05-44481-rdd    Doc 17182-1    Filed 06/22/09    Entered 06/22/09 19:20:33    Exhibit A

In re Delphi Corporation, et al.          Pg 8 of 13          Thirty-Fourth Omnibus Claims Objection

Case No. 05-44481 (RDD)

**EXHIBIT A - PENSION AND OPEB CLAIMS**

| CREDITOR'S NAME * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| MCMILLON RICHARD | 9140 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/10/2006 | DELPHI CORPORATION (05-44481) |
| MILLER JULIE | 9195 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/10/2006 | DELPHI CORPORATION (05-44481) |
| MONTECINOS DAVID | 14749 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| MUIR CARLA | 13610 | Secured:<br>Priority: $1.00<br>Administrative:<br>Unsecured:<br>Total: $1.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| NEBLO DEBRA S | 14924 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| NEWTON JR JAMES DAVID | 13527 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| NOEL MORGAN HUBERT | 14751 | Secured:<br>Priority: $20,000.00<br>Administrative:<br>Unsecured: $976,000.00<br>Total: $996,000.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| PARISI HENRY | 9583 | Secured:<br>Priority: $10,000.00<br>Administrative:<br>Unsecured: $600,000.00<br>Total: $610,000.00 | 07/17/2006 | DELPHI CORPORATION (05-44481) |

\*      The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*     "UNL" denotes an unliquidated claim.

**EXHIBIT A - PENSION AND OPEB CLAIMS**

| CREDITOR'S NAME * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| PATEL RAJESH P | 14808 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: $13,000.00<br>Total: $13,000.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| PETROWSKI RICHARD | 13468 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| PICKLES PAUL | 13464 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $300,000.00<br>Total: $300,000.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| PIERCE MARK W | 10165 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/21/2006 | DELPHI CORPORATION (05-44481) |
| RAZ JAMES | 8897 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | 07/05/2006 | DELPHI CORPORATION (05-44481) |
| RESER LARRY | 13598 | Secured:<br>Priority: $25,000.00<br>Administrative:<br>Unsecured: $1,311,531.36<br>Total: $1,336,531.36 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| REYZELMAN NAUM | 6549 | Secured:<br>Priority: $376,560.02<br>Administrative:<br>Unsecured:<br>Total: $376,560.02 | 05/22/2006 | DELPHI CORPORATION (05-44481) |
| ROSE THOMAS S | 13536 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |

\*   The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*  "UNL" denotes an unliquidated claim.

05-44481-rdd    Doc 17182-1    Filed 06/22/09    Entered 06/22/09 19:20:33    Exhibit A

In re Delphi Corporation, et al.    Pg 10 of 13    Thirty-Fourth Omnibus Claims Objection

Case No. 05-44481 (RDD)

**EXHIBIT A - PENSION AND OPEB CLAIMS**

| CREDITOR'S NAME * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ROTKO JOHN F | 10613 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,000,000.00<br>Total: $3,000,000.00 | 07/25/2006 | DELPHI CORPORATION (05-44481) |
| RYNEARSON MONICA | 15711 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| SALZMAN JEFFREY P | 13529 | Secured:<br>Priority: $38,804.00<br>Administrative:<br>Unsecured:<br>Total: $38,804.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| SAVIERS ROBERT S | 13472 | Secured:<br>Priority: $74,256.00<br>Administrative:<br>Unsecured:<br>Total: $74,256.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| SCHMIEDEKNECHT GREGORY | 10164 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/21/2006 | DELPHI CORPORATION (05-44481) |
| SHEPHERD JEFFREY C | 13518 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| SMITH ROBERT M | 9241 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/10/2006 | DELPHI CORPORATION (05-44481) |
| SPENCER ROBERT | 16100 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 08/09/2006 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

05-44481-rdd    Doc 17182-1    Filed 06/22/09    Entered 06/22/09 19:20:33    Exhibit A

In re Delphi Corporation, et al.    Pg 11 of 13    Thirty-Fourth Omnibus Claims Objection

Case No. 05-44481 (RDD)

**EXHIBIT A - PENSION AND OPEB CLAIMS**

| CREDITOR'S NAME * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| SPENCER ROBERT L | 16099 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| SWEET RICHARD R | 15198 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| THOMPSON REFORD | 15629 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| TINSLEY G W | 8302 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | 06/21/2006 | DELPHI CORPORATION (05-44481) |
| TORR BILLY | 4786 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 05/05/2006 | DELPHI CORPORATION (05-44481) |
| VANSADIA GHANSHYAM | 8503 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | 06/26/2006 | DELPHI CORPORATION (05-44481) |
| WARD GREGORY | 8471 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $354,435.34<br>Total: $354,435.34 | 06/26/2006 | DELPHI CORPORATION (05-44481) |
| WELKER ELLEN | 8067 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 06/16/2006 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

EXHIBIT A - PENSION AND OPEB CLAIMS

| CREDITOR'S NAME * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| WIBLE JAMES K | 14925 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| WILMOUTH RICE JANET L | 3075 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 04/28/2006 | DELPHI CORPORATION (05-44481) |
| WISNIEWSKI PAUL | 13597 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| WOLOS MICHAEL | 5445 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/10/2006 | DELPHI CORPORATION (05-44481) |
| WOOD JAMES BRIAN | 13487 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$1,723,650.00<br><br><br>$1,723,650.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| WOOD JAMES BRIAN | 14045 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$24,125.03<br><br><br>$24,125.03 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| WOOD JAMES BRIAN | 14046 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$2,303.70<br><br><br>$2,303.70 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| YOUNG DENISE S | 15348 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |

\*      The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*     "UNL" denotes an unliquidated claim.

05-44481-rdd    Doc 17182-1    Filed 06/22/09    Entered 06/22/09 19:20:33    Exhibit A

In re Delphi Corporation, et al.    Pg 13 of 13    Thirty-Fourth Omnibus Claims Objection

Case No. 05-44481 (RDD)

**EXHIBIT A - PENSION AND OPEB CLAIMS**

| CREDITOR'S NAME * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ZOMBAR RONALD | 15902 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| **Total:** | **97** | | **$12,597,295.48** | | |

---

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.