**EXHIBIT B - WAGE AND BENEFIT CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED*** | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 15185<br>Date Filed: 07/31/2006<br>Docketed Total: $10,000.00<br>Filing Creditor Name and Address:<br>BAMBACH KATHLEEN | Claim Holder Name and Address<br>BAMBACH KATHLEEN    Docketed Total: $10,000.00<br><br>Case Number*   Secured   Priority       Unsecured<br>05-44481                  $10,000.00      UNL<br>                          $10,000.00      UNL | Modified Total: $10,000.00<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                              $10,000.00<br>                                      $10,000.00 |
| Claim: 15718<br>Date Filed: 07/31/2006<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>BROWN GARY J | Claim Holder Name and Address<br>BROWN GARY J     Docketed Total: UNL<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                  UNL<br>                          UNL | Modified Total: $0.00<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                              $0.00<br>                                      $0.00 |
| Claim: 14894<br>Date Filed: 07/31/2006<br>Docketed Total: $524,954.63<br>Filing Creditor Name and Address:<br>CARTER DAVID | Claim Holder Name and Address<br>CARTER DAVID    Docketed Total: $524,954.63<br><br>Case Number*   Secured   Priority       Unsecured<br>05-44481                  $524,954.63<br>                          $524,954.63 | Modified Total: $524,954.63<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                              $524,954.63<br>                                      $524,954.63 |
| Claim: 14927<br>Date Filed: 07/31/2006<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>CIESLAK MICHAEL F | Claim Holder Name and Address<br>CIESLAK MICHAEL F    Docketed Total: UNL<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                  UNL<br>                          UNL | Modified Total: $0.00<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                              $0.00<br>                                      $0.00 |

\*       See Exhibit I for a listing of debtor entities by case number.

\*\*      "UNL" denotes an unliquidated claim.

\*\*\*     The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

**EXHIBIT B - WAGE AND BENEFIT CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED*** | CLAIM AS DOCKETED** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 13588<br>Date Filed: 07/31/2006<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>DART TIMOTHY L | Claim Holder Name and Address<br>DART TIMOTHY L<br><br>Case Number*<br>05-44481 | Docketed Total:<br><br>Secured | Priority<br>UNL<br>**UNL** | Unsecured | Case Number*<br>05-44481 | Modified Total:<br><br>Secured | Priority | Unsecured<br>**$0.00**<br><br>$0.00 |
| Claim: 7944<br>Date Filed: 06/13/2006<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>DICKENS ROBERT | Claim Holder Name and Address<br>DICKENS ROBERT<br><br>Case Number*<br>05-44481 | Docketed Total:<br><br>Secured | Priority<br>UNL<br>**UNL** | Unsecured<br>UNL<br>**UNL** | Case Number*<br>05-44481 | Modified Total:<br><br>Secured | Priority | Unsecured<br>**$0.00**<br><br>$0.00 |
| Claim: 13533<br>Date Filed: 07/31/2006<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>ELLIOT DAVID J | Claim Holder Name and Address<br>ELLIOT DAVID J<br><br>Case Number*<br>05-44481 | Docketed Total:<br><br>Secured | Priority<br>UNL<br>**UNL** | Unsecured | Case Number*<br>05-44481 | Modified Total:<br><br>Secured | Priority | Unsecured<br>**$0.00**<br><br>$0.00 |
| Claim: 13524<br>Date Filed: 07/31/2006<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>FULCOMER LISA M | Claim Holder Name and Address<br>FULCOMER LISA M<br><br>Case Number*<br>05-44481 | Docketed Total:<br><br>Secured | Priority<br>UNL<br>**UNL** | Unsecured | Case Number*<br>05-44481 | Modified Total:<br><br>Secured | Priority | Unsecured<br>**$0.00**<br><br>$0.00 |

\*   See Exhibit I for a listing of debtor entities by case number.

\*\*  "UNL" denotes an unliquidated claim.

\*\*\* The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

**EXHIBIT B - WAGE AND BENEFIT CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED*** | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 13532<br>Date Filed: 07/31/2006<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>FULLARD III JAKE | Claim Holder Name and Address<br>FULLARD III JAKE       Docketed Total: **UNL**<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                              UNL<br>                                      **UNL** | Modified Total: **$0.00**<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                        $0.00<br>                                                **$0.00** |
| Claim: 14931<br>Date Filed: 07/31/2006<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>HARTSHORN JEWELL A | Claim Holder Name and Address<br>HARTSHORN JEWELL A     Docketed Total: **UNL**<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                              UNL<br>                                      **UNL** | Modified Total: **$0.00**<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                        $0.00<br>                                                **$0.00** |
| Claim: 16129<br>Date Filed: 08/09/2006<br>Docketed Total: $123,657.02<br>Filing Creditor Name and Address:<br>HOLLISTER III R | Claim Holder Name and Address<br>HOLLISTER III R        Docketed Total: **$123,657.02**<br><br>Case Number*   Secured   Priority       Unsecured<br>05-44481                   $123,657.02<br>                           **$123,657.02** | Modified Total: **$123,657.02**<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                        $123,657.02<br>                                                **$123,657.02** |
| Claim: 15189<br>Date Filed: 07/31/2006<br>Docketed Total: $11,866.00<br>Filing Creditor Name and Address:<br>JANKOWSKI JANIS J | Claim Holder Name and Address<br>JANKOWSKI JANIS J      Docketed Total: **$11,866.00**<br><br>Case Number*   Secured   Priority       Unsecured<br>05-44481                   $10,000.00    $1,866.00<br>                           **$10,000.00**   **$1,866.00** | Modified Total: **$11,866.00**<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                        $11,866.00<br>                                                **$11,866.00** |

\*       See Exhibit I for a listing of debtor entities by case number.

\*\*      "UNL" denotes an unliquidated claim.

\*\*\*     The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

**EXHIBIT B - WAGE AND BENEFIT CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED*** | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 15186<br>Date Filed: 07/31/2006<br>Docketed Total: $10,000.00<br>Filing Creditor Name and Address:<br>MANIACI KATHLEEN A | Claim Holder Name and Address<br>MANIACI KATHLEEN A          Docketed Total:      $10,000.00<br><br>Case Number*        Secured        Priority        Unsecured<br>05-44481                                      $10,000.00          UNL<br>                                              $10,000.00          UNL | Modified Total:     $10,000.00<br><br>Case Number*        Secured        Priority        Unsecured<br>05-44481                                                        $10,000.00<br>                                                               $10,000.00 |
| Claim: 15989<br>Date Filed: 08/09/2006<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>MILLER MARY | Claim Holder Name and Address<br>MILLER MARY          Docketed Total:      UNL<br><br>Case Number*        Secured        Priority        Unsecured<br>05-44481                                                       UNL<br>                                                              UNL | Modified Total:     $0.00<br><br>Case Number*        Secured        Priority        Unsecured<br>05-44481                                                        $0.00<br>                                                               $0.00 |
| Claim: 14745<br>Date Filed: 07/31/2006<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>MUELLER DAVID L | Claim Holder Name and Address<br>MUELLER DAVID L          Docketed Total:      UNL<br><br>Case Number*        Secured        Priority        Unsecured<br>05-44481                                                       UNL<br>                                                              UNL | Modified Total:     $0.00<br><br>Case Number*        Secured        Priority        Unsecured<br>05-44481                                                        $0.00<br>                                                               $0.00 |
| Claim: 15188<br>Date Filed: 07/31/2006<br>Docketed Total: $10,000.00<br>Filing Creditor Name and Address:<br>PISCITELLI MICHELE | Claim Holder Name and Address<br>PISCITELLI MICHELE          Docketed Total:      $10,000.00<br><br>Case Number*        Secured        Priority        Unsecured<br>05-44481                                      $10,000.00          UNL<br>                                              $10,000.00          UNL | Modified Total:     $10,000.00<br><br>Case Number*        Secured        Priority        Unsecured<br>05-44481                                                        $10,000.00<br>                                                               $10,000.00 |

\*       See Exhibit I for a listing of debtor entities by case number.

\*\*      "UNL" denotes an unliquidated claim.

\*\*\*     The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

**EXHIBIT B - WAGE AND BENEFIT CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED*** | CLAIM AS DOCKETED** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 14930<br>Date Filed: 07/31/2006<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>SHOWERS TEE | Claim Holder Name and Address<br>SHOWERS TEE<br><br>Case Number*<br>05-44481 | Secured | Docketed Total:<br><br>Priority<br><br>UNL<br>**UNL** | Unsecured<br>**UNL** | Case Number*<br>05-44481 | Secured | Modified Total:<br><br>Priority | Unsecured<br>$0.00<br>**$0.00** |
| Claim: 15719<br>Date Filed: 07/31/2006<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>SMITH JR RICHARD L | Claim Holder Name and Address<br>SMITH JR RICHARD L<br><br>Case Number*<br>05-44481 | Secured | Docketed Total:<br><br>Priority<br><br>UNL<br>**UNL** | Unsecured<br>**UNL** | Case Number*<br>05-44481 | Secured | Modified Total:<br><br>Priority | Unsecured<br>$0.00<br>**$0.00** |
| Claim: 10063<br>Date Filed: 07/20/2006<br>Docketed Total: $359.63<br>Filing Creditor Name and Address:<br>WOOD CATHERINE | Claim Holder Name and Address<br>WOOD CATHERINE<br><br>Case Number*<br>05-44481 | Secured | Docketed Total:<br><br>Priority<br><br>$359.63<br>**$359.63** | Unsecured | Case Number*<br>05-44481 | Secured | Modified Total:<br><br>Priority | Unsecured<br>$359.63<br>**$359.63** |

**Total Claims To Be Modified: 19**

**Total Amount As Docketed:**     $690,837.28

**Total Amount As Modified:**     $690,837.28

\*   See Exhibit I for a listing of debtor entities by case number.

\*\*  "UNL" denotes an unliquidated claim.

\*\*\* The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.