**EXHIBIT C - PROVISIONALLY DISALLOWED UNION CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| IAMAW DISTRICT 10 AND LODGE 78 ON BEHALF OF THE EMPLOYEES AND RETIREES IT REPRESENTS<br>MARIANNE G ROBBINS ESQ<br>PREVIANT GOLDBERG UELMEN GRATZ MILLER & BRUEGGEMAN SC<br>1555 N RIVER CENTER DR STE 202<br>MILWAUKEE, WI 53212 | 14334 | Secured:<br>Priority: $114,072.00<br>Administrative:<br>Unsecured:<br>Total: $114,072.00 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| IAMAW DISTRICT 10 AND LODGE 78 ON BEHALF OF THE EMPLOYEES AND RETIREES IT REPRESENTS<br>MARIANNE G ROBBINS ESQ<br>PREVIANT GOLDBERG UELMEN GRATZ MILLER & BRUEGGEMAN SC<br>1555 N RIVERCENTER DR STE 202<br>MILWAUKEE, WI 53212 | 13863 | Secured:<br>Priority: $114,072.00<br>Administrative:<br>Unsecured:<br>Total: $114,072.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| IBEW LOCAL 663 ON BEHALF OF THE EMPLOYEES AND RETIREES IT REPRESENTS<br>MARIANNE G ROBBINS ESQ<br>PREVIANT GOLDBERG UELMEN GRATZ MILLER & BRUEGGEMAN SC<br>1555 N RIVERCENTER DR STE 202<br>MILWAUKEE, WI 53212 | 13875 | Secured:<br>Priority: $1,672,095.08<br>Administrative:<br>Unsecured:<br>Total: $1,672,095.08 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| IBEW LOCAL 663 ON BEHALF OF THE EMPLOYEES AND RETIREES IT REPRESENTS<br>MARIANNE G ROBBINS ESQ<br>PREVIANT GOLDBERG UELMEN GRATZ MILLER & BRUEGGEMAN SC<br>1555 N RIVERCENTER DR STE 202<br>MILWAUKEE, WI 53212 | 14350 | Secured:<br>Priority: $1,672,095.08<br>Administrative:<br>Unsecured:<br>Total: $1,672,095.08 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 101 S ON BEHALF OF EMPLOYEES AND RETIREES IT REPRESENTS<br>BARBARA S MEHLSACK<br>GORLICK KRAVITZ & LISTHAUS PC<br>17 STATE ST<br>NEW YORK, NY 10004 | 13663 | Secured:<br>Priority: $35,000.00<br>Administrative:<br>Unsecured: UNL<br>Total: $35,000.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT C - PROVISIONALLY DISALLOWED UNION CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 101 S ON BEHALF OF EMPLOYEES AND RETIREES IT REPRESENTS BARBARA S MEHLSACK GORLICK KRAVITZ & LISTHAUS PC 17 STATE ST NEW YORK, NY 10004 | 13730 | Secured:<br>Priority: $35,000.00<br>Administrative:<br>Unsecured: UNL<br>Total: $35,000.00 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 18 S ON BEHALF OF EMPLOYEES AND RETIREES IT REPRESENTS BARBARA S MEHLSACK ESQ GORLICK KRAVITZ & LISTHAUS P C 17 STATE ST NEW YORK, NY 10004 | 15071 | Secured:<br>Priority: $27,500.00<br>Administrative:<br>Unsecured: $500.00<br>Total: $28,000.00 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 18 S ON BEHALF OF EMPLOYEES AND RETIREES IT REPRESENTS BARBARA S MEHLSACK ESQ GORLICK KRAVITZ & LISTHAUS P C 17 STATE ST NEW YORK, NY 10004 | 13734 | Secured:<br>Priority: $27,500.00<br>Administrative:<br>Unsecured: $500.00<br>Total: $28,000.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 832 S ON BEHALF OF EMPLOYEES AND RETIREES IT REPRESENTS BARBARA S MEHLSACK ESQ GORLICK KRAVITZ & LISTHAUS PC 17 STATE ST NEW YORK, NY 10004 | 13699 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 832 S ON BEHALF OF EMPLOYEES AND RETIREES IT REPRESENTS BARBARA S MEHLSACK ESQ GORLICK KRAVITZ & LISTHAUS PC 17 STATE ST NEW YORK, NY 10004 | 15075 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| **Total:** | **10** | **$3,698,334.16** | | |

\*    "UNL" denotes an unliquidated claim.