**EXHIBIT D - STATE WORKERS' COMPENSATION CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 11631<br>Date Filed: 07/27/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>NEW JERSEY SELF INSURERS<br>GUARANTY ASSOCIATION<br>MCELROY DEUTSCH MULVANEY<br>& CARPENTER LLP<br>THREE GATEWAY CTR<br>100 MULBERRY ST<br>NEWARK, NJ 07102-4079 | Claim Holder Name<br>NEW JERSEY SELF INSURERS<br>GUARANTY ASSOCIATION<br>MCELROY DEUTSCH MULVANEY &<br>CARPENTER LLP<br>THREE GATEWAY CTR<br>100 MULBERRY ST<br>NEWARK, NJ 07102-4079<br><br>Docketed Total: **UNL**<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                              UNL<br>                                       **UNL** | Modified Total: **$0.00**<br><br><br><br><br><br><br><br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                              $0.00<br>                                       **$0.00** |
| Claim: 1294<br>Date Filed: 12/27/2005<br>Docketed Total: $24,732,628.02<br>Filing Creditor Name:<br>OHIO BUREAU OF WORKERS<br>COMPENSATION<br>30 W SPRING ST<br>PO BOX 15567<br>COLUMBUS, OH 43215-0567 | Claim Holder Name<br>OHIO BUREAU OF WORKERS<br>COMPENSATION<br>30 W SPRING ST<br>PO BOX 15567<br>COLUMBUS, OH 43215-0567<br><br>Docketed Total: **$24,732,628.02**<br><br>Case Number*  Secured  Priority        Unsecured<br>05-44481             $24,732,628.02<br>                     **$24,732,628.02** | Modified Total: **$24,732,628.02**<br><br><br><br><br><br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                              $24,732,628.02<br>                                       **$24,732,628.02** |
| Claim: 1301<br>Date Filed: 12/27/2005<br>Docketed Total: $39,610,402.53<br>Filing Creditor Name:<br>OHIO BUREAU OF WORKERS<br>COMPENSATION<br>30 W SPRING ST<br>PO BOX 15567<br>COLUMBUS, OH 43215-0567 | Claim Holder Name<br>OHIO BUREAU OF WORKERS<br>COMPENSATION<br>30 W SPRING ST<br>PO BOX 15567<br>COLUMBUS, OH 43215-0567<br><br>Docketed Total: **$39,610,402.53**<br><br>Case Number*  Secured  Priority        Unsecured<br>05-44481             $39,610,402.53<br>                     **$39,610,402.53** | Modified Total: **$39,610,402.53**<br><br><br><br><br><br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                              $39,610,402.53<br>                                       **$39,610,402.53** |

\*    See Exhibit I for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.

**EXHIBIT D - STATE WORKERS' COMPENSATION CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|
| | | **Total Claims To Be Modified: 3** <br><br> **Total Amount As Docketed:**     $64,343,030.55 <br><br> **Total Amount As Modified:**     $64,343,030.55 |

\*       See Exhibit I for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.