**In re Delphi Corporation, et al.**   Thirty-Fourth Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT E-1 - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AKINS LADEAN | 13365 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ALDRIDGE BRENDA | 10056 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,000,000.00<br>$1,000,000.00 | 07/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ALLEN GLORIA D | 12218 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$329,928.37<br>$329,928.37 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| ALSTON PHILLIP | 6031 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/16/2006 | DELPHI CORPORATION (05-44481) |
| ANDOLORA CHERYL | 14748 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| ARNDT RANDALL F | 7729 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 06/09/2006 | DELPHI CORPORATION (05-44481) |
| AUSTIN J | 7431 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 06/05/2006 | DELPHI CORPORATION (05-44481) |
| BAKER JERRI | 14880 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

05-44481-rdd    Doc 17182-5    Filed 06/22/09    Entered 06/22/09 19:20:33    Exhibit E-1

In re Delphi Corporation, et al.                Pg 2 of 27                Thirty-Fourth Omnibus Claims Objection

Case No. 05-44481 (RDD)

## EXHIBIT E-1 - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BAKLE MARY | 11448 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BASHAW ROBERT | 6678 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/23/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BASTIN PHILLIPS G | 9155 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$306,867.30<br>$306,867.30 | 07/10/2006 | DELPHI CORPORATION (05-44481) |
| BENSON LORI | 8691 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 06/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BENTLEY DOLORES | 13361 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BLACK CLARA A | 7856 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 06/13/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BLANKENSHIP DONNA | 13359 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/25/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BLONDIN MARY RITA | 13357 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                          Thirty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BLUE HENRY L | 7990 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br><br><br>UNL | 06/14/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BOSTWICK DONALD M | 13355 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BRAGG MIKE | 9156 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$34,000.00<br>$34,000.00 | 07/10/2006 | DELPHI CORPORATION (05-44481) |
| BRAUN BRUCE | 6911 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 05/26/2006 | DELPHI CORPORATION (05-44481) |
| BREFKA BARBARA | 7211 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 05/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BRIDGES BOBBY J | 13351 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BROWN JAMES | 6391 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/19/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BROWN LIGGINS GERALDINE | 13349 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

\*      The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*     "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                    Thirty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BRUMLEY GLORIA | 8353 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 06/22/2006 | DELPHI CORPORATION (05-44481) |
| BUCK PAUL | 4677 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br><br><br>UNL | 05/04/2006 | DELPHI CORPORATION (05-44481) |
| BURGETT MICHAEL | 13347 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BYRD VERNASTINE | 8235 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 06/19/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CAMPBELL WILLIAM J | 5217 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| CATRELL COREY | 13342 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CLARDY RICHARD | 6032 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/16/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CLAY BARBARA | 14764 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

*     The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**    "UNL" denotes an unliquidated claim.

## EXHIBIT E-1 - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CLEARY TIMOTHY | 6508 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/22/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CLEM JR FRED | 9157 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$25,219.93<br>$25,219.93 | 07/10/2006 | DELPHI CORPORATION (05-44481) |
| COEN HEWITT JUNE | 13340 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| COENHEWITT JUNE | 13341 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| COOLEY LAWRENCE | 13337 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CORBA ROBERT C | 9211 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 07/10/2006 | DELPHI CORPORATION (05-44481) |
| COX WILLIE A | 7720 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 06/09/2006 | DELPHI CORPORATION (05-44481) |
| COZART DIANE | 8810 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,217.12<br>$1,217.12 | 06/30/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

\*      The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                           Thirty-Fourth Omnibus Claims Objection

Case No. 05-44481 (RDD)

## EXHIBIT E-1 - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CRUZ ANGELINA G | 8501 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$147,567.50<br>$147,567.50 | 06/26/2006 | DELPHI CORPORATION (05-44481) |
| CULBERSON ROSIE C | 3765 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$200,000.00<br><br><br>$200,000.00 | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| DAIGLE CHERIE | 13182 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DARLING TAMARA L | 9224 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br>UNL<br>UNL<br>UNL | 07/10/2006 | DELPHI CORPORATION (05-44481) |
| DAWSON KATHY | 15136 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| DENDY VERA M | 15753 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DEPOSITORY TRUST COMPANY TREASURERS DEPT | 9747 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/18/2006 | DELPHI CORPORATION (05-44481) |
| DI CIACCIO FRANK | 7940 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 06/13/2006 | DELPHI CORPORATION (05-44481) |

\*       The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*     "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                                    Thirty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DI SANTO ANNA | 9098 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL<br>UNL | 07/07/2006 | DELPHI CORPORATION (05-44481) |
| DIMOND MARTHA | 3495 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/01/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DIXON WALKER SHIRLEY | 14766 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DONALDSON TONYA | 13335 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DORSEY JANICE | 7201 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL<br>UNL | 05/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DUNNAWAY MARSHALL VALERIE J | 7083 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL<br>UNL | 05/30/2006 | DELPHI CORPORATION (05-44481) |
| DURAN MARY | 12785 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DURHAM TERI | 13180 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**   "UNL." denotes an unliquidated claim.

In re Delphi Corporation, et al.                                    Thirty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DURKACY DIRK | 9634 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/17/2006 | DELPHI CORPORATION (05-44481) |
| DUTTINGER DAVID | 9841 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/18/2006 | DELPHI CORPORATION (05-44481) |
| EVERETT FERBY | 7588 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$250,000.00<br><br>UNL<br>$250,000.00 | 05/15/2006 | DELPHI CORPORATION (05-44481) |
| FAISON G | 8838 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 06/30/2006 | DELPHI CORPORATION (05-44481) |
| FELDER ANNIE M | 8017 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 06/15/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| FISHER NANCY | 14768 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| FLAGG SONIA | 13176 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| FONS MICHAEL J | 7734 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 06/09/2006 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                                    Thirty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| FORD PAMELA | 13175 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| FOWLER ARLIE M | 8898 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 07/05/2006 | DELPHI CORPORATION (05-44481) |
| FRASIER THOMAS | 14770 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| FRENCH RANDY A | 7273 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$32.00<br>$32.00 | 05/19/2006 | DELPHI CORPORATION (05-44481) |
| FULLER JOYCE | 14772 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| FULLER RODNEY C | 13172 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| GARNER BARBARA | 16043 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$9,768.00<br>$9,768.00 | 08/09/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| GARY DENNIS | 8879 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 06/21/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**   "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**                    Thirty-Fourth Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT E-1 - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| GILKES LINDA | 7526 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 06/06/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| GILKES LINDA C | 7525 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 06/06/2006 | DELPHI CORPORATION (05-44481) |
| GIRARD LAWRENCE | 13170 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| GOLDEN ALBERT P | 13169 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| GOODRICH SUZANNE | 13166 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| GRADY DENNIS F | 10464 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/24/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| GRAHAM MARY F | 13164 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| GRIFFIN EARL R | 9159 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$63,269.22<br>$63,269.22 | 07/10/2006 | DELPHI CORPORATION (05-44481) |

\*     The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**                    **Thirty-Fourth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT E-1 - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| GRIFFUS WILLIAM A | 8931 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL<br>UNL | 07/05/2006 | DELPHI CORPORATION (05-44481) |
| GUTIERREZ CYNTHIA | 7497 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br><br>UNL | 06/05/2006 | DELPHI CORPORATION (05-44481) |
| GUZMAN LUIS | 14774 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br>UNL | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HAMILTON JACK | 818 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$50,000.00<br>$50,000.00 | 11/23/2005 | DELPHI CORPORATION (05-44481) |
| HAYNER DAVID M | 8082 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL<br>UNL | 06/16/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HAYNES BOBBY N | 10404 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL<br>UNL | 07/24/2006 | DELPHI CORPORATION (05-44481) |
| HEIDT CARL R | 10246 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br>UNL | 07/21/2006 | DELPHI CORPORATION (05-44481) |
| HEMPHILL DEBORAH | 13159 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

\*       The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*      "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                                    Thirty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT E-1 - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HOFFMAN RONALD | 6459 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/22/2006 | DELPHI CORPORATION (05-44481) |
| HOLLIMAN CHARLES | 13155 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HORTON BARBARA | 13152 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HOWKO BETHANY | 13150 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HUBBARD LOIS E | 13148 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HUBBARD VINTON L | 13147 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| HUFFMAN DENISE | 13146 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| HUNKINS PAMELA V | 6854 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 05/25/2006 | DELPHI CORPORATION (05-44481) |

*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**   "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**                Thirty-Fourth Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT E-1 - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HUNTER LINDA D | 11591 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HUTTO SANDRA L | 13145 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| IVY THOMAS | 5003 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/08/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| JACOBS DONALD L | 15543 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| JOHNSON CLODDIE | 8920 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/05/2006 | DELPHI CORPORATION (05-44481) |
| JOHNSON LINDA D | 10345 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 07/24/2006 | DELPHI CORPORATION (05-44481) |
| JOHNSON NANCY | 6162 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,700.00<br>$1,700.00 | 05/17/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| JOHNSON PATSY A | 13569 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                    Thirty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JONES DOROTHY | 7689 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$199,000.00<br>$199,000.00 | 06/08/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| KASGORGIS JOHN | 13140 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| KELLEY EUGENE | 10168 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 07/21/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| KENNEDY STEVEN | 8803 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 06/30/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| KEYS PAMELA | 12426 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$200,000.00<br>$200,000.00 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| KLEIN PATTY | 13139 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| KLINGSPOHN DANOWSKI MARY | 8405 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 06/23/2006 | DELPHI CORPORATION (05-44481) |
| KOWALSKI RICHARD | 7708 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br><br><br>UNL | 06/09/2006 | DELPHI CORPORATION (05-44481) |

*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**   "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.          Thirty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| KRZEWINSKI DAVID P | 11222 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 07/26/2006 | DELPHI CORPORATION (05-44481) |
| KUEHN SUSAN | 8599 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 06/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| KUZMIK DAVID | 6237 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br><br><br>UNL | 05/18/2006 | DELPHI CORPORATION (05-44481) |
| LAMSON JOHN | 13136 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LARSON KARIN R | 11330 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| LAW DEBRA M | 1429 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$10,000.00<br><br>$377,448.16<br>$387,448.16 | 01/04/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LEWIS ROBERT | 4805 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/05/2006 | DELPHI CORPORATION (05-44481) |
| LINSEMAN LARRY L | 7622 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL<br><br>UNL<br>UNL | 06/08/2006 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                         Thirty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LINTON EDWARD W | 13135 | Secured: <br> Priority: <br> Administrative: <br> Unsecured: <br> Total: | <br> <br> <br> UNL <br> UNL | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| LONDON VIRGINIA L | 8021 | Secured: <br> Priority: <br> Administrative: <br> Unsecured: <br> Total: | <br> UNL <br> <br> <br> UNL | 06/15/2006 | DELPHI CORPORATION (05-44481) |
| LOVE EUGENE | 13133 | Secured: <br> Priority: <br> Administrative: <br> Unsecured: <br> Total: | <br> <br> <br> UNL <br> UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MADDEN JOHN R | 14779 | Secured: <br> Priority: <br> Administrative: <br> Unsecured: <br> Total: | <br> <br> <br> UNL <br> UNL | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MAGYAR DONNA | 7774 | Secured: <br> Priority: <br> Administrative: <br> Unsecured: <br> Total: | <br> UNL <br> <br> UNL <br> UNL | 06/12/2006 | DELPHI CORPORATION (05-44481) |
| MARCUM BUNNY | 8836 | Secured: <br> Priority: <br> Administrative: <br> Unsecured: <br> Total: | <br> <br> <br> UNL <br> UNL | 06/30/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MARDEN JOANNE C | 7508 | Secured: <br> Priority: <br> Administrative: <br> Unsecured: <br> Total: | <br> UNL <br> <br> UNL <br> UNL | 06/06/2006 | DELPHI CORPORATION (05-44481) |
| MARIETTA FRANK A | 7164 | Secured: <br> Priority: <br> Administrative: <br> Unsecured: <br> Total: | <br> UNL <br> <br> UNL <br> UNL | 05/30/2006 | DELPHI CORPORATION (05-44481) |

*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.          Thirty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MARSHALL MARSHA G | 13837 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| MARTINEZ ANTHONY | 5309 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$50,000.00<br><br><br>$50,000.00 | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| MATHIS PAUL C | 8058 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $415,989.82<br><br><br><br>$415,989.82 | 06/15/2006 | DELPHI CORPORATION (05-44481) |
| MATLINGA MARK | 7039 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 05/30/2006 | DELPHI CORPORATION (05-44481) |
| MATTHEWS GLORIA G | 15854 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| MC FADDEN IDA | 6963 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/30/2006 | DELPHI CORPORATION (05-44481) |
| MC FADDEN IDA P | 6962 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/30/2006 | DELPHI CORPORATION (05-44481) |
| MCFADDEN DILDY L | 7630 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 06/08/2006 | DELPHI CORPORATION (05-44481) |

*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**   "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                              Thirty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MCHALE PATRICK | 14777 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MCMAHON MICHAEL J | 8962 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/05/2006 | DELPHI CORPORATION (05-44481) |
| MEEKS FRED | 13132 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MEESE LINDA | 13130 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| MENDREK THOMAS | 14781 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MILLER RANDY | 8409 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 06/23/2006 | DELPHI CORPORATION (05-44481) |
| MOORE BERNARD W | 8492 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $200,000.00<br>$200,000.00 | 06/26/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MORGAN BARBARA | 9161 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $364,777.68<br>$364,777.68 | 07/10/2006 | DELPHI CORPORATION (05-44481) |

*     The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.    Thirty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MORGAN CHERYL | 13128 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MORRIS LETITIA K | 13515 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$21,000.00<br>$21,000.00 | 07/31/2006 | DELPHI CONNECTION SYSTEMS (05-44624) |
| MOST RICHARD | 13127 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| MURPHY JEROME | 13126 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| NEARMYER ROGER | 9548 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$120.00<br>$120.00 | 07/17/2006 | DELPHI CORPORATION (05-44481) |
| NELSON EVELYN M | 14740 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| OLAH SHEILA M | 7733 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 06/09/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| OLEAR ELSIE | 13122 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                                    Thirty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| OTTO BRAD K | 13530 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $4,000.00<br><br>$397,200.00<br>$401,200.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| PALUZZI RONALD | 6901 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/26/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| PARKER JULIE | 15729 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$500,000.00<br><br><br>$500,000.00 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| PEPPER CAROL ANN | 13120 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| PETTY MARY | 9162 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$413,563.12<br>$413,563.12 | 07/10/2006 | DELPHI CORPORATION (05-44481) |
| PORTER DEVINE | 9678 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/17/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| PRIEUR RICHARD | 12343 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $250,000.00<br><br><br><br>$250,000.00 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| REHBEIN PAMELA | 6833 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/25/2006 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                    Thirty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT E-1 - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| REUSCH ROBERT | 7679 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 06/08/2006 | DELPHI CORPORATION (05-44481) |
| RIDNER PATTI | 10050 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL<br>UNL | 07/20/2006 | DELPHI CORPORATION (05-44481) |
| RODEA JOSEPH | 7531 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL<br>UNL | 06/06/2006 | DELPHI CORPORATION (05-44481) |
| ROLAND ROBERT | 13108 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| ROMANO ANIELLO | 13105 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ROUFUS MARILYN | 14743 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| RUGGIRELLO PATRICK J | 12253 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| RYNO DEBORAH | 13104 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**   "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                                    Thirty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS

| CREDITOR'S  NAME * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SCHMIDT THOMAS A | 7809 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 06/12/2006 | DELPHI CORPORATION (05-44481) |
| SHAW LAVERNE | 4871 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/05/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SHAY RHONDA J | 544 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$125,000.00<br><br><br>$125,000.00 | 11/14/2005 | DELPHI CORPORATION (05-44481) |
| SIESS BARBARA | 13101 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SIKORSKI RAE | 10470 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/24/2006 | DELPHI CORPORATION (05-44481) |
| SIMONDS DONALD L | 5068 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$414,258.00<br>$414,258.00 | 05/08/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SLOVIK KARIN R | 15031 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| SMALLEY EDNA | 13100 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI CORPORATION (05-44481) |

*     The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                                    Thirty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

### EXHIBIT E-1 - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SMITH MICHAEL W | 5150 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| SMITHERS MARY L | 11334 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| SOBH RAIDAN | 13099 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SPRONZ JACK | 7146 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/30/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| STERLING CALVIN B | 14783 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| STILSON NICHOLAS | 13449 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| STINE DANIEL | 14928 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$52,500.00<br>$52,500.00 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| STINE DAVID | 8644 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 06/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

---

\*      The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*     "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                                    Thirty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| STRAIGHT MARY | 16257 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL UNL | 08/09/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SUFFOLETTA GARY | 10459 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/24/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SWAN SUSAN K | 7489 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL UNL | 06/05/2006 | DELPHI CORPORATION (05-44481) |
| TAPSCOTT ANNA | 6510 | Secured: Priority: Administrative: Unsecured: Total: | $391,628.00 $391,628.00 | 05/22/2006 | DELPHI CORPORATION (05-44481) |
| TARRAS JOANN M | 8073 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL UNL | 06/16/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| TAYLOR CHARLES E | 10834 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/25/2006 | DELPHI CORPORATION (05-44481) |
| TRICE GLORIA | 7026 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 05/30/2006 | DELPHI CORPORATION (05-44481) |
| TUCKER SYLVESTER | 13094 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                                    Thirty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| VAUGHN KATIE | 13092 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| WABLER JR PAUL | 13415 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| WALTON THERESA | 5603 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/11/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| WATKINS BOBBIE | 11594 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$500,000.00<br><br><br>$500,000.00 | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| WATT GEORGE | 9365 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 07/07/2006 | DELPHI CORPORATION (05-44481) |
| WEBB NELLIE | 13091 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| WELLS RITA | 13089 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| WERNER DOREEN | 7527 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 06/06/2006 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.        Thirty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| WICKS SHARON | 13086 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| WILLIAMS KEITH B | 14785 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| WILLIAMS SHEILA | 13083 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| WILSON EDNA M | 8478 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$19,000.00<br>$19,000.00 | 06/26/2006 | DELPHI CORPORATION (05-44481) |
| WOLF PATRICIA | 9217 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 07/10/2006 | DELPHI CORPORATION (05-44481) |
| WOODFORK MINNIE | 13082 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| WOODS ROBERT | 11589 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL<br><br>UNL<br>UNL | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| YOUNGBLOOD JONES LILLY P | 7865 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 06/13/2006 | DELPHI CORPORATION (05-44481) |

*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**   "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**                    **Thirty-Fourth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

**EXHIBIT E-1 - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ZEMLA MARY | 4736 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 05/04/2006 | DELPHI CORPORATION (05-44481) |
| **Total:** | **209** | | **$7,325,054.22** | | |

*       The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**      "UNL" denotes an unliquidated claim.