**EXHIBIT E-2 - INDIVIDUAL WORKERS' COMPENSATION CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED*** | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 7471**
Date Filed:   06/05/2006
Docketed Total:    $0.00
Filing Creditor Name:
   ABNER CLAUDIA I

Claim Holder Name
   ABNER CLAUDIA I                    Docketed Total:                UNL

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | UNL | UNL |
| | | **UNL** | **UNL** |

Modified Total:                $0.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $0.00 |
| | | | **$0.00** |

---

**Claim: 8796**
Date Filed:   06/30/2006
Docketed Total:    $0.00
Filing Creditor Name:
   ANDERSON SCOTT D

Claim Holder Name
   ANDERSON SCOTT D                    Docketed Total:                UNL

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | UNL | |
| | | **UNL** | |

Modified Total:                $0.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $0.00 |
| | | | **$0.00** |

---

**Claim: 9499**
Date Filed:   07/14/2006
Docketed Total:    $0.00
Filing Creditor Name:
   AUSTIN MAE F

Claim Holder Name
   AUSTIN MAE F                    Docketed Total:                UNL

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | UNL | |
| | | **UNL** | |

Modified Total:                $0.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $0.00 |
| | | | **$0.00** |

---

**Claim: 16208**
Date Filed:   08/14/2006
Docketed Total:    $0.00
Filing Creditor Name:
   BEARD WILT TERRI

Claim Holder Name
   BEARD WILT TERRI                    Docketed Total:                UNL

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | UNL | UNL |
| | | **UNL** | **UNL** |

Modified Total:                $0.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $0.00 |
| | | | **$0.00** |

---

*       See Exhibit I for a listing of debtor entities by case number.

**      "UNL" denotes an unliquidated claim.

***     The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

Page 1 of 37

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 17182-6   Filed 06/22/09   Entered 06/22/09 19:20:33   Exhibit E-2

Thirty-Fourth Omnibus Claims Objection

Pg 2 of 37

**EXHIBIT E-2 - INDIVIDUAL WORKERS' COMPENSATION CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED*** | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 7632**
Date Filed:   06/08/2006
Docketed Total:     $0.00
Filing Creditor Name:
  BENTON GISELA G

Claim Holder Name
  BENTON GISELA G          Docketed Total:          UNL

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | UNL | UNL |
| | | **UNL** | **UNL** |

          Modified Total:          $0.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $0.00 |
| | | | **$0.00** |

---

**Claim: 7197**
Date Filed:   05/31/2006
Docketed Total:     $0.00
Filing Creditor Name:
  BIERLEIN DEAN

Claim Holder Name
  BIERLEIN DEAN          Docketed Total:          UNL

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | UNL | UNL |
| | | **UNL** | **UNL** |

          Modified Total:          $0.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $0.00 |
| | | | **$0.00** |

---

**Claim: 8786**
Date Filed:   06/30/2006
Docketed Total:     $0.00
Filing Creditor Name:
  BLADE NORMA LEE

Claim Holder Name
  BLADE NORMA LEE          Docketed Total:          UNL

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | UNL | UNL |
| | | **UNL** | **UNL** |

          Modified Total:          $0.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $0.00 |
| | | | **$0.00** |

---

**Claim: 16107**
Date Filed:   08/09/2006
Docketed Total:     $500,000.00
Filing Creditor Name:
  BLAKE DANA

Claim Holder Name
  BLAKE DANA          Docketed Total:          $500,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $500,000.00 | |
| | | **$500,000.00** | |

          Modified Total:          $500,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $500,000.00 |
| | | | **$500,000.00** |

---

*     See Exhibit I for a listing of debtor entities by case number.

**    "UNL" denotes an unliquidated claim.

***   The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 17182-6   Filed 06/22/09   Entered 06/22/09 19:20:33   Exhibit E-2
Pg 3 of 37

Thirty-Fourth Omnibus Claims Objection

**EXHIBIT E-2 - INDIVIDUAL WORKERS' COMPENSATION CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED*** | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 10146**
Date Filed: 07/21/2006
Docketed Total: $0.00
Filing Creditor Name:
BLEHM MARK A

Claim Holder Name
BLEHM MARK A — Docketed Total: UNL

Modified Total: $0.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | UNL | UNL | 05-44481 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

---

**Claim: 13566**
Date Filed: 07/31/2006
Docketed Total: $0.00
Filing Creditor Name:
BLOCK LARRY A

Claim Holder Name
BLOCK LARRY A — Docketed Total: UNL

Modified Total: $0.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | UNL | UNL | 05-44640 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

---

**Claim: 8505**
Date Filed: 06/26/2006
Docketed Total: $0.00
Filing Creditor Name:
BOLIN DEBORAH M

Claim Holder Name
BOLIN DEBORAH M — Docketed Total: UNL

Modified Total: $0.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | UNL | UNL | 05-44640 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

---

**Claim: 8694**
Date Filed: 06/23/2006
Docketed Total: $0.00
Filing Creditor Name:
BOND LORRAINE M

Claim Holder Name
BOND LORRAINE M — Docketed Total: UNL

Modified Total: $0.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | UNL | UNL | 05-44481 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

---

\*     See Exhibit I for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

\*\*\*   The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 17182-6    Filed 06/22/09    Entered 06/22/09 19:20:33    Exhibit E-2
Pg 4 of 37

Thirty-Fourth Omnibus Claims Objection

**EXHIBIT E-2 - INDIVIDUAL WORKERS' COMPENSATION CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED*** | CLAIM AS DOCKETED** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 8653**
Date Filed: 06/27/2006
Docketed Total: $0.00
Filing Creditor Name:
BOURDOW ROY

Claim Holder Name
BOURDOW ROY — Docketed Total: UNL — Modified Total: $0.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | UNL | UNL | 05-44640 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

**Claim: 7436**
Date Filed: 06/05/2006
Docketed Total: $0.00
Filing Creditor Name:
BRIAN TRACY

Claim Holder Name
BRIAN TRACY — Docketed Total: UNL — Modified Total: $0.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | UNL | UNL | 05-44640 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

**Claim: 8419**
Date Filed: 06/23/2006
Docketed Total: $0.00
Filing Creditor Name:
BROWN CLEOPHAS A

Claim Holder Name
BROWN CLEOPHAS A — Docketed Total: UNL — Modified Total: $0.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | UNL | | 05-44481 | | | $0.00 |
| | | **UNL** | | | | | **$0.00** |

**Claim: 8423**
Date Filed: 06/23/2006
Docketed Total: $0.00
Filing Creditor Name:
BROWN ROBERT

Claim Holder Name
BROWN ROBERT — Docketed Total: UNL — Modified Total: $0.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | UNL | UNL | 05-44640 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

*     See Exhibit I for a listing of debtor entities by case number.
**    "UNL" denotes an unliquidated claim.
***   The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 17182-6    Filed 06/22/09    Entered 06/22/09 19:20:33    Exhibit E-2

Pg 5 of 37

Thirty-Fourth Omnibus Claims Objection

## EXHIBIT E-2 - INDIVIDUAL WORKERS' COMPENSATION CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED*** | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 7216**
Date Filed:  05/31/2006
Docketed Total:  $0.00
Filing Creditor Name:
  BROWN SHIRLEY D

Claim Holder Name

BROWN SHIRLEY D    Docketed Total:    UNL

Modified Total:    $0.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | UNL | UNL | 05-44481 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

**Claim: 7269**
Date Filed:  06/01/2006
Docketed Total:  $0.00
Filing Creditor Name:
  BURNS BOBBIE L

Claim Holder Name

BURNS BOBBIE L    Docketed Total:    UNL

Modified Total:    $0.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | UNL | UNL | 05-44640 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

**Claim: 8328**
Date Filed:  06/22/2006
Docketed Total:  $0.00
Filing Creditor Name:
  CAMPAU JOHN T

Claim Holder Name

CAMPAU JOHN T    Docketed Total:    UNL

Modified Total:    $0.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | UNL | UNL | 05-44481 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

**Claim: 9492**
Date Filed:  07/14/2006
Docketed Total:  $0.00
Filing Creditor Name:
  CARL JEFFREY G

Claim Holder Name

CARL JEFFREY G    Docketed Total:    UNL

Modified Total:    $0.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | UNL | | 05-44640 | | | $0.00 |
| | | **UNL** | | | | | **$0.00** |

*    See Exhibit I for a listing of debtor entities by case number.

**    "UNL" denotes an unliquidated claim.

***    The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 17182-6   Filed 06/22/09   Entered 06/22/09 19:20:33   Exhibit E-2
Pg 6 of 37

Thirty-Fourth Omnibus Claims Objection

**EXHIBIT E-2 - INDIVIDUAL WORKERS' COMPENSATION CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED*** | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

---

**Claim: 9005**
Date Filed: 07/05/2006
Docketed Total: $0.00
Filing Creditor Name:
  CARROLL TERRENCE J

Claim Holder Name

  CARROLL TERRENCE J          Docketed Total:          **UNL**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | UNL | UNL |
| | | **UNL** | **UNL** |

Modified Total:          **$0.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $0.00 |
| | | | **$0.00** |

---

**Claim: 9658**
Date Filed: 07/17/2006
Docketed Total: $0.00
Filing Creditor Name:
  CARTER LINDA

Claim Holder Name

  CARTER LINDA          Docketed Total:          **UNL**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | UNL | UNL |
| | | **UNL** | **UNL** |

Modified Total:          **$0.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $0.00 |
| | | | **$0.00** |

---

**Claim: 7726**
Date Filed: 06/09/2006
Docketed Total: $0.00
Filing Creditor Name:
  CASTILLO RAY

Claim Holder Name

  CASTILLO RAY          Docketed Total:          **UNL**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | UNL | UNL |
| | | **UNL** | **UNL** |

Modified Total:          **$0.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $0.00 |
| | | | **$0.00** |

---

**Claim: 7926**
Date Filed: 06/13/2006
Docketed Total: $0.00
Filing Creditor Name:
  CHAMBERS EMMA J

Claim Holder Name

  CHAMBERS EMMA J          Docketed Total:          **UNL**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | UNL | UNL |
| | | **UNL** | **UNL** |

Modified Total:          **$0.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $0.00 |
| | | | **$0.00** |

---

\*      See Exhibit I for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

\*\*\*    The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 17182-6    Filed 06/22/09    Entered 06/22/09 19:20:33    Exhibit E-2
Pg 7 of 37

Thirty-Fourth Omnibus Claims Objection

## EXHIBIT E-2 - INDIVIDUAL WORKERS' COMPENSATION CLAIMS SUBJECT TO MODIFICATION

| CLAIM TO BE MODIFIED*** | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 10975**
Date Filed: 07/26/2006
Docketed Total: $0.00
Filing Creditor Name:
  CLIFTON EDWARD P

Claim Holder Name
  CLIFTON EDWARD P
Docketed Total: **UNL**

Modified Total: **$0.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | UNL | 05-44481 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

**Claim: 5408**
Date Filed: 05/09/2006
Docketed Total: $0.00
Filing Creditor Name:
  COOK GARY L

Claim Holder Name
  COOK GARY L
Docketed Total: **UNL**

Modified Total: **$0.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | UNL | 05-44640 | | | $0.00 |
| | | **UNL** | | | | | **$0.00** |

**Claim: 9614**
Date Filed: 07/17/2006
Docketed Total: $0.00
Filing Creditor Name:
  CZYMBOR JOHN T

Claim Holder Name
  CZYMBOR JOHN T
Docketed Total: **UNL**

Modified Total: **$0.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | UNL | 05-44640 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

**Claim: 7393**
Date Filed: 06/05/2006
Docketed Total: $0.00
Filing Creditor Name:
  DAMSEN FRED D

Claim Holder Name
  DAMSEN FRED D
Docketed Total: **UNL**

Modified Total: **$0.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | UNL | 05-44481 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

*      See Exhibit I for a listing of debtor entities by case number.
**     "UNL" denotes an unliquidated claim.
***    The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

**EXHIBIT E-2 - INDIVIDUAL WORKERS' COMPENSATION CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED*** | CLAIM AS DOCKETED** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 10836**
Date Filed:  07/25/2006
Docketed Total:    $0.00
Filing Creditor Name:
  DASHKOVITZ DENNIS

Claim Holder Name
  DASHKOVITZ DENNIS          Docketed Total:          **UNL**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | UNL | |
| | | **UNL** | |

Modified Total:          **$0.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $0.00 |
| | | | **$0.00** |

---

**Claim: 7078**
Date Filed:  05/30/2006
Docketed Total:    $0.00
Filing Creditor Name:
  DAVIS RUBY H

Claim Holder Name
  DAVIS RUBY H          Docketed Total:          **UNL**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | UNL | UNL |
| | | **UNL** | **UNL** |

Modified Total:          **$0.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $0.00 |
| | | | **$0.00** |

---

**Claim: 7921**
Date Filed:  06/13/2006
Docketed Total:    $0.00
Filing Creditor Name:
  DELGADO JOSE N

Claim Holder Name
  DELGADO JOSE N          Docketed Total:          **UNL**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | UNL | UNL |
| | | **UNL** | **UNL** |

Modified Total:          **$0.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $0.00 |
| | | | **$0.00** |

---

**Claim: 7509**
Date Filed:  06/06/2006
Docketed Total:    $0.00
Filing Creditor Name:
  DUPUIS JEFFREY

Claim Holder Name
  DUPUIS JEFFREY          Docketed Total:          **UNL**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | UNL | UNL |
| | | **UNL** | **UNL** |

Modified Total:          **$0.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $0.00 |
| | | | **$0.00** |

---

\*      See Exhibit I for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

\*\*\*    The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

**EXHIBIT E-2 - INDIVIDUAL WORKERS' COMPENSATION CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED*** | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 8516**
Date Filed: 06/26/2006
Docketed Total: $0.00
Filing Creditor Name:
   DYE CLEMENTINE

Claim Holder Name
   DYE CLEMENTINE          Docketed Total:          **UNL**          Modified Total:          **$0.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | UNL | UNL | 05-44640 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

**Claim: 9031**
Date Filed: 07/05/2006
Docketed Total: $0.00
Filing Creditor Name:
   FAGAN DALLAS J

Claim Holder Name
   FAGAN DALLAS J          Docketed Total:          **UNL**          Modified Total:          **$0.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | UNL | UNL | 05-44481 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

**Claim: 7772**
Date Filed: 06/12/2006
Docketed Total: $0.00
Filing Creditor Name:
   FIFE CLAUDINE

Claim Holder Name
   FIFE CLAUDINE          Docketed Total:          **UNL**          Modified Total:          **$0.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | UNL | UNL | 05-44640 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

**Claim: 7930**
Date Filed: 06/13/2006
Docketed Total: $0.00
Filing Creditor Name:
   FODO JR JULIUS A

Claim Holder Name
   FODO JR JULIUS A          Docketed Total:          **UNL**          Modified Total:          **$0.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | UNL | UNL | 05-44640 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

---

\*      See Exhibit I for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

\*\*\*    The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

**EXHIBIT E-2 - INDIVIDUAL WORKERS' COMPENSATION CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED*** | CLAIM AS DOCKETED** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 10143**
Date Filed:   07/21/2006
Docketed Total:   $0.00
Filing Creditor Name:
  FORREST RICK J

Claim Holder Name
  FORREST RICK J          Docketed Total:         UNL
                                                           Modified Total:      $0.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | UNL | UNL | 05-44640 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

**Claim: 16141**
Date Filed:   08/09/2006
Docketed Total:   $0.00
Filing Creditor Name:
  GALONSKA JOSEPH

Claim Holder Name
  GALONSKA JOSEPH          Docketed Total:         UNL
                                                           Modified Total:      $0.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | UNL | UNL | 05-44481 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

**Claim: 8816**
Date Filed:   06/30/2006
Docketed Total:   $0.00
Filing Creditor Name:
  GALUS CARL

Claim Holder Name
  GALUS CARL          Docketed Total:         UNL
                                                           Modified Total:      $0.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | UNL | UNL | 05-44481 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

**Claim: 11120**
Date Filed:   07/27/2006
Docketed Total:   $0.00
Filing Creditor Name:
  GARIGEN CINDY

Claim Holder Name
  GARIGEN CINDY          Docketed Total:         UNL
                                                           Modified Total:      $0.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | UNL | UNL | 05-44481 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

*      See Exhibit I for a listing of debtor entities by case number.
**     "UNL" denotes an unliquidated claim.
***    The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

**EXHIBIT E-2 - INDIVIDUAL WORKERS' COMPENSATION CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED*** | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 10350<br>Date Filed:   07/24/2006<br>Docketed Total:     $0.00<br>Filing Creditor Name:<br>   GOODE CHARLENE M | Claim Holder Name<br>   GOODE CHARLENE M             Docketed Total:              **UNL** | Modified Total:              **$0.00** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | UNL | 05-44481 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

| | | |
|---|---|---|
| Claim: 9532<br>Date Filed:   07/14/2006<br>Docketed Total:     $0.00<br>Filing Creditor Name:<br>   GOODRICH DAYTON | Claim Holder Name<br>   GOODRICH DAYTON             Docketed Total:              **UNL** | Modified Total:              **$0.00** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | UNL | 05-44481 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

| | | |
|---|---|---|
| Claim: 14942<br>Date Filed:   07/31/2006<br>Docketed Total:     $0.00<br>Filing Creditor Name:<br>   GRAHAM BLOUNT JUDY | Claim Holder Name<br>   GRAHAM BLOUNT JUDY             Docketed Total:              **UNL** | Modified Total:              **$0.00** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | UNL | 05-44481 | | | $0.00 |
| | | **UNL** | | | | | **$0.00** |

| | | |
|---|---|---|
| Claim: 15334<br>Date Filed:   07/31/2006<br>Docketed Total:     $0.00<br>Filing Creditor Name:<br>   GREEN TERRY | Claim Holder Name<br>   GREEN TERRY             Docketed Total:              **UNL** | Modified Total:              **$0.00** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | UNL | 05-44640 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

\*        See Exhibit I for a listing of debtor entities by case number.

\*\*       "UNL" denotes an unliquidated claim.

\*\*\*      The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

**EXHIBIT E-2 - INDIVIDUAL WORKERS' COMPENSATION CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED*** | CLAIM AS DOCKETED** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 15728**
Date Filed: 07/31/2006
Docketed Total: $500,000.00
Filing Creditor Name:
GRIER BRENDA

Claim Holder Name
GRIER BRENDA    Docketed Total: **$500,000.00**    Modified Total: **$500,000.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $500,000.00 | | 05-44640 | | | $500,000.00 |
| | | **$500,000.00** | | | | | **$500,000.00** |

**Claim: 6861**
Date Filed: 05/25/2006
Docketed Total: $0.00
Filing Creditor Name:
HARBACK JR ALMERON L

Claim Holder Name
HARBACK JR ALMERON L    Docketed Total: **UNL**    Modified Total: **$0.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | UNL | UNL | 05-44481 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

**Claim: 6899**
Date Filed: 05/26/2006
Docketed Total: $0.00
Filing Creditor Name:
HEARD DENNIS

Claim Holder Name
HEARD DENNIS    Docketed Total: **UNL**    Modified Total: **$0.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | UNL | UNL | 05-44481 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

**Claim: 7873**
Date Filed: 06/13/2006
Docketed Total: $0.00
Filing Creditor Name:
HERBIG EUGENE E

Claim Holder Name
HERBIG EUGENE E    Docketed Total: **UNL**    Modified Total: **$0.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | UNL | UNL | 05-44640 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

\*      See Exhibit I for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

\*\*\*    The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 17182-6   Filed 06/22/09   Entered 06/22/09 19:20:33   Exhibit E-2
Pg 13 of 37

Thirty-Fourth Omnibus Claims Objection

**EXHIBIT E-2 - INDIVIDUAL WORKERS' COMPENSATION CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED*** | CLAIM AS DOCKETED** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 8565**
Date Filed:   06/26/2006
Docketed Total:   $0.00
Filing Creditor Name:
   HERLINE WRIGHT SUSAN

Claim Holder Name
   HERLINE WRIGHT SUSAN        Docketed Total:            UNL            Modified Total:            $0.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | UNL | UNL | 05-44640 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

**Claim: 4514**
Date Filed:   05/02/2006
Docketed Total:   $492.30
Filing Creditor Name:
   HIGGINS SHARON

Claim Holder Name
   HIGGINS SHARON        Docketed Total:            $492.30            Modified Total:            $492.30

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $492.30 | | 05-44481 | | | $492.30 |
| | | **$492.30** | | | | | **$492.30** |

**Claim: 9002**
Date Filed:   07/05/2006
Docketed Total:   $0.00
Filing Creditor Name:
   HOGAN CARMEN

Claim Holder Name
   HOGAN CARMEN        Docketed Total:            UNL            Modified Total:            $0.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | UNL | UNL | 05-44481 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

**Claim: 15841**
Date Filed:   08/09/2006
Docketed Total:   $0.00
Filing Creditor Name:
   HOLLAND SCOTTIE E

Claim Holder Name
   HOLLAND SCOTTIE E        Docketed Total:            UNL            Modified Total:            $0.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | UNL | UNL | 05-44481 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

\*      See Exhibit I for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

\*\*\*    The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 17182-6   Filed 06/22/09   Entered 06/22/09 19:20:33   Exhibit E-2
Pg 14 of 37

Thirty-Fourth Omnibus Claims Objection

**EXHIBIT E-2 - INDIVIDUAL WORKERS' COMPENSATION CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED*** | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

---

**Claim: 8280**
Date Filed:   06/20/2006
Docketed Total:      $0.00
Filing Creditor Name:
    JACKSON BETTY G

Claim Holder Name
    JACKSON BETTY G          Docketed Total:          **UNL**

Modified Total:          **$0.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | UNL | UNL |
| | | **UNL** | **UNL** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $0.00 |
| | | | **$0.00** |

---

**Claim: 8356**
Date Filed:   06/22/2006
Docketed Total:      $0.00
Filing Creditor Name:
    JACKSON ROBERTA

Claim Holder Name
    JACKSON ROBERTA          Docketed Total:          **UNL**

Modified Total:          **$0.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | UNL | UNL |
| | | **UNL** | **UNL** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $0.00 |
| | | | **$0.00** |

---

**Claim: 7120**
Date Filed:   05/30/2006
Docketed Total:      $0.00
Filing Creditor Name:
    JACOVITCH DONNA

Claim Holder Name
    JACOVITCH DONNA          Docketed Total:          **UNL**

Modified Total:          **$0.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | UNL | UNL |
| | | **UNL** | **UNL** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $0.00 |
| | | | **$0.00** |

---

**Claim: 8348**
Date Filed:   06/22/2006
Docketed Total:      $0.00
Filing Creditor Name:
    JONES LINDA

Claim Holder Name
    JONES LINDA          Docketed Total:          **UNL**

Modified Total:          **$0.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | UNL | UNL |
| | | **UNL** | **UNL** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $0.00 |
| | | | **$0.00** |

---

\*      See Exhibit I for a listing of debtor entities by case number.

\*\*      "UNL" denotes an unliquidated claim.

\*\*\*      The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

**EXHIBIT E-2 - INDIVIDUAL WORKERS' COMPENSATION CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED*** | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 4672**
Date Filed:   05/04/2006
Docketed Total:    $0.00
Filing Creditor Name:
    JORZA CHARLOTTE

Claim Holder Name
    JORZA CHARLOTTE         Docketed Total:         **UNL**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | UNL | |
| | | **UNL** | |

Modified Total:         **$0.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $0.00 |
| | | | **$0.00** |

---

**Claim: 6646**
Date Filed:   05/23/2006
Docketed Total:    $0.00
Filing Creditor Name:
    KLONOWSKI JR THOMAS F

Claim Holder Name
    KLONOWSKI JR THOMAS F         Docketed Total:         **UNL**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | UNL | UNL |
| | | **UNL** | **UNL** |

Modified Total:         **$0.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $0.00 |
| | | | **$0.00** |

---

**Claim: 7727**
Date Filed:   06/09/2006
Docketed Total:    $0.00
Filing Creditor Name:
    LAFRENIER BARBARA

Claim Holder Name
    LAFRENIER BARBARA         Docketed Total:         **UNL**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | UNL | UNL |
| | | **UNL** | **UNL** |

Modified Total:         **$0.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $0.00 |
| | | | **$0.00** |

---

**Claim: 6430**
Date Filed:   05/22/2006
Docketed Total:    $0.00
Filing Creditor Name:
    LAMBERT SHELLEY

Claim Holder Name
    LAMBERT SHELLEY         Docketed Total:         **UNL**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | UNL | |
| | | **UNL** | |

Modified Total:         **$0.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $0.00 |
| | | | **$0.00** |

---

*       See Exhibit I for a listing of debtor entities by case number.

**      "UNL" denotes an unliquidated claim.

***     The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 17182-6   Filed 06/22/09   Entered 06/22/09 19:20:33   Exhibit E-2
Pg 16 of 37

Thirty-Fourth Omnibus Claims Objection

**EXHIBIT E-2 - INDIVIDUAL WORKERS' COMPENSATION CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED*** | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 8424**
Date Filed:   06/23/2006
Docketed Total:     $0.00
Filing Creditor Name:
    LANE DOUGLAS E

Claim Holder Name
    LANE DOUGLAS E          Docketed Total:          **UNL**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | UNL | UNL |
| | | **UNL** | **UNL** |

Modified Total:          **$0.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $0.00 |
| | | | **$0.00** |

---

**Claim: 9067**
Date Filed:   07/06/2006
Docketed Total:     $0.00
Filing Creditor Name:
    LEAYM ROBERT A

Claim Holder Name
    LEAYM ROBERT A          Docketed Total:          **UNL**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | UNL | UNL |
| | | **UNL** | **UNL** |

Modified Total:          **$0.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $0.00 |
| | | | **$0.00** |

---

**Claim: 16111**
Date Filed:   08/09/2006
Docketed Total:     $500,000.00
Filing Creditor Name:
    LEECK RASOLIND J

Claim Holder Name
    LEECK RASOLIND J          Docketed Total:          **$500,000.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $500,000.00 | |
| | | **$500,000.00** | |

Modified Total:          **$500,000.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $500,000.00 |
| | | | **$500,000.00** |

---

**Claim: 6907**
Date Filed:   05/26/2006
Docketed Total:     $0.00
Filing Creditor Name:
    LINCOLN KEVIN L

Claim Holder Name
    LINCOLN KEVIN L          Docketed Total:          **UNL**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | UNL | UNL |
| | | **UNL** | **UNL** |

Modified Total:          **$0.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $0.00 |
| | | | **$0.00** |

---

\*      See Exhibit I for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

\*\*\*    The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 17182-6   Filed 06/22/09   Entered 06/22/09 19:20:33   Exhibit E-2
Pg 17 of 37

Thirty-Fourth Omnibus Claims Objection

**EXHIBIT E-2 - INDIVIDUAL WORKERS' COMPENSATION CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED*** | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 8107**
Date Filed: 06/16/2006
Docketed Total: $0.00
Filing Creditor Name:
LIVINGSTON BETTY J

Claim Holder Name
LIVINGSTON BETTY J          Docketed Total: **UNL**          Modified Total: **$0.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | UNL | UNL | 05-44640 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

**Claim: 16262**
Date Filed: 08/09/2006
Docketed Total: $0.00
Filing Creditor Name:
LOGAN EARTHA

Claim Holder Name
LOGAN EARTHA          Docketed Total: **UNL**          Modified Total: **$0.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | UNL | UNL | 05-44481 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

**Claim: 7100**
Date Filed: 05/30/2006
Docketed Total: $0.00
Filing Creditor Name:
LOPEZ PABLO

Claim Holder Name
LOPEZ PABLO          Docketed Total: **UNL**          Modified Total: **$0.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | UNL | UNL | 05-44640 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

**Claim: 7437**
Date Filed: 06/05/2006
Docketed Total: $0.00
Filing Creditor Name:
LUTZ JERILYN K

Claim Holder Name
LUTZ JERILYN K          Docketed Total: **UNL**          Modified Total: **$0.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | UNL | UNL | 05-44640 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

*       See Exhibit I for a listing of debtor entities by case number.

**      "UNL" denotes an unliquidated claim.

***     The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

**EXHIBIT E-2 - INDIVIDUAL WORKERS' COMPENSATION CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED*** | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 6551**
Date Filed:  05/22/2006
Docketed Total:  $0.00
Filing Creditor Name:
  LYTLE ALAN L

Claim Holder Name
  LYTLE ALAN L                              Docketed Total:            UNL
                                                        Modified Total:         $0.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | UNL | 05-44640 | | | $0.00 |
| | | | **UNL** | | | | **$0.00** |

**Claim: 8182**
Date Filed:  06/22/2006
Docketed Total:  $0.00
Filing Creditor Name:
  MACON CLAUDE L

Claim Holder Name
  MACON CLAUDE L                            Docketed Total:            UNL
                                                        Modified Total:         $0.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | UNL | UNL | 05-44481 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

**Claim: 7213**
Date Filed:  05/31/2006
Docketed Total:  $0.00
Filing Creditor Name:
  MALUSI DANIEL

Claim Holder Name
  MALUSI DANIEL                             Docketed Total:            UNL
                                                        Modified Total:         $0.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | UNL | UNL | 05-44640 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

**Claim: 7422**
Date Filed:  06/05/2006
Docketed Total:  $0.00
Filing Creditor Name:
  MANSFIELD MARION J

Claim Holder Name
  MANSFIELD MARION J                        Docketed Total:            UNL
                                                        Modified Total:         $0.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | UNL | UNL | 05-44640 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

*       See Exhibit I for a listing of debtor entities by case number.
**      "UNL" denotes an unliquidated claim.
***     The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

**EXHIBIT E-2 - INDIVIDUAL WORKERS' COMPENSATION CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED*** | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

| CLAIM TO BE MODIFIED*** | | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8616<br>Date Filed: 06/27/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>MARCHBANKS JANINE | Claim Holder Name<br><br>MARCHBANKS JANINE | | Docketed Total: | **UNL** | | | Modified Total: | **$0.00** |
| | Case Number*<br>05-44640 | Secured | Priority<br>UNL | Unsecured<br>UNL | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$0.00 |
| | | | **UNL** | **UNL** | | | | **$0.00** |
| Claim: 10395<br>Date Filed: 07/24/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>MASTERS CONSTANCE | Claim Holder Name<br><br>MASTERS CONSTANCE | | Docketed Total: | **UNL** | | | Modified Total: | **$0.00** |
| | Case Number*<br>05-44481 | Secured | Priority<br>UNL | Unsecured<br>UNL | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$0.00 |
| | | | **UNL** | **UNL** | | | | **$0.00** |
| Claim: 7803<br>Date Filed: 06/12/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>MC CUISTON CARLTON H | Claim Holder Name<br><br>MC CUISTON CARLTON H | | Docketed Total: | **UNL** | | | Modified Total: | **$0.00** |
| | Case Number*<br>05-44481 | Secured | Priority<br>UNL | Unsecured<br>UNL | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$0.00 |
| | | | **UNL** | **UNL** | | | | **$0.00** |
| Claim: 7186<br>Date Filed: 05/31/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>MCKEE DORIS A | Claim Holder Name<br><br>MCKEE DORIS A | | Docketed Total: | **UNL** | | | Modified Total: | **$0.00** |
| | Case Number*<br>05-44481 | Secured | Priority<br>UNL | Unsecured<br>UNL | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$0.00 |
| | | | **UNL** | **UNL** | | | | **$0.00** |

\*      See Exhibit I for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

\*\*\*    The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

**EXHIBIT E-2 - INDIVIDUAL WORKERS' COMPENSATION CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED*** | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 7096**
Date Filed: 05/30/2006
Docketed Total: $0.00
Filing Creditor Name:
　MCNEELY NANCY

Claim Holder Name
　MCNEELY NANCY          Docketed Total:          **UNL**

Modified Total:          **$0.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | UNL | UNL | 05-44481 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

**Claim: 9901**
Date Filed: 07/19/2006
Docketed Total: $0.00
Filing Creditor Name:
　MILLER LARRY

Claim Holder Name
　MILLER LARRY          Docketed Total:          **UNL**

Modified Total:          **$0.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | UNL | UNL | 05-44640 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

**Claim: 8652**
Date Filed: 06/27/2006
Docketed Total: $0.00
Filing Creditor Name:
　MINK DEBRA J

Claim Holder Name
　MINK DEBRA J          Docketed Total:          **UNL**

Modified Total:          **$0.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | UNL | UNL | 05-44640 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

**Claim: 6478**
Date Filed: 05/22/2006
Docketed Total: $0.00
Filing Creditor Name:
　MITCHELL CHARLES A

Claim Holder Name
　MITCHELL CHARLES A          Docketed Total:          **UNL**

Modified Total:          **$0.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | UNL | UNL | 05-44481 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

*　　See Exhibit I for a listing of debtor entities by case number.

**　　"UNL" denotes an unliquidated claim.

***　　The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

**EXHIBIT E-2 - INDIVIDUAL WORKERS' COMPENSATION CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED*** | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

---

**Claim: 7212**
Date Filed:   05/31/2006
Docketed Total:    $0.00
Filing Creditor Name:
   MONTGOMERY WILLIAM L

Claim Holder Name
   MONTGOMERY WILLIAM L            Docketed Total:            **UNL**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | UNL | UNL |
| | | **UNL** | **UNL** |

Modified Total:            **$0.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $0.00 |
| | | | **$0.00** |

---

**Claim: 4737**
Date Filed:   05/04/2006
Docketed Total:    $100,000.00
Filing Creditor Name:
   MORRIS LARRY J

Claim Holder Name
   MORRIS LARRY J            Docketed Total:            **$100,000.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $100,000.00 | |
| | | **$100,000.00** | |

Modified Total:            **$100,000.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $100,000.00 |
| | | | **$100,000.00** |

---

**Claim: 6906**
Date Filed:   05/26/2006
Docketed Total:    $0.00
Filing Creditor Name:
   MUNGER JACQUELINE

Claim Holder Name
   MUNGER JACQUELINE            Docketed Total:            **UNL**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | UNL | UNL |
| | | **UNL** | **UNL** |

Modified Total:            **$0.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $0.00 |
| | | | **$0.00** |

---

**Claim: 7721**
Date Filed:   06/09/2006
Docketed Total:    $0.00
Filing Creditor Name:
   MUNOZ J

Claim Holder Name
   MUNOZ J            Docketed Total:            **UNL**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | UNL | UNL |
| | | **UNL** | **UNL** |

Modified Total:            **$0.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $0.00 |
| | | | **$0.00** |

---

\*       See Exhibit I for a listing of debtor entities by case number.

\*\*      "UNL" denotes an unliquidated claim.

\*\*\*     The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 17182-6   Filed 06/22/09   Entered 06/22/09 19:20:33   Exhibit E-2
Pg 22 of 37

Thirty-Fourth Omnibus Claims Objection

**EXHIBIT E-2 - INDIVIDUAL WORKERS' COMPENSATION CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED*** | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 7927**
Date Filed:   06/13/2006
Docketed Total:   $0.00
Filing Creditor Name:
MURRY SHIRLEY J

Claim Holder Name
MURRY SHIRLEY J
Docketed Total:   UNL

Modified Total:   $0.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | UNL | UNL | 05-44640 | | | $0.00 |
| | | UNL | UNL | | | | $0.00 |

**Claim: 8574**
Date Filed:   06/26/2006
Docketed Total:   $0.00
Filing Creditor Name:
MUTTON CONNIE L

Claim Holder Name
MUTTON CONNIE L
Docketed Total:   UNL

Modified Total:   $0.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | UNL | UNL | 05-44481 | | | $0.00 |
| | | UNL | UNL | | | | $0.00 |

**Claim: 7520**
Date Filed:   06/06/2006
Docketed Total:   $0.00
Filing Creditor Name:
NIEMAN JAMES L

Claim Holder Name
NIEMAN JAMES L
Docketed Total:   UNL

Modified Total:   $0.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | UNL | UNL | 05-44640 | | | $0.00 |
| | | UNL | UNL | | | | $0.00 |

**Claim: 6806**
Date Filed:   05/25/2006
Docketed Total:   $0.00
Filing Creditor Name:
ORTEGA MARIA

Claim Holder Name
ORTEGA MARIA
Docketed Total:   UNL

Modified Total:   $0.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | UNL | UNL | 05-44481 | | | $0.00 |
| | | UNL | UNL | | | | $0.00 |

*       See Exhibit I for a listing of debtor entities by case number.

**     "UNL" denotes an unliquidated claim.

***    The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

**EXHIBIT E-2 - INDIVIDUAL WORKERS' COMPENSATION CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED*** | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 9897<br>Date Filed:   07/19/2006<br>Docketed Total:    $0.00<br>Filing Creditor Name:<br> OSTASH ROBERT S | Claim Holder Name<br> OSTASH ROBERT S          Docketed Total:          **UNL** | Modified Total:          **$0.00** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | UNL<br>UNL | 05-44640 | | | $0.00<br>$0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

| | | |
|---|---|---|
| Claim: 8812<br>Date Filed:   06/30/2006<br>Docketed Total:    $0.00<br>Filing Creditor Name:<br> PARM CATHERINE | Claim Holder Name<br> PARM CATHERINE          Docketed Total:          **UNL** | Modified Total:          **$0.00** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | UNL<br>UNL | 05-44481 | | | $0.00<br>$0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

| | | |
|---|---|---|
| Claim: 10422<br>Date Filed:   07/24/2006<br>Docketed Total:    $0.00<br>Filing Creditor Name:<br> PETTY BRIDGETT R | Claim Holder Name<br> PETTY BRIDGETT R          Docketed Total:          **UNL** | Modified Total:          **$0.00** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | UNL<br>UNL | 05-44481 | | | $0.00<br>$0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

| | | |
|---|---|---|
| Claim: 2945<br>Date Filed:   04/27/2006<br>Docketed Total:    $650,000.00<br>Filing Creditor Name:<br> PIOTROWSKI ALICIA K | Claim Holder Name<br> PIOTROWSKI ALICIA K          Docketed Total:          **$650,000.00** | Modified Total:          **$650,000.00** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $650,000.00 | | | 05-44481 | | | $650,000.00 |
| | **$650,000.00** | | | | | | **$650,000.00** |

\*      See Exhibit I for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

\*\*\*    The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

**EXHIBIT E-2 - INDIVIDUAL WORKERS' COMPENSATION CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED*** | CLAIM AS DOCKETED** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 8932**
Date Filed:   07/05/2006
Docketed Total:   $0.00
Filing Creditor Name:
POTTS MARY C

Claim Holder Name
POTTS MARY C          Docketed Total:          UNL          Modified Total:          $0.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | UNL | UNL | 05-44640 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

**Claim: 7161**
Date Filed:   05/30/2006
Docketed Total:   $0.00
Filing Creditor Name:
QUACKENBUSH GORDON B

Claim Holder Name
QUACKENBUSH GORDON B          Docketed Total:          UNL          Modified Total:          $0.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | UNL | UNL | 05-44640 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

**Claim: 6867**
Date Filed:   05/25/2006
Docketed Total:   $0.00
Filing Creditor Name:
QUIROGA SALLY J

Claim Holder Name
QUIROGA SALLY J          Docketed Total:          UNL          Modified Total:          $0.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | UNL | UNL | 05-44481 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

**Claim: 7030**
Date Filed:   05/30/2006
Docketed Total:   $0.00
Filing Creditor Name:
RAAB ANTON J

Claim Holder Name
RAAB ANTON J          Docketed Total:          UNL          Modified Total:          $0.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | UNL | UNL | 05-44640 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

*       See Exhibit I for a listing of debtor entities by case number.

**      "UNL" denotes an unliquidated claim.

***     The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 17182-6   Filed 06/22/09   Entered 06/22/09 19:20:33   Exhibit E-2
Pg 25 of 37

Thirty-Fourth Omnibus Claims Objection

**EXHIBIT E-2 - INDIVIDUAL WORKERS' COMPENSATION CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED*** | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 7071**
Date Filed: 05/30/2006
Docketed Total: $0.00
Filing Creditor Name:
RAAB ROBERT A

Claim Holder Name
RAAB ROBERT A    Docketed Total: **UNL**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | UNL | UNL |
| | | **UNL** | **UNL** |

Modified Total: **$0.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $0.00 |
| | | | **$0.00** |

---

**Claim: 8208**
Date Filed: 06/19/2006
Docketed Total: $0.00
Filing Creditor Name:
RADABAUGH THOMAS K

Claim Holder Name
RADABAUGH THOMAS K    Docketed Total: **UNL**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | UNL | UNL |
| | | **UNL** | **UNL** |

Modified Total: **$0.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $0.00 |
| | | | **$0.00** |

---

**Claim: 7061**
Date Filed: 05/30/2006
Docketed Total: $0.00
Filing Creditor Name:
RAJEWSKI TERRANCE M

Claim Holder Name
RAJEWSKI TERRANCE M    Docketed Total: **UNL**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | UNL | UNL |
| | | **UNL** | **UNL** |

Modified Total: **$0.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $0.00 |
| | | | **$0.00** |

---

**Claim: 8040**
Date Filed: 06/16/2006
Docketed Total: $0.00
Filing Creditor Name:
REINHARDT DONALD E

Claim Holder Name
REINHARDT DONALD E    Docketed Total: **UNL**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | UNL | UNL |
| | | **UNL** | **UNL** |

Modified Total: **$0.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $0.00 |
| | | | **$0.00** |

---

\*     See Exhibit I for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

\*\*\*   The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 17182-6   Filed 06/22/09   Entered 06/22/09 19:20:33   Exhibit E-2
Pg 26 of 37

Thirty-Fourth Omnibus Claims Objection

**EXHIBIT E-2 - INDIVIDUAL WORKERS' COMPENSATION CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED*** | CLAIM AS DOCKETED** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 16273**
Date Filed:   08/28/2006
Docketed Total:   $2,000,000.00
Filing Creditor Name:
   ROBB JOHN K

Claim Holder Name
   ROBB JOHN K          Docketed Total:   $2,000,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $2,000,000.00 | |
| | | $2,000,000.00 | |

Modified Total:   $2,000,000.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,000,000.00 |
| | | | $2,000,000.00 |

---

**Claim: 7924**
Date Filed:   06/13/2006
Docketed Total:   $0.00
Filing Creditor Name:
   RODRIGUEZ RICARDO

Claim Holder Name
   RODRIGUEZ RICARDO          Docketed Total:   UNL

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | UNL | UNL |
| | | UNL | UNL |

Modified Total:   $0.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $0.00 |
| | | | $0.00 |

---

**Claim: 8435**
Date Filed:   06/23/2006
Docketed Total:   $0.00
Filing Creditor Name:
   RUNNING JEANIE

Claim Holder Name
   RUNNING JEANIE          Docketed Total:   UNL

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | UNL | UNL |
| | | UNL | UNL |

Modified Total:   $0.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $0.00 |
| | | | $0.00 |

---

**Claim: 16081**
Date Filed:   08/09/2006
Docketed Total:   $0.00
Filing Creditor Name:
   RUSSELL CAROLYN

Claim Holder Name
   RUSSELL CAROLYN          Docketed Total:   UNL

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | UNL | UNL |
| | | UNL | UNL |

Modified Total:   $0.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $0.00 |
| | | | $0.00 |

---

\*     See Exhibit I for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

\*\*\*   The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

**EXHIBIT E-2 - INDIVIDUAL WORKERS' COMPENSATION CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED*** | CLAIM AS DOCKETED** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 11219**
Date Filed: 07/26/2006
Docketed Total: $0.00
Filing Creditor Name:
SABO ROBERT B

| Claim Holder Name | | | | Modified Total: | $0.00 |
|---|---|---|---|---|---|
| SABO ROBERT B | Docketed Total: | UNL | | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | UNL | UNL | 05-44640 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

**Claim: 7231**
Date Filed: 05/31/2006
Docketed Total: $0.00
Filing Creditor Name:
SALO LEILA M

| Claim Holder Name | | | | Modified Total: | $0.00 |
|---|---|---|---|---|---|
| SALO LEILA M | Docketed Total: | UNL | | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | UNL | UNL | 05-44640 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

**Claim: 8605**
Date Filed: 06/27/2006
Docketed Total: $0.00
Filing Creditor Name:
SANADA DARWIN

| Claim Holder Name | | | | Modified Total: | $0.00 |
|---|---|---|---|---|---|
| SANADA DARWIN | Docketed Total: | UNL | | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | UNL | UNL | 05-44640 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

**Claim: 8086**
Date Filed: 06/16/2006
Docketed Total: $0.00
Filing Creditor Name:
SANDERS ALMA L

| Claim Holder Name | | | | Modified Total: | $0.00 |
|---|---|---|---|---|---|
| SANDERS ALMA L | Docketed Total: | UNL | | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | UNL | UNL | 05-44481 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

\*      See Exhibit I for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

\*\*\*    The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 17182-6   Filed 06/22/09   Entered 06/22/09 19:20:33   Exhibit E-2
Pg 28 of 37

Thirty-Fourth Omnibus Claims Objection

**EXHIBIT E-2 - INDIVIDUAL WORKERS' COMPENSATION CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED*** | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 9142**
Date Filed: 07/10/2006
Docketed Total: $0.00
Filing Creditor Name:
   SCHADE RICHARD A

Claim Holder Name
   SCHADE RICHARD A          Docketed Total:          **UNL**

Modified Total:          **$0.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | UNL | 05-44481 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

**Claim: 7805**
Date Filed: 06/12/2006
Docketed Total: $0.00
Filing Creditor Name:
   SCHMIDT GARY

Claim Holder Name
   SCHMIDT GARY          Docketed Total:          **UNL**

Modified Total:          **$0.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | UNL | 05-44481 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

**Claim: 14057**
Date Filed: 07/31/2006
Docketed Total: $0.00
Filing Creditor Name:
   SHORT JOANNE

Claim Holder Name
   SHORT JOANNE          Docketed Total:          **UNL**

Modified Total:          **$0.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | UNL | 05-44640 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

**Claim: 8917**
Date Filed: 07/05/2006
Docketed Total: $0.00
Filing Creditor Name:
   SIMMONS DORIS R

Claim Holder Name
   SIMMONS DORIS R          Docketed Total:          **UNL**

Modified Total:          **$0.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | UNL | 05-44640 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

\*       See Exhibit I for a listing of debtor entities by case number.

\*\*      "UNL" denotes an unliquidated claim.

\*\*\*     The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

**EXHIBIT E-2 - INDIVIDUAL WORKERS' COMPENSATION CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED*** | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 8335**
Date Filed:   06/22/2006
Docketed Total:   $0.00
Filing Creditor Name:
 SIMS MENORT

Claim Holder Name
 SIMS MENORT          Docketed Total:          UNL

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | UNL | UNL |
| | | **UNL** | **UNL** |

Modified Total:          $0.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $0.00 |
| | | | **$0.00** |

---

**Claim: 7173**
Date Filed:   05/31/2006
Docketed Total:   $0.00
Filing Creditor Name:
 SNOOK TERRENCE L

Claim Holder Name
 SNOOK TERRENCE L          Docketed Total:          UNL

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | UNL | UNL |
| | | **UNL** | **UNL** |

Modified Total:          $0.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $0.00 |
| | | | **$0.00** |

---

**Claim: 6874**
Date Filed:   05/25/2006
Docketed Total:   $0.00
Filing Creditor Name:
 SPEAR MICHAEL K

Claim Holder Name
 SPEAR MICHAEL K          Docketed Total:          UNL

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | UNL | UNL |
| | | **UNL** | **UNL** |

Modified Total:          $0.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $0.00 |
| | | | **$0.00** |

---

**Claim: 9618**
Date Filed:   07/17/2006
Docketed Total:   $0.00
Filing Creditor Name:
 STRAHM JR CHARLES F

Claim Holder Name
 STRAHM JR CHARLES F          Docketed Total:          UNL

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | UNL | UNL |
| | | **UNL** | **UNL** |

Modified Total:          $0.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $0.00 |
| | | | **$0.00** |

---

\*      See Exhibit I for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

\*\*\*    The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

**EXHIBIT E-2 - INDIVIDUAL WORKERS' COMPENSATION CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED*** | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 8337**
Date Filed: 06/22/2006
Docketed Total: $0.00
Filing Creditor Name:
STUDIVENT LUTHA M

Claim Holder Name
STUDIVENT LUTHA M        Docketed Total:        **UNL**        Modified Total:        **$0.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | UNL | UNL | 05-44481 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

**Claim: 9293**
Date Filed: 07/11/2006
Docketed Total: $0.00
Filing Creditor Name:
STUPAK SUSAN E

Claim Holder Name
STUPAK SUSAN E        Docketed Total:        **UNL**        Modified Total:        **$0.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | UNL | UNL | 05-44640 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

**Claim: 9518**
Date Filed: 07/14/2006
Docketed Total: $0.00
Filing Creditor Name:
TACEY II KENNETH J

Claim Holder Name
TACEY II KENNETH J        Docketed Total:        **UNL**        Modified Total:        **$0.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | UNL | UNL | 05-44640 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

**Claim: 13505**
Date Filed: 07/25/2006
Docketed Total: $0.00
Filing Creditor Name:
TAYLOR CHARLES

Claim Holder Name
TAYLOR CHARLES        Docketed Total:        **UNL**        Modified Total:        **$0.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | UNL | | 05-44640 | | | $0.00 |
| | | **UNL** | | | | | **$0.00** |

*      See Exhibit I for a listing of debtor entities by case number.
**     "UNL" denotes an unliquidated claim.
***    The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 17182-6   Filed 06/22/09   Entered 06/22/09 19:20:33   Exhibit E-2
Pg 31 of 37

Thirty-Fourth Omnibus Claims Objection

**EXHIBIT E-2 - INDIVIDUAL WORKERS' COMPENSATION CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED*** | CLAIM AS DOCKETED** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 8651**
Date Filed: 06/27/2006
Docketed Total: $0.00
Filing Creditor Name:
    TAYLOR ELOWESE

Claim Holder Name
    TAYLOR ELOWESE     Docketed Total:     UNL     Modified Total:     $0.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | UNL | UNL | 05-44640 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

**Claim: 8460**
Date Filed: 06/26/2006
Docketed Total: $0.00
Filing Creditor Name:
    THOMAS NORMA

Claim Holder Name
    THOMAS NORMA     Docketed Total:     UNL     Modified Total:     $0.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | UNL | UNL | 05-44481 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

**Claim: 8924**
Date Filed: 07/05/2006
Docketed Total: $0.00
Filing Creditor Name:
    TILDEN FLOYD D

Claim Holder Name
    TILDEN FLOYD D     Docketed Total:     UNL     Modified Total:     $0.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | UNL | UNL | 05-44481 | | | $0.00 |
| | | **UNL** | | | | | **$0.00** |

**Claim: 8882**
Date Filed: 07/05/2006
Docketed Total: $0.00
Filing Creditor Name:
    TORREY JANICE

Claim Holder Name
    TORREY JANICE     Docketed Total:     UNL     Modified Total:     $0.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | UNL | UNL | 05-44640 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

\*      See Exhibit I for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

\*\*\*    The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 17182-6   Filed 06/22/09   Entered 06/22/09 19:20:33   Exhibit E-2
Pg 32 of 37

Thirty-Fourth Omnibus Claims Objection

**EXHIBIT E-2 - INDIVIDUAL WORKERS' COMPENSATION CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED*** | CLAIM AS DOCKETED** | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 7176**
Date Filed: 05/31/2006
Docketed Total: $0.00
Filing Creditor Name:
  TRETER ANTHONY

Claim Holder Name
  TRETER ANTHONY                    Docketed Total:            UNL
                                                              Modified Total:    $0.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | UNL | UNL | 05-44481 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

**Claim: 8670**
Date Filed: 06/27/2006
Docketed Total: $0.00
Filing Creditor Name:
  TRICE JR MANUEL

Claim Holder Name
  TRICE JR MANUEL                   Docketed Total:            UNL
                                                              Modified Total:    $0.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | UNL | UNL | 05-44481 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

**Claim: 7125**
Date Filed: 05/30/2006
Docketed Total: $0.00
Filing Creditor Name:
  TROUBLEFIELD THOMASCINE

Claim Holder Name
  TROUBLEFIELD THOMASCINE           Docketed Total:            UNL
                                                              Modified Total:    $0.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | UNL | UNL | 05-44640 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

**Claim: 7028**
Date Filed: 05/30/2006
Docketed Total: $0.00
Filing Creditor Name:
  TROUP PAUL

Claim Holder Name
  TROUP PAUL                        Docketed Total:            UNL
                                                              Modified Total:    $0.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | UNL | UNL | 05-44640 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

*      See Exhibit I for a listing of debtor entities by case number.

**     "UNL" denotes an unliquidated claim.

***    The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

**EXHIBIT E-2 - INDIVIDUAL WORKERS' COMPENSATION CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED*** | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

| | Claim Holder Name | |
|---|---|---|
| Claim: 9132 | | |
| Date Filed: 07/10/2006 | WALKER BENJAMIN N      Docketed Total:      **UNL** | Modified Total:      **$0.00** |
| Docketed Total: $0.00 | | |
| Filing Creditor Name: | | |
| WALKER BENJAMIN N | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | UNL | 05-44481 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

| | Claim Holder Name | |
|---|---|---|
| Claim: 7752 | | |
| Date Filed: 06/09/2006 | WANDZEL JAMES S      Docketed Total:      **UNL** | Modified Total:      **$0.00** |
| Docketed Total: $0.00 | | |
| Filing Creditor Name: | | |
| WANDZEL JAMES S | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | UNL | 05-44640 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

| | Claim Holder Name | |
|---|---|---|
| Claim: 15922 | | |
| Date Filed: 08/09/2006 | WEBB JANET      Docketed Total:      **UNL** | Modified Total:      **$0.00** |
| Docketed Total: $0.00 | | |
| Filing Creditor Name: | | |
| WEBB JANET | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | UNL | 05-44640 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

| | Claim Holder Name | |
|---|---|---|
| Claim: 8224 | | |
| Date Filed: 06/19/2006 | WEIDNER GLENDALE P      Docketed Total:      **UNL** | Modified Total:      **$0.00** |
| Docketed Total: $0.00 | | |
| Filing Creditor Name: | | |
| WEIDNER GLENDALE P | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | UNL | 05-44640 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

\*      See Exhibit I for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

\*\*\*    The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 17182-6   Filed 06/22/09   Entered 06/22/09 19:20:33   Exhibit E-2
Pg 34 of 37

Thirty-Fourth Omnibus Claims Objection

**EXHIBIT E-2 - INDIVIDUAL WORKERS' COMPENSATION CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED*** | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 8253**
Date Filed: 06/20/2006
Docketed Total: $0.00
Filing Creditor Name:
    WELCH ELAINE

Claim Holder Name
    WELCH ELAINE                    Docketed Total:        UNL

Modified Total:        $0.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | UNL | UNL |
| | | **UNL** | **UNL** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $0.00 |
| | | | **$0.00** |

---

**Claim: 16183**
Date Filed: 08/09/2006
Docketed Total: $0.00
Filing Creditor Name:
    WENZLICK PATRICK

Claim Holder Name
    WENZLICK PATRICK                Docketed Total:        UNL

Modified Total:        $0.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | UNL | |
| | | **UNL** | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $0.00 |
| | | | **$0.00** |

---

**Claim: 7119**
Date Filed: 05/30/2006
Docketed Total: $0.00
Filing Creditor Name:
    WESLEY MICHAEL

Claim Holder Name
    WESLEY MICHAEL                  Docketed Total:        UNL

Modified Total:        $0.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | UNL | UNL |
| | | **UNL** | **UNL** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $0.00 |
| | | | **$0.00** |

---

**Claim: 9596**
Date Filed: 07/17/2006
Docketed Total: $0.00
Filing Creditor Name:
    WESTENBURG SR RICHARD E

Claim Holder Name
    WESTENBURG SR RICHARD E         Docketed Total:        UNL

Modified Total:        $0.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | UNL | UNL |
| | | **UNL** | **UNL** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $0.00 |
| | | | **$0.00** |

---

\*       See Exhibit I for a listing of debtor entities by case number.

\*\*      "UNL" denotes an unliquidated claim.

\*\*\*     The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 17182-6    Filed 06/22/09    Entered 06/22/09 19:20:33    Exhibit E-2
Pg 35 of 37

Thirty-Fourth Omnibus Claims Objection

**EXHIBIT E-2 - INDIVIDUAL WORKERS' COMPENSATION CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED*** | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

---

**Claim: 6807**
Date Filed:  05/25/2006
Docketed Total:    $0.00
Filing Creditor Name:
   WESTON JAMES

Claim Holder Name

WESTON JAMES        Docketed Total:        **UNL**

Modified Total:        **$0.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | UNL | 05-44640 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

---

**Claim: 9044**
Date Filed:  07/06/2006
Docketed Total:    $0.00
Filing Creditor Name:
   WHITE CYNTHIA S

Claim Holder Name

WHITE CYNTHIA S        Docketed Total:        **UNL**

Modified Total:        **$0.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | UNL | UNL | 05-44481 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

---

**Claim: 9534**
Date Filed:  07/14/2006
Docketed Total:    $250,000.00
Filing Creditor Name:
   WHITLEY ALICE M

Claim Holder Name

WHITLEY ALICE M        Docketed Total:        **$250,000.00**

Modified Total:        **$250,000.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $250,000.00 | | 05-44640 | | | $250,000.00 |
| | | **$250,000.00** | | | | | **$250,000.00** |

---

**Claim: 7575**
Date Filed:  06/06/2006
Docketed Total:    $0.00
Filing Creditor Name:
   WILCOX FRANK R

Claim Holder Name

WILCOX FRANK R        Docketed Total:        **UNL**

Modified Total:        **$0.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | UNL | UNL | 05-44640 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

---

\*      See Exhibit I for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

\*\*\*    The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

**EXHIBIT E-2 - INDIVIDUAL WORKERS' COMPENSATION CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED*** | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 14198**
Date Filed: 07/21/2006
Docketed Total: $0.00
Filing Creditor Name:
WILLIAMS DOROTHY J

Claim Holder Name
WILLIAMS DOROTHY J    Docketed Total:    **UNL**

Modified Total:    **$0.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | UNL |
| | | | **UNL** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $0.00 |
| | | | **$0.00** |

---

**Claim: 8387**
Date Filed: 06/22/2006
Docketed Total: $0.00
Filing Creditor Name:
WILLIAMSON TERRY D

Claim Holder Name
WILLIAMSON TERRY D    Docketed Total:    **UNL**

Modified Total:    **$0.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | UNL | UNL |
| | | **UNL** | **UNL** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $0.00 |
| | | | **$0.00** |

---

**Claim: 8567**
Date Filed: 06/26/2006
Docketed Total: $0.00
Filing Creditor Name:
WINCHELL BARBARA J

Claim Holder Name
WINCHELL BARBARA J    Docketed Total:    **UNL**

Modified Total:    **$0.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | UNL | UNL |
| | | **UNL** | **UNL** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $0.00 |
| | | | **$0.00** |

---

**Claim: 6875**
Date Filed: 05/25/2006
Docketed Total: $0.00
Filing Creditor Name:
WLODARCZAK MICHAEL E

Claim Holder Name
WLODARCZAK MICHAEL E    Docketed Total:    **UNL**

Modified Total:    **$0.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | UNL | UNL |
| | | **UNL** | **UNL** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $0.00 |
| | | | **$0.00** |

---

\*      See Exhibit I for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

\*\*\*    The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 17182-6   Filed 06/22/09   Entered 06/22/09 19:20:33   Exhibit E-2

Thirty-Fourth Omnibus Claims Objection

Pg 37 of 37

**EXHIBIT E-2 - INDIVIDUAL WORKERS' COMPENSATION CLAIMS SUBJECT TO MODIFICATION**

| CLAIM TO BE MODIFIED*** | CLAIM AS DOCKETED** | CLAIM AS MODIFIED |
|---|---|---|

Claim: 7614
Date Filed:   06/08/2006
Docketed Total:     $0.00
Filing Creditor Name:
  ZINZ MARY

Claim Holder Name
  ZINZ MARY
Docketed Total:     **UNL**

Modified Total:     **$0.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | UNL | 05-44481 | | | $0.00 |
| | | **UNL** | **UNL** | | | | **$0.00** |

**Total Claims To Be Modified: 145**

**Total Amount As Docketed:**     **$4,500,492.30**

**Total Amount As Modified:**     **$4,500,492.30**

---

*       See Exhibit I for a listing of debtor entities by case number.

**     "UNL" denotes an unliquidated claim.

***   The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.