In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 17182-7    Filed 06/22/09    Entered 06/22/09 19:20:33    Exhibit E-3
Pg 1 of 14

Thirty-Fourth Omnibus Claims Objection

### EXHIBIT E-3 - INDIVIDUAL WORKERS' COMPENSATION DUPLICATE AND AMENDED CLAIMS

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 13366<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>AKINS LADEAN<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 13365<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>AKINS LADEAN<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL |
| Claim: 13363<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>BAILEY LEO<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 13362<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>BAILEY LEO<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL |
| Claim: 6677<br>Date Filed: 05/23/2006<br>Creditor's Name:<br>BASHAW ROBERT<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 6678<br>Date Filed: 05/23/2006<br>Creditor's Name:<br>BASHAW ROBERT<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL |
| Claim: 7198<br>Date Filed: 05/31/2006<br>Creditor's Name:<br>BIERLEIN DEAN<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 7197<br>Date Filed: 05/31/2006<br>Creditor's Name:<br>BIERLEIN DEAN<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: UNL |
| Claim: 13345<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>CARROLL LINDA<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 13344<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>CARROLL LINDA<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL |

*UNL denotes an unliquidated claim

** The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 17182-7   Filed 06/22/09   Entered 06/22/09 19:20:33   Exhibit E-3
Pg 2 of 14

Thirty-Fourth Omnibus Claims Objection

**EXHIBIT E-3 - INDIVIDUAL WORKERS' COMPENSATION DUPLICATE AND AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 8189<br>Date Filed: 06/19/2006<br>Creditor's Name:<br>CARTER JOE L | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 8190<br>Date Filed: 06/19/2006<br>Creditor's Name:<br>CARTER JOE L | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative<br>Unsecured: UNL<br>Total: UNL |
| Claim: 16122<br>Date Filed: 08/09/2006<br>Creditor's Name:<br>CATCHPOLE RONALD | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 16124<br>Date Filed: 08/09/2006<br>Creditor's Name:<br>CATCHPOLE RONALD | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative<br>Unsecured: UNL<br>Total: UNL |
| Claim: 16123<br>Date Filed: 08/09/2006<br>Creditor's Name:<br>CATCHPOLE RONALD | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 16124<br>Date Filed: 08/09/2006<br>Creditor's Name:<br>CATCHPOLE RONALD | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative<br>Unsecured: UNL<br>Total: UNL |
| Claim: 7925<br>Date Filed: 06/13/2006<br>Creditor's Name:<br>CHAMBERS EMMA J | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 7926<br>Date Filed: 06/13/2006<br>Creditor's Name:<br>CHAMBERS EMMA J | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: UNL<br>Administrative<br>Unsecured: UNL<br>Total: UNL |
| Claim: 12782<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>DENDY VERA M | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 15753<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>DENDY VERA M | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative<br>Unsecured: UNL<br>Total: UNL |

*UNL denotes an unliquidated claim

** The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 17182-7    Filed 06/22/09    Entered 06/22/09 19:20:33    Exhibit E-3
Pg 3 of 14

Thirty-Fourth Omnibus Claims Objection

**EXHIBIT E-3 - INDIVIDUAL WORKERS' COMPENSATION DUPLICATE AND AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 14767<br>Date Filed: 07/31/2006<br>Creditor's Name:<br>DIXON WALKER SHIRLEY<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 14766<br>Date Filed: 07/31/2006<br>Creditor's Name:<br>DIXON WALKER SHIRLEY<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL |
| Claim: 13334<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>DONALDSON TONYA<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 13335<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>DONALDSON TONYA<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL |
| Claim: 7510<br>Date Filed: 06/06/2006<br>Creditor's Name:<br>DUPUIS JEFFREY<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 7509<br>Date Filed: 06/06/2006<br>Creditor's Name:<br>DUPUIS JEFFREY<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: UNL |
| Claim: 12783<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>DURHAM TERI<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 13180<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>DURHAM TERI<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL |
| Claim: 8515<br>Date Filed: 06/26/2006<br>Creditor's Name:<br>DYE CLEMENTINE<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 8516<br>Date Filed: 06/26/2006<br>Creditor's Name:<br>DYE CLEMENTINE<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: UNL |

*UNL denotes an unliquidated claim

** The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 17182-7    Filed 06/22/09    Entered 06/22/09 19:20:33    Exhibit E-3
Pg 4 of 14

Thirty-Fourth Omnibus Claims Objection

**EXHIBIT E-3 - INDIVIDUAL WORKERS' COMPENSATION DUPLICATE AND AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 8513<br>Date Filed: 06/26/2006<br>Creditor's Name:<br>DYE CLEMENTINE | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 8516<br>Date Filed: 06/26/2006<br>Creditor's Name:<br>DYE CLEMENTINE | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: UNL<br>Administrative<br>Unsecured: UNL<br>Total: UNL |
| Claim: 8016<br>Date Filed: 06/15/2006<br>Creditor's Name:<br>FELDER ANNIE M | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 8017<br>Date Filed: 06/15/2006<br>Creditor's Name:<br>FELDER ANNIE M | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative<br>Unsecured: UNL<br>Total: UNL |
| Claim: 8015<br>Date Filed: 06/15/2006<br>Creditor's Name:<br>FELDER ANNIE M | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 8017<br>Date Filed: 06/15/2006<br>Creditor's Name:<br>FELDER ANNIE M | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative<br>Unsecured: UNL<br>Total: UNL |
| Claim: 7771<br>Date Filed: 06/12/2006<br>Creditor's Name:<br>FIFE CLAUDINE | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 7772<br>Date Filed: 06/12/2006<br>Creditor's Name:<br>FIFE CLAUDINE | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: UNL<br>Administrative<br>Unsecured: UNL<br>Total: UNL |
| Claim: 7251<br>Date Filed: 06/01/2006<br>Creditor's Name:<br>GALLELLI FILIPPO | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 7262<br>Date Filed: 06/01/2006<br>Creditor's Name:<br>GALLELLI FILIPPO | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative<br>Unsecured: UNL<br>Total: UNL |

*UNL denotes an unliquidated claim

** The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 17182-7    Filed 06/22/09    Entered 06/22/09 19:20:33    Exhibit E-3
Pg 5 of 14

Thirty-Fourth Omnibus Claims Objection

**EXHIBIT E-3 - INDIVIDUAL WORKERS' COMPENSATION DUPLICATE AND AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 16044<br>Date Filed: 08/09/2006<br>Creditor's Name:<br>GARNER BARBARA<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $9,758.00<br>Total: $9,758.00 | Claim: 16043<br>Date Filed: 08/09/2006<br>Creditor's Name:<br>GARNER BARBARA<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative<br>Unsecured: $9,768.00<br>Total: $9,768.00 |
| Claim: 15840<br>Date Filed: 08/09/2006<br>Creditor's Name:<br>HOLLAND SCOTTIE E<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: $97,298.51<br>Total: $97,298.51 | Claim: 15841<br>Date Filed: 08/09/2006<br>Creditor's Name:<br>HOLLAND SCOTTIE E<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: UNL<br>Administrative<br>Unsecured: UNL<br>Total: UNL |
| Claim: 13143<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>JEWETT MICHAEL<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 13144<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>JEWETT MICHAEL<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative<br>Unsecured: UNL<br>Total: UNL |
| Claim: 8349<br>Date Filed: 06/22/2006<br>Creditor's Name:<br>JONES LINDA<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 8348<br>Date Filed: 06/22/2006<br>Creditor's Name:<br>JONES LINDA<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: UNL<br>Administrative<br>Unsecured: UNL<br>Total: UNL |
| Claim: 13141<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>KASGORGIS JOHN<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 13140<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>KASGORGIS JOHN<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative<br>Unsecured: UNL<br>Total: UNL |

*UNL denotes an unliquidated claim

** The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 17182-7    Filed 06/22/09    Entered 06/22/09 19:20:33    Exhibit E-3
Pg 6 of 14

Thirty-Fourth Omnibus Claims Objection

**EXHIBIT E-3 - INDIVIDUAL WORKERS' COMPENSATION DUPLICATE AND AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 8804<br>Date Filed: 06/30/2006<br>Creditor's Name:<br>KENNEDY STEVEN<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 8803<br>Date Filed: 06/30/2006<br>Creditor's Name:<br>KENNEDY STEVEN<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative<br>Unsecured: UNL<br>Total: UNL |
| Claim: 13138<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>KLEIN PATTY<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 13139<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>KLEIN PATTY<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative<br>Unsecured: UNL<br>Total: UNL |
| Claim: 13137<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>LAMSON JOHN<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 13136<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>LAMSON JOHN<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative<br>Unsecured: UNL<br>Total: UNL |
| Claim: 12250<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>LEE JACQUELINE D<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 12252<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>LEE JACQUELINE D<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative<br>Unsecured: UNL<br>Total: UNL |
| Claim: 4804<br>Date Filed: 05/05/2006<br>Creditor's Name:<br>LEWIS ROBERT<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | Claim: 4805<br>Date Filed: 05/05/2006<br>Creditor's Name:<br>LEWIS ROBERT<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL |

*UNL denotes an unliquidated claim

** The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 17182-7   Filed 06/22/09   Entered 06/22/09 19:20:33   Exhibit E-3
Pg 7 of 14

Thirty-Fourth Omnibus Claims Objection

**EXHIBIT E-3 - INDIVIDUAL WORKERS' COMPENSATION DUPLICATE AND AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 15923<br>Date Filed: 08/09/2006<br>Creditor's Name:<br>LOGAN EARTHA<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 16262<br>Date Filed: 08/09/2006<br>Creditor's Name:<br>LOGAN EARTHA<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: UNL<br>Administrative<br>Unsecured: UNL<br>Total: UNL |
| Claim: 13134<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>LOVE EUGENE<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 13133<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>LOVE EUGENE<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative<br>Unsecured: UNL<br>Total: UNL |
| Claim: 6552<br>Date Filed: 05/22/2006<br>Creditor's Name:<br>LYTLE ALAN L<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | Claim: 6551<br>Date Filed: 05/22/2006<br>Creditor's Name:<br>LYTLE ALAN L<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: UNL<br>Administrative<br>Unsecured:<br>Total: UNL |
| Claim: 14778<br>Date Filed: 07/31/2006<br>Creditor's Name:<br>MADDEN JOHN R<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 14779<br>Date Filed: 07/31/2006<br>Creditor's Name:<br>MADDEN JOHN R<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative<br>Unsecured: UNL<br>Total: UNL |
| Claim: 7214<br>Date Filed: 05/31/2006<br>Creditor's Name:<br>MALUSI DANIEL<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 7213<br>Date Filed: 05/31/2006<br>Creditor's Name:<br>MALUSI DANIEL<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: UNL<br>Administrative<br>Unsecured: UNL<br>Total: UNL |

*UNL denotes an unliquidated claim

** The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 17182-7    Filed 06/22/09    Entered 06/22/09 19:20:33    Exhibit E-3
Pg 8 of 14

Thirty-Fourth Omnibus Claims Objection

**EXHIBIT E-3 - INDIVIDUAL WORKERS' COMPENSATION DUPLICATE AND AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 8617<br>Date Filed: 06/27/2006<br>Creditor's Name:<br>MARCHBANKS JANINE<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 8616<br>Date Filed: 06/27/2006<br>Creditor's Name:<br>MARCHBANKS JANINE<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: UNL<br>Administrative<br>Unsecured: UNL<br>Total: UNL |
| Claim: 14776<br>Date Filed: 07/31/2006<br>Creditor's Name:<br>MCHALE PATRICK<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 14777<br>Date Filed: 07/31/2006<br>Creditor's Name:<br>MCHALE PATRICK<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative<br>Unsecured: UNL<br>Total: UNL |
| Claim: 13131<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>MEEKS FRED<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 13132<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>MEEKS FRED<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative<br>Unsecured: UNL<br>Total: UNL |
| Claim: 14780<br>Date Filed: 07/31/2006<br>Creditor's Name:<br>MENDREK THOMAS<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 14781<br>Date Filed: 07/31/2006<br>Creditor's Name:<br>MENDREK THOMAS<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative<br>Unsecured: UNL<br>Total: UNL |
| Claim: 13125<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>MURPHY JEROME<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 13126<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>MURPHY JEROME<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative<br>Unsecured: UNL<br>Total: UNL |

*UNL denotes an unliquidated claim

** The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 17182-7    Filed 06/22/09    Entered 06/22/09 19:20:33    Exhibit E-3
Pg 9 of 14

Thirty-Fourth Omnibus Claims Objection

**EXHIBIT E-3 - INDIVIDUAL WORKERS' COMPENSATION DUPLICATE AND AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 13124<br>Date Filed: 07/28/2006<br>Creditor's Name: NEQUIST AXEL<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 13123<br>Date Filed: 07/28/2006<br>Creditor's Name: NEQUIST AXEL<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL |
| Claim: 7728<br>Date Filed: 06/09/2006<br>Creditor's Name: OLAH SHEILA M<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 7733<br>Date Filed: 06/09/2006<br>Creditor's Name: OLAH SHEILA M<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: |
| Claim: 13121<br>Date Filed: 07/28/2006<br>Creditor's Name: OLEAR ELSIE<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 13122<br>Date Filed: 07/28/2006<br>Creditor's Name: OLEAR ELSIE<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL |
| Claim: 13119<br>Date Filed: 07/28/2006<br>Creditor's Name: PEPPER CAROL ANN<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 13120<br>Date Filed: 07/28/2006<br>Creditor's Name: PEPPER CAROL ANN<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL |
| Claim: 13117<br>Date Filed: 07/28/2006<br>Creditor's Name: PERRY EUWILDA<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 13118<br>Date Filed: 07/28/2006<br>Creditor's Name: PERRY EUWILDA<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL |

*UNL denotes an unliquidated claim

** The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 17182-7    Filed 06/22/09    Entered 06/22/09 19:20:33    Exhibit E-3
Pg 10 of 14

Thirty-Fourth Omnibus Claims Objection

**EXHIBIT E-3 - INDIVIDUAL WORKERS' COMPENSATION DUPLICATE AND AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 13115<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>PRESCOTT MARK<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 13116<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>PRESCOTT MARK<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL |
| Claim: 13114<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>RADLICK MARY A<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 13113<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>RADLICK MARY A<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL |
| Claim: 13112<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>REID SHEILA<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 13111<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>REID SHEILA<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL |
| Claim: 8665<br>Date Filed: 06/27/2006<br>Creditor's Name:<br>SABO ROBERT B<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 11219<br>Date Filed: 07/26/2006<br>Creditor's Name:<br>SABO ROBERT B<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: UNL |
| Claim: 11217<br>Date Filed: 07/26/2006<br>Creditor's Name:<br>SABO ROBERT B<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 11219<br>Date Filed: 07/26/2006<br>Creditor's Name:<br>SABO ROBERT B<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: UNL |

*UNL denotes an unliquidated claim

** The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 17182-7    Filed 06/22/09    Entered 06/22/09 19:20:33    Exhibit E-3  
Pg 11 of 14

Thirty-Fourth Omnibus Claims Objection

**EXHIBIT E-3 - INDIVIDUAL WORKERS' COMPENSATION DUPLICATE AND AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 7232<br>Date Filed: 05/31/2006<br>Creditor's Name:<br>SALO LEILA M<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 7231<br>Date Filed: 05/31/2006<br>Creditor's Name:<br>SALO LEILA M<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: UNL<br>Administrative<br>Unsecured: UNL<br>Total: UNL |
| Claim: 4927<br>Date Filed: 05/05/2006<br>Creditor's Name:<br>SMITH MICHAEL<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 4960<br>Date Filed: 05/05/2006<br>Creditor's Name:<br>SMITH MICHAEL<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative<br>Unsecured:<br>Total: UNL |
| Claim: 14782<br>Date Filed: 07/31/2006<br>Creditor's Name:<br>STERLING CALVIN B<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 14783<br>Date Filed: 07/31/2006<br>Creditor's Name:<br>STERLING CALVIN B<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative<br>Unsecured: UNL<br>Total: UNL |
| Claim: 8646<br>Date Filed: 06/27/2006<br>Creditor's Name:<br>STINE DAVID<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 8644<br>Date Filed: 06/27/2006<br>Creditor's Name:<br>STINE DAVID<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative<br>Unsecured: UNL<br>Total: UNL |
| Claim: 16125<br>Date Filed: 08/09/2006<br>Creditor's Name:<br>STRAIGHT MARY<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 16257<br>Date Filed: 08/09/2006<br>Creditor's Name:<br>STRAIGHT MARY<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: UNL<br>Administrative<br>Unsecured: UNL<br>Total: UNL |

*UNL denotes an unliquidated claim

** The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 17182-7    Filed 06/22/09    Entered 06/22/09 19:20:33    Exhibit E-3
Pg 12 of 14

Thirty-Fourth Omnibus Claims Objection

**EXHIBIT E-3 - INDIVIDUAL WORKERS' COMPENSATION DUPLICATE AND AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 12248<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>STREETER STEVEN D<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 12251<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>STREETER STEVEN D<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL |
| Claim: 9517<br>Date Filed: 07/14/2006<br>Creditor's Name:<br>TACEY II KENNETH J<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 9518<br>Date Filed: 07/14/2006<br>Creditor's Name:<br>TACEY II KENNETH J<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: UNL |
| Claim: 8923<br>Date Filed: 07/05/2006<br>Creditor's Name:<br>TILDEN FLOYD D<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | Claim: 8924<br>Date Filed: 07/05/2006<br>Creditor's Name:<br>TILDEN FLOYD D<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL |
| Claim: 13093<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>VAUGHN KATIE<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 13092<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>VAUGHN KATIE<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL |
| Claim: 13090<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>WEBB NELLIE<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 13091<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>WEBB NELLIE<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL |

*UNL denotes an unliquidated claim

** The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 17182-7    Filed 06/22/09    Entered 06/22/09 19:20:33    Exhibit E-3
Pg 13 of 14

Thirty-Fourth Omnibus Claims Objection

**EXHIBIT E-3 - INDIVIDUAL WORKERS' COMPENSATION DUPLICATE AND AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 13088<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>WELLS RITA<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 13089<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>WELLS RITA<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL |
| Claim: 13085<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>WICKS SHARON<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 13086<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>WICKS SHARON<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL |
| Claim: 14784<br>Date Filed: 07/31/2006<br>Creditor's Name:<br>WILLIAMS KEITH B<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 14785<br>Date Filed: 07/31/2006<br>Creditor's Name:<br>WILLIAMS KEITH B<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL |
| Claim: 13084<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>WILLIAMS SHEILA<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 13083<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>WILLIAMS SHEILA<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL |
| Claim: 13081<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>WOODFORK MINNIE<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | Claim: 13082<br>Date Filed: 07/28/2006<br>Creditor's Name:<br>WOODFORK MINNIE<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL |

*UNL denotes an unliquidated claim

** The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 17182-7    Filed 06/22/09    Entered 06/22/09 19:20:33    Exhibit E-3
Pg 14 of 14

Thirty-Fourth Omnibus Claims Objection

**EXHIBIT E-3 - INDIVIDUAL WORKERS' COMPENSATION DUPLICATE AND AMENDED CLAIMS**

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|

**Total Claims To Be Expunged:** 65  
**Total Asserted Amount To Be Expunged:** $107,056.51

*UNL denotes an unliquidated claim

** The addresses of the creditor on this exhibit have been intentionally omitted for privacy reasons.