05-44481-rdd    Doc 17182-8    Filed 06/22/09    Entered 06/22/09 19:20:33    Exhibit E-4
Pg 1 of 1

In re Delphi Corporation, et al.  Thirty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT E-4 - UNTIMELY INDIVIDUAL WORKERS' COMPENSATION CLAIM**

| CREDITOR'S NAME * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JONES LINDA | 16295 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 09/08/2006 | DELPHI CORPORATION (05-44481) |
| **Total:** | **1** | | **UNL** | | |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.