### EXHIBIT F - SECURED BOOKS AND RECORDS CLAIM

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| US ENVIRONMENTAL PROTECTION AGENCY<br>DAVID J KENNEDY<br>ASSISTANT US ATTORNEY SDNY<br>86 CHAMBERS ST 3RD FL<br>NEW YORK, NY 10007 | 14309 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br><br>UNL<br>UNL | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **1** | | **UNL** | | |

\*    "UNL" denotes an unliquidated claim.