**EXHIBIT G - UNTIMELY CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| APONTE MILAGRITO | 16341 | Secured:<br>Priority: $42,000.00<br>Administrative:<br>Unsecured:<br>Total: $42,000.00 | 10/02/2006 | DELPHI CORPORATION (05-44481) |
| AUTOCAM DO BRASIL USINAGEM LTDA<br>ATTN DOUGLAS CAMPOS<br>RUA GUIDO DE CAMARGO PENTEADO SOBRINHO 3055<br>CAMPINAS SP, 13082-800<br>BRAZIL | 16829 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $43,240.00<br>Total: $43,240.00 | 10/17/2008 | DELPHI CORPORATION (05-44481) |
| COMERFORD CIARA M | 15937 | Secured:<br>Priority: $10,000.00<br>Administrative:<br>Unsecured: UNL<br>Total: $10,000.00 | 08/09/2006 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |
| COMERFORD CIARA M | 15936 | Secured:<br>Priority: $10,000.00<br>Administrative:<br>Unsecured: UNL<br>Total: $10,000.00 | 08/09/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ELDRIDGE DONALD E | 16248 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 08/21/2006 | DELPHI CORPORATION (05-44481) |
| HAAK DAVID W | 16313 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | 09/14/2006 | DELPHI CORPORATION (05-44481) |
| HENRY J BLEY AND NANCY L BLEY TRS | 16831 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 10/24/2008 | DELPHI CORPORATION (05-44481) |

\*    Certain creditors' addresses are intentionally omitted.

\*\*   "UNL" denotes an unliquidated claim.

05-44481-rdd    Doc 17182-10    Filed 06/22/09    Entered 06/22/09 19:20:33    Exhibit G

In re Delphi Corporation, et al.    Pg 2 of 5    Thirty-Fourth Omnibus Claims Objection

Case No. 05-44481 (RDD)

**EXHIBIT G - UNTIMELY CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HICKS ROGER | 13807 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$72.24<br><br><br>$72.24 | 08/21/2006 | DELPHI CORPORATION (05-44481) |
| JOHN D WYDNER | 16842 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 02/25/2009 | DELPHI CORPORATION (05-44481) |
| JOHN HOOMANS | 16839 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$90,000.00<br><br><br>$90,000.00 | 02/17/2009 | DELPHI CORPORATION (05-44481) |
| JONES LINDA | 16298 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 09/11/2006 | DELPHI CORPORATION (05-44481) |
| JONES LONNIE M | 16278 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$36,000.00<br><br><br>$36,000.00 | 08/30/2006 | DELPHI CORPORATION (05-44481) |
| JONES LONNIE M | 16331 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$36,000.00<br><br><br>$36,000.00 | 09/21/2006 | DELPHI CORPORATION (05-44481) |
| JONES RONALD | 16256 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 08/24/2006 | DELPHI CORPORATION (05-44481) |
| JOYCE E HIGGINBOTTOM | 16847 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$68,000.00<br>$68,000.00 | 02/17/2009 | DELPHI CORPORATION (05-44481) |

\*    Certain creditors' addresses are intentionally omitted.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT G - UNTIMELY CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JOYCE E HIGGINBOTTOM | 16840 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$68,000.00<br>$68,000.00 | 02/17/2009 | DELPHI CORPORATION (05-44481) |
| KEVIN KEEGAN | 16848 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$75,000.00<br><br><br>$75,000.00 | 02/18/2009 | DELPHI CORPORATION (05-44481) |
| MADISON INVESTMENT TRUST SERIES 38 INJEX INDUSTRIES<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK, KS 66202 | 16830 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$6,612.68<br>$6,612.68 | 10/21/2008 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MARY LOUISE MADDEN | 16845 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$75,000.00<br><br><br>$75,000.00 | 02/17/2009 | DELPHI CORPORATION (05-44481) |
| MICHIGAN SPRING & STAMPING A DIVISION OF PRECISION PRODUCTS GROUP INC<br>GEORGE ONDIEK<br>PRECISION PRODUCTS GROUP INC<br>9207 51ST AVE<br>COLLEGE PARK, MD 20740 | 16836 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$359,073.54<br>$359,073.54 | 11/12/2008 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| PETER NG | 16841 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$75,000.00<br><br><br>$75,000.00 | 02/18/2009 | DELPHI CORPORATION (05-44481) |
| PETER P PRUS | 16835 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$2,300.00<br><br><br>$2,300.00 | 10/24/2008 | DELPHI CORPORATION (05-44481) |

\*       Certain creditors' addresses are intentionally omitted.

\*\*     "UNL" denotes an unliquidated claim.

**EXHIBIT G - UNTIMELY CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| RANDALL I EDDY | 16844 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$75,000.00<br><br><br>$75,000.00 | 02/17/2009 | DELPHI CORPORATION (05-44481) |
| RAYMOND G GABRIEL | 16838 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 02/17/2009 | DELPHI CORPORATION (05-44481) |
| RICHARD G VAN DYK | 16846 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$75,000.00<br><br><br>$75,000.00 | 02/17/2009 | DELPHI CORPORATION (05-44481) |
| RICHARD KENNETH DONOGHUE | 16843 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$120,000.00<br><br><br>$120,000.00 | 02/13/2009 | DELPHI CORPORATION (05-44481) |
| RUDOLPH V KREUTZER | 16832 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 10/24/2008 | DELPHI CORPORATION (05-44481) |
| RUDOLPH V KREUTZER | 16833 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 10/24/2008 | DELPHI CORPORATION (05-44481) |
| SHARYL YVETTE CARTER | 16849 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $50,000,000.00<br>UNL<br><br>UNL<br>$50,000,000.00 | 05/01/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SHARYL YVETTE CARTER | 16850 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $50,000,000.00<br>UNL<br><br>UNL<br>$50,000,000.00 | 04/28/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

\*     Certain creditors' addresses are intentionally omitted.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT G - UNTIMELY CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TERRIE S KOPIETZ TOD | 16834 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 10/24/2008 | DELPHI CORPORATION (05-44481) |
| THOMPSON GEORIANNA | 16213 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 08/16/2006 | DELPHI CORPORATION (05-44481) |
| Total: | 32 | $101,266,298.46 | | | |

\*   Certain creditors' addresses are intentionally omitted.

\*\*  "UNL" denotes an unliquidated claim.