**EXHIBIT H - CLAIMS ALLOWED PURSUANT TO SETTLEMENT**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 1406<br>Date Filed: 12/30/2005<br>Docketed Total: $314,170.07<br>Filing Creditor Name and Address:<br>AUTOPARTES DE PRECISION A DIV OF MINIATURE PRECISION COMPONENTS<br>100 WISCONSIN ST<br>PO BOX 1901<br>WALWORTH, WI 53184 | Claim Holder Name and Address<br>HAIN CAPITAL HOLDINGS LLC<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070<br><br>Docketed Total: $314,170.07<br><br>Case Number*: 05-44481<br>Secured: <br>Priority: $66,206.62<br>Unsecured: $247,963.45<br>Totals: $66,206.62 / $247,963.45 | Allowed Total: $306,852.90<br><br>Case Number*: 05-44640<br>Secured: <br>Priority: <br>Unsecured: $306,852.90<br>Total: $306,852.90 |
| Claim: 12688<br>Date Filed: 07/28/2006<br>Docketed Total: $878,079.89<br>Filing Creditor Name and Address:<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF AVON RUBBER & PLASTICS INC<br>411 WEST PUTNAM AVE STE 425<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF AVON RUBBER & PLASTICS INC<br>411 WEST PUTNAM AVE STE 425<br>GREENWICH, CT 06830<br><br>Docketed Total: $878,079.89<br><br>Case Number*: 05-44640<br>Secured: <br>Priority: $229,002.33<br>Unsecured: $649,077.56<br>Totals: $229,002.33 / $649,077.56 | Allowed Total: $790,350.09<br><br>Case Number*: 05-44640<br>Secured: <br>Priority: <br>Unsecured: $790,350.09<br>Total: $790,350.09 |
| Claim: 12687<br>Date Filed: 07/28/2006<br>Docketed Total: $1,510,230.74<br>Filing Creditor Name and Address:<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF CADILLAC RUBBER & PLASTICS INC<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVENUE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF CADILLAC RUBBER & PLASTICS INC<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVENUE STE 225<br>GREENWICH, CT 06830<br><br>Docketed Total: $1,510,230.74<br><br>Case Number*: 05-44640<br>Secured: <br>Priority: $486,583.11<br>Unsecured: $1,023,647.63<br>Totals: $486,583.11 / $1,023,647.63 | Allowed Total: $1,036,820.55<br><br>Case Number*: 05-44640<br>Secured: <br>Priority: <br>Unsecured: $1,036,820.55<br>Total: $1,036,820.55 |

\*     See Exhibit I for a listing of debtor entities by case number.

**EXHIBIT H - CLAIMS ALLOWED PURSUANT TO SETTLEMENT**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 10386<br>Date Filed: 07/24/2006<br>Docketed Total: $315,699.49<br>Filing Creditor Name and Address:<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF COLUMBIA INDUSTRIAL SALES CORP<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF COLUMBIA INDUSTRIAL SALES CORP<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br><br>Docketed Total: $315,699.49<br><br>Case Number*: 05-44640<br>Unsecured: $315,699.49<br>Total: $315,699.49 | Allowed Total: $157,894.71<br><br>Case Number*: 05-44640<br>Unsecured: $157,894.71<br>Total: $157,894.71 |
| Claim: 12669<br>Date Filed: 07/28/2006<br>Docketed Total: $1,087,184.23<br>Filing Creditor Name and Address:<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF OMRON DUALTEC AUTOMOTIVE ELECTRONICS INC<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF OMRON DUALTEC AUTOMOTIVE ELECTRONICS INC<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br><br>Docketed Total: $1,087,184.23<br><br>Case Number*: 05-44640<br>Priority: $85,411.74<br>Unsecured: $1,001,772.49<br>Totals: $85,411.74 / $1,001,772.49 | Allowed Total: $894,226.90<br><br>Case Number*: 05-44640<br>Unsecured: $894,226.90<br>Total: $894,226.90 |
| Claim: 12672<br>Date Filed: 07/28/2006<br>Docketed Total: $1,613,757.04<br>Filing Creditor Name and Address:<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF STONERIDGE INC FOR ITSELF AND ET AL<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF STONERIDGE INC FOR ITSELF AND ET AL<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br><br>Docketed Total: $1,613,757.04<br><br>Case Number*: 05-44640<br>Priority: $693,774.59<br>Unsecured: $919,982.45<br>Totals: $693,774.59 / $919,982.45 | Allowed Total: $1,522,815.73<br><br>Case Number*: 05-44640<br>Unsecured: $1,522,815.73<br>Total: $1,522,815.73 |

\*     See Exhibit I for a listing of debtor entities by case number.

**EXHIBIT H - CLAIMS ALLOWED PURSUANT TO SETTLEMENT**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 7372<br>Date Filed: 06/02/2006<br>Docketed Total: $100,861.90<br>Filing Creditor Name and Address:<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF WESTWOOD ASSOCIATES INC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF WESTWOOD ASSOCIATES INC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br><br>Docketed Total: $100,861.90<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44567                                    $100,861.90<br>                                                      **$100,861.90** | Allowed Total: $28,255.92<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44567                                    $28,255.92<br>                                                      **$28,255.92** |
| Claim: 15141<br>Date Filed: 07/31/2006<br>Docketed Total: $438,605.19<br>Filing Creditor Name and Address:<br>EIKENBERRY & ASSOCIATES INC<br>PO BOX 2676<br>KOKOMO, IN 46904-2676 | Claim Holder Name and Address<br>EIKENBERRY & ASSOCIATES INC<br>PO BOX 2676<br>KOKOMO, IN 46904-2676<br><br>Docketed Total: $438,605.19<br><br>Case Number*  Secured        Priority  Unsecured<br>05-44640     $204,708.80              $233,896.39<br>              **$204,708.80**          **$233,896.39** | Allowed Total: $114,407.69<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $114,407.69<br>                                                      **$114,407.69** |
| Claim: 842<br>Date Filed: 11/23/2005<br>Docketed Total: $138,443.00<br>Filing Creditor Name and Address:<br>JUKI AUTOMATION SYSTEMS INC<br>507 AIRPORT BLVD STE 101<br>MORRISVILLE, NC 27560 | Claim Holder Name and Address<br>JUKI AUTOMATION SYSTEMS INC<br>507 AIRPORT BLVD STE 101<br>MORRISVILLE, NC 27560<br><br>Docketed Total: $138,443.00<br><br>Case Number*  Secured        Priority  Unsecured<br>05-44481     $138,443.00<br>              **$138,443.00** | Allowed Total: $130,493.00<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                    $130,493.00<br>                                                      **$130,493.00** |

\*   See Exhibit I for a listing of debtor entities by case number.

**EXHIBIT H - CLAIMS ALLOWED PURSUANT TO SETTLEMENT**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 10983<br>Date Filed: 07/26/2006<br>Docketed Total: $702,263.09<br>Filing Creditor Name and Address:<br>KUSS CORPORATION<br>FOLEY & LARDNER LLP<br>321 N CLARK ST STE 2800<br>CHICAGO, IL 60610 | Claim Holder Name and Address<br>KUSS CORPORATION         Docketed Total:    $702,263.09<br>FOLEY & LARDNER LLP<br>321 N CLARK ST STE 2800<br>CHICAGO, IL 60610<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                     $702,263.09<br>                                             $702,263.09 | Allowed Total: $307,520.25<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                    $307,520.25<br>                                            $307,520.25 |
| Claim: 11646<br>Date Filed: 07/27/2006<br>Docketed Total: $1,393,393.41<br>Filing Creditor Name and Address:<br>MILLIKEN & COMPANY<br>1045 SIXTH AVE<br>NEW YORK, NY 10018 | Claim Holder Name and Address<br>SPCP GROUP LLC AS AGENT FOR     Docketed Total:   $1,393,393.41<br>SILVER POINT CAPITAL FUND LP<br>AND SILVER POINT CAPITAL<br>OFFSHORE FUND LTD<br>TWO GREENWICH PLAZA 1ST FL<br>GREENWICH, CT 06830<br><br>Case Number*   Secured   Priority       Unsecured<br>05-44640                    $202,412.11   $1,190,981.30<br>                            $202,412.11   $1,190,981.30 | Allowed Total: $1,983,546.75<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                   $1,983,546.75<br>                                           $1,983,546.75 |
| Claim: 1407<br>Date Filed: 12/30/2005<br>Docketed Total: $948,811.79<br>Filing Creditor Name and Address:<br>MINIATURE PRECISION<br>COMPONENTS<br>100 WISCONSIN ST<br>PO BOX 1901<br>WALWORTH, WI 53184 | Claim Holder Name and Address<br>HAIN CAPITAL HOLDINGS LLC       Docketed Total:   $948,811.79<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070<br><br>Case Number*   Secured   Priority     Unsecured<br>05-44481                    $239,745.37   $709,066.42<br>                            $239,745.37   $709,066.42 | Allowed Total: $920,298.50<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                    $920,298.50<br>                                            $920,298.50 |

\*   See Exhibit I for a listing of debtor entities by case number.

**EXHIBIT H - CLAIMS ALLOWED PURSUANT TO SETTLEMENT**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 2352<br>Date Filed: 03/22/2006<br>Docketed Total: $132,868.28<br>Filing Creditor Name and Address:<br>  MONROE INC<br>  MILLER JOHNSON<br>  PO BOX 306<br>  GRAND RAPIDS, MI 49501-0306 | Claim Holder Name and Address<br>  CONTRARIAN FUNDS LLC    Docketed Total: $69,706.90<br>  411 W PUTNAM AVE STE 225<br>  GREENWICH, CT 06830<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                $69,706.90<br>                                        $69,706.90 | Allowed Total: $69,706.90<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                $69,706.90<br>                                        $69,706.90 |
| | Claim Holder Name and Address<br>  MONROE INC              Docketed Total: $63,161.38<br>  MILLER JOHNSON<br>  PO BOX 306<br>  GRAND RAPIDS, MI 49501-0306<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                $63,161.38<br>                                        $63,161.38 | Allowed Total: $75.53<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                $75.53<br>                                        $75.53 |
| Claim: 16809<br>Date Filed: 03/06/2008<br>Docketed Total: $153,750.00<br>Filing Creditor Name and Address:<br>  PIONEER SPEAKERS INC<br>  BUTZEL LONG PC<br>  STONERIDGE WEST<br>  41000 WOODWARD AVE<br>  BLOOMFIELD HILLS, MI 48304 | Claim Holder Name and Address<br>  PIONEER SPEAKERS INC    Docketed Total: $153,750.00<br>  BUTZEL LONG PC<br>  STONERIDGE WEST<br>  41000 WOODWARD AVE<br>  BLOOMFIELD HILLS, MI 48304<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                $153,750.00<br>                                        $153,750.00 | Allowed Total: $122,400.00<br><br><br><br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                $122,400.00<br>                                        $122,400.00 |

\* See Exhibit I for a listing of debtor entities by case number.

**EXHIBIT H - CLAIMS ALLOWED PURSUANT TO SETTLEMENT**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 1935<br>Date Filed: 02/09/2006<br>Docketed Total: $528,714.82<br>Filing Creditor Name and Address:<br>QUASAR INDUSTRIES INC<br>1911 NORTHFIELD DR<br>ROCHESTER HILLS, MI 48309 | Claim Holder Name and Address<br>CONTRARIAN FUNDS LLC    Docketed Total: $528,714.82<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                            $528,714.82<br>                                                      $528,714.82 | Allowed Total: $476,205.96<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                            $476,205.96<br>                                                      $476,205.96 |
| Claim: 8875<br>Date Filed: 06/30/2006<br>Docketed Total: $505,106.24<br>Filing Creditor Name and Address:<br>RIVERSIDE CLAIMS LLC AS<br>ASSIGNEE FOR PRODUCT<br>ACTION INTERNATIONAL LLC<br>PO BOX 626 PLANETARIUM<br>STATION<br>NEW YORK, NY 10024 | Claim Holder Name and Address<br>RIVERSIDE CLAIMS LLC AS    Docketed Total: $505,106.24<br>ASSIGNEE FOR PRODUCT ACTION<br>INTERNATIONAL LLC<br>PO BOX 626 PLANETARIUM<br>STATION<br>NEW YORK, NY 10024<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                            $505,106.24<br>                                                      $505,106.24 | Allowed Total: $460,000.00<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                            $447,584.87<br>05-44567                                            $12,415.13<br>                                                      $460,000.00 |
| Claim: 1167<br>Date Filed: 12/15/2005<br>Docketed Total: $23,602.68<br>Filing Creditor Name and Address:<br>SALGA PLASTICS INC<br>ABC GROUP<br>2 NORELCO DR<br>TORONTO, ON M9L 2X6 | Claim Holder Name and Address<br>SALGA PLASTICS INC    Docketed Total: $23,602.68<br>ABC GROUP<br>2 NORELCO DR<br>TORONTO, ON M9L 2X6<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                            $23,602.68<br>                                                      $23,602.68 | Allowed Total: $2,192.24<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                            $2,192.24<br>                                                      $2,192.24 |

\*      See Exhibit I for a listing of debtor entities by case number.

**EXHIBIT H - CLAIMS ALLOWED PURSUANT TO SETTLEMENT**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 11284<br>Date Filed: 07/27/2006<br>Docketed Total: $114,112.12<br>Filing Creditor Name and Address:<br>SCHRADER BRIDGEPORT INTL INC<br>ALTAVISTA EPD<br>PO BOX 102133<br>ATLANTA, GA 30368-2133 | Claim Holder Name and Address<br>SCHRADER BRIDGEPORT INTL INC<br>ALTAVISTA EPD<br>PO BOX 102133<br>ATLANTA, GA 30368-2133<br><br>Docketed Total: $114,112.12<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                            $114,112.12<br>                                                  **$114,112.12** | Allowed Total: $3,886.35<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                            $3,886.35<br>                                                  **$3,886.35** |
| Claim: 10014<br>Date Filed: 07/20/2006<br>Docketed Total: $507,337.84<br>Filing Creditor Name and Address:<br>SELECT INDUSTRIES CORPORATION FKA SELECT TOOL & DIE CORP<br>425 WALNUT STT STE 1800<br>CINCINNATI, OH 45202 | Claim Holder Name and Address<br>SELECT INDUSTRIES CORPORATION<br>FKA SELECT TOOL & DIE CORP<br>425 WALNUT STT STE 1800<br>CINCINNATI, OH 45202<br><br>Docketed Total: $507,337.84<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640        $507,337.84<br>               **$507,337.84** | Allowed Total: $286,337.83<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                            $286,337.83<br>                                                  **$286,337.83** |
| Claim: 1472<br>Date Filed: 01/09/2006<br>Docketed Total: $161,816.60<br>Filing Creditor Name and Address:<br>SHERWIN WILLIAMS COMPANY<br>101 PROSPECT AVE NW<br>625 REPUBLIC BLDG<br>CLEVELAND, OH 44115 | Claim Holder Name and Address<br>SHERWIN WILLIAMS COMPANY<br>101 PROSPECT AVE NW<br>625 REPUBLIC BLDG<br>CLEVELAND, OH 44115<br><br>Docketed Total: $161,816.60<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                                            $161,816.60<br>                                                  **$161,816.60** | Allowed Total: $151,725.75<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                            $151,725.75<br>                                                  **$151,725.75** |

\*     See Exhibit I for a listing of debtor entities by case number.

**EXHIBIT H - CLAIMS ALLOWED PURSUANT TO SETTLEMENT**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 2571<br>Date Filed: 04/06/2006<br>Docketed Total: $30,556.80<br>Filing Creditor Name and Address:<br>SIEMENS AG<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR 40TH FL<br>CHICAGO, IL 60606 | Claim Holder Name and Address<br>SIEMENS AG<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR 40TH FL<br>CHICAGO, IL 60606<br><br>Docketed Total: $30,556.80<br><br>Case Number*: 05-44481 — Unsecured $30,556.80<br>Total: $30,556.80 | Allowed Total: $9,974.40<br><br>Case Number*: 05-44640 — Unsecured $9,974.40<br>Total: $9,974.40 |
| Claim: 11274<br>Date Filed: 07/27/2006<br>Docketed Total: $176,158.38<br>Filing Creditor Name and Address:<br>SMALL PARTS INC<br>PO BOX 7002<br>LOGANSPORT, IN 46947 | Claim Holder Name and Address<br>SMALL PARTS INC<br>PO BOX 7002<br>LOGANSPORT, IN 46947<br><br>Docketed Total: $176,158.38<br><br>Case Number*: 05-44481 — Unsecured $176,158.38<br>Total: $176,158.38 | Allowed Total: $107,127.23<br><br>Case Number*: 05-44481 — Unsecured $0.00<br>Case Number*: 05-44640 — Unsecured $107,127.23<br>Total: $107,127.23 |
| Claim: 2028<br>Date Filed: 02/15/2006<br>Docketed Total: $41,742.27<br>Filing Creditor Name and Address:<br>SYZ ROLMEX S DE RL DE CV<br>ATTN DAVID N RUTILA<br>PRESIDENT<br>3180 BEREA RD<br>CLEVELAND, OH 44111-1595 | Claim Holder Name and Address<br>LIQUIDITY SOLUTIONS INC<br>ONE UNIVERSITY PLAZA<br>STE 312<br>HACKENSACK, NJ 07601<br><br>Docketed Total: $41,742.27<br><br>Case Number*: 05-44640 — Secured $41,742.27<br>Total: $41,742.27 | Allowed Total: $34,472.42<br><br>Case Number*: 05-44640 — Unsecured $34,472.42<br>Total: $34,472.42 |

\* See Exhibit I for a listing of debtor entities by case number.

**EXHIBIT H - CLAIMS ALLOWED PURSUANT TO SETTLEMENT**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 11200<br>Date Filed: 07/26/2006<br>Docketed Total: $358,909.35<br>Filing Creditor Name and Address:<br>UNITED PLASTICS GROUP INC<br>1420 KENSINGTON RD STE 209<br>OAK BROOK, IL 60523 | Claim Holder Name and Address<br>LONGACRE MASTER FUND LTD　　Docketed Total: $358,909.35<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019<br><br>Case Number*　Secured　Priority　Unsecured<br>05-44640　　　　　　　　　　　　　　$358,909.35<br>　　　　　　　　　　　　　　　　　$358,909.35 | Allowed Total: $325,377.43<br><br>Case Number*　Secured　Priority　Unsecured<br>05-44640　　　　　　　　　　　　　　$325,377.43<br>　　　　　　　　　　　　　　　　　$325,377.43 |
| Claim: 14918<br>Date Filed: 07/31/2006<br>Docketed Total: $66,399.42<br>Filing Creditor Name and Address:<br>WESTWOOD ASSOCIATES INC<br>PO BOX 431<br>MILFORD, CT 06460 | Claim Holder Name and Address<br>WESTWOOD ASSOCIATES INC　　Docketed Total: $66,399.42<br>PO BOX 431<br>MILFORD, CT 06460<br><br>Case Number*　Secured　Priority　Unsecured<br>05-44640　　　　　　　　　　　　　　$66,399.42<br>　　　　　　　　　　　　　　　　　$66,399.42 | Allowed Total: $66,399.42<br><br>Case Number*　Secured　Priority　Unsecured<br>05-44640　　　　　　　　　　　　　　$66,399.42<br>　　　　　　　　　　　　　　　　　$66,399.42 |
| Claim: 12017<br>Date Filed: 07/28/2006<br>Docketed Total: $99,852.32<br>Filing Creditor Name and Address:<br>ZF BOGE ELASTMETALL LLC<br>HUNTER & SCHANK CO LPA<br>1700 CANTON AVE<br>TOLEDO, OH 43604 | Claim Holder Name and Address<br>HAIN CAPITAL HOLDINGS LLC　　Docketed Total: $99,852.32<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070<br><br>Case Number*　Secured　Priority　Unsecured<br>05-44640　　　　　　　　　　　　　　$99,852.32<br>　　　　　　　　　　　　　　　　　$99,852.32 | Allowed Total: $87,021.08<br><br>Case Number*　Secured　Priority　Unsecured<br>05-44640　　　　　　　　　　　　　　$87,021.08<br>　　　　　　　　　　　　　　　　　$87,021.08 |

**Total Claims To Be Modified: 26**

**Total Amount As Docketed:**　　$12,342,426.96

**Total Amount As Modified:**　　$10,396,385.53

\*　See Exhibit I for a listing of debtor entities by case number.