June 17, 2009

The Honorable Robert D. Drain    Fax 914-390-4073 (White Plains, NY)
Docket Number 05-44481 (RDD)
United States Bankruptcy Judge – Southern District of NY
One Bowling Green
New York, NY 10004 – 1408


Your Honor:

I am writing you to object to the June 1, 2009 Master Disposition Agreement, Article 9.5.11. This article declares that severance payments will be terminated upon the closing date (emergence date).

In February 27, 2009 I signed a contract to give up my full time salaried job for one years salary. I waived certain rights (Release of Claims) to receive a severance. This contract between Delphi and Floyd B. Hopkins was entered into during bankruptcy. I believe that severance payments are a contract liability and not a Delphi provided benefit. The paperwork provided to me by Delphi signed and dated is a legal, binding, contract and I expect it to be honored by Delphi. These severance payments are paid semi-monthly for one year. I would never have given up a $100,000 dollar a year job with benefits for four months of pay received thus far.

I intend to save this severance money for the year agreed upon to refinance my home so that I would be able to live there during my retirement. I provided GM/Delphi 32 years of loyal service achieving a number of promotions throughout my career. I never thought the company would forsake its salaried workforce commitment of benefits, SS Bridge, or pension.

My first surprise before the ink was dry on my contract was that Delphi was taking away health and life insurance retirement benefits. These costs are now mine to bear. If my pension goes to the PBGC I will lose the SS Bridge, in addition my pension will surely be reduced as my age is "56".

I request that GM assume pension obligations for both hourly and salaried retirees alike and that Delphi be required to fulfill its obligation of severance payments to those affected.

Thank you for your urgent consideration of this important matter.

Sincerely,

*[signature: Floyd B. Hopkins]*

Floyd B. Hopkins

208 Ogden Parma TLR

Spencerport, NY 14559