June 17, 2009

Honorable Robert D. Drain
Docket Number 05-44481 (RDD)
United States Bankruptcy Judge – Southern District of NY
One Bowing Green
New York, NY 10004-1408

Subject: Docket Number 05-44481 (RDD)

Honorable Robert D. Drain:

I object to Master Disposition Agreement Article 9.5.11. I am a salaried retiree from Delphi effective 5-1-09. I have a Separation Agreement entitling me to severance payments for 6 months. I signed this contract in April 2009 during bankruptcy. I waived certain rights through a Release of Claims in order to receive severance. I provided an item of value to Delphi in exchange for severance payments. Severance payments are a contract liability and not a Delphi-provided benefit. I have a legal contract and I expect it to be honored.

I plan on using this severance to help pay for medical expenses since I lost my health care earlier with your decision. I also face a pending pension reduction with transfer to PBGC. The total liability for continued severance payments is low.

Please rule in favor of continued severance payments.

Very respectfully,

Raymond A. Zagger
Delphi Salaried Retiree
7351 Oakwood Drive
Brookfield, OH 44403