835 West Martindale Road
Union, OH 45322
June 16, 2009


Honorable Robert D. Drain
Docket Number 05-44481 (RDD)
United States Bankruptcy Judge – Southern District of NY
One Bowling Green
New York, NY 10004-1408

Re: Docket Number 05-44481 (RDD)


Dear Honorable Judge Drain,

I very strongly object to the June 1, 2009 Master Disposition Agreement, Article 9.5.11 declaring contractual severance agreements will be terminated upon the emergence of Delphi from bankruptcy. These agreements are a contract, entered into during bankruptcy, and are not a Delphi provided benefit. (All of which have already been eliminated). And as such, severance payments are a contractual entitlement, and should be honored. In exchange for these contractual severance payments, employees signed a Release of Claims. In short, the severance agreements are valid, legally binding contracts.

Delphi retired salaried employees have already been adversely affected by benefit termination, and the pending pension reduction due to the transfer of the pension to the PBGC, because of Delphi's anticipated abandoning of its' salaried pension.

The total liability for these contracts is low and short term, expiring in July 2010. I signed my severance contract in October, 2008, with an effective date of January, 2009. These severance agreements are legal contracts, and should be honored as such.

Sincerely,

Brian M. Miller