June 18, 2009

Honorable Robert D. Drain
Docket Number; 05-44481(RDD)
United States Bankruptcy Judge- Southern District of NY
One Bowling Green
New York, NY 10004-1408

Subject; Docket number 05-44481(RDD) Objection of June 1, 2009 Master Disposition Agreement Article 9.5.11. Termination of severance payments upon the closing date.

   I am writing to strenuously object to the June 1, 2009 Master Dispostion agreement Article 9.5.11. Docket number 05-44481(RDD). This article declares that severance payments will be terminated upon the closing date.
   I feel that I have a legal enforceable contract with Delphi that I expect to be honored. This severance entitlement is part of the Delphi separation agreement. As an employee I waived certain rights (Release of claims) to receive the severance.
   I retired March 1, 2009, after 32 years of service, which was during the bankruptcy, the contract was signed in December 2008. I strongly feel that the severance is a contract liability not a Delphi provided benefit.
   I strongly feel that I have a valid, binding, legal contract that I expect to be honored as they expect me to honor my part.
   These severance payments were going to help me get caught up and to help me during the transition to a new career. As a retiree, I have already been affected by the termination of medical benefits and the pending pension reduction, if severance payments are taken away I will be left with nothing. The severance payments are also a short term liability which will end in July 2010.
   I can't stress enough how strong my objections are to this plan to terminate severance payments.

Thank You
Linda M. Kolb
2574 Transit Road
Newfane, NY 14108