**To:** Judge Robert D. Drain

**From:** Diane M. Davis

3896 MacKenzie Lane

Metamora, MI 48455

**CC:** U.S. Bankruptcy Court Case #05-44481

**Date:** 6/18/2009

**Re:** Objection to Article 9.5.11 of the Revised June 16, 2009 Master Disposition Agreement.

---

**Please read this letter**

Dear Judge Drain,

I am a white collar, i.e., salaried retiree of the Delphi Corporation; I am writing you this letter strenuously objecting to Article 9.5.11 of the revised June 16, 2009 Master Disposition Agreement..

At the time of my retirement in 1/2009, *while Delphi was in bankruptcy*, I signed a legal contract which stated that I would receive my separation allowance in exchange for signing a Release of Claims. I expect Delphi to honor this contract.

I am a human part of the 'legacy' Delphi is trying to shed. First, benefit termination, now this. I worked diligently for GM /Delphi for over 25 years. I need my severance payments to survive in Michigan's economy while I seek employment, in Michigan, which as of yesterday has 14% + unemployment rate (the worst in the nation).

My retiree network believes that severance payments are administrative claims; I will file an Administrative Expense Claim Form with the court.

Judge Drain, I am counting on you to give Article 9.5.11 a vigorous legal review, re-evaluate the situation and require Delphi to fulfill its obligations.

Sincerely,

*[signature]*

Diane M. Davis

1/2009 Salaried Delphi Retiree

*[handwritten: Thank you]*

1