TO:         Honorable Robert D. Drain
            Docket Number 05-44481 (RDD)
            United States Bankruptcy Judge - Southern District of NY
            One Bowling Green
            New York, NY 10004-1408

FAX         914-390-4073 (White Plains, NY)

**RE; Case Number 05-44481 (RDD), I object to the June 16, 2009 Master Disposition Agreement, Article 9.5.11 that terminates severance payments on Delphi's emergency from Chapter 11.**

I signed a legal contract 17FE09 called the Delphi Corporation Separation Allowance Plan Release of Claims, Delphi Steering, Saginaw Site (attached) to receive 6 months separation allowance in exchange for voluntary retirement on March 1, 2009 and to wave any future re-employment by the company, stated in the release of claims details. I have fulfilled my part of the agreement and expect Delphi to fulfill theirs. The notion that separation allowance can be discontinued for emergence convenience is unjust.

I voluntarily retired on a date selected by Delphi to benefit the company's HRM plans and relieve them from ongoing costs and waive certain claims for an exact dollar amount calculated and typed into the agreement by Delphi on the Release of Claims form. Delphi is receiving the full value of my actions and has no legal grounds to reduce the allowance agreed to in writing.

Delphi had been in Bankruptcy proceedings for years and the voluntary retirement for separation allowance program was part of the move for emergence. The separation allowance is not a traditional benefit but a specifically solicited and administrated act consummated by a bilaterally signed, binding contract. I and all law abiding citizens expect legal contracts to be honored, all the time.

These severance payments are likely to be considered Administrative Claims, and I will be filing an Administrative Expense Claim Form with the court

Thanks you for considering my position and ruling in a manner that upholds fair treatment under the law.

Respectfully submitted,

John Henne
62 Pine Grove Dr.
Frankenmuth, Mi. 48734