**Thomas C. Woods**
**41189 Coventry Rd.**
**Novi, Michigan  48375-5222**

**248-344-1351**

The Honorable Robert D. Drain
United States Bankruptcy Judge – Southern District of New York
One Bowling Green
New York, NY 10004 -1408

**Re: Docket Number 05-44481 (RDD)**

Dear Judge Drain,

I am writing to ask that you not allow Delphi Corporation (Delphi) to stop making severance payments to affected salaried retirees, like myself, until all of the legally-binding, contractually-promised payments have been made.

Specifically, I object to the June 1, 2009, Master Disposition Agreement, Article 9.5.11, which declares that severance payments will be terminated upon the closing date (i.e., emergence date).

These payments were guaranteed by Delphi in written, legal and enforceable contracts with individual salaried employees as a condition of their accepting early retirement or some other form of mutually agreeable separation.

I have fulfilled my obligations under the contract (in my case, signed in April, 2009) – and I expect Delphi to fulfill its as well.  After all, Delphi offered and promised me severance payments in return for my waiving certain rights and releasing certain claims.

Why should Delphi be allowed to renege now?

It would be unconscionable to think that Delphi would be allowed to abdicate its responsibilities under these contracts, into which it freely entered post-petition – that is, during bankruptcy – in my case, just a few weeks ago!!  We employees agreed to the early separations on the condition that these payments would be made as Delphi proposed, agreed and promised.  We have factored them into our post-separation planning for critical purposes such as unanticipated heath care expenses (Delphi promised for decades to provide health care benefits for retirees until they reached age 65 and became eligible for Medicare – then reneged), job search expenses, living expenses until we can find new jobs in this very tough market, etc.

In summary, Your Honor, I believe I have a valid, legal and binding contract with Delphi, and I expect Delphi to honor it.  I know Delphi is spending hundreds of millions of dollars on high-powered attorneys (hugely more than on severance).  I hope you will help me protect MY legal rights, too!

Most Sincerely,

*[signature]*