United States bankruptcy Court
Attn: Honorable Robert D. Drain
Docket Number 05-44481

Subject: Objection to Delphi's plan to terminate severance payments to retirees after emergence

As a retired Delphi Salary Employee I strongly object to the recently filed Delphi Modified Plan of Reorganization, specifically to the June 1, 2009 Master Disposition Agreement, Article 9.5.11

After emergence from bankruptcy, Delphi seeks to stop payments to employees that are already separated from the company and who are receiving severance payments as part of Delphi's employment separation policy. These payments were agreed to by both the employee and Delphi in a signed written contract. This was done while Delphi was already in bankruptcy.

My major points of my objection are:

1. This agreement has been executed via a written contract. They are proposing to break a legal contract.
2. Retirees have waived certain rights (release of claims) and agreed to leave our employment with the company in exchange for these payments.
3. The contracts were entered into <u>during</u> bankruptcy.
4. These severance payments are a contract liability and not a Delphi benefit.
5. Because I have a legally binding contract with Delphi, I expect it will be honored.

Please do not allow Delphi to break these contracts with these former employees and try to claim these owed funds as "pre-petitioned claims" for which the retirees will not see a cent. We have already lost all of our health and life insurances, and face pension reductions. These payments are short-termed for Delphi and will not affect Delphi's emergence from bankruptcy, and are very important to the retirees for paying for needed health care and life insurance premiums.

Thank you.

Mark Baranski
2201 Celestial Dr. NE
Warren, Ohio 44484
330-856-9078