June 17, 2009
Honorable Robert D. Drain
Docket Number 05-44481 (RDD)
United States Bankruptcy Judge-Southern District of NY
One Bowing Green
New York, NY 10004-1408


Dear Sir:

I WOULD LIKE TO EXPRESS MY OBJECTION TO THE JUNE 1, 2009 MASTER DISPOSITION AGREEMENT ARTICLE 9.5.11 PERTAINING TO THE SEVERANCE PAYMENTS BEING TERMINATED BY DELPHI. THIS SEVERANCE PAYMENT ENTITLEMENT IS BY CONTRACT, THE SEPARATION AGREEMENT I SIGNED IN MARCH 2009. AT THAT TIME I WAIVED CERTAIN RIGHTS (RELEASE OF CLAIMS) TO RECEIVE THESE SEVERANCE PAYMENTS.. AN ITEM OF VALUE TO DELPHI IN EXCHANGE FOR PAYMENTS. THE CONTRACTS WERE ENTERED INTO DURING BANKRUPTCY. I TOOK VOLUNTARY LAYOFF APRIL 2009 THROUGH JUNE 2009 WITH 50 % PAY KNOWING I WAS PROMISED SEVERANCE PAY COMMENCING JULY 1,MY EFFECTIVE RETIREMENT DATE, THROUGH DEC 2009. I CONSIDER THESE PAYMENTS A CONTRACT LIABILITY NOT A DELPHI PROVIDED BENEFIT. I BELIEVE I HAVE A VALID,BINDING, LEGAL CONTRACT THAT SHOULD BE HONORED. PLEASE CONSIDER THIS BEFORE RENDERING A DECISION. I WILL LOSE MY HEALTHCARE EFFECTIVE JULY 1, 2009 AND POSSIBLY MY PENSION. THIS WOULD BE DEVASTATING.


Regards,

Martin F Bertleff