Kevin McDaniel
2065 Lochnayne Ct
Davison, Mi 48423
June 17, 2009

Honorable Robert D. Drain
Docket Number 05-44481 (RDD)
United States Bankruptcy Judge – Southern District of NY
One Bowing Green
New York, NY 10004-1408

Dear Honorable Robert D. Drain:

I am writing to ask you to protest a specific part of Delphi Docket Number 05-44481 and more specifically to object to the June 1, 2009 Master Disposition Agreement Article 9.5.11. This will soon come to a vote in your court and declares that severance payments will be terminated upon the closing date.

I object to Master Disposition Agreement Article 9.5.11 because I feel that I have a legal, enforceable contract that I entered into during Bankruptcy. I feel that my duties had been fulfilled and I would expect Delphi to fulfill theirs. As was stated upon signing my separation papers in April 2009 with a Delphi HR rep my severance payments were provided in exchange for my wavier of certain rights by signing the release of claims. My severance payment were an entitlement by contract in the separation agreement. I had to sign a waiver of certain rights to receive my severance payments for which I provided value to Delphi in exchange for those payments. The contract I signed was entered into during Delphi's bankruptcy. The severance payments were a contract liability not a benefit provided by Delphi and I had been strung along since June 2008 while working for Delphi not knowing my fate but had been repeatedly promised the severance payments in full in exchange for continued hard work during the sale of our product line. The last point is that I had a valid, binding, and legal contract that I signed that I expect to be honored by Delphi

I think that this is an important agreement of severance payments. It was to benefit me and my family in a time of transition as I look for new work or try and re-educate myself to pursue a new career. I feel that I did all I could to help Delphi sell the Exhaust Business and provide value to the buyers and continue to provide Delphi engineering support and service during that time in exchange for my severance. I hope you will make sure that Delphi holds up their end of the agreement and completes the severance payments per the signed agreement.

Thank you for your support.

Sincerely,

Kevin McDaniel