**W. RAYMOND MCINERNEY**
**3284 W. WINTERGREEN DRIVE**
**SAGINAW, MI 48603**

June 16, 2009

Bankruptcy Court
Judge Robert D. Drain
U.S. Bankruptcy Court Case #05-44481
One Bowling Green
New York, New York 10004-44481

Reference Case #05-44481

As a recently retired Delphi Salary Employee I strongly object to the recently filed Delphi Modified Plan of Reorganization. Delphi is asking the PBGC to drop its rights to secured claims and become an unsecured claim. This an absurd request. In addition Delphi is suggesting that the PGBC should terminate the Delphi Salary Pension. This action would allow Delphi to avoid its responsibility to fund the Delphi Salary Pension and would dump the liability on the PBGC and the American Tax Payer. In addition, further hardships would be borne by the Salary Retirees while the Hourly Pension is transferred to General Motors. This is fundamentally unfair and favors one set of creditors over another. GM should assume the Salary Pension just as it is assuming the Hourly Pension. Since the Salary employees spent most of their careers working for GM prior to 1999 this would be a more equitable solution.

I ask the court to reject this modified plan and to force Delphi and GM to negotiate a plan that is equitable to the salary retirees.

Yours Truly,

W. Raymond McInerney
1286 Golf Brook ln
Saginaw, MI 48609

Cc: Skadden, Arps, Slate, Meagher & Flom LLP,
John Wm. Butler, Jr.
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606

Office of the United States Trustee
Brian Masumoto, Esq.
33 Whitehall Street
New York, New York 10004