6-17-09

Hon. Robert D. Drain
Docket #05-44481 (RDD)
United States Bankruptcy Judge – Southern District of NY
One Bowling Green
New York, NY 10004-1408

Dear Judge Drain,

I am writing to object to the plan by Delphi corp. to terminate the severance payments for salaried employees at the emergence from bankruptcy.
I accepted Delphi's offer to separate March 1 2009 and signed what I thought was a binding legal contract on Feb. 5th.
My local plant asked me to stay until April 1 to tie up loose ends, which I agreed to do, thus delaying my retirement by a month. I realized this doesn't change anything from a legal standpoint, but it now appears that by helping them out I will forfeit an <u>additional</u> one month's severance and retirement pension payments, about $8600 in my case.
After losing health care and having my pension likely turned over to the PBGC, the loss of separation really adds insult to injury.
In the entire automotive restructuring scenario, the Delphi Salaried group is bearing a disproportionate share of the pain. I myself have given 41 years of loyal service to Delphi/GM with the expectation that I would retire with dignity. I understand that the situation is now quite different, but there should be SOME equity of sacrifice. The Delphi UAW people are keeping most of their retirement benefits, and as a taxpayer with 60% ownership in GM, I'll be helping support them.
GM set up Delphi to fail so they could legally walk away from their promises. If they can also walk away from legally binding contracts, signed during bankruptcy, there is indeed something wrong with our laws.

Yours respectfully,
James Vance