To: Honorable Robert D. Drain
United States Bankruptcy Judge – Southern District of NY
One Bowling Green
New York, NY 10004-1408

Docket # 05-44481 (RDD)

I am writing this letter to object to the June 1, 2009 Master Disposition Agreement Artical 9.5.11. This artical declares that Severance payments will be terminated upon the closing date / emergence date.

These Severence payments were accepted by me as an exchange for my waiver of certain rights via the Release of Claims. These Severence payments were part of my Separation Agreement Contract I had with Delphi. I provided an item of value to Delphi (Release of Claims) by accepting these payments. This "contract" was entered into during Bankruptcy. These payments are a contract liability <u>not</u> a Delphi provided benefit. If I don't receive these agreed to payments; I consider my agreement to "Separation" null & void and I should be reinstated as an active employee.

I agreed to my Separation from Delphi to be effective Feb 1, 2009. I worked for almost forty four years with GM/Delphi (seniority date Aug 18, 1965). I have already lost my health care benefits and probably will have my pension payments reduced. I am counting on the remainder of my Separation package payments to carry me into retirement. I will be 62 years old in July and don't see any new reasonable chance of employment.

Bruce D. Newton    Bruce D. Newton
418 Dansworth Road
Youngstown, N.Y. 14174
716-745-3510