Date: June 17, 2009

To: Honorable Robert D. Drain
Docket Number 05-44481 (RDD)
United States Bankruptcy Judge – Southern District of NY
One Bowling Green
New York, NY 10004 – 1408

Subject: Objection to Article 9.5.11 of June 1, 2009 Master Disposition Agreement,
Docket Number 05-44481 (RDD).

I object to the subject article declaration that Severance Payments will be terminated
upon the closing date.  I worked as an engineer for 40 years at GM/Delphi including
several months after cessation of operations to assist in an orderly closing of our plant.
My separation from Delphi was effective February 1, 2009.  On October 30, 2008 I
signed a Release of Claims document which provides for $79,440.00 in Severance Pay to
be paid over twelve months in exchange for a release from a variety of potential legal
claims.  This document was signed and accepted by a Delphi Corporation representative.
This contract was entered into during bankruptcy.  I have honored my part of the contract
and expect Delphi to honor theirs.  It should be noted that the Separation Pay liability for
Delphi is low but the impact on individual former salaried employees is high especially in
view of the benefit cuts already in place.

Thank You,

James A. Bruner
3790 Shroyer Rd.
Kettering, Ohio 45429