June 16, 2009

Honorable Robert D. Drain

Docket Number 05-44481(RDD)

United States Bankruptcy Judge- Southern District of N.Y.

New York, N.Y. 10004-1408

Subject: Docket # 05-44481

Dear Judge Drain,

I am writing in behalf of myself and numerous ex-Delphi employees who are on the verge of losing their severance payments if Delphi Corporation emerges from bankruptcy at the end of July. I was terminated from my employment at Delphi on May 1, 2009 with no recourse other than to leave and apply for my retirement. After 38.5 years of dedicated service I was called into a conference room and asked to leave the company. I was escorted to my desk to clean it out and leave the building. I was given a contract to sign that basically waived my rights to come back and voice any complaints against Delphi in exchange for my 6 months of severance pay. This was a legal binding contract signed by me and also a Delphi representative. Now in the Delphi plan to emerge they are basically saying they have no obligation to honor this signed legal agreement and continue my severance after the emergence. This is in addition to Delphi dropping any obligation for health care coverage as well as defaulting on our pension benefits. As they emerge from this bankruptcy. Ignoring one select group of dedicated salaried employees in this so-called emergence is just totally unfair. How can a company say they have obligations to select groups and ignore only one group.

In summary, I ask that you investigate the right of Delphi to ignore the signed severance contracts. These are binding and legal contracts entered into willing by Delphi. They are not to be viewed as idle promises that can be ignored.

Sincerely,

Edward M. Bungo

*Edward M. Bungo*

379 Cherry Hill Lane

Cortland, Ohio  44410