June 17, 2009

Honorable Robert D. Drain
United States Bankruptcy Judge – Southern District of NY
One Bowling Green
New York, NY 10004-1408

Ref: Delphi Corp Case # 05-44481 (RDD) filed October 5, 2005
    Master Disposition Agreement, Article 9.5.11 filed June 1, 2009

Dear Judge Drain:

This letter is to express my concerns with the June 1, 2009 Master Disposition Agreement, Article 9.5.11, filed by Delphi Corporation. This article declares that severance payments will be terminated upon Delphi's emergence from bankruptcy.

**Please note that this letter is an OBJECTION to that document. I ask that you file it as a motion to object to Docket Number 05-44481, Master Disposition Article 9.5.11.**

I <u>involuntarily</u> separated from Delphi on January 1, 2009 after 38 years of service. I signed the Separation Allowance Plan fully expecting the terms of the plan to be honored. As a Delphi retiree, I have already been affected by benefit termination and pending pension reduction with the transfer of the pension to the PBGC. My letter of objection is filed based on the following reasons:

1) I am entitled to severance payment by signed contract with Delphi on 12/01/2008
2) I waived certain rights to receive severance payments
3) My contract was accepted by a Delphi representative DURING bankruptcy
4) My severance payments are a contractual liability NOT a benefit provided by Delphi
5) I expect the contract I signed to be legal and binding
6) I expect this contract to be HONORED

I expect the court to rule that my contract and those of other Delphi employees separated under like circumstances be found legally binding and honored.

**I ask you to REJECT this motion.**

Respectfully,

*Kathy Murphy*

Kathy Murphy
1423 Red Oaks Dr
Girard, Ohio 44420