16 June 09

Subject:  Strenuous Objection to Delphi Severance Termination
          Docket Number 05-44481 (RDD)

I want to convey to you my extremely strong objection to the motion filed by Delphi and Platinum Equity to terminate the legal contract I have with Delphi for (6) months of severance payments.  The proposed termination is the June 1, 2009 Master Disposition Agreement Article 9.5.11.  It is this article I strongly object to.   I have a legal enforceable contract that Delphi and I signed the last day I worked before my forced early retirement.  This was signed on March 23, 2009, by Delphi and me.  My effective date of retirement was April 1, 2009.

Regarding this contract Delphi's compensation was my "Release of Claims".   My compensation in this contract for this "Release of Claims" was the (6) months of severance.    I fully expect that the terms of this contract be enforced.  This was signed during Delphi's bankruptcy not before. It was not a Delphi provided benefit that the court has discarded like the Life and Health Insurances I was promised.   In addition the court is likely to approve the termination of my pension and send it to the PBGC where I will receive a small fraction of what was promised to me.

The Delphi Salaried Retiree group is the only one that has been singled out for the loss of all insurances and now the pension.   I have not one benefit or pension from either GM or Delphi after working faithfully for (40) years for these two companies.    All UAW members from GM and Chrysler have all benefits and pensions intact as well as all the Salaried Retirees at both GM and Chrysler in their bankruptcies.  I desperately need these severance payments to pay my monthly health insurance bills and associated upcoming costs for my wife as she is in need to total knee replacement in both legs.

I fully expect this contract to be honored.    It is a very small liability for Delphi and expires in October 2009.

Michael R. Schneider
17325 Bueche Road
New Lothrop,
Michigan 48460