June 16, 2009

Honorable Robert D. Drain
Docket Number 05-44481 (RDD)
United States Bankruptcy Judge-Southern District of NY
One Bowing Green
New York, NY  10004-1408

Subject: Objection to June 1, 2009 Master Disposition Agreement, Article 9.5.11

Dear Honorable Robert D. Drain,

I separated from Delphi on March 1, 2009. I signed a Release of Claims on January 22, 2009, while Delphi was in bankruptcy. I made my decision to separate knowing that I would sign a contract and that I would receive Severance payments in full. I included my total Severance from my Release of Claims in calculating my finances, which then helped me to make my final decision to leave.

Since I have departed, my health care benefit was terminated on April, 1, 2009, one month after I retired, and my pension will be greatly reduced when it is transferred to the PBGC.

I am certain, in hindsight, I would have decided to remain an active Delphi employee. It never occurred to me that my contract would not be honored.

Thank you

*Catherine Y. Miller*
Catherine Y. Miller
1916 S. 400 E.
Kokomo, IN  46902