June 18, 2009

Honorable Robert D. Drain

Docket Number 05-44481 (RDD)

United States Bankruptcy Judge – Southern District of NY

One Bowling Green

New York, NY 10004-1408

Dear Honorable Robert D. Drain,

In March of this year I lost my job at Delphi and now I understand Delphi is asking to terminate the severance they agreed to at my exit interview. This action is just one in a series of many that has eliminated just about every benefit that I worked for over 30 years.

As part of my separation, the following were agreed to:

- The severance payment entitlement is by contract as stated in the Separation Agreement.
- I waived certain rights (Release of Claims) in the agreement to receive severance.
- The contracts were entered into during bankruptcy.
- Severance payments are a contract liability and not a Delphi provided benefit.

I agreed to the above and signed the document as did a company representative. This is a valid / binding / legal contract that I expect to be honored.

Thank-you for your consideration in this important matter.

James L. Odom

2525 Henn Hyde Road

Cortland, Ohio 44410