June 19, 2009

Dear Judge Drain,

In reference to Case Number 05-44481 (RDD), I would like to voice my objection concerning the termination of severance payments as referred to in the June 16, 2009 Master Disposition Agreement Article 9.5.11.

On March 11, 2009 I signed an agreement / contract between me and Delphi Corporation stating the terms for my separation and my eligibility for severance payments until the agreed amount is paid. I expect that agreement to be honored. This severance is not a benefit it is a payoff. After 43 years and 8 months Delphi decided I was no longer needed, the least they can do is live up to their agreement.

At 62 years of age with a variety of family responsibilities, relocating to try and chase a job in my field is not an option. The job market in this area for some one my age is depressed. Do not permit them to shirk their responsibilities in this matter, while the amounts paid to the retirees don't seem like a lot it's all we have for our many years of service and dedication.

They are also hiding from our pension obligations, in spite of the fact that Delphi worldwide will still be doing business. Do not let them escape from this obligation too.

Thank You,

*Andrew F. Rodondi*

Andrew F. Rodondi