June 18, 2009

Honorable Robert D. Drain
Docket Number 05-44481 (RDD)
United States Bankruptcy Judge - Southern District of NY
One Bowling Green
New York, NY 10004-1408

FAX: 914-390-4073

Re: Objection To Delphi Master Disposition Agreement, Article 9.5.11

I am writing to object to the June 16, 2009 Master Disposition Agreement, Article 9.5.11 that declares that severance payments will be terminated by Delphi upon the closing date.

The severance agreement entered into by Delphi and I on November 12, 2008 provided for mutually beneficial concessions by each party. My primary concession was to end my career with Delphi on January 31, 2009 and in return Delphi agreed to pay to me bi-monthly severance payments for a period of one year. The severance payments would support my family while re-employment was being sought.

This contract was entered into between Delphi and I during the bankruptcy rather than prior to it. I, therefore, expect Delphi to fully execute this post-petition contract. I consider these severance payments are Administrative Claims and as such, I will file an Administrative Expense Claim Form with the court.

Thank you for your consideration on this matter.

Respectfully,

Charles W. Byers, Jr.
600 Paseo de Luna Lane
El Paso, TX 79912-2948
(915) 581-5757