**W. RAYMOND MCINERNEY**
*3284 W. WINTERGREEN DRIVE*
*SAGINAW, MI 48603*

June 16, 2009

Bankruptcy Court
Judge Robert D. Drain
U.S. Bankruptcy Court Case #05-44481
One Bowling Green
New York, New York 10004-44481

Reference Case #05-44481

As a recently separated Delphi Salary Employee I strongly object to the June 1, 2009 Master Disposition Agreement, Article 9.5.11. This article declares that severance payments will be terminated upon the closing date (emergence date). I agreed to the Separation Agreement which waived my rights (Release of Claims) in exchanged for the severance payments. This is a legal, enforceable contract that was entered into during the bankruptcy period. The severance payments are a contract liability and I expect this contract to be honored. The effective date of my contract is April 1, 2009.

These severance payments were to be used to help defray the cost of medical benefit coverage that has also been cancelled by this bankruptcy, and to provide a cushion for career transition.

I ask the court to reject Article 9.5.11 and force Delphi to honor the contract.

Yours Truly,

*[signature]*

W. Raymond McInerney
1286 Golf Brook ln
Saginaw, MI 48609

Cc:
Skadden, Arps, Slate, Meagher & Flom LLP,
John Wm. Butler, Jr.
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606

Office of the United States Trustee
Brian Masumoto, Esq.
33 Whitehall Street
New York, New York 10004