Honorable Robert D. Drain,

    I am writing to you as a former Delphi salaried employee, who served the company faithfully for over 26 years. My job position was eliminated as of March 1st of this year, at which time I entered into a contractual severance agreement with Delphi.

I was recently notified that if Delphi emerges from bankruptcy July 23rd, I will lose 25 percent of the amount promised to me. I ask that you please consider that this agreement be binding, as the severance payment is not a benefit, rather a contractual obligation entered into while Delphi was in bankruptcy.

The value represented to Delphi by me signing this agreement, was a release of all claims against Delphi, as a result of my involuntary termination.

I signed this contract in mid February, and was terminated effective March 1st of this year. I was to receive severance payments through August 31st of this year.

Your consideration in this important matter is greatly appreciated.

Respectfully,

*[signature]*

Christopher J. Yates