Subject: Docket Number 05-44481 (RDD)

Dear Honorable Judge Drain,

I am writing this letter to ask your support for the salaried employees as it relates to the pending Delphi bankruptcy emergence. The June 1, 2009 Master Disposition Agreement, Article 9.5.11 suggest that the pension will be turned over to the PBGC for the salaried people, but that the hourly people will have their pensions returned to GM. This appears to be arbitrary and unfair to treat the two groups of employees differently. Many of us were employed by GM for the majority of our career only to be spun off into Delphi and lose what we had worked so hard for. We have had our health care taken away, now the prospect of losing a large share of our pension. In addition, some of us who recently retired fall into a group who were offered up to a year of severance to get us through this tough economic period. The ink on that contact (signed 3/17/09 in my case) is not even dry and they are now saying the payments will cease at emergence. This is totally unfair and in my mind illegal. Delphi should be forced to pay out these severances. These contracts were written after they were already in bankruptcy and with debtor financing available. We had to sign a release of claims form and give up certain rights in exchange for the severance payment. How can they write these contracts and then not live up to them? People who retired prior to the first of this year received all their severance in lump sums. This year Delphi changed the policy to pay them in installments to help with their cash flow. That's fine, but shouldn't they have to make all the payments? Based on the latest announcement I'll only get about 20-25% of what I was promised (retirement started 5/1/09). Also, upon emergence they plan to reinstitute the current severance plan for employees released after the new company takes over. It's only those of us caught in this small group in the middle that got released since the first of the year that will be hurt by this callous decision. It's just not right that the hard working little guys playing by the rules are the ones that get hurt the worst. This severance money is not for huge executive bonuses, they are a contact liability, the money is to help keep people off the un-employment line, and in my case to help make my house payment awhile longer, to pay for my sons education.

Please reconsider how this severance decision is applied.

Please support a fair and uniform application of the pensions for hourly and salaried employees.

Please support health care coverage until age 65.

Thank you very much,

Scott M. Leach
Delphi retiree (33 years)
9037 Orchard View Dr.
Grand Blanc, MI 48439
810-694-4245