Norma Shaarda pg.2

Honorable Robert D. Drain
Docket Number 05-44481 (RDD)
United States Bankruptcy Judge – Southern District of New York
One Bowling Green
New York, NY 10004-1408

June 18, 2009

Dear Honorable Robert D. Drain,

This letter is written to object to the June 1, 2009 Master Disposition Agreement, Article 9.5.11, declaring that severance payments will be terminated upon the emergence date.

I entered into a *separation agreement* with Delphi Corporation on 12-18-08 (Separation Allowance Plan Release of Claims) which provided monies to be paid me on a Semi-Monthly Basis (12 months) for my separation of employment effective 2-1-2009. **Please note: this contract was entered into during bankruptcy and acknowledged by Delphi.**

In consideration for receiving these benefits, I waived certain rights that were of value to me and Delphi, General Motors Corporation received value. (Data will show a clear financial savings to Delphi/GM)

Once Delphi accepted my Release of Claims form, I had a (7) seven day revocation period. Upon expiration; I could not change my mind to separate and would be forced to leave employment on 1-29-2009. **If this were not a contract I would have revoked my end of the contract upon plant notification of termination of OBED on 1/28/09 before I was forced to leave the next day.**

I have fulfilled my obligation as contained in the Release of Claims form and feel Delphi/General Motors Corporation should be required to complete their obligation with the continuation of the severance payments which I am entitled to. **Additionally, the Delphi/GM end of this contract is clearly short term with payments concluding in a 12 month period.** These monies were identified to take care of an existing home mortgage. Adding the potential loss of the severance pay on top of other benefit terminations (life insurance and health care) pending pension reductions (transfer to PBGC), I question if 36 years of faithful service (25 GM and 11 Delphi) as a loyal salaried employee is worth anything.

I feel I have a valid/binding/legal contract with Delphi/General Motors Corporation (ROC) and solicit your help in seeing it fulfilled. **I also question why there is no mention of elimination of SERP/emergence bonuses for corporate executives as this is a standard practice under bankruptcy.**

Docket Number 05-44481 (RDD)

Thank you in advance for your time and consideration on reviewing this matter, during these difficult and stressful times for Delphi Salaried Employees.

Sincerely yours,

Norma Shaarda
554 Riley St.
Hudsonville, MI 49426
616-896-9542