TO:        Honorable Robert D. Drain

RE:        Docket Number 05-44481 (RDD)
           United States Bankruptcy Judge - Southern District of NY
           One Bowling Green
           New York, NY 10004 -1408

Honorable Robert D. Drain:

I object to the June 1, 2009 Master Disposition Agreement, Article 9.5.11. This article declares that severance payments will be terminated upon the closing date (emergence date). You can view the agreement (.pdf) on www.delphidocket.com. Article 9.5.11 is on page 70

I believe that we have a legal, enforceable contract entered into during bankruptcy and I expect it to be fulfilled by Delphi, as it has been fulfilled by me. My severance payments were provided in exchange for my waiver of certain rights via the Release of Claims (See Attached Separation Allowance Agreement). Here are the points of objection:

1) Severance payment entitlement is by <u>contract</u> (See Attached Separation Allowance Agreement).

2) Employees waived certain rights (Release of Claims) to receive severance. (I provided an item of value to Delphi in exchange for severance payments)

3) The contracts were entered into <u>during</u> bankruptcy.

4) Severance payments are a contract liability (not a Delphi provided benefit).

5) I have a valid / binding / legal contract and I expect it to be honored.

The effective date of my contract is April 1, 2009, which is my retirement date.
I must also mention that retirees have already been affected by benefit termination and pending pension reduction (transfer to PBGC). The total liability for continued severance payments is low, and that the liability is short term. If the severance payment is denied on the July 23, 2009 court date, I will lose 2 ½ month's salary of the 6 months agreed to me by contract.

I strongly urge you to consider the hardships that will be endured by over 350 people who believed what was promised them at their separation and deny this Delphi request to terminate severance payments. Thank you for your time in this matter.

*Anna M. Myers* (signature)

Anna M. Myers                                    Phone:  330.638.7657
Delphi Packard Electric retiree                  E-mail:  MonikaAMy@aol.com
204 Wae Trail
Cortland, OH   44410

**Delphi Corporation**
**Separation Allowance Plan Release of Claims**

I have been separated from my employment with Delphi Corporation ("Delphi") effective _APRIL 1_, 200_9_ under terms which make me eligible for benefits under the Separation Allowance Plan (the "Plan"). These benefits include Severance Pay in the total amount of $_30,414.00_, less applicable deductions, to be paid in _12_ semi monthly installments commencing on _APRIL 15_, 200_9_, and Other Transition Assistance, comprised of outplacement assistance and $2000 which I may, at my discretion, use to help pay for the continuation of health care coverage through Delphi; provided, however, that, if I am eligible to retire with corporate contributions for health care in retirement at the time of my separation, I am not eligible for this $2,000. I acknowledge that the consideration provided for in this Release of Claims is in excess of anything I would otherwise be entitled to receive absent my signing this Release of Claims.

In consideration for receiving these benefits, I, for myself, family, heirs, and representatives, release, remise, and forever discharge Delphi, General Motors Corporation, and their respective officers, shareholders, subsidiaries, affiliates, joint ventures, employee benefit plans, agents and employees, successors, and assigns from any and all manner of actions, causes of actions, suits, proceedings, damages, costs, and claims whatsoever in law or in equity (collectively "Claims"), which I have or may have based upon or in connection with my employment with or separation from Delphi. This release specifically includes all Claims under the Employee Retirement Income Security Act of 1974, as amended, which regulates employee benefit plans; Title VII of the Civil Rights Act of 1964, as amended, which prohibits discrimination in employment based on race, color, national origin, religion, or sex; the Americans with Disabilities Act, which prohibits discrimination in employment based on disability; the Age Discrimination and Employment Act, which prohibits discrimination in employment based on age; the Equal Pay Act, which prohibits wage discrimination; state fair employment practices or civil rights laws; and any other federal, state or local law, order, or regulation or the common law relating to employment or employment discrimination, including those which preclude any form of discrimination based on age. This includes, without limitation, Claims for breach of contract (either express or implied), slander, libel, defamation, and wrongful discharge. This release does not apply to Claims that are not subject to waiver under applicable law. This covers Claims I know about and Claims I do not know about; but does not cover Claims that arise after I separate from Delphi.

I understand that, by accepting benefits under the Plan, I will no longer be entitled to receive any disability benefits (short-term, long-term, or total and permanent) under the Delphi Life and Disability Benefits Program for Salaried Employees of the Delphi Retirement Program for Salaried Employees relating to any disability that arose or arises at any time, and if I am currently receiving or am eligible to receive disability benefits as of the effective date of this Release of Claims, I understand that such benefits or eligibility for such benefits will cease upon the effective date of this Release of Claims.

I have been given a minimum of forty-five (45) calendar days to review this Release of Claims and a written notice of the ages and job titles of all individuals in the same job classification or organizational unit who were (i) selected and (ii) who were not eligible or not selected for separation. I understand that I may use as much of this forty-five (45) day period as I wish. I have been advised to consult an attorney before signing this Release of Claims, but understand that whether or not I do so is exclusively my decision. I understand that I may revoke this Release of Claims within seven (7) days of my signing it. To be effective, the revocation must be in writing and must be received by _Anna Marie Pinti_ before the close of business on the seventh (7th) day after I sign this Release of Claims.

I acknowledge that Delphi has made no prior representations, promises, or agreements relating to my employment and separation contrary to this Release of Claims. I understand that I am not eligible for benefits Delphi provides under any other separation program and that I will not be eligible for any enhancements Delphi may subsequently make to the benefits provided under the Plan. This Release of Claims constitutes the entire and only understanding between Delphi and me regarding my separation. If any provision or portion of this Release of Claims is held unenforceable or invalid, all remaining provisions of this Release of Claims remain in full force and effect.

BY SIGNING BELOW, I ACKNOWLEDGE THAT I HAVE READ THIS RELEASE OF ALL KNOWN AND UNKNOWN CLAIMS. I AFFIRM THAT I UNDERSTAND AND VOLUNTARILY AGREE TO ITS TERMS.

Signed: _Anna M. Myers_

Delphi Identification Number (DIN): _1010942_

Dated: _1-16-2009_

Accepted: _Anna M. Pinti_
Delphi Corporation    _1-16-09_