**Date:**     June 19, 2009

**From:**    Diane Repasky, former salaried Delphi employee
424 Atwood St. NW
Warren, OH 44483

**Subject:** Objection to Master Disposition Agreement, Article 9.5.11

**To:**      Honorable Robert D. Drain
Case Number 05-44481 (RDD)
United States Bankruptcy Judge - Southern District of NY
One Bowling Green
New York, NY 10004 -1408

Dear Judge Drain,

I am a former Delphi salaried employee with over 30 years of service, November 21, 1978 through March 31, 2009. I was severed from the company on April 1, 2009. I have a legal, enforceable contract entered into during bankruptcy. The signed Separation Allowance Plan Release of Claims states that severance pay commences on April 15, 2009 until paid which is through September 2009. The release was signed on February 11, 2009.

This letter is to object to the June 16, 2009 Master Disposition Agreement, Article 9.5.11. This article declares that severance payments will be terminated upon the closing date (emergence date) from bankruptcy.

I expect the Release of Claims contract to be honored by Delphi, as it has been fulfilled by me. My severance payments were provided in exchange for my waiver of certain rights via the Release of Claims. I provide Delphi value in exchange for severance payments. These payments are a contract liability not a Delphi provided benefit. I am using the severance payments to pay my household expenses, college tuition for my son and for prescription medications. I am actively searching for new employment.

I ask your support to ensure that my Separation Allowance Plan Release of Claims will be honored by Delphi.

Thank-you,

*Diane Repasky*
Diane Repasky