June 17, 2009

**To:**
Honorable Robert D. Drain
United States Bankruptcy Judge - Southern District of NY
One Bowling Green
New York, NY 10004 -140

**Subject:** Letter of objection to Delphi severance termination - Docket Number 05-44481 (RDD)

Dear Judge Drain,

I am writing this letter to you to formally object to the June 1, 2009 Master Disposition Agreement, Article 9.5.11.
I was severed from Delphi Packard on February 1, 2009 after 30 years of salaried service as an Engineering Manager in Product Engineering. As a condition of my severance, I signed a Waiver of Claims contract with Delphi. In signing, I agreed to waive my right to seek certain legal rights in exchange for 12 months of severance pay earned by my seniority via the Delphi Salaried Policy Manual in effect at that time and specifically called out in this contract. This contract was entered into by both parties on February 1, 2009 during the Delphi bankruptcy (not before so). I have completely fulfilled my obligations per that legal contract. I fully expect Delphi to do the same. Since retiring I have lost my health care benefits and it now appears my pension may be in jeopardy. This is putting a severe hardship on my family (my wife and daughters -18 years old and 16 years old). I planned to use this severance to help with college funding and make ends meet until I find suitable employment. I personally plead with you to be a legal advocate for myself and all other Delphi Salaried retirees with the same legal contracts currently in effect. I can send along the Waiver of Claims contract if you would like to review the details. Please let me know if you have any further questions.

Thank you,

*[signature]*

Earl Thomas Dickey
141 Huntington Trail
Cortland, Ohio 44410
330-638-0890