To:
Honorable Robert D. Drain
Docket Number 05-44481 (RDD)
United States Bankruptcy Judge - Southern District of NY
One Bowing Green
New York, NY 10004 -1408

From:
Yvette Shipman
951 Portage Easterly Rd
Cortland, Ohio 44410

Subject: Docket Number 05-44481 (RDD), Delphi Salaried Severance Termination

Dear Judge Drain,

Please don't allow Delphi Automotive Systems to terminate its Salaried Severance payments per the June 1, 2009 Master Disposition Agreement. After 20 years of dedication as an electrical engineer at Delphi Packard Electric, I was let go May 1st 2009. Delphi had me sign a release of claims that waived my rights to lawsuits against them. In return, I received severance payments for 5 months. It is a binding legal contract that should not be terminated because of greed. This contract was created and signed during the bankruptcy. I am planning on utilizing the severance funds to offset costs for relocation for a new job and medical expenses.

Also, please don't allow Delphi to turn its salaried pensions to the PBGC. This is so unfair to the US Delphi salaried people since UAW is untouched. I have 20 years of pension sitting there, unable to cash it out because of company policy and unable to collect because I am too young. What will it be when I am 65 (I am currently 46). Under the Delphi Pension plan, it was worth approximately $1700/month when I reach age 65. Under PBGC what will it be worth? 300?

Please don't allow corporate greed to take our remaining dignities. We have already lost our American jobs to corporate greed. Please rule in favor of the Delphi salaried employees still holding onto severance agreements and don't let Delphi default on its salaried pensions.

Respectfully,


Yvette Shipman
20 year Delphi Salaried Employee
Electrical Machine Control Engineer