**Bankruptcy Court**
Judge Robert D. Drain
U.S. Bankruptcy Court  Case #05-44481
One Bowling Green
New York, New York 10004-1408

Reference case # 05-44481  -- Delphi

Dear Judge Drain,

Thank you for opening up the bid for Delphi and possibly restoring some equality into the deal for the Delphi Salaried Retirees and Future Retirees.

I know everybody is doing their job, but I think that some type of equal share must be considered.  Your recent action has restored my faith in that money and position are tools to act in the best interest of people.

In the long run, there will be enough monies left for all parties if the Delphi salaried pension is kept whole.  In fact, I believe that whoever ends up buying Delphi and honors a pension commitment, will have the head, hearts, and hands of those who remain employed in that they know there is honor and caring for the employees and retirees, and that profitability and the entire sequalie of events will work out so much for the better.  It is hard to see the possibilities when the short term bang for the buck, and not looking at the lives behind the numbers, prevails.

Additionally, if GM takes the pension obligation that really belongs to them due to the spin off, tactics used after the spin off, and now the absorption of the better part of Delphi to maintain their supply chain, the Delphi retirees will remain ambassadors to help the new GM restore itself to the proud institution it once was.

Sincerely,

Monica Rynearson

Monica Rynearson