Dan Wood
2745 Douglas Lane
Thompson Station, TN 37179
June 18, 2009


Honorable Robert D. Drain
Docket Number 05-44481 (RDD)
United States Bankruptcy Judge - Southern District of NY
One Bowling Green
New York, NY 10004-1408


Docket Number 05-44481 (RDD)


Subject: I wish to object to the June 1, 2009 Master Disposition Agreement, Article 9.5.11. This article declares that severance payments will be terminated upon the closing date.

I have a legal contract from Delphi that Delphi signed only three months ago while they were in Bankruptcy. Delphi was fully aware of their financial situation when they entered into this contract with me. I gave up certain legal rights when I entered into this contract with Delphi and I have fulfilled my terms of the contract and fully expect Delphi to honor their terms and legal responsibilities. Severance Payments are not a Delphi provided benefit but entered into by legal contract.

I have already have had my Health Care Insurance terminated by Delphi even though it had been promised to me by Delphi for over 35 years. I also understand that Delphi is trying to get the PBGC to take over our salaried pension which then will reduce our payments. Delphi changed my retirement date so they would only have to pay me 6 months severance instead of the 12 months that I was entitled to at that time.

I need the remainder of my severance payments to pay for my health care until I am able to find new employment. With the reductions that Delphi has done to me and other salaried employees and salaried retirees we will have no other option but to find and work for a very long time.

Thank you for your consideration and wise judgment on this issue.

Sincerely,

Dan L. Wood
Former Delphi Employee