1891 Woodgate Street
Youngstown, OH 44515
16 June, 2009

The Honoroable Robert D. Drain
Docket Number 05-44481 (RDD)
United States Bankruptcy Judge – Southern District of NY
One Bowling Green
New York, NY 10004-1408

Your Honor:

I am writing to you in objection to the June 1, 2009 Master Disposition Agreement, Article 9.5.11 which declares that severance payments will be terminated on the date Delphi emerges from bankruptcy. As you are well aware, I have a signed, legally binding contract with Delphi to pay this severance which was signed on 9 March, 2009. In return, I waived my right to certain claims as described in the contract. As I am fulfilling my responsibilities, I now expect Delphi to fulfill their responsibilities pursuant to this contract. My separation date was 1 May, 2009, so the payments must continue through 30 September. I therefore expect that this business transaction will be paid. Severance is not a benefit but a contractual liability.

In addition, please keep in mind that our pension plan will be turned over to the PBGC which is expected to result in a loss of a portion of our pensions. Furthermore, the current economic conditions require an extended period to find new employment, so this financial lifeline is important as I continue to diligently search for a new position.

Thank you for your time and consideration of this objection. I look forward to a positive result.

Respectfully yours

David J. Bisignani