Honorable Robert D. Drain                                      June 16, 2009
Docket Number 05-44481 (RDD)
United States Bankruptcy Judge - Southern District of NY
One Bowing Green
New York, NY 10004 -1408


Honorable Judge Drain,

I would like to formally submit to you my official Letter of Objection to the proposed
termination of the severance payment agreement by the Delphi Corporation.  I was
separated effective January 1, 2009 after forty ( 40 ) years of service to Delphi / GM.
I signed the contract fully expecting Delphi to honor the terms stated within.

I am specifically objecting to the June 1, 2009 Master Disposition Agreement, Article
9.5.11.  This article declares that severance payments will be terminated upon Delphi's
emergence from bankruptcy.

My Letter of Objection is filed based on the following reasons:

    1)  I am entitled to severance payment by signed contract with Delphi
    2)  Certain rights were waived to receive severance payments
    3)  Contract was signed DURING bankruptcy
    4)  Severance payments are a contractual liability
    5)  I expect my contract to be legal and binding


I expect the court to rule that my contract and those of other Delphi employees
separated under like circumstances be found legally binding and honored.


Respectfully,

Don Woodard
3440 Risher Rd
Warren, Ohio  44481
330. 898. 0380