UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
DELPHI CORPORATION, et al.,                         :    Case No. 05-44481 (RDD)
                                                    :
            Debtors.                              :    (Jointly Administered)
                                                    :
                                                    :    **AFFIDAVIT OF SERVICE**
---------------------------------------------------------x

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

      Jean Reyes, being duly sworn, deposes and says:

      1.    I am an employee of the firm of K&L Gates LLP, am over 18 years of age and am not a party to this action.

      2.    On June 23, 2009, I served true copies of the Preliminary Objection of Wilmington Trust Company, as Indenture Trustee, to Debtors' Request for: (I) Confirmation of Modified First Amended Plan of Reorganization; or (II) Approval of Sale of Substantially All Assets Outside of the Ordinary Course of Business Pursuant to §363 of the Bankruptcy Code by transmitting a true and correct copy of the document by first class mail as indicated on the attached distribution sheet.

                                            _____
                                            Jean Reyes

Sworn to before me this
23rd day of June, 2009

_____
Notary Public

LAURA A. CUMMINGS
Notary Public, State of New York
No. 01-CU4912663
Qualified in New York County
Commission Expires March 12, 20/0

1

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel

Counsel for the Debtors:

Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
Attn: John W. Butler, Jr.
  Ron E. Meisler

and

Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attn: Kayalyn A. Marafioti
  Gregory W. Fox

United States Trustee

The Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004
Attn: Brian Masumoto

Counsel for the Creditors' Committee

Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Attn: Mitchell A. Seider
  Mark A. Broude

Counsel for the Post Petition Lenders

Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
Attn: Richard Mancino
  Marc Abrams

Counsel for the U.S. Dept. of the Treasury

Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Attn: John J. Rapisardi
  Oren B. Haker

Counsel for the U.S. Dept. of Justice

United States Department of Justice
86 Chambers Street, 3rd Floor
New York, NY 10007
Attn: Matthew L. Schwartz
  Joseph N. Cordaro

Counsel for General Motors Corporation

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Jeffrey L. Tanenbaum
  Robert J. Lemons

Counsel for Parnassus Holdings II, LLC

Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
Attn: Adam C. Harris
  David J. Karp