SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1720
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti


Attorneys for Delphi Corporation, et at.,
   Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re                                    :   Chapter 11
:
DELPHI CORPORATION, et al.,              :   Case No. 05-44481 (RDD)
:
                Debtors.   :   (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF CHANGE OF ADDRESS

    Please take notice that, effective June 22, 2009, the address of the Chicago office of Skadden Arps Slate Meagher & Flom LLP, Counsel for the Debtors, will change as follows:

        155 N. Wacker Drive, Suite 2700
        Chicago, IL  60606-1720

    The Firm's and its lawyers' phone numbers, fax numbers, and e-mail addresses have not been affected by this change.

Dated:  New York, New York
      June 23, 2009

                    SKADDEN,  ARPS,  SLATE,  MEAGHER  &
                       FLOM LLP

                    By:  /s/ John Wm. Butler, Jr.
                       John Wm. Butler, Jr.
                       John K. Lyons
                       Ron E. Meisler
                  155 N. Wacker Drive, Suite 2700
                  Chicago, Illinois  60606-1720
                  (312) 407-0700

                  By:  /s/ Kayalyn A. Marafioti
                       Kayalyn A. Marafioti

                  Four Times Square
                  New York, New York 10036
                  (212) 735-3000

                  Attorneys for Delphi Corporation, et al.,
                     Debtors and Debtors-in-Possession