**Exhibit I**

AMERICAN ENTERPRISE INVESTMENT SERVICES (0216)
ATTN: REBECCA STRAND OR PROXY MGR
2178 AXP FINANCIAL CENTER
MINNEAPOLIS, MN  55474

    SERVED 6/19/2009
    VIA OVERNIGHT COURIER

AMERIPRISE (0756)
ATTN: MIKE KOHLER OR PROXY MGR
751 GRISWOLD STREET
DETROIT, MI  48226

    SERVED 6/19/2009
    VIA OVERNIGHT COURIER

BANC OF AMERICA (0773)
ATTN: JAMES MONAHAN OR PROXY MGR
100W 33RD STREET 3RD FLOOR
NEW YORK, NY  10001

    SERVED 6/19/2009
    VIA OVERNIGHT COURIER

BANK OF NEW YORK MELLON (0901)
ATTN: MICKEY JIMENEZ OR PROXY MGR
ONE WALL STREET
6TH FLOOR
NEW YORK, NY  10286

    SERVED 6/19/2009
    VIA OVERNIGHT COURIER

BANK OF NEW YORK MELLON/ MELLON TRUST (0954)
ATTN: SUSAN KARAFA OR PROXY MGR
525 WILLIAM PENN PLACE
SUITE 3418
PITTSBURGH, PA  15259

    SERVED 6/19/2009
    VIA OVERNIGHT COURIER

BANK OF NEW YORK/DBAG LDN-GS CR. PORT LLC (2485)
ATTN: DONNA STEINMAN OR PROXY MGR
ONE WALL STREET
NEW YORK, NY  10286

    SERVED 6/19/2009
    VIA OVERNIGHT COURIER

BARCLAYS CAPITAL INC (5101)
ATTN: JOHN CLIFFORD OR PROXY MGR
222 BROADWAY
NEW YORK, NY  10038

    SERVED 6/19/2009
    VIA OVERNIGHT COURIER

BARCLAYS CAPITAL INC./ LE (0229)
ATTN: GIOVANNA LAURELLA OR PROXY MGR
70 HUDSON STREET
7TH FLOOR
JERSEY CITY, NJ  07302

    SERVED 6/19/2009
    VIA OVERNIGHT COURIER

BARCLAYS CAPITAL INC./BARCLAYS CAPITAL FIXED
ATTN: NELLIE FOO OR PROXY MGR
200 CEDAR KNOLLS ROAD
WHIPPANY, NJ  07981

    SERVED 6/19/2009
    VIA OVERNIGHT COURIER

BMO NESBITT BURNS INC** (5043)
ATTN: LOUISE TORANGEAU OR PROXY MGR
1 FIRST CANADIAN PLACE 13TH FL
PO BOX 150
TORONTO, ON  M5X 1H3
CANADA

    SERVED 6/19/2009
    VIA OVERNIGHT COURIER

| | |
|---|---|
| BNP PARIBAS PRIME BROKERAGE, INC. (2154)<br>ATTN: GENE BANFI OR PROXY MGR<br>787 7TH AVENUE<br>8TH FLOOR<br>NEW YORK, NY  10019<br><br>    SERVED 6/19/2009<br>    VIA OVERNIGHT COURIER | BROADRIDGE<br>ATTN: JOB # Y46922<br>51 MERCEDES WAY<br>EDGEWOOD, NY  11717<br><br>    SERVED 6/19/2009<br>    VIA HAND DELIVERY |
| BROWN BROTHERS HARRISMAN & CO. (0010)<br>ATTN: PAUL NONNON OR PROXY MGR<br>525 WASHINGTON BLVD<br>NEW PORT TOWERS<br>JERSEY CITY, NJ  07310-1607<br><br>    SERVED 6/19/2009<br>    VIA OVERNIGHT COURIER | CDS CLEARING & DEPOSITORY SERVICES (5099)<br>ATTN: LORETTA VERELLI OR PROXY MGR<br>600 BOUL DE MAISONNEUVE<br>OUEST BUREAU 210<br>MONTREAL, QC  H3A 3J2<br>CANADA<br><br>    SERVED 6/19/2009<br>    VIA OVERNIGHT COURIER |
| CHARLES SCHWAB & CO., INC. (0164)<br>ATTN: PROXY MGR<br>211 MAIN STREET<br>SAN FRANCISCO, CA  94105<br><br>    SERVED 6/19/2009<br>    VIA OVERNIGHT COURIER | CITIBANK, N.A. (0908)<br>ATTN: CAROLYN TREBUS OR PROXY MGR.<br>3800 CITIBANK CENTER - B3-12<br>TAMPA, FL  33610<br><br>    SERVED 6/19/2009<br>    VIA OVERNIGHT COURIER |
| CITIGROUP GLOBAL MARKETS INC. (0418)<br>ATTN: PAT HALLER OR PROXY MGR<br>333 WEST 34TH STREET<br>5TH FL<br>NEW YORK, NY  10001<br><br>    SERVED 6/19/2009<br>    VIA OVERNIGHT COURIER | CITIGROUP GLOBAL MARKETS INC/SALOMON BROTHERS (0274)<br>ATTN: PAT HALLER OR PROXY MGR<br>333 WEST 34TH STREET<br>5TH FL<br>NEW YORK, NY  10001<br><br>    SERVED 6/19/2009<br>    VIA OVERNIGHT COURIER |
| CLEARVIEW CORRESPONDENT SERVICES, LLC (0702)<br>ATTN: LINDA MILLER OR PROXY MGR<br>8006 DISCOVERY DRIVE<br>RICHMOND, VA  23229<br><br>    SERVED 6/19/2009<br>    VIA OVERNIGHT COURIER | COMPUTERSHARE<br>ATTN: LYNDSEY MCCUE<br>250 ROYALL ST.<br>CANTON, MA  02021<br><br>    SERVED 6/23/2009<br>    VIA OVERNIGHT COURIER & EMAIL |

CREDIT SUISSE SECURITIES (USA) LLC (0355)
ATTN: LILY ARTURO OR PROXY MGR
C/O PROXY DEPT
7033 LOUIS STEPHENS DR
RESEARCH TRIANGLE PARK, NC  27709

    SERVED 6/19/2009
    VIA OVERNIGHT COURIER

CROWELL, WEEDON & CO. (0574)
ATTN: GEORGE LEWIS  OR PROXY MGR
624 S GRAND AVENUE 25TH FLOOR
LOS ANGELES, CA  90017

    SERVED 6/19/2009
    VIA OVERNIGHT COURIER

D. A. DAVIDSON & CO. (0361)
ATTN: RITA LINSKEY OR PROXY MGR
8 THIRD STREET NORTH
P.O. BOX 5015
GREAT FALLS, MT  59403

    SERVED 6/19/2009
    VIA OVERNIGHT COURIER

DEPOSITORY TRUST CO
ATTN: ED HAIDUK
55 WATER STREET
25TH FLOOR
NEW YORK, NY  10004

    SERVED 6/19/2009
    VIA OVERNIGHT COURIER

DEPOSITORY TRUST CO
ATTN: HORACE DALEY
55 WATER STREET
25TH FLOOR
NEW YORK, NY  10004

    SERVED 6/19/2009
    VIA OVERNIGHT COURIER

DESERET TRUST CO (0958)
ATTN: KELLIE BRIDGE OR PROXY MGR
10 EAST SOUTH TEMPLE SUITE 470
SALT LAKE CITY, UT  84133

    SERVED 6/19/2009
    VIA OVERNIGHT COURIER

DEUTSCHE BANK SECURITIES INC. (0573)
ATTN: RAY CONTE OR PROXY MGR
1251 AVENUE OF THE AMERICAS
NEW YORK, NY  10020

    SERVED 6/19/2009
    VIA OVERNIGHT COURIER

E*TRADE CLEARING LLC (0385)
ATTN: MATTHEW FRIEFELD OR PROXY MGR
1981 MARCUS AVENUE
1ST FLOOR
LAKE SUCCESS, NY  11042

    SERVED 6/19/2009
    VIA OVERNIGHT COURIER

EDWARD D. JONES & CO. (0057)
ATTN: CHERYL BOSEMAN OR PROXY MGR
700 MARYVILLE CENTER DRIVE
ST LOUIS, MO  63141

    SERVED 6/19/2009
    VIA OVERNIGHT COURIER

FIDUCIARY SSB (0987)
ATTN: AMANDA BANTA OR PROXY MGR
CORP ACTIONS - JAB5E
1776 HERITAGE DRIVE
NORTH QUINCY, MA  02171

    SERVED 6/19/2009
    VIA OVERNIGHT COURIER

| | |
|---|---|
| FIFTH THIRD BANK (2116)<br>ATTN: ERIC ARMSTRONG OR PROXY MGR<br>5001 KINGSLEY DRIVE<br>MAIL DROP 1M0B2D<br>CINCINNATI, OH  45227<br><br>   SERVED 6/19/2009<br>   VIA OVERNIGHT COURIER | FIRST CLEARING, LLC (0141)<br>ATTN: LACHRISSA BIRD OR PROXY MGR<br>2801 MARKET ST.<br>MO 3540<br>ST. LOUIS, MO  63103<br><br>   SERVED 6/19/2009<br>   VIA OVERNIGHT COURIER |
| GLENMEDE TRUST CO (2139)<br>ATTN: DARLENE WARREN OR PROXY MGR<br>ONE LIBERTY PLACE STE 1200<br>1650 MARKET STREET<br>PHILADEPHIA, PA  19103<br><br>   SERVED 6/19/2009<br>   VIA OVERNIGHT COURIER | GLOBAL SECURITIES/CDS (5069)<br>ATTN: JOYA BABA OR PROXY MGR<br>3 BENTALL CENTRE<br>595 BURRARD ST, 11TH FLOOR<br>VANCOUVER, BC  V7X 1C4<br>CANADA<br><br>   SERVED 6/19/2009<br>   VIA OVERNIGHT COURIER |
| GOLDMAN SACHS EXECUTION & CLEARING, L.P. (0501)<br>ATTN: VANESSA CAMARDO OR PROXY MGR<br>30 HUDSON STREET<br>PROXY DEPARTMENT<br>JERSEY CITY, NJ  07302<br><br>   SERVED 6/19/2009<br>   VIA OVERNIGHT COURIER | GOLDMAN, SACHS & CO. (0005)<br>ATTN: VANESSA CAMARDO OR PROXY MGR<br>30 HUDSON STREET<br>PROXY DEPARTMENT<br>JERSEY CITY, NJ  07302<br><br>   SERVED 6/19/2009<br>   VIA OVERNIGHT COURIER |
| HUNTINGTON NATIONAL BANK (2305)<br>ATTN: TINA MOX OR PROXY MGR<br>7 EASTON OVAL - EA4 E78<br>COLUMBUS, OH  43219<br><br>   SERVED 6/19/2009<br>   VIA OVERNIGHT COURIER | ICAP CORPORATES (0148)<br>ATTN: THOMAS DEEHAN OR PROXY MGR<br>111 PAVONIA AVE 10TH FL<br>JERSEY CITY, NJ  07310<br><br>   SERVED 6/19/2009<br>   VIA OVERNIGHT COURIER |
| INGALLS & SNYDER, LLC (0124)<br>ATTN: MICHAEL SCURA OR PROXY MGR<br>61 BROADWAY<br>NEW YORK, NY  10006<br><br>   SERVED 6/19/2009<br>   VIA OVERNIGHT COURIER | INTERACTIVE BROKERS RETAIL EQUITY (0534)<br>ATTN: MARIA TARDIO OR PROXY MGR<br>1 PICKWICK PLAZA<br>GREENWICH, CT  06830<br><br>   SERVED 6/19/2009<br>   VIA OVERNIGHT COURIER |

| | |
|---|---|
| JANNEY MONTGOMERY SCOTT LLC (0374)<br>ATTN: REGINA LUTZ OR PROXY MGR<br>1801 MARKET STREET 9TH FLOOR<br>PHILADEPHIA, PA  19103<br><br>    SERVED 6/19/2009<br>    VIA OVERNIGHT COURIER | JEFFERIES & COMPANY, INC. (0019)<br>ATTN: CHARLES ERRIGO OR PROXY MGR<br>HARBORSIDE FINANCIAL CENTER<br>705 PLAZA 3<br>JERSEY CITY, NJ  07311<br><br>    SERVED 6/19/2009<br>    VIA OVERNIGHT COURIER |
| JJB HILLIARD, WL LYONS (0768)<br>ATTN: C/O ADP PROXY SERVICES<br>51 MERCEDES WAY<br>EDGEWOOD, NY  11717<br><br>    SERVED 6/19/2009<br>    VIA OVERNIGHT COURIER | JPMCH/RBS (2230)<br>ATTN: GEORGIA STANBACK OR PROXY MGR<br>4 NEW YORK PLAZA<br>21ST FLOOR<br>NEW YORK, NY  10004<br><br>    SERVED 6/19/2009<br>    VIA OVERNIGHT COURIER |
| JPMORGAN CHASE BANK CORRESPONDENCE CLEARING SER 2 (2164)<br>ATTN: ARTHUR DANIEL OR PROXY MGR<br>PROXY SERVICES<br>14201 DALLAS PKWY, STE 121<br>DALLAS, TX  75254<br><br>    SERVED 6/19/2009<br>    VIA OVERNIGHT COURIER | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION (0902)<br>ATTN: JACOB BACK OR PROXY MGR<br>14201 DALLAS PARKWAY<br>12TH FLOOR<br>DALLAS, TX  75254<br><br>    SERVED 6/19/2009<br>    VIA OVERNIGHT COURIER |
| JPMORGAN CHASE BANK/PCS SHARED SERVICES (2255)<br>ATTN: CHRIS BUCK OR PROXY MGR<br>340 SOUTH CLEVELAND AVE<br>BLDG 350<br>WESTERVILLE, OH  43081<br><br>    SERVED 6/19/2009<br>    VIA OVERNIGHT COURIER | JPMORGAN CHASE/JP MORGAN INTERNATIONAL (2035)<br>ATTN: GEORGIA STANBACK OR PROXY MGR<br>4 NEW YORK PLAZA<br>11TH FLOOR<br>NEW YORK, NY  10004<br><br>    SERVED 6/19/2009<br>    VIA OVERNIGHT COURIER |
| JPMORGAN CHASE/RBS (2038)<br>ATTN: GEORGIA STANBACK OR PROXY MGR<br>4 NEW YORK PLAZA<br>21ST FLOOR<br>NEW YORK, NY  10004<br><br>    SERVED 6/19/2009<br>    VIA OVERNIGHT COURIER | JPMORGAN CLEARING CORP. (0352)<br>ATTN: VINCENT  MARZELLA OR PROXY MGR<br>DEPT C, CASHIERS DEPARTMENT<br>1 METROTECH CTR NORTH, PROXY DEPT 4TH FLOOR<br>BROOKLYN, NY  11201-3862<br><br>    SERVED 6/19/2009<br>    VIA OVERNIGHT COURIER |

| | |
|---|---|
| JPMORGAN SECURITIES INC. - FIXED INCOME (0187)<br>ATTN: JOHN HALLORAN OR PROXY MGR<br>500 STANTON CHRISTIANA ROAD<br>OPS 4TH FLOOR<br>NEWARK, DE  19713-2107<br><br>    SERVED 6/19/2009<br>    VIA OVERNIGHT COURIER | LEHMAN BROTHERS, INC. (0074)<br>ATTN: PHILLIP FRANCHINI OR PROXY MGR<br>PROXY<br>70 HUDSON<br>JERSEY CITY, NJ  07302<br><br>    SERVED 6/19/2009<br>    VIA OVERNIGHT COURIER |
| LPL FINANCIAL CORPORATION (0075)<br>ATTN: MARTHA STRAHAN OR PROXY MGR<br>9785 TOWNE CENTRE DRIVE<br>SAN DIEGO, CA  92121-1968<br><br>    SERVED 6/19/2009<br>    VIA OVERNIGHT COURIER | MANUFACTURERS AND TRADERS TRUST COMPANY (0990)<br>ATTN: MEGAN RICHARDSON OR PROXY MGR<br>ONE M&T PLAZA<br>BUFFALO, NY  14240<br><br>    SERVED 6/19/2009<br>    VIA OVERNIGHT COURIER |
| MARSHALL & ILSLEY (0992)<br>ATTN: C/O ADP PROXY SERVICES<br>51 MERCEDES WAY<br>EDGEWOOD, NY  11717<br><br>    SERVED 6/19/2009<br>    VIA OVERNIGHT COURIER | MERRILL LYNCH, PIERCE FENNER & SMITH (5198)<br>ATTN: VERONICA O'NEILL OR PROXY MGR<br>101 HUDSON STREET<br>8TH FLOOR<br>JERSEY CITY, NJ  07302<br><br>    SERVED 6/19/2009<br>    VIA OVERNIGHT COURIER |
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. (0161)<br>ATTN: ROBERT BURKE OR PROXY MGR<br>C/O TRITECH SERVICES 4 CORPORATE PLACE<br>CORPORATE PARK 287<br>PISCATAWAY, NJ  08854<br><br>    SERVED 6/19/2009<br>    VIA OVERNIGHT COURIER | MESIROW FINANCIAL (0727)<br>ATTN: GAIL CORTESE OR PROXY MGR<br>350 N CLARK STREET<br>2ND FLOOR<br>CHICAGO, IL  60610<br><br>    SERVED 6/19/2009<br>    VIA OVERNIGHT COURIER |
| MORGAN STANLEY & CO. INCORPORATED (0050)<br>ATTN: MICHELLE FORD OR PROXY MGR<br>901 SOUTH BOND ST<br>6TH FLOOR<br>BALTIMORE, MD  21231<br><br>    SERVED 6/19/2009<br>    VIA OVERNIGHT COURIER | MORGAN STANLEY & CO. INCORPORATED/RETAIL (0015)<br>ATTN: DAVID SAFRAN OR PROXY MGR<br>601 HARBORSIDE FINANCIAL CENTER<br>PLAZA 3, 6TH FLOOR<br>JERSEY CITY, NJ  07311<br><br>    SERVED 6/19/2009<br>    VIA OVERNIGHT COURIER |

| | |
|---|---|
| MORGAN, KEEGAN & COMPANY, INC. (0780)<br>ATTN: CAROL ANTLEY OR PROXY MGR<br>50 NORTH FRONT STREET<br>MEMPHIS, TN  38103<br><br>    SERVED 6/19/2009<br>    VIA OVERNIGHT COURIER | MURPHY & DURIEU (0041)<br>ATTN: JAMES GOLDIN OR PROXY MGR<br>120 BROADWAY<br>NEW YORK, NY  10271<br><br>    SERVED 6/19/2009<br>    VIA OVERNIGHT COURIER |
| NATIONAL FINANCIAL SERVICES LLC (0226)<br>ATTN: LOU TREZZA OR PROXY MGR<br>1 WORLD FINANCIAL CENTER<br>200 LIBERTY STREET, 5TH FLOOR<br>NEW YORK, NY  10281<br><br>    SERVED 6/19/2009<br>    VIA OVERNIGHT COURIER | NORTHERN TRUST COMPANY (2669)<br>ATTN: ROBERT  VALENTIN OR PROXY MGR<br>801 S CANAL STREET<br>PROXY DEPT  FLOOR C1N<br>CHICAGO, IL  60607<br><br>    SERVED 6/19/2009<br>    VIA OVERNIGHT COURIER |
| OPPENHEIMER & CO. INC. (0571)<br>ATTN: JOE CALDER OR PROXY MGR<br>125 BROAD STREET<br>15TH FLOOR<br>NEW YORK, NY  10004<br><br>    SERVED 6/19/2009<br>    VIA OVERNIGHT COURIER | OPTIONSXPRESS, INC. (0338)<br>ATTN: RICH DRINH OR PROXY MGR<br>311 W. MONROE STREET<br>CHICAGO, IL  60606<br><br>    SERVED 6/19/2009<br>    VIA OVERNIGHT COURIER |
| PENSON FINANCIAL SERVICES, INC. (0234)<br>ATTN: JAMES MCGRATH OR PROXY MGR<br>1700 PACIFIC AVENUE<br>SUITE 1400<br>DALLAS, TX  75201<br><br>    SERVED 6/19/2009<br>    VIA OVERNIGHT COURIER | PERELMAN/CARLEY & ASSOCIATES, INC. (8086)<br>ATTN: STEVE PERELMAN PRINCE OR PROXY MGR<br>TWIN TOWERS<br>3000 FARNAM ST<br>OMAHA, NE  68131<br><br>    SERVED 6/19/2009<br>    VIA OVERNIGHT COURIER |
| PERSHING LLC (0443)<br>ATTN: AL HERNANDEZ OR PROXY MGR<br>SECURITIES CORPORATION<br>1 PERSHING PLAZA<br>JERSEY CITY, NJ  07399<br><br>    SERVED 6/19/2009<br>    VIA OVERNIGHT COURIER | PNC BANK, NATIONAL ASSOCIATION (2616)<br>ATTN: ROB HALLOWELL OR PROXY MGR<br>8800 TINICUM BLVDT<br>PHILADEPHIA, PA  19153<br><br>    SERVED 6/19/2009<br>    VIA OVERNIGHT COURIER |


PRIMEVEST FINANCIAL SERVICES (0701)
ATTN: MARK SCHOUVILLER OR PROXY MGR
400 1ST STREET SOUTH
ST CLOUD, MN  56301

    SERVED 6/19/2009
    VIA OVERNIGHT COURIER

RAYMOND, JAMES & ASSOCIATES, INC. (0725)
ATTN: MIKE DILLARD OR PROXY MGR
880 CARILION PARKWAY
PO BOX 12749
ST PETERSBURG, FL  33716

    SERVED 6/19/2009
    VIA OVERNIGHT COURIER

RBC CAPITAL MARKETS CORPORATION (0235)
ATTN: STEVE SCHAEFER OR PROXY MGR
510 MARQUETTE AVENUE SOUTH
MINNEAPOLIS, MN  55402

    SERVED 6/19/2009
    VIA OVERNIGHT COURIER

RELIANCE TRUST CO (5962)
ATTN: AARON SPIVEY OR PROXY MGR
3300 NORTHEAST EXPRESSWAY BLDG 1
SUITE 200
ATLANTA, GA  30341

    SERVED 6/19/2009
    VIA OVERNIGHT COURIER

RIDGE CLEARING (0158)
ATTN: MATTHEW FRIEFELD OR PROXY MGR
1981 MARCUS AVENUE
1ST FLOOR
LAKE SUCCESS, NY  11042

    SERVED 6/19/2009
    VIA OVERNIGHT COURIER

ROBERT W. BAIRD & CO. INCORPORATED (0547)
ATTN: SARA BLANKENHEIM OR PROXY MGR
777 E. WISCONSIN AVENUE
MILWAUKEE, WI  53202

    SERVED 6/19/2009
    VIA OVERNIGHT COURIER

SANFORD C. BERNSTEIN & CO., LLC (0013)
ATTN: CARMINE CARELLA OR PROXY MGR
ONE NORTH LEXINGTON AVE
WHITE PLAINS, NY  10601

    SERVED 6/19/2009
    VIA OVERNIGHT COURIER

SCOTIA CAPITAL INC.** (5011)
ATTN: EVELYN PANDE OR PROXY MGR
SCOTIA PLAZA, PO BOX 4085
STATION "A"
TORONTO, ON  M5W 2X6
CANADA

    SERVED 6/19/2009
    VIA OVERNIGHT COURIER

SCOTTRADE, INC. (0705)
ATTN: TERRI LOSCHE OR PROXY MGR
12855 FLUSHING MEADOWS DR
ST. LOUIS, MO  63131

    SERVED 6/19/2009
    VIA OVERNIGHT COURIER

SEI PRIVATE TRUST COMPANY (2039)
ATTN: DAN CWALINA OR PROXY MGR
ONE FREEDOM VALLEY DRIVE
OAKS, PA  19456

    SERVED 6/19/2009
    VIA OVERNIGHT COURIER

| | |
|---|---|
| SOUTHWEST SECURITIES, INC. (0279)<br>ATTN: CHRISTINA FINZEN OR PROXY MGR<br>1201 ELM STREET<br>SUITE 3700<br>DALLAS, TX  75270<br><br>    SERVED 6/19/2009<br>    VIA OVERNIGHT COURIER | STATE STREET BANK AND TRUST COMPANY (0997)<br>ATTN: AMANDA BANTA OR PROXY MGR<br>CORP ACTIONS - JAB5E<br>1776 HERITAGE DRIVE<br>NORTH QUINCY, MA  02171<br><br>    SERVED 6/19/2009<br>    VIA OVERNIGHT COURIER |
| STEPHENS INC (0419)<br>ATTN: LINDA THOMPSON OR PROXY MGR<br>111 CENTER STREET<br>4TH FLOOR<br>LITTLE ROCK, AR  72201-4402<br><br>    SERVED 6/19/2009<br>    VIA OVERNIGHT COURIER | STERNE, AGEE & LEACH, INC. (0750)<br>ATTN: MARIBETH WILLIAMS OR PROXY MGR<br>813 SHADES CREEK PARKWAY<br>SUITE 100-B<br>BIRMINGHAM, AL  35242<br><br>    SERVED 6/19/2009<br>    VIA OVERNIGHT COURIER |
| STIFEL, NICOLAUS & COMPANY INCORPORATED (0793)<br>ATTN: CHRIS WIEGAND OR PROXY MGR<br>501 N BROADWAY<br>ST LOUIS, MO  63102<br><br>    SERVED 6/19/2009<br>    VIA OVERNIGHT COURIER | SUNTRUST BANK (2971)<br>ATTN: JULIA COLANTUONO OR PROXY MGR<br>PO BOX 105504<br>CENTER 3141<br>ATLANTA, GA  30348-5504<br><br>    SERVED 6/19/2009<br>    VIA OVERNIGHT COURIER |
| TD AMERITRADE CLEARING, INC. (0188)<br>ATTN: GARY SWAIN OR PROXY MGR<br>1005 NORTH AMERITRADE PLACE<br>BELLVIEW, NE  68005<br><br>    SERVED 6/19/2009<br>    VIA OVERNIGHT COURIER | TD WATERHOUSE CANADA** (5036)<br>ATTN: BEVERLY ADAMS OR PROXY MGR<br>60 NORTH WINDPLACE<br>SCARBOROUGH, ON  M1S 5L4<br>CANADA<br><br>    SERVED 6/19/2009<br>    VIA OVERNIGHT COURIER |
| TERRA NOVA FINANCIAL (0364)<br>ATTN: RAY BURLEY OR PROXY MGR<br>100 S WACKER DRIVE<br>SUITE 1550<br>CHICAGO, IL  60606<br><br>    SERVED 6/19/2009<br>    VIA OVERNIGHT COURIER | UBS AG STAMFORD BRANCH (2507)<br>ATTN: MICHAEL MARCIANO OR PROXY MGR<br>677 WASHINGTON BLVD<br>9TH FLOOR<br>STAMFORD, CT  06901<br><br>    SERVED 6/19/2009<br>    VIA OVERNIGHT COURIER |

UBS FINANCIAL SERVICES INC. (0221)
ATTN: JANE FLOOD OR PROXY MGR
PROXY DEPT 7TH FLOOR
1000 HARBOR BLVD
WEEHAWKEN, NJ  07087

    SERVED 6/19/2009
    VIA OVERNIGHT COURIER

UBS SECURITIES LLC (0642)
ATTN: JOHN MALLOY OR PROXY MGR
480 WASHINGTON BLVD
JERSEY CITY, NJ  07310

    SERVED 6/19/2009
    VIA OVERNIGHT COURIER

UBS SECURITIES/SECURITIES LENDING (5284)
ATTN: JOSEPH SOMMA OR PROXY MGR
677 WASHINGTON BLVD
STAMFORD, CT  06902

    SERVED 6/19/2009
    VIA OVERNIGHT COURIER

UMB BANK, NA (2450)
ATTN: JAN GUZMAN OR PROXY MGR
928 GRAND BLVD
KANSAS CITY, MO  64106

    SERVED 6/19/2009
    VIA OVERNIGHT COURIER

UNION BANK OF CALIFORNIA, N.A. (2145)
ATTN: ALAN HICKLIN OR PROXY MGR
530 B STREET
SUITE 242
SAN DIEGO, CA  92101

    SERVED 6/19/2009
    VIA OVERNIGHT COURIER

US BANCORP INVESTMENTS (0280)
ATTN: KATHY DABRUZZI OR PROXY MGR
60 LIVINGSTON AVE
EP-MN-WN2H
ST PAUL, MN  55107-1419

    SERVED 6/19/2009
    VIA OVERNIGHT COURIER

USAA INVESTMENT MANAGEMENT COMPANY (0367)
ATTN: JOSEPH BALLESTEROS OR PROXY MGR
9800 FREDRICKBURG ROAD
SAN ANTONIO, TX  78211

    SERVED 6/19/2009
    VIA OVERNIGHT COURIER

VANGUARD MARKETING CORP (0062)
ATTN: KEVIN SCULLY OR PROXY
100 VANGUARD BLVD
MALVERN, PA  19355

    SERVED 6/19/2009
    VIA OVERNIGHT COURIER

WELLS FARGO BANK, NATIONAL ASSOCIATION (2027)
ATTN: JANET BUECHLER OR PROXY MGR
733 MARQUETTE AVENUE
MAC N9306-057, 5TH FLOOR
MINNEAPOLIS, MN  55479

    SERVED 6/19/2009
    VIA OVERNIGHT COURIER

WELLS FARGO INVESTMENTS, LLC (0733)
ATTN: COLLEEN GRUNDTNER OR PROXY MGR
625 MARQUETTE AVENUE
13TH FLOOR
MINNEAPOLIS, MN  55402-2308

    SERVED 6/19/2009
    VIA OVERNIGHT COURIER

ZIV INVESTMENT (8082)  
ATTN: JAMES M GRIEGEL OR PROXY MGR  
141 W JACKSON BLVD  
CHICAGO, IL  60604  

    SERVED 6/19/2009  
    VIA OVERNIGHT COURIER