June 20, 2009

Honorable Robert D. Drain
Docket Number 05-44481 (RDD)
United States Bankruptcy Judge-Southern District of NY
One Bowling Green
New York, NY 10004-1408

    As a recent Delphi retiree (March 31, 2009), I am gravely concerned about the June 1, 2009 Master Disposition Agreement Article 9.5.11, terminating severance payments upon the emergence date.
    I believe that I am fulfilling my understanding of the Delphi Corporation Separation Allowance Plan that I signed on March 20, 2009. In my consideration to retire I believed the contract I signed would be honored to the fullest extent, meaning I would receive a full six months pay which will end September 30, 2009. I gave up certain rights to receive the severance based on the separation agreement. I gave Delphi almost 40 years of service and believe the contract I signed would be honored. This contract was initiated and signed during the bankruptcy proceedings.
    If I had known that this separation agreement was not going to be fully honored, I may have elected to continue to work. I do not view this contract as a Delphi benefit, but a contract liability.
    This separation income as I planned, was to help pay for the health care that was eliminated April 1, 2009, at a cost to my family of $950.00 per month.
    In closing, I firmly believed that the contract I signed was a valid legal document that must be honored to its full extent.

Respectfully,

Gerald L. Krugielki
4165 So. Wayside Dr.
Saginaw, Mi. 48603