| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER<br>   & FLOM LLP<br>155 N. Wacker Drive<br>Chicago, Illinois 60606<br>(312) 407-0700<br>John Wm. Butler, Jr.<br>John K. Lyons<br>Ron E. Meisler | SHEARMAN & STERLING LLP<br>599 Lexington Avenue<br>New York, New York 10022<br>(212) 848-4000<br>Douglas P. Bartner<br>Andrew V. Tenzer<br>Michael S. Baker |

SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                              :
    In re                            :    Chapter 11
                              :
DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
                              :
                              :    (Jointly Administered)
           Debtors.            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>NOTICE OF FILING OF SEVENTH AND EIGHTH AMENDMENTS TO
ACCOMMODATION AGREEMENT</u>

PLEASE TAKE NOTICE that on June 19 and June 23, 2009, respectively, Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and the requisite percentage of lenders (the "DIP Lenders") under their debtor-in-possession credit facility (the "DIP Facility") agreed to a seventh amendment (the "Seventh Amendment") and an eighth amendment (the "Eighth Amendment") to their accommodation agreement (as amended, the "Accommodation Agreement"). Pursuant to the Accommodation Agreement, the DIP Lenders have agreed, among other things, to allow the Debtors to continue using the proceeds of the DIP Facility and to forbear from the exercise of certain default-related remedies, in each case until June 30, 2009, subject to the Debtors' continued satisfaction of a number of covenants and conditions (the "Accommodation Period").

PLEASE TAKE FURTHER NOTICE that the Seventh Amendment and the Eighth Amendment provided for, among other things, an agreement by the DIP Lenders to extend certain milestones under the Accommodation Agreement relating to the Debtors' obligation to deliver a term sheet setting forth the terms of a global resolution of matters relating to General Motor Corporation's contribution to the resolution of the Debtors' chapter 11 cases. The Seventh Amendment extended from June 20 to June 23, 2009 and the Eighth Amendment further extended from June 23 to June 27, 2009 the date on which the Accommodation Period would end if the requisite DIP Lenders have not delivered a Satisfactory Termsheet Notification (as defined in the Accommodation Agreement). The notification, under the Eighth Amendment, would need to be delivered on or prior to June 26, 2009. A copy of the Seventh Amendment is attached hereto as <u>Exhibit A</u> and a copy of the Eighth Amendment is attached hereto as <u>Exhibit B</u>.

2

Dated:   New York, New York
         June 24, 2009

        SKADDEN, ARPS, SLATE, MEAGHER
         & FLOM LLP

        By:   /s/ John Wm. Butler, Jr.
            John Wm. Butler, Jr.
            John K. Lyons
            Ron E. Meisler
155 N. Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

                - and -

        By:   /s/ Kayalyn A. Marafioti
            Kayalyn A. Marafioti
Four Times Square
New York, New York 10036
(212) 735-3000

                - and -

SHEARMAN & STERLING LLP

        By:   /s/ Douglas P. Bartner
            Douglas P. Bartner
            Andrew V. Tenzer
            Michael S. Baker
599 Lexington Avenue
New York, New York  10022
(212) 848-4000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession