Honorable Robert D. Drain

Case Number 05-44481 (RDD)

United States Bankruptcy Judge – Southern District of NY

One Bowling Green

New York, NY 10004-1408

I am writing this letter strongly urging the courts to conduct a rigorous review for terminating severance pay upon Delphi's emergence from bankruptcy.

I was unjustly separated from Delphi and had 2 paths that I could pursue. The first path was to sue Delphi for unethical separation due to age discrimination and disallowing me an opportunity to transfer into another department. The second path was to sign a legal binding contract for a separation allowance payment that would disallow me from pursuing any legal action.

The separation allowance is allowing me to continue my education and pay down my debt as well as find another job. I have made tremendous progress however my family and I will experience tremendous hardship should I not receive the full separation payment.

During my 20 years at Delphi I had work ethics that exceeded my peers and resulted in the fact that I was the last one left in my department doing three peoples work. Strattec Corporation purchased the division of Delphi which I was employed and extended me a offer of employment. Delphi and Starttec had a disagreement (probably due to production reduction) and my offer of employment at Starttec was rescinded. Delphi in turn said that I could not return to Delphi and offered a severance package. There were employees that I had hired working in the next department and I was not given the opportunity to transfer and most of the employees that fell into this particular situation were 50+ years old.

Based upon the following:

1) Severance payment entitlement is by <u>contract</u> (Separation Agreement).

2) Employees waived certain rights (Release of Claims) to receive severance.

3) The contracts were entered into <u>during</u> bankruptcy.

4) Severance payments are a contract liability (not a Delphi provided benefit).

5) You have a valid / binding / legal contract and you expect it to be honored.

I also believe severance payments are Administrative Claims, and that I will file an Administrative Expense Claim Form with the court if necessary.

Again I plead with you to conduct a rigorous review for terminating severance pay upon Delphi's emergence from bankruptcy.

Thank You for your time and consideration regarding this matter.

Sincerely,

Gerald M. Kenny

6670 Powers Court

Shelby Township, Mi 48317

586-214-3838