William L. Willard
4474 Trapani Lane
Swartz Creek, MI 48473-8825
wwillard3rd@aol.com
June 19, 2009

Honorable Robert D. Drain
Case Number 05-44481 (RDD)
United States Bankruptcy Judge – Southern District of New York
One Bowling Green
New York, New York 10004-1408

Dear Judge Drain,

The intent of this correspondence is to formally object to the June 16, 2009 Master Disposition Agreement, Article 9.5.11. Specifically this objection relates to the termination of severance payments upon emergence. Those severance payments were an important consideration for my personal separation from Delphi that were in a legal agreement or contract that was entered into during bankruptcy. My separation from Delphi has provided an incremental benefit to the efforts to emerge from bankruptcy and therefore the severance payments are a contract liability. Since I am also a salary retiree who has recently lost OPEB and has the strong prospect of a significant reduction in my pension, if that program is transferred to the PBGC; the remaining severance payments are sorely needed to help fund my living expenses in the immediate future.

Please reconsider your position on this matter.

Thank you.

*William L. Willard*

William L. Willard