Honorable Robert D. Drain
Case Number 05-44481 (RDD)
United States Bankrptcy Judge - Souther District of NY
One Bowling Green
New York, NY 10004-1408

Subject: Objection to Master Disposition Agreement article 9.5.11 (termination of severance payments)

Honorable Judge Drain,

I am writing you to place my strenuous objection to the June 16, 2009 Mater Disposition Agreement Article 9.5.11 in Delphi's Bankruptcy case.
This article declares that severance payments will be terminated upon the closing date of emergence.
I am directly affected by this action. I was separated from Delphi on April 30, 2009. I have a signed release of claims contract from Delphi which states "Severance Pay in the total amount of $112,080, to be paid in semi-monthly installments commencing on May 15, 2009, until paid." If Delphi emerges in July 2009, and is allowed to stop payments, I will only have recieved 16% of that contract amount.

Judge Drain, I was involuntarily separated, after 29 years of dedicated service to GM and Delphi.
My separation resulted from the sale of the Exhaust product line which closed on May 1, 2009. This sale (0544481-16036) was approved as a part of the bankruptcy process. My severance is not a pre-petition liability! Several "non-essential" exhaust employess were separated in November 2008 with a full lump sum severance. Essential employees, were asked to stay on to support the business and sale process. We were assured, by company executives, that we would get our full severance if we were not selected to go with the sale of the business. The cost of employee severance was factored into the price of the exhaust business for which Delphi recieved $17 million.

I signed a release of claims contract specificly for the amount of $112,080. I honored the contract and did not pursue any claims even though I believe I experienced age discrimination. I find it hard to believe this is legal.

I will be filing an administrative expense claim form with the court.
I trust you will find the legal recourse to do the right thing.

Regards,
Gilbert J. Blok
7023 Whitney Woods
Fenton, MI 48430
bertblok1@charter.net