# MAYER·BROWN

Mayer Brown LLP
1675 Broadway
New York, New York 10019-5820

Main Tel +1 212 506 2500
Main Fax +1 212 262 1910
www.mayerbrown.com

June 22, 2009

**BY UPS**

**James Hennessey**
Direct Tel +1 212 506 2186
jhennessey@mayerbrown.com

The Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

Re: <u>Delphi Corporation, et al., Chapter 11 Case No. 05-44481 (RDD)</u>

Dear Judge Drain:

    Please find enclosed a chambers copy of the Notice of Withdrawal of Appearance and Request for Removal from Court Matrix and Service List in the above referenced case. This document has been filed with the Court electronically.

    Your chambers should feel free to contact the undersigned with any questions or concerns.

Respectfully submitted,

/s/ James Hennessey

Enclosure

Mayer Brown LLP operates in combination with our associated English limited liability partnership
and Hong Kong partnership (and its associated entities in Asia).

**CHAMBERS COPY**

MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Tel. (212) 506-2500
Fax (212) 262-1910
Jeffrey G. Tougas

*Attorneys for Bank of America*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: DELPHI CORPORATION, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 05-44481 (RDD) <br><br> (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM COURT MATRIX AND SERVICE LIST

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws his appearance on behalf of Bank of America in the above-captioned case, and requests that he be removed from the Court's matrix, service list and any other service list in the above-captioned case.

Dated:   New York, New York
         June 22, 2009

                                        /s/ Jeffrey G. Tougas
                                        Jeffrey G. Tougas
                                        MAYER BROWN LLP
                                        1675 Broadway
                                        New York, New York 10019
                                        Tel.: (212) 506-2500
                                        Fax: (212) 262-1910