Dear Judge Drain,                                                                June 18, 2009

I began thinking about this letter to you on June 1st, when Delphi announced the latest plan to exit bankruptcy, including dumping the salaried pension plan on the government.

I am a salaried retiree who had almost 40 years in GM and Delphi, when forced to retire at age 62 as my plant closed in 2007. Age 62 equated to a full pension so I felt pretty good at the time. As you know, in April, 2009, Delphi took away all our benefits. That really hurt, but not as much as finding out the latest news on June 1st. The government pension guarantee will probably be based on my age of 59 at the time Delphi announced bankruptcy. That could cut my pension by 30% or more. Friends who had to retire in their fifties will face cuts of 50% or more. My wife and I are not wealthy and this move will force major changes in our life.

Enough whining. I was encouraged to read that you slowed down the Delphi – GM "deal" to exit bankruptcy. Forget the loyalty and other emotional based pleas. GM is keeping all the profitable, automotive pieces of Delphi and saving the Union members, while throwing the rest of us in the gutter. I hope you will do what you can to force GM to take back the Delphi salaried pension program, along with the hourly. Please don't let us down.

Sincerely,

John H. Wolbert
Former Lead Production Supervisor
233 Kirksway Lane
Lake Orion, MI 48362
jhwolbert@aol.com
248 390-7445