HONORABLE ROBERT D. DRAIN,

I AM WRITING YOU TO OBJECT TO THE JUNE 1, 2009 MASTER DISPOSITION AGREEMENT ARTICLE 9.5.11. THE CASE DOCUMENT NUMBER IS 05-44481 (RDD).

I HAVE A LEGAL, ENFORCEABLE CONTRACT WHICH I ENTERED INTO WITH DELPHI DURING BANKRUPTCY. I EXPECT IT TO BE FULFILLED BY DELPHI, AS IT HAS BEEN FULFILLED BY ME. MY SEVERANCE PAYMENTS ARE PROVIDED IN EXCHANGE FOR MY WAIVER OF CERTAIN RIGHTS VIA THE RELEASE OF CLAIMS.

SOME POINTS OF MY OBJECTION ARE:

1.) SEVERANCE PAYMENTS ENTITLEMENT IS BY CONTRACT (SEPARATION AGREEMENT.)

2.) I WAIVED CERTAIN RIGHTS (RELEASE OF CLAIMS) TO RECEIVE SEVERANCE. I PROVIDED AN ITEM OF VALUE TO DELPHI IN EXCHANGE FOR SEVERANCE PAYMENTS.)

3.) AS PREVIOUSLY STATED THE CONTRACT WAS ENTERED INTO DURING BANKRUPTCY ON 2-28-09.

4.) SEVERANCE PAYMENTS ARE A CONTRACT LIABILITY. (NOT A DELPHI PROVIDED BENEFIT.)

I HAVE A VALID, BINDING, LEGAL CONTRACT WITH DELPHI AND I EXPECT IT TO BE HONORED.

I HAVE ALREADY BEEN AFFECTED BY BENEFIT TERMINATION AND PENDING PENSION REDUCTION. THE TOTAL LIABILITY FOR CONTINUED SEVERANCE PAYMENTS IS LOW AND SHORT TERM. MINE WILL EXPIRE 2-28-10

SINCERELY,
NEAL RATH
DELPHI SALARY RETIREE.