**United States bankruptcy Court**
**Attn: The Honorable Judge Robert D. Drain**
Reference case # 05-44481

As a retired Delphi Salaried Employee I strongly object to the recently filed Delphi Modified Plan of Reorganization.

This plan is structured to only benefit a few Delphi Senior Executives, General Motors, the UAW and Platinum Equity. It is totally at the expense of Delphi Creditors and the Retired Salaried Employees and the American taxpayer. It is also clear that this whole deal is being brokered by the US Treasury, with Tim Geithner.

I began working for Packard Electric, Mississippi in 1973 as an hourly employee.

To better myself, I went to college at nightly for 5.5 years, became a Salaried Employee sometime in 1975 while pursuing my degree.

I worked for GM for 26 of the 35.5 years before we were spun off as Delphi. Of course I would have rather worked for Delphi for years to come while getting my three daughters through school and provide them with a decent wedding. All our dreams are quickly coming to an end as we are getting cast aside like a piece of dirt. Literally pushed out and led to believe that since the benefits are gone we would keep our pension. <u>And now, our pensions are being threatened.</u>

I became salaried only because I chose to get an education and advance. You have to agree, this is absolutely not fair.

Please, with your influence, help change the direction of where this situation is headed for the Delphi Salaried people who spent their prime years doing everything that was asked of us?

Sincerely,

Kenneth A. Brewer

Clinton, Mississippi