June 19, 2009


Ed Ekert
604 Yale Court
Victor, NY 14564-9590


Honorable Robert D. Drain
United States Bankruptcy Judge - Southern District of NY
One Bowling Green
New York, NY 10004 -1408

**Subject**: *Case Number 05-44481 (RDD)*


Dear Judge Drain,

I am writing you to object to the June 16, 2009 revised Master Disposition Agreement, Article 9.5.11, which declares that severance payments to former, severed Delphi employees will be terminated upon the closing date (emergence date). My objection is based on the fact that I entered into a contract with Delphi in February 2009 while Delphi was in bankruptcy. In this legal, binding contract, Delphi agreed to grant me severance payments in exchange for my waiver of certain rights via a Release of Claims. I have honored all of the conditions of the severance agreement, and expect Delphi to do the same. The severance payments I have been receiving are a contract liability. Delphi's total liability for continued severance payments is low, and the liability is short-term (in my case, I am only scheduled to receive severance payments through the end of August 2009). Furthermore, I believe these severance payments are Administrative Claims, and as such, I will be filing an Administrative Expense Claim Form with the court.

I appreciate your consideration of my objection, and look forward to hearing of your favorable ruling in this matter.


Sincerely,

Ed. Ekert

Ed Ekert