Honorable Robert D. Drain
Docket Number 05-44481 (RDD)
United States Bankruptcy Judge-Southern District of NY
One Bowing Green
New York, NY 10004-1408

Subject: Docket Number 05-44481 (RDD) OBJECTION

Honorable Judge,

This is my written OBJECTION to the June 1, 2009 Master Disposition Agreement, Article 9.5.11. Which, if approved would terminate the severance payments promised to me by contract with Delphi. This contract was made by Delphi while in bankruptcy in exchange for my release of claims against Delphi. This was NOT a BENEFIT.

I have done some research on your background and find it very impressive. With all the experience that you have I try to be confident that you will not allow Delphi to terminate this obligation to me. With the loss of job, health care, and insurance, I have sacrificed more than I feel is just. I find it very hard to accept that after 32 years with GM/Delphi, 9 of which were as an hourly UAW member, that because there was no union for salaried employees I get nothing.

The severance payments are very important to me in securing a future for me and my wife who has pr existing medical conditions.

The effective date for the contract with Delphi /Severance for me is May 1, 2009, with payments for 6 months.

Roger Stubblefield
Roger Stubblefield
Delphi Salaried Retiree
7029 Pine Oak Lane
Greenwood, La. 71033
318-436-9255