Date: 17JN09

Ref: Objection to the June 1, 2009 Master Disposition Agreement, Article 9.5.11, Severance Termination for Delphi Retirees

To:     Honorable Robert D. Drain
        Docket Number 05-44481 (RDD)
        United States Bankruptcy Judge - Southern District of NY
        One Bowling Green
        New York, NY 10004 –1408

I would like to take this opportunity to voice my objection to the June 1, 2009 Master Disposition Agreement, Article 9.5.11. After reading this article, which states that, "severance payments will be terminated upon the closing date (emergence date)", I was completely surprised that Delphi would take this action against recently retired employees.

It was of my opinion that when I signed up for a voluntary separation, that I entered into a legal and binding contract. As I have lived up to my side of the contact, a waiver of certain rights expressed in the Release of Claims document, I would expect Delphi to do the same. Needless to say, I was very disappointed to read and hear Delphi's position regarding the Separation Allowance. Granted, I have only a few payments remaining (I have a 6 month Separation Package which I signed in March 2009), it had been my plan to use this Separation Allowance to help fund health care costs until I reach the age of 65.

Finalizing, I would truly hope that you could see our point of view regarding this topic and rule in our favor.

Sincerely,

Donald A. DeRop Jr.
Retired Manager
Delphi Saginaw Steering