June 18, 2009


Honorable Robert D. Drain
Docket Number 05-44481 (RDD)
US Bankruptcy Judge – Southern District of NY
One Bowing Green
New York, NY 10004-1408

Dear Judge Drain:

I am writing to plead your consideration to stop the termination of severance payments payable to Delphi Salaried employees who were released from the company due to massive restructuring/downsizing. Specifically I object to the 6/1/09 Master Disposition Agreement Article 9.5.11 which declares that severance payments will be terminated upon the closing date (emergence from bankruptcy date). The severance payment entitlement is a contract that I signed after I was involuntarily separated after 26 years of dedicated service to GM/Delphi. I like all others who were basically forced to sign these agreements also signed a release of claims in order to receive this money. Specifically I agreed not to pursue legal action against Delphi in exchange for the severance payments.

Additionally, these contracts were entered into during bankruptcy and severance payments are a contract liability and not a Delphi provided benefit. Mine was entered into in 5/09 and I was promised full severance through 9/09. I like many of my unfortunate colleagues who were released have valid, binding, legal contracts and we expect them to be honored.

On a more personal note, I appeal to you as I was the primary bread-winner in my household. My husband who is a UAW employee at GM thankfully still has his employment however he is laid off frequently due to schedule reductions. We were counting on this severance money to pay off some debt which will enable us to survive once we're forced to live on just one income. I am spending countless hours in my job search but as you know the unemployment rate in Michigan is over 14% and jobs are just not plentiful.

In closing I beg you to reconsider allowing for the stoppage of these severance payments!

Sincerely,

Ruth Ann Little
Former Delphi Saginaw Steering Salaried Employee