Date: June 19, 2009

To: Honorable Robert D. Drain
Docket Number 05-44481 (RDD)
United States Bankruptcy Judge – Southern District of NY
One Bowling Green
New York, NY 10004 – 1408

Subject: Objection to Article 9.5.11 of June 16, 2009 Master Disposition Agreement, Docket Number 05-44481 (RDD).

I object to the subject article declaration that Severance Payments will be terminated upon the closing date. I worked as an engineer for 40 years at GM/Delphi including several months after cessation of operations to assist in an orderly closing of our plant. My separation from Delphi was effective February 1, 2009. On October 30, 2008 I signed a Release of Claims document which provides for $79,440.00 in Severance Pay to be paid over twelve months in exchange for a release from a variety of potential legal claims. This document was signed and accepted by a Delphi Corporation representative. This contract was entered into during bankruptcy. I have honored my part of the contract and expect Delphi to honor theirs. I believe that Severance Payments are Administrative Claims and I will file an Administrative Expense Form with the court. It should be noted that the Separation Pay liability for Delphi is low but the impact on individual former salaried employees is high especially in view of the benefit cuts already in place.

Thank You,

James A. Bruner
3790 Shroyer Rd.
Kettering, Ohio 45429