To:   Honorable Robert D. Drain
      Docket Number 05-44481 (RDD)
      United States Bankruptcy Judge - Southern District of NY
      One Bowling Green
      New York, NY 10004 -1408
From: Anthony J. Sciarrotta
      24784 Beck
      Eastpointe, Mich. 48021
      asciarrotta@aol.com

    I am writing this letter to inform you of the potential injustice that my former company Delphi is about to level on my future. Delphi separated me from the company after 24 years of faithful service on April 30, 2009, as part of the separation I was required to sign a release of claims document stating that I would not pursue legal actions against the company. As a condition to the signing I would receive five months of severance pay at my regular salary, if I did not sign I would receive only one month's pay. This was a binding contract signed by me on March 9, 2009 while Delphi was in bankruptcy protection, this separation pay is a liability of the contract I signed not a Delphi benefit. Delphi, when they emerge from bankruptcy, will severe the remaining separation allowance promised to me in the document I signed. This to me is unacceptable, as a dedicated employee I abided by the policies set forth by Delphi to their employees and maintained an excellent performance record throughout my tenure there, and I would expect they would honor their commitment to me.

    I appeal to the court to stop this action Delphi is attempting to perform on me and a number of other valued employees. In accordance with Delphi's "Absolutes of Excellence" one of the seven absolutes is "Our employees are our most valuable asset" if this statement reflects Delphi's commitment to excellence, than I implore you to make them honor the contract I signed.

Yours Respectfully

_____
Anthony J. Sciarrotta