Honorable Robert D. Drain
Docket Number 05-44481 (RDD)
United States Bankruptcy Judge – Southern District of NY
One Bowing Green
New York, NY  10004-1408

SUBJECT: Letter of Objection to Delphi Bankruptcy June 1st, 2009 Master Disposition Agreement, Article 9.5.5.11.

Dear Honorable Judge Drain,

I would like to strenuously object to the Delphi Bankruptcy June 1, 2009, Master Disposition Agreement, Article 9.5.11. This article declares that my severance payments will be terminated upon the closing date (emergence date).

When I retired from Delphi Steering effective April 1st, 2009, I entered into what I believed to be a valid/binding/legal contract when I signed the Separation Agreement. As you can see by the effective date, this agreement was entered into DURING bankruptcy. I believe these severance payments to be a contract liability and not a Delphi provided benefit. In signing this contract, I provided an item of value to Delphi in exchange for these severance payments.

Since my decision to retire, I have already lost medical and life insurance coverage and face a pending pension reduction upon transfer of my pension to the PBGC. I ask that you not allow another major injustice to occur and that you direct Delphi to honor the severance payment contract that they are signed up for.

Thank you in advance for your consideration!

Sincerely,

*Dennis W. Keith*

Dennis W. Keith
Delphi Salary Retiree