June 11, 2009

Honorable Robert D. Dearn
United States Bankruptcy Court Southern District of New York
1 one Bowling Green, Room 610
New York, New York 10004

To: Honorable Robert D. Deans:
    I Sharyl J. Carter object, disagree
and reject with Delphi (Corporation) pro
cedures, on all Plans. As the Debtors,
Delphi (Corporation) stated these procedures are
in the best interest, and fair, reasonable
of there company - Delphi, not the employees
who have been mislead, mistreated, mis-
Represented, etc, during and before the
filing on this Bankruptcy. I was told
by Delphi Attorneys my claim-case was
not timely file. My claim-case amount
is unknown to me. I continue to Request
all my documents, information, and case Delphi
present in this case, without paying any
fee amount, that I paid already presenting
my claim-case in previously years. I am
stating my objection, disagreement, rejection
to the best of my knowledge.
    General Motors (GM) is one of the
company to help Delphi (Corporation, but GM
has filed for Bankruptcy also.

Sincerely
Sharyl J Carter