June 17, 2009

Honorable Robert D. Drain
Case Number 05-44481 (RDD)
United States Bankruptcy Judge-Southern District of NY
One Bowling Green
New York, NY 10004-1408

Re:   Delphi Bankruptcy
      Article 9.5.11

Your Honor:

Please accept this letter as my objection to the June 16, 2009 Master Disposition Agreement, Article 9.5.11. This article declares that severance payments will be terminated upon the emergence from bankruptcy by Delphi.

Please understand that I have a legal enforceable contract that I entered into with Delphi in good faith during bankruptcy. This was not a pre-petition agreement, prior to October, 2005, but one that Delphi knowingly entered into effective March 1, 2009. The severance package was presented to me and I signed it on November 19, 2008. I fail to understand how Delphi can believe that they can just walk away from their contractual obligation to me.

Delphi provided me with a Separation Allowance Plan agreement which clearly states they will pay employees a severance package. These Separation Allowance Plan was revised effective November, 2008 – clearly post bankruptcy filing. While I'm not an attorney this certainly appears to be a legally binding document – and in fact I was told by Delphi that it was. If I failed to live up to any part of this agreement the package would no longer be available to me.

The severance payouts are a contractual obligation, not a part of my pension package, which Delphi is attempting to terminate and send to the PBGC. This was not part of a benefit package but a contract offered to all employees being asked to leave the corporation. The contact amount was based on length of service – not on retirement eligibility.

While I know my personal situation is not a legal consideration, it will be financially difficult for my family should Delphi be allowed to circumvent their contractual obligation. I was not prepared to retire at age 54 and had planned on the severance payout of 12 months salary to help my family and I secure our financial future. With the elimination of salaried health care and now the potential for significant reduction in pension benefit payouts if it is sent to the PBGC the loss of my severance package could be financially devastating to my family.

Thank you for reading this and please help the approximately 15,000 salaried retirees who are being disadvantaged by Delphi, while our hourly UAW counterparts have been well cared for by GM.

Sincerely,

Donna Kennard
6003 Eastlake Dr.
Tifton, GA 31794