**Honorable Robert D. Drain**                                          June 22, 2009

**Case # 05-44481 (RDD)**

Subject: My objection to the June 16, 2009 Master Disposition Agreement (revised)

Dear Sir,

I retired from Delphi on March 1, 2009. As part of my retirement contract with Delphi I was guaranteed 6 month's salary to be paid to me as a result of my waiving certain rights to receive this pay. This release of claims form was signed by me as a condition of me retiring. I believe this is a legal contract that must be fulfilled by Delphi. I hope you agree.

When I was first approached to consider retiring by management I was promised 12 month's pay, medical coverage until I reached 65 years in age (I am currently 53 years old) and my full retirement pay. Three days before I retired they took away my medical coverage. Now I hear my pension will be turned over to the government and greatly reduced. Finally Delphi is now trying to take away my 6 month salary continuation. How can this be? How do they expect me to survive? Did I not have a contract?

When they took away my medical I tried to reverse my decision to retire but I was told by management this was not an option since I had signed the contract. I asked how that can be when they changed the agreement. I was forced to retire March 1, 2009.

I hope that you agree that I have a legal, enforceable contract that was entered into during bankruptcy that allows me to receive my 6 months' severance payments.


Sincerely:

*Guy M. Mossoian*
Guy M. Mossoian

81650 Belle River Road

Memphis, Michigan 48041