Derk Young
162 N, 600 W
Kokomo, IN 46901
Phone: (765) 452-8149

▶ **Honorable Robert D. Drain**

Case Number 05-44481 (RDD)
United States Bankruptcy Judge – Southern District of NY
One Bowling Green
New York, NY 10004-1408

---

**Dear Judge Drain,**

I would like to put forth my objection to Article 9.5.11 of the Delphi Master Disposition Agreement filed on June 1, 2009 and revised June 16, 2009. As part of my separation from Delphi effective May 1, 2009, I signed a release of claims which promised severance payments of a fixed amount for which I would "release, remise, and forever discharge Delphi, General Motors Corporation, and their respective officers, shareholders, subsidiaries, affiliates, joint ventures, employee benefit plans, agents and employees, successors, and assigns" from any claims I may have regarding my employment or separation. My reliance on this to be a legal, binding contract for all parties involved was the basis for placing my signature on the document. This is not a Delphi employment benefit such as those Delphi has seen fit to whittle away from employees and retirees, but a contract entered into while in bankruptcy.

The Master Disposition Agreement covers many items, but Article 9.5.11 is one that has the potential to have a large impact on individuals who have entered into and fulfilled their part of the contract. I ask for your consideration of this input and that you not allow the breach of these contracts by Delphi. Thank you for your time.

Sincerely,

*Derk Young* (signature)

Derk Young
6/18/2009