June 20, 2009

Honorable Robert D Drain
Case Number 05-44481 (RDD)
U. S. Bankruptcy Judge - Southern District of NY
One Bowling Green
New York, NY 10004-1408

Re: Case Number 05-44481 (RDD) - Master Disposition
Agreement, Article 9.5.11 - Severance Termination
payments / Administrative Claims

RECEIVED
JUN 2
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

Dear Judge Drain,

America's history is filled with powerful, greedy
executives and corporations, who ignored the rules,
laws and moral decency to make a profit. Today,
it seems these corporate gangsters are out of
control.

I am writing to you, Judge Drain, in hopes that
your name will go down in American history as the
man who made Corporate America keep its promises
to the little people, the workers, the backbone to
America's success. Leadership is forged in times
of crisis, and these are times of crisis when
"illegal" immigrants receive free benefits and monies,
but Delphi Salaried Retirees are being denied;
severance monies, health care benefits and pensions
promised to us for decades.

I know words are powerful, but you must look to the written law to decide the future of Gm/Delphi Salaried Retirees fate. With that said, I respectfully object the revised June 16, 2009 Master Disposition agreement, Article 9.5.11. I believe these Severance payments are Administrative Claims and I plan to file an Administrative Expense Claim Form as soon as possible with the Court.

In November 2008, I was told by my Personnel Department that I could save a younger employees job if I took this Separation Agreement. I was also told that I was one of the lucky employees with over 30 years of service. I was able to continue working until 02-29-09 and attain a pension effective 03-01-09. Lastly, I was told that if I didn't take this voluntary package at that time I would most likely be called in again and my separation would not be voluntary at that point.

On January 6 2009, while Delphi was still in bankruptcy, I signed a contract with Delphi agreeing to retire early in exchange for severance payments for a 12 month period totaling $52,700.00. This Release of Claims form was presented to me as a contract not a benefit that Delphi was providing. I was advised to have my lawyer look this

contract/agreement over before I signed it. I had not planned on retiring for at least 3-7 years. I purchased my first home six years ago that needs updating as well as repairs. I also have car payments and credit card debt. I wanted to get an equity line of credit to pay off bills and have repairs done to my home. Unfortunately, everything has come to a halt and plans have been cancelled. I have worked many long, hard hours to help the company prosper so they could survive for future generations. This means current and future retirees.

As a Delphi Salaried Retiree I have already been affected by benefits termination and pension pending reductions, allowing Delphi not to fulfill this valid, binding, legal contract with me would be a third and final blow. I expect Delphi to honor and fulfill this contract I entered into with them on January 6, 2009. I fulfilled my part of the contract. I now expect Delphi to fulfill their part by paying me the remaining bi monthly Severance Termination payments owed to me through March 2010.

Judge Drain I want to thank you for your time and I look forward to your decision.

Respectively,
Sharon O'Brien