June 17, 2009

Ronald M. Zombar
840 Cresta Alta Dr.
El Paso, Texas
79912-1810

**RECEIVED JUN 25 2009 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK**

United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 610
New York, NY 10004-1408

Attn:  The Honorable Judge Robert D. Drain

Ref:
DELPHI Corp Case # 05-44481 (RDD) filed October 5, 2005
**Objection** to the June 1, 2009, Master Disposition Agreement, Article 9.5.11.

**Dear Judge Drain:**

This letter is to express my concerns with Delphi's recent request to the court to terminate the **severance payments** for those who recently retired during the bankruptcy at Delphi's emergence date from bankruptcy.

**Please note that this letter is an OBJECTION to the article that declares that severance payments be terminated upon the closing date (emergence date).** I do not accept the severance liability as a pre-petition claim. Severance liability was created in bankruptcy via personal contracts and a Separation Agreement with Release of Claims Form, a contract that I signed. I understood by signing this release form that I would no longer be entitled to receive any disability benefits under the Delphi Life and Disability Benefits Program for Salaried Employees of the Delphi Retirement Program for Salaried Employees relating to any disability that arose or arises at anytime, and if I am currently receiving or I am eligible to receive disability benefits as of the effective date of this Release of Claims. I understood that such disability benefits would cease upon the effective date of the Claims Form. **The Release of Claims Form that I signed, did not release Delphi from paying my severance allowance, healthcare insurance, life insurance, or turning my pension over to the PBGC.**

Many of the most recent DELPHI retirees were requested, enticed or coerced into retirement BY Delphi BY offering incentive packages which included a **severance allowance** (varying from person, amount, and duration) along with paid healthcare benefits, life insurance, and pensions that were earned for many dedicated years of service. I personally was told that my name was on a list of candidates eligible for retirement and I would be contacted by the personnel department to review my retirement numbers and benefits. I signed the Separation Agreement with Release of Claims Contract **on December 8, 2008** thinking this was a great deal for me since I was one year away from retirement anyway and something that could help Delphi in their effort to emerge from bankruptcy. I took Delphi's bait and retired after 37 years of dedicated

service to this company. Nowhere in the Separation Agreement with Release of Claims Contract that I signed did it say that my severance allowance or benefits were negotiable or subject to change after I retired. **Severance payments are a contract liability and not a Delphi provided benefit.** At no time during my 37 year career or during the retirement discussion and decision process with the DELPHI's Human Resource Managers and DELPHI Management was I ever told verbally or in writing that these benefits would be in jeopardy of being taken away in a time when the Company is in dire straights or they could cancel them at anytime. If that would have been the case, I would have never retired at 61 years of age.

Now that DELPHI is getting close to emergence form bankruptcy; it is very obvious that DELPHI has been planning this unscrupulous motion to cancel the retiree's severance packages and other promised benefits. This was a very deceitful and ruthless action taken by the Company to push people into retirement. With yet another DELPHI bombshell, the retirees have very little time to prepare or adjust to a significantly reduced income and other lost benefits which will cause additional financial hardship for each and every retiree. This latest DELPHI motion will have a huge impact on the retirees and their families. If the retirees were told in advance that these benefits were not guaranteed; then they could have made a better decision whether they wanted to continue to work or retire, but in today's economic conditions these retirees can not run out and readily get another job to make up for the lost severance pay and benefits promised by Delphi.

Please know that many of those recent retirees promised severance allowances and each of the 15,000 retirees who where expecting their earned pensions will be **ADVERSELY** impacted by this action. The Delphi Salary Retirees are looking to you for your consideration from a legal point of view when making the decision regarding our concerns and future.

## On behalf of myself and many of my fellow DELPHI Salaried Retirees; I ask you to REJECT Delphi's motion.

Sincerely yours,

Ronald M. Zombar
Retiree – January 1, 2009