UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                        :        Chapter 11
                                                             :
DELPHI CORP., ET AL.,                                        :        Case No. 05-44481 (RDD)
                                                             :        Jointly Administered
                Debtor.                                      :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      )   ss.:
COUNTY OF NEW YORK    )

Kelly R. Fitzgerald, being duly sworn, deposes and says:

(I)     That she is not a party to the within action, is over the age of 21 years and resides in New York, New York.

(II)    That on June 23, 2009, she caused the following to be served: *Preliminary Objection of the Collective of DIP Lenders to (A) Confirmation of Debtors First Amended Plan of Reorganization (As Modified) and (B) Approval of Debtors Proposed Section 363 Sale* [Docket No. 17264] (i) via hand delivery to the parties listed on Exhibit A, (ii) via electronic mail to the parties listed on Exhibit B, and (iii) via overnight mail to the parties listed on Exhibit C.

*/s/ Kelly R. Fitzgerald*
Kelly R. Fitzgerald

Sworn to before me this

25th day of June 2009

*/s/ Charles Tricomi*
Notary Public

CHARLES TRICOMI, JR.
Notary Public, State of New York
No. 01TR6194117
Qualified in New York County
Commission Expires Sept. 29, 2012.

-2-

## EXHIBIT A

(i) The Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, Suite 2100, New York, New York 10004
(Att'n: Brian Masumoto);

(ii) Counsel for the Official Committee of Unsecured Creditors,
Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022
(Att'n: Robert J. Rosenberg and Mark A. Broude);

(iii) Counsel for General Motors Corporation
Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 1015
(Att'n: Jeffrey L. Tanenbaum);

(iv) Counsel for the agent under the postpetition credit facility
Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017
(Att'n: Donald S. Bernstein and Brian Resnick);

(vi) The United States Department of Justice
86 Chambers Street, 3rd Floor, New York, New York 10007
(Att'n: Matthew L. Schwartz and Joseph N. Cordaro);

(vii) Counsel for the United States Department of the Treasury
Cadwalader, Wickersham & Taft LLP
One World Financial Center, New York, New York 10281
(Att'n: John J. Rapisardi and Oren B. Haker);

(viii) Counsel for the Pension Benefit Guaranty Corporation
Kelley Drye & Warren LLP,
101 Park Avenue, New York, New York 10178
(Att'n: Craig A. Wolfe)

-3-

## EXHIBIT B

jack.butler@skadden.com; Matthew.Schwartz@usdoj.gov; joseph.cordaro@usdoj.gov; robert.rosenberg@lw.com; jeff.tanenbaum@weil.com; donald.bernstein@dpw.com; 'Resnick, Brian M.; john.rapisardi@cwt.com; oren.haker@cwt.com; cwolfe@kelleydrye.com; kayalyn.marafioti@skadden.com; thomas.j.matz@skadden.com; mark.broude@lw.com

## EXHIBIT C

Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
(Att'n: John Wm. Butler, Jr.)