119

June 12, 2009

**Bankruptcy Court**
Judge Robert D. Drain
U.S. Bankruptcy Court Case #05-44481
One Bowling Green
New York, New York 10004-1408

Your Honor,

I am most certain that you have received dozens upon dozens of 'form' letters from retired Delphi salaried retirees stating the central issues around the potential loss of part or all of their pensions. I am one of those who faxed a copy of one to you. However, reading the same thing over and over is a waste of your time, and serves no real purpose. With that in mind, I wish to share with you my feelings, from the heart, man to man.

After 36 years of loyal, dedicated service, I retired from Delphi on April 01, 2008, taking advantage of an early retirement opportunity that was presented me. I was told that I would have health care and my pension. I made decisions around the financials presented to me, knowing that the pension would carry my wife and I through the retirement years. It was a very happy occasion for me to celebrate my retirement, 'knowing' that I would have financial stability. Then, less that a year later, Delphi provided health care was taken away from me. That was a significant blow to me financially. I now have to pay $853 per month for health care, $88 per month for dental care, $22 per month for vision coverage, and over $300 in term life insurance premiums monthly. That is equivalent to a second mortgage. I was, and am, deeply concerned as to how to keep up with these payments and continue to pay my mortgage, my car payment, etc.

Now I am faced with the probability of loosing part of, or all of my entire pension, which will put my wife and I in dire straights. Your Honor, what Delphi is proposing is immoral and tremendously unfair to us. I am 60 years old; employment possibilities are very limited, especially with these economic conditions.

Please see us as individuals in need of our pensions, and not as a pension fund. We have names, we have lives, and we have needs... we were PROMISED our benefits. Delphi must do the right thing and fund our pensions.

Respectfully,

William L. Marinucci   12 Jun 09
33 Chili Riga Town Line Road
Churchville, NY 14428-9543