126

June 11, 2009

Bankruptcy Court
Judge Robert D. Drain
U.S. Bankruptcy Court Case #05-44481
One Bowling Green
New York, New York 10004-1408


Dear Judge Drain,

I am a salaried retiree of the Delphi Corp. I am sending this fax to urge you to advocate flow back of the Delphi salaried retiree pensions to GM rather than have them transferred to the PBGC.

I worked for over 22 years as Quality Systems Analyst for GM before I was forced to become part of Delphi, and I know that almost all of the Delphi retirees have similar stories. Now that Delphi is shedding their pension liabilities, it is only fair that salaried retirees are treated fairly and their pensions flow back to GM since GM was their employer for the majority of their careers.

I really appreciate your support in this matter.

*[signature]*

Lydia D. Neyland

585-889-4081