To: JUDGE DRAIN

130

Jo Ann H. Kling
418 Twin Lakes North
Clinton, MS 39056
601-924-4490

To : Anyone that will care, respect me enough to read this.

RE: Delphi/GM scheme – not ethical, or fiducially irresponsible and so on.

Let me quantify what the majority of salary folks are looking at for income in a Retirement situation:

| | |
|---|---|
| Gross Amount of HUGE pension: | $$2,263.37 |
| Taxes | $ 212.08 |
| Health Cost | $ 736.20 |
| NET PENSION | $1,326.09 |

This is the BIG legacy cost GM and the UAW says they are bankrupt from paying. I know it will be hard to understand numbers this small but that is the money, we Are receiving and cannot live without. How long could Rodney, Miller, etc. live On that??

I was the financial analysis for Plant 24, Cadillac Business Segment, Profit and Loss Statement. First, if I had missed my forecast as badly as the Board of Directors, I would have been fired!! The 13 year I was in Plant 24, we met or exceeded our Budget. More importantly, I can tell you the BIG NUMBERS OF PROFIT or as a %.

The Delphi spin-off was a plan to fail – GM Made us sell them harnesses for less than Cost – I can prove this. We were Family First with GM at their whim – just like Platinum will be. Another plan to finally make them fail. I do enjoy the fact that it Has taken this long for you to force us to fail. We at Packard have some smarts –much to your dismay. Your actions moved 500 jobs to Mexico and closed 14 second tier Supplies in poor areas in Mississippi.

I worked with GMAC for 6 years, Packard 23 years, and Delphi for 4 years. I was a Single parent, female in accounting – if I worked at night, I went to school in the day, If I worked in day, went to school at night. I have experience in data processing as a Co-op student, accounting, first line supervision in quality, PC & L, first line supervision In manufacturing, and of course accounting. All of this with a 4 year old child and totally Alone.

I took an early retirement (these were the years I was supposed to be building my 401k) In January 2003 I was told I had Rheumatoid Arthritis and some days, I could not even Hold a pencil and walking to my office was unbearable. So after 32 years I went on My 1st sick leave. I left so I would not die. I was too sick to fight for disability –please help me. Find something else to throw away.

JoAnn