IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                      :

In re                                :     Chapter 11

                                        :

DELPHI CORPORATION, et al.,      :     Case No. 05-44481 (RDD)

                                        :

                      Debtors.   :     (Jointly Administered)

                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AFFIDAVIT OF SERVICE

      I, Darlene Calderon, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

      On June 23, 2009, I caused to be served the document listed below (i) upon the parties listed on Exhibit A hereto via postage pre-paid U.S. mail:

      Notice To Parties Subject To A Post-Solicitation Date Objection [a copy of which is attached hereto as Exhibit B]

Dated: June 26, 2009

                                      */s/ Darlene Calderon*
                                      Darlene Calderon

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 26th day of June, 2009, by Darlene Calderon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: */s/ Gary Christensen*

Commission Expires: *11/12/09*

# EXHIBIT A

Delphi Corporation
Special Parties

| Name | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Abner Claudia I | | 3332 Lexington Dr | | Saginaw | MI | 48601-4524 | USA |
| Akins Ladean | | 711 W Stockdale | | Flint | MI | 48504-7200 | USA |
| Aldridge Brenda | William D Davis Iii | Davis & Associates Pc | 917 Merchants Walk Ste A | Huntsville | AL | 35801 | USA |
| Allen Gloria D | | 124 Rivermont Ct | | Sheffield | AL | 35660-6835 | USA |
| Alston Phillip | | 1148 Barnette Rd | | Minor Hill | TN | 38473 | USA |
| Anderson Scott D | | 300 Hofmeister Rd | | St Helen | MI | 48656-9545 | USA |
| Andolora Cheryl | | 8369 State Route 408 | | Nunda | NY | 14517 | USA |
| Andrasik Joseph | | 603 Flory Ln | | Union | OH | 45322-0000 | USA |
| Aponte Milagrito | | 2528 Stocker Ave | | Youngstown | OH | 44505 | USA |
| Arndt Randall F | | 1259 W Gordon Rd | | Au Gres | MI | 48703 | USA |
| Austin J | | 6035 Comanche Ct Ste A | | Parma Heights | OH | 44130 | USA |
| Austin Mae F | | 1823 Seymour Ave | | Flint | MI | 48503-4338 | USA |
| Austin Randy | | 2617 Hudson Aurora Rd | | Hudson | OH | 44236 | USA |
| Autocam do Brasil Usinagem Ltda | Attn Douglas Campos | Rua Guido de Camargo | Penteado Sobrinho 3055 | Campinas | SP | 13082-800 | Brazil |
| Azrad Oren | | 3853 Orleans Rd | | Birmingham | AL | 35243 | USA |
| Bailey Leo | | 1313 Kirk Ave | | Flint | MI | 48503 | USA |
| Baker Jerri | | 5622 High Arbor Dr | | Galloway | OH | 43119 | USA |
| Bakle Mary | By Richard O Milster P35431 | Lambert Leser Isackson Cook & Giunta PC | 916 Washington Ave Ste 309 | Bay City | MI | 48708 | USA |
| Bambach Kathleen | | 1698 Alsdorf Ave | | Rochester Hills | MI | 48309 | USA |
| Baranski Mark | | 2201 Celestial Dr Ne | | Warren | OH | 44484 | USA |
| Bashaw Robert | | 4837 Long Point Rd | | Geneseo | NY | 14454 | USA |
| Bastin Phillips G | c o J Barton Warren Esq | Warren & Simpson PC | 105 North Side Sq | Huntsville | AL | 35801 | USA |
| Beard Wilt Terri | | 2418 Willowdale Dr | | Burton | MI | 48509-1318 | USA |
| Beiter Paul | | 150 Bastian Rd | | Rochester | NY | 14623 | USA |
| Benson Lori | | 7275 Sheridan | | Millington | MI | 48746-0000 | USA |
| Bentley Dolores | | 3280 Hasler Lake Rd | | Lapeer | MI | 48446-9729 | USA |
| Benton Gisela G | | 2720 Riley Rd | | Caro | MI | 48723-9456 | USA |
| Bierlein Dean | | 310 Ardussi St | | Frankenmuth | MI | 48734-1404 | USA |
| Bishop Janice Renee | | 6483 Alcock Dr | | Sand Creek | MI | 49279 | USA |
| Black Clara A | | 4171 Spurwood Dr | | Saginaw | MI | 48603-7262 | USA |
| Blade Norma Lee | | 12274 Adams St Bldg 8 | | Mount Morris | MI | 48458-3200 | USA |
| Blake Dana | | 620 Storie Ave | | Crossville | TN | 38555 | USA |
| Blankenship Donna | | 8075 Donna Street | | Montrose | MI | 48457 | USA |
| Blehm Mark A | | 7646 Garfield Rd | | Bentley | MI | 48613-0000 | USA |
| Block Larry A | | 6135 Scott Rd | | Mt Morris | MI | 48458-9725 | USA |
| Blondin Mary Rita | | 5204 Blackberry Crk | | Burton | MI | 48519-1941 | USA |
| Blue Henry L | | 16 Dunbar St | | Rochester | NY | 14619-2103 | USA |
| Bolin Deborah M | | 9681 Elms Rd | | Birch Run | MI | 48415-8445 | USA |
| Bond Lorraine M | | 3817 Nugget Creek Ct | | Saginaw | MI | 48603-1287 | USA |
| Bostwick Donald M | | 3215 Shady Oak Dr | | Columbiaville | MI | 48421-9308 | USA |
| Bourdow Roy | | 2138 Townline Rd | | Rose City | MI | 48654-9706 | USA |
| Boward Mark | | 7060 Summit Hill Court Se | | Caledonia | MI | 49316-9070 | USA |
| Bozarth Gregory | | 16623 Greensboro Dr | | Westfield | IN | 46074 | USA |
| Bragg Mike | c o J Barton Warren Esq | Warren & Simpson PC | 105 North Side Sq | Huntsville | AL | 35801 | USA |
| Braun Bruce | | 3310 Weiss St | | Saginaw | MI | 48602-3416 | USA |
| Brazier J | | 140 Delamore St | | Liverpool | | L4 3SX | United Kingdom |
| Brefka Barbara | | 2075 E Newberg Rd | | Pinconning | MI | 48650-9758 | USA |
| Brian Tracy | | 16589 Sorento Dr | | Chesaning | MI | 48616 | USA |
| Bridges Bobby J | | 13025 Virginia Court | | Montrose | MI | 48457 | USA |
| Brown Cleophas A | | 6302 Rustic Ridge Trl | | Grand Blanc | MI | 48439-4959 | USA |
| Brown David L | | 990 Tarklin Rd | | Cranberry | PA | 16319-9715 | USA |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 12

6/25/2009 4:06 PM
Post-Solicitation Date Objection Notice special parties 090623

Delphi Corporation
Special Parties

| Name | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|------|--------------------|----------|----------|------|-------|-----|---------|
| Brown Gary J | | 7424 Grenlock Dr | | Sylvania | OH | 43560 | USA |
| Brown James | | 740 West Bundy Ave | | Flint | MI | 48505 | USA |
| Brown Liggins Geraldine | | 555 Lakeshore Circle No 204 | | Auburn Hills | CA | 78326 | USA |
| Brown Robert | | 4839 N Graham Rd | | Freeland | MI | 48623 | USA |
| Brown Shirley D | | 2415 Melody Ln | | Burton | MI | 48509-1155 | USA |
| Bruewer Mike | | 103 S 5th St | | Miamisburg | OH | 45342 | USA |
| Brumley Gloria | | 8109 Flintlock | | Mt Morris | MI | 48458-2719 | USA |
| Bryant Jeffrey L | | 347 Shadywood Dr | | Dayton | OH | 45415 | USA |
| Buck Paul | | 238 Fenton St | | Buffalo | NY | 14206-3217 | USA |
| Burgett Michael | | 3438 E Mt Morris Apt 1 | | Mt Morris | MI | 48458 | USA |
| Burke Paul D | | 927 Michigan Ave | | Adrian | MI | 49221 | USA |
| Burns Bobbie L | | 4545 Obrien Rd | | Vassar | MI | 48768-8938 | USA |
| Byrd Vernastine | | 618 East Cherokee St | | Brookhaven | MS | 39601 | USA |
| Cabello Jr Tomas M | | 2975 Airport Rd | | Adrian | MI | 49221 | USA |
| Campau John T | | 3221 Timberline Rd | | Winter Haven | FL | 33880 | USA |
| Campbell William J | | 4534 Hibbard Rd | | Holley | NY | 14470-9010 | USA |
| Carl Jeffrey G | | 6597 Pkwood Dr | | Lockport | NY | 14094-6625 | USA |
| Carol M Stacy | | PO Box 340051 | | Dayton | OH | 45434 | USA |
| Carroll Linda | Carroll Linda | 325 Burroughs Ave | | Flint | MI | 48507 | USA |
| Carroll Terrence J | | PO Box 219 | | Linwood | MI | 48634-0219 | USA |
| Carter David | | 4227 Belle Terrace Ln | | Lebanon | OH | 45036 | USA |
| Carter Joe L | | 283 Berkshire Ave | | Buffalo | NY | 14215-1527 | USA |
| Carter Linda | | 1815 Timberlane Dr | | Flint | MI | 48507 | USA |
| Castillo Ray | | 3005 Ruckle St | | Saginaw | MI | 48601 | USA |
| Catchpole Ronald | | 4888 Townline Rd | | Sanborn | NY | 14132 | USA |
| Catrell Corey | | 1153 W Roldan Street | | Flint | MI | 48507 | USA |
| Chambers Emma J | | 1838 Joslin St | | Saginaw | MI | 48602-1123 | USA |
| Chapman Deborah | | 52412 Belle Arbor | | Shelby | MI | 48316 | USA |
| Chapman Robert A | | 4925 Erie St | | Racine | WI | 53402-2517 | USA |
| Cheney David Alan | | 575 N Scott St | | Adrian | MI | 49221-1370 | USA |
| Cieslak Michael F | | 7144 Valleyfalls Ct | | Hamilton | OH | 45011 | USA |
| Clardy Richard | | 22225 Cagle Rd | | Athens | AL | 35614 | USA |
| Clay Barbara | | 6222 Eastnoll | | Grand Blanc | MI | 48439 | USA |
| Cleary Timothy | | 6437 Ridge Rd | | Lockport | NY | 14094-1014 | USA |
| Clem Jr Fred | c o J Barton Warren Esq | Warren & Simpson PC | 105 North Side Sq | Huntsville | AL | 35801 | USA |
| Clifton Edward P | | 3401 West Coldwater Rd | | Mount Morris | MI | 48458-9401 | USA |
| Coen Hewitt June | | 5513 Sandy Ln | | Columbiaville | MI | 48421 | USA |
| CoenHewitt June | | 5513 Sandy Lane | | Columbiaville | MI | 48421 | USA |
| Combs Denice A | | 1455 Round Lk Hwy | | Manitou Beach | MI | 49253 | USA |
| Comerford Ciara M | | 1521 N Maple Ave | | Royal Oak | MI | 48067 | USA |
| Coniff John | | 4301 Lombardy Ln | | Hoffman Estates | IL | 60195 | USA |
| Contrarian Funds Avon Rubber & Plastics | Attn Alpa Jimenez | 411 West Putnam Ave Ste 425 | | Greenwich | CT | 06830 | USA |
| Contrarian Funds Avon Rubber & Plastics | Kasowitz Benson Torres & Friedman LLP | D Rosner A Shiff D Zinman D Fliman | 1633 Broadway 22nd Fl | New York | NY | 10019 | USA |
| Contrarian Funds Cadillac Rubber Plastic | Contrarian Funds LLC | Attn Alpa Jimenez | 411 West Putnam Avenue Ste 225 | Greenwich | CT | 06830 | USA |
| Contrarian Funds Cadillac Rubber Plastic | Kasowitz Benson Torres & Friedman LLP | D Rosner A Shiff D Zinman D Fliman | 1633 Broadway 22nd Fl | New York | NY | 10019 | USA |
| Contrarian Funds Columbia Indust Sales | Attn Alpa Jimenez | 411 W Putnam Ave Ste 225 | | Greenwich | CT | 06830 | USA |
| Contrarian Funds Columbia Indust Sales | Kasowitz Benson Torres & Friedman LLP | D Rosner A Shiff D Zinman D Fliman | 1633 Broadway 22nd Fl | New York | NY | 10019 | USA |
| Contrarian Funds LLC | Attn Alpa Jimenez | 411 W Putnam Ave Ste 225 | | Greenwich | CT | 06830 | USA |
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP | D Rosner A Shiff D Zinman D Fliman | 1633 Broadway 22nd Fl | New York | NY | 10019 | USA |
| Contrarian Funds LLC Westwood Associates | Attn Alpa Jimenez | 411 W Putnam Ave Ste 225 | | Greenwich | CT | 06830 | USA |
| Contrarian Funds LLC Westwood Associates | Kasowitz Benson Torres & Friedman LLP | D Rosner A Shiff D Zinman D Fliman | 1633 Broadway 22nd Fl | New York | NY | 10019 | USA |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)                                      Page 2 of 12                          6/25/2009 4:06 PM
                                                                                    Post-Solicitation Date Objection Notice special parties 090623

Delphi Corporation
Special Parties

| Name | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|------|-------------------|----------|----------|------|-------|-----|---------|
| Contrarian Funds Omron Dualtec Auto Elec | Alpa Jimenez | Contrarian Funds LLC | 411 W Putnam Ave Ste 225 | Greenwich | CT | 06830 | USA |
| Contrarian Funds Omron Dualtec Auto Elec | Kasowitz Benson Torres & Friedman LLP | D Rosner A Shiff D Zinman D Fliman | 1633 Broadway 22nd Fl | New York | NY | 10019 | USA |
| Contrarian Funds Stoneridge Inc | Contrarian Funds LLC | Attn Alpa Jimenez | 411 West Putnam Ave Ste 225 | Greenwich | CT | 06830 | USA |
| Contrarian Funds Stoneridge Inc | Kasowitz Benson Torres & Friedman LLP | D Rosner A Shiff D Zinman D Fliman | 1633 Broadway 22nd Fl | New York | NY | 10019 | USA |
| Conway James E | | 8241 N Woodland | | Kansas City | MO | 64118 | USA |
| Cook Gary L | | 5249 Field Rd | | Clio | MI | 48420-8220 | USA |
| Cooley Lawrence | | 3316 Iroquois Ave | | Flint | MI | 48505 | USA |
| Corba Robert C | | 5027 N Broomhead Rd | | Williamsburg | MI | 49690 | USA |
| Cox Willie A | | Pobox 1605 | | Saginaw | MI | 48605-1605 | USA |
| Cozart Diane | | 5272 N Gale Rd | | Davison | MI | 48423 | USA |
| Crawford Floyd | | 901 Carriage Hill Dr | | Salem | OH | 44460 | USA |
| Cruz Angelina G | c/o Wayne McCort Esq | Cantrell Green et al | 444 W Ocean Blvd Ste 400 | Long Beach | CA | 90802 | USA |
| Culberson Rosie C | | 2226 Erie St | | Saginaw | MI | 48601-4439 | USA |
| Czymbor John T | | PO Box 5962 | | Saginaw | MI | 48603-0962 | USA |
| Daigle Cherie | | 4323 Webster Rd | | Flushing | MI | 48433-9054 | USA |
| Dale Mark C | | 19185 Bush Rd | | Chelsea | MI | 48118 | USA |
| Damsen Fred D | | 3798 Busch Rd | | Birch Run | MI | 48415-9081 | USA |
| Darling Tamara L | | 2174 Bock | | Saginaw | MI | 48603-7803 | USA |
| Dart Timothy L | | 219 Barton | | Adrian | MI | 49221 | USA |
| Dashkovitz Dennis | | 9301 Buck Rd | | Freeland | MI | 48623-0000 | USA |
| Davis Ruby H | | 1825 Amherst St | | Saginaw | MI | 48602-3979 | USA |
| Dawson Kathy | | 2641 Geyerwood Ct | | Grove City | OH | 43123 | USA |
| Delaney David | | 266 Ashbourne Rd | | Rochester | NY | 14618 | USA |
| Delgado Jose N | | 826 Simoneau St | | Saginaw | MI | 48601-2314 | USA |
| Dendy Vera M | | 218 E Edmund St | | Flint | MI | 48505-3738 | USA |
| Depository Trust Company Treasurers Dept | Parker Law Firm LLC | PO Box 265 | | Grant | AL | 35747 | USA |
| Di Ciaccio Frank | | 44 Robert Rd | | Penfield | NY | 14526-9751 | USA |
| Di Santo Anna | | 2265 Ireland Rd | | Brockport | NY | 14420 | USA |
| Dickens Robert | | 1181 Fernridge Ave | | Grand Rapids | MI | 49546 | USA |
| Dimond Martha | | 312 W 2nd St | | Davison | MI | 48423-1317 | USA |
| Dinardo Nick | | PO Box 8024 Mc481chn077 | | Plymouth | MI | 48170 | USA |
| Dixon Walker Shirley | Dixon Walker Shirley | 1615 Winona St | | Flint | MI | 48504 | USA |
| Dixon Walker Shirley | | 1615 Winona St | | Flint | MI | 48504-2959 | USA |
| Dona Kevin R | | 2645 Stoneleigh Dr | | Toledo | OH | 43617 | USA |
| Donaldson Tonya | | 4516 Carmanwood Dr | | Flint | MI | 48507 | USA |
| Dorsey Janice | | 4124 Peggy Dr | | Saginaw | MI | 48601-5012 | USA |
| Douglas Sr Stephen B | | 8240 Elmway Dr | | Dayton | OH | 45415 | USA |
| Dunnaway Marshall Valerie J | | 4739 Dresden Ct | | Saginaw | MI | 48601-6607 | USA |
| Dupuis Jeffrey | | 3533 Polk | | Saginaw | MI | 48604-1910 | USA |
| Duran Mary | | 5465 N Linden Rd | | Flint | MI | 48504 | USA |
| Durham Teri | | 160 Erean St | | Montrose | MI | 48457 | USA |
| Durkacy Dirk | | 1065 S Graham Rd | | Flint | MI | 48532 | USA |
| Duttinger David | | 372 Buttonwood Dr | | Hilton | NY | 14468-8965 | USA |
| Dye Clementine | | 2205 West Stoker Dr | | Saginaw | MI | 48604 | USA |
| Ehrlich Avron M | | 80 Spinley Court | | Rochester | NY | 14626 | USA |
| Eikamp Ralph E | | Loretta A Eikamp Jt Ten | 53711 Luann | Shelby Township | MI | 48316-1948 | USA |
| Eikenberry & Associates Inc | Bose Mckinney & Evans Llp | Jeannette Eisan Hinshaw | 135 N Pennsylvania St Ste 2700 | Indianapolis | IN | 46204 | USA |
| Eikenberry & Associates Inc | | PO Box 2676 | | Kokomo | IN | 46904-2676 | USA |
| Eldridge Donald E | | 3348 Mills Acres St | | Flint | MI | 48506-2133 | USA |
| Elliot David J | | 7192 Thundering Herd Pl | | Dayton | OH | 45415 | USA |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 12

6/25/2009 4:06 PM
Post-Solicitation Date Objection Notice special parties 090623

Delphi Corporation
Special Parties

| Name | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Elliott Kathleen M | | 7192 Thundering Herd Pl | | Dayton | OH | 45415 | USA |
| Everett Ferby | | 9205 Maple Canyon Dr | | Arlington | TX | 76002-4603 | USA |
| Fagan Dallas J | | 5410 Baldwin Blvd | | Flint | MI | 48505-5157 | USA |
| Faison G | Faison G | Faison G | 1165 Gooseberry Hill | Shreveport | LA | 71118 | USA |
| Faison G | | 1165 Gooseberry Hill | | Shreveport | LA | 71118 | USA |
| Felder Annie M | | 192 Red Lion Rd | | Henrietta | NY | 14467-9556 | USA |
| Fenwick Mary | | 420 W Adrian | | Blissfield | MI | 49228-1002 | USA |
| Ferguson Kenneth D | | 2156 Knoll Dr | | Beavercreek | OH | 45431-3107 | USA |
| Fife Claudine | | PO Box 2431 | | Saginaw | MI | 48605-2431 | USA |
| Fisher Jody | Fisher Jody | 390 Baker Rd | | Churchville | NY | 14428 | USA |
| Fisher Jody | | 27 Union Station Rd | | North Chili | NY | 14514 | USA |
| Fisher Nancy | | 221 W Stockdale Street | | Flint | MI | 48503 | USA |
| Flagg Sonia | | G3237 Arlene Dr | | Flint | MI | 48504 | USA |
| Fodo Jr Julius A | | 356 Bowker Rd | | Munger | MI | 48747-9727 | USA |
| Fons Michael J | | 596 Oakbrook Circle | | Flushing | MI | 48433-1704 | USA |
| Ford Pamela | | 291 N Mapleleaf Rd | | Lapeer | MI | 48446-8003 | USA |
| Forrest Rick J | | 11405 Armstrong Dr N | | Saginaw | MI | 48609-9684 | USA |
| Fowler Arlie M | | 3337 W Farrand Rd | | Clio | MI | 48420-8827 | USA |
| Frasier Thomas | | 2141 S Oak Rd | | Davison | MI | 48423-9105 | USA |
| French Randy A | Covenant Path Associates PC | Covenant Path Associates PC | PO Box 33321 Drawer 150 | Detroit | MI | 48232 | USA |
| French Randy A | | 5210 S Iva Rd | | St Charles | MI | 48655 | USA |
| Fulcomer Lisa M | Fulcomer Lisa M | 2511 S Linda Dr | | Bellbrook | OH | 45305-1539 | USA |
| Fulcomer William M | | 2511 S Linda Dr | | Bellbrook | OH | 45305-1539 | USA |
| Fullard III Jake | | 2192 Sulky Trail | | Beavercreek | OH | 45434 | USA |
| Fuller Joyce | | 5232 Country Woods Ln | | Grand Blanc | MI | 48439 | USA |
| Fuller Rodney C | | 17110 Fish Lake Rd | | Holly | MI | 48442-8336 | USA |
| Gallelli Filippo | | 80 W Hill Est | | Rochester | NY | 14626-4504 | USA |
| Galonska Joseph | | 6350 Belmont Pl | | Saginaw | MI | 48603-3450 | USA |
| Galus Carl | | 5755 Sandy Dr | | Pinconning | MI | 48650 | USA |
| Garigen Cindy | | 6101 Western Dr 66 | | Saginaw | MI | 48603 | USA |
| Garner Barbara | J Barton Warren Esquire | Warren & Simpson PC | 105 North Side Square | Huntsville | AL | 35801 | USA |
| Gary Dennis | | 1577 Osborn St | | Saginaw | MI | 48602-2831 | USA |
| Gilkes Linda | | 11 Deb Ellen Dr | | Rochester | NY | 14624-5413 | USA |
| Gilkes Linda C | | 11 Deb Ellen Dr | | Rochester | NY | 14624-5413 | USA |
| Girard Lawrence | | 1601 Morgan Rd | | Clio | MI | 48420 | USA |
| Golden Albert P | | 7364 Crystal Lake Dr Apt 12 | | Swartz Creek | MI | 48473-8946 | USA |
| Goode Charlene M | | 1350 E Packingham | | Lake City | MI | 49651-8311 | USA |
| Goodrich Dayton | | 3602 E Royal Oak Dr | | Fairview | MI | 48621-8733 | USA |
| Goodrich Suzanne | | 5414 E Maple Ave | | Grand Blanc | MI | 48439-9121 | USA |
| Grady Dennis F | | 304 Mary Cir | | Mc Cormick | SC | 29835-2866 | USA |
| Graham Blount Judy | | 1650 Frebis Ave | | Columbus | OH | 43206 | USA |
| Graham Mary F | | 103 Alabama Ave | | Ferriday | LA | 71334-3228 | USA |
| Grau Patricia | | 101 Mac Arthur St | | Blissfield | MI | 49228 | USA |
| Green Terry | | 338 S 19th St | | Saginaw | MI | 48601-1522 | USA |
| Grier Brenda | | 2518 Walter St | | Flint | MI | 48504 | USA |
| Griffin Earl R | J Barton Warren Esq | Warren & Simpson P C | 105 North Side Square | Huntsville | AL | 35801 | USA |
| Griffus William A | | 1416 Andrew St | | Saginaw | MI | 48603-6512 | USA |
| Grimes Mark | | 8248 Deerpointe | | Toledo | OH | 43617 | USA |
| Grover Jodyne | | 136 Fletcher Dr | | Brooklyn | MI | 49230 | USA |
| Gupta Umeshkumar | | 1259 Scott Ridge Dr | | Adrian | MI | 49221-1390 | USA |
| Gutierrez Cynthia | | 2218 Cansler Ave | | Gadsden | AL | 35904 | USA |
| Guzman Luis | | 4520 Ann Street | | Luna Pier | MI | 48157 | USA |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)                          Page 4 of 12                          6/25/2009 4:06 PM
Post-Solicitation Date Objection Notice special parties 090623

Delphi Corporation
Special Parties

| Name | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Haak David W | | Box 185 | | Parrottsville | TN | 37843-0185 | USA |
| Haase Martin | | 223 Meadow Ridge Dr | | Tuscaloosa | AL | 35405 | USA |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk | 301 Rte 17 6th Fl | | Rutherford | NJ | 07070 | USA |
| Hain Capital Holdings LLC | Kasowitz Benson Torres & Friedman LLP | D Rosner A Shiff D Zinman D Fliman | 1633 Broadway 22nd Fl | New York | NY | 10019 | USA |
| Hale Rose | | 12055 E Mt Morris Rd | | Davison | MI | 48423 | USA |
| Hamilton Jack | Attorney Harold D Block | Attorney Harold D Block | 710 N Plankinton Ave Ste 801 | Milwaukee | WI | 53203 | USA |
| Hamilton Jack | | 8248 S 88th St | | Franklin | WI | 53132 | USA |
| Harback Jr Almeron L | | 9061 Reese Rd | | Birch Run | MI | 48415-9204 | USA |
| Hartshorn Jewell A | | 4124 Brenton Dr | | Dayton | OH | 45416-1609 | USA |
| Hayner David M | | 11604 N County Line Rd | | Wheeler | MI | 48662-9717 | USA |
| Haynes Bobby N | | 1800 Morgan St | | Saginaw | MI | 48602-5234 | USA |
| Heard Dennis | | 2115 Montgomery St | | Saginaw | MI | 48601-4176 | USA |
| Heidt Carl R | | 6797 Somerset Dr | | Brighton | MI | 48116-8804 | USA |
| Hemphill Deborah | | 2820 Winona St | | Flint | MI | 48504 | USA |
| Hendricks Karen | | 9425 Parkside Dr | | Centerville | OH | 45458 | USA |
| Henry J Bley and Nancy L Bley Trs | | Bley Family Trust Ua Dtd 5602 | 214 Ross St | Santa Cruz | CA | 95060 | USA |
| Herbig Eugene E | | 2358 Plainview Dr | | Flushing | MI | 48433-9440 | USA |
| Herline Wright Susan | | 5268 N Fox Rd | | Sanford | MI | 48657-0000 | USA |
| Herr David | | 11350 Ladd Rd | | Brooklyn | MI | 49230 | USA |
| Hicks Roger | | 104 Sharp Dr | | Gadsden | AL | 35903 | USA |
| Higgins Sharon | | 917 Albert Ave | | Kalamazoo | MI | 49048-1933 | USA |
| Hillard Michael | | 3073 Azalea Dr | | Fort Mill | SC | 29707-5860 | USA |
| Hines Edwin | | 609 E Walker Ave | | Foley | AL | 36535 | USA |
| Hoffman Ronald | | 130 South First St | | Lewiston | NY | 14092 | USA |
| Hogan Carmen | | 2304 Whitemore Pl | | Saginaw | MI | 48602 | USA |
| Holland Scottie E | | 1403 E Mclean Ave | | Burton | MI | 48529-1611 | USA |
| Holliman Charles | | 2730 Alpha Way | | Flint | MI | 48506 | USA |
| Hollister Iii R | | 1692 Garry Dr | | Bellbrook | OH | 45305 | USA |
| Horton Barbara | | 1418 W Home Ave | | Flint | MI | 48505 | USA |
| Howko Bethany | | 2526 S State Rd | | Davison | MI | 48423-8601 | USA |
| Hubbard Lois E | | 14950 Gulf Blvd | Unit 1206 | Madeira Beach | FL | 33708-2062 | USA |
| Hubbard Vinton L | | 14950 Gulf Blvd 1206 | | Madeira Beach | FL | 33708-2062 | USA |
| Hudson Robert L | | 3578 Jade Dr | | Adrian | MI | 49221 | USA |
| Huffman Denise | | 6189 W Hill Rd | | Swartz Creek | MI | 48473 | USA |
| Hunkins Pamela V | | 7618 Swan Creek Rd | | Saginaw | MI | 48609-5391 | USA |
| Hunter Linda D | | 9 Crane Lake Dr | | Linden | MI | 48451 | USA |
| Hutto Sandra L | | 1030 Granger St | | Fenton | MI | 48430-1567 | USA |
| IAMAW Dist 10 & Lodge 78 Employ & Retire | Marianne G Robbins Esq | Previant Goldberg Uelmen Gratz Miller | 1555 N River Center Dr Ste 202 | Milwaukee | WI | 53212 | USA |
| IBEW Local 663 Employ & Retirees it Rep | Marianne G Robbins Esq | Previant Goldberg Uelmen Gratz Miller | 1555 N RiverCenter Dr Ste 202 | Milwaukee | WI | 53212 | USA |
| Intl Union of Operating Eng Local 101 S | Barbara S Mehlsack | Gorlick Kravitz & Listhaus PC | 17 State St | New York | NY | 10004 | USA |
| Intl Union of Operating Eng Local 101 S | International Union Operating Engineers | Attn Richard Griffin Gen Counsel | 1125 17th St NW | Washington | DC | 20036 | USA |
| Intl Union of Operating Eng Local 18 S | Barbara S Mehlsack Esq | Gorlick Kravitz & Listhaus P C | 17 State St | New York | NY | 10004 | USA |
| Intl Union of Operating Eng Local 18 S | International Union Operating Engineers | Attn Richard Griffin Gen Counsel | 1125 17th St NW | Washington | DC | 20036 | USA |
| Intl Union of Operating Eng Local 832 S | International Union Operating Engineers | Local 832s | PO Box 93310 | Rochester | NY | 14692 | USA |
| Intl Union of Operating Eng Local 832 S | Barbara S Mehlsack Esq | Gorlick Kravitz & Listhaus PC | 17 State St | New York | NY | 10004 | USA |
| Intl Union of Operating Eng Local 832 S | International Union Operating Engineers | International Union Operating Engineers | | Washington | DC | 20036 | USA |
| Ivy Thomas | | 940 Trimble Ave | | Kalamazoo | MI | 49048 | USA |
| Jackson Betty G | | 3222 Lexington Dr | | Saginaw | MI | 48601-4569 | USA |
| Jackson Roberta | | 3296 Mysylvia | | Saginaw | MI | 48601 | USA |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)                    Page 5 of 12                    Post-Solicitation Date Objection Notice special parties 090623
6/25/2009 4:06 PM

Delphi Corporation
Special Parties

| Name | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|------|--------------------|----------|----------|------|-------|-----|---------|
| Jacobs Donald L | | 5420 Naughton Dr | | Dayton | OH | 45424-6002 | USA |
| Jacovitch Donna | | 4750 Margaret Ct | | Bridgeport | MI | 48722 | USA |
| Jakovich Mark | | 743 St Annes Drive | | Holland | OH | 43528 | USA |
| Jankowski Janis J | | 20531 Brandonwood Dr | | Clinton Township | MI | 48038 | USA |
| Jewett Michael | | 317 Leta Ave | | Flint | MI | 48507-2727 | USA |
| John D Wydner | | 8267 Danville Rd | | Danville | AL | 35619 | USA |
| John Hoomans | | 1084 Lawrence Rd | | Hilton | NY | 14468 | USA |
| Johnson Cloddie | | 1813 Eckley Ave | | Flint | MI | 48503-4525 | USA |
| Johnson Linda D | | 3601 Balfour Ct Apt 18 | | Flint | MI | 48507 | USA |
| Johnson Nancy | | 84 Co Rd 361 | | Trinity | AL | 35673 | USA |
| Johnson Patsy A | | 6617 Belltree Ln | | Flint | MI | 48504-1649 | USA |
| Jones Dorothy | | 4565 Kirkley Dr | | Jackson | MS | 39206-3711 | USA |
| Jones Linda | | 1939 Ponderosa Rd | | Burt | MI | 48417-9416 | USA |
| Jones Lonnie M | | 634 Matawan Dr | | Campbell | OH | 44405-2035 | USA |
| Jones Ronald | | 612 Langley Trace | | Elizabethtown | KY | 42701 | USA |
| Jorza Charlotte | | 6625 Lockwood Blvd Apt 1 | | Youngstown | OH | 44512-3923 | USA |
| Joyce E Higginbottom | | PO Box 281 | | Greentown | IN | 46936-0281 | USA |
| Juki Automation Systems Inc | Juki Automation Systems Inc | 507 Airport Blvd Ste 101 | | Morrisville | NC | 27560 | USA |
| Kasgorgis John | | 8461 Webster Rd | | Clio | MI | 48420 | USA |
| Kaylor Bart E | Bart E Kaylor | 3361 Little York Rd | | Dayton | OH | 45414 | USA |
| Kelley Eugene | | 4790 Sheridan Rd | | Vassar | MI | 48768 | USA |
| Kennedy Steven | | 6791 Akron Rd | | Lockport | NY | 14094 | USA |
| Kennedy Steven | | 6791 Akron Rd | | Lockport | NY | 14094-5316 | USA |
| Kevin Keegan | | 16 Bennett Rd | | Hilton | NY | 14468 | USA |
| Keys Pamela | | 3715 Heatherglen Dr | | Columbus | OH | 43221 | USA |
| Kidder John W | | 10572 M 50 | | Onsted | MI | 49265 | USA |
| Klein Patty | | 2 Vanburen Circle | | Davison | MI | 48423 | USA |
| Klingspohn Danowski Mary | | 4737 N River Bay Rd | | Waterford | WI | 53185-3318 | USA |
| Klonowski Jr Thomas F | | 7182 Burmeister Dr | | Saginaw | MI | 48609-5221 | USA |
| Kosnik David | | 340 Richards Rd | | Bay City | MI | 48706 | USA |
| Kovas Jeffrey L | | 6031 East Cobblestones Lane | | Sylvania | OH | 43560 | USA |
| Kowalski Richard | | 8169 Dutch St | | Walcott | NY | 14590 | USA |
| Krzewinski David P | David P Krzewinski | 210 W N Union St A3 | | Bay City | MI | 48706 | USA |
| Kuehn Susan | | 2211 W Oakwood Rd | | Oak Creek | WI | 53154-5539 | USA |
| Kuss Corporation | Foley & Lardner LLP | Judy A O Neill | 500 Woodward Ave Ste 2700 | Detroit | MI | 48226 | USA |
| Kuss Corporation | Foley & Lardner LLP | Lori V Vaughan | 90 Park Ave | New York | NY | 10016 | USA |
| Kuss Corporation | Jill L Murch | Foley & Lardner LLP | 321 N Clark St Ste 2800 | Chicago | IL | 60610 | USA |
| Kuzmik David | | 1352 Shoecraft Rd | | Webster | NY | 14580 | USA |
| Lafrenier Barbara | | 10238 E Dodge Rd | | Otisville | MI | 48463 | USA |
| Lambert Shelley | | 6204 Beechfield Dr | | Lansing | MI | 48911-4731 | USA |
| Lamson John | | 4064 E Coldwater Rd | | Flint | MI | 48506 | USA |
| Lane Douglas E | | 4435 Jameson St | | Saginaw | MI | 48603-4764 | USA |
| Larson Karin R | | S89 W34 691 Eagle Terrace | | Eagle | WI | 53119 | USA |
| Law Debra M | Gary L Blume | Blume & Blume Attorneys at Law PC | 2300 E University Blvd | Tuscaloosa | AL | 35404-4136 | USA |
| Leaym Robert A | | 1100 S Miller Rd | | Saginaw | MI | 48609-9585 | USA |
| Lee Jacqueline D | | 711 Welch Blvd | | Flint | MI | 48504-3142 | USA |
| Leeck Rasolind J | | 4118 Northshore Dr | | Fenton | MI | 48430-9148 | USA |
| Lewis Robert | | 816 Washington Ave | | Rochester | NY | 14617 | USA |
| Lincoln Kevin L | | 12525 Burt Rd | | Birch Run | MI | 48415-9314 | USA |
| Linseman Larry L | | Box 511 | | Clio | MI | 48420-0511 | USA |
| Linton Edward W | | 3590 Farmers Creek Rd | | Metamora | MI | 48455-9729 | USA |
| Liquidity Solutions Inc | Dba Defined Benefit | One University Plaza | Ste 312 | Hackensack | NJ | 07601 | USA |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)                    Page 6 of 12                    Post-Solicitation Date Objection Notice special parties 090623

6/25/2009 4:06 PM

Delphi Corporation
Special Parties

| Name | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Livingston Betty J | | 721 E Ruth Ave | | Flint | MI | 48505-2248 | USA |
| Logan Eartha | | 2121 Canniff St | | Flint | MI | 48504-2009 | USA |
| London Virginia L | | 127 Carolina Ave | | Lockport | NY | 14094-5707 | USA |
| Longacre Master Fund Ltd | Kasowitz Benson Torres & Friedman LLP | D Rosner A Shiff D Zinman D Fliman | 1633 Broadway 22nd Fl | New York | NY | 10019 | USA |
| Longacre Master Fund Ltd | Monika J Machen | Sonnenschein Nath & Rosenthal | 8000 Sears Tower | Chicago | IL | 60606 | USA |
| Longacre Master Fund Ltd | Vladimir Jelisavcic | 810 Seventh Ave 33rd Fl | | New York | NY | 10019 | USA |
| Lopez Pablo | | 1909 W Michigan | | Saginaw | MI | 48602-1186 | USA |
| Love Eugene | | PO Box 1185 | | Flint | MI | 48501 | USA |
| Lutz Jerilyn K | | PO Box 133 | | Chesaning | MI | 48616-0133 | USA |
| Lytle Alan L | | PO Box 162 | | Cromwell | IN | 46732-0162 | USA |
| Macon Claude L | | 3262 Yauck St | | Saginaw | MI | 48601-6955 | USA |
| Madden John R | | 1046 S Gale Rd | | Davison | MI | 48423-2508 | USA |
| Madison Invstmt Trst Series 38 Injex Ind | | 6310 Lamar Ave Ste 120 | | Overland Park | KS | 66202 | USA |
| Magyar Donna | | 4878 Basswood Dr | | Saginaw | MI | 48603 | USA |
| Malusi Daniel | | 2902 S Jefferson St | | Bay City | MI | 48708-8407 | USA |
| Maniaci Kathleen A | | 13864 Bournemuth Dr | | Shelby Township | MI | 48315 | USA |
| Mansfield Marion J | | 541 Carey Pl | | Lakeland | FL | 33803 | USA |
| Marchbanks Janine | | 500 Clara St | | Linwood | MI | 48634 | USA |
| Marcum Bunny | | 8432 Military Ct | | Galloway | OH | 43119 | USA |
| Marden Joanne C | | 2576 Shattuck Rd | | Saginaw | MI | 48603 | USA |
| Marietta Frank A | Frank A Marietta | 8495 S Fordney Rd | | Saint Charles | MI | 48655 | USA |
| Marshall Marsha G | | 1954 Mackenzie Dr | | Upper Arlington | OH | 43220 | USA |
| Martindale William | | 813 Bella Cumbre | | El Paso | TX | 79912 | USA |
| Martinez Anthony | | 1203 Lisa Ln | | Burkburnett | TX | 76354 | USA |
| Mary Louise Madden | | 865 Fairfield Ave NW | | Grand Rapids | MI | 49504 | USA |
| Masters Constance | | 411 S Porter St | | Saginaw | MI | 48602 | USA |
| Mathis Paul C | | 17265 Coral Gables St | | Southfield | MI | 48076-4784 | USA |
| Matlinga Mark | | 111 South Bassett | | Lapeer | MI | 48446 | USA |
| Matthews Gloria G | Rush E Elliott | 4590 Boardman Canfield Rd Ste B | PO Box 37 | Canfield | OH | 44406 | USA |
| Matthews Gloria G | | 3999 Longview Rd | | W Middlesex | PA | 16159-2911 | USA |
| Mc Cuiston Carlton H | | 2603 North Euclid | | Bay City | MI | 48706-1188 | USA |
| Mc Fadden Ida | | 159 Longview Terr | | Rochester | NY | 14609 | USA |
| Mc Fadden Ida P | | 159 Longview Ter | | Rochester | NY | 14609-4207 | USA |
| Mc Fall Robert D | | 14200 34 Mile Rd | | Romeo | MI | 48065-3304 | USA |
| Mc Keown Mark | | 139 Emain St | | Avon | NY | 14414 | USA |
| Mcclune Donald | | 479 Greenmont Dr | | Canfield | OH | 44406 | USA |
| Mcfadden Dildy L | | PO Box 310112 | | Flint | MI | 48531-0112 | USA |
| McHale Patrick | | 3291 W Gracelawn Ave | | Flint | MI | 48504 | USA |
| Mckee Doris A | | 1648 N Jones Rd | | Essexville | MI | 48732-1549 | USA |
| Mcmahon Michael J | | 852 Baseline Rd | | Grand Island | NY | 14072-2508 | USA |
| Mcmillon Richard | | 2967 Arlington Dr | | Saginaw | MI | 48601-2047 | USA |
| McNeely Nancy | Nancy M McNeely | 1030 E Kinney Rd | | Munger | MI | 48747-9772 | USA |
| Meeks Fred | | 2508 Plainfield Ave | | Flint | MI | 48506-1863 | USA |
| Meese Linda | | 3121 Chicago Blvd | | Flint | MI | 48503 | USA |
| Mendrek Thomas | | 1440 Beaumont Ct | | Flushing | MI | 48433 | USA |
| MI Spring & Stamp Div of Precision Prod | George Ondiek | Precision Products Group Inc | 9207 51st Ave | College Park | MD | 20740 | USA |
| Miller Julie | | 42688 Flis | | Sterling Heights | MI | 48314 | USA |
| Miller Larry | Miller Larry E | 5405 Canada Rd | | Birch Run | MI | 48415-8933 | USA |
| Miller Larry | | 17706 55th Ave | | Barrrington | NJ | 49305 | USA |
| Miller Mary | | 5285 Little Woods Ln | | Dayton | OH | 45429 | USA |
| Miller Randy | | 2082 N 300 W | | Kokomo | IN | 46901 | USA |
| Mink Debra J | | 28785 S Kott Ln | | Goetzville | MI | 49736-9409 | USA |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)                    Page 7 of 12                    Post-Solicitation Date Objection Notice special parties 090623

6/25/2009 4:06 PM

Delphi Corporation
Special Parties

| Name | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Mitchell Charles A | | 2915 Westwood Dr | | Bay City | MI | 48706-0000 | USA |
| Monroe Inc | c/o Robert D Wolford | Miller Johnson | PO Box 306 | Grand Rapids | MI | 49501-0306 | USA |
| Monroe Inc | Miller Johnson Thomas P Sarb | 250 Monroe Ave NW Ste 800 | PO Box 306 | Grand Rapids | MI | 49501-0306 | USA |
| Montecinos David | | 1273 Evergreen Trl | | Adrian | MI | 49221 | USA |
| Montgomery William L | | 12800 Roosevelt Rd | | Saginaw | MI | 48609-9142 | USA |
| Moore Bernard W | | 6368 Rustic Ln | | Rubidoux | CA | 92509-5742 | USA |
| Morgan Barbara | J Barton Warren Esq | Warren & Simpson P C | 105 North Side Square | Huntsville | AL | 35801 | USA |
| Morgan Cheryl | | 602 E Piper Ave | | Flint | MI | 48505-2876 | USA |
| Morris Larry J | | 845 Windham Ave | | Cincinnati | OH | 45229 | USA |
| Morris Letitia K | | 16435 Spirit Rd | | Moreno Valley | CA | 92555 | USA |
| Most Richard | | 12091 Washburn Rd | | Columbiaville | MI | 48421-9201 | USA |
| Mueller David L | | 1846 W Tamarron Ct | | Springboro | OH | 45066 | USA |
| Muir Carla | | PO Box 607 | E | Cortland | OH | 44410-0607 | USA |
| Munger Jacqueline | | 9669 Sunnyside Circle | | Freeland | MI | 48623 | USA |
| Munoz Jerome | | 2215 Thatcher St | | Saginaw | MI | 48601-3363 | USA |
| Murphy Jerome | | 1506 E Leith St | | Flint | MI | 48506 | USA |
| Murry Shirley J | | PO Box 6444 | | Saginaw | MI | 48608-6444 | USA |
| Mutton Connie L | | 780 N Se Boutell | | Essexville | MI | 68732-0000 | USA |
| Nearmyer Roger | | 529 Scenic View Dr | | Sunrise Beach | MO | 65079-5228 | USA |
| Neblo Debra S | | 8802 Heather Ln | | Onsted | MI | 49265 | USA |
| Nelson Evelyn M | | 425 W Flint Park Blvd | | Flint | MI | 48505 | USA |
| Nequist Axel | | 4011 E M 71 | | Corunna | MI | 48817-9509 | USA |
| New Jersey Self Insurers Guaranty Assoc | c/o Jeffrey Bernstein Esq | McElroy Deutsch Mulvaney & Carpenter LLP | Three Gateway Ctr & 100 Mulberry St | Newark | NJ | 07102-4079 | USA |
| Newton Jr James David | | 5555 Widgeon Ct | | Dayton | OH | 45424 | USA |
| Nieman James L | | 5784 Carter Rd | | Freeland | MI | 48623-0000 | USA |
| Noel Morgan Hubert | | 7700 Nardo Goodman | | El Paso | TX | 79912 | USA |
| Ohio Bureau of Workers Compensation | Law Section Bankruptcy Unit | 30 W Spring St | PO Box 15567 | Columbus | OH | 43215-0567 | USA |
| Olah Sheila M | | G 3100 Miller Rd Apt 17 A | | Flint | MI | 48507-0000 | USA |
| OLear Elsie | | 4340 Meadows Ave | | Grand Blanc | MI | 48439 | USA |
| Ortega Maria | | 5920 Fraser Rd | | Bay City | MI | 48706-9729 | USA |
| Ostash Robert S | | 2436 W German Rd | | Bay City | MI | 48708-9652 | USA |
| Otto Brad K | | 1080 Kenmoor SE | | Grand Rapids | MI | 49546 | USA |
| Paluzzi Ronald | | 7 Peggy Rd | | E Brunswick | NJ | 08816 | USA |
| Parisi Henry | | 6617 Isla Del Rey Dr | | El Paso | TX | 79912 | USA |
| Parker Julie | | 719 Janice St | | Holly | MI | 48442-1266 | USA |
| Parm Catherine | | 43 Willow Pond Dr E | | Saginaw | MI | 48603-9640 | USA |
| Patel Rajesh P | | 3733 Fincastle Dr | | Beaver Creek | OH | 45431 | USA |
| Pepper Carol Ann | | 1055 E Humphrey Ave | | Flint | MI | 48505-1509 | USA |
| Perry Euwilda | Perry Euwilda | 5002 Phillips Rd | | Kingston | MI | 48741-9700 | USA |
| Peter Ng | | 6260 Summerhill Dr | | Hudsonville | MI | 49426 | USA |
| Peter P Prus | | 2930 N Vermont | | Royal Oak | MI | 48073-3527 | USA |
| Petrowski Richard | | 2316 Porter Hwy | | Adrian | MI | 49221 | USA |
| Petty Bridgett R | | 8380 Misty Meadows | | Grand Blanc | MI | 48439 | USA |
| Petty Mary | J Barton Warren Esq | Warren & Simpson P C | 105 North Side Square | Huntsville | AL | 35801 | USA |
| Pickles Paul | | 1366 West Gorman | | Adrian | MI | 49221 | USA |
| Pierce Mark W | | 2175 Wayward Dr | | Rochester Hills | MI | 48309 | USA |
| Pioneer Speakers Inc | c/o Max J Newman | Butzel Long PC Stoneridge West | 41000 Woodward Ave | Bloomfield Hills | MI | 48304 | USA |
| Piotrowski Alicia K | | 5414 E Potter Rd | | Burton | MI | 48509-1346 | USA |
| Piscitelli Michele | | 5061 Maybee Rd | | Clarkston | MI | 48346 | USA |
| Porter Devine | | 44 Leander Rd | | Rochester | NY | 14612 | USA |
| Potts Mary C | | 10047 Evans Rd | | Saginaw | MI | 48609-9615 | USA |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 8 of 12

6/25/2009 4:06 PM
Post-Solicitation Date Objection Notice special parties 090623

Delphi Corporation
Special Parties

| Name | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|------|--------------------|----------|----------|------|-------|-----|---------|
| Prescott Mark | | 9342 Pinecrest Ct | | Davison | MI | 48423 | USA |
| Prieur Richard | | 3525 Deer Rd | | Spruce | MI | 48762 | USA |
| Quackenbush Gordon B | | 5566 South Reimer Rd | | Bridgeport | MI | 48722 | USA |
| Quiroga Sally J | | 7285 Deweigan Ln | | Mt Pleasant | MI | 48858-7372 | USA |
| Raab Anton J | | 4106 E Wilder Rd 321 | | Bay City | MI | 48706-2239 | USA |
| Raab Robert A | | 2924 Abbott Rd | | Midland | MI | 48642-4769 | USA |
| Radabaugh Thomas K | | 124 S Trumbull Rd | | Bay City | MI | 48708-9200 | USA |
| Radlick Mary A | | 1220 41st Ave East | | Ellenton | FL | 34222 | USA |
| Rajewski Terrance M | | 1515 14th St | | Bay City | MI | 48708-7403 | USA |
| Randall I Eddy | | 5862 Bramalea S E | | Kentwood | MI | 49508 | USA |
| Raymond G Gabriel | Raymond Gabriel | 1496 W Sweden Rd | | Brockport | NY | 14420 | USA |
| Raz James | | 4482 Ashlawn Dr | | Flint | MI | 48507 | USA |
| Rehbein Pamela | | 3408 5th Ave | | So Milwaukee | WI | 53172-3914 | USA |
| Reid Sheila | Reid Sheila | 2602 Mountain Ave | | Flint | MI | 48503 | USA |
| Reinhardt Donald E | | 5056 3 Mile Rd | | Bay City | MI | 48706-9087 | USA |
| Reser Larry | | 6065 Los Pueblos | | El Paso | TX | 79912 | USA |
| Reusch Robert | | 17103 Ridge Rd | | Holley | NY | 14470-9369 | USA |
| Reyzelman Naum | | 55 Towpath Ln | | Rochester | NY | 14618 | USA |
| Richard G Van Dyk | | 1042 Brentwood St | | Jenison | MI | 49428-9213 | USA |
| Richard Kenneth Donoghue | | 95 Western Pine Dr | | Rochester | NY | 14616 | USA |
| Ridner Patti | | 1128 Walnut | | St Charles | MI | 48655 | USA |
| Riverside Claims Product Action Intl | Riverside Claims LLC | PO Box 626 Planetarium Station | | New York | NY | 10024 | USA |
| Robb John K | John K Robb | 1210 San Juan Dr | | Flint | MI | 48504 | USA |
| Rodea Joseph | | 817 N Fayette | | Saginaw | MI | 48602 | USA |
| Rodriguez Ricardo | | 703 Harbor Dr | | Manistee | MI | 49660 | USA |
| Roland Robert | | 5705 Suburban Ct | | Flint | MI | 48505 | USA |
| Romano Aniello | Romano Aniello | 2078 Old Hickory Blvd | | Davison | MI | 48423 | USA |
| Rose Thomas S | | 123 Lamplighter Trail | | Dayton | OH | 45429 | USA |
| Rotko John F | | 3201 Scenic Way | | McAllen | TX | 78503 | USA |
| Roufus Marilyn | | 2135 W Mallory Ave | | Milwaukee | WI | 53221 | USA |
| Rudolph V Kreutzer | | 2575 Haverhill Ct | | Toms River | NJ | 08755-6530 | USA |
| Ruggirello Patrick J | | 3817 Delaware Ave | | Flint | MI | 48506-3110 | USA |
| Running Jeanie | | 2340 Goodrich Rd | | Otter Lake | MI | 48464 | USA |
| Russell Carolyn | | 2641 Timber Lane | | Flushing | MI | 48433 | USA |
| Rynearson Monica | | 906 S Holly Rd | | Fenton | MI | 48430 | USA |
| Ryno Deborah | Ryno Deborah | 2197 E Dodge Rd | | Clio | MI | 48420-9746 | USA |
| Sabo Robert B | | 20311 East M 60 | | Three Rivers | MI | 49093 | USA |
| Sabo Robert B | | 20311 East M 60 | | Three Rivers | MI | 49093-9098 | USA |
| Salga Plastics Inc | Brian Illion | ABC Group | 2 Norelco Dr | Toronto | ON | M9L 2X6 | USA |
| Salo Leila M | | 3280 State St Rd | | Bay City | MI | 48706-1867 | USA |
| Salzman Jeffrey P | | 7793 John Elwood Dr | | Dayton | OH | 45459 | USA |
| Sanada Darwin | | 2232 Taft | | Saginaw | MI | 48602 | USA |
| Sanders Alma L | Sanders Alma L | 5026 Holland Ave | | Saginaw | MI | 48601 | USA |
| Saviers Robert S | | PO Box 49095 | | Dayton | OH | 45449 | USA |
| Schade Richard A | | 5583 Stoney Creek Dr | | Bay City | MI | 48706-3177 | USA |
| Schmidt Gary | | 8835 Midland Rd | | Freeland | MI | 48623 | USA |
| Schmidt Thomas A | | 1435 Maine | | Saginaw | MI | 48602-1766 | USA |
| Schmiedeknecht Gregory | | 9326 Island Dr | | Goodrich | MI | 48438 | USA |
| Schrader Bridgeport Intl Inc | | Altavista Epd | PO Box 102133 | Atlanta | GA | 30368-2133 | USA |
| Select Industries Corp Select Tool & Die | W Timothy Miller | 425 Walnut Stt Ste 1800 | | Cincinnati | OH | 45202 | USA |
| Sharyl Yvette Carter | | 92 Woolery Ln No C | | Dayton | OH | 45415 | USA |
| Shaw Laverne | | 7982 Tributary Ln | | Reynoldsburg | OH | 43068 | USA |

Delphi Corporation
Special Parties

| Name | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|------|--------------------|----------|----------|------|-------|-----|---------|
| Shay Rhonda J | Rhonda J Shay | 13100 Lowell Ave | | Grandview | MO | 64030-3145 | USA |
| Shepherd Jeffrey C | | 810 Kentshire Dr | | Centerville | OH | 45459 | USA |
| Sherwin Williams Company | Sherwin Williams Company | 101 Prospect Ave NW | 625 Republic Bldg | Cleveland | OH | 44115 | USA |
| Short Joanne | | 3432 Tulip Dr | | Bridgeport | MI | 48722 | USA |
| Showers Tee | | 749 Ellsworth Dr | | Trotwood | OH | 45426 | USA |
| Siemens AG | Charles P Schulman | Sachnoff & Weaver Ltd | 10 S Wacker Dr 40th Fl | Chicago | IL | 60606 | USA |
| Siemens AG | Reed Smith LLP | Elena Lazarou | 599 Lexington Ave | New York | NY | 10022 | USA |
| Siemens AG | Reed Smith LLP | Stephen Bobo Arlene Gelman Pia Thompson | 10 S Wacker Dr 40th Fl | Chicago | IL | 60606 | USA |
| Siess Barbara | Siess Barbara | 3701 Dolphaine Ln | | Flint | MI | 48506-2651 | USA |
| Sikorski Rae | | 3920 E Adams Ave | | Cudahy | WI | 53110-2044 | USA |
| Simmons Doris R | | 3225 Elmers Dr | | Saginaw | MI | 48601-6916 | USA |
| Simonds Donald L | | Hc68 Box 78 | | Checotah | OK | 74426-9301 | USA |
| Sims Menort | | 2633 Waldo | | Midland | MI | 48642 | USA |
| Slovik Karin R | | S89 W34691 Eagle Terrace | | Eagle | WI | 53119-1454 | USA |
| Small Parts Inc | | PO Box 7002 | | Logansport | IN | 46947 | USA |
| Smalley Edna | | 1933 Barks St | | Flint | MI | 48503 | USA |
| Smith Jr Richard L | | 5676 Rothbury Ct | | Ypsilanti | MI | 48197-9023 | USA |
| Smith Michael | | 34 Kaymar Dr | | Bergen | NY | 14416 | USA |
| Smith Michael W | | 366 S Marshall | | Pontiac | MI | 48342-3432 | USA |
| Smith Robert M | | 7339 Hubbard Bedford Rd | | Hubbard | OH | 44425-9736 | USA |
| Smithers Mary L | | 3241 Westbrook St | | Saginaw | MI | 48601-6949 | USA |
| Snook Terrence L | | PO Box 477 | | Lakeview | MI | 48850-0477 | USA |
| Sobh Raidan | | 468 Charing Cross Dr | | Grand Blanc | MI | 48439 | USA |
| SPCP Grp Silver Pt Capital Fund Offshore | Attn Brian A Jarmain | Two Greenwich Plaza 1st Fl | | Greenwich | CT | 06830 | USA |
| SPCP Grp Silver Pt Capital Fund Offshore | Otterbourg Steindler Houston & Rosen PC | Scott L Hazan Stanley L Lane | 230 Park Ave | New York | NY | 10169 | USA |
| Spear Michael K | | 2381 Bock Rd | | Saginaw | MI | 48603-3835 | USA |
| Spencer Robert | | 288 Narrows Trace | | Xenia | OH | 45385 | USA |
| Spencer Robert L | | 288 Narrows Trce | | Xenia | OH | 45385-9387 | USA |
| Spronz Jack | | 51 Widgedon Landing | | Hilton | NY | 14468 | USA |
| Sterling Calvin B | | PO Box 5155 | | Flint | MI | 48505-0155 | USA |
| Stilson Nicholas | | 11445 Bay of Firth | | Fenton | MI | 48430 | USA |
| Stine Daniel | | 2000 Michelle Ct | | Miamisburg | OH | 45342 | USA |
| Stine David | | 17121 Kropf Ave | | Davisburg | MI | 48350-1188 | USA |
| Strahm Jr Charles F | | 9600 Downing Rd | | Birch Run | MI | 48415-9734 | USA |
| Straight Mary | | 27 Deer Trail | | Saginaw | MI | 48603 | USA |
| Streeter Steven D | | G 4210 Crosby Rd | | Flint | MI | 48506-1463 | USA |
| Studivent Lutha M | | 830 S 25th St | | Saginaw | MI | 48601-6522 | USA |
| Stupak Susan E | | 4515 Willow Bend Dr | | Arlington | TX | 76017-1341 | USA |
| Suffoletta Gary | | 65 Thruway Ct | | Cheektowaga | NY | 14225 | USA |
| Swan Susan K | | 1538 Maine St | | Saginaw | MI | 48602-1716 | USA |
| Sweet Richard R | | 3069 Ives Rd | | Tecumseh | MI | 49286 | USA |
| Tacey II Kenneth J | | 14631 Potanow Trail | | Orlando | FL | 32837-7208 | USA |
| Tapscott Anna | | 409 7th Ave Sw | | Decatur | AL | 35601-2849 | USA |
| Tarras Joann M | | 308 E Ctr | | Linwood | MI | 48634-9400 | USA |
| Taylor Charles | | PO Box 807 | | Pinconning | MI | 48650 | USA |
| Taylor Charles E | | PO Box 807 | | Pinconning | MI | 48650-0807 | USA |
| Taylor Elowese | | 4766 Eva St | | Saginaw | MI | 48601-6917 | USA |
| Terrie S Kopietz Tod | | Walter J Kopietz | 6342 Heron Pkwy | Clarkston | MI | 48346-4805 | USA |
| Thomas Norma | | 3200 Webber St | | Saginaw | MI | 48601-4024 | USA |
| Thompson Georianna | | 412 Thompson Pl | | Pearl | MS | 39208 | USA |
| Thompson Reford | | 6735 Pine Creek | | Toledo | OH | 43617 | USA |
| Tilden Floyd D | | 3900 Studor Rd | | Saginaw | MI | 48601-5745 | USA |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)                    Page 10 of 12                    6/25/2009 4:06 PM
Post-Solicitation Date Objection Notice special parties 090623

Delphi Corporation
Special Parties

| Name | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Tinsley G W | | 31 Church Green | Kirkby | Liverpool | | L32 1TB | United Kingdom |
| Torr Billy | | 9460 Vanvleet | | Gaines | MI | 48436 | USA |
| Torrey Janice | | 681 Quillette Dr | | Beaverton | MI | 48612-0000 | USA |
| Treter Anthony | | 7143 W 48 Rd | | Cadillac | MI | 49601-9356 | USA |
| Trice Gloria | | 3285 Ridgecliffe Dr | | Flint | MI | 48532 | USA |
| Trice Jr Manuel | | 3575 Southfield Dr | | Saginaw | MI | 48601 | USA |
| Troublefield Thomascine | | 2122 Frueh St | | Saginaw | MI | 48601-4107 | USA |
| Troup Paul | | 3629 Ringle Rd | | Vassar | MI | 48768-9737 | USA |
| Tucker Sylvester | Tucker Sylvester | 801 E Bundy Ave | | Flint | MI | 48505 | USA |
| US Environmental Protection Agency | David J Kennedy | Assistant US Attorney SDNY | 86 Chambers St 3rd Fl | New York | NY | 10007 | USA |
| Vansadia Ghanshyam | | 3646 Hollenshade Dr | | Rochester Hills | MI | 48306 | USA |
| Vaughn Katie | | 2048 Chelan St | | Flint | MI | 48503 | USA |
| Wabler Jr Paul | | 510 Chaucer Rd | | Dayton | OH | 45431 | USA |
| Walker Benjamin N | | 11590 Frost Rd | | Freeland | MI | 48623-8872 | USA |
| Walton Theresa | | 3337 Stonegate Dr | | Flint | MI | 48507 | USA |
| Wandzel James S | | 3536 Church St | | Saginaw | MI | 48604-2143 | USA |
| Ward Gregory | | 6309 Tarascas | | El Paso | TX | 79912 | USA |
| Watkins Bobbie | | 2519 Bobbright St | | Flint | MI | 48505-4908 | USA |
| Watt George | | 2997 Monroe St | | Saginaw | MI | 48604-2321 | USA |
| Webb Janet | | 4906 Birchcrest Dr | | Flint | MI | 48504 | USA |
| Webb Nellie | Webb Nellie | 225 W Dewey St | | Flint | MI | 48505 | USA |
| Weidner Glendale P | | 300 Main St | | Bay City | MI | 48706-5016 | USA |
| Welch Elaine | | 3145 Warner Rd | | Saginaw | MI | 48602-3484 | USA |
| Welker Ellen | | 11 Trentwood Tr | | Lancaster | NY | 14086 | USA |
| Wells Rita | | 213 W Marengo Ave | | Flint | MI | 48505 | USA |
| Wenzlick Patrick | | 1111 Krumm Rd | | Tawas | MI | 48763 | USA |
| Werner Doreen | | 333 Carpenter Rd | | Fostoria | MI | 48435 | USA |
| Wesley Michael | | 18872 W Sharon Rd | | Oakley | MI | 48649-8714 | USA |
| Westenburg Sr Richard E | | 3566 7 Mile Rd | | Bay City | MI | 48706-9427 | USA |
| Weston James | | 4314 S Wayside Dr | | Saginaw | MI | 48603-3060 | USA |
| Westwood Associates Inc | Michelle McNulty | PO Box 431 | | Milford | CT | 06460 | USA |
| Westwood Associates Inc | Swidler Berlin LLP Attn Jonathan Guy | 3000 K Street NW Ste 300 | The Washington Harbour | Washington | DC | 20007 | USA |
| White Cynthia S | White Cynthia S | 1244 Maginn Ct | | Mt Morris | MI | 48458-1737 | USA |
| White Cynthia S | | 2301 Santa Rosa Ave | | Auon Park | FL | 33825 | USA |
| Whitley Alice M | | 3082 E Stanley Rd | | Mount Morris | MI | 48458-8805 | USA |
| Wible James K | James K Wible | 8870 E Slee Rd | | Onsted | MI | 49265 | USA |
| Wicks Sharon | | 9362 Corunna Rd | | Swartz Creek | MI | 48473 | USA |
| Wilcox Frank R | | 445 E Hampton Rd | | Essexville | MI | 48732-8703 | USA |
| Williams Dorothy J | | 2765 Dunkirk Dr | | Saginaw | MI | 48603-3137 | USA |
| Williams Keith B | | 6445 Smoke Rise Trail | | Grand Blanc | MI | 48439 | USA |
| Williams Sheila | Williams Sheila | 2934 Swaffer Rd | | Millington | MI | 48746-9045 | USA |
| Williams Sheila | | 2934 Swaffer Rd | | Millington | MI | 48736 | USA |
| Williamson Terry D | | 9275 Hudson Dr | | Cheboygan | MI | 49721-9414 | USA |
| Wilmouth Rice Janet L | | 110 Mcclelland Ave | | Greenville | PA | 16125 | USA |
| Wilson Edna M | | 591 Mary Erna Dr | | Fairburn | GA | 30213-2721 | USA |
| Winchell Barbara J | | 1932 Vermont St | | Saginaw | MI | 48602-1748 | USA |
| Wisniewski Paul | | 12 Maumee Ct | | Adrian | MI | 49221 | USA |
| Wlodarczak Michael E | | 1605 32nd St | | Bay City | MI | 48708-8726 | USA |
| Wolf Patricia | | 7636 Rathbun Rd | | Birch Run | MI | 48415 | USA |
| Wolos Michael | | 8162 Shady Brook Ln | | Flushing | MI | 48433 | USA |
| Wood Catherine | | 1992 Fairfield Dr | | Rochester Hills | MI | 48306 | USA |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)
Page 11 of 12
6/25/2009 4:06 PM
Post-Solicitation Date Objection Notice special parties 090623

Delphi Corporation
Special Parties

| Name | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|------|-------------------|----------|----------|------|-------|-----|---------|
| Wood James Brian | | 8167 Mitchell Dr | | Sylvania | OH | 43560 | USA |
| Wood James Brian | | 8167 Mitchill Dr | | Sylvania | OH | 43560 | USA |
| Woodfork Minnie | Woodfork Minnie | 241 E Gracelawn Ave | | Flint | MI | 48505-2707 | USA |
| Woods Robert | | 1503 Congress Ave | | Saginaw | MI | 48602-5126 | USA |
| Young Denise S | Denise Young | 4697 Mallards Landing | | Highland Twp | MI | 48357 | USA |
| Youngblood Jones Lilly P | | 6045 Sheridan Rd | | Saginaw | MI | 48601-9716 | USA |
| Zemla Mary | | 6171 Hoover Rd | | Sanborn | NY | 14132 | USA |
| Zinz Mary | | 4015 Richlyn Ct | | Bay City | MI | 48706-2430 | USA |
| Zombar Ronald | | 840 Cresta Alta | | El Paso | TX | 79912 | USA |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 12 of 12

6/25/2009 4:06 PM
Post-Solicitation Date Objection Notice special parties 090623

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE TO PARTIES SUBJECT TO A POST-SOLICITATION DATE OBJECTION

       PLEASE TAKE NOTICE that on June 16, 2009, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an order which, among other things, (i) approved solicitation with respect to modifications to the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, as modified (the "Modified Plan") filed by Delphi Corporation and its affiliated debtors and debtors-in-possession (the "Debtors"), (ii) approved a supplement to the disclosure statement approved by the Bankruptcy Court on December 10, 2007 (the "Supplement"), and (iii) set a final hearing date to consider approval of the Modified Plan (the "Modification Procedures Order") (Docket No. 17032).

       PLEASE TAKE FURTHER NOTICE that on or about June 20, 2009, the Debtors mailed a solicitation package to you, which may have included a ballot that was populated with data that is based upon the claims register as of June 8, 2009, the record date established by the Bankruptcy Court.

       PLEASE TAKE FURTHER NOTICE that the Debtors have recently filed an objection to your claim or interest.  In accordance with the Modification Procedures Order, your vote will now be tabulated in an amount and classification consistent with the modifications requested in the current objection (or, if the objection seeks to disallow and expunge your claim, your vote will not be tabulated).

       PLEASE TAKE FURTHER NOTICE that certain parties may not have received a ballot if, as of June 20, 2009, their claim was either (i) subject to a previous objection by the Debtors seeking to disallow their claim or (ii) in a non-voting class prior to June 20, 2009.  Pursuant to the recently filed objection, certain parties claims (x) that were subject to a pending objection to disallow such claims are subject to an objection that rescinds such request or (y) are subject to an objection to reclassify such claims from a non-voting class to a voting class.  If you are the holder of such a claim, you may now be eligible to vote on the Modified Plan.  Because you did not receive a ballot as part of the June 20, 2009 solicitation mailing, you must file a Rule 3018(a) Motion (defined below) if you wish to cast a ballot.

       PLEASE TAKE FURTHER NOTICE that, to the extent that you wish to vote your claim or interest in an amount and classification other than that in the Debtors' objection, you must file a motion requesting temporary allowance of your claim or interest for purposes of voting pursuant to Bankruptcy Rule 3018(a) ("Rule 3018(a) Motion").  If you timely file and serve a Rule 3018(a) Motion, you will receive a provisional ballot and will be permitted to cast this provisional ballot to accept or reject the Modified Plan.  If you and the Debtors are unable to resolve the issues raised by the Rule 3018(a) Motion, the Bankruptcy Court will determine at the hearing to consider approval of the Modified Plan whether the provisional ballot should be counted as a vote on the Modified Plan.

       PLEASE TAKE FURTHER NOTICE that the deadline for filing and serving a Rule 3018(a) Motion is **4:00 p.m. (prevailing Eastern time) on July 2, 2009** (unless the Debtors object to your claim or interest after June 19, 2009, in which case the deadline for filing and serving a Rule 3018(a) Motion for that claim or interest will be ten days following the filing of the Debtors' objection).

Delphi Legal Information Hotline:       Delphi Legal Information Website:
Toll Free:  (800) 718-5305              http://www.delphidocket.com
International:  (248) 813-2698


Dated:    New York, New York
          June 23, 2009

                    SKADDEN, ARPS, SLATE, MEAGHER
                     & FLOM LLP
                        John Wm. Butler, Jr.
                        Ron E. Meisler
                    155 North Wacker Drive
                    Chicago, Illinois 60606

                            - and –

                      Kayalyn A. Marafioti
                      Thomas J. Matz
                    Four Times Square
                    New York, New York 10036

                    Attorneys for Delphi Corporation, et al.,
                      Debtors and Debtors-in-Possession