Ralph E. Young
6868 Woodhills Dr NE
Rockford, Michigan 49341


Telephone: 616-866-9151


June 22, 2009


Honorable Robert D. Drain
Docket Number 05-44481 (RDD)
United States Bankruptcy Judge – Southern District of New York
One Bowling Green
New York, NY 10004-1408


Ref. - Docket Number: 05-44481 (RDD)


Dear Honorable Robert D. Drain,

This letter is being written to object to the June 1, 2009 Master Disposition Agreement, Article 9.5.11, declaring that severance payments will be terminated upon the emergence date.

In mid December of 2008 the plant personnel office presented me with information on the Delphi Separation Allowance Plan and a form entitled "Separation Allowance Plan Release of Claims" Revised November 2008. I was asked if, to aid Delphi in its cost reduction and reorganization, I would accept a separation from employment and wave certain rights in exchange for twelve (12) months of separation payments. On 1-5-2009, upon my return to work following the Christmas/New Year holiday period, I signed the Separation Allowance Plan Release of Claims (copy attached) based on the offer made in December 2008 with the expectation of receiving the twelve (12) months of contractual Semi-Monthly separation payments in lieu continued employment as offered. If I had not expected Delphi to fulfill its obligations I would have continued my employment.

My agreement (contract) with Delphi was signed during Delphi's bankruptcy, I waived certain rights that were of value to me and thus provided an item of value to Delphi, General Motors Corporation.

Once Delphi completed acceptance of my Release of Claims form, I had a (7) seven day revocation period. Upon expiration of the (7) seven day period, my separation date was set and I was separated from employment 3-1-2009.