June 22, 2009

Honorable Robert D. Drain
Case Number 05-44481 (RDD)
United States Bankruptcy Judge – Southern District of NY
One Bowling Green
New York, NY 10004-1408

Subject: Case Number 05-44481 (RDD)

Dear Judge Drain,

I am a Delphi Salaried Retiree that is writing to you to object to the June 16, 2009 Master Disposition Agreement, Article 9.5.11, which declares that severance payments will be terminated upon the closing date (emergence from bankruptcy).

On March 1, 2009, I entered into a legal contract (Separation Agreement) with Delphi that entitled me to 6 months of severance pay. The contract was entered into during bankruptcy and is a valid contract that is legal and binding and I expect it to be honored. Delphi requested that employees waive certain rights in order to receive severance payments. (Release of Claims)

I believe that severance payments are Administrative Claims, and I will file an Administrative Claims Form with the court in the near future.

As a Delphi Salaried Retiree, I have already been negatively impacted by the termination of my healthcare and potential reduction of my pension, if it is taken over by the PBGC.

Please reconsider your position on this matter. The overall liability for continued severance payments is low, but loss of any severance pay, personally, will instill another hardship on my family.

Regards,

Nancy M. Durant
Nancy M. Durant
8421 Fairfax Ct.
Davison, MI 48423-2101

RECEIVED
JUN 2 6 2009
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK