Eric Redmond
760 Melville St.
Rochester, NY 14609

Honorable Robert D. Drain
United States Bankruptcy Judge
One Bowling Green
New York, NY 10004-1408
Regarding case #05-44481 (RDD)

Judge Drain,
I feel I must write this letter to oppose Master Disposition Agreement (Article 9.9.11.) that allows for a discontinuation of severance payments. These payments were agreed under a contract entered into in Jan. 2009 while Delphi was in bankruptcy. My family and I were using these payments to offset the costs of medical and insurance benefits. I feel that the severance payments are a contract liability, not a Delphi provided benefit. I have met all my conditions of the severance agreement and expect Delphi to honor theirs. I feel this is a small price to pay for the benefits that I have been deprived of after 29 years of service. I plan on submitting an administrative expense claim form with the court.

Sincerely,
Eric Redmond



RECEIVED
JUN 26 2009
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK