## Honorable Robert D Drain
## Docket Number 05-44481 (RDD)
United States Bankruptcy Judge-Southern District of NY
One Bowling Green
New York, NY 10004-1408
Fax  914-390-4073

Honorable Robert D Drain

My name is Paul Talley, I am a Retired Manufacturing Engineer, from Delphi's Home Avenue Operations.  I retired from Delphi February 1, 2009 after 37 years of service with 12 months severance entitlement per Delphi's procedures in effect at that time. **I object to the June 1, 2009 Master Disposition Agreement Article 9.511 declaring that severance payments will be terminated upon closing date. These payments were agreed to by both parties contractually, they were not provided as a Delphi benefit. In addition the agreement was not signed until December of 2008, well into the Delphi bankruptcy.  Finally, I believe this to be an administrative claim, and will be filing same before the appropriate deadline.**

During the preparation for retirement I was told by Delphi Human Resource personnel and Delphi leadership that in order to receive the severance pay I was *required* to sign a contract giving up certain rights listed in the contract. I was told that if I elected not to sign the contract I would not receive the severance pay.  I signed the contract in the presence of and witnessed by Delphi leadership with the intent of fulfilling my terms of the contract. I fully expected Delphi to fulfill their terms of the contract which is paying me the full amount of the severance agreement. I signed the contract December 4, 2008 with an effective retirement and severance date of February 1, 2009 which as I previously stated was during the Bankruptcy proceedings of Delphi.

Many of my co-workers retired prior to December 2008 and signed the same contract I signed but received their severance payment as a lump sum payment.  A few of us were asked to stay a few extra months to protect our customers.  Now it appears that could have been a disastrous decision.

Judge Drain, as salaried retirees, we have suffered enough, with the loss of health and life insurance, with the pending likelihood of our pensions rolling to the PBGC at a greatly reduced rate, and now, the one thing I thought they could not touch due to this being a contractual obligation they want to toss out as well.

Respectfully,

Paul E Talley
6217 Longford Road
Huber Heights, OH 45424  (937)236-1945
Paul4talley@yahoo.com
Delphi Salaried Retiree
20-Jun-09



RECEIVED JUN 26 2009
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK