6/22/09

Honorable Robert D. Drain
Case Number 05-44481 (RDD)
U.S. Bankruptcy Court, Southern District of NY
One Bowling Green
New York, NY 10004

Dear Judge Drain:

I am a recently separated management employee from Delphi Corporation. I object to the June 1, 2009 Master Disposition Agreement, Article 9.5.11 in which Delphi Corporation seeks to terminate their contractual obligations to honor post-petition employee severance agreements.
I believe the severance agreements and payments between Delphi and its former management employees to comprise Administrative Claims, and I intend to file an Administrative Expense Claim Form with the Court.

In February 2009 I signed a legally binding contract releasing all claims against Delphi Corp. in return for a 12-month severance payment from Delphi Corp. to be paid in 12 monthly installments. Delphi HR informed me that this payment was a one-time only contract, never to be offered again and not part of any benefit package available to other Delphi employees. I understood from my local Delphi HR reps, Mr. E. Peet and Ms. K. Shed, that my signature on this separation contract represented a one-way commitment to accept termination on my part, and a binding agreement on Delphi's part to honor the terms of the agreement.

Please do not take my plea lightly. I was counting on this severance payment to pay for the premiums on my recently Delphi-cancelled health care benefit and local and NYS taxes, and to help bridge my family's household income until I can find re-employment.

Thank you for your consideration.

Sincerely,

Peter D. Schlachter



RECEIVED
JUN 26 2009
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK