DATE:       June 22, 2009

TO:         Honorable Robert D. Drain
            Case Number 05-44481 (RDD)
            United States Bankruptcy Judge - Southern District of NY
            One Bowling Green
            New York, NY 10004 -1408

SUBJECT:    Objection Case Number 05-44481 (RDD) Article 9.5.11

Honorable Robert D. Drain:

I am writing you to communicate my objection to Delphi Corporation's June 16, 2009 Master Disposition Agreement, Article 9.5.11. This article declares that severance payments will be terminated upon the closing date (emergence date).

I believe I have in my possession a legal, binding and enforceable contract with Delphi Corporation entered into during bankruptcy dated March 27, 2009. My expectation is for my contract to be fulfilled by Delphi, as it has been fulfilled by me. My severance payments were provided in exchange for my waiver of certain rights via the Release of Claims. As such the severance payments are a contractual liability and not a Delphi provided benefit. I believe severance payments are Administrative Claims and I plan to file to file an Administrative Expense Claim Form claim with the court in the near future.

The effective date of my contract is May 1, 2009, which incidentally is also my retirement date. If severance payments are denied on the July 23, 2009 court date, I personally will be denied 3.5 month's salary which was committed to me by contract. I along many other Delphi Retirees are depending on these severance payments to meet our financial obligations (food, mortgage payments, health care payments, life insurance payments, tuition payments and other basic necessities of life) as we seek alternative means of additional cash flow in a economically depressed market. I would be remise if I failed to mention that retirees have already been impacted economically by benefit termination and the pending pension reduction (transfer to PBGC).

I strongly urge you to consider the financial and personal hardships that will be endured by all individuals depending on Delphi's commitment to make Severance payments. I am requesting you to please deny Delphi's request to terminate severance payments.

Sincerely,

*Linda T. Jones*

Linda T. Jones
3809 Founders Club Drive
Sarasota, FL 34240
941.706.4703
E-mail: vadphgal@aol.com



RECEIVED
JUN 26 2009
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK