UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE

DELPHI Corporation, et AL,

Debtors

Chapter 11

Case No.

05-44481 (RDD)

(Jointly Administered)

Motion FOR Jonathan Lee Riches to intervene as a Plaintiff and creditor under Federal Rules of Bankruptcy Procedure Rule 7024, and Rule 24(A)², 24(B)

Comes Now, Jonathan Lee Riches, as a creditor to Delphi Corporation, moves to Intervene in this Bankruptcy case as a Plaintiff and creditor under Rule 24(A)² - as a unconditional matter of right. Zuber v. Allen, and under Rule 24(B) - permissive Intervention. Neuilles v. EEOC. I have a common vested interest with this case, as being a creditor for Delphi from May 2002 through Feb 2003, I have a financial stake in this Bankruptcy. My Intervention brings Questions of Laws and Facts that are common in this Action, I've invested in Equity the Delphi corpation Leased along with Corporate Advertising with Delphi. I have documents, exhibits, and Financial charts to present this court. I can be reached or Contacted at the below Address as Jonathan Lee Riches prays this honorable court will grant his motions for relief.

respectfully,

6-21-09

Jonathan Lee Riches
#40948018
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512
859-255-6812

RECEIVED
JUN 26 2009
U.S. BANKRUPTCY COURT, SDNY

I certify that the foregoing motions were sent copied to the following parties via the United States Postal Service on 6/21/09 to:

Skadden, Arps, Slate, Meagher & Flom LLP
John Wm. Butler JR.
John Ron E. Meisler
333 West Wacker Dr.
Ste 2100
Chigago, Illinois 60606

Kayalyn A. Marafioti
Thomas J. Matz.
Four Times Square
NY, NY, 10036
Attorneys For Delphia Corp

Kurtzman Carson Consultants LLC
2335 Alaska Ave
El Segundo, California 90245

respectfully

6/21/09

Jonathan Lee Riches
#40948018
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512
859-255-6812

RECEIVED
JUN 2
U.S. BANKRUPTCY C...