**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re: | |
| **DELPHI CORP., et al.,** | Chapter 11 Case No. |
| | 05-44481 (RDD) |
| **Debtors.** | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF FIRM REGISTRATION AS AN LLP**
**AND NAME CHANGE**

PLEASE TAKE NOTICE that Davis Polk & Wardwell has registered with the New York Secretary of State as a limited liability partnership, effective June 19, 2009, and has changed its name to Davis Polk & Wardwell LLP.

New York, New York
Dated: June 29, 2009

By:   */s/* Donald S. Bernstein
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone:    (212) 450-4000
Facsimile:    (212) 450-6501
Donald S. Bernstein
Benjamin S. Kaminetzky
Brian M. Resnick

*Counsel to JPMorgan Chase Bank, N.A.*