**Hearing Date: July 1, 2009**
                                    **Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
Albert L. Hogan III
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                     :
  In re                               :   Chapter 11
                                     :
DELPHI CORPORATION, et al.,    :   Case No. 05-44481 (RDD)
                                     :
                      Debtors.    :   (Jointly Administered)
                                     ::
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### PROPOSED OFF-OMNIBUS HEARING AGENDA

<u>Location Of Hearing</u>:        United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, Room 610, 6th Floor, One Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (None)

    C.    Uncontested, Agreed, Or Settled Matters (1 Matter)

    D.    Contested Matters (None)

    E.    Adversary Proceedings (None)

**B.    Continued Or Adjourned Matters (None)**

**C.    Uncontested, Agreed, Or Settled Matters**

    1.    **"Platinum Expense Reimbursement Motion"** - Expedited Motion For Order Under 11 U.S.C. § 363 And Fed. R. Bankr. P. 2002, 6004, And 9014 Authorizing Debtors To Provide Expense Reimbursement To Platinum Equity Advisors, LLC In Connection With Sale Of Debtors' Assets Pursuant To Master Disposition Agreement (Docket No. 17317) (the "Motion")

    *Responses filed:*    None

    *Reply filed:*    None

    *Related filings:*    *Declaration Of Kayalyn A. Marafioti In Support Of Expedited Motion For Order Under 11 U.S.C. § 363 And Fed. R. Bankr. P. 2002, 6004, And 9014 Authorizing Debtors To Provide Expense Reimbursement To Platinum Equity Advisors, LLC In Connection With Sale Of Debtors' Assets Pursuant To Master Disposition Agreement (Docket No. 17318)*

    *Notice Of Expedited Motion For Order Under 11 U.S.C. § 363 And Fed. R. Bankr. P. 2002, 6004, And 9014 Authorizing Debtors To Provide Expense Reimbursement To Platinum Equity Advisors, LLC In Connection With Sale Of Debtors' Assets Pursuant To Master Disposition Agreement (Docket No. 17337)*

    *Status*:    The hearing with respect to this matter will be proceeding. No objections to the Motion have been filed as of the filing of this agenda.

**D.**     **Contested Matters (None)**

**E.**     **Adversary Proceedings (None)**

Dated: New York, New York
       June 30, 2009

                               SKADDEN, ARPS, SLATE, MEAGHER
                                    & FLOM LLP

  By: /s/ John Wm. Butler, Jr.
      John Wm. Butler, Jr.
      Albert L. Hogan III
      Ron E. Meisler

155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

      - and -

  By: /s/ Kayalyn A. Marafioti
      Kayalyn A. Marafioti

Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession