8575 Carriage Hill
Warren, Ohio 44484
June 16, 2009

Honorable Robert D. Drain
**Docket Number 05-44481** (RDD)
United States Bankruptcy Judge - Southern District of NY
One Bowing Green
New York, NY 10004 -1408

Honorable Judge Drain,

I am writing in objection to Delphi's attempt to decline payment on the equivalent of six months salary in severance pay agreed upon as part of our separation agreement signed in April of this year.

With the signing of the separation agreement, I entered a legal, enforceable contract during bankruptcy. I fully expect it to be honored by Delphi, as I have honored the agreement. My severance pay was promised in exchange for the waiver of certain rights via the Release of Claims, a contract made with Delphi taking effect on 4/30/09 with payments being made in installments, but effective on this date.

As far as I am concerned I have a valid, binding, and legal contract. I expect full payment of the $39,600 that I was legally promised in exchange for reluctantly ending my Delphi employment at twenty-seven years of service.

Respectfully,

Bill Flynn
27 Year Delphi Employee

*Objection to June 1, 2009 Master Disposition Agreement, Article 9.5.11*