Honorable Robert D. Drain
United States Bankruptcy Judge – Southern District of N.Y.
1 Bowling Green
New York, New York 10004-1408

Docket Number 05-44481 (RDD)

Your Honor,

I am writing in objection to the June 1, 2009 Master Disposition Agreement, Article 9.5.11 filed on behalf of Delphi Corporation. My points for consideration are as follows:

In January of this year, I accepted a severance package from Delphi, which included monthly payments to be made to me. In exchange, I relinquished certain rights via the Release of Claims form I was required to sign. This is a legal and binding contract, which was entered into during the bankruptcy period. Severance pay is not part of any benefit plan and must not be treated as such. I do not have the right to cancel this contract and return to employment. Likewise, Delphi must not be allowed to cancel such agreement. I began receiving severance payments in April 2009 and they are to extend for twelve months.

In closing, Your Honor, I would like to state that Delphi should have known, at the time of this agreement, whether or not they could meet their commitment. Please REJECT their request noted above.

Sincerely,

Paul Paraskevopoulos