DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 450-6501
Donald S. Bernstein (DB 6681)
Karin S. Day (KD 5039)
Brian M. Resnick (BR 4687)

*Counsel to JPMorgan Chase Bank, N.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                        :
**In re:**                                                              :
                                                                        : **Chapter 11 Case No.**
                                                                        :
**DELPHI CORP., et al.,**                                               : **05-44481 (RDD)**
                                                                        :
                                                                        : **(Jointly Administered)**
**Debtors.**                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )    ss:
COUNTY OF NEW YORK   )

Jonathan E. Armstrong, being duly sworn, deposes and says:

1. I am not a party to this action, I am over eighteen years of age and I am employed by the law firm of Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017.

2. That on the 29th and 30th days of June, 2009, I caused true and correct copies of *Notice of Firm Registration as an LLP and Name Change* (the

"**Notice**") and *Joinder of JPMorgan Chase Bank, N.A. in Objections to the Debtors' Expedited Motion for Order Under 11 U.S.C. Sect. 363 and Fed. Bankr. R. 2002, 6004, and 9014 Authorizing Debtors to Provide Expense Reimbursement to Platinum Equity Advisors, LLC in Connection with Sale of Debtors' Assets Pursuant to Master Disposition Agreement* (the "**Joinder**") to be filed and served via the Electronic Court Filing system.

        3.    I further declare that on the 29th and 30th days of June, 2009, I caused copies of the above-referenced pleadings to be served upon the parties identified in Exhibit A hereto in the manner indicated therein.

Dated:   New York, New York
           June 30, 2009

                                          /s/ Jonathan E. Armstrong
                                              Jonathan E. Armstrong

Sworn to before me this
30th day of June, 2009.

/s/ Marguerite M. Melvin
Marguerite M. Melvin
Notary Public, State of New York
No. 01ME6114505
Qualified in New York County
Commission Expires August 16, 2012

# Exhibit A

**By Hand (Joinder Only)**

| | |
|---|---|
| Honorable Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court<br>for the Southern District of New York<br>One Bowling Green<br>New York, New York 10004 | Brian S. Masumoto<br>Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |

**By Overnight Mail (Notice Only)**

| | |
|---|---|
| Honorable Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court<br>for the Southern District of New York<br>One Bowling Green<br>New York, New York 10004 | Brian S. Masumoto<br>Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |

**By Overnight Mail (Joinder and Notice)**

| | |
|---|---|
| John Wm. Butler, Jr.<br>Ron E. Meisler<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606 | General Counsel<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098 |
| Kayalyn A. Marafioti<br>Thomas J. Matz<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, New York 10036 | Robert J. Rosenberg<br>Mark A. Broude<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, New York 10022 |
| Craig A. Wolfe<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, New York 10178 | Adam C. Harris<br>David J. Karp<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, New York 10022 |

| | |
|---|---|
| Jeffrey L. Tanenbaum<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153 | Richard Mancino<br>Marc Abrams<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, New York 10019 |
| Matthew L. Schwartz<br>Joseph N. Cordaro<br>United States Department of Justice<br>86 Chambers Street, 3rd Floor<br>New York, New York 10007 | John J. Rapisardi<br>Oren B. Haker<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, New York 10281 |