IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                      :
      In re                           :   Chapter 11
                                      :
DELPHI CORPORATION, et al.,           :   Case No. 05-44481 (RDD)
                                      :
                          Debtors.    :   (Jointly Administered)
                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

# AFFIDAVIT OF PUBLICATION OF BLAIR PARKMAN IN THE DETROIT NEWS AND DETROIT FREE PRESS

# AFFIDAVIT OF PUBLICATION

STATE OF MICHIGAN

COUNTY OF WAYNE

CITY OF DETROIT

    I, Blair Parkman, being duly sworn on oath say he/she is and during all times herein stated has been the publisher of the publisher's designated agent in charge of the publication known as

The Detroit News and Detroit Free Press

And has full knowledge of the facts herein stated as follows:

    The ad for Delphi with Insertion Order # R6170002 was distributed to Publisher's full circulation on the 19th day of June, 2009.

By: _____

Subscribed and sworn to before me
this 19th day of June, 2009.

Notary Seal:

_____
Notary Public

MARCIA L YOUNGLOVE
Notary Public - Michigan
Wayne County
My Commission Expires Aug 1, 2010
Acting in the County of Wayne

CALL **1-800-WANT-ADS** TO PLACE YOUR WANT AD

# Classifieds    To

## LEGAL NOTICE/BIDS/PROPOSALS

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re ) Chapter 11
DELPHI CORPORATION, et al., ) Case No. 05-44481 (RDD)
Debtors. ) (Jointly Administered)

NOTICE OF BAR DATE FOR FILING PROOFS OF ADMINISTRATIVE EXPENSE

PLEASE TAKE NOTICE that on June 16, 2009, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an order (the "Modification Procedures Order") (Docket No. 17032), which among other things, established **July 15, 2009** (the "Administrative Expense Bar Date") as the last date to file proofs of administrative expense (each, an "Administrative Expense Claim Form") for the purpose of asserting administrative expense claims ("Administrative Expense Claims" or "Claims"), against Delphi Corporation ("Delphi") and its affiliated debtors and debtors-in-possession (the "Debtors" or "Company"). The Administrative Expense Bar Date and the procedure set out below for filing proofs of administrative expense with respect to Claims apply to all alleged postpetition Claims against the Debtors that arose, accrued, or that were incurred on or before **June 1, 2009**.

PLEASE TAKE FURTHER NOTICE THAT the Modification Procedures Order requires all parties to file an Administrative Expense Claim Form with Kurtzman Carson Consultants LLC ("KCC"), the claims, noticing, and solicitation agent in these cases, **so that such Administrative Expense Claim Form is received on or before 5:00 p.m., prevailing Eastern time, on the Administrative Expense Bar Date**.

WHO SHOULD FILE AN ADMINISTRATIVE EXPENSE CLAIM FORM. You must file an Administrative Expense Claim Form if you believe that you are entitled to an Administrative Expense Claim as described in 11 U.S.C. § 503, except as provided below.

You do not need to file an Administrative Expense Claim Form for (i) any claim for post-petition goods and services delivered to the Debtors prior to June 1, 2009 that are not yet due and payable pursuant to the applicable contract terms, (ii) employee claims arising prior to June 1, 2009 for wages, salary, and other benefits arising in the ordinary course of business that are not yet due and payable; (iii) any claim for which the party has already properly filed an Administrative Expense Claim Form or a proof of claim form with the Court which has not been expunged by order of the Court and provided that such proof of claim clearly and unequivocally sets forth that such claim is made for an administrative expense priority; (iv) any claim for fees and/or reimbursement of expenses by a professional employed in these chapter 11 cases accruing through January 25, 2008, to the extent that such claim is subject to this Court's Interim Compensation Orders,' or (v) any claim asserted by any Debtor or any direct or indirect subsidiary of any of the Debtors in which the Debtors in the aggregate directly or indirectly own, control or hold with power to vote, 50% or more of the outstanding voting securities of such subsidiary.

TIME AND PLACE FOR FILING ADMINISTRATIVE EXPENSE CLAIMS. **A signed original of any Administrative Expense Claim Form, together with accompanying documentation, must be delivered to Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245, so as to be received no later than 5:00 p.m., prevailing Eastern time, on the Administrative Expense Bar Date.** Claims may be submitted in person or by courier service, hand delivery or mail addressed to KCC at the foregoing address. Any Claim submitted by facsimile, e-mail, or by other electronic means will not be accepted and will not be deemed filed until such Claim is submitted by one of the methods described in the preceding sentence. Claims will be deemed filed only when actually received by KCC. If you wish to receive acknowledgment of KCC's receipt of your Claim, you must also submit a copy of your original Claim and a self-addressed, stamped envelope.

CONSEQUENCES OF FAILURE TO TIMELY SUBMIT ADMINISTRATIVE EXPENSE CLAIM FORM. ANY PARTY THAT IS REQUIRED BUT FAILS TO FILE AN ADMINISTRATIVE EXPENSE CLAIM FORM IN ACCORDANCE WITH THIS NOTICE ON OR BEFORE THE ADMINISTRATIVE EXPENSE BAR DATE SHALL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING SUCH CLAIM AGAINST THE DEBTORS AND REORGANIZED DEBTORS, AS APPLICABLE, AND THEIR PROPERTY SHALL BE FOREVER DISCHARGED FROM ANY AND ALL INDEBTEDNESS, LIABILITY, OR OBLIGATION WITH RESPECT TO SUCH CLAIM.

PLEASE TAKE FURTHER NOTICE that all pleadings and orders of the Bankruptcy Court are publicly available along with the docket and other case information by accessing the Delphi Legal Information Website at www.delphidocket.com and may also be obtained, upon reasonable written request, from the Creditor Voting Agent, Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, California 90245, Att'n: Delphi Corporation, et al.

Delphi Legal Information Hotline:    Delphi Legal Information Website:
Toll Free: (800) 718-5305    http://www.delphidocket.com
International: (248) 813-2698
Dated: New York, New York, June 16, 2009

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
John Wm. Butler, Jr., Ron E. Meisler, 333    Kayalyn A. Marafioti, Thomas J. Matz, Four
West Wacker Drive, Suite 2100, Chicago,    Times Square, New York, New York 10036
Illinois 60606
Attorneys for Delphi Corporation, et al., Debtors and Debtors-in-Possession

' See Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated November 4, 2005 (Docket No. 869) (the "Interim Compensation Order"); Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated March 8, 2006 (Docket No. 2747) (the "Supplemental Compensation Order"); Second Supplemental Order Under 11 U.S.C. Section 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated March 28, 2006 (Docket No. 2986) (the "Second Supplemental Interim Compensation Order"); and Third Supplemental Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation And Reimbursement Of Expenses Of Professionals, dated May 5, 2006 (Docket No. 3630) (the "Third Supplemental Interim Compensation Order"); Fourth Supplemental Order Under 11 U.S.C. Section 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated July 13, 2006 (Docket No. 4545) (the "Fourth Supplemental Interim Compensation Order"); Fifth Supplemental Order Under 11 U.S.C. Section 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses, dated October 13, 2006 (Docket No. 5310) (the "Fifth Supplemental Interim Compensation Order"); Sixth Supplemental Order Under 11 U.S.C. Section 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated December 12, 2006 (Docket No. 6145) (the "Sixth Supplemental Interim Compensation Order"); and the Seventh Supplemental Order Under 11 U.S.C. §331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated January 28, 2008 (Docket No. 12367) (together with the Interim Compensation Order, the Supplemental Compensation Order, the Second Supplemental Interim Compensation Order, the Third Supplemental Interim Compensation Order, the Fourth Supplemental Interim Compensation Order, the Fifth Supplemental Interim Compensation Order, and the Sixth Interim Compensation Order, the "Interim Compensation Orders").

1942841-01pdf



TIGERS, DTE KID ROCK

## EDUCATIONAL

**NEED YOUR HIGH SCHOOL DIPLOMA?** Finish from home fast for $399. Nationally accredited. EZ Pay. FREE Brochure. www.diplomaathome.com Call 1-800-470-4723

## BIRDS

**MACAW - 11 wk old** baby, blue/gold, w/ lrg cage, $1200. 248-943-8257

## CATS

HIMALAYAN, PERSIAN & RAGDOLL lap kittens, all colors, 7-10 wks. guar. $200+ 734-776-6130; 734-326-9209

**MAINE COON - Kittens.** Big, exotic. $600. 734-748-4370

## DOGS & KENNELS

**Absolutely Adorable Puppies**



Petland
PETLAND PETS MAKE LIFE BETTER!

$200 OFF ALL REG PRICED PUPPIES With This Ad!
100% Financing Avail
• Exclusive 3 Year Warranty
• 3 Free Vet Exams
• $100 Off Spay/Neuter
• Lifetime Training Asst.
• Micro-Chipped
• Vaccinated/De-Wormed
+ Much Much More
Beagles, Bichons, Bostons, Boxers, Bulldogs, Chihuahuas, Cockers, Doxies, Goldens, Havanese, Huskies, Jap Chins, Labs, Lhasas, Maltese, Min Schnauzers, Mixes, Papillons, Poms, Poodles, Rotties, Shibas, Shih Tzus, Westies, Designer Breeds & More. Pure breed kittens.
**Petland Twelve Oaks Mall, Novi Michigan (248) 449-7340**

Alaskan Malamute AKC pups 1st shots wormed vet checked. $300 586.419.8677

ALL SMALL BREED & designer puppies $199 + (313) 615-8514.

AMERICAN BULL DOGS - ABA, 7 wks, 3 males, 2 fem, $550. 248-481-6166

American Eskimo Puppies 2 males, AKC & UKC registered. Sandi 586-727-5803

**ATTENTION PET LOVERS** Detroit Newspapers discourages ads which offer pets for free. These ads may draw responses from individuals who might use your animal for research, breeding or other purposes. We recommend asking a nominal price for your pet. Please be sure to screen respondents carefully. **Your pet will thank you!**

Australian Sheperd puppies 6 wks. wormed, 1st shots, 313-420-9846/313.893.8174



Awesome designer breed pups $199+ 734-487-0800 (Ypsilanti) and new store Wyandotte (734-281-3800). www.petcitypets.com

BICHON POO, Pomeranian Malti Poo + Others. $275-UP 517.467-5555.

Blue Bully pups, razors edge, & gotti. Big head & boned. $600-$800 616.328.1071

**Dashchund AKC** mini pups, 1st. Shots, Parents on site. $400. (586)942-0209

**DOBERMAN PUPS** AKC shots, wormed, exc. temp., 248.634.7150 810.513.1851

**DOBERMAN PUPS, ch.** bldine blk & rust males/fems 7 wks, $400 313-377-3428

**English Bulldog Puppies** AKC all colors, guarnt'd $1800-$2500. 989-252-6970

ENGLISH BULLDOG puppies available. 3 males & 2 females. Visit Bulldogs byDililah.com or email Puppies@Bulldogsby Dililah.com 734.652.8802

English Bulldog pups AKC 3 males left, white w/ markings $1500. 419-410-9432

**ENGLISH BULLDOGS** Champion bloodlines, Phoenix bldln. 586.634.4670

**ENGLISH BULL Dogs & English/Boston mix pups** $450 up cash 248-379-0041

ENGLISH Springer Spaniel Pups, AKC, ch. bloodlines 810-441-7057 248.563-1705



FRENCH BULL-CHIH pups $500. Boston-Pug mix $300 Crazy Cute. 810.496.3697

GERMAN SHEPHERD - AKC, 7 Weeks, first shots, wormed, male & female, $350. 248-722-4297



German Shepherd Pups AKC. German Bloodline. Straight back, DNA & Pedigree provided, 6 wks., shots, dewormed, FREE Flea & Heartworm pill. $1000. (734)552-0139

German Short Hair Pointer Pups Vet check. guar. $500- $600 810.655.6376

**Great Dane Pups -** AKC, big boned, merles, blacks, shots, $750   231-525-9379

Lab Pointing Griffon pups yellow, liver, blk, Parent AKC 6 wks, house raised. $75 810.395.8364/810.357.3487

**LAB Pups Chocolate** AKC born 5/2, 1st shots, wormed dews removed, ready to go! $350. 313-791-2490.

**LABS pups AKC** wormed first shots, dew claws, blk & choc. $400 586-294-6666

**LABS -** young, pure adults, housebroke/UTD shts $275- $350 734-421-8840



Maltese $550+ Malte-Poos & Morkies $375.+ T-cup toys no-shed 989.225.1367

Mini SCHNAUZERS, male black & black & silver, family raised, 8 wks, 586.468.2339

OLDE ENGLISH Bulldog puppies, shots, wormed, Call 734-883-8501

## DOGS & KENNELS

**TOY YORKIE - AKC reg.,** very tiny, up to date on shots. 734-417-4198

**Weimaraner Puppies** AKC Beautiful blues & grays. $600/cash 517.676.4091

WESTIE PUPPIES - AKC males, taking deps, top quality. 269-521-3210

Wheaten Puppies. AKC Great temperment. Non shed, vet checked. Health guaranteed (810)387-3522

**YORKIE AKC 1 female** shots given, 11 wks. $600   313.443-6970

**YORKIE - CKC Female,** shots, wormed, Tiny, $700. 313-346-3615

YORKIE PUPPIES 2 males left $550, 1st shots. vet ck'd hurry 586-443-3753

**YORKIE** Pups pure bred, 1 male 3 fem. shots/wormed 810.346-3489 810.614-2743

**YORKIE, YORKIE POO MIX & POMS Adorable** $375 + CASH 248-379-0041



YORKIE, Yorkie-Poos & Shorkies, toy size, no shed $375. + 989-225-1367

**YORKIS-3F/1M,** 8 wk, 1st shots. $600-800. 810-813- 8844, after 3 or leave mess.

## ANTIQUES & COLLECTIBLES

**Antique Carousel Horses** From the 1890's Exc. Cond. 586.751.8078

A PRIVATE COLLECTOR buying anything old that doesn't eat 248.399.6666

BUYING — Coin, sportcards & Stamp collections. Call 248-471-4451 top $$

## APPLIANCE/HOME FURNISHINGS

**$200 Pillow Top** Queen Mattress. New In Plastic Can deliver. 248-546-6777

$200 Queen pillowtop mattress. Brand new in plastic. Can deliv. 734-444-7277

APPLS: Frig, stove, washer, dryer, white, extra clean! can deliver $95ea. 586.757.2432

BEDS + More Outlet Twin $39 ea/pc. Full $99 - Queen $139 King $259 10570 Gratiot 313-923.0360

BEST PRICES Bunks $159. 4 pc. bdrm $249 2 pc. living rm $399 Dinettes $99. Futons $79 10570 Gratiot 313.921.8322

**CHINA CABINET -** 6' hi. X 5' wide, cream, wood/glass, great cond, $300. Call 313-289-8080

**DRYER- GAS.** Kenmore. Large capacity. Like new. $250. 313-608-5304

MATTRESS, Queen, new Pillow Top w/warranty, in plastic $185 248.812.6521

Washer, Dryer, Refrigerator & Stove. Call Now! 248-303-5047

## HEALTH EQUIPMENT

Craftsmen comp. hospital bed, $1200. Pronto elec whl chair, $3500. 734.354.9436

Electrical Hospital Bed wanted! In exc. cond.

## BOATS/EQUIP./BOATWELLS

**Chaparral '97 Bow Rider** 1830 SS 230 HP, 4.3L, I/O, 135 hrs, 7.9 beam, Limited Edition, Eagle trailer included. Long Auto (800) 801-LONG

**CONTENDER '02** 35' Side console T-252 HP, radar, GPS, windless, (330)464-2428

**Fishing Charters 50% off** Fish on Lake St. Clair, 35' Jaguar Catamaran, catch lots of fish! Captain Frank. Call 305-509-1547

**FORMULA '06 330 SS,** Excellent cond! Seasonal boat slip in Charlevoix's Round Lake included $119,500.   231.547.6077

**LARSON '68  - 16'** Tri-Hull, fbrglass, w/trailer, 85 hp Johnson OB, 1 owner $1200./best 586.777.2389

**WANTED — SALVAGE OR REPAIRABLE BOATS - CASH PAID** 586-770-9431

**WELLCRAFT** '89 24 ft., I/O. 507 merc. morning cover, adjustable trailer to 27ft. Many extras. Mint. Must see. $12,500/obo. Ron: 248-931-1065

## PERFORMANCE BOATS

**IMPERIAL 1990 - 26ft CC,** very good cond. 271 Volvo I/O eng., dual prop. Full canvas, new trailer. Reduced to $13,000/firm. 313.999.7775

## SAILBOATS/SAILBOARDS/EQUIPMENT



**RHODES '88  22'** w/center board, 8 hp Nissan, on trailer. Ready To Sail $2995/best  517.625.4485

## RV SALES

COACHMAN '04 Shasta 26' travel trlr, like new. Reduced to $7900. 248-802-6891

**WINNEBAGO '08 Itasca** Cambria, 29-ft. 6700 miles custom flr. plan, many extras, incls gen. & leveling jacks over $100K new. $59,900. 248-561-4070

## AUTOMOTIVE

**AUTO BODY TECH** Experienced and State Certified. Full benefits. Uniforms. Email resumes to: insacct@accuratecoll.net or apply in person at 12375 Merriman, Livonia.

## HELP WANTED

An International Co. has immed. openings for **Registration Agents** (Av. $25/hr.) No prior exp. nec. Mr. Briggs 248-594-2341

## DRIVERS/TRANSPORTATION

**DELIVERY DRIVERS** Must have good driving record. Oakland/Macomb areas. Exp a plus. please fax resume: 248-393-2891

## DRIVER TRAINEES NEEDED NOW !

Learn to drive for Covenant Transport! $750+ per week! CDL in 3 weeks! No experience needed to start!!!

## TRUCKS/TRAI

GMC '07 Sierra Ext. C longbox, 4x4, H.D., tr pkg., low miles, prest cond. GP495 $23,995 ROGIN GMC 734-94

## VANS

BUICK '06 TERRAZA 41,000 Miles $12,995 SELLERS 888-322-46

BUICK '06 Terraza C 7 Pass., DVD, lthr., d sliding doors, chrome wheels, non smoker, $18,495, #GP491 ROGIN GMC 734-94

**Chevrolet 06' G1500 Flawless!60k,4.3L, a** air, $7,950. 248-380-

CHEVY '05 Uplander Leather, only $12,995 James Martin Chevr Call Now! 888-659-0

CHEVY '05 Venture - power equipment, $9 Page Toyota 248-352

**CHEVY '06 UPLAND** $10,995. Leather, low **James Martin Chevr Call Now! 888-659-0**

CHEVY '06 Uplander DVD, quad seats, $10 Troy Honda 866.695.

CHEVY. '06 Uplander nice car! $8880 Page Toyota 248-352

CHEVY '07 Trailblazer AWD mn, lthr, 27K $2 Suburban Hummer/ Cadillac 248-850-20

CHEVY '07 UPLAND DVD, Heated Leather Only 23,000 Miles, Li New! #GP462 $18,63 ROGIN GMC 734-94

CHEVY. G2500 Expre Cargo 51,000 mi. $10 TAMAROFF 800-605

CHRYSLER '02 T&C CD, pwr windows $1, Village Auto 888-427

CHRYSLER '06 T&C Great family vehicle! Page Toyota 248-352

CHRYSLER '06 Town Touring, all power $1 DLR 248-652-9650

CHRYSLER '0 & Country Tour pwr, quad sts, n-go, low mi, $ Suburban Cadillac/I 248-686-0287

CHRYSLER '0 & Country Tour loaded, stow-n rear air, 26,000 rear seats, 1 owner $ Suburban Cadillac/I 248-686-0287

CHRYSLER '08 T&C ing, loaded, 10K $19 DLR 248-652-9650

CHRYSLER '99 T&C 7Pass, Air, Loaded $ ROGIN BUICK 888.2

**CHRYSTLER '06 TOWN & COUNTRY** Auto, A/C, CD, powe light blue, mint, $7,9( 734-484-0949

DODGE '02 Ram Var Conversion lthr, lo m Mt. ClemAuto 586-46

DODGE '05 Caravan passenger, clean $7, DLR 248-652-9650

DODGE '07 Grand C $29/Week or $11,995 Rich248-979-1965W

DODGE '08 Gr Carav Sto/Go, lo mi, 1 ownr LaFontaine 248-230-

FORD '03 Windstar > SAVE $6995 LaFontaine D. 866-5

FORD '05 Wir HANDICA P, I floor, side pov ramp, only 11k like new! (517)230-8

FORD '07 Free Ltd - leather, 3 loaded, good I nonsmoker, $ Suburban Cadillac/I