Lynda L. Chapman
8343 McKitrick Rd.
Plain City, OH 43064

June 22, 2009

The Honorable Judge Robert D. Drain
United States Bankruptcy Judge – Southern District of NY
One Bowling Green
New York, NY 10004-1408

Re: Delphi Corporation Chapter 11, Case Number 05-44481 (RDD)

Objection to June 16, 2009 Master Disposition Agreement Article 9.5.11

Dear Judge Drain,

I am a recent Delphi salaried retiree and am writing to specifically object to the June 16, 2009 Master Disposition Agreement Article 9.5.11 regarding severance payments. I entered into a contract with Delphi effective January 1, 2009 waiving certain rights to receive a specified amount of severance. This contract stated the severance pay was to be paid semi monthly over a twelve month period. This contract was entered into during bankruptcy and I had no understanding that it could be subject to default, as if it were a pre-bankruptcy claim. My previous counterparts received lump sum distributions rather than semi monthly payments. I was told the change to semi monthly was for "cash flow" purposes. Had I known I would lose my medical benefits, possibly have my pension reduced, or had any idea that I might not receive the full amount listed in the severance agreement; I may have considered a different option. I believe this severance agreement entered into between myself and Delphi should be honored, that it is an administrative claim and plan to file an Administrative Expense Claim form with the court.

Thank you for your time with this matter.

Respectfully,

*Lynda L. Chapman*

Lynda L. Chapman