Nancy Dabney
5211 Bright Baldwin Road
Newton Falls, OH  444444


Honorable Robert D. Drain
Case Number 05-44481 (RDD)
United States Bankruptcy Judge-Southern District of NY
One Bowling Green
New York, NY 10004-1408

Subject:  Case Number 05-44481 (RDD) Master Disposition Agreement

Honorable Robert  Drain:

This letter is a written objection to the motion to overturn severance allowance for Delphi
salary employees.  I retired on March 1, 2009 and entered into a contract with Delphi
Packard.  This contract was signed during the bankruptcy procedures.  The severance
contract is a liability and is not a benefit.  I believe I have a valid and binding legal
contract which should be fulfilled.

The salary employees of Delphi have been adversely affected by the lost of benefits and
also will be adversity affected by the pending pension reduction.  The severance
allowance is necessary to cover our medical expenses and to alleviate some of the
financial burden which the salary workforce had not anticipated.

Respectively,
Nancy Dabney