June 22, 2009

In regards to: Objection to Master Disposition Agreement, Article 9.5.11; Severance Payments

Honorable Robert D. Drain
Case Number 05-44481 (RDD)
United States Bankruptcy Judge - Southern District of NY
One Bowling Green
New York, NY 10004-1408
MDA Date: June 16th, 2009

Honorable Robert D. Drain,

SUBJECT: OBJECTION TO MASTER DISPOSITION AGREEMENT, ARTICLE 9.5.11; SEVERANCE PAYMENTS

I am objecting to the discontinuing of Severance Payments Delphi Corporation and Platinum are requesting per article 9.5.11 of the Master Disposition Agreement, MDA.

When released from Delphi's employment as a Product Engineer for ten years, a severance contract or separation agreement was issued. The agreement states I personally will receive severance payments for three months starting May 1st, 2009 and Ending July 31st, 2009. I waived certain rights to receive these payments.

The contract was entered into <u>during</u> bankruptcy which is now a contract liability not a Delphi benefit. I have a valid / binding / legal contract and expect it to be honored.

Also, I believe severance payments are Administrative Claims and will be filing an Administrative Expense Claim Form with the courts.

Respectfully,

*John S. Walker*

Mr. John S. Walker
Product Engineer
Formally of Delphi Corporation

850 GLENWOOD ST NE
WARREN, OHIO 44483