June 22, 2009

In regards to Case Number 05-44481 (RDD)

Honorable Robert D. Drain
Case Number 05-44481 (RDD)
United States Bankruptcy Judge-Southern District of NY
One Bowling Green
New York, NY 10004-1408

Dear Honorable Robert D. Drain,

I am objecting to the Master Disposition Agreement, Article 9.5.11. This article declares that severance payments will be terminated upon the closing date, or date of emergence. I am objecting for the following reasons:

1) Severance payment entitlement is by contract. This is the agreement I signed with Delphi Saginaw upon leaving the company.

2) I had to sign a release of claims form in order to receive the severance payment waiving certain rights (Release of Claims).

3) These contracts were entered into during the bankruptcy. My effective date for this contract was March 1, 2009, my sign date.

4) I fully expect that Delphi should be made to honor their contracts. I believe that these are Administrative Claims.

Sincerely,

Dorothy A. Schaack

3103 CREEKWOOD CIRCLE
BAY CITY, MI 48706