June 22, 2009

Honorable Robert D. Drain
**Case Number 05-44481 (RDD)**
United States Bankruptcy Judge - Southern District of NY
One Bowling Green
New York, NY 10004 - 1408

Subject: **OBJECTION** to Delphi Filed Article 9.5.11 to Declare Termination of Severance Payments

Dear Honorable Robert D. Drain:

I am **OBJECTING** to the revised Master Disposition Agreement, Article 9.5.11 that Delphi Corporation filed on June 16, 2009 to terminate severance payments upon Delphi's emergence date from bankruptcy.

**I entered into a legal, enforceable contract with Delphi while they were in bankruptcy.** This contract was effective May 1, 2009 and entitled me to six (6) months of severance pay. The severance payments were provided in exchange for my waiver of certain rights via a release of claims. I expect this contact to be fulfilled by Delphi, as it has been fulfilled by me. I also believe that severance payments are Administrative Claims and I plan to file an Administrative Claim Form with the court in the near future.

My wife and I are now both retired from the Delphi Salaried workforce. We have given 70 years of dedicated service to GM/Delphi. As you are well aware, we have been affected by health care benefit termination and pending pension reduction. Now, we are again faced with with the termination of 3.5 months of severance payments. The total liability for continued severance payments is low and we were counting on the serverance pay to help supplement our income losses.

In closing, I strongly urge you to consider my **OBJECTION** to Article 9.5.11 based on the reason's cited. Thank you for your understanding and support.

Sincerely,

John C. Waterman, Jr.