379 Cherry Hill Lane

Cortland, Ohio 44410

Dear Honorable Robert D. Drain,

    I am the wife of a salaried Delphi Packard retiree.(Docket Number 05-44481 RDD). I would like you to hear of our personal situation. My husband worked for Delphi for 38 years – 30 under GM and the last 8 under Delphi. He was forced to retire on May 1st. after which he was supposed to receive six month's severance pay and his earned pension. That was around the time when we found out that you took away our healthcare, and we would be responsible for our own healthcare at approximately $800- a month. My husband is only 60, so he can't receive social security for 2 more years or Medicare for 5 years. We have limited savings, because we spent our money on college tuitions and weddings for our children. We also lost most of our 401K when the Delphi stock collapsed. If you approve the sale of Delphi as it stands and our pensions are rolled over to the government, my husband will not only lose the remaining 3 ½ months of his severance pay, which he was under contract to receive, but also his pension will go from $4500- a month to around $2600-. After we buy our healthcare and pay taxes, we will have around $1600- a month to live on.

    My husband has searched for a job every day since March 1st, with no avail. I work part time, but only make minimum wage. We have put our home of 28 years up for sale, but there are so many houses for sale in Trumbull County we will probably lose it before it sells.

    The Delphi hourly workers are still keeping their healthcare and their pensions. So are other Delphi salaried workers at plants being taken over by General Motors. All we are asking for is equal treatment. I s it fair for us to lose everything we have worked for just because we don't have union representation? I'm sure when you took away our healthcare, you had no idea what was going to follow. Please help us!!!

                               Sincerely,

                               Kathy Bungo

                               330-637-8899