5552 Cockram Rd.
Byron, NY 14422
June 23, 2009

Honorable Robert D. Drain
Docket Number 05-44481 (RDD)
United States Bankruptcy Judge - Southern District of NY
One Bowling Green
New York, NY 10004 -1408

Dear Honorable Judge Drain,

I am writing to voice my objection to the June 1, 2009 Master Disposition Agreement, Article 9.5.11. This article declares that severance payments will be terminated upon the closing date of Delphi's' emerging from Chapter 11.

As a salaried Delphi employee for 30 years I had a legal, enforceable contract with the company when they entered into bankruptcy. I expect it to be fulfilled by Delphi, as it has been fulfilled by me during my employment. My severance payments were provided in exchange for the waiver of certain rights via the Release of Claims.

The Severance payment entitlement is by contract. I had originally been promised 12 months severance pay only to have it changed after I had signed my retirement papers. I also waived certain rights to receive the severance and the contracts were entered into during bankruptcy. I feel the Severance payments are a contract liability by which I have a valid / binding / legal contract and I therefore expect it to be honored.

My retirement date was February 29th, 2009 however I signed the agreement in December of 2008. Retirees have already been affected by benefit termination and pending pension reduction (transfer to PBGC). Your consideration of these issues is appreciated.

Regards,

Karen A. Goodwin
Karen A. Goodwin