1995 N. Beyer Rd.
Saginaw, MI   48601
June 23, 2009

Honorable Robert D. Drain
Docket Number 05-44481 (RDD)
United States Bankruptcy Judge – Southern District of NY
One Bowling Green
New York, NY   100004-1408

Subject: Docket 05-44881

Dear Judge Drain,

I am writing you to object to the Delphi June 1, 2009 Master Disposition Agreement, concerning the probable termination of the salaried pension plan by PBGC, since funding is inadequate.

As a retired Salaried employee, I feel that this is grossly inadequate solution, since I had spend more than 30 years with GM, and then 10 with Delphi. I was asked to be a leader, which I did admirably. I was on call 24 hours per day, seven days per week, and was not paid overtime for any of the holidays or weekends I was asked to work. This is a direct kick in the teeth to a dedicated worker, now retired, who lead hourly workers. These hourly workers will now most likely have a better pension than myself. They can stand back and laugh, and say look what we got and look what you got for being that dedicated employee.

The right solution is to force GM to back the Salaried Pension Plan in the same manner that they have backed the hourly pension plan.

Sincerely,

Thomas E. Beyer