June 22, 2009

Honorable Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

Ref: Case # 05-44481 (Delphi Corp)

Dear Judge Drain:

**This letter OBJECTS to Article 9.5.11 in the June 16 Master Disposition Agreement for Case # 05-44481 that eliminates severance payments for retirees.**

It will also express the unfairness as Delphi Corporation continues to mistreat and abandon their employees. They continue to try to take away benefits and contractual obligations from loyal employees who have worked for the Corporation for 20 years or more.

First it was our health insurance benefits which were eliminated. I wrote an objection to that motion, and asked that 50% of the money be put in our pension fund because it was under funded.

Now it's our severance payments that they want to eliminate, even though we have a legal enforceable contract that was entered into during bankruptcy proceedings. My original pre-purchase separation contract was not processed during the nine month period when it was signed till February. Then on February 3, I was given a new contract that matched the provisions of the original contract and told I had one week to evaluate it. The next day it was announced that retirees would have no benefits. I thought what a way to treat your employees, and only because we have no union representation. But they did it, and now the treatment continues.

How can a corporation operate in this manner and try to ignore the contractual obligations and therefore the laws?

**JUDGE DRAIN please stop this unfair and unjust treatment of salary retirees, and Start by letting us keep our severance agreements.**

Sincerely yours,

Lou Gifford
5340 Vanalleo Dr
Saginaw, Mi 48638
Phone # 989-790-2781