June 22, 2009

Att. Honorable Robert D. Drain
United States Bankruptcy Judge

RE. Docket Number 15-44481 (RDD)
Objection to the June 9, 09 Master Disposition Agreement Article 9.5.11

Dear Honorable Judge Drain,

My name is Joann F. Seegmiller, I am a salaried retiree of the Delphi corp. I retired March 9, 2009 under a contract for me to retire when they wanted me to,. I now understand that Delphi wants out of that contract.

I waived certain rights and gave up my job under that contract. It wasn't my choice to retire at that time. But they made it perfectly clear that I didn't have much of a choice.

Delphi receive a item of value thru that contract. They got me off their books and received my release of claims. I consider that an item of value.

This contract was entered into Feb. 2009, during the bankruptcy. How can they now get out of it. I feel that I have a valid binding legal contract with Delphi, and I would expect them to honor it.

If I had known they could pull out of it, I would not have quit my job. Are they prepared to give that job back to me? Can I now reclaim my rights? If these are not items of value that they received. Give them back....I made plans for that money to aid me in paying for medical expenses, Had I known they were able to cancel it at anytime, I would have never signed it or Retired.

Thank You for your time. And for listening to the people that this item affects.

Yours Truly,

*Joann F. Seegmiller*

Joann F. Seegmiller
1928 Avalon, Saginaw, Mi. 48638