# THOMAS D. BURLESON

22532 10 Mile Road
Saint Clair Shores, Michigan 48080
Phone 586-383-7308

June 23, 2009

Honorable Robert D. Drain
Case Number 05-44481 (RDD)
United States Bankruptcy Judge - Southern District of NY
One Bowling Green
New York, NY 10004-1408

Dear Judge Drain,

PLEASE READ THIS LETTER!

In another place and time I would be saddling the horses and assembling my posse to head out and retrieve the money that has been stolen from me.

In Delphi's June 16, 2009 Master Disposition Agreement, Article 9.5.11 Delphi declared the termination of the severance payments promised to me, in contract form, for $113,000 payable in 24 semi monthly payments, commencing March 15, 2009.(Separation effective 3-1-09) I already incurred a significant financial penalty when Delphi changed policy and ceased making this distribution as a lump sum effective 1-1-09.(one year of interest on $113,000) I wonder if the monthly payment method was Delphi's strategy all along to avoid making these separation payments. As a part of this contracted Separation Allowance Plan, I agreed to waive certain rights to receive this severance.

This Separation Allowance Plan was entered into by Delphi having been in bankruptcy for years and while working on the recently announced emergence plan. (I personally was very involved with the revenue plan) It was an incentive to trim the retirement eligible employees to enable that very emergence. We were assured over and over by our leadership that our benefits including retiree benefits would be preserved in the emergence.

This compounds my personal financial crisis as I have also had my health care coverage taken away in retirement. I have had my life insurance taken away and am now faced with losing the majority of my pension if it is taken over by the PBGC. Additionally, I hope you will also decide to make Delphi's salaried pensions a part of GM's emergence plan as has happened with the UAW. We were all GM employees for the majority of our careers and were forced to become Delphi with assurances that it would not adversely affect our pay and benefits.

I have rapidly gone from a very modest retirement ($3300/mo.pension and my $113,000 Separation Allowance wisely invested) to wondering how I will make my house payment in the fall. You may say that I am young and can go get a job, but, I worked hard for 32 years for the same company planning carefully so I would not have to. Further, the job market in this area is near impossible.

I simply want what is rightfully mine!

Please re-instate these contracted Separation Allowance payments as a part of any Delphi emergence plan. These payments are Administrative Claims and I will be filing an Administrative Expense Claim Form with the court.

Sincerely,
Thomas D. Burleson   6-23-09