June 22, 2009

Honorable Robert D. Drain
Case Number 05-44481 (RDD)
United States Bankruptcy Judge - Southern District of NY
One Bowling Green
New York, NY 10004 -1408

Subject: Case Number 05-44481 (RDD)
   re: **Objections to Canceling Delphi Severance Payments** per Article 9.5.11 (June 16, 2009 Master Disposition Agreement)

Delphi Corporation has requested per Article 9.5.11 that Severance Payments be terminated upon the bankruptcy closing date (emergence date).

Delphi required that I terminate my employment immediately after they reduced my benefit package again from 12 months of severance to 6 months of severance. Now Delphi has requested the court to terminate severance payments only after approximately 4 months.

When I was terminated at the end of March 2009, I was asked to sign a binding Severance contract that was also signed by a member of the Delphi Steering personnel department.

The Severance payments were provided in exchange for my waiver of certain rights via the Release of Claims. I have upheld my end of the contract.

This Severance document is a legal binding contact that Delphi executed after they entered bankruptcy.

As the judge hearing this case, **I request that you require Delphi to honor this legal, enforceable Severance contract.** This is a contract not a Delphi provided benefit.

As a side point, I have upheld my years of employment responsibility with Delphi (and General Motors) as they have described my future retirement benefits. Now as I enter retirement, they are attempting to abandon ALL agreements relative to their Retirement responsibilities. Their latest plan is to totally abandon ALL the Delphi Salary retirees and even suggest that the PBGC pick up the costs so they can walk away from ALL retirement responsibility. As the judge overseeing this case, **I request that you require Delphi (and General Motors) to fund the Salary Retirement fund to the Full amount.**

As a Delphi Salary retiree, I want to thank you in advance for reviewing my letter and request that you make Delphi (and my former employer, General Motors) uphold their obligations to their retirees that have worked for them during their career.

*[signature]*
Kenneth D Burkett
Delphi Retiree

Delphi Severance Communication