June 22, 2009

Honorable Robert D. Drain
Docket # 05-44481 (RDD)
United States Bankruptcy Jude – Southern District Of NY
One Bowling Green
New York, NY 10004-1408

Dear Honorable Drain,

I am writing this letter to inform you of the unfair issues that Delphi is giving their retirees. It seems like all the focus has been on GM, Ford and Chrysler and not thinking about the major supply chain that it takes to manufacture a car. Delphi is a major supplier to GM and Chrysler and I have been working for them for the past 30 years. Twenty years were under the GM umbrella until we were spun off 10 years ago.

I recently retired June 1, 2009 and am very disappointed of what has happened to many Delphi employees. First of all I would like to say that when I hired with GM/Delphi it was the understanding that you were usually with the company your whole career. I have been with GM/Delphi for my whole career and must say the last ten years have not been the best. There are many times I wanted to leave but did not since I was one of the employees lucky enough to have a pension and healthcare from this organization. Last year I was told that Delphi was eliminating my job and was asked what I wanted to do. Knowing that I would have my 30 years this year I told Delphi that I would retire next year if they would let me stay in my job until then. They did and then the plan was for me to retire June 1st. I was devasted in February of this year when Delphi announced that all retirees where losing their healthcare. I don't know how an organization could do this when I was going down a path knowing that I was promised my healthcare and pension when I retired with 30 years. This is something that all retirees count on especially with the dedicated service that we gave this organization.

What was even more devasting is that I left the organization May 19th, 2009 using up my remaining vacation days and signed papers to retire June 1st, 2009. I then received a phone call from a Delphi HR Rep on May 27, 2009 stating that my retirement is on hold and that I was going on layoff effective June 1, 2009. I did not have a choice in that matter and was told that Delphi was trying to pull out of bankruptcy and that they needed the headcount in order to do that. This has totally disrupted my plans. I was suppose to get a 6 months severance package and get my pension check that was also going to be supplemented my Social Security since I am only 49 years old with 30 years of service. I felt that I could start a new career with the money that I was to get through my pension.

I am objecting to the June 1, 2009 Master Disposition Agreement Article 9.5.11. I am objecting to this because I signed a document in May before the June 1, 2009 disposition agreement. This was an agreement that I entered with Delphi during bankruptcy, I waived certain rights to receive this severance and I felt that I had a legal binding contract with

Delphi. I was going to use this 6 month severance pay to find a new teaching job. This would allow me to pay my bills while trying to find a new job.

I had planned on teaching at a local community college when I retired, however, I may have to get a full-time job to cover my healthcare. Not only that, but if the PBGC takes over the pension fund I will probably lose the Social Security supplement part of my pension. After 30 years of dedication to a company I am totally left in the dark. If I only get half of the amount that was quoted to me by the National Benefits rep of what I would be receiving in my pension that amount is less than what I would owe for healthcare. In other words, the little pension money that would get would go for my healthcare cost. I would have nothing else to live on and must work full time until the age of 62. My plans for the past 30 years have gone down the drain within a one month timeframe. If I would have known this ahead of time I would not have retired since I could not afford to retire now under these new conditions.

This has devastated my life and family. I know there are many others affected by these changes. This is not fair and I feel that the salary employees have been unfairly treated and it seems that everyone is pushing us on the side since most of the focus is on GM and Chrysler. However, without Delphi there would be no GM or Chrysler.

I am asking for your support to help Delphi Salary employees. There are many of us devastated by these recent changes. There are many Delphi retirees in this situation and none of us will be able to afford our daily living let alone buy a new vehicle.

Sincerely,

Karen McKenzie
18119 Red Oaks
Macomb, MI 48044
(586) 228-9595