June 24, 2009

Honorable Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610

Reference case # 05-44481

SUBJECT: Objection to Delphi's Modified Plan of Reorganization until Delphi shares Exhibit 7.11, "Management Compensation Plan" with the court, other creditors and retirees

Dear Judge Drain:

As a retired Delphi Salary Employee, I applaud the court's recognition of an unfair plan and requiring Delphi to look at other options.

As initially structured, the plan only benefits a few Delphi Senior Executives, General Motors, the UAW and Platinum Equity. It is totally at the expense of Delphi creditors, "Non-UAW" hourly workers, the retired salary employees and the American taxpayer.

The UAW will remain under the GM umbrella for pensions and benefits, which the US Government is financing. GM is receiving viable, ongoing revenue producing plants at no cost other than accepting the UAW pension plans.

Delphi Senior Executives will retain their positions and potentially receive either generous retention bonuses or generous severance bonuses from the new owners. Delphi **must show** in detail the "Management Compensation Plan," referenced in the Modified Plan and referred to as Exhibit 7.11 prior to finalizing any plan for Delphi to exit bankruptcy. In addition, the Court **must weigh** the compensation to these executives against the sacrifices of all involved.

Most disturbing is the settlement Delphi is requesting of the PBGC. They have requested that the PBGC drops its right to secured claims and accept an unsecured claim. This is ludicrous. These claims should be maintained and provide funds to decrease the underfunded position of Delphi's Salaried Retirement Plan. The court **must require** that the PBGC not negotiate away its rights.

Please, do not accept Delphi's modified plan, until Delphi and its partners--GM, the US Treasury, Platinum (or other new owner) and the UAW, restructure a deal that is equitable to the "Non-UAW" retirees, salaried retirees, and the creditors.

Best Regards,
Douglas J. Foster
7677 Raglan Dr., NE
Warren, OH 44484