June 23, 2009

Honorable Robert D. Drain
Docket Number 05-44481 (RDD)
United States Bankruptcy Judge – Southern District of NY
One Bowling Green
New York, NY 10004-1408

Dear Judge Drain:

The purpose of this letter is to express my personal objection to the June 1, 2009 Master Disposition Agreement Article 9.5.11.

I signed a specific Delphi Separation Allowance Agreement on January 28, 2009. The contract stated that beginning April 15, 2009; I would receive separation allowance compensation for a period of six (6) months (ending September 30, 2009). The total compensation promised was $36,810. This contract was entered into during bankruptcy. It is a valid, legal contract that I expect to be honored by the Delphi Corporation.

At the time I signed this contract, I planned to use the compensation for personal tuition and medical expenses. I am asking that the court be fair to me since all other fellow GM and Delphi salary and hourly retirees were given their full contractual severance.

Sincerely yours,

Joseph Santini, Jr.