June 17, 2009

Honorable Robert D. Drain
Docket Number 05-44481 (RDD)
United States Bankruptcy Judge - Southern District of NY
One Bowling Green
New York, NY 10004 -1408

Dear, Honorable Judge Drain

I object to the June 1, 2009 Master Disposition Agreement, Article 9.5.11. This article declares that severance payments will be terminated upon the closing date or the emergence date for Delphi Corporation Bankruptcy agreement.

As a top performer for Delphi Corporation and General Motors for the last 25 years, I find myself without a job. A single mother of two children, my daughter is a junior in college and my son a sophomore in High School. As an African American employee, I committed myself to this organization by staying current on the latest technology by completing my Master's degree, I obtain a professional certificate in Production and Inventory Management, and last year I completed by Six Sigma Black Belt certification (I booked saving of $1.4 millions). I have always paid for myself as an employee. Unfortunately, I was selected to be let go, which in my case and in anyone's case is tough to deal with emotionally and financially (Effective May 1, 2009). I am not eligible for retirement.

I eventually signed the document stating I'm entitled to 6 months severance pay based on my 25 years of service. Last year this severance was worth 12 months of pay for non-performer. It was recently reduced to 6 months in this economy. We the taxpayers are bailing out Delphi Corporation and now the employees, the non-decision maker are being force to take on the balance of the hardship of this ordeal. The leaderships, the true decision makers are unharmed. As leaders, they need to come to party with salary reduction from the millions, they make personally. My livelihood has been ripped from me.

Why is taking away our severance even on the table? It's a contractual agreement with employees. It's going to affect the employees separated during the Bankruptcy ordeal only. Why should we be single out? The employees who are scheduled to be laid off after June 1, 2009, I not affected. It inconsistent. It not fair. Where is the logic? Our Personnel Director stated nothing fair in Bankupcy.

Thanks in advance for your support and consideration on this topic. Please don't allow this to happen.

Bregitte Braddock
Former Delphi Saginaw Employee
Chair, Saginaw County Board of Commissioner
Mobile# 989-737-3625