June 26, 2009

Honorable Robert D. Drain
Case Number 05-44481 (RDD)
United States Bankruptcy Judge-Southern District of NY
One Bowling Green
New York, NY 10004-1408

**Subject: Delphi Case Number 05-44481 (RDD)**

Dear Judge Drain:

I am writing to express my strong objection to the recent June 1, 2009 Master Disposition Agreement, Article 9.5.11 that declares my severance payments from Delphi will be terminated upon Delphi's emergence from bankruptcy. I regard the April 7, 2009 severance agreement that was signed and entered into by both Delphi and myself as an enforceable contract. This contract was entered into <u>during bankruptcy</u> not during pre-petition and I don't agree that it can just be negated. I have a signed, legal, binding, enforceable contract which I expect Delphi to fulfill. The severance payments are a contract liability not a Delphi benefit. These payments were to be provided to me in exchange for signing a Release of Claims which waived certain rights that I had.

I was forced into an early retirement with the related reduction in pension benefits, lost my medical benefits, and now face further pension reductions should my pension transfer to the PBGC. As a salaried employee I believe that I have made enough sacrificed for the corporation. Please don't also deprive me of my legal right to the severance.

As a sidebar to my pension and the PBGC, I find it unjustifiable that after thirty-three years of working for GM (23 years under GM and 10 years under Delphi Packard) how my pension can now be tossed to the PBGC while all other salaried GM employees have their pensions saved under the GM restructuring. Only Delphi Packard salaried employees appear to be facing this injustice. I was hired under GM like everyone, we are all GM employees and should all be treated equally. If this is not a prime example of discrimination I guess I just don't understand the meaning of the word. Please don't let this injustice occur, make GM treat its salaried workforce with equality.

Sincerely,

Walter A. Kunka
220 Old Oak Drive
Cortland, OH 44410-1122