June 25, 2009

TO: Honorable Robert D. Drain

FROM: Richard J. Polenick - Warren, OH

SUBJECT: Case No. 05-44481 Objection to 6/16/09 Delphi MDA Article 9.5.11

I am a former salaried employee of Delphi Corporation who was laid off from my engineering position after 25 years of service. I am writing in objection to Article 9.5.11 of the 6/16/09 Master Disposition Agreement filed by Delphi. This article states that severance payments to former employees will cease upon the emergence from Chapter 11.

I vigorously oppose this action by Delphi based upon the following points:

1. Severance payment entitlement is by contract via the Separation Agreement.
2. The contract was entered into DURING bankruptcy. My effective separation date was May 1, 2009.
3. The Separation Agreement is a valid, binding contract and I expect it to be honored much as Delphi expects me to uphold my obligations

Your Honor, this request for a ruling that Delphi complete severance payments is a minimal expense in the entire scheme of this proceeding. While we former employees will persevere through this difficult economic period it is only just to expect that Delphi or its successors be held to the agreements they imposed upon us with little alternative but to accept that which was offered.

I also believe that severance payments are Administrative Claims and plan to file an Administrative Expense Claim Form with the court in the near future.

I would be happy to provide more information if the court desires. Please contact me at 330-395-6052 or at rpolenick@aol.com

Thank you for your consideration.

*Richard J. Polenick*