June 17, 2009

**TO:**
Honorable Robert D. Drain
Docket Number 05-44481 (RDD)
United Stated Bankruptcy Judge – Southern District of NY
One Bowling Green
New York, NY 10004-1408

**FROM:**
Michael Rasper
Delphi Retiree
3109 North 105th Street
Wauwatosa, WI 53222

**SUBJECT:** Docket Number 05-44481 (RDD) – Letter of objection to the June 1, 2009 Master Disposition Agreement, Article 9.5.11 that declares that severance payments to Delphi retirees will be terminated.

Dear Judge Drain,

I am writing to let you know that I object to the June 1, 2009 Master Disposition Agreement, Article 9.5.11 that declares that severance payments to Delphi retirees will be terminated upon closing.

Of course, I don't pretend to know the bankruptcy laws but I do understand a simple signed contract. In this case, I'm referring to the signed Separation Allowance Plan Release of Claims agreement that I have with Delphi Corporation.

The release form clearly stated that in consideration for receiving Severance Pay in the total amount of $84,780.00, I agreed to release Delphi from various claims.

This constitutes a written, signed contract between me and Delphi Corporation in which I am giving up certain rights in exchange for monetary consideration.

I signed the Separation Allowance Plan Release of Claims in November of 2008 and was released from employment on January 1, 2009. That being the case, this contract was entered into late in the bankruptcy and is a valid and binding legal contract.

Please uphold my rights and those of so many others in this matter and do not allow Delphi Corporation to renege on this simple contract. Thank you for taking the time to read my letter.

Sincerely,
Michael Rasper