2979 Fallehn Drive
Cortland, OH  44410

June 25, 2009

The Honorable Robert D. Drain
Case Number 05-44481 (RDD)
United States Bankruptcy Judge – Southern District of NY
One Bowling Green
New York, NY 10004-1408

Your Honor,

I am writing to you in objection to the June 16, 2009 Master Disposition Agreement, Article 9.5.11. This article declares that severance payments will be terminated on the date Delphi emerges from bankruptcy. I have a signed, legally binding contract with Delphi to pay this severance. This contract was signed March 13, 2009 during bankruptcy. In return for signing this contract, I waived my right to certain claims as described in the contract. I am fulfilling my responsibilities and I expect Delphi to fulfill its responsibility pursuant to this contract. My separation date was May 1, 2009, so the payments must continue through September 30, 2009. Severance is a contract liability, not a Delphi benefit. I also believe severance payments are Administrative Claims and I will file an Administrative Expense Claim form with the court.

The total liability to Delphi for continued severance payments is low and short term. However, the severance is significant to those of us seeking new employment in the current economic conditions where we can expect an extended job search.

Thank you for your time and consideration of this objection.

Respectfully yours,

*Anne Monroe*

Anne Monroe