Milfred G. Williams
4795 Nicole Ct.
Auburn, MI
June 17, 2009


Honorable Robert D. Drain
    Docket Number 05-44481 (RDD)
    United States Bankruptcy Judge - Southern District of NY
    One Bowing Green
    New York, NY 10004 -1408

FAX: 914-390-4073 (White Plains, NY)


Dear Judge Drain:

I am writing to ask you to support the retired Delphi Salaried workers who are being harmed by the methods being used by Delphi to exit bankruptcy.

I worked for 41 total years for GM and Delphi. 31 years as a GM employee and 10 as a Delphi employee. I was not an executive, just a 7th level salaried technician/engineer. I neither asked to be turned over to Delphi or had any voice in that decision.

I retired April 1st, 2009 at the age of 60, with 41 years of loyal service. I was offered six months salary to retire early. I retired at age 60 only because of this offer. I was never informed that this payment may cease if Delphi exited bankruptcy. We all new they would exit, possibly soon, but were under the implied opinion, that the debts entered into during bankruptcy by Delphi would be honored.

It is very unfair and without conscience, that this company would now claim they have no liability or obligation to pay this severance payment.

I and many like me used this expected income, to calculate the funding of our retirement plans. We already knew we were losing our medical benefits, and our health care spending accounts, but were totally unawares that we may also lose this severance payment as well.

Thank you for your support.

Sincerely,

*[signature]*

Milfred G. Williams