June 17, 2009

To: Honorable Robert D. Drain
Docket Number 05-44481 (RDD)
United States Bankruptcy Judge – Southern District of New York
One Bowling Green
New York, NY  10004-1408

The purpose of this letter is to formally object to the June 1, 2009 Master Disposition Agreement, Article 9.5.11. This article declares that severance payments will be terminated upon the closing date.

I am a Delphi salaried employee that was given a legal and enforceable contact that I entered with the company during bankruptcy. I expect this contract to be fulfilled by Delphi as it has been fulfilled by myself. My contract specifically agreed to pay 1 year's salary as severance, in exchange for my services to continue until June 30, 2009. I have lived up to my end of the agreement; the company is now attempting to abandon their obligations.

My severance payments were provided in exchange for my waiver of certain rights via the Release of Claims.

My points of objection include the following: Severance payment entitlement is by **contract** (Separation Agreement). I waived certain rights through the release of claims to receive severance. I provided an item of value to Delphi in exchange for severance payments. The contract was entered into **during bankruptcy**. Severance payments are a **contract liability**, not a Delphi provided benefit.

Upon signing the agreement for one year's salary as severance in exchange for my services until June 30, 2009, my family and I made our decisions regarding employment and relocation based upon the fact that the severance was in writing and would be there as indicated by the contract. I have declined employment opportunities based upon the fact that I agreed to remain with Delphi to fulfill my legal obligation. I expect Delphi to fulfill their agreement.

I adamantly object to the June 1, 2009 Master Disposition Agreement, Article 9.5.11.

Thank you for your time with this urgent matter.

Respectfully,

Thomas J. Parker
Area Manager, Plant 21
Delphi Steering Systems
Athens, AL 35611
(256) 552-5286
(256) 426-0858