| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER<br>   & FLOM LLP<br>155 N. Wacker Drive<br>Chicago, Illinois 60606<br>(312) 407-0700<br>John Wm. Butler, Jr.<br>John K. Lyons<br>Ron E. Meisler | SHEARMAN & STERLING LLP<br>599 Lexington Avenue<br>New York, New York 10022<br>(212) 848-4000<br>Douglas P. Bartner<br>Andrew V. Tenzer<br>Michael S. Baker |

SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                 :
    In re                             :    Chapter 11
                                 :
DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
                                 :
                                 :    (Jointly Administered)
            Debtors.              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>NOTICE OF FILING OF NINTH AND TENTH AMENDMENTS TO ACCOMMODATION
AGREEMENT</u>

PLEASE TAKE NOTICE that on June 26 and June 30, 2009, respectively, Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), and the requisite percentage of lenders (the "DIP Lenders") under their debtor-in-possession credit facility (the "DIP Facility") agreed to a ninth amendment (the "Ninth Amendment") and a tenth amendment (the "Tenth Amendment") to their accommodation agreement (as amended, the "Accommodation Agreement").  Pursuant to the Accommodation Agreement, the DIP Lenders have agreed, among other things, to allow the Debtors to continue using the proceeds of the DIP Facility and to forbear from the exercise of certain default-related remedies, in each case until June 30, 2009 (or such later date as may be agreed to among the Debtors and the requisite DIP Lenders), subject to the Debtors' continued satisfaction of a number of covenants and conditions (the "Accommodation Period").

PLEASE TAKE FURTHER NOTICE that the Ninth Amendment and the Tenth Amendment provided for, among other things, an agreement by the DIP Lenders to extend certain milestones under the Accommodation Agreement relating to the Debtors' obligation to deliver a term sheet setting forth the terms of a global resolution of matters relating to General Motor Corporation's contribution to the resolution of the Debtors' chapter 11 cases.  The Ninth Amendment extended from June 27 to July 1, 2009 and the Tenth Amendment further extended from July 1 to July 8, 2009 the date on which the Accommodation Period would end if the requisite DIP Lenders have not delivered a Satisfactory Termsheet Notification (as defined in the Accommodation Agreement).  The notification, under the Tenth Amendment, would need to be delivered on or prior to July 7, 2009.  The Tenth Amendment also extends the period (from 25 to 30 business days) during which the requisite DIP Lenders may notify the Debtors that any new Reorganization Plan or any modifications to the Existing Reorganization Plan (as each such term

2

is defined in the DIP Credit Agreement referred to in the Accommodation Agreement) is not satisfactory.  A copy of the Ninth Amendment is attached hereto as <u>Exhibit A</u> and a copy of the Tenth Amendment is attached hereto as <u>Exhibit B</u>.

Dated:  New York, New York
July 1, 2009

SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP

By:   /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr.
    John K. Lyons
    Ron E. Meisler
155 N. Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and -

By:   /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti
Four Times Square
New York, New York 10036
(212) 735-3000

- and -

SHEARMAN & STERLING LLP

By:   /s/ Douglas P. Bartner
    Douglas P. Bartner
    Andrew V. Tenzer
    Michael S. Baker
599 Lexington Avenue
New York, New York  10022
(212) 848-4000

Attorneys for Delphi Corporation, <u>et</u> <u>al.</u>,
    Debtors and Debtors-in-Possession