**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
**In re**                                             :    Chapter 11
:
**DELPHI CORPORATION,** *et al.*              :    Case No. 05-44481 (RDD)
:    (Jointly Administered)
   Debtors.                                          :
:
------------------------------------------------------------------x

### ORDER GRANTING MOTION OF HYUNDAI MOTOR COMPANY AND HYUNDAI MOTOR AMERICA PURSUANT TO RULE 3018(a) REQUESTING TEMPORARY ALLOWANCE OF CLAIMS FOR PURPOSES OF VOTING TO ACCEPT OR REJECT THE PLAN

Upon the July 2, 2009 Motion of Hyundai Motor Company and Hyundai Motor America Requesting Temporary Allowance of Claims Pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure for Purposes of Voting to Accept or Reject the Plan (the "Motion"); and upon the record of the hearing held on the Motion; and this Court having determined that the relief requested in the Motion is in the best interest of the Debtors, their estates, their stakeholders, and other parties-in-interest in these cases; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon, and sufficient cause appearing therefore; it is hereby

ORDERED that the Motion is Granted; and it is further

ORDERED, that solely for purposes of voting on the Modified First Plan,[3] Claims 15585 and 15589 Hyundai Motor Company and Hyundai Motor America are each hereby estimated in the total amount of $38,541,465 comprised as follows:

1.    Hyundai's Estimated Exposure Claim shall be allowed temporarily in the amount of $32,084,618.

---

[3] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.

    2.       Hyundai's Estimated Defense Claim shall be allowed temporarily in the amount of $5 million.

    3.       Hyundai's Estimated Indemnity Premium Claim shall be allowed temporarily in the amount of $1,456,847.


Dated: _____, 2009
       New York, New York

                                      _____
                                      **UNITED STATES BANKRUPTCY JUDGE**