June 23, 2009

Honorable Robert D. Drain
Case Number 05-44481 (RDD)
United States Bankruptcy Judge – Southern District of NY
One Bowling Green
New York, NY 10004-1408

Re: Objection to Article 9.5.11

Honorable Drain:

I want to express my objection to the June 16, 2009 Master Disposition Agreement Article 9.5.11, which terminates severance payments for salaried employees on the date that Delphi emerges bankruptcy.

I signed a legal, enforceable contract with Delphi to work until my services were no longer needed. The contract was signed while Delphi was in bankruptcy and provided for a certain severance payment in exchange for my waiver of certain rights. It is my understanding that severance payments are a contract liability, not a Delphi provided benefit. For these reasons, I expect the contract to be honored on the effective date of my contract, which is October 1, 2009. I believe severance payments are Administrative Claims, and I will file an Administrative Expense Claim Form with the court.

With the pending transfer of my pension to the PBGC and health care insurance termination, this severance is needed to provide for medical expenses and relocation for new employment.

The liability for continuing severance payments is low, expiring in July, 2010.

Thank you for your consideration of the salaried employees who have given so much to this corporation.

Sincerely,

Martha R. Nowell