To: Honorable Robert D. Drain - United States Bankruptcy Judge - Southern District of NY

Subject: Objection to Docket # 05-44481(RDD)

From: Kevin Wright

Your Honor,

I am objecting to the June 1, 2009 Master Disposition Agreement Article 9.5.11 that declares that severance payment will be eliminated upon the date Delphi Corporation emerges from bankruptcy whether all payments have been issued or not. I am arguing that this legal agreement was entered between Delphi Corporation and me while Delphi Corporation was and still is under bankruptcy. I signed a waiver of certain rights and or claims against Delphi Corporation in exchange for severance payments effective on March 1, 2009 and ending on February 28, 2010. My severance payments are allowing me to pay tuition, medical expenses, and debts and to provide for a daughter and myself without being a burden on the system which is already stressed to say the least while I search for employment. Severance payments were not a Delphi provided benefit, it was only given in exchange for waiving rights and claims outlined in the release of claims agreement we entered and therefore, should be honored or settled between parties and not terminated. The amount of monies that completes the contract is low to Delphi Corporation and the time in which to complete the contract is short (expires July 2010) but is very high, long and vital to me. I am awaiting your ruling with grave anticipation.

Sincerely,

Kevin Wright – Former Delphi Corporation Employee