June 22, 2009

-Letter of OBJECTION TO DELPHI Master Disposition 9.5.11- SEVERANCE TERMINATION- # 05-44481

Honorable Judge Robert D Drain
US Bankruptcy Judge
ONE BOWLING GREEN
NY,NY 10004/1408

FAX # 914-390- 4073

Honorable Judge Drain,

This is the third request letter that I am addressing to you.
The first was in reference to Delphi health care benefits, that I lost.
I am paying monthly $700 for Delphi group insurance.
The second letter was related to Delphi transfering the pension plan
to the goverment (ERISA).

Effective February 1 2009, my job was eliminated ,I retired and signed a contract with Delphi,
that I will received 8 month of salary as severance payments in exchange for waiving certain rights
such as disability benefits, life insurance,etc .

I am entitled to these payments because Delphi signed it and was entered during bankrupcy.
The severance payments are a contract liability ,no a Delphi provided benefit.

The pending severance allowance balance that Delphi owns me , is $41,212.50 before taxes.

Since I have a valid binding contract with Delphi ,I am expecting that you will honor this request.


Respectfully,

Alicia Vertiz, age 60
Delphi retiree ( 02-02-09)

Address : 632 Shelley drive,Rochester Hills , MI 48307
Phone : 248 -701- 8696
Email: afs321@gmail.com