**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Erica E. Carrig (EC-2096)
1540 Broadway
New York, NY 10036-4039
Phone: 212-858-1000
Facsimile: 212-858-1500

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Mark D. Houle (Cal. Bar. No. 194861) *(Pro Hac Admission*
*Granted by Order entered September 27, 2006)*
650 Town Center Drive, Suite 550
Costa Mesa, CA 92626-7122
Telephone: (714) 436-6800
Facsimile: (714) 436-2800

*Attorneys for Hyundai Motor Company*
*and Hyundai Motor America*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------x
                                        :
In re                                   :    Chapter 11
                                        :
DELPHI CORPORATION, *et al.*            :    Case No. 05-44481 (RDD)
                                        :    (Jointly Administered)
        Debtors.                        :
                                        :
----------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the MOTION OF HYUNDAI MOTOR COMPANY AND HYUNDAI MOTOR AMERICA PURSUANT TO RULE 3018(a) REQUESTING TEMPORARY ALLOWANCE OF CLAIMS FOR PURPOSES OF VOTING TO ACCEPT OR REJECT THE PLAN, filed by PILLSBURY WINTHROP SHAW PITTMAN LLP was served via Hand-Delivery to the parties listed on Exhibit A, via Overnight Mail to the parties listed on Exhibit B, and via Electronic Mail to the parties listed on Exhibit C on Wednesday, July 1, 2009.

Dated: July 1, 2009                                              /s/ Carrie Altenburg
                                                                    Carrie Altenburg

# Exhibit A.

<u>Service via Hand-Delivery</u>:

The Honorable Robert D. Drain
U. S. Bankruptcy Court, S.D.N.Y.
Alexander Hamilton Courthouse
One Bowling Green
New York, NY  10004-1408

600827114v1

# Exhibit B.

<u>Service via Overnight Mail</u>:

DELPHI CORPORATION
5725 DELPHI DRIVE
TROY, MI  48098
ATTN:  GENERAL COUNSEL

SKADDEN ARPS SLATE MEAGHER & FLOM
333 WEST WACKER DRIVE, SUITE 2100
CHICAGO, IL  60606
ATTN:  JOHN W. BUTLER, RON E. MEISLER

SKADDEN ARPS SLATE MEAGHER & FLOM
FOUR TIMES SQUARE
NEW YORK, NY  10036
ATTN:  KAYALYN MARAFIOTI, GREGORY FOX

OFFICE OF THE US TRUSTEE, SDNY
33 WHITEHALL STREET, SUITE 2100
NEW YORK, NY  10004
ATTN:  BRAN MASUMOTO

LATHAM & WATKINS LLP
885 THIRD AVENUE
NEW YORK, NY  10022
ATTN:  ROBERT ROSENBERG, MARK BROUDE, MITCHELL SEIDER

DAVIS POLK & WARDWELL
450 LEXINGTON AVENUE
NEW YORK, NY  10017
ATTN: DONALD BERNSTEIN, BRIAN RESNICK

WILLKIE FARR & GALLAGHER LLP
787 SEVENTH AVENUE
NEW YORK, NY  10019
ATTN:  RICHARD MANCINO, MARC ABRAMS

CADWALADER WICKERSHAM & TAFT LLP
ONE WORLD FINANCIAL CENTER
NEW YORK, NY  10281
ATTN: JOHN RAPISARDI, OREN HAKER

US DEPT OF JUSTICE
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY  10007
ATTN: MATTHEW SCHWARTZ, JOSEPH CORADO

WEIL GOTSHAL & MANGES LLP
767 FIFTH AVENUE
NEW YORK, NY  10153
ATTN: JEFFREY TANENBAUM, ROBERT LEMONS

SCHULTE ROTH & ZABEL LLP
919 THIRD AVENUE
NEW YORK, NY  10022
ATTN:  ADAM HARRIS, DAVID KARP

# Exhibit C.

<u>Service via Electronic Mail</u>:

adalberto@canadas.com; javanzato@apslaw.com; david.boyle@airgas.com; bkessinger@akebono-usa.com; ddunn@akingump.com; idizengoff@akingump.com; pgurfein@akingump.com; mgreger@allenmatkins.com; craig.freeman@alston.com; dconnolly@alston.com; dwender@alston.com; steven.keyes@aam.com; gogimalik@andrewskurth.com; lwalzer@angelogordon.com; mtf@afrct.com; aleinoff@amph.com; Cohen.Mitchell@arentfox.com; Hirsh.Robert@arentfox.com; dladdin@agg.com; joel_gross@aporter.com; cgalloway@atsautomation.com; eray@balch.com; kim.robinson@bfkn.com; william.barrett@bfkn.com; alan.mills@btlaw.com; john.gregg@btlaw.com; mark.owens@btlaw.com; michael.mccrory@btlaw.com; pmears@btlaw.com; wendy.brewer@btlaw.com; ffm@bostonbusinesslaw.com; tom@beemanlawoffice.com; hannah@blbglaw.com; sean@blbglaw.com; wallace@blbglaw.com; murph@berrymoorman.com; klaw@bbslaw.com; lschwab@bbslaw.com; pcostello@bbslaw.com; tgaa@bbslaw.com; jtaylor@binghammchale.com; malerding@binghammchale.com; wmosby@binghammchale.com; wmosby@binghammchale.com; mrichards@blankrome.com; rmcdowell@bodmanllp.com; chill@bsk.com; csullivan@bsk.com; sdonato@bsk.com; mtrentadue@boselaw.com; cdelatorre@boselaw.com; amcmullen@bccb.com; rjones@bccb.com; massimiliano_cini@brembo.it; dludman@brownconnery.com; schristianson@buchalter.com; mary.caloway@bipc.com; william.schorling@bipc.com; mhall@burr.com; jeannine.damico@cwt.com; john.rapisardi@cwt.com; oren.haker@cwt.com; jonathan.greenberg@basf.com; rusadi@cahill.com; jrobertson@calfee.com; dhriggio@gmail.com; rcalinoff@candklaw.com; rweisberg@carsonfischer.com; cahn@clm.com; ddeutsch@chadbourne.com; japplebaum@clarkhill.com; sdeeby@clarkhill.com; rgordon@clarkhill.com; maofiling@cgsh.com; maofiling@cgsh.com; tmaxson@cohenlaw.com; jvitale@cwsny.com; bceccotti@cwsny.com; srosen@cb-shea.com; Elliott@cmplaw.com; jwisler@cblh.com; mlee@contrariancapital.com; jstanton@contrariancapital.com; wraine@contrariancapital.com; solax@contrariancapital.com; Pretekin@coollaw.com; sjohnston@cov.com; swalsh@chglaw.com; dpm@curtinheefner.com; rsz@curtinheefner.com; ceilbott@curtis.com; krk4@daimlerchrysler.com; wsavino@damonmorey.com; davidpmartin@erisacase.com; davidpmartin@bellsouth.net; rmeth@daypitney.com; rbeacher@daypitney.com; cchiu@daypitney.com; glenn.siegel@dechert.com; james.moore@dechert.com; carol_sowa@denso-diam.com; gdiconza@dlawpc.com; john.persiani@dinslaw.com; richard.kremen@dlapiper.com; jguerrier@dreierllp.com; andrew.kassner@dbr.com; david.aaronson@dbr.com; janice.grubin@dbr.com; jhlemkin@duanemorris.com; dmdelphi@duanemorris.com; wmsimkulak@duanemorris.com; dparker@dykema.com; mmsmith@dykema.com; ssalinas@dykema.com; mbusenkell@eckertseamans.com; ayala.hassell@eds.com; bem@eorrlaw.com; akatz@entergy.com; gettelman@e-hlaw.com; eflaagan@faegre.com; lscarcella@farrellfritz.com; pcollins@farrellfritz.com
charles@filardi-law.com; tdonovan@finkgold.com; jmurch@foley.com; jsimon@foley.com; fstevens@foxrothschild.com; mviscount@foxrothschild.com; ftrikkers@rikkerslaw.com;

drosenzweig@fulbright.com; mparker@fulbright.com; dcimo@gjb-law.com;
dcrapo@gibbonslaw.com; bhoover@goldbergsegalla.com; abrilliant@goodwinproctor.com;
cdruehl@goodwinproctor.com; bmehlsack@gkllaw.com; pbilowz@goulstonstorrs.com;
jsabella@gelaw.com; jeisenhofer@gelaw.com; mrr@previant.com; mdebbeler@graydon.com;
diconzam@gtlaw.com; heyens@gtlaw.com; ckm@greensfelder.com; jpb@greensfelder.com;
cbattaglia@halperinlaw.net; ahalperin@halperinlaw.net; jdyas@halperinlaw.net;
rjclark@hancocklaw.com; ddragich@hdolaw.com; hleinwand@aol.com;
judith.elkin@haynesboone.com; lenard.parkins@haynesboone.com;
kenric.kattner@haynesboone.com; prubin@herrick.com; anne.kennelly@hp.com;
ken.higman@hp.com; sharon.petrosino@hp.com; mpendell@haslaw.com;
echarlton@hiscockbarclay.com; jkreher@hodgsonruss.com; sgross@hodgsonruss.com;
amoog@hhlaw.com; ecdolan@hhlaw.com; sagolden@hhlaw.com; dbaty@honigman.com;
tsable@honigman.com; lmurphy@honigman.Com; sdrucker@honigman.com;
lgretchko@howardandhoward.com; lmcbryan@hwmklaw.com; jrhunter@hunterschank.com;
tomschank@hunterschank.com; mmassad@hunton.com; sholmes@hunton.com;
aee@hurwitzfine.com; Ben.Caughey@icemiller.com; greg.bibbes@infineon.com;
jeffery.gillispie@infineon.com; heather@inplaytechnologies.com; rgriffin@iuoe.org;
bruzinsky@jw.com; hforrest@jw.com; pbarr@jaffelaw.com; JRS@Parmenterlaw.com;
wschultz@jasoninc.com; rpeterson@jenner.com; gerdekomarek@bellsouth.net;
cball@jonesday.com; pjbenvenutti@jonesday.com; mcorrea@jonesday.com;
sjfriedman@jonesday.com; john.sieger@kattenlaw.com; rsmolev@kayescholer.com;
kcookson@keglerbrown.com; lsarko@kellerrohrback.com; claufenberg@kellerrohrback.com;
eriley@kellerrohrback.com; ggotto@kellerrohrback.com; cwolfe@kelleydrye.com;
jboyle@kelleydrye.com; mstone@kelleydrye.com; lmagarik@kjmlabor.com;
sjennik@kjmlabor.com; tkennedy@kjmlabor.com; degan@kslaw.com; sdabney@kslaw.com;
bdimos@kslaw.com; jstempel@kirkland.com; efox@klng.com; sosimmerman@kwgd.com;
jay.selanders@kutakrock.com; ekutchin@kutchinrufo.com; knorthup@kutchinrufo.com;
smcook@lambertleser.com; mark.broude@lw.com; michael.riela@lw.com;
mitchell.seider@lw.com; robert.rosenberg@lw.com; mkohayer@aol.com; rcharles@lrlaw.com;
sfreeman@lrlaw.com; jengland@linear.com; austin.bankruptcy@publicans.com;
dallas.bankruptcy@publicans.com; houston_bankruptcy@publicans.com;
kwalsh@lockelord.com; tmcfadden@lockelord.com; gschwed@loeb.com;
whawkins@loeb.com; bnathan@lowenstein.com; ilevee@lowenstein.com;
krosen@lowenstein.com; metkin@lowenstein.com; scargill@lowenstein.com;
vdagostino@lowenstein.com; egc@lydenlaw.com; axs@maddinhauser.com;
jlanden@madisoncap.com; lmc@ml-legal.com; vmastromar@aol.com;
gsantella@masudafunai.com; dadler@mccarter.com; eglas@mccarter.com;
jsalmas@mccarthy.ca; lsalzman@mccarthy.ca; gravert@mwe.com; jmsullivan@mwe.com;
sselbst@mwe.com; shandler@mwe.com; mquinn@mwe.com; sopincar@mcdonaldhopkins.com;
sriley@mcdonaldhopkins.com; jbernstein@mdmc-law.com; amccollough@mcguirewoods.com;
dblanks@mcquirewoods.com; jmaddock@mcguirewoods.com; tslome@msek.com;
hkolko@msek.com; lpeterson@msek.com; mmeyers@mlg-pc.com; emeyers@mrrlaw.net;
rrosenbaum@mrrlaw.net; mdtcbkc@miamidade.gov; miag@michigan.gov;
raterinkd@michigan.gov; miag@michigan.gov; jdonahue@miheritage.com;
trenda@milesstockbridge.com; vjones@millermartin.com; sarbt@millerjohnson.com;
wolfordr@millerjohnson.com; greenj@millercanfield.com; fusco@millercanfield.com;

5

600827114v1

pjricotta@mintz.com; pricotta@mintz.com; Jeff.Ott@molex.com; agottfried@morganlewis.com; mzelmanovitz@morganlewis.com; resterkin@morganlewis.com; lberkoff@moritthock.com; rurbanik@munsch.com; jwielebinski@munsch.com; drukavina@munsch.com; sandy@nlsg.com; Knathan@nathanneuman.com; lisa.moore2@nationalcity.com; marty_noland@nrel.gov; george.cauthen@nelsonmullins.com; tracy.richardson@dol.lps.state.nj.us; bbeckworth@nixlawfirm.com; jangelovich@nixlawfirm.com; susanwhatley@nixlawfirm.com; eabdelmasieh@nmmlaw.com; dgheiman@jonesday.com; cahope@chapter13macon.com; jay.hurst@oag.state.tx.us; msutter@ag.state.oh.us; michaelz@orbotech.com; mmoody@orourkeandmoody.com; aenglund@orrick.com; fholden@orrick.com; jguy@orrick.com; Rdaversa@orrick.com; rwyron@orrick.com; mseidl@pszjlaw.com; Rfeinstein@pszjlaw.com; Ischarf@pszjlaw.com; dalowenthal@pbwt.com; dwdykhouse@pbwt.com; spaethlaw@phslaw.com; arosenberg@paulweiss.com; cweidler@paulweiss.com; ddavis@paulweiss.com; emccolm@paulweiss.com; jbrass@paulweiss.com; sshimshak@paulweiss.com; housnerp@michigan.gov; kmayhew@pepehazard.com; lawallf@pepperlaw.com; jaffeh@pepperlaw.com; caseyl@pepperlaw.com; varughesen@pepperlaw.com; scarter@pselaw.com; jmanheimer@pierceatwood.com; kcunningham@pierceatwood.com; rjp@pbandg.com; karen.dine@pillsburylaw.com; margot.erlich@pillsburylaw.com; mark.houle@pillsburylaw.com; richard.epling@pillsburylaw.com; robin.spear@pillsburylaw.com; bsmoore@pbnlaw.com; jsmairo@pbnlaw.com; jh@previant.com; mgr@previant.com; enrique.bujidos@es.pwc.com; xst@qad.com; jharris@quarles.com; jdawson@quarles.com; knye@quarles.com; rlp@quarles.com; apille@reedsmith.com; elazarou@reedsmith.com; jkaczka@republicengineered.com; jlapinsky@republicengineered.com; jshickich@riddellwilliams.com; jcrotty@rieckcrotty.com; mscott@riemerlaw.com; holly@regencap.com; amathews@robinsonlaw.com; cnorgaard@ropers.com; gregory.kaden@ropesgray.com; tslome@rsmllp.com; rtrack@msn.com; agelman@sachnoff.com; cschulman@sachnoff.com; cbelmonte@ssbb.com; pbosswick@ssbb.com; rcarrillo@ssbb.com; dweiner@schaferandweiner.com; hborin@schaferandweiner.com; mnewman@schaferandweiner.com; mwernette@schaferandweiner.com; shellie@schaferandweiner.com; rheilman@schaferandweiner.com; egeekie@schiffhardin.com; myarnoff@sbclasslaw.com; shandler@sbclasslaw.com; david.karp@srz.com; james.bentley@srz.com; michael.cook@srz.com; pbaisier@seyfarth.com; rdremluk@seyfarth.com; whanlon@seyfarth.com; bharwood@sheehan.com; lawtoll@comcast.net; ewaters@sheppardmullin.com; msternstein@sheppardmullin.com; tcohen@sheppardmullin.com; twardle@sheppardmullin.com; rthibeaux@shergarner.com; rthibeaux@shergarner.com; bankruptcy@goodwin.com; bankruptcy@goodwin.com; asherman@sillscummis.com; jzackin@sillscummis.com; vhamilton@sillscummis.com; skimmelman@sillscummis.com; cfortgang@silverpointcapital.com; kmiller@skfdelaware.com; fyates@sonnenschein.com; mmachen@sonnenschein.com; opinkas@sonnenschein.com; rrichards@sonnenschein.com; lloyd.sarakin@am.sony.com; emarcks@ssd.com; cmeyer@ssd.com; sarah.morrison@doj.ca.gov; hwangr@michigan.gov; przekopshaws@michigan.gov; jmbaumann@steeltechnologies.com; rkidd@srcm-law.com; shapiro@steinbergshapiro.com; jposta@sternslaw.com; jspecf@sternslaw.com; cs@stevenslee.com; cp@stevenslee.com; mshaiken@stinsonmoheck.com; robert.goodrich@stites.com; madison.cashman@stites.com; wbeard@stites.com;

600827114v1

loucourtsum@stites.com; cpajak@stutman.com; egoldberg@stutman.com; ipachulski@stutman.com; jdavidson@stutman.com; ferrell@taftlaw.com; miller@taftlaw.com; jteitelbaum@morganlewis.com; rbaskin@tblawllp.com; agbanknewyork@ag.tn.gov; jforstot@tpw.com; lcurcio@tpw.com; niizeki.tetsuhiro@furukawa.co.jp; robert.morris@timken.com; mcolabianchi@thelen.com; rhett.campbell@tklaw.com; ira.herman@tklaw.com; john.brannon@tklaw.com; lnewman@tcfhlaw.com; dquaid@tcfhlaw.com; filedocketgroup@fagelhaber.com; tguerriero@us.tiauto.com; jlevi@toddlevi.com; bmcdonough@teamtogut.com; jwilson@tylercooper.com; matthew.schwartz@usdoj.gov; hzamboni@underbergkessler.com; mkilgore@UP.com; djury@usw.org; tscobb@vorys.com; RGMason@wlrk.com; robert.welhoelter@wallerlaw.com; gtoering@wnj.com; mcruse@wnj.com; growsb@wnj.com; mwarner@warnerstevens.com; lekvall@wgllp.com; aordubegian@weineisen.com; gpeters@weltman.com; gkurtz@ny.whitecase.com; guzzi@whitecase.com; dbaumstein@ny.whitecase.com; tlauria@whitecase.com; featon@miami.whitecase.com; barnold@whdlaw.com; jmoennich@wickenslaw.com; dneier@winston.com; cschreiber@winston.com; mwinthrop@winthropcouchot.com; sokeefe@winthropcouchot.com; agrumbine@wcsr.com; rkisicki@woodsoviatt.com; skrause@zeklaw.com