Honorable Robert D. Drain
Docket Number 05-44481 (RDD)
United States Bankruptcy Judge-Southern District of NY
One Bowing Green
New York, NY 10004-1408

Honorable Judge Drain,

I would like to state that I strongly object to the Docket Number 05-44481 (RDD) to the June 1, Master disposition Agreement Article 9.5.11 where the article declares that severance payments will be terminated upon the closing date sometime in July of 2009.

I have worked for Delphi and GM for 36 years and 4 months. On March 3rd 2009, I was let go from my job because it went to Mexico. On May 1ST 2009, MY SPOUSE AND I lost our health benefits.

**Now Delphi and Platinum is trying to take the Severance package and Pension that I have so hard and so long worked for.**

I am asking for your help with this grave issue. You are the ONLY person that can help me and my fellow workers. Just because we are all Salary people, should not give companies the right to be able to take benefits away from them. I was once an hourly person working on the conveyor line. I went to school and got my degree so that I can better myself. It seems that if I would have stayed in the hourly rank, I would still have all my benefits and my wife and I would be in better shape than we are now.

Again, I am asking you for your strong support in helping folks like me that were dedicated to the success of not only GM but also for Delphi.

Thank you

Rocco Gennaro  330-726-9284