June 18, 2009

Chris C. Psetas
2420 N. Miller Rd.
Saginaw, MI 48609

Salaried Retiree of Delphi Corporation
Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------x
                                                 =
In re                                            =    Chapter 11
                                                 =
DELPHI CORPORATION, ET AL.,                      =    Case No. 05-44481
                                                 =           (RDD)
                    Debtors                      =
                                                 =    (Jointly Administered)
-------------------------------------------------x

LETTER TO CONTEST JUNE 1, 2009 MASTER DISPOSITION
AGREEMENT, ARTICLE 9.5.11 - SERVERANCE TERMINATION UPON
BANKRUPTCY EMERGENCE DATE

### PRELIMINARY STATEMENT

     I am 63-year old Delphi retiree forced to retire on March 1, 2009 due to job elimination. In exchange for my waiver of certain rights via the Release of Claims, Delphi is to pay me six months severance pay, March through August 2009. This severance is spelled out in a signed contract with Delphi. This is a legal, enforceable contract presented by Delphi during bankruptcy. I have fulfilled my obligations to Delphi and I fully expect Delphi to fulfill its severance payment obligation to me
     I appreciate the court taking the time to consider my argument and respectfully ask that you not allow Delphi to terminate severance payments to Delphi's US Salaried Employees