June 22, 2009

Honorable Robert D. Drain
Case Number 05-44481 (RDD)
United States Bankruptcy Judge-Southern District of NY
One Bowling Green
New York, NY 10004-1408

Fax 914-390-4073

RE: Objection to Article 9.5.11 of the Master Disposition Agreement; Case 05-44481 (RDD)

Dear Honorable Robert D. Drain,

This letter is in reference to the June 16, 2009 (revised) Master Disposition Agreement, Article 9.5.11 (severance payments). I strongly oppose this article for it breaks a valid written contract that I entered into in good faith with Delphi Corporation.
This contract (not a benefit) was executed on November 25, 2008 (during bankruptcy). In consideration for receiving a severance payment, I agreed to release Delphi Corporation of all claims. I also agreed to remain working at the facility until such time that my services were no longer required. Production has now ceased at the site, thus I have fulfilled my part of the agreement; I expect Delphi Corporation to do the same.
I believe that my claim is an administrative claim; as such, I intend to file an Administrative Expense Claim Form with the court.

Sincerely,

Larry Turner
1115 Garrett Dr.
Athens, Al
Phone: (256-552-5285)