UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————— x

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| | (Jointly Administered) |
| Debtors. | |

——————————————————— x

### ORDER GRANTING RULE 3018(A) MOTION FOR RELIEF FILED BY THE IUOE, THE IBEW AND THE IAM

Upon the July 2, 2009, Rule 3018(a) Motion for Relief filed by the International Union of Operating Engineers Locals 832S, 18S, and 101S (the "IUOE"), the International Brotherhood of Electrical Workers and its Local 663 (the "IBEW"), and the International Association of Machinists and Aerospace Workers and its District 10 and Tool and Die Makers Lodge 78 (the "IAM") pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §1126(a), requesting a temporary allowance of their respective claims for purposes of voting to accept or reject the Modified Plan (the "Motion"); and upon the record of the hearing held on the Motion; and this Court having determined that the relief requested in the Motion is in the best interest of the Debtors, their estates, their stakeholders, and other parties-in-interest in these cases; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon, and sufficient cause appearing therefore; it is hereby

ORDERED that the Motion is Granted; and it is further

**EXHIBIT A**

ORDERED, that solely for purposes of voting on the Modified First Plan, the Movants' Claims are allowed as follows:

a. Claimant IUOE's Claims No. 13663, 13730, 13734, 15071, 15075 are allowed in the estimated, aggregate amount of: $ 10,496,500;

b. Claimant IUOE's Claim No. 13699 is allowed in the amount of $ 1,647,360.00;

c. Claimant IBEW's Claim No. 13875 and 14350 are allowed in the amount of $32,931,695;

d. Claimant IAM's Claim No. 14334 and 13863 are allowed in the amount of $13,856,072.

Dated this  2nd day of July, 2009.

_____

U.S. Bankruptcy Court, S.D.N.Y.

s:\docs\ele663\71259\m0335437.doc