IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **In re:** § | | Chapter 11 |
| § | | |
| **DELPHI CORPORATION,** *et al.* § | | Case No. 05-44481 (RDD) |
| § | | |
| Debtors. § | | (Jointly Administered) |
| § | | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 2, 2009 the ***Joint Objection of Brazeway, Inc. and JP Morgan Chase Bank, N.A. to Notice of Settlement of Order Under 11 U.S.C. §546(c) and Amended Reclamation Procedures Order Classifying Reclamation Claims as General Unsecured Nonpriority Claims for All Purposes*** (the "Objection") was filed with the Clerk of Court using the ECF system which will send notification of such filing to counsel of record which are participants in the ECF.

The undersigned further certifies that on July 2, 2009, the Objection was sent to the following parties by facsimile, with sent confirmation received, and first class U.S. mail, postage prepaid:

>Delphi Corporation
>5725 Delphi Drive
>Troy, Michigan 48098
>Attn: General Counsel
>Facsimile number: (248) 813-2491

The undersigned further certifies that on July 2, 2009, the Objection was sent by email and first class U.S. mail, postage prepaid, to the following parties:

>Skadden, Arps, Slate, Meagher & Flom LLP
>333 West Wacker Drive, Suite 2100
>Chicago, Illinois 60606
>Attn: John Wm. Butler, Jr., John K. Lyons and Joseph N. Wharton
>Email address: jbutler@skadden.com; john.lyons@skadden.com

The undersigned further certifies that on July 2, 2009, the Objection was sent by overnight courier to the Hon. Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.

Respectfully submitted,

/s/ Bruce N. Elliott
Bruce N. Elliott (P28770)
Conlin, McKenney & Philbrick, P.C.
350 South Main Street, Suite 400
Ann Arbor, Michigan 48104-2131
Telephone: (734) 761-9000
Facsimile: (734) 761-9001

Dated: July 2, 2009

M:\ATTY-SHARED\CLM\B\BRAZEWAY\DELPHI\COS.7.2.09.WPD