Brian L. Shaw (IL ARDC 6216834)
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 N. Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Counsel for:
ATC Logistics & Electronics, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors | ) | Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. § 1109, Fed. R. Bankr. P. 2002 and 9010, the undersigned appears as counsel to ATC Logistics & Electronics, Inc., creditor and party-in-interest in the above-captioned bankruptcy case. The undersigned requests that all parties-in-interest serve the undersigned with copies of all notices, motions, applications, pleadings, plans, reports and other papers either served or filed in connection with this case at the following address:

> Brian L. Shaw
> SHAW GUSSIS FISHMAN GLANTZ
> WOLFSON & TOWBIN LLC
> 321 N. Clark St., Suite 800
> Chicago, IL 60654
> Phone: (312) 541-0151
> Fax: (312) 980-3888
> E-mail: bshaw100@shawgussis.com

Dated: July 2, 2009                         Respectfully submitted,

Brian L. Shaw                               By: */s/ Brian L. Shaw*
SHAW GUSSIS FISHMAN GLANTZ                     Counsel for:
  WOLFSON &TOWBIN LLC                          ATC Logistics & Electronics, Inc.
321 N. Clark St., Suite 800
Chicago, IL 60654
Phone: (312) 541-0151
Fax: (312) 980-3888

{6911 APPEAR A0235155.DOC}

## **CERTIFICATE OF SERVICE**

      I, Brian L. Shaw, an attorney, certify that service of the foregoing Notice of Appearance and Request for Service of Papers was accomplished electronically to all ECF registrants via the Court's ECF system on July 2, 2009.

                                                     */s/ Brian L. Shaw*
                                                      Brian L. Shaw

{6911 APPEAR A0235155.DOC}