Brian L. Shaw (IL ARDC 6216834)
Shaw Gussis Fishman Glantz
   Wolfson & Towbin LLC
321 N. Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Counsel for:
ATC Logistics & Electronics, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors | ) | Jointly Administered |

**MOTION OF BRIAN L. SHAW**
**FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Brian L. Shaw, a member in good standing of the bar of the State of Illinois, and the bar of the United States District Court for the Northern District of Illinois, request admission, *pro hac vice*, to represent ATC Logistics & Electronics, Inc. in the above-captioned chapter 11 cases.

| | |
|---|---|
| Mailing Address: | Brian L. Shaw |
| | SHAW GUSSIS FISHMAN GLANTZ |
| | WOLFSON & TOWBIN LLC |
| | 321 Clark St., Suite 800 |
| | Chicago, IL  60654 |
| Telephone: | (312) 541-0151 |
| E-mail: | bshaw100@shawgussis.com |

Dated: July 2, 2009                        Respectfully submitted,

Brian L. Shaw                              By: */s/ Brian L. Shaw*
SHAW GUSSIS FISHMAN GLANTZ                     Counsel for:
  WOLFSON &TOWBIN LLC                          ATC Logistics & Electronics, Inc.
321 N. Clark St., Suite 800
Chicago, IL  60654
Phone:  (312) 541-0151
Fax:  (312) 980-3888

{6911 MOT A0235149.DOC}

## **CERTIFICATE OF SERVICE**

I, Brian L. Shaw, an attorney, certify that service of the foregoing MOTION OF BRIAN L. SHAW FOR ADMISSION TO PRACTICE, *PRO HAC VICE* was accomplished electronically to all ECF registrants via the Court's ECF system on July 2 2009.

*/s/ Brian L. Shaw*
Brian L. Shaw

{6911 MOT A0235149.DOC}