UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――― x

In re                                                               Chapter 11
DELPHI CORPORATION, et al.,                  Case No. 05-44481 (RDD)
                                                                     (Jointly Administered)
        Debtors.
―――――――――――――――――――――― x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                                  ) SS:
COUNTY OF NEW YORK  )

       Tiffany D. Lewis, being duly sworn, deposes and says:

       I am over 18 years of age, reside in Brooklyn, New York, and am not a party to this action. On July 2, 2009, I served the annexed Rule 3018(a) Motion for Relief and Proposed Order on the parties below, by depositing a true copy of same enclosed in a properly addressed wrapper under the exclusive care and control of Breakaway Courier Service within the State of New York.

To    Counsel For Debtors
       Skadden, Arps, Slate, Meagher & Flom LLP
       Four Times Square
       New York, New York 10036
       Att'n: Kayalyn A. Marafioti
       Att'n: Gregory W. Fox

       United States Trustee
       The Office of the United States Trustee
       33 Whitehall Street, Suite 2100
       New York, New York 10004
       Att'n: Brian Masumoto

       Counsel For The Creditors' Committee
       Latham & Watkins LLP
       885 Third Avenue
       New York, New York 10022
       Att'n: Robert J. Rosenberg

       Counsel For The Postpetition Lenders
       Davis Polk & Wardwell
       450 Lexington Avenue
       New York, New York 10022
       Att'n: Donald S. Bernstein

<u>Counsel For The Tranche C Collective</u>
Willkie Farr & Gallagher LLP
787 Seventh Avenu
New York, nY 10019
Att: Richard Mancino

<u>Counsel for The United States Department of Treasury</u>
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Att: John J. Rapisardi

<u>Counsel For The United States Department of Justice</u>
United States Department of Justice
86 Chambers Street, 3rd Floor
New York, NY 10007
Att: Matthew L. Schwartz

<u>Counsel For General Motors Corporation</u>
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Att: Jeffrey L. Tanenbaum

<u>Counsel For Parnassus Holdings II,LLC</u>
Schulte Roth & Zabel, LLP
919 Third Avenue
New York, NY 10022
Att: Adam C. Harris

Tiffany D. Lewis

Sworn to before me this
July 2, 2009

Notary Public

MICHAEL ROSS NERENBERG
NOTARY PUBLIC-STATE OF NEW YORK
No. 02NE6179536
Qualified in Kings County
My Commission Expires December 24, 2011

2