UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

In re:                                              Chapter 11

DELPHI CORPORATION, et al.                          Case No. 05-44481 (RDD)

            Debtors.                                (Jointly Administered)

_____x

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2009, I electronically filed the foregoing **RULE 3018(A) MOTION FOR RELIEF and ORDER GRANTING RULE 3018(A) MOTION FOR RELIEF FILED BY THE IUOE, THE IBEW AND THE IAM** with the Clerk of Court using the ECF system which will send notification of such filing to all ECF participants and I also hereby certify that I e-mailed and mailed said documents via UPS Overnight to the following:

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel

<u>Counsel for the Debtors</u>
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(800) 718-5305
Attn: John Wm. Butler, Jr.
Attn: Ron E. Meisler

                                                  */s/ Marianne Goldstein Robbins*
Attorney Marianne Goldstein Robbins
Previant, Goldberg, Uelmen,
Gratz, Miller & Brueggeman, s.c.
1555 N. RiverCenter Dr., # 202
P.O. Box 12993
Milwaukee, WI 53212
Ph: 414-271-4500 /Fax: 414-271-6308

s:\docs\ele663\71259\m0335622.doc