The Honorable Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610

Reference case # 05-44481

**Judge Drain,**

First let me thank you for slowing down the back door shenanigans that Delphi / GM & Platinum Equity were trying in your Court room last week. If the people running Delphi feel the need to sell, they should have sell to the highest bidder. However, my personal belief is that Delphi was never to succeed, but to allow GM off the hook for future obligations to everyone at Delphi. Now along comes the new administration in 2009 and they cannot mess with the UAW, so the big dump is only the Salaried Personnel. It is not right!

There are some unscrupulous people behind all of this and I also believe that you saw through it last week. GM told the people in 1999 that as soon as the big spin-off of Delphi, their pensions would be 100% funded. I have never seen it above 79%. If GM reneged on this, they owe money to the pension fund. That would help. It needs to be investigated. Since I worked over 27years for GM, only three for Delphi, the fair thing to do is make GM honor the 27 years. Some never worked a single day for Delphi yet they are being dumped on by these two companies. We were also investors buying stock. We were told by J.T. Battenberg how much money Delphi was making - just another lie. J T was either incompetent or a criminal. Someone up there was monkeying with the numbers to keep investors on the hook. These people had rather climb a tree and tell you a lie than to stand on the ground and tell the truth.

Speaking again of J T, after he made a mess of things he jumped ship in '05. You can't find him with a search light and a good hound dog, but you can believe he ain't broke. He was hauling in around 16 MILLION a year, and then called in Steve Miller to do THE DEED. Neither GM nor Delphi would ever have been successful to that point without the very people they are dumping now and we are talking going back into 1950's coming to present day.

Judge, if this thing is turned over to PBGC there are folks out there who will be cut to the bone. It isn't right. They may loose everything they worked for 30 or more years. GM has the money; they have their hands deep into the taxpayers' purse "50 BILLION" or more. Make 'em do the right thing.

I read a letter Rodney O'Neal wrote to the wife of a retried engineer. In it "OLE" Rod was feeling real bad about, "having to turn over the pension to the PBGC, but he just didn't have the 2 billion to bring the pension program up to snuff. "GM" has it. What about the Delphi plants in Europe and Asia? Let's get those involved. It seems that it's gotten to the point where people that fail to make profits for a company are the ones who get all the monetary rewards, retention bonuses and such.

First they (Delphi) took our stock, said we really did not buy stock, and then turned it over to someone called State Street Bank & Trust. That was a real hat trick! Next it was our medical benefits and now it's our pensions.

Judge we are out of blood. Make Delphi do the right thing and fully fund the pension program and keep it funded and not turn it over to PBGC. Delphi has used every excuse (SALARIED) to keep from coming out of bankruptcy, perhaps they just want to rid themselves of their OBLIGATIONS (SALARIED) and other INVESTORS.

REGARDS


Dwayne Barrett
320 Afton Drive
Brandon Mississippi 39042