**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------x
                                           :
In re:                                     :    Chapter 11
                                           :    Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.,                :    (Jointly Administered)
                                           :
            Debtors.                       :
                                           :
                                           :
-------------------------------------------x
```

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Davor Rukavina, a member in good standing of the bar in the State of Texas and of the bar in the U.S. District Court for the Northern District of Texas, request admission, *pro hac vice*, before the Honorable Robert D. Drain to represent COMPUTER SCIENCES CORPORATION, a creditor and party-in-interest in the above-referenced bankruptcy case.

My address is Munsch Hardt Kopf & Harr, P.C., 3800 Lincoln Plaza, 500 N. Akard Street, Dallas, Texas 75201-6659. My e-mail address is drukavina@munsch.com; fax number is 214/855-7584; and telephone number is 214/855-7500. I agree to pay the fee of $25.00 upon entry of an order admitting me to practice *pro hac vice*.

Dated: July 2, 2009              /s/ Davor Rukavina
Dallas, Texas                    Davor Rukavina

---

## ORDER

ORDERED,

that Davor Rukavina, Esq., is admitted to practice, **pro hac vice** in the above-referenced bankruptcy case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: July ___, 2009
New York, New York              UNITED STATES BANKRUPTCY JUDGE