SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive, Suite 2700
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JULY 2, 2009 NOTICE OF FILING OF PLAN EXHIBITS WITH RESPECT TO FIRST
AMENDED JOINT PLAN OF REORGANIZATION OF DELPHI CORPORATION AND
<u>CERTAIN AFFILIATES, DEBTORS AND DEBTORS-IN-POSSESSION (AS MODIFIED)</u>

("JULY 2, 2009 NOTICE OF FILING PLAN EXHIBITS")

1.     On June 16, 2009, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), filed the First Amended Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (As Modified) (the "Modified Plan") (Docket No. 17030).

2.     On the same date, the Debtors also filed the Supplement To First Amended Disclosure Statement With Respect To First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (As Modified) (Docket No. 17031).

3.     Also on June 16, 2009, the Court entered the Order (A)(I) Approving Modifications To Debtors' First Amended Plan Of Reorganization (As Modified) And Related Disclosures And Voting Procedures And (II) Setting Final Hearing Date to Consider Modifications to Confirmed First Amended Plan Of Reorganization And (B) Setting Administrative Expense Claims Bar Date And Alternative Transaction Hearing Date (Docket No. 17032) (the "Modification Procedures Order").

4.     Paragraph 4 of the Modification Procedures Order requires that the Debtors file all exhibits and schedules to the Modified Plan with the Court on or before July 2, 2009. In compliance with paragraph 4 of the Modification Procedures Order, the Debtors have today filed the following Plan Exhibits:

| PLAN EXHIBIT | DESCRIPTION |
| --- | --- |
| 7.3 | Restructuring Transactions Notice |
| 7.4(a) | Certificate Of Incorporation For Reorganized DPH Holdings |
| 7.4(b) | Bylaws Of Reorganized DPH Holdings |
| 7.7 | Certain Schedules and Exhibits to Master Dispositon Agreement Filed June 16, 2009 |
| 7.9 | Post-Confirmation Reorganized DPH Holdings Share Trust Agreement |
| 7.11 | Management Compensation Plan |
| 7.17 | Delphi-PBGC Settlement Agreement |
| 7.19 | Retained Causes Of Action |
| 8.1(A) | Executory Contracts And Unexpired Leases To Be Rejected |
| 10.5 | Administrative Claim Request Form |

5.    All Plan Exhibits are subject to all of the provisions of the Modified Plan including, without limitation, Article 14.3, under which the Debtors have reserved the right to alter, amend, or modify the Modified Plan or any Exhibits thereto under section 1127(a) of the Bankruptcy Code at any time prior to the Final Modification Hearing.

6.    In accordance with section 7.5 of the Modified Plan, the Debtors hereby give further notice that the Debtors will announce the names of the officers and directors of Reorganized DPH Holdings on the record at the Final Modification Hearing, scheduled for July 23, 2009.

7.    Copies of the Plan Exhibits can be obtained at http://www.nysb.uscourts.gov or free of charge at http://www.delphidocket.com or, upon reasonable written request, from the Creditor Voting Agent, Kurtzman Carlson Consultants LLC, 2335 Alaska Avenue, El Segundo, California 90245, Att'n: Delphi Corporation, et al.

Dated: New York, New York
July 2, 2009

        SKADDEN, ARPS, SLATE, MEAGHER
         & FLOM LLP

        By:   /s/ John Wm. Butler, Jr.
            John Wm. Butler, Jr.
            Ron E. Meisler
        155 North Wacker Drive, Suite 2700
        Chicago, Illinois 60606
        (312) 407-0700

                – and –

        By:   /s/ Kayalyn A. Marafioti
            Kayalyn A. Marafioti
        Four Times Square
        New York, New York 10036
        (212) 735-3000

        Attorneys for Delphi Corporation, et al.,
          Debtors and Debtors-in-Possession