Exhibit 8.1(a)

Executory Contracts And Unexpired Leases To Be Rejected

All Plan Exhibits are subject to all of the provisions of the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (As Modified) (Docket No. 17030) (as subsequently modified or amended, the "Modified Plan"), including, without limitation, Article 14.3, under which the Debtors have reserved the right to alter, amend, or modify the Modified Plan or any Exhibits thereto.

**Exhibit 8.1(a)**

**Executory Contracts And Unexpired Leases To Be Rejected**

1. Learjet Agreement with Bank of America N.A., dated March 30, 2001

2. Charter Agreement between Delphi Automotive Systems Human Resources, LLC and Automotive Air Charter, Inc., dated Nov. 26, 2001

3. Aircraft Management Agreement between Delphi Automotive Systems Human Resources, LLC and Pentastar Aviation, LLC, dated Nov. 26, 2001

4. Consent to Aircraft Management Agreement and Charter Agreement and Assignment, between Delphi Automotive Systems Human Resources, LLC, Bank of America N.A., Automotive Air Charter, Inc., and Pentastar Aviation, LLC, dated Nov. 27, 2001 and Dec. 16, 2003

5. Challenger Agreement with Bank of America N.A., dated March 30, 2001

6. Charter Agreement between Delphi Automotive Systems Human Resources, LLC and Automotive Air Charter, Inc., dated Nov. 26, 2001

7. Aircraft Management Agreement between Delphi Automotive Systems Human Resources, LLC and Pentastar Aviation, LLC, dated Nov. 26, 2001

8. Consent to Aircraft Management Agreement and Charter Agreement and Assignment, between Delphi Automotive Systems Human Resources, LLC, Bank of America N.A., Automotive Air Charter, Inc., and Pentastar Aviation, LLC, dated Nov. 27, 2001 and Dec. 16, 2003

9. Eagle Services Plan Agreement No. 0692-01 between Delphi Automotive Systems Human Resources LLC and Pratt & Whitney Canada Corp. dated January 31, 2002

10. Learjet Smart Parts Plus Agreement SP-60237-61 between Delphi Automotive Systems Human Resources LLC and Learjet Inc. dated February 11, 2002

11. Smart Parts Plus Agreement Contract #SP-5498-61 between Delphi Automotive Systems Human Resources LLC and Bombardier Inc.

12. CF34 Maintenance Cost Per Hour ("MCPH") Engine Service Agreement Reference Number ESI-01-0763C between Delphi Automotive Systems Human Resources LLC and GE Engine Services, Inc. dated February 21, 2002.

13. Warehouse Lease between Delphi Automotive Systems LLC and Donald R. and Sarah E. Sweeton, dated Dec. 22, 1999 and subsequently amended, with most recent amendment, the Fourth Amendment, dated Dec. 10, 2004

14. Master Goods Agreement between Delphi Corporation and Apple Computer Inc. dated May 1, 2004.

15. Lease Agreement (GM 91A-5) and Lease Supplements (GM 91A-5A and 91A-5C) between Delphi Automotive Systems LLC (as assignee of General Motors Corporation) and Comerica Bank (as Owner Participant) dated September 27, 1991.

16. All Change In Control Agreements between the Debtors and any person entered into prior to the Petition Date.

17. All Employment Agreements between the Debtors and any person entered into prior to the Petition Date.

18. Tacoma-Corolla Consulting and Technical Support Agreement between Delphi Automotive Systems LLC and The Furukawa Electric Co., Ltd. dated June 28, 2005.

19. Intellectual Property License, Restricted Use, and Technical Assistance Agreement among Delphi Technologies, Inc., Delphi Automotive Systems LLC and The Furukawa Electric Co. Ltd.

Subject to the Master Disposition Agreement, the Debtors reserve the right to file a motion on or before the Modification Approval Date to reject any executory contract or unexpired lease. In addition, the Debtors reserve the right to amend, modify, supplement, or otherwise change Exhibit 8.1(a) on or before the Modification Approval Date.