Buchanan Ingersoll & Rooney PC
Counsel for Fiduciary Counselors, Inc.
William H. Schorling
Two Liberty Place
50 S. 16th Street, Ste. 3200
Philadelphia, PA 19102
(215) 665- 8700 - Telephone
(215) 665-8760 - Facsimile

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re:                                              :   Chapter 11
                                                    :
DELPHI CORPORATION, et al.,                         :   Case No. 05-44481 (AJG)
                                                    :
                                                    :   Jointly Administered
              Reorganized Debtors.      :
---------------------------------------------------------------x

## NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

PLEASE TAKE NOTICE that FIDUCIARY COUNSELORS, INC. ("Fiduciary Counselors"), by and through its undersigned counsel, formerly of the firm Klett Rooney Lieber & Schorling, previously entered its appearance in this case. Please be advised of the current firm name and address:

**FORMER FIRM NAME AND ADDRESS**

William H. Schorling
DeWitt Brown
Klett Rooney Lieber & Schorling
A Professional Corporation
Two Logan Square, 12th Floor
Philadelphia, PA 19103-2756
email: dbrown@klettrooney.com
(215) 567-7500 - Telephone
(215) 567-2737 - Facsimile

**CURRENT FIRM NAME AND ADDRESS**

William H. Schorling
Buchanan Ingersoll & Rooney PC
Two Liberty Place
50 S. 16th Street, Ste. 3200
Philadelphia, PA 19102
(215) 665- 8700 - Telephone
(215) 665-8760 - Facsimile
email: william.schorling@bipc.com

Date: July 6, 2009                    **BUCHANAN INGERSOLL & ROONEY PC**

/s/ William H. Schorling
William H. Schorling
Two Liberty Place
50 S. 16th Street, Ste. 3200
Philadelphia, PA 19102
(215) 665- 8700 - Telephone
(215) 665-8760 - Facsimile
email: william.schorling@bipc.com

Counsel to Fiduciary Counselors, Inc.

#2143042-v1