BUCHANAN INGERSOLL & ROONEY PC
Counsel for Fiduciary Counselors, Inc.
620 Eighth Avenue, 23rd Floor
New York, New York 10018
(212) 440-4400 (Telephone)
(212) 440-4401 (Facsimile)
William H. Schorling, Esquire (WS-6322)

    -and -

Buchanan Ingersoll & Rooney PC
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200 (Telephone)
(302) 552-4295 (Facsimile)
Mary F. Caloway. Esq.

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2009, I caused to be served the Fiduciary Counselors, Inc.'s Motion For Order Estimating Claims for Purposes of Voting on Plan of Reorganization upon the persons and entities listed on Exhibit A annexed hereto as noted thereon.

Dated:  July 6, 2009  　　　　　　　　　　BUCHANAN INGERSOLL & ROONEY PC
　　　　Philadelphia, PA

*/s/ Donna Curcio*
_____
Donna S. Curcio
Legal Assistant
1835 Market Street
Philadelphia, PA  19103
Tel:  (215) 665-8700
Fax:  (215) 665-8760