# EXHIBIT A

Via electronic mail by 4:00 p.m.:

'Abrams, Marc'; 'Bernstein, Donald S.'; 'Broude, Mark A.'; 'Butler, John Wm.'; 'Corado, Joseph N.'; 'Fox, Gregory W.'; 'Haker, Oren B.'; 'Harris, Adam C.'; 'Karp, David J.'; 'Lemons, Robert J.'; 'Mancino, Richard'; 'Marafioti, Kayalyn A.'; 'Meisler, Ron E.'; 'Rapisardi, John J.'; 'Resnick, Brian M.'; 'Rosenberg, Robert J.'; 'Schwartz, Matthew L.'; 'Seider, Mitchell A.'; 'Tanenbaum, Jeffrey L.'

Via hand delivery by 4:00 p.m.:

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green, Room 632
New York, NY 10004

Via overnight mail as building was closed for hand deliveries at approximately 4:10 p.m.:

Office of the United States Trustee
for the Southern District of New York
Attn: Alicia M. Leonhard
33 Whitehall Street - Suite 2100
New York, NY 10004

#2060771-v1