June 24, 2009

11545 Winding Wood Drive
Indianapolis, IN 46235

The Honorable Robert D. Drain
Judge of the United States Bankruptcy Court,
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Dear Judge Drain:

I have attached a copy of a letter that I sent to the President regarding an extreme injustice which is being levied on the salaried employees and salaried retirees of Delphi Corporation.

I have worked for General Motors (and then Delphi Corporation after it was spun off in 1999) as a salaried employee for 31+ years. During the 21+ years that I was part of General Motors, I worked side-by-side with those salaried employees who *now*, since they are *still* part of General Motors, are receiving in retirement health care insurance (pre-age 65) and fully-funded pensions from General Motors. Delphi, on the other hand, has already eliminated health care insurance for ALL *salaried* retirees (regardless of age) and has announced that its *salaried* pension fund will default to the PBGC upon Delphi's emergence from bankruptcy (resulting in pensions *much less* than what we were promised by GM and Delphi). I simply cannot live on $12,000 per year!

I am respectfully sending you a copy of this letter, as well, with the urgent request that you would have the compassion to do the right thing and right the wrong that is outlined in the attached letter before Delphi emerges from Chapter 11 bankruptcy protection.

Yours sincerely,

Linda Nelson

Home phone:   317-823-8651
Cell phone:   317-407-8020
E-mail:   RLNELSON5657@aol.com

June 24, 2009

11545 Winding Wood Drive
Indianapolis, IN 46235

The Honorable Robert D. Drain
Judge of the United States Bankruptcy Court,
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Dear Judge Drain:

I have attached a copy of a letter that I sent to the President regarding an extreme injustice which is being levied on the salaried employees and salaried retirees of Delphi Corporation.

I have worked for General Motors (and then Delphi Corporation after it was spun off in 1999) as a salaried employee for 31+ years. During the 21+ years that I was part of General Motors, I worked side-by-side with those salaried employees who *now*, since they are *still* part of General Motors, are receiving in retirement health care insurance (pre-age 65) and fully-funded pensions from General Motors. Delphi, on the other hand, has already eliminated health care insurance for ALL *salaried* retirees (regardless of age) and has announced that its *salaried* pension fund will default to the PBGC upon Delphi's emergence from bankruptcy (resulting in pensions *much less* than what we were promised by GM and Delphi). I simply cannot live on $12,000 per year!

I am respectfully sending you a copy of this letter, as well, with the urgent request that you would have the compassion to do the right thing and right the wrong that is outlined in the attached letter before Delphi emerges from Chapter 11 bankruptcy protection.

Yours sincerely,

Linda Nelson

Home phone:   317-823-8651
Cell phone:    317-407-8020
E-mail:        RLNELSON5657@aol.com

June 8, 2009

11545 Winding Wood Drive
Indianapolis, IN 46235

Mr. Barack Obama
President of the United States
The White House
1600 Pennsylvania Avenue, NW
Washington, DC 20500

Dear Mr. President:

Thank you so much for taking a moment out of your hectic day to read this letter. I certainly appreciate your effort to stay tuned in to the minds and hearts of the citizens of this country. In fact, I am writing to you for that very reason with the hope that you might read this letter and find it in your heart to do the right thing for a group of people (of which I am a part) whose futures have been *devastated*. Let me explain.....

I am a 52 year old cancer survivor and a 31 year salaried employee of Delphi Corporation / General Motors. As you know, Delphi is a major components supplier to the automotive industry and was once part of General Motors until it was spun off in 1999. As you also know, Delphi filed for Chapter 11 bankruptcy protection in October of 2005 and just announced plans last week to emerge within the next couple of months. As part of Delphi's "restructuring plan", the company announced several months ago that health care insurance and life insurance would no longer be provided for current and future Delphi *salaried* retirees. Then, just last week, Delphi announced that they would no longer support their *salaried* pension program upon emergence from Chapter 11 bankruptcy protection. Although I do understand that the Pension Benefit Guarantee Corporation may provide us with some pension, the amount would be approximately 25% of what we would have received had Delphi / General Motors followed through on their commitment to provide pension benefits. For those salaried employees who have many active employment years remaining to save for retirement this is not nearly as big an issue; however, for those who are currently retired and for those salaried employees like me, who are very close to retirement and have precious little time left to make up the difference before retiring, this is totally devastating.

Mr. President, I can't begin to tell you the trauma this devastating chain of events has already brought, and will continue to bring, to my family and the families of my salaried colleagues. I have sacrificed throughout my life -- first to get a degree in Mechanical Engineering and then as a salaried employee of General Motors (and now Delphi Corporation) -- with the promise from Delphi that they would see to it that I had health care insurance and a pension in my retirement in

return for my sacrifices and loyalty to the company for at least 30 years. In contrast to our union-represented hourly counterparts, Delphi salaried employees are expected to do "whatever it takes" to get the job done without receiving paid overtime – this regularly translates into extended separations from home and family in the name of supporting our projects "on-location" as well as many nights and weekends on the road and/or at a Delphi facility working to resolve crises. We did this gladly, however, because we were promised a secure retirement by General Motors / Delphi in return.

To better understand my perspective, please realize that salaried employees at Delphi are NOT represented by a union. In contrast, the hourly-rate Delphi employees ARE unionized. The unionized workforce at Delphi has suffered neither the removal of their health insurance benefits in retirement nor the elimination of their pensions (in fact, General Motors has recently stated it will assume responsibility for the pensions of Delphi's hourly current and future retirees!). Certainly the hourly employees are an important part of making a large corporation such as Delphi run; however, if it were not for the market research / planning, design, development, testing, negotiating, sourcing, project management / execution, and management of the business *carried out on a daily basis by the salaried workforce*, Delphi would have neither viable products nor a business system to support them. *In essence, Delphi would not exist if it were not for the daily, sacrificial efforts of the salaried workforce.*

In closing, let me say that the treatment that Delphi salaried employees have received at the hand of the company flies in the face of the very fiber and premise of the principles on which this nation was built. I see no indication that Delphi recognizes that "all men are created equal" as evidenced by the inequality of the treatment of the salaried vs. hourly workforce at a very basic level – health insurance and pension in retirement. In addition, there is no "justice", which the Constitution explicitly states is ours as citizens of this country, in the disparity in the treatment of hourly and salaried employees at Delphi Corporation in these two very basic commitments.

Mr. President, you campaigned and were elected on the promise that you would be the people's President and that you would bring CHANGE. **I am respectfully appealing to your sense of very basic right and wrong in asking you to urgently intervene in order to obtain fair and equal treatment in retirement for Delphi's salaried current and future retirees when compared to their hourly counterparts regarding health insurance and pensions.**

Yours sincerely,

Linda Nelson

Home phone:  317-823-8651
Cell phone:   317-407-8020
E-mail:       RLNELSON5657@aol.com