7

6-20-2009

Honorable Robert D. Drain
   Docket Number 05-44481 (RDD)
   United States Bankruptcy Judge - Southern District of NY
   One Bowing Green
   New York, NY 10004 -1408

Dear Judge Drain,

I am writing you to express my objection to the June 1, 2009 Master Disposition Agreement, Article 9.5.11. As I understand the article declares that severance payments will be terminated upon the closing date (emergence date). On 2-9-2009 I signed a Release of Claims document that promised a severance to be paid in 12 semi-monthly payments upon my separation from Delphi effective 3-1-2009. I believed that by signing the Release of Claims that I was entering into a legal, binding agreement with Delphi. I would ask you to please review this section of the Master Agreement.

Thank you for your time.

Sincerely,  *Daniel J. Buehler*

Daniel J. Buehler