9

Lyle E. Burr
5850 Burnett East Road
Kinsman, Ohio 44428
June 21, 2009

Honorable Robert D. Drain
Case Number 05-44481 (RDD)
United States Bankruptcy Judge
- Southern District of NY
One Bowling Green
New York, NY 10004 - 1408

Subject: Case Number 05-44481 (RDD) Objection to Severence Termination

To: The Honorable Robert D. Drain

Your Honor, I am writing to object to the Severance Payments Termination in the June 16, 2009 Master Disposition Agreement Article 9.5.11 which declares that such payments will be terminated from Delphi's emergence from bankruptcy.

During my exit interview, I was asked to sign a "legal binding" document, contract, by Anna Marie Pinti, Delphi Human Resources representative, which stated that I would receive six (6) months severance pay. If I did not sign this document, I would have received one (1) months pay. In exchange for signing this contract, I released all claims against Delphi in exchange for the six (6) months severance pay. I signed this form on March 2, 2009.

Therefore, I have a valid legal binding liability contract for the six (6) months severance pay for which I waived certain rights that was entered into during the bankruptcy on March 2, 2009.

The six (6) months severance pay was to be used to pay medical expenses, my future Eagle Scout's college tuition, and living expenses if my Delphi pension becomes a ward of the PBGC.

Sincerely,

*Lyle E. Burr*

Lyle E. Burr