## Severance Termination

## Letters of Objection

Dear        Honorable Robert D. Drain
            Case Number 05-44481 (RDD)
            United States Bankruptcy Judge - Southern District of NY
            One bowling green
            New York, NY 10004 -1408

My name is Phyllis D. Young I retired from Delphi Saginaw in April 1, 2009. As an incentive to retire I was promised 6 months severance pay by Delphi. I signed the required paperwork and began my retirement. I object to the June 16, 2009 Master Disposition Agreement, Article 9.5.11. This article declares that severance payments will be terminated.

I expect Delphi to fulfill its obligations as promised. The severance payments were provided in exchange for a waiver of certain rights via the Release of Claims. We entered into a contract during bankruptcy. These Severance payments are a contract liability not a Delphi provided benefit. I have a valid / binding / legal contract and it should be honored.

Today I am using my severance payment to pay my health care cost. Another benefit we have already lost, not to mention pending pension reduction via transfer to PBGC.

All I ask is for Delphi for honor its commitment and you to consider the impact of their decision to terminate these payments.

Thanks

Phyllis D. Young
5211 N. Linden rd
Flint, MI 48504
Phone: 8107336942