June 25, 2009

The Honorable Robert D. Drain
United States Bankruptcy Judge
Southern District of NY
One Bowling Green
New York, NY 10004-1408

Re: Case # 05-44481 (RDD)

Dear Judge Drain:

I am a Delphi Salaried employee who has devoted 31 ½ years of service to my company, which is now trying to break every promise made to me over those 31 years. Not only am I losing health care and perhaps ½ of my pension, I may also lose my severance, which I am counting on to survive until I can find new employment. I believe it is illegal for Delphi to refuse to pay the severance they legally are obligated to pay.

Specifically, I am objecting to Article 9.5.11 of the revised June 16, 2009 Master Disposition Agreement.

-1-
→

On 5/13/09, I signed + Delphi signed a Separation Allowance Plan release of claims. I maintain that this is a legal, enforceable contract wherein Delphi agrees to pay me severance in exchange for my Release of Claims. This contract was entered into during bankruptcy. This severance is a legal contract liability. My "contract" was signed on May 13, 2009, and specifies severance payments commencing on July 15, 2009, and continuing through December 31, 2009.

I believe I have a valid/binding/legal contract, and I expect it to be honored.

I ask for your help, Judge Drain, to that end.

Sincerely,

Randy M Hoselly
26039 Saunders Settlement Rd
Sanborn, NY  14132
716-731-7077