14

# DELPHI

Steering Systems

Date: 6/22/09

To: Honorable Robert Drain    Fax: 914 390 4073

Phone: _____

From: Charles Adams    Fax: 256-552-5621

Phone: 2565525633

Subject: Docket # 05-44481 (RDD)

cc: _____

Number of pages including cover sheet: 2

Problems with the receipt of this transmission, contact: _____

☒ Urgent    ☐ For Review    ☐ Please Reply

MESSAGE:

6/22/09

To: Honorable Robert Drain
Subject: Docket # 05-44481 (RDD)
(Delphi severance)

I would like to object to the termination of severance for the Delphi salaried work force. This is the June 1, 2009 Master Disposition Agreement, article 9.5.11.

After thirty plus years with GM/Delphi it is devastating to now find that the monies I had counted on for retirement could be eliminated or reduced. Please think about the individuals and prevent this from happening.

Sincerely,
Charles Adams
Delphi Ret 23
Athens, Alabama 35611