**Subject:** Docket Number 05-44481 (RDD) - Severance Termination Objection

**To:** Honorable Robert D. Drain

**From:** William C. Bringer

Judge Drain, I object to the June 1, 2009 Master Disposition Agreement, Article 9.5.11. I signed a **legal contract** with Delphi during bankruptcy that I would receive severance payments in exchange for my waiver of certain rights. My effective date was April 1, 2009. My retirement from Delphi was **VOLUNTARY** and my decision to retire was based on these severance payments along with the pension that was promised. With everything that has happened in the last 6 weeks with pensions and severance pay, financially for me and my family it will be devastating. The total liability for continued severance payments is low for the company, but will help me financially.

Judge, these severance payments are not a benefit provided by Delphi, I have a **valid, legal contract** (I will send to you upon request) and I expect Delphi to honor that contract.

Respectfully,

William C. Bringer



RECEIVED
JUN 29 2009
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK