June 23, 2009

Honorable Judge Robert D Drain
US Bankruptcy Court Case #05-44481
One Bowling Green Room 632
New York, New York 10004-1408

Dear Judge Drain,

I write this letter to object to the Approval of the Modified Plan that is to be heard before the Court on July 23, 2009. The basis for my objection is that the Court cannot discard the obligations to its' Delphi Salaried Retirees that are in fact GM Salaried Retirees. Any such plan for Delphi to emerge from bankruptcy without recognizing that Delphi Salaried Retirees that spent the majority of their careers with GM are in fact GM Salaried Retirees is not legal.

While it is laudable that Delphi is finally pursuing a strategy to emerge from bankruptcy, it is not laudable do so with an unethical, immoral, and perhaps illegal strategy. Delphi has an obligation to its' Salaried Retirees to make good on the implied contracts that it had with its' Salaried workforce. Delphi must insist that any deal to sell assets includes the transfer back to GM of the obligations that rightfully belong to GM---namely the Salaried Retirees Health Care and Pension Plan.

GM must recognize that if someone worked 25 or more years with GM and then was transferred (without a choice) to a GM created Delphi name and worked under that name in GM owned facilities for less than 10 years before being forced to retire then that Salaried Retiree is a bona fide GM Salaried Retiree and should be treated as such and cannot legally or morally be discarded by Delphi.

Please issue an order that said Delphi Retirees are in fact to be recognized as GM Salaried Retirees and the obligations for said Retirees must be a part of any deal concerning Delphi and GM.

Delphi was obviously created as a charade by GM and its' top officers likely colluded with GM to create the fictional Delphi which was doomed to fail from its' beginning. The fact that these top officers are still under SEC investigation further strengthens the case that anyone who worked 25 or more years for GM and then was forcibly moved to Delphi are in fact still the obligation of GM and any agreement to sell part or all of Delphi back to GM must recognize that Delphi Salaried Retirees are in fact GM Salaried Retirees.

Thank you

*Stanley D Smith*

Stanley D Smith
608 North 13th Street
Middletown IN 47356



RECEIVED
JUN 29 2009
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

copy to

Delphi Corporation
5725 Delphi Drive
Troy MI 48098
attn: General Counsel

Counsel to the Debtors
Skadden,Arps, Slate,
333 West Wacker Suite 2100
Chicago IL 60606
attn Butler,Meisler

Office of US Trustee
So. Dist. NY
33 Whitehall St Suite 2100
New York NY 10004
attn Brian Masumoto

Council for unsecured creditors
Latham & Watkins LLP
885 Third Ave
New York NY 10022
attn Rosenburg,Broude,Seider

Counsel for postpetition credit facility
Davis ,Polk, Wardwell
450 Lexington Ave
New York NY 10017
attn Bernstein, Resnick

Counsel for Tranche C
Farr & Gallagher LLP
787 Seventh Ave
New York NY 10019
attn Mancino, Abrams

Counsel for US Dept of Treasury
Casdwallader , Wickersham, & Taft
1 World Financial Center
New York NY 10281
attn Rapisardi,Haker

Counsel for Dept of Justice
86 Chambers Street
3rd Floor
New York NY 10007
attn Schwartz, Cordaro

Counsel for General Motors Corp
Weil, Gotshal,Manges LLP
767 Fifth Avenue
New York NY 10153
attn: Tannenbaum, Lemons

Counsel for Parnussus
Schulte,Roth,Zabel LLP
919 Third Avenue
New York NY 10022
attn Harris, Karp