133

June 9, 2009

Honorable Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
One Bowling Green, Room #610                    CC: Mr. Snowbarger (PBGC)
New York, New York 10004                            Mr. Nacy (PBGC)

Dear Honorable Judge Robert D. Drain:

Please do everything you can to block Delphi from transferring their pension obligations for vested *salaried* employees to the PBGC! I gave up my job of 34 years at Delphi to help the company. We then lost our health care coverage on April 1, 2009. Now I am paying around $1,000.00 per month for health care. (I am divorced, and have 5th grade and 7th grade children that I am responsible for). Now I am hearing that it is imminent that we will lose our monthly pension payments because Delphi is making a motion to turn *Salaried* Pension responsibility over to the PBGC on July 23, 2009. This would create a huge financial hardship on me and my family!!!

I have been looking for another job since February 2008, but to no avail. I need my Delphi monthly pension payments to help defray my health care coverage costs, mortgage, child support, school and town taxes, food, gas, and insurance, etc., etc. Any job possibility would pay substantially less than what I was making at Delphi. I understand this, and I understand what is going on with the economy. I need a permanent job--not a short term job that seems to be the type that could be created by the Stimulus Plan whenever that starts happening.

*Hourly* Delphi retirees have their pension and almost full health care coverage taken care of by General Motors. Please tell me why *salaried* retirees are excluded from the General Motors takeover? Is it solely because we are not represented by the UAW or other Unions? Is this fair and ethical? I certainly don't think so.

Please get involved in this issue for me and all *salaried* Delphi retirees! We have worked very hard for Delphi and General Motors. We paid Federal Taxes, State Taxes, and Social Security Taxes for thirty (30) plus years, and should be treated with much more dignity, decency, and respect! Please help us!!

*Frank J. Blasioli*

Frank J. Blasioli
5 Glenmore Circle
Pittsford, New York 14534-2825
(585) 586-1701
xxxxxxxxxxxxxx