# KNOX LEMMON ANAPOLSKY SCHRIMP LLP

### ATTORNEYS-AT-LAW

300 Capitol Mall, Suite 1125
Sacramento, California 95814-3229

TELEPHONE: (916) 498-9911
FACSIMILE: (916) 498-9991
www.klalawfirm.com

Thomas S. Knox
John M. Lemmon
Louis J. Anapolsky
Angela Schrimp de la Vergne

Alfonso L. Poiré
Iman A. Shad
Stephen J. Byers
Amanda M. Lucas
Catherine E. Wise
Laurel E. Dein

Sender's E-Mail:
jlemmon@klalawfirm.com

June 26, 2009

Clerk's Office
US Bankruptcy Court – Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re:   **Change of Address**
      **In re: Delphi Corporation, et al.**
      **Chapter 11 Bankruptcy**
      **Case Number 05-44481 (RDD)**

Dear Sir or Ms.:

This letter will serve to notify you that, effective March 1, 2009, the address for John M. Lemmon, Trustee of the Lemmon Family Trust dated September 15, 1997 has changed to the following:

> 300 Capitol Mall, Suite 1125
> Sacramento, CA  95814

Please update the Court's records accordingly.

Naturally, if you have any questions or concerns, please contact me at (916) 498-9911.

Thank you for your time and assistance with this matter.

Very truly yours,

JOHN M. LEMMON

JML/bns

JUN 30 2009