Bankruptcy Court
**Judge Robert D. Drain**
U.S. Bankruptcy Court Case #05-44481
One Bowling Green
New York, New York 10004-1408

June 13, 2009

FAX 914-390-4073

You are my last hope for justice!

I am a salaried retiree of the Delphi Corporation. I am sending this fax to urge you to facilitate the flow back of the Delphi salaried retiree pensions to GM rather than have them transferred to the PBGC. GM will have the funding to support this over time.

I worked for well over 20 years as an engineer for GM before I was forced to become part of Delphi, and I know that almost all of the Delphi retirees have similar stories. Now that Delphi is shedding their pension liabilities, it is only fair that salaried retirees are treated fairly and their pensions flow back to GM since GM was their employer for the majority of their careers. Without this or similar help, my retirement will be devastated. I will be 54 later this year and even with the help of my wife's small income, we can't keep a family of 4 afloat with the approximate $1000/month retirement I may be receiving for 31 years of dedicated and hard work as a successful engineer at GM/Delphi (after loss of early retirement benefits and PBGC reductions).

Also, to make matters worse, I signed a contract with Delphi for 12 months of severance pay to tide us over until I can hopefully find a new job. Now I am told Delphi will stop making payments to me in July after only 6 months. How can this be fair? If any contract is honored, my severance should be at the top of the list. I am not sitting by idly, I'm looking for a job daily and have applied for 75 engineering positions, but no one is willing to give me a second look. In this tight job market I guess I am too old for consideration. Please put yourself in my shoes and help stop the most outrageous injustice of my generation. Please help!!!

I appreciate your support in this matter."

**Thank You very much for any assistance:**

**Thomas L. Bergman**
**Delphi – Retired Sr. Product Engineer**
4217 Tradewind Ct.
Englewood, Ohio 45322
thomaslbergman@aol.com
Home: 937-836-8235
Cell: 937-626-6564