dream,seem to be a massive waste of my life as it appears my pension will be stripped while the UAW people I surpervised will be better off than I. Your position in this case should not be just sorting out the future of Delphi, but administering fairness to all the people retired from Delphi!

Best Regards,

H William Gruschow Jr
3700 West Lake Road
Canandaigua, NY 14424
585-409-5104
gsr838@aol.com