July 2, 2009

Honorable Robert D. Drain
Docket Number 05-44481 (RDD)
United States Bankruptcy Judge - Southern District of NY
One Bowling Green
New York, NY 10004-1408

Subject: Objection to Master Disposition Agreement article 9.5.11 (termination of severance payments)

Dear Judge Drain,

I am writing to voice my strong objection to the June 16, 2009 Master Disposition Agreement Article 9.5.11 in Delphi's Bankruptcy case. This article states that severance payments will be terminated upon the closing date of emergence. I will be directly and adversely impacted by this action. My salary position was eliminated by Delphi after almost 25 years of dedicated service. I do not believe this is acceptable for the following reasons:

- I signed a letter of separation agreement on February 29, 2009, while Delphi was in bankruptcy.
- This is a legal, binding agreement as I waived certain rights in exchange for severance payments that I expect to be honored.
- The severance payments are not a benefit, but a contractual obligation that should be upheld. I have submitted an administrative claim form with the court.
- I am using the separation payments to pay for healthcare, which was also eliminated by Delphi upon my departure, as well as for living expenses. I have not been able to secure employment since leaving Delphi.
- The cost to Delphi is limited.

I strongly urge you to reconsider your position on this matter and require Delphi to uphold the terms and conditions of the separation contract.

Sincerely,

John Jackson

14098 Landings Way
Fenton, MI 48430