07/02/2009

Honorable Robert D. Drain
Case Number 05-44481 (RDD)
United States Bankruptcy Judge-Southern District of NY
One Bowling Green
New York, NY 10004-1408

David K. Siniff
3073 W. Riverview Dr.
Bay City, Michigan 48706

Dear Honorable Judge Drain,

I am writing to express my strong objection to the June 01, 2009 MDA (Master Disposition Agreement) Article 9.5 .11. Severance. "A" This article declares that severance payments will be terminated upon closing date.

This severance payment is in the form of a legal, enforceable contract entered into during bankruptcy April 1, 2009, and not a benefit of Delphi for my 24 years of service. I fully expect Delphi to adhere to the contract terms, in that after careful consideration, as well as seeking legal advisement, I have waived certain rights (Separation Allowance Plan Release of Claims) in exchange for severance payments. My future and that of other Delphi employees has been severely compromised by the terms of this contract. I am the primary provider of income for my household and as I am currently in an employment transition, termination of the remainder of severance would be severely detrimental to my family. Delphi should be bound by the terms of this contract as I have been, and honor this agreement.

Respectfully,

*David K. Siniff*

David K. Siniff