BARBARA LAWALL
PIMA COUNTY ATTORNEY
CIVIL DIVISION
By:  German Yusufov (GY 1553)
Deputy County Attorney
32 North Stone Avenue, Suite 2100
Tucson, Arizona  85701
Telephone: (520) 740-5750
Facsimile: (520) 620-6556
AZ State Bar No.  023544
Attorney for Creditor Pima County

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------- x
                                    :
                                    :    **Chapter 11**
**In re:**                          :
                                    :    **Case No. 05-44481 (RDD)**
**DELPHI CORPORATION,** *et al.,*   :
                                    :    **(Jointly Administered)**
                    **Debtors.**    :
                                    :
                                    :
                                    :
----------------------------------- x

PIMA COUNTY'S OBJECTION TO DEBTORS' FIRST AMENDED JOINT PLAN OF
REORGANIZATION (AS MODIFIED JUNE 16, 2009)

   COMES NOW secured creditor Pima County, by and through undersigned counsel, and objects to the confirmation of Debtors' First Amended Joint Plan of Reorganization (as modified June 16, 2009) for the reasons stated below.

   1.   Pima County holds an allowed secured claim for personal property taxes against Debtor Delphi Automotive Systems in the amount of $7,969.66, pursuant to the Joint Stipulation and Agreed Order Compromising and Allowing Proof of Claim Number 10248, dated June 12, 2008 (Docket No. 13735).  This claim continues to accrue post-petition interest at the statutory rate of sixteen percent per annum pursuant to Arizona Revised Statutes §§ 42-18053 filed 42-17153 and 11 U.S.C. §§ 506(b) and 511(a).

1

2. The modified Plan proposes to pay secured claims within seven years of the Effective Date. Such treatment, as applied to Pima County's claim, violates section 1129(a)(9)(D) of the Code.

3. Section 1129(a)(9)(D) requires that secured claims that would fall under section 507(a)(8) but for their secured status be treated the same as 507(a)(8) claims and be paid off in full within five years of the date of the order for relief. Pima County's claim, being a claim for property taxes incurred before the commencement of the case and payable without penalty after one year before the filing of the petition, would fall under section 507(a)(8)(B) but for its secured status, and therefore must be paid within five years of the order for relief (i.e. no later than 2010).

4. Accordingly, the modified Plan is not confirmable, as compliance with 1129(a)(9)(D) is a necessary condition for confirmation.

WHEREFORE, Pima County respectfully requests that the Court deny confirmation of Debtors' modified First Amended Joint Plan of Reorganization unless it is amended to provide for payment of Pima County's claim in full, including statutory interest, within five years of the date of the order for relief.

Dated this 7th day of July, 2009.

BARBARA LAWALL
PIMA COUNTY ATTORNEY

/s/ German Yusufov
German Yusufov (GY 1553)
Deputy County Attorney
32 North Stone Avenue, Suite 2100
Tucson, Arizona 85701
Telephone: (520) 740-5750
Facsimile: (520) 620-6556
Attorney for Creditor Pima County

## CERTIFICATE OF SERVICE

I, Gina Inman, certify that on the 7th day of July, 2009, I caused to be served a true and correct copy of Pima County's Objection to Debtors' First Amended Joint Plan of Reorganization (As Modified June, 16, 2009) on the following:

Hon. Robert D. Drain
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 632
New York, New York 10004

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Dr., Ste. 2100
Chicago, Illinois 60606-1285
Att'n:   John Wm. Butler, Jr.
         George N. Panagakis
         Ron E. Meisler
         Nathan L. Stuart
*Counsel for the Debtors*

The Office of the United States Trustee
33 Whitehall St., 21st Floor
New York, New York 10004
Att'n:   Brian Masumoto

Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Att'n:   Robert J. Rosenberg
         Mitchell A. Seider
         Mark A. Broude
*Counsel for the Creditors' Committee*

Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10022
Att'n:   Donald S. Bernstein
         Brian M. Resnick
*Counsel for the Postpetition Lenders*

Delphi Corporation
5725 Delphi Drive
Troy, Michigan  48098
Att'n: General Counsel

3

Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, New York 10036
Att'n: Kayalyn A. Marafioti
       Gregory W. Fox
*Counsel to the Debtors*

Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019
Att'n: Richard Mancino
       Marc Abrams
*Counsel for the Tranche C Collective*

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Att'n: John J. Rapisardi
       Oren B. Haker
*Counsel for the U.S. Dept. of the Treasury*

United States Department of Justice
c/o 86 Chambers Street, 3rd Floor
New York, New York 10007
Att'n: Matthew L. Schwartz
       Joseph N. Cordaro
*Counsel for the U.S. Dept. of Justice*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Att'n: Jeffrey L. Tanenbaum
       Robert J. Lemons
*Counsel for General Motors Corporation*

Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022
Att'n: Adam C. Harris
       David J. Karp
*Counsel for Parnassus Holdings II, LLC*


           /s/ Gina Inman
    _____