138

June 15th (Flag Day)

**Dear Judge Drain,**

I must implore you to review our plight as Delphi Salaried Retirees.
I spent the vast majority of my working life (and most my regular life) earning a living for GM. They spun us off (most questioned the wisdom), and now we who have earned our rights to retire are being jettisoned as if cargo waste.
Some Waste!
We stood by our leadership at GM and Delphi, were told by our unclassified leaders not to worry – don't ever consider unionizing (no idle threats if you wanted to keep your job or your shift and position), and now we are expendable.
Not so.
We weren't then, and we are not now.

Please consider the decades of work we did and our good faith and how they led and "strongly" suggested we SALARIED are much better than those union people.

We now know the realities, and I trust you will see that we are not to be treated so poorly, and have earned the rights we are asking you to help protect.

Remember, it was you who put the brakes on their greediness (excessive bonuses), and it will be you who will stand for your justice.

Sincerely,

*David J Delaney* (electronic signature)

David J. Delaney
266 Ashbourne Rd.
Rochester, N.Y.
   14618

P.S. I spent 24 of my 30 years at GM. And that isn't counting the 1000s of extra hours logged in on behalf of both corps.