position in relationship to the US Treasury Department and Tim Geithner, who is brokering the whole GM/ Delphi Process.

I ask the court to please not accept this modified plan, but to send Delphi and its partners- GM, the US Treasury, Platinum and the UAW, back to restructure a deal that is equitable to the "Non-UAW" retirees, salaried retirees, and the creditors. I believe that is the responsibility of the court.

Best Regards,

Douglas F. Diez
Delphi Thermal Operations
Retired Salaried Employee

Dear Sir,

Please help us. My husband is a retired, salaried, Delphi employee. He is ill with heart problems due to his earlier fight with Hodgkins Disease.

We already have had our health and life insurance discontinued.

If we have his pension check reduced, it will be impossible for us. I have heart Trouble Too.

He worked so hard all his life, starting at age 19; now he is 63 years old, not old enough for medicare. He feels betrayed by his company.

Thank you,
Sincerely,
Mrs. Douglas F. Diez
4341 Dickersonville Road
Ransomville, N.Y. 14131