To:   Judge Robert D. Drain                              7/3/2009

I am a Delphi salaried retiree. I have been retired since 2003 and am relying on my Delphi pension to make ends meet. I was disturbed at the inequitable treatment salaried employees received regarding health care as compared to the hourly retirees.

During my 35 years with the companies, 30 with General Motors and the remainder with Delphi, there were several instances where attempts were made to unionize portions of the salaried work force. We were told that we were part of management and that we would be taken care of without the need for outside representation. I guess that only applied during the good times.

Once again, with pensions being the issue this time, the salaried retirees are being discriminated against. I urge you to consider these inequities in your future rulings and decisions in the Delphi bankruptcy case before you.

Thanks for your consideration,

Charles R. Morlan
390 Overbrook Dr.
Canfield, Ohio 44406