Page 2 of 2 – Consideration for GM/Delphi Salaried Retirees by: Don Bergwall

## I do not understand and am troubled by the following:

- Why GM really spun off Delphi, and why they took advantage of Delphi after the split and through the "Global Sourcing Process" imposing products, prices, and terms that contributed to the downfall.
- Why "Lifetime Benefits" as stated in my retirement agreement, don't really mean lifetime.
- Why Delphi continued to spend money they did not have on marketing promotions, the UAW jobs bank, and etc., and saying they placed high priority for preserving pensions for salaried retirees.
- Why after over 30 years of continuous service with GM, and still not leaving the organization, all GM wants to do for me, is offer a discount on a new vehicle purchase. Sorry, but new vehicles for me and my family went out with health care and the expected pension reductions.
- Why retirees under age of 65 (Medicare eligible) have to take a disproportionate sacrifice in process. (Note, as of 01AP09, I am paying over $16,000 additional, on an annual basis, for the same health coverage that was provided in my retirement agreement.)
- Why the Life Insurance coverage that was provided in the retirement contract was taken away.
- Why GM will help the Delphi hourly employees, but not the salaried.
- Why the hourly employees are still getting some health care and life insurance benefits.
- Why the Saginaw Division, that I worked for, was taken back by GM, but it does not benefit me.
- Why the Courts and PBGC did not monitor the pension fund better to insure that it was funded and go after valued Delphi assets.
- Why I have to take a reduction in my pension compensation if Delphi defaults to the PBGC.
- Why Delphi did not hold annual meetings as required by Delaware corporate law section 211.
- Why Delphi does not have to get shareholder approval for sale of major assets as required by Delaware corporate law section 8-271.
- Will there be any tax breaks for my added health care costs, and reduction in pension payments if taken by the PBGC.
- Why many friends have said they would not want to buy a vehicle from a company that took money from the government and is now run by the government and the UAW.
- Why I no longer have much confidence in GM & Delphi and question the management and government in this whole process.

The business case, for my early retirement decision, was marginal and the assumptions made in 2002 on how we could get along in retirement have not been positive. Now the question is whether the business cases being developed for the future of General Motors and Delphi reflect the impact on sales from people like me, my family, and circle of influence.

How this situation is handled from a corporate and governmental standpoint will greatly influence how the Delphi Salaried Retirees will react to the "new GM and Delphi" and how they will actively campaign for those in elected government positions whose mission is to serve them.

We voted for "change" last November, but this is not the kind of change and fairness that was expected. We pray that all of you will be given the wisdom and sense of responsibility to do what is right.

Sincerely,

Donald W. Bergwall

cc.     President Barack Obama
        Governor Ted Strickland
        Senator Sherrod Brown
        Senator George Voinovich
        Representative Mary Jo Kilroy
        Joseph R. Biden, III c/o Richard Gebelein – Delaware Attorney General
        Judge Robert D. Drain – US Bankruptcy Judge – Ref. case 05-44481
        Vince Snowbarger, Dep. Director PBGC