July 3, 2009

Honorable Robert D. Drain
Case Number 05-44481 (RDD)
United States Bankruptcy Judge- Southern District of NY
One Bowling Green
New York, NY 10004-1408

Subject: Objection to article 9.5.11 of June 16, 2009 (revised) Master Disposition Agreement, Case Number 05-44481 (RDD)

I object to the above mentioned article's declaration that as Delphi emerges from bankruptcy, it will no longer be required to honor the Severance Payments agreed to with recently separated Delphi employees.

- **Objections:**
  - I entered into a **Contract** (Separation Agreement) with Delphi on March 27, 2009. It guaranteed severance payments from Delphi for a period of six months in the total amount of $45,810 in **exchange for waiving certain rights (Release of Claims).**
  - The Contract was entered into during Delphi's bankruptcy.
  - Severance payments are not a Delphi benefit but a **contract liability**.
  - My separation from Delphi started on April 1, 2009 after 32.75 years of service as an engineer and laser safety officer for both GM and Delphi.
  - I have honored my part of this valid and binding legal contract and expect Delphi to honor their part. If Delphi does not honor their part of the contract, I will file an **Administrative Expense Claim.**
  - I am using my severance payments for living expenses and payment on college student loans, while I look for employment in a very tough economy.
  - My **Delphi benefits**, such as medical, dental and vision were **terminated** on my separation date. The COBRA option costs would have been excessive.
  - My **Delphi retirement** is also **uncertain** because of pending reductions and possible administration by the PBGC that would result in further reductions.
  - I am 56 years and not old enough to receive social security. I need all the severance and retirement monies that has been promised and is due me.

It is hard to understand the court's support for companies that wish to move most of their operations outside the United States at the expense of their U.S. employees.

Sincerely,

*[signature]*

Paul R. Daniel Jr.