July 2, 2009

Honorable Robert D. Drain
Case Number 05-44481 (RDD)
United States Bankruptcy Judge – Southern District of NY
One Bowling Green
New York, NY 10004-1408

Subject: Objection to Master Disposition Agreement, Article 9.5.11; Severance Payments

Honorable Robert D. Drain,

I am writing to object to the June 1, 2009 and June 16, 2009 Master Disposition Agreement, Article 9.5.11. This article declares that severance payments will be terminated upon Delphi's emergence date from bankruptcy.

I entered into a separation agreement with Delphi Corporation (Delphi Corporation Separation Allowance Plan Release of Claims) on November 20, 2008. This agreement, effective January 1, 2009, entitled me to receive severance payments, less applicable deductions, to be paid in 20 semi monthly installments commencing on January 15, 2009. It was clearly stated at that time that Delphi would honor their commitment with semi monthly payments, instead of a lump sum payment, in exchange for my 24.9 years of service and waiving certain rights. I expect Delphi to fulfill its commitment for the total amount as stated on the contract.

The contract was entered into during Delphi's bankruptcy and is now a contract of liability, not a Delphi benefit. I also believe that severance payments are Administrative Claims and I will file an Administrative Expense Claim form with the court.

This situation may be considered other than significant to those not affected and currently employed. To others, like me, caught up in the current economic conditions that depend solely on entitled funds for survival, it is greatly significant and reason for strongly objecting to the Master Disposition Agreement.

Thank you for your time and consideration of this objection.

Respectfully submitted,

*Mary-Bethe H. Waller*

Mary-Bethe H. Waller
Former Delphi Quality Assurance Engineer
48 Swanson Terrace
Williamsville, NY 14221