609 Woodlawn Ave.
Sandusky, Ohio 44870

July 1, 2009

Judge Robert D. Drain
U.S. Bankruptcy Court  Case #05-44481
One Bowling Green
New York, New York 10004-1408

Subject:  Delphi Emergence Plan

Honorable Judge Drain

The purpose of this letter is to express my opposition to any Delphi emergence plan which does not fully fund the Delphi Salaried Pension Plan.

As you are aware, the Delphi Salaried Pension Plan is underfunded by approximately $2 billion.  Delphi is currently planning to terminate the plan and expects the PBGC to seize it.  This is blatantly unfair since Delphi salaried retirees have already suffered disproportionate losses with respect to their auto industry peers and should at least have their pensions preserved.  We have already lost our health care benefits.

Most Delphi salaried employees served over 25 years as GM salaried employees prior to being unceremoniously dumped to Delphi with no option of ever returning to GM unlike our UAW counterparts.  At the time we were dumped to Delphi, GM supposedly provided Delphi with the funds to cover our pensions and health care.  Who knows if that ever happened or if it was properly allocated based on Delphi's shoddy bookkeeping.

Analysis of the pension plan revealed that GM and Delphi dumped at least four groups of people into the Delphi Salaried Pension Plan that never worked a day for Delphi.  This makes one question if the Delphi Salaried Pension Plan was a dumping ground for GM obligations.

Although Delphi was supposed to be an independent entity from GM, anyone with any knowledge of the situation knows that GM and Delphi were joined at the hip.  Delphi jumped at every command and suggestion of GM.  When GM changed a policy, Delphi acted in step.

Delphi leadership has called bankruptcy a business strategy.  If this doesn't indicate the lack of ethics, nothing ever will.  Bankruptcy should never be a business strategy.  It should be a last resort.  Use of bankruptcy as a business