Patricia A. Stoddard
6003 Colony Court
Lockport, NY 14094
(716) 625-8671
Cell: 716-628-7769

July 1, 2009

**HONORABLE ROBERT D. DRAIN**
Case #05-44481 (RDD)
United States Bankruptcy Judge
Southern District of NY
One Bowling Green
New York, NY 10004-1408

FAX # 914-390-4073 (White Plains, NY)

Honorable Robert D. Drain:

> RE: OBJECTION TO June 16, 2009
> MASTER DISPOSTION AGREEMENT
> ARTICLE 9.5.11

I am writing with severe objection to the Contract (legal document) I signed in December, 2008 to leave my employer Delphi Thermal (who was still under bankruptcy) with the agreement of a Separation Package for one full year of <u>severance pay</u> valid January 1, 2009 through December 31, 2009.

At the time I was offered this <u>legal binding agreement</u> I was told by the Delphi Personnel Manager that it was approved by General Motors and had nothing to do with Delphi still being in bankruptcy. I specifically asked if the bankruptcy emergence would effect this transaction and was told "no" because it was supported by General Motors. I BELIEVED THIS AND TRUSTED THIS WAS FACTUAL INFORMATION.

I am depending on this money to pay my bills and to better position myself for retirement since I am the only one working in my family. I would not have left my job if I knew this was a possibility.

**HONORABLE ROBERT D. DRAIN**            07 01 2009

Page 2

I waived my right to continue to work at Delphi in exchange for severance pay. These payments are a <u>contractual liability</u> supported by General Motors and not provided by from Delphi alone.

For years I watched hourly employees I supervised, receive compensation of some format, from General Motors and Delphi to leave their jobs or to accept severance packages. These were honored, without delay, and I expect my <u>contract</u> to be honored as well. For years I watched hourly get cost of living, medical paid for by the company and salary personnel not get the same. Salary personnel should be treated the same as the hourly once a <u>legal agreement</u> is made and signed for by both parties.

**PLEASE TREAT THE SALARY SEPARATION AGREEMENT THE SAME AS OTHERS, AND <u>HONOR THIS CONTRACT</u>. THIS IS A SHORT TERM CONTRACT. PLEASE DON'T PUNISH ME FOR WHAT OTHERS HAVE** previously **RECEIVED** and which I need and depended on to support my family.

Thank you for your time and consideration to this serious and very sensitive matter.

Sincerely,

*Patricia A Stoddard*

Patricia A Stoddard
Former Delphi Thermal Supervisor
July 1, 2009