Patricia A. Stoddard
6003 Colony Court
Lockport, NY  14094
(716) 625-8671
Cell:  716-628-7769

July 1, 2009

**HONORABLE ROBERT D. DRAIN**
Case #05-44481 (RDD)
United States Bankruptcy Judge
Southern District of NY
One Bowling Green
New York, NY  10004-1408

FAX # 914-390-4073 (White Plains, NY)

Honorable Robert D. Drain:

> RE: OBJECTION TO June 16, 2009
> MASTER DISPOSTION AGREEMENT
> ARTICLE 9.5.11

I am writing with severe objection to the Contract (legal document) I signed in December, 2008 to leave my employer Delphi Thermal (who was still under bankruptcy) with the agreement of a Separation Package for one full year of <u>severance pay</u> valid January 1, 2009 through December 31, 2009.

At the time I was offered this <u>legal binding agreement</u> I was told by the Delphi Personnel Manager that it was approved by General Motors and had nothing to do with Delphi still being in bankruptcy.  I specifically asked if the bankruptcy emergence would effect this transaction and was told "no" because it was supported by General Motors.  I BELIEVED THIS AND TRUSTED THIS WAS FACTUAL INFORMATION.

I am depending on this money to pay my bills and to better position myself for retirement since I am the only one working in my family.  I would not have left my job if I knew this was a possibility.