I waived my right to continue to work at Delphi in exchange for severance pay. These payments are a <u>contractual liability</u> supported by General Motors and not provided by from Delphi alone.

For years I watched hourly employees I supervised, receive compensation of some format, from General Motors and Delphi to leave their jobs or to accept severance packages. These were honored, without delay, and I expect my <u>contract</u> to be honored as well. For years I watched hourly get cost of living, medical paid for by the company and salary personnel not get the same. Salary personnel should be treated the same as the hourly once a <u>legal agreement</u> is made and signed for by both parties.

**PLEASE TREAT THE SALARY SEPARATION AGREEMENT THE SAME AS OTHERS, AND <u>HONOR THIS CONTRACT</u>. THIS IS A SHORT TERM CONTRACT. PLEASE DON'T PUNISH ME FOR WHAT OTHERS HAVE** previously **RECEIVED** and which I need and depended on to support my family.

Thank you for your time and consideration to this serious and very sensitive matter.

Sincerely,

*Patricia A Stoddard*

Patricia A Stoddard
Former Delphi Thermal Supervisor
July 1, 2009