Thomas J. Przybysz
8323 Bonnie Court
Grand Blanc, MI 48439


Honorable Robert D. Drain
Docket Number 05-44481 (RDD)
United States Bankruptcy Judge - Southern District of NY
One Bowing Green
New York, NY 10004 -1408


Subject:  Objection to the June 1, 2009 Master Disposition Agreement, Article 9.5.11, Docket Number 05-44481 (RDD)


Your Honor,
I am writing to you to strenuously object to the June 1, 2009 Master Disposition Agreement, Article 9.5.11, Docket Number 05-44481, that was filed by Delphi.  This article would terminate severance payments that were agreed to in the "Separation Allowance Plan Release of Claims" contract that I agreed to and signed on 2/16/2009, while Delphi was in bankruptcy.

The Separation Allowance Plan Release of Claims specifically indicates the amount of severance pay, payment method, and other transition assistance that both parties agreed to in exchange for my releasing any claims against Delphi.  It is my understanding that this is a legal and binding document for both parties.  As such, I have honored my obligations as I expect Delphi do.

Although the Separation Allowance Plan Release of Claims cites the transition assistance as "benefits," they are actually forms of compensation that has been specified in the terms of a contract in exchange for me waiving my rights to future claims against Delphi.

A copy of my Separation Allowance Plan Release of Claims has been sent to Kurtzman Carson Consultants LLC and is available for you to review.

I would like to add that that the separation allowance has been very critical in covering the living expenses of me and my family.  These include things such as the mortgage, groceries, utilities, and COBRA payments while I have been looking and continue to look for new employment.

I hope you will take all of this into consideration and deny Delphi's motion to not honor their commitments that they entered into while in bankruptcy.

Thank you for your time and consideration of this matter.


Respectfully,



Thomas J. Przybysz