3624 Manchester Road
Anderson, IN 46012-3923
July 3, 2009

The Honorable Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610

Reference case # 05-44481

Dear Judge Drain:

As a retired Delphi salary employee I strongly object to the recently filed Delphi Modified Plan of Reorganization. I respectfully ask the court to reject the current Modified Plan and to instruct Delphi and its partners to restructure a plan that is equitable to *all* stakeholders including the "non-UAW" Hourly Retirees, Salary Retirees, and the creditors. I believe this is the responsibility of the court. My reasoning is summarized below.

One of the changes incorporated in the Modified Plan is the (presumed) assumption of Delphi's pension plan obligations to its Salary Retirees by the Pension Benefit Guaranty Corporation. Previously, the PBGC had entered liens against certain of Delphi's "good" assets in anticipation of such assumption in order to decrease the shortfall of funding in Delphi's underfunded Salary Retirement Plan. Now, as part of the Modified Plan, Delphi is requesting the PBGC to abandon its secured claims in favor of unsecured claims. This is ludicrous. These secured claims should be maintained to provide funds to minimize (or eliminate) the shortfall of resources in Delphi's Salaried Retirement Plan if the obligations are in fact assumed by the PBGC. The court should specifically address this issue to protect the rights of Delphi's current and future Salary Retirees.

The plan as structured will benefit a few Delphi Senior Executives, General Motors, the UAW and Platinum Equity. These benefits will be at the expense of Delphi creditors, "non-UAW" Hourly Retirees, Salary Retirees and the American taxpayer.

It appears that this plan has been brokered by the US Treasury for the benefit of these groups and individuals, rather than following the conventional "give and take" negotiations of a bankruptcy proceeding which until recently had met with little success.

Under the Modified Plan, GM is to receive valuable, ongoing revenue-producing Delphi plants at little more than the cost of assuming Delphi's obligations for pensions and other benefits for UAW Retirees.

Delphi Senior Executives will retain their positions (and potentially receive either generous retention or severance bonuses from the new owners.)

The UAW will continue under the GM umbrella for pensions and benefits, financed by the US Government.

Platinum Equity will own a company with revenue-producing operations that have excellent profit potential, and they will pay literally nothing for this.

In addition, permission was denied early in the bankruptcy proceedings regarding the formation of a committee to represent the interests of Retired Salary Employees, seemingly at least in part due to assurances by Delphi that those interests would be protected in the plan for reorganization. The eventual formation of such a committee (as it became evident that no such protection was planned) was allowed so late as to seriously handicap its efforts.

It appears that the Modified Plan is truly a liquidation of Delphi thinly-disguised as an "emergence." The valuable assets of this company will be given away and the only funds left to compensate creditors and Salary Retirees will be from the disposition of already-closed, nonrevenue-producing plants (DPH).

Respectfully,

*John B. Barclay* 
John B. Barclay, Jr.