FROM :E. H. KNOBELSPIESSE                    FAX NO.                        Jul. 01 2009 03:57PM P1

9ı4-390-4073

**From:** ernest knobelspiesse <eaknobelspiesse@suddenlink.net>
**Subject:** **Fwd: Delph Active Exec's keep SERP-Biased Treantment**
**Date:** July 1, 2009 2:08:22 PM EDT
**To:** Judge Drain



Now we know why Delphi management is in favor of the sale to Parnassus-
-they were bought off! Also, explains why Delphi will pay $30 million to
Parnassus for "due diligence", which is grossly excessive (I've done due
diligence studies). Perhaps this is the payment for the special executive
bonuses??? If you approve the sale, you are a fool.

Begin forwarded message:

> **From:** KGWingeier@aol.com
> **Date:** June 27, 2009 4:54:11 AM EDT
> **To:** KGWingeier@aol.com
> **Subject: Fwd: Delph Active Exec's keep SERP-Biased Treantment**

> An Excellent Credit Score is 750. See Yours in Just 2 Easy Steps!

> From: James Hagenbach <hagenbachj@yahoo.com>
> Date: June 26, 2009 1:42:23 PM EDT
> To: Delphi_SR_Network@yahoogroups.com
> Cc: Paul Beiter <pbeiter@rochester.rr.com>, Dennis Black
> <denblack@cox.net>, Paul Dobosz <pjdobosz@verizon.net>,
> james.r.frost@roadrunner.com, Miller <steve.miller@delphi.com>, "'John
> Norris'" <NorrisJohnC@aol.com>, "O'Neal" <rodney.o.neal@delphi.com>,
> Ken Wingeier <kgwingeier@aol.com>
> **Subject: Delph Active Exec's keep SERP-Biased Treantment**

> Yesterday, I received a call from an active Delphi Executive at the
> Lockport Site-"Out of the Blue", and he informend me active Delphi Exec's
> will receive their Special Executive Bonuses.They will be is  payed by

Platinum as part of the emergence plan. Unbelievevable!

Now that is the worst thing I have heard,

Executives did take care of themselves-Totally unfair, unequal and immoral treatment to the rest of salaried workers by the Exec's that cooked this deal. That money should go to the pension fund for all salaried workers not just executives.

"Caring is sharing"