July 2, 2009

Honorable Robert D. Drain
Docket Number 05-44481 (RDD)
United States Bankruptcy Judge – Southern District of NY
One Bowling Green
New York, NY 10004-1408

Judge Drain,

I write to express my objection to the June 1, 2009 Delphi Automotive Systems Master Disposition Agreement, Article 9.5.11. I believe this violates the contract I have with Delphi, signed on January 14, 2009, whereby I agreed to the terms of separation from Delphi, and Delphi agreed to pay me a total of $45,750. (This was during Delphi's bankruptcy process, not prior to it.) Both Delphi and I are bound by the terms of that contract, which I have upheld. Under the provisions of Article 9.5.11 above, Delphi would not pay me the total agreed to above, as is legally required.

I appeal to you to disallow the termination of payments for separation from Delphi as called for in Article 9.5.11, which have been contractually agreed to after Delphi's declaration of bankruptcy, and before the June 1, 2009.

Respectfully submitted,

*Gregory K. Spence*
Gregory K. Spence
10006 S 1100 E
Galveston, IN 46932