July 3, 2009

Dear Members of Congress, Senators, Honorable Judges, Directors, Chairpersons and
Committee Members:

As a 54 year old **RETIRED** Delphi **Salary** Employee, I strongly **OBJECT** to the recently filed
"Delphi Modified Plan of Reorganization". If implemented, I not only stand to loose approximately
75% of my pension check, I will loose my house, vehicle, and quite possibly need to apply for
government assistance. Additionally, I have already lost my Medical, Prescription, Life Insurance,
Dental and Vision coverages. I have been turned down for a replacement Life Insurance policy,
as I had a stress related heart attack caused by my job at GM/Delphi.

This plan is structured to only benefit a **few** Delphi Senior Executives, General Motors, the UAW
and Platinum Equity. It is totally at the expense of Delphi creditors, "Non-UAW" hourly workers,
the retired salary employees and the American taxpayer. Also, it is clear that this whole deal is
being brokered by the US Treasury, with Tim Geithner.

GM is receiving viable, ongoing revenue producing plants at no cost other than accepting the
UAW pension plans.

Delphi Senior Executives will retain their positions and potentially receive either **generous
retention or severance bonus'** from the new owners.

The **UAW** will continue under the **GM umbrella for pensions and benefits**, which are being
**financed by the US Government**.

Platinum Equity will now own a company with revenue producing operations that have excellent
profit potential and they will pay literally nothing for this. Why are they paying more for the Alcoa
AFL unit which is much smaller and has far fewer assets?

I firmly believe that this is truly a liquidation of Delphi thinly disguised as an "emergence." Worst
of all, the valuable assets of this company are being given away and the only money left for
creditors and retirees will be in the disposition of already closed, nonrevenue producing plants
(DPH).

Perhaps even more disturbing, is the settlement Delphi is requesting of the PBGC. They have
requested that the PBGC drops its right to secured claims and becomes an unsecured claim.
**This is ludicrous.** These claims should be maintained and provide funds to decrease the
underfunded position of Delphi's **Salaried Retirement Plan**. The court will have to address this
issue because I am sure that the PBGC will negotiate away its rights because of its unique
position in relationship to the US Treasury Department and Tim Geithner, who is brokering the
whole GM/ Delphi Process.

I ask for your support to encourage the court **not to accept** this modified plan, but to send Delphi
and its partners- GM, the US Treasury, Platinum and the UAW, back to restructure a deal that is
equitable to the "Non-UAW" retirees, **salaried retirees**, and the creditors. I believe that is the
responsibility of the court.

Best Regards,

Sherri L. Smith
2007 (forced) Delphi Retiree with 8 years
GM for 23 years
Sherstan1@aol.com