July 2, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610

Reference case # 05-44481

Dear Judge Drain:

I'm one of the little guys on Main Street trying to provide for my family during these very difficult economic times. I was recently severed from my salary position at Delphi in the Engineering department where I spent the last 30 + years. Fortunately (at least I thought at the time) I qualified for an age reduced pension and health care. The health care has since been terminated and now the salary pension is at risk. I feel very helpless as the big guys on Wall Street are apparently able to hire very well paid legal firms to have their way with the bankruptcy process. It also appears our government is willing to participate - even help pay for and broker the deal. I very much applaud your decision to ask the rational question – is there someone else willing to pay more and negotiate better terms for all stakeholders in this Delphi deal? What makes Platinum so special? Indeed something smells a bit fishy to us little guys – especially when Delphi has just asked to be able to reimburse Platinum $30M if they are out bid!!

I'm an Engineer, not a lawyer. But I do know enough to realize you are bound in your decision making process by the US bankruptcy laws currently in effect. I can only ask that you keep asking the tough, logical questions and remember us little guys trying to figure out how to survive as everything we worked for is suddenly stripped away.

We don't have fancy lawyers, a high powered union or any other advocate willing to ensure any settlement treats all stakeholders as fair as possible. That's the point of this note and my personal request to you. I will continue to pray that you will use the law to reach an equitable deal for all including the Delphi salary retirees on Main Street.

Thanks for listening.

Respectfully,

E. Thomas Dickey

141 Huntington Trail

Cortland, Ohio  44410

330-638-0890