UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

June 30, 2009

One Bowling Green
New York, NY  10004-1408
Courtroom: 610

Dear Honorable Robert D. Drain:

    I am writing this letter to voice my objection to the recent motion by Delphi to terminate the salaried employee pension plan and turn it over to the PBGC in their effort to emerge from bankruptcy.

    I have worked for Delphi for 28 years and 9 months as a salaried employee. The first eighteen years of my career were spent working for GM. I was a Manufacturing Systems Engineer in Flint, MI for 25 years and for the last 3+ years I have worked as a design and development engineer in the Delphi Medical Systems group in Troy, MI.

    I object to the termination of the Delphi salaried pension plan because it is truly unfair to the Delphi salaried retirees and employees and it bears no resemblance to "Equality of Sacrifice" as compared to the GM salaried retirees and employees and UAW hourly retirees and employees benefit cuts.

    Below are the facts outlining the unfair treatment of me, and hundreds, if not thousands, of Delphi salaried retirees and employees; all of whom spent most of their careers working for GM.

    With 28+ years of service, I will retire with no company supplied health care benefits, no company supplied life insurance benefits and a pension from the PBGC of maybe $800/month. My pension would have been about $3100/month from Delphi on October 1, 2010, the date I planned on retiring. On the other hand, the UAW hourly employee with 28+ years of service will be offered an early retirement from GM at $2850/month with minor cuts to their health care benefits. I'm not looking to get health care or life insurance benefits back when I retire, I'm only looking to be treated equal to the GM salaried employees and UAW hourly employees regarding my pension. $800/month vs. $2850/month (or more) is hardly equal.

    I worked hard and saved hard my entire life so I could retire 15 months from now and live on the pension ($3100/month) that was promised to me for years. I cannot live on $800/month in retirement, nor do I have the time to make up the difference. I feel that my hard work, diligent saving, and good decision making for all these years will mean nothing for my future. I'm only looking to be treated the same as the GM salaried employee and UAW hourly employee. I worked side-by-side with them for most of my career and was promised the same post retirement benefits that they are maintaining.

    I hope you will consider the facts above as you contemplate and make your decision on the elimination of the Delphi salaried pension plan. President Obama says that "Equality of Sacrifice" should be for all. As you look at the treatment of the Delphi salaried retirees and employees, I'm sure your only conclusion will be that the Delphi salaried retiree and employee sacrifices are not equaled by any other group.

    Please remember that your decisions will change people's lives forever.

Sincerely,

*Robert R. Voltenburg Jr.*

Robert R. Voltenburg Jr.

11325 BRECKENRIDGE DR • DAVISON, MI • 48423
PHONE: 810-653-1286