July 02, 2009

In regards to: Objection to Master Disposition Agreement, Article 9.5.11; Severance Payments

Honorable Robert D. Drain
Case Number 05-44481 (RDD)
United States Bankruptcy Judge - Southern District of NY
One Bowling Green
New York, NY 10004-1408
MDA Date: June 16th, 2009

Honorable Robert D. Drain,

SUBJECT: OBJECTION TO JUNE 1, 2009 MASTER DISPOSITION AGREEMENT, ARTICLE 9.5.11; SEVERANCE PAYMENTS

I object to the discontinuing of Severance Payments Delphi Corporation and Platinum are requesting per article 9.5.11 of the Master Disposition Agreement, MDA.

When released from Delphi's employment as a Product Engineer for eighteen years, a severance contract or separation agreement was issued. This agreement states that in exchange for my waiving of certain rights, I would personally receive severance payments for four months starting May 1st, 2009 and Ending August 31st, 2009.

This contract was entered into <u>during</u> bankruptcy which is now a contract liability not a Delphi benefit. I have a valid / binding / legal contract and I expect it to be honored.

Also, I believe severance payments are Administrative Claims and will be filing an Administrative Expense Claim Form with the courts.

Respectfully,

*Jeffrey H. Barlett*

Mr. Jeffrey H. Barlett
Product Engineer
Formally of Delphi Corporation