Date: June 17, 2009

To:     Honorable Robert D. Drain

United States Bankruptcy Judge-Southern District of NY

One Bowling Green

New York, NY 10004-1408

Fax:  914-390-4703

Subject: Letter of Objection - Severance Termination

Delphi Docket Number 05-44481 (RDD)

June 1, 2009 Master Disposition Agreement Article 9.5.11

I am James C. Griffin, former Delphi employee and Delphi retiree.  I had 30 years at Delphi as of February 6, 2009 and was notified March 2, 2009 was my last day.  This letter is to provide objections to the Severance Termination June 1, 2009 Master Disposition Agreement Article 9.5.11 in the Delphi Bankruptcy case(ref. Docket Number 05-44481).

Objections are given below:

1. The severance payment entitlement is by contract.
2. This waive of employee rights within the contract is a clear item of value to Delphi in exchange for severance payments.
3. My contract was signed on March 4 2009.during bankruptcy and remains enforceable.
4. Severance payments are a contract liability based on the content of the contract.
5. The valid binding legal contract contains collective statements regarding the employment separation and Severance Pay to which I am eligible and I expect it to be honored.  I am currently applying for training and can use the payments to cover costs.
6. In addition Delphi retirees were notified health care benefits were terminated and the pending pension reduction(transfer to PBGC) could be imminent.

Sincerely,
James C. Griffin (ID 1015926)
P. O. Box 592
Warren, Oh. 44482
Ph: 330-394-2268