Robert V. Petrach, Jr.
2345 Oak Ridge Drive
Troy, MI 48098-5327
June 28, 2009

Honorable Robert D. Drain
Docket Number 05-44481 (RDD)
United States Bankruptcy Judge - Southern District of NY
One Bowling Green
New York, NY 10004 -1408

Judge Drain,

On November 18, 2008 I signed a "Delphi Corporation Separation Allowance Plan Release of Claims" form. This is a contract entered into by Delphi and me while Delphi was already in bankruptcy.

This form is a legal contract between Delphi and me. As consideration by me, I agreed to waive certain rights (Release of Claims) to receive the severance payments from Delphi as specified.

I ask that you enforce this legal contract and Delphi be required to honor this contract.

Thank you,

*[signature]* 2009-JUNE-28

Robert V. Petrach, Jr.