June 30, 2009

Objection to Docket Number 05-44481 (RDD)

**Honorable Robert D. Drain**

**United States Bankruptcy Judge – Southern District of NY**

**One Bowling Green**

**New York, NY  10004 – 1408**

**I strongly object to the discontinuation of separation payments to me by the Delphi Corporation. I had worked for this company for 37 and one half years. Delphi Corporation was originally a part of the General Motors Corporation.**

**I did not want to retire at my young age (60). My lifetime plan was to work to age 62 when Social Security benefits would be available. I was told that if I did accept this early retirement, I would receive one year's salary as a separation payment. I was reluctant, but did sign based on this offer. I now understand that Delphi, even though this agreement was made during their bankruptcy, now want to discontinue this payment. This is totally unfair and not in agreement with the contract that we made at the time of separation – January 1, 2009.**

**Specifically I disagree with the June 16, 2009 Master Disposition Agreement, Article 9.5.11. The severance payments are a contract**