Honorable Robert D. Drain
Docket # 05-44481 (RDD)
U.S. Bankruptcy Judge – Southern District of N.Y.
One Bowling Green
New York, NY 10004-1408

Delphi entered into a legal agreement with this writer, relative to my employment status and severance pay. I have a signed "release of claims" contract that I expect to be fulfilled. Severance payment was to be provided in exchange for my continued services until released and my requirement to waive of certain rights/claims as specified in the "release of claims" contract. Here are my points of objection:

1) Severance payment entitlement is by **contract** (Separation Agreement).

2) Employees waived certain rights (Release of Claims) to receive severance. (I provided an item of value to Delphi in exchange for severance payment.)

3) The referenced contract was entered into during bankruptcy (November, 2008).

4) Severance payments are a contract liability (not a Delphi benefit).

5) I have a valid / binding / legal contract and I expect it to be honored.

In conclusion, I have a signed contract. I have fulfilled my conditions of that contract. I provided my services to wind down the Athens Site, as requested. I signed a release of claims form to waive certain rights. Now **Delphi must fulfill** their obligation and pay the severance monies, as they agreed in this contract.

I have also attached a copy of my Separation Allowance Plan Release of Claims.

Sincerely,

*Edward L. Owens*   23JN09
Edward L. Owens
2430 Ausley Bend Dr. NW
Hartselle, AL. 35640
o_edward@bellsouth.net (email)
Hire date: 12 OC 77
Phone: (256) 773-6096 (Home)
       (256) 565-9885 (Cell)