June 27, 2009

Honorable Robert D. Drain
United States Bankruptcy Judge
One Bowling Green
Room 632
New York, New York 10004

Dear Sir:

I am a Retired Delphi Executive Salaried Employee who worked for GM for 31 years and Delphi for 6 years. I have already lost all of my health care benefits and 50% of my pension as a result of the actions Delphi has taken while in bankruptcy and am at risk of losing 20% more of my pension if the "Modified Plan" for Delphi Corporation to exit bankruptcy is approved.

*I am writing this letter to object to the "Modified Plan" for Delphi to exit from bankruptcy.* My reasons for objecting to this plan are as follows:

- The plan **DISSCRIMINATES AGAINST THE DELPHI SALARIED RETIREES PENSIONS AND HEALTH CARE BENEFITS** in favor of the Delphi Hourly Retirees. The plan, with involvement of **Delphi and the Automotive Task Team, clearly gives SPECIAL TREATMENT to the UAW**, who supported the election of President Obama, over the Delphi Salaried Employees who are not represented by a union

- The plan appears to **UNFAIRLY PENALIZE EXECUTIVES WHO ARE DUE PAYMENT OF Supplemental Pension (SERP) claims.** I've yet to find anyone who can tell me, as an "Unsecured Creditor", what the words "Pro rata share of deferred consideration under the Master Disposition Agreement" means as it relates to my SERP claim against Delphi

- I am concerned that **GM and Delphi may have committed FRAUD** in the transfer and management of the Salaried Pension Funds, starting from the time that GM transferred the fund to Delphi to the present time, resulting in my financial harm

- I am concerned that GM may have off-loaded it's debt to Delphi as a **SHELL GAME** to help prolong the survival of the parent company, leading to the inevitable demise of Delphi which has resulted in my financial harm

- I am concerned that **Delphi may have OBSTRUCTED JUSTICE** by not obeying the courts order to provide alternative bidders for the company requested information in a timely manner