The following exerts from a letter written by Congressman Chris Lee from the State of New York further summarizes some of my concerns:

This is Congressman Chris Lee with an important update on my efforts to seek justice for Delphi salaried retirees. I have the privilege to represent a congressional district in Western New York that is home to thousands of Delphi workers and retirees.

I was dismayed by the decision to refer Delphi Corporation's salaried retiree pension program to the federally-chartered Pension Benefit Guaranty Corporation (PBGC.) As you know, if this plan were to take effect, roughly 15,000 hard-working Americans would see their pension payments cut drastically – as much as 70 percent by some estimates.

Like you, I believe it is fundamentally unfair that two groups of retirees from the same company, who worked side-by-side for many years, and who are faced with the same unfortunate situation, are being treated so differently by the federal government. While these tough economic times require shared sacrifice and responsibility, Delphi's salaried retirees are being forced to bear extra burdens that are not warranted and have not been explained.

Just days after this plan became public, I wrote a letter to President Obama demanding that he direct his Automotive Task Force to reconsider this decision and work to arrive at a fair and equitable agreement for salaried retirees.

I – along with the help of 22 Republicans and Democrats in the House of Representatives from nine different states – have sent a new letter to Treasury Secretary Timothy Geithner requesting that the Auto Task Force "make public all documents concerning how this decision was reached, including all pertinent documents, written communications and memoranda between the Automotive Task Force, General Motors, Delphi Corporation and their agents or representatives."

Simply stated…the way that Delphi, GM, the Automotive Task Team, the courts and others have treated the Delphi Salaried Retired Employees in this matter (like a piece of dirt) is **SIMPLY OUTRAGEOUS, UNJUST, IMMORAL, UN-AMERICAN, INTOLERABLE, CRIMAL, AND SIMPLY WRONG ON ALL LEVELS OF CIVILIVED BEHAVIOR IN A FREE SOCIETY AND CAN NOT STAND.**

I am asking the court to work with Delphi, the Automotive Task Team, GM and other affected parties to address and resolve the unfair treatment of Delphi Salaried Retiree pension and health care benefits BEFORE the "Modified Plan" is approved and adopted. The solution to this problem that I would recommend is to have GM take over responsibility for Delphi's Salaried Employee Pension and Health Care Benefit Plans, just as they have taken over responsibility for Delphi's Hourly Pension Plan….FAIR IS FAIR. I'd rather see Delphi liquidate than see the "Modified Plan" approved.

Regards,

*[signature]*

Frederick P. Arndt
Delphi Executive Salaried Retirees