Copies to:

General Counsel
Delphi Corporation
5725 Delphi Drive
Troy Michigan 48098

John Wm. Butler Jr. & Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago Ill 60606

Kayalyn A. Marafioti & Gregory W. Fox
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036

Brian Masumoto
The Office of the US Trustee for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, New York 10004

Robert J. Rosenberg, Mark A. Broude, and Mitchell A. Seider
Counsel for the Official Committee of Unsecured Creditors
Latham & Watkins LLP
885 Third Ave
New York, New York 10022

Donald Bernstein and Brian Resnick
Counsel for the Agent under the Post-petition Credit Facility
Davis Polk & Wardwell
450 Lexington Ave
New York, New York 10017

Richard Mancino & Marc Abrams
Counsel for the Tranche C Collective
Willkie Farr & Gallagher LLP
787 Seventh Ave
New York, New York 10019

John J. Rapisardi & Oren B. Haker
Counsel for the US Dept of the Treasury
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281

Matthew L. Schwartz & Joseph N. Cordaro
Counsel for the US Dept of Justice
86Chambers Street
3rd Floor
New York, New York 10007

Jeffrey L. Tanenbaum & Robert Lemons
Counsel for General Motors Corporation
Gotshall & Manges LLP
767 Fifth Ave.
New York, New York 10153

Adam C. Harris & David J. Karp
Counsel for Parnassus Holdings II, LLC
Schulte Roth & Zabel LLP
919 Third Ave,
New York, New York 10022