The Honorable Judge Robert D. Drain
US Bankruptcy Court, Southern District of New York
One Bowling Green
New York, New York 10004-1408

**In re: DELPHI CORPORATION        Case No. 05-44481 (RDD)**

**Letter from Richard A. Devers  Re:  Delphi Salaried Pension Plan & PBGC**

Judge Drain,

I am sending you this copy of a letter that I sent to Mr. Vince Snowbarger of the PBGC and I am asking for your support in this matter. I do not think that the Delphi Reorganization Plan should be accepted by the court.

Sincerely,

*Richard A. Devers*

Richard A. Devers