The PBGC also holds liens on many assets of Delphi outside of the United States. Delphi's reorganization plan is asking the PBGC to give up the rights that these liens give the PBGC. The PBGC should not give up their liens. The value of the assets covered by these liens should go to the Delphi Salaried Pension Program. Neither GM and Platinum Equity nor any other potential buyer of the Delphi assets should be allowed to buy the Delphi assets for less than market value and the purchase price of those assets should go to the Delphi Salaried Pension Plan via the PBGC liens.

Sincerely,

*Richard A. Devers*

Richard A. Devers