12385 Baumgartner Road
St. Charles, MI, 48655
28 June 2009


Honorable Robert D. Drain
Case Number 05-44481 (RDD)
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY  10004-1408

Re:    DELPHI CORPORATION, et al., Case No. 05-44481  (RDD)


## OBJECTION OF William E. Bauman TO DEBTOR'S MDA (MASTER DISPOSITON AGREEMENT) ARTICLE 9.5.11, MOTION TO TERMINATE SEVERANCE PAYMENTS


I, William E. Bauman, am a salaried retiree of Delphi Corporation.  I have objection to Delphi's Salaried Severance Payment Termination position:

1.      I object to the Master Disposition Agreement as revised 16JUN2009, article 9.5.11 which declares that severance payments will be terminated upon the closing date (emergence date).  I was separated from Delphi Corporation effective 01MAR2009, and I have a legal, enforceable contract with Delphi Corporation (Delphi Corporation Separation Allowance Plan Release of Claims, Delphi Steering, Saginaw Site), signed and dated 04FEB2009 by myself and Delphi Corporation's designated representative which clearly states that I will receive severance pay of a specified amount to be paid in 12 equal semi-monthly installments commencing 15MAR2009.  I expect this contract to be fulfilled by Delphi Corporation, as I have fulfilled my obligations of this contract. These severance payments are provided to me in exchange for my waiver of certain rights via the Release of Claims here noted.  I provided a specific item of value to Delphi Corporation in exchange for said severance payments and I expect Delphi Corporation to honor this contract as I have.


2.      I object to the termination of severance pay in that the severance payment entitlement is by signed contract, the Separation Allowance Plan Release of Claims. Note that this contract was entered into and signed during Delphi Corporation bankruptcy and I believe the severance payments noted, as such, cannot be classed as "pre-petition claims".  The severance payments are a contract liability for a contract entered into during bankruptcy, and are not a Delphi-provided benefit.  I planned on using the severance payments to offset the cost of Health Care which I now incur at my own