expense due to termination of these benefits to Delphi Salaried Retirees by Delphi Corporation.

I believe the severance payments are Administrative Claims, and I shall file an Administrative Expense Claim Form with the court.

Thank you,

*William E. Bauman*

William E. Bauman