Sign document and date

Print Name
Address and home phone number
Include your Hire Date

Fax number 914-390-4073