**Honorable Judge Robert D. Drain**
Docket Number 05-44481 (RDD)
United States Bankruptcy Judge – Southern District of NY
One Bowling Green
New York, NY 10004-1408

June 29, 2009

**Attn: Judge Robert D. Drain**

Dear Judge Drain:

I write to express that I have serious concern regarding Delphi Corporation's plan to cut our severance and pensions.

Specifically, I object to the June 16, 2009 Master Disposition Agreement, Case No. 05-44481 (RDD)

I believe severance payments are an entitlement by contract in the separation agreement I signed with Delphi. As an employee of Delphi at the time of signing the Release of Claims form at their request on March 7th 2009. They were to pay me severance commencing on May 1st 2009 in semi-monthly installments until paid. I waived certain rights by signing the Release of Claims to receive severance payments. The severance payments are a contract liability not a benefit provided by Delphi. I held and entrusted the contract to be true as a valid binding legal contract and expect it to be honored. The contracts were entered into during bankruptcy.

Based on the facts of the Release of Claims form agreement with Delphi I will file an Administrative Expense Claim Form with the court.

Respectfully,

Lawrence C. Applegate III

*[signed] Lawrence C. Applegate III*