Kari Lindholm
9265 Ryella Lane
Davisburg, MI 48350

June 25, 2009

Honorable Robert D. Drain

Case Number 05-44481 (RDD)
United States Bankruptcy Judge - Southern District of NY
One Bowling Green, Room 632
New York, New York 10004-1408

Dear Honorable Robert D. Drain:

I am writing to object to the June 1, 2009 Master Disposition Agreement, Article 9.5.11, declaring that severance payments will be terminated upon Delphi's emergence date from Chapter 11. Points of objections on why my severance payments from Delphi should not be suspended:

- The Separation Agreement I signed with Delphi is a Contract that entitles me to the completion of Severance Payments from Delphi to me per the contract. This is a contract, not a Delphi benefit.

- I signed the Separation Agreement in December, 2008, with an effective date of separation at the end of February, 2009, and severance payments to commence March 1, 2009 with 10 months of payments due.

- I waived rights via Release of Claims in exchange of receipt of the severance payments.

- The Separation Agreement contract I signed was entered into the bankruptcy documents during the current bankruptcy process.

- I have a valid, binding contract with Delphi entitling me to the completion of the severance payments per the entered contract.

The completion of my severance payments per the signed contract is critical to my well being during these difficult economic times. Please ensure that the severance payments are not allowed to be prematurely terminated for the 100's of us affected.

Sincerely,

Kari Lindholm