June 29, 2009

The Honorable Judge Drain
One Bowling Green
New York, NY

Subject: Severance Payment Agreement
Case #: 05-44481 (RDD)

Dear Sir:

I worked for Delphi for thirty-one years. The first nine years were as an hourly employee. Because of my hard work and contributions to the company, I was promoted to a salary position after nine years and worked my way up to Divisional Senior Engineer. I worked many ten to twelve hour days with pay for eight. I flew to foreign countries on weekends with no extra pay. The reward for this extra effort has been to have you take away my health care and life insurance and now you want to take my negotiated severance pay. Delphi came to the salary group with the offer. We did not go to them. The courts are supposed to be for fairness and justice, but this is a long way from that.

The UAW received 30% of GM and their employees received full pay for every minute they worked. But those of us who worked many hours with no pay are getting every promised benefit taken way. Is this the justice that the courts were founded on? I fought in the Viet Nam war, because I felt it was my duty to protect the system that is now destroying the lives of people with no regard.

I hope you will consider what I have said and decide on the side of justice and what is right.

Respectfully,

John Nord
ja_nord@bellsouth.net
Delphi Retiree, 31 years, 5 months of service
Delphi Packard Electric, Clinton, MS
Retired 1 January, 2004
Severance Entitlement, 84 months