**John A Nord**                                                                                          SSN: **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**

## Monthly Benefit Amounts                                              Refer to Booklet Page 5

**Reduction Factors:**

|  |  |  |
|---|---|---|
| Age Reduction Factor: | 40.20 % |  |
| Survivor Coverage Cost Factor: | 5.00 % |  |

|  | Benefit at age 55 03 mos | Benefit at age 62 01 mos |
|---|---|---|
|  | **01/01/2004** | **11/01/2010** |
| **Basic Benefit** (unreduced): | 1451.18 | 1451.18 |
| Age Reduction Amount: | - 583.37 |  |
| Survivor Coverage Cost: | - 72.56 | 72.56 |
| SUB TOTAL: | 795.25 | 1378.62 |
| **Early Retirement Supplement:** | 1628.11 |  |
| **Interim Supplement:** | N/A |  |
| **Temporary Benefit:** | N/A |  |
| **Part B Benefits** |  |  |
| Primary (unreduced) | 507.77 | 507.77 |
| Age Reduction Amount: | 204.12 | 204.12 |
| Survivor Coverage Cost: | 15.19 | 15.19 |
| SUB TOTAL: | 288.46 | 288.46 |
| Supplementary (unreduced) | 391.44 | 391.44 |
| Age Reduction Amount: | 157.36 | 157.36 |
| Survivor Coverage Cost: | 11.70 | 11.70 |
| SUB TOTAL: | 222.38 | 222.38 |
| **TOTAL BENEFIT:*** | **$ 2934.20** | **$ 1889.46** |

* The above benefits may be reduced by taxes and/or any elected deductions.
NOTE: If you enroll in Medicare Part B, you may be eligible for a Special Benefit reimbursement at age 65. The Special Benefit amount is subject to change.

Pension Administration Center 1-800-659-2000                     11-05-2003 13:36:58   Pg. 3 of 13