UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al, | Case No. 05-44481-(RDD) |
| | (Jointly Administered) |
| Debtors. | |
| _____ / | |

MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Lyle D. Russell, request admission, ***pro hac vice,*** before the Honorable Robert Drain, to represent John Stegner, Richard Varner, Michael Clancy, Linda Wiersema, Jorge Carnejo, Michael Andrud and Renee Adamski, Claimants in the above referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Michigan and, if applicable, the bar of the U.S. District Court for the Eastern District of Michigan.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Russell & Stoychoff, P.C.

Dated: July 9, 2009
New York, New York

/s/ Lyle D. Russell, P27039
Attorney for Claimant
4468 W. Walton Blvd.
Waterford, MI 48329
248-618-0300
Email: Lylerussell@magnusoft.com