UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al, | Case No. 05-44481-(RDD) |
| | (Jointly Administered) |
| Debtors. | |
| _____/ | |

ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Lyle D. Russell, to be admitted, ***pro hac vice,*** to represent John Stegner, Richard Varner, Michael Clancy, Linda Wiersema, Jorge Carnejo, Michael Andrud and Renee Adamski, (the "Clients") Claimants in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Michigan and if applicable, the bar of the U.S. District Court for the Eastern District of Michigan, it is hereby

**ORDERED** that Paul M. Stoychoff, Esq.  Is admitted to practice, ***pro hac vice,*** in the above referenced case to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:_____          /s/_____
                                                                     UNITED STATES BANKRUPTCY JUDGE
New York, New York