UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re                                                                                           Chapter 11

DELPHI CORPORATION, et al,                                          Case No. 05-44481-(RDD)
                                                                                                (Jointly Administered)
                    Debtors.

_____/

MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

      I, Paul M. Stoychoff, request admission, ***pro hac vice,*** before the Honorable Robert Drain, to represent John Stegner, Richard Varner, Michael Clancy, Linda Wiersema, Jorge Carnejo, Michael Andrud and Renee Adamski, Claimants in the above referenced case.

      ***I certify that I am a member in good standing*** of the bar in the State of Michigan and, if applicable, the bar of the U.S. District Court for the Eastern District of Michigan.

      I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.


                                                             Russell & Stoychoff, P.C.

Dated: July 9, 2009                    /s/Paul M. Stoychoff, P35906
_____    Attorney for Claimant
New York, New York                  4468 W. Walton Blvd.
                                                    Waterford, MI 48329
                                                    248-618-0300
                                                    Email:   Pmstoych@yahoo.com