July 3, 2009

Hon. Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610

Reference case # 05-44481

Dear Judge Drain:

As a retired Delphi salaried employee I object to the recently filed Delphi Modified Plan of Reorganization.

This plan appears to benefit only Delphi senior executives, General Motors Corporation, the United Auto Workers and Platinum Equity, at the expense of Delphi creditors, non-UAW Delphi hourly workers, retired Delphi salaried employees and American taxpayers.

GM would receive viable, revenue producing plants at no cost other than accepting the UAW pension plans.

Delphi senior executives would retain their positions.

UAW members would continue to receive pensions and benefits from GM with financing from the US Government.

Platinum Equity would own a company with revenue producing operations having excellent profit potential, for which they would pay nearly nothing.

I believe that this so-called emergence plan would, in fact, effectively liquidate Delphi.

And most distressing of all is that Delphi is asking the PBGC to waive its right to secured claims. How can this be permitted?

I urge the court to reject this modified plan, and send Delphi and its partners- GM, the US Treasury, Platinum and the UAW, back to restructure a deal that is equitable all parties.

Sincerely,

Frederick D. Esenwein