UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et. al., | Case No. 05-44481 (RDD) |
|  | (Jointly Administered) |
| Debtors. |  |

## CERTIFICATE OF SERVICE

I, Gary Vist, do hereby state the foregoing **LIMITED OBJECTION OF AMERICAN AIKOKU ALPHA, INC. TO THE FIRST AMENDED JOINT PLAN OF REORGANIZATION OF DELPHI CORPORATION AND CERTAIN AFFILIATES, DEBTORS-IN-POSSESSION, AS MODIFIED** was served upon the parties on the attached SERVICE LIST, via CM/ECF email, or via Federal Express overnight shipping, as necessary, on this 9th day of July, 2009.

/s/ Gary Vist

MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
203 North LaSalle Street, Suite 2500
Chicago, Illinois 60601-1262
(312)245-7500

N:\SYS23\2920\Proof of Service\00420008.doc

## SERVICE LIST

**Honorable Robert D. Drain**
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 610
New York, New York 10004

**General Counsel**
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098

**John Wm. Butler, Jr**
**Ron E. Meisler**
Skadden, Arps, Slate, Meagher & Flomm, LLP
155 North Wacker Drive
Chicago, Illinois 60606

**Kayalyn A. Marafioti**
**Gregory W. Fox**
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

**Brian Masumoto**
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

**Robert J. Rosenberg**
**Mark A. Broude**
**Mitchell A. Seider**
Latham & Watkins, LLP
885 Third Avenue
New York, New York 10022

**Donald Bernstein**
**Brian Resnick**
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

1

**Richard Mancino**
**Marc Abrams**
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019

**John J. Rapisardi**
**Oren B. Haker**
Cadwalader, Wickersham & Taft, LLP
One World Financial Center
New York, New York 10281

**Matthew Schwartz**
**Joseph N. Cordaro**
United States Department of Justice
86 Chambers Street, 3rd Floor
New York, New York 10007

**Jeffrey L. Tanenbaum**
**Robert Lemons**
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York 10153

**Adam C. Harris**
**David J. Karp**
Schulte Roth & Zabel, LLP
919 Third Avenue
New York, New York 10022

2