I try to make life and retirement as comfortable as possible for my wife and I . . . Since I have to pay my insurance after retirement, thanks to GM/Delphi until I reach age 65, I need my severance payment to help make my insurance payments. A rough estimate of approximately 40,000 to 50, 000 dollars over next seven years. (550 to 600 dollars a month).

During my 31 years at GM/Delphi my fellow salary employees and I have made the following sacrifices;

1) Pay our own insurance -- hourly employees was paid by Gm/Delphi.

2) Cost of Living Allowance was taken away. – Hourly employees stayed in tack.

3) No raises for 2 or 3 years (was given lump sum one year, which affected our retirement). – Hourly people were given annually increases.

4) Salary pension was turned over to PBGC, with a reduced rate. – Hourly pension stayed in tack.

5) Salary Severance pay cut 50% – supplemental and legacy hourly employees were given lumps sums of $40,000.00 and $140,000.00 as a severance package.

6) Salary matching saving fund was discontinued.

7) Salary stock options were taken away.

8) Salary life insurance was taken away after retirement.

9) Salary supplemental time off days was taken away. (14 days)

10) Salary quarterly incentive pay was taken away.

I pray that the Honorable Judge Robert  D. Drain rule in our favor after hearing all the facts in this case.

Sincerely, Nathaniel Winton

Delphi Automotive, Athens Al

**Docket Number 05-44481(RDD)**