July 7, 2009

The Honorable Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610



Objection: Reference case # 05-44481

The Honorable Judge Drain:

As a retired Delphi Salary Employee I strongly object to the recently filed Delphi Modified Plan of Reorganization.

This plan is structured to only benefit a few Delphi Senior Executives, General Motors, the UAW and Platinum Equity. It is at the expense of Delphi creditors, "Non-UAW" hourly workers, the retired salary employees and the American taxpayer. Also, it appears that the restructure is a "deal" that has been brokered by the US Treasury led by Secretary Tim Geithner.

- GM is receiving viable, ongoing revenue producing plants at no cost other than accepting the UAW pension plans.

- Delphi Senior Executives will most likely be rewarded by being able to retain their positions and potentially receive either generous retention or severance bonuses from the new owners.

- The UAW will continue under the GM umbrella for pensions and benefits, which are being financed by the US Government.

- Platinum Equity will now own a company with revenue producing operations that have excellent profit potential and they will pay literally nothing for this.

I believe that the modified plan is a liquidation of Delphi which is disguised as an "emergence." The valuable revenue producing assets of this company are being "given away" and the only money left for creditors and retirees will be in the disposition of already closed, nonrevenue producing plants (DPH).

Lastly, the settlement that Delphi is requesting of the PBGC is irresponsible to the Delphi salaried workers. Delphi has requested that the PBGC drops its right to secured claims and become an unsecured claim. These claims should be maintained and provide funds to decrease the underfunded position of Delphi's Salaried Retirement Plan. The court must address this issue because the PBGC is likely to negotiate away its rights because of its unique relationship to the US Treasury Department and Tim Geithner.

I am requesting that your court not accept this modified plan. Please send Delphi and its partners- GM, the US Treasury, Platinum and the UAW- back to restructure a deal that is equitable to the "Non-UAW" retirees, salaried retirees, and the creditors.

Best Regards,

James L. Penwright
4 Fernly Park
Fairport, New York 14450