*[Handwritten annotations: "(318) 965-0887", "(RELOCATE)", "CAROL HINE", "IN MICH - CONTACT AFTER WENDY", "901-3468 (C)"]*

# DELPHI

## EXHIBIT B

### Delphi Separation Allowance Plan
### Employee Policy, Benefit and Outplacement Services Information

This material presents general information only and is based on policy and benefit plan provisions in effect as of this date. It is not intended to nor does it provide all details about each program and policy. Complete descriptions of each are contained in official plan documents that are the governing plans over other oral or written statements. Furthermore, Delphi Corporation reserves the right to amend, change, or terminate any program, benefit, or policy at any time. Only the Board of Directors, or its delegate, has this authority. The information contained herein and any specific item described does not imply any guarantee.