### Incentive Compensation
- Employees must be on the active roll on date of the incentive compensation payout to be eligible to receive incentive compensation. Eligible employees who retire or accept a separation payment under Separation Allowance Plan guidelines prior to the payout maintain their eligibility to receive a prorated award.

### Flexible Compensation Payment
- The Flexible Compensation payment or installment into S-SPP will be discontinued at the end of the month of separation for eligible employees. If an employee separates on or before 3/14/08 and elected the lump sum they are not eligible to receive the 3/14/2008 FCP.
- Employees who are eligible to retire under the Separation Allowance Plan guidelines maintain their eligibility to receive the Flexible Compensation Payment (FCP), if effective date of separation is on or after 2/1/08.