**Benefits**
The information provided on the next two pages is intended as a guide to the potential impact the separation may have on benefits provided under the plans identified. Employees must contact the appropriate plan administrator for complete details.

**BENEFIT IMPACT FOR SEPARATED EMPLOYEES NOT ELIGIBLE TO RETIRE AND THOSE ELIGIBLE FOR DEFERRED VESTED RETIREMENT**
This material presents general information only and is based on policy and benefit plan provisions in effect as of this date. It is not intended to nor does it provide all details about each program and policy. Complete descriptions of each are contained in official plan documents that are the governing plans over other oral or written statements. Furthermore, Delphi Corporation reserves the right to amend, change, or terminate any program, benefit, or policy at any time. Only the Board of Directors, or its delegate, has this authority. The information contained herein and any specific item described does not imply any guarantee.

| Benefit Plan/Program | Benefit Plan Impact for Employees with a Length of Service Date on or before 12/31/00 | Benefit Plan Impact for Employees with a Length of Service Date on or after 1/1/01 | Contact Numbers for Employee Questions |
|---|---|---|---|
| Health Care | Coverage terminates at the end of month of separation provided Employee contribution, if any was paid. COBRA or Conversion available. * | Coverage terminates at the end of month of separation provided Employee contribution, if any was paid. COBRA or Conversion available. | National Benefit Center 1.866.335.7444. The NBC will send out the appropriate paperwork |
| Health Care Spending Account | Contributions for remainder of the calendar year are taken from final active paycheck and are available for claims for services in that year. Claims can be submitted through 3/31 of the following year. | Contributions for remainder of the calendar year are taken from final active paycheck and are available for claims for services in that year. Claims can be submitted through 3/31 of the following year. | National Benefit Center 1.866.335.7444 |
| Dependent Care Spending Account | Contributions terminate with final active paycheck and balance of account is available for claims in that calendar year. Claims can be submitted through 3/31 of the following year. | Contributions terminate with final active paycheck and balance of account is available for claims in that calendar year. Claims can be submitted through 3/31 of the following year. | National Benefit Center 1.866.335.7444 |
| Basic Life Insurance | Coverage terminates at end of month of separation. Conversion available.* | Coverage terminates at end of month of separation. Conversion available. | National Benefit Center 1.866.335.7444 |
| Optional Life Insurance | Coverage terminates at end of month of separation. Conversion available.* | Coverage terminates at end of month of separation. Conversion available. | National Benefit Center 1.866.335.7444 |
| Dependent Life Insurance | Coverage terminates at the end of the month of separation. Conversion available.* | Coverage terminates at the end of the month of separation. Conversion available. | National Benefit Center 1.866.335.7444 |
| Personal Accident Insurance | Coverage terminates at the end of the month of separation. Conversion not available.* | Coverage terminates at the end of the month of separation. Conversion not available. | National Benefit Center 1.866.335.7444 |
| Sickness & Accident Benefits | Coverage terminates at the end of the month of separation. No additional coverage is available.* | Coverage terminates at the end of the month of separation. No additional coverage is available. | National Benefit Center 1.866.335.7444 |
| Extended Disability Benefits | Coverage terminates at the end of the month of separation. No additional coverage is available.* | N/A | National Benefit Center 1.866.335.7444 |
| Long Term Disability | N/A | Coverage terminates at the end of the month of separation. No additional coverage is available. | National Benefit Center 1.866.335.7444 |
| Supplemental Extended Disability Benefits | Coverage terminates at the end of the month of separation. No additional coverage is available.* | N/A | National Benefit Center 1.866.335.7444 |
| Retirement Program | Part A - If the employee has 5 or more years of credited service they are eligible for a deferred vested monthly retirement benefit at age 65 or earlier on an age reduced basis. The employee should check on retirement eligibility<br><br>Part B – If the employee has 5 or more years of credited service they can elect to leave their contributions in Part B and commence receiving a monthly retirement benefit at age 65 or earlier on an age reduced basis. The employee also has the option of withdrawing all their contributions plus interest to the date of such election. | Retirement Accumulation Plan – If the employee has 5 or more years of credited service they have the option of leaving their assets in the Plan where they will continue to earn interest credits each year until they take a distribution, or take the balance with them, or roll it over into an IRA or another employer's plan.<br><br>*See attached PPA Notice | Fidelity Benefit Center 1.877.389.2374 |
| Stock Options | Employee retains vested options, with three (3) years to exercise. | Employee retains vested options, with three (3) years to exercise. | Contact Salomon Smith Barney 1.877.4Delphi |
| Savings-Stock Purchase Program (Renamed SRSP effective 10-1-08) | Employee may elect to receive full distribution of all assets, or if assets are greater than $5,000, they may be left in program until age 70 1/2. Employee retains ability to manage account. Employee with less than 3 years forfeits Delphi contributions that are not vested. | Employee may elect to receive full distribution of all assets, or if assets are greater than $5,000, they may be left in program until age 70 1/2. Employee retains ability to manage account. Employee with less than 3 years forfeits Delphi contributions that are not vested. | Fidelity Benefit Center 1.877.389.2374 |
| New Vehicle Purchase Program | Program eligibility dependent on vendor program. Generally, must be an active Employee. | Program eligibility dependent on vendor program. Generally, must be an active Employee. | Call the manufacturer 800 number for discount. |

*Generally, for benefit impact purposes separation means the last day worked.*

Revised November 2008                                                                                                                              Page 5 of 9