## AFFIDAVIT OF SERVICE

State of New York    )
                     ) ss.:
County of New York   )

05-44481 (RDD)

Alexandra Miller, being duly sworn, deposes and says that: I am not a party to the action, am over 18 years of age, and reside in Kings County, New York.

On July 9, 2009, I served the within Preliminary Objection of IUE-CWA to Motion for Order Authorizing and Approving the Equity Purchase and Commitment Agreement Pursuant to Sections 105(a),363(b),503(b) and 507(a) of the Bankruptcy Code, by emailing a copy to the following:

Robert J. Rosenberg, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, New York 10022-4834
robert.rosenberg@lw.com

Alicia Leonhard, Esq.
U.S. Department of Justice
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004-2111
alicia.m.leonard@usdoj.gov

Kayalan A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
4 Times Square
New York, New York 10036
kmarafio@skadden.com
tmatz@skadden.com

John W. Butler, Jr., Esq.
John K. Lyons, Esq.
Ron E. Meisler, Esq.
Nick D. Campanario, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
jbutler@skadden.com
jlyonsch@skadden.com
rmeisler@skadden.com
ncampana@skadden.com

Delphi Corporation
c/o Sean Corcoran and Karen Craft
5725 Delphi Drive
Troy, MI 48098-2815
sean.p.corcoran@delphi.com
karen.j.craft@delphi.com

Jessica Kastin, Esq.
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
jkastin@omm.com

Jeffrey L. Tannenbaum, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
jeff.tanenbaum@weil.com

_____
ALEXANDRA MILLER

Sworn to before me this
9th day of July, 2009.

_____
Notary Public

**THOMAS M. MURRAY**
NOTARY PUBLIC, STATE OF NEW YORK
No. 02MU6058040
QUALIFIED IN NEW YORK COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES APRIL 30, 2011