July 07, 2009

Honorable Robert D. Drain
Case Number 05-44481 (RDD)
United States Bankruptcy Judge - Southern District of NY
One Bowling Green
New York, NY 10004-1408
MDA Date: June 16th, 2009



Honorable Robert D. Drain,

SUBJECT: OBJECTION TO MASTER DISPOSITION AGREEMENT, ARTICLE 9.5.11;
SEVERANCE PAYMENTS

I am objecting to the discontinuing of Severance Payments Delphi Corporation and Platinum are requesting per article 9.5.11 of the Master Disposition Agreement, MDA.

When released from Delphi's employment as an Advance Quality Engineer for 12 years, a severance contract or separation agreement was issued. The agreement states I personally will receive severance payments for three months starting May 1st, 2009 and Ending July 31st, 2009. I waived certain rights to receive these payments.

The contract was entered into <u>during</u> bankruptcy which is now a contract liability not a Delphi benefit. I have a valid legal contract and expect it to be honored.

Also, severance payments are Administrative Claims and I have filled an Administrative Expense Claim Form with the courts.

Sincerely

Mrs. Betzabe N Peacock
Advance Quality Engineer
Formally of Delphi Packard E/EA

5000 Sampson Dr
Youngstown, Oh 44505