July 03, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610

Reference case # 05-44481



Dear Judge Drain:

# I OBJECT TO THE DELPHI MODIFIED PLAN OF REORGANIZATION

I retired in 2003 with 31+ years (27 years under the GM umbrella). After retiring with a pension I thought I could manage my life on, Delphi was given permission to eliminate my life insurance, health care, dental, vision, and prescription coverage based on "your" decision. Now, they are planning to take part of pension.

Over the past 30 years, I purchased 7 brand new "GM" Vehicles. That averages a new car approximately every 7 years. I currently drive a 2007 Chevy Impala.

If GM/Delphi is allowed to eliminate all of my health care and reduce my pension as well, in the end, we will all lose. The US Government is using "my" tax" dollars to bail them out, and when all is said and done, we will all be looking to the government for help with our lives.

I have health issues and I don't have any idea as to how I will manage my quality of life from this point. Actually, the stress of it all is causing more health issues for me.

If we as "American Consumers" boycott" GM Vehicles in the future, it really does not matter how much money the US Government supplies them with, they will still fail. They have cast us aside as employees, but GM/Delphi still want us as customers. If GM/Delphi is allowed to do this to us, any company in the US can follow their lead and drop their employees, change the name of the company and continue to conduct business as usual.

**As a retired Delphi Salary Employee I strongly object to the recently filed Delphi Modified Plan of Reorganization.**

**This plan is structured to only benefit a few Delphi Senior Executives, General Motors, the UAW and Platinum Equity. It is totally at the expense of Delphi creditors, "Non-UAW" hourly workers, the retired salary employees and the American taxpayer. Also, It is clear that this whole deal is being brokered by the US Treasury, with Tim Geithner.**
**GM is receiving viable, ongoing revenue producing plants at no cost other than accepting the UAW pension plans.**

**Delphi Senior Executives will retain their positions and potentially receive either generous retention or severance bonus' from the new owners. The UAW will continue under the GM umbrella for pensions and benefits, which are being financed by the US Government (your tax dollars and mine).**

**Platinum Equity will now own a company with revenue producing operations that have excellent profit potential and they will pay literally nothing for this. Why are they paying more for the Alcoa AFL unit which is much smaller and has far fewer assets?**
**I firmly believe that this is truly a liquidation of Delphi thinly disguised as an "emergence." Worst of all, the valuable assets of this company are being given away and the only money left for creditors and retirees will be in the disposition of already closed, nonrevenue producing plants (DPH).**

**Perhaps even more disturbing, is the settlement Delphi is requesting of the PBGC. They have requested that the PBGC drops its right to secured claims and becomes an unsecured claim. This is "ludicrous".**

These claims should be maintained and provide funds to decrease the underfunded position of Delphi's Salaried Retirement Plan. The court will have to address this issue because I am sure that the PBGC will negotiate away its rights because of its unique position in relationship to the US Treasury Department and Tim Geithner, who is brokering the whole GM/ Delphi Process.

I ask the court to please not accept this modified plan, but to send Delphi and its partners- GM, the US Treasury, Platinum and the UAW, back to restructure a deal that is equitable to the "Non-UAW" retirees, salaried retirees, and the creditors. I believe that is the responsibility of the court. I also urge you to rescind you decision to allow them to eliminate my health care package.

Best Regards,

Peggy R. Chaney
3193 Solar Dr. NW
Warren, Oohio  44485-1613