

07/02/2009

Your Honor,

I would like to explain to what has happened to my retirement with the Auto Industry.

I was hired at Chevrolet Buffalo on April 5, 1971 as an hourly employee. I worked on the floor for approximately 4 years at which time I was promoted to Production Supervisor, a salary position. During the following years I dedicated my entire life to GM. The thought of my job never left my everyday life, not even when at home.

On March of 1993 we were sold to a newly formed cooperation, which was called American Axle and Manufacturing. As a salaried employee I was unable to transfer out of AAM as the hourly employees were. The hourly were given the option to transfer back to GM and we were not. To pacify the salaried employees, during one of his first meetings with us, **Mr. Dauch** himself assured us that our pensions would be coming from General Motors for the time that we had accrued with GM.

During the year 2002 I had medical issues that forced me to return to the hourly ranks and subsequently retired from AAM in 2005 as an hourly employee.

This is what I don't understand. Most of my pension comes from Delphi Corp., 23 years. I never worked for this corporation in my life. We were sold to AAM six years prior to the forming of Delphi. How can my years with GM just be given to Delphi like that.

The hourly pensions at AAM stayed with GM, why not the salary pensions.

**I stand to lose ½ of my pension if the Delphi pensions go to the guaranty corp.**

**Your Honor, please take another look at what is happening here. I realize that saving Delphi is important, but don't forget about the unfair practices that have been going on in big business to skirt their obligations.**

Thank you for your time,

James Bernsdorf

194 North Long St
Williamsville, NY 14221
berns77@verizon.net
716-632-4861