Mark A. Finnegan
495 Hornwood Drive
Springfield, Ohio 45504
937-903-6945

July 6, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom 610

Reference Case #05-44481

Dear Judge Drain:

The Delphi Modified Plan of Reorganization is totally discriminatory toward a single segment of the population that worked for GM/Delphi. The **salaried Delphi employees** are being unjustly harmed and burdened for the rest of their lives compared to GM salaried and hourly, Delphi hourly and senior executives of both Delphi and GM. We plead with you to not allow this atrocity to take place. Insist on an equity plan that allows ALL employees to be treated fairly and equally in the Reorganization.

I was a salaried employee for GM/Delphi for over 30 years, and have already been devastated by the loss of my job before age 62. The retirement pension plan for GM/Delphi hourly, salaried and executive employees was an earned benefit we all accumulated as we worked for GM/Delphi. If GM/Delphi failed in their obligation to fund the pension plan adequately, the same process that allows GM salaried and hourly employees and Delphi hourly employees to receive their whole pension should apply to the Delphi salaried employees as well.

If you do not intervene, the reduced pension that I will receive will not even cover the cost of the health care that was taken away for salaried Delphi retirees earlier this year. Essentially in "real family income" I will get zero money to live on after covering health care for the rest of my life. If this is allowed to happen my wife and I will lose our house and vehicle after over 30 years of employment. *How can this possibly be a fair and just Reorganization plan?* The financial state of GM/Delphi must be addressed; whatever settlement is reached the employees/retirees of GM/Delphi must share equally in that settlement.

The salaried Delphi employees are at your mercy to send back the Modified Plan to be reconfigured equally. This is very disturbing to me, my family and all salaried retirees. The Delphi salaried retirees have many groups selfishly against us, from GM, Delphi, Platinum Equity, and the UAW. We only have you as an honorable and fair Judge to assist us and prevent our lives from being destroyed.

Sincerely,

Mark A. Finnegan
SS#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
Delphi Salaried Retiree
Dayton, Home Avenue Operations