July 02, 2009

The Honorable Judge – Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610

Subject: Reference case # 05-44481

Dear Judge Drain:

As a retired Delphi Salaried Employee I strongly object to the recently filed Delphi Modified Plan of Reorganization.

This plan is structured to benefit only a few Delphi Senior Executives, General Motors, the UAW and Platinum Equity. It is totally at the expense of Delphi creditors, "Non-UAW" hourly workers, and the retired salary employees and as fallout ... once again, the American taxpayer gets hit. It is also clear that the US Treasury, with Tim Geithner, is spearheading this whole deal.

GM is receiving viable, ongoing revenue producing plants at no cost other than accepting the UAW pension plans. Delphi Senior Executives will retain their positions and potentially receive either generous retention or severance bonus' from the new owners. The UAW will continue under the GM umbrella for pensions and benefits, which are being financed/funded by the US Government.

Platinum Equity will now own a company with revenue producing operations that have excellent profit potential and they will end up paying, literally nothing for this. Why are they paying more for the Alcoa AFL unit, which is much smaller and has far fewer assets?

I firmly believe that this is truly a liquidation of Delphi, and a breaking of employer/employee understood 'contractual' promises all thinly disguised as an "emergence."
Worst of the all of the inequities is that, the valuable assets of Delphi are being given away and the only money left for creditors and retirees will be in the disposition of already closed, non-revenue producing plants (DPH).

Perhaps even more disturbing, is the settlement Delphi is requesting of the PBGC. They have requested that the PBGC drops its right to secured claims and become an unsecured claim. This is ludicrous, because these claims should be maintained in order to provide funds to decrease the underfunded position of Delphi's Salaried Retirement Plan. The court will have to address this issue because I am sure that the PBGC will negotiate away its rights because of its unique position in relationship to the US Treasury Department and Tim Geithner, who is brokering the whole GM/ Delphi Process.

I respectfully ask that you to also consider this: If it is not illegal, during a Corporate Bankruptcy Procedure, to segregate and treat differently one type of (Delphi Senior Executives, and the UAW) employee vs. another type of (retired "Non-UAW" hourly and retired salary) employee ... then it should be illegal. Additionally this difference in employee treatment, is clearly and most certainly immoral and unjust and I believe, this treatment should not be tolerated by the United States court.

In conclusion ... I respectfully plead with the court to please not accept this modified plan, but to take the responsibility to send Delphi and its partners- GM, the US Treasury, Platinum and the UAW, back to restructure a deal that is equitable to all their employees including the "Non-UAW" retirees, salaried retirees, and the creditors.

Sincerely,

Ed LaMarca