**Arrow CT Corporation**

208 S. LaSalle Street
Chicago, IL 60604

312 345 4336 tel
www.ctlegalsolutions.com

June 25, 2009

Kurtzman Carson Consultants
2335 Alaska Avenue,
El Segundo, CA 90245

Re: In Re: Delphi Corporation, et al., Debtors // To: Republic Steel

Case No. 05-44481 (RDD)

Dear Sir/Madam:

We are herewith returning the Notices, Administrative Expense Claim Form which we received regarding the above captioned matter.

REPUBLIC STEEL CORPORATION withdrew to do business in the State of IL on 10/14/2003. When an entity withdraws, the designation of the registered agent is revoked. Service can no longer be taken on behalf of this entity.

Very truly yours,

Jill Duffy-Baricovich
Process Specialist Mgr.

Log# 515055143

FedEx Tracking# 799422285038

cc: Southern District - New York - United States Bankruptcy Court
Hamilton U.S. Custom House,
1 Bowling Green,
6th Floor,
New York, NY 10004-1408



RECEIVED
JUL -6 2009
U.S. BANKRUPTCY COURT, SDNY

http://arrow.cch-lis.com/SOP/SOP_RejectionLetter.aspx?WorksheetId=515055143          7/1/2009

Arrow
CT Corporation

208 S. LaSalle Street
Chicago, IL 60604

312 345 4336 tel
www.ctlegalsolutions.com

June 25, 2009

Kurtzman Carson Consultants
2335 Alaska Avenue,
El Segundo, CA 90245

Re: In Re: Delphi Corporation, et al., Debtors // To: Bethlehem Steel Corporation

Case No. 05-44481 (RDD)

Dear Sir/Madam:

Process in the above referenced case was attempted upon C T Corporation System as the purported agent for service of process for Bethlehem Steel Corporation

Bethlehem Steel Corporation is inactive on the records of the State IL. Our services for this entity have also been discontinued for more than five (5) years and, as such, we no longer maintain an active record of this entity. Since we have no address to which to forward this process, we are returning it to you for further disposition.

Very truly yours,

Jill Duffy-Baricovich
Process Specialist Mgr.

Log# 515055182

FedEx Tracking# 790179684621

cc: Southern District - New York - United States Bankruptcy Court
    Hamilton U.S. Custom House,
    1 Bowling Green,
    6th Floor,
    New York, NY 10004-1408

Arrow

**CT Corporation**

208 S. LaSalle Street
Chicago, IL 60604

312 345 4336 tel
www.ctlegalsolutions.com

June 25, 2009

Kurtzman Carson Consultants
2335 Alaska Avenue,
El Segundo, CA 90245

Re: In Re: Delphi Corporation, et al., Debtors // To: Youngstown Sheet & Tube

Case No. 05-44481 (RDD)

Dear Sir/Madam:

We are herewith returning the Notices, Administrative Expense Claim Form which we received regarding the above captioned matter.

Youngstown Sheet & Tube is not listed on our records or on the records of the State of IL.

Very truly yours,


Jill Duffy-Baricovich
Process Specialist Mgr.

Log# 515055223

FedEx Tracking# 790671420076

cc: Southern District - New York - United States Bankruptcy Court
    Hamilton U.S. Custom House,
    1 Bowling Green,
    6th Floor,
    New York, NY 10004-1408

Arrow

**CT Corporation**

208 S. LaSalle Street
Chicago, IL 60604

312 345 4336 tel
www.ctlegalsolutions.com

June 25, 2009

Kurtzman Carson Consultants LLC
Delphi Ballot Processing
2335 Alaska Avenue,
El Segundo, CA 90245

Re: Delphi Corporation, et al., Debtors // To: New Jersey Zinc Company

Case No. 05/44481(RDD)

Dear Sir/Madam:

Process in the above referenced case was attempted upon Not Represented by CT as the purported agent for service of process for THE NEW JERSEY ZINC COMPANY

THE NEW JERSEY ZINC COMPANY is inactive on the records of the State IL. Our services for this entity have also been discontinued for more than five (5) years and, as such, we no longer maintain an active record of this entity. Since we have no address to which to forward this process, we are returning it to you for further disposition.

Very truly yours,


Jill Duffy-Baricovich
Process Specialist Mgr.

Log# 515054975

FedEx Tracking# 791232231054

cc: Southern District - New York - United States Bankruptcy Court
Hamilton U.S. Custom House,
1 Bowling Green,
6th Floor,
New York, NY 10004-1408

Arrow
**CT Corporation**

208 S. LaSalle Street
Chicago, IL 60604

312 345 4336 tel
www.ctlegalsolutions.com

June 25, 2009

Kurtzman Carson Consultants
2335 Alaska Avenue,
El Segundo, CA 90245

Re: In Re: Delphi Corporation, et al., Debtors // To: Teller Metals Co.

Case No. 05-44481 (RDD)

Dear Sir/Madam:

We are herewith returning the Notices, Administrative Expense Claim Form which we received regarding the above captioned matter.

Teller Metals Co. is not listed on our records or on the records of the State of IL.

Very truly yours,


Jill Duffy-Baricovich
Process Specialist Mgr.

Log# 515055066

FedEx Tracking# 791232230297

cc: Southern District - New York - United States Bankruptcy Court
    Hamilton U.S. Custom House,
    1 Bowling Green,
    6th Floor,
    New York, NY 10004-1408