CT Corporation

208 S. LaSalle Street
Chicago, IL 60604

312 345 4336 tel
www.ctlegalsolutions.com

June 26, 2009

Delphi Ballot Processing
Kurtzman Carson Consultants LLC
2335 Alaska Avenue,
El Segundo, CA 90245

Re: In Re: Delphi Corporation, et al., Debtors // To: Jones & Laughlin Steel

Case No. 05-44481 (RDD)

Dear Sir/Madam:

We are herewith returning the Notice(s), Form which we received regarding the above captioned matter.

Jones & Laughlin Steel Incorporated withdrew to do business in the State of IL on 10/31/2002. When an entity withdraws, the designation of the registered agent is revoked. Service can no longer be taken on behalf of this entity.

Very truly yours,

Jill Duffy-Baricovich
Process Specialist Mgr.

Log# 515058775

FedEx Tracking# 791999480951

cc: New York, NY - Southern District - United States Bankruptcy Court
Hamilton U.S. Custom House,
1 Bowling Green,
6th Floor,
New York, NY 10004-1408


RECEIVED
JUL - 6 2009
U.S. BANKRUPTCY COURT, SDNY