# UNITED STATES BANKRUPTCY COURT

**RECEIVED JUL - 6 2009 USBC-SDNY RDD**

SOUTHERN District Of NEW YORK

In re DELPHI CORP., et al.  )
) Case No. 05-44481(RDD)
)
) Chapter 11

## Objection Coupled With Chose In Action To Debtor(s) Modification Of The Confirmed First Amended Joint Plan Of Reorganization

(A). I Vincent E. Rhynes Testify Under Oath That Around 12/07 I Received A Class G-1 Ballot From Financial Balloting Group To Vote My 1200 Shares Of The Debtor(s) Existing Common Stock With Respect To The Debtor(s) First Amended Joint Plan Of Reorganization. I Completed & Signed The G-1 Ballot But Did Not Return The Ballot To Financial Balloting Group.

(B). The Reason I Did Not Return The Ballot To FBG Was Because At That Time It Was Unclear To Me If The Debtor(s) First Amended Joint Plan Of Reorganization Was an "Express" Or "Implied" Plan, Even Upon Confirmation......(Hence, The Chose In Action). A Copy Of The Ballot Is Attach Hereto & Labeled As Exhibit's A 1-4. Also a Copy Of The Stock Certificate Is Attach Hereto & Labeled As Exhibit B.

(C). I Vincent Rhynes Perform This Act With The Understanding That The Impaired Classes Entitle To Vote To Accept or Reject The Debtor(s) First Amended Joint Plan Of