*Reorganization, Would Most Likely Vote In Favor To 'Accept' The Debtor(s) First Amended Joint Plan Of Reorganization 'With At Least Two- Thirds In Amount & More Than One-Half In Number'. With This Being Understood By Vincent Rhynes I Voted To 'Reject The Plan' With Respect To (B)Above....*

*(D). Now, It Is Clear... That The Debtor(s)First Amended Joint Plan Of Reorganization Was The "Express Plan" & The Debtor(s) Post Confirmation, Propose Modified Plan Of Reorganization Is The "Implied Plan."*

*(E). With Respect To The Debtor(s) Propose Modified Plan Of Reorganization The Debtor(s),The Proponents Have Set A 'New Voting Deadline For 07-15-2009 .*

> *NOTE: In Real Property Law If The Trustee Postpone The Trustee Sale, The Original 5day Reinstatement Period Is Also Extended When The Trustee Sets A New Trustee Sale Date.*

*(F). Now Comes Vincent E. Rhynes With Respect, An Ask That The Bankruptcy Court Grant The 'Chose In Action' For Good Cause With Respect (B) (D) & (E)Above. Also Request That Bankruptcy Court Take Special Note To Vincent E. Rhynes Vote With Respect To The Ballot Labeled As Exhibit A For The Purpose Of Section 1127(d) Of The Bankruptcy Code, As It Relates To The Debtor(s),The Proponents Propose Modified Plan Of Reorganization.*

*(G). The Objections Are "Only" At Consent With Respect To Subordination & Less Favorable Treatment.(consent Denied).*

*-RELIEF REQUESTED-*
*That The "Chose In Action" Be Granted With Respect To*