*(B) (D) (E) & (F) Above. That any Subordination Agreement Under Section 510(a) Of The Bankruptcy Code & Any Less Favorable Treatment Of The G-1 Interset In This Case Be Denied.*

*-BASIS FOR RELIEF-*
*Section 105(a) Of The Bankruptcy Code.*
*Section 1123(a)(4) Of The Bankruptcy Code.*
*Section 1127 (d) Of The Bankruptcy Code.*
*"Chose In Action"*

*Los Angeles CALIF*
*06-30-2009*

*Vincent E. Rhynes(Pro se).*
*1514 W. Manchester AVE #5*
*Los Angeles CALIF, 90047*
*(310)329-4254*