# EXHIBIT A(1-4)