VINCENT RHYNES 4393
1514 W MANCHESTER AVE APT 5
LOS ANGELES CA 90047-5427

450577 1,200

**Please Mail Your Ballot Promptly!**

If you have any questions regarding this Ballot or the voting procedures,
Please contact the Securities Voting Agent promptly:

Financial Balloting Group
757 Third Avenue, 3rd Floor
New York, NY 10017
**(866) 486-1727**

**CLASS G-1 EXISTING COMMON STOCK
OF DELPHI CORPORATION
REGISTERED HOLDER**