COMMON STOCK
PAR VALUE $.01

THIS CERTIFICATE IS TRANSFERABLE IN
BOSTON, MASSACHUSETTS
OR IN NEW YORK, NEW YORK

# DELPHI AUTOMOTIVE SYSTEMS CORPORATION
INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE

CUSIP 247126 10 5
SEE REVERSE FOR CERTAIN DEFINITIONS



This certifies that

VINCENT REYES
1334 N RAMPART BLVD #1
LOS ANGELES CA 90026/USA

is the owner of FIFTEEN - THE HUNDRED

FULLY PAID AND NON-ASSESSABLE SHARES OF THE COMMON STOCK OF

Delphi Automotive Systems Corporation transferable on the books of the Corporation by the holder hereof in person or by duly authorized attorney upon surrender of this Certificate properly endorsed. This Certificate and the shares represented hereby are subject to all the terms, conditions and limitations of the Certificate of Incorporation and all amendments thereto and Supplements thereof. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.

Witness the signatures of its duly authorized officers.

Dated SEP 29, 2005

COUNTERSIGNED AND REGISTERED
THE BANK OF NEW YORK
TRANSFER AGENT AND REGISTRAR

BY [signature]
AUTHORIZED SIGNATURE

[signature] Laurie L. Kaye
SECRETARY

[signature] J.G. Battenberg III
CHAIRMAN OF THE BOARD

0226    T5270000155

COMMON STOCK
PAR VALUE $.01

SHARES **1500**