| NAME AND ADDRESS OF ATTORNEY: | TELEPHONE NO.: (323)971-6063 | FOR COURT USE ONLY |
|---|---|---|
| Vincent E. Rhynes<br>1514 W. Manchester AVE. #5<br>Los Angeles CALIF, 90047 | | |

ATTORNEY FOR:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

PLAINTIFF(S)/PETITIONER(S): Vincent E. Rhynes

DEFENDANT(S)/RESPONDENT(S): Delphi Corporation, et al

| PROOF OF SERVICE BY MAIL | CASE NUMBER: 05-44481 |
|---|---|

Hearing:  Date 07-23-0
Time 10:00am
Dept. (RDD)

I am over the age of 18 and not a party to this action. I am a resident of or employed in the county where the mailing occurred. My residence or business address is: 1522 W. Manchester AVE
Los Angeles CALIF, 90047

I served a copy of the following documents (list documents): Objection Coupled With
Chose In Action To Debtor(s)
(with exhibit's A & B)   Modification Of Confirmed
First Amended Joint Plan.
by placing a true copy of each document in the United States mail, in a sealed envelope with postage fully prepaid, as follows:

a. Date of deposit: 06-30-2009

b. Place of deposit (city and state): Los Angeles CALIF.

c. Addressed as follows: Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
ATTN : Thomas J. Matz

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed
on (date) 06-30-2009 , at (place) Los Angeles , California.

Tianita Ward
Type or Print Name                                                              Signature

ACIS Code
33208(02)                          PROOF OF SERVICE BY MAIL