| NAME AND ADDRESS OF ATTORNEY: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Vincent E. Rhynes<br>1514 W. Manchester AVE. #5<br>Los Angeles CALIF, 90047 | (323)971-6063 | |

ATTORNEY FOR:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

PLAINTIFF(S)/PETITIONER(S): Vincent E. Rhynes

DEFENDANT(S)/RESPONDENT(S): Delphi Corporation, et al

**PROOF OF SERVICE BY MAIL**

CASE NUMBER: 05-44481

Hearing:  Date 07-23-0
          Time 10:00am
          Dept. (RDD)

I am over the age of 18 and not a party to this action. I am a resident of or employed in the county where the mailing occurred. My residence or business address is: 1522 W. Manchester AVE
Los Angeles CALIF, 90047

I served a copy of the following documents (list documents): Objection Coupled With
    (with exhibit's A & B)    Chose In Action To Debtor(s)
                              Modification Of Confirmed
                              First Amended Joint Plan.

by placing a true copy of each document in the United States mail, in a sealed envelope with postage fully prepaid, as follows:

a. Date of deposit: 06-30-2009

b. Place of deposit (city and state): Los Angeles CALIF.

c. Addressed as follows:   Latham & Watkins LLP
                           885 Third AVE.
                           New York, NY 10022
                    ATTN: Robert J. Rosenberg

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on (date) 06-30-2009 , at (place) Los Angeles , California.

_Tianita Ward_
Type or Print Name

_[signature]_
Signature

ACIS Code
33208(02)

PROOF OF SERVICE BY MAIL