✗ *Return-Copies*



| NAME AND ADDRESS OF ATTORNEY: Vincent E. Rhynes 1514 W. Manchester AVE. #5 Los Angeles CALIF, 90047 | TELEPHONE NO.: (323)971-6063 | FOR COURT USE ONLY RECEIVED JUL - 6 2009 USBC-SDNY RDD |
|---|---|---|
| ATTORNEY FOR: UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | | |
| PLAINTIFF(S)/PETITIONER(S): Vincent E. Rhynes | | |
| DEFENDANT(S)/RESPONDENT(S): Delphi Corporation, et al | | |
| PROOF OF SERVICE BY MAIL | | CASE NUMBER: 05-44481 |

Hearing: Date 07-23-0
Time 10:00am
Dept. (RDD)

I am over the age of 18 and not a party to this action. I am a resident of or employed in the county where the mailing occurred. My residence or business address is: 1522 W. Manchester AVE
Los Angeles CALIF, 90047

I served a copy of the following documents (list documents): Objection Coupled With
(with exhibit's A & B) Chose In Action To Debtor(s) Modification Of Confirmed First Amended Joint Plan.

by placing a true copy of each document in the United States mail, in a sealed envelope with postage fully prepaid, as follows:

a. Date of deposit: 06-30-2009

b. Place of deposit (city and state): Los Angeles CALIF.

c. Addressed as follows: Financial Balloting Group
757 Third Avenue, 3rd Floor
New York, NY 10017

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on (date) 06-30-2009, at (place) Los Angeles, California.

Tianita Ward
Type or Print Name

_Signature_

ACIS Code
33208(02)

PROOF OF SERVICE BY MAIL