| | | |
|---|---|---|
| **NAME AND ADDRESS OF ATTORNEY:**<br>Vincent E. Rhynes<br>1514 W. Manchester AVE. #5<br>Los Angeles CALIF, 90047 | **TELEPHONE NO.:**<br>(323)971-6063 | **FOR COURT USE ONLY** |
| **ATTORNEY FOR:** | | |
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | | |
| **PLAINTIFF(S)/PETITIONER(S):** Vincent E. Rhynes | | |
| **DEFENDANT(S)/RESPONDENT(S):** Delphi Corporation, et al | | |
| **PROOF OF SERVICE BY MAIL** | **CASE NUMBER:**<br>05-44481 | |

Hearing: Date 07-23-0
Time 10:00am
Dept. (RDD)

I am over the age of 18 and not a party to this action. I am a resident of or employed in the county where the mailing occurred. My residence or business address is: 1522 W. Manchester AVE
Los Angeles CALIF, 90047

I served a copy of the following documents (list documents): Objection Coupled With
    (with exhibit's A & B)    Chose In Action To Debtor(s) Modification Of Confirmed First Amended Joint Plan.

by placing a true copy of each document in the United States mail, in a sealed envelope with postage fully prepaid, as follows:

a. Date of deposit: 06-30-2009

b. Place of deposit (city and state): Los Angeles CALIF.

c. Addressed as follows: The Office Of The United States Trustee
    33 Whitehall Street, Suite # 2100
    New York, New York 10004
    ATTN: Brian Masumoto

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on (date) 06-30-2009, at (place) Los Angeles, California.

Tianita Ward
Type or Print Name                          Signature

ACIS Code
33208(02)                          PROOF OF SERVICE BY MAIL