2342 W 700 N
Columbia City, IN 46725
July 2, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610

Reference case # 05-44481

Dear Judge Drain:

As a former 29 year GM employee now retired as Delphi Salary Employee I **very strongly object** to the recently filed Delphi Modified Plan of Reorganization.

This plan is structured to only benefit a limited number of Delphi Senior Executives, General Motors, the UAW and Platinum Equity. This Plan of Reorganization is totally at the expense of Delphi creditors, "Non-UAW" hourly workers, the retired salary employees and the American taxpayer. Also, it is clear that this entire deal is being brokered by the US Treasury, with Tim Geithner with the following results:

- GM is receiving viable, ongoing revenue producing plants at no cost other than accepting the UAW pension plans.

- Delphi Senior Executives will retain their positions and potentially receive either generous retention or severance bonus' from the new owners.

- The UAW will continue under the GM umbrella for pensions and benefits, which are being financed by the US Government.

- Platinum Equity will now own a company with revenue producing operations that have excellent profit potential and they will pay literally nothing for this. Why are they paying more for the Alcoa AFL unit which is much smaller and has far fewer assets?

I firmly believe that this is truly a liquidation of Delphi thinly disguised as an "emergence." Worst of all, the valuable assets of this company are being given away and the only money left for creditors and retirees will be in the disposition of already closed, non-revenue producing plants (DPH).

Perhaps even more disturbing, is the settlement Delphi is requesting of the PBGC. They have requested that the PBGC drops its right to secured claims and becomes an unsecured claim. **This is ludicrous!!!** These claims should be maintained and provide funds to decrease the under funded position of Delphi's Salaried Retirement Plan. The court will have to address this issue because I am sure that the PBGC will negotiate or give away its rights because of its unique position in relationship to the US Treasury Department and Mr. Geithner.

I request the court not to accept this modified plan, but to send Delphi and its partners- GM, the US Treasury, Platinum and the UAW, back to restructure a deal that is equitable to the "Non-UAW" retirees, salaried retirees, and the creditors. I believe that is the responsibility of the court.

**I look forward to equitable treatment for all!!!**

Best Regards,

Garry J. Hill