June 29, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610

Reference case # 05-44481

Dear Judge Drain:

As a Delphi salary employee with 28 years and 9 months of service, I strongly object to the recently filed Delphi Modified Plan of Reorganization.

This plan is structured to only benefit a few Delphi Senior Executives, General Motors, the UAW and Platinum Equity. It is totally at the expense of Delphi creditors, non-UAW hourly workers, the retired salary employees, the salary employee close to retirement, and the American taxpayer. Also, it is clear that this entire deal is being brokered by the US Treasury along with Tim Geithner.

GM is receiving viable, ongoing revenue producing plants at no cost other than accepting the UAW pension plans.

Delphi senior executives will retain their positions and potentially receive either generous retention or severance bonuses from the new owners.

The UAW hourly employee will be pulled under the GM umbrella for pensions and benefits; both of these plans being financed by the US Government.

Platinum Equity will now own a company with revenue producing operations that have excellent profit potential. They will pay literally nothing for this, ($250 million of their own money and a $250 million dollar loan from GM). How is it possible that Platinum Equity will pay more for the Alcoa AFL unit which is much smaller and has far fewer assets? As the old saying goes, "Something smells fishy".

I firmly believe that this new Delphi Modified Plan of Reorganization is nothing more than a liquidation of Delphi, thinly disguised as an emergence from bankruptcy. Worst of all, the valuable assets of this company are being given away and the only money left for creditors and retirees will be in the disposition of already closed, non-revenue producing plants (DPH).

Perhaps even more disturbing is the settlement Delphi is requesting of the PBGC. They have requested that the PBGC drops its right to secured claims and becomes an unsecured claim. This is ludicrous. These claims should be maintained and provide funds to decrease the under funded position of Delphi's Salaried Retirement Plan. The court will have to address this issue because I am sure that the PBGC will negotiate away its rights because of its unique position in relationship to the US Treasury Department and Tim Geithner, who is brokering the whole GM/Delphi Process.

I ask the court to not accept this modified plan, but to send Delphi and its partners (GM, the US Treasury, Platinum Equity, and the UAW) back to the drawing board to restructure a deal that is equitable to the non-UAW hourly workers, salaried retirees, nearly retired salaried employees, and the creditors. I believe that is the responsibility of the court. Your decision on this completely "**Non Equality of Sacrifice**" plan will have long lasting effects on thousands of people.

Sincerely,

*Robert R Voltenburg* 06/29/09
Robert R. Voltenburg