July 3, 2009

Judge Drain,

I'm a Delphi salaried retiree who is about to be have my pension terminated by Delphi and passed onto the PBGC. This Delphi pension fund has been under-funded for quite sometime and this will force me in all likelihood to collect a dramatically reduced pension from the PBGC which I cannot afford to do.

What would I like you to do for me, and all the Delphi salaried retirees?? We need to be treated like the employees we are, and that is as GM salaried retirees. I have heard that GM is going to fund the pensions of union workers at Delphi. If so, why not the Delphi salaried retirees?? I respect our union workers, but why are the Delphi salaried retirees worth less when it comes to our pensions??

I was an employee of GM for 23 years when the spin-off occurred and then 2 more years as a "Delphi" employee. Is this fair treatment by a corporation the size of GM??? There is going to be a precedent set here for many retirees of other companies across the country if GM is allowed to do this to it's salaried retirees.

I feel that as a Delphi salaried retiree, I'm treated as a throw-away commodity in corporate law circles. I don't represent just me, but thousands of Delphi salaried retirees across this country. If the Delphi salaried retirees made one mistake, it was trusting GM to stand by its salaried employees, and WE WERE VESTED <u>GM</u> SALARIED EMPLOYEES.

GM orchestrated this thing called "Delphi" (on paper!) to avoid their corporate responsibilities to many like me. They are being given the chance of walking away and not paying us our GM pensions that we earned for many years of service and providing a severely under-funded pension plan to be turned over to Delphi, and now to the PBGC.

At age 65, am I to just pull myself up by my bootstraps as they say and go quietly into old age with this kind of treatment? You are the only hope for me and my wife and others like me to be rolled over into the GM salaried pension plan where we belong. This whole legal mess is quite complicated, but to let thousands of Delphi salaried retirees go to this PBGC is not fair, sir.