Thanks for your time regarding my letter, Judge Drain.

Yours respectfully,

*James R. Test*

James R. Test (Retired Tool Designer) Delphi-Interiors; Vandalia, Ohio
1228 Greystone Circle
Dayton, Ohio 45414
937-898-1515
kmtjrt@aol.com