I ask the court to please not accept this modified plan, but to send Delphi and its partners- GM, the US Treasury, Platinum and the UAW, back to restructure a deal that is equitable to the "Non-UAW" retirees, salaried retirees, and the creditors. I believe that is the your responsibility and the responsibility of the court.

Sincerely,

*[signature: Joseph S. Kramer]*

Joseph Stephen Kramer
4032 Bonnie Road
Kettering, OH 45440-2143