306 West South St.
Winchester, IN 47394
July 6, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610

Reference case # 05-44481

Dear Honorable Judge Drain:

As a retired Delphi Salary Employee I must strongly object to the recently filed Delphi Modified Plan of Reorganization.

In examining this plan I find that it is designed to only benefit a few Senior Delphi Executives, General Motors, the UAW, and Platinum Equity entirely at the expense of Delphi creditors, "Non-UAW" hourly workers, the retired salary employees, and the American taxpayer. Also, it is clear that this whole deal is being brokered by the US Treasury, with the apparent blessing of Secretary Tim Geithner.

Under this plan GM is receiving viable, ongoing revenue producing plants at no cost other than agreeing to accept the UAW pension plans.

As part of this plan Delphi Senior Executives will retain their positions and potentially receive either generous retention or severance bonuses from the new owners although they are the ones whose poor management and foresight have contributed not only to need for bankruptcy several years ago but which have mismanaged Delphi throughout the bankruptcy. Allowing this terribly poor performance to be rewarded at the expense of Delphi creditors, "Non-UAW" hourly workers, the retired salary employees, and the American taxpayer is not only inequitable it is ethically and morally unjust.

Also, under this plan the UAW will continue under the GM umbrella and retain its pensions and benefits, which are being financed by the US Government. Clearly, this results in a grossly inequitable treatment of "Non-UAW" hourly workers and the retired salary employees.

Finally, if this plan would be allowed Platinum Equity will now own a company with revenue producing operations that have excellent profit potential and yet they will have paid literally nothing for this. One has to question why are they willing to pay more for the Alcoa AFL unit which is much smaller, has far fewer assets, and not nearly as attractive growth potential as Delphi?

I genuinely believe that in actually this plan is a liquidation of Delphi thinly disguised as an "emergence." And worst of all, and which is something that should cause you great concern is that the valuable assets of this company are being given away with the only money left for creditors and retirees will be in the disposition of already closed, nonrevenue producing plants (DPH).

To me an even more disturbing part of this plan is the settlement Delphi is requesting of the PBGC. Delphi's request that the PBGC drop its right to secured claims and become an unsecured claimant is not just ridiculous but also ludicrous. I would contend that the PBGC's claims should be maintained in full in order to provide funds to decrease the underfunded position of Delphi's Salaried Retirement Plan. Also, I

Objection to Delphi Modified Plan of Reorganization case # 05-44481 G.W. Brutchen July 6, 2009      1

would encourage the court to pay particularly close attention to this issue because of the PBGC's relationship with the US Treasury Department and Secretary Tim Geithner, who is brokering the whole GM/ Delphi process, since I am concerned that unseen pressure is being brought to bear on the PBGC to negotiate away its rights.

Therefore, based on the aforementioned points, I ask the court to reject this modified plan, and instead send Delphi and its partners- GM, the US Treasury, Platinum, and the UAW, back to restructure a deal that is equitable to the "Non-UAW" retirees, salaried retirees, and the creditors which I believe that the court has both the authority and responsibility to do.

Respectfully,

*[signature]*

George W. Brutchen, PE