July 3, 2009

Judge Robert D Drain
United Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom 610

Case # 05-44481

Dear Judge Drain:

As a retired Delphi Salary Employee, I object to Delphi & GM walking away from our salaried pension plan & not fully funding it while the GM salaried & hourly & the Delphi hourly pensions & medical plans are pretty much covered. — Thanks for anything you can do for us.

Sincerely,

Stephen J Larimore

4573 N Wildwood Dr.
Frankfort In 46041