June 28, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610

RECEIVED JUL - 9 2009 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

Reference case # 05-44481

Dear Judge Drain:

I started working for Hughes in 1980, a few years later Hughes was bought by GM. At that time Hughes had a cash retirement plan, it was funded 100%, all employee was very happy.

At that time GM took control of same plan. What happen to this plan? Was told GM cashed it out, millions.

A few years later GM was looking for some software engineers, I put in for a transfer to go to work for GM. I got the transfer, of which was to be seamless. My understanding was all my years of service with Hughes was to be transferred to GM.

Next GM rolled off, then AC Delco, which become Delphi, you guessed it I worked for AC Delco. At that time all Hughes transfers was to of been seamless, but a few years later we all found out that that was not true. To add some more fuel on the fire, GM sold Hughes to Raytheon. We all , Hughes transfers, then found out that all your records and retirement went with the sale. After this was discovered, Delphi agreed to make up the difference in lost retirement funds that was lost by each of the Hughes transfers. Now I get retirement from both Delphi and Raytheon.

Now just think, who was in charge when this all happen? The same Delphi and General Motors Senior Executives that are going to get to keep their benefits, shameful.

Also I was the only software engineer at Delphi to have a patent, with out this patent their diesel controls would not work without removing a lot of the required requirements. We was the creative juice of Delphi, not the Senior Executives.

As a retired Delphi Salary Employee I strongly object to the recently filed Delphi Modified Plan of Reorganization.

This plan is structured to only benefit a few Delphi Senior Executives, General Motors, the UAW and Platinum Equity. It is totally at the expense of Delphi creditors, "Non-UAW" hourly workers, the retired salary employees and the American taxpayer. Also, It is clear that this whole deal is being brokered by the US Treasury, with Tim Geithner.

GM is receiving viable, ongoing revenue producing plants at no cost other than accepting the UAW pension plans.

Delphi Senior Executives will retain their positions and potentially receive either generous retention or severance bonus' from the new owners.

The UAW will continue under the GM umbrella for pensions and benefits, which are being financed by the US Government.

Platinum Equity will now own a company with revenue producing operations that have excellent profit potential and they will pay literally nothing for this. Why are they paying more for the Alcoa AFL unit which is much smaller and has far fewer assets?

I firmly believe that this is truly a liquidation of Delphi thinly disguised as an "emergence." Worst of all, the valuable assets of this company are being given away and the only money left for creditors and retirees will be in the disposition of already closed, nonrevenue producing plants (DPH).

Perhaps even more disturbing, is the settlement Delphi is requesting of the PBGC. They have requested that the PBGC drops its right to secured claims and becomes an unsecured claim. This is ludicrous. These claims should be maintained and provide funds to decrease the underfunded position of Delphi's Salaried Retirement Plan. The court will have to address this issue because I am sure that the PBGC will negotiate away its rights because of its unique position in relationship to the US Treasury Department and Tim Geithner, who is brokering the whole GM/Delphi Process.

I ask the court to please not accept this modified plan, but to send Delphi and its partners- GM, the US Treasury, Platinum and the UAW, back to restructure a deal that is equitable to the "Non-UAW" retirees, salaried retirees, and the creditors. I believe that is the responsibility of the court.

Best Regards,

John B. Sickler