BUCHANAN INGERSOLL & ROONEY PC
Counsel for Fiduciary Counselors, Inc.
620 Eighth Avenue, 23rd Floor
New York, New York 10018
(212) 440-4400 (Telephone)
(212) 440-4401 (Facsimile)
William H. Schorling, Esquire (WS-6322)

-and -

Buchanan Ingersoll & Rooney PC
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200 (Telephone)
(302) 552-4295 (Facsimile)
Mary F. Caloway, Esq.

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I hereby certify that I caused to be served Fiduciary Counselors, Inc.'s Supplement to Motion for Order Estimating Claims for Purposes of Voting on Plan of Reorganization upon the persons and entities listed on <u>Exhibit A</u> annexed hereto as noted thereon.

Dated:  July 10, 2009
       Philadelphia, PA

BUCHANAN INGERSOLL & ROONEY PC

*Donna Curcio*

Donna S. Curcio
Legal Assistant
1835 Market Street
Philadelphia, PA  19103
Tel:  (215) 665-8700
Fax:  (215) 665-8760