# EXHIBIT A

Via electronic mail by 4:00 p.m. on July 9:

'Abrams, Marc'; 'Bernstein, Donald S.'; 'Broude, Mark A.'; 'Butler, John Wm.'; 'Corado, Joseph N.'; 'Fox, Gregory W.'; 'Haker, Oren B.'; 'Harris, Adam C.'; 'Karp, David J.'; 'Lemons, Robert J.'; 'Mancino, Richard'; 'Marafioti, Kayalyn A.'; 'Meisler, Ron E.'; 'Rapisardi, John J.'; 'Resnick, Brian M.'; 'Rosenberg, Robert J.'; 'Schwartz, Matthew L.'; 'Seider, Mitchell A.'; 'Tanenbaum, Jeffrey L.'

Via hand delivery by 4:00 p.m. on July 9:

| Honorable Robert D. Drain |
| United States Bankruptcy Judge |
| United States Bankruptcy Court |
| for the Southern District of New York |
| One Bowling Green, Room 632 |
| New York, NY  10004 |

Via hand delivery on the morning of July 10 as building was closed for hand deliveries at approximately 4:47 p.m. on July 9:

| Office of the United States Trustee |
| for the Southern District of New York |
| Attn:  Alicia M. Leonhard |
| 33 Whitehall Street - Suite 2100 |
| New York, NY 10004 |

#2060771-v1