The Honorable Judge Robert D. Drain
Bankruptcy Court
One Bowling Green
New York, New York
10004

Re: Case No. 05-44481

Dear Judge Drain,

I am writing in regards to the upcoming July 23rd Delphi hearing and their submission of a modified Bankruptcy Emergence plan. Before I make my request however, I feel there is benefit from providing you with some background that helps lay the foundation for such.

I have lived in Colorado since 2001 when my family and I moved after I retired from Delphi. Prior to this I had worked for General Motors (in Michigan) from the time I started college at the University of Michigan under its Co-operative Engineering work/study program in 1962 and subsequently transferred to Delphi Automotive when it was "spun-off" from G.M. in 1999. This transfer occurred at a time when I had over 30 years of credited service with General Motors and could have retired with them however I was asked by management (Mr. Larry Tomzak) to stay on with the new company and was told that a positive decision to do so would be rewarded. During my career with I was elevated to a Chief Engineers position and quite frankly lived for the company working 60 hour weeks routinely without compensation, donated a minimum of a week's vacation a year back and always achieved exemplary performance reviews.

When I retired in 2001, I received, pension benefits, supplementary executive retirement benefits, life insurance, dental insurance and eye care, and an umbrella insurance policy. As time went on, my umbrella policy was cancelled and began I funding it. Then, with Delphi in bankruptcy protection my supplemental retirement compensation was cancelled. This was followed by a cancellation of my life insurance, which I then paid for. Next, my heath care insurance, eye care and dental were cancelled and I funded these. To put these changes in perspective, my monthly compensation was negatively impacted by more than 65%. Now Delphi wants to transfer my remaining pension to the Pension Benefit Guaranty Corporation or PBGC. As you are undoubtedly aware, this would result in significant further reductions.

I recognize that this might just sound like a "hard luck story" but here is the point that I believe is unfair. The union people that I worked along side do not suffer similar reductions. While they did receive modifications to their health care and life insurance programs, their pension liabilities are being transferred back to General Motors and will