remain intact. It seems as if those of us who are not in an organized labor group are being discriminated against. I believe that all employees should be treated in a similar fashion.

With this as background, I would like to submit my request. First, I would ask that the court reject the Modified Delphi plan (most importantly the portion dealing with a transfer of salaried pension liabilities) and second, that you act as the advocate for the Salaried Retirees to assure all employees are treated justly and equitably. I further believe that General Motors Corporation has a responsibility to these salaried and hourly employees especially those whose who achieved 30 year credited service prior to the "spin-off".

Respectfully yours,

*Edward Lundberg*

Edward Lundberg
10750 Raygor Rd.
Colorado Springs, Co.
80908

C.C.
Mr. Vince Snowbarger, Deputy Director PBGC
Pension Benefit Guaranty
1200 K. Street, NW
20005-4026