July 2, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610

RECEIVED JUL - 9 2009 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

Reference case # 05-44481

Dear Judge Drain:

Throughout my forty year career as a salaried employee at the General Motors Corporation and three years at the Delphi Corporation I was repeatedly told my future retirement would consist of a very nice monthly pension, full health care benefits for my wife and myself, and a life insurance policy for myself. Never was it said, or even hinted, that those benefits were not a certainty. Had I known my benefits were at risk I could have done a much better job of saving for retirement. Now, at age 70, I am learning that in addition to the health care and life insurance benefits I've already lost, I may be losing a substantial portion of my pension benefits as well if Delphi's salaried pension plan is defaulted to the PBGC. While I certainly don't begrudge the hourly retirees any of their benefits, it seems rather inequitable to default the Delphi's salaried retiree pension plan to the PBGC, while General Motors has agreed to assume the hourly pension obligations.

If I were a bit younger I might be able to find a job somewhere to help makeup for these benefit losses but who, in today's economic environment, is going to hire a 70 year old man? Anything you can do to help preserve Delphi's salaried pension plan will be greatly appreciated, not only by myself, but also by all Delphi salaried retirees.

Thank you for your time.

Sincerely,

T. B. Arnold

Thomas B. Arnold
1907 Wood Parke Lane
Commerce Township, MI 48382