July 6, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610

RECEIVED JUL - 9 2009 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

Reference case # 05-44481

Dear Judge Drain:

As an active Delphi Salary Employee I strongly object to the recently filed Delphi Modified Plan of Reorganization.

This plan is structured to only benefit a few Delphi Senior Executives, General Motors, the UAW and Platinum Equity. It is totally at the expense of Delphi creditors, "Non-UAW" hourly workers, the retired salary employees and the American people.

The pension that I have earned with 24 years of service to both GM (15 years) and Delphi (9 years) will be turned over to the PBGC. At best the pension's monies given to the PBGC will be 55% of what the full amount should be, because Delphi's pension fund has never been fully funded since the GM/Delphi split. Delphi's management has continuously raided our pension fund since the split using it to give generous early retirements so that the salaried work force in the United States could be reduced with those "eliminated" jobs being moved Mexico or China.

At the bare minimum, GM and Platinum should be required to fully fund the Delphi pension fund before turning it over to the PBGC so that the American tax payer does not foot the bill for their mismanagement. The best outcome would be for you to order that as a part of re-organization that the "New GM" must take back the pension liability for GM/Delphi workers. In the case of active salaried employees, I would find it acceptable to have my 24 years frozen with GM or to be offered a lump sum pension buy out for those years from either GM or Platinum!

Therefore, I respectfully ask the court to please not accept this modified plan, but to send Delphi and its partners- GM, the US Treasury, Platinum and the UAW, back to restructure a deal that is equitable to the "Non-UAW" retirees, salaried retirees, active salaried employees and the creditors.

Sincerely,

Edward J. Bardella Sr.