July 3, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610

Reference case # 05-44481

Dear Judge Drain:

I was the General Director of Operations at Delphi before being forced into retirement in 2005. Since that time I lost SERP, all healthcare and Life Insurance. Due to the decreased income level, I was forced to seel my home in a "short sale". With the current plan my income level will be reduced in half again while Delphi union represented employees continue with their benefits.

I can't believe this country is permitting this license to steal under the current bankruptcy provisions. <u>You alone have the power to stop this unjust action.</u>

I have been a good citizen and tax payer all my life and never expected be thrown into povety levels during my retirement years. I have been trying to get a job but it appears that companies simplly don't want older people these days. I am 63 years old and cannot start my corporate life over. If this is happening to me as a retired executive, I can't imagine how other salaried employees are coping with this situation. Please help.

Perhaps even more disturbing, is the settlement Delphi is requesting of the PBGC. They have requested that the PBGC drops its right to secured claims and becomes an unsecured claim. This is ludicrous. These claims should be maintained and provide funds to decrease the underfunded position of Delphi's Salaried Retirement Plan. The court will have to address this issue because I am sure that the PBGC will negotiate away its rights because of its unique position in relationship to the US Treasury Department and Tim Geithner, who is brokering the whole GM/Delphi Process.

I ask the court to please not accept this modified plan, but to send Delphi and its partners- GM, the US Treasury, Platinum and the UAW, back to restructure a deal that is equitable to the "Non-UAW" retirees, salaried retirees, and the creditors. I believe that is the responsibility of the court.

Best Regards,

*[signature]*

Brian P. O'Neill
345 E Ohio St 3609
Chicago, IL 60611