July 7, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610



Reference case # 05-44481

Dear Judge Drain:

You are a Judge in **my home state** and **our last hope** for a fair resolution to our loss of pension benefits.

**Please reject the Delphi Modified Plan of Reorganization** which allows Delphi to give up the salary pensions to the PBGC. **There are 15,000 salary retirees affected by your decision.** We have dedicated our lives to GM and Delphi. If our Executives will not stand up for our future, then someone else has to. Please let that someone be you.

Delphi is not liquidating and therefore should not be able to shed our pension obligation.

**We have no voice except for you. Your ruling on this matter is critical to our future.**

The reorganization plan leaves the 15,000 salary retirees out in the cold.

**I ask the court to please not accept this modified plan**, but to send Delphi and its partners- GM, the US Treasury, Platinum and the UAW, back to restructure a deal that is equitable to the "Non-UAW" retirees, salaried retirees, and the creditors. I believe that is the responsibility of the court.

Best Regards,

Harry E. McCrea Jr.