I ask the court to please not accept this modified plan, but to send Delphi and its partners- GM, the US Treasury, Platinum and the UAW, back to restructure a deal that is equitable to the "Non-UAW" retirees, salaried retirees, and the creditors. I believe that is the responsibility of the court.

Best Regards,

*James R. Flint*

James R. Flint
12587 Marshall Rd
Birch Run, MI 48415

989-245-4313

jrfautoguy@aol.com