1 of 2

June 29, 2009

Honorable Robert D. Drain
United States Bankruptcy Judge/Court
One Bowling Green, Room 632
New York, New York 10004

I Sheryl Y. Carter - 92 Woolery Lane #C, Dayton, Ohio 45415, my phone numbers are home (934) 742-4054, cell (934) 382-8072. - Case No#. 05-44481

I object, disagree, reject with Delphi Corporation (The Company) - Debtor on the Modified Plan, The First Amended Joint Plan, The modified Plan, the Confirm Plan, The December 10 Disclosure Statement Procedures Order, Reorganization Plan, and any other Plan that Delphi Corporation - Debtor has because Delphi only interest is what is best for the Company, not the employees, or former employees.

The Company has stated that I did not timely file my claim all this time, years while my claims - case is in Bankruptcy Court, by there attorney's also. They have all my informations, documents, etc.

Delphi Corporation recently mailed me a letter from one of the attorney's Kurtzman Carson Consultants stating that they recently file an objection to my claim or interest in accordance

Pg 2

June 29, 2009

cont.

with the Modification Procedures order. I also was told I have to file a motion 3018 a Motion Rule. I am Requesting to file a 3018 a Motion Rule, and to Delphi Corporation objection.

I also would like to waive any fee that I would or should have to pay for all my documents, information to be mailed, or given to me, concerning this claim and other claims that is used for my claims in Bankruptcy Court.

Certain of Delphi's U.S. affiliates are not debtors in these chapter 11 cases so why can't Delphi other company help with the modified Plan, and other plan also with the Bankruptcy Process, Also G.M.

Again I object, disagree, Reject with Delphi Corporation decision on all Plans.

Sincerely
Shary G. Carter

June 29, 2009

Honorable Robert D. Drain
United States Bankruptcy Judge Court
One Bowling Green, Room 632
New York, New York 10004

I Sharyl Y. Carter - 92 Woolery #C, Dayton Ohio 45415, my phone numbers are, home (937) 742-7004, Cell (934) 302-8042

Enclosed is my Proof of Claim that I fill out for Administrative Expense Claim thats in the United States Bankruptcy Court Southern District of New York before the Honorable Robert D. Drain. This claim is against the Debtor - Delphi Corporation (the Company). Case No# 05-44481.

I received several documents and the Proof of Claim form from Delphi from Kurtzman Attorney on June 22, 2009 from Kurtzman Carson Consultants, LLC - Delphi Ballot Processing - 2335 Alaska Avenue, El Segundo, CA 90245.

Also I would like copies of my case and all documents that was presented for my claim-cases. I would ask if the cost be waive, so I would not have to pay anything.

Sincerely
Sharyl Y. Carter

**United States Bankruptcy Court**
Southern District of New York
Delphi Corporation et al. Claims Processing
c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue
El Segundo, California 90245

# Administrative Expense Claim Form

**Debtor against which claim is asserted:** Delphi Corporation
Delphi Corporation, *et al.* 05-44481

**Case Name and Number**
In re Delphi Corporation., *et al.* 05-44481
Chapter 11, Jointly Administered

**NOTE: This form should not be used to make a claim in connection with a request for payment for goods or services provided to the Debtors prior to the commencement of the case. This Administrative Expense Claim Form is to be used solely in connection with a request for payment of an administrative expense arising after commencement of the case but prior to June 1, 2009, pursuant to 11 U.S.C. § 503.**

Name of Creditor
*(The person or other entity to whom the debtor owes money or property)*
Sharyl Yvette Carter

Name and Address Where Notices Should be Sent
92 Woolery Lane #C
Dayton Ohio 45415 Cell

Telephone No.
Home (934) 742-4854 + (937) 308-8072

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: 9353

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: ____________

1. BASIS FOR CLAIM
☐ Goods sold
☐ Services performed
☐ Money loaned
☒ Personal injury/wrongful death — Pain & Suffering, Workers Compensation
☐ Taxes
☒ Other (Describe briefly) Hostile Work Environment, Employment Litigation

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (Fill out below)
Your social security number [redacted]
Unpaid compensation for ser[redacted]
from ________ (date)

2. DATE DEBT WAS INCURRED

3. IF COURT JUDGMENT, DATE OBTAINED:

4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM: $ 50 million Dollars & interest
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

5. Brief Description of Claim (attach any additional information): Delphi Attorneys & courts has all information and documents, brief above in number (BUE(L) section), Documents & information lengthy.

THIS SPACE IS FOR COURT USE ONLY

6. **CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

7. **SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Any attachment must be 8-1/2" by 11".

8. **DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: June 29, 2009

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
Sharyl Yvette Carter
Sharyl Yvette Carter

**United States Bankruptcy Court**
Southern District of New York
Delphi Corporation et al. Claims Processing
c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue
El Segundo, California 90245

# Administrative Expense Claim Form

**Debtor against which claim is asserted:** Delphi Corporation
Delphi Corporation, *et al.* 05-44481

**Case Name and Number**
In re Delphi Corporation., *et al.* 05-44481
Chapter 11, Jointly Administered

**NOTE: This form should not be used to make a claim in connection with a request for payment for goods or services provided to the Debtors prior to the commencement of the case. This Administrative Expense Claim Form is to be used solely in connection with a request for payment of an administrative expense arising after commencement of the case but prior to June 1, 2009, pursuant to 11 U.S.C. § 503.**

Name of Creditor
*(The person or other entity to whom the debtor owes money or property)*
Sharyl Yvette Carter

Name and Address Where Notices Should be Sent
92 Woolery Lane #C
Dayton Ohio 45415

Telephone No.
Home (937) 742-7054 + Cell (937) 352-8872

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: 9353

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: ____________

1. BASIS FOR CLAIM
☐ Goods sold
☐ Services performed
☐ Money loaned
☒ Personal injury/wrongful death — Pain + Suffering, Workers Compensation
☐ Taxes
☒ Other (Describe briefly) Employment Litigation / Hostile Work Environment

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compen[redacted]
Your social security number[redacted]
Unpaid compensation for se[redacted]
from ________ (date)

2. DATE DEBT WAS INCURRED

3. IF COURT JUDGMENT, DATE OBTAINED:

4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM: $ 50 Million Dollars + interest
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

5. Brief Description of Claim (attach any additional information): Delphi Attorneys + Courts has all information and documents brief above in number one (1) section. Documents + information lengthy.

6. **CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

7. **SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Any attachment must be 8-1/2" by 11".

8. **DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Date: June 29, 2009

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
Sharyl Yvette Carter
Sharyl Yvette Carter

**United States Bankruptcy Court**
Southern District of New York
Delphi Corporation et al. Claims Processing
c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue
El Segundo, California 90245

# Administrative Expense Claim Form

**Debtor against which claim is asserted :** Delphi Corporation
Delphi Corporation, *et al.* 05-44481

**Case Name and Number**
In re Delphi Corporation., *et al.* 05-44481
Chapter 11, Jointly Administered

**NOTE: This form should not be used to make a claim in connection with a request for payment for goods or services provided to the Debtors prior to the commencement of the case. This Administrative Expense Claim Form is to be used solely in connection with a request for payment of an administrative expense arising after commencement of the case but prior to June 1, 2009, pursuant to 11 U.S.C. § 503.**

Name of Creditor
*(The person or other entity to whom the debtor owes money or property)*
Sharyl Yvette Carter

Name and Address Where Notices Should be Sent
92 Woolery Lane #C
Dayton Ohio 45415

Telephone No.
Home (937) 742-7054 & cell (937) 302-8072

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

**THIS SPACE IS FOR COURT USE ONLY**

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: 9353

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: ______

1. BASIS FOR CLAIM
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☑ Personal injury/wrongful death — Pain & Suffering
- ☐ Taxes
- ☑ Other (Describe briefly) — Workers Compensation, Employment Litigation/Hostile Work Environment

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compens[REDACTED]
Your social security number [REDACTED]
Unpaid compensation for serv[REDACTED]
from ______ (date) [REDACTED]

2. DATE DEBT WAS INCURRED

3. IF COURT JUDGMENT, DATE OBTAINED:

4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM: $ 50 million dollars & interest
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

5. Brief Description of Claim (attach any additional information): Delphi Attorneys & Courts has all information and document, brief have in number one (1) section. Documents are & information lengthy

6. **CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

7. **SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Any attachment must be 8-1/2" by 11".

8. **DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

**THIS SPACE IS FOR COURT USE ONLY**

Date
June 29, 2009

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
Sharyl Yvette Carter
Sharyl Yvette Carter

**United States Bankruptcy Court** Southern **District Of** New York

# PROOF OF CLAIM

This Space For Court Use Only

Name of Debtor: Delphi Automotive System LLAS LLC)

Case Number: 05-44481 rdd

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property): Sharyl Yvette Carter

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and Address where notices should be sent:
Sharyl Yvette Carter
92 Woolery Lane #C
Dayton Ohio 45415

Telephone Number: (937) 742-7054 Cell (937) 302-8072

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

This Space For Court Use Only

Last four digits of account or other number by which creditor identifies debtor:

Check here if this claim ☐ replaces ☐ amends a previously filed claim dated: ____________

**1. Basis for Claim**

☐ Goods Sold / Services Performed
☐ Customer Claim
☐ Taxes
☐ Money Loaned
☒ Personal Injury
☒ Other Employment Litigation + Hostile Work Environmental

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☒ Wages, salaries, and co[redacted] below)
Last four digits of your [redacted]
Unpaid compensation f[redacted]d
from ____________ (date) ____________ (date)

**2. Date debt was incurred:**

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $ 50 Million Dollars + interest

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Secured Claim.**

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other____________

Value of Collateral $____________

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ 50,000,000.00

**Unsecured Priority Claim.**

☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority

Amount entitled to priority $ 50 Millions Dollars + interest

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

** Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**5. Total Amount of Claim at Time Case Filed:** $ 50,000,000.00 (Unsecured) $50,000,000.00 (Secured) 50,000,000.00 (Priority) $50,000,000.00 + interest (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space For Court Use Only

Date: 4/28/09

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): Sharyl Yvette Carter [signature]

*Penalty for presenting fraudulent claim:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

June 29, 2009

Kurtzman Carson Consultants LLC
Delphi Corporation / Ballot Processing
2335 Alaska Avenue
El Segundo, CA 90245

I Sharyl L. Carter 92 Woolery #C, Dayton Ohio 45415, my phone numbers are, home (937) 742-7054, Cell (934) 302-8092
Enclosed is my Proof of Claim that I fill out for Administrative Expense Claim thats in the United States Bankruptcy Court Southern District of New York before the Honorable Robert D. Drain. This claim is against the Debtor Delphi Corporation (the Company). Case No# 05-44481.

I received several documents and the Proof of Claim form from Delphi Attorney on June 22, 2009 from Kurtzman Carson Consultants LLC - Delphi Ballot Processing - 2335 Alaska Avenue, El Segundo, CA 90245.

Also I would like copies of my case and all documents that was presented for my claim-cases. I would ask if the cost be waved, so I would not have to pay anything

Sincerely
Sharyl L. Carter

June 29, 2009

Kurtzman Carson Consultants LLC
Delphi Corporation / Ballot Processing
2335 Alaska Avenue
El Segundo, CA 90245

I Shaeid W. Carter - 92 Woolery Lane #C, Dayton, Ohio 45415, my phone numbers are home (937) 742-7037, cell (937) 302-8072 - Case No#. 05-44481

I object, disagree, reject with Delphi Corporation (The Company) Debtor on the Modified Plan, The First Amended Joint Plan, The Modified Plan, The Confirmed Plan, The December 10 Disclosure Statement Procedures Order, Reorganization Plan, and any other Plan that Delphi Corporation - Debtor has because Delphi only interest is whats best for the Company, not the employees, or former employees.

The Company has stated that I did not timely file my claim all this time, years, while my claims case is in Bankruptcy Court, by there attorney's also. They have all my information, documents, etc.

Delphi Corporation recently mailed me a letter from one of the attorneys Kurtzman Carson Consultants - taking that they recently file an objection to my claim & interest in accordance.

Cont.                                                                 June 29, 2009

with the Modification Procedures order.. I also was told I have to file a motion 3018 a Motion Rule. I am Requesting to file a 3018 a Motion Rule, and to Delphi Corporation objection.

I also would like to waive any fee that I would or should have to pay for all my documents, information to be mailed, or given to me concerning this claim, and other claims that is used for my claims in Bankruptcy Court.

Certain of Delphi's U.S. affiliates are not debtors in these chapter 11 cases so why can't Delphi other company help with the modified Plan, and other Plan also with the Bankruptcy Process. Also GM.

Again I object, disagree, Reject with Delphi Corporation decision on all Plans.

Sincerely
[signature]

June 29, 2009

Delphi Corporation - Securities Voting Agent
c/o Financial Balloting Group
757 Third Avenue - 3rd Floor
New York, New York 10017

I Sharyl Y. Carter 92 Woolery #2, Dayton Ohio 45415, my phone numbers are, home (937) 742-7054, cell (934) 308-8092.

Enclosed is my proof of claim that I fill out for Administrative Expense Claim thats in the United States Bankruptcy Court Southern District of New York before the Honorable Robert D. Drain. This claim is against the Debtor Delphi Corporation (the Company). Case No# 05-44481.

I received several documents and the Proof of Claim form from Delphi Attorney on June 22, 2009 from Kurtzman Carson Consultants LLC - Delphi Ballot Processing - 2335 Alaska Avenue, El Segundo, CA 90245.

Also I would like copies of my case and all documents that was presented for my claim cases, I would ask if the cost be waive, so I would not have to pay anything.

Sincerely
Sharyl Y. Carter

June 29, 2009

Delphi Corporation - Securities Voting Agent
C/o Financial Balloting Group
757 Third Avenue - 3rd Floor
New York, New York 10017

I Lloyd W. Carter - 92 Woolery Lane #C, Dayton, Ohio 45415, my phone numbers are home (934) 742-7034, cell (934) 308-8072. - Case No#. 05-44481

I object, disagree, reject with Delphi Corporation (The Company) Debtor on the Modified Plan, The First Amended Joint Plan, The Modified Plan, The Confirmed Plan, The December 10 Disclosure Statement Procedures Order, Reorganization Plan, and any other Plan that Delphi Corporation - Debtor has because Delphi only interest is whats best for the Company not the employees, or former employees.

The Company has stated that I did not timely file my claim all this time, years while my claims case is in Bankruptcy Court, by there attorney's also. They have all my information, documents, etc.

Delphi Corporation Recently mailed me a letter from one of the attorneys Kurtzman Carson Consultants stating that they recently file an objection to my claim & interest in accordance.

cont. June 29, 2009

with the Modification Procedures order.. I also was told I have to file a motion 3018 a Motion Rule. I am Requesting to file a 3018 a Motion Rule, and to Delphi Corporation objection.

I also would like to waive any fee that I would or should have to pay for all my documents, information to be mailed, or given to me concerning this claim, and other claims that is used for my claims in Bankruptcy Court.

Certain of Delphi's U.S. affiliates are not debtors in these chapter 11 cases so why can't Delphi other company help with the modified Plan, and other plan also with the Bankruptcy Process. Also GM.

Again I object, disagree, reject with Delphi Corporation decision on all plans.

Sincerely
[signature]

June 29, 2009

Delphi Corporation
5725 Delphi Drive
Attn: General Counselor
Troy, Michigan, 48098

I Sharyn Y. Carter 92 Woolery #2, Dayton Ohio 45415, my phone numbers are, home (937) 742-7054, Cell (937) 302-8042

Enclosed is my Proof of Claim that I fill out for Administrative Expense Claim thats in the United States Bankruptcy Court Southern District of New York before the Honorable Robert D. Drain. This claim is against the Debtor Delphi Corporation (the Company). Case No# 05-44481.

I received several documents and the Proof of Claim form from Delphi Attorney on June 22, 2009 from Kurtzman Carson Consultants LLC - Delphi Ballot Processing - 2335 Alaska Avenue, El Segundo, CA 90245.

Also I would like copies of my case and all documents that was presented for my claim cases. I would ask if the cost be waved, so I would not have to pay anything.

Sincerely
Sharyn Y. Carter

June 29, 2009

Delphi Corporation
5725 Delphi Drive
Attn: General Counselor
Troy, Michigan, 48098

I Lloyd W. Carter - 92 Woolery Lane #C, Dayton Ohio 45415, my phone numbers are home (934) 742-[illegible], cell (934) 302-8072. Case No#. 05-44481

I object, disagree, reject with Delphi Corporation (The Company) Debtor on the Modified Plan, the First Amended Joint Plan, the modified Plan, the Confirm Plan, The December 10 Disclosure Statement Procedures Order, Reorganization Plan, and any other Plan that Delphi Corporation - Debtor has because Delphi only interest is whats best for the company not the employees, or former employees.

The Company has stated that I did not timely file my claim all this time, years while my claims case is in Bankruptcy Court, my there attorney's also. They have all my information, documents, etc.

Delphi Corporation recently mailed me a letter from one of the attorneys Kurtzman Carson Consultants stating that they recently file an objection to my claim & interest in accordance.

Cont. June 29, 2009

with the Modification Procedures order.. I also was told I have to file a motion 3018 a Motion Rule. I am Requesting to file a 3018 a Motion Rule, and to Delphi Corporation objection.

I also would like to waive any fee that I would or should have to pay for all my documents, information to be mailed, or given to me concerning this claim, and other claims that is used for my claims in Bankruptcy Court.

Certain of Delphi's U.S. affiliates are not debtors in these chapter 11 cases so why can't Delphi other company help with the Modified Plan, and other plan also with the Bankruptcy Process. Also GM.

Again I object, disagree, Reject with Delphi Corporation decision on all plans.

Sincerely
Hazel L. Carter

June 29, 2009

Skadden, Arps Slate, Meagher & Flom LLP.
Attn. John Wm Butler Jr. & Ron E. Meisler
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

I Sharyl Y. Carter 92 Woodcrest #C, Dayton Ohio 45413, my phone numbers are, home (937) 742-7054, cell (937) 302-8042

Enclosed is my proof of claim that I fill out for Administrative Expense Claim thats in the United States Bankruptcy Court Southern District of New York before the Honorable Robert D. Drain. This claim is against the Debtor Delphi Corporation (the Company). Case No# 05-44481.

I received several documents and the Proof of Claim form from Delphi Attorney on June 22, 2009 from Kurtzman Carson Consultants LLC - Delphi Ballot Processing - 2335 Alaska Avenue, El Segundo, CA 90245.

Also I would like copies of my case and all documents that was presented for my claim-cases, I would ask if the cost be waived, so I would not have to pay anything

Sincerely
Sharyl Y. Carter

1 of 2

June 29, 2009

Skadden, Arps, Slate, Meagher & Flom LLP.
Attn: John Wm Butler Jr. + Ron E. Meisler
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

I Hazel H. Carter - 92 Woodley Lane #2, Dayton, Ohio 45415, my phone numbers are home (934) 742-[illegible], cell (934) 362-8072. - Case No#. 05-44481

I object, disagree, reject with Delphi Corporation (The Company) Debtor on the Modified Plan, The First Amended Joint Plan, The Modified Plan, The Confirm Plan, The December 10 Disclosure Statement Procedures Order, Reorganization Plan, and any other Plan that Delphi Corporation - Debtor has because Delphi only interest is what is best for the Company not the employees, or former employees.

The Company has stated that I did not timely file my claim all this time, years while my claims case is in Bankruptcy Court, they there attorneys also. They have all my information, documents, etc.

Delphi Corporation recently mailed me a letter from one of the attorneys [illegible] Career Consultants, taking that they recently file an objection to my claim [illegible] interest in accordance.

Cont. June 29, 2009

with the Modification Procedures order.. I also was told I have to file a motion 3018 a Motion Rule. I am requesting to file a 3018 a Motion Rule, and to Delphi Corporation objection.

I also would like to waive any fee that I would or should have to pay for all my documents, information to be mailed, or given to me concerning this claim and other claims that is used for my claims in Bankruptcy Court.

Certain of Delphi's U.S. affiliates are not debtors in these Chapter 11 cases so why can't Delphi other company help with the modified Plan, and other plan also with the Bankruptcy Process. Also GM.

Again I object, disagree, Reject with Delphi Corporation decision on all plans.

Sincerely
[signature]

June 29, 2009

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
Attn. Gregory W. Fox & Kayalyn A. Marafioti
New York, New York 10036

I Sharyl Y. Carter 92 Woolery #C, Dayton Ohio 45415, my phone numbers are, home (937) 742-7054, cell (937) 367-8042

Enclosed is my Proof of Claim that I fill out for Administrative Expense Claim thats in the United States Bankruptcy Court Southern District of New York before the Honorable Robert D. Drain. This claim is against the Debtor Delphi Corporation (the Company). Case No# 05-44481.

I received several documents and the Proof of Claim form from Delphi Attorney on June 22, 2009 from Kurtzman Carson Consultants LLC - Delphi Ballot Processing - 2335 Alaska Avenue, El Segundo, CA 90245.

Also I would like copies of my case and all documents that was presented for my claim-cases, I would ask if the cost be waive, so I would not have to pay anything.

Sincerely,
Sharyl Y. Carter

June 29, 2009

Skadden, Arps, Slate Meagher & Flom LLP
Four Times Square
Attn: Gregory W. Fox & Kayalyn A. Marafioti
New York, New York 10036

I Sharyl Y. Carter - 92 Woolery Lane #C, Dayton, Ohio 45415, my phone numbers are home (934) 742-[illegible], cell (934) 302-8072. Case No#. 05-44481

I object, disagree, reject with Delphi Corporation (The Company) Debtor on the Modified Plan, The First Amended Joint Plan, The Modified Plan, The Confirm Plan, The December 10 Disclosure Statement Procedures Order, Reorganization Plan, and any other Plan that Delphi Corporation - Debtor has because Delphi only interest is what is best for the Company not the employees, or former employees.

The Company has stated that I did not timely file my claim all this time, years while my claims case is in Bankruptcy Court, the there attorney's also. They have all my information, documents, etc.

Delphi Corporation recently mailed me a letter from one of the attorneys Kurtzman Carson Consultants - taken that they recently file an objection to my claim & interest in accordance.

cont.

June 29, 2009

with the Modification Procedures order.. I also was told I have to file a motion 3018 a Motion Rule. I am Requesting to file a 3018 a Motion Rule, and to Delphi Corporation objection.

I also would like to waive any fee that I would or should have to pay for all my documents, information to be mailed, or given to me concerning this claim, and other claims that is used for my claims in Bankruptcy Court.

Certain of Delphi's U.S. affiliates are not debtors in these Chapter 11 cases so why can't Delphi other company help with the modified Plan, and other Plan also with the Bankruptcy Process. Also GM.

Again I object, disagree, Reject with Delphi Corporation decision on all Plans.

Sincerely
Frank M. Carter

June 29, 2009

The Office of the United States Trustee
33 Whitehall Street, Suite 2100
Attn: Brian Masumoto
New York, New York 10004

I Sharyl Y. Carter 92 Woolery #C, Dayton Ohio 45415, my phone numbers are, home (937) 742-7004, Cell (937) 302-8042.

Enclosed is my Proof of Claim that I fill out for Administrative Expense Claim thats in the United States Bankruptcy Court Southern District of New York before the Honorable Robert D. Drain. This claim is against the Debtor Delphi Corporation (the Company). Case No# 05-44481.

I received several documents and the Proof of Claim form from Delphi Attorney on June 22, 2009 from Kurtzman Carson Consultants LLC - Delphi Ballot Processing - 2335 Alaska Avenue, El Segundo, CA 90245.

Also I would like copies of my case and all documents that was presented for my claim-case, I would ask if the cost be waive, so I would not have to pay anything.

Sincerely,
Sharyl Y. Carter

June 29, 2009

The Office of The United States Trustee
33 Whitehall Street, Suite 2100
Attn: Brian Masumoto
New York, New York 10004

I Sharon Y. Carter - 92 Woolery Lane #C, Dayton, Ohio 45415, my phone numbers are home (937) 742-4004, cell (937) 302-8072. Case No#. 05-44481

I object, disagree, reject with Delphi Corporation (The Company) Debtor on the Modified Plan, The First Amended Joint Plan, The Modified Plan, The Confirm Plan, The December 10 Disclosure Statement Procedures Order, Reorganization Plan, and any other Plan that Delphi Corporation - Debtor has because Delphi only interest is what is best for the Company not the employees, or former employees.

The Company has stated that I did not timely file my claim all this time, years while my claims case is in Bankruptcy Court, by there attorneys also. They have all my information, documents, etc.

Delphi Corporation Recently mailed me a letter from one of the attorneys Kurtzman Carson Consultants stating that they recently file an objection to my claim & interest in accordance.

2 of 2

cont.

June 29, 2009

with the Modification Procedures order.. I also was told I have to file a motion 3018 a Motion Rule. I am Requesting to file a 3018 a Motion Rule, and to Delphi Corporation objection.

I also would like to waive any fee that I would or should have to pay for all my documents, information to be mailed, or given to me concerning this claim, and other claims that is led for my claims in Bankruptcy Court.

Certain of Delphi's U.S. affiliates are not debtors in these chapter 11 cases so, why can't Delphi other company help with the Modified Plan, and other Plan also with the Bankruptcy Process. Also [illegible]

Again I object, disagree, Reject with Delphi Corporation decision on all Plans.

Sincerely
[illegible signature]

June 29, 2009

Latham & Watkins LLP
Attn. Robert J. Rosenberg & Mark A Broude & Mitchell A. Seider
885 Third Avenue
New York, New York 10022

I Sharyl Y. Carter 92 Woolery #C, Dayton Ohio 45415, my phone numbers are, home (937) 742-7004, cell (937) 302-8072. Enclosed is my Proof of Claim that I fill out for Administrative Expense Claim thats in the United States Bankruptcy Court Southern District of New York before the Honorable Robert D. Drain. This claim is against the Debtor Delphi Corporation (the Company). Case No# 05-44481.

I received several documents and the Proof of Claim form from Delphi Attorney on June 22, 2009 from Kurtzman Carson Consultants LLC - Delphi Ballot Processing - 2335 Alaska Avenue, El Segundo, CA 90245.

Also I would like copies of my case and all documents that was presented for my claim-cases. I would ask if the cost be waive, so I would not have to pay anything.

Sincerely
Sharyl Y. Carter

June 29, 2009

Latham & Watkins LLP
Attn: Robert J. Rosenberg & Mark A. Broude & Mitchell A. Seider
885 Third Avenue
New York, New York 10022

I Sharyl Y. Carter - 92 Wooley Lane #C, Dayton, Ohio 45415, my phone numbers are home (934) 742-[illegible], cell (934) 30?-8072 - Case No#. 05-44481

I object, disagree, reject with Delphi Corporation (The Company) Debtor on the Modified Plan, The First Amended Joint Plan, The Modified Plan, The Confirm Plan, The December 10 Disclosure Statement Procedures Order, Reorganization Plan, and any other Plan that Delphi Corporation - Debtor has because Delphi only interest is whats best for the company not the employees, or former employees.

The company has stated that I did not timely file my claim all this time, years while my claims case is in Bankruptcy Court, by there attorneys also. They have all my information, documents, etc.

Delphi Corporation recently mailed me a letter from one of the attorneys [illegible] Career Consultants stating that they recently file an objection to my claim [illegible]

2 of 2

Cont. June 29, 2009

with the Modification Procedures order.. I also was told I have to file a motion 3018 & Motion Rule. I am Requesting to file a 3018 & Motion Rule, and to Delphi Corporation objection.

I also would like to waive any fee that I would or should have to pay for all my documents, information to be mailed, or given to me concerning this claim and other claims that is led for my claims in Bankruptcy Court.

Certain of Delphi U.S. affiliates are not debtors in these Chapter 11 cases so why can't Delphi other company help with the modified Plan, and other Plan also with the Bankruptcy Process. Also GM.

Again I object, disagree, reject with Delphi Corporation decision on all Plans.

Sincerely
[signature]

June 29, 2009

Davis Polk & Wardwell
450 Lexington Avenue
Attn. Donald S. Bernstein & Brian Resnick
New York, New York 10022

I Sharyl Y. Carter 92 Woolery #C, Dayton Ohio 45415, my phone numbers are, home (937) 742-7054, Cell (934) 302-8072

Enclosed is my Proof of Claim that I fill out for Administrative Expense Claim thats in the United States Bankruptcy Court Southern District of New York before the Honorable Robert D. Drain. This claim is against the Debtor Delphi Corporation (the Company). Case No# 05-44481.

I received several documents and the Proof of Claim form from Delphi Attorney on June 22, 2009 from Kurtzman Carson Consultants LLC - Delphi Ballot Processing - 2335 Alaska Avenue, El Segundo, CA 90245.

Also I would like copies of my case and all documents that was presented for my claim-cases, I would ask if the cost be wave, so I would not have to pay anything.

Sharyl Y. Carter

1 of 2

June 29, 2009

Davis Polk + Wardwell
450 Lexington Avenue
Attn: Donald S. Bernstein + Brian Resnick
New York, New York 10022

I Harold Y. Carter - 92 Woolery Lane #A, Dayton, Ohio 45415, my phone numbers are home (934) 742-[illegible] ; cell (93[illegible]) 3[illegible] 8[illegible]72. - Case No#. 05-44481

I object, disagree, reject with Delphi Corporation (The Company) Debtor on the Modified Plan, The First Amended Joint Plan, The Modified Plan, The Confirm Plan, The December 10 Disclosure Statement Procedures Order, Reorganization Plan, and any other Plan that Delphi Corporation - Debtor has because Delphi only interest is whatis best for the Company not the employees, or former employees.

The Company has stated that I did not timely file my claim all this time, years while my claims case is in Bankruptcy Court, my there attorney's also. They have all my information, documents, etc.

Delphi Corporation Recently mailed me a letter from one of the attorneys Kurtzman Carson Consultants stating that they [illegible] file an objection to my claim & not [illegible] in accordance.

2 of 2

Con't. June 29, 2009

with the Modification Procedures order. I also was told I have to file a motion 3018 a Motion Rule. I am requesting to file a 3018 a Motion Rule, and to Delphi Corporation objection.

I also would like to waive any fee that I would or should have to pay for all my documents, information to be mailed, or given to me concerning this claim, and other claims that is used for my claims in Bankruptcy Court.

Certain of Delphi's U.S. affiliates are not debtors in these chapter 11 cases so why can't Delphi other company help with the modified Plan, and other plan also with the Bankruptcy Process. Also GM.

Again I object, disagree, reject with Delphi Corporation decision on all plans.

Sincerely
Frank H. Carter

June 29, 2009.

Willkie Farr & Gallagher LLP
787 Seventh Avenue
Attn. Marc Abrams & Richard Mancino
New York, New York 10019

I Sharyl Y. Carter 92 Woolery #C, Dayton Ohio 45415, my phone numbers are, home (937) 742-7054, cell (937) 302-8042.

Enclosed is my Proof of Claim that I fill out for Administrative Expense Claim thats in the United States Bankruptcy Court Southern District of New York before the Honorable Robert D. Drain. This claim is against the Debtor Delphi Corporation (The Company). Case No# 05-44481.

I received several documents and the Proof of Claim form from Delphi Attorney on June 22, 2009 from Kurtzman Carson Consultants LLC - Delphi Ballot Processing - 2335 Alaska Avenue, El Segundo, CA 90245.

Also I would like copies of my case and all documents that was presented for my claim-cases, I would ask if the cost be waved, so I would not have to pay anything.

Sincerely
Sharyl Y. Carter

June 29, 2009

Willkie Farr & Gallagher LLP
787 Seventh Avenue
Attn: Marc Abrams & Richard Mancino
New York, New York 10019

I [illegible] Carter - 92 Woolery Lane #C, Dayton, Ohio 45415, my phone numbers are home (937) 742-[illegible]; cell (937) 30[illegible]-8072. Case No#. 05-44481

I object, disagree, reject with Delphi Corporation (The Company) Debtor on the Modified Plan, The First Amended Joint Plan, The Modified Plan, The Confirm Plan, The December 10 Disclosure Statement Procedures Order, Reorganization Plan, and any other Plan that Delphi Corporation - Debtor has because Delphi only interest is whatis best for the Company not the employees, or former employees.

The Company has stated that I did not timely file my claim all this time, years while my claims case is in Bankruptcy Court, by there attorney's also. They have all my information, documents, etc.

Delphi Corporation recently mailed me a letter from one of the attorneys [illegible] Carson Consultants stating that they recently file an [illegible] to my claim & interest in accordance

Pg 2

Cont. June 29, 2009

with the Modification Procedures order.. I also was told I have to file a motion 3018 a Motion Rule. I am Requesting to file a 3018 a Motion Rule, and to Delphi Corporation objection.

I also would like to waive any fee that I would or should have to pay for all my documents, information to be mailed, or given to me concerning this claim, and other claims that is used for my claims in Bankruptcy Court.

Certain of Delphi U.S. affiliates are not debtors in these chapter 11 cases so why can't Delphi other company help with the modified Plan, and other Plan also with the Bankruptcy Process. Also GM.

Again I object, disagree, reject with Delphi Corporation decision on all plans.

Sincerely
[signature]

June 29, 2009

United States Department of Treasury
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Attn. John J. Rapisardi & Oren B. Haker

I Sharyl Y. Carter 972 Woolery #C, Dayton Ohio 45413, my phone numbers are, home (937) 742-7054, cell (937) 302-8072

Enclosed is my Proof of Claim that I fill out for Administrative Expense Claim thats in the United States Bankruptcy Court Southern District of New York before the Honorable Robert D. Drain. This claim is against the Debtor Delphi Corporation (the Company). Case No# 05-44481.

I received several documents and the Proof of Claim form from Delphi Attorney on June 22, 2009 from Kurtzman Carson Consultants LLC - Delphi Ballot Processing - 2335 Alaska Avenue, El Segundo, CA 90245.

Also I would like copies of my case and all documents that was presented for my claim-cases, I would ask if the cost be waive, so I would not have to pay anything

Sincerely
Sharyl Y. Carter

1 of 2

June 29, 2009

United States Department of Treasury
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York. 10281
Attn. John J. Rapisardi & Oren B. Haker.

I Sharid K. Carter - 92 Woodley Lane #C, Dayton, Ohio 45415, my phone numbers are home (934) 742-[illegible], cell (934) 302-8072. - Case No#. 05-44481

I object, disagree, reject with Delphi Corporation (The Company) Debtor on the Modified Plan, the First Amended Joint Plan, the Modified Plan, the Confirm Plan, the December 10 Disclosure Statement Procedures Order, Reorganization Plan, and any other Plan that Delphi Corporation - Debtor has because Delphi only interest is whats best for the company not the employees, or former employees.

The Company has stated that I did not timely file my claim all this time, years while my claims case is in Bankruptcy Court, they there attorneys also. They have all my information, documents, etc.

Delphi Corporation recently mailed me a letter from one of the attorneys Kurtzman Carson Consultants stating that they recently file an objection to my claim & interest in accordance

Pg 2

cont. June 29, 2009

with the Modification Procedures order.. I also was told I have to file a motion 3018 a Motion Rule. I am Requesting to file a 3018 a Motion Rule, and to Delphi Corporation objection.

I also would like to waive any fee that I would or should have to pay for all my documents, information to be mailed, or given to me concerning this claim, and other claims that is used for my claims in Bankruptcy Court.

Certain of Delphi's U.S. affiliates are not debtors in these chapter 11 cases so, why can't Delphi other company help with the modified Plan, and other plan also with the Bankruptcy Process. Also GM.

Again I object, disagree, reject with Delphi Corporation decision on all plans.

Sincerely
[signature]

June 29, 2009

United States Department of Justice
86 Chambers Street, 3rd floor
Attn Matthew L. Schwartz & Joseph N. Cordaro
New York, New York 10007

I Sharyn L. Carter 92 Woolery #C, Dayton Ohio 45415, my phone numbers are, home (937) 742-7004, Cell (937) 302-8042

Enclosed is my Proof of claim that I fill out for Administrative Expense Claim thats in the United States Bankruptcy Court Southern District of New York before the Honorable Robert D. Drain. This claim is against the Debtor Delphi Corporation (the Company). Case No. 05-44481.

I received several documents and the Proof of Claim form from Delphi Attorney on June 22, 2009 from Kurtzman Carson Consultants LLC - Delphi Ballot Processing - 2335 Alaska Avenue, El Segundo, CA 90245.

Also I would like copies of my case and all documents that was presented for my claim-cases, I would ask if the cost be waive, so I would not have to pay anything

Sincerely
Sharyn L. Carter

June 29, 2009

United States Department of Justice
86 Chambers Street 3rd Floor
Attn: Matthew L. Schwartz & Joseph N. Cordaro
New York, New York 10007

I Lloyd [illegible] Carter - 92 Woolery Lane #C, Dayton, Ohio 45415, my phone numbers are home (937) 742-[illegible], cell (937) 30[illegible]-8072 - Case No#. 05-44481

I object, disagree, reject with Delphi Corporation (The Company) Debtor on the Modified Plan, The First Amended Joint Plan, The Modified Plan, The Confirm Plan, The December 10 Disclosure Statement Procedures Order, Reorganization Plan, and any other Plan that Delphi Corporation - Debtor has because Delphi only interest is what is best for the company not the employees, or former employees.

The Company has stated that I did not timely file my claim all this time, years, while my claims case is in Bankruptcy Court, by there attorneys also. They have all my information, documents, etc.

Delphi Corporation recently mailed me a letter from one of the attorneys Kurtzman Carson Consultants stating that they recently file an objection to my claim & interest in accordance

cont. June 29, 2009

with the Modification Procedures order.. I also was told I have to file a motion 3018 a Motion Rule. I am Requesting to file a 3018 a Motion Rule, and to Delphi Corporation objection.

I also would like to waive any fee that I would or should have to pay for all my documents, information to be mailed, or given to me concerning this claim, and other claims that is and be my claims in Bankruptcy Court.

Certain of Delphi U.S. affiliates are not debtors in these chapter 11 cases so why can't Delphi other company help with the modified Plan, and other Plan also with the Bankruptcy Process. Also GM.

Again I object, disagree, Reject with Delphi Corporation decision on all Plans.

Sincerely
[signature]

June 29, 2009

General Motors Corporation
Weil Gotshal & Manges LLP
767 Fifth Avenue \ Attn: Jeffrey L. Tanenbaum & Robert J. Lemons
New York, New York 10153

I Sharyl Y. Carter 92 Woolery #C, Dayton Ohio 45413, my phone numbers are, home (937) 742-7004, cell (937) 302-8072.

Enclosed is my proof of claim that I fill out for Administrative expense claim thats in the United States Bankruptcy Court Southern District of New York before the Honorable Robert D. Drain. This claim is against the Debtor Delphi Corporation (the Company). Case No# 05-44481.

I received several documents and the Proof of Claim form from Delphi Attorney on June 22, 2009 from Kurtzman Carson Consultants LLC - Delphi Ballot Processing - 2335 Alaska Avenue, El Segundo, CA 90245.

Also I would like copies of my case and all documents that was presented for my claim-cases, I would ask if the cost be waive, so I would not have to pay anything.

Sincerely
Sharyl Y. Carter

June 29, 2009

General Motors Corporation
Weil Gotshal + Manges LLP
767 Fifth Avenue | Attn. Jeffrey L. Tanenbaum + Robert J. Lemons
New York, New York 10153

I [illegible] L. Carter - 92 Woolery Lane #C, Dayton, Ohio 45415, my phone numbers are home (937) 742-[illegible], cell (937) 3[illegible] 8072. - Case No#. 05-44481

I object, disagree, reject with Delphi Corporation (The Company) Debtor on the Modified Plan, The First Amended Joint Plan, The Modified Plan, The Confirm Plan, The December 10 Disclosure Statement Procedures Order, Reorganization Plans, and any other Plan that Delphi Corporation - Debtor has because Delphi only interest is whats best for the company not the employees, or former employees.

The company has stated that I did not timely file my claim all this time, years while my claims case is in Bankruptcy Court, by there attorney's also. They have all my information, documents, etc.

Delphi Corporation recently mailed me a letter from one of the attorneys [illegible] Career Consultants stating that they recently file an objection to my claim in interest in accordance.

2 of 2

cont. June 29, 2009

with the Modification Procedures order.. I also was told I have to file a motion 3018 a Motion Rule. I am Requesting to file a 3018 a Motion Rule, and to Delphi Corporation objection.

I also would like to waive any fee that I would or should have to pay for all my documents, information to be mailed, or given to me concerning this claim, and other claims that is for the my claims in Bankruptcy Court.

Certain of Delphi's U.S. affiliates are not debtors in these chapter 11 cases so why can't Delphi other company help with the modified Plan, and other plan also with the Bankruptcy Process. Also GM.

Again I object, disagree, reject with Delphi Corporation decision on all plans.

Sincerely
[signature]

June 29, 2009

Schulte Roth + Zabel LLP
919 Third Avenue
Attn. Adam C. Harris + David J. Karp
New York, New York 10022

I Sharyl L. Carter 92 Woolery #C, Dayton Ohio 45415, my phone numbers are, home (937) 742-7004, cell (934) 302-8072

Enclosed is my Proof of Claim that I fill out for Administrative Expense Claim thats in the United States Bankruptcy Court Southern District of New York before the Honorable Robert D. Drain. This claim is against the Debtor Delphi Corporation (the Company). Case No# 05-44481.

I received several documents and the Proof of Claim form from Delphi Attorney ON June 22, 2009 from Kurtzman Carson Consultants LLC - Delphi Ballot Processing - 2335 Alaska Avenue, El Segundo, CA 90245.

Also I would like copies of my case and all documents that was presented for my claim cases, I would ask if the cost be waive, so I would not have to pay anything

Sincerely
Sharyl L. Carter

1 of 2

June 29, 2009

Schutte Roth + Zabel LLP
919 Third Avenue
Attn: Adam C. Harris + David J. Karp
New York, New York 10022

I Sharyl Y. Carter - 92 Woolery Lane #C, Dayton, Ohio 45415, my phone numbers are home (937) 742-[illegible] cell (937) 302-8072. - Case No#. 05-44481

I object, disagree, reject with Delphi Corporation (The Company) Debtor on the Modified Plan, The First Amended Joint Plan, The Modified Plan, The Confirm Plan, The December 10 Disclosure Statement Procedures Order, Reorganization Plan, and any other Plan that Delphi Corporation - Debtor has because Delphi only interest is whats best for the Company not the employees, or former employees.

The Company has stated that I did not timely file my claim all this time, years while my claims case is in Bankruptcy Court, my there attorneys also. They have all my information, documents, etc.

Delphi Corporation recently mailed me a letter from one of their attorneys Kurtzman Carson Consultants stating that they recently file an objection to my claim + interest in accordance.

Cont. June 29, 2009

with the Modification Procedures order.. I also was told I have to file a motion 3018 a Motion Rule. I am requesting to file a 3018 a Motion Rule, and to Delphi Corporation objection.

I also would like to waive any fee that I would or should have to pay for all my documents, information to be mailed, or given to me concerning this claim, and other claims that is used for my claims in Bankruptcy Court.

Certain of Delphi's U.S. affiliates are not debtors in these chapter 11 cases so why can't Delphi other company help with the modified Plan, and other plan also with the Bankruptcy Process. Also GM.

Again I object, disagree, reject with Delphi Corporation decision on all plans.

Sincerely
[signature]