July 5, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green         Courtroom: 610
New York, NY 10004-1408

Reference case # 05-44481



Dear Judge Drain:

As a retired Delphi Salary Employee I strongly object to the recently filed Delphi Modified Plan of Reorganization.

This plan is structured to only benefit a few Delphi Senior Executives, General Motors, the UAW and Platinum Equity. It is totally at the expense of Delphi creditors, "Non-UAW" hourly workers, the retired salary employees and the American taxpayer. Also, It is clear that this whole deal is being brokered by the US Treasury, with Tim Geithner.

GM is receiving viable, ongoing revenue producing plants at no cost other than accepting the UAW pension plans.

Delphi Senior Executives will retain their positions and potentially receive either generous retention or severance bonus' from the new owners.

The UAW will continue under the GM umbrella for pensions and benefits, which are being financed by the US Government.

Platinum Equity will now own a company with revenue producing operations that have excellent profit potential and they will pay literally nothing for this. Why are they paying more for the Alcoa AFL unit which is much smaller and has far fewer assets?

I firmly believe that this is truly a liquidation of Delphi thinly disguised as an "emergence." Worst of all, the valuable assets of this company are being given away and the only money left for creditors and retirees will be in the disposition of already closed, non-revenue producing plants (DPH).

Perhaps even more disturbing, is the settlement Delphi is requesting of the PBGC. They have requested that the PBGC drops its right to secured claims and becomes an unsecured claim. This is ludicrous. These claims should be maintained and provide funds to decrease the underfunded position of Delphi's Salaried Retirement Plan. The court will have to address this issue because I am sure that the PBGC will negotiate away its rights because of its unique position in relationship to the US Treasury Department and Tim Geithner, who is brokering the whole GM/ Delphi Process.

I ask the court to please not accept this modified plan, but to send Delphi and its partners- GM, the US Treasury, Platinum and the UAW, back to restructure a deal that is equitable to the "Non-UAW" retirees, salaried retirees, and the creditors. I believe that is the responsibility of the court.

I WORKED FOR DELPHI FOR 8 YEARS BUT I WORKED FOR GM FOR OVER 25 YEARS! WHEN I RETIRED FROM DELPHI IN OCTOBER OF 2008, I SIGNED A CONTRACT FOR A SPECIFIED PENSION AMOUNT PER MONTH, HEALTH CARE AND LIFE INSURANCE. I LEFT MY JOB AFTER A CERTAIN AMOUNT OF GENTLE COERSION AND MY HEALTH CARE AND LIFE INSURANCE WAS WITHDRAWN AFTER LESS THAN 6 MONTHS. HEALTH CARE COVERAGE (FOR MY WIFE AND MYSELF) IS $960 A MONTH. IF I LOSE MY PENSION, HOW COULD I POSSIBLY MAKE ENDS MEET? I AM ABLE TO WORK BUT AT 55 YEARS OF AGE.... IN THE ROCHESTER JOB MARKET, THE OPPORTUNITIES ARE SLIM. I LIVE IN A MODEST CITY HOME THAT WE DILIGENTLY PAID OFF AFTER 25 YEARS. MY TAXES ARE ABOUT $200 A MONTH. EVEN WITH NO MORTGAGE, LOW TAXES, CHILDREN ALL OUT OF COLLEGE AND ON THEIR OWN, THE HEALTH CARE ALONE WOULD BREAK THE BANK IF MY PENSION GOES TO THE GOVERNMENT. DELPHI IS A GLOBAL COMPANY! IT HAS BEEN TREATED AS DELPHI NORTH AMERICA SEPERATELY EVER SINCE IT WENT INTO BANKRUPTCY. WHERE IS GM'S RESPONSIBILITY FOR MY 25 YEARS OF SERVICE? I WAS NOT GIVEN A CHOICE AS TO WETHER I COULD RETIRE FROM GM OR DELPHI. SALARIED EMPLOYEES WERE JUST SHUFFLED OFF TO THE DELPHI CORPORATION. PLEASE HELP US WITH THIS UNFAIR TREATMENT. OR..... YOU COULD JUST HAVE THEM GIVE US OUR JOBS BACK. WHY ARE THEY ABLE TO DISREGARD EVERY ARTICLE OF MY SEVERANCE AGREEMENT? AND PLEASE ASSURE ME THAT THEY DIDN'T KNOW ABOUT THIS PLAN WHEN THEY HAD ME SIGN THAT BOGUS RETIREMENT CONTRACT.

THANK YOU and Best Regards,     Kurt E. Schramm

Kurt Schramm   251 Bryan St. Rochester, New York 14613     585-458-7219