Gloria M. Chon, Esq.
Kemp Klein Law Firm
201 W. Big Beaver Rd., Ste. 600
Troy, MI 48084
Phone: (248) 740-5689
Fax: (248) 528-5129
gloria.chon@kkue.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In Re: ) | Chapter 11 |
| ) |  |
| **DELPHI CORPORATION,** *et al.* ) | Case No. 05-44481 (RDD) |
| ) |  |
| Debtors. ) | (Jointly Administered) |
| ) |  |

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

I, Gloria M. Chon, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Raymond L. Johnson, Jr. in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Michigan, and of the bar of the U.S. District Courts for the Eastern District of Michigan.

I agree to submit the filing fee of $25.00 for this motion.

My contact information is:        Gloria M. Chon
                                  Kemp Klein Law Firm
                                  201 W. Big Beaver, Ste. 600
                                  Troy, MI 48084
                                  Phone: (248) 740-5689
                                  Fax: (248) 528-5129
                                  E-mail: gloria.chon@kkue.com

Respectfully submitted,

KEMP KLEIN LAW FIRM

By: */s/ Gloria M. Chon*
Gloria M. Chon (P72013)
201 W. Big Beaver Rd., Ste. 600
Troy, MI 48084
gloria.chon@kkue.com
(248) 740-5689
Attorneys for Raymond L. Johnson, Jr.

Dated: July 10, 2009

#637017v2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In Re: | ) ) ) ) | Chapter 11 |
| **DELPHI CORPORATION,** *et al.* | ) ) ) | Case No. 05-44481 (RDD) |
| Debtors. | ) ) | (Jointly Administered) |
|  | ) |  |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Gloria M. Chon, to be admitted, ***pro hac vice***, to represent Raymond L. Johnson, Jr., a party-in interest in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Michigan, and of the bar of the U.S. District Court for the Eastern District of Michigan, it is hereby

**ORDERED**, that Gloria M. Chon is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____  /s/ _____
                            UNITED STATES BANKRUPTCY JUDGE

_____, New York

#637017v2