Norman D. Orr, Esq.
Kemp Klein Law Firm
201 W. Big Beaver Rd., Ste. 600
Troy, MI 48084
Phone: (248) 740-5693
Fax: (248) 528-5129
norman.orr@kkue.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| **DELPHI CORPORATION,** *et al.* | ) | Case No. 05-44481 (RDD) |
| Debtors. | ) | (Jointly Administered) |

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

I, Norman D. Orr, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Raymond L. Johnson, Jr. in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Michigan, and of the bar of the U.S. District Courts for the Eastern District of Michigan.

I agree to submit the filing fee of $25.00 for this motion.

My contact information is:   Norman D. Orr
Kemp Klein Law Firm
201 W. Big Beaver, Ste. 600
Troy, MI 48084
Phone: (248) 740-5693
Fax: (248) 528-5129
E-mail: norman.orr@kkue.com

Respectfully submitted,

KEMP KLEIN LAW FIRM

By:   */s/ Norman D. Orr*
     Norman D. Orr (P25310)
     201 W. Big Beaver Rd., Ste. 600
     Troy, MI 48084
     norman.orr@kkue.com
     (248) 740-5693
     Attorneys for Raymond L. Johnson, Jr.

#637017v1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In Re: ) ) ) ) **DELPHI CORPORATION**, *et al.* ) ) ) Debtors. ) ) ) | Chapter 11 Case No. 05-44481 (RDD) (Jointly Administered) |

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Norman D. Orr, to be admitted, ***pro hac vice***, to represent Raymond L. Johnson, Jr., a party-in interest in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Michigan, and of the bar of the U.S. District Court for the Eastern District of Michigan, it is hereby

**ORDERED**, that Norman D. Orr is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____        /s/ _____
                                                        UNITED STATES BANKRUPTCY JUDGE

_____, New York

#637017v1