June 22, 2009

Ronald M. Zombar
840 Cresta Alta Dr.
El Paso, Texas
79912-1810



RECEIVED
JUL - 9 2009
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 610
New York, NY 10004-1408

**Attn:** The Honorable Judge Robert D. Drain

REF: DELPHI Corp Case # 05-44481 (RDD) filed October 5, 2005
FURTHER **OBJECTION** TO DELPHI'S MODIFIED PLAN OF REORGANIZATION UNTIL **EXHIBIT 7.11 MANAGEMENT COMPENSATION PLAN** SHARED WITH COURT, OTHER CREDITORS AND RETIREES

**Dear Judge Drain:**

As a retired Delphi Salary Employee, I applaud the court's recognition of an unfair plan and requiring Delphi to look at other options.

As initially structured, the plan only benefits a few Delphi Senior Executives, General Motors, the UAW and Platinum Equity. It is totally at the expense of Delphi creditors, "Non-UAW" hourly workers, the retired salary employees and the American taxpayer. Also, it is clear that this deal is being brokered by the US Treasury.

Delphi Senior Executives will retain their positions and potentially receive either generous retention or severance bonuses from the new owners. It is very hard to understand that the same Delphi executives that took Delphi into bankruptcy are being rewarded to for Delphi's emergence from bankruptcy – how is that fair and equitable at the expense of their salaried retirees?

The retention bonuses the Delphi executives received in the past and the proposed emergence bonuses are just another means of receiving additional compensation for their failures. Let those executives go out to the job market in today's economy and try to find the same compensation and positions they hold today. I am sure there are companies lined up out their just waiting to hire executives that took their company into bankruptcy or once worked for a bankrupt company.

The "Management Compensation Plan, referenced in the Modified Plan and referred to as Exhibit 7.11 **should** be shown in detail prior to finalizing any plan for Delphi to exit bankruptcy. In addition, the compensation to these executives should be weighed against the sacrifices of all involved. Is it just that Delphi compensates themselves by reneging of the healthcare and life insurance benefits they promised the salaried retirees? Was it fair that they renounce the severance allowance they promised to fill their own pockets? Is it morally just that Delphi disowns the pensions the salaried retirees so deservingly earned and is owed to them?

I ask the court to please not accept Delphi's modified plan, until Delphi and its partners; GM, the US Treasury, Platinum (or other new owner) and the UAW, restructure a deal that is equitable to the "Non-UAW" retirees, salaried retirees, and the creditors.

With great concerns,

Ronald M. Zombar
Salaried Retiree – January 1, 2009