**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| DELPHI CORP., *et al.*, | ) ) | Case No. 05-44481 (RDD) |
| Debtors. | ) ) ) | (Jointly Administered) |

## **PRIVACY ACT ORDER**

The United States Department of the Treasury (the "Treasury Department"), having been served with discovery in this Chapter 11 proceeding, and expecting to object to certain discovery on the ground that the Treasury Department is prohibited from such production by the Privacy Act of 1974, 5 U.S.C. § 552a, and it appearing that such disclosure is in the interests of justice and is subject to the Confidentiality Order being entered simultaneously herewith, it is

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

ORDERED, that:

1.     To the extent that the Treasury Department objects to any information or material sought by any interested party during the course of this action on the ground that such production is prohibited by the Privacy Act of 1974, 5 U.S.C. § 552a, the Treasury Department's objections are overruled and the Treasury Department shall produce the requested documents and other information or material.  *See* 5 U.S.C. § 552a(b)(11).

2.     This Order is without prejudice to any other objections the Treasury Department may have to any party's discovery requests.

SO ORDERED this 10th day of July, 2009

/s/ Robert D. Drain
HON. ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

05-44481-rdd    Doc 17973    Filed 07/10/09    Entered 07/10/09 13:23:12    Main Document
Pg 3 of 5

**AGREED TO BY:**

| | | |
|---|---|---|
| Dated: | New York, New York<br>July 10, 2009 | SKADDEN, ARPS, SLATE,<br>MEAGHER & FLOM LLP<br>*Attorneys for the Debtors* |

 /s/  John Wm. Butler
John Wm. Butler, Jr., Esq.
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

| | | |
|---|---|---|
| Dated: | New York, New York<br>July 9, 2009 | LEV L. DASSIN<br>Acting United States Attorney for<br>the Southern District of New York<br>*Attorney for the United States* |

 /s/  Matthew L. Schwartz
Matthew L. Schwartz
Joseph N. Cordaro
86 Chambers Street
New York, New York 10007

| | | |
|---|---|---|
| Dated: | New York, New York<br>July 9, 2009 | WEIL, GOTSHAL &<br>MANGES LLP<br>*Attorneys for General Motors Corp.* |

 /s/  Penny P. Reid
Jeffrey L. Tanenbaum, Esq.
Robert J. Lemons, Esq.
767 Fifth Avenue
New York, New York 10153

| | | |
|---|---|---|
| Dated: | New York, New York<br>July 10, 2009 | SCHULTE, ROTH & ZABEL LLP<br>*Attorneys for Platinum Equity<br>Advisors LLP* |

 /s/  Harry Sandick
Adam C. Harris, Esq.
919 Third Avenue
New York, New York 10022

**AGREED TO BY:**

| | | |
|---|---|---|
| Dated: | New York, New York<br>July 9, 2009 | LATHAM & WATKINS LLP<br>*Attorneys for the Official Committee of Unsecured Creditors* |

   /s/ Adrienne K. Eason Wheatley
Robert J. Rosenberg, Esq.
Mark A. Broude, Esq.
Michael J. Riela, Esq.
885 Third Avenue
New York, New York 10022

| | | |
|---|---|---|
| Dated: | New York, New York<br>July 9, 2009 | K&L GATES LLP<br>*Attorneys for Wilmington Trust Company, as Indenture Trustee* |

   /s/ Edward M. Fox
Edward M. Fox, Esq.
599 Lexington Avenue
New York, New York 10022

| | | |
|---|---|---|
| Dated: | New York, New York<br>July 9, 2009 | DAVIS POLK & WARDWELL LLP<br>*Attorneys for JPMorgan Chase N.A. as Administrative Agent under the DIP Credit Agreement* |

   /s/ Donald Bernstein
Donald Bernstein, Esq.
Brian Resnick, Esq.
450 Lexington Avenue
New York, New York 10017

| | | |
|---|---|---|
| Dated: | New York, New York<br>July 9, 2009 | WILLKIE FARR & GALLAGHER LLP<br>*Attorneys for the Collective of DIP Lenders* |

   /s/ Christopher St. Jeanos
Marc Abrams, Esq.
Scott S. Rose, Esq.
787 Seventh Avenue
New York, New York 10019

**AGREED TO BY:**

Dated:   New York, New York             DECHERT LLP
         July 9, 2009                   *Attorneys for Kensington*
                                        *International Limited, Manchester*
                                        *Securities Corp., and Springfield*
                                        *Associates LLC*

                                         /s/  Charles Poret
                                        Charles I Poret, Esq.
                                        Daniel C. Malone, Esq.
                                        1095 Avenue of the Americas
                                        New York, New York 10036

5