313 La Mirada Cir
El Paso, TX 79932

June 28, 2009

Honorable Robert D. Drain
Docket Number 05-44481 (RDD)
United States Bankruptcy Judge - Southern District of NY
One Bowling Green
New York, NY 10004 -1408

Subject: Objection to Master Disposition Agreement, Article 9.5.11.
Docket Number 05-44481 (RDD)

Dear Honorable Robert D. Drain;

I'm writing you to voice my objection to the June 16, 2009 Master Disposition Agreement, Article 9.5.11. This article declares that Delphi severance payments will be terminated upon the closing date (emergence date).

My objection stems from the fact that they were entered into during bankruptcy, and these severance payments represent a contract liability (not a Delphi provided benefit).

I had planned to use these severance payments for relocation for new employment and for retraining. Additionally the sum of this liability for continued severance payments is low and is a short term liability.

Thank you for your consideration of my letter in your decision.

Sincerely,

David Delgado