July 06, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610



RECEIVED
JUL - 9 2009
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

Reference case # 05-44481

Your Honor,

I am a retired Delphi Salary Employee who is affected by that Company's bankruptcy to the detriment of my well-being. The group Health Care insurance that was provided to myself and others as a salaried employee benefit in lieu of additional compensation has been discontinued, as you are aware. Documented reservations of Delphi's option to alter benefits to non-union salaried employees aside, promises were made verbally on many occasions that the salaried employee benefits were "for life" and could be relied on by the salaried employees as beneficiaries in lieu of additional compensation. These promises were reinforced by a series of salaried employee training videos and lectures that stressed the 'Team' nature of Delphi and emphasized how all employees would benefit by working together through personal efforts and shared commitment to the Company.

The company at its inception was a spin-off of General Motors and issued stock on the NYSE in 1999 (at the height of the so-called 'Dot-Com boom' ne. 'bubble') for over $17 per share. All of those investors, including many Delphi salaries employees who were encouraged by the Company to invest in the 'future', have lost every dollar of their investments.

Now, Delphi seeks to renege on not only their initial enthusiastic promises but also on the most basic components of continued employment and secure retirement. The Salaried employees, despite numerous assurances from the mandatory-attendance "Team Delphi" training sessions followed upon by mandatory "Drive Integrity" training after several highly-placed Delphi Executive were convicted of fraud and/or material mis-statements (in fairness, these are currently under appeal), are now wholly unprotected because the salaried 'team members' did not insist on written contracts with legal obligations from Delphi as their employer and so did not seek the protection of formal contracts of employment as the various unionized labor groups have historically done.

Based on this personal knowledge and recollection, I strongly object to the recently filed Delphi Modified Plan of Reorganization.

Even in the face of staggering losses to the hopes and expectations of loyal Delphi Salaried retirees, this plan is structured to benefit (incommensurate with either loyalty or performance) only a few Delphi Senior Executives, as well as General Motors which depends critically on many components supplied by Delphi, the unionized UAW-organized hourly workers who have long enjoyed the support of political activity by the union, and Platinum Equity, who appeared suddenly and with little public knowledge of its role in this proceeding.

Without proper oversight by the Court, it is likely that the burden of expense and loss will fall on Delphi's creditors, those Delphi hourly workers who are not represented by the UAW, the retired Delphi salary employees and potentially the American taxpayers who may well end up with the obligation for another 'bailout'. Also, it very much appears that this process is being brokered by the US Treasury in order to get it out of the headlines and the light of day. I object to this on the following grounds:

GM is receiving viable, ongoing revenue-producing plants from Delphi at no cost other than accepting the UAW pension plans, which are being financed by the US Government.

Delphi Senior Executives will retain their positions and will likely (if history is any guide) receive a generous retention bonus from the new owners. This, after the company's performance results in stagnant bankruptcy.

Platinum Equity will own a company with revenue producing operations in the U.S and likely overseas that have excellent profit potential and they will pay essentially nothing for this. The valuable assets of Delphi are being transferred to Platinum. The funds for creditors and retirees will supposedly be realized by the sale of the closed, nonrevenue producing locations now held as DPH. It appears more likely that this is a liquidation of Delphi U.S. and not any sort of viable plan for emergence.

More disturbing personally is the settlement request from Delphi to the PBGC. Delphi asks that the PBGC drop its right to secured claims and become an unsecured claimant.

The probable motive is that Delphi is attempting to avoid any future obligation to the Salaried Retirees. The claims of the Salaried employees in retirement should be maintained to provide for additional liquidity in the underfunded Delphi Salaried Retirement Plan. I am concerned that the PBGC may not fully advocate its rights on behalf of Delphi retirees if there is access to the decision from the US Treasury and Secretary Geithner, who is also acting as broker in the GM/ Delphi bankruptcy process.

I ask the court to please not accept a modified plan, but to order Delphi and its partners, i.e. GM, Platinum, the UAW, and the US Treasury to restructure a deal that is equitable to the "Non-UAW" retirees, salaried retirees, and the creditors. I also ask that the Delphi Salaried Retirees be allowed representation in the proceedings. I believe that is the responsibility of the court.

Best Regards,

*Patrick T Schreiner* (signature)

Patrick T. Schreiner
9228 Dansk Ridge Ct. – D
Indianapolis, IN 46250