June 22, 2009

-Letter of OBJECTION TO DELPHI Master Disposition 9.5.11- SEVERANCE TERMINATION- # 05-44481

Honorable Judge Robert D Drain
US Bankruptcy Judge
ONE BOWLING GREEN
NY,NY 10004/1408

FAX # 914-390- 4073

Honorable Judge Drain,

This is the third request letter that I am addressing to you.
The first was in reference to Delphi health care benefits ,that I lost.
I am paying monthly $700 for Delphi group insurance.
The second letter was related to Delphi transfering the pension plan
to the goverment (ERISA).

Effective February 1 2009, my job was eliminated ,I retired and signed a contract with Delphi,
that I will received 8 month of salary as severance payments in exchange for waiving certain rights
such as disability benefits, life insurance,etc .

I am entitled to these payments because Delphi signed it and was entered during bankrupcy.
The severance payments are a contract liability ,no a Delphi provided benefit.

The pending severance allowance balance that Delphi owns me , is $41,212.50 before taxes.

Since I have a valid binding contract with Delphi ,I am expecting that you will honor this request.


Respectfully,

Alicia Vertiz,  age 60
Delphi retiree ( 02-02-09)

Address : 632 Shelley drive,Rochester Hills , MI 48307
Phone : 248 -701- 8696
Email: afs321@gmail.com

July4 , 2009

Judge Robert D. Drain
United States Bankruptcy Court                    *FAX # 202-326-4016./4042.*
One Bowling Green
New York, NY 10004-1408
Courtroom: 610

Reference case # 05-44481

Dear Judge Drain:

As a retired Delphi Salary Employee I strongly object to the recently filed Delphi Modified Plan of Reorganization.

This plan is structured to only benefit a few Delphi Senior Executives, General Motors, the UAW and Platinum Equity. It is totally at the expense of Delphi creditors, "Non-UAW" hourly workers, the retired salary employees and the American taxpayer.  Also, It is clear that this whole deal is being brokered by the US Treasury, with Tim Geithner.

GM is receiving viable, ongoing revenue producing plants at no cost other than accepting the UAW pension plans.

Delphi Senior Executives will retain their positions and potentially receive either generous  retention or severance bonus' from the new owners.

The UAW  will continue under the GM umbrella for pensions and benefits,  which are being financed by the US Government.

Platinum Equity will now own a company with revenue producing operations that have excellent profit potential and they will pay literally nothing for this. Why are they paying more for the Alcoa AFL unit which is much smaller and has far fewer assets?

I firmly believe that this is truly a liquidation of Delphi thinly disguised as an "emergence." Worst of all, the valuable assets of this company are being given away and the only money left for creditors and retirees will be in the disposition of already closed, nonrevenue producing plants (DPH).

Perhaps even more disturbing, is the settlement Delphi is requesting of the PBGC. They have requested that the PBGC drops its right to secured claims and becomes an unsecured claim. This is ludicrous. These claims should be maintained and provide funds to decrease the underfunded position of Delphi's Salaried Retirement Plan. The court will have to address this issue because I am sure that the PBGC will negotiate away its rights because of its unique position in relationship to the US Treasury Department and Tim Geithner, who is brokering the whole GM/ Delphi Process.

I ask the court to please not accept this modified plan, but to send Delphi and its partners- GM, the US Treasury, Platinum and the UAW, back to restructure a deal that is equitable to the "Non-UAW" retirees, salaried retirees, and the creditors. I believe that is the responsibility of the court.

Best Regards,

Alicia Vertiz
Delphi salary retiree
632 Shelley dr.
Rochester Hills, MI 48307