## INDEX OF EXHIBITS

1       Original Purchase Orders

2       Notice of Cure Amount (12/07)

3       Notice of Cure Amount (2/08)

4       Stipulation and Order

5       Change Notice

6       New Purchase Orders

7       Old/New Purchase Order Numbers

8       Notice of Non-Assumption