# EXHIBIT 5

**DELPHI**

December 8, 2008

Brazeway
2711 E. Maumee St.
PO Box 749
Adrian, MI 49221

Dear Chris,

As you may know, certain purchase orders between your company and Delphi entities expire during calendar year 2008. A new purchase order(s) is attached to this letter or has been sent to your company via Delphi's standard distribution process.

These new purchase orders will constitute a new agreement with Delphi, and the agreement will supersede and replace the expiring purchase orders. These new purchase orders are as follow: 550161360, 550028808, 55008990 and 550164421.

Also, if the old purchase orders expire prior to Delphi's emergence from Chapter 11, then they will not be subject to assumption or rejection under the United States Bankruptcy Code. Your company will waive any rights that are incident to assumption or rejection of those expiring purchase orders, including the payment of cure obligations. Your company will not, however, waive any pre-petition claims that it may have under the expiring purchase orders. Delphi suggests that your company review this information carefully. If you have questions or need further clarification regarding the treatment of your pre-petition claim, please discuss this with your legal counsel.

To maintain a continuous flow of goods and services to Delphi's customers, please review the purchase orders with your organization and coordinate appropriately with your Delphi scheduling contacts.

If you have any questions or concerns, please contact your Delphi buyer.
Jeremie Bernard at 248-732-1487 or e-mail Jeremie.bernard@delphi.com.

Please acknowledge acceptance to the new purchase order(s) within 10 business days after receipt by signing and faxing this letter to 1-866-432-7013 or confirm your acceptance via email to your buyer Associate Barbara.Borka@delphi.com.

Delphi is working hard to emerge successfully from Chapter 11 and to continue to be recognized by our customers as their best supplier and by you as your best customer. Delphi appreciates your ongoing support in its restructuring.

Thank you for your attention to this matter as well as for your continued relationship as a valued Delphi supplier.

_____     _____
Company name                        Supplier representative name (Please print)

_____     _____    _____
Supplier representative signature   Date          Phone number

Customer Technical Center Michigan
3000 University Drive, Auburn Hills, Michigan 48326 USA