# EXHIBIT 6

# DELPHI

Delphi Thermal Systems

Page 1 of 5

**Buyer:**
DELPHI AUTOMOTIVE SYSTEMS LLC
DELPHI THERMAL & INTERIOR DIV
3000 University Drive
Auburn Hills MI 48326

BRAZEWAY INC
310 BILL BRYAN BLVD
HOPKINSVILLE KY 42240-6811

**Deliver to:**
DELPHI T & I LOCKPORT
200 Upper Mountain Road
LOCKPORT NY 14094

**Requirements Contract**

PO Number: 550271046
Date Issued: 16-Feb-2009
Version: 17-Feb-2009 01:40:27 EST

Vendor No: 1049475
DUNS No: 623890753

Payment Terms: Z030   Currency: USD
NET 30 DAYS

Incoterms: FOB- FREIGHT COLLECT-LOCKPORT

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 52404740 Tube-Core, 18mm, 753.01g | J201 DELPHI T & I LOCKPORT |

Move from SA 550061360 (11/20/08)
VENDOR # CHANGE MOVED FROM SA 550061360 (2/16/09)

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 23-Feb-2009 | 31-Dec-2010 | USD | ███ | 1,000 | PC |
| Quota Valid From | Quota Valid To | Quota % | | | |
| 20-Nov-2008 | 31-Dec-2010 | 100.0 | | | |

This Requirement Contract is for 100% unless otherwise specified.

| 00020 | 52406110 TUBE-CORE, 644.5LG, 18MM CTC | J201 DELPHI T & I LOCKPORT |
|---|---|---|

Purchasing Contact: Bernard, Jeremie
Phone: 248-732-1487
Fax: 248-732-1727

Contact Address:

Date and Time Printed: 17-Feb-2009 01:40:27 EST



**DELPHI** _____ Delphi Thermal Systems

Page  2  of  5

| BRAZEWAY INC<br>310 BILL BRYAN BLVD<br>HOPKINSVILLE KY 42240-6811 | **Requirements Contract** |
|---|---|
| | PO Number         Date Issued<br>550271046         16-Feb-2009<br>Version<br>17-Feb-2009  01:40:27  EST |

| Item No. | Material No.<br>Description | | | Plant | | |
|---|---|---|---|---|---|---|

VENDOR # CHANGE MOVED FROM SA 550061360 (2/16/09)

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 23-Feb-2009 | 31-Dec-2010 | USD | ■■■ | 1,000 | PC |
| Quota Valid From | Quota Valid To | Quota % | | | |
| 20-Nov-2008 | 31-Dec-2010 | 100.0 | | | |

This Requirement Contract is for 100% unless otherwise specified.

00030     52476679                          J201 DELPHI T & I LOCKPORT
         Tube

VENDOR # CHANGE MOVED FROM SA 550061360 (2/16/09)

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 23-Feb-2009 | 31-Dec-2010 | USD | ■■■ | 1,000 | PC |
| Quota Valid From | Quota Valid To | Quota % | | | |
| 20-Nov-2008 | 31-Dec-2010 | 100.0 | | | |

This Requirement Contract is for 100% unless otherwise specified.

00040     52479502                          J201 DELPHI T & I LOCKPORT
         Tube-Core - 025

VENDOR # CHANGE MOVED FROM SA 550061360 (2/16/09)

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 23-Feb-2009 | 31-Dec-2010 | USD | ■■■ | 1,000 | PC |
| Quota Valid From | Quota Valid To | Quota % | | | |
| 20-Nov-2008 | 31-Dec-2010 | 100.0 | | | |

This Requirement Contract is for 100% unless otherwise specified.

00050     52481416                          J201 DELPHI T & I LOCKPORT
         Tube-Refrigerant, Core, 784.0 Long

VENDOR # CHANGE MOVED FROM SA 550061360 (2/16/09)

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 23-Feb-2009 | 31-Dec-2010 | USD | ■■■ | 1,000 | PC |
| Quota Valid From | Quota Valid To | Quota % | | | |
| 20-Nov-2008 | 31-Dec-2010 | 100.0 | | | |

This Requirement Contract is for 100% unless otherwise specified.

00060     52481424                          J201 DELPHI T & I LOCKPORT
         Tube-646.0 Long

VENDOR # CHANGE MOVED FROM SA 550061360 (2/16/09)

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 23-Feb-2009 | 31-Dec-2010 | USD | ■■■ | 1,000 | PC |
| Quota Valid From | Quota Valid To | Quota % | | | |

# DELPHI

Delphi Thermal Systems

Page 3 of 5

| BRAZEWAY INC<br>310 BILL BRYAN BLVD<br>HOPKINSVILLE KY 42240-6811 | **Requirements Contract** |
|---|---|
| | PO Number: 550271046<br>Version: 17-Feb-2009 01:40:27 EST<br>Date Issued: 16-Feb-2009 |

| Item No. | Material No. Description | Plant | | | |
|---|---|---|---|---|---|

| | Quota Valid From | Quota Valid To | Quota % | | |
|---|---|---|---|---|---|
| | 20-Nov-2008 | 31-Dec-2010 | 100.0 | | |

This Requirement Contract is for 100% unless otherwise specified.

00070   52484856                                    J201 DELPHI T & I LOCKPORT
        Tube-Core, 12 mm
        VENDOR # CHANGE MOVED FROM SA 550061360 (2/16/09)

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 23-Feb-2009 | 31-Dec-2010 | USD | ▓▓▓ | 1,000 | PC |
| Quota Valid From | Quota Valid To | Quota % | | | |
| 20-Nov-2008 | 31-Dec-2010 | 100.0 | | | |

This Requirement Contract is for 100% unless otherwise specified.

00080   52485679                                    J201 DELPHI T & I LOCKPORT
        Tube-723.0 Long
        VENDOR # CHANGE MOVED FROM SA 550061360 (2/16/09)

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 23-Feb-2009 | 31-Dec-2010 | USD | ▓▓▓ | 1,000 | PC |
| Quota Valid From | Quota Valid To | Quota % | | | |
| 20-Nov-2008 | 31-Dec-2010 | 100.0 | | | |

This Requirement Contract is for 100% unless otherwise specified.

00090   52486664                                    J201 DELPHI T & I LOCKPORT
        Tube-Refrigerant, Core, 581.0 Long
        VENDOR # CHANGE MOVED FROM SA 550061360 (2/16/09)

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 23-Feb-2009 | 31-Dec-2010 | USD | ▓▓▓ | 1,000 | PC |
| Quota Valid From | Quota Valid To | Quota % | | | |
| 20-Nov-2008 | 31-Dec-2010 | 100.0 | | | |

This Requirement Contract is for 100% unless otherwise specified.

00110   52486665                                    J201 DELPHI T & I LOCKPORT
        Tube-Refrigerant, Core, 622.0 Long
        VENDOR # CHANGE MOVED FROM SA 550061360 (2/16/09)

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 23-Feb-2009 | 31-Dec-2010 | USD | ▓▓▓ | 1,000 | PC |
| Quota Valid From | Quota Valid To | Quota % | | | |
| 20-Nov-2008 | 31-Dec-2010 | 100.0 | | | |

This Requirement Contract is for 100% unless otherwise specified.

00120   52486976                                    J201 DELPHI T & I LOCKPORT
        Tube-Core, 12 mm

# DELPHI

Delphi Thermal Systems

Page 4 of 5

BRAZEWAY INC
310 BILL BRYAN BLVD
HOPKINSVILLE KY 42240-6811

**Requirements Contract**

PO Number: 550271046
Version: 17-Feb-2009 01:40:27 EST

Date Issued: 16-Feb-2009

| Item No. | Material No. Description | | Plant | | | |
|---|---|---|---|---|---|---|
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 23-Feb-2009 | 31-Dec-2010 | USD | ■■■ | 1,000 | PC |
| | Quota Valid From | Quota Valid To | Quota % | | | |
| | 20-Nov-2008 | 31-Dec-2010 | 100.0 | | | |

This Requirement Contract is for 100% unless otherwise specified.

| 00100 | 52494012 | | | J201 DELPHI T & I LOCKPORT | | |
|---|---|---|---|---|---|---|
| | Tube-Core | | | | | |

VENDOR # CHANGE MOVED FROM SA 550061360 (2/16/09)

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 23-Feb-2009 | 31-Dec-2010 | USD | ■■■ | 1,000 | PC |
| Quota Valid From | Quota Valid To | Quota % | | | |
| 20-Nov-2008 | 31-Dec-2010 | 100.0 | | | |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**

************************************************************************
************************************************************

************************************************************

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

************************************************************

Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements . If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements  in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by

# DELPHI

_____ Delphi Thermal Systems

Page 5 of 5

| BRAZEWAY INC<br>310 BILL BRYAN BLVD<br>HOPKINSVILLE KY 42240-6811 | **Requirements Contract** |
|---|---|
| | PO Number: 550271046 — Date Issued: 16-Feb-2009<br>Version: 17-Feb-2009 01:40:27 EST |

| Item No. | Material No.<br>Description | Plant |
|---|---|---|

**Notes Continued:**

Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
*********************************************************

All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material. Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.

*******************************************************************************************************************

********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
********************
SUPPLIER ACKNOWLEDGES THAT PAYMENT TERMS ARE STRICTLY CONFIDENTIAL AND NOT TO BE DISCLOSED TO ANY THIRD PARTY WHATSOEVER WITHOUT THE PRIOR WRITTEN CONSENT OF DELPHI.

BRAZEWAY INC. AGREES TO THE PAYMENT TERMS OF THE "NET 30" STARTING FEBRUARY 16, 2009 TO MARCH 31, 2009 - PER AGREEMENT BETWEEN DELPHI AND BRAZEWAY INC. (REF: JAN272009-460)

Metals Escalation/DE-Escalation effective 2/1/2009 to 2/28/2009, based on metals price average M-2 Platts Midwest US Transaction of Feb $0.7181 LB. (2/16/09)

# DELPHI

_Delphi Thermal Systems_

**Buyer:**
DELPHI AUTOMOTIVE SYSTEMS LLC
DELPHI THERMAL & INTERIOR DIV
3000 University Drive
Auburn Hills MI 48326

Page 1 of 3

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550254074 | 20-Nov-2008 |
| Version | |
| 21-Nov-2008 01:44:33 EST | |

BRAZEWAY INC
310 BILL BRYAN BLVD
HOPKINSVILLE KY 42240-6811

**Deliver to:**
DELPHI T & I RBXX
Tapioca 9411. Infonavit
32690 AMPLIACION AEREOPUERTO
MEXICO

Vendor No:  1049475
DUNS No:   623890753

**Payment Terms:** Z010          **Currency:** USD
NET 10 DAYS

**Incoterms:** FOB- FREIGHT COLLECT

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00030 | 52405676 TUBE-CORE MOVED FROM SA 550028990 (11/20/08) | J701 DELPHI T & I RBXX |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 24-Nov-2008 | 31-Dec-2010 | USD | [redacted] | 1,000 | PC |
| Quota Valid From | Quota Valid To | Quota % | | | |
| 20-Nov-2008 | 31-Dec-2010 | 99.0 | | | |

This Requirement Contract is for 100% unless otherwise specified.

| 00040 | 52425504 Tube-Core, 18mm | J701 DELPHI T & I RBXX |

**Purchasing Contact:** Bernard, Jeremie
Phone: 248-732-1487
Fax:   248-732-1727

**Contact Address:**

Date and Time Printed:  21-Nov-2008  01:44:33 EST

# DELPHI

_____ Delphi Thermal Systems

Page  2  of  3

| BRAZEWAY INC<br>310 BILL BRYAN BLVD<br>HOPKINSVILLE KY 42240-6811 | **Requirements Contract** |
|---|---|
| | PO Number             Date Issued<br>550254074            20-Nov-2008<br>Version<br>21-Nov-2008  01:44:33  EST |

| Item No. | Material No.<br>Description | | | Plant | | |
|---|---|---|---|---|---|---|

MOVED FROM SA 550164421 (11/20/08)

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 24-Nov-2008 | 31-Dec-2010 | USD | ███ | 1,000 | PC |
| **Quota Valid From** | **Quota Valid To** | **Quota %** | | | |
| 20-Nov-2008 | 31-Dec-2010 | 99.0 | | | |

This Requirement Contract is for 100% unless otherwise specified.

00050   52426799                              J701 DELPHI T & I RBXX
        Tube-Core, 18mm

MOVED FROM SA 550164421 (11/20/08)

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 24-Nov-2008 | 31-Dec-2010 | USD | ███ | 1,000 | PC |
| **Quota Valid From** | **Quota Valid To** | **Quota %** | | | |
| 20-Nov-2008 | 31-Dec-2010 | 99.0 | | | |

This Requirement Contract is for 100% unless otherwise specified.

00020   52476679                              J701 DELPHI T & I RBXX
        Tube

MOVED FROM SA 550028990 (11/20/08)

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 24-Nov-2008 | 31-Dec-2010 | USD | ███ | 1,000 | PC |
| **Quota Valid From** | **Quota Valid To** | **Quota %** | | | |
| 20-Nov-2008 | 31-Dec-2010 | 99.0 | | | |

This Requirement Contract is for 100% unless otherwise specified.

00010   52494012                              J701 DELPHI T & I RBXX
        Tube-Core

MOVED FROM SA 550028990 (11/20/08)

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 24-Nov-2008 | 31-Dec-2010 | USD | ███ | 1,000 | PC |
| **Quota Valid From** | **Quota Valid To** | **Quota %** | | | |
| 20-Nov-2008 | 31-Dec-2010 | 99.0 | | | |

This Requirement Contract is for 100% unless otherwise specified.

# DELPHI

Delphi Thermal Systems

Page 3 of 3

| BRAZEWAY INC<br>310 BILL BRYAN BLVD<br>HOPKINSVILLE KY 42240-6811 | **Requirements Contract** |
|---|---|
| | PO Number: 550254074<br>Version: 21-Nov-2008 01:44:33 EST<br>Date Issued: 20-Nov-2008 |

| Item No. | Material No.<br>Description | Plant |
|---|---|---|

**Notes:**

*********************************************************************************
*****************************************************************

*****************************************************************

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

*****************************************************************

Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
*****************************************************************
All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material. Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.

*********************************************************************************

*********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
*********************
THIS REVISION DATED 11/20/08 IS ISSUED TO REFLECT AN EXTENSION OF THE END DATE OF PAYMENT TERMS OF "NET 10" TO DECEMBER 31, 2008 (REF: SEP032008-2823)

# DELPHI
_____ Delphi Thermal Systems

Buyer:
DELPHI AUTOMOTIVE SYSTEMS LLC
DELPHI THERMAL & INTERIOR DIV
3000 University Drive
Auburn Hills  MI  48326

BRAZEWAY INC
2711 E MAUMEE ST
ADRIAN  MI  49221-3534

Deliver to:
DELPHI HARRISON THERMAL - 8 D733
200 UPPER MOUNTAIN ROAD
LOCKPORT NY 14094

Page  1  of  9

**Requirements Contract**

PO Number                                Date Issued
550028808                                01-Jul-2003
Version
30-Jan-2009  01:40:38  EST

Vendor No:   1010178
DUNS No:     005035910

**Payment Terms:** Z030      **Currency:** USD
NET 30 DAYS

**Incoterms:** FOB- FREIGHT COLLECT

```
*** Terms of payment changed
*** Condition record changed
*** Text changed
```

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 17351<br>Tubing-Alum, 3102 F, | J201 DELPHI T & I LOCKPORT |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jul-2003 | 30-Sep-2003 | USD |  | 1,000 | LB |
| 01-Oct-2003 | 31-Dec-2003 | USD |  | 1,000 | LB |
| 01-Jan-2004 | 31-Mar-2004 | USD |  | 1,000 | LB |

Purchasing Contact: Bernard, Jeremie
Phone:  248-732-1487
Fax:    248-732-1727

Contact Address:

Date and Time Printed:  30-Jan-2009  01:40:38  EST

# DELPHI

_____ Delphi Thermal Systems

Page 2 of 9

| BRAZEWAY INC<br>2711 E MAUMEE ST<br>ADRIAN MI 49221-3534 | **Requirements Contract** |
|---|---|
| | PO Number          Date Issued<br>550028808          01-Jul-2003<br>Version<br>30-Jan-2009 01:40:38 EST |

| Item No. | Material No.<br>Description | | Plant | | | |
|---|---|---|---|---|---|---|
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 01-Apr-2004 | 30-Jun-2004 | USD | | 1,000 | LB |
| | 01-Jul-2004 | 30-Sep-2004 | USD | | 1,000 | LB |
| | 01-Oct-2004 | 31-Dec-2004 | USD | | 1,000 | LB |
| | 01-Jan-2005 | 31-Mar-2005 | USD | | 1,000 | LB |
| | 01-Apr-2005 | 30-Jun-2005 | USD | | 1,000 | LB |
| | 01-Jul-2005 | 30-Sep-2005 | USD | | 1,000 | LB |
| | 01-Oct-2005 | 31-Oct-2005 | USD | | 1,000 | LB |
| | 01-Nov-2005 | 30-Nov-2005 | USD | | 1,000 | LB |
| | 01-Dec-2005 | 31-Dec-2005 | USD | | 1,000 | LB |
| | 01-Jan-2006 | 31-Jan-2006 | USD | | 1,000 | LB |
| | 01-Feb-2006 | 28-Feb-2006 | USD | | 1,000 | LB |
| | 01-Mar-2006 | 31-Mar-2006 | USD | | 1,000 | LB |
| | 01-Apr-2006 | 30-Apr-2006 | USD | | 1,000 | LB |
| | 01-May-2006 | 31-May-2006 | USD | | 1,000 | LB |
| | 01-Jun-2006 | 30-Jun-2006 | USD | | 1,000 | LB |
| | 01-Jul-2006 | 31-Jul-2006 | USD | | 1,000 | LB |
| | 01-Aug-2006 | 31-Aug-2006 | USD | | 1,000 | LB |
| | 01-Sep-2006 | 30-Sep-2006 | USD | | 1,000 | LB |
| | 01-Oct-2006 | 31-Oct-2006 | USD | | 1,000 | LB |
| | 01-Nov-2006 | 30-Nov-2006 | USD | | 1,000 | LB |
| | 01-Dec-2006 | 31-Dec-2006 | USD | | 1,000 | LB |
| | 01-Jan-2007 | 31-Jan-2007 | USD | | 1,000 | LB |
| | 01-Feb-2007 | 28-Feb-2007 | USD | | 1,000 | LB |
| | 01-Mar-2007 | 31-Mar-2007 | USD | | 1,000 | LB |
| | 01-Apr-2007 | 30-Apr-2007 | USD | | 1,000 | LB |
| | 01-May-2007 | 31-May-2007 | USD | | 1,000 | LB |
| | 01-Jun-2007 | 30-Jun-2007 | USD | | 1,000 | LB |
| | 01-Jul-2007 | 31-Jul-2007 | USD | | 1,000 | LB |
| | 01-Aug-2007 | 31-Aug-2007 | USD | | 1,000 | LB |
| | 01-Sep-2007 | 30-Sep-2007 | USD | | 1,000 | LB |
| | 01-Oct-2007 | 31-Oct-2007 | USD | | 1,000 | LB |
| | 01-Nov-2007 | 30-Nov-2007 | USD | | 1,000 | LB |
| | 01-Dec-2007 | 31-Dec-2007 | USD | | 1,000 | LB |
| | 01-Jan-2008 | 31-Jan-2008 | USD | | 1,000 | LB |
| | 01-Feb-2008 | 29-Feb-2008 | USD | | 1,000 | LB |
| | 01-Mar-2008 | 31-Mar-2008 | USD | | 1,000 | LB |
| | 01-Apr-2008 | 30-Apr-2008 | USD | | 1,000 | LB |
| | 01-May-2008 | 31-May-2008 | USD | | 1,000 | LB |
| | 01-Jun-2008 | 30-Jun-2008 | USD | | 1,000 | LB |

# DELPHI

_____ Delphi Thermal Systems

Page 3 of 9

| BRAZEWAY INC<br>2711 E MAUMEE ST<br>ADRIAN MI 49221-3534 | **Requirements Contract** | |
|---|---|---|
| | PO Number<br>550028808<br>Version<br>30-Jan-2009 01:40:38 EST | Date Issued<br>01-Jul-2003 |

| Item No. | Material No.<br>Description | | Plant | | | |
|---|---|---|---|---|---|---|
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 01-Jul-2008 | 31-Jul-2008 | USD | | 1,000 | LB |
| | 01-Aug-2008 | 31-Aug-2008 | USD | | 1,000 | LB |
| | 01-Sep-2008 | 30-Sep-2008 | USD | | 1,000 | LB |
| | 01-Oct-2008 | 31-Oct-2008 | USD | | 1,000 | LB |
| | 01-Nov-2008 | 30-Nov-2008 | USD | | 1,000 | LB |
| | 01-Dec-2008 | 31-Dec-2008 | USD | | 1,000 | LB |
| | 01-Jan-2009 | 31-Jan-2009 | USD | | 1,000 | LB |
| | 01-Feb-2009 | 31-Dec-2010 | USD | | 1,000 | LB |
| | Quota Valid From | Quota Valid To | Quota % | | | |
| | 20-Nov-2008 | 31-Dec-2010 | 1.0 | | | |

This Requirement Contract is for 100% unless otherwise specified.
\*\*\* Condition record added
\*\*\* Condition record changed

| 00020 | 17430<br>Tubing-Alum, 3102 F, .625 ODx.049 W | | | J201 DELPHI T & I LOCKPORT | | |
|---|---|---|---|---|---|---|
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 01-Jul-2005 | 30-Sep-2005 | USD | | 1,000 | LB |
| | 01-Oct-2005 | 31-Oct-2005 | USD | | 1,000 | LB |
| | 01-Nov-2005 | 30-Nov-2005 | USD | | 1,000 | LB |
| | 01-Dec-2005 | 31-Dec-2005 | USD | | 1,000 | LB |
| | 01-Jan-2006 | 31-Jan-2006 | USD | | 1,000 | LB |
| | 01-Feb-2006 | 28-Feb-2006 | USD | | 1,000 | LB |
| | 01-Mar-2006 | 31-Mar-2006 | USD | | 1,000 | LB |
| | 01-Apr-2006 | 30-Apr-2006 | USD | | 1,000 | LB |
| | 01-May-2006 | 31-May-2006 | USD | | 1,000 | LB |
| | 01-Jun-2006 | 30-Jun-2006 | USD | | 1,000 | LB |
| | 01-Jul-2006 | 31-Jul-2006 | USD | | 1,000 | LB |
| | 01-Aug-2006 | 31-Aug-2006 | USD | | 1,000 | LB |
| | 01-Sep-2006 | 30-Sep-2006 | USD | | 1,000 | LB |
| | 01-Oct-2006 | 31-Oct-2006 | USD | | 1,000 | LB |
| | 01-Nov-2006 | 30-Nov-2006 | USD | | 1,000 | LB |
| | 01-Dec-2006 | 31-Dec-2006 | USD | | 1,000 | LB |
| | 01-Jan-2007 | 31-Jan-2007 | USD | | 1,000 | LB |
| | 01-Feb-2007 | 28-Feb-2007 | USD | | 1,000 | LB |
| | 01-Mar-2007 | 31-Mar-2007 | USD | | 1,000 | LB |
| | 01-Apr-2007 | 30-Apr-2007 | USD | | 1,000 | LB |
| | 01-May-2007 | 31-May-2007 | USD | | 1,000 | LB |

# DELPHI

Delphi Thermal Systems

Page 4 of 9

BRAZEWAY INC
2711 E MAUMEE ST
ADRIAN MI 49221-3534

**Requirements Contract**

PO Number: 550028808
Date Issued: 01-Jul-2003
Version
30-Jan-2009 01:40:38 EST

| Item No. | Material No. Description | | Plant | | | |
|---|---|---|---|---|---|---|
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 01-Jun-2007 | 30-Jun-2007 | USD | | 1,000 | LB |
| | 01-Jul-2007 | 31-Jul-2007 | USD | | 1,000 | LB |
| | 01-Aug-2007 | 31-Aug-2007 | USD | | 1,000 | LB |
| | 01-Sep-2007 | 30-Sep-2007 | USD | | 1,000 | LB |
| | 01-Oct-2007 | 31-Oct-2007 | USD | | 1,000 | LB |
| | 01-Nov-2007 | 30-Nov-2007 | USD | | 1,000 | LB |
| | 01-Dec-2007 | 31-Dec-2007 | USD | | 1,000 | LB |
| | 01-Jan-2008 | 31-Jan-2008 | USD | | 1,000 | LB |
| | 01-Feb-2008 | 29-Feb-2008 | USD | | 1,000 | LB |
| | 01-Mar-2008 | 31-Mar-2008 | USD | | 1,000 | LB |
| | 01-Apr-2008 | 30-Apr-2008 | USD | | 1,000 | LB |
| | 01-May-2008 | 31-May-2008 | USD | | 1,000 | LB |
| | 01-Jun-2008 | 30-Jun-2008 | USD | | 1,000 | LB |
| | 01-Jul-2008 | 31-Jul-2008 | USD | | 1,000 | LB |
| | 01-Aug-2008 | 31-Aug-2008 | USD | | 1,000 | LB |
| | 01-Sep-2008 | 30-Sep-2008 | USD | | 1,000 | LB |
| | 01-Oct-2008 | 31-Oct-2008 | USD | | 1,000 | LB |
| | 01-Nov-2008 | 30-Nov-2008 | USD | | 1,000 | LB |
| | 01-Dec-2008 | 31-Dec-2008 | USD | | 1,000 | LB |
| | 01-Jan-2009 | 31-Jan-2009 | USD | | 1,000 | LB |
| | 01-Feb-2009 | 31-Dec-2010 | USD | | 1,000 | LB |
| | **Quota Valid From** | **Quota Valid To** | **Quota %** | | | |
| | 20-Nov-2008 | 31-Dec-2010 | 1.0 | | | |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed

00050   80617                                        J201 DELPHI T & I LOCKPORT
        Tubing-Alum, 3003 F, .750 ODx.049 W

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jul-2005 | 30-Sep-2005 | USD | | 1,000 | LB |
| 01-Oct-2005 | 31-Oct-2005 | USD | | 1,000 | LB |
| 01-Nov-2005 | 30-Nov-2005 | USD | | 1,000 | LB |
| 01-Dec-2005 | 31-Dec-2005 | USD | | 1,000 | LB |
| 01-Jan-2006 | 31-Jan-2006 | USD | | 1,000 | LB |
| 01-Feb-2006 | 28-Feb-2006 | USD | | 1,000 | LB |
| 01-Mar-2006 | 31-Mar-2006 | USD | | 1,000 | LB |
| 01-Apr-2006 | 30-Apr-2006 | USD | | 1,000 | LB |

# DELPHI

_____ Delphi Thermal Systems

Page 5 of 9

| BRAZEWAY INC<br>2711 E MAUMEE ST<br>ADRIAN MI 49221-3534 | **Requirements Contract** | |
|---|---|---|
| | PO Number<br>550028808<br>Version<br>30-Jan-2009 01:40:38 EST | Date Issued<br>01-Jul-2003 |

| Item No. | Material No.<br>Description | | Plant | | | |
|---|---|---|---|---|---|---|
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 01-May-2006 | 31-May-2006 | USD | | 1,000 | LB |
| | 01-Jun-2006 | 30-Jun-2006 | USD | | 1,000 | LB |
| | 01-Jul-2006 | 31-Jul-2006 | USD | | 1,000 | LB |
| | 01-Aug-2006 | 31-Aug-2006 | USD | | 1,000 | LB |
| | 01-Sep-2006 | 30-Sep-2006 | USD | | 1,000 | LB |
| | 01-Oct-2006 | 31-Oct-2006 | USD | | 1,000 | LB |
| | 01-Nov-2006 | 30-Nov-2006 | USD | | 1,000 | LB |
| | 01-Dec-2006 | 31-Dec-2006 | USD | | 1,000 | LB |
| | 01-Jan-2007 | 31-Jan-2007 | USD | | 1,000 | LB |
| | 01-Feb-2007 | 28-Feb-2007 | USD | | 1,000 | LB |
| | 01-Mar-2007 | 31-Mar-2007 | USD | | 1,000 | LB |
| | 01-Apr-2007 | 30-Apr-2007 | USD | | 1,000 | LB |
| | 01-May-2007 | 31-May-2007 | USD | | 1,000 | LB |
| | 01-Jun-2007 | 30-Jun-2007 | USD | | 1,000 | LB |
| | 01-Jul-2007 | 31-Jul-2007 | USD | | 1,000 | LB |
| | 01-Aug-2007 | 31-Aug-2007 | USD | | 1,000 | LB |
| | 01-Sep-2007 | 30-Sep-2007 | USD | | 1,000 | LB |
| | 01-Oct-2007 | 31-Oct-2007 | USD | | 1,000 | LB |
| | 01-Nov-2007 | 30-Nov-2007 | USD | | 1,000 | LB |
| | 01-Dec-2007 | 31-Dec-2007 | USD | | 1,000 | LB |
| | 01-Jan-2008 | 31-Jan-2008 | USD | | 1,000 | LB |
| | 01-Feb-2008 | 29-Feb-2008 | USD | | 1,000 | LB |
| | 01-Mar-2008 | 31-Mar-2008 | USD | | 1,000 | LB |
| | 01-Apr-2008 | 30-Apr-2008 | USD | | 1,000 | LB |
| | 01-May-2008 | 31-May-2008 | USD | | 1,000 | LB |
| | 01-Jun-2008 | 30-Jun-2008 | USD | | 1,000 | LB |
| | 01-Jul-2008 | 31-Jul-2008 | USD | | 1,000 | LB |
| | 01-Aug-2008 | 31-Aug-2008 | USD | | 1,000 | LB |
| | 01-Sep-2008 | 30-Sep-2008 | USD | | 1,000 | LB |
| | 01-Oct-2008 | 31-Oct-2008 | USD | | 1,000 | LB |
| | 01-Nov-2008 | 30-Nov-2008 | USD | | 1,000 | LB |
| | 01-Dec-2008 | 31-Dec-2008 | USD | | 1,000 | LB |
| | 01-Jan-2009 | 31-Jan-2009 | USD | | 1,000 | LB |
| | 01-Feb-2009 | 31-Dec-2010 | USD | | 1,000 | LB |
| | **Quota Valid From** | **Quota Valid To** | **Quota %** | | | |
| | 20-Nov-2008 | 31-Dec-2010 | 1.0 | | | |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed

# DELPHI

_____ Delphi Thermal Systems

Page 6 of 9

BRAZEWAY INC
2711 E MAUMEE ST
ADRIAN MI 49221-3534

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550028808 | 01-Jul-2003 |
| Version | |
| 30-Jan-2009 01:40:38 EST | |

| Item No. | Material No. Description | Plant |
|---|---|---|

**Notes:**

*******************************************************************************
*************************************************************

*************************************************************
Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

*************************************************************
Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
*************************************************************
All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material. Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.
*************************************************************

*********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
*********************
Metal prices will be adjusted quarterly based on the NYMEX average spot settlement price plus $.01/lb. Pricing for July, Aug., Sept. 2003 established from Mar., April, May 2003 average. Pricing for Oct., Nov, Dec. 2003 will be established from the June, July, Aug. 2003 average, etc.

Supplier acknowledges that payment terms are strictly confidential and not to be disclosed to any third party whatsoever without the prior written consent of Delphi. Changing payment terms from MNS2-2 to terms Net 10 days effective November 1, 2005 to December 31, 2005 - payment term changes made without a signed settlement agreement "purchase Order payment term change only".

# DELPHI

Delphi Thermal Systems

Page 7 of 9

BRAZEWAY INC
2711 E MAUMEE ST
ADRIAN MI 49221-3534

## Requirements Contract

PO Number: 550028808
Version: 30-Jan-2009 01:40:38 EST
Date Issued: 01-Jul-2003

| Item No. | Material No. Description | Plant |
|---|---|---|

**Notes Continued:**

Metal pricing adjustment eff. 12/01/06.

Quantity increase per K. Manning e-mail 4/27/06

Pricing for 17565 is changed eff. 6/26 due to alloy change to 3102 per Kathie Manning

Pricing for 17425 is changed eff. 8/9/06 due to alloy change to 3102 per Kathie Manning

Note: Pricing retro adjusted per e-mail from Chris Hill for 17565 reflecting start of unmarked material shipping to Delphi.

Pricing adjustment on 17425 due to trial ending and markings no longer required per Chris Hill and Jim Leibring conversation 9/25/2006 - Change eff. with 9/7/06 receipts.

METALS ESCALATION/DE-ESCALATION EFFECTIVE 7/1/07 AND EXTENDING PAYMENT TERMS OF "NET 10" TO SEPTEMBER 30, 2007 (REF: JUN112007-1985)

METALS ESCALATION/DE-ESCALATION EFFECTIVE 10/1/07 AND EXTENDING PAYMENT TERMS OF "NET 10" TO DECEMBER 31, 2007 (REF: AUG312007-3192).

METALS ESCALATION/DE-ESCALATION EFFECTIVE 01/01/08.

METALS ESCALATION/DE-ESCALATION EFFECTIVE 02/01/08 AND EXTENDING PAYMENT TERMS OF "NET 10" TO MARCH 31, 2008 (REF: DEC062007-4782) (01/22/08).

METALS ESCALATION-DE/ESCALATION EFFECTIVE 03/01/08. (2/25/08).

QUOTA ARRANGEMENT EFFECTIVE 2/1/08 HAS BEEN DELETED FOR PART # 17425 (2/27/08).

THIS REVISION (3/26/08) IS ISSUED TO EXTEND THE END DATE OF THE PAYMENT TERMS OF "NET 10" TO MAY 31, 2008 (REF: MAR062008-1098) AND TO DO PRICE ADJUSTMENTS FOR METAL ESCALATION/DE-ESCALATION EFFECTIVE APRIL 1 2008.

METALS ESCALATION/DE-ESCALATION EFFECTIVE 5/1/08 (4/11/08).

# DELPHI

Delphi Thermal Systems

Page 8 of 9

BRAZEWAY INC
2711 E MAUMEE ST
ADRIAN MI 49221-3534

**Requirements Contract**

PO Number
550028808
Version
30-Jan-2009 01:40:38 EST

Date Issued
01-Jul-2003

| Item No. | Material No. Description | Plant |
|---|---|---|

**Notes Continued:**

THIS REVISION (5/27/08) IS ISSUED TO EXTEND THE END DATE OF THE PAYMENT TERMS OF "NET 10" TO SEPTEMBER 30, 2008 (REF: MAY022008-1765) AND TO DO PRICE ADJUSTMENTS FOR METAL ESCALATION/DE-ESCALATION EFFECTIVE JUNE 1, 2008.

METALS ESCALATION/DE-ESCALATION EFFECTIVE 9/1/08 (08/20/08).

THIS REVISION DATED 9/22/08 IS ISSUED TO REFLECT AN EXTENSION OF THE END DATE OF PAYMENT TERMS "NET 10" TO DECEMBER 31, 2008 (REF: SEP032008-2823) AND TO DO PRICE ADJUSTMENTS FOR METAL ESCALATION/DE-ESCALATION EFFECTIVE OCTOBER 1, 2008.

METALS ESCALATION/DE-ESCALATION EFFECTIVE NOVEMBER 1,2008. (10/22/08)

Change New Vendor Code 1049475 on VSA's PI Duns for the new Brazeway, KY location for both STAC parts & Automotive parts. (11/20/08).

EFFECTIVE DATE DEC-04-2008

*****************************************************************
*****************************************************************

As of its effective date, this purchase order constitutes a new agreement between the Buyer and Seller and supersedes and replaces any prior purchase orders or other agreements between the Buyer and Seller with respect to the subject matter hereof. For the avoidance of doubt, the purchase order number assigned hereto by the Buyer is utilized for administrative convenience only and this purchase order shall not be deemed an amendment to or modification of any prior purchase orders issued by Buyer and accepted by Seller, even if such prior purchase orders were assigned an identical purchase order number by the Buyer. Each of the Buyer and the Seller acknowledges and agrees that any prior purchase orders or other agreements between the Buyer and Seller, which are superseded and replaced by this purchase order as of its effective date shall no longer be subject to assumption or rejection under the United States Bankruptcy Code and the Seller hereunder waives any right to assert any of the rights incident to assumption or rejection, including, but not limited to, the payment of cure with respect to any such prior purchase orders or other agreements. To the extent that any prior purchase orders or other agreements between the Buyer and Seller with respect to the subject matter hereof also provided for the supply of other goods or services by the Seller to the Buyer, such prior agreements shall be superseded and replaced only with respect to the subject matter hereof and all other provisions of such prior purchase orders or other agreements shall remain in full force and effect in accordance with their terms. Historical pricing shown on this new purchase order, if any, is shown for reference only.

*********************************************************************************************************
METALS ESCALATION/DE-ESCALATION EFFECTIVE 12/01/08. BASED ON METAL PRICE M-2 PLATTS MIDWEST US TRANSACTION-OCT. $1.00526 LB. (12/4/08)

# DELPHI

_____ Delphi Thermal Systems

Page  9  of  9

| BRAZEWAY INC<br>2711 E MAUMEE ST<br>ADRIAN MI 49221-3534 | **Requirements Contract** |
|---|---|
| | PO Number<br>550028808<br>Version<br>30-Jan-2009  01:40:38  EST | Date Issued<br>01-Jul-2003 |

| Item No. | Material No.<br>Description | Plant |
|---|---|---|

**Notes Continued:**

METALS ESCALATION/DE-ESCALATION EFFECTIVE 1/01/09 TO 1/31/09. BASED ON METALS PRICE AVERAGE M-2 PLATTS MIDWEST US TRANSACTION OF NOV.$0.8824 LB.

THIS REVISION DATED 01/26/09 IS ISSUED TO REFLECT AN EXTENSION OF THE END DATE OF PAYMENT TERMS OF "NET 10" TO MAY 31, 2009 (REF: DEC052008-3537)

METALS ESCALATION-DE-ESCALATION EFF. 2/01/2008. BASED ON METALS PRICE M-2 PLATTS MIDWEST US TRANSACTION-DEC. $0.7181/LB AND PAYMENT TERM CHANGE TO REFLECT MOU AGREEMENT DATED JAN 7,2009, FROM NET 10 TO NET 30 AS OF FEB 1ST,2009.(1/29/09)

THIS REVISION DATED 1/29/09 IS ISSUED TO REFLECT A CHANGE OF PAYMENT TERMS FROM "NET 10" TO "NET 30" EFFECTIVE JANUARY 29, 2009 TO MARCH 31, 2009 (REF: JAN272009-460)

# DELPHI

_____ Delphi Thermal Systems

Page  9  of  9