# EXHIBIT 7

Delphi North America
February 2009 Pricing

| | Month | Platt's Midwest |
|---|---|---|
| | Dec | 0.7181 |

| | OLD | NEW | | |
|---|---|---|---|---|
| Plant Loc. | PO Number | PO Number | DELPHI P/N | BRAZEWAY P/N |
| J201 | 550061360 | 550271046 | 52486664 | A20531 |
| J201 | 550061360 | 550271046 | 52486665 | A20532 |
| J201 | 550061360 | 550271046 | 52481424 | A20534 |
| J201 | 550061360 | 550271046 | 52485679 | A20509 |
| J201 | 550061360 | 550271046 | 52481416 | A20507 |
| J201 | 550061360 | T/C | 52486559 | A20603 |
| J201 | 550061360 | 550271046 | 52476679 | A20537 |
| J201 | 550061360 | 550271046 | 52494012 | A20646 |
| J201 | 550061360 | T/C | 52495818 | A20653 |
| J201 | 550061360 | 550271046 | 52486976 | A20647 |
| J201 | 550061360 | 550271046 | 52484856 | A20648 |
| J701 | 550028990 | 550254074 | 52405676 | A20743 |
| J201 | 550061360 | 550271046 | 52406110 | A20745 |
| J201 | 550061360 | 550271046 | 52404740 | A20744 |
| J701 | 550028990 | 550254074 | 52494012 | A20646 |
| J701 | 550028990 | 550254074 | 52476679 | A20537A |
| J201 | 550061360 | 550271046 | 52479502 | A20456 |
| | 550164421 | T/C | 52424588 | A21117 |
| | 550164421 | T/C | 52424589 | A21118 |
| | TBD | | 52422461 | A21138 |
| | 550164421 | T/C | 52421571 | A21137 |
| | TBD | | 52425473 | A21139 |
| J701 | 550164421 | 550254328 | 52425504 | A21140 |
| J701 | 550164421 | 550254328 | 52426799 | A21141 |
| J701 | 550254328 | 550254328 | 52430644 | 21270 |
| J701 | J701 | | 52485668 | 21271 |
| | TBD | | 52498086 | 21272 |

| | | | | ROUND TUBE DIMENSIONS |
|---|---|---|---|---|
| J201 | 550028808 | 550028808 | 80617 | S20212 |
| J201 | 550028808 | 550028808 | 17351 | S20209 |
| J201 | 550028808 | 550028808 | 17430 | S20211 |