June 29, 2009

The Honorable Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY  10004-1408
    Courtroom:  610

                    RE:  Case #05-44481

Dear Judge Drain:

        As a retired Delphi Salary Employee, I strongly object to the recently filed Delphi Modified Plan of Reorganization.

        This plan is structured to only benefit a few Delphi Senior Executives, General Motors, the UAW, and Platinum Equity.  It is totally at the expense of Delphi creditors, "non-UAW" hourly workers, the retired salary employees, and the American taxpayer.  In addition, it is clear that this plan is brokered by the US Treasury, with Tim Geithner.

        GM is receiving viable, ongoing revenue producing plants at no cost – other than accepting the UAW pension plans.

        Delphi Senior Executives will retain their positions and potentially receive either generous retention or severance bonus from the new owners.

        The UAW will continue under the GM umbrella for pensions and benefits that are being financed by the US Government.

        Platinum Equity will now own a company with revenue producing operations that have excellent profit potential, and they will pay literally nothing for this.  Why are they paying more for the Alcoa AFL unit that is much smaller and has far fewer assets?

        I firmly believe this represents liquidation of Delphi and is disguised as an "emergence."  Worst of all, the valuable assets of Delphi are being given away, and the only money left for creditors and retirees will be in the disposition of already closed, non-revenue producing plants (DPH).

        Perhaps even more disturbing is the settlement Delphi is requesting of the PBGC.  They have requested that the PBGC drop its right to secured claims and become an unsecured claim.  This is ludicrous!  These claims should be maintained and provide funds to decrease the under-funded position of Delphi's Salaried Retirement Plan.  The Court will have to address this issue because I am sure that the PBGC will negotiate away its rights because of its unique position in relationship to the US Treasury Department and Tim Geithner who is brokering the entire GM/Delphi process.

        I respectfully ask the Court to please *not* accept this modified plan.  Rather, I ask the Court to send Delphi and its partners (GM, the US Treasury, Platinum, and the UAW) back to restructure what is equitable to the "non-UAW" retirees, salaried retirees, and the creditors.  I believe that is the responsibility of the Court.

                                        Sincerely,

                                        *John R. Grose*

                                        John R. Grose
                                        1835 South  445 East
                                        LaGrange, IN  46761