# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **In re:** | § | Chapter 11 |
| | § | |
| **DELPHI CORPORATION,** *et al.* | § | Case No. 05-44481 (RDD) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 10, 2009 the ***Objection of Brazeway, Inc. To Notice of Non-Assumption under the Modified Plan with Respect to Certain Expired or Terminated Contracts or Leases Previously Deemed to be Assumed or Assumed and Assigned under Confirmed Plan of Reorganization*** was filed with the Clerk of Court using the ECF system which will send notification of such filing to counsel and parties of record who are participants in the ECF.

Respectfully submitted,

/s/ Bruce N. Elliott
Bruce N. Elliott (P28770)
Conlin, McKenney & Philbrick, P.C.
350 South Main Street, Suite 400
Ann Arbor, Michigan 48104-2131
Telephone: (734) 761-9000
Facsimile: (734) 761-9001

Dated: July 10, 2009

M:\ATTY-SHARED\CLM\B\BRAZEWAY\DELPHI\COS.7.10.09.WPD