**Thomas C. Woods**
**41189 Coventry Road**
**Novi, MI  48375-5222**

**248-344-1351**

July 3, 2009

The Honorable Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004 -1408

**Re:  Case Number 05-44481**

Dear Judge Drain,

**I am writing to ask that you not allow the pensions of Delphi Corporation's (Delphi) salaried retirees to be transferred to the Pension Benefit Guarantee Corporation (PBGC).**

It would be unconscionable to require Delphi's salaried retirees to bear a significantly disproportionate (i.e., inequitable) burden of Delphi's Chapter 11 bankruptcy restructuring.

As you know, General Motors Corporation (GM) has agreed to accept responsibility for the full pensions of Delphi's hourly retirees. Like the hourly employees, however, Delphi's salaried retirees spent the vast majority of their careers with GM, too, and should not be treated inequitably.

**I personally served over 29 years with GM and over 9 years with Delphi! No less than Delphi's hourly retirees, am I, too, not entitled to my full GM-Delphi pension?**

Significantly, the pensions of bankrupt GM's salaried and hourly retirees (and the pensions of bankrupt Chrysler Corporation's salaried and hourly employees) are not being transferred to the PBGC.

So why should Delphi's salaried retirees be singled out for this kind of treatment?  Did we do something to deserve this fate?

Just the opposite!  The Delphi facilities that will continue to operate in the United States post Delphi's emergence from Chapter 11 will be able to do so largely due to the efforts – recent and over many decades – of Delphi's salaried retirees. Likewise, the operations Delphi has in several other countries around the world that are "not part of the Chapter 11 filings in the United States" will be there to generate profits for the "new Delphi" largely due to the efforts – recent and over many decades – of Delphi's salaried retirees.

During our 35-40-year careers (on average), Delphi's salaried retirees…

- stood by GM and Delphi through thick and thin;