July 1, 2009

One Bowling Green
New York, NY  10004-1408
Courtroom: 610

Dear Honorable Robert D. Drain,

I am writing this letter on behalf of my brother Robert R. Voltenburg Jr. and also all the other salaried retirees and employees of Delphi Corporation. I wish to state my objection to the recent motion by Delphi to terminate the salaried employee pension plan and turn it over to the federal Pension Benefit Guaranty Corp. (PBGC) in their effort to emerge from bankruptcy.

My brother worked hard to put himself through engineering school at University of Michigan. He has worked for Delphi for 28 years and 9 months as a salaried employee. The first eighteen years of his career were spent working for General Motors (GM) and then Delphi when it separated from GM. Robert has been a Manufacturing Systems Engineer in Flint, MI for 25 years and for the last 3.5 years he has worked as a design and development engineer in the Delphi Medical Systems group in Troy, MI.

I strongly object to the termination of the Delphi salaried pension plan because it is unjust to the Delphi salaried retirees and employees. This plan bears no resemblance to the concept of "Equality of Sacrifice" when compared to the GM salaried retirees/employees and United Auto Workers (UAW) hourly retirees/employees and their minor benefit changes and cuts.

Following are the facts outlining the unfair treatment of my brother and the thousands of other Delphi salaried retirees and employees. All of these people are educated, professional and have spent most of their careers working for GM and then Delphi.

With 28 plus years of service Robert will retire with no company supplied health care benefits, no life insurance benefits and a pension from the PBGC of a possible $800/month. My brother's pension would have been about $3100 per month from Delphi as of October 1, 2010. This is the date he could have retired from the company. Compare this to the UAW hourly employee with 28 years of service who will be offered an early retirement from GM at $2850/month with minimal cuts to their health care benefits. The lack of health care or life insurance benefits can be managed when Robert retires but living on $800 a month is not possible. My brother Robert and the other salaried retirees/employees should be treated equally to the GM salaried employees/retirees and the UAW hourly employees/retirees.

It appears that if you work in the auto industry and are an educated, professional, committed salaried employee you are penalized. My brother has worked hard and never been in debt his entire life so he could retire and live on the pension that was promised to him for years from GM and then Delphi. The Delphi salaried employees should be treated the same as the GM salaried employees and UAW hourly employees. My brother has worked side-by-side with these people for most of his career and was promised the same post retirement benefits that they are maintaining.

I hope you will consider the facts above as you contemplate and make your decision on the elimination of the Delphi salaried pension plan. President Obama says that "Equality of Sacrifice" should be for all. Put yourself in this same situation and imagine your thoughts and feeling if your government pension was reduced by 75%! As you review this situation related to the treatment of the Delphi salaried retirees/employees I'm sure your only conclusion will be that these educated, professional employees should maintain their promised pensions. This is the right and just decision that needs to be made.

Sincerely,

Bonnie Whaite

Bonnie Whaite RN, MSN      2359 Venezia Dr.      Davison, Michigan      48423