July 3, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610

Reference case # 05-44481

Dear Judge Drain:

I write to you as a retired Delphi Salary Employee who objects to the recently filed Delphi Modified Plan of Reorganization.

As I understand this plan, it seems to be structured to benefit General Motors, the UAW and Platinum Equity. Other important compoents of the Delphi operations are harned, including Delphi creditors, "Non-UAW" hourly workers, the retired salary employees and perhaps the American taxpayer.

Additionally, it appears that GM is receiving viable, ongoing revenue producing plants at no cost other than accepting the UAW pension plans. The UAW will continue under the GM umbrella for pensions and benefits, which are being financed by the US Government. Platinum Equity will now own a company with revenue producing operations that have profit potential and they will pay nothing for this.

I believe that this is truly a liquidation of Delphi thinly disguised as an "emergence." Worst of all, the valuable assets of this company are being given away and the only money left for creditors and retirees will be in the

More disturbing to me, is the settlement Delphi is requesting of the PBGC. They have requested that the PBGC drops its right to secured claims and becomes an unsecured claim. These claims should be maintained and provide funds to decrease the underfunded position of Delphi's Salaried Retirement Plan. The court will have to address this issue.

I ask the court to please not accept this modified plan, but to send Delphi and its partners- GM, the US Treasury, Platinum and the UAW, back to restructure a deal that is equitable to the "Non-UAW" retirees, salaried retirees, and the creditors. I believe that is the responsibility of the court.

Respectfully,

*Jeanne Pepper*

Jeanne Pepper
1001 Beard Street
Flint, Michigan  48503