June 28, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610

Reference case # 05-44481

Dear Judge Drain:

As a retired Delphi Salary Employee with 33 years of service, I strongly object to the recently filed Delphi Modified Plan of Reorganization.

I worked in Finance for my whole career starting with General Motors and then with Delphi after the so called "spin-off". It seems funny to me after all the extensive analysis that was done to recommend the "spin-off", it now looks like General Motors will buy back Delphi with money provided by the US Government. The ironic part is they will do this with my tax money.

In doing so however, they intend to leave me behind if you will. You have already seen fit to rule in their favor on the Health and Insurance Benefit issues. I was given no choice when the "spin-off" took place, I was told I was being transferred to Delphi. In the words of the Personnel Director at the time, "you will be no worse off than you are now by this transfer", well we all know that wasn't true.

Now it appears that the next item will be the transfer of my Pension Benefits to the US Government and I will once again take the hit unalike my union brothers. I am quite sure you will rule in Delphi's favor on that the same way you have on all the other issues.

I am nothing special, a man with no great importance and my opinions will be of little interest to you or the others making these huge decisions regarding my future.

What I am is a man who served his county when called, worked hard for 33+ years to make a living for his family, stayed out of trouble with the law and believed that right and fair play would always win in the end. After the way I have been treated in this matter I no longer believe in those things. My health is failing and now with insurance benefits what they are I can't afford to buy some of my medications. If my Pension Benefits are cut I won't be able to afford any of the things that I worked all those years to achieve.

My father always told me you are judged by the strength of your words and convictions to do the right thing. Delphi and General Motors would not be judged very high on the scale by my father.

Best Regards,

John S Williams
PO Box 24712
Dayton, OH 45424