July 3, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

Reference: Case # 05-44481

Dear Judge Drain:

As a retired Delphi Salaried Employee, I strongly object to the recently filed Delphi Modified Plan of Reorganization. The plan as it is structured, benefits only a few Delphi senior executives, General Motors, the UAW and Platinum Equity at the expense of Delphi's creditors, retired salaried employees and the American taxpayer. While I am not sure who is responsible for brokering this deal, it is clear that certain parties have been favored over others in a rather non-descript manner. Those benefiting are as follows:

- GM is receiving viable, ongoing revenue producing plants at no cost other than accepting the UAW pension plans.
- Delphi senior executives will retain their positions and potentially receive either generous retention or severance bonus' from the new owners.
- The UAW will continue, under the GM umbrella, to receive their full pensions and benefits. The US Government is in essence financing these through their public funding of GM.
- Platinum Equity will own a company with revenue producing operations that have excellent profit potential while paying literally nothing for them. Why are they paying more for the Alcoa AFL unit, which is much smaller and has fewer assets than Delphi?

All of these favorable outcomes come at the expense of the Delphi Salaried Retirees, Delphi's creditors and ultimately the American taxpayer. Why should the UAW be given such a preferred position over the Delphi Salaried Retirees in this modified plan? It is disturbing that the UAW retirees come away from this modified plan with their full pensions and most if not all of their healthcare insurance intact while Delphi has requested that the Pension Benefit Guarantee Corporation take over the Salaried Retirees Pension Plan. The result of this transfer to the PBGC will potentially be greatly reduced pension payments to Salaried Retirees. This is after Delphi, with your approval, cancelled all healthcare and life insurance for Salaried Retirees! Why is this modified plan being allowed to treat retired UAW employees so much more favorably than Salaried Retirees?

Further it is disturbing that Delphi is requesting that the PBGC drop its right to secured claims and take an unsecured claim position. These claims should be maintained as secured claims to provide funds to decrease the under-funded position of Delphi's Salaried Retirement Plan. This under-funding has principally occurred during Delphi's bankruptcy process. The Court will have to address this issue because I am concerned that the PBGC will negotiate away its rights due to its unique relationship with the US Treasury Department, which is more concerned with the GM bankruptcy process and the impact of Delphi's relationship with GM than being fair to Delphi Salaried Retirees!

I firmly believe that this Modified Plan is truly a liquidation of Delphi thinly disguised as an emergence from bankruptcy. Worst of all, the valuable assets of Delphi are being given away and the only money left for creditors and retirees will be the disposition of already closed, non-revenue producing plants of DPH.

I ask the Court to please not accept this modified plan, but send Delphi and its partners; GM, the US Treasury, Platinum and the UAW back to restructure a deal that is equitable to non-UAW retirees, Salaried Retirees and Delphi's creditors. I believe that this is the responsibility of the court.

Sincerely,

*Robert E. Butler*

Robert E. Butler
275 Indian Trail
Estes Park, Colorado 80517