50 Rustic Brook Court
Springboro, Ohio 45066
July 2, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610

Reference case # 05-44481

Judge Drain:

As a retired Delphi Salary Employee I strongly object to the recently filed Delphi Modified Plan of Reorganization.

I am deeply disturbed by the settlement Delphi is requesting of the PBGC. They have requested that the PBGC drop its right to a secured claim and become an unsecured claimant. This is ludicrous. These claims must be maintained to provide funds to decrease the underfunded position of Delphi's Salaried Retirement Plan. The lives of thousands are hanging by a thread because of the previous unfair decision of your court to allow Delphi to end health care benefits for its salaried retirees while maintaining these same benefits for hourly retirees. If you allow the PBGC to shirk its duty to obtain the necessary funding for the Delphi Salaried Retirement Plan, you will be complicit in destroying those lives completely.

I ask the court to reject this modified plan and force Delphi to structure a deal that is equitable to the salaried retirees. Our country desires its leaders -- business, government, and judicial -- to uphold moral obligations in addition to legal obligations.

Sincerely,

*Earl R. McClure*

Earl McClure