BARBARA LAWALL
PIMA COUNTY ATTORNEY
CIVIL DIVISION
By: German Yusufov (GY 1553)
Deputy County Attorney
32 North Stone Avenue, Suite 2100
Tucson, Arizona 85701
Telephone: (520) 740-5750
Facsimile: (520) 620-6556
AZ State Bar No. 023544
Attorney for Creditor Pima County

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
In re:                              :    Chapter 11
                                    :
                                    :    Case No. 05-44481 (RDD)
DELPHI CORPORATION, *et al.*,       :
                                    :    (Jointly Administered)
        Debtors.                    :
                                    :
------------------------------------x

WITHDRAWAL OF PIMA COUNTY'S OBJECTION TO DEBTORS' FIRST AMENDED
JOINT PLAN OF REORGANIZATION (AS MODIFIED JUNE 16, 2009)

**COMES NOW** Creditor Pima County, by and through undersigned counsel, and hereby withdraws its objection filed July 7, 2009 in docket number 17611 to confirmation of the Debtor's First Amended Joint Plan of Reorganization (as Modified June 16, 2009).

RESPECTFULLY SUBMITTED this 10th day of July 2009.

BARBARA LAWALL
PIMA COUNTY ATTORNEY

By _____
German Yusufov
Deputy County Attorney

1

German Yusufov (GY 1553)
Deputy County Attorney
32 North Stone Avenue, Suite 2100
Tucson, Arizona 85701
Telephone: (520) 740-5750
Facsimile: (520) 620-6556
Attorney for Creditor Pima County

## CERTIFICATE OF SERVICE

I, Gina Inman, certify that on the 10th day of July, 2009, I caused to be served a true and correct copy of Pima County's withdrawal of Objection to Debtors' First Amended Joint Plan of Reorganization (As Modified June, 16, 2009) on the following:

Hon. Robert D. Drain
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 632
New York, New York 10004

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Dr., Ste. 2100
Chicago, Illinois 60606-1285
Att'n:   John Wm. Butler, Jr.
         George N. Panagakis
         Ron E. Meisler
         Nathan L. Stuart
*Counsel for the Debtors*

The Office of the United States Trustee
33 Whitehall St., 21st Floor
New York, New York 10004
Att'n:   Brian Masumoto

Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Att'n:   Robert J. Rosenberg
         Mitchell A. Seider
         Mark A. Broude
*Counsel for the Creditors' Committee*

Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10022
Att'n:   Donald S. Bernstein

2

       Brian M. Resnick
*Counsel for the Postpetition Lenders*

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Att'n: General Counsel

Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, New York 10036
Att'n: Kayalyn A. Marafioti
       Gregory W. Fox
*Counsel to the Debtors*

Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019
Att'n: Richard Mancino
       Marc Abrams
*Counsel for the Tranche C Collective*

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Att'n: John J. Rapisardi
       Oren B. Haker
*Counsel for the U.S. Dept. of the Treasury*

United States Department of Justice
c/o 86 Chambers Street, 3rd Floor
New York, New York 10007
Att'n: Matthew L. Schwartz
       Joseph N. Cordaro
*Counsel for the U.S. Dept. of Justice*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Att'n: Jeffrey L. Tanenbaum
       Robert J. Lemons
*Counsel for General Motors Corporation*

Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022

Att'n:  Adam C. Harris
       David J. Karp
*Counsel for Parnassus Holdings II, LLC*

_____/s/ Gina Inman_____

4