July 3, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610

Reference case # 05-44481

Dear Judge Drain:

As a retired Delphi salaried employee I strongly object to the recently filed Delphi Modified Plan of Reorganization.

This plan is structured only to benefit a few Delphi senior executives, General Motors, the UAW and Platinum Equity Group. It is totally at the expense of Delphi creditors, "Non-UAW" hourly workers, the retired salaried employees and the American taxpayer. Also, it is clear that this complete transaction is being brokered by the US Treasury led by Tim Geithner and the Automotive Task Force.

GM is receiving viable, ongoing revenue producing plants at no cost other than those of accepting the hourly UAW pension plans.

Delphi senior executives will either retain their positions and potentially receive generous retention bonuses or be separated with lucrative severance packages from the new owners.

The UAW will continue under the GM umbrella for pensions and benefits with minimal sacrifice. These programs are being financed by the US Government and ultimately the US taxpayer.

Platinum Equity will now own a company with revenue producing operations that have excellent profit potential and they will pay literally nothing for this. Why are they paying more for the Alcoa AFL unit which is much smaller and has far fewer assets? Why is General Motors contributing $2.5 billion to help Platinum Equity purchase the remaining assets for $3.6 billion? General Motors should be required to contribute the $2.5 billion to fund the Delphi Salary Retirement Plan and assume this plan as they have the hourly plan.

I firmly believe that this is truly a liquidation of Delphi Corporation thinly disguised as an "emergence." Worst of all, the valuable assets of this company are being given away and the only money left for creditors and retirees will be in the disposition of already closed, nonrevenue producing plants (DPH).

Perhaps even more disturbing, is the settlement Delphi is requesting of the PBGC. They have requested that the PBGC drops its right to secured claims and becomes an unsecured claimant. This is ludicrous. These claims should be maintained and provide funds to decrease the underfunded position of Delphi's Salaried Retirement Plan. The court will have to address this issue since I am sure that the PBGC will negotiate away its rights due to its unique position in relationship to the US Treasury Department and Tim Geithner, who is brokering the whole GM/Delphi Process.

I ask the court, please do not accept this modified plan, but send Delphi and its partners - GM, the US Treasury, Platinum and the UAW - back to restructure a deal that is equitable to the "Non-UAW" hourly retirees, salaried retirees and the creditors. I believe that is the responsibility of the court.

Best Regards,

Evelyn L. Jester
2441 Fenton Creek Ln
Fenton, MI 48430
(810) 750-3410

ATTACHMENT