July 3, 2009

The Honorable Dale E. Kildee
2107 Rayburn House Office Building
Washington, D.C. 20515

Dear Congressman Kildee:

Thank you very much for your support, endorsement and signing of the request letter sent to Secretary Geithner regarding the involvement by the U.S. Treasury Department's Automotive Task Force concerning the pension obligations of Delphi Corporation.

By way of narrative, I would like to provide some detail regarding my recent personal experience with Delphi Corporation. I am interested in Delphi's long term success but I expect to be treated in a fair and equitable manner.

I was a salaried employee for General Motors for over twenty-three (23) years prior to the spin-off of Delphi in 1999. As you know, those employees transferred to Delphi were left with no choice other than to accept the transfer or lose their jobs. Since then I have continued to be employed as a salaried Delphi employee accumulating almost an additional ten years (10) bringing my total combined seniority to nearly thirty-three (33) years.

The beginning of the loss of my financial viability began in the fall of 2008. Those employees assigned company vehicles were required to purchase or lease a vehicle due to modifications in the Delphi company vehicle program. I was provided a monthly stipend of $800.00 to help defray the cost of the new vehicle and the maintenance thereof. A requirement of my receiving the stipend was that the vehicle could not be more than three years old. This program was effective October 1, 2008. Due to the change in policy I purchased a 2008 Saturn Aura in good faith.

Within a very short period of time, I was told I would be separated and was offered a separation allowance of one year's pay in twenty-four (24) payments. "In consideration for receiving these benefits" I had to sign a release of claim. I accepted the incentive of one-year's pay as a severance package.

In order to keep my health care, vision, dental and life insurance offered by Delphi, I had to retire as well. Retiring at just over age 58 meant that my monthly pension was reduced 21% and I was more than three years away from being able to obtain reduced Social Security Benefits. Both the separation and the retirement were effective January 1, 2009.

Since I had just purchased the required vehicle, I was left with a $550.00 monthly payment. Of course, the separation allowance was only for my base