July 3, 2009
Page 3

participated in creating the need to file bankruptcy. Retention of their jobs alone should be their reward for emerging from bankruptcy, not bonuses and lucrative separation packages.

Representative Kildee, I need your help in righting a wrong that the cumulative impact of these unilateral Delphi actions will cause if no countering action is taken. Delphi's behavior potentially will result in my forfeiting my 2008 Saturn and my Fenton home purchased in 1995. Soon, I could be without my home and have no means of transportation plus no disposable income once the health care and life insurance and other insurance payments are made.

There was no equity in this process as the majority of changes were forced upon the salaried retirees with no equivalent adjustment to the hourly retired employees. The latest example is that the Delphi hourly pension plan was assumed by General Motors with no reduction in payments while the salaried plan was turned over to the PBGC with a potential 70% reduction. This is not a fair and equitable sacrifice.

At the same time General Motors is providing approximately $2.5 billion to Platinum Equipment Group to purchase some remaining Delphi operations for $3.6 Billion. Why shouldn't the $2.5 billion be utilized to support a GM assumption of the Delphi salaried retirement plan?

I appreciate your efforts in assisting me along with the other 15,000 Delphi salaried retirees in re-examining Delphi's and GM's restructuring plans to provide equity of sacrifice across all stakeholders.

I am looking forward to your continued involvement in obtaining a successful outcome!

Regards,

*[signature]*

Evelyn L. Jester
2441 Fenton Creek Lane
Fenton, MI 48430
810-750-3410