July 3, 2009
Page 4

Cc:     Representative Dave Camp
        Representative John Conyers, Jr.
        Representative John Dingell
        Representative Vernon Ehlers
        Representative Pete Hoekstra
        Representative Carolyn Kilpatrick
        Representative Sander Levin
        Representative Thaddeus McCotter
        Representative Candice Miller
        Representative Gary Peters
        Representative Mike Rogers
        Representative Mark Schauer
        Representative Bart Stupak
        Representative Fred Upton