SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
    In re                               :    Chapter 11
:
DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
:
:    (Jointly Administered)
               Debtors.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JULY 10, 2009 NOTICE OF FILING OF NOTICES OF ASSUMPTION AND
ASSIGNMENT WITH RESPECT TO CERTAIN EXECUTORY CONTRACTS OR
UNEXPIRED LEASES TO BE ASSUMED AND ASSIGNED TO GM COMPONENTS
HOLDINGS, LLC OR STEERING SOLUTIONS SERVICES CORPORATION, AS
<u>APPLICABLE, UNDER MODIFIED PLAN OF REORGANIZATION</u>

("JULY 10, 2009 NOTICE OF FILING GM ASSUMPTION AND ASSIGNMENT NOTICES")

1. On June 16, 2009, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), filed the First Amended Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (As Modified) (the "Modified Plan") (Docket No. 17030).

2. On the same date, the Debtors also filed the Supplement To First Amended Disclosure Statement With Respect To First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (As Modified) (Docket No. 17031).

3. Also on June 16, 2009, the Court entered the Order (A)(I) Approving Modifications To Debtors' First Amended Plan Of Reorganization (As Modified) And Related Disclosures And Voting Procedures And (II) Setting Final Hearing Date to Consider Modifications to Confirmed First Amended Plan Of Reorganization And (B) Setting Administrative Expense Claims Bar Date And Alternative Transaction Hearing Date (Docket No. 17032) (the "Modification Procedures Order").

4. Paragraph 35 of the Modification Procedures Order requires that the Debtors file a notice (the "GM Assumption and Assignment Notice") identifying GM Components Holdings, LLC as the party to which the Debtors' would assign all of their rights, title, and interests in certain executory contracts and unexpired leases (the "GM Assumed Contracts"). In compliance with paragraph 35 of the Modification Procedures Order, the Debtors have today filed the GM Assumption and Assignment Notice identifying GM Components Holdings, LLC and Steering Solutions Services Corporation, as applicable, as the parties to which the Debtors' would assign all of their rights, title, and interests in the GM Assumed Contracts. A copy of the

GM Assumption and Assignment Notice, with accompanying schedules, is attached hereto as Exhibit A.

Dated:  New York, New York
        July 10, 2009

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
        By:  /s/ John Wm. Butler, Jr.
            John Wm. Butler, Jr.
            Ron E. Meisler
        155 North Wacker Drive
        Chicago, Illinois 60606
        (312) 407-0700

            – and –

        By:  /s/ Kayalyn A. Marafioti
            Kayalyn A. Marafioti
        Four Times Square
        New York, New York 10036
        (212) 735-3000

        Attorneys for Delphi Corporation, et al.,
          Debtors and Debtors-in-Possession