June 22, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610

Reference case # 05-44481

SUBJECT:  FURTHER OBJECTION TO DELPHI'S MODIFIED PLAN OF REORGANIZATION UNTIL EXHIBIT 7.11 MANAGEMENT COMPENSATION PLAN SHARED WITH COURT, OTHER CREDITORS AND RETIREES

Dear Judge Drain:

As a retired Delphi Salary Employee, I applaud the court's recognition of an unfair plan and requiring Delphi to look at other options.

As initially structured, the plan only benefits a few Delphi Senior Executives, General Motors, the UAW and Platinum Equity. It is totally at the expense of Delphi creditors, "Non-UAW" hourly workers, the retired salary employees and the American taxpayer. Also, It is clear that this deal is being brokered by the US Treasury.

The UAW will continue under the GM umbrella for pensions and benefits, which are being financed by the US Government. GM is receiving viable, ongoing revenue producing plants at no cost other than accepting the UAW pension plans.

Delphi Senior Executives will retain their positions and potentially receive either generous retention or severance bonuses from the new owners. The "Management Compensation Plan, referenced in the Modified Plan and referred to as Exhibit 7.11 **should** be shown in detail prior to finalizing any plan for Delphi to exit bankruptcy. In addition, the compensation to theses executive should be weighed against the sacrifices of all involved.

Platinum Equity would have owned a new Delphi with minimal investment.

Most disturbing is the settlement Delphi is requesting of the PBGC. They have requested that the PBGC drops its right to secured claims and becomes an unsecured claim. This is ludicrous. These claims should be maintained and provide funds to decrease the underfunded position of Delphi's Salaried Retirement Plan. The court will have to address this issue because I am sure that the PBGC will negotiate away its rights because of its unique position in relationship to the US Treasury Department and Tim Geithner, who is brokering the whole GM/ Delphi Process.

I ask the court to please not accept Delphi's modified plan, until Delphi and its partners- GM, the US Treasury, Platinum (or other new owner) and the UAW, back to restructure a deal that is equitable to the "Non-UAW" retirees, salaried retirees, and the creditors.

Best Regards,

James F. Millen
Print Name

_____ 6-25-09
Signature           Date