Case No 05-44481-(RDD)                                    7-3-09

To Whom It May Concern

When I found out Delphi was planning to drop my Health and Life Insurance. I couldn't believe it. After 30 yrs of working for this Company. They showed us we were no more than our clock number. Dedication has only proven one sided. Now they want to take my Serverance package too, why? I sign a Contract and it was promised to me. I had plan to pay off my House. If I had known from the start Delphi would treat me so bad at the end I would have planned differently. Some one, Please have a little Compassion. I object to my Serverance being terminated and I Believe that Serverance payments are Administrative Claims. I object to the June 16th Master Disposition agreement! Article 9.5.11.

Sincerely
Daryl Hendrix