Judge Robert D. Drain

July 4, 2009

United States Bankruptcy Court

One Bowling Green

New York, NY 10004-1408

Courtroom: 610

Reference case # 05-44481

Dear Judge Drain:

I purposefully write to you today, on this nation's Independence Day. As a retired Delphi Salary Employee I strongly object to the recently filed Delphi Modified Plan of Reorganization, and simply cannot allow myself to beleve that such a proposed inequity will be allowed to occur in this great country. As I understand it, Your Honor, the matter is entirely in your hands, and so it is to you that I respectfully address my thoughts.

This plan is structured to only benefit a few Delphi Senior Executives, General Motors, the UAW and Platinum Equity. It is totally at the expense of Delphi creditors, "Non-UAW" hourly workers, the retired salary employees and the American taxpayer. Also, It is clear that this whole deal is being brokered by the US Treasury, with very little transparency and a whole lot of smoke and mirrors.

GM is receiving viable, ongoing revenue producing plants at virtually no cost other than accepting the UAW pension plans... ac ommitment they'd previously made anyway.

Delphi Senior Executives who, frankly, have done little to deserve it, will retain their high-paid positions and potentially receive ridiculously generous retention or severance bonuses from the new owners.

The UAW members working at these plants will continue under the GM umbrella for pensions and benefits, which are being financed by the US Government and we, the American taxpayers. That my tax dollars are being used to subsidize this activity BUT NOT serving my (similar) interests whatsoever is more than merely ironic, it is reprehensible.

Platinum Equity will now own a global company with revenue producing operations that have excellent profit potential and they will pay literally nothing for this. Why are they paying more for the Alcoa AFL unit which is much smaller and has far fewer assets?

I firmly believe that this is truly a liquidation of Delphi thinly disguised as an "emergence." Worst of all, the valuable assets of this company are being given away and the only money left for creditors and retirees will be in the disposition of already closed, nonrevenue producing plants (DPH). I am aware, Your Honor, that your focus is on a successful emergence for Delphi, but PLEASE take the time to consider my opinion and the voices of my thousands of similarly-situated former colleagues, who are being left behind in this so-called emergence.

Perhaps even more disturbing is the settlement Delphi is requesting of the PBGC. As you well know, Your Honor, they have requested that the PBGC drops its right to secured claims and becomes an unsecured claim. This is ludicrous. These claims should be maintained and provide funds to decrease the underfunded position of Delphi's Salaried Retirement Plan. I believe that your Court, Your Honor, will have to address this issue because I am fearful that the PBGC will otherwise negotiate away its rights because of its unique position in relationship to the US Treasury Department and Tim Geithner, who is brokering the whole GM/ Delphi process. I foresee the PBGC bowing to internal Government and Administration pressure to cave in, and in so doing further negatively impact my interests and those of my fellow Salaried retirees.

I ask the Court to please not accept this modified plan, but to send Delphi and its partners- GM, the US Treasury, Platinum and the UAW, back to restructure a deal that is equitable to the "Non-UAW" retirees, salaried retirees, and the creditors. I believe that is the responsibility of the Court and I fervently hope you have the courage to do so.

Sincerely, and hopefully,

*Edward E. Goettl*

Edward E. Goettl

Rio Rancho, New Mexico