July 3, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610

Reference case # 05-44481

Dear Judge Drain:

I am pleading with you to please stop Delphi or any other bidder from stealing our pension.

My husband worked for GM/Delphi for 35 years. Our family was uprooted seven times including the separation from our family and friends we endured when we were sent to West Germany for three years. My husband also had to travel extensively for many of those years. We were also separated sometimes for months at a time during the process of moving from one place to another.

Every time we had to restart our life in a new place we told ourselves that someday when we retired we would be repaid for all the turmoil by having health care and our pension.

How can a company steal the money we put into our pension fund? That is what Delphi and Platinum are asking you to let them do – steal the money we contributed to **our** pension.

We have to pay for our own health care which now does not include vision and dental because of the cost. My husband and I are not on Medicare and I am not old enough to collect Social Security. We need to have our pension. There are so many Delphi retirees who are going to be in financial stress if they do not retain their pension because they have to pay for health care. You can go to the Delphi salaried retiree website and read the blogs. It made me cry.

Please help us.

Thank you.

Sincerely,

Donna vandenBerg