UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────── x

In re                                                  Chapter 11
DELPHI CORPORATION, et al.,                            Case No. 05-44481 (RDD)
                                                       (Jointly Administered)
        Debtors.
────────────────────────────── x

AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                               ) SS:
COUNTY OF NEW YORK )

       Tiffany D. Lewis, being duly sworn, deposes and says:

       I am over 18 years of age, reside in Brooklyn, New York, and am not a party to this action. On July 13, 2009, I served the annexed Preliminary Objection of IUOE Locals and IBEW and IAM to Debtors' Motion for Order Authorizing and Approving Modified Plan of Reorganization on the parties below, by depositing a true copy of same enclosed in a properly addressed wrapper and placing under exclusive care and control of the United Parcel Service for next-day delivery.

To

    <u>Debtors</u>
    Delphi Corporation
    5725 Delphi Drive
    Troy, Michigan 48098
    Att'n: General Counsel

    <u>Counsel for Debtors</u>
    Skadden, Arps, Slate, Meagher & Flom LLP
    333 West Wacker Drive, Suite 2100
    Chicago, Illinois 60606
    Att'n: John Wm. Butler, Jr.

                                                    Tiffany D. Lewis

Sworn to before me this
July 13, 2009

_____
Notary Public

ALICE WEINER
Notary Public, State of New York
No. 4790904
Qualified in New York County
Commission Expires July 31, 200_

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

In re                                                                Chapter 11
DELPHI CORPORATION, et al.,                       Case No. 05-44481 (RDD)
                                                                          (Jointly Administered)
                    Debtors.

———————————————————— x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                       ) SS:
COUNTY OF NEW YORK  )

    Tiffany D. Lewis, being duly sworn, deposes and says:

    I am over 18 years of age, reside in Brooklyn, New York, and am not a party to this action. On July 13, 2009, I served the annexed Preliminary Objection of IUOE Locals and IBEW and IAM to Debtors' Motion for Order Authorizing and Approving Modified Plan of Reorganization on the parties below, by depositing a true copy of same enclosed in a properly addressed wrapper and giving to Breakaway Courier Service for same-day delivery within the State of New York.

To

    Counsel For Debtors
    Skadden, Arps, Slate, Meagher & Flom LLP
    Four Times Square
    New York, New York 10036
    Att'n: Kayalyn A. Marafioti
    Att'n: Gregory W. Fox

    United States Trustee
    The Office of the United States Trustee
    33 Whitehall Street, Suite 2100
    New York, New York 10004
    Att'n: Brian Masumoto

    Counsel For The Creditors' Committee
    Latham & Watkins LLP
    885 Third Avenue
    New York, New York 10022
    Att'n: Robert J. Rosenberg

    Counsel For The Postpetition Lenders
    Davis Polk & Wardwell
    450 Lexington Avenue
    New York, New York 10022
    Att'n: Donald S. Bernstein

Counsel For The Tranche C Collective
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
Att: Richard Mancino

Counsel for The United States Department of Treasury
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Att: John J. Rapisardi

Counsel For The United States Department of Justice
United States Department of Justice
86 Chambers Street, 3rd Floor
New York, NY 10007
Att: Matthew L. Schwartz

Counsel For General Motors Corporation
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Att: Jeffrey L. Tanenbaum

Counsel For Parnassus Holdings II, LLC
Schulte Roth & Zabel, LLP
919 Third Avenue
New York, NY 10022
Att: Adam C. Harris

Tiffany D. Lewis

Sworn to before me this
July 13, 2009

_____
Notary Public

ALICE WEINER
Notary Public, State of New York
No. 4790904
Qualified in New York County
Commission Expires July 31, 2009

2