July 6, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610



Reference case # 05-44481

Dear Judge Drain:

I am writing to strongly object to the recently filed Delphi Modified Plan of Reorganization based on its unfairness to retired Delphi Salary Employees. I retired involuntarily on April 1, 2009, with no knowledge that I may not receive the full pension promised to me in writing at that time.

This plan is structured to only benefit a few Delphi Senior Executives, General Motors, the UAW and Platinum Equity and is totally at the expense of Delphi creditors, "Non-UAW" hourly workers, the retired salary employees and the American taxpayer. Also, It is clear that this whole deal is being unfairly brokered by the US Treasury, with Tim Geithner.

GM is receiving viable, ongoing revenue producing plants at no cost other than accepting the UAW pension plans.

Delphi Senior Executives are retaining their positions and potentially receiving either generous retention or severance bonuses from the new owners.

The UAW will continue under the GM umbrella for pensions and benefits, which are being financed by the US Government. Why the prejudice against the rest of the salaried workforce who also were promised pensions and benefits by GM at one time?

I firmly believe that this is truly a liquidation of Delphi disguised as an "emergence" to protect Delphi Senior Executive "Emergence Bonuses". Worst of all, the valuable assets of this company are being given away and the only money left for creditors and retirees will be in the disposition of already closed, non revenue-producing plants (DPH). Funding of the pension should be a higher priority than giving away the assets as a favor.

Also, why would the PBGC agree to Delphi's proposed settlement and drop its right to secured claims and becomes an unsecured claim? This smells of collusion. These claims should be maintained and serve to decrease the under-funded position of Delphi's Salaried Retirement Plan. The court should address this issue because collusion among the PBGC, the US Treasury Department, and Tim Geithner, (who is brokering the whole GM/ Delphi Process) must be at work to have the PBGC simply eliminate the secured claims. It is this type of lack of checks and balances and profits for only the dealmakers that got us into the whole banking mess in the first place. Please help us put a stop to this type of underhanded deal making.

I ask the court to please not accept this modified plan, but to send Delphi and its partners- GM, the US Treasury, Platinum and the UAW, back to restructure a deal that is equitable to the "Non-UAW" retirees, salaried retirees, and the creditors. This should clearly be the responsibility of the court.

Best Regards,


Richard F. Beckmeyer
9937 King Rd.
Davisburg, Mi. 48350