Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610

5416 Mariner Drive,
Huber Heights,
Ohio 45424.

July 5th, 2009

Reference case # 05-44481

Dear Judge Drain.

I write this letter on behalf of myself and the other Delphi Salaried Retiree's that have found themselves unjustly treated with your judgments in the above referenced case. You have allowed General Motors and Delphi to rape us in a scheme that was hatched many years ago, prior to the splitting of Delphi as a separate entity.

Having worked for General Motors initially for many years, then Delphi after the split, we were forced to sign a form stating that Delphi would have the right to alter or amend the terms of our medical benefits and retirement at any time. Looking back, one can see that this action was carefully thought out by the upper management of both Delphi and General Motors in anticipation of the actions that resulted in both Companies ending up in bankruptcy court. Delphi in concert with General Motors, have used your court to support this unfair action on the Delphi Salaried Retirees.

I am a British immigrant to this country and came here believing that justice could be received by even the lowest levels of society. Now I realize through the decisions made by you and your court in this case depriving the Delphi Salaried workers of their contracted rights, after giving their working days to these corporations and reaching their GOLDEN YEARS, that the courts do not support the working man, but favour the influence of the large Corporations.

I appeal to you Judge Drain, on behalf of myself and my fellow Delphi Salaried Retiree's, to reverse this unjust decision and allow us to have the benefits that we contracted for and worked for. We are not asking for special treatment or consideration, just our God Given rights as promised to us by these ruthless corporations.

Yours Sincerely,

Henry N. Caswell.

Delphi Salaried Retiree.