July 2, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, New York 10004-1408

Reference case# 05-444481

Dear Judge Drain:

As a retired couple whose head of household has spent 38 years working at General Motors in the majority and less with Delphi, I strongly object to the recently filed Delphi Modified Plan of Reorganization.

This plan is unfair to the people who received the least while working for both companies. The union represented and received an undo amount of benefits while those who worked and were loyal to the company as salaried employees received less. Now the scales are still tipped with unfair advantage to those in the upper pay scales and the union again. Remember as you make your decision that each of us has to make a living and that we are forced into taking menial jobs or any job away from the young while "in retirement". We do this as our benefits were taken away and our pensions hang in the balance. The news media makes it sound as if people and lives are expendable. It makes it appear we are not living, breathing human beings, but entities which are very disposable under the word reorganization. Please have Mr. Geithner live under our roof with what is now considered our now spendable income for a while and I think he may approach this difficult problem with a more equitable solution.

Why would you hurt people who worked hard for so many years for their company? The good times the company had were had because of our hard work. Why are some allowed to continue with little change while others, those who have little recourse at our ages to have undo hurt. I am asking for a more equitable solution.

Reorganization is a word that hides an ugly truth. One I fear is to be repeated over and over in America until responsibility becomes a respectable outcome. Where is equality in the judgement? Every group should have to shoulder some of the responsibility not just the groups who don't have the greatest number of lawyers.

I ask the court to not accept this modified plan. Please in your wisdom find a more equitable answer to a difficult problem which was not of our making.

Sincerely,
*Linda and Steve Rudzinski*
The Rudzinski's- real living breathing human beings