United States Bankruptcy Court

Southern District of New York

One Bowling Green

New York,N.Y. 10004-1408


Dear Judge Drain,

  As a salaried retired employee of Delphi I strongly object to the recently Modified Plan of Reorganization in regards to Delphi.

This plan will only benefit a few Delphi Senior Executives,General Motors,the UAW,and Platinum Equity.This is sad commentary in regards to justice,and the equality of sacrifice as mentioned by President Obama.

From this plan GM will receive viable operating plants at minimal cost.The UAW will continue under the GM blanket for pensions and benefits.Whereas salaried retirees will have lost health benefits,life insurance,and pensions being passed to the PBGC at only a 54% funded rate ,which has been allowed to happen over the last 4 years.

I ask you to please not accept this modified plan,and for you to send Delphi,GM,the UAW,the US Treasury,and Platinum back to restructure a plan that is equitable to those salaried retirees and creditors.I feel that the responsibility of the court is to follow the principle of fairness,and equality of sacrifice,and not be rushed into a political solution to satisfy special interests.


Yours truly,

*Robert L. Lastacy*

Robert L. Lastacy

Hudsonville ,Michigan