July 6, 2009

Judge Robert D. Drain

It is REPREHENSIBLE that a US Company like Delphi can encourage salaried Engineers like myself to retire, <u>then</u> announce that they are <u>no longer</u> going to fund their Pensions.

In "Small Claims Courts" they call that "Bait & Switch".

What's it called in the higher courts?

Justifiable? I think NOT!

John W Boyer -
Professional Engineer
2220 Oakwoode Trace
Westfield, In 46074