July 2, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610

Reference case # 05-44481

Dear Judge Drain:

As a retired Delphi Salary Employee I strongly object to the recently filed Delphi Modified Plan of Reorganization.

I started 30 years ago as a GM hourly employee. After about 23 years with the company (and shortly after GM spun off Delphi), the division I worked for was closed and I lost my job. During this time I made the conscious decision to stay with the company <u>specifically for the pension</u> and was fortunate to have secured another position with Delphi. I could have left the company at that time and have been securely and gainfully employed since the job market was much better at that time. However staying with Delphi allowed me to reach my 30 years of service at the Oak Creek plant which closed in 2008. Let me add that in order to reach my 30 years of service, I personally had to purchase and pay for three months of vacation to 'bridge' myself to retirement. Jobs at other locations were not available as openings were given to those who needed more than several months to reach their retirement date. Never mind the fact that UAW employees were GIVEN UP TO A 4 YEAR BRIDGE at no cost to reach their pension dates. I understand the money for this generous benefit and option came from the <u>overfunded</u> UAW pensions – HOW WELL FUNDED WAS THE SALARIED PENSION PLAN WHEN IT WAS SPUN OFF FROM GM??

BOTH UAW AND SALARIED EMPLOYEES WORKED SIDE BY SIDE TO BUILD A PRODUCT – UAW EMPLOYEES GOT PAID FOR EVERY MOMENT WORKED – SALARIED EMPLOYEE'S RARELY RECEIVED OVERTIME PAY AND WERE <u>EXPECTED</u> TO PUT IN 9+ HOURS PER DAY WITH NO EXTRA PAY.

SALARIED EMPLOYEES DID NOT HAVE A JOBS BANK TO SIT AND READ PAPERS ALL DAY FOR PAY. LAYOFF'S WERE ELIMINATED AND IF YOU WERE NOT NEEDED YOU LOST YOUR JOB AND HIT THE STREETS.

SALARIED EMPLOYEES DID WHAT IT TOOK TO GET THE JOB DONE RIGHT BECAUSE KEEPING THEIR JOB MATTERED AND THEIR PAY WAS BASED ON THEIR PERFORMANCE. UAW EMPLOYEES DIDN'T CARE ABOUT THEIR PERFORMANCE BECAUSE THE RAISES AND BENEFITS KEPT COMING IN SPITE OF GOOD OR BAD PERFORMANCE.

SALARIED EMPLOYEES LOST THEIR HEALTH INSURANCE BENEFITS WHILE THE UAW DID NOT.

WHILE PRODUCT VOLUMNS DECREASED AND PROFITABLITY DIMINISHED, SALARIED EMPLOYEES WERE ELIMINATED AND WORKED HARDER WHILE THE UAW REFUSED TO TAKE RESPONSIBILITY OR PROVIDE ANY RELIEF TO THE COMPANY UNTIL BANKRUPSY WAS THE ONLY ALTERNATIVE.

I THINK YOU GET THE PICTURE AND UNDERSTAND THE POINT I'M TRYING TO MAKE.

SALARIED EMPLOYEES ARE A RELATIVELY SMALL GROUP THAT IS <u>BEGGING</u> FOR YOUR HELP. GM CREATED AND PROMISED A PENSION WHEN THEY HIRED ME AND SHOULD BE HELD RESPONSIBLE

FOR THAT OBLIGATION SPECIFICALLY SINCE THEY ARE TAKING THE BEST PARTS OF DELPHI BACK – AND I HELPED MAKE ONE OF THE COMPANIES THEY ARE TAKING BACK PROFITABLE AND DESIRABLE.

HOW CAN A COMPANY DESCRIMINATE AGAINST A SPECIFIC GROUP THAT TRIED TO MAKE THE COMPANY PROFITABLE THROUGH HONERABLE WORK ETHICS AND BENEFIT AND WAGE CUTS, WHILE THE ORGANIZATION THAT DRAGGED THE COMPANY DOWN THE TUBES IS BEING REWARDED WITH BENEFITS AND A PENSION??

BY THE WAY, I AM NOT ANTI-UNION AND I HOPE I DON'T SOUND LIKE I'M WHINNING – MY HUSBAND IS A NOW RETIRED UAW WORKER FROM THE RECENTLY CLOSED JANESVILLE PLANT IN WISCONSIN. WE WORKED SIDE BY SIDE AT THE DELPHI PLANT FOR ABOUT 23 YEARS BEFORE HE WAS AFFORDED THE OPPORTUNITY TO FLOW BACK TO GM– I AM GRATEFUL HIS PENSION AND BENEFITS ARE NOT CURRENTLY JEAPORDIZED. <u>I ASK THAT YOU HELP PROTECT THE SALARIED RETIREES AND PRESERVE WHAT WAS PROMISED, WORKED FOR, AND ARE ENTITLED FOR THE YEARS AND SERVICES RENDERED, JUST LIKE THE UAW HAS DONE FOR THEIR EMPLOYEE'S.</u>

Thank you for taking time to read my plea for help. I'm sure you have the formal template from others which I support, but wanted you to hear my personal story. I'm in my early 50's and am frightened I'll lose a significant part of my pension and we may have difficulty paying the bills. Since we both involuntarily lost our jobs our income has significantly decreased. We do not live 'large' and I've taken the only job I've been offered (in spite of my education and experience) over the past 6 month which pays $9.50 per hour to help offset the income reduction. While grateful for the job, this is at a fraction of my previous pay and the work and is extremely physically taxing for my age. A 'real' job may never materialize again in the manufacturing industry. GM and the other parts of Delphi will recover and become successful and profitable again while those who really bore the brunt of the hardships may never recover.

PLEASE DO NOT LET THE COMPANIES OFF THE HOOK.

HELP THE SALARIED RETIREES RETAIN OUR PENSIONS.

<u>WE NEED A HERO!</u>

I ask the court to please not accept this modified plan, but to <u>send Delphi and its partners- GM, the US Treasury, Platinum and the UAW, back to restructure a deal that is equitable to the "Non-UAW" retirees, salaried retirees, and the creditors. I believe that is the responsibility of the court.</u>

Best regards and thank you in advance for your help.

*Lynn Muza* [signature]

Lynn Muza

149 49th street

Caledonia, WI  53108