July 7, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610



Reference case #05-44481

Dear Judge Drain:

As a retired Delphi Salaried Employee, I strongly object to the recently filed Delphi Modified Plan of Reorganization.

I had worked for GM/Delphi for 30 years (the majority with GM) and my job was eliminated, so I transitioned to retirement counting on the benefits that had been offered to me throughout my career.

Then in March, the Delphi Salaried Retirees were told Delphi would no longer pay any portion of our health care. Quite a blow, especially with a family member with pre-existing conditions. Delphi then offered health care options through them paid entirely by me. As we were trying to adjust to that change, we now find out that Delphi wants to send my pension, my lifeline, to the PBGC and requested that the PBGC drop its right to secured claims to become an unsecured claim. Everyone knows the dramatic drop in pension benefits this will cause the once "revered" salaried retirees.

During my thirty years of service with GM/Delphi, there were many economic downturns that affected the value of my salary as well as benefit costs. But I remained loyal to the company and never complained about not receiving a raise for a few years or paying an increase in my portion of health care.

We are now in an economic downturn of great magnitude and I understand that changes need to be made. But it is very difficult to stand by and see the Delphi Salaried Retirees taking such a huge hit. Delphi Hourly Retirees are going to be covered under the GM umbrella. We worked side by side with these workers – same locations – same projects and add to that most of our careers were spent working for GM with GM funding our pensions. Now those funds are being diverted to someone or something else instead of which it was intended – the salaried retirees who faithfully worked 30 years or more for their reward.

There are many resources we have to guide our decision making. One way is to hold to God's laws that leave no doubts about the importance of treating people fairly through the Ten Commandments and the many examples Jesus taught through parables. Another is through the laws and courts of our land, which are the conduit through which every citizen should be able to depend upon to be treated fairly.

Honorable Judge Drain, you are witness to the treatment that the Delphi Salaried Retirees are receiving. You are the one to whom we are directing our hope for someone to review these hasty decisions and look at the whole picture that glaringly exhibits unfair decisions against the Delphi Salaried Retirees.

I respect the role you have in weighing these matters that will impact the lives of so many. My family prays that you will contemplate if all of the "workers of the vineyard" are getting treated equally. No one will be immune from the effects of the decisions of your court, from those executives that formulated this plan, the lawyers, judges as well as the retirees – their families and communities; whether it is a physical or emotional impact or one that weighs on a conscience.

We hope that if the waters become too muddy from so much information that you will know where to turn to make them clear again.

Thank you for your consideration of my thoughts and concerns.

Respectfully,

*John E Freeman*

John E. Freeman
Delphi Salaried Retiree