July 7, 2009

In regards to: Objection to Master Disposition Agreement, Article 9.5.11; Severance Payments

Honorable Robert D. Drain
Case Number 05-44481 (RDD)
United States Bankruptcy Judge - Southern District of NY
One Bowling Green
New York, NY 10004-1408
MDA Date: June 16th, 2009

Honorable Robert D. Drain,

SUBJECT: OBJECTION TO MASTER DISPOSITION AGREEMENT, ARTICLE 9.5.11; SEVERANCE PAYMENTS

I am objecting to the discontinuing of Severance Payments Delphi Corporation and Platinum are requesting per article 9.5.11 of the Master Disposition Agreement, MDA.

When released from Delphi's employment as an Electrical Engineer for twenty-six years, a severance contract or separation agreement was issued. The agreement states I personally will receive severance payments for six months starting May 1st, 2009 and ending October 31st, 2009. I waived certain rights to receive these payments.

The contract was entered into <u>during</u> bankruptcy which is now a contract liability not a Delphi benefit. I have a valid / binding / legal contract and expect it to be honored.

Also, I believe severance payments are Administrative Claims and will be filing an Administrative Expense Claim Form with the courts.

Respectfully,


Mrs. Kimberly A.G. Haley
Electrical Engineer
Formally of Delphi Corporation



RECEIVED
JUL 1 3 2009
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK