705 S Linwood Beach Rd
Linwood, MI 48634
July 7, 2009

The Honorable Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408



RECEIVED JUL 1 3 2009 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

Reference case # **05-44481**

Dear Judge Drain:

I object to the Delphi Modified Plan of Reorganization and First Amended Plan of Reorganization.

I object to the settlement that Delphi is requesting of the PBGC regarding the Delphi Salaried Retirement Program. They have requested that the PBGC drop its right to secured claims and becomes an unsecured claim. These claims should be maintained to provide funds to decrease the underfunded position of Delphi's Salaried Retirement Plan. The court will have to address this issue since the current and future retirees of Delphi have no other advocates and they have already been treated unfairly in this bankruptcy case.

Delphi Senior Executives will receive generous emergence bonuses from Delphi. Delphi's most recently filed 10-K outlines very generous compensation packages for the "Named Executives." This includes a new SERP for the executives; this comes after Delphi has eliminated all SERP benefits for current executive employees and the Delphi proposal to walk away from their obligation to current salaried retirees and turn over the Salaried Retirement Program to the PBCG, an action that will cause economic hardship on the retirees (the same employees who recently lost their health, dental, and vision insurance and the Delphi provided life insurance which the employees earned during their employment with GM and Delphi). The 10-K also outlines generous change in control benefits for named executive officers; the following is taken from the Form 10-K:

> The aggregate values of the change in control with continued employment for our named executive officers are: Mr. O'Neal: $48,077,643; Mr. Sheehan: $4,048,975; Mr. Weber: $18,591,864; Mr. Pirtle: $15,038,379; and Mr. Bertrand: $15,205,777. Additional change in control payments and benefits are payable to a participant who ceases to be employed during the three years following a change in control under any of the following circumstances:

Delphi Senior Executives will also receive generous salary and benefits from Platinum Equity/Parnassus. The Management Compensation Plan (Exhibit 7.11) in the July 2, 2009

Notice of Filing (Docket # 17557) is not described well in the Notice of Filing, but it does state that Parnassus will take actions to provide a compensation plan that will "...in the aggregate provide substantially similar economic benefits to the applicable directors, officers and employees as they currently exist under existing agreements and policies with respect to Delphi's directors, officers and employees...".

The court should not forget that Platinum Equity is the parent of Steering Solutions Corporation that agreed to purchase the Steering Business from Delphi (see "Steering Sale Motion, Docket #11390). Another company, Steering Holding LLC, a subsidiary of Sun Capital Partners, submitted an offer to purchase the Steering Business (Docket #11480). The following is taken from Docket #11480:

> 2. Steering Holding, LLC submits that the $1.00 cash portion of the Steering Solutions bid does not justify a combined Break-Up Fee and Expense Reimbursement of $8 million and thus such bid should not be approved as the stalking horse bid. Rather, Steering Holding, LLC hereby submits its own bid, <u>identical</u> to the bid of Steering Solutions -- except with (i) a $3 million Break-Up Fee (i.e., $3 million <u>less</u> than Steering Solutions), (ii) a $1 million Expense Reimbursement (i.e., $1 million <u>less</u> than Steering Solutions), and (iii) a cash payment to the estates of $10 million at closing (i.e., $10 million <u>more</u> than Steering Solutions).

Both Delphi (Docket #11543) and Platinum Equity (Docket #11544) filed replies and supported a sale to Platinum Equity. The Limited Response of Steering Holdings, LLC was denied by the court. After this, the pending sale lingered for many months and eventually Platinum Equity did not consummate the sale.

I ask the court to reject the Delphi Modified Plan of Reorganization and First Amended Plan of Reorganization.

*Richard A. Devers* (signature)

Richard A. Devers