July 7, 2009

Honorable Robert D Drain
Case Number 05-44481 (RDD)
United States Bankruptcy Judge - Southern District of NY
One Bowling Green
New York, NY 10004-1408

Subject: Case Number 05-44481 (RDD); Objection to Delphi Revised MDA June 16th

Honorable Judge Drain,

With all due respect, I object to the Delphi June 16, 2009 Master Disposition Agreement, Article 9.5.11. This article declares that severance payments will be terminated upon the Delphi closing date (emergence date).

Per my understanding these severance payments are administrative claims, and as such I have filed a claim with the court. My rational is as follows:

- I have a legal, enforceable contract entered into during bankruptcy proceedings which has been fullfilled by myself
- I waived certain rights via the Release of Claims to receive said severance payments
- My severance payments are a contract liability

Since I have a legal binding contract, I request that the court honor said contract.

My severance payments were to be used by myself to help relocate home from Asia, to retrain, and to find new employement (Delphi offered me no job in the US). Since I have already lost health care and the cost of these payments are low to Delphi, it is legally fair and reasonable to request that my contract be honored.

With all due respect, I request your help.

Gregory R Ritzke



RECEIVED
JUL 1 3 2009
U.S. BANKRUPTCY
SO. DIST. OF NY