July 7, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610



Reference case # 05-44481

Dear Honorable Drain:

First, thank you in advance for taking the time to read my letter. My name is Ericka Zeballos and my father, Tim Mullett, is a Delphi Salary Retiree. I am writing to you today in hopes to make a difference in some way in my parent's future. My father has worked long and hard for GM for 30 years and Delphi for 10. He has lost his healthcare, vision, dental and life insurance. He has been told by Delphi he will also lose his severance which he was forced to sign a contract to get. The Delphi salary people deserve "fair and equal treatment." If their executives are unwilling to protect their salaried workers' pensions, I beg the court to. My father has always taught my brothers and I the importance of loyalty not only through his words but by his actions. He has been faithful to GM and Delphi. I feel they need to hold up their end now that the shoe is on the other foot. I know also that "sometimes life just isn't fair" but I am not willing to accept this in this situation. I am not willing to say "oh well, what can you do". I am not a cynical person and I know there is an equitable and fair solution to all of this. It is completely unjust for a company to abandon the people that have shown them such loyalty. The UAW protects the people that work hourly, the executives are able to protect themselves, and the people that are salaried are lost in the mess left to "hope for the best". It saddens me deeply to watch how greatly this has affected my dad and mom. At a time in my dad's life when he should finally be able to sit back and not worry about his financial future, he is doing nothing but worrying. He has done what most people would believe is more than enough to have a secure future and enjoy his retirement. I hope to instill in my children the same values my parents have instilled in us. I hope and pray that the values my parents have lived by prove to be the right ones.

I strongly object to the recently filed Delphi Modified Plan of Reorganization.

It leaves 15,000 Delphi Salary Retirees out in the cold by allowing Delphi to push their Pensions to the PBGC.

I beg of you to reject the Delphi Modified Reorganization Plan and send Delphi and its partners, GM, the US Treasury, Platinum and the UAW, back to restructure a deal that is equitable to the "Non-UAW" retirees, salaried retirees, and the creditors.

Thank you again for your time!

Best Regards,

*[signature]*

Ericka Zeballos