July 6, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610



Fax 202-326-4016 or 202-326-4042

Reference case # 05-44481

Dear Judge Drain:

As a retired Delphi Salary Employee I strongly object to the recently filed Delphi Modified Plan of Reorganization.

This plan is structured to only benefit a few Delphi Senior Executives, General Motors, the UAW and Platinum Equity. It unfairly treats Delphi creditors, the retired salary employees, "Non-UAW" hourly workers, and the American taxpayers.

Delphi Senior Executives keep their positions and potentially can receive a generous retention or severance bonus from the new owners.

GM is receiving viable, ongoing revenue producing plants at no cost other than accepting the UAW pension plans.

The UAW will continue under the GM umbrella for pensions and benefits, which are being financed by the US Government.

Platinum Equity will now own a company with revenue producing operations that have excellent profit potential. Why is Delphi's value less than that of Alcoa AFL which is significantly smaller and with much less in assets?

I understand that this is truly a liquidation of Delphi - disguised as an "emergence." Worst of all, once the valuable assets of Delphi are channeled away, the only resources left for creditors and retirees will be in the disposition of already closed, nonrevenue producing plants (DPH).

And particularly vexing is the settlement status that I understand Delphi has requested for the PBGC claims if the retiree pensions are passed to this agency. These creditor claims should be maintained with a secured status priority in order to provide the expected funds for Delphi's Salaried Retirement Plan. The court must be vigilant about this treatment because of the unique relationship that the PBGC has with the US Treasury Department and Tim Geithner, who is brokering the whole GM/ Delphi Process. And I hope the court is representing the US taxpayers – to guard against misuse of PBGC resources. The court record must be without prejudice, with all vested interests properly represented, and with equitable judgments.

I ask the court to please not accept this modified plan, but to send Delphi and its partners in bankruptcy - GM, the US Treasury, Platinum and the UAW, back to restructure a deal that is equitable - especially including the "non-UAW" retirees and salaried retirees appropriately. I believe that this is the responsibility of your court.

Sincerely,

*Robert R. Saviers*

Robert Saviers
GM employee 1971 – 1999
Delphi employee 2000 – 2008
Retired 1-1-2009