July 3, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610

Reference case # 05-44481

Dear Judge Drain:

As a retired Delphi Salary Employee who worked for General Motors for 34 years 3 months and for Delphi Corporation only 2 years 3 months, I strongly object to the recently filed Delphi Modified Plan of Reorganization.

GM is receiving Delphi plants at no cost other than accepting the UAW pension plans. I worked my whole career for Delco Electronics in Kokomo, Indiana, in Human Resources, Hourly Payroll and Hourly Benefits supporting the manufacturing operations. Therefore, I do not understand why my Salaried Retirement Plan may be turned over to the PBGC whereas the UAW retirees for Delco Electronics will continue under the GM umbrella for pensions and benefits.

I understand that GM's Salaried Pension plan is adequately funded to bring the limited number of currently salaried retirees into that plan.

I ask the court to restructure the Delphi Modified Plan of Reorganization to be equitable to the salaried retirees who worked the vast majority of their careers for General Motors.

Sincerely,

*Alice Gollner*

Alice Gollner
316 West Monroe
Kokomo, In 46901