July 5, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610

Reference case # 05-44481

Dear Judge Drain:

As a retired Delphi Salary Employee I strongly object to the recently filed Delphi Modified Plan of Reorganization.

Most disturbing is the settlement Delphi is requesting that the PBGC drops its right to secured claims and becomes an unsecured claim. This is immoral. These claims should be maintained and provide funds to decrease the underfunded position of Delphi's Salaried Retirement Plan. The court will have to address this issue because I am sure that the PBGC will negotiate away its rights because of its unique position in relationship to the US Treasury Department and Tim Geithner, who is brokering the whole GM/Delphi Process.

It is totally unfair that Delphi salaried retirees' pension will be terminated while Delphi hourly employees will have their pensions funded by General Motors. I had worked over 30 years for General Motors. The Delphi salaried retirees have been singled out for unethical treatment in the Delphi bankruptcy process.

I ask the court to please not accept this modified plan, but to send Delphi and its partners- GM, the US Treasury, Platinum and the UAW, back to restructure a deal that is equitable to the "Non-UAW" retirees, salaried retirees, and the creditors. I believe that is the responsibility of the court.

Best Regards,

James Donavon
Dayton, OH 45458

Honorable Judge Drain,
Please help us Delphi Salaried Retirees! Please!
Thank you!