July 3, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610

In re: # 05-44481

Dear Judge Drain:

As a salaried retiree from Delphi Corporation, I'm part of a group that it appears will be getting the short end of the recently filed Delphi Modified Plan of Reorganization.  Our pensions are to be dumped off on the PBGC which will reportedly result in a loss to us estimated at from 30 to 70%.  At the same time, UAW workers will be fully protected, and their benefits will revert back to GM. That is hardly fair to salaried retirees who have every bit as much credited service time with GM as they do.  In my case, I retired with 47 years, 42 of which were with GM. During all of this time, I worked for the money-making division, namely Delco Electronics, Kokomo, IN, and this is the part of Delphi I understand is most wanted by GM.

No, this reorganization plan seems to be designed to benefit very select groups at the expense of others, and I ask that you reject it on the basis that it is not fair and equitable to all Delphi creditors.

As you probably know, the effects of the economic downturn has been quite severe on this community. Unemployment here is close to 20%.  Quite a few Delphi salaried retirees live in this area, and severe reductions in our pensions will have definite impact here.  If this does happen, some might want to move to less expensive housing, but since I already see about half a dozen homes for sale near me here in this rural part of the Kokomo area and which have been on the market now for two or more years, that choice is not really available to us.

Your court has the opportunity to reject the unfair settlement that has been proposed, and I hope you see that as your responsibility.

Yours sincerely,

*Thomas V. Cornell*

Thomas V. Cornell
3631 N. 900 E
Greentown, IN 46936