7/7/09

HONORABLE JUDGE DRAIN

Please REQUIRE Delphi to TREAT ALL Employes EQUALLY. ADDITIONALLY DO NOT Let Delphi AND GM AND PAR MESSIS PLAY their UNDERHANDED SNEAKY GAMES AT the STAKE of US SHARE HOLDERS. Delphi MUST Be made to TREAT SALARIED Employes By the Same FAIRNESS they ARE FORCED by the UNIONS to TREAT HOURLY Employes. Thank You.

Sincerely
NORMAN R. Wolcott
Norman R Wolcott
8670 Telegraph Rd
Gasport NY 14067

716-772-2877