July 5, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610

Reference Case # 05-44481

Dear Judge Drain:

I was a salaried employee of General Motors for 33 years. Three months before my retirement, GM transferred me to Delphi. When I retired, I did not receive a buyout. Also, I did not participate in a 401K program. I did have company stock, which was to be my nest egg for my retirement years. Due to the bankruptcy, all of that was lost and that was my only investment resource. My wife and I live on my modest pension and social security out of which we pay our healthcare and life insurance. We lead a very modest lifestyle. We shop at discount stores and do not dine out or take vacations. A reduction, in my pension, or worse, yet, the loss of it, would be catastrophic. This bankruptcy process is wreaking havoc on the health of my wife and me.

I strongly object to the recently filed Delphi Modified Plan of Reorganization because it completely disregards the welfare of the "Non-UAW" retirees and salaried retirees.

I implore the court to please not accept the Modified Plan of Reorganization but to send Delphi and its partners – GM, the US Treasury, Platinum and the UAW back to restructure a deal that is equitable to the "Non-UAW" retirees, salaried retirees, and the creditors.

Sincerely,

*Eugene A Pawelak*

Eugene A. Pawelak
231 Third Street NW
Naples, FL 34120
239-352-6428