FAX000208

**DENNIS L. CHAPPELL**
**104 WHIPPOORWILL DRIVE**
**MONROE, LOUISIANA 71203**

318-345-1593 = HOME PHONE
318-345-1171 = HOME FAX
VDC4344@AOL.COM = EMAIL



# Fax

| Fax: | 202-326-4016 | Pages: | This Cover + 1 Sheet |
|---|---|---|---|
| Phone: | N/A | Date: | 7/2/2009 |
| Re: | Delphi Modified Plan of Reorganization | CC: | None |

Dear Judge Drain:

I trust your staff to put this on your desk. Please take the time to at least read this cover sheet.

I am attaching a more formal letter strongly objecting to the recently filed Delphi Modified Plan of Reorganization. I have read a very large portion of the letters you have received regarding the Delphi bankruptcy and they have been appropriately polite and respectful of your position. However, I am making a plea to you via this fax cover sheet and saying what is probably more representative of true feelings.

As you determine your eventual ruling, please consider your personal life as a father and head of a family. What decision would you expect from the law to protect your personal retirement funding after a lifetime of planning and promises from your employer?

Like so many others, I too worked my lifetime as a dedicated and loyal employee for General Motors and Delphi. My career started with General Motors in 1966 in Anderson, IN and I retired from Delphi in 2001 in South Korea. As a leader in our company, I have seen the majority of all salaried employees put GM/Delphi before family and personal desires time after time. Delphi is now planning to walk away from the very people that were truly dedicated and made the company run on a daily basis. Make no mistake, GM/Delphi made verbal promises and provided pension and lifetime health care benefit documents throughout my career. They retained my employment partly based on those expectations. To say they did not is dishonest.

Judge, sir, you cannot as a man and legal authority representing the law allow Delphi to continue to steal from the salaried employees. It is one of the most unethical, political, and in my view "criminal" situations I have ever experienced. The loss of our full pension protection is clearly discriminatory in this case. Personally, assault and robbery at gun point would not make me feel any worse than the treatment I have received from Delphi throughout this bankruptcy proceeding. I do not deserve the loss of my health benefits & SERP! Now the pension reduction? Please, give me a break.

I strongly urge you to be a man -- Stand up -- DO THE RIGHT THING! Your family, friends and Delphi salaried employees will be proud of you. You will also be proud of yourself!

Dennis L. Chappell

July 2, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610

Reference case # 05-44481

Dear Judge Drain:

As a retired Delphi Salary Employee I strongly object to the recently filed Delphi Modified Plan of Reorganization.

This plan is structured to only benefit a few Delphi Senior Executives, General Motors, the UAW and Platinum Equity. It is totally at the expense of Delphi creditors, "Non-UAW" hourly workers, the retired salary employees and the American taxpayer. Also, It is clear that this whole deal is being brokered by the US Treasury, with Tim Geithner.

GM is receiving viable, ongoing revenue producing plants at no cost other than accepting the UAW pension plans.

Delphi Senior Executives will retain their positions and potentially receive either generous retention or severance bonuses from the new owners.

The UAW will continue under the GM umbrella for pensions and benefits, which are being financed by the US Government.

Platinum Equity will now own a company with revenue producing operations that have excellent profit potential and they will pay literally nothing for this. Why are they paying more for the Alcoa AFL unit which is much smaller and has far fewer assets?

I firmly believe that this is truly a liquidation of Delphi thinly disguised as an "emergence." Worst of all, the valuable assets of this company are being given away and the only money left for creditors and retirees will be in the disposition of already closed, nonrevenue producing plants (DPH).

Perhaps even more disturbing, is the settlement Delphi is requesting of the PBGC. They have requested that the PBGC drops its right to secured claims and becomes an unsecured claim. This is ludicrous. These claims should be maintained and provide funds to decrease the underfunded position of Delphi's Salaried Retirement Plan. The court will have to address this issue because I am sure that the PBGC will negotiate away its rights because of its unique position in relationship to the US Treasury Department and Tim Geithner, who is brokering the whole GM/ Delphi Process.

I ask the court to please not accept this modified plan, but to send Delphi and its partners- GM, the US Treasury, Platinum and the UAW, back to restructure a deal that is equitable to the "Non-UAW" retirees, salaried retirees, and the creditors. I believe that is the responsibility of the court.

Best Regards,

Dennis L. Chappell,
Delphi Salaried Retiree

104 Whippoorwill Drive
Monroe, LA 71203
318-345-1593