July 08, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, N.Y. 10004-1408
Courtroom 610



Reference Case # 05-44481

Dear Judge Drain:

As a retired Delphi salaried employee with 35 years of GM service, I must object to the recently filed modified plan of reorganization. The plan seems to be highly prejudicial in the suffering and benefits to the participants. The UAW workers with far less General Motors time than my service are granted protection of health care and pension under the GM umbrella, which is at taxpayer expense.

The Delphi pension position appears totally unreasonable. As I understand, the request is to never fund the salary portion, and expect that the PBGC will drop its secured claim. Without a secured claim, there is negligible chance of refunding. The move behind the move seems obvious and unfair.

I have already experienced the pain of several eliminations including SERP, life insurance, health care, dental, and vision. I was not afforded the opportunity to continue my GM career, just like so many of the highest rated salary employees. Although the legal writing covers the loss of so much, believe me that the accompanying words were that we had nothing to fear with an assignment to Delphi. We would be treated as fairly as we had been at GM. Much was said about team and it was always preached that our success and failures would be shared by all stakeholders. This proposal and previous actions are to the contrary.

Although past actions are regrettable, I recognize them to be over. The action which is now requested is simply to require funding and viability of the salary pension trust fund.

Very truly yours,

John F. Wiechart