July 7, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610

RECEIVED JUL 13 2009 USBC-SDNY

Reference case # 05-44481

Dear Judge Drain:

I am writing this letter to you because I strongly object to the recently filed Delphi Modified Plan of Reorganization.

This plan is structured to only benefit a select few, namely Delphi senior executives, General Motors, the UAW, and certain investors. It is totally at the expense of Delphi creditors, non-UAW hourly workers, Delphi salaried workers, and the American taxpayers.

What is totally baffling to me is the boldness of this plan. It is quite obvious that the plan is structured to provide benefits/recovery for a select few groups, completely at the expense of others. One can come to no other conclusion except there is a political payoff in action. For example, the plan requests that the PBGC drop its right to secured claim status, and accept the status of unsecured claims. In my opinion, while this may not be a criminal act (I have no legal training), at the least it is morally reprehensible and completely against all ideals and values of our great country.

Fairness apparently is not even a consideration in the Delphi plan. What would be fair? Fairness would be to treat all groups equally. Some months ago, the retired Delphi salaried folks lost their health care. Under the new Delphi Modified Plan of Reorganization, the retired salaried employees will see their pensions turned over to the PGGC. If that happens, without a doubt our pensions will be reduced dramatically, reportedly up to 67% (depending upon age, retirement date, and other factors). The IUE hourly employees will also lose their health care, and the status of their pensions is not yet clear to me. However, the UAW employees will see their pensions kept intact, along with their health care.

I would propose that the money that is slated to fund the UAW health care instead be spent to fully fund the IUE pensions, the USW pensions, the Delphi salaried pensions, and the UAW pensions. This would be a fair treatment of all groups.

I am asking the court to treat all groups equally, particularly the Delphi salaried employees. This will go a long ways towards restoring my personal faith in the American way.

Thank you,
Mark Unger

*Mark Unger*