**Fred Koos, PE, PMP**
49564 Duke Vodrey Road, East Liverpool, OH 43920
Home phone: (330) 385-4303 * Mobile Phone: (330) 383-3001 * FredBKoos@IEEE.org



Honorable Robert D. Drain
Docket Number 05-44481 (RDD)
United States Bankruptcy Judge - Southern District of NY
One Bowling Green
New York, NY 10004 -1408
FAX: 914-390-4073 (White Plains, NY)

Subject: Objection to the June 1, 2009 Master Disposition Agreement, Article 9.5.11, Docket Number 05-44481 (RDD)

Dear Honorable Robert D. Drain:

In a time when our country greatly needs technology workers, it is counterproductive and dishonest to void separation contracts to engineers made by Delphi Corporation while in Chapter 11. I honored my duties under my separation contract. Delphi has indicated that they do not plan to honor their side of this contract.

I had been told that I was a valued top performer so I stayed with Delphi working long and hard to improve the performance of our new product development. Knowing that there would be a severance enabled me to stay longer with Delphi to help this great American company. I worked for GM and Delphi for 20 years. Now it seems that Delphi wants to break their severance contract with me and other technology workers who risked their finances to stay with Delphi as long as possible. I expect Delphi to honor their contract with me and pay the full amount of severance in our contract.

Please do not allow Delphi to cutoff their severance to the engineers who worked hard to keep Delphi running with limited resources, long hours, and less pay than the market wages for our skills.

Sincerely,

Frederic B. Koos