July 6, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610
Reference case # 05-44481

RECEIVED
JUL 13 2009
USBC-SDNY
RDD

Dear Judge Drain:

As a retired Delphi Salary Employee I strongly object to the recently filed Delphi Modified Plan of Reorganization.

This plan is structured to only benefit a few Delphi Senior Executives, General Motors, the UAW and Platinum Equity. It is totally at the expense of Delphi creditors, "Non-UAW" hourly workers, the retired salary employees and the American taxpayer. Also, it is becoming clear that this plan is being brokered by the US Treasury, with Tim Geithner.

If this plan is to help the US economy and restore financial and operating success to Delphi then why haven't we heard discussions about only temporarily suspending some of the benefit and insurance plans to the retirees? Then, as Delphi returns to profitability, the benefits that were always part of the employee's package would be returned in some measured sequence. Would that not be fair and equitable and maybe ground breaking???

I, along with many others, would appreciate hearing your response to this idea.

GM is receiving viable, ongoing revenue producing plants at no cost other than accepting the UAW pension plans. Delphi Senior Executives will retain their positions and potentially receive either generous retention or severance bonuses from the new owners. The UAW will continue under the GM umbrella for pensions and benefits, which are being financed by the US Government.

Platinum Equity will now own a company with revenue producing operations that have excellent profit potential and they will pay very little for this. Why are they paying more for the Alcoa AFL unit which is much smaller and has far fewer assets?

Many of us firmly believe that this is truly a liquidation of Delphi thinly disguised as an "emergence." Worst of all, the valuable assets of this company are being given away and the only money left for creditors and retirees will be in the disposition of already closed, nonrevenue producing plants (DPH).

Also disturbing, is the settlement Delphi is requesting of the PBGC. They have requested that the PBGC drop its right to secured claims and become an unsecured claim. This is ludicrous. These claims should be maintained and provide funds to decrease the underfunded position of Delphi's Salaried Retirement Plan. The court will have to address this issue because I am sure that the PBGC will negotiate away its rights because of its unique position in relationship to the US Treasury Department and Tim Geithner, who seems to be brokering the entire GM/ Delphi Process.

I, along with many others, ask the court to please not accept this modified plan, but to send Delphi and its partners- GM, the US Treasury, Platinum and the UAW, back to restructure a deal that is equitable to the "Non-UAW" retirees, salaried retirees, and the creditors. I believe that is the responsibility of the court.

Regards,

L. Thomas Gaines, Retired Manager of North American Logistics – Corp. Staff
10880 Crooked River Road #202, Bonita Springs, FL 34135