July 6, 2009



Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610

Reference case # 05-44481

Dear Judge Drain:
    I had been an employee of GM for approximately 30 years prior to the spin-off of Delphi. When Delphi became a stand-alone company, I as well as many other salaried employees had no choice in what company they would be placed with (Delphi or GM). Once working for Delphi, the phrase "Our employees are our most important asset" became the integral part of all the Delphi work philosophy. Now that financial times struggles have impacted Delphi, the phrase that was to be a mode of operation seems as though it was just rhetoric. Having been a very loyal employee of GM for 30 years and then Delphi for an additional 4+ years, I would expect that there should be some reciprocal loyalty from the companies. If Delphi cannot meet the requirements for the salary retirees, then the salary retirees should 'flow back' to GM as the plan has been defined for the union retirees. The impact of allowing the salaried retirees in this case to be handed to the PBGC would be devastating to many if not all of the retirees, many of whom retired early at significant reductions of pensions.
    As a retired Delphi Salary Employee I strongly object to the recently filed Delphi Modified Plan of Reorganization.
This plan is structured to only benefit a few Delphi Senior Executives, General Motors, the UAW and Platinum Equity. It is totally at the expense of Delphi creditors, "Non-UAW" hourly workers, the retired salary employees and the American taxpayer.
    GM is receiving viable, ongoing revenue producing plants at no cost other than accepting the UAW pension plans. Delphi Senior Executives will retain their positions and potentially receive either generous retention or severance bonus' from the new owners.
    The UAW will continue under the GM umbrella for pensions and benefits, which are being financed by the US Government.
    Platinum Equity will now own a company with revenue producing operations that have excellent profit potential and they will pay literally nothing for this. Why are they paying more for the Alcoa AFL unit which is much smaller and has far fewer assets?
    I firmly believe that this is truly a liquidation of Delphi thinly disguised as an "emergence." Worst of all, the valuable assets of this company are being given away and the only money left for creditors and retirees will be in the disposition of already closed, non-revenue producing plants (DPH).
    Perhaps even more disturbing, is the settlement Delphi is requesting of the PBGC. They have requested that the PBGC drops its right to secured claims and become an unsecured claim. This is ludicrous. These claims should be maintained and provide funds to decrease the underfunded position of Delphi's Salaried Retirement Plan. The court must address this issue.
    I ask the court to please not accept this modified plan, but to send Delphi and its partners- GM, the US Treasury, Platinum and the UAW, back to restructure a deal that is equitable to the "Non-UAW" retirees, salaried retirees, and the creditors. I believe that is the responsibility of the court.

Best Regards,

James Brodi
8815 Headley
Sterling Hts., Mich. 48314
586-739-3802
mijidorb@hotmail.com