

Nancy C Savage
1737 S Hills Blvd
Bloomfield Hills, MI 48304
249-766-4989

July 6, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610

Reference case: #5-44481

Dear Judge Drain:

I realize that you are receiving hundreds of letters from Delphi employees who will be losing our pensions to the PBGC in the near term. I also realize that this must have been a difficult decision for Rodney O'Neal, John Sheehan and the Board at Delphi Corporation to support. I worked at Delphi Headquarters in the corporate staffs for many years and I am very familiar with all of the efforts that went into saving Delphi itself, then our health care and then our pensions. This has been a tough decision – but unfortunately an unfair one for us current retirees and the future retirees.

The great bulk of the retirement eligible portion of Delphi salaried employees was not given a choice as to whether they wanted to join Delphi. It was a decision made by General Motors Corporation to establish a company focused on the key products that went into producing an automobile. We started out so wonderfully and had such great hopes for our company. It feels as if a dark cloud was over Delphi's head from the beginning.

As you know from the letters you have received, the key issue for us is the inequity of the way things may turn out. Secured pensions for the hourly and the Delphi senior membership are not fair when the people who worked the hardest as a salaried workforce are being left out in the cold. With the loss of our health care and for many of us the balance of our severance separation amount, we are truly in a situation of financial distress.

Please consider our cause and the inequities that are occurring. It is critical to our futures and the financial securities of our families.

I have admired the decisions you have made from the beginning. I hope that you can make one last critical decision on our behalf.

Thank you so much for your consideration.

Sincerely,

*Nancy C Savage*

Nancy C Savage
Retiree January 2009