July 7, 2009

Honorable Robert D Drain
United States Bankruptcy Judge
One Bowling Green
New York, NY 10004-1408
Courtroom: 610



RECEIVED JUL 13 2009 USBC-SDNY RDD

Subject: Case Number 05-44481

Honorable Judge Drain,

I strongly object to the Delphi Modified Plan of Reorganization. This plan is structured to benefit Delphi Executives, the UAW, and Platinum Equity at the expense of Retired Salary Employees. It is also clear that this deal has been brokered by the US Treasury.

GM is receiving viable plants at no cost other than accepting UAW pensions while walking away from retired salaried employees obligations.

Delphi executives will retain their positions and <u>receive future generous retention or severance bonus</u>, while sacrificing the retired salaried employees who worked for more years at GM and Delphi than current Delphi employees.

UAW will retain 100% of their pensions.

Platinum Equity, a controlled company, will own a revenue producing company with great future profit potential. The valuable assets of Delphi will be given to Platinum Equity, while retirees are left with non revenue generating assets, how can this be equitable? It is playing the system at the expense of the people.

This deal is not transparent, it is not equitable, and should not be sanctioned by the court.

I believe there has been collusion between the Treasury, Delphi, UAW, and GM at the expense of the Delphi retirees. The PBGC should be protecting Delphi retirees, but it is clearly in a position of being unfairly influenced by the Treasury, by government executive leadership.

The court is the only prayer for protection of the salaried employees due to the working relationship between Delphi Executives, Platinum Equity, and the Treasury. The court is the only hope; protection of the unrepresented.

The law needs to protect all parties; transparency is required to ensure fairness. Your review of this issue would be greatly appreciated.

Sincerely,

*Gregory Ritzke*