July 7, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610

Reference case # 05-44481

Dear Judge Drain:

I am a Delphi Salary Retiree who has lost my health care benefit and am about to lose part of my pension.

I strongly object to the recently filed Delphi Modified Plan of Reorganization. It leaves 15,000 Delphi Salary Retirees out in the cold by allowing Delphi to push our Pensions to the PBGC.

All we are asking for is shared sacrifice and equitable treatment similar to that of our UAW co-workers, our Executives and other Salary workers at GM.

Please reject the Delphi Modified Reorganization Plan and send Delphi and its partners- GM, the US Treasury, Platinum and the UAW back to restructure a deal that is equitable for Salaried retirees, Creditors and 'non-UAW' retirees. I believe that is the responsibility of the court.

Best Regards,
Richard A. Rose
Delphi Salaried Retiree
58 Eastwick Dr.
Williamsville, N.Y. 14221