July 6, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610



Reference case # 05-44481

Dear Judge Drain:

As the spouse of a retired Delphi Salary Employee I strongly object to the recently filed Delphi Modified Plan of Reorganization.

After my husband's 32 YEARS with GM and another 4 with Delphi (after being sent there involuntarily), after losing his father at age 13, putting himself through college, spending five years as a Nuclear Naval Officer during the Vietnam years, after earning two Masters degrees while working full-time as an engineer for GM, after paying fully for the college education for his two children, after being a loyal, hardworking employee, THIS IS HOW HE IS TREATED???? This is allowed by the courts of his country????? He's lost all health and life insurance and NOW his pension will be sent to the PBGC and most probably be reduced!!!???

This plan is structured to only benefit a few Delphi Senior Executives, General Motors, the UAW and Platinum Equity. It is totally at the expense of Delphi creditors, "Non-UAW" hourly workers, the retired salary employees and the American taxpayer. Also, It is clear that this whole deal is being brokered by the US Treasury, with Tim Geithner.

GM is receiving viable, ongoing revenue producing plants at no cost other than accepting the UAW pension plans.

Delphi Senior Executives will retain their positions and potentially receive either generous retention or severance bonus' from the new owners.

I ask the court to please not accept this modified plan, but to send Delphi and its partners- GM, the US Treasury, Platinum and the UAW, back to restructure a deal that is equitable to the "Non-UAW" retirees, salaried retirees, and the creditors. I believe that is the responsibility of the court. I ask the court to send his pension back to GM so that he is treated as well as the other retirees along side of whom he worked for 32 years!!!

Best Regards,

*Beverly S. Rulf*

Beverly S. Rulf
Spouse of Richard W. Rulf