UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------------   X
In re:                                                          )      Chapter 11
                                                                )
DELPHI CORP., et al.,                                           )      Case No. 05-44481 (RDD)
                                                                )
                Debtor.                                         )      (Jointly Administered)
------------------------------------------------------------------   x
```

### CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2009, I served a copy of  Administrative Expense Request Forms filed on behalf of Midwest Stamping - Sumter; Midwest Stamping - Regent; The Brown Co. of America LLC; and Brown Co. of Ionia LLC; upon the following parties via facsimile and via First Class Mail by placing the same in duly-addressed envelopes and depositing them in the firm's internal office mail for pick-up and delivery via U.S. Mail, First Class, postage prepaid thereon from Grand Rapids, Michigan.

| | |
|---|---|
| John Wm. Butler Jr., Esq.<br>John K. Lyons, Esq.<br>Ron E. Meisler, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 N. Wacker Drive, Suite 2700<br>Chicago, IL  60606<br>FAX: 312/407-0411 | Robert J. Rosenberg, Esq.<br>Latham & Watkins LLP<br>885 Third Avenue, Suite 1000<br>New York, NY  10022-4834<br>FAX: 212/751-4864 |
| Kayalyn A. Marafioti, Esq.<br>Thomas J. Matz, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York NY  10036<br>FAX: 212/735-2000 | Brian S. Masumoto, Esq.<br>U.S. Department of Justice<br>Office of the United States Trustee<br>23 Whitehall Street, 21st Floor<br>New York, NY  10004-2111<br>FAX: 212/668-2255 |
| Bonnie Steingart, Esq.<br>Fried Frank Harris Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY  10004<br>FAX: 212/859-4000 | |

I declare that the statement above is true to the best of my information, knowledge and belief.

VARNUM LLP

Dated:  July 14, 2009                    By:  ____/s/ Charlene A. Vondett_____
                                                 Charlene A. Vondett
                                                 Assistant to Mary Kay Shaver, Esq.
                                         Business Address:
                                                 Bridgewater Place, P.O. Box 352
#2774566                                         Grand Rapids, MI  49501-0352