| United States Bankruptcy Court | Administrative Expense Claim Form |
|---|---|
| Southern District of New York<br>Delphi Corporation et al. Claims Processing<br>c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue<br>El Segundo, California 90245 | |

Debtor against which claim is asserted:
Delphi Corporation, et al. 05-44481

Case Name and Number
In re Delphi Corporation., et al. 05-44481
Chapter 11, Jointly Administered

NOTE: This form should not be used to make a claim in connection with a request for payment for goods or services provided to the Debtors prior to the commencement of the case. This Administrative Expense Claim Form is to be used solely in connection with a request for payment of an administrative expense arising after commencement of the case but prior to June 1, 2009, pursuant to 11 U.S.C. § 503.

Name of Creditor
(The person or other entity to whom the debtor owes money or property)
**Brown Co. of Ionia LLC**

Name and Address Where Notices Should be Sent
**Brown Co. of Ionia LLC
401 S. Steele St, Ionia MI 48846**

Telephone No. **616 527-4050**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

**COPY**

THIS SPACE IS FOR COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: **Duns # 00-6029136**

Check here if this claim ☐ replaces
☐ amends a previously filed claim, dated:

1. BASIS FOR CLAIM
☒ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (Describe briefly)

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (Fill out below)
Your social security number _____
Unpaid compensation for services performed
from _____ to _____
    (date)       (date)

2. DATE DEBT WAS INCURRED **6/1/09 & Prior**
3. IF COURT JUDGMENT, DATE OBTAINED:

4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM: $ **77596.12**
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

5. Brief Description of Claim (attach any additional information):
**Production Trade**

6. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

7. SUPPORTING DOCUMENTS: *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Any attachment must be 8-1/2" by 11".

8. DATE-STAMPED COPY: To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

**RECEIVED
JUN 30 2009
KURTZMANCARSONCONSULTANTS**

Date **6/24/09**

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
**Diane Patton, VP Finance**

| CUST # | CUSTOMER | ENTITY | AGE | INVOICE # | AMOUNT |
|---|---|---|---|---|---|
| 33000 | DELPHI CHASSIS SYSTEMS | 01 | ********** | 190294 | 888 |
| 33500 | DELPHI EL PASO WRHS | 01 | OVER90 | 188665 | 899.19 |
| 33500 | DELPHI EL PASO WRHS | 01 | 60DAYS | 189728 | 187.5 |
| 33500 | DELPHI EL PASO WRHS | 01 | 60DAYS | 189850 | 181.62 |
| 33500 | DELPHI EL PASO WRHS | 01 | 60DAYS | 189905 | 173.56 |
| 33500 | DELPHI EL PASO WRHS | 01 | 60DAYS | 189944 | 173.55 |
| 33500 | DELPHI EL PASO WRHS | 01 | 60DAYS | 189966 | 60.54 |
| 33500 | DELPHI EL PASO WRHS | 01 | 60DAYS | 189975 | 60.54 |
| 33500 | DELPHI EL PASO WRHS | 01 | 60DAYS | 189987 | 2805.9 |
| 33500 | DELPHI EL PASO WRHS | 01 | 60DAYS | 189998 | 56.52 |
| 33500 | DELPHI EL PASO WRHS | 01 | 30DAYS | 190024 | 60.54 |
| 33500 | DELPHI EL PASO WRHS | 01 | 30DAYS | 190025 | 96.87 |
| 33500 | DELPHI EL PASO WRHS | 01 | 30DAYS | 190026 | 96.87 |
| 33500 | DELPHI EL PASO WRHS | 01 | 30DAYS | 190027 | 96.86 |
| 33500 | DELPHI EL PASO WRHS | 01 | 30DAYS | 190088 | 84.76 |
| 33500 | DELPHI EL PASO WRHS | 01 | 30DAYS | 190095 | 52.47 |
| 33500 | DELPHI EL PASO WRHS | 01 | 30DAYS | 190136 | 44.4 |
| 33500 | DELPHI EL PASO WRHS | 01 | ********** | 190205 | 56.5 |
| 33500 | DELPHI EL PASO WRHS | 01 | ********** | 190206 | 8865.07 |
| 33500 | DELPHI EL PASO WRHS | 01 | ********** | 190223 | 4282.7 |
| 33500 | DELPHI EL PASO WRHS | 01 | ********** | 190224 | 8401.46 |
| 33500 | DELPHI EL PASO WRHS | 01 | ********** | 190225 | 4418.43 |
| 33500 | DELPHI EL PASO WRHS | 01 | ********** | 190226 | 8537.19 |
| 33500 | DELPHI EL PASO WRHS | 01 | ********** | 190227 | 8101.79 |
| 33500 | DELPHI EL PASO WRHS | 01 | ********** | 190259 | 3737.12 |
| 33500 | DELPHI EL PASO WRHS | 01 | ********** | 190272 | 10965.44 |
| 33500 | DELPHI EL PASO WRHS | 01 | ********** | 190287 | 1390.84 |
| 33500 | DELPHI EL PASO WRHS | 01 | ********** | 190293 | 5809.27 |
| 33500 | DELPHI EL PASO WRHS | 01 | ********** | 190295 | 7010.62 |
| | | | | | 77596.12 |

77596.12

| United States Bankruptcy Court<br>Southern District of New York<br>Delphi Corporation et al. Claims Processing<br>c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue<br>El Segundo, California 90245 | Administrative Expense Claim Form |
|---|---|

**Debtor against which claim is asserted:** Delphi Corporation, et al. 05-44481

**Case Name and Number:** In re Delphi Corporation., et al. 05-44481
Chapter 11, Jointly Administered

NOTE: This form should not be used to make a claim in connection with a request for payment for goods or services provided to the Debtors prior to the commencement of the case. This Administrative Expense Claim Form is to be used solely in connection with a request for payment of an administrative expense arising after commencement of the case but prior to June 1, 2009, pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or other entity to whom the debtor owes money or property)
Midwest Stamping - Sumter

**Name and Address Where Notices Should be Sent**
Midwest Stamping - Sumter
401 S. Steele St. Ionia MI 48846

**Telephone No.** 616 527-4050

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

COPY

THIS SPACE IS FOR COURT USE ONLY

**ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:** Duns # 36-1254048

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____

**1. BASIS FOR CLAIM**
☒ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (Describe briefly)

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (Fill out below)
Your social security number _____
Unpaid compensation for services performed
from _____ to _____
(date)       (date)

**2. DATE DEBT WAS INCURRED** 6/1/09 & Prior

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM:** $ 125,810.01
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**5. Brief Description of Claim** (attach any additional information):
Production Trade

**6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

**7. SUPPORTING DOCUMENTS:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Any attachment must be 8-1/2" by 11".

**8. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

**Date** 6/24/09

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
Diz Path  Diane Path, VP Finance

THIS SPACE IS FOR COURT USE ONLY

RECEIVED
JUN 30 2009
KURTZMANCARSONCONSULTANTS

| CUST # | CUSTOMER | ENTITY | AGE | INVOICE # | AMOUNT | SHIP DTE |
|---|---|---|---|---|---|---|
| 167 | DELPHI SAGINAW STEERING | 17 | OVER90 | 359758 | 1109 | 10/24/07 |
| 167 | DELPHI SAGINAW STEERING | 17 | OVER90 | 359813 | 1094.4 | 10/29/07 |
| 167 | DELPHI SAGINAW STEERING | 17 | OVER90 | 360229 | 532 | 11/16/07 |
| 167 | DELPHI SAGINAW STEERING | 17 | OVER90 | 360325 | 10450.1 | 11/26/07 |
| 167 | DELPHI SAGINAW STEERING | 17 | OVER90 | 360504 | 2218 | 12/06/07 |
| 167 | DELPHI SAGINAW STEERING | 17 | OVER90 | 360659 | 3465.6 | 12/14/07 |
| 167 | DELPHI SAGINAW STEERING | 17 | OVER90 | 361925 | 332.7 | 03/08/08 |
| 167 | DELPHI SAGINAW STEERING | 17 | OVER90 | 363301 | 2343.75 | 06/10/08 |
| 167 | DELPHI SAGINAW STEERING | 17 | OVER90 | 363680 | 266 | 07/14/08 |
| 167 | DELPHI SAGINAW STEERING | 17 | OVER90 | 364415 | 1082 | 09/19/08 |
| 167 | DELPHI SAGINAW STEERING | 17 | OVER90 | 364627 | 894 | 10/13/08 |
| 167 | DELPHI SAGINAW STEERING | 17 | OVER90 | 365117 | 20.05 | 12/04/08 |
| 167 | DELPHI SAGINAW STEERING | 17 | OVER90 | 365216 | 64.75 | 12/18/08 |
| 167 | DELPHI SAGINAW STEERING | 17 | 60DAYS | 000685 | 246 | 03/23/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 60DAYS | 000712 | 91.2 | 03/25/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 90DAYS | 000589 | 798 | 03/11/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 60DAYS | 000724 | 1375.3 | 03/27/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 60DAYS | 000727 | 246 | 03/30/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 60DAYS | 000736 | 798 | 03/31/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 60DAYS | 000737 | 1461.75 | 03/31/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 60DAYS | 000740 | 126.4 | 03/31/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 60DAYS | 000744 | 798 | 04/01/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 60DAYS | 000745 | 610.5 | 04/01/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 60DAYS | 000757 | 108.75 | 04/02/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 60DAYS | 000769 | 554.5 | 04/02/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 60DAYS | 000767 | 316 | 04/03/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 60DAYS | 000768 | 326.25 | 04/03/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 60DAYS | 000775 | 252.8 | 04/06/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 60DAYS | 000776 | 798 | 04/06/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 60DAYS | 000777 | 326.25 | 04/06/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 60DAYS | 000784 | 492 | 04/07/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 60DAYS | 000788 | 189.6 | 04/07/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 60DAYS | 000789 | 450 | 04/07/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 60DAYS | 000791 | 221.8 | 04/07/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 60DAYS | 000799 | 189.6 | 04/08/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 60DAYS | 000800 | 217.5 | 04/08/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 60DAYS | 000805 | 189.6 | 04/09/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 60DAYS | 000806 | 326.25 | 04/09/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 60DAYS | 000816 | 492 | 04/09/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 60DAYS | 000822 | 738 | 04/13/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 000824 | 643.68 | 04/14/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 000825 | 442.4 | 04/14/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 000826 | 326.25 | 04/14/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 000827 | 2394 | 04/14/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 000838 | 1082 | 04/14/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 000839 | 536.4 | 04/15/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 000840 | 252.8 | 04/15/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 000841 | 266 | 04/15/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 000842 | 435 | 04/15/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 000847 | 126.4 | 04/15/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 000848 | 221.8 | 04/15/09 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 000852 | 326.25 | 04/16/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 000858 | 51.59 | 04/16/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 000859 | 1121.4 | 04/16/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 000863 | 573.75 | 04/17/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 000868 | 1375.3 | 04/17/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 000872 | 326.25 | 04/20/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 000873 | 1375.3 | 04/20/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 000879 | 246 | 04/20/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 000880 | 783.75 | 04/21/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 000893 | 1330 | 04/21/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 000895 | 2659.4 | 04/21/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 000899 | 217.5 | 04/22/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 000900 | 393.36 | 04/22/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 000906 | 442.4 | 04/23/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 000907 | 217.5 | 04/23/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 000910 | 1109 | 04/23/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 000914 | 3458 | 04/23/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 000918 | 420 | 04/23/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 000919 | 1109 | 04/23/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 000920 | 321.84 | 04/24/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 000921 | 316 | 04/24/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 000922 | 217.5 | 04/24/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 000930 | 286.08 | 04/27/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 000931 | 189.6 | 04/27/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 000932 | 450 | 04/27/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 000933 | 2770.3 | 04/27/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 000936 | 246 | 04/27/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 000940 | 217.5 | 04/28/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 000941 | 189.6 | 04/28/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 000949 | 363.33 | 04/28/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 000950 | 1577.4 | 04/28/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 000958 | 189.6 | 04/29/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 000959 | 326.25 | 04/29/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 000964 | 495.4 | 04/29/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 000971 | 765 | 04/30/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 000979 | 2952.7 | 04/30/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 000983 | 643.68 | 04/30/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 000982 | 326.25 | 05/01/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 000989 | 393.36 | 05/04/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 000991 | 697.5 | 05/04/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 001000 | 1486.2 | 05/04/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 001002 | 126.4 | 05/04/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 001006 | 435 | 05/05/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 001007 | 505.6 | 05/05/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 001021 | 1577.4 | 05/05/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 001019 | 675 | 05/06/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 001020 | 189.6 | 05/06/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 001033 | 189.6 | 05/07/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 001034 | 217.5 | 05/07/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 001035 | 6384 | 05/06/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 001039 | 217.5 | 05/08/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 001040 | 840 | 05/07/09 |

| ID | Vendor | | Terms | Invoice | Amount | Date |
|---|---|---|---|---|---|---|
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 001045 | 1003.2 | 05/07/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 001046 | 217.5 | 05/11/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 001047 | 912 | 05/11/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 001053 | 665.4 | 05/11/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 001054 | 326.25 | 05/12/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 001064 | 217.5 | 05/13/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 001074 | 665.4 | 05/13/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 001075 | 217.5 | 05/14/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | 30DAYS | 001086 | 1486.2 | 05/14/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | ********** | 001089 | 855.4 | 05/15/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | ********** | 001091 | 6384 | 05/15/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | ********** | 001094 | 1003.2 | 05/15/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | ********** | 001100 | 217.5 | 05/18/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | ********** | 001107 | 738 | 05/18/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | ********** | 001108 | 912 | 05/18/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | ********** | 001116 | 108.75 | 05/19/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | ********** | 001123 | 2223.1 | 05/19/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | ********** | 001128 | 1001.28 | 05/20/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | ********** | 001129 | 606.38 | 05/20/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | ********** | 001130 | 224.25 | 05/20/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | ********** | 001147 | 1426.25 | 05/21/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | ********** | 001148 | 246 | 05/21/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | ********** | 001141 | 115.5 | 05/26/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | ********** | 001155 | 113.63 | 05/26/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | ********** | 001156 | 224.25 | 05/26/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | ********** | 001171 | 115.5 | 05/27/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | ********** | 001172 | 492 | 05/27/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | ********** | 001184 | 2589.6 | 05/27/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | ********** | 001190 | 441.75 | 05/28/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | ********** | 001191 | 462 | 05/28/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | ********** | 001204 | 224.25 | 05/29/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | ********** | 001205 | 123.75 | 05/29/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | ********** | 001211 | 1260 | 05/29/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | ********** | 001210 | 339.75 | 06/01/09 |
| 167 | DELPHI SAGINAW STEERING | 17 | ********** | 001223 | 756.6 | 06/01/09 |
| 169 | KOREA DELPHI AUTOMOTIVE | 17 | OVER90 | 365195 | 1596 | 12/15/08 |
| 191 | Saginaw Steering (Suzhou) | 17 | 30DAYS | 000965 | 266 | 04/29/09 |
| 191 | Saginaw Steering (Suzhou) | 17 | 30DAYS | 001085 | 266 | 05/14/09 |
| 191 | Saginaw Steering (Suzhou) | 17 | 30DAYS | 001110 | 266 | 05/18/09 |
| 63 | DELPHI AUTOMOTIVE SYSTEMS | 17 | 60DAYS | 000741 | 580.04 | 03/31/09 |
| 63 | DELPHI AUTOMOTIVE SYSTEMS | 17 | 60DAYS | 000894 | 582.96 | 04/21/09 |
| 63 | DELPHI AUTOMOTIVE SYSTEMS | 17 | 60DAYS | 000951 | 801.57 | 04/28/09 |
| 63 | DELPHI AUTOMOTIVE SYSTEMS | 17 | 30DAYS | 001022 | 1165.92 | 05/05/09 |
| 63 | DELPHI AUTOMOTIVE SYSTEMS | 17 | 30DAYS | 001063 | 1165.92 | 05/12/09 |
| 63 | DELPHI AUTOMOTIVE SYSTEMS | 17 | 30DAYS | 001154 | 1020.18 | 05/22/09 |
| 63 | DELPHI AUTOMOTIVE SYSTEMS | 17 | 30DAYS | 001200 | 291.48 | 05/28/09 |
| 63 | DELPHI AUTOMOTIVE SYSTEMS | 17 | 30DAYS | 001201 | 291.48 | 05/28/09 |
| 63 | DELPHI AUTOMOTIVE SYSTEMS | 17 | 30DAYS | 001212 | 947.31 | 05/29/09 |

125810.1

# United States Bankruptcy Court
Southern District of New York
Delphi Corporation et al., Claims Processing
c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue
El Segundo, California 90245

## Administrative Expense Claim Form

**Debtor against which claim is asserted:** Delphi Corporation, et al. 05-44481

**Case Name and Number:** In re Delphi Corporation., et al. 05-44481 Chapter 11, Jointly Administered

NOTE: This form should not be used to make a claim in connection with a request for payment for goods or services provided to the Debtors prior to the commencement of the case. This Administrative Expense Claim Form is to be used solely in connection with a request for payment of an administrative expense arising after commencement of the case but prior to June 1, 2009, pursuant to 11 U.S.C. § 503.

**Name of Creditor:** Midwest Stamping - Regent

**Name and Address Where Notices Should be Sent:** Midwest Stamping 401 S. Steele St Ionia MI 48846

**Telephone No.:** 616 527-4050

**ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:** Duns # 60-4235171

### 1. BASIS FOR CLAIM
- [X] Goods sold
- [ ] Services performed
- [ ] Money loaned
- [ ] Personal injury/wrongful death
- [ ] Taxes
- [ ] Other

**2. DATE DEBT WAS INCURRED:** 6/1/09 & Prior

**4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM:** $7934.20

**5. Brief Description of Claim:** Production Trade

**Date:** 6/24/09

Signed: Diane Patton VP Finance



RECEIVED JUL 03 2009 KURTZMAN CARSON CONSULTANTS

COPY

| CUST # | CUSTOMER | ENTITY | AGE | INVOICE # | AMOUNT | SHIP DTE |
|---|---|---|---|---|---|---|
| 198 | DELPHI ENERGY & CHASSIS | 16 | 60DAYS | 010735 | 471.02 | 04/07/09 |
| 198 | DELPHI ENERGY & CHASSIS | 16 | 30DAYS | 010850 | 2322.65 | 04/15/09 |
| 198 | DELPHI ENERGY & CHASSIS | 16 | 30DAYS | 010987 | 927.5 | 04/22/09 |
| 198 | DELPHI ENERGY & CHASSIS | 16 | 30DAYS | 011082 | 445.2 | 04/30/09 |
| 210 | DELPHI ENERGY & CHASSIS | 16 | OVER90 | 305750 | 246.84 | 07/16/07 |
| 210 | DELPHI ENERGY & CHASSIS | 16 | OVER90 | 306357 | 92.25 | 07/16/07 |
| 210 | DELPHI ENERGY & CHASSIS | 16 | OVER90 | 306631 | 112.8 | 07/16/07 |
| 210 | DELPHI ENERGY & CHASSIS | 16 | OVER90 | 306916 | -156.5 | 07/16/07 |
| 210 | DELPHI ENERGY & CHASSIS | 16 | OVER90 | 307073 | 154.93 | 07/16/07 |
| 210 | DELPHI ENERGY & CHASSIS | 16 | OVER90 | 307225 | 28.2 | 07/16/07 |
| 210 | DELPHI ENERGY & CHASSIS | 16 | OVER90 | C0017746 | -0.25 | 07/16/07 |
| 210 | DELPHI ENERGY & CHASSIS | 16 | OVER90 | C0017800 | -4.85 | 07/16/07 |
| 210 | DELPHI ENERGY & CHASSIS | 16 | OVER90 | 308656 | 0.01 | 08/16/07 |
| 210 | DELPHI ENERGY & CHASSIS | 16 | OVER90 | 309633 | -2330.6 | 09/11/07 |
| 100 | DELPHI SAGINAW | 16 | | | $ 5,625.0 | 5/21/09 |

7,934.20

| United States Bankruptcy Court<br>Southern District of New York<br>Delphi Corporation et al. Claims Processing<br>c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue<br>El Segundo, California 90245 | Administrative Expense Claim Form | |
|---|---|---|

| Debtor against which claim is asserted: Delphi Corporation, et al. 05-44481 | Case Name and Number<br>In re Delphi Corporation., et al. 05-44481<br>Chapter 11, Jointly Administered |
|---|---|

NOTE: This form should not be used to make a claim in connection with a request for payment for goods or services provided to the Debtors prior to the commencement of the case. This Administrative Expense Claim Form is to be used solely in connection with a request for payment of an administrative expense arising after commencement of the case but prior to June 1, 2009, pursuant to 11 U.S.C. § 503.

Name of Creditor
(The person or other entity to whom the debtor owes money or property)
**The Brown Co. of America LLC.**

Name and Address Where Notices Should be Sent
**401 S. Steele St Ionia MI 48846**

Telephone No. **616 527-4050**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

COPY

THIS SPACE IS FOR COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: **603283755 DUNS#**

Check here if this claim ☐ replaces
☐ amends a previously filed claim, dated: _____

1. BASIS FOR CLAIM
☒ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (Describe briefly)

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (Fill out below)
Your social security number _____
Unpaid compensation for services performed
from _____ (date) to _____ (date)

2. DATE DEBT WAS INCURRED **6/1/09 & Prior**

3. IF COURT JUDGMENT, DATE OBTAINED:

4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM: $ **5725.00**
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

5. Brief Description of Claim (attach any additional information):
**Invoice For Tooling Modification**

6. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

7. SUPPORTING DOCUMENTS: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Any attachment must be 8-1/2" by 11".

8. DATE-STAMPED COPY: To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

RECEIVED
JUN 30 2009
KURTZMANCARSONCONSULTANTS

Date **6/24/09**

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
**Diane Patton, VP Finance**

| CUST # | CUSTOMER | ENTITY | INVOICE # | AMOUNT | SHIPDTE |
|---|---|---|---|---|---|
| 46000 | DELPHI AUTOMOTIVE SYS LLC | 04 | SID007482 | 5725.00 | 5/22/2009 |
|  |  |  |  | 5725.00 |  |