July 7, 2009

U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004
**Attn:** To the Chambers of Honorable Judge Robert D. Drain



Reference case # 05-44481

Dear Judge Drain:

As a recently voluntary separated and retired Delphi Salary Employee I strongly object to the recently filed Delphi Modified Plan of Reorganization.

This plan is structured to only benefit a few Delphi Senior Executives, General Motors, the UAW and Platinum Equity. GM is receiving viable, ongoing revenue producing plants at no cost other than accepting the UAW pension plans. Delphi Senior Executives will retain their positions and potentially receive either generous retention or severance bonuses from the new owners. The UAW will continue under the GM umbrella for pensions and benefits, which are being financed by the US Government. Platinum Equity will now own a company with revenue producing operations that have excellent profit potential and they will pay far less than they are paying more for the Alcoa AFL unit, which is much smaller with far fewer assets?

This plan is truly a liquidation of Delphi thinly disguised as an "emergence." The valuable assets of this company are being given away and the only money left for creditors and retirees will be in the disposition of already closed, nonrevenue producing plants (DPH).

In addition, in the settlement Delphi is requesting of the PBGC to drop its right to secured claims and become an unsecured creditor. These claims should be maintained and provide funds to decrease the under funded position of Delphi's Salaried Retirement Plan. The court will have to address this issue because the PBGC will be forced to negotiate away its rights due to the pressure of the oversight government agencies and board members, who are brokering the whole GM/Delphi Process.

I ask the court to please not accept this modified plan, but to send Delphi and its partners- GM, the US Treasury, Platinum and the UAW, back to restructure a deal that is equitable to the "Non-UAW" retirees, salaried retirees, and the creditors. I believe that is the responsibility of the court.

Best Regards,



William L. Willard