DUANE MORRIS LLP
A Delaware Limited Liability Partnership
Wendy M. Simkulak, Esquire
1540 Broadway, 14th Floor
New York, NY 10036-4086
(212) 692-1000
(212) 692-1020 (facsimile)
    and
Margery N. Reed, Esquire
30 South 17th Street
Philadelphia, PA 19103-4196
(215) 979-1000
(215) 979-1020 (facsimile)

Counsel for the ACE Companies

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al. | ) | Case No. 05-44481 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, Wendy M. Simkulak, hereby certify that I am, and at all times during service of process was, not less than 18 years of age, and that on July 14, 2009, I did cause to be served a true and correct copy of the following documents upon the parties on the attached service list by Federal Express, unless otherwise noted:

1.   Limited Objection Of The ACE Companies To First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (As Modified); and

2.   the within Certificate of Service.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: July 14, 2009           /s/ Wendy M. Simkulak
                               Wendy M. Simkulak

DM3\1073348.2

## SERVICE LIST

**The Debtors**
Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan 48098

**Counsel For The Debtors**
Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John Wm. Butler, Jr.
Attn: Ron E. Meisler
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Kayalyn A. Marafioti
Attn: Gregory W. Fox
Four Times Square
New York, NY 10036

**United States Trustee**
The Office of the United States Trustee
Attn: Brian Masumoto
33 Whitehall Street, Suite 2100
New York, NY 10004

**Counsel For The Creditors' Committee**
Latham & Watkins LLP
Attn: Robert J. Rosenberg
Attn: Mitchell A. Seider
Attn: Mark A. Broude
885 Third Avenue
New York, NY 10022

**Counsel For The Postpetition Lenders**
Davis Polk & Wardwell
Attn: Donald S. Bernstein
Attn: Brian M. Resnick
450 Lexington Avenue
New York, NY 10022

**Counsel For The Tranche C Collective**
Willkie Farr & Gallagher LLP
Attn: Richard Mancino
Attn: Marc Abrams
787 Seventh Avenue
New York, NY 10019

DM3\1073348.2

**Counsel For The United States Department of the Treasury**
Cadwalader, Wickersham & Taft LLP
Attn: John J. Rapisardi
Attn: Oren B. Haker
One World Financial Center
New York, NY 10281

**Counsel For The United States Department of Justice**
United States Department of Justice
Attn: Matthew L. Schwartz
Attn: Joseph N. Cordaro
86 Chambers Street, 3rd Floor
New York, NY 10007

**Counsel For General Motors Corporation**
Weil, Gotshal & Manges LLP
Attn: Jeffrey L. Tanenbaum
Attn: Robert J. Lemons
767 Fifth Avenue
New York, NY 10153

**Counsel For Parnassus Holdings II, LLC**
Schulte Roth & Zabel LLP
Attn: Adam C. Harris
Attn: David J. Karp
919 Third Avenue
New York, NY 10022

**The Court**
The Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY 10004-1408

DM3\1073348.2