July 7, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610

Reference case # 05-44481

Dear Judge Drain:

I know someone who is a Delphi Salary Retiree and I care about what happens to their pensions.

I strongly object to the recently filed Delphi Modified Plan of Reorganization.

It leaves 15,000 Delphi Salary Retirees out in the cold by allowing Delphi to push their Pensions to the PBGC.

These people have worked long and hard for GM and Delphi and deserve "fair treatment:" If their Executives are not willing to protect their pensions, the court should.

Please reject the Delphi Modified Reorganization Plan and send Delphi and its partners- GM, the US Treasury, Platinum and the UAW, back to restructure a deal that is equitable to the "Non-UAW" retirees, salaried retirees, and the creditors. I believe that is the responsibility of the court.

Best Regards,

Kevin Sullivan