BODMAN LLP
Ralph E. McDowell (P39235) (Admitted Pro Hac Vice)
*rmcdowell@bodmanllp.com*
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
(313) 393-7592

Attorneys for Freudenberg-NOK General Partnership (and its subsidiaries Vibracoustic de
Mexico, S.A. de C.V., Freudenberg-NOK, Inc., Freudenberg-NOK de Queretaro, S.A. de C.V.,
and Freudenberg-NOK de Mexico, S.A. de C.V.), Freudenberg Filtration Technologies, L.P.
f/k/a Freudenberg Nonwovens, L.P. and Freudenberg-NOK Mechatronics GmbH & Co. KG

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____/

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

_____/

### OBJECTION OF FREUDENBERG-NOK GENERAL PARTNERSHIP (AND ITS SUBSIDIARIES VIBRACOUSTIC DE MEXICO, S.A. DE C.V., FREUDENBERG-NOK, INC., FREUDENBERG-NOK DE QUERETARO, S.A. DE C.V. AND FREUDENBERG-NOK DE MEXICO S.A. DE C.V.), FREUDENBERG FILTRATION TECHNOLOGIES, L.P. F/K/A FREUDENBERG NONWOVENS, L.P. AND FREUDENBERG NOK MECHATRONICS GMBH & CO. KG TO APPROVAL OF FIRST AMENDED JOINT PLAN OF DELPHI CORPORATION AND CERTAIN AFFILIATES, DEBTORS AND DEBTORS IN POSSESSION (AS MODIFIED)

Freudenberg-NOK General Partnership (and its subsidiaries Vibracoustic de Mexico,

S.A. de C.V., Freudenberg-NOK, Inc., Freudenberg-NOK de Queretaro, S.A. de C.V., and

Freudenberg-NOK de Mexico, S.A. de C.V.), Freudenberg Filtration Technologies, L.P. f/k/a

Freudenberg Nonwovens, L.P. and Freudenberg NOK Mechatronics GmbH & Co. KG

("Objecting Parties") file this objection to the First Amended Joint Plan of Delphi Corporation

and Certain Affiliates, Debtors and Debtors in Possession ("Plan"). In support of their objection,

Objecting Parties state as follows:

Detroit_939604_2

### Introduction

1.    On either October 8 or October 14, 2005 ("Petition Date"), Debtors filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.

2.    On December 10, 2007, Debtors filed their Amended Disclosure Statement for the Plan, which was approved by the Court.

3.    On January 25, 2008, the Court confirmed Debtors' Plan of Reorganization ("Confirmed Plan").

4.    On October 3, 2008, Debtors filed a Plan Modification Approval Motion seeking further changes to the Confirmed Plan. Again, on June 1, 2009, Debtors filed a Supplement to the Plan Modification Approval Motion seeking further modification to the Confirmed Plan.

5.    Objecting Parties supply certain Debtors with component parts.

6.    Freudenberg-NOK General Partnership, Freudenberg-NOK, Inc. and Freudenberg Filtration Technologies, L.P. f/k/a Freudenberg Nonwovens, L.P. have allowed claims against Debtors (i.e., see Claims No. 11602, 11603 and 5463) and are still owed prepetition amounts from Debtors.

7.    Objecting Parties are owed in excess of $1,200,000 (Freudenberg-NOK General Partnership and its subsidiaries alone are owed approximately $1,200,000 in the aggregate) for goods shipped by Objecting Parties to Debtors postpetition.

### Objections to Plan

8.    In order for the Modified Plan to be approved, the Plan must satisfy all of the requirements of Section 1129 of the Bankruptcy Code. Even with the proposed modification, the Plan fails to do so.

9.    The Modified Plan cannot be approved because it cannot be confirmed under Section 1129 of the Bankruptcy Code because, among other things, (a) the classification of

-2-

Detroit_939604_2

claims proposed under the Plan violates Section 1122 of the Bankruptcy Code, (b) the Plan violates Section 1123(a)(4) of the Bankruptcy Code because it provides different treatment to claims classified together within a single class and (c) the Plan improperly proposes to substantively consolidate various Debtors for plan voting and distribution purposes only. No support exists for this last provision, and it should not be allowed absent a showing that it does not impact at all the requirements of Section 1129.

      10.    The provisions of Article 2.1 of the Plan, which propose to pay administrative expense claims as much as ten (10) months or later after the Effective Date, violate Section 1129(a)(9)(A).

> "(9)    Except to the extent that the holder of a particular claim has agreed to a different treatment of such claim, the plan provides that –
>
> "(A)    with respect to a claim of a kind specified in section 507(a)(2) or 507(a)(3) of this title, on the effective date of the plan, the holder of such claim will receive on account of such claim cash equal to the allowed amount of such claim." 11 U.S.C. § 1129(a)(9)(A)

Obtaining an agreement from the holder is the only exception for paying the full amount of the claim on the effective date of the Plan. See COLLIER ON BANKRUPTCY ¶ 1129.03[9][a] (15th ed. Rev. 2003). ("Accordingly, such payment must be in cash on the effective date. The only exception will be if 'the holder of a particular claim has agreed to a different treatment of such claim.'" (citing 11 U.S.C. § 1129(a)(9)). *See also, In re Vermont Stove Co., Inc.*, 69 B.R. 87, 89 (Bankr. D. Vt. 1987) "[o]nly a holder of a claim of the kind specified in § 1129(a)(9)(A) and (B) may agree to a different treatment of the claim." Objecting Parties do not consent to payment of their administrative expenses other than on the Effective Date. Nor should Objecting Parties be required to file a claim for their ordinary course shipments to Debtors.

-3-

11.    It is not clear who will pay administration expense claims that are due and payable after June 1, 2009 ("Post June 1 Administrative Expense Claims") and when such payments will be made.  Under Section 2.2.1 and 2.2.2 of the Master Disposition Agreement among Debtor, GM Components Holdings, LLC ("Components"), General Motors Corporation ("GM"), Parnassus Holdings II, LLC ("Parnassus") and others dated June 1, 2009 ("MDA"), Components or Parnassus, as applicable, are assuming the Administrative Liabilities (as defined in the MDA).  However, because Debtors have filed Schedule 1.1.A to the MDA under seal, (which lists the categories of Administrative Claims that are being assumed by GM or Parnassus), Objecting Parties are unable to determine how, or if, their Post June 1 Administrative Expense Claims will be paid.

12.    Section 1129(a)(1) of the Bankruptcy Code provides that the Plan must "comply with the applicable provisions of [the Bankruptcy Code]."

13.    The proposed estimation of Disputed Claims under Section 9.8(b)(i) violates Section 502(c) of the Bankruptcy Code.  Further, the proposed limitation in Section 9.8(c) creates unfair treatment of creditors within a same class (by relegating creditors with disputed claims to a non-recourse position) and thus violates Section 1123(a)(4).

14.    The injunction contained in Article 11.14 of the Plan prohibits all holders of claims from asserting any right of offset to recover a claim.  This injunction eliminates the setoff rights of creditors without compensation (or the "indubitable equivalent" that is required under Section 1129(b)(2)(A)(iii)).  Such injunction is contrary to the state law rights of holders of claims preserved by the Bankruptcy Code under Section 553(a) and the treatment of creditors under the various classes should not be read to eliminate or limit those rights.  Further, it is in conflict with the proposed treatment of secured creditors with setoff rights under Article 5.1 of

-4-

the Plan (all setoff rights are preserved). This provision of the injunction should be stricken or should not apply to Objecting Parties.

15.     Because the Plan violates the setoff rights preserved in Section 553(a) of the Bankruptcy Code, the Plan does not satisfy the requirement of Section 1129(a)(1) of the Bankruptcy Code. Therefore, the Plan cannot be confirmed as proposed.

16.     Additionally, Objecting Parties object to the third party release contained in Articles 11.5 of the Plan. As a general matter, third party releases, except by express agreement of a party in interest, are not appropriate plan provisions. *In re Metromedia Fiber Network, Inc.*, 416 F.3d 136, 142 (2d Cir. 2005). Objecting Parties have rights under their agreements against Delphi and other parties. None of these rights should be waived in connection with the third party release contained in Article 11.5 of the Plan.

17.     Objecting Parties also object to the release and exculpation provisions contained in Article 11.11 of the Plan. As stated in the preceding paragraph, Objecting Parties have rights under their agreements with Debtors, and none of these rights should be affected by the exculpations contained in Article 11.11 of the Plan.

18.     To the extent the Plan purports to assume any agreement with Objecting Parties without curing all defaults, Objecting Parties object to such assumption. Objecting Parties show the contracts attached as Exhibit A to be active contracts with Debtors ("Objecting Parties' Contracts") but Objecting Parties have not received any clarity from Debtors with respect to Debtors intentions regarding the Objecting Parties' Contracts. Objecting Parties request that Debtors clarify their intentions with respect to the Objecting Parties' Contracts, including, without limitation, any proposed cure amounts (whether prepetition or postpetition) with respect to the Objecting Parties' Contracts.

Detroit_939604_2

## Waiver of Memorandum

19.    Objecting Parties respectfully request that this Court waive the requirement contained in Rule 9013(b) of the Local Bankruptcy Rules for the Southern District of New York, that a separate memorandum of law be submitted because the issues raised in this limited objection are not novel.    To the extent this Court determines that a memorandum of law is required, Objecting Parties request that they be allowed to submit one at a date to be determined by the Court.

## Relief Requested

Objecting Parties request entry of an Order modifying the Modified Plan as provided above and granting other relief as this Court determines.

BODMAN LLP


By:/s/ Ralph E. McDowell
      Ralph E. McDowell (P39235)
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
Telephone: (313) 393-7592
Facsimile: (313) 393-7579
*rmcdowell@bodmanllp.com*

Attorneys for Attorneys for Freudenberg-NOK
General Partnership (and its subsidiaries
Vibracoustic de Mexico, S.A. de C.V.,
Freudenberg-NOK, Inc., Freudenberg-NOK de
Queretaro, S.A. de C.V., and Freudenberg-NOK de
Mexico, S.A. de C.V.), Freudenberg Filtration
Technologies, L.P. f/k/a Freudenberg Nonwovens,
L.P. and Freudenberg NOK Mechatronics GmbH &
Co. KG

Dated: July 15, 2009

Detroit_939604_2

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing *Objection of Attorneys for Freudenberg-NOK General Partnership (and its subsidiaries Vibracoustic de Mexico, S.A. de C.V., Freudenberg-NOK, Inc., Freudenberg-NOK de Queretaro, S.A. de C.V., and Freudenberg-NOK de Mexico, S.A. de C.V.), Freudenberg Filtration Technologies, L.P. f/k/a Freudenberg Nonwovens, L.P. and Freudenberg NOK Mechatronics GmbH & Co. KG to Approval of First Amended Joint Plan of Delphi Corporation and Certain Affiliates, Debtors and Debtors in Possession(as Modified)* was electronically filed using the Court's CM/ECF filing system, and that a true and correct copy of the same was served via Federal Express to the parties identified below:

Delphi Corp.
5725 Delphi Drive
Troy, Michigan 48098
**Attention:** General Counsel

Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
**Attention:** John Wm. Butler, Jr.; John K. Lyons, Joseph N. Wharton

Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017
**Attention:** Donald Bernstein and Brian Resnick

Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
**Attention:** Robert Rosenberg, Mark A. Broude, and Mitchell A. Seider

Wilkie Far & Gallagher LLP
787 Seventh Avenue
New York, New York 10019
**Attention:** Richard Mancino and Marc Abrams

Cadwalader, Wickersham & Taft LLP
One world Financial Center
New York, New York 10281
**Attention:** John J. Rapisardi and Oren B. Haker

Counsel for the U.S. Department of Justice
86 Chambers Street, 3rd Floor
New York, New York 10007
**Attention:** Matthew L. Schwartz and Joseph N. Cordaro

Detroit_939604_2

Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022
**Attention:**  Adam C. Harris and David J. Karp

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
**Attention:**  Jeffery L. Tanenbaum, Michael P. Kessler, and Robert J. Lemons

Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
**Attention:**  Brian Masumoto

and

The Honorable Robert D. Drain
United States Bankruptcy Judge
U.S. Bankruptcy Court for the Southern District of New York
One Bowling Green, Room 610
New York, New York 10004

/s/ Ralph E. McDowell
Ralph E. McDowell

Dated: July 15, 2009

Detroit_939604_2

# EXHIBIT A

## Existing Delphi Contracts/Part Numbers

| | Contract # | Part # |
|---|---|---|
| 1 | 550074008 | 25368479 |
| 2 | 550075275 | 25350825 |
| 3 | 550051706 | 25351519 |
| 4 | 550086666 | 25363039 |
| 5 | 550086677 | 25363040 |
| 6 | 550086681 | 17122608 |
| 7 | 550086466 | 17056066 |
| 8 | 550086670 | 25028420 |
| 9 | 550086676 | 25316641 |
| 10 | 550086694 | 17089597 |
| 11 | 550086695 | 17121316 |
| 12 | 550086696 | 25315641 |
| 13 | 550063530 | 25375763 |
| 14 | 550086667 | 17124697 |
| 15 | 550086671 | 17103568 |
| 16 | 550086675 | 10477565 |
| 17 | 550086678 | 17106005 |
| 18 | 550086679 | 25169195 |
| 19 | 550086682 | 17075384 |
| 20 | 550086683 | 17108225 |
| 21 | 550086684 | 17087668 |
| 22 | 550086685 | 17089384 |
| 23 | 550086686 | 17103155 |
| 24 | 550086687 | 17120226 |
| 25 | 550086688 | 17120222 |
| 26 | 550086689 | 17102857 |
| 27 | 550086690 | 25171617 |
| 28 | 550086691 | 17103468 |
| 29 | 550086692 | 25336572 |
| 30 | 550135422 | 25321080 |
| 31 | 550135424 | 25321081 |
| 32 | 550135425 | 25364442 |
| 33 | 550135427 | 25380934 |
| 34 | 550135533 | 25171864 |
| 35 | 550135534 | 25321082 |
| 36 | 550135535 | 25349582 |
| 37 | 550135536 | 25356319 |
| 38 | 550135975 | 25365393 |
| 39 | 550136029 | 17080661 |
| 40 | 550136031 | 17091447 |
| 41 | 550136032 | 17103568 |
| 42 | 550136033 | 5233517 |
| 43 | 550136034 | 5233527 |
| 44 | 550136035 | 17108225 |
| 45 | 550136036 | 17087412 |
| 46 | 550136037 | 5235159 |
| 47 | 550136064 | 17108935 |
| 48 | 550151560 | 17108935 |
| 49 | 550151561 | 25169195 |
| 50 | 550151562 | 25171617 |
| 51 | 550151692 | 17075389 |
| 52 | 550163340 | 17100528 |
| 53 | 550245012 | 10477565 |
| 54 | 550086469 | 17101798 |
| 55 | 550086669 | 17101786 |
| 56 | 550059901 | 25371703 |
| 57 | 550086697 | 17079749 |
| 58 | 550086724 | 10129595 |
| 59 | 550086725 | 10140594 |
| 60 | 550086726 | 17069693 |
| 61 | 550086727 | 12516833 |
| 62 | 550086728 | 17069907 |
| 63 | 550086729 | 17086192 |
| 64 | 550086730 | 17086214 |
| 65 | 550086731 | 17086239 |
| 66 | 550086732 | 17087373 |
| 67 | 550086733 | 21000582 |
| 68 | 550086734 | 21008014 |
| 69 | 550086735 | 21008754 |
| 70 | 550086736 | 17104566 |
| 71 | 550086737 | 17087377 |
| 72 | 550086738 | 17109578 |
| 73 | 550086739 | 17087374 |
| 74 | 550086740 | 17073804 |
| 75 | 550086741 | 15643135 |
| 76 | 550086742 | 17073805 |
| 77 | 550086743 | 17083854 |
| 78 | 550086944 | 17075922 |
| 79 | 550086719 | 17091646 |
| 80 | 550086720 | 17091689 |
| 81 | 550086721 | 17109532 |
| 82 | 550086722 | 1635948 |
| 83 | 550086723 | 17122912 |
| 84 | 550087135 | 25028420 |
| 85 | 550341479 | 16183194 |
| 86 | | 22152782 |
| 87 | | 16183195 |
| 88 | 550005817 | 17086239 |
| 89 | 550005817 | 17086192 |
| 90 | 550005817 | 17069907 |
| 91 | 550086711 | 25349582 |
| 92 | 550057607 | 25365393 |
| 93 | 550034275 | 25356319 |
| 94 | | 25357818 |
| 95 | 550049306 | 25359038 |
| 96 | | 28140768 |

### Existing Delphi Contracts/Part Numbers

| | Contract # | Part # |
|---|---|---|
| 1 | 550074008 | 25366479 |
| 2 | 550076275 | 25350925 |
| 3 | 550051706 | 25351519 |
| 4 | 550068646 | 25383039 |
| 5 | 550086677 | 25383040 |
| 6 | 550088681 | 17122008 |
| 7 | 550068466 | 17056066 |
| 8 | 550088670 | 25028420 |
| 9 | 550066876 | 25315641 |
| 10 | 550066834 | 17089897 |
| 11 | 550066895 | 17121318 |
| 12 | 550068896 | 25315641 |
| 13 | 550063530 | 25375763 |
| 14 | 550066667 | 17124997 |
| 15 | 550066671 | 17103565 |
| 16 | 550066675 | 10477995 |
| 17 | 550066678 | 17100005 |
| 18 | 550066679 | 25169195 |
| 19 | 550066682 | 17075384 |
| 20 | 550066683 | 17106225 |
| 21 | 550066684 | 17097690 |
| 22 | 550066685 | 17089394 |
| 23 | 550066886 | 17103158 |
| 24 | 550066687 | 17120228 |
| 25 | 550066688 | 17120222 |
| 26 | 550066689 | 17102857 |
| 27 | 550066690 | 25171617 |
| 28 | 550066691 | 17103488 |
| 29 | 550066692 | 25360572 |
| 30 | 550135422 | 25321680 |
| 31 | 550135424 | 25321681 |
| 32 | 550135425 | 25384442 |
| 33 | 550135427 | 25360934 |
| 34 | 550135533 | 25171864 |
| 35 | 550135534 | 25321682 |
| 36 | 550135535 | 25349382 |
| 37 | 550135538 | 25358319 |
| 38 | 550135975 | 25365393 |
| 39 | 550136029 | 17080601 |
| 40 | 550136031 | 17091447 |
| 41 | 550136032 | 17103560 |
| 42 | 550136033 | 5233317 |
| 43 | 550136034 | 5233527 |
| 44 | 550135035 | 17108225 |
| 45 | 550136036 | 17087412 |
| 46 | 550136037 | 9235159 |
| 47 | 550136064 | 17105935 |
| 48 | 550151500 | 17105935 |
| 49 | 550151561 | 25169195 |
| 50 | 550151562 | 25171517 |
| 51 | 550151692 | 17075389 |
| 52 | 550163340 | 17100028 |
| 53 | 530045012 | 10477565 |
| 54 | 550083460 | 17101768 |
| 55 | 550006569 | 17101788 |
| 56 | 550059901 | 25371703 |
| 57 | 550066697 | 17079749 |
| 58 | 550058724 | 10129065 |
| 59 | 550058725 | 10140594 |
| 60 | 550058726 | 17060003 |
| 61 | 550086727 | 12516833 |
| 62 | 550069726 | 17089907 |
| 63 | 550066729 | 17086162 |
| 64 | 550088730 | 17088214 |
| 65 | 550086731 | 17086233 |
| 66 | 550088732 | 17087373 |
| 67 | 550088733 | 21000562 |
| 68 | 550088734 | 21006014 |
| 69 | 550066735 | 21006764 |
| 70 | 550066736 | 17104566 |
| 71 | 550066737 | 17097377 |
| 72 | 550066738 | 17105226 |
| 73 | 550066739 | 17087374 |
| 74 | 550086740 | 17073804 |
| 75 | 550066741 | 15643135 |
| 76 | 550066742 | 17073805 |
| 77 | 550066743 | 17083554 |
| 78 | 550060944 | 17075922 |
| 79 | 550058719 | 17091648 |
| 80 | 550056720 | 17081689 |
| 81 | 550066721 | 17100032 |
| 82 | 550066722 | 1633949 |
| 83 | 550066723 | 17122012 |
| 84 | 550067135 | 25029420 |
| 85 | 550041479 | 16183194 |
| 86 | | 22152762 |
| 87 | | 18183165 |
| 88 | 550005617 | 17088239 |
| 89 | 550005617 | 17086162 |
| 90 | 550005817 | 17089907 |
| 91 | 25346711 | 25349582 |
| 92 | 550057607 | 25365393 |
| 93 | 550034275 | 25358319 |
| 94 | | 25357818 |
| 95 | 550049308 | 25359938 |
| 96 | | 26140766 |
| 97 | | 26140778 |
| 98 | | 25557546 |
| 99 | | 25386874 |
| 100 | | 20342499 |
| 101 | | 25381892 |
| 102 | | 22228476 |
| 103 | | 22233221 |
| 104 | | 22240206 |
| 105 | | 15461906 |
| 106 | | 6572000 |
| 107 | | 6556918 |
| 108 | SAG90I3489 | |
| 109 | SAG90I3509 | |
| 110 | SAG9005507 | |
| 111 | SAG9005510 | |
| 112 | SAG9005536 | |
| 113 | SAG90I816b | |
| 114 | SAG9002728 | |
| 115 | SAG90X4050 | |
| 116 | SAG90X5616 | |
| 117 | SAG9002729 | |
| 118 | SAG9002731 | |
| 119 | SAG90X4031 | |
| 120 | SAG9005521 | |

Freudenberg NOK Mechatronics GmbH & Co. KG.

| FNM Part # | Delphi Part # | Long text for Delphi Part # | |
|---|---|---|---|
| 401927 | | 13625796 FPC A164 440 5034 / 1527682 | |
| 401928 | | 13625797 FPC A164 440 5134 / 1527742 | |
| 401929 | | 13625798 FPC A164 440 5234 / 1527747 | |
| 401930 | | 13625799 FPC A164 440 5334 / 1527749 | |
| 401931 | | 13625800 FPC A215 440 5132 / 1527754 | |
| 401932 | | 13625801 FPC A251 440 5232 / 1527758 | |
| 401933 | | 13625802 FPC A251 440 5332 / 1527765 | |
| 401934 | | 13625803 FPC A251 440 5432 / 1527769 | |
| 10760694 | | 15336659 | 15336659 |
| 10832080 | | 10832080 FPC A251 540 7605 / 301062 | |
| 10832081 | | 10832081 FPC A251 540 7705 / 301063 | |
| 10832082 | | 10832082 FPC A251 540 7306 / 301064 | |
| 10832083 | | 10832083 FPC A251 540 7206 / 364044 | |
| 10832084 | | 10832084 FPC A251 540 9006 / 364100 | |
| 10832085 | | 10832085 FPC A251 540 7106 / 364042 | |
| 10832086 | | 10832086 FPC A251 540 8806 / 364043 | |
| 10852018 | | 10852018 FPC A251 540 7406 / 364098 | |
| 10852019 | | 10852019 FPC A251 540 8607 / 364101 | |
| 10852020 | | 10852020 FPC A251 540 8407 / 366674 | |
| 10852021 | | 10852021 FPC A251 540 8707 / 364150 | |
| 10852022 | | 10852022 FPC A251 540 8507 / 364151 | |
| 10852023 | | 10852023 FPC A251 540 8807 / 364152 | |
| 10852024 | | 10852024 FPC A251 540 8107 / 365752 | |
| 10852025 | | 10852025 FPC A251 540 8307 / 364048 | |
| 10852026 | | 10852026 FPC A251 540 8207 / 364046 | |
| 10852027 | | 10852027 FPC A251 540 7907 / 364049 | |
| 10852028 | | 10852028 FPC A251 540 8007 / 365751 | |
| 10852029 | | 10852029 FPC A164 540 5606 / 302182 | |
| 10852030 | | 10852030 FPC A164 540 5906 / 302183 | |
| 10852031 | | 10852031 FPC A164 540 3107 / 368749 | |
| 10852032 | | 10852032 FPC A164 540 1208 / 368750 | |
| 10852033 | | 10852033 FPC A164 540 1108 / 368751 | |
| 10852035 | | 10852035 FPC A164 540 2307 / 368757 | |
| 10852036 | | 10852036 FPC A164 540 2407 / 368758 | |
| 10852037 | | 10852037 FPC A164 540 1908 / 368759 | |
| 10852038 | | 10852038 FPC A164 540 2408 / 368760 | |
| 10852043 | | 10852043 FPC A164 540 1308 / 368753 | |
| 10852044 | | 10852044 FPC A164 540 1608 / 368754 | |
| 10852045 | | 10852045 FPC A164 540 1408 / 368755 | |
| 10852046 | | 10852046 FPC A164 540 1508 / 368756 | |
| 10852047 | | 10852047 FPC A164 540 5706 / 368752 | |
| 402383 | | 28092798 FLEX CIRCUIT, G8 | |
| 403171 | | 28101903 FLEX CIRCUIT, G8 | |
| 403331 | | 28113804 FLEX CIRCUIT, D/Z | |
| 403431 | | 28160605 FLEX MAT, VIPER | |
| 404271 | | 28101912 FLEX CIRCUIT, SUBARU EZ5 | |
| 10897042 | | 28055432 FLEX MAT, VIPER | |
| 10901185 | | 28052153 | 28052153 |
| 28003654 | | 28003654 FLEX MAT. VIPER | |

| Delphi Entity | Division | Adress |
|---|---|---|
| Delphi Automotive Systems LLC | c/o Delphi Packard | 408 Dana Street/Mail STN.91 H |
| Delphi Automotive Systems LLC | c/o Delphi Packard | 408 Dana Street/Mail STN.91 H |
| Delphi Automotive Systems LLC | c/o Delphi Packard | 408 Dana Street/Mail STN.91 H |
| Delphi Automotive Systems LLC | c/o Delphi Packard | 408 Dana Street/Mail STN.91 H |
| Delphi Automotive Systems LLC | c/o Delphi Packard | 408 Dana Street/Mail STN.91 H |
| Delphi Automotive Systems LLC | c/o Delphi Packard | 408 Dana Street/Mail STN.91 H |
| Delphi Automotive Systems LLC | c/o Delphi Packard | 408 Dana Street/Mail STN.91 H |
| Delphi Automotive Systems LLC | c/o Delphi Packard | 408 Dana Street/Mail STN.91 H |
| Delphi Automotive Systems LLC | c/o Delphi Packard | 408 Dana Street/Mail STN.91 H |
| Delphi Automotive Systems LLC | c/o Delphi Packard | 408 Dana Street/Mail STN.91 H |
| Delphi Automotive Systems LLC | c/o Delphi Packard | 408 Dana Street/Mail STN.91 H |
| Delphi Automotive Systems LLC | c/o Delphi Packard | 408 Dana Street/Mail STN.91 H |
| Delphi Automotive Systems LLC | c/o Delphi Packard | 408 Dana Street/Mail STN.91 H |
| Delphi Automotive Systems LLC | c/o Delphi Packard | 408 Dana Street/Mail STN.91 H |
| Delphi Automotive Systems LLC | c/o Delphi Packard | 408 Dana Street/Mail STN.91 H |
| Delphi Automotive Systems LLC | c/o Delphi Packard | 408 Dana Street/Mail STN.91 H |
| Delphi Automotive Systems LLC | c/o Delphi Packard | 408 Dana Street/Mail STN.91 H |
| Delphi Automotive Systems LLC | c/o Delphi Packard | 408 Dana Street/Mail STN.91 H |
| Delphi Automotive Systems LLC | c/o Delphi Packard | 408 Dana Street/Mail STN.91 H |
| Delphi Automotive Systems LLC | c/o Delphi Packard | 408 Dana Street/Mail STN.91 H |
| Delphi Automotive Systems LLC | c/o Delphi Packard | 408 Dana Street/Mail STN.91 H |
| Delphi Automotive Systems LLC | c/o Delphi Packard | 408 Dana Street/Mail STN.91 H |
| Delphi Automotive Systems LLC | c/o Delphi Packard | 408 Dana Street/Mail STN.91 H |
| Delphi Automotive Systems LLC | c/o Delphi Packard | 408 Dana Street/Mail STN.91 H |
| Delphi Automotive Systems LLC | c/o Delphi Packard | 408 Dana Street/Mail STN.91 H |
| Delphi Automotive Systems LLC | c/o Delphi Packard | 408 Dana Street/Mail STN.91 H |
| Delphi Automotive Systems LLC | c/o Delphi Packard | 408 Dana Street/Mail STN.91 H |
| Delphi Automotive Systems LLC | c/o Delphi Packard | 408 Dana Street/Mail STN.91 H |
| Delphi Automotive Systems LLC | c/o Delphi Packard | 408 Dana Street/Mail STN.91 H |
| Delphi Automotive Systems LLC | c/o Delphi Packard | 408 Dana Street/Mail STN.91 H |
| Delphi Automotive Systems LLC | c/o Delphi Packard | 408 Dana Street/Mail STN.91 H |
| Delphi Automotive Systems LLC | c/o Delphi Packard | 408 Dana Street/Mail STN.91 H |
| Delphi Automotive Systems LLC | c/o Delphi Packard | 408 Dana Street/Mail STN.91 H |
| Delphi Automotive Systems LLC | c/o Delphi Packard | 408 Dana Street/Mail STN.91 H |
| Delphi Automotive Systems LLC | c/o Delphi Packard | 408 Dana Street/Mail STN.91 H |
| Delphi Automotive Systems LLC | c/o Delphi Packard | 408 Dana Street/Mail STN.91 H |
| Delphi Automotive Systems LLC | c/o Delphi Packard | 408 Dana Street/Mail STN.91 H |
| Delphi Automotive Systems LLC | c/o Delphi Packard | 408 Dana Street/Mail STN.91 H |
| Delphi Automotive Systems LLC | c/o Delphi Packard | 408 Dana Street/Mail STN.91 H |
| Delphi Automotive Systems LLC | c/o Delphi Packard | 408 Dana Street/Mail STN.91 H |
| Delphi Automotive Systems LLC | c/o Delphi Packard | 408 Dana Street/Mail STN.91 H |
| Delphi Automotive Systems LLC | c/o Delphi Packard | 408 Dana Street/Mail STN.91 H |
| Delphi Automotive Systems LLC | c/o Delphi Packard | 408 Dana Street/Mail STN.91 H |
| Delphi Automotive Systems | Delphi Electronics & Safe | Mail Station A 241 |
| Delphi Automotive Systems | Delphi Electronics & Safe | Mail Station A 241 |
| Delphi Automotive Systems | Delphi Electronics & Safe | Mail Station A 241 |
| Delphi Automotive Systems | Delphi Electronics & Safe | Mail Station A 241 |
| Delphi Automotive Systems | Delphi Electronics & Safe | Mail Station A 241 |
| Delphi Automotive Systems | Delphi Electronics & Safe | Mail Station A 241 |
| Delphi Automotive Systems | Delphi Electronics & Safe | Mail Station A 241 |
| Delphi Automotive Systems | Delphi Electronics & Safe | Mail Station A 241 |

| | |
|---|---|
| Warren/Ohio | 44486 |
| Warren/Ohio | 44486 |
| Warren/Ohio | 44486 |
| Warren/Ohio | 44486 |
| Warren/Ohio | 44486 |
| Warren/Ohio | 44486 |
| Warren/Ohio | 44486 |
| Warren/Ohio | 44486 |
| Warren/Ohio | 44486 |
| Warren/Ohio | 44486 |
| Warren/Ohio | 44486 |
| Warren/Ohio | 44486 |
| Warren/Ohio | 44486 |
| Warren/Ohio | 44486 |
| Warren/Ohio | 44486 |
| Warren/Ohio | 44486 |
| Warren/Ohio | 44486 |
| Warren/Ohio | 44486 |
| Warren/Ohio | 44486 |
| Warren/Ohio | 44486 |
| Warren/Ohio | 44486 |
| Warren/Ohio | 44486 |
| Warren/Ohio | 44486 |
| Warren/Ohio | 44486 |
| Warren/Ohio | 44486 |
| Warren/Ohio | 44486 |
| Warren/Ohio | 44486 |
| Warren/Ohio | 44486 |
| Warren/Ohio | 44486 |
| Warren/Ohio | 44486 |
| Warren/Ohio | 44486 |
| Warren/Ohio | 44486 |
| Warren/Ohio | 44486 |
| Warren/Ohio | 44486 |
| Warren/Ohio | 44486 |
| Warren/Ohio | 44486 |
| Warren/Ohio | 44486 |
| Warren/Ohio | 44486 |
| Warren/Ohio | 44486 |
| Kokomo, Indiana 9005 | 46904 |
| Kokomo, Indiana 9005 | 46904 |
| Kokomo, Indiana 9005 | 46904 |
| Kokomo, Indiana 9005 | 46904 |
| Kokomo, Indiana 9005 | 46904 |
| Kokomo, Indiana 9005 | 46904 |
| Kokomo, Indiana 9005 | 46904 |
| Kokomo, Indiana 9005 | 46904 |