June 28, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610

Reference case # 05-44481

Dear Judge Drain:

As a retired Delphi Salary Employee I strongly object to the recently filed Delphi Modified Plan of Reorganization.

This plan is structured to only benefit a few Delphi Senior Executives, General Motors, the UAW and Platinum Equity. It is totally at the expense of Delphi creditors, "Non-UAW" hourly workers, the retired salary employees and the American taxpayer. Also, It is clear that this whole deal is being brokered by the US Treasury, with Tim Geithner.

GM is receiving viable, ongoing revenue producing plants at no cost other than accepting the UAW pension plans.

Delphi Senior Executives will retain their positions and potentially receive either generous retention or severance bonus' from the new owners.

The UAW will continue under the GM umbrella for pensions and benefits, which are being financed by the US Government.

Platinum Equity will now own a company with revenue producing operations that have excellent profit potential and they will pay literally nothing for this. Why are they paying more for the Alcoa AFL unit which is much smaller and has far fewer assets?

I firmly believe that this is truly a liquidation of Delphi thinly disguised as an "emergence." Worst of all, the valuable assets of this company are being given away and the only money left for creditors and retirees will be in the disposition of already closed, nonrevenue producing plants (DPH).

Perhaps even more disturbing, is the settlement Delphi is requesting of the PBGC. They have requested that the PBGC drops its right to secured claims and becomes an unsecured claim. This is ludicrous. These claims should be maintained and provide funds to decrease the underfunded position of Delphi's Salaried Retirement Plan. The court will have to address this issue because I am sure that the PBGC will negotiate away its rights because of its unique position in relationship to the US Treasury Department and Tim Geithner, who is brokering the whole GM/Delphi Process.

I ask the court to please not accept this modified plan, but to send Delphi and its partners- GM, the US Treasury, Platinum and the UAW, back to restructure a deal that is equitable to the "Non-UAW" retirees, salaried retirees, and the creditors. I believe that is the responsibility of the court.

Best Regards,

*Felicia Janda*

July 1, 2009

Judge Drain -

In addition to the enclosed letter, I want to add some personal comments. As an employee of GM/Delphi, I feel totally betrayed. I worked very hard for 33 years and to have GM push the salary retirees aside is unfair & very hurtful. These executives have and continue to receive millions of dollars but what about the average worker who has retired & depends on that income. The Delphi salary retirees have lost their health care - a commitment broken. Now, GM will not take back their Delphi salary pensions therefore many of us will lose our homes! Who can get healthcare, pay mortgage, taxes, and other bills when the pensions will be going to the government. What about the spouse of a retiree who passes away & has no job skills? This is devastating! GM has taken back the UAW Delphi retiree pensions but why not the salary pensions? We worked together side-by-side. GM told me to go to Delphi. We did not have a choice. We stayed at GM becse of our faithful employer. Now, that faithful employer has betrayed the salary people and turned their backs on us.

Judge - the Delphi Salary Re's are respectfully requesting you to help us

lives by saving our pensions. All those bonuses between GM & Delphi could save the pension fund. Please, before you make a decision, read all these letters. Please understand that people rely on these pensions. Please understand GM <u>can</u> afford to fund these pensions. Bankruptcy is a way to wipe out debt. Let's wipe out the executives!

Thank-you for listening! I hope & pray, along with all the Delphi Salary Retirees, you make the right decision & save our pensions & save our lives! Please make GM & Delphi own up to their obligations & promises!

Sincerely,

Felicia Jarda