July 5th, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610

Reference case # 05-44481

Dear Judge Drain:

I object to the Delphi filing proposing to turn the salaried pension program over to the PBGC

In 2007 Delphi changed the insurance benefit for salary retires and forced them to switch to Medicare at age 65. GM had promised us insurance for life. I worked for GM for 31 years before they spun me off to Delpi.

I retired in 2008 from Delphi. In March of 2009 they took away my $100,000 life insurance and forced us to pick up the medical for our spouses to the tune of 8400 per year. This reduced my pension by 20 %. Delphi saved 2 billion dollars with this move.

Now Delphi wants to turn the pension over to the PBGC and give them worthless assets as a backing for this. They say this is because the pension plan is under funded by 2.1 billion dollars. Combining the two savings means that Delphi saves 4 billion dollars at the expense of the salaried retirees. The union counterparts have been pulled back into the GM organization and still have their health insurance, life insurance and pension intact. They will have to pay $35 dollars for their health care.

This is really about two groups of employees for a company being treated completely differently by the corporation. I worked side by side with many of those union people who still have their benefits, while I am being made a ward of the state. The move by Delphi and GM, while it may be legal is completely unethical!!!!! Where are the laws that protect the innocent??

I spent ¾ of my career working for GM and ¼ of the 40 years working for Delphi through no choice of my own. I think the whole deal is collusion between GM, Delphi, Platinum and the Government Auto taskforce and your Bankruptcy court.

Ron LaLonde

3605 Robin Ct

Kokomo, IN 46902