RECEIVED JUL 15 2009 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

July 12, 2009

Judge Drain,

It's doubtful that your staff will actually forward this letter to you but hopefully they will.

I realize that a judge interprets the law but at the same time upholds justice.

By writing this letter from the heart, please permit me to at least be heard.

Try for a moment and put yourself in the position of the Delphi Salaried Retirees, but in this appeal I will be speaking of my own experiences.

I moved from the Appalachian region soon after high school to work in the car plants to better myself and care for my family.

I landed a job at GM- New Departure-Hyatt in Sandusky, Ohio. I spent 4 years in the bargaining unit and did not have to leave but when I was asked to work in supervision as a salaried employee, I accepted for two reasons ① I felt I had a lot to offer our new spindle bearing line and ② again better myself and my family.

2

I was very proud to be a GM supervisor but soon after I took the job, the first thing to change was that you could no longer return to the bargaining unit as you could in the past. With that set, a career of takeaways started in comparison to the hourly employees such as:

1. Loss of C.O.L.A - a lot of compensation over time
2. reduction of benefits - more co-pay
3. more "casual" overtime
4. merit funds frozen - no raises - (list goes on)

This went on over the years and by the time I retired, I didn't make any more that the people that worked for me and had all the responsibility and headaches.

I try my best not to be bitter and this is not a sour grapes story Judge Drain. I want you to know that I kept my nose clean and stuck with the job.

I'm telling you all this to point out that there has been disparate treatment going on within GM/Delphi for many years and now the loss of benefits and pension appears to be the coupe de grace against Delphi's salaried retirees. Even if its the law doesn't make it ethical and you shouldn't have to have a union to get fair treatment.

Anyways Judge Drain, after putting in 25 years for GM and 9 years for Delphi, they (Delphi) are not reciprocating for the determined and effective effort that I gave them. By law I guess I can hold Delphi accountable even though GM spawned this mess and they both are in bankruptcy at the same time.

Up until now Judge, the Delphi Salaried Retirees have found little favor in your court.

I have already lost all my benefits in retirement which has practically already financially ruined me. If my pension defaults to the PBGC, my financial situation will be catastrophic.

I'm not begging - too proud for that. I'm relying on your justice and "interpretation" of the law. If you don't stand up for us retirees, there is no one else. You have the power.

Lately I feel humiliated and sick to my stomach at this turn in life. I planned retirement well and my payoff appears to be only broken promises.

I wouldn't want your job, but if I did I wouldn't forget about the workers.

Thank you,
Glenn

The modified plan needs modified again.

June 28, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610

Reference case # 05-44481

Dear Judge Drain:

As a retired Delphi Salary Employee I strongly object to the recently filed Delphi Modified Plan of Reorganization.

This plan is structured to only benefit a few Delphi Senior Executives, General Motors, the UAW and Platinum Equity. It is totally at the expense of Delphi creditors, "Non-UAW" hourly workers, the retired salary employees and the American taxpayer. Also, It is clear that this whole deal is being brokered by the US Treasury, with Tim Geithner.

GM is receiving viable, ongoing revenue producing plants at no cost other than accepting the UAW pension plans.

Delphi Senior Executives will retain their positions and potentially receive either generous retention or severance bonus' from the new owners.

The UAW will continue under the GM umbrella for pensions and benefits, which are being financed by the US Government.

Platinum Equity will now own a company with revenue producing operations that have excellent profit potential and they will pay literally nothing for this. Why are they paying more for the Alcoa AFL unit which is much smaller and has far fewer assets?

I firmly believe that this is truly a liquidation of Delphi thinly disguised as an "emergence." Worst of all, the valuable assets of this company are being given away and the only money left for creditors and retirees will be in the disposition of already closed, nonrevenue producing plants (DPH).

Perhaps even more disturbing, is the settlement Delphi is requesting of the PBGC. They have requested that the PBGC drops its right to secured claims and becomes an unsecured claim. This is ludicrous. These claims should be maintained and provide funds to decrease the underfunded position of Delphi's Salaried Retirement Plan. The court will have to address this issue because I am sure that the PBGC will negotiate away its rights because of its unique position in relationship to the US Treasury Department and Tim Geithner, who is brokering the whole GM/Delphi Process.

I ask the court to please not accept this modified plan, but to send Delphi and its partners- GM, the US Treasury, Platinum and the UAW, back to restructure a deal that is equitable to the "Non-UAW" retirees, salaried retirees, and the creditors. I believe that is the responsibility of the court.

Best Regards,

*T. Glenn Elliott*

3601 Plum Brook Circle
Sandusky, Ohio 44870



RECEIVED
JUL 15 2009
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK