UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al, | Case No. 05-44481-(RDD) |
| | (Jointly Administered) |
| Debtors. | |
| _____/ | |

**CERTIFICATE OF SERVICE**

I Lyle D, Russell, do hereby state the foregoing Objections of Creditors, Renee Adamski, Michael Andrud, Michael Clancy, Jorge Cornejo, Jonathon Stegner, Rick Varner, and Linda Wiersema, were served upon the parties on the attached Service List, via CM/ECF email, and hand delivery on this 15th day of July, 2009.

Russell & Stoychoff, P.C.

Dated: July 15, 2009

/s/Paul M. Stoychoff, P35906
Lyle D. Russell, P27039 (Pro Hac Vice Motion Pending )

New York, New York

Attorney for Claimant
4468 W. Walton Blvd.
Waterford, MI 48329
248-618-0300
Email:   Pmstoych@yahoo.com
            Lylerussell@magnusoft.com

1