**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
In re                                   :
                                        :    Chapter 11
                                        :
DELPHI CORPORATION, *et al*.,           :    Case No. 05-44481(RDD)
                                        :
                                        :    (Jointly Administered)
                       Debtors.         :
------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, **Anthony Shelley**, a member in good standing of the bar District of Columbia; New York State; U.S. District Court for the District of Columbia; U.S. District Court for the District of Maryland; the U.S. Courts of Appeals for the First, Second, Fourth, Fifth, Sixth, Seventh, Ninth, Eleventh, and D.C. Circuits; and the U.S. Supreme Court request admission, *pro hac vice*, before the Honorable Robert D. Drain to represent the Objectors Dennis Black, Charles Cunningham, and Delphi Salaried Retiree Association.

My:   address is Miller Chevalier, 655 Fifteenth Street, N.W., Suite 900
      Washington DC 20005-5701
      e-mail address is: ashelley@milchev.com  telephone number is: (202) 626-5924

I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: July 15, 2009
       Washington DC

                                                  */s/ Anthony Shelley*
                                                  Anthony Shelley

## ORDER

**ORDERED,**

That Anthony Shelley, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: July___, 2009
       New York, New York

                                                  UNITED STATES BANKRUPTCY JUDGE

#1787878 v1 \099998 \0038