July 7, 2009



The Honorable Robert D. Drain
Justice of The United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Reference case #05-44481

Dear Judge Drain:

As a retired Delphi Salaried Retiree I strongly object to the recently filed Delphi Corporation's Modified Plan of Reorganization.

This plan seems to tilt in favor of the UAW ("A Powerful Lobbying Force"), Platinum Equity and GM. The Equality of Sacrifice factor seems to have been cast aside since it is at the expense of Delphi creditors, retired salary employees, "Non-UAW" hourly workers and last, but, not least the American taxpayer.

By accepting the UAW pension plan, and specifically refusing Delphi's Salary pension fund, GM will basically be receiving viable, ongoing revenue producing Delphi plants at no additional cost to them. These plants, as well as pension obligations originated with General Motors long before Delphi was spun off as a separate entity.

UAW represented workers and retirees will continue under the GM umbrella for pensions and benefits, which, at present, are being financed by the US Treasury.

I question why Platinum Equity is the source favorable to Delphi when the names of other potential buyers are being identified. Why also, the hostility toward retired Salaried employees? Once again "Equality of Sacrifice" comes into view.

Delphi has apparently requested PBGC to drop its right to secured claims in favor of unsecured claims against Delphi assets. Hopefully the secured claims status will be maintained and provide funds to decrease the shortfall of Delphi's Salaried Retirement Plan.

As a potentially "Injured Party," I request the court to NOT ACCEPT this modified plan, but send Delphi, GM, Platinum and the UAW back to the table to restructure a deal which is much more equitable and fair to all. Obviously the role of the US Treasury has become an extremely important player in this matter.

Sincerely,

Charles Michael,
Delphi Salaried Retiree
Anderson, IN