7/6/09

Dear Honorable Judge Robert D. Drain,

Thank you in advance for reviewing Delphi's intent to terminate the salary pension plan. I was employed as a Design Engineer for 22 years @ GM prior to involuntary reassignment to Delphi for 8 years.

- Why would the salary pension obligations not be included with the GM plan obligations, much like the UAW pensions?

- Why will the Delphi salaried pensions be reduced while the GM salaried employees are currently being offered early retirement incentives?

- Why are the salary pensions to be terminated (and reduced) while Delphi's emergence plan is essentially a liquidation with no benefit to retirees or creditors?

Foolish me, to get an Engineering Degree! I should have gotten an hourly job after high school. That would have provided me with health care insurance for life and a secure pension!

Thank you for your thoughtful consideration for everything you have done while Delphi has been in Chapter 11. Additionally, please consider, to the extent possible, providing salaried retirees fair and equal treatment.

Sincerely,
Michael E. Graney

MICHAEL E. GRANEY
260 PHELPS ROAD
HONEOYE FALLS NY 14472
585-533-1964

RECEIVED JUL 13 2009
RE: Delphi Corp Case #05-44481
BAR DATE 10/8/05 RDD