UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

DELPHI CORPORATION, et al.,                    Court No. 05-44481

    Debtor(s).
_____ /                  Chapter 11
STATE OF MICHIGAN)ss                           (Jointly Administered)
COUNTY OF INGHAM)

## PROOF OF SERVICE

    Dennis J. Raterink, certifies that on July 14, 2009, a copy of Limited Objection to Debtors' (A) Supplement To Motion For Order (I) Approving Modifications To Debtors' First Amended Plan of Reorganization (As Modified) and Related Disclosures and Voting Procedures (II) Setting Final Hearing Date to Consider Modifications to Confirmed First Amended Plan of Reorganization and (B) Request to Set Administrative Expense Claims Bar Date and Alternative Sale Hearing Date on behalf of the Michigan Workers' Compensation Agency and Michigan Funds Administration was served upon the parties noted below by overnight mail by enclosing same in an envelope and depositing same in a United Parcel Service box in Lansing, Michigan, plainly addressed to the following persons:

Honorable Robert D. Drain
United States Bankruptcy Judge
One Bowling Green, Room 610
New York, New York 10004

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
ATTN: General Counsel

Counsel to the Debtors
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, Illinois 60606
ATTN: John Wm. Butler, Jr. and Ron E. Meisler

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
ATTN: Brian Masumoto

Counsel for the Official Committee of
Unsecured Creditors
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
ATTN: Robert J. Rosenberg, Mark A. Broude, and Mitchell A. Seider

Counsel for the Agent Under the
Postpetition Credit Facility
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017
ATTN: Donald Bernstein and Brian Resnick

Counsel for the Tranche C Collective
Willkie Fan & Gallagher LLP
787 Seventh Avenue
New York, New York 10019
ATTN: Richard Mancino and Marc Abrams

| | |
|---|---|
| Counsel for the United States Department of the Treasury<br>Cadwalader, Wickersham & Taft LLP<br>OneWorld Financial Center<br>New York, New York 10281<br>ATTN: John J. Rapisardi and Oren B. Raker | Counsel for General Motors Corporation<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>ATTN: Jeffrey L. Tanenbaum and Robert J. Lemons |
| Counsel for the United States Department of Justice<br>86 Chambers Street, 3rd Floor<br>New York, New York 10007<br>ATTN: Matthew L. Schwartz and Joseph N. Cordaro | Counsel for Parnassus Holdings II, LLC<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, New York 10022<br>ATTN: Adam C. Harris and David J. Karp |

*/s/ Dennis J. Raterink*
Dennis J. Raterink