July 3, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610

Reference case # 05-44481

Dear Judge Drain:

As a retired Delphi Salary Employee I strongly object to the recently filed Delphi Modified Plan of Reorganization.

This plan is structured to only benefit a few Delphi Senior Executives, General Motors, the UAW and Platinum Equity. It is totally at the expense of Delphi creditors, "Non-UAW" hourly workers, the retired salary employees and the American taxpayer. Also, It is clear that this whole deal is being brokered by the US Treasury, with Tim Geithner.

GM is receiving viable, ongoing revenue producing plants at no cost other than accepting the UAW pension plans.

Delphi Senior Executives will retain their positions and potentially receive either generous retention or severance bonus' from the new owners.

The UAW will continue under the GM umbrella for pensions and benefits, which are being financed by the US Government.

Platinum Equity will now own a company with revenue producing operations that have excellent profit potential and they will pay literally nothing for this. Why are they paying more for the Alcoa AFL unit which is much smaller and has far fewer assets?

I firmly believe that this is truly a liquidation of Delphi thinly disguised as an "emergence." Worst of all, the valuable assets of this company are being given away and the only money left for creditors and retirees will be in the disposition of already closed, nonrevenue producing plants (DPH).

Perhaps even more disturbing, is the settlement Delphi is requesting of the PBGC. They have requested that the PBGC drops its right to secured claims and becomes an unsecured claim. This is ludicrous. These claims should be maintained and provide funds to decrease the underfunded position of Delphi's Salaried Retirement Plan. The court will have to address this issue because I am sure that the PBGC will negotiate away its rights because of its unique position in relationship to the US Treasury Department and Tim Geithner, who is brokering the whole GM/Delphi Process.

I ask the court to please not accept this modified plan, but to send Delphi and its partners- GM, the US Treasury, Platinum and the UAW, back to restructure a deal that is equitable to the "Non-UAW" retirees, salaried retirees, and the creditors. I believe that is the responsibility of the court.

Best Regards,

03-JL-2009

Honorable Judge Robert Drain,

I am writing to you regarding the GM and Delphi situation. Each week a new wrinkle is exposed. It now appears that Delphi is selling off the plants that GM needs and can't be easily replaced while dissolving itself of its financial responsibilities to the salaried workers insurance, workers' compensation, and pension plans. With the selling of Delphi's remaining plants and the closing of the others, it would virtually make Delphi a foreign company. Most of their financially successful operations were shipped over-seas already.

While it is good and perhaps even necessary to help our industries become successful once again, that help must come with good faith by continuing to provide American jobs. GM and Delphi have been highly successful companies for a long time. They can become successful once again, but if they are going to gain financial support from the American people they need to focus on supporting Americans. If their focus is to abandon operations in this country then I believe government's focus should be to support the retirees and workers left behind instead of the companies that have abandoned their workforce.

Please note that GM and Delphi are only attacking the salaried retirees. What about active salaried and the hourly active and retired? Should they not have to bear some of this burden if we allow these companies to dump their financial responsibilities upon the taxpayers, Delphi creditors and their salaried retirees? It is hard for me as an American to fathom how our courts could allow this discriminatory practice. We are a country that is supposed to be fair and just. How is it that we could allow a company to single out a particular segment of our society and take away rights from them while leaving the others alone?

I am a disabled salaried retiree who worked for GM for over 30 years and then a Delphi sign went over our door months before I retired. Now my health and life insurance are gone. It costs me over $2,000 per month to replace my health coverage and now Delphi wants to sell out to another company and the PBGC can assume the responsibility for our pensions. Since the fund is only 54% funded and I am under 60 years of age my pension would be reduced by over 70%. Not many people can survive on that amount.

In addition Delphi wants to shed their responsibilities for workers' compensation as well. What has America come to if we allow a "KICK EM TO THE CURB" attitude toward our injured employees and retirees? There are over 15,000 Delphi salaried retirees in this country. Most of them are Michigan residents. One can only imagine the negative impact it will have on our state's already crippled economy if Delphi is allowed to abandon their responsibility to us. I realize you live in a different state, but what is bad for Michigan is bad for all states.

It is my hope that you are a compassionate public servant that you will protect those who are unable to defend themselves. I appeal to you to represent the American people and not big business. The "trickle down effect" does not work for us if it is "trickling down" overseas. Thank you for listening and thank you in advance for your help.

*Joe Wineland*

Joe Wineland
5464 Seymour Rd.
Swartz Creek, MI. 48473
Mobile phone # 810-908-0162