July 3, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610
**Reference Case # 05-44481**

To the Honorable Judge Drain:

I often stand in wonder of our United States justice system. It is an entity which I respect and consider a blessing in spite of imperfections. I truly belief that you who are elected and appointed and charged with the duty to conduct a fair and impartial hearing, assure that the facts are fully elicited, and give a ruling on all manner of issues, attempt to perform your job well. It is my hope that this correspondence will aid you in your deliberations regarding the Delphi Modified Plan of Reorganization.

In 1978, I relocated from Manhattan to Flint, Michigan after receiving a job offer as a salaried employee with AC Spark Plug. In November 2008, I was offered an opportunity to retire from Delphi Corp. Although my pension would amount to about half of my salary, I took the offer rather than chance an involuntary termination.

At the time of my retirement, I was doing the work of 4 people [3 had previously been terminated or retired]. For the 3 years prior to that date, I worked an average of 56 hours a week without overtime pay in order to get the job done; and always strived to performed my work and responsibilities well.

Since retiring and living on a reduced income, I've come to a greater understanding of the value of a dollar and how to make it stretch by doing without wants and certain conveniences. Even after losing my Delphi sponsored health and life insurances, I am still managing by God's grace.

I was glad to hear about Delphi's recent decision to sell its operations to Platinum Equity and come out of bankruptcy. It has always been my wish along with many of my co – workers / retirees that Delphi would become strong and profitable again. However, I was stunned and appalled to learn that my former employer is willing to jeopardize the salaried employees' retirement fund in the process by requesting the Pension Benefit Guarantee Corporation take over our pension.

Your Honor, a further reduction in Delphi salaried employees' income will greatly burden many of us who only want what we expected upon signing our retirement papers in good faith. If you could picture yourself in this situation, I'm sure you can appreciate our concern and immense disappointment in Delphi's plan. I urge you to prevent Delphi from excusing itself from the obligation to wholly fund our retirement. Your decision can make the difference in sustaining some quality of life for those of us who gave so much to our investment in the American Dream.

Thank you so much, Judge Drain, for your thorough consideration of this extremely important matter. May God bless and guide you in your ruling.

Sincerely,

Claudia Bowers
3213 Begole St.
Flint, MI 48504