## **EXHIBIT A**

## Assignment and Assumption Agreement

WHEREAS, SBC Global Services, Inc. (SBC) and Delphi Automotive Systems Corporation (Customer) entered a Master Agreement and several other telecommunications services agreements as described in Attachment 1 hereto on or about the dates shown therein (Agreements) and

WHEREAS, Customer desires to assign such Agreements to Computer Sciences Corporation (Assignee) in connection with Customer's outsourcing of functions thereunder effective August 1, 2007, and

WHEREAS, SBC consents to such assignment pursuant to the Assignment section of the Master Agreement,

NOW THEREFORE, Customer assigns to Assignee all its rights and obligations under the Agreements effective August 1, 2007, (Effective Date)

SBC consents to such assignment and fully releases Customer from and after such date from all obligations and charges under the Agreements, including termination liability.

Assignee agrees to assume all rights and obligations of Customer under the Agreements as of the Effective Date.

IN WITNESS WHEREOF, the parties' authorized representatives have executed this document as of the dates shown below.

**Computer Sciences Corporation**

Name: _Martin Reidler_

Martin Reidler
Vice President
Supply Chain Management
Printed Name
_____
Title
_8/21/07_
Date

**Delphi Automotive Systems Corporation**

Name: _Lori A. Tremonti_

Lori A. Tremonti
Printed Name
Director, Sourcing & Relationship Mgmt
Title
_8/3/07_
Date

**Concurred:**

**SBC Global Services, Inc.**

Name: _Robert R. Marcwae_

Robert R. Marcwae
Printed Name
Executive Director - Sales
Title
_8/22/07_
Date



Assignment and Assumption Agreement 3
ATTACHMENT 1

| Contract Vehicle | AT&T Affiliate | Contract Signed Date | Contract Expiration | AT&T Contract Number |
|---|---|---|---|---|
| **Managed Care Station Services Agreement** | | | | |
| Master Services Agreement (PremierSERV Managed Care (PMC) Master | Ameritech Information Systems, Inc. | 8/17/1999 | 12/31/2007 | |
| First Amendment for Name Change and New Services | | | 12/31/2007 | |
| Schedule A: Voice Premise Services T & C | Ameritech Information Systems, Inc. | | 12/31/2007 | |
| Attachment A: Delphia Affiliates and Delphi Sites | Ameritech Information Systems, Inc. | | 12/31/2007 | |
| Attachment B: Statement of Work | Ameritech Information Systems, Inc. | | 12/31/2007 | |
| Attachment C: Fee, C1 - Baseline Service Counts and C2- Fees | Ameritech Information Systems, Inc. | | 12/31/2007 | |
| Attachment D: Management Reports | | | 12/31/2007 | |
| Attachment E: Performance Standards | | | 12/31/2007 | |
| Attachment F: Key Ameritech Locations | | | 12/31/2007 | |
| Attachment F1 - Delphi Representatives | | | 12/31/2007 | |
| Attachment G: Assets and Equipment | | | 12/31/2007 | |
| Second Amendment to Schedule A of the Managed Services Agreement | SBC Global Services in interest to Ameritech Information Systems Inc. | | 12/31/2007 | |
| Attachment H1 and H2: Managed Local Access | | | 12/31/2007 | |



Assignment and Assumption Agreement 3
ATTACHMENT 1

| Contract Vehicle | AT&T Affiliate | Contract Signed Date | Contract Expiration | AT&T Contract Number |
|---|---|---|---|---|
| Third Amendment to Schedule A of the Managed Services Agreement (2006) | SBC Global Services in interest to Ameritech Information Systems Inc. | | 12/31/2007 | |
| Fourth Amendment to Schedule A of the Managed Services Agreement (2007) | SBC Global Services, Inc., dba AT&T Global Services, on behalf of its Affiliates | 12/15/06 ? | 12/31/2007 | |

AT&T Proprietary

7/24/2007

## Assignment and Assumption Agreement

WHEREAS, AT&T Corp. (AT&T) and Delphi Automotive Systems Corporation (Customer) entered a Master Telecommunications Services Agreement Service Order Attachment for OC-3c Private Lines on or about November 20, 2006 (Agreement) and

WHEREAS, Customer desires to assign such Agreement to Computer Sciences Corporation (Assignee) in connection with Customer's outsourcing of certain telecommunications functions effective August 1, 2007, and

WHEREAS, AT&T consents to such assignment pursuant to the Assignment section of the Agreement,

NOW THEREFORE, Customer assigns to Assignee all its rights and obligations under the Agreement effective August 1, 2007, (Effective Date)

AT&T consents to such assignment and fully releases Customer from and after such date from all obligations and charges under the Agreement, including termination liability.

Assignee agrees to assume all rights and obligations of Customer under the Agreement as of the Effective Date.

IN WITNESS WHEREOF, the parties' authorized representatives have executed this document as of the dates shown below.

**Computer Sciences Corporation**

Name: _Martin Leidime_

Martin Leidemer
Vice President Name
Supply Chain Management
Title
8/21/07
Date

**Delphi Automotive Systems Corporation**

Name: _Lori A. Trementi_

Lori A. Trementi
Printed Name
Director, Sourcing & Relationship Mgmt
Title
8/3/07
Date

**Concurred:**    **AT&T Corp.**

Name: _Robert R. Marcucci_

Robert R. Marcucci
Printed Name
Executive Director - Sales
Title
5/22/07
Date

## Assignment and Assumption Agreement

WHEREAS, Ameritech Information Systems, Inc. (AIT) and Delphi Automotive Systems Corporation (Customer) entered a Managed Care Station Services Agreement containing a number of Schedules, Attachments and Amendments as described on Attachment 1 hereto on or about August 17, 1999 (Agreement) and

WHEREAS, Customer desires to assign such Agreement to Computer Sciences Corporation (Assignee) in connection with Customer's outsourcing of certain telecommunications functions effective August 1, 2007, and

WHEREAS, AIT consents to such assignment pursuant to the Assignment section of the Agreement,

NOW THEREFORE, Customer assigns to Assignee all its rights and obligations under the Agreement effective August 1, 2007, (Effective Date)

AIT consents to such assignment and fully releases Customer from and after such date from all obligations and charges under the Agreement, including termination liability.

Assignee agrees to assume all rights and obligations of Customer under the Agreement as of the Effective Date.

IN WITNESS WHEREOF, the parties' authorized representatives have executed this document as of the dates shown below.

**Computer Sciences Corporation**

Name: _Martin Reidma_

Martin Leidemer
Vice President
Supply Chain Management
Printed Name

Title
8/21/07
Date

**Delphi Automotive Systems Corporation**

Name: _Lori A. Tremonti_

Lori A. Tremonti
Printed Name

Director, Sourcing & Relationship
Title
8/3/07
Date

Concurred:       **Ameritech Information Systems, Inc.**

Name: _R. R. Marcucci_

Robert R. Marcucci
Printed Name

Executive Director - Sales
Title
8/22/07
Date



Assignment and Assumption Agreement 1
ATTACHMENT 1 - Contract Matrix

| Contract Vehicle | Service Description | AT&T Affiliate | Contract Signed Date |
|---|---|---|---|
| **SBC Master Agreement** | | SBC Global Services, Inc. | 2/14/2003 |
| ***Ameritech Network Services Addendum No. 1 to Master Agreement*** | Note: On the addendums & attachments is states' Master Agreement effective on December 15, 2003" | | |
| Attachment No. 1 | Flint OC-3c | SBC Global Services, Inc. | 12/11/2003 |
| Attachment No. 2 | OC-48 SONET Ring (3 Delphi nodes and 3 CO nodes) | SBC Global Services, Inc. | 12/11/2003 |
| Attachment No. 3 | Saginaw Voice DS1s (not part of MAN, but part of Master Agreement) | SBC Global Services, Inc. | 12/28/2005 |
| Attachment No. 4 | Saginaw Data DS1 (backup connection between 3900 Holland and 2328 Genesee) | SBC Global Services, Inc. | 12/28/2005 |
| Attachment No. 7 | Brighton OC-3c | SBC Global Services, Inc., dba AT&T Global Services, on behalf of its Affiliates | 8/30/2006 |
| Attachment No. 8 | OC-48 SONET Port Addendum (to add OC-3 ports to main ring for Brighton link) | SBC Global Services, Inc., dba AT&T Global Services, on behalf of its Affiliates | 8/30/2006 |
| Attachment No. 10 | OC-48 SONET Port Addendum (to add OC-3 ports to main ring for Dayton link) | SBC Global Services, Inc., dba AT&T Global Services, on behalf of its Affiliates | 1/4/2007 |
| Attachment No. 11 | Auburn Hills Node Addition (to OC-48 ring) | SBC Global Services, Inc., dba AT&T Global Services, on behalf of its Affiliates | |
| **SBC DataComm Addendum No. 2 to Master Agreement** | | SBC Global Services, Inc. | 12/11/2003 |
| Order No. 1 and Scope of Work | CPE and Services agreement for all sites in Phase One of MAN deployment | SBC Global Services, Inc., on behalf of its SBC DataComm | 12/11/2003 |

AT&T Proprietary

7/24/2007

‥ at&t

**Assignment and Assumption Agreement 1**
**ATTACHMENT 1 - Contract Matrix**

| Contract Vehicle | Service Description | AT&T Affiliate | Contract Signed Date |
|---|---|---|---|
| Order No. 3 | CPE and Services for Brighton addition | SBC Global Services, Inc., on behalf of its SBC DataComm | |
| Order No. 5 | CPE and Services for Dayton addition | SBC Global Services, Inc. | 1/4/2007 |
| Order No. 6 | CPE and Services for Auburn Hills addition | SBC Global Services, Inc. | 6/15/2007 |
| *Long Distance Services ICB Addendum No. 3* | OC-3c circuits for Kokomo and Saginaw | SBC Global Services, Inc. | 9/1/2004 |
| *CSO for DS3 in Saginaw* | Tariff service agreement for DS3 between 3900 Holland and 2328 Genesee in Saginaw | SBC Global Services, Inc. | 11/11/2004 |
| *SBCLD Contract* | Monitoring link for Network Management | SBC Global Services, Inc. | 7/23/2004 |
| *CSO for OC-3 in Saginaw* | Baseline Local Loop (POP to Delphi Prem) for OC-3c in Saginaw | Ameritech | 1/2/2004 |

7/24/2007

7/24/2007

**Assignment and Assumption Agreement 1**
**ATTACHMENT 1 - Contract Matrix**

| Contract Expiration | AT&T Contract Number |
| --- | --- |
|  | 20040116-0683 |
| 8/16/2009 | 20040116-0782 |
| 8/16/2009 | 20040116-0751 |
| 1/31/2009 | 20040116-0782 |
| 4/5/2009 | 20051227-0423 |
|  | 20051228-0001 |
| 12/17/2009 | 20060810-0332 |
| 12/17/2009 | 20060810-0332 |
| 5/20/2008 | 20061228-0439 |
| TBD | 20070615-0528 |
|  | 20070615-0555 |
| 8/16/2009 | 20040116-0683 |

AT&T Proprietary

at&t

7/24/2007



**Assignment and Assumption Agreement 1**
**ATTACHMENT 1 - Contract Matrix**

| Contract Expiration | AT&T Contract Number |
|---|---|
| 12/17/2009 | 20040116-0683 |
| 5/20/2008 | 20061228-0439 |
| 2/4/2007 | 20070615-0567 |
| 12/19/2009 | 20040901-0558 |
| 2/11/2010 | 20041116-0266 |
| 8/16/2009 | 20040721-0158 |
| 12/19/2009 | 20040102-0416 |

AT&T Proprietary