UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

In re                                                    :           Chapter 11
                                                         :
DELPHI CORPORATION, et al.,                              :           Case No. 05-44481(RDD)
                                                         :
                                    Debtors.             :           (Jointly Administered)
                                                         :
---------------------------------------------------------------X

## NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010(b) of the Federal Rules of

Bankruptcy Procedure, the undersigned counsel hereby appears on behalf of the State of New

York and the New York State Department of Environmental Conservation for the purpose of

participating and receiving papers in this proceeding, and that all notices given or required to be

given in this case and all consolidated and/or jointly administered cases herein, and all papers

required to be filed and/or served pursuant to the Federal Rules of Bankruptcy Procedure, the

Bankruptcy Code, 11 U.S.C. 101, et seq., or any other applicable bankruptcy statutes or rules, be

served upon the undersigned by mailing same to:

> Eugene J. Leff
> Assistant Attorney General
> & Deputy Bureau Chief
> New York State Office of
> the Attorney General
> 120 Broadway, 26th Floor
> New York, New York 10271
> Tel. (212) 416-8465
> Fax (212) 416-6007
> Email: eugene.leff@oag.state.ny.us

**PLEASE TAKE FURTHER NOTICE** that the undersigned should be added to the

Master Service List retained by the Clerk of the United States Bankruptcy Court for the Southern

District of New York in this and all consolidated and/or jointly administered proceedings.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request

refers to all notices, statements, papers, pleadings, applications, motions, petitions, requests,

complaints, adversary proceedings, or other documents brought before this Court.

Dated: New York, New York
      July 15, 2009

                    ANDREW M. CUOMO
                    Attorney General of the State of New York
                    Attorney for the State of New York and the
                    New York State Department of Environmental
                    Conservation

                              /s/
By: _____
                    EUGENE J. LEFF (EL 5701)
                    Assistant Attorney General
                     & Deputy Bureau Chief
                    New York State Office of
                     the Attorney General
                    120 Broadway, 26th Floor
                    New York, New York 10271
                    Tel. (212) 416-8465
                    Fax (212) 416-6007