## INDEX OF EXHIBITS

1      Original Purchase Orders

2      Notice of Cure Amount (12/07)

3      Notice of Cure Amount (2/08)

4      Stipulation and Order

5      Change Notice

6      New Purchase Orders

7      Old/New Purchase Order Numbers

8      Notice of Non-Assumption

M:\ATTY-SHARED\CLM\B\BRAZEWAY\DELPHI\OBJECTION TO NOTICE OF NON-ASSUMPTION\INDEX OF EXHIBITS.WPD