# EXHIBIT 1

# DELPHI

OK CH
7/19/05

Harrison Thermal Systems

Page 1 of 5

| Buyer: | Requirements Contract |
|---|---|
| DELPHI THERMAL & INTERIOR SYSTEMS 200 UPPER MOUNTAIN RD LOCKPORT NY 14094 | PO Number: 550061360  Date Issued: 26-Oct-2004  Version 13-Jul-2005 11:02:48 |

| | Vendor No: 1010171 |
|---|---|
| BRAZEWAY INC P.O. Box 749 ADRIAN MI 49221-0749 | DUNS No: 005035910 |
| | Payment Terms: ZMN2  Currency: USD |
| | Payment settled on 2nd, 2nd Month |
| | Incoterms: FOB FREIGHT COLLECT |

\*\*\* Condition record changed
\*\*\* Text changed

| Item No. | Material No. Description | Order Qty | PUM | | | |
|---|---|---|---|---|---|---|
| 00010 | 52404740 Tube-Core, 18mm, 753.01g | | | | J201 DELPHI T & I LOCKPORT | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Oct-2004 | 31-Dec-2004 | USD | ███ | 1.000 | PC |
| 01-Jan-2005 | 31-Mar-2005 | USD | | 1.000 | PC |
| 01-Apr-2005 | 30-Jun-2005 | USD | | 1.000 | PC |
| 01-Jul-2005 | 31-Dec-2010 | USD | | 1.000 | PC |

| Quota Valid From | Quota Valid To | Quota % |
|---|---|---|
| 26-Oct-2004 | 31-Dec-2010 | 99.0 |

This Requirement Contract is for 100% unless otherwise specified.
\*\*\* Condition record added
\*\*\* Condition record changed
\*\*\* Net price changed

00020   52406110                                           J201 DELPHI T & I LOCKPORT
        TUBE-CORE, 644.5LG, 18MM CTC

| Purchasing Contact: Eglin, Marc | Contact Address: |
|---|---|
| Phone: 716-439-2516 | |
| Fax: 716-439-3818 | |

Date and Time Printed: 13-Jul-2005 11:02:48

# DELPHI

Harrison Thermal Systems

Page 2 of 5

BRAZEWAY INC
P.O. Box 749
ADRIAN MI 49221-0749

**Requirements Contract**

PO Number: 550061360
Date Issued: 26-Oct-2004
Version: 13-Jul-2005 11:02:48

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jul-2005 | 31-Dec-2010 | USD | ████ | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
\*\*\* New item

00030   52476679                             J201 DELPHI T & I LOCKPORT
        Tube

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jul-2005 | 31-Dec-2010 | USD | ████ | 1,000 | PC |
| Quota Valid From | Quota Valid To | Quota % | | | |
| 07-Feb-2005 | 31-Dec-2010 | 99.0 | | | |

This Requirement Contract is for 100% unless otherwise specified.
\*\*\* New item

00040   52479502                             J201 DELPHI T & I LOCKPORT
        Tube-Core

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jul-2005 | 31-Dec-2010 | USD | ████ | 1,000 | PC |
| Quota Valid From | Quota Valid To | Quota % | | | |
| 07-Feb-2005 | 31-Dec-2010 | 20.0 | | | |

This Requirement Contract is for 100% unless otherwise specified.
\*\*\* New item

00050   52481416                             J201 DELPHI T & I LOCKPORT
        Tube-Refrigerant, Core, 784.0 Long

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jul-2005 | 31-Dec-2010 | USD | ████ | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
\*\*\* New item

00060   52481424                             J201 DELPHI T & I LOCKPORT
        Tube-646.0 Long

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jul-2005 | 31-Dec-2010 | USD | ████ | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
\*\*\* New item

00070   52484856                             J201 DELPHI T & I LOCKPORT
        Tube-Core, 12 mm

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jul-2005 | 31-Dec-2010 | USD | ████ | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
\*\*\* New item

00080   52485679                             J201 DELPHI T & I LOCKPORT
        Tube-723.0 Long

# DELPHI 

Harrison Thermal Systems

Page 3 of 5

BRAZEWAY INC
P.O. Box 749
ADRIAN MI 49221-0749

**Requirements Contract**

PO Number: 550061360
Version: 13-Jul-2005 11:02:48
Date Issued: 26-Oct-2004

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jul-2005 | 31-Dec-2010 | USD | | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
\*\*\* New item

00090   52486559                          J201 DELPHI T & I LOCKPORT
Tube-Core

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jul-2005 | 31-Dec-2010 | USD | | 1,000 | PC |

| Quota Valid From | Quota Valid To | Quota % |
|---|---|---|
| 21-Jun-2005 | 31-Dec-2010 | 50.0 |

This Requirement Contract is for 100% unless otherwise specified.
\*\*\* New item

00100   52486664                          J201 DELPHI T & I LOCKPORT
Tube-Refrigerant, Core, 581.0 Long

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jul-2005 | 31-Dec-2010 | USD | | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
\*\*\* New item

00120   52486665                          J201 DELPHI T & I LOCKPORT
Tube-Refrigerant, Core, 622.0 Long

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jul-2005 | 31-Dec-2010 | USD | | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
\*\*\* New item

00130   52486976                          J201 DELPHI T & I LOCKPORT
Tube-Core, 12 mm

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jul-2005 | 31-Dec-2010 | USD | | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
\*\*\* New item

00110   52494012                          J201 DELPHI T & I LOCKPORT
Tube-Core

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jul-2005 | 31-Dec-2010 | USD | | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
\*\*\* New item

00140   52495818                          J201 DELPHI T & I LOCKPORT
Tube-Core, 12mm, 678.8 Long

# DELPHI
_____ Harrison Thermal Systems

Page 4 of 5

BRAZEWAY INC
P.O. Box 749
ADRIAN MI 49221-0749

**Requirements Contract**

PO Number: 550061360
Version: 13-Jul-2005 11:02:48
Date Issued: 26-Oct-2004

Item No.  Material No.  Plant
Description

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jul-2005 | 31-Dec-2010 | USD |  | 1,000 | PC |
| Quota Valid From | Quota Valid To | Quota % | | | |
| 21-Jan-2005 | 31-Dec-2010 | 80.0 | | | |

This Requirement Contract is for 100% unless otherwise specified.
*** New item

**Notes**

Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.delphi.com. (by clicking on the "Suppliers" in the header).

Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process (SPDP) and in the Production Part Approval Process (PPAP) Manual. The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Supplier Quality Representative. Suppliers must have part manufacturing site approval prior to shipping production quantities. Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division. Irreversible corrective action plans for these failures must be developed and implemented. The plans with effective dates are to be reported back to the Delphi Division who requested the analysis.

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's

# DELPHI

Harrison Thermal Systems

Page 5 of 5

BRAZEWAY INC
P.O. Box 749
ADRIAN MI 49221-0749

**Requirements Contract**

PO Number: 550061360
Date Issued: 26-Oct-2004
Version
13-Jul-2005 11:02:48

Item No. / Material No. / Description — Company

**Notes (continued):**

General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.

* * *

Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.

Metal prices will be adjusted quarterly based on the NYMEX average spot settlement price plus $.01/lb. Pricing for July, Aug., Sept. 2003 established from Mar., April, May 2003 average. Pricing for Oct., Nov., Dec. 2003 will be established from the June, July, Aug. 2003 average, etc.

Consolidate VSA's for Adrian Facility eff. 7/1/05.

10/11/2005 TUE 14:16  FAX 517 263 6416 BRAZEWAY CORP. - J. Collin McKenney                                     ☒010/015

# DELPHI

OK cet
7/19/05

Harrison Thermal Systems

Page 1 of 3

| Buyer: | Requirements Contract |
|---|---|
| DELPHI<br>THERMAL & INTERIOR SYSTEMS<br>200 UPPER MOUNTAIN RD<br>LOCKPORT NY 14094 | PO Number: 550028990    Date Issued: 01-Jul-2003<br>Version<br>11-Jul-2005 10:15:42 |
| BRAZEWAY INC<br>P.O. Box 749<br>ADRIAN MI 49221-0749 | Vendor No: 1010171<br>DUNS-No: 005035910<br>Payment Terms: ZN12    Currency: USD<br>Payment settled on 2nd, 2nd Month<br>Incoterms: FOB FREIGHT COLLECT |

```
*** Incoterms changed
*** Condition record changed
*** Text changed
```

| Item No. | Material No. | Plant |
|---|---|---|
| | Description | |
| 00030 | 52405676 | J701 DELPHI T & I RBXX |
| | TUBE-CORE | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jul-2005 | 31-Dec-2010 | USD | ███ | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** New item

| 00020 | 52476679 | J701 DELPHI T & I RBXX |
|---|---|---|
| | Tube | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jul-2005 | 31-Dec-2010 | USD | ███ | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** New item

| 00040 | 52479502 | J701 DELPHI T & I RBXX |
|---|---|---|
| | Tube-Core | |

Purchasing Contact: Eglin, Marc
Phone: 716-439-2516
Fax: 716-439-3818

Contact Address:

Date and Time Printed: 11-Jul-2005 10:15:42

# DELPHI
_____ Harrison Thermal Systems

Page 2 of 3

BRAZEWAY INC
P.O. Box 749
ADRIAN MI 49221-0749

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550028990 | 01-Jul-2003 |
| Version | |
| 11-Jul-2005 10:15:42 | |

**Item No.    Material No.                                              Plant**
**              Description**

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jul-2005 | 31-Dec-2010 | USD | | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
\*\*\* New item

00010    52494012                                          J701 DELPHI T & I RBXX
         Tube-Core

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jul-2003 | 31-Dec-2003 | USD | | 1,000 | PC |
| 01-Jan-2004 | 31-Mar-2004 | USD | | 1,000 | PC |
| 01-Apr-2004 | 30-Jun-2004 | USD | | 1,000 | PC |
| 01-Jul-2004 | 30-Sep-2004 | USD | | 1,000 | PC |
| 01-Oct-2004 | 31-Dec-2004 | USD | | 1,000 | PC |
| 01-Jan-2005 | 31-Mar-2005 | USD | | 1,000 | PC |
| 01-Apr-2005 | 30-Jun-2005 | USD | | 1,000 | PC |
| 01-Jul-2005 | 31-Dec-2010 | USD | | 1,000 | PC |

| Quota Valid From | Quota Valid To | Quota % |
|---|---|---|
| 07-Jun-2003 | 31-Dec-2010 | 50.0 |

This Requirement Contract is for 100% unless otherwise specified.
\*\*\* Condition record added
\*\*\* Condition record changed
\*\*\* Net price changed

**Notes**

Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).

Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process (SPDP) and in the Production Part Approval Process (PPAP) Manual. The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Supplier Quality Representative. Suppliers must have part manufacturing site approval prior to shipping production quantities. Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division. Irreversible corrective action plans for these failures must be developed and implemented. The plans with effective dates are to be reported back to the Delphi Division who requested the analysis.

# DELPHI

Harrison Thermal Systems

Page 3 of 3

BRAZEWAY INC
P.O. Box 749
ADRIAN MI 49221-0749

**Requirements Contract**

PO Number: 550028990
Version: 11-Jul-2005 10:15:42
Date Issued: 01-Jul-2003

**Item No. Material No. Plant**
**Description**

**Notes Continued:**

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.

Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.

Metal prices will be adjusted quarterly based on the NYMEX average spot settlement price plus $.01/lb. Pricing for July, Aug., Sept. 2003 established from Mar., April, May 2003 average. Pricing for Oct., Nov., Dec. 2003 will be established from the June, July, Aug. 2003 average, etc.

Pricing eff. 7/01/05 & Consolidate VSA's for Mexico

OK 7/19/05 CH

# DELPHI
_____ Harrison Thermal Systems

Page 1 of 3

| Buyer: |
|---|
| DELPHI<br>THERMAL & INTERIOR SYSTEMS<br>200 UPPER MOUNTAIN RD<br>LOCKPORT NY 14094 |

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550028608 | 01-Jul-2003 |
| Version | |
| 14-Jul-2005 08:26:43 | |

| |
|---|
| BRAZEWAY INC<br>P.O. Box 749<br>ADRIAN MI 49221-0749 |

Vendor No: 1010178
DUNS No: 005035910

**Payment Terms: MN2**   **Currency: USD**

Payment settled on 2nd, 2nd Month

**Incoterms: FOB FREIGHT COLLECT**

| Item No. | Material No. | | Plant | | | |
|---|---|---|---|---|---|---|
| | Description | | | | | |
| 00010 | 17351 | | J201 DELPHI T & I LOCKPORT | | | |
| | Tubing-Alum, 3102 F, .500 OD x .049 W | | | | | |
| Valid From | Valid To | Currency | Price | Price Unit | UOM |
| 01-Jul-2003 | 30-Sep-2003 | USD | ███ | 1,000 | LB |
| 01-Oct-2003 | 31-Dec-2003 | USD | ███ | 1,000 | LB |
| 01-Jan-2004 | 31-Mar-2004 | USD | ███ | 1,000 | LB |
| 01-Apr-2004 | 30-Jun-2004 | USD | ███ | 1,000 | LB |
| 01-Jul-2004 | 30-Sep-2004 | USD | ███ | 1,000 | LB |
| 01-Oct-2004 | 31-Dec-2004 | USD | ███ | 1,000 | LB |
| 01-Jan-2005 | 31-Mar-2005 | USD | ███ | 1,000 | LB |
| 01-Apr-2005 | 30-Jun-2005 | USD | ███ | 1,000 | LB |
| 01-Jul-2005 | 31-Dec-2010 | USD | ███ | 1,000 | LB |

This Requirement Contract is for 100% unless otherwise specified.

| 00040 | 17425 | | J201 DELPHI T & I LOCKPORT |
| | Tubing-Alum, 3003 F, .625 OD x .049 W | | |
| Valid From | Valid To | Currency | Price | Price Unit | UOM |
| 01-Jul-2005 | 31-Dec-2010 | USD | ███ | 1,000 | LB |

This Requirement Contract is for 100% unless otherwise specified.

| 00020 | 17430 | | J201 DELPHI T & I LOCKPORT |
| | Tubing-Alum, 3102 F, ███ | | |

| Purchasing Contact: Eglin, Marc | Contact Address: |
|---|---|
| Phone: 716-439-2516 | |
| Fax: 716-439-3818 | |

Date and Time Printed: 14-Jul-2005 08:26:43

# DELPHI
Harrison Thermal Systems

Page 2 of 3

BRAZEWAY INC
P.O. Box 749
ADRIAN MI 49221-0749

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550028808 | 01-Jul-2003 |
| Version | |
| 14-Jul-2005 08:26:43 | |

| Item No. | Material No. | Plant |
|---|---|---|
| | Description | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jul-2005 | 31-Dec-2010 | USD | [redacted] | 1.000 | LB |

This Requirement Contract is for 100% unless otherwise specified.

00030    17565                                    J201 DELPHI T & I LOCKPORT
         Tubing-Alum, 3003 F, .750 ODx.049 W

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jul-2005 | 31-Dec-2010 | USD | [redacted] | 1.000 | LB |

This Requirement Contract is for 100% unless otherwise specified.

00050    80617                                    J201 DELPHI T & I LOCKPORT
         Tubing-Alum, 3003 F, .750 ODx.049 W

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jul-2005 | 31-Dec-2010 | USD | [redacted] | 1.000 | LB |

This Requirement Contract is for 100% unless otherwise specified.

**Notes**

Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).

Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process (SPDP) and in the Production Part Approval Process (PPAP) Manual. The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Supplier Quality Representative. Suppliers must have part manufacturing site approval prior to shipping production quantities. Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredient Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division. Irreversible corrective action plans for these failures must be developed and implemented. The plans with effective dates are to be reported back to the Delphi Division who requested the analysis.

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

# DELPHI
_____ Harrison Thermal Systems

Page 3 of 3

BRAZEWAY INC
P.O. Box 749
ADRIAN MI 49221-0749

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550028808 | 01-Jul-2003 |
| Version | |
| 14-Jul-2005 08:26:43 | |

**Item No Material No** **Plant**
**Description**

**Notes Continued:**
Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.

Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.

Metal prices will be adjusted quarterly based on the NYMEX average spot settlement price plus $.01/lb. Pricing for July, Aug., Sept. 2003 established from Mar., April, May 2003 average. Pricing for Oct., Nov., Dec. 2003 will be established from the June, July, Aug. 2003 average, etc.

Consolidate VSA's for Shelbyville Facility & pricing eff. 7/1/05

# DELPHI