BARNES & THORNBURG LLP
Attorneys for Autocam Corporation
171 Monroe Avenue, NW, Suite 1000
Grand Rapids, MI  49503
Telephone:  (616) 742-3930
Facsimile:  (616) 742-3999

Patrick E. Mears (PM-6473)
Telephone: (616) 742-3936
Email: pmears@btlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 Case |
| DELPHI CORPORATION, *et al*. | ) | No. 05-44481 |
| Debtors. | ) | (Jointly Administered) |

### CERTIFICATE OF SERVICE

Document Served: -   **LIMITED OBJECTION OF AUTOCAM CORPORATION TO CONFIRMATION OF FIRST AMENDED JOINT PLAN OF DELPHI CORPORATION AND CERTAIN AFFILIATES, DEBTORS AND DEBTORS IN POSSESSION**

The undersigned certifies that a copy of the documents listed above were served upon the parties listed in the attached Exhibit A at their respective addresses by facsimile and/or overnight courier on the date indicated below.

Date of Service:  July 15, 2009          I declare that the statement above is true to the best of my information, knowledge and belief.

/s/Patrick E. Mears
Patrick E. Mears (PM-6473)
Barnes & Thornburg LLP

# EXHIBIT A

Delphi Corporation
Attn:  General Counsel
5725 Delphi Drive
Troy, MI  48098
*Facsimile:  248-813-2670*

John Wm. Butler, Jr., Esq.
Ron E. Meisler, Esq.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL  60606
*Facsimile:  312-407-0411*

Kayalyn A. Marafioti, Esq.
Gregory W. Fox, Esq.
Skadden Arps Slate Meagher & Flom LLP
4 Times Square
New York, NY  10036
*Facsimile:  212-735-2000*

Brian Masumoto, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY  10004
*Facsimile:  212-668-2255*

Robert J. Rosenberg, Esq.
Mitchell A. Seider, Esq.
Mark A. Broude, Esq.
Latham & Wakins LLP
885 Third Avenue
New York, NY  10022
*Facsimile:  212-751-4864*

Donald S. Bernstein, Esq.
Brian M. Resnick, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017
*Facsimile:  212-701-5092*
            *212-701-5213*

Richard Mancino, Esq.
Marc Abrams, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY  10019
*Facsimile:  212-728-9243*
            *212-728-8111*

John J. Rapisardi, Esq.
Oren B. Haker, Esq.
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY  10281
*Facsimile:  212-504-6666*

Matthew L. Schwartz, Esq.
Joseph N. Cordaro, Esq.
U.S. Department of Justice
86 Chambers Street, 3rd Floor
New York, NY  10007
*Facsimile:  212-637-2750*

Jeffrey L. Tanenbaum, Esq.
Robert J. Lemons, Es.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
*Facsimile:  212-310-8007*

Adam C. Harris, Esq.
David J. Karp, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY  10022
*Facsimile:  212-593-5955*