

July 6, 2009

Kimberly A. Vance
4347 Brookstone Dr.
Saginaw, MI 48603

Dear Judge Drain:

I am the spouse of a Delphi Steering salaried employee who will most likely soon retire. Words fail me when trying to express my heartbreak at the loss of our health care, life insurance, and now pension as Delphi emerges from bankruptcy. Dinner table conversation at our house in not even possible. This is beyond comprehension.

Please take a look at what they are doing. Is it possible that we can be swept away like this? My heart aches for my husband. Thirty-seven years is a long time to work for a company. Now a hard-earned future is in serious jeapordy.

Can nothing be done?

Sincerely,

Kimberly A. Vance
Kimberly Vance