5 July 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610

Reference case # 05-44481

Dear Judge Drain,

 I am writing you today because I strongly object to the recently filed Delphi Modified Plan of Reorganization.

 I have been an Auto Worker for 33 years of my working career. Starting with General Motors in 1974, I was hired as a production floor mechanic. After 7 years of trying, I finally secured a Tool & Die apprenticeship. Because of exceptional job performance, I was promoted to Manufacturing Engineer and 3 years later, Senior Manufacturing Engineer, during which time I documented millions of dollars in production savings for them. I have always done my best for Delphi and, in return, always expected them to live to their obligations. Sadly this has not been the case.

 General Motors was once the greatest company in the world to work for. Then, they started financial games by spinning off the parts making division (Delphi) to make the bottom line look better (look at all the pension/health care we don't have on our books!). At the time few people believed Delphi could survive paying the same wages as GM. It was widely communicated that if Delphi failed before 7 years, GM would then pick up the Pensions and benefits.

 The financial game continued. Some years ago, Delphi, after agreeing to a profit sharing plan, would come up with "charges taken" to reduce the required payout to the smallest amount legally possible. They stopped the then current Cost-of-Living increases for the classified salaried employees while negotiating added benefits for the UAW. The CEO, J. T. Battenberg and the comptroller, Alan Dawes, were caught "rearranging the finances" to make it appear that Delphi was making a profit when in reality it was losing money (they got their bonuses). The Delphi Salaried Pension fund continued to purchase Delphi stock when the stock was losing money (they eventually paid a settlement on this - a mere fraction of the actual losses). The Salaried Pension Fund is also greatly underfunded because the Delphi Executives felt no need to live up to their financial obligations. Contracts were not allowed to be renegotiated and the Union made no concessions although the company was obviously in trouble.

 Delphi has always found a some way to "take care" of the unclassified executives and giving the UAW what they ask for, leaving the Classified Salaried people with the short end of the stick. Delphi has been in Bankruptcy (Chapter 11) for 3 years now (I know you knew that). Somehow, during that time, they

have managed to not re-negotiate their Union contracts or perform other business saving actions that would help the business emerge from Chapter 11 before this.

What I have read about the proposed Delphi Modified Plan of Reorganization is just jaw-dropping. It follows the historical pattern of taking care of the un-classified executives and the Union, leaving the Classified Salaried people with a fraction of their "vested" pension all while giving away valuable assets.

The current proposal should be rejected and re-written in a way that Delphi lives up to its obligations. The Salaried Pension Fund should be fully funded before anything else is allowed to go forward. General Motors is being funded by the U.S. Taxpayer (including me) to the tune of billions of dollars. It is impossible for me to believe that there is not an equitable solution to this without "giving away the farm" or destroying the lives of just one group.

I am not proposing we get a "bailout". I would like Delphi and General Motors to live up to their obligation. Too far along in life to earn another pension, I would very much like to collect (which I have earned in good faith) my "Vested" Delphi/GM pension intact.

We are supposed to be a nation of laws, but written laws are fallible as are all man's creations, therefore, while following the written law, we depend still on those within our judicial system for a just and equitable settlement.

I thank you for your time.

Sincerely,

*[signature]*

Robert Musinsky    Delphi Senior Manufacturing Engineer - Retired

W309S8864 Greenacre Dr.
Mukwonago, WI.    53149
262-363-7510