July 5, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610



Reference case # 05-44481

Dear Judge Drain:

As a retired Delphi Salary Employee who worked 42 years, 30 with GM before being separated, I strongly object to the recently filed Delphi Modified Plan of Reorganization.

This plan is structured to only benefit a few Delphi Senior Executives, General Motors, the UAW and Platinum Equity. It is totally at the expense of Delphi creditors, "Non-UAW" hourly workers, the retired salary employees and the American taxpayer. Also, it is clear that this whole deal is being brokered by the US Treasury, with Tim Geithner.

GM is receiving viable, ongoing revenue producing plants, such as Delphi Steering, at no cost other than accepting the UAW pension plans. With the help of an outside consultant, that knows nothing concerning what it takes to design and manufacture complex automotive parts GM is getting ready to slash Steering to the bone.

Steering executives and salaried workers will lose everything but with the blessing of GM and our government Delphi Senior Executives will retain their positions and potentially receive either generous retention or severance bonuses from the new owners (Platinum and GM). This is wrong. There should be equity in these decisions. Why should the UAW and high Delphi executives be allowed to survive and the rest of us who gave our lives to GM and Delphi receive the treatment we have received.

The UAW will continue under the GM umbrella for pensions and benefits, which are being financed by the US Government. Why are the rest of us not receiving the same treatment?

Platinum Equity will now own a company with revenue producing operations that have excellent profit potential and they will pay literally nothing for this. Why are they paying more for the Alcoa AFL unit which is much smaller and has far fewer assets?

I firmly believe that this is truly a liquidation of Delphi thinly disguised as an "emergence." Worst of all, the valuable assets of this company are being given away and the only money left for creditors and retirees will be in the disposition of already closed, non-revenue producing plants (DPH).

Perhaps even more disturbing, is the settlement Delphi is requesting of the PBGC. They have requested that the PBGC drops its right to secured claims and becomes an unsecured claim. This is ludicrous. These claims should be maintained and provide funds to decrease the under funded position of Delphi's Salaried Retirement Plan. The court will have to address this issue because I am sure that the PBGC will negotiate away its rights because of its unique position in relationship to the US Treasury Department and Tim Geithner, who is brokering the whole GM/Delphi Process.

I ask the court to please not accept this modified plan, but to send Delphi and its partners- GM, the US Treasury, Platinum and the UAW, back to restructure a deal that is equitable to the "Non-UAW" retirees, salaried retirees, and the creditors. I believe that is the responsibility of the court.

Best Regards,

*David Smith*
2988 E Fisher
Bay City, MI 48706