**MSC**

326 E. Vienna St, Clio, MI 48420

**Mark E. Smith**

(810) 240-0782



July 7, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610
Reference case # 05-44481

Dear Judge Drain:

As a retired Delphi Salary Employee I strongly object to the recently filed Delphi Modified Plan of Reorganization. In the "treatment" of the various "labor groups", namely the UAW represented hourly employees and retirees, the non-UAW represented hourly employees and retirees, the Salary employees and retirees, and the Salary Executives, some logic, be it legal or other wise, has been applied which resulted in each of these groups receiving some type of financial consideration in the Delphi Modified Plan of Reorganization. Furthermore, said considerations of each group varies widely, resulting in great disparity between the groups.

Clearly, the Delphi Modified Plan of Reorganization in its current form will greatly benefit a few Delphi Senior Executives, General Motors, the UAW represented hourly employees, and Platinum Equity while nearly every other group, specifically the Delphi Salary Retirees, will receive nothing. This "Plan" sacrafices obligations Delphi (and General Motors) promised to its Salary Retirees, while continuing to honor similar obligations promised to the executives and the UAW represented hourly employees.

Additionally, it is clear the US Treasury, with Tim Geithner and various other members of President Obama's Automobile Industry Task Force have interfered with the "normal" course of events regarding the overall bankruptcy process. Having done so, they insured that the UAW represented hourly employees and retirees along with the Delphi Senior Executives, General Motors, and various subsidaries of Platinim Equity receive preferential treatment by the execution of the Delphi Modified Plan of Reorganization. Other groups, namely the Delphi Salary Retirees, receive nothing. Reference the following:

- General Motors is receiving viable, ongoing revenue producing plants at no cost other than accepting the UAW pension plans.
- Delphi Senior Executives will retain their positions and potentially receive either generous retention or severance bonus' from the new owners.
- The UAW represented hourly employees will continue under the General Motors umbrella for pensions and benefits, which are being financed by the US Treasury with the approval of Tim Geithner and the Automobile Task Force.
- Delphi **expects** that the salaried pension and certain subsidiary pension plans may be involuntarily terminated by the Pension Benefit Guarantee Corporation (PBGC), which will receive a negotiated settlement, including an allowed unsecured prepetition claim.
- Platinum Equity will now own a company with revenue producing operations that have excellent profit potential and they will pay literally nothing for this. (According to the "deal" worked out by the Automobile Task Force, General Motors will receive funding from the US Treasury, which It will supply to Platinum Equities subsidiary that is purchasing Delphi's remaining assets. Platinum Equity has nothing at risk.)

Furthermore, the "Modified Plan" calls for the PBGC to drop its right to secured claims and become an unsecured claim, which ultimately strips the PBGC of the ability to re-coup missing Delphi Salary Retirement Plan fund monies. Clearly, Tim Geithner has conflicting interests in the "deal" between Delphi and the PBGC, since he is both on the board of the PBGC and controls the US Treasury. Certainly, your honor, you will need to address this issue to insure all parties interests are treated equitably and without bias or some hidden agenda in mind.

I ask that your honor insure that the Delphi Salary Retirees, along with the other non-UAW Represented employees, receive equal treatment in any Delphi Plan of Reorganization, that all employee groups receive the same "deal" as the UAW represented hourly employees.

Sincerely,

Mark E. Smith