July 7, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610

Reference case # 05-44481

Dear Judge Drain:

As a future Delphi Salaried Retiree I object to the recently filed Delphi Modified Plan of Reorganization.

This plan is structured to only benefit a few executives, General Motors, the UAW, and Platinum Equity. The UAW will continue under the GM umbrella for pensions and benefits. Platinum Equity will now own a company with revenue producing operations that have excellent profit potential and they will pay literally nothing for this. *Why are they paying more for the Alcoa AFL unit which is much smaller and has far fewer assets?*

I firmly believe that this is a liquidation of Delphi thinly disguised as an "emergence." Worst of all, the valuable assets of this company are being given away and the only money left for creditors and retirees will be in the disposition of already closed, nonrevenue producing plants (DPH).

Most of the retirees and retirement eligible salaried employees at Delphi spent the greater percentage of their careers working for GM. GM salaried retirees are keeping their health care and pension benefits, as is the UAW.

Perhaps even more disturbing, is the settlement Delphi is requesting of the PBGC. They have requested that the PBGC drops its right to secured claims and become an unsecured claim. These claims should be maintained and provide funds to decrease the underfunded position of Delphi's Salaried Retirement Plan. The court should address this issue.

I ask the court to please not accept this modified plan, but to send Delphi and its partners- GM, the US Treasury, Platinum and the UAW, back to restructure a deal that is equitable to the "Non-UAW" retirees and salaried retirees.

**I can understand that those who will profit from this arrangement, think bravo, good job, we got a great deal. But no deal is a good deal when it is at the expense of the salaried retirees who made many decisions, including taking a retirement when encouraged due to the pension benefits and being told by upper management, that they would have enough to take care of themselves into their old age. I ask that you balance fiduciary responsibility with humane and fair treatment. Maintaining the salaried and non-UAW pensions is a wiser investment for all parties involved.**

Thank you.

*Monica Rynearson*
Monica Rynearson