IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **In re:** | § | Chapter 11 |
| | § | |
| **DELPHI CORPORATION,** *et al.* | § | Case No. 05-44481 (RDD) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 15, 2009 the *Objection of Brazeway, Inc. to the Approval and/or Confirmation of First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession* (the "Objection") was filed the Clerk of Court using the ECF system which will send notification of such filing to counsel of record which are participants in the ECF.

The undersigned further certifies that on July 15, 2009, the Objection was sent to the following parties by facsimile, with sent confirmation received, and first class U.S. mail, postage prepaid:

    Delphi Corporation
    5725 Delphi Drive
    Troy, Michigan 48098
    Attn: General Counsel
    Facsimile number: (248) 813-2491

    Office of the United States Trustee for the Southern District of New York
    33 Whitehall Street, Suite 2100
    New York, New York 10004
    Attn: Brian Masumoto
    Facsimile number: (212) 668-2255

    Counsel for the United States Department of Justice
    86 Chambers Street, 3rd Floor
    New York, New York 10007
    Attn: Matthew L. Schwartz and Joseph N. Cordaro
    Facsimile number: (212) 637-2750

The undersigned further certifies that on July 15, 2009, the Objection was sent by email and first class U.S. mail, postage prepaid, to the following parties:

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
Attn: John Wm. Butler, Jr. and Ron E. Meisler
Email address: jbutler@skadden.com; ron.meisler@skadden.com

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Attn: Kayalyn A. Marafioti and Gregory W. Fox
Email address: kayalyn.marafioti@skadden.com

Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Attn: Robert J. Rosenberg, Mark A. Broude, and Mitchell A. Seider
Email address: robert.rosenberg@lw.com; mark.broude@lw.com; mitchell.seider@lw.com

Davis, Polk & Wardwell
450 Lexington Avenue
New York, New York 10017
Attn: Donald Bernstein and Brian Resnick
Email address: donald.bernstein@dpw.com; brian.resnick@dpw.com

Willkie, Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019
Attn: Richard Mancino and Marc Abrams
Email address: rmancino@willkie.com; mabrams@willkie.com

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Attn: John Rapisardi and Oren B. Haker
Email address: john.rapisardi@cwt.com; oren.haker@cwt.com

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Jeffrey L. Tanenbaum and Robert J. Lemons
Email address: jeff.tanenbaum@weil.com; robert.lemons@weil.com

    Schulte, Roth & Zabel LLP
    919 Third Avenue
    New York, New York 10022
    Attn: Adam C. Harris and David J. Karp
    Email address: adam.harris@srz.com; david.karp@srz.com

  The undersigned further certifies that on July 15, 2009, the Objection was sent by overnight courier to the Hon. Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 632, New York, New York 10004.

            Respectfully submitted,

            /s/ Bruce N. Elliott
            Bruce N. Elliott (P28770)
            Conlin, McKenney & Philbrick, P.C.
            350 South Main Street, Suite 400
            Ann Arbor, Michigan 48104-2131
            Telephone: (734) 761-9000
            Facsimile: (734) 761-9001

Dated: July 15, 2009

M:\ATTY-SHARED\CLM\B\BRAZEWAY\DELPHI\COS.7.15.09.WPD