Judge Robert D. Drain
US Bankruptcy Court
One bowling green
New York, NY 10004-1408
Bankruptcy Case # 05-44481
Fax: (914) 390-4073



7/09/2009

Honorable Judge Drain,

I must **voice my objection to the Delphi proposal to eliminate the salaried pension plan.** As a Delphi salaried retiree, I am contacting you today regarding the Delphi bankruptcy case as it affects the salaried pension plan. The Delphi salaried retirees need assistance at this time to avoid reduction of pension payments by the turnover of this plan to the PBGC.

Facts supporting this position:

- The PBGC is presently under funded by $33.5 billion.
- The Delphi pension plan is under funded by $2 billion
- Virtually all of the Delphi salaried pension plan participants worked 25 years of their careers at GM prior to being transferred/spun off to Delphi.
- GM pension plan is funded.
- GM never transferred the fair/promised funds to Delphi at the time of separation. **Pension funds, which should have been transferred along with the associated personnel to Delphi.**
- **Delphi Salaried have been discriminated against** as they have suffered disproportionate losses to their peers at Delphi/GM and the auto industry in general.
- PBGC currently holds liens on Delphi assets GM intends to purchase. This would void PBGC attempts to gain funding along with associated Delphi retirees. Retirees would again suffer more losses, as their pensions would be further reduced by the PBGC.
- GM is already taking taxpayer handouts while dumping responsibilities on Delphi and the PBGC; essentially increasing the GM handout.

In closing I am requesting that you use your considerable influence it the restructuring process to transfer the Delphi Salaried pension plan back to GM. **GM still holds those monies and should continue to hold the responsibilities for the associated retirees.**

Sincerely,

Jane Hagberg
5516 Benton Lane
Brookfield, Ohio 44403
330.568.1508