July 7, 2008

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, New York 10004-1408
Courtroom 610

Reference Case #05-44481



Dear Judge Drain:

I became a General Motors salaried employee on April 14, 1959 at Delco Radio in Kokomo, Indiana. I was asked to retire on November 30, 2008. I contributed to my retirement until May 2008. I believe my pension should be the responsibility of General Motors, not the Pension Benefit Guarantee Corporation.

Thank you for your consideration.

Edward V. Clark