UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                              :
In re:                            :        Chapter 11

DELPHI CORPORATION, *et al.,*     :        Case No. 05-44481 (RDD)

                 Debtors.   :        (Jointly Administered)
---------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2009 I caused a true and correct copy of the **Limited Objection and Reservation of Rights of UAW Regarding Debtors' Supplement to Plan Modification Approval or Alternative Sale Motion** [Dkt. No. 18279] to be duly served on the Debtors and other Notice parties as set forth in the Modification Procedures Order [Docket No. 17032].

| The Debtors | Counsel for the Creditors' Committee |
|---|---|
| Delphi Corporation<br>Attn: General Counsel<br>5725 Delphi Drive<br>Troy, MI 48098 | Latham & Watkins LLP<br>Attn: Robert J. Rosenberg, Mitchell A.<br>    Seider & Mark A. Broude<br>885 Third Avenue<br>New York, New York 10022 |
| Counsel for the Debtors | Counsel for the Postpetition Lenders |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: John Wm. Butler, Jr. & Ron E. Meisler<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606<br>    and<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: Kayalyn A. Marafioti & Gregory W.<br>    Fox<br>Four Times Square<br>New York, New York 10036 | Davis Polk & Wardwell<br>Attn: Donald S. Bernstein & Brian M.<br>    Resnick<br>450 Lexington Avenue<br>New York, New York 10022 |
| | Counsel for the Tranche C Collective |
| | Willkie Farr & Gallagher LLP<br>Attn: Richard Mancino & Marc Abrams<br>787 Seventh Avenue<br>New York, New York 10019 |
| United States Trustee | |
| The Office of the United States Trustee<br>Attn: Brian Masumoto<br>33 Whitehall Street, Suite 2100<br>New York, New York 10004 | |

00142407.DOC.1

| Counsel for the U.S. Dept. of the Treasury | Counsel for General Motors Corporation |
|---|---|
| Cadwalader, Wickersham & Taft LLP<br>Attn: John J. Rapisardi & Oren B. Haker<br>One World Financial Center<br>New York, New York 10281 | Weil, Gotshal & Manges LLP<br>Attn: Jeffrey L. Tanenbaum & Robert J.<br>　　　Lemons<br>767 Fifth Avenue<br>New York, New York 10153 |
| Counsel for the U.S. Dept. of Justice | Counsel for Parnassus Holdings II, LLC |
| United States Department of Justice<br>Attn: Matthew L. Schwartz & Joseph N.<br>　　　Cordaro<br>86 Chambers Street, 3rd Floor<br>New York, New York 10007 | Schulte Roth & Zabel LLP<br>Attn: Adam C. Harris & David J. Karp<br>919 Third Avenue<br>New York, New York 10022 |

　/s/ Babette A. Ceccotti
Babette A. Ceccotti