PENSION BENEFIT GUARANTY CORPORATION
Israel Goldowitz, Chief Counsel
Karen L. Morris, Deputy Chief Counsel
John A. Menke, Assistant Chief Counsel
Ralph L. Landy, Attorney
C. Wayne Owen, Jr., Attorney
1200 K Street, N.W.
Washington, D.C. 20005
Tel: (202) 326-4020
Fax: (202) 326-4112

Attorneys for Pension Benefit Guaranty Corporation

KELLEY DRYE & WARREN LLP
Merrill B. Stone
Craig A. Wolfe
101 Park Avenue
New York, NY 10178
Tel: (212) 808-7800
Fax: (212) 808-7897

KELLEY DRYE & WARREN LLP
Joseph A. Boyle
200 Kimball Drive
Parsippany, NJ 07054
Tel: (973) 503-5920
Fax: (973) 503-5930

Attorneys for Pension Benefit
Guaranty Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, *et al.*, | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Docket No. 17030 and 17032 |

**STATEMENT OF PENSION BENEFIT GUARANTY CORPORATION IN
RESPONSE TO FIRST AMENDED JOINT PLAN OF DELPHI CORPORATION
AND CERTAIN AFFILIATES, DEBTORS AND DEBTOR-IN-POSSESSION**

Pension Benefit Guaranty Corporation ("PBGC") hereby responds to the above-captioned debtors' (the "Debtors" or "Delphi") First Amended Joint Plan of Delphi Corporation and Certain Affiliates, Debtors and Debtor-in-Possession, which is found at Docket No. 17030 (the "Plan"). PBGC respectfully represents as follows:

**STATEMENT**

The Debtors' Plan contains several references to a settlement between Delphi and PBGC. *See*, *e.g.*, Plan, §§ 1.53, 7.17. While PBGC and the Debtors are working toward a consensual resolution of the treatment of Delphi's pension plans, as no agreement has yet been reached on the terms set forth in the Motion or otherwise, PBGC hereby expressly reserves its rights with respect to any such settlement, including the specific terms upon which settlement may be possible.

PBGC also expressly reserves all of PBGC's claims, defenses, liens, and rights to assert further objections to any proposed modifications to the Debtors' plan of reorganization, the disposition of the Debtors' pension plans, and the treatment of PBGC's secured and unsecured claims against the Debtors.

Dated: Washington, D.C.  PENSION BENEFIT GUARANTY
July 15, 2009  CORPORATION

By: */s/ John A. Menke*
    Israel Goldowitz, Chief Counsel
    Karen L. Morris, Deputy Chief Counsel
    John A. Menke, Assistant Chief Counsel
    Ralph L. Landy, Attorney
    C. Wayne Owen, Jr., Attorney
1200 K Street, N.W.
Washington, D.C. 20005
Tel: (202) 326-4020
Fax: (202) 326-4112

-and-

2

|  |  |
|---|---|
| Dated: New York, New York<br>July 15, 2009 | KELLEY DRYE & WARREN LLP<br><br>By: */s/ Craig A. Wolfe*<br>    Merrill B. Stone<br>    Craig A. Wolfe<br>101 Park Avenue<br>New York, NY 10178<br>Tel: (212) 808-7800<br>Fax: (212) 808-7897<br><br>Attorneys for Pension Benefit Guaranty Corporation |

## CERTIFICATE OF SERVICE

I, Marie Vicinanza, certify that on the 15th day of July, 2009, I caused to be served to the parties listed below, a true and correct copy of the foregoing *Statement Of Pension Benefit Guaranty Corporation In Response To First Amended Joint Plan Of Delphi Corporation And Certain Affiliates, Debtors And Debtor-In-Possession,* via hand delivery and/or electronic mail as indicated.

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP, John Wm. Butler, Jr. 333 West Wacker Drive Suite 2100 Chicago, Illinois 60606 **Via Electronic Mail** jack.butler@skadden.com | Kayalyn A. Marafioti Thomas J. Matz Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square New York, New York 10036 **Via Electronic Mail and Hand Delivery** kayalyn.marafioti@skadden.com thomas.j.matz@skadden.com |
| Office of the United States Trustee Brian Masumoto, Esq. 33 Whitehall Street New York, New York 10004 **Via Hand Delivery** | Honorable Robert D. Drain United States Bankruptcy Court Southern District of New York One Bowling Green New York, NY 10004 **Via Hand Delivery** |

Dated: July 15, 2009                 /s/ *Marie Vicinanza*
       New York, New York            Marie Vicinanza