Hearing Date: July 23, 2009<br>Hearing Time: 10:00 a.m.

Nancy Hershey Lord (NHL 3067)
NEW YORK STATE ATTORNEY GENERAL
ANDREW M. CUOMO
The Capitol
Albany, NY 12224
Telephone: (518) 473-6992
Facsimile: (518) 408-2057

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                                          :
                                                               :    Chapter 11
DELPHI CORPORATION, et. al.,                                   :    Case No. 05-44481(RDD)
                                                               :
                         Debtors                               :    (Jointly Administered)
---------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 15th day of July, 2009, I caused to be transmitted via ECF and e-mail, a true copy of the foregoing **Limited Objection of the State of New York Workers' Compensation Board**, on the following parties listed below.

**Service list**

Delphi Corporation
Attention: Sean Corcoran
sean.p.corcoran@delphi.com
Attention: Karen Craft
karen.i.craft@delphi.com

Skadden, Arps, Slate, Meagher & Flom, LLP
Attention: John Wm. Butler
jbutler@skadden.com
Attention: John K. Lyons
jlyons@skadden.com
Attention: Ron E. Meisler
rmeisler@skadden.com
Skadden, Arps, Slate, Meagher & Flom, LLP
Attention: Kayalyn A. Marafioti
kmarafio@skadden.com
Attention: Thomas J. Matz
tmatz@skadden.com

Office of the United States Trustee
  for the Southern District of New York
Attention: Brian Masumoto

Latham & Watkins, LLP
Attention: Robert J. Rosenberg
robert.rosenberg@lw.com

Davis, Polk & Wardwell
Attention: Donald Bernstein
donald.bernstein@dpw.com
Attention: Brian Resnick
brian.resnick@dpw.com

Willkie, Farr & Gallagher, LLP
Attention: Richard Mancino
rmancino@willkie.com
Attention: Marc Abrams
mabrams@willkie.com

Cadwalader, Wickersham & Taft, LLP
Attention: John J. Rapisardi, Esq.
johnrapisardi@cwt.com
Attention:  Oren B. Haker, Esq.
orenhaker@cwt.com

Weil, Gotshal & Manges, LLP
Attention: Harvey R. Miller
harvey.miller@weil.com
Attention: Jeffrey L. Tanenbaum, Esq.
jeff.tanenbaum@weil.com
Attention: Martin J. Bienenstock, Esq.
Martin.bienenstock@weil.com
Attention: Michael P. Kessler, Esq.
michael.kessler@weil.com

Schulte, Roth & Zabel, LLP
Attention: Adam C. Harris
adam.harris@srz.com

Dated: July 15, 2009
       Albany, New York

                                            /s/Christine Alvaro
                                            Christine Alvaro