July 7, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610

Reference case # 05-44481

Dear Judge Drain:

I worked as a salaried employee for GM for 30 years and retired after another 5 years with Delphi after they were spun off. I strongly object to the recently filed Delphi Modified Plan of Reorganization.

This plan is structured to only benefit a few Delphi Senior Executives, General Motors, the UAW and Platinum Equity. It is totally at the expense of the retired salary employees, Delphi creditors, "Non-UAW" hourly workers, and the American taxpayer. This is not an equitable settlement.

GM is receiving viable, ongoing revenue producing plants at no cost other than accepting the UAW pension plans. Delphi Senior Executives will retain their positions. The UAW will continue under the GM umbrella for pensions and benefits, financed by the US Government, but the retired salaried employee is not being considered. Platinum Equity will now own a company with revenue producing operations that have excellent profit potential.

I firmly believe that this is truly a liquidation of Delphi thinly disguised as an "emergence." Worst of all, the valuable assets of this company are being given away and the only money left for creditors and retirees will be in the disposition of already closed, non-revenue producing plants (DPH).

Perhaps even more disturbing is the settlement Delphi is requesting of the PBGC. They have requested that the PBGC drops its right to secured claims and becomes an unsecured claim. This is ridiculous. These claims should be maintained and provide funds to decrease the under-funded position of Delphi's Salaried Retirement Plan. The court must address this issue.

I ask the court to please not accept this modified plan, but to send Delphi and its partners- GM, the US Treasury, Platinum and the UAW, back to restructure a deal that is equitable to the salaried retirees, "Non-UAW" retirees, the PBGC and the creditors. I believe that is the responsibility of the court.

Best Regards,

Lyle A. Rosenberry

Tel: 765-452-4887

6209 Woodcliff Court
Kokomo IN 46901-3710