July 6, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610

RECEIVED
JUL 13 2009
USBC-SDNY
RDD

Reference case # 05-44481

Dear Judge Drain:

As a Delphi salaried employee with nearly 29 years of service, I strongly object to the recently filed Delphi Modified Plan of Reorganization.

This plan is structured to only benefit Delphi senior executives, General Motors, the UAW, and Platinum Equity. If the plan is accepted, it will be implemented at the expense of Delphi creditors, non-UAW hourly workers, the retired and not yet retired Delphi salaried employees, and the American taxpayer.

GM is receiving viable, ongoing revenue producing plants at no cost other than accepting the UAW pension plans; plans that will be funded by the US government.

Delphi senior executives will retain their positions and potentially receive either generous retention or severance bonuses from the new owners.

Platinum Equity will own a company with revenue producing operations that have excellent profit potential. They will pay literally nothing for this; $250 million of their own money and a $250 million dollar loan from GM and the US Treasury.

This totally unfair and unjust Modified Plan of Reorganization smells of government and large corporation corruption. In no way does the plan resemble "equality of sacrifice for all"; the one thing president Obama said was a must for the salvation of the auto industry.

If the plan is allowed to be implemented, my 28+ years of service with GM and Delphi will net me a meager $500/month pension from the PBGC with no health care benefits. The UAW hourly worker with 28+ years of service will get an early retirement offer of $2850/month and health care benefits. This is not equality of sacrifice. I was promised the same post retirement benefits as the UAW hourly worker.

I implore the court to act responsibly and reject this modified plan of reorganization and send Delphi and its partners back to their executive conference rooms to restructure a deal that is equitable to all parties involved and free of government and big business corruption. You should only consider a plan that offers the same benefits (or the same cuts) for all employees. Anything else cannot be justified.

If you do not reject the Delphi Modified Plan of Reorganization, one can only assume that you too have somehow been sucked into the sewer of deceit and deception that I now know as "Corporate America".

Sincerely,

*Robert R. Voltenburg* 7/6/09

Robert R. Voltenburg
11325 Breckenridge Dr
Davison, MI 48423
810-653-1286