July 8, 2009

U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004



Dear Honorable Judge Robert Drain,

I began as an hourly employee at GM/Delphi and moved to the salaried work force after attending college while working on the assembly line. I was an hourly employee for over eight years and began working on the assembly line immediately after high school. I thought by going to college I was "bettering" myself and my future.

Back in the early 1990's when we were still part of GM; those who began as hourly employees (members of the UAW) and transferred/promoted to salaried were presented with an agreement that GM/Delphi Personnel requested us to sign. Some employees did and others did not. If you signed the agreement you relinquished your rights to return to the hourly work force. In the UAW contract you could return to the hourly work force if you began as hourly and transferred to salaried. In this agreement it stated that we would be guaranteed all the same or better benefits of hourly employees if you did not return to the hourly work force. I signed the agreement because it was basically a guarantee of employment and benefits for life. (Same benefits or better for life of an hourly employee). I felt I had nothing to lose.

About three years later, I went to Personnel because I misplaced my agreement. I was told that the agreements were removed from our personnel folder. I inquired with a UAW Committeeman and was advised that Personnel removed them because they said they were "illegal". This was a fully executed agreement and my Supervisor at the time (Steve Dresback) signed as a witness.

I would ask Delphi/GM personnel where these documents are. I inquired with Personnel and they acted as if they got lost or misfiled because of the spin off from GM and the move of the Personnel Dept to another building. Apparently GM/Delphi realized they shouldn't have guaranteed these benefits. We were told that the agreements would remain in our Personnel files.

Other GM/Delphi employees who began as hourly and transferred to salaried are aware of this agreement also.

Please do not allow the salaried pensions to go to the PBGC because GM has a responsibility to the salaried work force. GM/Delphi agreed to provide me with benefits for life that are the same as the UAW (hourly employees) when I signed this agreement.

I would appreciate it if you could inquire with GM/Delphi about these fully executed agreements and there whereabouts.

Sincerely,

*Barbara Burns*

Barbara Burns
511 Mt Vernon Rd
Amherst, NY 14226
Burnsemmi123@aol.com
716-480-3474

c.c. Senator Charles Schumer
    Congressman Christopher Lee
    President Barack Obama Administration