July 7, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610



Reference case # 05-44481

Dear Judge Drain:

I'm not going to send you the template provided by the DSRA, Inc. I certainly understand the need to standardize our message but my message is a little different.

As a retired Delphi Salary Employee I request that you withhold your approval to the recently filed Delphi Modified Plan of Reorganization. I'm not sending this letter on my behalf but on the behalf of those Delphi retirees who simply are no longer marketable not due to their skills and/or experience but simply because of their age and the economic environment we find ourselves in.

As a Delphi retiree, I was blessed to start my career with GM at 18 and with a lot of hard work and God's grace, I was able to enter the salaried ranks and make the tough decision in 2006 to retire early only after our plant was announced for closure or sell. I also understand that if the company folds there is certainly risk in our pensions. To be honest, I'm trying to understand how a company can continue, strive for profitability and neglect it's commitments to employees who helped them prosper in good times. I was, due to God's grace, able to enter the job market and secure a job. Your very difficult decision will not impact my standard of living to the degree it will many other retirees. I'm healthy and in a job that provides health care benefits. My plea is for those who find themselves without health care, have pre-existing conditions and are now spending pension dollars on benefits that were confirmed in their retirement confirmation statements. To make it worse, those pension dollars, again confirmed in retirement confirmation statements, are threatened. I don't envy your decision, but please know I am praying for your wisdom.

I ask that you please reject this modified plan and send Delphi and its partners- GM, the US Treasury, Platinum and the UAW, back to restructure a deal that is equitable to the "Non-UAW" retirees, salaried retirees, and the creditors. I believe that this is ultimately in the best interests of all involved.

I believe that we all have gifts and talents that God would want us to put to use while we're hear for this very short period of time. He will also judge us on how we have utilized these gifts. I don't know you personally but will have to assume that you are living your purpose and utilizing your God given talents. Putting your gifts to work may not be in what "I" perceive to be the right decision.

Here's what I know for sure. As it relates to me and my family, I will accept your decision as God's Will and enter into this circumstance as an opportunity to grow and mature. I will always hold on to His promise;

"For I know the plans I have for you declares the Lord, plans to prosper you and not to harm you, plans to give you hope and a future". Jeremiah 29:11

Best Regards,

Brian K. Pickelman