July 8, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610



Reference case # 05-44481

Dear Judge Drain:

I have to voice my objection in regards to the Delphi Modified Plan of Reorganization. I am very disappointed in the way the UAW workers and their pensions are being handled in a far different manner than the salaried retirees' pensions are being handled.

It seems the hourly workers have been deemed a much more valuable asset than the educated salaried workforce. But I have to ask, what would the hourly workers have to work on if the Engineers hadn't designed the HUD, the test fixtures, anti-collision devises, anti-locking brakes etc.? How would the hourly workers have learned how the machines worked, or learned how to fix or set up the equipment had the Technicians not taught them how? I assure you, GM/Delphi would never hire someone off the street and expect them to design something as intricate as an adaptive cruise control. These are the same people who made GM/Delphi the big company that commanded respect for their innovation, yet somehow, we are being left behind in this bankruptcy carnage.

It's also disturbing to the public at large how the Treasury Department, the President's Task Force and Mr. Geithner have mowed down any obstacles, including the down trodden salaried retirees, to reach their goal. It isn't just we, the retirees, who are shocked by the inappropriate actions, but many Senators and Congressmen as well. They themselves are acutely aware of the questionable activities and have demanded answers. But some it seems are above the law and feel they don't need to comply with these reasonable requests.

So I respectfully ask the court to please send Delphi and its partners- GM, the US Treasury, Platinum and the UAW, back to restructure a deal that is equitable to the "Non-UAW" retirees, salaried retirees, and the creditors. I believe that is the responsibility of the court.

Respectfully,

*David Muffley*

July 8, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610

Reference case # 05-44481

Dear Judge Drain:

I have to voice my objection in regards to the Delphi Modified Plan of Reorganization. I am very disappointed in the way the UAW workers and their pensions are being handled in a far different manner than the salaried retirees' pensions are being handled.

It seems the hourly workers have been deemed a much more valuable asset than the educated salaried workforce. But I have to ask, what would the hourly workers have to work on if the Engineers hadn't designed the HUD, the test fixtures, anti-collision devises, anti-locking brakes etc.? How would the hourly workers have learned how the machines worked, or learned how to fix or set up the equipment had the Technicians not taught them how? I assure you, GM/Delphi would never hire someone off the street and expect them to design something as intricate as an adaptive cruise control. These are the same people who made GM/Delphi the big company that commanded respect for their innovation, yet somehow, we are being left behind in this bankruptcy carnage.

It's also disturbing to the public at large how the Treasury Department, the President's Task Force and Mr. Geithner have mowed down any obstacles, including the down trodden salaried retirees, to reach their goal. It isn't just we, the retirees, who are shocked by the inappropriate actions, but many Senators and Congressmen as well. They themselves are acutely aware of the questionable activities and have demanded answers. But some it seems are above the law and feel they don't need to comply with these reasonable requests.

So I respectfully ask the court to please send Delphi and its partners- GM, the US Treasury, Platinum and the UAW, back to restructure a deal that is equitable to the "Non-UAW" retirees, salaried retirees, and the creditors. I believe that is the responsibility of the court.

Respectfully,

Susan Muffley

July 8, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610

Reference case # 05-44481

Dear Judge Drain:

I have to voice my objection in regards to the Delphi Modified Plan of Reorganization. I am very disappointed in the way the UAW workers and their pensions are being handled in a far different manner than the salaried retirees' pensions are being handled.

It seems the hourly workers have been deemed a much more valuable asset than the educated salaried workforce. But I have to ask, what would the hourly workers have to work on if the Engineers hadn't designed the HUD, the test fixtures, anti-collision devises, anti-locking brakes etc.? How would the hourly workers have learned how the machines worked, or learned how to fix or set up the equipment had the Technicians not taught them how? I assure you, GM/Delphi would never hire someone off the street and expect them to design something as intricate as an adaptive cruise control. These are the same people who made GM/Delphi the big company that commanded respect for their innovation, yet somehow, we are being left behind in this bankruptcy carnage.

It's also disturbing to the public at large how the Treasury Department, the President's Task Force and Mr. Geithner have mowed down any obstacles, including the down trodden salaried retirees, to reach their goal. It isn't just we, the retirees, who are shocked by the inappropriate actions, but many Senators and Congressmen as well. They themselves are acutely aware of the questionable activities and have demanded answers. But some it seems are above the law and feel they don't need to comply with these reasonable requests.

So I respectfully ask the court to please send Delphi and its partners- GM, the US Treasury, Platinum and the UAW, back to restructure a deal that is equitable to the "Non-UAW" retirees, salaried retirees, and the creditors. I believe that is the responsibility of the court.

Respectfully,

Eric P. Muffley