| | |
|---|---|
| **MORRISON COHEN LLP** | Hearing Date: July 23, 2009 |
| 909 Third Avenue | Objection Deadline: July 20, 2009 |
| New York, New York 10022 | |
| (212) 735-8600 | |
| Joseph T. Moldovan | |
| Michael R. Dal Lago | |

**MILLER & CHEVALIER CHARTERED**
655 Fifteenth Street, N.W.
Suite 900
Washington, D.C. 20005
(202) 626-5800
Anthony F. Shelley (pro hac vice admission pending)
Timothy P. O'Toole (pro hac vice admission pending)

*Attorneys for the Objectors Dennis Black, Charles Cunningham, and Delphi Salaried Retiree Association*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                  :   Chapter 11
                                                                               :
DELPHI CORPORATION, et al.,                          :
                                                                               :   Case No. 05-44481 (RDD)
                                            Debtors.             :
                                                                               :   (Jointly Administered)
-----------------------------------------------------------x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE**, that upon the Motion of Dennis Black, Charles Cunningham, and the Delphi Salaried Retiree Association under Rule 2018(A) of the Federal Rules of Bankruptcy Procedure for an Order Authorizing Intervention into this Case ("Motion"), a hearing will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, on **July 23, 2009 at 10:00 a.m.** ("Hearing Date") at the United States Bankruptcy Court, One Bowling Green, New York, New York 10004-1408, or as soon thereafter as counsel can be heard.

#1791430 v1 \021081 \0001

**PLEASE TAKE FURTHER NOTICE,** that answering papers, if any, (a) shall be in writing, (b) shall comply with the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules of this Court, and (c) shall be filed in accordance with General Order M-242 of the United States Bankruptcy Court for the Southern District of New York concerning the electronic filing of documents of the Court so as to be received by the Court and undersigned counsel on or before July 20, 2009. If you have questions concerning electronic filing procedures, you may contact the Bankruptcy Court for technical assistance at (212) 668-2870, ext. 3522, Monday through Friday, 8:30 a.m. to 5:00 p.m. or access the Bankruptcy Court's website: www.nysb.uscourt.gov.

**PLEASE TAKE FURTHER NOTICE,** that the Hearing Date may be adjourned from time to time, without further notice to creditors or other parties-in-interest, other than by an announcement of the adjourned date at the Hearing.

Dated: New York, New York
         July 15, 2009

*Attorneys for the Objectors Dennis Black, Charles Cunningham, and Delphi Salaried Retiree Association*

**MORRISON COHEN LLP**

By:  */s/ Joseph T. Moldovan*
       Joseph T. Moldovan
       Michael R. Dal Lago

       909 Third Avenue
       New York, New York  10022
       (212) 735-8600

**MILLER & CHEVALIER CHARTERED**
Anthony F. Shelley (pro hac vice admission pending)
Timothy P. O'Toole (pro hac vice admission pending)
655 Fifteenth Street, N.W.
Suite 900
Washington, D.C.  20005
(202) 626-5800

#1791430 v1 \021081 \0001

2