# EXHIBIT A

| UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF NEW YORK) | | PROOF OF CLAIM Chapter 11 |
|---|---|---|
| Name of Debtor   Delphi Corporation | Case Number  04-44481 | COPY |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property): <br><br>NEW JERSEY SELF-INSURERS GUARANTY ASSOCIATION | [ ] Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | RECEIVED <br><br> AUG 0 4 2006 <br><br> KURTZMAN CARSON |
|---|---|---|
| Name and address where notices should be sent: <br> New Jersey Self-Insurers Guaranty Association, c/o Jeffrey Bernstein, Esq., McElroy, Deutsch, Mulvaney & Carpenter LLP, Three Gateway Center, 100 Mulberry Street, Newark, NJ 07102-4079 <br> Telephone number: 973.622.7711 | [ ] Check box if you have never received any notices from the bankruptcy court in this case. <br><br> [ ] Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
| Last four digits of account or other number by which creditor identifies debtor: | Check here if  [ ] replaces   a previously filed claim, dated: <br> this claim:      [ ] amends | |

1. **Basis for Claim:**
   [ ] Goods Sold
   [ ] Services Performed
   [ ] Money loaned
   [ ] Personal injury/wrongful death
   [ ] Taxes
   [X] Other ___See Exhibit A___

   [ ] Retiree benefits as defined in 11 U.S.C. § 1114(a)
   [ ] Wages, salaries and compensations (fill out below)
   Last four digits of your SS # _____
   Unpaid compensation for services performed
   from _____ to _____
        (date)         (date)

2. **Date Debt Was Incurred:**  See Exhibit A

3. **If court judgment, date obtained:**

4. **Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.
   **Unsecured Nonpriority Claim $_____**
   [ ] Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only party of your claim is entitled to priority.

   **Secured Claim**
   [ ] Check this box if your claim is secured by collateral (including a right of setoff).

   ~~Unsecured Priority Claim~~

   [x] Check this box if you have an unsecured claim, all or part of which is entitled to priority.
   Amount entitled to priority $___See Exhibit A___

   Brief Description of Collateral:
   [ ] Real Estate  [ ] Motor Vehicle  [ ] Other _____
   Value of Collateral: $

   Amount of arrearage and other charges <u>at time case filed</u> included in secured claim, if any: $_____

   Specify the priority of the claim:

   [ ] Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)

   [ ] Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

   [x] Contributions to an employer benefit plan - 11 U.S.C. § 507(a)(5).

   [ ] Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

   [ ] Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

   [ ] Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

5. **Total Amount of Claim at Time Case Filed:**  $___See Exhibit A___   $_____   $_____   $_____
   $_____                                                                       (unsecured)        (secured)      (priority)       (Total)
   [ ] Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. **Credits:**  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
7. **Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statement of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
8. **Date-Stamped copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

RECEIVED
JUL 2 7 2006
CLAIMS PROCESSING CENTER
USBC, SDNY                1

| Date: July 26, 2006 | Sign and print name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) <br><br> /s/ RW Meyer <br><br> RICHARD W. MEYER, Executive Director, New Jersey Self-Insurers Guaranty Association |
|---|---|

## EXHIBIT A

New Jersey Self-Insurers Guaranty Association ("Association"), formed pursuant to N.J.S.A. 34:15-120.16, is a non-profit entity created to pay workers' compensation claims of employees of insolvent employers who were self-insured in the New Jersey. At the time of the debtor Delphi Corporation's or its subsidiaries or affiliates (hereafter "Debtor") petitions, Debtor was a self-insured in the State of New Jersey. On or about October 13, 2005, the Bankruptcy Court entered an Order granting the Debtor authority to pay, among other things, workers' compensation obligations. While the Association has not made any payments on behalf of the Debtor, and is not presently aware of any pending claim against the Debtor by the Association for reimbursement of payments, should the Association become liable for payments on behalf of the Debtor if the Debtor should fail to meet its workers' compensation obligations for cases arising during the period in which the Debtor was a self-insured member, the Association makes a claim herein.

Thus, the Association is a potential payer in connection with the Debtor's self-insured workers' compensation obligations to satisfy workers' compensation claims from a bond established by the Debtor to satisfy such claims and any other layer of insurance coverage. To assure that the Association has filed for such claims or for any other claims in the event that any acts or omissions of the Debtor occurred prior to the Debtor's filing of its Petition, or occur subsequent thereto, giving rise to a claim against the Debtor, the Association files this proof of claim to preserve its right to assert its claim against the Debtor.

832039