# EXHIBIT B

F.E. (7/2000)
(291 A)

**Supplementary Statement by Delphi Corporation
For I L Trenton - Closed Location - 55912
Outstanding Death or Disability Claims
As of Closing Date: December 31, 2008**

| Claimant Last Name | Claimant First Name | Date of Loss | Pre Injury AWW | Comp Rate - Current Reserve | Result/Nature Description | Date of Death | Number of Dependents | Claimant Date of Birth | Claim Future Reserve - Ind/Loss |
|---|---|---|---|---|---|---|---|---|---|
| BLIZNAWICZUS | LENA | 1/13/1976 | $190.00 | $0.00 | Herniated Disc | | 0 | 6/22/1946 | $83,328.64 |
| BETHEA | JOSEPHINE | 1/3/1992 | $311.43 | $218.00 | Herniated Disc | | 0 | 5/8/1952 | $59,618.11 |
| HOCKERT | DARIA | 11/30/1993 | $711.12 | $0.00 | Carpal Tunnel Syndrome | | 0 | 10/9/1948 | $19,011.50 |
| | | | | | | | | | $161,958.25 |

1 of 1

F.E. (7/2000)
(291 A)

Supplementary Statement by Delphi Corporation
For EE New Brunswick - AHG 55946* (This location closed 7/31/06)
Outstanding Death or Disability Claims
As of Closing Date: December 31, 2008

| Claimant Last Name | Claimant First Name | Date of Loss | Pre Injury AWW | Comp Rate - Current Reserve | Result/Nature Description | Date of Death | Number of Dependents | Claimant Date of Birth | Claim Future Reserve - Ind/Loss |
|---|---|---|---|---|---|---|---|---|---|
| HAGOPIAN | JAMES | 7/14/1964 | $1,048.80 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 5/26/1945 | $5,520.00 |
| KOBESTO | ANDREW | 9/11/1968 | $1,207.60 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 12/7/1949 | $7,211.67 |
| KOBESTO | ANDREW | 9/18/1968 | $1,207.60 | $0.00 | Arthritis | | 0 | 12/7/1949 | $5,520.00 |
| Brady | Andrew | 9/23/1968 | $1.00 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 6/3/1950 | $5,520.00 |
| KOBESTO | GEORGE | 3/19/1969 | $1,220.00 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 7/7/1946 | $5,520.00 |
| KOBESTO | GEORGE | 3/19/1969 | $1,220.00 | $0.00 | Strain | | 0 | 7/7/1946 | $5,520.00 |
| PALUZZI | RONALD | 2/22/1971 | $1,035.20 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 6/20/1942 | $36,822.21 |
| JONES JR | JOSH | 3/22/1971 | $878.40 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 1/14/1945 | $5,520.00 |
| JONES JR | JOSH | 3/23/1971 | $898.40 | $0.00 | Inhalation | | 0 | 1/14/1945 | $5,520.00 |
| EDMONDS | LESTER | 3/24/1971 | $1,044.80 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 11/26/1948 | $5,520.00 |
| Kopac | Andrew | 1/17/1972 | $1.00 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 5/21/1947 | $11,040.00 |
| Brylinski | Paul | 8/23/1972 | $1,847.31 | $0.00 | Cancer | | 0 | 2/19/1949 | $31,458.00 |
| Brylinski | Paul | 8/24/1972 | $1.00 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 2/19/1949 | $0.00 |

1 of 11

F.E. (7/2000)
(291 A)

Supplementary Statement by Delphi Corporation
For EE New Brunswick - AHG 55946* (This location closed 7/31/06)
Outstanding Death or Disability Claims
As of Closing Date: December 31, 2008

| Claimant Last Name | Claimant First Name | Date of Loss | Pre Injury AWW | Comp Rate - Current Reserve | Result/Nature Description | Date of Death | Number of Dependents | Claimant Date of Birth | Claim Future Reserve - Ind/Loss |
|---|---|---|---|---|---|---|---|---|---|
| HUMBER | WILLIAM | 11/16/1981 | $1,220.00 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 7/26/1954 | $5,520.00 |
| HENDERSON | MICHAEL | 10/10/1983 | $1,021.60 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 7/15/1960 | $5,520.00 |
| GORDON | FLOYDA | 1/1/1987 | $1,035.60 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 8/21/1939 | $5,520.00 |
| Conteh | Sheku | 5/15/1989 | $789.00 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 9/14/1953 | $5,000.00 |
| ROGERS | WILLIE | 5/22/1989 | $1,035.60 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 3/16/1962 | $3,680.00 |
| HENDERSON | CURTIS | 6/26/1989 | $1,091.20 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 10/20/1969 | $5,520.00 |
| RODRIGUEZ | EULALIA | 7/24/1989 | $1,015.20 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 8/9/1947 | $5,520.00 |
| MILLER JR | RONALD | 8/7/1989 | $1,044.88 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 8/7/1963 | $8,280.00 |
| GARCIA | ANGELINA | 9/5/1989 | $1,035.60 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 8/13/1955 | $5,520.00 |
| SINGH | AJIT | 9/5/1989 | $1,029.60 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 11/27/1950 | $2,508.50 |

F.E. (7/2000)
(291 A)

Supplementary Statement by Delphi Corporation
For EE New Brunswick - AHG 55946* (This location closed 7/31/06)
Outstanding Death or Disability Claims
As of Closing Date: December 31, 2008

| Claimant Last Name | Claimant First Name | Date of Loss | Pre Injury AWW | Comp Rate - Current Reserve | Result/Nature Description | Date of Death | Number of Dependents | Claimant Date of Birth | Claim Future Reserve - Ind/Loss |
|---|---|---|---|---|---|---|---|---|---|
| REYES | ROSA | 4/9/1990 | $1,035.60 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 9/17/1944 | $5,520.00 |
| MEDINA | ANA | 4/24/1990 | $1,021.60 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 3/15/1949 | $5,520.00 |
| GLOVER | BARBARA | 8/6/1990 | $1,044.80 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 3 | 6/15/1959 | $6,520.00 |
| SMITH | HAROLD | 5/28/1991 | $1,043.20 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 10/13/1971 | $5,520.00 |
| RESTREPO | FARLEY | 6/24/1991 | $1,035.60 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 1/22/1946 | $5,520.00 |
| MCNEIL | VERNIE | 7/1/1991 | $1,035.60 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 4/1/1948 | $8,280.00 |
| MONCADA | NANCY | 7/15/1991 | $1,035.60 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 6/18/1968 | $5,520.00 |
| COOPER | BRENDA | 1/1/1992 | $1,054.00 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 10/5/1951 | $3,240.00 |
| HORVATH JR | MICHAEL | 6/12/1992 | $584.29 | $409.00 | Strain | | 0 | 11/5/1949 | $0.00 |
| TINLI | ROBERT | 8/16/1993 | $1,035.60 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 2/7/1952 | $7,920.00 |
| ALEXANDER | GLORIA | 10/11/1993 | $1,059.60 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 3/25/1958 | $5,520.00 |

3 of 11

F.E. (7/2000)
(291 A)

Supplementary Statement by Delphi Corporation
For EE New Brunswick - AHG 55946* (This location closed 7/31/06)
Outstanding Death or Disability Claims
As of Closing Date: December 31, 2008

| Claimant Last Name | Claimant First Name | Date of Loss | Pre Injury AWW | Comp Rate - Current Reserve | Result/Nature Description | Date of Death | Number of Dependents | Claimant Date of Birth | Claim Future Reserve - Ind/Loss |
|---|---|---|---|---|---|---|---|---|---|
| JAMES | BOBBY | 9/26/1994 | $1,035.60 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 4/7/1944 | $5,520.00 |
| PREVITE | DEAN | 3/29/1995 | $1,059.60 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 8/21/1961 | $5,520.00 |
| ALDERMAN | AARON | 9/5/1995 | $1,035.60 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 9/17/1964 | $5,520.00 |
| COSTIN | CIMMIE | 9/5/1995 | $1,035.60 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 4/9/1973 | $5,520.00 |
| NADUPARAMBIL | MANOJMON | 9/5/1995 | $1,059.60 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 1/29/1967 | $5,520.00 |
| CORDERO | MARIA | 1/19/1996 | $685.72 | $480.00 | Herniated Disc | | 0 | 1/6/1961 | $13,800.00 |
| BRYSON | LINDA | 1/22/1996 | $1,054.00 | $480.00 | Arthritis | | 0 | 6/11/1951 | $4,059.41 |
| KARECKI JR | EDWARD | 4/1/1996 | $1,059.60 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 10/17/1961 | $10,074.00 |
| GORDON | FLOYDA | 8/4/1997 | $1,035.60 | $0.00 | Tenosynovitis | | 0 | 8/21/1939 | $11,040.00 |
| STEPHEN | SIMON | 9/24/1996 | $1,044.80 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 5/30/1968 | $5,520.00 |
| WASHINGTON | IVORY | 4/27/1998 | $1,256.40 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 2/17/1952 | $16,560.00 |
| GARDNER | ORLANDO | 6/19/1998 | $1,059.60 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 8/18/1960 | $0.00 |

F.E. (7/2000)
(291 A)

Supplementary Statement by Delphi Corporation
For EE New Brunswick - AHG 55946* (This location closed 7/31/06)
Outstanding Death or Disability Claims
As of Closing Date: December 31, 2008

| Claimant Last Name | Claimant First Name | Date of Loss | Pre Injury AWW | Comp Rate - Current Reserve | Result/Nature Description | Date of Death | Number of Dependents | Claimant Date of Birth | Claim Future Reserve - Ind/Loss |
|---|---|---|---|---|---|---|---|---|---|
| MCGHEE | GEORGE | 1/1/1999 | $634.80 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 11/14/1948 | $5,520.00 |
| SEXTON | DYANNA | 1/1/1999 | $1,059.60 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 11/19/1946 | $2,501.42 |
| WARRINGTON | ROBERT | 1/1/1999 | $1,202.40 | $0.00 | Strain | | 0 | 12/2/1952 | $8,280.00 |
| MCGHEE | GEORGE | 1/2/1999 | $634.80 | $0.00 | Inhalation | | 0 | 11/14/1948 | $5,520.00 |
| MCGHEE | GEORGE | 1/3/1999 | $634.80 | $0.00 | Strain | | 0 | 11/14/1948 | $5,520.00 |
| ACEVEDO | FERNANDO | 7/10/1999 | $1,015.20 | $0.00 | Contusion (Bruise, Skin Surface) | | 0 | 8/6/1938 | $5,520.00 |
| Sesay | Salieu | 8/16/1999 | $556.40 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 9/1/1949 | $4,320.00 |
| TIMMONS | TREKA | 8/16/1999 | $491.60 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 6/18/1969 | $3,680.00 |
| BARNES | DEBORAH | 9/8/1999 | $544.40 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 1/24/1957 | $5,520.00 |
| PEREZ | LETICIA | 10/7/1999 | $556.40 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 8/26/1978 | $5,520.00 |
| NEELY | GERALDINE | 10/11/1999 | $544.40 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 3/1/1960 | $5,520.00 |
| DAVIS | CHEREE | 11/7/1999 | $533.60 | $0.00 | Hearing Loss or Respiratory | | 0 | 12/21/1979 | $1,840.00 |
| DAVIS | DENNIS | 12/11/1999 | $544.40 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 11/23/1954 | $5,520.00 |
| GORDON | TERRY | 1/1/2000 | $544.40 | $0.00 | Hernia (Rupture) | | 0 | 11/26/1956 | $10,680.00 |

F.E. (7/2000)
(291 A)

**Supplementary Statement by Delphi Corporation**
**For EE New Brunswick - AHG 55946\* (This location closed 7/31/06)**
**Outstanding Death or Disability Claims**
**As of Closing Date: December 31, 2008**

| Claimant Last Name | Claimant First Name | Date of Loss | Pre Injury AWW | Comp Rate - Current Reserve | Result/Nature Description | Date of Death | Number of Dependents | Claimant Date of Birth | Claim Future Reserve - Ind/Loss |
|---|---|---|---|---|---|---|---|---|---|
| GORDON | TERRY | 2/2/2000 | $449.60 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 11/26/1956 | $6,795.00 |
| GORDON | TERRY | 2/2/2000 | $544.40 | $150.00 | Strain | | 0 | 11/26/1956 | $3,010.00 |
| LOPEZ | LUZ | 2/2/2000 | $548.40 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 4/24/1959 | $5,520.00 |
| SCHMIDT | DENNIS | 10/3/2000 | $1,035.20 | $568.00 | Contusion (Bruise, Skin Surface) | | 0 | 12/5/1948 | $10,500.00 |
| JEWELL | ROBERT | 1/1/2001 | $1,040.80 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 1/6/1942 | $4,740.00 |
| GAMBLE | EARNEST | 2/1/2001 | $896.50 | $0.00 | Strain | | 0 | 6/8/1944 | $11,516.00 |
| BROWN | JONATHAN | 5/2/2001 | $474.40 | $591.00 | Fracture | | 0 | 12/26/1952 | $45,009.28 |
| MULLINGS | NOVELET | 6/4/2001 | $544.40 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 12/31/1970 | $85.00 |
| Zajaczkowski | Dana | 6/26/2001 | $1,214.40 | $0.00 | Carpal Tunnel Syndrome | | 0 | 7/11/1971 | $0.00 |
| TONN | WILLIAM | 8/1/2001 | $903.60 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 4/2/1948 | $6,540.00 |
| POTTS | KENNETH | 10/15/2001 | $1,032.40 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 2/22/1968 | $0.00 |
| COBERG | ROBERT | 10/22/2001 | $986.80 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 9/7/1970 | $5,520.00 |
| Horvath Jr. | Michael | 1/15/2002 | $1,066.40 | $0.00 | Arthritis | | 0 | 11/5/1949 | $0.00 |
| MILLER JR | RONALD | 3/26/2002 | $1,044.80 | $0.00 | Herniated Disc | | 0 | 8/7/1963 | $19,453.00 |
| RODRIGUEZ | EULALIA | 4/3/2002 | $908.00 | $629.00 | Fracture | | 0 | 8/9/1947 | $142,423.57 |

F.E. (7/2000)
(291 A)

Supplementary Statement by Delphi Corporation
For EE New Brunswick - AHG 55946* (This location closed 7/31/06)
Outstanding Death or Disability Claims
As of Closing Date: December 31, 2008

| Claimant Last Name | Claimant First Name | Date of Loss | Pre Injury AWW | Comp Rate - Current Reserve | Result/Nature Description | Date of Death | Number of Dependents | Claimant Date of Birth | Claim Future Reserve - Ind/Loss |
|---|---|---|---|---|---|---|---|---|---|
| EMLO | KODZO | 5/6/2002 | $561.20 | $0.00 | Respiratory Disorders(Gases,Fumes,C hemicals,e | | 0 | 10/28/1968 | $5,520.00 |
| SEI | ABDUL | 7/22/2002 | $547.60 | $0.00 | Respiratory Disorders(Gases,Fumes,C hemicals,e | | 0 | 4/8/1974 | $5,520.00 |
| TINLI | ROBERT | 6/2/2003 | $908.00 | $0.00 | Sprain | | 0 | 2/7/1952 | $1,398.30 |
| WILLIAMS | CRAIG | 6/12/2003 | $491.60 | $0.00 | No Physical Injury | | 0 | 12/3/1961 | $3,400.00 |
| WASHINGTON | LOUIS | 6/13/2003 | $556.36 | $0.00 | No Physical Injury | | 0 | 7/12/1965 | $3,709.20 |
| SCHMIDT | DENNIS | 1/31/2004 | $1,190.40 | $650.00 | Rotator Cuff Tear | | 0 | 12/5/1948 | $0.00 |
| NEELY | GERALDINE | 2/15/2004 | $491.60 | $373.53 | Fracture | | 0 | 3/1/1960 | $9,941.25 |
| Costin | Cimmie | 2/19/2004 | $1,015.20 | $0.00 | Strain | | 0 | 4/9/1973 | $29,130.00 |
| MCNEIL | VERNIE | 5/14/2004 | $908.00 | $0.00 | Strain | | 0 | 4/1/1948 | $5,709.00 |
| GUZMAN | ANTONIO | 7/12/2004 | $544.40 | $0.00 | Respiratory Disorders(Gases,Fumes,C hemicals,e | | 0 | 2/15/1961 | $5,520.00 |
| LOPEZ | IRMA | 7/12/2004 | $544.40 | $0.00 | Respiratory Disorders(Gases,Fumes,C hemicals,e | | 0 | 6/25/1950 | $5,520.00 |
| GARCIA | ANGELINA | 12/16/2004 | $1,015.20 | $650.00 | Meniscus Tear | | 0 | 8/13/1955 | $32,670.10 |
| EMLO | KODZO | 8/9/2004 | $533.60 | $0.00 | Fracture | | 0 | 10/28/1968 | $14,475.00 |
| NIEVES | CARMEN | 7/12/2004 | $544.40 | $0.00 | Respiratory Disorders(Gases,Fumes,C hemicals,e | | 0 | 10/7/1964 | $0.00 |
| NYANTEY | JACOB | 4/21/2005 | $556.40 | $0.00 | Respiratory Disorders(Gases,Fumes,C hemicals,e | | 0 | 3/2/1964 | $3,680.00 |
| AKINLADE | AKINYODE | 5/5/2005 | $533.60 | $0.00 | Respiratory Disorders(Gases,Fumes,C hemicals,e | | 0 | 4/4/1966 | $5,520.00 |
| COOPER | BRENDA | 6/24/2005 | $1,045.00 | $0.00 | Crushing | | 0 | 10/5/1951 | $4,450.00 |
| Moncada | Nancy | 6/28/2005 | $1,035.60 | $366.00 | Arthritis | | 0 | 6/18/1968 | $30,420.00 |

F.E. (7/2000)
(291 A)

Supplementary Statement by Delphi Corporation
For EE New Brunswick - AHG 55946* (This location closed 7/31/06)
Outstanding Death or Disability Claims
As of Closing Date: December 31, 2008

| Claimant Last Name | Claimant First Name | Date of Loss | Pre Injury AWW | Comp Rate - Current Reserve | Result/Nature Description | Date of Death | Number of Dependents | Claimant Date of Birth | Claim Future Reserve - Ind/Loss |
|---|---|---|---|---|---|---|---|---|---|
| JACKSON | ALON | 7/1/2005 | $533.60 | $0.00 | Sprain | | 0 | 12/27/1977 | $5,340.00 |
| DAVIS | VIVIAN | 8/6/2005 | $1,059.60 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 3/6/1953 | $8,020.00 |
| Brady | Andrew | 8/29/2005 | $1,238.08 | $0.00 | Strain | | 0 | 6/3/1950 | $5,520.00 |
| BARRETT | NORMA | 9/2/2005 | $1,014.40 | $866.00 | Carpal Tunnel Syndrome | | 0 | 11/17/1947 | $70,100.00 |
| WILSON | DENISE | 9/15/2005 | $766.24 | $543.36 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 8/8/1964 | $382,785.60 |
| VANDYKE | LACONDA | 11/16/2005 | $544.40 | $381.08 | Tenosynovitis | | 0 | 12/13/1968 | $13,248.00 |
| COOPER | BRENDA | 12/8/2005 | $1,054.00 | $0.00 | Strain | | 0 | 10/5/1951 | $15,000.00 |
| BOOKER | AKIA | 1/1/2006 | $544.40 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 11/17/1977 | $5,520.00 |
| DAVILA | CARLOS | 1/1/2006 | $544.40 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 10/24/1967 | $5,520.00 |
| DELOATCH | CLARENCE | 1/1/2006 | $1.00 | $0.00 | Inhalation | | 0 | 10/12/1976 | $5,520.00 |
| FERNANDEZ | JOSE | 1/1/2006 | $547.20 | $383.04 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 8/20/1966 | $5,520.00 |
| GREGORY | HILDA | 1/1/2006 | $1,035.60 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 7/19/1949 | $5,520.00 |
| HOAGLAND | CLARENCE | 1/1/2006 | $544.40 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 8/2/1965 | $5,520.00 |
| HYMAN | DOLLIE | 1/1/2006 | $1,035.60 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 5/14/1945 | $5,520.00 |

8 of 11

F.E. (7/2000)
(291 A)

Supplementary Statement by Delphi Corporation
For EE New Brunswick - AHG 55946* (*This location closed 7/31/06)
Outstanding Death or Disability Claims
As of Closing Date: December 31, 2008

| Claimant Last Name | Claimant First Name | Date of Loss | Pre Injury AWW | Comp Rate - Current Reserve | Result/Nature Description | Date of Death | Number of Dependents | Claimant Date of Birth | Claim Future Reserve - Ind/Loss |
|---|---|---|---|---|---|---|---|---|---|
| JOHNSON | IRENE | 1/1/2006 | $1,035.60 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 6/2/1954 | $5,520.00 |
| JOHNSON | MICHAEL | 1/1/2006 | $1,059.60 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 8/5/1968 | $5,520.00 |
| MOORE | CAROLYN | 1/1/2006 | $544.40 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 9/14/1946 | $5,520.00 |
| PICHETTE | PAUL | 1/1/2006 | $1,220.00 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 7/20/1967 | $5,520.00 |
| COSTIN | CIMMIE | 1/7/2006 | $1,035.60 | $691.00 | Sprain | | 0 | 4/9/1973 | $20,730.00 |
| KARECKI JR | EDWARD | 2/6/2006 | $1,059.60 | $0.00 | Strain | | 0 | 10/17/1961 | $2,898.00 |
| ADAMUSIK | MICHAEL | 2/8/2006 | $1,195.80 | $0.00 | Strain | | 0 | 2/22/1964 | $5,520.00 |
| Perez | Leticia | 3/7/2006 | $556.40 | $389.48 | Rotator Cuff Tear | | 0 | 8/26/1978 | $31,426.60 |
| THORONKA | DAUDA | 3/8/2006 | $548.40 | $0.00 | Rotator Cuff Tear | | 0 | 12/2/1981 | $5,520.00 |
| LOPEZ | IRMA | 3/13/2006 | $544.40 | $0.00 | Strain | | 0 | 6/25/1950 | $2,760.00 |
| Miller Jr. | Ronald | 4/21/2006 | $1,044.80 | $0.00 | Strain | | 0 | 8/7/1963 | $5,520.00 |
| Wade | Yasmin | 4/21/2006 | $544.40 | $381.08 | Contusion (Bruise, Skin Surface) | | 0 | 5/17/1985 | $2,602.16 |
| SHABAZZ | KAMIL | 6/15/2006 | $566.40 | $389.48 | Crushing | | 0 | 5/13/1986 | $18,915.52 |
| KARECKI JR | EDWARD | 6/26/2006 | $1,059.60 | $0.00 | Tenosynovitis | | 0 | 10/17/1961 | $3,036.00 |
| BROOKS | DERENE | 6/28/2006 | $544.40 | $0.00 | Strain | | 0 | 7/6/1965 | $4,508.00 |
| DAVIS | DENNIS | 6/28/2006 | $544.40 | $0.00 | Laceration | | 0 | 11/23/1954 | $4,600.00 |
| CARTLEDGE | WENDY | 7/1/2006 | $1,044.80 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 9/27/1957 | $5,520.00 |
| TURAY | MOHAMED | 7/20/2006 | $544.40 | $0.00 | Burn | | 0 | 8/20/1954 | $1,803.20 |
| AMPONSAH | DANIEL | 7/30/2006 | $1,059.60 | $0.00 | Inhalation | | 0 | 8/27/1958 | $5,520.00 |

F.E. (7/2000)
(291 A)

Supplementary Statement by Delphi Corporation
For EE New Brunswick - AHG 55946* (This location closed 7/31/06)
Outstanding Death or Disability Claims
As of Closing Date: December 31, 2008

| Claimant Last Name | Claimant First Name | Date of Loss | Pre Injury AWW | Comp Rate - Current Reserve | Result/Nature Description | Date of Death | Number of Dependents | Claimant Date of Birth | Claim Future Reserve - Ind/Loss |
|---|---|---|---|---|---|---|---|---|---|
| BASSIE | JULIUS | 7/30/2006 | $544.40 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 8/17/1958 | $5,250.00 |
| HENDERSON | KEITH | 7/30/2006 | $1,044.80 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 8/5/1954 | $5,520.00 |
| LOGAN | SABRINA | 7/30/2006 | $789.72 | $0.00 | No Physical Injury | | 0 | 12/6/1960 | $5,264.80 |
| PETERKIN | DAN | 7/30/2006 | $2,083.31 | $0.00 | Multiple Physical Injury | | 0 | 4/24/1958 | $6,910.00 |
| PRESLEY | TARA | 7/30/2006 | $1,035.60 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 7/25/1970 | $0.00 |
| SANTIAGO | MARIBEL | 7/30/2006 | $1,021.60 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 5/11/1965 | $5,520.00 |
| SPENCE | PRESTON | 7/30/2006 | $1,423.93 | $0.00 | Multiple Physical Injury | | 0 | 1/2/1970 | $6,910.00 |
| ADAMUSIK | MICHAEL | 7/31/2006 | $1,195.60 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 2/22/1964 | $5,520.00 |
| BATAILLE | MICHELET | 7/31/2006 | $556.40 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 11/27/1979 | $5,520.00 |
| BELTON | TASHA | 7/31/2006 | $1,044.80 | $0.00 | All Other (Specific) Injuries, NOC | | 0 | 11/4/1971 | $5,520.00 |
| FOFANA | ADOLPHUS | 7/31/2006 | $1,044.80 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 6/6/1945 | $7,020.00 |
| OLMEDA | LEONOR | 7/31/2006 | $544.40 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 11/4/1962 | $5,520.00 |
| SLADE | ERIC | 7/31/2006 | $1,035.60 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 7/10/1967 | $5,520.00 |

F.E. (7/2000)
(291 A)

## Supplementary Statement by Delphi Corporation
### For EE New Brunswick - AHG 55946* (This location closed 7/31/06)
### Outstanding Death or Disability Claims
### As of Closing Date: December 31, 2008

| Claimant Last Name | Claimant First Name | Date of Loss | Pre Injury AWW | Comp Rate - Current Reserve | Result/Nature Description | Date of Death | Number of Dependents | Claimant Date of Birth | Claim Future Reserve - Ind/Loss |
|---|---|---|---|---|---|---|---|---|---|
| WEBB | JAMES | 7/31/2006 | $1,035.60 | $0.00 | Respiratory Disorders(Gases,Fumes,Chemicals,e | | 0 | 8/21/1970 | $5,520.00 |

$1,591,297.79