BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433
Michael K. McCrory, Esq.
Mark R. Owens, Esq.

*Attorneys for Clarion Corporation of America*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, <u>et al.</u>, | : | Case No. 05-44481(RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 14th day of July, 2009, he caused a copy of the *Limited Objection of Clarion Corporation of America to (I) Approval and/or Confirmation of Master Disposition Agreement and/or Modified First Amended Joint Plan of Reorganization of Debtors and (II) Proposed Treatment of Executory Contracts to the Extent Inconsistent with Prior Settlement Agreement* (the "Limited Objection") to be filed electronically via the Court's ECF system. Notice of this filing was sent pursuant to the Court's ECF system. Parties may access this filing through the Court's ECF system. The undersigned hereby further certifies that on the 14th day of July, 2009, a copy of the Limited Objection was served upon the following via Federal Express, overnight delivery.

Honorable Robert D. Drain
United States Bankruptcy Judge
One Bowling Green, Room 632
New York, New York 10004

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Attn: General Counsel

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
Attn:   John Wm. Butler, Jr.
            Ron E. Meisler

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Attn:   Kayalyn A. Marafioti
            Gregory W. Fox

Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
Attn:   Brian Masumoto

Lathan & Watkins LLP
885 Third Avenue
New York, New York 10022
Attn:   Robert J. Rosenberg
            Mark A. Broude
            Mitchell A. Seider

Davis Polk & Wardwell
450 Lexington Avenue
New York, New York  10017
Attn:   Donald Bernstein
            Brian Resnick

Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York  10019
Attn:   Richard Mancino
            Marc Abrams

Caldwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York  10281
Attn:   John J. Rapisardi
            Oren B. Haker

United States Department of Justice
86 Chambers Street, 3rd Floor
New York, New York  10007
Attn:   Matthew L. Schwartz
            Joseph N. Cordaro

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153
Attn:   Jeffrey L. Tanenbaum
            Robert J. Lemons

Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York  10022
Attn:   Adam C. Harris
            David J. Karp

Dated: July 15, 2009

 /s/ Mark R. Owens
Mark R. Owens (MO 9742)
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, IN  46204
Telephone (317) 236-1313
Facsimile (317) 231-7433
E-Mail:  mowens@btlaw.com

*Attorneys for Clarion Corporation of America*