BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN  46204
Telephone:  (317) 236-1313
Facsimile:  (317) 231-7433
Michael K. McCrory, Esq.
Mark R. Owens, Esq.

*Attorneys for Howard County, Indiana*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481(RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 14th day of July, 2009, he caused a copy of the *Objection of Howard County, Indiana to Approval/Confirmation of the First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession (as Modified) and for Clarification of Certain Provisions of the (A) First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession (as Modified) and (B) Master Disposition Agreement Among Delphi Corporation, GM Components Holdings, LLC, General Motors Corporation, Parnassus Holdings II, LLC and the Other Sellers and Other Buyers Party Thereto* (the "Objection") to be filed electronically via the Court's ECF system.  Notice of this filing was sent pursuant to the Court's ECF system.  Parties may access this filing through the Court's ECF system.  The undersigned hereby further certifies that on the 14th day of July, 2009, a copy of the Objection was served upon the following via Federal Express, overnight delivery.

| | |
|---|---|
| Honorable Robert D. Drain<br>United States Bankruptcy Judge<br>One Bowling Green, Room 632<br>New York, New York 10004 | Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Attn: General Counsel |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606<br>Attn:  John Wm. Butler, Jr.<br>         Ron E. Meisler | Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, New York 10036<br>Attn:  Kayalyn A. Marafioti<br>         Gregory W. Fox |
| Office of the United States Trustee for the<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, New York 10004<br>Attn:  Brian Masumoto | Lathan & Watkins LLP<br>885 Third Avenue<br>New York, New York 10022<br>Attn:  Robert J. Rosenberg<br>         Mark A. Broude<br>         Mitchell A. Seider |
| Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, New York  10017<br>Attn:  Donald Bernstein<br>         Brian Resnick | Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, New York  10019<br>Attn:  Richard Mancino<br>         Marc Abrams |
| Caldwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, New York  10281<br>Attn:  John J. Rapisardi<br>         Oren B. Haker | United States Department of Justice<br>86 Chambers Street, 3rd Floor<br>New York, New York  10007<br>Attn:  Matthew L. Schwartz<br>         Joseph N. Cordaro |
| Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York  10153<br>Attn:  Jeffrey L. Tanenbaum<br>         Robert J. Lemons | Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, New York  10022<br>Attn:  Adam C. Harris<br>         David J. Karp |

Dated: July 15, 2009                  /s/ Mark R. Owens
Mark R. Owens (MO 9742)
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, IN 46204
Telephone (317) 236-1313
Facsimile (317) 231-7433
E-Mail: mowens@btlaw.com

*Attorneys for Howard County, Indiana*

INDS01 KFRANK 1137846v1