July 7, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610

RECEIVED JUL 14 2009 USBC-SDNY RDD

Reference case # 05-44481

Dear Judge Drain:

As a retired Delphi Salary Employee **I strongly object** to the recently filed Delphi Modified Plan of Reorganization.

This plan is structured to only benefit a few Delphi Senior Executives, General Motors, the UAW, and Platinum Equity. It is totally at the expense of Delphi creditors, "Non-UAW" hourly workers, the retired salary employees, and the American taxpayer.

As a Federal Court Judge, you simply cannot stand by and allow "guys in suits" to totally wreck the lives of so many people. People who cannot defend themselves against this savage attack upon their earned livelihoods. You sir, are a captain of justice and represent all those impacted by this unfolding story of poor management and lacking leadership on the part of Delphi and General Motors. As I see it, this legal battle is about equity for a few, and not justice for all. Commitments made by a company to attract and retain employees, no matter how blurred by legal rhetoric, are indeed a debt and a responsibility of that company. To allow that responsibility to be relinquished so freely is not only unfair, it is grossly unjust.

I ask the court to please not accept this modified plan, but to send Delphi and its partners- GM, the US Treasury, Platinum and the UAW, back to restructure a deal that is equitable to the "Non-UAW" retirees, salaried retirees, and the creditors. I believe that is the responsibility of the court.

Respectfully,

Thomas Brown
1200 Stillcreek Dr.
Dayton, Ohio 45458