July 6, 2009

Honorable Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom 610

Re: Delphi Case # 05-44481

Dear Judge Drain:



I am a retired Delphi Salaried Employee and I am writing to you to strongly object to the recently filed Delphi Modified Plan of Reorganization. As I see it, this plan is designed to benefit only a few, namely the Delphi Senior Executives, General Motors, the UAW, and Platinum Equity. Those being left out and severely impacted are the Delphi creditors, Non-UAW hourly workers and the Delphi retired salary employees. This entire deal has been brokered by the U.S. Treasury at the direction of Tim Geithner.

As a result of this Plan, GM will receive all viable, ongoing revenue producing Delphi sites at no cost other than accepting of the UAW pension plans. Delphi Senior Executives will likely retain there positions and potentially receive generous retention and/or severance bonuses from the new owners. These are the same Delphi Executives who by their previous decisions led Delphi into bankruptcy. Why is it that we must now reward them for their past bad decisions? Further more, Platinum Equity will now own a company with revenue producing operations while paying literally nothing for them. The UAW will continue under the new GM umbrella and continue to receive their pensions and benefits. Whereas my benefits have been terminated and it's likely the under funded Delphi Salaried Pension fund will be turned over to the PBGC.

The Plan is also asking the PBGC to drop its right to secured claims against. These claims should be maintained to provide funds to decrease the under funded Delphi Salaried Retirement Plan. The court needs to be wary of pressure from the US treasury and Tim Geithner to force the PBGC to negotiate these rights away. This is my retirement funds and my income for the future.

In closing, I respectfully request that the court reject the modified plan as submitted. The court should continue to accept other proposals from potential buyers OR order Delphi and its partners, the UAW, the US treasury, Platinum Equity, to go back and restructure a deal that is equitable to the Non-UAW employees, the salaried retirees, and the creditors.

Sincerely,

Ronald L. Collins
Ronald L. Collins
4005 West Heath Drive
Muncie, IN 47304