July 10, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610



Reference case # 05-44481

Dear Judge Drain:

As a retired Delphi Salary Employee I strongly object to the recently filed Delphi Modified Plan of Reorganization.

Specifically, I object to the June 1, 2009 Master Disposition Agreement, Article 9.5.11. This article declares that severance payments will be terminated upon the closing date (emergence date).

I have a legal, enforceable contract regarding the severance payments that I should receive from 1/1/2009 thru 12/31/2009 as part of my separation agreement that was effective 1/1/2009 that was entered into during bankruptcy. My severance payments were provided in exchange for my waiver of certain rights via the Release of Claims. The total liability for continued severance payments is low, and that the liability is short term. To date I have only received half of the severance payments that I am entitled to per my contract. I have a valid binding legal contract for my severance payments and I expect it to be honored in full by Delphi.

Delphi Senior Executives will retain their positions with their generous salaries and receive large bonuses upon emergence from bankruptcy. I feel that the remainder of my severance payments should be paid before any executives receive their bonuses that they are to receive when Delphi emerges from bankruptcy.

Not knowing that I would lose my job effective 1/1/2009, I took some loans several years ago to help pay for my older sons college tuition and I was repaying it from my salary. Now, after losing my job, I need to use the severance payments to pay off these outstanding loans. I also have a son who is currently in college and has completed two years of his four year college degree and I would like to use some of the severance payments to help pay his college tuition so he can finish his degree. I also need to use approximately $3200. of my severance payments to pay for my last semester of tuition at Indiana University Kelly School of Business where I am completing my MBA degree. Last week I had car trouble, my 2002 Pontiac Grand Prix with 104,000 miles had no acceleration due to a plugged catalytic converter which I had to have replaced at a cost of $800. which I put on my credit card and now I need to use some of my severance payments to pay this bill off. I am a Delphi Salaried retiree that is also affected by benefit termination and pending pension reduction (transfer to PBGC). I had to take my retirement 1/1/2009 at age 51 at a reduced amount in order to have health benefits for myself and my children. Since April 1, 2009, I have had to pay in full for my health benefits since Delphi terminated them and I have a preexisting condition (I am diabetic) and can not get or afford healthcare elsewhere. I am a single parent and as of 4/1/2009 my children have no health insurance since I can no longer afford it. My retirement income is barely enough to cover housing, food and medical expenses, it is not enough to pay off my outstanding loans. I have been looking for another job since January 2009 and I have not been able to get one due to the current economic conditions. I need my remaining severance payments in full.

Either Delphi or Platinum Equity that is buying Delphi needs to honor my severance contract payments in full. Platinum Equity will now own a company with revenue producing operations globally that have excellent profit potential, even though the bankruptcy is only North America operations and they will pay literally nothing for this.

I ask the court to please not accept this modified plan, but to require Delphi and/or Platinum Equity to honor the terms of my severance agreement and make the remaining severance payments that are due to me in full per the contract. I believe that is the responsibility of the court to enforce this contract.

Regards,

*Annette Bell*
Annette Bell
7290 Highview Trail
Victor NY 14564