July 08, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610



RECEIVED JUL 14 2009 USBC-SDNY RDD

Reference case # 05-44481

Dear Judge Drain:

Thank you or one of your law clerks for reading my letter. For the past 33 years I have devoted my career to G.M. and subsequently Delphi. In doing so, I provided over 40,000 hours of UNPAID overtime along with many of my salaried colleges who put in many hours of the same over their tenure so that the fat cats at the top could get their bonuses and the balance sheets would look good to the stockholders.

Now you want to give G.M. and Platinum the gold mine while the salaried employees get THE SHAFT. Our Constitution guarantees justice, liberty and the pursuit of happiness. Where is the justice? We lost our liberty when J. T. Battenberg and the good old boys at G.M. decided to dump as many of the underfunded legacy costs on to an entity they named "DELPHI", knowing it could not sustain itself; they were hoping to keep "Mother G.M." from bankruptcy. Our Honor, only if you allow it to happen, I see our pursuit of happiness dashed on to the jagged rocks known as "business as usual".

Protect our constitutional rights. Assure that G.M., Delphi and Platinum keep the promises made to the salaried employees.

cc: President Barack Obama
U.S. Labor Secretary Hilda L. Solis

Best Regards,

*Mary Catherine Stychno*

Mary Catherine Stychno
Delphi Salaried Employee
192 Blue-Winged Drive
Warren, Ohio 44484
248-981-8442