

The Honorable Judge Robert D. Drain
U.S. Bankruptcy Court, Southern District of New York
Case #05-44481
One Bowling Green
New York, New York 10004-1408
July 10, 2009

Dear Sir:

Are you aware that Delco Electronics (Delphi Corporation for the last 12 years) was a "cash cow" for GM for many years? Delco salaried professionals affected this success. My husband worked for Delco GM for 35 years. Then he added another seven years at Delphi before retiring five years ago. As a Delphi salaried retiree he had hoped and planned to reap the benefits of his life-long career. Now, his reward is discrimination, loss of personal and health insurance benefits, drastic reduction or elimination of his pension and total rejection.

Yesterday, a news report stated that Rick Wagoner would receive a $20,000,000.00 golden parachute. This announcement intensifies my belief that, for 6,000 to as many as 15,000 salaried Delphi retirees, there is no justice. Please prove me wrong. Do not fail to consider the fate of my husband and others who now are at the mercy of your court.

Thank you for your attention.

*Kathleen C. Hossenlopp*
Kathleen C. Hossenlopp (Mrs. Peter Hossenlopp)
2220 Red River Drive
Mission, TX. 78572

Cc: Vince Snowbarger, Deputy Director PBGC
    Ron Bloom and Steve Rattner, Automotive Task Force