June 28, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610



Dear Judge Drain:

As a retired Delphi Salary Employee I strongly object to the recently filed Delphi Modified Plan of Reorganization.

This plan is structured to benefit Delphi Senior Executives, General Motors, the UAW, and Platinum Equity. It is totally at the expense of Delphi creditors, "Non-UAW" hourly workers, the retired salaried employees and the American taxpayer. I'm not sure who is brokering this deal but as a former General Motors employee I feel cheated. I've lost my benefits and now stand to lose a good portion of my pension. I do now know exactly who is to blame but it is patently unfair to the salaried retirees and for such a well loved and supported company such as General Motors to discriminate amongst their various employee groups is especially egregious. Under this proposed plan, the salaried retirees and others would be tossed to ths curb while the company takes taxpayer dollalrs and the new owners receive revenue producing plants at no cost (other than accepting the UAW pension plans). Meanwhile, we older retirees are being tortured while our futures are in limbo. It's sickening to even think about it and really leaves a bitter taste in one's mouth.

This entire spin off was structured to fail and while we stagger under unbelievable "self-pay" insurance rates, the Delphi Senior Executives will retain their positions and potentially receive either generous retention or severance bonuses from the new owners. As I wrote to you before, I feel that some of us worked just as hard as Battenberg and his bunch but they led the company off a cliff while we were seeking to be perfect in our salaried positions - taking care of our domestic and export customers. I really resent the fact the certain union employees have not had their benefits cut, the pain has not been spread among all the groups, and the UAW will continue under the GM umbrella for pensions and benefits all financed by us taxpayers.

**Hoping you will restore a degree of sanity to this entire bankruptcy process and force them to structure a more equitable plan for all of us.**

I remain,


Very truly yours,

*Sara B*

Sara J. Bragg