Thomas J. Lewis
2434 Coit Drive N.W.
Warren, OH 44485-1456

July 10, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610



Reference case # 05-44481

Dear Judge Drain:

As a retired Delphi Salary Employee I urge you to consider the consequences to salaried and "non United Auto Worker represented hourly retirees of the recently filed Delphi Modified Plan of Reorganization.

I realize that the main goal of a chapter 11 bankruptcy proceeding is to allow a viable business enterprise to emerge at the end, but the decisions made during this procedure can affect many people other than creditors.

Delphi retirees vested in these plans, stand to loose a significant portion of their pension benefits should those plans be turned over to the Pension Benefit Guaranty Corporation (PBGC). Many, if not most, of the affected retirees will have a difficult time, due to age or physical problems, in obtaining employment to make up for the reduced pension benefits should the pension plans go to the PBGC.

I am requesting that the court give every consideration to revising the Plan of Reorganization to prevent the salaried and non UAW hourly pension plans from being turned over to the PBGC.

Best Regards,

*Thomas J. Lewis*

Thomas J. Lewis