July 10, 2009

Honorable Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610

RECEIVED
JUL 14 2009
USBC-SDNY
RDD

Reference case # 05-44481

Dear Judge Drain:

We need your help!  My father's pension is about to be cut by as much as 70%!  Mr. Karl Kaupa worked with General Motors (GM) for 28 years, then had been spun off involuntarily.  He couldn't transfer to another GM facility as a salary worker.  He had to work for American Axle or retire in 1994.

In 1998, he was informed his pension would come from Delphi instead of GM if he didn't retire immediately.  He never worked a day for Delphi.  He had two children, my younger sisters, in college and couldn't retire then.

Please note Mr. Kaupa is a salary employee not covered by union.  White collared workers have had things taken away from them for years.  They have lost COLA years ago, now medical and life insurance.  Pension is all they have left!

Salaried workers depart with only the company's good will.  They worked for their pension, not a bonus or a perk.  Companies should not be able to have workers spend more than 28 years of their careers with them only to be spun off involuntarily, then deny their share of their pension payment.

It is an unbelievable decision for Delphi to default on the salaried retirees' pension plan to PBGC, while GM agrees to assume the auto parts suppliers' hourly pension obligation.  I am defending our nation, currently deployed overseas and trying to be the best American I can as modeled by my parents.  Please take care of them when I am defending our homeland.

Sincerely,

Douglas Kaupa