July 6, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610

RECEIVED
JUL 14 2009
USBC-SDNY
RDD

Reference case # 05-44481

Dear Judge Drain:

As a retired Delphi Salary Employee I strongly object to the recently filed Delphi Modified Plan of Reorganization.

This plan is structured to only benefit a few Delphi Senior Executives, General Motors, the UAW and Platinum Equity. It is totally at the expense of Delphi creditors, "Non-UAW" hourly workers, the retired salary employees and the American taxpayer. Also, It is clear that this whole deal is being brokered by the US Treasury, with Tim Geithner.

We have sadly seen what this presidential administration is doing to the existing legal system, throwing away all previous laws and applying their own. We are **looking to you to do the RIGHT thing;** protect the pensions of the Delphi Salary workers and have the salary guy treated the same as the UAW workers that we stood side by side with for so many years.

Please **DO THE RIGHT THING.**

Fred Imhof
7462 Fishers Station Dr.
Fishers, IN 46038

If nothing changes, these events will push a large number of Delphi salaried retirees to near or below the poverty level

|  | 55 Year Old Retiree Spendable Annual Pension | | 57 Year Old Retiree Spendable Annual Pension | | 61 Year Old Retiree Spendable Annual Pension | |
|---|---|---|---|---|---|---|
|  | Before Bankruptcy | After Bankruptcy | Before Bankruptcy | After Bankruptcy | Before Bankruptcy | After Bankruptcy |
| UAW Hourly Retiree | $31,500 | $31,500 | $31,500 | $31,500 | $31,500 | $31,500 |
| GM Salaried Retiree | $26,400 | $25,200 | $33,600 | $32,400 | $40,800 | $39,600 |
| Delphi Salaried Retiree | $26,400 | | $33,600 | | $40,800 | $21,192 |

| 2009 Poverty Guidelines for the 48 Contiguous States and the District of Columbia | |
|---|---|
| Persons in family | Poverty guideline |
| 1 | $10,830 |
| 2 | $14,570 |
| Add $3,740 For Each Additional Family Member | |

*This is a fate not shared by any other group of retirees involved in the GM or Chrysler bankruptcies.*