July 10, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610



**Reference case # 05-44481**

**Dear Judge Drain:**

As a 56 year old Delphi Salary Employee soon to be <u>involuntarily</u> retired by the "new Delphi", I strongly object to the recently filed Delphi Modified Plan of Reorganization.

This plan is structured to only benefit a few Delphi Senior Executives, General Motors, the UAW and Platinum Equity. It is totally at the expense of Delphi creditors, "Non-UAW" hourly workers, retired (or soon to be retired) Delphi salary employees, and the American taxpayer. Also, it is clear that this entire deal is being brokered by the US Treasury, with Tim Geithner. It is also clear that the Obama administration is *only* interested in fair retirement benefits for BIG labor. They continue to protect GM and its large UAW unionized voting block; but are showing total disregard for fair retirement benefits for Delphi Salaried employees, most of who spent 25 years or more as GM employees. Let's take a brief look at who is benefiting at the expense my hard earned pension:

GM is receiving viable, ongoing revenue producing plants at no cost other than accepting the UAW pension plans.

Sadly, Delphi Senior Executives will retain their positions and potentially receive either generous retention or severance bonuses from the new owners.

The UAW will continue under the GM umbrella for pensions and benefits, which are ultimately being financed by the US Government (my tax dollars).

Platinum Equity will now own a company with revenue producing operations that have excellent profit potential and they will pay literally nothing for this. Why are they paying more for the Alcoa AFL unit which is much smaller and has far lower revenue and fewer assets?

I firmly believe that this is truly a liquidation of Delphi thinly disguised as an "emergence." Worst of all, the valuable assets of this company are being given away and the only money left for creditors and retirees will be in the disposition of already closed, non-revenue producing plants (DPH).

Perhaps even more disturbing, is the settlement Delphi is requesting of the PBGC. They have requested that the PBGC drops its right to secured claims and becomes an unsecured claim. This is ludicrous. These claims should be maintained and provide funds to decrease the underfunded position of Delphi's Salaried Retirement Plan. The court will be the only avenue by which to address this issue, because I am sure that the PBGC will negotiate away its rights because of its unique (compromised) position in relationship to the US Treasury Department and Tim Geithner, who is brokering the whole GM/ Delphi Process.

I ask the court to please not accept this modified plan, but to send Delphi and its partners -- GM, the US Treasury, Platinum and the UAW -- back to restructure a deal that is equitable to the "Non-UAW" retirees, salaried retirees, and the creditors. I believe that is the responsibility of the court.

Thank you for in advance for considering these issues. Best Regards,

**Austin D. Scudieri**

*Austin D. Scudieri*                    1

**36.5 year GM/Delphi Salaried Employee (being forced to retire upon "emergence")**

July 10, 2009 (continued)

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610

Reference case # 05-44481


Cc:     Skadden, Arps, Slate, Meagher, and Flom LLP
        Four Times Square
        New York, NY 10036
        Attn: Kayalyn A. Marafioti
              Thomas J. Matz
        (Phone 212-735-3000)

2