June 30, 2009

Honorable Robert D. Drain
Docket Number 05-44481 (RDD)
United States Bankruptcy Judge – Southern District of NY
One Bowling Green
New York, NY 10004-1408

RECEIVED JUL 14 2009 USBC-SDNY RDD

Subject: **Objection** to the Termination of Severance, June 1, 2009 Master Disposition Agreement, Article 9.5.11

Dear Honorable Judge Robert D. Drain,

I **OBJECT** to the June 1, 2009 Master Disposition Agreement, Article 9.5.11. I am appealing to you to make the right and legal decision and rule **AGAINST** the termination of the severance plan for the following legal reasons:

1. Severance payment entitlement is a <u>contract</u> as defined by the Separation Agreement

2. As an employee, I waived certain rights (Release of Claims) to receive severance. This provided <u>value</u> to Delphi in exchange for severance payments.

3. I entered a Separation Agreement contract with Delphi <u>during</u> bankruptcy.

4. Severance payments are a contract liability, not a Delphi provided benefit

5. This is a valid, binding, and legal contract and I expect it to be honored.

We are a nation of laws and contracts, when laws and contracts are broken and discarded then the fabric which holds this nation together is allowed to breakdown. Your decision will show the people of this nation that you believe in the importance and need for law and contract law.

Of course you understand the financial and the emotional impact this makes on the former Delphi employees. I have two children that are soon to be college age, I able unable to find a job in the decimated automotive field. I am back to college to obtain a degree in Echocardiographic Technology (cardiac ultrasound) to see if I can start a new career at age 52. This change, if allowed to happen, will impact my family's financial viability. The unintended consequences of this action, if allowed to happen, will make me eligible, at an earlier date, for unemployment insurance and I may need to delay my children start date for college.

Thank you,

*[signature]*

Former Delphi Employee
Jeffrey C. Spencer
16036 Acorn Dr.
Macomb Township, MI 48042