July 13, 2009

Honorable Robert D. Drain
Case Number 05-44481
United States Bankruptcy Judge - Southern District of NY
One Bowling Green
New York, NY 10004-1408



Dear Judge Drain,

I am sure your office has been flooded with letters regarding Delphi's request that the PBGC drops its right to secured claims and becomes an unsecured claim, thus allowing Delphi to "dump" its legal pension obligation to 15,000 Delphi salaried retirees upon the government sponsored PBGC. Like my fellow Delphi salaried retirees, I contributed to this pension fund for many years through monthly payroll deductions fulfilling my pension obligation. Delphi's request to shirk their pension responsibility is tantamount to an egregious act of corporate larceny. It is outrageous and as a salaried retiree, I strenuously object.

I wrote to your office previously on June 20, 2009 in a letter of objection regarding Delphi's plan to no longer honor legally binding severance payment contracts as a condition to their emergence. Once again, this is also outrageous and I trust Your Honor will uphold our legal Administrative Claims for these severance contracts.

I worked 28 years for General Motors and 9.5 years for Delphi...37.5 continuous years of service to these two companies mostly in the role of a Purchasing Agent and Purchasing Manager. Before my retirement January 1, 2009, I spent many long hours repairing relations and working through complex issues with Delphi's supplier base since the day Delphi declared Chapter 11 Bankruptcy in early October, 2005. Because I lived this process, I learned a great deal about Chapter 11 Bankruptcy law. Further, I took very personally the fact my company was defaulting on millions of dollars owed to our valued suppliers, many of whom had put their trust in me. Nevertheless, we worked our way through the darkest days with the hope of an honorable emergence including significant payments (cures) to our valued supply base...Unfortunately, upon my retirement, it appeared Delphi management was spending more effort working on ways not to honor pre-petition monies owed to this injured supply base

Without a doubt I was ignorant and naïve to the Chapter 11 process. The idealistic side of me had once thought Chapter 11 protection was a necessary and good law. It allowed companies time to reorganize honorably after falling on bad times not necessarily under their control...I no longer believe this. Large, multi-national companies like Delphi use and abuse the spirit of this law to eradicate U.S. liabilities they knowingly took on, expand their manufacturing footprint outside of the U.S., all while being protected by Chapter 11 law for their total mismanagement. The guilty senior managers are protected while the innocent victims such as suppliers, unsecured creditors, and salaried retirees are