"thrown under the bus"...I know this is not a judicial issue, but this law has to be modified.

I have been encouraged by some legislators such as New York Congressman Chris Lee's effort for full disclosure hearings in why Delphi/GM feel they can ignore pension funding laws (Delphi's salaried retirement was only 54% funded) and blatantly discriminate against one group, Delphi salaried retirees, while accepting $50 billion in government bailout money. Further, Delphi/GM will maintain full pensions for UAW GM retirees, UAW Delphi retirees, and GM salaried retirees as well. Meanwhile, they are asking the court to allow the Delphi salaried employees' pensions to default to the PBGC effecting much lower pension payments for these 15,000 retirees. It is quite ironic that the $50 billion US Treasury "loan" will also fund Delphi's bankruptcy emergence plan (GM will now buy back the bankrupt Delphi U.S. facilities) which includes a proviso to turn Delphi salaried employee pensions over to another government sponsored agency, the PBGC. Senator Charles Schumer of New York recently wrote to CEO Fritz Henderson of General Motors asking GM to right this wrong of discrimination against Delphi salaried retirees (most of whom spent the vast majority of their careers working for General Motors) by taking over the Delphi salaried pension fund in the same manner GM assumed the Delphi UAW pension fund...Your Honor, I respectfully request the court to please not accept Delphi's modified plan, but to send Delphi and its partners, GM, the US Treasury, Platinum, and the UAW back to restructure a deal that is equitable to the "Non-UAW" retirees, salaried retirees, and the creditors. I believe that is the responsibility of the court. As a Delphi salaried retiree, one of the many little guys, I am asking the court not to allow Delphi/GM to victimize us to collateral damage.

Respectfully Submitted,

*Marc A. Eglin*
Marc A. Eglin
Delphi Salaried Retiree
68 O'Brien Dr.
Lockport, NY 14094