UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            )
In re:                                                      )
                                                            )    Chapter 11
DELPHI CORPORATION, et al.,                                 )    Case No. 05-44481 (RDD)
                                                            )    Jointly Administered
                Debtors.                                    )
------------------------------------------------------------x

**ORDER PURSUANT TO
11 U.S.C. § 107(B) AND FED. R. BANK. P. 9018
<u>AUTHORIZING PBR TENNESSEE, INC TO FILE DOCUMENTS UNDER SEAL</u>**

This matter coming before the Court on the Motion of PBR Tennessee, Inc. ("PBR") pursuant to 11 U.S.C. § 107(b) and Fed. R. Bank. P. 9018, for an Order Authorizing it to File Document Under Seal (the "Motion")[1]; and the Court having reviewed the Motion; and the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) notice of the Motion was sufficient under the circumstances; and (d) under the circumstances, the requirements of Local Bankruptcy Rule 9013-1(b) that a separate memorandum of law be filed in support of the Motion is waived; and the Court having determined that the legal and factual bases set forth in the Motion establish grounds for the relief granted herein, it is hereby;

ORDERED that the Motion is granted and PBR is authorized to file under seal and serve on the Debtors and the United States Trustee, with a copy to chambers, its Objection to Assumption of Executory Contract Pursuant and Subject to the Terms of Debtors' First Amended Joint Plan of Reorganization (as Modified) and to Confirmation of the Plan to the

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

ORLA_1389468.1

Extent Such Plan Includes Assumption of the Executory Contract and its Limited Liability Company Agreement (the "Objection"); and it is further

ORDERED that PBR shall promptly file and serve as required by the Bankruptcy Rules the redacted version of the Objection attached as an exhibit to the Motion.

Dated:  New York, New York          /s/Robert D. Drain
        July 15, 2009                          UNITED STATES BANKRUPTCY JUDGE