**MORRISON COHEN LLP**
909 Third Avenue
New York, New York 10022
(212) 735-8600
Joseph T. Moldovan
Michael R. Dal Lago

**MILLER & CHEVALIER CHARTERED**
655 Fifteenth Street, N.W.
Suite 900
Washington, D.C. 20005
(202) 626-5800
Anthony F. Shelley (pro hac vice admission pending)
Timothy P. O'Toole (pro hac vice admission pending)

*Attorneys for the Objectors Dennis Black, Charles Cunningham, and Delphi Salaried Retiree Association*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| ---------------------------------------------------------x | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | |
| | : | Case No. 05-44481 (RDD) |
| Debtors. | : | |
| | : | (Jointly Administered) |
| ---------------------------------------------------------x | | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

**MARIOLA WIATRAK,** being duly sworn, deposes and says:

I am employed by the firm of Morrison Cohen LLP, attorneys for Dennis Black, Charles Cunningham, and Delphi Salaried Retiree Association. I am not a party to this action, am over 18 years of age and reside in Forest Hills, New York.

On July 15, 2009, I served copies of the following documents: (1) Objection to Debtor's Proposed Modifications to Debtors' First Amended Plan of Reorganization (as Modified), (2) Notice of Motion and Motion of Dennis Black, Charles Cunningham, and the Delphi Salaried Retiree Association Under Rule 2018(A) of The Federal Rules of Bankruptcy Procedure for an Order Authorizing Intervention Into this Case, upon the parties on the annexed service list: (i) by overnight delivery, (ii) by electronic mail in pdf format, and (iii) by enclosing same in wrappers respectively addressed to the addresses designated for that purpose and causing

same to be deposited first class and post-paid in an official depository under the care and custody of the United Stated Postal Service within the State of New York as indicated on service list.

MARIOLA WIATRAK

Sworn to before me this
15th day of July 2009

NOTARY PUBLIC

IVONNE M. REID
Notary Public, State of New York
No. 24-4754012
Qualified in Kings County
Commission Expires January 17, 2010

#1788732 v1 \021081 \0001

## SERVICE LIST

**VIA OVERNIGHT DELIVERY
AND ELECTRONIC MAIL OR FACSIMILE**

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Att'n: General Counsel

Counsel for The Debtors
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(800) 718-5305
Att'n: John Wm. Butler, Jr.
Att'n: Ron E. Meisler

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Att'n: Kayalyn A. Marafioti
Att'n: Gregory W. Fox

United States Trustee
The Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, New York 10004
Att'n: Brian Masumoto
Via Facsimile (212) 668-2255

Counsel for The Creditors' Committee
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Att'n: Robert J. Rosenberg
Att'n: Mitchell A. Seider
Att'n: Mark A. Broude

Counsel for The Postpetition Lenders
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10022
Att'n: Donald S. Bernstein
Att'n: Brian M. Resnick

Counsel for The Tranche C Collective
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019
Att'n: Richard Mancino
Att'n: Marc Abrams

Counsel for The United States Department of the Treasury
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Att'n: John J. Rapisardi
Att'n: Oren B. Haker

Counsel for The United States Department of Justice
United States Department of Justice
86 Chambers Street, 3rd Floor
New York, New York 10007
Att'n: Matthew L. Schwartz
Att'n: Joseph N. Cordaro
Via Facsimile No.: (212) 637-2684

Counsel for General Motors Corporation
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Att'n: Jeffrey L. Tanenbaum
Att'n: Robert J. Lemons

Counsel for Parnassus Holdings II, LLC
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
Att'n: Adam C. Harris
Att'n: David J. Karp

## Wiatrak, Mariola

**Distribution List Name:** Delphi Corp.

**Members:**

| | |
|---|---|
| Adam Harris | adam.harris@srz.com |
| Brian Resnick | brian.resnick@dpw.com |
| David Karp | david.karp@srz.com |
| Donald Bernstein | donald.bernstein@dpw.com |
| Gregory W. Fox | gfox@skadden.com |
| Jeffreu Tanenbaum | jeff.tanenbaum@weil.com |
| John Rapisardi | john.rapisardi@cwt.com |
| John Wm. Butler, Jr. | jbutler@skadden.com |
| Karen Craft | karen.j.craft@delphi.com |
| Kayalyn A. Marafioti | kmarafio@skadden.com |
| Marc Abrams | mabrams@willkie.com |
| Mark A. Broude | mark.broude@lw.com |
| Mitchell A. Seider | mitchell.seider@lw.com |
| Oren B. Haker | oren.haker@cwt.com |
| Richard Mancino | rmancino@willkie.com |
| Robert L. Lemons | robert.lemons@weil.com |
| Robert Rosenberg | robert.rosenberg@lw.com |
| Ron Meisler | rmeisler@skadden.com |
| Sean.P. Corcoran | sean.p.corcoran@delphi.com |

**MASTER SERVICE LIST-PARTIES SERVED VIA REGULAR FIRST CLASS MAIL**

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Barnes & Thornburg LLP | Peter A. Clark | One North Wacker Drive | Suite 4400 | Chicago | IL | 60606-2833 |
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart | One New York Plaza | | New York | NY | 10004 |
| Fried, Frank, Harris, Shriver & Jacobson | Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 |
| Hodgson Russ LLP | Stephen H. Gross | 1540 Broadway | 24th Fl | New York | NY | 10036 |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 |
| Internal Revenue Service | Attn: Insolvency Department | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 |
| Internal Revenue Service | Attn: Insolvency Department, Maria Valerio | 290 Broadway | 5th Floor | New York | NY | 10007 |
| IUE-CWA | Conference Board Chairman | 2360 W. Dorothy Lane | Suite 201 | Dayton | OH | 45439 |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 |
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 |
| Lax & Neville LLP | Barry R. Lax, Brent A. Burns | 1412 Broadway, Suite 1407 | | New York | NY | 10018 |
| McDermott Will & Emery LLP | David D. Cleary | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 |
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 |
| McDermott Will & Emery LLP | Mohsin N. Khambati | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 |
| Pension Benefit Guaranty Corporation | Israel Goldowitz | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 |
| Pension Benefit Guaranty Corporation | Karen L. Morris John Menke | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 |
| Pension Benefit Guaranty Corporation | Ralph L. Landy Beth A. Bangert | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 |
| Shearman & Sterling | Douglas Bartner | 599 Lexington | | New York | NY | 10022 |

| | | | | | | |
|---|---|---|---|---|---|---|
| LLP | Jill Frizzley<br>Kenneth S. Ziman<br>Robert H. Trust | Avenue | | | | |
| Simpson Thatcher & Bartlett LLP | William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 |
| Stahl Cowen Crowley Addis LLC | Jon D. Cohen<br>Trent P. Cornell | 55 West Monroe Street | Suite 1200 | Chicago | IL | 60603 |
| Stevens & Lee, P.C. | Chester B. Salomon<br>Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 |
| Tyco Electronics Corporation | MaryAnn Brereton, Assistant General Counsel | 60 Columbia Road | | Morristown | NJ | 7960 |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 |