UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                 :

  In re                                         :     Chapter 11
                                                 :
  DELPHI CORPORATION, et al.,     :     Case No. 05-44481 (RDD)
                                                 :
                              Debtors.     :     (Jointly Administered)
                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER UNDER 11 U.S.C. § 546(c) AND AMENDED RECLAMATION
PROCEDURES ORDER CLASSIFYING RECLAMATION CLAIMS AS
<u>GENERAL UNSECURED NONPRIORITY CLAIMS FOR ALL PURPOSES</u>

("ORDER DETERMINING RECLAMATION CLAIMS")

      Upon the expedited motion, dated June 5, 2009 (the "Motion"), of Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for an order pursuant to 11 U.S.C. § 546 and the Second Amended And Restated Final Order Under 11 U.S.C. §§ 362, 503, And 546 And Fed. R. Bankr. P. 9019 Establishing Procedures For Treatment Of Reclamation Claims (Docket No. 10409) classifying reclamation claims identified in <u>Exhibit A</u> attached hereto (the "Reclamation Claims") as general unsecured nonpriority claims for all purposes, including for purposes of voting and distribution under any plan of reorganization; and upon the record of the hearing held on the Motion June 16, 2009 (the "Hearing"); and the Court being satisfied that the settlement of the proposed order on the holders of Reclamation Claims as required by the Court at the Hearing has complied with Fed. R. Bankr. P. 3007(e) and provided due and sufficient notice (which was the only reason the Court required settlement of the proposed order – and not, in particular, to provide

holders of Reclamation Claims who had actual notice of the Motion an opportunity to reargue the Motion); and after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.    This Court has core jurisdiction over these chapter 11 cases and the parties and property affected hereby pursuant to 28 U.S.C. §§ 157(b) and 1334.  Venue of this proceeding and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.    The Motion is granted in its entirety.

3.    The Reclamation Claims shall be classified as general unsecured nonpriority claims for all purposes, including for purposes of voting and distribution under any plan of reorganization of the Debtors.

4.    This Court shall retain jurisdiction to hear and determine any and all matters arising from the implementation of this order.

Dated:   New York, New York
         July 15, 2009

/s/Robert D. Drain

UNITED STATES BANKRUPTCY JUDGE