EXHIBIT A

EXHIBIT A

Exhibit A

| Reclamation Claim Number | Party Asserting Reclamation Demand | Current Holder of Reclamation Claim | Status of Reclamation Claim | Demand Date | Agreed-Upon Amount | Supplier Demand Amount | Delphi Reconciled Amount |
|---|---|---|---|---|---|---|---|
| 27 | Alcoa Inc. | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Unresolved | 10/10/2005 | n/a | $ 2,760,429.64 | $ 492,799.17 |
| 32 | PBR Columbia L.L.C. | PBR COLUMBIA LLC | Unresolved | 10/10/2005 | n/a | $ 1,043,145.33 | $ 1,780.09 |
| 75 | PBR Knoxville LLC | SPECIAL SITUATIONS INVESTING GROUP INC | Unresolved | 10/10/2005 | n/a | $ 3,443,149.25 | $ - |
| 109 | AFL Automotive L.P. | AFL AUTOMOTIVE LP TEXAS LIMITED PARTNERSHIP/SPCP GROUP LLC | Unresolved | 10/11/2005 | n/a | $ 373,129.95 | $ 51,983.34 |
| 110 | AVON AUTOMOTIVE, INC. | CONTRARIAN FUNDS LLC AS ASSIGNEE OF CADILLAC RUBBER & PLASTICS INC | Unresolved | 10/11/2005 | n/a | $ 715,920.17 | $ 96,919.23 |
| 317 | Citation Corporation | JP MORGAN CHASE BANK | Unresolved | 10/12/2005 | n/a | $ 543,312.80 | $ 72,015.84 |
| 337 | Yazaki North America, Inc. | YAZAKI NORTH AMERICA INC | Unresolved | 10/11/2005 | n/a | $ 555,103.78 | $ 11,357.23 |
| 372 | Ideal Tool Co. Inc. | SOL - IDEAL TOOL CO INC | Unresolved | 10/14/2005 | n/a | $ 630,913.33 | $ 118,258.54 |
| 383 | Coherent, Inc. | LONGACRE MASTER FUND LTD | Unresolved | 10/13/2005 | n/a | $ 202,500.00 | $ 202,500.00 |
| 529 | Siemens VDO Automotive Corporation | GOLDMAN SACHS CREDIT PARTNERS LP ASSIGNEE OF SIEMENS VDO AUTOMOTIVE CORPORATION AND SIEMENS VDO AUTOMOTIVE INC | Unresolved | 10/17/2005 | n/a | $ 5,186,958.58 | $ 217,346.39 |
| 713 | Phillips & Temro Industries Inc. | PHILLIPS & TEMRO INDUSTRIES LTD | Unresolved | 10/21/2005 | n/a | $ 104,732.46 | $ - |
| 750 | Foreman Tool & Mold Corporation | SOL - FOREMAN TOOL & MOLD CORP/ STONEHILL INSTITUTIONAL PARTNERS LP | Unresolved | 10/17/2005 | n/a | $ 131,194.96 | $ 27,713.06 |
| 763 | Textron Fastening Systems | GOLDMAN SACHS CREDIT PARTNERS LP | Unresolved | 10/23/2005 | n/a | $ 2,803,310.85 | $ 65,958.81 |
| 842 | Trans Tron, Ltd., Inc. | BEAR STEARNS INVESTMENT PRODUCTS INC | Unresolved | 10/11/2005 | n/a | $ 301,669.56 | $ 9,609.15 |
| 847 | Textron Fastening Systems | GOLDMAN SACHS CREDIT PARTNERS LP | Unresolved | 10/26/2005 | n/a | $ 6,951.33 | $ 40.65 |
| 1 | Small Parts | SMALL PARTS INC | Resolved | 10/04/2005 | $ 32,169.54 | n/a | n/a |
| 5 | S&Z Tool and Die Co., INC | LIQUIDITY SOLUTIONS INC | Resolved | 10/08/2005 | $ 111,882.90 | n/a | n/a |
| 6 | SyZ Rolmex, S. de R.L. de C.V. | LIQUIDITY SOLUTIONS INC | Resolved | 10/08/2005 | $ 4,000.00 | n/a | n/a |
| 7 | Trostel, Ltd | CONTRARIAN FUNDS LLC AS ASSIGNEE OF TROSTEL LTD | Resolved | 10/09/2005 | $ 16,194.53 | n/a | n/a |
| 8 | Steel Technologies, Inc | STEEL TECHNOLOGIES INC | Resolved | 10/08/2005 | $ 52,310.89 | n/a | n/a |
| 10 | Hitachi Chemical (Singapore) Pte. Ltd. | HITACHI CHEMICAL SINGAPORE PTE LTD FKA HITACHI CHEMICAL ASIA PACIFIC PTE LTD | Resolved | 10/10/2005 | $ 219,986.79 | n/a | n/a |
| 11 | ARC Automotive, Inc | ARC AUTOMOTIVE INC | Resolved | 10/10/2005 | $ 218,571.21 | n/a | n/a |
| 12 | U.S. Silica Company | US SILICA COMPANY | Resolved | 10/10/2005 | $ 6,000.00 | n/a | n/a |
| 13 | Material Sciences Corporation | MATERIAL SCIENCES CORPORATION | Resolved | 10/10/2005 | $ 39,830.12 | n/a | n/a |
| 16 | Curtis Screw Company, LLC | MADISON NICHE OPPORTUNITIES LLC | Resolved | 10/08/2005 | $ 52,906.09 | n/a | n/a |
| 18 | Unifrax Corporation | UNIFRAX CORPORATION | Resolved | 10/10/2005 | $ 25,878.10 | n/a | n/a |
| 21 | Novelis Corporation | CONTRARIAN FUNDS LLC | Resolved | 10/10/2005 | $ 33,090.25 | n/a | n/a |
| 22 | Wellman, Inc. | WELLMAN INC | Resolved | 10/10/2005 | $ 28,575.50 | n/a | n/a |
| 24 | GKN Sinter Metals | DEUTSCHE BANK SECURITIES INC | Resolved | 10/10/2005 | $ 32,312.82 | n/a | n/a |
| 25 | Flow Dry Technology Ltd. | CONTRARIAN FUNDS LLC AS ASSIGNEE OF FLOW DRY TECHNOLOGY LTD | Resolved | 10/10/2005 | $ 42,727.58 | n/a | n/a |
| 26 | PTI Engineered Plastics, Inc. | ARGO PARTNERS | Resolved | 10/10/2005 | $ 620.00 | n/a | n/a |
| 35 | HK Metalcraft Mfg Corp | HK METAL CRAFT MFG CORP | Resolved | 10/10/2005 | $ 1,533.05 | n/a | n/a |
| 38 | NEC Electronics America, Inc. | JPMORGAN CHASE BANK NA | Resolved | 10/08/2005 | $ 3,424,138.98 | n/a | n/a |
| 40 | Judd Wire, Inc. | JP MORGAN CHASE BANK | Resolved | 10/09/2005 | $ 232,871.66 | n/a | n/a |
| 41 | Hammond Group, Inc. | LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF HAMMOND GROUP INC | Resolved | 10/10/2005 | $ 15,397.30 | n/a | n/a |
| 45 | SKF USA, INC | SKF USA INC | Resolved | 10/10/2005 | $ 85,147.45 | n/a | n/a |
| 47 | Victory Packaging | VICTORY PACKAGING LP | Resolved | 10/08/2005 | $ 658,509.45 | n/a | n/a |
| 49 | HK Metal Craft Manufacturing Corp. | HK METAL CRAFT MANUFACTURING CORP | Resolved | 10/10/2005 | $ 572.00 | n/a | n/a |
| 50 | HK Metalcraft Manufacturing Corporation-Packard | HK METAL CRAFT MANUFACTURING CORP | Resolved | 10/10/2005 | $ 3,850.28 | n/a | n/a |
| 51 | Thaler Machine Company | LONGACRE MASTER FUND LTD | Resolved | 10/10/2005 | $ 31,412.25 | n/a | n/a |
| 52 | Select Industries Corp. | SELECT INDUSTRIES CORPORATION FKA SELECT TOOL & DIE CORP | Resolved | 10/10/2005 | $ 20,736.60 | n/a | n/a |
| 53 | INA USA Corporation | CONTRARIAN FUNDS LLC AS ASSIGNEE OF INA USA CORPORATION | Resolved | 10/10/2005 | $ 233,212.96 | n/a | n/a |

Exhibit A

| Reclamation Claim Number | Party Asserting Reclamation Demand | Current Holder of Reclamation Claim | Status of Reclamation Claim | Demand Date | Agreed-Upon Amount | Supplier Demand Amount | Delphi Reconciled Amount |
|---|---|---|---|---|---|---|---|
| 54 | Robin  Mexicana, S. de R.L. de C.V. | ROBIN MEXICANA S DE RL DE CV | Resolved | 10/10/2005 | $ 47,982.69 | n/a | n/a |
| 55 | Robin Industries, Inc. | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/10/2005 | $ 81,341.20 | n/a | n/a |
| 56 | Robin Industries | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/10/2005 | $ 58,220.01 | n/a | n/a |
| 57 | Valeo Switches & Detection Systems, Inc | VALEO SWITCHES AND DETECTION SYSTEMS INC | Resolved | 10/10/2005 | $ 1,653.86 | n/a | n/a |
| 61 | Eagle Picher Automotive | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/10/2005 | $ 20,001.80 | n/a | n/a |
| 62 | Integrated Logistics Solutions | INTEGRATED LOGISTICS SOLUTIONS | Resolved | 10/10/2005 | $ 1,057.80 | n/a | n/a |
| 68 | FAG Automotive | CONTRARIAN FUNDS LLC AS ASSIGNEE OF SCHAEFFLER CANADA INC | Resolved | 10/10/2005 | $ 80,774.09 | n/a | n/a |
| 69 | Angell-Demmel North America | LONGACRE MASTER FUND LTD | Resolved | 10/11/2005 | $ 13,807.69 | n/a | n/a |
| 70 | Teleflex, Incorporated | BEAR STEARNS INVESTMENT PRODUCTS INC | Resolved | 10/10/2005 | $ 57,003.23 | n/a | n/a |
| 71 | Carolina Forge Co. LLC | JPMORGAN CHASE BANK NA | Resolved | 10/11/2005 | $ 197,519.25 | n/a | n/a |
| 72 | Meadville Forging Co | JPMORGAN CHASE BANK NA | Resolved | 10/10/2005 | $ 213,681.48 | n/a | n/a |
| 73 | Chicago Rivet & Machine Co. | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/10/2005 | $ 5,830.84 | n/a | n/a |
| 76 | Ken-Mac Metals | HAIN CAPITAL INVESTORS LLC | Resolved | 10/10/2005 | $ 55,022.63 | n/a | n/a |
| 82 | American & Efird | AMROC INVESTMENTS LLC | Resolved | 10/10/2005 | $ 8,323.61 | n/a | n/a |
| 83 | Prestolite Wire Corporation | CONTRARIAN FUNDS LLC AS ASSIGNEE OF PRESTOLITE WIRE CORPORATION | Resolved | 10/10/2005 | $ 16,141.07 | n/a | n/a |
| 90 | Cascade Die Casting Group, Inc | CASCADE DIE CASTING GROUP | Resolved | 10/10/2005 | $ 11,105.86 | n/a | n/a |
| 93 | ChicagoRivet & Machine Co. | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/11/2005 | $ 2,133.34 | n/a | n/a |
| 95 | Parkview Metal Products Inc | PARKVIEW METAL PRODUCTS | Resolved | 10/10/2005 | $ 17,050.64 | n/a | n/a |
| 96 | Strattec Security Corp | CONTRARIAN FUNDS LLC AS ASSIGNEE OF STRATTEC SECURITY CORP | Resolved | 10/10/2005 | $ 43,124.50 | n/a | n/a |
| 97 | TRANS-MATIC MFG Co Inc | REDROCK CAPITAL PARTNERS LLC | Resolved | 10/11/2005 | $ 6,207.62 | n/a | n/a |
| 98 | Quality Synthetic Rubber Inc. | QUALITY SYNTHETIC RUBBER INC | Resolved | 10/11/2005 | $ 187,197.76 | n/a | n/a |
| 99 | Rohm Electronics USA LLC | ROHM ELECTRONICS USA LLC | Resolved | 10/10/2005 | $ 107,101.70 | n/a | n/a |
| 100 | 3M Company | 3M COMPANY | Resolved | 10/11/2005 | $ 34,337.94 | n/a | n/a |
| 102 | CTS Corp | CTS CORPORATION | Resolved | 10/11/2005 | $ 28,261.53 | n/a | n/a |
| 104 | Pridgeon & Clay, Inc. | PRIDGEON & CLAY INC | Resolved | 10/10/2005 | $ 54,023.95 | n/a | n/a |
| 105 | Park-Ohio Products, Inc. | PARK OHIO PRODUCTS INC | Resolved | 10/11/2005 | $ 45,060.80 | n/a | n/a |
| 108 | Engineered Plastic Components | AFL AUTOMOTIVE LP TEXAS LIMITED PARTNERSHIP/AFL AUTOMOTIVE LIMITED PARTNERSHIP MICHIGAN LIMITED PARTNERSHIP/SPCP GROUP LLC | Resolved | 10/12/2005 | $ 234,212.10 | n/a | n/a |
| 111 | Magnesium Aluminum Corporation | AMROC INVESTMENTS LLC | Resolved | 10/11/2005 | $ 36,684.88 | n/a | n/a |
| 112 | Fawn Industries | FAWN PLASTICS CO INC | Resolved | 10/11/2005 | $ 26,190.18 | n/a | n/a |
| 120 | OSRAM Opto Semiconductors Inc | OSRAM OPTO SEMICONDUCTORS INC | Resolved | 10/11/2005 | $ 88,989.40 | n/a | n/a |
| 122 | Brazeway, Inc | JPMORGAN CHASE BANK NA AS ASSIGNEE OF BRAZEWAY INC | Resolved | 10/11/2005 | $ 101,905.91 | n/a | n/a |
| 123 | J&F Steel LLC/Ryerson Tull | JOSEPH T RYERSON & SON INC | Resolved | 10/10/2005 | $ 4,903.55 | n/a | n/a |
| 124 | Valeo Wiper Systems | VALEO ELECTRICAL SYSTEMS INC WIPERS DIVISION | Resolved | 10/12/2005 | $ 8,518.50 | n/a | n/a |
| 125 | Valeo | VALEO CLIMATE CONTROL CORPORATION | Resolved | 10/10/2005 | $ 156,725.41 | n/a | n/a |
| 126 | Mubea | MUBEA INC | Resolved | 10/11/2005 | $ 132,206.98 | n/a | n/a |
| 128 | MTD Technologies | CONTRARIAN FUNDS LLC AS ASSIGNEE OF MTD TECHNOLOGIES INC | Resolved | 10/12/2005 | $ 16,294.70 | n/a | n/a |
| 130 | Republic Engineered Products, Inc. | AMROC INVESTMENTS LLC | Resolved | 10/10/2005 | $ 305,961.91 | n/a | n/a |
| 131 | Sony Electronics Inc. | LONGACRE MASTER FUND LTD | Resolved | 10/10/2005 | $ 12,250.00 | n/a | n/a |
| 135 | Robin Industries, Inc. | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/11/2005 | $ 4,266.38 | n/a | n/a |
| 136 | Robin Industries, Inc | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/11/2005 | $ 20,668.09 | n/a | n/a |
| 137 | Robin Industries, Inc | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/10/2005 | $ 27,814.26 | n/a | n/a |

Exhibit A

| Reclamation Claim Number | Party Asserting Reclamation Demand | Current Holder of Reclamation Claim | Status of Reclamation Claim | Demand Date | Agreed-Upon Amount | Supplier Demand Amount | Delphi Reconciled Amount |
|---|---|---|---|---|---|---|---|
| 146 | Affinia Canada Corp. | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/11/2005 | $ 10,000.00 | n/a | n/a |
| 149 | Sharp Electronics Corporation | LONGACRE MASTER FUND LTD AS ASSIGNEE/TRANSFEREE OF SHARP ELECTRONICS CORP | Resolved | 10/11/2005 | $ 40,000.00 | n/a | n/a |
| 153 | Molex Connector Corporation | TPG CREDIT STRATEGIES FUND LP | Resolved | 10/11/2005 | $ 325,797.70 | n/a | n/a |
| 157 | Cardone Industries, Inc | CARDONE INDUSTRIES INC | Resolved | 10/12/2005 | $ 9,760.00 | n/a | n/a |
| 158 | Muskegon Casting Corp. | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/11/2005 | $ 11,566.85 | n/a | n/a |
| 163 | Eaton Corporation | LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF EATON CORPORATION | Resolved | 10/10/2005 | $ 107,257.28 | n/a | n/a |
| 165 | Precision Stamping | SPCP GROUP LLC AS ASSIGNEE OF PRECISION DIE & STAMPING INC | Resolved | 10/12/2005 | $ 16,615.31 | n/a | n/a |
| 166 | Johnson Battery Company, Inc. | JOHNSON BATTERY COMPANY INC | Resolved | 10/12/2005 | $ 13,494.00 | n/a | n/a |
| 176 | Lunt Manufacturing Company | STONEHILL INSTITUTIONAL PARTNERS LP | Resolved | 10/11/2005 | $ 10,000.00 | n/a | n/a |
| 178 | Spring Engineering & Manufacturing Corporation | MADISON INVESTMENT TRUST SERIES 38 | Resolved | 10/11/2005 | $ 5,293.69 | n/a | n/a |
| 184 | American Coil Spring Company, Inc. | AMERICAN COIL SPRING COMPANY | Resolved | 10/12/2005 | $ 6,798.05 | n/a | n/a |
| 185 | Hilite International, Inc | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/10/2005 | $ 2,422.72 | n/a | n/a |
| 186 | Milliken & Company | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/11/2005 | $ 202,412.11 | n/a | n/a |
| 188 | Trelleborg Automotive | CONTRARIAN FUNDS LLC AS ASSIGNEE OF TRELLEBORG YSH SA DE CV/CONTRARIAN FUNDS LLC AS ASSIGNEE OF TRELLEBORG YSH INC | Resolved | 10/10/2005 | $ 15,865.76 | n/a | n/a |
| 189 | Otto Bock Polyurethane Technologies, Inc. | LONGACRE MASTER FUND LTD | Resolved | 10/10/2005 | $ 130,000.00 | n/a | n/a |
| 191 | ATF, Incorporated | ACCURATE THREADED FASTENERS INC ATF INC | Resolved | 10/11/2005 | $ 71,376.60 | n/a | n/a |
| 195 | Engineered Sintered Components - Hain Capital Holdings, LLC | HAIN CAPITAL INVESTORS LLC | Resolved | 10/12/2005 | $ 7,443.36 | n/a | n/a |
| 200 | Gobar Systems | GOBAR SYSTEMS INC | Resolved | 10/12/2005 | $ 2,848.88 | n/a | n/a |
| 201 | Fulton Industries, Inc. | FULTON INDUSTRIES INC | Resolved | 10/12/2005 | $ 912.23 | n/a | n/a |
| 203 | CTS of Canada | BEAR STEARNS INVESTMENT PRODUCTS INC | Resolved | 10/11/2005 | $ 3,120.45 | n/a | n/a |
| 205 | H & L Tool Company, Inc. | H & L TOOL COMPANY INC | Resolved | 10/09/2005 | $ 7,344.65 | n/a | n/a |
| 206 | Wamco, Inc. | AMROC INVESTMENTS LLC | Resolved | 10/11/2005 | $ 63,001.69 | n/a | n/a |
| 207 | Chicago Rivet & Machine Co. | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/12/2005 | $ 1,553.52 | n/a | n/a |
| 215 | Chicago Rivet & Machine Company | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/10/2005 | $ 1,735.38 | n/a | n/a |
| 217 | Iriso USA, Inc. | AMROC INVESTMENTS LLC | Resolved | 10/12/2005 | $ 58,853.42 | n/a | n/a |
| 218 | GE Thermometrics, Inc. | GE INFRASTRUCTURE SENSING | Resolved | 10/13/2005 | $ 42,903.31 | n/a | n/a |
| 219 | Boyd Corporation | BOYD CORPORATION | Resolved | 10/12/2005 | $ 16,738.79 | n/a | n/a |
| 222 | Elgin Die Mold Company | LIQUIDITY SOLUTIONS INC | Resolved | 10/10/2005 | $ 2,668.00 | n/a | n/a |
| 228 | Illinois Tool Works | Multiple Owners | Resolved | 10/12/2005 | $ 244,697.11 | n/a | n/a |
| 229 | EFTEC North America | EFTEC NORTH AMERICA | Resolved | 10/12/2005 | $ 14,711.99 | n/a | n/a |
| 230 | AMI Industries, Inc. | CONTRARIAN FUNDS LLC | Resolved | 10/12/2005 | $ 184.23 | n/a | n/a |
| 232 | Metal Cladding, Inc. | METAL CLADDING INC | Resolved | 10/12/2005 | $ 14,090.99 | n/a | n/a |
| 235 | Assembly System Innovators | CONTRARIAN FUNDS LLC | Resolved | 10/10/2005 | $ 325.80 | n/a | n/a |
| 239 | Lexington Connector Seals | LEXINGTON RUBBER GROUP INC | Resolved | 10/12/2005 | $ 12,451.81 | n/a | n/a |
| 241 | GE Silicones | GE SILICONES | Resolved | 10/13/2005 | $ 37,338.82 | n/a | n/a |
| 242 | Teleflex Incorporated | BEAR STEARNS INVESTMENT PRODUCTS INC | Resolved | 10/11/2005 | $ 4,315.42 | n/a | n/a |
| 244 | Cherry GmbH | CHERRY GMBH | Resolved | 10/11/2005 | $ 161,563.08 | n/a | n/a |
| 245 | Chicago Rivet & Machine Co. | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/10/2005 | $ 11,201.77 | n/a | n/a |
| 247 | Chicago Rivet & Machine Co. | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/10/2005 | $ 822.47 | n/a | n/a |
| 249 | Lexington Connector Seals | LEXINGTON RUBBER GROUP INC | Resolved | 10/12/2005 | $ 28,390.99 | n/a | n/a |
| 252 | Reliable Casting Corporation | RELIABLE CASTING CORP SIDNEY DIV | Resolved | 10/12/2005 | $ 37,324.15 | n/a | n/a |
| 253 | Master Molded Products Corporation | LONGACRE MASTER FUND LTD | Resolved | 10/13/2005 | $ 21,774.05 | n/a | n/a |
| 254 | CTS Automotive Products | CTS CORPORATION | Resolved | 10/11/2005 | $ 77,431.40 | n/a | n/a |

Exhibit A

| Reclamation Claim Number | Party Asserting Reclamation Demand | Current Holder of Reclamation Claim | Status of Reclamation Claim | Demand Date | Agreed-Upon Amount | Supplier Demand Amount | Delphi Reconciled Amount |
|---|---|---|---|---|---|---|---|
| 255 | SEPR Ceramic Beads and Powders | CONTRARIAN FUNDS LLC | Resolved | 10/12/2005 | $ 35,310.00 | n/a | n/a |
| 258 | N.D.K. America, Inc. | LATIGO MASTER FUND LTD | Resolved | 10/12/2005 | $ 145,267.57 | n/a | n/a |
| 259 | Foster Electric (U.S.A.), Inc. | CONTRARIAN FUNDS LLC | Resolved | 10/12/2005 | $ 433.60 | n/a | n/a |
| 262 | VJ TECHNOLOGIES, INC. | LONGACRE MASTER FUND LTD | Resolved | 10/12/2005 | $ 60,000.00 | n/a | n/a |
| 263 | Carlton-Bates Company | CARLTON BATES COMPANY | Resolved | 10/11/2005 | $ 66,627.99 | n/a | n/a |
| 266 | Integrated Cable Systems, Inc. | INTEGRATED CABLE SYSTEMS INC | Resolved | 10/12/2005 | $ 28,105.36 | n/a | n/a |
| 267 | Arrow Sheet Metal Co. | ARROW SHEET METAL PRODUCTS CO | Resolved | 10/12/2005 | $ 6,367.31 | n/a | n/a |
| 269 | Markel Corporation | MARKEL CORP | Resolved | 10/10/2005 | $ 8,585.01 | n/a | n/a |
| 271 | Hollingsworth & Vose Company | HOLLINGSWORTH & VOSE CO | Resolved | 10/11/2005 | $ 5,984.96 | n/a | n/a |
| 273 | Tokico (USA) Incorporated | DEUTSCHE BANK SECURITIES INC | Resolved | 10/11/2005 | $ 466.56 | n/a | n/a |
| 275 | KOA Speer Electronics, Inc. | KOA SPEER ELECTRONICS INC | Resolved | 10/10/2005 | $ 495.50 | n/a | n/a |
| 277 | Graber-Rogg, Inc. | GRABER ROGG INC | Resolved | 10/11/2005 | $ 1,376.07 | n/a | n/a |
| 281 | Graber Rogg, Inc. | GRABER ROGG INC | Resolved | 10/12/2005 | $ 26,352.82 | n/a | n/a |
| 282 | Casco Products Corporation | CASCO PRODUCTS CORPORATION | Resolved | 10/05/2005 | $ 5,760.48 | n/a | n/a |
| 289 | Automotive Electronic Controls | BLUE ANGEL CLAIMS LLC | Resolved | 10/11/2005 | $ 3,268.34 | n/a | n/a |
| 291 | Motorola | LONGACRE MASTER FUND LTD | Resolved | 10/11/2005 | $ 39,060.00 | n/a | n/a |
| 292 | Stueken, LLC | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/11/2005 | $ 12,760.50 | n/a | n/a |
| 296 | Total Component Solutions | AMROC INVESTMENTS LLC | Resolved | 10/13/2005 | $ 900.36 | n/a | n/a |
| 297 | United Plastics Group, Inc. | UNITED PLASTICS GROUP/UPC DE MEXICO S DE RL DE CV | Resolved | 10/13/2005 | $ 12,681.59 | n/a | n/a |
| 305 | Millenium Industries Corporation Cass City | CONTRARIAN FUNDS LLC | Resolved | 10/13/2005 | $ 1,942.04 | n/a | n/a |
| 306 | Emhart Teknologies | EMHART TEKNOLOGIES LLC | Resolved | 10/13/2005 | $ 27,128.77 | n/a | n/a |
| 307 | M & S Manufacturing | M & S MANUFACTURING COMPANY | Resolved | 10/13/2005 | $ 13,620.06 | n/a | n/a |
| 308 | Cataler North America Corporation | SPECIAL SITUATIONS INVESTING GROUP INC | Resolved | 10/13/2005 | $ 18,298.73 | n/a | n/a |
| 309 | Ralco Industries | LONGACRE MASTER FUND LTD | Resolved | 10/11/2005 | $ 26,986.10 | n/a | n/a |
| 313 | International Rectifier | INTERNATIONAL RECTIFIER CORPORATION | Resolved | 10/11/2005 | $ 25,243.50 | n/a | n/a |
| 315 | Stanley Electric Sales of America, Inc. | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/11/2005 | $ 145,690.87 | n/a | n/a |
| 319 | Panasonic Automotive Systems Company of America | GOLDMAN SACHS CREDIT PARTNERS LP | Resolved | 10/13/2005 | $ 78,475.89 | n/a | n/a |
| 320 | International Resistive Co., Inc. | INTERNATIONAL RESISTIVE COMPANY WIRE & FILM TECHNOLOGIES DIVISION/INTERNATIONAL RESISTIVE COMPANY ADVANCED FILM DIVISION/TPG CREDIT OPPORTUNITIES FUND LP | Resolved | 10/13/2005 | $ 1,716.07 | n/a | n/a |
| 322 | Murata Electronic North America | SPECIAL SITUATIONS INVESTING GROUP INC | Resolved | 10/12/2005 | $ 115,579.28 | n/a | n/a |
| 323 | Catalyic Solutions | AMROC INVESTMENTS LLC | Resolved | 10/13/2005 | $ 9,345.36 | n/a | n/a |
| 328 | INA USA Corporation | CONTRARIAN FUNDS LLC AS ASSIGNEE OF INA USA CORPORATION | Resolved | 10/10/2005 | $ 32,662.29 | n/a | n/a |
| 331 | Kamax S.A.U. | KAMAX SAU | Resolved | 10/13/2005 | $ 1,803.58 | n/a | n/a |
| 333 | Rohm and Haas Company | CABLE TECHNOLOGIESINC | Resolved | 10/13/2005 | $ 18,966.38 | n/a | n/a |
| 334 | Rohm and Haas Company | ROHM AND HAAS CO | Resolved | 10/10/2005 | $ 25,117.91 | n/a | n/a |
| 335 | TT Electronics | TPG CREDIT OPPORTUNITIES FUND LP | Resolved | 10/14/2005 | $ 1,320.21 | n/a | n/a |
| 338 | Graber-Rogg, Inc. | GRABER ROGG INC | Resolved | 10/11/2005 | $ 2,547.30 | n/a | n/a |
| 341 | Rotor Clip Company, Inc. | ROTOR CLIP COMPANY INC | Resolved | 10/13/2005 | $ 14,497.86 | n/a | n/a |
| 344 | Olson International Ltd. | AMROC INVESTMENTS LLC | Resolved | 10/13/2005 | $ 27,979.91 | n/a | n/a |
| 345 | International Resistive Company, Advanced Film Division | INTERNATIONAL RESISTIVE COMPANY WIRE & FILM TECHNOLOGIES DIVISION/TPG CREDIT OPPORTUNITIES FUND LP | Resolved | 10/13/2005 | $ 77,693.93 | n/a | n/a |
| 349 | Unisource Worldwide, Inc. | UNISOURCE WORLDWIDE INC | Resolved | 10/12/2005 | $ 43.84 | n/a | n/a |
| 352 | Taurus International Corporation | SOL - TAURUS INTERNATIONAL CORP | Resolved | 10/13/2005 | $ 38,818.19 | n/a | n/a |
| 353 | RBC Bearings | RBC BEARINGS | Resolved | 10/13/2005 | $ 21,375.00 | n/a | n/a |

Exhibit A

| Reclamation Claim Number | Party Asserting Reclamation Demand | Current Holder of Reclamation Claim | Status of Reclamation Claim | Demand Date | Agreed-Upon Amount | Supplier Demand Amount | Delphi Reconciled Amount |
|---|---|---|---|---|---|---|---|
| 354 | Wright Plastic Products Co., LLC | CONTRARIAN FUNDS LLC | Resolved | 10/14/2005 | $ 20,691.18 | n/a | n/a |
| 356 | Tech Tool & Mold, Inc. | TECH TOOL & MOLD INC EFT | Resolved | 10/13/2005 | $ 45,859.51 | n/a | n/a |
| 359 | Millwood Inc. | MILLWOOD INC DBA LIBERTY INDUSTRIES INC | Resolved | 10/13/2005 | $ 1,827.00 | n/a | n/a |
| 360 | Multibase Inc. | MULTIBASE INC | Resolved | 10/14/2005 | $ 4,345.60 | n/a | n/a |
| 361 | CYRO INDUSTRIES | SPCP GROUP LLC | Resolved | 10/14/2005 | $ 80,704.28 | n/a | n/a |
| 365 | Dow Corning Corporation | DOW CORNING CORP | Resolved | 10/14/2005 | $ 12,809.61 | n/a | n/a |
| 373 | American Electronic Components Inc. | SIEMENS VDO AUTOMOTIVE CORPORATION ASSIGNEE OF AMERICAN ELECTRONIC COMPONENTS INC | Resolved | 10/14/2005 | $ 11,006.25 | n/a | n/a |
| 374 | ST MICROELECTRONICS, INC. | LONGACRE MASTER FUND LTD | Resolved | 10/12/2005 | $ 153,204.95 | n/a | n/a |
| 375 | Batesville Tool & Die, Inc. | LONGACRE MASTER FUND LTD | Resolved | 10/13/2005 | $ 20,647.07 | n/a | n/a |
| 378 | J.O. Galloup Co. | MADISON NICHE OPPORTUNITIES LLC | Resolved | 10/11/2005 | $ 1,000.00 | n/a | n/a |
| 379 | Kendall Electric Inc | MIDTOWN CLAIMS LLC | Resolved | 10/10/2005 | $ 97,429.07 | n/a | n/a |
| 381 | Silicon Laboratories, Inc. | SILICON LABORATORIES INC | Resolved | 10/13/2005 | $ 9,726.81 | n/a | n/a |
| 384 | ETCO Automotive Products | CONTRARIAN FUNDS LLC AS ASSIGNEE OF ETCO | Resolved | 10/13/2005 | $ 1,072.80 | n/a | n/a |
| 386 | Olson International, LTD. | AMROC INVESTMENTS LLC | Resolved | 10/12/2005 | $ 32,874.85 | n/a | n/a |
| 391 | Eaton Corp | EATON AEROQUIP DE MEXICO SA DE CV | Resolved | 10/10/2005 | $ 5,813.32 | n/a | n/a |
| 393 | Fujikura American, Inc. | FUJIKURA AMERICA INC | Resolved | 10/14/2005 | $ 15,482.28 | n/a | n/a |
| 394 | Century Mold & Tool | CONTRARIAN FUNDS LLC | Resolved | 10/14/2005 | $ 75,000.00 | n/a | n/a |
| 396 | American Molder Products | AMERICAN MOLDED PRODUCTS | Resolved | 10/13/2005 | $ 498.74 | n/a | n/a |
| 400 | NGK Automotive Ceramics USA, Inc. | LONGACRE MASTER FUND LTD | Resolved | 10/13/2005 | $ 425,192.03 | n/a | n/a |
| 401 | Linear Technology Corporation | LINEAR TECHNOLOGY CORPORATION | Resolved | 10/13/2005 | $ 116,070.80 | n/a | n/a |
| 402 | Tadiran Batteries | ARGO PARTNERS | Resolved | 10/13/2005 | $ 11,524.40 | n/a | n/a |
| 407 | Scientific Tube, Inc. | LONGACRE MASTER FUND LTD | Resolved | 10/14/2005 | $ 31,000.00 | n/a | n/a |
| 415 | KARL KUEFNER, KG | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/14/2005 | $ 16,927.66 | n/a | n/a |
| 417 | Stoneridge, Inc. | CONTRARIAN FUNDS LLC AS ASSIGNEE OF STONERIDGE INC FOR ITSELF AND ET AL | Resolved | 10/14/2005 | $ 12,103.66 | n/a | n/a |
| 418 | Forest City Technologies, Inc. | CONTRARIAN FUNDS LLC | Resolved | 10/12/2005 | $ 9,009.31 | n/a | n/a |
| 423 | Armada Rubber Manufacturing Co. | ASM CAPITAL LP | Resolved | 10/08/2005 | $ 1,210.00 | n/a | n/a |
| 424 | Hosiden American Corporation | FAIR HARBOR CAPITAL LLC | Resolved | 10/14/2005 | $ 1,423.64 | n/a | n/a |
| 425 | Marian Inc. | MARIAN INC FKA MARIAN RUBBER PRODUCTS | Resolved | 10/13/2005 | $ 25,605.91 | n/a | n/a |
| 426 | Acushnet Rubber Co., Inc | ACUSHNET RUBBER COMPANY INC DBA PRECIX | Resolved | 10/14/2005 | $ 14,588.49 | n/a | n/a |
| 427 | Eikenberry & Associates, Inc | EIKENBERRY & ASSOCIATES INC | Resolved | 10/17/2005 | $ 1,530.60 | n/a | n/a |
| 428 | Sinclair & Rush, Inc | AMROC INVESTMENTS LLC | Resolved | 10/14/2005 | $ 3,491.22 | n/a | n/a |
| 429 | Americhem, Inc. | AMERICHEM INC | Resolved | 10/10/2005 | $ 6,797.43 | n/a | n/a |
| 430 | AVX Corporation | AVX CORP | Resolved | 10/13/2005 | $ 11,894.48 | n/a | n/a |
| 434 | Nichicon America Corp | SPCP GROUP LLC | Resolved | 10/14/2005 | $ 5,052.44 | n/a | n/a |
| 437 | Sagami Amercia, Ltd. | SAGAMI AMERICA LTD | Resolved | 10/14/2005 | $ 22,443.37 | n/a | n/a |
| 440 | Tessier Machine Co. | TESSIER MACHINE CO | Resolved | 10/13/2005 | $ 14,880.00 | n/a | n/a |
| 441 | TDK Corporation | GOLDMAN SACHS CREDIT PARTNERS LP | Resolved | 10/13/2005 | $ 172,706.22 | n/a | n/a |
| 442 | Mabuchi Motor America Corp | MABUCHI MOTOR AMERICA CORP | Resolved | 10/14/2005 | $ 875.54 | n/a | n/a |
| 446 | Chicago Rivet | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/10/2005 | $ 871.08 | n/a | n/a |
| 450 | KOA Speer Electronics, Inc. | KOA SPEER ELECTRONICS INC | Resolved | 10/10/2005 | $ 60,936.01 | n/a | n/a |
| 453 | KOA Speer Electronics, Inc. | KOA SPEER ELECTRONICS INC | Resolved | 10/10/2005 | $ 82,085.30 | n/a | n/a |
| 454 | United Chemi-Con, Inc. | UNITED CHEMI CON INC | Resolved | 10/10/2005 | $ 22,311.50 | n/a | n/a |
| 455 | Sensus Precision Die Casting, Inc. | CONTRARIAN FUNDS LLC | Resolved | 10/17/2005 | $ 101,745.58 | n/a | n/a |
| 464 | Nu Horizons Electronics Corp. | NU HORIZONS ELECTRONICS CORP | Resolved | 10/11/2005 | $ 30,455.00 | n/a | n/a |
| 465 | Penn Aluminum International, Inc. | PENN ALUMINUM INTERNATIONAL INC | Resolved | 10/14/2005 | $ 22,680.99 | n/a | n/a |
| 466 | Jideco of Bardstown, Inc. | AMROC INVESTMENTS LLC | Resolved | 10/14/2005 | $ 6,636.00 | n/a | n/a |
| 469 | Associated Spring, Barnes Group Inc. | LONGACRE MASTER FUND LTD | Resolved | 10/13/2005 | $ 37,650.77 | n/a | n/a |
| 470 | Delta Products Corporation | DELTA PRODUCTS CORPORATION | Resolved | 10/14/2005 | $ 12,986.67 | n/a | n/a |
| 472 | Export Corporation | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/17/2005 | $ 11,691.36 | n/a | n/a |
| 474 | Whirlaway Corporation | CONTRARIAN FUNDS LLC AS ASSIGNEE OF WHIRLAWAY CORPORATION | Resolved | 10/17/2005 | $ 26,238.62 | n/a | n/a |
| 476 | Eagle Picher Automotive - Wolverine Gasket Division | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/10/2005 | $ 7,994.48 | n/a | n/a |

Exhibit A

| Reclamation Claim Number | Party Asserting Reclamation Demand | Current Holder of Reclamation Claim | Status of Reclamation Claim | Demand Date | Agreed-Upon Amount | Supplier Demand Amount | Delphi Reconciled Amount |
|---|---|---|---|---|---|---|---|
| 483 | Capsonic Group LLC | REDROCK CAPITAL PARTNERS LLC | Resolved | 10/12/2005 | $ 4,337.21 | n/a | n/a |
| 487 | Hewitt Tool & Die Inc. | HEWITT TOOL & DIE INC | Resolved | 10/17/2005 | $ 7,828.35 | n/a | n/a |
| 491 | St. Clair Plastics Co. | CONSOLIDATED INDUSTRIAL CORP | Resolved | 10/18/2005 | $ 3,795.99 | n/a | n/a |
| 492 | KOSTAL Mexicana, S.A. de C.V. | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/14/2005 | $ 11,188.73 | n/a | n/a |
| 497 | RF Monolithics | ASM CAPITAL II LP | Resolved | 10/14/2005 | $ 160,435.27 | n/a | n/a |
| 498 | Breen Color Concentrates, Inc. | BREEN COLOR CONCENTRATES INC | Resolved | 10/14/2005 | $ 5,107.39 | n/a | n/a |
| 501 | Feintool of Cincinnati, Inc. | AMROC INVESTMENTS LLC AS ASSIGNEE OF FEINTOOL CINCINATTI INC/AMROC INVESTMENTS LLC | Resolved | 10/14/2005 | $ 87,992.63 | n/a | n/a |
| 503 | Kostal of America, Inc | KOSTAL OF AMERICA INC/SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/14/2005 | $ 2,094.80 | n/a | n/a |
| 505 | Fittings Products Co. LLC d/b/a Lake Erie Products-Livonia | SIERRA LIQUIDITY FUND LLC | Resolved | 10/14/2005 | $ 4,797.32 | n/a | n/a |
| 506 | LAKE ERIE PRODUCTS INC | LAKE ERIE PRODUCTS INC | Resolved | 10/14/2005 | $ 14,082.57 | n/a | n/a |
| 514 | Electro Dynamics Crystal Corporation | ELECTRO DYNAMICS CRYSTAL CORPORATION | Resolved | 10/18/2005 | $ 2,960.00 | n/a | n/a |
| 516 | Carlisle Engineered Products, Inc. | CARLISLE ENGINEERED PRODUCTS INC | Resolved | 10/17/2005 | $ 168,880.61 | n/a | n/a |
| 521 | Olin Corp. | BANK OF AMERICA N A | Resolved | 10/10/2005 | $ 19,461.00 | n/a | n/a |
| 522 | Kickhafer Manufacturing Company | KICKHAEFER MANUFACTURING CO KMC | Resolved | 10/13/2005 | $ 37,150.59 | n/a | n/a |
| 526 | Parker-Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/17/2005 | $ 903.60 | n/a | n/a |
| 528 | American Aikoku Alpha, Inc. | AMERICAN AIKOKU ALPHA INC | Resolved | 10/17/2005 | $ 5,823.94 | n/a | n/a |
| 530 | Parker-Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/17/2005 | $ 4,507.28 | n/a | n/a |
| 531 | Werner Co. | WERNER CO | Resolved | 10/17/2005 | $ 952.91 | n/a | n/a |
| 533 | CTS Corporation | CTS CORPORATION | Resolved | 10/17/2005 | $ 2,258.44 | n/a | n/a |
| 536 | Continental/Midland LLC | CONTINENTAL MIDLAND LLC | Resolved | 10/18/2005 | $ 1,386.73 | n/a | n/a |
| 544 | OMG Americas, Inc. | OMG AMERICAS INC | Resolved | 10/18/2005 | $ 6,000.00 | n/a | n/a |
| 546 | Pioneer N.A., Inc. | WHITEBOX HEDGED HIGH YIELD PARTNERS LP | Resolved | 10/17/2005 | $ 40,059.72 | n/a | n/a |
| 552 | Henkel Loctite | HENKEL CORPORATION HENKEL LOCTITE | Resolved | 10/11/2005 | $ 177.36 | n/a | n/a |
| 553 | Sherwin-Williams Company | SHERWIN WILLIAMS COMPANY | Resolved | 10/13/2005 | $ 7,325.94 | n/a | n/a |
| 555 | Dow Corning Corporation | DOW CORNING CORP | Resolved | 10/17/2005 | $ 14,446.67 | n/a | n/a |
| 557 | Raetech Corporation | RAETECH CORPORATION | Resolved | 10/18/2005 | $ 4,500.00 | n/a | n/a |
| 577 | Commodity Management Services LTD. | COMMODITY MGMT SVCS GBS PRINTED PRODS & SYS | Resolved | 10/17/2005 | $ 511.95 | n/a | n/a |
| 578 | Capsonic Automotive, Inc. | REDROCK CAPITAL PARTNERS LLC | Resolved | 10/12/2005 | $ 2,714.88 | n/a | n/a |
| 585 | EIS Inc. | EIS INC | Resolved | 10/18/2005 | $ 570.00 | n/a | n/a |
| 586 | Kurz-Kasch Inc. | LONGACRE MASTER FUND LTD | Resolved | 10/18/2005 | $ 8,638.40 | n/a | n/a |
| 591 | Pax Machine Works, Inc. | CONTRARIAN FUNDS LLC AS ASSIGNEE OF PAX MACHINE WORKS INC | Resolved | 10/18/2005 | $ 865.58 | n/a | n/a |
| 592 | Hitchiner Manufacturing Co., Inc. | CONTRARIAN FUNDS LLC AS ASSIGNEE OF HITCHINER MANUFACTURING CO INC | Resolved | 10/17/2005 | $ 8,179.67 | n/a | n/a |
| 594 | Parker- Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/14/2005 | $ 8,163.60 | n/a | n/a |
| 596 | Parker-Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/17/2005 | $ 513.10 | n/a | n/a |
| 598 | THE GLEASON WORKS | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/14/2005 | $ 27,955.00 | n/a | n/a |
| 605 | FEDERAL SCREW WORKS | FEDERAL SCREW WORKS | Resolved | 10/18/2005 | $ 4,013.35 | n/a | n/a |
| 606 | Sanders Lead Co., Inc. | GOLDMAN SACHS CREDIT PARTNERS LP | Resolved | 10/17/2005 | $ 79,676.69 | n/a | n/a |
| 608 | Parker-Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/14/2005 | $ 2,758.89 | n/a | n/a |
| 609 | Parker-Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/14/2005 | $ 386.01 | n/a | n/a |
| 611 | UNISOURCE WORLDWIDE INC | UNISOURCE WORLDWIDE INC | Resolved | 10/18/2005 | $ 5,500.00 | n/a | n/a |
| 615 | Parker-Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/11/2005 | $ 12,642.17 | n/a | n/a |
| 617 | Alegre, Inc. | ALEGRE INC | Resolved | 10/18/2005 | $ 20,154.39 | n/a | n/a |
| 620 | Nisshinbo Automotive Corporation | REDROCK CAPITAL PARTNERS LLC | Resolved | 10/18/2005 | $ 27,446.05 | n/a | n/a |

Exhibit A

| Reclamation Claim Number | Party Asserting Reclamation Demand | Current Holder of Reclamation Claim | Status of Reclamation Claim | Demand Date | Agreed-Upon Amount | Supplier Demand Amount | Delphi Reconciled Amount |
|---|---|---|---|---|---|---|---|
| 626 | Micro Motion, Inc. | MICRO MOTION INC | Resolved | 10/18/2005 | $ 5,895.03 | n/a | n/a |
| 628 | Tessy Plastics Corporation | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/18/2005 | $ 9,176.58 | n/a | n/a |
| 630 | Diemolding Corporation | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/17/2005 | $ 941.46 | n/a | n/a |
| 632 | GCi Technologies | CONTRARIAN FUNDS LLC | Resolved | 10/18/2005 | $ 5,981.92 | n/a | n/a |
| 641 | Veritas Software Corporation | VERITAS SOFTWARE CORPORATION | Resolved | 10/19/2005 | $ 7,909.10 | n/a | n/a |
| 642 | ITT Industries, Inc. | ITT CANNON NEWTON | Resolved | 10/18/2005 | $ 11,604.80 | n/a | n/a |
| 644 | Universal Bearings, Inc. | GOLDMAN SACHS CREDIT PARTNERS LP | Resolved | 10/17/2005 | $ 898.38 | n/a | n/a |
| 645 | Camoplast Thermoplastic Group | CONTRARIAN FUNDS LLC AS ASSIGNEE OF CAMOPLAST INCORPORATED | Resolved | 10/14/2005 | $ 88,544.81 | n/a | n/a |
| 652 | Optrex America Inc. | OPTREX AMERICA INC | Resolved | 10/20/2005 | $ 25,974.39 | n/a | n/a |
| 653 | Precision Resource, Inc. | PRECISION RESOURCE INC KY DIV | Resolved | 10/20/2005 | $ 13,539.00 | n/a | n/a |
| 657 | Phillips Plastics Corporation | CONTRARIAN FUNDS LLC | Resolved | 10/18/2005 | $ 9,001.06 | n/a | n/a |
| 661 | Maxim Integrated Products, LLC. | MAXIM INTEGRATED PRODUCTS INC | Resolved | 10/18/2005 | $ 22,730.81 | n/a | n/a |
| 662 | Trelleborg Palmer Chenard | SOL - TRELLEBORG PALMER CHENARD | Resolved | 10/18/2005 | $ 3,477.60 | n/a | n/a |
| 665 | United Machining, Inc. | UNITED MACHINING INC | Resolved | 10/17/2005 | $ 1,532.85 | n/a | n/a |
| 668 | HITACHI AUTOMOTIVE PRODUCTS | DEUTSCHE BANK SECURITIES INC | Resolved | 10/18/2005 | $ 27,569.59 | n/a | n/a |
| 678 | Millwood Inc. | MILLWOOD INC DBA LIBERTY INDUSTRIES INC | Resolved | 10/13/2005 | $ 1,819.75 | n/a | n/a |
| 679 | Millwood, Inc. | MILLWOOD INC DBA LIBERTY INDUSTRIES INC | Resolved | 10/13/2005 | $ 300.00 | n/a | n/a |
| 684 | Millwood Inc. | MILLWOOD INC DBA LIBERTY INDUSTRIES INC | Resolved | 10/13/2005 | $ 2,000.00 | n/a | n/a |
| 695 | Gemini Group, Inc. | CONTRARIAN FUNDS LLC AS ASSIGNEE OF SIERRA PLASTICS INC AKA SIERRA EL PASO/CONTRARIAN FUNDS LLC AS ASSIGNEE OF GEMINI PLASTICS INC | Resolved | 10/14/2005 | $ 14,138.65 | n/a | n/a |
| 697 | Diodes Incorporated | DIODES INCORPORATED | Resolved | 10/18/2005 | $ 1,421.23 | n/a | n/a |
| 701 | Parker-Hannifin Corporation, Parker Seals | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/14/2005 | $ 3,621.90 | n/a | n/a |
| 703 | Wakefield Thermal Solutions | WAKEFIELD THERMAL SOLUTIONS | Resolved | 10/18/2005 | $ 186.68 | n/a | n/a |
| 707 | Midwest Stamping, Inc. | MIDWEST STAMPING INC | Resolved | 10/20/2005 | $ 1,242.18 | n/a | n/a |
| 719 | Electronic Services, LLC, d.b.a. CSI Electronics | CONTRARIAN FUNDS LLC AS ASSIGNEE OF ELECTRONIC SERVICES LLC DBA CSI ELECTRONICS | Resolved | 10/20/2005 | $ 29,610.00 | n/a | n/a |
| 723 | Parker-Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/17/2005 | $ 429.53 | n/a | n/a |
| 725 | Avnet, Inc. | AVNET INC | Resolved | 10/20/2005 | $ 67,613.23 | n/a | n/a |
| 728 | Security Plastics Division/NMC, LLC | CONTRARIAN FUNDS LLC AS ASSIGNEE OF SP DIV NMC LLC | Resolved | 10/18/2005 | $ 5,367.21 | n/a | n/a |
| 729 | Contrarian Capital Management LLC | BANK OF AMERICA N A/CONTRARIAN FUNDS LLC | Resolved | 10/14/2005 | $ 57,484.77 | n/a | n/a |
| 732 | Photo Stencil, LLC | CONTRARIAN FUNDS LLC | Resolved | 10/20/2005 | $ 5,295.00 | n/a | n/a |
| 747 | Standard Microsystems Corporation | STANDARD MICROSYSTEMS CORPORATION | Resolved | 10/20/2005 | $ 19,067.40 | n/a | n/a |
| 753 | Parker-Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/14/2005 | $ 19,657.49 | n/a | n/a |
| 756 | Fujikoki America, Inc. | SPECIAL SITUATIONS INVESTING GROUP INC | Resolved | 10/13/2005 | $ 102,600.39 | n/a | n/a |
| 758 | Parker- Hannifin, Eng.Seals Division | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/14/2005 | $ 3,679.78 | n/a | n/a |
| 765 | United Stars Industries, Inc. | CONTRARIAN FUNDS LLC AS TRANSFEREE OF UNITED STARS INDUSTRIES INC | Resolved | 10/24/2005 | $ 11,853.70 | n/a | n/a |
| 768 | NMB Technologies Corporation | LONGACRE MASTER FUND LTD | Resolved | 10/20/2005 | $ 4,056.80 | n/a | n/a |
| 771 | Engelhard Corporation | BLUE ANGEL CLAIMS LLC | Resolved | 10/11/2005 | $ 85,576.07 | n/a | n/a |
| 772 | Premier Products, Inc. | CONTRARIAN FUNDS LLC | Resolved | 10/17/2005 | $ 10,671.05 | n/a | n/a |
| 775 | CoorsTek, Inc. | COORSTEK INC | Resolved | 10/10/2005 | $ 30,318.20 | n/a | n/a |
| 776 | KL Industries, Inc. | ARGO PARTNERS | Resolved | 10/14/2005 | $ 4,872.55 | n/a | n/a |
| 779 | MacArthur Corporation | JPMORGAN CHASE BANK NA | Resolved | 10/13/2005 | $ 154,170.00 | n/a | n/a |
| 782 | Parker Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/16/2005 | $ 47,748.95 | n/a | n/a |
| 786 | Wako Electronics (USA) Inc. | AMROC INVESTMENTS LLC | Resolved | 10/14/2005 | $ 4,244.00 | n/a | n/a |
| 795 | Phillips Optical Storage | LATIGO MASTER FUND LTD | Resolved | 10/12/2005 | $ 34,369.12 | n/a | n/a |
| 797 | Universal Bearings, Inc. | GOLDMAN SACHS CREDIT PARTNERS LP | Resolved | 10/17/2005 | $ 339.51 | n/a | n/a |
| 798 | GKN Sinter Metals Limited | DEUTSCHE BANK SECURITIES INC | Resolved | 10/17/2005 | $ 11,600.00 | n/a | n/a |
| 800 | Philips Semiconductors, Inc. | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/12/2005 | $ 194,274.52 | n/a | n/a |

Exhibit A

| Reclamation Claim Number | Party Asserting Reclamation Demand | Current Holder of Reclamation Claim | Status of Reclamation Claim | Demand Date | Agreed-Upon Amount | Supplier Demand Amount | Delphi Reconciled Amount |
|---|---|---|---|---|---|---|---|
| 802 | Mobile Display Systems | MOBILE DISPLAY SYSTEMS | Resolved | 10/14/2005 | $ 25,930.54 | n/a | n/a |
| 804 | Tal-Port Industries, LLC/Stonehill Institutional Partners L.P. | STONEHILL INSTITUTIONAL PARTNERS LP | Resolved | 10/14/2005 | $ 30,013.94 | n/a | n/a |
| 805 | Speedline Technologies, Inc. | TPG CREDIT OPPORTUNITIES INVESTORS LP | Resolved | 10/19/2005 | $ 189,005.00 | n/a | n/a |
| 807 | Assembleon America, Inc. | LATIGO MASTER FUND LTD | Resolved | 10/21/2005 | $ 13,170.09 | n/a | n/a |
| 811 | Schleuniger, Inc. | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/17/2005 | $ 15,470.75 | n/a | n/a |
| 816 | Northern Engraving Corporation | LONGACRE MASTER FUND LTD | Resolved | 10/10/2005 | $ 35,503.86 | n/a | n/a |
| 817 | PD George Co. | LONGACRE MASTER FUND LTD | Resolved | 10/18/2005 | $ 4,723.53 | n/a | n/a |
| 818 | Seal Design, Inc. | LONGACRE MASTER FUND LTD | Resolved | 10/20/2005 | $ 1,388.63 | n/a | n/a |
| 820 | Futaba Corporation of America | BEAR STEARNS INVESTMENT PRODUCTS INC | Resolved | 10/11/2005 | $ 197,369.77 | n/a | n/a |
| 823 | Rosemount Analytical | ROSEMOUNT ANALYTICAL | Resolved | 10/20/2005 | $ 1,340.00 | n/a | n/a |
| 824 | Viking Plastics | ASM CAPITAL LP | Resolved | 10/11/2005 | $ 5,547.35 | n/a | n/a |
| 826 | Worthington Precision Metals, Inc. | SOL - WORTHINGTON PRECISION METALS INC | Resolved | 10/14/2005 | $ 23,230.90 | n/a | n/a |
| 829 | MN Corporation | MADISON INVESTMENT TRUST SERIES 38 | Resolved | 10/12/2005 | $ 25,163.47 | n/a | n/a |
| 832 | Omron Dualtec Automotive Electronics, Inc. | CONTRARIAN FUNDS LLC AS ASSIGNEE OF OMRON DUALTEC AUTOMOTIVE ELECTRONICS INC | Resolved | 10/11/2005 | $ 85,411.74 | n/a | n/a |
| 834 | CTS Corporation | CTS CORPORATION | Resolved | 10/10/2005 | $ 49,457.69 | n/a | n/a |
| 836 | AVM, Inc. | AVM INDUSTRIES LLC | Resolved | 10/12/2005 | $ 1,988.61 | n/a | n/a |
| 838 | Daishinku (America) Corp. d/b/a KDS America | DAISHINKU AMERICA CORP DBA KDS AMERICA | Resolved | 10/17/2005 | $ 15,181.24 | n/a | n/a |
| 840 | Coats American, Inc. | COATS AMERICAN INC | Resolved | 10/14/2005 | $ 3,170.89 | n/a | n/a |
| 841 | Alps Automotive, Inc. | BEAR STEARNS INVESTMENT PRODUCTS INC | Resolved | 10/18/2005 | $ 37,893.60 | n/a | n/a |
| 843 | First Technology Holdings, Inc. | FIRST TECHNOLOGY HOLDINGS INC AND AFFILIATES AND SUBSIDIARIES AND CONTROL DEVICES INC AND FIRST INERTIA SWITCH LIMITED | Resolved | 10/16/2005 | $ 23,525.65 | n/a | n/a |
| 849 | Dell Receivables | DELL INC | Resolved | 10/18/2005 | $ 12,218.83 | n/a | n/a |
| 852 | Texas Instruments | BEAR STEARNS INVESTMENT PRODUCTS INC | Resolved | 10/17/2005 | $ 64,270.14 | n/a | n/a |
| 857 | CTS Automotive Products | CTS CORPORATION | Resolved | 10/10/2005 | $ 3,735.50 | n/a | n/a |
| 858 | Micronas | MICRONAS GMBH | Resolved | 10/27/2005 | $ 18,090.00 | n/a | n/a |
| 859 | Precision Fitting and Gauge Co. | PRECISION FITTING & GAUGE CO | Resolved | 10/27/2005 | $ 892.00 | n/a | n/a |
| 863 | NSK Corporation | LONGACRE MASTER FUND LTD | Resolved | 10/13/2005 | $ 26,521.34 | n/a | n/a |
| 864 | Coilcraft Inc. | COILCRAFT INC | Resolved | 10/12/2005 | $ 4,434.68 | n/a | n/a |
| 865 | PlastiCert | ARGO PARTNERS | Resolved | 10/18/2005 | $ 9,978.00 | n/a | n/a |
| 867 | Schleuniger | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/21/2005 | $ 17,095.00 | n/a | n/a |
| 869 | Transfer Tool Products, Inc. | TRANSFER TOOL PRODUCTS INC | Resolved | 10/13/2005 | $ 1,186.74 | n/a | n/a |
| 883 | Fujitsu Components America, Inc. | FUJITSU COMPONENTS AMERICA INC | Resolved | 10/27/2005 | $ 2,018.40 | n/a | n/a |
| 884 | Parker Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/17/2005 | $ 3,151.81 | n/a | n/a |
| 887 | Parker-Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/16/2005 | $ 339.94 | n/a | n/a |
| 888 | Parker-Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/17/2005 | $ 998.52 | n/a | n/a |
| 889 | Parker-Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/11/2005 | $ 10,551.65 | n/a | n/a |
| 892 | Parker Seals | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/16/2005 | $ 1,787.81 | n/a | n/a |
| 904 | The Lighting Company | THE LIGHTING COMPANY | Resolved | 10/14/2005 | $ 791.97 | n/a | n/a |
| 905 | DuPont Powder Coatings LLC | LONGACRE MASTER FUND LTD | Resolved | 10/10/2005 | $ 8,317.35 | n/a | n/a |
| 908 | Universal Bearings, Inc. | GOLDMAN SACHS CREDIT PARTNERS LP | Resolved | 10/07/2005 | $ 153.83 | n/a | n/a |
| 911 | Metal Surfaces, Inc. | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/14/2005 | $ 14,486.60 | n/a | n/a |
| 915 | Engineered Materials Solutions | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/17/2005 | $ 43,198.89 | n/a | n/a |
| 916 | Key Safety Systems, Inc. | KEY SAFETY SYSTEMS & SUBSIDIARIES | Resolved | 10/14/2005 | $ 3,803.60 | n/a | n/a |

$ 16,181,727.91   $ 18,802,421.99