DECHERT LLP
Glenn E. Siegel
Charles I. Poret
Daniel C. Malone
James O. Moore
1095 Avenue of the Americas
New York, New York 10036-6797
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
*Counsel for Kensington International Limited,*
*Manchester Securities Corp. and*
*Springfield Associates, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
                                              :
In re:                                        :    Chapter 11
                                              :
DELPHI CORPORATION, et al.,                   :    Bankr. Case No. 05-44481 (AJG)
                                              :
                          Debtors.            :    Jointly Administered
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Michelle Moezzi, hereby certify under penalty of perjury that:

I am not a party to the action, am over the age of eighteen years of age, and reside in Westchester County, New York.

On July 15, 2009, I caused to be served a true and exact copy of the Objection of Kensington International Limited, Manchester Securities Corp. and Springfield Associates, LLC to (A) Confirmation of Debtors' First Amended Plan of Reorganization (as Modified) and (B) Approval of Debtors' Proposed Section 363 Sale [Docket No. 18296], by electronic mail upon the parties listed in Exhibit "A" attached hereto and by overnight mail upon the parties listed in Exhibit "B" attached hereto.

Dated: July 15, 2009

                                                            */s/ Michelle S. Moezzi*
                                                            Michelle S. Moezzi

## **EXHIBIT A**

Electronic Mail

jack.butler@skadden.com
kayalyn.marafioti@skadden.com

## **EXHIBIT B**

Overnight Mail Service List

Brian Masumoto
The Office of the United States Trustee
33 Whitehall Street
New York, New York 10004

John (Jack) Wm. Butler, Jr.
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Chicago, Illinois 60606

Kayalyn A. Marafioti
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036