SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |
|---|---|
| In re | :    Chapter 11 |
| | : |
| DELPHI CORPORATION, et al., | :    Case No. 05-44481 (RDD) |
| | : |
| | :    (Jointly Administered) |
| Debtors. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JULY 15, 2009 NOTICE OF FILING OF ADDITIONAL NOTICES OF ASSUMPTION
AND ASSIGNMENT WITH RESPECT TO CERTAIN EXECUTORY CONTRACTS OR
UNEXPIRED LEASES TO BE ASSUMED AND ASSIGNED TO PARNASSUS
HOLDINGS II, LLC UNDER MODIFIED PLAN OF REORGANIZATION

("JULY 15, 2009 NOTICE OF FILING ADDITIONAL PARNASSUS
ASSUMPTION AND ASSIGNMENT NOTICES")

1.    On June 16, 2009, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), filed the First Amended Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (As Modified) (the "Modified Plan") (Docket No. 17030).

2.    On the same date, the Debtors also filed the Supplement To First Amended Disclosure Statement With Respect To First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (As Modified) (Docket No. 17031).

3.    Also on June 16, 2009, the Court entered the Order (A)(I) Approving Modifications To Debtors' First Amended Plan Of Reorganization (As Modified) And Related Disclosures And Voting Procedures And (II) Setting Final Hearing Date to Consider Modifications to Confirmed First Amended Plan Of Reorganization And (B) Setting Administrative Expense Claims Bar Date And Alternative Transaction Hearing Date (Docket No. 17032) (the "Modification Procedures Order").

4.    Paragraph 35 of the Modification Procedures Order requires that the Debtors file a notice (the "Parnassus Assumption and Assignment Notice ") identifying Parnassus Holdings II, LLC as the party to which the Debtors' would assign all of their rights, title, and interests in certain executory contracts and unexpired leases (the "Parnassus Assumed Contracts").  In compliance with paragraph 35 of the Modification Procedures Order, on July 10, 2009, the Debtors filed certain Parnassus Assumption and Assignment Notices, and today have filed certain additional Parnassus Assumption and Assignment Notices.  A copy of the additional Parnassus Assumption and Assignment Notice, with accompanying schedules, is attached hereto as Exhibit A.

Dated:        New York, New York
              July 15, 2009

                            SKADDEN, ARPS, SLATE, MEAGHER
                              & FLOM LLP
                            By:    /s/ John Wm. Butler, Jr.
                                 John Wm. Butler, Jr.
                                 Ron E. Meisler
                            155 North Wacker Drive
                            Chicago, Illinois 60606
                            (312) 407-0700

                                       – and –

                            By:    /s/ Kayalyn A. Marafioti
                                 Kayalyn A. Marafioti
                            Four Times Square
                            New York, New York 10036
                            (212) 735-3000

                            Attorneys for Delphi Corporation, et al.,
                              Debtors and Debtors-in-Possession