Richard A. Devers
705 S Linwood Beach Rd
Linwood, MI  48634
(989) 697-1037

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
                               )
       In re                     )   Chapter 11
                               )   Case No. 05-44481 (RDD)
   DELPHI CORPORATION, et al.,   )   (Jointly Administered)
                               )   Hon. Robert D. Drain
                               )
---------------------------------------------------------x

DECLARATION OF RICHARD A. DEVERS IN SUPPORT
OF MOTION FOR ORDER ESTIMATING CLAIMS FOR
PURPOSES OF VOTING ON PLAN OF REORGANIZATION
(DOCKET # 17539)

I, Richard A. Devers,  declare as follows:

I submit this declaration in support of MOTION FOR ORDER ESTIMATING
CLAIMS FOR PURPOSES OF VOTING ON PLAN OF REORGANIZATION
(Docket # 17539).

I could repeat much of the information that is contained in the motion, but in the
interest of brevity, I will not.  I will quote only Item #14 in the "Basis For Relief
Requested" section of the motion because it is the crux of the issue:  "The Pension
Plans have asserted claims in an aggregate amount exceeding hundreds of millions of
dollars.  Ballots voting in the total amount of $3 are hardly commensurate with the
Pension Plans' economic interest in these cases."

This Declaration is dated July 6, 2009

*Richard A. Devers* [signature]

Richard A. Devers

I will also send copies of this via first class mail to:

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI  48098

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL  60606
Attn:   John W. Butler, Jr.

And via facsimile to:

BUCHANAN INGERSOLL & ROONEY PC          212-440-4401
620 Eighth Avenue, 23rd Floor
New York, New York  10018
Attn:   William H. Schorling

BUCHANAN INGERSOLL & ROONEY PC          302-552-4295
1000 West Street, Suite 1410
Wilmington, DE  19801
Attn:   Mary F. Caloway