UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
                                                           :
In re:                                                     :   Chapter 11
                                                           :
DELPHI CORPORATION, et al.,                                :   Case No. 05-44481 (RDD)
                                                           :
                                    Debtors.               :   (Jointly Administered)
-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Rosalia Romero, do hereby certify hereby under penalty of perjury that on July 15, 2009, I caused the following pleading:

> **Joinder and Reservation of Rights of Liquidity Solutions, Inc., as Assignee, to Objection of Official Committee of Unsecured Creditors to the Proposed Modifications to the Debtors' Confirmed Plan of Reorganization and to the Sale of Substantially All the Debtors' Assets as an Alternative to the Plan and Related Pleadings**

to be served via Federal Express overnight delivery on the persons and at the addresses listed on Exhibit A hereto.

Dated: Hackensack, New Jersey
       July 15, 2009

_____
Rosalia Romero

## EXHIBIT A

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the
    Southern District of New York
One Bowling Green, Room 632
New York, New York  10004

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan  48908

Skadden, Arps, Slate, Meagher & Flom LLP
Attn:  John Wm. Butler, Jr., Esq.
        Ron E. Meisler
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606

Skadden, Arps, Slate, Meagher & Flom LLP
Attn:  Kayalyn A. Marafioti, Esq.
        Gregory W. Fox, Esq.
Four Times Square
New York, New York  10036

Office of the United States Trustee
    for the Southern District of New York
Attn: Brian Masumoto, Esq.
33 Whitehall Street, Suite 2100
New York, New York  10004

Latham & Watkins LLP
Attn:  Robert J. Rosenberg, Esq.
        Mitchell A. Seider, Esq.
        Mark A. Broude, Esq.
885 Third Avenue
New York, New York  10022

Davis Polk & Wardwell
Attn:  Donald S. Bernstein, Esq.
        Brian M. Resnick, Esq.
450 Lexington Avenue
New York, New York  10017

Willkie Farr & Gallagher LLP
Attn:  Richard Mancino, Esq.
        Marc Abrams, Esq.
787 Seventh Avenue
New York, New York  10019

Cadwalader, Wickersham & Taft LLP
Attn:  John J. Rapisardi, Esq.
        Oren B. Haker, Esq.
One World Financial Center
New York, New York  10281

United States Department of Justice
Attn:  Matthew L. Schwartz, Esq.
        Joseph N. Cordaro, Esq.
86 Chambers Street, 3rd Floor
New York, New York  10007

Weil, Gotshal & Manges LLP
Attn:  Jeffrey L. Tanenbaum, Esq.
        Robert J. Lemons, Esq.
767 Fifth Avenue
New York, New York  10153

Schulte Roth & Zabel LLP
Attn:  Adam C. Harris, Esq.
        David J. Karp, Esq.
919 Third Avenue
New York, New York  10022