

328 Trails End
Aurora, OH 44202
Phone: 864.494.1589

July 8, 2009

Honorable Robert D. Drain
Case Number 05-44481 (RDD)
United States Bankruptcy Judge - Southern District of NY
One Bowling Green
New York, NY 10004-1408
MDA Date: June 16th, 2009

Honorable Robert D. Drain,

SUBJECT: OBJECTION TO MASTER DISPOSITION AGREEMENT, ARTICLE 9.5.11; SEVERANCE PAYMENTS

We are objecting to the discontinuing of Severance Payments Delphi Corporation and Platinum are requesting per article 9.5.11 of the Master Disposition Agreement, MDA.

When released from Delphi's employment as an Engineering Manager for over 14 years, a severance contract or separation agreement was issued. The agreement states we would receive severance payments for four months starting May 15, 2009 and Ending September 15, 2009. We waived our rights to contest issues with Delphi in order to receive these payments. When the severance payments end, the bi-weekly $3500 severance check will be replaced with weekly $500 unemployment checks. This monetary shortfall will cause our family great hardship as we will not be able to pay our mortgage and car loans, much less groceries and utilities. Continuation of the severance payments is critical for our family of four as we continue to search for a job during this time of rising unemployment.

The severance contract was entered into <u>during</u> bankruptcy which is now a contract liability not a Delphi benefit. We have a valid / binding / legal contract and had every expectation that it would be honored.

We also believe severance payments are Administrative Claims and will be filing an Administrative Expense Claim Form with the courts.

Please offer your support in favor of our request and those of many other affected Delphi salaried employees and their families.

Respectfully,

John C. Erste          Theresa M. Lebus Erste          Maria Erste          Joshua Erste