WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI  49503-2487
(616) 752-2185 phone
(616) 222-2185 fax
gtoering@wnj.com

Gordon J. Toering (GT3738)
(Admitted *Pro Hac Vice*)

Attorneys for Robert Bosch Corporation and
Affiliates

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  -x
                                                             :
     In re                           :        Chapter 11
                                                             :
DELPHI CORPORATION, <u>et</u> <u>al</u>.,                    :        Case No. 05-44481 (RDD)
                                                             :
                                                             :        (Jointly Administered)
                                                             :
     Debtors.                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  -x

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies that on July 14, 2009 a copy of

**RESPONSE AND LIMITED OBJECTION OF ROBERT BOSCH LLC'S TO DEBTORS' JULY 10, 2009 NOTICE OF FILING NOTICES OF ASSUMPTION AND ASSIGNMENT TO CERTAIN EXECUTORY CONTRACTS OR UNEXPIRED LEASES TO BE ASSUMED AND ASSIGNED TO GM COMPONENT HOLDINGS, LLC OR STEERING SOLUTION SERVICES CORPORATION, AS APPLICABLE, UNDER MODIFIED PLAN OF REORGANIZATION and a copy of RESPONSE AND LIMITED OBJECTION OF ROBERT BOSCH LLC'S TO DEBTORS' JULY 13, 2009 NOTICE OF FILING CERTAIN CORRECTED NOTICES OF ASSUMPTION AND ASSIGNMENT TO CERTAIN EXECUTORY CONTRACTS OR UNEXPIRED LEASES TO BE ASSUMED AND ASSIGNED TO PARNASSUS HOLDINGS II, LLC UNDER MODIFIED PLAN OF REORGANIZATION**

was served upon the parties listed below electronically and by Federal Express overnight delivery:

John Wm. Butler, Jr./Ron E Meisler     General Counsel
Skadden, Arps, Slate, Meagher & Flom LLP     Delphi Corporation
333 West Wacker Drive, Suite 2100     5725 Delphi Drive
Chicago, IL 60606     Troy, Michigan 48098

Kayalyn A. Marafioti/Gregory W. Fox
Skadden Arps Slate Meagher et al
4 Times Sq
New York, NY 10036

Brian Masumoto
Office of US Trustee S District NY
33 Whitehall St Ste 2100
New York, NY 10004

R. Rosenberg/M. Broude/ M. Seider
Latham & Watkins LLP
885 3rd Ave
New York, NY 10022

Donald Bernstein/Brian Resnick
Davis Polk & Wardwell
450 Lexington Ave
New York, NY 10017

Richard Mancino/Marc Abrams
Wilkie Farr & Gallagher
787 Seventh Ave
New York, NY 10019

John Rapisardi/Oren Haker
Cadwalader Wickersham & Taft LLP
1 World Financial Ctr
New York, NY 10281

Matthew Schwartz/Joseph Cordaro
86 Chambers St Fl 3
3rd Floor
New York, NY 10007

Jeffrey Tanenbaum/Robert Lemons
Weil Gotshal & Manges LLP
767 5th Ave
New York, NY 10153

Adam Harris/David Karp
Schulte Roth & Zabel LLP
919 3rd Ave
New York, NY 10022

Ms. Dorothy Li
United States Bankruptcy Court
1 Bowling  Grn #610
New York, NY 10004


 Dated: July 16, 2009

/s/ Tonya J. Mashue
Tonya J. Mashue, Legal Secretary
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids Michigan 49503
(616) 752-2000
Attorneys for Robert Bosch Corporation and
Affiliates


1687526-1