1719 Oak Park Court
Tarpon Springs, FL  34689

July 6, 2009

The Honorable Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green, Courtroom: 610
New York, NY 10004-1408



Reference case # 05-44481

Dear Judge Drain:

As the surviving spouse of a Delphi Salary Employee the recently filed Delphi Modified Plan of Reorganization is an abomination to those employees who dedicated their careers to General Motors / Delphi Corporation.

When this structured plan is executed, it will be promoting the UAW by allowing their pension plan to continue under General Motors who has received 'bail out' monies from the federal government. These are taxpayer's hard earned monies, many non-union members, who are being forced to tolerate this partisan political payback to the UAW for its support of the Democratic Party.

Not all salaried employees were big time executives receiving large paychecks. My husband was a graduate of General Motors Institute and dedicated his working career as an Automotive Engineer to General Motors / Delphi Corporation and was actively working until the day of his death. We were an average family earning an average income. Losing my husband resulted in a marked reduction in our family income and resulted in a drastic lifestyle change for myself and our two children. If this plan is executed as written, again, this family will have yet another reduction in income.

There are many retired salaried employees and surviving spouses and non-UAW workers who participate in this pension fund who will be severely hurt by the plan as it is currently written. Benefiting from this are the UAW, Delphi Executives, General Motors and Platinum Equity. The plan is allowing the true assets of Delphi to be given away with no revenue returned to Delphi. What pitiful amounts of remaining cash revenue is not being paid to the salaried pension fund which the court has allowed Delphi to 'default' its duty to its employees since entering bankruptcy. The pension that I receive is not a large amount and truthfully only plays part of my mortgage. If you look closely, the majority of the recipients of a pension are not the high level executives receiving huge paychecks but are merely the average middle class employee receiving a modest pension.

Sir, I ask that you carefully weigh the responsibility that Delphi Corporation has to its retired salaried employees in the Delphi Salaried Retirement Plan. There are a considerable number of widowed and elderly who will be tragically affected if the pension plan is not better tended in this settlement. We have waited patiently for over 3 years for a viable plan from Delphi Corporation, waiting a few more months would be far better than this poorly constructed settlement plan. Restore our faith that justice is for all, not just the rich and powerful. Please do not agree to the settlement plan before your court.

Sincerely,

Sheila A. Gorecki