UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
|  |  | Chapter 11 |
| In re | : |  |
| DELPHI CORPORATION, et al. | : | Case No. 05-44481 (RDD) |
| Debtor | : | Jointly Administered |

### OBJECTION OF CREDITOR F&G MULTI-SLIDE INC. TO CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACTS TO BE ASSUMED AND ASSIGNED

Now comes Creditor F&G Multi-Slide Inc. (""F&G") and hereby objects to the cure amount of $9,913.77 listed in the Notice of Assumption and Assignment With Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to GM Components Holdings LLC or Steering Solutions Services Corporation, as Applicable, Under Modified Plan of Reorganization, July 10, 2009, to the extent that such cure amount does not represent the total amount need to cure all executory contracts involving such creditor. In addition, F&G Multi-Slide Inc. states the following:

1. Debtors' Notice of Cure relating to creditor F&G Multi-Slide Inc. lists in Schedule 1 (Supplier Contracts) attached thereto, one executory contract (P.O. No. SAG9014150) to be assumed with a cure amount of $9,913.77. F&G Multi-Slide Inc. has no objection to this cure amount as to this particular purchase order and, in fact, such cure was approved pursuant to a Stipulation and Agreed Order Resolving Objection of F&G Multi-Slide Inc. To Assumption and/or Assignment of Executory Contract dated March 12, 2008.

2. This Objection is being filed by F&G Multi-Slide Inc. to continue to preserve its rights to assert additional cure amounts with respect to other contracts which it believes to be executory. As stated in an Objection filed with respect to a prior proposed cure under the

original plan, the appropriate amount to cure a number of executory contracts is $155,121.83.

Accordingly, creditor F&G Multi-Slide Inc. objects to the cure amount for the reasons set forth above.

                Respectfully submitted,

                /s/Paul H. Spaeth
                Paul H. Spaeth (Ohio Regist. No. 0010524)
                130 West Second St., Ste. 450
                Dayton, Ohio 45402
                (937) 223-1655
                Fax: (937) 223-1656
                spaethlaw@phslaw.com

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that a true and accurate copy of the foregoing Objection of Creditor F&G Multi-Slide Inc. To Cure Amount With Respect to Executory Contracts To Be Assumed and Assigned was served electronically through the Court's electronic transmission facilities upon those parties receiving such service in this case and by ordinary United States mail service this 16th day of July, 2009 upon the following:

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
   for the Southern District of New York
One Bowling Green, Room 632
New York, New York 10004

Delphi Automotive Systems LLC
Attn: Legal Staff
5725 Delphi Drive
Troy, Michigan 48098

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan 48098
Attn: General Counsel

John William Butler, Jr., Esq.
Ron E. Meisler, Esq.
Skadden Arps Slate Meagher & Flom LLP
155 North Wacker Drive
Chicago, Illinois 60606

Kayalyn A. Marafioti, Esq.
Gregory W. Fox, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 100336

Donald Berstein, Esq.
Brian Resnick, Esq.
Davis, Polk & Wardwell
450 Lexington Ave.
New York, New York 10017

Robert J. Rosenberg, Esq.
Mark A. Broude, Esq.
Mitchell A. Seider
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022

Richard Mancino, Esq.
Marc Abrams, Esq.
Willkie Farr & Gallagher, LLP
787 Seventh Avenue
New York, New York 10019

John J. Rapisardi, Esq.
Oren B. Haker, Esq.
Cadwalder, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281

Matthew L. Schwartz, Esq.
Joseph N. Cordaro, Esq.
86 Chambers Street
3rd Floor
New York, New York 10007

Jeffrey L. Tanenbaum, Esq.
Robert J. Lemons, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Adam C. Harris, Esq.
David J. Karp, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue

New York, New York 10022

Office of the United States Trustee
Attn: Brian Masumoto, Esq.
33 Whitehall Street, Ste. 2100
New York, New York 10004

                                                    /s/Paul H. Spaeth
                                                    Paul H. Spaeth