UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In Re: DELPHI CORPORATION,   :
et al., Debtors              : Chapter 11
                             : Case No. 05-44481 (RDD)
                             : (Jointly Administered)

## OBJECTION TO NON-ASSUMPTION OF AN EXECUTORY CONTRACT OF ALEACIONES DE METALES SINTERIZADOS, PRO SE OF PURCHASE ORDER SAG 9OI5385 UNDER THE MODIFIED PLAN OF DEBTORS

Aleaciones de Metales Sinterizados ("Objector"), Pro Se, files this Objection to Non-Assumption of its Purchase Order Under the Modified Plan and in support thereof avers as follows:

1. Objector is a key manufacturer of specialized automotive parts for Delphi.

2. On or about July 8, 2009, Objector received a Notice of Non-Assumption of its Purchase Order Number SAG9OI5385 pursuant to the modified plan, (Exhibit "A.")

3. Delphi has been operating under a Purchase Order Number SAG9OI5385, which was originally entered September 8, 2004, and modified (alteration number 83807) on May 30, 2008. Collectively, the Purchase Order and modified Purchase Order are attached as Exhibit "B."

4. Currently, Delphi has been paying Ames, which Objector is a part, under terms net 10. Purchases are made on a weekly basis.

5. Because the Purchase Order was modified postpetition and to date has been treated by Delphi as continuing in effect, it is Objector's belief that Delphi does not intend to reject the Purchase Order, and files its objection to preserve its position with respect to the Purchase Order, which was entered into <u>postpetition</u> with Delphi; The Purchase Order was <u>not</u> terminated or expired as indicated on the notice to Objector.

6. Delphi has given Objector no notice other than the attached notice it received in the mail that a Purchase Order would be terminated and Objector believes there is some confusion as to the true nature of Delphi's intention. It is believed that Delphi wishes to assume and assign to GM the Purchase Order as aforesaid to keep Delphi supplied.

WHEREFORE, Objector objects to the Non-Assumption of its Purchase Order Number SAG9OI5385 under the terms of the modified plan and for such other relief as this Court may deem just and appropriate.

Respectfully submitted,

ALEACIONES DE METALES SINTERIZADOS

By:_____
Henry Trabal, General Manager

Date: 7/14/09

## CERTIFICATE OF SERVICE

I, Henry Trabal, General Manager, of ALEACIONES DE METALES SINTERIZADOS, certify that on this date, I served a true and correct copy of the foregoing document upon the following parties by depositing the same in the United States mail, postage prepaid, addressed as follows:

Robert D. Drain, United States Bankruptcy Judge
One Bowling Green, Room 632
New York, NY 10004

Delphi Corporation,
ATTN: General Counsel
5725 Delphi Drive
Troy, MI 48098

John William Butler, Jr., Esq., and Ron E. Meisler, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
155 North Wacker Drive
Chicago, IL 60606

Kayalyn A. Marafioti, Esq.
Gregory W. Fox, Esquire
Skadden, Arps, Slate,
  Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Brian Masumoto, Esquire
Office of the United States Trustee for the Southern District
  of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Robert J. Rosenberg, Esq.
Mark A. Broude, Esq., &
Mitchell A. Seider, Esquire
Latham & Watkins, LLP
885 Third Avenue
New York, NY 10022

Donald Bernstein, Esquire and Brian Resnick, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Richard Mancino, Esquire
Marc Abrams, Esquire
Willkie Farr & Gallagher,
  LLP, 787 Seventh Ave.
New York, NY 10019

John J. Rapisardi, Esquire
Oren B. Haker, Esquire
Cadwalader, Wickersham & Taft, LLP
One World Financial
New York, NY 10281

Matthew L. Schwartz, Esq
Joseph N. Cordaro, Esq.
United States Department
  of Justice,
86 Chambers St., 3rd Fl.
New York, NY 10007

Jeffrey L. Tanenbaum, Esquire
Robert J. Lemons, Esquire
Gotshal & Manges, LLP
767 Fifth Avenue,
New York, NY 10153

Adam C. Harris, Esq.
David J. Karp, Esq.
Schulte, Roth & Zabel,
  LLP, 919 Third Ave.
New York, NY 10022

Date: 7/14/09

ALEACIONES DE METALES SINTERIZADOS

By: _____
Henry Trabal, General Manager