# DELPHI

| PURCHASING LOCATION | PURCHASE ORDER | SAG9OI5385 |
|---|---|---|

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

SEPTEMBER 8, 2004

**INVOICE TO**
INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE

ATTN:   ACCOUNTS PAYABLE

VENDOR 600615   DUNS 460000094

AMES
CTRA LAUREA MIRO 388
SAINT FELIU DE LLOBREGAT SPAIN   08980

**SHIP TO**
SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
--------------------------------

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| AS RELEASED | | NET   MNS-2 | | SA |

F.O.   BUYER'S PLANT FREIGHT COLLECT        VIA

STATE & LOCAL SALES, USE TAX CODES   4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT   09/01/04<br>THIS ORDER IS EFFECTIVE 2/04/04<br>AND EXPIRES 12/31/05. | | |

THE SUPPLIER AGREES TO SELL AND THE BUYER AGREES TO PURCHASE, AT THE PRICE AND UPON AND SUBJECT TO THE TERMS AND CONDITIONS IN THE FACE AND REVERSE SIDE HEREOF, AND BY REFERENCE AS THOUGH TYPED HEREON, THE SUPPLEMENTAL TERMS AND CONDITIONS ATTACHED TO THE REQUEST FOR QUOTATION, THE FOLLOWIING PERCENT OF OF THE ARTICLE(S) DESCRIBED BELOW FOR THE ABOVE TIME PERIOD.

THIS PURCHASE ORDER IS AN INVOICELESS PURCHASE ORDER, THE INDICATOR FOR YOU THE SUPPLIER IS THE "I" IN THE THIRD POSITION OF THE PURCHASE ORDER NUMBER. (EXAMPLE: SAGXX"I"XXXX) UNDER THE INVOICELESS PAYMENT PROGRAM, YOUR COMPANY IS NO LONGER REQUIRED TO SEND INVOICES TO RECEIVE PAYMENT. THE AUTOMOTIVE COMPONENTS GROUP WILL GENERATE PAYMENTS TO YOUR COMPANY BASED UPON RECEIPT OF MATERIAL AT THE CURRENT PRICE AND PAYMENT TERMS. TO EXPEDITE PAYMENT UNDER THE INVOICELESS PAYMENT PROGRAM, YOU WILL NEED TO ADHERE TO THE FOLLOWING GUIDELINES: 1- ADVISE THE BUYER OF ANY DISCREPANCIES ON THE PURCHASE ORDER PRIOR TO THE SHIPMENT OF THE MATERIAL. 2- DELPHI PART/ITEM CODE NO. MUST BE INCLUDED ON ALL PACKING SLIPS AND MAILED TO THE "RECEIVING NOTIFY" PERSON ON PO. 3- THE UNIT OF MEASURE ON THE PACKING SLIP MUST BE THE SAME AS THE PURCHASE ORDER UNIT OF MEASURE. 4- DO NOT SEND AN INVOICE. PAYMENT WILL BE BASED ON RECEIPT RECORDS. 5- A MONTHLY STATEMENT IS REQUIRED BY THE 10TH OF EACH MONTH. 6- CONTAINER CHARGES, SET-UP CHARGES, AND OTHER MISCELLANEOUS CHARGES MUST BE BILLED MONTHLY IN A SUMMARY BILLING WHICH CONTAINS THE FOLLOWING INFORMATION: A- COMPLETE PURCHASE ORDER NUMBER. B- BILL OF LADING OR PACKING SLIP NUMBER. C- RELEASE NUMBERS. D- SHIPMENT DATE FOR EACH ITEM. WHEN THE ABOVE IS NECESSARY, BILL TO "NAO DISBURSEMENT ANALYSIS", PO BOX 436040, PONTIAC, MI 48343-6040. PLEASE NOTE THAT SALES TAX SHOULD NOT BE BILLED IN A MONTHLY SUMMARY SINCE DELPHI SAGINAW HAS A DIRECT PAY PERMIT WITH THE

CONTINUED ON PAGE   2

R. BRIGHT,
BUYER
PHONE (989) 757-3885
FAX (989) 757-5094   PAGE

EXHIBIT "B"

# Delphi

| PURCHASING LOCATION | PURCHASE ORDER | SAG90I5385 |

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI   48601-9494

SEPTEMBER  8, 2004

VENDOR 600615    DUNS 460000094

INVOICE TO
INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE

ATTN:    ACCOUNTS PAYABLE

AMES
CTRA LAUREA MIRO 388
SAINT FELIU DE LLOBREGAT SPAIN   08980

SHIP TO
SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
-------------------------------

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODE IAR |
|---|---|---|---|---|
| F.O. | | | | |
| | | | VIA | |

STATE & LOCAL SALES,
USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|

FOLLOWING STATES: ALABAMA PAY PERMIT NO. 224 MICHIGAN PAY PERMIT NO. ME3800440
NEW YORK PAY PERMIT NO. DP000036 COMPLIANCE WITH THESE GUIDELINES WILL PROMOTE
PROMPT PAYMENT.

PAY IN EUROS 26092229 = 1.0873 EUROS 26092230 = 1.0198 EUROS

26092229   PLATE, PRESSURE
5462       PURCHASED COMPLETE
           TO BLUEPRINT REV. 03A DATED  2/15/01
           PER CHART          REV. 03A DTD  2/15/01
           ACTIVE
           ACT 2400  75000              TAX 4B
           WEEKLY CAP       600   MIN LOT SIZE

           PAY IN EUROS
           2/1/04   1.0873 EUROS

                                                    147,53 $?
                                                    110,07 €?
                                                    (delphi france)            PC

26092230   PLATE, THRUST
5463       PURCHASED COMPLETE
           TO BLUEPRINT REV. 03B DATED  3/12/03
           PER CHART          REV. 03B DTD  3/12/03
           ACTIVE
           ACT 2400  75000              TAX 4B
           WEEKLY CAP       600   MIN LOT SIZE

           PAY IN EUROS
           2/01/04   1.0198 EUROS

                                                    131,29 €?
                                                    102,48 €?
                                                    (delphi france)            PC

           ++++++++++++++++++++++++++++++++++++++++++++++
           ++SHIPPING AND ROUTING INSTRUCTIONS+++++

CONTINUED ON PAGE   3

R. BRIGHT,
BUYER
PHONE:  (989) 757-3885
FAX (989) 757-5094

PH165C-1                                                              PAGE

**DELPHI**

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

PURCHASE ORDER  SAG9OI5385

SEPTEMBER 8, 2004

VENDOR 600615   DUNS 460000094

INVOICE TO
INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE
ATTN:   ACCOUNTS PAYABLE

AMES
CTRA LAUREA MIRO 388
SAINT FELIU DE LLOBREGAT SPAIN  08980

SHIP TO
SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODE IAR |
|---|---|---|---|---|
| F.C | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | +++CALL 888-303-0033 FOR CARRIER ASSIGNMENT+++++++++++++++++++++++++++++++ ++++++++++++++++++++++++++++++++++++++++ | | |

SELLER ACKNOWLEDGES AND AGREES THAT BUYER'S GENERAL TERMS AND CONDITIONS ARE INCORPORATED IN, AND A PART OF, THIS CONTRACT AND EACH PURCHASE ORDER, RELEASE, REQUISITION, WORK ORDER, SHIP- PING INSTRUCTION, SPECIFICATION AND OTHER DOCUMENTS ISSUED BY BUYER OR ACCEPTED IN WRITING BY BUYER, WHETHER EXPRESSED IN WRITTEN FORM OR BY ELEC- TRONIC DATA INTERCHANGE, RELATING TO THE GOODS AND/OR SERVICES TO BE PROVIDED BY SELLER PURSUANT TO THIS CONTRACT (SUCH DOCUMENTS ARE COLLECTIVELY REFERRED TO AS THIS "CONTRACT"). A COPY OF BUYER'S GENERAL TERMS AN CONDITIONS IS AVAILABLE UPON WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT DELPHI'S WEBSITE, DELPHI.COM (BY CLICKING ON "SUPPLIERS" IN THE HEADER AND THEN "SUPPLIER COMMUNITY PORTAL" THEN CLICK ON "SUPPLIER STANDARDS" THEN "ATTACHMENTS FORMS, & ADDITIONAL INFOR- MATION", & THEN "DGSM" SUPPLIER GUIDE- LINES ATTACHMENT C GENERAL TERMS & CON- DITIONS"). SELLER ADKNOWLEDGES THAT IT HAS REA AND UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS. IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR COMMENCES ANY OF THE WORK OR SERVICES WHICH ARE THE SUBJECT OF THIS CONTRACT, SELLER WILL BE DEEMED TO HAVE ACCEPTED THIS CONTRACT

CONTINUED ON PAGE   4

R. BRIGHT,
BUYER
PHONE:  (989) 757-3885
FAX  (989) 757-5094

PU165C-1                                                                     PAGE

# DELPHI

| PURCHASING LOCATION | | PURCHASE ORDER | SAG9015385 |

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

SEPTEMBER  8, 2004

VENDOR 600615    DUNS 460000094

**INVOICE TO**
INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE
ATTN:    ACCOUNTS PAYABLE

AMES
CTRA LAUREA MIRO 388
SAINT FELIU DE LLOBREGAT SPAIN   08980

**SHIP TO**
SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|

AND BUYER'S GENERAL TERMS AND CONDITIONS IN THEIR ENTIRETY WITHOUT MODIFICATION. ANY ADDITIONS TO, CHANGES IN, MODIFICATIONS OF, OR REVISIONS OF THIS CONTRACT (INCLUDING BUYER'S GENERAL TERMS AND CONDITIONS) WHICH SELLER PROPOSES WILL BE DEEMED TO BE REJECTED BY BUYER EXCEPT TO THE EXTENT THAT BUYER EXPRESS- LY AGREES TO ACCEPT ANY SUCH PROPOSALS IN WRITING.

THE DELPHI GLOBAL SUPPLIER GUIDELINES, ARE INCORPORATED, AND MADE PART OF THIS PURCHASE ORDER. THE DELPHI GLOBAL SUPPLIER GUIDELINES MAY BE ACCESSED VIA THE INTERNET ON DELPHI'S WEB SITE, WWW.DELPHI.COM, UNDER THE SUPPLIERS HEADER, AND THEN UNDER SUPPLIER COMMU- NITY PORTAL AND THEN SUPPLIER STANDARDS.

ALL PARTS OR MATERIAL MUST BE PRODUCED IN ACCORDANCE W/GENERAL MOTORS' GENERAL QUALITY STANDARDS FOR PURCHASED MATERIAL

W WELCOME YOUR SUGGESTIONS ON ANY COST SAVINGS IDEAS. SPECIAL CONSIDERATION ON FUTURE BUSINESS WILL BE GIVEN TO THOSE WHO HELP US REDUCE OUR COST.

MATERIAL SAFETY DATA SHEETS (MSDS) AND CORRESPONDING PURCHASE ORDER NUMBER, APPLYING TO CHEMICALS AND/OR ARTICLES SUPPLIED TO DELPHI, SAGINAW, MI, MUST BE INCLUDED WITH THE SHIPMENT AND A COPY SENT CERTIFIED MAIL TO THE DELPHI CHEMISTRY DEPARTMENT - WASTE WATER TREATMENT PLANT, SAGINAW, MICHIGAN. MSDS ONLY REQUIRED WITH FIRST SHIPMENT AND, THEREAFTER EVERY FIRST SHIPMENT AFTER CHANGES TO MSDS.

IN ACCEPTING THIS ORDER, IN ADDITION TO THESE TERMS AND CONDITIONS DESCRIBED ON THIS DOCUMENT, THE SELLER AGREES TO PAYMENT IN ACCORDANCE WITH ITS CURRENT EFT PAYMENT AGREEMENT, OR WHERE EFT IS NOT IN PLACE, THAT GM MAY DEFER MAKING PAYMENT BY PAPER CHECK DURING ANY RECOGNIZED GM HOLIDAY UNTIL THE NEXT GM BUSINESS DAY WITHOUT BEING IN DEFAULT OR LOSING ANY CASH DISCOUNT PRIVILEGES. FOR EXAMPLE, DURING CHRISTMAS, A DELAY OF ONE WEEK FROM THE NORMAL PAYMENT DATE WILL OCCUR. IN

CONTINUED ON PAGE    5

R. BRIGHT,
BUYER
PHONE: (989) 757-3885
FAX   (989) 757-5094

DU165C-1

# DELPHI

| PURCHASING LOCATION | PURCHASE ORDER | SAG9015385 |

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI 48601-9494

SEPTEMBER 8, 2004

VENDOR 600615  DUNS 460000094

**INVOICE TO**
INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE
ATTN: ACCOUNTS PAYABLE

AMES
CTRA LAUREA MIRO 388
SAINT FELIU DE LLOBREGAT SPAIN 08980

**SHIP TO**
SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| F.0 | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| CONTRACT, | EFT PAYMENTS WILL BE MADE THE FIRST BANKING DAY FOLLOWING THE EFT DUE DATE, AND GOOD FUNDS WILL BE AVAILABLE ON THAT DATE. | | | |

R. BRIGHT,
BUYER
PHONE: (989) 757-3885
FAX (989) 757-5094

PU165C-1

LAST
PAGE 5

PURCHASING
DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI 48601-9494

**DELPHI**

PURCHASE ORDER

ORIGINAL COPY
SAG901538
ALTERATION 8380

ORDER ISSUE DATE: 09/08/04
MAY 30, 2008

VENDOR 600615    DUNS 460000094

INVOICE TO

ATTN: ACCOUNTS PAYABLE
SHIP TO

AMES
CTRA LAUREA MIRO 388
SAINT FELIU DE LLOBREGAT SPAIN 08980

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | | | |
|---|---|---|---|---|---|
| INCOTERM NAMED PLACE | | | | REC. DEPT. NOTIFY | |
| STATE & LOCAL SALES, USE TAX CODES | | | | TITLE TRANSFER TERM | CODES IAR CA |

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |

THIS ORDER IS EFFECTIVE 2/01/04 AND EXPIRES 12/31/10.

THE FOLLOWING HAS BEEN CHANGED TO READ:

THE FOLLOWING PAYMENT TERMS OF NET 10 & NO DISCOUNT HAVE BEEN EXTENDED FROM 06/01/08 TO 06/30/08.

CHANGE TL CLAUSE
IF YOU HAVE DELPHI STEERING MATERIAL CONSIGNED TO YOUR COMPANY, THE FOLLOWING ACTIONS ARE REQUIRED: 1. CONSIGNEE AGREES TO MAINTAIN PERPETUAL INVENTORY RECORDS AND TO RETAIN THE RECORDS FOR ONE YEAR PLUS THE CURRENT YEAR. 2. CONSIGNEE AGREES TO CONFIRM IN WRITING CONSIGNED INVENTORY BY PART NUMBER AT LEAST QUARTERLY OR MORE FREQUENTLY IF REQUESTED BY THE DIVISION. 3. CONSIGNEE AGREES TO PROVIDE AN ANNUAL CERTIFIED LETTER OF PHYSICAL INVENTORY WHEN DELPHI CONDUCTS ITS ANNUAL PHYSICAL INVENTORY OR ALLOW DELPHI EMPLOYEES TO VISIT THE SITE AND AUDIT THE INVENTORY COUNT. 4. CONSIGNEE AGREES TO VERIFY THAT THE SEAL IS INTACT ON THOSE SEALED TRUCKLOADS IF

THIS CHANGES, AMENDS OR SUPERSEDES A PURCHASE ORDER NOW IN YOUR POSSESSION.

CONTINUED ON PAGE 2

MATT BAUER
SENIOR BUYER
PHONE (989) 757-3262 EXT: 3262
FAX (989) 757-5094    PAGE 1

# DELPHI

| PURCHASING LOCATION | PURCHASE ORDER | SAG90I5385 |
|---|---|---|
| DELPHI SAGINAW STEERING SYSTEMS<br>DELPHI CORPORATION<br>3900 E HOLLAND RD.<br>SAGINAW, MI  48601-9494 | | ALTERATION 83807 |

ORDER ISSUE DATE: 09/08/04
MAY 30, 2008

VENDOR 600615   DUNS 460000094

INVOICE TO
ATTN:   ACCOUNTS PAYABLE

AMES
CTRA LAUREA MIRO 388
SAINT FELIU DE LLOBREGAT SPAIN   08980

SHIP TO

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| | | | | CA |

INCOTERM NAMED PLACE    TITLE TRANSFER TERM

STATE & LOCAL SALES, USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT<br>A SEAL NUMBER IS INDICATED ON THE DELPHI SHIPPING DOCUMENT. 5. CONSIGNEE AGREES TO VERIFY THE ACCURACY OF THE MATERIAL IDENTIFICATION AND COUNTS RECEIVED FROM THE DELPHI PLANT. EACH BILL OF LADING MUST BE CHECKED COMPLETELY AT TIME OF RECEIPT AND DELPHI PRODUCTION CONTROL NOTIFIED IMMEDIATELY OF ANY DISCREPANCY. CONSIGNEE WILL CORRECT INFORMATION ON BILL OF LADING, SIGN, DATE, AND FAX COPY TO PRODUCTION CONTROL. 6. CONSIGNEE AGREES TO SEGREGATE DELPHI MATERIAL AND PROVIDE ADEQUATE PROTECTION AND INSUR-ANCE FOR LOSS OR DAMAGED DELPHI MATERIAL 7. CONSIGNEE AGREES TO RETURN ALL DE-FECTIVE OR DAMAGED PARTS TO DELPHI UNLESS ALTERNATE ARRANGEMENTS HAVE BEEN MADE WITH DELPHI PURCHASING. 8. IF CON-SIGNEE IS DETERMINED TO BE AT FAULT FOR SCRAP OR LOSS OF INVENTORY, DELPHI PURCHASING WILL CHARGE BACK THE CONSIGNEE. 9. CONSIGNEE WILL FAX TO DELPHI MATERIAL CONTROL CONSIGNMENT ANA-LYST COPIES OF SHIPPING PAPERWORK WHEN SHIPPING OR RECEIVING PARTS FROM OTHER CONSIGNEE LOCATIONS. 10. CONSIGNEE AG-REES TO ALLOW DELPHI SCHEDULING AND FINANCE REPRESENTATIVES THE RIGHT TO | | |

CONTINUED ON PAGE   3

THIS CHANGES, AMENDS OR SUPERSEDES A
PURCHASE ORDER NOW IN YOUR POSSESSION.

MATT BAUER
SENIOR BUYER
PHONE (989) 757-3262 EXT: 326
FAX  (989) 757-5094   PAGE

**DELPHI**

| PURCHASING LOCATION | PURCHASE ORDER | SAG90I5385 |
|---|---|---|
| DELPHI SAGINAW STEERING SYSTEMS | | ALTERATION 83807 |
| DELPHI CORPORATION | | |
| 3900 E HOLLAND RD. | ORDER ISSUE DATE: 09/08/04 | |
| SAGINAW, MI 48601-9494 | MAY 30, 2008 | |

INVOICE TO

VENDOR 600615 DUNS 460000094

ATTN: ACCOUNTS PAYABLE

SHIP TO

AMES
CTRA LAUREA MIRO 388
SAINT FELIU DE LLOBREGAT SPAIN 08980

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODE IAR CA |
|---|---|---|---|---|
| INCOTERM NAMED PLACE | | | TITLE TRANSFER TERM | |
| STATE & LOCAL SALES, USE TAX CODES | | | | |

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT AUDIT INVENTORIES AND INVENTORY RECORDS UPON REQUEST. 11. TOOLS PROVIDED FOR PERFORMANCE OF AN OPERATION BY CONSIGNEE REMAIN THE PROPERTY OF DELPHI UNLESS OTHERWISE NOTED. 12. CONSIGNEE AGREES TO SHIP MATERIAL DIRECTLY TO DELPHI'S CUSTOMER IF THE PHYSICAL FLOW WARRANTS. SELLER ACKNOWLEDGES AND AGREES THAT BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS ARE INCORPORATED IN, AND A PART OF, THIS CONTRACT AND EACH PURCHASE ORDER, RELEASE, REQUISITION, WORK ORDER, SHIPPING INSTRUCTION, SPECIFICATION AND OTHER DOCUMENT ISSUED BY BUYER OR ACCEPTED IN WRITING BY BUYER, WHETHER EXPRESSED IN WRITTEN FORM OR BY ELECTRONIC DATA INTERCHANGE, RELATING TO THE GOODS AND/OR SERVICES TO BE PROVIDED BY SELLER PURSUANT TO THIS CONTRACT (SUCH DOCUMENTS ARE COLLECTIVELY REFERRED TO AS THIS "CONTRACT"). A COPY OF BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS ARE AVAILABLE UPON WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT DELPHI'S WEBSITE,WWW.DELPHI.COM. SELLER ACKNOWLEDGES AND AGREES THAT IT HAS READ AND UNDERSTANDS BUYER'S | | |

CONTINUED ON PAGE 4

THIS CHANGES, AMENDS OR SUPERSEDES A PURCHASE ORDER NOW IN YOUR POSSESSION.

MATT BAUER
SENIOR BUYER
PHONE (989) 757-3262 EXT: 32
FAX (989) 757-5094 PAGE

| | | | ORIGINAL COPY |
|---|---|---|---|
| PURCHASING LOCATION | **DELPHI** | PURCHASE ORDER | SAG9OI5385 |
| DELPHI SAGINAW STEERING SYSTEMS | | | ALTERATION 83807 |
| DELPHI CORPORATION | | | |
| 3900 E HOLLAND RD. | | ORDER ISSUE DATE: 09/08/04 | |
| SAGINAW, MI 48601-9494 | | MAY 30, 2008 | |

INVOICE TO

VENDOR 600615    DUNS 460000094

ATTN:    ACCOUNTS PAYABLE

SHIP TO

AMES
CTRA LAUREA MIRO 388
SAINT FELIU DE LLOBREGAT SPAIN    08980

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| | | | | CA |

| INCOTERM NAMED PLACE | TITLE TRANSFER TERM |
|---|---|
| | |

STATE & LOCAL SALES, USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS. IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR COMMENCES ANY OF THE WORK OR SERVICES WHICH ARE THE SUBJECT OF THIS CONTRACT, SELLER WILL BE DEEMED TO HAVE ACCEPTED THIS CONTRACT AND BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS IN THEIR ENTIRETY WITHOUT MODIFICATION. ANY ADDITIONS TO, CHANGES IN, MODIFICATIONS OF, OR REVISIONS OF THIS CONTRACT (INCLUDING BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS)WHICH SELLER PROPOSES WILL BE DEEMED TO BE REJECTED BY BUYER EXCEPT TO THE EXTENT THAT BUYER EXPRESSLY AGREES TO ACCEPT ANY SUCH PROPOSALS IN WRITING. DIRECTIONS TO FIND DELPHI'S GENERAL TERMS AND CONDITIONS ON THE INTERNET. 1) GO TO DELPHI'S INTERNET WEB SITE WWW.DELPHI.COM 2) CLICK ON SUPPLIERS 3) CLICK ON DELPHI SUPPLIER COMMUNITY PORTAL 4) CLICK ON GENERAL TERMS AND CONDITIONS 5) CLICK ON YOUR PERFERRED LANGUAGE VERSION OF THE GENERAL TERMS AND | | |

CONTINUED ON PAGE    5

THIS CHANGES, AMENDS OR SUPERSEDES A
PURCHASE ORDER NOW IN YOUR POSSESSION.

MATT BAUER
SENIOR BUYER
PHONE (989) 757-3262 EXT: 326
FAX (989) 757-5094

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI 48601-9494

ORDER ISSUE DATE: 09/08/04
MAY 30, 2008

INVOICE TO

VENDOR 600615  DUNS 460000094

ATTN: ACCOUNTS PAYABLE
SHIP TO

AMES
CTRA LAUREA MIRO 388
SAINT FELIU DE LLOBREGAT SPAIN  08980

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODE IAR |
|---|---|---|---|---|
| INCOTERM NAMED PLACE | | | TITLE TRANSFER TERM | CA |
| STATE & LOCAL SALES, USE TAX CODES | | | | |

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT CONDITIONS<br><br>DIRECTIONS TO FIND DELPHI'S CUSTOMER SPECIFIC REQUIREMENTS ON THE INTERNET<br>1) GO TO DELPHI'S INTERNET WEB SITE WWW.DELPHI.COM<br>2) CLICK ON SUPPLIER'S<br>3) CLICK ON DELPHI'S SUPPLIER COMMUNITY PORTAL<br>4) CLICK ON SUPPLIER STANDARDS<br>5) CLICK ON DELPHI CUSTOMER SPECIFIC REQUIREMENTS | | |

THIS CHANGES, AMENDS OR SUPERSEDES A PURCHASE ORDER NOW IN YOUR POSSESSION.

MATT BAUER
SENIOR BUYER
PHONE (989) 757-3262 EXT: 326
FAX (989) 757-5094 PAGE