Date: 7/12/2009

To: Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy court for the southern district of New York
One Bowling Green
Room 632
New York, NY 10003

CC: Delphi Corp
5725 Delphi Drive
Troy, MI 48098
Attn: general counsel

CC: Cousel to the Debtors
Skadden, Arps, Slate, Megher and Flom LLP
155 North Wacker Drive
Suite 2100
Chicago, IL 60606
Attn: John Wm. Butler Jr
John K. Lyons
Joseph N. Wharton



This letter is in response to Case No. 05-44481 (RDD) is formal objection to the thirty fourth Omnibus hearing and pending rejection of my claim #13464 in the amount of $300,000. The basis of my claim is for loss of health and life insurance benefits provided to Delphi salaried retirees. My health and life insurance benefits have already been discontinued, and the claim represents the approximate amount of benefits I have lost due to the Delphi filing of bankruptcy. This does not include loss of Pension benefits which will occur shortly.

I respectfully request that the Bankruptcy court reconsider this decision on behalf of myself and all other Delphi Salaried retirees. After 30 years of service to Delphi (GM) and continuing promises of continued health and life insurance benefits after retirement, it should Delphi's responsibility to meet these obligations, as they have with hourly UAW employees. Please do not disallow and expunge this claim.

Respectfully

Paul Pickles
1366 West Gorman Road
Adrian, MI 49221