BUCHANAN INGERSOLL & ROONEY PC
Counsel for Fiduciary Counselors, Inc.
620 Eighth Avenue, 23rd Floor
New York, New York 10018
(212) 440-4400 (Telephone)
(212) 440-4401 (Facsimile)
William H. Schorling, Esquire (WS-6322)

-and -

Buchanan Ingersoll & Rooney PC
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200 (Telephone)
(302) 552-4295 (Facsimile)
Mary F. Caloway, Esq.

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I hereby certify that I caused to be served Fiduciary Counselors, Inc.'s Objection to Confirmation of Debtors' Modified Plan of Reorganization upon the persons and entities listed on <u>Exhibit A</u> annexed hereto as noted thereon.

Dated: July 16, 2009　　　　　　　　　　BUCHANAN INGERSOLL & ROONEY PC
　　　　　Philadelphia, PA

*Donna Curcio* (signature)

Donna S. Curcio
Legal Assistant
1835 Market Street
Philadelphia, PA  19103
Tel:  (215) 665-8700
Fax:  (215) 665-8760

# EXHIBIT A

Via electronic mail by 4:00 p.m. on July 15:

'Abrams, Marc'; 'Bernstein, Donald S.'; 'Broude, Mark A.'; 'Butler, John Wm.'; 'Corado, Joseph N.'; 'Fox, Gregory W.'; 'Haker, Oren B.'; 'Harris, Adam C.'; 'Karp, David J.'; 'Lemons, Robert J.'; 'Mancino, Richard'; 'Marafioti, Kayalyn A.'; 'Meisler, Ron E.'; 'Rapisardi, John J.'; 'Resnick, Brian M.'; 'Rosenberg, Robert J.'; 'Schwartz, Matthew L.'; 'Seider, Mitchell A.'; 'Tanenbaum, Jeffrey L.'

Via hand delivery at 4:45 p.m. on July 15:

> Honorable Robert D. Drain
> United States Bankruptcy Judge
> United States Bankruptcy Court
> for the Southern District of New York
> One Bowling Green, Room 632
> New York, NY  10004

Via hand delivery at 9:09 a.m. on July 16 as building was closed for hand deliveries late afternoon on July 15:

> Office of the United States Trustee
> for the Southern District of New York
> Attn:  Alicia M. Leonhard
> 33 Whitehall Street - Suite 2100
> New York, NY 10004

Via overnight mail on July 15, 2009 to:

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel

#2060771-v1