# CERTIFICATE OF SERVICE

I, Matthew L. Schwartz, Assistant United States Attorney for the Southern District of New York, hereby certify that on July 16, 2009, in addition to service via ECF, I caused true copies of the foregoing United States of America's Response to Debtor's Objection to the Claim of the United States Environmental Protection Agency (Claim No. 14309) to be served, via Federal Express, upon the persons set forth below:

        Delphi Corporation
        Attn: General Counsel
        5725 Delphi Drive
        Troy, Michigan 48098

        John Wm. Butler, Jr., Esq.
        John K. Lyons, Esq.
        Joseph N. Wharton, Esq.
        Skadden, Arps, Slate, Meagher & Flom LLP
        155 North Wacker Drive
        Chicago, Illinois 60606

        Brian S. Masumoto, Esq.
        Office of the United States Trustee
        33 Whitehall Street, Suite 2100
        New York, New York 10004

                                /s/ Matthew L. Schwartz
                                MATTHEW L. SCHWARTZ
                                Assistant United States Attorney