**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
—————————————————————x

In re:                                                          Chapter 11

DELPHI CORPORATION, et al.                    Case No. 05-44481 (RDD)

                        Debtors.                            (Jointly Administered)


—————————————————————x

## CERTIFICATE OF SERVICE

        I hereby certify that on July 16, 2009, I electronically filed the foregoing **RESPONSE OF IBEW AND IAM TO DEBTOR'S THIRTY FOURTH OMNIBUS CLAIMS OBJECTION WITH ATTACHED CITATION and a CORRECTED RESPONSE OF IBEW AND IAM TO DEBTOR'S THIRTY FOURTH OMNIBUS CLAIMS OBJECTION WITH ATTACHED CITATION** with the Clerk of Court using the ECF system which will send notification of such filing to all ECF participants.

        A Certificate of Service for hand delivery of these pleadings will be filed separately with a Certificate of Service filed by counsel for the IUOE.


                                                    s/Marianne Goldstein Robbins_____
                                                    Attorney Marianne Goldstein Robbins
                                                    Previant, Goldberg, Uelmen,
                                                    Gratz, Miller & Brueggeman, s.c.
                                                    1555 N. RiverCenter Dr., # 202
                                                    P.O. Box 12993
                                                    Milwaukee, WI  53212
                                                    Ph: 414-271-4500 /Fax: 414-271-6308



s:\docs\ele663\71259\m0337971.doc