GOLDBERG KOHN BELL BLACK
  ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois  60603
Telephone:  (312) 201-4000
Facsimile:  (312) 332-2196
Erin M. Casey (4299475)

*Counsel for Omron Dualtec Automotive Electronics, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case No.  05-44481 (RDD) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Dkt No. 17182 |
| | ) | |

**RESPONSE OF OMRON DUALTEC AUTOMOTIVE ELECTRONICS INC. TO
DEBTORS' THIRTY-FOURTH OMNIBUS CLAIMS OBJECTION**

       Omron Dualtec Automotive Electronics Inc. ("OMRON") by and through its undersigned counsel, submits this response ("Response") to the Debtors' Thirty-Fourth Omnibus Objection Pursuant to 11 U.S.C. Section 502(b) and Fed. R. Bankr. P. 2007 (the "Motion")[1] (Docket #17182), and respectfully states as follows:

       1.     On June 22, 2009, the Debtors filed their Motion seeking to reduce the allowed amount of OMRON's claim #12669 (the "Claim") from $1,087,184.23 to $894,226.90 as "Claims Allowed Pursuant to Settlement".

---

[1] Capitalized terms used herein but not otherwise defined herein shall have the meanings set forth in the Motion.

2430038                                                                                                                                    6501.002

2. OMRON disagrees with the Debtors' proposed modification of the Claim pursuant to the Motion, and notes that the Debtors have not set forth or otherwise provided evidence to contradict the validity or amount of the Claim in its Motion. Unless and until the Debtors provide evidence of a basis for their objection to the amount of the Claim (at which time OMRON would have the opportunity to respond to any such allegations), the Debtors cannot overcome the prima facie presumption of validity. Further, to OMRON's knowledge, no settlement has been reached with respect to the amount of the Claim, and OMRON believes this "settlement" reference is in error. As such, OMRON requests that the Court deny the Debtor's proposed modification and allow the Claim, in full, in the amount of $1,087,184.23 as is set forth in the proof of claim.

3. OMRON reserves its right to amend or supplement this Response.

## CONCLUSION

4.      For the foregoing reasons, the OMRON respectfully requests that this Court enter an order (i) denying the Debtors' Motion with respect to the Claim, (ii) allowing the Claim in full in the amount asserted in proof of claim number 12669, and (iii) granting OMRON such other and further relief as is just and proper.

Dated: July 16, 2009                                             Respectfully submitted,


                                                                 OMRON DUALTEC AUTOMOTIVE
                                                                 ELECTRONICS, INC.

                                                                 By:   /s/ Erin M. Casey
                                                                         One of Its Attorneys

                                                                 Erin M. Casey, Esq. (4299475)
                                                                 Jeremy M. Downs, Esq.
                                                                 Danielle Wildern Juhle, Esq.
                                                                 GOLDBERG KOHN BELL BLACK
                                                                 ROSENBLOOM & MORITZ, LTD.
                                                                 55 East Monroe Street, Suite 3300
                                                                 Chicago, Illinois  60603
                                                                 (312) 201-4000
                                                                 (312) 332-2196 *(facsimile)*

GOLDBERG KOHN BELL BLACK
  ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois  60603
Telephone:  (312) 201-4000
Facsimile:  (312) 332-2196
Erin M. Casey (4299475)

*Counsel for Omron Dualtec Automotive Electronics, Inc.*


IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case No.  05-44481 (RDD) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Dkt No. 17182 |
| | ) | |

## CERTIFICATE OF SERVICE

　　　　　The undersigned hereby certifies that on July 16, 2009, the RESPONSE OF OMRON DUALTEC AUTOMOTIVE ELECTRONICS INC. TO DEBTORS' THIRTY-FOURTH OMNIBUS CLAIMS OBJECTION (the "Response") was filed with the Clerk of the Court using the ECF system that will send notification of such filing to counsel of record that are participants in the ECF.

　　　　　The undersigned further certifies that on July 16, 2009, the Response was sent to the following parties by facsimile:

　　　　　Office of the United States Trustee for the Southern District of New York
　　　　　33 Whitehall Street, Suite 2100
　　　　　New York, NY 10004
　　　　　Attn:  Brian Masumoto
　　　　　Facsimile:  (212) 668-2255

　　　　　Delphi Corporation
　　　　　5725 Delphi Drive
　　　　　Troy, Michigan 48098
　　　　　Attn:  General Counsel
　　　　　Facsimile:  (248) 813-2491

-4-

    Skadden, Arps, Slate, Meagher & Flom LLP
    155 North Wacker Drive
    Chicago, IL 60606
    Attn: John Wm. Butler, Jr.
    Facsimile: (312) 407-8501

    Skadden, Arps, Slate, Meagher & Flom LLP
    155 North Wacker Drive
    Chicago, IL 60606
    Attn: John K. Lyons
    Facsimile: (312) 407-8532

    Skadden, Arps, Slate, Meagher & Flom LLP
    155 North Wacker Drive
    Chicago, IL 60606
    Attn: Joseph N. Wharton
    Facsimile: (312) 407-0411

    The undersigned further certifies that on July 16, 2009, the Response was hand delivered to Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 632, New York, New York 10004.

Dated: July 16, 2009                          Respectfully submitted,

                                                By:   /s/ Erin M. Casey
                                                Erin M. Casey, Esq. (4299475)
                                                Jeremy M. Downs, Esq.
                                                Danielle Wildern Juhle, Esq.
                                                GOLDBERG KOHN BELL BLACK
                                                ROSENBLOOM & MORITZ, LTD.
                                                55 East Monroe Street, Suite 3300
                                                Chicago, Illinois 60603
                                                (312) 201-4000
                                                (312) 332-2196 *(facsimile)*