**McElroy, Deutsch, Mulvaney & Carpenter, LLP**
**Jeffrey Bernstein Esq.**
**Three Gateway Center**
**100 Mulberry Street**
**Newark, New Jersey 07102-4079**
**Telephone: (973) 622-7711**

- and -

**88 Pine Street, 24th Floor**
**New York, New York 10005**
**(212) 483-9490**
*Attorneys for New Jersey Self-Insurers Guaranty Association*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al. | Chapter 11 |
| Debtors. | (Jointly Administered) |

### CERTIFICATION OF SERVICE

**Jeffrey Bernstein**, of full age does hereby certify in lieu of affidavit as follows:

1. I am a partner in the law firm of McElroy, Deutsch, Mulvaney & Carpenter, LLP, with offices located at Three Gateway Center, 100 Mulberry St., Newark, New Jersey 07102 and 88 Pine Street, 24th Floor, New York, New York 10005.

2. On July 15, 2009, I caused to be e-filed with the United States Bankruptcy Court for the Southern District of New York, Response Of New Jersey Self-Insurers Guaranty Association (Claim No. 11631) To Debtors' Thirty-Fourth Omnibus Objection To Claims, entered in the Court's docket as No, 18304.

3. On July 15, 2009, I caused the above document to be served upon the following via

Federal Express:

**Hon. Robert D. Drain**
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 632
New York, NY 10004

**Delphi Corporation**
5725 Delphi Drive
Troy, Michigan 48098
Attention: General Counsel

**Skadden, Arps, Slate, Meagher & Flom LLP**
155 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
Attn.: John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Joseph N. Wharton, Esq.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: July 16, 2009            */s/Jeffrey Bernstein*
                                Jeffrey Bernstein, Esq.

1302896-1