MUNSCH HARDT KOPF & HARR, P.C.
Raymond J. Urbanik, Esq.
New York   RU 1842
Davor Rukavina, Esq.
Texas Bar No. 24030781
*Pro Hac Vice* Application Pending
3800 Lincoln Plaza
500 N. Akard Street
Dallas, Texas  75201-6659
Telephone: (214) 855-7500
Telecopier: (214) 855-7584
*Attorneys for Computer Sciences Corporation*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **DELPHI CORPORATION, et al.,** | Case No. 05-44481 (RDD) |
| Debtors. | Jointly Administered |

**WITHDRAWAL BY COMPUTER SCIENCES CORPORATION OF ITS OBJECTION TO: (I) CONFIRMATION OF DEBTORS' MODIFIED CONFIRMED PLAN; AND (II) DEBTORS' MOTION FOR SALE OF SUBSTANTIALLY ALL OF THEIR BUSINESS OPERATIONS**

TO THE HONORABLE ROBERT D. DRAIN, UNITED STATES BANKRUPTCY JUDGE:

Computer Sciences Corporation ("CSC"), party to a postpetition contract with the Debtors and an administrative expense creditor and party-in-interest in the above-captioned, jointly administered Chapter 11 bankruptcy cases ("Bankruptcy Case") of Delphi Corporation ("Delphi") and its affiliated debtors-in-possession (collectively, the "Debtors"), hereby withdraws (the "Withdrawal") the *Objection of Computer Sciences Corporation to: (i) Confirmation of Debtors' Modified Confirmed Plan; and (ii) Debtors' Motion for Sale of Substantially All of Their Business Operations* [docket no. 17615] (the "Objection"), as follows:

Page 1

1. CSC filed the Objection on July 7, 2009. By the Objection, CSC objected to the confirmation of the Debtors' Modified Plan and Proposed Sale (as defined in the Objection). The crux of the Objection was that nothing in the Modified Plan or Proposed Sale should prejudice or preclude CSC's rights, claims, causes of action, issues, and remedies, as pending in Adversary Proceeding No. 09-01271 (RDD), commenced by CSC against Delphi and set for trial before this Court on August 3, 2009.

2. As evidenced by the attached Exhibit "A", which CSC hereby incorporates herein, the Debtors have agreed to insert the following protective language into any order they propose to the Court confirming the Modified Plan or approving the Proposed Sale:

> Notwithstanding anything contained herein to the contrary, nothing in this Order shall in any way prejudice the rights, claims, causes of action, counterclaims, defenses, affirmative defenses, or remedies of the Debtors or Computer Sciences Corporation regarding the matters pending in Adversary Proceeding No. 09-01271 (RDD), and nothing in this Order shall in any way provide any preclusive relief with respect to the same.

3. In reliance on said agreement by the Debtors, CSC hereby withdraws the Objection without prejudice, reserving all rights in the process.

Respectfully submitted, this 16th day of July, 2009.

        MUNSCH HARDT KOPF & HARR, P.C.

By: _/s/ Raymond J. Urbanik_
     Raymond J. Urbanik, Esq.
     New York   RU 1842
     Davor Rukavina, Esq.
     Texas Bar No. 24030781
     *Pro Hac Vice* Application Pending
     3800 Lincoln Plaza
     500 N. Akard Street
     Dallas, Texas  75201
     Telephone:  (214) 855-7500
     Facsimile:  (214) 855-7584

ATTORNEYS FOR COMPUTER SCIENCES CORPORATION

## CERTIFICATE OF SERVICE

    This is to certify that on the 16th day of July, 2009, I caused a true and correct copy of the foregoing pleading to be served via U.S. first class mail, postage prepaid, on each of the parties listed below.

John Wm. Butler, Jr.
George N. Panagskis
Ron E. Meisler
Nathan L. Stuart
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Dr., Suite 2100
Chicago, Illinois  60606-1285

Adam C. Harris
David J. Karp
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York  10022

Edward M. Fox, Esq.
K&L GATES LLP
599 Lexington Avenue
New York, New York 10022

Robert J. Rosenburg
Mitchell A. Seider
Mark A. Broude
Michael Riela
LATHAM & WATKINS
885 Third Avenue
New York, New York  10022

Donald S. Bernstein
Brian M. Resnick
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10022

Thomas J. Matz
Kayalyn A. Marafioti
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY  10036

Jeffrey L. Tanenbaum
Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153

Marc Abrams
Michael J. Kelly
Richard Mancino
Christopher J. St. Jeanos
Terence K. McLaughlin
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099

Glenn E. Siegel
Charles I. Poret
Daniel C. Malone
James O. Moore
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036-6797

Alicia M. Leonhard
Brian Masumoto
THE OFFICE OF THE UNITED STATES TRUSTEE
22 Whitehall St., 21st Floor
New York, New York  10004

Deborah M. Buell
CLEARLY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York  10006

J. Christopher Shore
Douglas P. Blumstein
WHITE & CASE LLP
1155 Avenue of Americas
New York, New York  10036-2787

Myron Kirschbaum
Benjamin Mintz
Sapna W. Palla
Angela R. Vicari
KAYE SCHOLER LLP
425 Park Avenue
New York, New York  10022

Frank L. Gorman, Esq.
HONIGAN MILLER SCHWARTZ AND
COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, Michigan 48226-3583

Alan E. Marder
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
Garden City, New York  11530

Thomas E. Lauria
WHITE & CASE LLP
Wachovia Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida  33131

Leslie G. Fagen
Marc Falcone
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of Americas
New York, New York  10019

  /s/ *Raymond J. Urbanik*
Raymond J. Urbanik, Esq.