## Rukavina, Davor

**From:** Meisler, Ron E [Ron.Meisler@skadden.com]
**Sent:** Wednesday, July 15, 2009 12:21 PM
**To:** Rukavina, Davor
**Cc:** Urbanik, Raymond; Hogan III, Albert L
**Subject:** RE: Delphi -- CSC

Confirmed.

Thanks, Ron

**Ron E. Meisler**
**Skadden, Arps, Slate, Meagher & Flom LLP**
155 North Wacker Drive | Chicago | Illinois | 60606-1720
T: 312.407.0549 | M: 312.282.1111 | F: 312.407.8641
rmeisler@skadden.com

Skadden

---

**From:** Rukavina, Davor [mailto:drukavina@munsch.com]
**Sent:** Wednesday, July 15, 2009 12:08 PM
**To:** Meisler, Ron E (CHI)
**Cc:** Urbanik, Raymond; Hogan III, Albert L (CHI)
**Subject:** Delphi -- CSC

Ron:

Pursuant to our discussion, please confirm that, if Computer Sciences Corporation withdraws its objection to the Modified Plan and the alternative proposed sale, the Debtors will insert the following language into any proposed order on the same that they submit to the Court:

"Notwithstanding anything contained herein to the contrary, nothing in this Order shall in any way prejudice the rights, claims, causes of action, counterclaims, defenses, affirmative defenses, or remedies of the Debtors or Computer Sciences Corporation regarding the matters pending in Adversary Proceeding No. 09-01271 (RDD), and nothing in this Order shall in any way provide any preclusive relief with respect to the same."

Please also confirm that I have your consent to attach this e-mail as an exhibit to CSC's withdrawal of its objection.

Thank you,


Davor Rukavina, Esq.
**MUNSCH HARDT**
**KOPF & HARR, P.C.**
DALLAS | HOUSTON | AUSTIN

3800 Lincoln Plaza
500 N. Akard Street
Dallas, Texas 75201-6659
Direct   214.855.7587
Fax       214.978.5359
drukavina@munsch.com
munsch.com



7/16/2009

NOTICE: This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. Nothing contained in this message or in any attachment shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.

IRS Circular 230 Notice: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (a) avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or matter addressed herein.

--------------------------------------------------------------------------------
****************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
****************************************************
****************************************************

This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
****************************************************
================================================================================

7/16/2009