**Hearing Date and Time:  July 23, 2009 at 10 a.m.**

CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York  10006
(212) 225-2000
Deborah M. Buell

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
Garden City, New York  11530
(516) 741-6565
Alan E. Marder

*Attorneys for UBS Securities LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al. | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

**JOINDER OF UBS SECURITES LLC TO LIMITED OBJECTION AND RESERVATION OF RIGHTS OF APPALOOSA MANAGEMENT L.P. AND A-D ACQUISITION HOLDINGS, LLC WITH RESPECT TO THE DEBTORS' PLAN MODIFICATION APPROVAL MOTION AND RELATED DOCUMENTS**

UBS Securities LLC ("UBS"), by and through its undersigned counsel, hereby joins in the Limited Objection And Reservation Of Rights Of Appaloosa Management L.P. And A-D Acquisition Holdings, LLC With Respect To The Debtors' Plan Modification Approval Motion And Related Documents, dated July 16, 2009 and filed on behalf of Appaloosa Management L.P. and A-D Acquisition Holdings, LLC (the "Appaloosa Objection"), for all the reasons stated therein.  UBS adopts and incorporates by reference herein the objections, arguments, and reservations of rights contained in the Appaloosa Objection as though set forth

1

**Hearing Date and Time: July 23, 2009 at 10 a.m.**

with respect to UBS's counterclaims in Adversary Proceeding No. 08-1233 and its

administrative claims against the Debtors.

Dated: New York, New York
July 16, 2009

                      Respectfully submitted,

                      MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

                      By: __/s/Alan E. Marder_____
                           Alan E. Marder
                           Member of the Firm

                      990 Stewart Avenue
                      Suite 300
                      Garden City, New York  11530
                      (516) 741-6565
                      amarder@msek.com

                      *Attorneys for UBS Securities LLC*