**Hearing Date and Time: July 23, 2009 at 10 a.m.**

KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
Tel. (212) 836-8000
Fax. (212) 836-8689
Myron Kirschbaum
Benjamin Mintz
Sapna W. Palla
Angela R. Vicari

*Attorneys for Defendants Harbinger Del-Auto*
*Investment Company Ltd. and Harbinger*
*Capital Partners Master Fund I, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| DELPHI CORPORATION, et. al. | : | Case No. 05-44481 (RDD) |
| | : | (Jointly Administered) |
| Debtors. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| DELPHI CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| - against - | : | |
| | : | Adversary Proceeding |
| APPALOOSA MANAGEMENT L.P., A-D | : | Case No. 08-01232 (RDD) |
| ACQUISITION HOLDINGS, LLC, HARBINGER | : | |
| DEL-AUTO INVESTMENT COMPANY, LTD., | : | |
| PARDUS DPH HOLDING LLC, MERRILL LYNCH, | : | |
| PIERCE, FENNER & SMITH INCORPORATED, | : | |
| GOLDMAN SACHS & CO., HARBINGER | : | |
| CAPITAL PARTNERS MASTER FUND I, LTD., | : | |
| and PARDUS SPECIAL OPPORTUNITIES | : | |
| MASTER FUND L.P., | : | |
| | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

31855963.DOC

**JOINDER OF HARBINGER DEL-AUTO INVESTMENT COMPANY LTD. AND HARBINGER CAPITAL PARTNERS MASTER FUND I, LTD. IN THE LIMITED OBJECTION AND RESERVATION OF RIGHTS OF APPALOOSA MANAGEMENT L.P. AND A-D ACQUISITION HOLDINGS, LLC WITH RESPECT TO THE DEBTORS' PLAN MODIFICATION APPROVAL MOTION AND RELATED DOCUMENTS**

Defendants Harbinger Del-Auto Investment Company Ltd. and Harbinger Capital Partners Master Fund I, Ltd. (collectively "Harbinger"), by and through their undersigned counsel, hereby join in the Limited Objection And Reservation Of Rights Of Appaloosa Management L.P. And A-D Acquisition Holdings, LLC With Respect To The Debtors' Plan Modification Approval Motion And Related Documents, dated July 16, 2009 and filed on behalf of Appaloosa Management L.P. and A-D Acquisition Holdings, LLC (the "Appaloosa Objection"), for all the reasons stated therein. Harbinger adopts and incorporates by reference herein the objections, arguments, and reservations of rights contained in the Appaloosa Objection as though specifically set forth herein with respect to Harbinger's counterclaims in Adversary Proceeding No. 08-1232 and its administrative claims against the Debtors.

Dated:   New York, New York
         July 16, 2009

                                        KAYE SCHOLER LLP

                                        By: /s/ Myron Kirschbaum
                                            Myron Kirschbaum
                                            Benjamin Mintz
                                            Sapna W. Palla
                                            Angela R. Vicari

                                        425 Park Avenue
                                        New York, New York 10022
                                        Tel. (212) 836-8000
                                        Fax. (212) 836-8689

                                        *Attorneys for Defendants Harbinger Del-Auto Investment Company Ltd. and Harbinger Capital Partners Master Fund I, Ltd.*