AFFIDAVIT OF SERVICE BY HAND

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

Alex C. Souza, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On July 16, 2009, I served true copies of the attached JOINDER OF MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED TO LIMITED OBJECTION AND RESERVATION OF RIGHTS OF APPALOOSA MANAGEMENT, L.P. AND A-D ACQUISITION HOLDINGS, LLC WITH RESPECT TO THE DEBTORS' PLAN MODIFICATION APPROVAL MOTION AND RELATED DOCUMENTS on the following:

John J. Rapisardi & Oren B. Haker
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Matthew L. Schwartz & Joseph N. Cordaro
United States Department of Justice
86 Chambers Street, 3rd Floor
New York, NY 10007

Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 100019

Kayalyn A. Marafioti & Gregory W. Fox
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

3. I made such service by personally delivering true copies of the aforementioned document to the offices at the above stated addresses.

_____
Alex C. Souza

Sworn to before me this
6th day of July, 2009

_____
Notary Public

JESSICA ZHAO
Notary Public, State of New York
No. 01ZH6194108
Qualified in New York County
Commission Expires Sept. 29, 2012