## AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

STATE OF NEW YORK  )
                   )  ss.:
COUNTY OF NEW YORK )

Jae H. Han, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On July 16, 2009, I served true copies of the attached JOINDER OF MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED TO LIMITED OBJECTION AND RESERVATION OF RIGHTS OF APPALOOSA MANAGEMENT, L.P. AND A-D ACQUISITION HOLDINGS, LLC WITH RESPECT TO THE DEBTORS' PLAN MODIFICATION APPROVAL MOTION AND RELATED DOCUMENTS on the following:

> Delphi Corporation
> General Counsel
> 5725 Delphi Drive
> Troy, MI 48098

> John Wm. Butler, Jr.
> Skadden, Arps, Slate Meagher & Flom LLP
> 333 West Wacker Drive, Suite 2100
> Chicago, IL 60606

3. I made such service by placing true copies of the aforementioned documents in properly addressed, prepaid wrappers and delivering them to a Federal Express office for Priority Overnight Delivery.

_____
Jae H. Han

Sworn to before me this
16th day of July, 2009

_____
Notary Public

ALEX SOUZA
Notary Public, State of New York
No. 01SO6199477
Qualified in New York County
Commission Expires January 12, 2013

Doc#: NY6: 185617.1