IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
                                   :
   In re                           :   Chapter 11
                                   :
DELPHI CORPORATION, et al.,        :   Case No. 05-44481 (RDD)
                                   :
                       Debtors.    :   (Jointly Administered)
                                   :
---------------------------------- x

AFFIDAVIT OF SERVICE

I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On July 10, 2009, I caused to be served the documents listed below (i) upon the parties listed on Exhibit A hereto via overnight mail, (ii) upon the parties listed on Exhibit B hereto via electronic notification, and (iii) upon the parties listed on Exhibit C hereto via postage pre-paid U.S. mail:

1) July 10, 2009 Notice of Filing of Notices of Amended Cure Amount for Executory Contract or Unexpired Lease in Connection with Cure Amounts Previously Deemed to be Established Under Confirmed Plan of Reorganization [a copy of which is attached hereto as Exhibit D]

2) July 10, 2009 Notice of Filing of Notices of Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to Parnassus Holdings II, LLC Under Modified Plan of Reorganization [a copy of which is attached hereto as Exhibit E]

3) July 10, 2009 Notice of Filing of Notices of Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to GM Components Holdings, LLC or Steering Solutions Services Corporation, as Applicable, Under Modified Plan of Reorganization [a copy of which is attached hereto as Exhibit F]

On July 10, 2009, I caused to be served the document listed below upon the parties listed on <u>Exhibit G</u> hereto via postage pre-paid U.S. mail:

4) Notice of Amended Cure Amount for Executory Contract or Unexpired Lease in Connection with Cure Amounts Previously Deemed to be Established Under Confirmed Plan of Reorganization ("Amended Cure Amount Notice") [a copy of the form of which is attached hereto as <u>Exhibit H</u>].  Each party's personalized schedule to the Amended Cure Amount Notice was sent to the name and address listed in columns 1 through 9 of <u>Exhibit G</u> attached hereto and contained the information listed in columns 10 through 12 of <u>Exhibit G</u> attached hereto.

On July 10, 2009, I caused to be served the document listed below upon the parties listed on <u>Exhibit I</u> hereto via postage pre-paid U.S. mail:

5) Notice of Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to Parnassus Holdings II, LLC Under Modified Plan of Reorganization ("Parnassus Notice of Assumption and Assignment") [a copy of the form of which is attached hereto as <u>Exhibit J</u>]. Each party's personalized schedule to the Parnassus Notice of Assumption and Assignment was sent to the name and address listed in columns 1 through 9 of <u>Exhibit I</u> attached hereto and contained the information listed in columns 10 through 12 of <u>Exhibit I</u> attached hereto.

On July 10, 2009, I caused to be served the document listed below upon the parties listed on <u>Exhibit K</u> hereto via postage pre-paid U.S. mail:

6) Notice of Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to Parnassus Holdings II, LLC Under Modified Plan of Reorganization ("Parnassus Notice of Assumption and Assignment") [a copy of the form of which is attached hereto as <u>Exhibit L</u>]. Each party's personalized schedule to the Parnassus Notice of Assumption and Assignment was sent to the name and address listed in columns 1 through 9 of <u>Exhibit K</u> attached hereto and contained the information listed in columns 10 through 13 of <u>Exhibit K</u> attached hereto.

On July 10, 2009, I caused to be served the document listed below upon the parties listed on <u>Exhibit M</u> hereto via postage pre-paid U.S. mail:

7) Notice of Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to GM Components Holdings, LLC or Steering Solutions Services Corporation, as Applicable, Under Modified Plan of Reorganization ("GM Notice of Assumption and Assignment") [a copy of the form of which is attached hereto as <u>Exhibit N</u>].  Each party's

personalized schedule to the GM Notice of Assumption and Assignment was sent to the name and address listed in columns 1 through 9 of Exhibit M attached hereto and contained the information listed in columns 10 through 12 of Exhibit M attached hereto.

On July 10, 2009, I caused to be served the document listed below upon the parties listed on Exhibit O hereto via postage pre-paid U.S. mail:

8) Notice of Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to GM Components Holdings, LLC or Steering Solutions Services Corporation, as Applicable, Under Modified Plan of Reorganization ("GM Notice of Assumption and Assignment") [a copy of the form of which is attached hereto as Exhibit P].  Each party's personalized schedule to the GM Notice of Assumption and Assignment was sent to the name and address listed in columns 1 through 9 of Exhibit O attached hereto and contained the information listed in columns 10 through 13 of Exhibit O attached hereto.

On July 10, 2009, I caused to be served the document listed below upon the parties listed on Exhibit Q hereto via postage pre-paid U.S. mail:

9) Notice of Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to Parnassus Holdings II, LLC Under Modified Plan of Reorganization ("Parnassus Notice of Assumption and Assignment") [a copy of the form of which is attached hereto as Exhibit R]. Each party's personalized schedule to the Parnassus Notice of Assumption and Assignment was sent to the name and address listed in columns 1 through 9 of Exhibit Q attached hereto and contained the information listed in columns 10 through 13 of Exhibit Q attached hereto.

On July 10, 2009, I caused to be served the document listed below upon the parties listed on Exhibit S hereto via postage pre-paid U.S. mail:

10) Notice of Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to GM Components Holdings, LLC or Steering Solutions Services Corporation, as Applicable, Under Modified Plan of Reorganization ("GM Notice of Assumption and Assignment") [a copy of the form of which is attached hereto as Exhibit T].  Each party's personalized schedule to the GM Notice of Assumption and Assignment was sent to the name and address listed in columns 1 through 9 of Exhibit S attached hereto and contained the information listed in columns 10 through 13 of Exhibit S attached hereto.

On July 13, 2009, I caused to be served the documents listed below (i) upon the parties listed on <u>Exhibit A</u> hereto via overnight mail, (ii) upon the parties listed on <u>Exhibit B</u> hereto via electronic notification, and (iii) upon the parties listed on <u>Exhibit C</u> hereto via postage pre-paid U.S. mail:

11) Errata Schedule 2 to Certain Notices of Assumption and Assignment With Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to Parnassus Holdings II, LLC Under Modified Plan of Reorganization [a copy of which is attached hereto as <u>Exhibit U</u>]

12) July 13, 2009 Notice of Filing of Certain Corrected Notices of Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to Parnassus Holdings II, LLC Under Modified Plan of Reorganization [a copy of which is attached hereto as <u>Exhibit V</u>]

On July 13, 2009, I caused to be served the document listed below upon the parties listed on <u>Exhibit W</u> hereto via overnight mail:

13) Errata Schedule 2 to Certain Notices of Assumption and Assignment With Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to Parnassus Holdings II, LLC Under Modified Plan of Reorganization [a copy of which is attached hereto as <u>Exhibit Q</u>]

14) Corrected Schedule 2 to Certain Notices of Assumption and Assignment With Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to Parnassus Holdings II, LLC Under Modified Plan of Reorganization ("Corrected Schedule") [a copy of the form of which is attached hereto as <u>Exhibit X</u>]. Each party's personalized Corrected Schedule was sent to the name and address listed in columns 1 through 9 of <u>Exhibit W</u> attached hereto and contained the information listed in columns 10 through 13 of <u>Exhibit W</u> attached hereto. A copy of all the Corrected Schedules are attached hereto as <u>Exhibit Y</u>.

On July 13, 2009, I caused to be served the document listed below upon the parties listed on <u>Exhibit Z</u> hereto via overnight mail:

15) Corrected Notice of Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to Parnassus Holdings II, LLC Under Modified Plan of Reorganization ("Corrected Parnassus Notice of Assumption and Assignment") [a copy of the form of which is attached hereto as <u>Exhibit AA</u>]. Each party's personalized schedule to the Corrected Parnassus Notice of Assumption and Assignment was sent to the name and address listed in columns 1 through 9 of <u>Exhibit Z</u> attached hereto and contained the information listed in columns 10 through 13 of <u>Exhibit Z</u> attached hereto.

On July 15, 2009, I caused to be served the document listed below (i) upon the parties listed on <u>Exhibit A</u> hereto via overnight mail, (ii) upon the parties listed on <u>Exhibit B</u> hereto via electronic notification, and (iii) upon the parties listed on <u>Exhibit C</u> hereto via postage pre-paid U.S. mail:

16) July 15, 2009 Notice of Filing of Additional Notices of Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to Parnassus Holdings II, LLC Under Modified Plan of Reorganization [a copy of which is attached hereto as <u>Exhibit BB</u>]

On July 15, 2009, I caused to be served the document listed below upon the parties listed on <u>Exhibit CC</u> hereto via overnight mail:

17) Notice of Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to Parnassus Holdings II, LLC Under Modified Plan of Reorganization ("Additional Parnassus Notice of Assumption and Assignment") [a copy of the form of which is attached hereto as <u>Exhibit DD</u>]. Each party's personalized schedule to the Additional Parnassus Notice of Assumption and Assignment was sent to the name and address listed in columns 1 through 9 of <u>Exhibit CC</u> attached hereto and contained the information listed in columns 10 through 13 of <u>Exhibit CC</u> attached hereto.

Dated: July 16, 2009

                                                                               */s/ Evan Gershbein*
                                                                                Evan Gershbein

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 16th day of July, 2009, by Evan Gershbein, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: */s/ L. Maree Sanders*

Commission Expires: *10/1/09*

5