UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
|  |  | Chapter 11 |
| In re | : |  |
| DELPHI CORPORATION, et al. | : | Case No. 05-44481 (RDD) |
| Debtor | : | Jointly Administered |

OBJECTION OF CREDITOR F&G TOOL & DIE CO. INC. TO CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACTS TO BE ASSUMED AND ASSIGNED TO PARNASSUS HOLDINGS II, LLC.UNDER MODIFIED PLAN OF REORGANIZATION (DOC. 18076)

Now comes Creditor F&G Tool & Die Co. Inc. (""F&G Tool") and hereby objects to the cure amounts totaling $65,043.87, all of which are listed as being currently disputed, listed in the Notice of Assumption and Assignment With Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to Parnassus Holdings II, LLC Under Modified Plan of Reorganization, dated July 10, 2009 (Doc. 18076), to the extent that such cure amount does not represent the total amount need to cure all executory contracts involving such creditor. In addition, F&G Tool states the following:

1. Debtors' Notice of Cure relating to creditor F&G Tool. lists in Schedule 1 (Supplier Contracts) attached thereto the following Contracts and Cure Amounts:

| Contract | Cure Amount |
|---|---|
| D0550080025 | $0.00 (listed as disputed) |
| D0550055872 | $0.00 (listed as disputed) |
| D0550041831 | $65,043.87 (listed as disputed) |

2. As stated in a prior objection to the same proposed cure amounts, the actual cure amount for the applicable executory contracts is $145,739.73.

3. Debtors have made a settlement offer with respect to the Contract No. D0550041831 which F&G Tool has accepted. Such settlement should resolve the dispute with respect to the cure amount for this particular contract.

Accordingly, creditor F&G Tool & Die Co., Inc. objects to the cure amounts for the reasons set forth above.

Respectfully submitted,

/s/Paul H. Spaeth
Paul H. Spaeth (Ohio Regist. No. 0010524)
130 West Second St., Ste. 450
Dayton, Ohio 45402
(937) 223-1655
Fax: (937) 223-1656
spaethlaw@phslaw.com

CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that a true and accurate copy of the foregoing Objection of Creditor F&G Tool & Die Co., Inc. To Cure Amount With Respect to Executory Contracts To Be Assumed and Assigned was served electronically through the Court's electronic transmission facilities upon those parties receiving such service in this case and by ordinary United States mail service this 17th[h] day of July, 2009 upon the following:

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
   for the Southern District of New York
One Bowling Green, Room 632
New York, New York 10004

Delphi Automotive Systems LLC
Attn: Legal Staff
5725 Delphi Drive
Troy, Michigan 48098

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan 48098
Attn: General Counsel

John William Butler, Jr., Esq.
Ron E. Meisler, Esq.
Skadden Arps Slate Meagher & Flom LLP
155 North Wacker Drive
Chicago, Illinois 60606

Kayalyn A. Marafioti, Esq.
Gregory W. Fox, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 100336

Donald Berstein, Esq.
Brian Resnick, Esq.
Davis, Polk & Wardwell
450 Lexington Ave.
New York, New York 10017

Robert J. Rosenberg, Esq.
Mark A. Broude, Esq.
Mitchell A. Seider
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022

Richard Mancino, Esq.
Marc Abrams, Esq.
Willkie Farr & Gallagher, LLP
787 Seventh Avenue
New York, New York 10019

John J. Rapisardi, Esq.
Oren B. Haker, Esq.
Cadwalder, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281

Matthew L. Schwartz, Esq.
Joseph N. Cordaro, Esq.
86 Chambers Street
3rd Floor
New York, New York 10007


Jeffrey L. Tanenbaum, Esq.

Robert J. Lemons, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Adam C. Harris, Esq.
David J. Karp, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022

Office of the United States Trustee
Attn: Brian Masumoto, Esq.
33 Whitehall Street, Ste. 2100
New York, New York 10004

                                        /s/Paul H. Spaeth
                                        Paul H. Spaeth