CARSON FISCHER, P.L.C.
*Counsel for Bing Metals Group, LLC.*
4111 Andover Road, West-2nd Floor
Bloomfield Hills, MI  48302
(248) 644-4840
Patrick J. Kukla (P60465)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                              :
In re:                                                        :    Chapter 11
                                                              :    Case No.: 05-44481 (RDD)
DELPHI CORPORATION, *et al.*,                                 :    (Jointly Administered)
                                                              :
         Debtors.                                             :
-------------------------------------------------------------x

### NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS AND REQUEST TO BE ADDED TO THE GENERAL SERVICE LIST

PLEASE TAKE NOTICE THAT Carson Fischer, P.L.C. hereby enters its appearance as counsel for Bing Metals Group, LLC and requests that all notices in the above-referenced Chapter 11 proceeding and all papers served, or required to be served, in the case be served upon the following attorneys and that the following attorneys be added to the General Service List:

        Joseph M. Fischer (brcy@carsonfischer.com)
        Patrick J. Kukla (brcy@carsonfischer.com)
        Carson Fischer, P.L.C.
        4111 Andover Road, West-2nd Floor
        Bloomfield Hills, MI  48302

        CARSON FISCHER, P.L.C.
        *Attorneys for Bing Metals Group, LLC*

        By: /s/ Patrick J. Kukla
        Patrick J. Kukla (P60465)
        4111 Andover Road, West-2nd Flr.
        Bloomfield Hills, MI  48302
        Tele:  (248) 644-4840

Dated:  July 17, 2009