DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 450-6501
Donald S. Bernstein (DB 6681)
Karin S. Day (KD 5039)
Brian M. Resnick (BR 4687)


*Counsel to JPMorgan Chase Bank, N.A.*


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
                                      :
**In re:**                            :
                                      : **Chapter 11 Case No.**
                                      :
**DELPHI CORP., et al.,**             : **05-44481 (RDD)**
                                      :
                                      : **(Jointly Administered)**
**Debtors.**                          :
------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      )     ss:
COUNTY OF NEW YORK    )

   Jonathan E. Armstrong, being duly sworn, deposes and says:

   1.  I am not a party to this action, I am over eighteen years of age and I am employed by the law firm of Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017.

   2.  That on the 15th of July, 2009, I caused true and correct copies of *Objection of JPMorgan Chase Bank, N.A. to the Proposed Sale of All or Substantially All*

*of the Debtors' Assets to Affiliates of General Motors and Platinum Equity LLC* to be filed and served via the Electronic Court Filing system.

        3.    I further declare that on the 15th day of July, 2009, I caused copies of the above-referenced pleadings to be served upon the parties identified in Exhibit A hereto in the manner indicated therein.

Dated:   New York, New York
          July 17, 2009

                                                    /s/ Jonathan E. Armstrong
                                                       Jonathan E. Armstrong

Sworn to before me this
17th day of July, 2009.

/s/ Marguerite M. Melvin
Marguerite M. Melvin
Notary Public, State of New York
No. 01ME6114505
Qualified in New York County
Commission Expires August 16, 2012

# Exhibit A

**By Hand**

| |
|---|
| Honorable Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court<br>for the Southern District of New York<br>One Bowling Green<br>New York, New York 10004 |
| Brian S. Masumoto<br>Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>155 N. Wacker Drive, Suite 2700<br>Chicago, Illinois 60606<br>Att'n: John Wm. Butler, Jr. |

**By Overnight Mail**

| | |
|---|---|
| John Wm. Butler, Jr.<br>Ron E. Meisler<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606 | General Counsel<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098 |
| Kayalyn A. Marafioti<br>Thomas J. Matz<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, New York 10036 | Robert J. Rosenberg<br>Mark A. Broude<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, New York 10022 |

| | |
|---|---|
| Adam C. Harris<br>David J. Karp<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, New York 10022 | Adam C. Harris<br>David J. Karp<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, New York 10022 |
| Jeffrey L. Tanenbaum<br>Robert J. Lemons<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153 | Richard Mancino<br>Marc Abrams<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, New York 10019 |
| Matthew L. Schwartz<br>Joseph N. Cordaro<br>United States Department of Justice<br>86 Chambers Street, 3rd Floor<br>New York, New York 10007 | John J. Rapisardi<br>Oren B. Haker<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, New York 10281 |
| James O. Moore<br>Glenn E. Siegel<br>Dechert LLP<br>1095 Avenue of the Americas<br>New York, New York 10036 | Matthew L. Schwartz and Joseph N. Cordaro<br>United States Department of Justice<br>86 Chambers Street, 3rd Floor<br>New York, New York 10007 |