NELSON MULLINS RILEY &
SCARBOROUGH, L.L.P.
Counsel for Dätwyler Rubber & Plastics, Inc.
Meridian Building, Seventeenth Floor
1320 Main Street
Post Office Box 11070 (29211)
Columbia, SC  29201
(803) 799-2000
GEORGE B. CAUTHEN (GBC-5268)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | ) | CASE NO.  05-44481 (RDD) |
| | ) | |
| Delphi Corporation, *et al.*, | ) | CHAPTER  11 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## OBJECTION OF DÄTWYLER RUBBER TO NOTICE OF AMENDED CURE AMOUNT

Däetwyler Rubber ("Däetwyler") hereby files its objection to the Debtor's Notice of Amended Cure Amount, and states as follows:

Pursuant to the Notice of Amended Cure Amount, the Debtors seek to reduce the cure amount of Daetwyler regarding contract number D0550072164 to $0.00 (see Schedule 1 attached hereto for reference).

As reflected in the attached accounting, the cure amount for contract D055072164 is $66,816.  Daetwyler's representative has spoken with a Delphi representative which confirms that Delphi's records also show the cure amount as $66,816.  Therefore, it is believed that the $0.00 cure amount reflected was in error.

Daetwyler and the Debtors appear that they will agree on the amount of the cure claim but this objection is to protect Daetwyler's interest until such resolution can be reached.

WHEREFORE, Daetwyler requests the Court to deny the Notice of the Amended Cure Amount for contract D0550072164 and set Daetwyler's cure amount for contract D0550072164 at $66,816, and grant such other and further relief as is just and appropriate.

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

By: /s/ George B. Cauthen
George B. Cauthen (admitted *pro hac vice*)
Jody A. Bedenbaugh (admitted *pro hac vice*)
Meridian Building, Seventeenth Floor
1320 Main Street
Post Office Box 11070 (29211)
Columbia, SC  29201
(803) 799-2000

Attorneys for Däetwyler Rubber

July 17, 2009
Columbia, South Carolina

**Dätwyler Inc.**
Rubber+Plastics
CH-6467 Schattdorf

## Open item list as at 16.02.2006 for Delphi, Rochester

| Document | Date | Due | Amount | Curr. | PO no. | Comments |
|---|---|---|---|---|---|---|
| 91013806 | 9/13/2005 | 76 | 6,681.60 | USD | 550072164 | new production |
| 91013857 | 9/15/2005 | 76 | 6,681.60 | USD | 550072164 | new production |
| 91013942 | 9/19/2005 | 76 | 6,681.60 | USD | 550072164 | new production |
| 91014001 | 9/20/2005 | 76 | 6,681.60 | USD | 550072164 | new production |
| 91014189 | 9/22/2005 | 76 | 6,681.60 | USD | 550072164 | new production |
| 91014241 | 9/23/2005 | 76 | 13,363.20 | USD | 550072164 | new production |
| 91014261 | 9/26/2005 | 76 | 13,363.20 | USD | 550072164 | new production |
| 91014387 | 9/28/2005 | 76 | | | | |

## Schedule 1

| Non-Debtor Counterparty | Contract(s) | Cure Amount |
|---|---|---|
| DAETWYLER RUBBER | D0550072164 | $0.00 |
|  |  |  |
|  |  |  |
|  |  |  |

| NELSON MULLINS RILEY & SCARBOROUGH LLP |
|---|
| Counsel for Dätwyler Rubber & Plastics, Inc. |
| Meridian Building, Seventeenth Floor |
| 1320 Main Street |
| Post Office Box 11070 (29211) |
| Columbia, SC 29201 |
| (803) 799-2000 |
| GEORGE B. CAUTHEN (GBC-5268) |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In Re: | ) | CASE NO. 05-44481 (RDD) |
|---|---|---|
|  | ) |  |
| Delphi Corporation, *et al.*, | ) | CHAPTER 11 |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |
|  | ) |  |

I, the undersigned Administrative Assistant, of the law offices of Nelson Mullins Riley & Scarborough LLP, attorneys for Dätwyler Rubber & Plastics, Inc., do hereby certify that I have served the below listed individuals in this action with a copy of the pleadings hereinbelow by Federal Express delivery, to the following addresses:

**PLEADINGS: OBJECTION OF DÄTWYLER RUBBER & PLASTICS, INC. TO NOTICE OF AMENDED CURE AMOUNT**

**PARTIES SERVED: VIA FEDERAL EXPRESS**

| Honorable Robert D. Drain | Delphi Corporation |
|---|---|
| US Bankruptcy Court for the Southern District of New York | ATTN: General Counsel |
| One Bowling Green, Room 632 | 5725 Delphi Drive |
| New York, NY 10004 | Troy, MI 48098 |

| Skadden, Arps, Slate, Meagher & Flom, LLP | Skadden, Arps, Slate, Meagher & Flom, LLP |
|---|---|
| ATTN: John Wm. Butler, Jr. | ATTN: Kayalyn A. Marafioti |
| Ron E. Meisler | Gregory W. Fox |
| 155 N. Wacker Drive | Four Times Square |
| Chicago, IL 60606 | New York, NY 10036 |

| | |
|---|---|
| Office of the United States Trustee<br>for the Southern District of New York<br>ATTN: Brian Masumoto<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 | Latham & Watkins, LLP<br>ATTN: Robert J. Rosenberg<br>Mark A. Broude<br>Mitchell A. Seider<br>885 Third Avenue<br>New York, NY 10022 |
| Davis Polk & Wardwell<br>ATTN: Donald Berstein<br>Brian Resnick<br>450 Lexington Avenue<br>New York, NY 10017 | Wilkie Farr & Gallagher LLP<br>ATTN: Richard Mancino<br>Marc Abrams<br>787 Seventh Avenue<br>New York, NY 10019 |
| Cadwalader, Wickersham & Taft LLP<br>ATTN: John J. Rapisardi<br>Oren B. Haker<br>One World Financial Center<br>New York, NY 10281 | United States Dept. of Justice<br>ATTN: Matthew L. Schwartz<br>Joseph N. Cordaro<br>86 Chambers Street, 3rd Floor<br>New York, NY 10007 |
| Weil, Gotshal & Manges LLP<br>ATTN: Jeffrey L. Tanenbaum<br>Robert J. Lemons<br>767 Fifth Avenue<br>New York, NY 10153 | Schulte Roth & Zabel LLP<br>ATTN: Adam C. Harris<br>David J. Karp<br>919 Third Avenue<br>New York, NY 10022 |

/s/ Patty Alexander
Patty Alexander, Administrative Assistant

Columbia, South Carolina
July 17, 2009