# Attachment A

**DELPHI**

Estimated 2009 Retiree Self-Pay Rates

| Health Plan Name | Employee Only | Employee and Spouse | Employee and Child(ren) | Family | Spouse Only | Child(ren) Only | Spouse & Child(ren) |
|---|---|---|---|---|---|---|---|
| Rates shown below are Monthly Rates ||||||||
| Enhanced Medical Plan | $666.00 | $1,332.00 | $1,198.80 | $1,864.8 | $666.00 | $666.00 | $1,198.80 |
| Point-of-Service Plan | $636.00 | $1,272.00 | $1,144.80 | $1,780.8 | $636.00 | $636.00 | $1,144.80 |
| Comprehensive Health Savings | $332.00 | $664.00 | $597.60 | $929.60 | $332.00 | $332.00 | $597.80 |
| Health Net (Southern CA) | $520.99 | $1,094.08 | $989.88 | $1,458.7 | N/A | N/A | N/A |
| Advantage Health Plan ((N) | $502.72 | $1,055.77 | $955.17 | $1,407.6 | N/A | N/A | N/A |
| HAP (MI) | $333.43 | $700.21 | $633.52 | $933.60 | N/A | N/A | N/A |
| Priority Health West (MI) | $507.89 | $1,066.57 | $965.02 | $1,422.2 | N/A | N/A | N/A |
| Blue Care Network (Southeast | $312.81 | $656.90 | $594.34 | $875.87 | N/A | N/A | N/A |
| Priority Health East (MI) | $377.92 | $793.67 | $718.07 | $1,058.2 | N/A | N/A | N/A |
| Health Plus of Michigan (M(-Flint) | $386.05 | $810.70 | $733.49 | $1,080.93 | N/A | N/A | N/A |
| Health Plus of Michigan (M(-SE | $304.99 | $640.48 | $579.48 | $853.97, | N/A | N/A | N/A |
| Health Plus of Michigan (M(-Saginaw) | $399.75 | $839.49 | $759.54 | $1,119.32 | N/A | N/A | N/A |
| Blue Care Network (M(-East/Saginaw) | $404.59 | $849.64 | $768.73 | $1,132.85 | N/A | N/A | N/A |
| Blue Care Network (Mid-Michigan) | $404.59 | $849.64 | $768.73 | $1,132.85 | N/A | N/A | N/A |
| Blue Care Network (East/Flint | $368.60 | $774.06 | $700.34 | $1,032.08 | N/A | N/A | N/A |
| Blue Point 2 (NY-Rochester) | $370.98 | $853.26 | $934.13 | $983.10 | N/A | N/A | N/A, |
| United HealthCare (Dayton/Cinci) | $600.59 | $1,261.24 | $1,141.12 | $1,681.64 | N/A | N/A | N/A |
| Kaiser Permanente (OH) | $419.44 | $880.82 | $796.94 | $1,174.4 | N/A | N/A | N/A |
| Health Assurance - Warren/Youngstown (OH) | $550.38 | $1,155.79 | $1,045.72 | $1,541.06 | N/A | N/A | N/A |
|  |  |  |  |  |  |  |  |
| Dental | $44.00 | $88.00 | $79.20 | $123.20 | N/A | N/A | N/A |
| Vision | $3.00 | $6.00 | $5.40 | $8.40 | N/A | N/A | N/A |
| Extended Care Coverage | $11.00 | $22.00 | $19.80 | $30.80 | N/A | N/A | N/A |

Notes: Rates are evaluated on an annual basis and are subject to change.

Spouse Only, Child(ren) Only, Spouse & Child(ren) are available only to retirees who are Medicare eligible and age 65 or older.

## 2009 Salaried COBRA Rates

Rates shown below are Monthly Rates

| Medical Plan | Enrollee Only | Enrollee and Spouse | Enrollee and Child(ren) | Enrollee and Family |
|---|---|---|---|---|
| Optional Canadian HC | 100.98 | 201.96 | 181.77 | 282.75 |
| Comprehensive Health Savings | 246.84 | 493.68 | 444.31 | 691.15 |
| Enhanced Medical Plan | 491.64 | 983.28 | 884.95 | 1376.59 |
| Point-of-Service Plan | 423.30 | 846.60 | 761.94 | 1185.24 |
| Health Net (Southern CA) | 531.41 | 1115.96 | 1009.68 | 1487.95 |
| Advantage Health Plan ((N) | 512.78 | 1076.89 | 974.27 | 1435.77 |
| HAP (M() | 340.10 | 714.21 | 646.19 | 952.27 |
| Priority Health West (M() | 518.05 | 1087.90 | 984.32 | 1450.65 |
| Blue Care Network (Southeast Michigan) | 319.07 | 670.04 | 606.23 | 893.39 |
| Priority Health East (M() | 385.48 | 809.54 | 732.43 | 1079.38 |
| Health Plus of Michigan (M(- | 393.77 | 826.91 | 748.16 | 1102.55 |
| Health Plus of Michigan (M(-SE | 311.09 | 653.29 | 591.07 | 871.05 |
| Health Plus of Michigan (M(-Saginaw) | 407.75 | 856.28 | 774.73 | 1141.71 |
| Blue Care Network (MI-East/Saginaw) | 412.68 | 866.63 | 784.10 | 1155.51 |
| Blue Care Network (Mid- | 412.68 | 866.63 | 784.10 | 1155.51 |
| Blue Care Network (East/Flint Michigan) | 375.97 | 789.54 | 714.35 | 1052.72 |
| Blue Point 2 (NY-Rochester) | 378.40 | 870.33 | 952.81 | 1002.76 |
| United HealthCare | 612.60 | 1286.46 | 1163.94 | 1715.27 |
| Kaiser Permanente (OH) | 427.83 | 898.44 | 812.88 | 1197.92 |
| Health Assurance - Warren/Youngstown (OH) | 561.39 | 1178.91 | 1066.64 | 1571.88 |
| CIGNA (nternational HC Plan | 274.20 | 665.02 | 557.47 | 948.00 |
| **Dental Plan*** | Enrollee Only | Enrollee and Spouse | Enrollee and Child(ren) | Enrollee and Family |
| C(GNA Traditional Dental Plan | 30.60 | 61.20 | 55.08 | 85.68 |
| **Vision Pla** | Enrollee Only | Enrollee and Spouse | Enrollee and Child(ren) | Enrollee and Family |
| EyeMed Traditional Vision | 3.06 | 6.12 | 5.51 | 8.57 |

* (f Medicare eligible at time of qualifying event, rates may vary

** Alternative Dental Plan rates may vary

# Calculation of Delphi Retiree Self Pay Health Care Rate Relative to the COBRA Rate

From Delphi Charts  (Exhibit A)

Self Pay Rate (single, enhanced plan) [SPS]        $ 666.00

Self Pay Rate (family, enhanced plan) [SPF]        $ 1864.80

From Delphi Charts  (Exhibit B)

COBRA Rate (single, enhanced plan) [CRS]        $ 491.61

COBRA Rate (family, enhanced plan)[CRF]         $ 1376.59

- Assumption 1:  COBRA rate is 102% of applicable premium
- Assumption 2:  All rate ratios are the same

100% rate (single, enhanced plan) = (100% Premium Rate)    $[PRS] = \dfrac{CRS}{102} = \dfrac{\$491}{102} = \$482$

100% rate (family, enhanced plan) = (100% Premium Rate)    $[PRF] = \dfrac{CRF}{102} = \dfrac{\$1376.59}{102} = \$1349.60$

Self Pay % (single, enhanced plan) =    $\dfrac{SPS}{PRS} = \dfrac{\$666}{\$482} \times 100 = 138.2\%$

Self Pay % (Family, enhanced plan) =    $\dfrac{SPF}{PRF} = \dfrac{\$1864.80}{\$1349.60} \times 100 = 138.2\%$

Therefore Retirees are paying a rate **36.2%** higher than the COBRA rate.

Therefore value of the COBRA benefit is 1.362 x Debtor premium rate.

Prior to April 1, 2009 it is believed that Delphi was paying 2.5 million dollars ($2,500,000) per month for Salaried Retiree health care benefits.

Yearly cost of retiree health care = 12 x 2,500,000 =   $ 30,000,000

2009  COBRA cost = $30,0000,000 x .362  =  **$ 10,860,000**

-------------

Allowing that health care costs are increasing at twice the rate of inflation

Assume average yearly  inflation rate over the next thirty years  =  3%

Therefore assumed:

 average yearly health care rate growth over thenext thirty years  =  6%

--------------

Assume an average 30 year benefit period per retiree.

Then the Future value   = **The COBRA health care cost    $532,169,085.01**

**(over the next thirty years allowing for inflation and health care cost growth.)**

**Therefore:**

**The required Lump Sum Payment to Retiree VEBA  = $532, 169,000.00**