UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------x  Chapter 11 Case No. 05-44481 (RDD)

In re:  :
: (Jointly Administered)
DELPHI CORPORATION, et. al.,  :
:
Debtors.  : :
: :

-----------------------------------------x

**AFFIDAVIT OF SERVICE**

I, James B. Sumpter, do herby state that relative to the two motions:

MOTION TO SHORTEN NOTICE WITH RESPECT TO JAMES B. SUMPTER'S EXPEDITED MOTION TO ENFORCE COBRA BENEFIT FOR DELPHI SALARIED RETIREES AND MOTION FOR COBRA SETTLEMENT (COBRA BENEFIT MOTION)

and

EXPEDITED MOTION TO ENFORCE COBRA BENEFIT FOR DELPHI SALARIED RETIREES AND MOTION FOR COBRA SETTLEMENT (COBRA BENEFIT MOTION)

I served paper copies of the two motions and a DVD with copies of the motions and attachments on the entities listed in Exhibit A, via FED-EX next day delivery. The documents were placed in the care and control of FED-EX on the dates indicated.

_____      _____
**James B. Sumpter**                              Date
**21169 Westbay circle**
**Noblesville, IN  46062**
Telephone: (317) 877-0736
Facsimile: (317) 877-1070
jsump@ieee.org

# ATTACHMENT A

Serving Date  - July 13, 2009

Honorable Robert D. Drain,
United States Bankruptcy Judge,
One Bowling Green,
Room 610,
New York, New York 10004,


Office of the Untied States Trustee
 For the Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10044
(Attn: Deirdre A. Martini, Esq.)


Delphi Corporation
5725 Delphi Drive,
 Troy, Michigan 48098
(Attn: General Counsel)

 Deloitte & Touche LLP,
600 Renaissance Center,
Suite 900
Detroit, Michigan 48024
(Attn: Brock E. Plumb),

Skadden, Arps, Slate, Meagher & Flom LLP,
333 West Wacker Drive, Suite 2100,
Chicago, Illinois 60606
(Attn: John Wm. Butler, Jr.),


Shearman & Sterling LLP,
599 Lexington Avenue, New York, New York 10022
 (Attn: Douglas P. Bartner),

**Serving Date  - July 13, 2009**

**Simpson Thacher & Bartlett LLP,**
**425 Lexington Avenue,**
**New York, New York 10017**
 **(Attn: Marissa Wesley),**

 **Davis Polk & Wardwell,**
**450 Lexington Avenue,**
**New York, New York 10017**
**(Attn: Marlane Melican),**

**Latham & Watkins LLP,**
**885 Third Avenue,**
 **Suite 1000,**
 **New York, NY 10022**
**(Attn: Robert J. Rosenberg),**

**Skadden, Arps, Slate, Meagher & Flom LLP,**
**Four Times Square,**
**New York, New York 10036**
**(Att'n: Kayalyn A. Marafioti and Thomas J. Matz),**

**Davis Polk & Wardwell,**
**450 Lexington Avenue**
**New York, New York 10017**
**(Att'n: Donald Bernstein and Brian Resnick),**

**Willkie Farr & Gallagher LLP**
 **787 Seventh Avenue**
**New York, New York 10019**
**Att'n: Richard Mancino and Marc Abrams),**

**Cadwalader, Wickersham & Taft LLP,**
**One World Financial Center,**
**New York, New York 10281**
**(Att'n: John J. Rapisardi and Oren B. Haker),**

## Serving Date  - July 13, 2009

United States Department of Justice,
86 Chambers Street, 3rd Floor,
New York, New York 10007
(Att'n: Matthew L. Schwartz and Joseph N. Cordaro,


Weil, Gotshal & Manges LLP,
767 Fifth Avenue,
New York, New York 10153
(Att'n: Jeffrey L. Tanenbaum and Robert J. Lemons)


Schulte  Roth & Zabel LLP
919 Third Avenue
New York, New York 10022
(Att'n: Adam C. Harris and David J. Karp),


## Serving Date  -  July 14, 2009

Wilmington Trust company,
1100 North Market Street,
Rodney Square North,
Wilmington, Delaware 19890
(Attn: Corporate Trust Office)

Law Debenture Trust Company of New York,
780 Third Avenue,
31st Floor, New York, New York 10017
Attn: Corporate Trust Office