# EXHIBIT A

### Schedule 1 – Supplier Contracts

| Non-Debtor Counterparty | Contract(s) | Cure Amount[1] |
|---|---|---|
| CONTITECH VIBRATION CONTROL GMBH | D0550004374 | $0.00 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

---

[1] The cure amounts, if any, relating to contracts noted with "*" are currently disputed pursuant to the procedures set forth in the Confirmed Plan and the December 10 Solicitation Procedures Order.

## Schedule 1 – Supplier Contracts

| Non-Debtor Counterparty | Contract(s) | Cure Amount[1] |
|---|---|---|
| TEMIC AUTOMOTIVE OF NORTH EFT 1 | PEDP5420011 | $0.00 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

---

[1] The cure amounts, if any, relating to contracts noted with "*" are currently disputed pursuant to the procedures set forth in the Confirmed Plan and the December 10 Solicitation Procedures Order.

## Schedule 1 – Supplier Contracts

| Non-Debtor Counterparty | Contract(s) | Cure Amount[1] |
|---|---|---|
| SIEMENS VDO AUTO EFT | D0550076297 | $0.00 |
| SIEMENS VDO AUTO EFT | D0550055989 | $0.00 |
| SIEMENS VDO AUTO EFT | D0550051987 | $0.00 |
| SIEMENS VDO AUTO EFT | D0550029418 | $0.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

---

[1] The cure amounts, if any, relating to contracts noted with "*" are currently disputed pursuant to the procedures set forth in the Confirmed Plan and the December 10 Solicitation Procedures Order.

## Schedule 1 – Supplier Contracts

| Non-Debtor Counterparty | Contract(s) | Cure Amount[1] |
|---|---|---|
| SIEMENS VDO AUTOMOTIVE EFT | D0550037393 | $0.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

---

[1] The cure amounts, if any, relating to contracts noted with "*" are currently disputed pursuant to the procedures set forth in the Confirmed Plan and the December 10 Solicitation Procedures Order.

## Schedule 2 – Other Executory Contracts Or Unexpired Leases
### (Including Customer Contracts)

Unless identified as a rejected contract or lease pursuant to Article VIII of the Modified Plan, the contracts and leases primarily relating to the Debtors' Steering business, including, but not limited to, (a) business conducted at the manufacturing facility in Saginaw, Michigan and (b) the contracts and leases listed on this Schedule will be assumed by the Debtors and assigned to Steering Solutions Services Corporation.  In addition, unless identified as a rejected contract or lease pursuant to Article VIII of the Modified Plan, contracts and leases primarily relating to business conducted at the following manufacturing facilities of the Debtors, including, but not limited to, the contracts and leases listed on this Schedule, will be assumed by the Debtors and assigned to GM Components: Grand Rapids, Michigan; Rochester, New York (excluding the Henrietta technical center); Kokomo, Indiana (including the Cuneo Warehouse, and including the technical center); and Lockport, New York (including the technical center).

| Non-Debtor Counterparty | Applicable Manufacturing Facility | Contract(s) | Cure Amount (If Any)[1] | Rejected Contracts (If Any) |
|---|---|---|---|---|
| CONTINENTAL AUTO MEXICANA SA DE CV | DELPHI P PLANT 11 | 4700001057 | $0.00 | |
| CONTINENTAL AUTO MEXICANA SA DE CV | DELPHI P PLANT 11 | 4700001057 | $0.00 | |
| CONTINENTAL AUTO MEXICANA SA DE CV | DELPHI P PLANT 22 | 4700001057 | $0.00 | |
| CONTINENTAL AUTO MEXICANA SA DE CV | DELPHI P PLANT 9 | 4700001057 | $0.00 | |
| CONTINENTAL AUTO MEXICANA SA DE CV | DELPHI P PLANT 9 | 4700001057 | $0.00 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

---

[1] The cure amounts, if any, relating to contracts noted with "*" are currently disputed pursuant to the procedures set forth in the Confirmed Plan and the December 10 Solicitation Procedures Order.

## Schedule 2 – Other Executory Contracts Or Unexpired Leases
### (Including Customer Contracts)

Unless identified as a rejected contract or lease pursuant to Article VIII of the Modified Plan, the contracts and leases primarily relating to the Debtors' Steering business, including, but not limited to, (a) business conducted at the manufacturing facility in Saginaw, Michigan and (b) the contracts and leases listed on this Schedule will be assumed by the Debtors and assigned to Steering Solutions Services Corporation.  In addition, unless identified as a rejected contract or lease pursuant to Article VIII of the Modified Plan, contracts and leases primarily relating to business conducted at the following manufacturing facilities of the Debtors, including, but not limited to, the contracts and leases listed on this Schedule, will be assumed by the Debtors and assigned to GM Components: Grand Rapids, Michigan; Rochester, New York (excluding the Henrietta technical center); Kokomo, Indiana (including the Cuneo Warehouse, and including the technical center); and Lockport, New York (including the technical center).

| Non-Debtor Counterparty | Applicable Manufacturing Facility | Contract(s) | Cure Amount (If Any)[1] | Rejected Contracts (If Any) |
|---|---|---|---|---|
| CONTINENTAL AUTOMOTIVE | DELPHI E&S KAKOMA FLOW THROUGH | 203103834 | $0.00 | |
| CONTINENTAL AUTOMOTIVE | DELPHI E&S LOS INDIOS FLOW THR | 203103834 | $0.00 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

---

[1] The cure amounts, if any, relating to contracts noted with "*" are currently disputed pursuant to the procedures set forth in the Confirmed Plan and the December 10 Solicitation Procedures Order.

## Schedule 2 – Other Executory Contracts Or Unexpired Leases
### (Including Customer Contracts)

Unless identified as a rejected contract or lease pursuant to Article VIII of the Modified Plan, the contracts and leases primarily relating to the Debtors' Steering business, including, but not limited to, (a) business conducted at the manufacturing facility in Saginaw, Michigan and (b) the contracts and leases listed on this Schedule will be assumed by the Debtors and assigned to Steering Solutions Services Corporation. In addition, unless identified as a rejected contract or lease pursuant to Article VIII of the Modified Plan, contracts and leases primarily relating to business conducted at the following manufacturing facilities of the Debtors, including, but not limited to, the contracts and leases listed on this Schedule, will be assumed by the Debtors and assigned to GM Components: Grand Rapids, Michigan; Rochester, New York (excluding the Henrietta technical center); Kokomo, Indiana (including the Cuneo Warehouse, and including the technical center); and Lockport, New York (including the technical center).

| Non-Debtor Counterparty | Applicable Manufacturing Facility | Contract(s) | Cure Amount (If Any)[1] | Rejected Contracts (If Any) |
|---|---|---|---|---|
| CONTINENTAL AUTOMOTIVE GUADALAJARA | DELPHI E & C JUAREZ | 301106489 | $0.00 | |
| CONTINENTAL AUTOMOTIVE GUADALAJARA | DELPHI E & C JUAREZ | 301106490 | $0.00 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

---

[1] The cure amounts, if any, relating to contracts noted with "*" are currently disputed pursuant to the procedures set forth in the Confirmed Plan and the December 10 Solicitation Procedures Order.

## Schedule 2 – Other Executory Contracts Or Unexpired Leases
### (Including Customer Contracts)

Unless identified as a rejected contract or lease pursuant to Article VIII of the Modified Plan, the contracts and leases primarily relating to the Debtors' Steering business, including, but not limited to, (a) business conducted at the manufacturing facility in Saginaw, Michigan and (b) the contracts and leases listed on this Schedule will be assumed by the Debtors and assigned to Steering Solutions Services Corporation.  In addition, unless identified as a rejected contract or lease pursuant to Article VIII of the Modified Plan, contracts and leases primarily relating to business conducted at the following manufacturing facilities of the Debtors, including, but not limited to, the contracts and leases listed on this Schedule, will be assumed by the Debtors and assigned to GM Components: Grand Rapids, Michigan; Rochester, New York (excluding the Henrietta technical center); Kokomo, Indiana (including the Cuneo Warehouse, and including the technical center); and Lockport, New York (including the technical center).

| Non-Debtor Counterparty | Applicable Manufacturing Facility | Contract(s) | Cure Amount (If Any)[1] | Rejected Contracts (If Any) |
|---|---|---|---|---|
| CONTINENTAL BRASIL INDUSTRIA | DELPHI P PLANT 11 | 5500001651 | $0.00 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

---

[1] The cure amounts, if any, relating to contracts noted with "*" are currently disputed pursuant to the procedures set forth in the Confirmed Plan and the December 10 Solicitation Procedures Order.

## Schedule 2 – Other Executory Contracts Or Unexpired Leases
## (Including Customer Contracts)

Unless identified as a rejected contract or lease pursuant to Article VIII of the Modified Plan, all contracts or leases primarily relating to business conducted at any of the Debtors' manufacturing facilities, including, but not limited to, the contracts and leases listed on this Schedule, will be assumed by the Debtors and assigned to Parnassus, **other than** contracts or leases primarily relating to (a) the Debtors' Steering business, including but not limited to, business conducted at the manufacturing facility in Saginaw, Michigan, (b) business conducted at the manufacturing facilities located in Grand Rapids, Michigan; Rochester, New York (excluding the Henrietta technical center); Kokomo, Indiana (including the Cuneo Warehouse, and including the technical center); and Lockport, New York (including the technical center), and (c) business conducted at certain manufacturing facilities located in Athens, Alabama; Fitzgerald, Georgia; New Castle, Indiana; Olathe, Kansas; Flint, Michigan; Saginaw, Michigan (Chassis); Clinton, Mississippi; Columbus, Ohio; Cortland, Ohio; Dayton, Ohio; Kettering, Ohio; Ravenna, Ohio; Warren, Ohio; Columbia, Tennessee; and Oak Creek, Wisconsin.

| Non-Debtor Counterparty | Applicable Manufacturing Facility | Contract(s) | Cure Amount (If Any)[1] | Rejected Contracts (If Any) |
|---|---|---|---|---|
| CONTINENTAL AUTOMOTIVE | DELPHI P CHIHUAHUA I | 203102154 | $0.00 | |
| CONTINENTAL AUTOMOTIVE | DELPHI P CHIHUAHUA I | 203102154 | $0.00 | |
| CONTINENTAL AUTOMOTIVE | DELPHI P CHIHUAHUA I | 203102569 | $0.00 | |
| CONTINENTAL AUTOMOTIVE | DELPHI P CHIHUAHUA I | 203102608 | $0.00 | |
| CONTINENTAL AUTOMOTIVE | DELPHI P CHIHUAHUA I | 203102609 | $0.00 | |
| CONTINENTAL AUTOMOTIVE | DELPHI P CHIHUAHUA I | 203102611 | $0.00 | |
| CONTINENTAL AUTOMOTIVE | DELPHI P CHIHUAHUA I | 203102613 | $0.00 | |
| CONTINENTAL AUTOMOTIVE | DELPHI P CHIHUAHUA I | 203102613 | $0.00 | |
| CONTINENTAL AUTOMOTIVE | DELPHI P CHIHUAHUA I | 203102613 | $0.00 | |
| CONTINENTAL AUTOMOTIVE | DELPHI P CHIHUAHUA I | 203102720 | $0.00 | |
| CONTINENTAL AUTOMOTIVE | DELPHI P CHIHUAHUA I | 203102720 | $0.00 | |
| CONTINENTAL AUTOMOTIVE | DELPHI P PAST SERVICE PARTS | 203103233 | $0.00 | |
| CONTINENTAL AUTOMOTIVE | DELPHI P CHIHUAHUA I | 5500007227 | $0.00 | |
| CONTINENTAL AUTOMOTIVE | DELPHI P CHIHUAHUA I | P213135 | $0.00 | |

[1] The cure amounts, if any, relating to contracts noted with "*" are currently disputed pursuant to the procedures set forth in the Confirmed Plan and the December 10 Solicitation Procedures Order.

| Non-Debtor Counterparty | Applicable Manufacturing Facility | Contract(s) | Cure Amount (If Any)[2] | Rejected Contracts (If Any) |
|---|---|---|---|---|
| CONTINENTAL AUTOMOTIVE | DELPHI P CHIHUAHUA I | P213143 | $0.00 | |
| CONTINENTAL AUTOMOTIVE | DELPHI P CHIHUAHUA I | P213161 | $0.00 | |
| CONTINENTAL AUTOMOTIVE | DELPHI P CHIHUAHUA I | P213162 | $0.00 | |
| CONTINENTAL AUTOMOTIVE | DELPHI P CHIHUAHUA I | P213941-00 | $0.00 | |
| CONTINENTAL AUTOMOTIVE | DELPHI P CHIHUAHUA I | P222651 | $0.00 | |
| CONTINENTAL AUTOMOTIVE | DELPHI P CHIHUAHUA I | P228959 | $0.00 | |
| CONTINENTAL AUTOMOTIVE | DELPHI P CHIHUAHUA I | P230181 | $0.00 | |
| CONTINENTAL AUTOMOTIVE | DELPHI P CHIHUAHUA I | P230182 | $0.00 | |
| CONTINENTAL AUTOMOTIVE | DELPHI P CHIHUAHUA I | P232515 | $0.00 | |
| CONTINENTAL AUTOMOTIVE | DELPHI P CHIHUAHUA I | P233037 | $0.00 | |
| CONTINENTAL AUTOMOTIVE | DELPHI P CHIHUAHUA I | P234735 | $0.00 | |
| CONTINENTAL AUTOMOTIVE | DELPHI P CHIHUAHUA I | P237032 | $0.00 | |
| CONTINENTAL AUTOMOTIVE | DELPHI P CHIHUAHUA I | P237198 | $0.00 | |
| CONTINENTAL AUTOMOTIVE | DELPHI P CHIHUAHUA I | P237202 | $0.00 | |
| CONTINENTAL AUTOMOTIVE | DELPHI P CHIHUAHUA I | P237203 | $0.00 | |
| CONTINENTAL AUTOMOTIVE | DELPHI P CHIHUAHUA I | P237934 | $0.00 | |
| CONTINENTAL AUTOMOTIVE | DELPHI P CHIHUAHUA I | P247151 | $0.00 | |
| CONTINENTAL AUTOMOTIVE | DELPHI P CHIHUAHUA I | P250558 | $0.00 | |
| CONTINENTAL AUTOMOTIVE | DELPHI P CHIHUAHUA I | P250558-01 | $0.00 | |
| CONTINENTAL AUTOMOTIVE | DELPHI P CHIHUAHUA I | P250789 | $0.00 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

[2] The cure amounts, if any, relating to contracts noted with "*" are currently disputed pursuant to the procedures set forth in the Confirmed Plan and the December 10 Solicitation Procedures Order.

## Schedule 2 – Other Executory Contracts Or Unexpired Leases
## (Including Customer Contracts)

Unless identified as a rejected contract or lease pursuant to Article VIII of the Modified Plan, all contracts or leases primarily relating to business conducted at any of the Debtors' manufacturing facilities, including, but not limited to, the contracts and leases listed on this Schedule, will be assumed by the Debtors and assigned to Parnassus, **other than** contracts or leases primarily relating to (a) the Debtors' Steering business, including but not limited to, business conducted at the manufacturing facility in Saginaw, Michigan, (b) business conducted at the manufacturing facilities located in Grand Rapids, Michigan; Rochester, New York (excluding the Henrietta technical center); Kokomo, Indiana (including the Cuneo Warehouse, and including the technical center); and Lockport, New York (including the technical center), and (c) business conducted at certain manufacturing facilities located in Athens, Alabama; Fitzgerald, Georgia; New Castle, Indiana; Olathe, Kansas; Flint, Michigan; Saginaw, Michigan (Chassis); Clinton, Mississippi; Columbus, Ohio; Cortland, Ohio; Dayton, Ohio; Kettering, Ohio; Ravenna, Ohio; Warren, Ohio; Columbia, Tennessee; and Oak Creek, Wisconsin.

| Non-Debtor Counterparty | Applicable Manufacturing Facility | Contract(s) | Cure Amount (If Any)[1] | Rejected Contracts (If Any) |
|---|---|---|---|---|
| CONTINENTAL AUTOMOTIVE GUADALAJARA | DELPHI P PLANT 9 | 0301113062 | $0.00 | |
| CONTINENTAL AUTOMOTIVE GUADALAJARA | DELPHI P CHIHUAHUA I | 203102154 | $0.00 | |
| CONTINENTAL AUTOMOTIVE GUADALAJARA | DELPHI P CHIHUAHUA I | 203102154 | $0.00 | |
| CONTINENTAL AUTOMOTIVE GUADALAJARA | DELPHI P CHIHUAHUA I | 203102608 | $0.00 | |
| CONTINENTAL AUTOMOTIVE GUADALAJARA | DELPHI P CHIHUAHUA I | 203102611 | $0.00 | |
| CONTINENTAL AUTOMOTIVE GUADALAJARA | DELPHI P CHIHUAHUA I | 203102720 | $0.00 | |
| CONTINENTAL AUTOMOTIVE GUADALAJARA | DELPHI P CHIHUAHUA I | 203102720 | $0.00 | |
| CONTINENTAL AUTOMOTIVE GUADALAJARA | DELPHI P PLANT 22 | 4560000152 | $0.00 | |
| CONTINENTAL AUTOMOTIVE GUADALAJARA | DELPHI P CHIHUAHUA I | 5500007227 | $0.00 | |
| CONTINENTAL AUTOMOTIVE GUADALAJARA | DELPHI P CHIHUAHUA I | P213135 | $0.00 | |
| CONTINENTAL AUTOMOTIVE GUADALAJARA | DELPHI P CHIHUAHUA I | P213161 | $0.00 | |
| CONTINENTAL AUTOMOTIVE GUADALAJARA | DELPHI P CHIHUAHUA I | P213941-00 | $0.00 | |
| CONTINENTAL AUTOMOTIVE GUADALAJARA | DELPHI P CHIHUAHUA I | P222651 | $0.00 | |
| CONTINENTAL AUTOMOTIVE GUADALAJARA | DELPHI P CHIHUAHUA I | P230181 | $0.00 | |

---

[1] The cure amounts, if any, relating to contracts noted with "*" are currently disputed pursuant to the procedures set forth in the Confirmed Plan and the December 10 Solicitation Procedures Order.

| Non-Debtor Counterparty | Applicable Manufacturing Facility | Contract(s) | Cure Amount (If Any)[2] | Rejected Contracts (If Any) |
|---|---|---|---|---|
| CONTINENTAL AUTOMOTIVE GUADALAJARA | DELPHI P CHIHUAHUA I | P230182 | $0.00 | |
| CONTINENTAL AUTOMOTIVE GUADALAJARA | DELPHI P CHIHUAHUA I | P232515 | $0.00 | |
| CONTINENTAL AUTOMOTIVE GUADALAJARA | DELPHI P CHIHUAHUA I | P233037 | $0.00 | |
| CONTINENTAL AUTOMOTIVE GUADALAJARA | DELPHI P CHIHUAHUA I | P234735 | $0.00 | |
| CONTINENTAL AUTOMOTIVE GUADALAJARA | DELPHI P CHIHUAHUA I | P237032 | $0.00 | |
| CONTINENTAL AUTOMOTIVE GUADALAJARA | DELPHI P CHIHUAHUA I | P237198 | $0.00 | |
| CONTINENTAL AUTOMOTIVE GUADALAJARA | DELPHI P CHIHUAHUA I | P237202 | $0.00 | |
| CONTINENTAL AUTOMOTIVE GUADALAJARA | DELPHI P CHIHUAHUA I | P237203 | $0.00 | |
| CONTINENTAL AUTOMOTIVE GUADALAJARA | DELPHI P CHIHUAHUA I | P247151 | $0.00 | |
| CONTINENTAL AUTOMOTIVE GUADALAJARA | DELPHI P CHIHUAHUA I | P250558 | $0.00 | |
| CONTINENTAL AUTOMOTIVE GUADALAJARA | DELPHI P CHIHUAHUA I | P250558-01 | $0.00 | |
| CONTINENTAL AUTOMOTIVE GUADALAJARA | DELPHI P CHIHUAHUA I | P250789 | $0.00 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

[2] The cure amounts, if any, relating to contracts noted with "*" are currently disputed pursuant to the procedures set forth in the Confirmed Plan and the December 10 Solicitation Procedures Order.

## Schedule 2 – Other Executory Contracts Or Unexpired Leases
## (Including Customer Contracts)

Unless identified as a rejected contract or lease pursuant to Article VIII of the Modified Plan, all contracts or leases primarily relating to business conducted at any of the Debtors' manufacturing facilities, including, but not limited to, the contracts and leases listed on this Schedule, will be assumed by the Debtors and assigned to Parnassus, **other than** contracts or leases primarily relating to (a) the Debtors' Steering business, including but not limited to, business conducted at the manufacturing facility in Saginaw, Michigan, (b) business conducted at the manufacturing facilities located in Grand Rapids, Michigan; Rochester, New York (excluding the Henrietta technical center); Kokomo, Indiana (including the Cuneo Warehouse, and including the technical center); and Lockport, New York (including the technical center), and (c) business conducted at certain manufacturing facilities located in Athens, Alabama; Fitzgerald, Georgia; New Castle, Indiana; Olathe, Kansas; Flint, Michigan; Saginaw, Michigan (Chassis); Clinton, Mississippi; Columbus, Ohio; Cortland, Ohio; Dayton, Ohio; Kettering, Ohio; Ravenna, Ohio; Warren, Ohio; Columbia, Tennessee; and Oak Creek, Wisconsin.

| Non-Debtor Counterparty | Applicable Manufacturing Facility | Contract(s) | Cure Amount (If Any)[1] | Rejected Contracts (If Any) |
|---|---|---|---|---|
| CONTINENTAL AUTOMOTIVE SYSTEMS US I | DELPHI P CHIHUAHUA I | 203102154 | $0.00 | |
| CONTINENTAL AUTOMOTIVE SYSTEMS US I | DELPHI P CHIHUAHUA I | 203102154 | $0.00 | |
| CONTINENTAL AUTOMOTIVE SYSTEMS US I | DELPHI P CHIHUAHUA I | 203102608 | $0.00 | |
| CONTINENTAL AUTOMOTIVE SYSTEMS US I | DELPHI P CHIHUAHUA I | 203102611 | $0.00 | |
| CONTINENTAL AUTOMOTIVE SYSTEMS US I | DELPHI P CHIHUAHUA I | 203102720 | $0.00 | |
| CONTINENTAL AUTOMOTIVE SYSTEMS US I | DELPHI P CHIHUAHUA I | 203102720 | $0.00 | |
| CONTINENTAL AUTOMOTIVE SYSTEMS US I | DELPHI P CHIHUAHUA I | 5500007227 | $0.00 | |
| CONTINENTAL AUTOMOTIVE SYSTEMS US I | DELPHI P CHIHUAHUA I | P213135 | $0.00 | |
| CONTINENTAL AUTOMOTIVE SYSTEMS US I | DELPHI P CHIHUAHUA I | P213161 | $0.00 | |
| CONTINENTAL AUTOMOTIVE SYSTEMS US I | DELPHI P CHIHUAHUA I | P213941-00 | $0.00 | |
| CONTINENTAL AUTOMOTIVE SYSTEMS US I | DELPHI P CHIHUAHUA I | P222651 | $0.00 | |
| CONTINENTAL AUTOMOTIVE SYSTEMS US I | DELPHI P CHIHUAHUA I | P230181 | $0.00 | |
| CONTINENTAL AUTOMOTIVE SYSTEMS US I | DELPHI P CHIHUAHUA I | P230182 | $0.00 | |
| CONTINENTAL AUTOMOTIVE SYSTEMS US I | DELPHI P CHIHUAHUA I | P232515 | $0.00 | |

---

[1] The cure amounts, if any, relating to contracts noted with "*" are currently disputed pursuant to the procedures set forth in the Confirmed Plan and the December 10 Solicitation Procedures Order.

| Non-Debtor Counterparty | Applicable Manufacturing Facility | Contract(s) | Cure Amount (If Any)[2] | Rejected Contracts (If Any) |
|---|---|---|---|---|
| CONTINENTAL AUTOMOTIVE SYSTEMS US I | DELPHI P CHIHUAHUA I | P233037 | $0.00 | |
| CONTINENTAL AUTOMOTIVE SYSTEMS US I | DELPHI P CHIHUAHUA I | P234735 | $0.00 | |
| CONTINENTAL AUTOMOTIVE SYSTEMS US I | DELPHI P CHIHUAHUA I | P237032 | $0.00 | |
| CONTINENTAL AUTOMOTIVE SYSTEMS US I | DELPHI P CHIHUAHUA I | P237198 | $0.00 | |
| CONTINENTAL AUTOMOTIVE SYSTEMS US I | DELPHI P CHIHUAHUA I | P237202 | $0.00 | |
| CONTINENTAL AUTOMOTIVE SYSTEMS US I | DELPHI P CHIHUAHUA I | P237203 | $0.00 | |
| CONTINENTAL AUTOMOTIVE SYSTEMS US I | DELPHI P CHIHUAHUA I | P247151 | $0.00 | |
| CONTINENTAL AUTOMOTIVE SYSTEMS US I | DELPHI P CHIHUAHUA I | P250558 | $0.00 | |
| CONTINENTAL AUTOMOTIVE SYSTEMS US I | DELPHI P CHIHUAHUA I | P250558-01 | $0.00 | |
| CONTINENTAL AUTOMOTIVE SYSTEMS US I | DELPHI P CHIHUAHUA I | P250789 | $0.00 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

---

[2] The cure amounts, if any, relating to contracts noted with "*" are currently disputed pursuant to the procedures set forth in the Confirmed Plan and the December 10 Solicitation Procedures Order.

### Schedule 2 – Other Executory Contracts Or Unexpired Leases
### (Including Customer Contracts)

Unless identified as a rejected contract or lease pursuant to Article VIII of the Modified Plan, the contracts and leases primarily relating to the Debtors' Steering business, including, but not limited to, (a) business conducted at the manufacturing facility in Saginaw, Michigan and (b) the contracts and leases listed on this Schedule will be assumed by the Debtors and assigned to Steering Solutions Services Corporation.  In addition, unless identified as a rejected contract or lease pursuant to Article VIII of the Modified Plan, contracts and leases primarily relating to business conducted at the following manufacturing facilities of the Debtors, including, but not limited to, the contracts and leases listed on this Schedule, will be assumed by the Debtors and assigned to GM Components: Grand Rapids, Michigan; Rochester, New York (excluding the Henrietta technical center); Kokomo, Indiana (including the Cuneo Warehouse, and including the technical center); and Lockport, New York (including the technical center).

| Non-Debtor Counterparty | Applicable Manufacturing Facility | Contract(s) | Cure Amount (If Any)[1] | Rejected Contracts (If Any) |
|---|---|---|---|---|
| TEMIC AUTOMOTIVE OF N AMERICA | DELPHI D DELNOSA PLANT 5-6 | ZD214F | $0.00 | |
| TEMIC AUTOMOTIVE OF N AMERICA | DELPHI D DELNOSA PLANT 5-6 | ZN1242 | $0.00 | |
| TEMIC AUTOMOTIVE OF N AMERICA | DELPHI D DELNOSA PLANT 5-6 | ZN1366 | $0.00 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

---

[1] The cure amounts, if any, relating to contracts noted with "*" are currently disputed pursuant to the procedures set forth in the Confirmed Plan and the December 10 Solicitation Procedures Order.

## Schedule 2 – Other Executory Contracts Or Unexpired Leases
### (Including Customer Contracts)

Unless identified as a rejected contract or lease pursuant to Article VIII of the Modified Plan, all contracts or leases primarily relating to business conducted at any of the Debtors' manufacturing facilities, including, but not limited to, the contracts and leases listed on this Schedule, will be assumed by the Debtors and assigned to Parnassus, **other than** contracts or leases primarily relating to (a) the Debtors' Steering business, including but not limited to, business conducted at the manufacturing facility in Saginaw, Michigan, (b) business conducted at the manufacturing facilities located in Grand Rapids, Michigan; Rochester, New York (excluding the Henrietta technical center); Kokomo, Indiana (including the Cuneo Warehouse, and including the technical center); and Lockport, New York (including the technical center), and (c) business conducted at certain manufacturing facilities located in Athens, Alabama; Fitzgerald, Georgia; New Castle, Indiana; Olathe, Kansas; Flint, Michigan; Saginaw, Michigan (Chassis); Clinton, Mississippi; Columbus, Ohio; Cortland, Ohio; Dayton, Ohio; Kettering, Ohio; Ravenna, Ohio; Warren, Ohio; Columbia, Tennessee; and Oak Creek, Wisconsin.

| Non-Debtor Counterparty | Applicable Manufacturing Facility | Contract(s) | Cure Amount (If Any)[1] | Rejected Contracts (If Any) |
|---|---|---|---|---|
| SIEMENS | E&S | All contracts between SIEMENS and Delphi related to intellectual property. | $0.00 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

---

[1] The cure amounts, if any, relating to contracts noted with "*" are currently disputed pursuant to the procedures set forth in the Confirmed Plan and the December 10 Solicitation Procedures Order.

### Schedule 2 – Other Executory Contracts Or Unexpired Leases
### (Including Customer Contracts)

Unless identified as a rejected contract or lease pursuant to Article VIII of the Modified Plan, the contracts and leases primarily relating to the Debtors' Steering business, including, but not limited to, (a) business conducted at the manufacturing facility in Saginaw, Michigan and (b) the contracts and leases listed on this Schedule will be assumed by the Debtors and assigned to Steering Solutions Services Corporation.  In addition, unless identified as a rejected contract or lease pursuant to Article VIII of the Modified Plan, contracts and leases primarily relating to business conducted at the following manufacturing facilities of the Debtors, including, but not limited to, the contracts and leases listed on this Schedule, will be assumed by the Debtors and assigned to GM Components: Grand Rapids, Michigan; Rochester, New York (excluding the Henrietta technical center); Kokomo, Indiana (including the Cuneo Warehouse, and including the technical center); and Lockport, New York (including the technical center).

| Non-Debtor Counterparty | Applicable Manufacturing Facility | Contract(s) | Cure Amount (If Any)[1] | Rejected Contracts (If Any) |
|---|---|---|---|---|
| SIEMENS VDO AUTOMOTIVE CORP. | All contracts between SIEMENS VDO AUTOMOTIVE CORP. and Delphi related to products shipped to SIEMENS VDO AUTOMOTIVE CORP. from Delphi's DTI facility. | See prior column | $0.00 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

---

[1] The cure amounts, if any, relating to contracts noted with "*" are currently disputed pursuant to the procedures set forth in the Confirmed Plan and the December 10 Solicitation Procedures Order.

## Schedule 2 – Other Executory Contracts Or Unexpired Leases
### (Including Customer Contracts)

Unless identified as a rejected contract or lease pursuant to Article VIII of the Modified Plan, the contracts and leases primarily relating to the Debtors' Steering business, including, but not limited to, (a) business conducted at the manufacturing facility in Saginaw, Michigan and (b) the contracts and leases listed on this Schedule will be assumed by the Debtors and assigned to Steering Solutions Services Corporation. In addition, unless identified as a rejected contract or lease pursuant to Article VIII of the Modified Plan, contracts and leases primarily relating to business conducted at the following manufacturing facilities of the Debtors, including, but not limited to, the contracts and leases listed on this Schedule, will be assumed by the Debtors and assigned to GM Components: Grand Rapids, Michigan; Rochester, New York (excluding the Henrietta technical center); Kokomo, Indiana (including the Cuneo Warehouse, and including the technical center); and Lockport, New York (including the technical center).

| Non-Debtor Counterparty | Applicable Manufacturing Facility | Contract(s) | Cure Amount (If Any)[1] | Rejected Contracts (If Any) |
|---|---|---|---|---|
| SIEMENS VDO AUTOMOTIVE CORPORATION | All contracts between SIEMENS VDO AUTOMOTIVE CORPORATION and Delphi related to products shipped to SIEMENS VDO AUTOMOTIVE CORPORATION from Delphi's DTI facility. | See prior column | $0.00 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

---

[1] The cure amounts, if any, relating to contracts noted with "*" are currently disputed pursuant to the procedures set forth in the Confirmed Plan and the December 10 Solicitation Procedures Order.

## Schedule 2 – Other Executory Contracts Or Unexpired Leases
### (Including Customer Contracts)

Unless identified as a rejected contract or lease pursuant to Article VIII of the Modified Plan, the contracts and leases primarily relating to the Debtors' Steering business, including, but not limited to, (a) business conducted at the manufacturing facility in Saginaw, Michigan and (b) the contracts and leases listed on this Schedule will be assumed by the Debtors and assigned to Steering Solutions Services Corporation.  In addition, unless identified as a rejected contract or lease pursuant to Article VIII of the Modified Plan, contracts and leases primarily relating to business conducted at the following manufacturing facilities of the Debtors, including, but not limited to, the contracts and leases listed on this Schedule, will be assumed by the Debtors and assigned to GM Components: Grand Rapids, Michigan; Rochester, New York (excluding the Henrietta technical center); Kokomo, Indiana (including the Cuneo Warehouse, and including the technical center); and Lockport, New York (including the technical center).

| Non-Debtor Counterparty | Applicable Manufacturing Facility | Contract(s) | Cure Amount (If Any)[1] | Rejected Contracts (If Any) |
|---|---|---|---|---|
| SIEMENS VDO AUTOMOTIVE ELECTRONICS | DELPHI D DELNOSA PLANT 5-6 | 501103416 | $0.00 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

---

[1] The cure amounts, if any, relating to contracts noted with "*" are currently disputed pursuant to the procedures set forth in the Confirmed Plan and the December 10 Solicitation Procedures Order.