**HOGAN & HARTSON LLP**
Dena Copulsky Kaufman (DC-9222)
875 Third Avenue
New York, New York 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

Attorneys for XM Satellite Radio Inc.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- x
In re:                                                : Chapter 11
                                                      :
DELPHI CORPORATION, et. al,                           : Case No. 05-44481 (RDD)
                                                      : (Jointly Administered)
                   Debtors.                           :
                                                      :
                                                      :
-------------------------------------------------------------- x

**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that on July 17, 2009 the ***Objection of XM Satellite Radio Inc. to the Debtors's Proposed Assumption and Assignment of Executory Contracts to Parnassus Holdings II, LLC*** (the "Objection") was filed with the Clerk of Court using the ECF system which will send notification of such filing to counsel of record which are participants in the ECF.

   The undersigned further certifies that on July 17, 2009, the Objection was served on the following parties via Federal Express Priority Overnight (delivery next business morning):

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Att'n: General Counsel

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(800) 718-5305
Att'n: John Wm. Butler, Jr.
Att'n: Ron E. Meisler

\\\NY - 068843/000022 - 1152424 v1

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Att'n: Kayalyn A. Marafioti
Att'n: Gregory W. Fox

United States Trustee
The Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, New York 10004
Att'n: Brian Masumoto

Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Att'n: Robert J. Rosenberg
Att'n: Mitchell A. Seider
Att'n: Mark A. Broude

Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10022
Att'n: Donald S. Bernstein
Att'n: Brian M. Resnick

Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019
Att'n: Richard Mancino
Att'n: Marc Abrams

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Att'n: John J. Rapisardi
Att'n: Oren B. Haker

United States Department of Justice
86 Chambers Street, 3rd Floor
New York, New York 10007
Att'n: Matthew L. Schwartz
Att'n: Joseph N. Cordaro

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Att'n: Jeffrey L. Tanenbaum
Att'n: Robert J. Lemons

Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
Att'n: Adam C. Harris
Att'n: David J. Karp

Honorable Robert D. Drain
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, New York 10004

Dated: July 17, 2009
      New York, New York

                    HOGAN & HARTSON LLP

                    By:   /s/ Dena Copulsky Kaufman
                         Dena Copulsky Kaufman (DC-9222)
                         875 Third Avenue
                         New York, New York 10022
                         (212) 918-3000 (telephone)
                         (212) 918-3100 (facsimile)

Attorneys for XM Satellite Radio Inc.