**FOLEY & LARDNER LLP**
Salvatore A. Barbatano
90 Park Avenue
New York, NY 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-2329

Judy A. O'Neill (admitted *Pro Hac Vice*)
500 Woodward Ave., Suite 2700
Detroit, MI 48226
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

*Attorneys for Inteva Products, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                              )
In re:                                            )
                                              )  Chapter 11
DELPHI CORPORATION, et al.,        )  Case No. 05-44481 (RDD)
                                            )  Jointly Administered
             Debtors.                     )
-------------------------------------------------------------x

       I hereby certify that on July 15, 2009, I caused to be electronically filed with the United States Bankruptcy Court for the Southern District of New York, the INTEVA PRODUCTS LLC'S LIMITED OBJECTION AND RESERVATION OF RIGHTS WITH RESPECT TO THE PLAN TO THE EXTENT SUCH PLAN DOES NOT PROVIDE FOR THE ASSUMPTION OF A CERTAIN EXECUTORY CONTRACT AND LEASE BETWEEN THE DEBTORS AND INTEVA, using the ECF system which will send notification of such filing to registered users in the case and caused to be served via messenger delivery on the following at the addresses set forth below:

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Att'n: General Counsel

Counsel For The Debtors
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(800) 718-5305
Att'n: John Wm. Butler, Jr.
Att'n: Ron E. Meisler

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Att'n: Kayalyn A. Marafioti
Att'n: Gregory W. Fox

United States Trustee
The Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, New York 10004
Att'n: Brian Masumoto

ORLA_1390795.1

| | |
|---|---|
| Counsel For The Creditors' Committee<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, New York 10022<br>Att'n: Robert J. Rosenberg<br>Att'n: Mitchell A. Seider<br>Att'n: Mark A. Broude | Counsel For The Postpetition Lenders<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, New York 10022<br>Att'n: Donald S. Bernstein<br>Att'n: Brian M. Resnick |
| Counsel For The Tranche C Collective<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, New York 10019<br>Att'n: Richard Mancino<br>Att'n: Marc Abrams | Counsel For The United States Department of the Treasury<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, New York 10281<br>Att'n: John J. Rapisardi<br>Att'n: Oren B. Haker |
| Counsel For The United States Department of Justice<br>United States Department of Justice<br>86 Chambers Street, 3rd Floor<br>New York, New York 10007<br>Att'n: Matthew L. Schwartz<br>Att'n: Joseph N. Cordaro | Counsel For General Motors Corporation<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Att'n: Jeffrey L. Tanenbaum<br>Att'n: Robert J. Lemons |
| Counsel For Parnassus Holdings II, LLC<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022<br>Att'n: Adam C. Harris<br>Att'n: David J. Karp | Honorable Robert D. Drain<br>United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>Courtroom: 610<br>New York, NY 10004-1408 |

Dated:    July 17, 2009
          Detroit, Michigan

FOLEY & LARDNER LLP

    /s/ Judy A. O'Neill
Judy A. O'Neill (admitted *Pro Hac Vice*)
500 Woodward Ave., Suite 2700
Detroit, MI 48226
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

*Attorneys for Inteva Products, LLC*

2