**FOLEY & LARDNER LLP**

Salvatore A. Barbatano
90 Park Avenue
New York, NY 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-2329

Judy A. O'Neill (admitted *Pro Hac Vice*)
500 Woodward Ave., Suite 2700
Detroit, MI 48226
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

*Attorneys for PBR Tennessee, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               )
In re:                                                         )
                                                               )    Chapter 11
DELPHI CORPORATION, et al.,                                    )    Case No. 05-44481 (RDD)
                                                               )    Jointly Administered
          Debtors.                                             )
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

       I hereby certify that on July 14, 2009, I caused to be electronically filed with the United States Bankruptcy Court for the Southern District of New York, the PBR TENNESSEE, INC'S MOTION PURSUANT TO 11 U.S.C. § 107(b) AND FED. R. BANK. P. 9018, FOR AN ORDER AUTHORIZING IT TO FILE DOCUMENTS UNDER SEAL, using the ECF system which will send notification of such filing to registered users in the case; and caused to be served via electronic mail upon the parties listed on the Master Service List, if an electronic mail was not provided, via facsimile and if a facsimile was not provided via overnight delivery.

Dated:   July 17, 2009                    FOLEY & LARDNER LLP
           Detroit, Michigan

                                            /s/ Judy A. O'Neill
                                    Judy A. O'Neill (admitted *Pro Hac Vice*)
                                    500 Woodward Ave., Suite 2700
                                    Detroit, MI 48226
                                    Telephone: (313) 234-7100
                                    Facsimile: (313) 234-2800

                                    *Attorneys for PBR Tennessee, Inc.*

ORLA_1390017.2