CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York  10006
(212) 225-2000
Deborah M. Buell

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
Garden City, New York  11530
(516) 741-6565
Alan E. Marder

*Attorneys for UBS Securities LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, et al.<br><br>Debtors. | Chapter 11<br>Case No. 05-44481 (RDD)<br>(Jointly Administered)<br><br>CERTIFICATE OF SERVICE |

    I, Andrew M. Scott, an attorney admitted to practice before the courts of the State of New York and the Assistant Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

    On the 16th day of July 2009, the Joinder of UBS Securities LLC to Limited Objection and Reservation of Rights of Appaloosa Management L.P. and A-D Acquisition Holdings, LLC with Respect to the Debtors' Plan Modification Approval Motion and Related Documents was served by Federal Express upon:

**BY FEDERAL EXPRESS**
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY  10019
Attn:  Richard Mancino
Attn:  Marc Abrams

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Attn: John J. Rapisardi
Attn: Oren B. Haker

United States Department of Justice
86 Chambers Street, 3rd Floor
New York, NY 10007
Attn: Matthew L. Schwartz
Attn: Joseph Cordaro

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Jeffrey L. Tanenbaum
Attn: Robert J. Lemons

Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
Attn: Adam C. Harris
Attn: David J. Karp

Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Attn: Robert J. Rosenberg
Attn: Mitchell A. Seider
Attn: Mark A. Broude

Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10022
Attn: Donald S. Bernstein
Attn: Brian M. Resnick

The Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004
Attn: Brian Masumoto

Skadden, Arps, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attn: Kayalyn A. Marafioti
Attn: Gregory W. Fox

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel

Skadden, Arps, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
Attn: John Wm. Butler, Jr.
Attn: Ron E. Meisler

2. This service was made by an assistant managing clerk of this firm under my general supervision.

Dated: New York, New York
July 17, 2009

/s/Andrew M. Scott
Andrew M. Scott

3