# EXHIBIT A

Honorable Robert D. Drain, United States
Bankruptcy Judge
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green, Room 632
New York, New York 10004

Delphi Corporation
Attention: General Counsel
5725 Delphi Drive
Troy, Michigan 48098

Skadden, Arps, Slate, Meagher & Flom LLP
Attention: John Wm. Butler, Jr. and Ron E. Meisler
155 North Wacker Drive
Chicago, Illinois 60606

Skadden, Arps, Slate, Meagher & Flom LLP
Attention: Kayalyn A. Marafioti and Gregory W. Fox
Four Times Square
New York, New York 10036

The Office of the United States Trustee for the
Southern District of New York
Attention: Brian Masumoto
33 Whitehall Street, Suite 2100
New York, New York 10004

Latham & Watkins LLP
Attention: Robert J. Rosenberg, Mark A. Broude, and Mitchell A. Seider
885 Third Avenue
New York, New York 10022

Davis Polk & Wardwell
Att'n: Donald Bernstein and Brian Resnick
450 Lexington Avenue
New York, New York 10017

Willkie Farr & Gallagher LLP
Attention: Richard Mancino and Marc Abrams
787 Seventh Avenue
New York, New York 10019

Cadwalader, Wickersham & Taft LLP
Attention: John J. Rapisardi and Oren B. Haker
OneWorld Financial Center
New York, New York 10281

United States Department of Justice
Attention: Matthew L. Schwartz and Joseph N. Cordaro
86 Chambers Street, 3rd Floor
New York, New York 10007

Weil, Gotshal & Manges LLP
Attention: Jeffrey L. Tanenbaum and Robert J. Lemons
767 Fifth Avenue
New York, New York 10153

Schulte Roth & Zabel LLP
Attention: Adam C. Harris and David J. Karp
919 Third Avenue
New York, New York 10022

ELDS01 ANAMENYE 236084v1