BARNES & THORNBURG LLP
Attorneys for Continental AG and Affiliates
One North Wacker Drive, Suite 4400
Chicago, IL 60606-2833
Telephone: (312) 357-1313
Facsimile: (312) 759-5646

John T. Gregg, Admitted Pro Hac Vice
Telephone: (616) 742-3945
Email: jgregg@btlaw.com

Peter A. Clark
Telephone: (312) 214-5668
Email: pclark@btlaw.com

Andrew J. Namenye
Telephone: (574) 237-1169
Email: anamenye@btlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | No. 05-44481 (RDD) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

| Document Served: - | OBJECTION OF CONTINENTAL AG AND AFFILIATES TO (I) NOTICE OF ASSUMPTION AND ASSIGNMENT WITH RESPECT TO CERTAIN EXECUTORY CONTRACTS OR UNEXPIRED LEASES TO BE ASSUMED AND ASSIGNED TO PARNASSUS HOLDINGS II, LLC UNDER MODIFIED PLAN OF REORGANIZATION AND (II) NOTICE OF ASSUMPTION AND ASSIGNMENT WITH RESPECT TO CERTAIN EXECUTORY CONTRACTS OR UNEXPIRED LEASES TO BE ASSUMED AND ASSIGNED TO GM COMPONENTS HOLDINGS, LLC OR STEERING SOLUTIONS SERVICES CORPORATION, AS APPLICABLE, UNDER MODIFIED PLAN OF REORGANIZATION |
|---|---|

The undersigned certifies that a copy of the document(s) listed above was served upon the parties listed on the attached <u>Exhibit A</u> at their respective addresses by overnight courier on the date indicated below.

Dates: July 17, 2009

I declare that the statement above is true to the best of my information, knowledge and belief.

/s/John T. Gregg
John T. Gregg, Admitted Pro Hac Vice
Barnes & Thornburg LLP