**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                                                                Case No.: 05-44481
                                                                                                              Chapter 11
DELPHI CORPORATION, et al.,                                                       Hon. Robert D. Drain
                                        Debtor
---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, David M. Eisenberg, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Martinrea International, Inc., a creditor in the above-referenced proceeding.

*I certify that I am a member in good standing* of the bar in the State of Michigan and, if applicable, the bar of the U.S. District Court for the Eastern District of Michigan. My address is Erman, Teicher, Miller, Zucker & Freedman, P.C., 400 Galleria Officentre, Suite 444, Southfield, MI 48034; my e-mail address is deisenberg@ermanteicher.com; and my telephone number is (248) 827-4100.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

                                                              ERMAN, TEICHER, MILLER,
                                                              ZUCKER & FREEDMAN, P.C.

                                                              By:   */s/ David M. Eisenberg*
                                                                   David M. Eisenberg
                                                                   400 Galleria Officentre, Ste. 444
                                                                   Southfield, MI  48034
                                                                   Tel:    248/827-4100
                                                                   Fax:   248/827-4106
                                                                   deisenberg@ermanteicher.com

DATED:        July 17, 2009

F:\CHAP11\delphi\Martinrea\Eisenberg - Pro Hac Vice Admission\motion for pro hac vice admission - eisenberg.doc