**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
In re:                                                                                    Case No.: 05-44481
                                                                                               Chapter 11
DELPHI CORPORATION, et al.,                                            Hon. Robert D. Drain
                                        Debtor
-------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of David M. Eisenberg, to be admitted, ***pro hac vice***, to represent Martinrea International, Inc., (the "Client") a creditor in the above-referenced proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Michigan and, if applicable, the bar of the U.S. District Court for the Eastern District of Michigan, it is hereby

**ORDERED**, that David M. Eisenberg, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, subject to the payment of the filing fee.

Dated: _____        _____
                                                                     UNITED STATES BANKRUPTCY JUDGE

F:\CHAP11\delphi\Martinrea\Eisenberg - Pro Hac Vice Admission\order for pro hac vice admission - eisenberg.doc