CARSON FISCHER, P.L.C.
*Counsel for Bing Metals Group, LLC.*
4111 Andover Road, West-2nd Floor
Bloomfield Hills, MI 48302
(248) 644-4840
Patrick J. Kukla (P60465)


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                                             :
In re:                                                       :          Chapter 11
                                                             :          Case No.: 05-44481 (RDD)
DELPHI CORPORATION, *et al.*,                                :          (Jointly Administered)
                                                             :
            Debtors.                                         :
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that papers were served as follows:

1.      Papers Served:        Bing Metals Group, LLC's Limited Objection to Notice of
                              Assumption and Assignment With Respect to Certain
                              Executory Contracts or Unexpired Leases to be Assumed
                              and Assigned to Parnassus Holdings II, LLC Under
                              Modified Plan of

2.      Served Upon:          Honorable Robert D. Drain
                              US Bankruptcy Court for the Southern District of NY
                              One Bowling Green, Room 632
                              New York, Ney York 10004

                              Delphi Corporation
                              Attn: General Counsel
                              5725 Delphi Drive
                              Troy, Michigan 48098

                              Skadden, Arps, Slate, Meagher & Flom LLP
                              Attn: John Wm. Butler, Jr. and Ron E. Meisler
                              155 North Wacker Drive
                              Chicago, Illinois 60606

Skadden, Arps, Slate, Meagher & Flom LLP
Attn:  Kayalyn A Marafioti and Gregory W. Fox
Four Times Square
New York, New York 10036

Office of the US Trustee/Southern Dist of NY
Attn:  Brian Masumoto
33 Whitehall Street, Suite 2100
New York, New York  10004

Latham & Watkins, LLP
Attn:  Robert Rosenberg, Mark Broude, Mithcell Seider
885 Third Avenue
New York, New York  10022

Davis, Polk & Wardwell
Attn:  Donald Bernstein and Brian Resnick
450 Lexington Avenue
New York, New York 10017

Willkie Farr & Gallagher LLP
Attn:  Richard Mancino and Marc Abrams
787 Seventh Avenue
New York, New York  10019

Cadwalader, Wickersham & Taft LLP
Attn:  John Rapisardi and Oren Haker
One World Financial Center
New York, New York  10281

US Department of Justice
Attn:  Matthew Schwartz and Joseph Cordaro
86 Chambers Street, 3rd Floor
New York, New York  10007

Weil, Gotshal & Manges, LLP
Attn:  Jeffrey Tanenbaum and Robert Lemons
767 Fifth Avenue
New York, New York 10153

Schulte Roth & Zabel LLP
Attn:  Adam Harris and David Karp
919 Third Avenue
New York, New York 10022

3.    Date of Service:    July 17, 2009

4.    Method of Service:    Federal Express – Standard Overnight Delivery

_/s/  Patrick J. Kukla_