# EXHIBIT A

Honorable Robert D. Drain, United States
Bankruptcy Judge
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green, Room 632
New York, New York 10004
*(via Federal Express only)*

Kayalyn A. Marafioti, Esq.
Gregory W. Fox, Esq.
Skadden Arps Slate Meagher & Flom LLP
4 Times Square
New York, NY 10036
*Facsimile: 212-735-2000*

Robert J. Rosenberg, Esq.
Mitchell A. Seider, Esq.
Mark A. Broude, Esq.
Latham & Wakins LLP
885 Third Avenue
New York, NY 10022
*Facsimile: 212-751-4864*

Richard Mancino, Esq.
Marc Abrams, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
*Facsimile: 212-728-9243*
            *212-728-8111*

Matthew L. Schwartz, Esq.
Joseph N. Cordaro, Esq.
U.S. Department of Justice
86 Chambers Street, 3rd Floor
New York, NY 10007
*Facsimile: 212-637-2750*

Adam C. Harris, Esq.
David J. Karp, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
*Facsimile: 212-593-5955*
GRDS01 PMEARS 384431v2

John Wm. Butler, Jr., Esq.
Ron E. Meisler, Esq.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
*Facsimile: 312-407-0411*

Brian Masumoto, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
*Facsimile: 212-668-2255*

Donald S. Bernstein, Esq.
Brian M. Resnick, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
*Facsimile: 212-701-5092*
            *212-701-5213*

John J. Rapisardi, Esq.
Oren B. Haker, Esq.
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
*Facsimile: 212-504-6666*

Jeffrey L. Tanenbaum, Esq.
Robert J. Lemons, Es.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
*Facsimile: 212-310-8007*

Delphi Corporation
Attention: General Counsel
5725 Delphi Drive
Troy, Michigan 48098