David A. Rosenzweig
Johnathan C. Bolton
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York 10103
Telephone:    (212) 318-3000
Facsimile:    (212) 318-3400

Vincent A. D'Agostino
Eric H. Horn
Joseph A. Becht, Jr.
LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2400

*Counsel to the AT&T Entities*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| | Case Nos. 05-44481 (RDD) |
| Delphi Corporation, *et. al.*, | (Jointly Administered) |
| Debtor. | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

EMILY RANIERI, being duly sworn, deposes and says:

1.  I am not a party to this action, am over 18 tears of age, and am employed by Fulbright & Jaworski, L.L.P. 666 Fifth Avenue, New York, New York 10103.

- 2 -

        2.        On July 15, 2009 I caused to be served, *Limited Objection of the AT&T Entities to the First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession, as Modified, including exhibit thereto*, in the above captioned action, upon the parties listed in the attached <u>Exhibit A</u> at their respective addresses by electronic mail, facsimile, overnight courier and/or by hand.

*[signature]*

Emily Ranieri

Sworn to before me this
17th day of July, 2009

*[signature]*

Notary Public

SYLVESTER HINDS
NOTARY PUBLIC, State of New York
No. 03-4819881
Qualified in Bronx & New York Counties
Commission Expires Oct. 31, 20 1☐

## EXHIBIT A

*By Facsimile & Overnight*
Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan 48098

*By Facsimile; E-Mail & Overnight*
John Wm. Butler, Jr., Esq.
Ron E. Meisler, Esq.
Skadden Arps Slate Meagher & Flom LLP
155 North Wacker Drive
Chicago, Illinois 60606

*By Facsimile; E- Mail & Overnight*
Kayalyn A. Marafioti, Esq.
Gregory W. Fox, Esq.
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, New York 10036

*By Facsimile; E- Mail & Overnight*
Robert J. Rosenberg, Esq.
Mark A. Broude, Esq.
Mitchell A. Seider, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022

*By Facsimile; E- Mail & Overnight*
Donald Bernstein, Esq.
Brian Resnick, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017

*By Facsimile; E- Mail & Overnight*
Marc Abrams, Esq.
Richard Mancino, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019

*By Facsimile; E- Mail & Overnight*
John Rapisardi, Esq.
Oren Haker, Esq.
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, New York 10281

*By Facsimile; E- Mail & Overnight*
Jeffrey L. Tanenbaum, Esq.
Robert Lemons, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

*By Facsimile; E- Mail & Overnight*
Adam Harris, Esq.
David Karp, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022

*By Hand*
Brian Masumoto, Esq.
Office of the US Trustee
33 Whitehall Street, Suite 2100
New York, New York 10004

*By Hand*
Matthew L. Schwartz, Esq.
Joseph N. Cordaro, Esq.
US Department of Justice
86 Chambers Street, Floor 3
New York, New York 10007