# MorrisonCohen LLP

Michael R. Dal Lago
Partner
(212) 735-8757
mdallago@morrisoncohen.com

July 17, 2009

**VIA HAND DELIVERY**

Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

Re:   *In re Delphi Corporation, et al.,*
      *Debtors and Debtors-in-Possession,*
      *Chapter 11 Case No. 05-44481 (RDD)*

Your Honor:

This firm, as well as the firm of Miller & Chevalier Chartered, represent Dennis Black, Charles Cunningham, and the Delphi Salaried Retiree Association (collectively, "Salaried Workers") in connection with the above-referenced chapter 11 case.

On Wednesday, July 15, 2009, the Salaried Workers filed their Objection to Debtors' Proposed Modifications to Debtors' First Amended Plan of Reorganization ("Objection").

As Your Honor will note, on page 3 of the Objection the Salaried Workers reference a Complaint to enjoin the Excom (as defined in the Objection), which at the time was being prepared for filing in the United States District Court for the Eastern District of Michigan ("District Court of Michigan"). The Objection goes on to say that once the Complaint is filed in the District Court of Michigan, the Complaint will be filed with this Court.

On July 16, 2009, the Salaried Workers filed the Complaint with the District Court of Michigan. To that extent, enclosed herewith please find a copy of the Complaint. A copy of this letter and the Complaint will also be filed on the Court's Electronic Case Filing System. Furthermore, all parties that received a copy of the Objection will receive a copy of the Complaint by electronic mail, facsimile or overnight delivery.

Respectfully submitted,

Michael R. Dal Lago

MDL:imr
Enc.

#1805746 v1 \021081 \0001

**MorrisonCohen**LLP

Honorable Robert D. Drain
July 17, 2009
Page 2

cc: Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Att'n: General Counsel

Counsel for The Debtors
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
Att'n: John Wm. Butler, Jr., Esq.
Att'n: Ron E. Meisler, Esq.

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Att'n: Kayalyn A. Marafioti, Esq.
Att'n: Gregory W. Fox, Esq.

United States Trustee
The Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, New York 10004
Att'n: Brian Masumoto, Esq.
Via Facsimile (212) 668-2255

Counsel for The Creditors' Committee
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Att'n: Robert J. Rosenberg, Esq.
Att'n: Mitchell A. Seider, Esq.
Att'n: Mark A. Broude, Esq.

Counsel for The Postpetition Lenders
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10022
Att'n: Donald S. Bernstein, Esq.
Att'n: Brian M. Resnick, Esq.

#1805746 v1 \021081 \0001

**Morrison**Cohen~LLP~

Honorable Robert D. Drain
July 17, 2009
Page 3

       Counsel for The Tranche C Collective
       Willkie Farr & Gallagher LLP
       787 Seventh Avenue
       New York, New York 10019
       Att'n: Richard Mancino, Esq.
       Att'n: Marc Abrams, Esq.

       Counsel for The United States Department of the Treasury
       Cadwalader, Wickersham & Taft LLP
       One World Financial Center
       New York, New York 10281
       Att'n: John J. Rapisardi, Esq.
       Att'n: Oren B. Haker, Esq.

       Counsel for The United States Department of Justice
       United States Department of Justice
       86 Chambers Street, 3rd Floor
       New York, New York 10007
       Att'n: Matthew L. Schwartz, Esq.
       Att'n: Joseph N. Cordaro, Esq.
       Via Facsimile No.: (212) 637-2684

       Counsel for General Motors Corporation
       Weil, Gotshal & Manges LLP
       767 Fifth Avenue
       New York, New York 10153
       Att'n: Jeffrey L. Tanenbaum, Esq.
       Att'n: Robert J. Lemons, Esq.

       Counsel for Parnassus Holdings II, LLC
       Schulte Roth & Zabel LLP
       919 Third Avenue
       New York, NY 10022
       Att'n: Adam C. Harris, Esq.
       Att'n: David J. Karp, Esq.