UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| _____x | | |
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et. al., | ) | Case No. 05-44481 (RDD) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| _____x | | |

## CERTIFICATE OF SERVICE

I, Gary Vist, do hereby state the foregoing **LIMITED OBJECTION OF AMERICAN AIKOKU ALPHA, INC. TO ASSUMPTION AND ASSIGNMENT WITH RESPECT TO CERTAIN EXECUTORY CONTRACTS OR UNEXPIRED LEASES TO BE ASSUMED AND ASSIGNED TO GM COMPONENTS HOLDINGS, LLC OR STEERING SOLUTIONS SERVICES CORPORATION, AS APPLICABLE, UNDER MODIFIED PLAN OF REORGANIZATION** was served upon the parties on the attached SERVICE LIST, via CM/ECF email, or via Federal Express overnight shipping, as necessary, on this 17th day of July, 2009.

/s/  Gary Vist

MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
203 North LaSalle Street, Suite 2500
Chicago, Illinois 60601-1262
(312)245-7500

N:\SYS23\2920\Proof of Service\00420009.doc

## SERVICE LIST

**Honorable Robert D. Drain**
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 610
New York, New York 10004

**General Counsel**
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098

**John Wm. Butler, Jr**
**Ron E. Meisler**
Skadden, Arps, Slate, Meagher & Flomm, LLP
155 North Wacker Drive
Chicago, Illinois 60606

**Kayalyn A. Marafioti**
**Gregory W. Fox**
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

**Brian Masumoto**
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

**Robert J. Rosenberg**
**Mark A. Broude**
**Mitchell A. Seider**
Latham & Watkins, LLP
885 Third Avenue
New York, New York 10022

**Donald Bernstein**
**Brian Resnick**
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

1

**Richard Mancino**
**Marc Abrams**
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019

**John J. Rapisardi**
**Oren B. Haker**
Cadwalader, Wickersham & Taft, LLP
One World Financial Center
New York, New York 10281

**Matthew Schwartz**
**Joseph N. Cordaro**
United States Department of Justice
86 Chambers Street, 3rd Floor
New York, New York 10007

**Jeffrey L. Tanenbaum**
**Robert Lemons**
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York 10153

**Adam C. Harris**
**David J. Karp**
Schulte Roth & Zabel, LLP
919 Third Avenue
New York, New York 10022