| United States Bankruptcy Court<br>Southern District of New York<br>Delphi Corporation et al. Claims Processing<br>c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue<br>El Segundo, California 90245 | Administrative<br>Expense Claim<br>Form | |
|---|---|---|
| **Debtor against which claim is asserted:**<br>Delphi Corporation, et al. 05-44481 | **Case Name and Number**<br>In re Delphi Corporation., et al. 05-44481<br>Chapter 11, Jointly Administered | |
| NOTE: This form should not be used to make a claim in connection with a request for payment for goods or services provided to the Debtors prior to the commencement of the case. This Administrative Expense Claim Form is to be used solely in connection with a request for payment of an administrative expense arising after commencement of the case but prior to June 1, 2009, pursuant to 11 U.S.C. § 503. | | |
| **Name of Creditor**<br>*(The person or other entity to whom the debtor owes money or property)*<br>Microsoft Corporation and Microsoft Licensing, GP<br>Name and Address Where Notices Should be Sent<br>C/O Joseph E. Shickich, Jr.<br>Riddell Williams P.S.<br>1001 Fourth Avenue, Suite 4500<br>Seattle, WA 98154-1192<br>Telephone No.<br>206-624-3600/email: jshickich@riddellwilliams.com | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | **THIS SPACE IS FOR COURT USE ONLY** |
| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: | Check here if this claim ☐ replaces<br>☐ amends a previously filed claim, dated: _____ | |

1. BASIS FOR CLAIM
   - ☐ Goods sold
   - ☐ Services performed
   - ☐ Money loaned
   - ☐ Personal injury/wrongful death
   - ☐ Taxes
   - ☑ Other (Describe briefly) Licenses
   - ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - ☐ Wages, salaries, and compensation (Fill out below)
     Your social security number _____
     Unpaid compensation for services performed
     from _____ to _____
     (date)            (date)

2. DATE DEBT WAS INCURRED May 2009

3. IF COURT JUDGMENT, DATE OBTAINED:

4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM: $ 123,884.00
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

5. Brief Description of Claim (attach any additional information):
   Delphi Automotive Systems, LLC and Microsoft Licensing, GP, are parties to Enterprise Subscription Agreement, no. 1ES60204, with a start date of September 1, 2006 and an end date of August 31, 2026, and Enterprise Subscription 6 enrollment no. 7796574, with a start date of September 1, 2008, and an end date of August 31, 2011. Attached as Exhibit A is invoice no. 965815699, which was issued pursuant to those agreements. It is dated May 29, 2009, and has a payment due date of June 28, 2009. Debtor paid, on or about July 2, 2009, $442,097 on this invoice. As a result, there is a balance due and remaining of $123,884.
   Microsoft trusts and understands that this invoice will be paid in the ordinary course. However, as a precaution, Microsoft files this administrative expense claim form since the amount reported herein is due and payable pursuant to applicable contract terms, and has not yet been paid.

6. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

7. SUPPORTING DOCUMENTS: *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Any attachment must be 8-1/2" by 11".

8. DATE-STAMPED COPY: To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

**THIS SPACE IS FOR COURT USE ONLY**

| Date<br>July 15, 2009 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br>Microsoft Corporation and Microsoft Licensing, GP, By: *[signature]*<br>Joseph E. Shickich, Jr., Of Riddell Williams P.S., their attorney | |


Exhibit A

# Microsoft Licensing, GP

## Invoice

Microsoft Licensing, GP
C/O Bank of America
Rt:026009593/Acct:3751205782 (wire)
Rt:111000012/acct:3751205782 (ACH)
1950 N Stemmons Fwy Ste 5010 LB #842467
DALLAS TX 75207
United States
Phone:
Telex:
Fax:

Bill to PO Number: 450820435
Purchase Order Date: 29-MAY-2009

Page No: 1

Document No: 9658155699
Document Date: 29-MAY-2009
Payment Due Date: 28-JUN-2009

Terms: Net payment due 30 days from invoice date

**BILL TO**
Delphi Automotive Systems, LLC Attn: Joe Piazza
Customer No: 0005125094
Contact:
5725 Delphi Drive, Mailstop 483-400-406,
Troy MI 48098-2815
United States
Customer VAT#:
Phone: 248-813-8032
Fax:

**INDIRECT RESELLER**
Contact:
Phone:
Fax:

**END CUSTOMER**
Delphi Automotive Systems, LLC
Public Customer Number: 96D52C61
Contact:
Phone: 248-813-1287
Fax:
Select Program Version: EU
Select Enrollment / Master No: 7796574 / 1ES60204

**SHIP TO**
Delphi Automotive Systems, LLC Attn: Tim Berger
Customer No: 0005125100
Contact:
5820 Delphi Drive
Troy MI 48098
United States
Phone: 810-845-3725
Fax:

| Line No. | Usage Country | Microsoft Part No. / Description | Lic. Type Level | Pool | Period | Reason Code & Description | Billing Option | Qty Ordered / Subscription Qty Ordered | Unit Price | Extended Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 000001 | United States | 021-05331 OfficeStd ALNG LicSAPk MVL | CUS-D | Enterprise Products | Sep2008-Aug2009 | | AE | 5,746.00 | 48.82 | 280,519.72 |
| 000002 | United States | W06-00022 CoreCAL ALNG LicSAPk MVL DvcCAL | CUS-D | Enterprise Products | Sep2008-Aug2009 | | AE | 5,746.00 | 24.54 | 141,006.84 |
| 000003 | United States | 359-00765 SQLCAL ALNG LicSAPk MVL DvcCAL | ACP-D | Enterprise Servers | Sep2008-Aug2009 | | AE | 5,746.00 | 21.56 | 123,883.76 |
| 000004 | United States | KLA-00178 OfficeCommsSvrStdCAL ALNG LicSAPk MVL DvcCAL | ACP-D | Enterprise Servers | Sep2008-Aug2009 | | AE | 5,746.00 | 3.58 | 20,570.68 |

**Total Sale** USD 565,981.00
**Tax Amount** USD 0.00
**Total Amount** USD 565,981.00

We hereby certify that the information on this invoice is true and correct.

Microsoft Licensing, GP

When invoices are reprinted, remittance information may change to reflect current invoicing operations.

EXHIBIT A