**Exhibit "A"**

| NAT ACT | CUST # | REF NUMBER | REF DATE | XREF NUMBER | DUE DT | AMOUNT | PO NUM. |
|---|---|---|---|---|---|---|---|
| 1783580 | 783570 | 1769587 | 5/27/2009 | 2901275 | 8/2/2009 | 213.00 | SAG90I2726 |
| 1783580 | 783570 | 1769590 | 5/27/2009 | 2921362 | 8/2/2009 | 472.50 | SAG90I2726 |
| 1783580 | 783570 | 1769809 | 5/28/2009 | 2921363 | 8/2/2009 | 472.50 | SAG90I2726 |
| 1783580 | 783570 | 1769908 | 5/29/2009 | 2923712 | 8/2/2009 | 232.00 | SAG90I2726 |
| 1783580 | 783570 | 1769948 | 5/29/2009 | 2921364 | 8/2/2009 | 472.50 | SAG90I2726 |
| 1783580 | 783570 | 1769950 | 5/29/2009 | 2923704 | 8/2/2009 | 78.81 | SAG90I4765 |
| 1783580 | 783570 | 1769956 | 5/29/2009 | 2924193 | 8/2/2009 | 12,806.40 | SAG90I2726 |
| 1783580 | 783570 | 1770090 | 6/1/2009 | 2898938 | 8/2/2009 | 472.50 | SAG90I2726 |
| 1783580 | 783570 | 1770092 | 6/1/2009 | 2903613 | 8/2/2009 | 213.00 | SAG90I2726 |
| 1783580 | 783570 | 1770099 | 6/1/2009 | 2925761 | 8/2/2009 | 213.00 | SAG90I2726 |
| 1783580 | 783570 | 1770101 | 6/1/2009 | 2897413 | 8/2/2009 | 39.15 | SAG90I2726 |

15,685.36

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:
SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



BILL TO:
ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI    48501-1550

SHIP TO:
DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI    48601
02901275

K509  1    783570

Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 3/09/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03094579 | 5/27/09 | 1769587 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG9012726 | 783569 | 800 | 32 | 00/00/00 | 05/27/09 | UPS2901275 | 1 | 20 | P | 5/27/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 3000 | 453675-00 | 26032988 | | 3000 | .0710 | 213.00 |
| | | ENG PERMIT #62670  SUPPLIER CODE 254508 | | | | |
| | | 1 BARCODE ON FRONT, 1 IN POUCH ON SIDE | | | | |
| | | CISCO CODE 44027 | | | | |
| | | FED-X ACCT# 167319220 | | | | |
| | | SHIPPER NUMBER: 02901275 | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶    213.00**

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:
SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



| BILL TO | SHIP TO |
|---|---|
| ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI     48501-1550 | DELPHI S PLANT 7 R&P GEARS<br>3900 EAST HOLLAND RD<br>SAGINAW MI     48601<br>02921362 |

K509  1    783570    Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 5/18/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03114089 | 5/27/09 | 1769590 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783569 | 800 | 32 | 00/00/00 | 05/27/09 | UPS2921362 | 3 | 39 | P | 5/27/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1050 | 538746-39 | 26032987 | | 1050 | .4500 | 472.50 |
| | | ENG PERMIT #62670  SUPPLIER CODE 254508 | | | | |
| | | 1 BARCODE ON FRONT, 1 IN POUCH ON SIDE | | | | |
| | | CISCO CODE 44027 | | | | |
| | | FED-X ACCT# 167319220 | | | | |
| | | SHIPPER NUMBER: 02921362 | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶    472.50**

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:
SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



| | | | |
|---|---|---|---|
| BILL TO | ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI    48501-1550 | SHIP TO | DELPHI S PLANT 7 R&P GEARS<br>3900 EAST HOLLAND RD<br>SAGINAW MI    48601<br>02921363 |

K510  1    783570    Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 5/18/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03114090 | 5/28/09 | 1769809 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG9012726 | 783569 | 800 | 32 | 00/00/00 | 05/28/09 | UPS2921363 | 3 | 39 | P | 5/28/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1050 | 538746-39 | 26032987 | | 1050 | .4500 | 472.50 |
| | | ENG PERMIT #62670   SUPPLIER CODE 254508 | | | | |
| | | 1 BARCODE ON FRONT, 1 IN POUCH ON SIDE | | | | |
| | | CISCO CODE 44027 | | | | |
| | | FED-X ACCT# 167319220 | | | | |
| | | SHIPPER NUMBER: 02921363 | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶    472.50**

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:
SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



| BILL TO | | SHIP TO | |
|---|---|---|---|
| ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI   48501-1550 | | DELPHI S PLANT 7 R&P GEARS<br>3900 EAST HOLLAND RD<br>SAGINAW MI   48601<br>02923712 | |

K21H  1         783570         Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 5/25/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03116368 | 5/29/09 | 1769908 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG9OI2726 | 783569 | 400 | 32 | 00/00/00 | 05/29/09 | IPS2923712 | 1 | 11 | P | 5/29/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1600 | 454060-75 | 26093072 | | 1600 | .1450 | 232.00 |
| | | ENG PERMIT #62670   SUPPLIER CODE 254508 | | | | |
| | | 1 BARCODE ON FRONT, 1 IN POUCH ON SIDE | | | | |
| | | CISCO CODE 44027 | | | | |
| | | FED-X ACCT# 167319220 | | | | |
| | | SHIPPER NUMBER: 02923712 | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶      232.00**

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



| BILL TO | SHIP TO |
|---|---|
| ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI            48501-1550 | DELPHI S PLANT 7 R&P GEARS<br>3900 EAST HOLLAND RD<br>SAGINAW MI            48601<br>02921364 |

K506  1            783570        Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 5/18/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03114091 | 5/29/09 | 1769948 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783569 | 800 | 32 | 00/00/00 | 05/29/09 | UPS2921364 | 3 | 39 | P | 5/29/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1050 | 538746-39 | 26032987 | | 1050 | .4500 | 472.50 |
| | | ENG PERMIT #62670  SUPPLIER CODE 254508 | | | | |
| | | 1 BARCODE ON FRONT, 1 IN POUCH ON SIDE | | | | |
| | | CISCO CODE 44027 | | | | |
| | | FED-X ACCT# 167319220 | | | | |
| | | SHIPPER NUMBER: 02921364 | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶**   472.50

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:
SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



| BILL TO | SHIP TO |
|---|---|
| ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI  48501-1550 | DELPHI S PLANT 7 R&P GEARS<br>3900 EAST HOLLAND RD<br>SAGINAW MI  48601<br>02923704 |

K506  1    783570    Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 5/25/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03116360 | 5/29/09 | 1769950 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I4765 | 783569 | 800 | 32 | 00/00/00 | 05/29/09 | UPS2923704 | 1 | 4 | P | 5/29/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 213 | 537500-39 | 26087235 | | 213 | .3700 | 78.81 |
| | | ENG PERMIT #62670  SUPPLIER CODE 254508 | | | | |
| | | 1 BARCODE ON FRONT, 1 IN POUCH ON SIDE | | | | |
| | | CISCO CODE 44027 | | | | |
| | | FED-X ACCT# 167319220 | | | | |
| | | SHIPPER NUMBER: 02923704 | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶   78.81**

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:
SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



| | | | | | | |
|---|---|---|---|---|---|---|
| BILL TO | ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI         48501-1550 | | SHIP TO | DELPHI S PLANT 3 PUMPS<br>3900 EAST HOLLAND RD<br>SAGINAW MI         48607<br>02924193 | | |

Please Refer To Invoice Number On All Inquiries

K506   1           783570

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 5/27/09 | COLLECT | CTII | 2ND DAY 2ND MO | 03116842 | 5/29/09 | 1769956 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783570 | 800 | 32 | 00/00/00 | 05/29/09 | 2924193 | 1 | 810 | P | 5/29/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 34800 | 534207-39 | 26043760 | | 34800 | .3680 | 12,806.40 |
| | | SUPPLIER CODE 005105598 | | | | |
| | | CISCO CODE 44023 | | | | |
| | | BEGIN PULL # /END # | | | | |
| | | SHIPPER NUMBER: 02924193 | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** ▶ 12,806.40

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



| BILL TO | ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI           48501-1550 | SHIP TO | DELPHI S PLANT 7 R&P GEARS<br>3900 EAST HOLLAND RD<br>SAGINAW MI         48601<br>02898938 |
|---|---|---|---|

K506   1            783570          Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 3/02/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03092314 | 6/01/09 | 1770090 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783569 | 800 | 32 | 00/00/00 | 06/01/09 | UPS2898938 | 3 | 39 | P | 6/01/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1050 | 538746-39 | 26032987 | | 1050 | .4500 | 472.50 |
| | | ENG PERMIT #62670  SUPPLIER CODE 254508 | | | | |
| | | 1 BARCODE ON FRONT, 1 IN POUCH ON SIDE | | | | |
| | | CISCO CODE 44027 | | | | |
| | | FED-X ACCT# 167319220 | | | | |
| | | SHIPPER NUMBER: 02898938 | | | | |

No Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** ▶ 472.50

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:
SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



**BILL TO:**
ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI                48501-1550

**SHIP TO:**
DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI              48601
02903613

K506  1           783570          Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 3/16/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03096871 | 6/01/09 | 1770092 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783569 | 800 | 32 | 00/00/00 | 06/01/09 | UPS2903613 | 1 | 20 | P | 6/01/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 3000 | 453675-00 | 26032988 | | 3000 | .0710 | 213.00 |
| | | ENG PERMIT #62670  SUPPLIER CODE 254508 | | | | |
| | | 1 BARCODE ON FRONT, 1 IN POUCH ON SIDE | | | | |
| | | CISCO CODE 44027 | | | | |
| | | FED-X ACCT# 167319220 | | | | |
| | | SHIPPER NUMBER: 02903613 | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶  213.00**

**ORIGINAL**

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755

 SKF

| BILL TO | SHIP TO |
|---|---|
| ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI          48501-1550 | DELPHI S PLANT 7 R&P GEARS<br>3900 EAST HOLLAND RD.<br>SAGINAW MI         48601<br>02925761 |

K506  1            783570            Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 6/01/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03118359 | 6/01/09 | 1770099 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783569 | 800 | 32 | 00/00/00 | 06/02/09 | UPS2925761 | 1 | 20 | P | 6/01/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 3000 | 453675-00 | 26032988 | | 3000 | .0710 | 213.00 |
| | | ENG PERMIT #62670  SUPPLIER CODE 254508 | | | | |
| | | 1 BARCODE ON FRONT, 1 IN POUCH ON SIDE | | | | |
| | | CISCO CODE 44027 | | | | |
| | | FED-X ACCT# 167319220 | | | | |
| | | SHIPPER NUMBER: 02925761 | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▸ 213.00**

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



| BILL TO | ACG SAGINAW DIV<br>ACCTS PAYABLE<br>PO BOX 1550<br>FLINT MI          48501-1550 | SHIP TO | DELPHI S PLANT 7 R&P GEARS<br>3900 EAST HOLLAND RD<br>SAGINAW MI          48601<br>02897413 |
|---|---|---|---|

| K25B | 1 | 783570 | Please Refer To Invoice Number On All Inquiries |
|---|---|---|---|

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 2/24/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03090848 | 6/01/09 | 1770101 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783569 | 400 | 32 | 00/00/00 | 06/01/09 | UPS2897413 | 1 | 3 | P | 6/01/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 270 | 454060-75 | 26093072 | | 270 | .1450 | 39.15 |
| | | ENG PERMIT #62670   SUPPLIER CODE 254508 | | | | |
| | | 1 BARCODE ON FRONT, 1 IN POUCH ON SIDE | | | | |
| | | CISCO CODE 44027 | | | | |
| | | FED-X ACCT# 167319220 | | | | |
| | | SHIPPER NUMBER: 02897413 | | | | |

No Merchandise May Be Returned Without Our Written Approval.  Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE ▶    39.15**