**Exhibit "B"**

**Delphi**
**ACG Saginaw Div**
**Seals Customer #: 783570**

| REFERENCE NUMBER | REFERENCE DATE | ITEM AMOUNT | PO/XREF NUMBER | PO NUM. |
|---|---|---|---|---|
| 1770289 | 06/02/09 | $192.85 | 27 | 2923713 SAG90I2726 |
| 1770304 | 06/02/09 | $315.00 | 27 | 2903612 SAG90I2726 |
| 1770307 | 06/02/09 | $573.50 | 27 | 2923705 SAG90I4765 |
| 1770309 | 06/02/09 | $976.00 | 27 | 2925532 SAG90I2726 |
| 1770520 | 06/03/09 | $472.50 | 27 | 2910126 SAG90I2726 |
| 1770530 | 06/03/09 | $573.50 | 27 | 2923706 SAG90I4765 |
| 1770662 | 06/04/09 | $315.00 | 27 | 2923686 SAG90I2726 |
| 1770672 | 06/04/09 | $585.00 | 27 | 2926303 SAG90I2726 |
| 1770781 | 06/05/09 | $472.50 | 27 | 2923687 SAG90I2726 |
| 1770784 | 06/05/09 | $213.00 | 27 | 2926742 SAG90I2726 |
| 1770957 | 06/08/09 | $573.50 | 27 | 2917658 SAG90I4765 |
| 1770958 | 06/08/09 | $315.00 | 27 | 2923688 SAG90I2726 |
| 1770968 | 06/08/09 | $1,170.00 | 27 | 2914819 SAG90I2726 |
| 1771163 | 06/09/09 | $284.00 | 27 | 2928009 SAG90I2726 |
| 1771186 | 06/09/09 | $472.50 | 27 | 2927434 SAG90I2726 |
| 1771326 | 06/10/09 | $315.00 | 27 | 2928008 SAG90I2726 |
| 1771547 | 06/11/09 | $472.50 | 27 | 2928473 SAG90I2726 |
| 1771666 | 06/12/09 | $315.00 | 27 | 2928752 SAG90I2726 |
| 1771814 | 06/15/09 | $472.50 | 27 | 2923689 SAG90I2726 |
| 1772012 | 06/16/09 | $315.00 | 27 | 2927435 SAG90I2726 |
| 1772024 | 06/16/09 | $284.00 | 27 | 2915788 SAG90I2726 |
| 1772240 | 06/17/09 | $472.50 | 27 | 2929887 SAG90I2726 |
| 1772366 | 06/18/09 | $315.00 | 27 | 2930200 SAG90I2726 |
| 1772476 | 06/19/09 | $472.50 | 27 | 2930500 SAG90I2726 |
| 1772761 | 06/23/09 | $232.00 | 27 | 2931208 SAG90I2726 |
| 1772814 | 06/23/09 | $573.50 | 27 | 2931202 SAG90I4765 |
| 1772881 | 06/23/09 | $12,806.40 | 27 | 2925614 SAG90I2726 |
| 1773131 | 06/25/09 | $232.00 | 27 | 2932042 SAG90I2726 |
| 1774057 | 07/06/09 | $140.30 | 27 | 2932876 SAG90I2726 |
| 1774965 | 07/13/09 | $90.28 | 27 | 2911775 SAG90I2726 |
| 1774966 | 07/13/09 | $1,039.50 | 27 | 2914838 SAG90I2726 |
| 1774968 | 07/13/09 | $315.00 | 27 | 2932317 SAG90I2726 |
| 1775144 | 07/14/09 | $1,039.50 | 27 | 2934746 SAG90I2726 |
| 1775145 | 07/14/09 | $315.00 | 27 | 2936586 SAG90I2726 |
| 1775146 | 07/14/09 | $142.00 | 27 | 2936596 SAG90I2726 |
| 1775261 | 07/15/09 | $232.00 | 27 | 2939696 SAG90I2726 |
| 1775333 | 07/15/09 | $1,039.50 | 27 | 2934747 SAG90I2726 |
| 1775335 | 07/15/09 | $315.00 | 27 | 2939694 SAG90I2726 |
| 1775469 | 07/16/09 | $1,039.50 | 27 | 2934748 SAG90I2726 |
| 1775470 | 07/16/09 | $315.00 | 27 | 2939982 SAG90I2726 |
| 1775524 | 07/16/09 | $3,940.91 | 27 | 2923733 SAG90I2726 |
| | | $34,745.24 | | |

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

**Mail Checks Payable To:**

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755




BILL TO
ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI 48501-1550

SHIP TO
DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI 48601
02898938

K506 1 783570

**Please Refer To Invoice Number On All Inquiries**

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 3/02/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03092314 | 6/01/09 | 1770090 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783569 | 800 | 32 | 00/00/00 | 06/01/09 | UPS2898938 | 3 | 39 | P | 6/01/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1050 | 538746-39 | 26032987 | | 1050 | .4500 | 472.50 |

ENG PERMIT #62670 SUPPLIER CODE 254508
1 BARCODE ON FRONT, 1 IN POUCH ON SIDE
CISCO CODE 44027
FED-X ACCT# 167319220
SHIPPER NUMBER: 02898938

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** 472.50

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

**Mail Checks Payable To:**

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



BILL TO
ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI 48501-1550

SHIP TO
DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI 48601
02903613

K506 1 783570

Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 3/16/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03096871 | 6/01/09 | 1770092 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783569 | 800 | 32 | 00/00/00 | 06/01/09 | UPS2903613 | 1 | 20 | P | 6/01/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 3000 | 453675-00 | 26032988 | | 3000 | .0710 | 213.00 |

ENG PERMIT #62670 SUPPLIER CODE 254508
1 BARCODE ON FRONT, 1 IN POUCH ON SIDE
CISCO CODE 44027
FED-X ACCT# 167319220
SHIPPER NUMBER: 02903613

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** 213.00

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



BILL TO:
ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI 48501-1550

SHIP TO:
DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI 48601
02925761

K506 1 783570

Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 6/01/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03118359 | 6/01/09 | 1770099 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783569 | 800 | 32 | 00/00/00 | 06/02/09 | UPS2925761 | 1 | 20 | P | 6/01/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 3000 | 453675-00 | 26032988 | | 3000 | .0710 | 213.00 |

ENG PERMIT #62670 SUPPLIER CODE 254508
1 BARCODE ON FRONT, 1 IN POUCH ON SIDE
CISCO CODE 44027
FED-X ACCT# 167319220
SHIPPER NUMBER: 02925761

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

TOTAL AMOUNT DUE 213.00

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



BILL TO:
ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI 48501-1550

SHIP TO:
DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI 48601
02897413

K25B 1 783570

Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 2/24/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03090848 | 6/01/09 | 1770101 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783569 | 400 | 32 | 00/00/00 | 06/01/09 | UPS2897413 | 1 | 3 | P | 6/01/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 270 | 454060-75 | 26093072 | | 270 | .1450 | 39.15 |
| | | ENG PERMIT #62670 SUPPLIER CODE 254508 | | | | |
| | | 1 BARCODE ON FRONT, 1 IN POUCH ON SIDE | | | | |
| | | CISCO CODE 44027 | | | | |
| | | FED-X ACCT# 167319220 | | | | |
| | | SHIPPER NUMBER: 02897413 | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

TOTAL AMOUNT DUE 39.15

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

**Mail Checks Payable To:**

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755




BILL TO:
ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI 48501-1550

SHIP TO:
DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI 48601
02923713

K20I 1 783570

**Please Refer To Invoice Number On All Inquiries**

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 5/25/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03116369 | 6/02/09 | 1770289 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783569 | 400 | 32 | 00/00/00 | 06/02/09 | UPS2923713 | 1 | 10 | P | 6/02/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1330 | 454060-75 | 26093072 | | 1330 | .1450 | 192.85 |

ENG PERMIT #62670 SUPPLIER CODE 254508
1 BARCODE ON FRONT, 1 IN POUCH ON SIDE
CISCO CODE 44027
FED-X ACCT# 167319220
SHIPPER NUMBER: 02923713

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** 192.85

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

**Mail Checks Payable To:**

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755




BILL TO
ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI 48501-1550

SHIP TO
DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI 48601
02903612

K510 1 783570

Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 3/16/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03096870 | 6/02/09 | 1770304 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783569 | 800 | 32 | 00/00/00 | 06/02/09 | UPS2903612 | 2 | 26 | P | 6/02/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 700 | 538746-39 | 26032987 | | 700 | .4500 | 315.00 |

ENG PERMIT #62670 SUPPLIER CODE 254508
1 BARCODE ON FRONT, 1 IN POUCH ON SIDE
CISCO CODE 44027
FED-X ACCT# 167319220
SHIPPER NUMBER: 02903612

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** 315.00

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:
SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



BILL TO
ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI 48501-1550

SHIP TO
DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI 48601
02923705

K510 1 783570

Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 5/25/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03116361 | 6/02/09 | 1770307 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I4765 | 783569 | 800 | 32 | 00/00/00 | 06/02/09 | UPS2923705 | 1 | 23 | P | 6/02/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1550 | 537500-39 | 26087235 | | 1550 | .3700 | 573.50 |
| | ENG PERMIT #62670 SUPPLIER CODE 254508 | | | | | |
| | 1 BARCODE ON FRONT, 1 IN POUCH ON SIDE | | | | | |
| | CISCO CODE 44027 | | | | | |
| | FED-X ACCT# 167319220 | | | | | |
| | SHIPPER NUMBER: 02923705 | | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

TOTAL AMOUNT DUE 573.50

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

**Mail Checks Payable To:**

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



BILL TO:
ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI 48501-1550

SHIP TO:
EUCLID INDUSTRIES INC
1655 TECH DRIVE
PLANT 32
BAY CITY MI 48706
02925532

K510 1 783570

Please Refer To Invoice Number On All Inquiries

INVOICE NO. 1770309

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date |
|---|---|---|---|---|---|
| 6/01/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03118130 | 6/02/09 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 257283 | 800 | 36 | 00/00/00 | 06/02/09 | UPS2925532 | 1 | 13 | P | 6/02/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1600 | 539290-75 | 26078142 | | 1600 | .6100 | 976.00 |
| | SUPPLIER CODE 005105598<br>CISCO CODE 44023<br>SHIPPER NUMBER: 02925532 | | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** 976.00

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



BILL TO
ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI 48501-1550

SHIP TO
DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI 48601
02910126

K511 1 783570

Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 4/07/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03103220 | 6/03/09 | 1770520 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783569 | 800 | 32 | 00/00/00 | 06/03/09 | UPS2910126 | 3 | 45 | P | 6/03/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1050 | 538746-39 | 26032987 | | 1050 | .4500 | 472.50 |

ENG PERMIT #62670 SUPPLIER CODE 254508
1 BARCODE ON FRONT, 1 IN POUCH ON SIDE
CISCO CODE 44027
FED-X ACCT# 167319220
SHIPPER NUMBER: 02910126

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

TOTAL AMOUNT DUE 472.50

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

**Mail Checks Payable To:**

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



BILL TO:
ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI 48501-1550

SHIP TO:
DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI 48601
02923706

K511 I 783570

**Please Refer To Invoice Number On All Inquiries**

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 5/25/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03116362 | 6/03/09 | 1770530 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I4765 | 783569 | 800 | 32 | 00/00/00 | 06/03/09 | UPS2923706 | 1 | 21 | P | 6/03/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1500 | 537500-39 | 26087235 | | 1550 | .3700 | 573.50 |

ENG PERMIT #62670 SUPPLIER CODE 254508
1 BARCODE ON FRONT, 1 IN POUCH ON SIDE
CISCO CODE 44027
FED-X ACCT# 167319220
SHIPPER NUMBER: 02923706

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** 573.50

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



BILL TO
ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI 48501-1550

SHIP TO
DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI 48601
02923686

K509 1 783570

Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 5/25/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03116342 | 6/04/09 | 1770662 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783569 | 800 | 32 | 00/00/00 | 06/04/09 | UPS2923686 | 2 | 30 | P | 6/04/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 700 | 538746-39 | 26032987 | | 700 | .4500 | 315.00 |

ENG PERMIT #62670 SUPPLIER CODE 254508
1 BARCODE ON FRONT, 1 IN POUCH ON SIDE
CISCO CODE 44027
FED-X ACCT# 167319220
SHIPPER NUMBER: 02923686

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

TOTAL AMOUNT DUE 315.00

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

**Mail Checks Payable To:**

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



BILL TO:
ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI 48501-1550

SHIP TO:
DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI 48601
02926303

K508 1 783570

Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 6/03/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03118857 | 6/04/09 | 1770672 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783569 | 800 | 32 | 00/00/00 | 06/04/09 | UPS2926303 | 2 | 60 | P | 6/04/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1500 | 539166-39 | 26045840 | | 1500 | .3900 | 585.00 |

ENG PERMIT #62670 SUPPLIER CODE 254508
1 BARCODE ON FRONT, 1 IN POUCH ON SIDE
CISCO CODE 44027
FED-X ACCT# 167319220
SHIPPER NUMBER: 02926303

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** 585.00

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



BILL TO
ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI 48501-1550

SHIP TO
DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI 48601
02923687

K507 1 783570

Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 5/25/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03116343 | 6/05/09 | 1770781 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783569 | 800 | 32 | 00/00/00 | 06/05/09 | UPS2923687 | 3 | 45 | P | 6/05/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1050 | 538746-39 | 26032987 | | 1050 | .4500 | 472.50 |

ENG PERMIT #62670 SUPPLIER CODE 254508
1 BARCODE ON FRONT, 1 IN POUCH ON SIDE
CISCO CODE 44027
FED-X ACCT# 167319220
SHIPPER NUMBER: 02923687

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced in Compliance With The Fair Labor Standards Act Of 1938, As Amended.

TOTAL AMOUNT DUE 472.50

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

**Mail Checks Payable To:**

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



BILL TO
ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI 48501-1550

SHIP TO
DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI 48601
02926742

K507 1 783570

**Please Refer To Invoice Number On All Inquiries**

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 6/04/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03119282 | 6/05/09 | 1770784 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783569 | 800 | 32 | 00/00/00 | 06/05/09 | UPS2926742 | 1 | 20 | P | 6/05/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 3000 | 453675-00 | 26032988 | | 3000 | .0710 | 213.00 |

ENG PERMIT #62670 SUPPLIER CODE 254508
1 BARCODE ON FRONT, 1 IN POUCH ON SIDE
CISCO CODE 44027
FED-X ACCT# 167319220
SHIPPER NUMBER: 02926742

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** 213.00

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



BILL TO:
ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI 48501-1550

SHIP TO:
DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI 48601
02917658

K512 1 783570 Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 5/04/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03110521 | 6/08/09 | 1770957 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I4765 | 783569 | 800 | 32 | 00/00/00 | 06/08/09 | UPS2917658 | 1 | 21 | P | 6/08/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1550 | 537500-39 | 26087235 | | 1550 | .3700 | 573.50 |
| | | ENG PERMIT #62670 SUPPLIER CODE 254508 | | | | |
| | | 1 BARCODE ON FRONT, 1 IN POUCH ON SIDE | | | | |
| | | CISCO CODE 44027 | | | | |
| | | FED-X ACCT# 167319220 | | | | |
| | | SHIPPER NUMBER: 02917658 | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

TOTAL AMOUNT DUE 573.50

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

**Mail Checks Payable To:**

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755




BILL TO
ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI 48501-1550

SHIP TO
DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI 48601
02923688

K512 1 783570

Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 5/25/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03116344 | 6/08/09 | 1770958 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783569 | 800 | 32 | 00/00/00 | 06/08/09 | UPS2923688 | 2 | 30 | P | 6/08/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 700 | 538746-39 | 26032987 | | 700 | .4500 | 315.00 |
| | | ENG PERMIT #62670 SUPPLIER CODE 254508 | | | | |
| | | 1 BARCODE ON FRONT, 1 IN POUCH ON SIDE | | | | |
| | | CISCO CODE 44027 | | | | |
| | | FED-X ACCT# 167319220 | | | | |
| | | SHIPPER NUMBER: 02923688 | | | | |

**No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.**
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** 315.00

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



BILL TO
ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI 48501-1550

SHIP TO
DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI 48601
02914819

K512 1 783570

Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 4/22/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03107782 | 6/08/09 | 1770968 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783569 | 800 | 32 | 00/00/00 | 06/08/09 | UPS2914819 | 4 | 120 | P | 6/08/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 3000 | 539166-39 | 26045840 | | 3000 | .3900 | 1,170.00 |

ENG PERMIT #62670 SUPPLIER CODE 254508
1 BARCODE ON FRONT, 1 IN POUCH ON SIDE
CISCO CODE 44027
FED-X ACCT# 167319220
SHIPPER NUMBER: 02914819

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

TOTAL AMOUNT DUE 1,170.00

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

**Mail Checks Payable To:**

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



BILL TO:
ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI 48501-1550

SHIP TO:
DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI 48601
02928009

K509 1 783570

Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 6/09/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03120498 | 6/09/09 | 1771163 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783569 | 800 | 32 | 00/00/00 | 06/09/09 | UPS2928009 | 2 | 26 | P | 6/09/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 4000 | 453675-00 | 26032988 | | 4000 | .0710 | 284.00 |

ENG PERMIT #62670 SUPPLIER CODE 254508
1 BARCODE ON FRONT, 1 IN POUCH ON SIDE
CISCO CODE 44027
FED-X ACCT# 167319220
SHIPPER NUMBER: 02928009

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced in Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** 284.00

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

**Mail Checks Payable To:**

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



BILL TO:
ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI 48501-1550

SHIP TO:
DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI 48601
02927434

K509 1 783570

**Please Refer To Invoice Number On All Inquiries**

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 6/08/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03119948 | 6/09/09 | 1771186 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783569 | 800 | 32 | 00/00/00 | 06/09/09 | UPS2927434 | 3 | 45 | P | 6/09/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1050 | 538746-39 | 26032987 | | 1050 | .4500 | 472.50 |

ENG PERMIT #62670 SUPPLIER CODE 254508
1 BARCODE ON FRONT, 1 IN POUCH ON SIDE
CISCO CODE 44027
FED-X ACCT# 167319220
SHIPPER NUMBER: 02927434

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** 472.50

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



BILL TO
ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI 48501-1550

SHIP TO
DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI 48601
02928008

K508 I 783570

Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 6/09/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03120497 | 6/10/09 | 1771326 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783569 | 800 | 32 | 00/00/00 | 06/10/09 | UPS2928008 | 2 | 30 | P | 6/10/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 700 | 538746-39 | 26032987 | | 700 | .4500 | 315.00 |

ENG PERMIT #62670 SUPPLIER CODE 254508
1 BARCODE ON FRONT, 1 IN POUCH ON SIDE
CISCO CODE 44027
FED-X ACCT# 167319220
SHIPPER NUMBER: 02928008

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

TOTAL AMOUNT DUE 315.00

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

**Mail Checks Payable To:**

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



**BILL TO**

ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI 48501-1550

**SHIP TO**

DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI 48601

02928473

K501 1 783570

Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 6/10/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03120940 | 6/11/09 | 1771547 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783569 | 800 | 32 | 00/00/00 | 06/11/09 | UPS2928473 | 3 | 45 | P | 6/11/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1050 | 538746-39 | 26032987 | | 1050 | .4500 | 472.50 |

ENG PERMIT #62670 SUPPLIER CODE 254508
1 BARCODE ON FRONT, 1 IN POUCH ON SIDE
CISCO CODE 44027
FED-X ACCT# 167319220
SHIPPER NUMBER: 02928473

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** 472.50

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

**Mail Checks Payable To:**

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



BILL TO
ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI 48501-1550

SHIP TO
DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI 48601
02928752

K501 1 783570

Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 6/11/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03121211 | 6/12/09 | 1771666 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783569 | 800 | 32 | 00/00/00 | 06/12/09 | UPS2928752 | 2 | 30 | P | 6/12/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 700 | 538746-39 | 26032987 | | 700 | .4500 | 315.00 |

ENG PERMIT #62670 SUPPLIER CODE 254508
1 BARCODE ON FRONT, 1 IN POUCH ON SIDE
CISCO CODE 44027
FED-X ACCT# 167319220
SHIPPER NUMBER: 02928752

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** 315.00

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

**Mail Checks Payable To:**

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755




BILL TO
ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI 48501-1550

SHIP TO
DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI 48601
02923689

K509 1 783570

**Please Refer To Invoice Number On All Inquiries**

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 5/25/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03116345 | 6/15/09 | 1771814 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783569 | 800 | 32 | 00/00/00 | 06/15/09 | UPS2923689 | 3 | 43 | P | 6/15/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1050 | 538746-39 | 26032987 | | 1050 | .4500 | 472.50 |

ENG PERMIT #62670 SUPPLIER CODE 254508
1 BARCODE ON FRONT, 1 IN POUCH ON SIDE
CISCO CODE 44027
FED-X ACCT# 167319220
SHIPPER NUMBER: 02923689

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** 472.50

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:
SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



BILL TO:
ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI 48501-1550

SHIP TO:
DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI 48601
02927435

K508 1 783570

Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 6/08/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03119949 | 6/16/09 | 1772012 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783569 | 800 | 32 | 00/00/00 | 06/16/09 | UPS2927435 | 2 | 26 | P | 6/16/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 700 | 538746-39 | 26032987 | | 700 | .4500 | 315.00 |

ENG PERMIT #62670 SUPPLIER CODE 254508
1 BARCODE ON FRONT, 1 IN POUCH ON SIDE
CISCO CODE 44027
FED-X ACCT# 167319220
SHIPPER NUMBER: 02927435

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** 315.00

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

**Mail Checks Payable To:**

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755




BILL TO
ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI 48501-1550

SHIP TO
DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI 48601
02915788

K508 1 783570

**Please Refer To Invoice Number On All Inquiries**

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 4/27/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03108714 | 6/16/09 | 1772024 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783569 | 800 | 32 | 00/00/00 | 06/16/09 | UPS2915788 | 2 | 26 | P | 6/16/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 4000 | 453675-00 | 26032988 | | 4000 | .0710 | 284.00 |

ENG PERMIT #62670 SUPPLIER CODE 254508
1 BARCODE ON FRONT, 1 IN POUCH ON SIDE
CISCO CODE 44027
FED-X ACCT# 167319220
SHIPPER NUMBER: 02915788

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** 284.00

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



BILL TO
ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI 48501-1550

SHIP TO
DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI 48601
02929887

K507 1 783570

Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 6/16/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03122311 | 6/17/09 | 1772240 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783569 | 800 | 32 | 00/00/00 | 06/17/09 | UPS2929887 | 3 | 39 | P | 6/17/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1050 | 538746-39 | 26032987 | | 1050 | .4500 | 472.50 |

ENG PERMIT #62670 SUPPLIER CODE 254508
1 BARCODE ON FRONT, 1 IN POUCH ON SIDE
CISCO CODE 44027
FED-X ACCT# 167319220
SHIPPER NUMBER: 02929887

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

TOTAL AMOUNT DUE 472.50

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



BILL TO
ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI 48501-1550

SHIP TO
DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI 48601
02930200

K511 1 783570

Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 6/17/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03122605 | 6/18/09 | 1772366 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783569 | 800 | 32 | 00/00/00 | 06/18/09 | UPS2930200 | 2 | 26 | P | 6/18/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 700 | 538746-39 | 26032987 | | 700 | .4500 | 315.00 |
| | | ENG PERMIT #62670 SUPPLIER CODE 254508 | | | | |
| | | 1 BARCODE ON FRONT, 1 IN POUCH ON SIDE | | | | |
| | | CISCO CODE 44027 | | | | |
| | | FED-X ACCT# 167319220 | | | | |
| | | SHIPPER NUMBER: 02930200 | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

TOTAL AMOUNT DUE 315.00

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:
SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755




BILL TO
ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI 48501-1550

SHIP TO
DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI 48601
02930500

K510 1 783570

Please Refer To Invoice Number On All Inquiries

INVOICE NO. 1772476

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date |
|---|---|---|---|---|---|
| 6/18/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03122890 | 6/19/09 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783569 | 800 | 32 | 00/00/00 | 06/19/09 | UPS2930500 | 3 | 39 | P | 6/19/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1050 | 538746-39 | 26032987 | | 1050 | .4500 | 472.50 |

ENG PERMIT #62670 SUPPLIER CODE 254508
1 BARCODE ON FRONT, 1 IN POUCH ON SIDE
CISCO CODE 44027
FED-X ACCT# 167319220
SHIPPER NUMBER: 02930500

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

TOTAL AMOUNT DUE 472.50

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



BILL TO

ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI 48501-1550

SHIP TO

DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI 48601
02931208

K20P 1 783570

Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 6/22/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03123580 | 6/23/09 | 1772761 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783569 | 400 | 32 | 00/00/00 | 06/23/09 | UPS2931208 | 1 | 11 | P | 6/23/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1600 | 454060-75 | 26093072 | | 1600 | .1450 | 232.00 |

ENG PERMIT #62670 SUPPLIER CODE 254508
1 BARCODE ON FRONT, 1 IN POUCH ON SIDE
CISCO CODE 44027
FED-X ACCT# 167319220
SHIPPER NUMBER: 02931208

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

TOTAL AMOUNT DUE 232.00

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



BILL TO
ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI 48501-1550

SHIP TO
DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI 48601
02931202

K503 1 783570 Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 6/22/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03123574 | 6/23/09 | 1772814 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I4765 | 783569 | 800 | 32 | 00/00/00 | 06/23/09 | UPS2931202 | 1 | 23 | P | 6/23/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1550 | 537500-39 | 26087235 | | 1550 | .3700 | 573.50 |
| | | ENG PERMIT #62670 SUPPLIER CODE 254508 | | | | |
| | | 1 BARCODE ON FRONT, 1 IN POUCH ON SIDE | | | | |
| | | CISCO CODE 44027 | | | | |
| | | FED-X ACCT# 167319220 | | | | |
| | | SHIPPER NUMBER: 02931202 | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced in Compliance With The Fair Labor Standards Act Of 1938, As Amended.

TOTAL AMOUNT DUE ▶ 573.50

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



BILL TO
ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI 48501-1550

SHIP TO
DELPHI S PLANT 3 PUMPS
3900 EAST HOLLAND RD
SAGINAW MI 48607
02925614

K503 1 783570

Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 6/01/09 | COLLECT | CTII | 2ND DAY 2ND MO | 03118212 | 6/23/09 | 1772881 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783570 | 800 | 32 | 00/00/00 | 06/23/09 | 2925614 | 2 9 | 810 | P | 6/23/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 34800 | 534207-39 | 26043760 | | 34800 | .3680 | 12,806.40 |
| | SUPPLIER CODE 005105598<br>CISCO CODE 44023<br>SHIPPER NUMBER: 02925614 | | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

TOTAL AMOUNT DUE ▶ 12,806.40

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755




BILL TO

ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI 48501-1550

SHIP TO

DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI 48601
02932042

K299 1 783570

Please Refer To Invoice Number On All Inquiries

INVOICE NO. 1773131

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date |
|---|---|---|---|---|---|
| 6/24/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03124386 | 6/25/09 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783569 | 400 | 32 | 00/00/00 | 06/25/09 | UPS2932042 | 1 | 11 | P | 6/25/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1600 | 454060-75 | 26093072 | | 1600 | .1450 | 232.00 |

ENG PERMIT #62670 SUPPLIER CODE 254508
1 BARCODE ON FRONT, 1 IN POUCH ON SIDE
CISCO CODE 44027
FED-X ACCT# 167319220
SHIPPER NUMBER: 02932042

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

TOTAL AMOUNT DUE 232.00

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



BILL TO:
ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI 48501-1550

SHIP TO:
EUCLID INDUSTRIES INC
1655 TECH DRIVE
PLANT 32
BAY CITY MI 48706
02932876

K507 1 783570

Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 6/29/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03125194 | 7/06/09 | 1774057 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 257283 | 800 | 36 | 00/00/00 | 07/06/09 | UPS2932876 | 1 | 3 | P | 7/06/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 230 | 539290-75 | 26078142 | | 230 | .6100 | 140.30 |
| | SUPPLIER CODE 005105598 | | | | | |
| | CISCO CODE 44023 | | | | | |
| | SHIPPER NUMBER: 02932876 | | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

TOTAL AMOUNT DUE 140.30

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:
SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



BILL TO
ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI 48501-1550

SHIP TO
EUCLID INDUSTRIES INC
1655 TECH DRIVE
PLANT 32
BAY CITY MI 48706
02911775

K512 I 783570

Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 4/13/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03104833 | 7/13/09 | 1774965 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 257283 | 800 | 36 | 00/00/00 | 07/13/09 | UPS2911775 | 1 | 2 | P | 7/13/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 148 | 539290-75 | 26078142 | | 148 | .6100 | 90.28 |
| | SUPPLIER CODE 005105598<br>CISCO CODE 44023<br>SHIPPER NUMBER: 02911775 | | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

TOTAL AMOUNT DUE 90.28

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

**Mail Checks Payable To:**

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755




BILL TO:
ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI 48501-1550

SHIP TO:
DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI 48601
02914838

K512 1 783570

Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 4/22/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03107801 | 7/13/09 | 1774966 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783569 | 800 | 32 | 00/00/00 | 07/13/09 | UPS2914838 | 3 | 84 | P | 7/13/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 2100 | 536375-39 | 26092767 | | 2100 | .4950 | 1,039.50 |
| | | ENG PERMIT #62670 SUPPLIER CODE 254508 | | | | |
| | | 1 BARCODE ON FRONT, 1 IN POUCH ON SIDE | | | | |
| | | CISCO CODE 44027 | | | | |
| | | FED-X ACCT# 167319220 | | | | |
| | | SHIPPER NUMBER: 02914838 | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** 1,039.50

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



BILL TO
ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI 48501-1550

SHIP TO
DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI 48601
02932317

K512 1 783570

Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 6/25/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03124653 | 7/13/09 | 1774968 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783569 | 800 | 32 | 00/00/00 | 07/13/09 | UPS2932317 | 2 | 26 | P | 7/13/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 700 | 538746-39 | 26032987 | | 700 | .4500 | 315.00 |
| | | ENG PERMIT #62670 SUPPLIER CODE 254508 | | | | |
| | | 1 BARCODE ON FRONT, 1 IN POUCH ON SIDE | | | | |
| | | CISCO CODE 44027 | | | | |
| | | FED-X ACCT# 167319220 | | | | |
| | | SHIPPER NUMBER: 02932317 | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** 315.00

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



BILL TO

ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI 48501-1550

SHIP TO

DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI 48601

02934746

K521 1 783570

Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 7/06/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03127046 | 7/14/09 | 1775144 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783569 | 800 | 32 | 00/00/00 | 07/14/09 | UPS2934746 | 3 | 84 | P | 7/14/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 2100 | 536375-39 | 26092767 | | 2100 | .4950 | 1,039.50 |

ENG PERMIT #62670 SUPPLIER CODE 254508
1 BARCODE ON FRONT, 1 IN POUCH ON SIDE
CISCO CODE 44027
FED-X ACCT# 167319220
SHIPPER NUMBER: 02934746

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

TOTAL AMOUNT DUE ▶ 1,039.50

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



BILL TO

ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI 48501-1550

SHIP TO

DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI 48601

02936586

K521 1 783570

Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 7/13/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03128802 | 7/14/09 | 1775145 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783569 | 800 | 32 | 00/00/00 | 07/14/09 | UPS2936586 | 2 | 26 | P | 7/14/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 700 | 538746-39 | 26032987 | | 700 | .4500 | 315.00 |
| | | ENG PERMIT #62670 SUPPLIER CODE 254508 | | | | |
| | | I BARCODE ON FRONT, I IN POUCH ON SIDE | | | | |
| | | CISCO CODE 44027 | | | | |
| | | FED-X ACCT# 167319220 | | | | |
| | | SHIPPER NUMBER: 02936586 | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** 315.00

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



BILL TO:
ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI 48501-1550

SHIP TO:
DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI 48601
02936596

K521 1 783570

Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 7/13/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03128812 | 7/14/09 | 1775146 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783569 | 800 | 32 | 00/00/00 | 07/14/09 | UPS2936596 | 1 | 14 | P | 7/14/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 2000 | 453675-00 | 26032988 | | 2000 | .0710 | 142.00 |

ENG PERMIT #62670 SUPPLIER CODE 254508
1 BARCODE ON FRONT, 1 IN POUCH ON SIDE
CISCO CODE 44027
FED-X ACCT# 167319220
SHIPPER NUMBER: 02936596

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

TOTAL AMOUNT DUE 142.00

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



BILL TO
ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI 48501-1550

SHIP TO
DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI 48601
02939696

K20K 1 783570

Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 7/14/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03131905 | 7/15/09 | 1775261 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P. or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783569 | 400 | 32 | 00/00/00 | 07/15/09 | UPS2939696 | 1 | 11 | P | 7/15/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1600 | 454060-75 | 26093072 | | 1600 | .1450 | 232.00 |

ENG PERMIT #62670 SUPPLIER CODE 254508
1 BARCODE ON FRONT, 1 IN POUCH ON SIDE
CISCO CODE 44027
FED-X ACCT# 167319220
SHIPPER NUMBER: 02939696

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** 232.00

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



BILL TO:
ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI 48501-1550

SHIP TO:
DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI 48601
02934747

K505 1 783570

Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 7/06/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03127047 | 7/15/09 | 1775333 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783569 | 800 | 32 | 00/00/00 | 07/15/09 | UPS2934747 | 3 | 84 | P | 7/15/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 2100 | 536375-39 | 26092767 | | 2100 | .4950 | 1,039.50 |
| | | ENG PERMIT #62670 SUPPLIER CODE 254508 | | | | |
| | | 1 BARCODE ON FRONT, 1 IN POUCH ON SIDE | | | | |
| | | CISCO CODE 44027 | | | | |
| | | FED-X ACCT# 167319220 | | | | |
| | | SHIPPER NUMBER: 02934747 | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

TOTAL AMOUNT DUE ▶ 1,039.50

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

Mail Checks Payable To:
SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



BILL TO:
ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI 48501-1550

SHIP TO:
DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI 48601
02939694

K505 1 783570

Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 7/14/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03131903 | 7/15/09 | 1775335 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783569 | 800 | 32 | 00/00/00 | 07/15/09 | UPS2939694 | 2 | 26 | P | 7/15/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 700 | 538746-39 | 26032987 | | 700 | .4500 | 315.00 |

ENG PERMIT #62670 SUPPLIER CODE 254508
1 BARCODE ON FRONT, 1 IN POUCH ON SIDE
CISCO CODE 44027
FED-X ACCT# 167319220
SHIPPER NUMBER: 02939694

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

TOTAL AMOUNT DUE 315.00

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

**Mail Checks Payable To:**

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755




BILL TO
ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI 48501-1550

SHIP TO
DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI 48601
02934748

K524 1 783570

Please Refer To Invoice Number On All Inquiries

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 7/06/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03127048 | 7/16/09 | 1775469 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783569 | 800 | 32 | 00/00/00 | 07/16/09 | UPS2934748 | 3 | 84 | P | 7/16/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 2100 | 536375-39 | 26092767 | | 2100 | .4950 | 1,039.50 |

ENG PERMIT #62670 SUPPLIER CODE 254508
1 BARCODE ON FRONT, 1 IN POUCH ON SIDE
CISCO CODE 44027
FED-X ACCT# 167319220
SHIPPER NUMBER: 02934748

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** 1,039.50

ORIGINAL

Telephone: (847) 742-7840
FAX: (847) 742-7845

**Mail Checks Payable To:**

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755



BILL TO:
ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI 48501-1550

SHIP TO:
DELPHI S PLANT 7 R&P GEARS
3900 EAST HOLLAND RD
SAGINAW MI 48601
02939982

K524 1 783570

**Please Refer To Invoice Number On All Inquiries**

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date | INVOICE NO. |
|---|---|---|---|---|---|---|
| 7/15/09 | COLLECT | UPSS | 2ND DAY 2ND MO | 03132182 | 7/16/09 | 1775470 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783569 | 800 | 32 | 00/00/00 | 07/16/09 | UPS2939982 | 2 | 26 | P | 7/16/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 700 | 538746-39 | 26032987 | | 700 | .4500 | 315.00 |

ENG PERMIT #62670 SUPPLIER CODE 254508
1 BARCODE ON FRONT, 1 IN POUCH ON SIDE
CISCO CODE 44027
FED-X ACCT# 167319220
SHIPPER NUMBER: 02939982

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced In Compliance With The Fair Labor Standards Act Of 1938, As Amended.

**TOTAL AMOUNT DUE** 315.00

ORIGINAL

Mail Checks Payable To:

SKF SEALING SOLUTIONS
A UNIT OF SKF USA INC
P.O. BOX 536755
ATLANTA, GA 30353-6755




Telephone: (847) 742-7840
FAX: (847) 742-7845

BILL TO:
ACG SAGINAW DIV
ACCTS PAYABLE
PO BOX 1550
FLINT MI 48501-1550

SHIP TO:
DELPHI S PLANT 3 PUMPS
3900 EAST HOLLAND RD
SAGINAW MI 48607
02923733

K508 1 783570

Please Refer To Invoice Number On All Inquiries

INVOICE NO. 1775524

| Date | F.O.B. | Via | Terms | Our Order No. | Invoice Date |
|---|---|---|---|---|---|
| 5/25/09 | COLLECT | CTII | 2ND DAY 2ND MO | 03116389 | 7/16/09 |

| Customer Order No. | Customer Code | Loc No. | Terr. | Acknowledged Date | Date Needed | B/L Or P.P. No. | Containers | Weight Lbs. | P.or F. | Date Shipped |
|---|---|---|---|---|---|---|---|---|---|---|
| SAG90I2726 | 783570 | 800 | 32 | 00/00/00 | 07/16/09 | 2923733 | 1 | 288 | P | 7/16/09 |

| QTY. ORDERED | STOCK/PART NO. | DESCRIPTION | BALANCE DUE | QTY. SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 34800 | 534207-39 | 26043760 | 24091 | 10709 | .3680 | 3,940.91 |
| | | SUPPLIER CODE 005105598 | | | | |
| | | CISCO CODE 44023 | | | | |
| | | SHIPPER NUMBER: 02923733 | | | | |

No Merchandise May Be Returned Without Our Written Approval. Any Discrepancies Must Be Reported Within 30 Days.
Goods Covered By This Invoice Were Produced in Compliance With The Fair Labor Standards Act Of 1938, As Amended.

TOTAL AMOUNT DUE 3,940.91