PEPPER HAMILTON LLP                                    **Hearing Date: TBD**
Nina M. Varughese, Esq. (NV 2347)
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4000
Facsimile: (215) 981-4750
E-mail: varughesen@pepperlaw.com

- and -

Henry J. Jaffe (DE No. 2987)
James C. Carignan (DE No. 4230)
Hercules Plaza, Suite 5100
1313 Market Street, P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
E-mail: jaffeh@pepperlaw.com
        carignanj@pepperlaw.com

Counsel for SKF USA Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | Chapter 11 |
| | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., | |
| | (Jointly Administered) |
| Debtors. | |
| | **Re: D.I. Nos. 17030, 17032** |

**CERTIFICATE OF SERVICE**

I, James C. Carignan, hereby certify that on July 17, 2009, I caused to be served the Limited Objection Of SKF USA Inc. To July 10, 2009 Notice Of Filing Of Notices Of Assumption And Assignment With Respect o Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To GM Components Holdings, LLC Or Steering Solutions

-7-

Services Corporation, As Applicable, Under Modified Plan Of Reorganization, upon the

following entities via overnight courier (for Monday delivery):

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel

John Wm. Butler, Jr., Esq.
Ron E. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Kayalyn A. Marafioti, Esq.
Gregory W. Fox, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Brian Masumoto, Esq.
The Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004

Robert J. Rosenberg, Esq.
Mitchell A. Seider, Esq.
Mark A. Broude, Esq.
Lathan & Watkins LLP
885 Third Avenue
New York, NY 10022

Donald S. Bernstein, Esq.
Brian M. Resnick, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10022

Richard Mancino, Esq.
Marc Abrams, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

John J. Rapisardi, Esq.
Oren B. Haker, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Matthew L. Schwartz, Esq.
Joseph N. Cordaro, Esq.
United States Department of Justice
86 Chambers Street, 3rd Floor
New York, NY 10007

Jeffrey L. Tanenbaum, Esq.
Robert J. Lemons, Esq.
Weil, Gotschal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Adam C. Harris, Esq.
David J. Karp, Esq.
Schulte Roth & Zabel LLP
919 third Avenue
New York, NY 10022

Dated: July 17, 2009

PEPPER HAMILTON LLP

/s/ James C. Carignan
Henry J. Jaffe (DE Bar No. 2987)
James C. Carignan (DE Bar No. 4230)
Hercules Plaza
Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

*Counsel for SKF USA Inc.*