**BUCHANAN INGERSOLL & ROONEY PC**
Magdeline D. Coleman
620 Eighth Avenue, 23rd Floor
New York, NY 10018
(212) 440-4400 (Telephone)
(212) 440-4401 (Facsimile)

and

50 South 16th Street, Suite 3200
Philadelphia, PA 19102
(215) 665-8700 (Telephone)
(215) 665-8760 (Facsimile)

Counsel for ATEL Leasing Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :    Chapter 11
In re:                                                        :
                                                              :    Case No. -05-44481 (RDD)
DELPHI CORPORATION, et al.,                                   :
                                                              :    (Jointly Administered)
                              Debtors.                        :
------------------------------------------------------------- X

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served ATEL Leasing Corporation's Limited Objection to Notice of Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to Parnassus Holdings II, LLC Under Modified Plan Of Reorganization upon the persons and entities listed on <u>Exhibit A</u> annexed hereto as noted thereon.

Dated:  July 17, 2009              BUCHANAN INGERSOLL & ROONEY PC
        Philadelphia, PA

                                    /s/ Magdeline D. Coleman
                                   Magdeline D. Coleman
                                   Two Liberty Place
                                   50 South 16th Street, Suite 3200
                                   Philadelphia, PA  19102-2555
                                   Tel:  (215) 665-8700
                                   Fax:  (215) 665-8760

# EXHIBIT "A"

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green, Room 632
New York, New York 10004

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Attn:  General Counsel

Counsel to Debtors
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, Illinois 60606
Attn:  John Wm. Butler, Jr. and
       Ron E. Meisler

Counsel to Debtors
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Attn:  Kayalyn A. Marafioti and
       Gregory W. Fox

Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
Attn:  Brian Masumoto

Counsel for the Official Committee of
Unsecured Creditors
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Attn:  Robert J. Rosenberg,
       Mark A. Broude and
       Mitchell A. Seider

Counsel for the Agent under the Postpetition
Credit Facility
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017
Attn:  Donald Bernstein and
       Brian Resnick

Counsel for the Tranche C Collective
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019
Attn:  Richard Mancino and
       Marc Abrams

Counsel for the United States Department
of the Treasury
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Attn:  John J. Rapisardi and
       Oren B. Haker

Counsel for the United States
Department of Justice
86 Chambers Street, 3rd Floor
New York, New York 10007
Attn:  Matthew L. Schwartz and
       Joseph N. Cordaro

Counsel for General Motors Corporation
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:  Jeffrey L. Tanenbaum and
       Robert J. Lemons

Counsel for Parnassus Holdings II, LLC
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022
Attn:  Adam C. Harris and
       David J. Karp