**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | Case No.  **05-44481** |
| Debtors. | |

**CERTIFICATE OF SERVICE**
**OF**
**LIMITED OBJECTION RELATING TO ASSUMPTION AND**
**ASSIGNMENT OF EXECUTORY CONTRACTS**

I, Karel S. Karpe hereby certifies that on July 19, 2009, I caused the *Errata Cover Page* for Corrected Caption and the Limited Objection Of United Parcel Service To July 10, 2009 Notice Of Filing Of Notices Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization, to be served on the following parties as indicated below:

**BY EMAIL AND ECF FILING**

Counsel to the Debtor
Skadden Arps Slate Meagher & Flom LLP
   John Wm. Butler Jr.
      jack.butler@skadden.com
   Ron E. Meisler
      ron.meisler@skadden.com
   Karalyn A. Marafioti
      kayalyn.marafioti@skadden.com
   Gregory W. Fox
   gregory.fox@skadden.com

Counsel for the Official Committee of Unsecured Creditors
Latham & Watkins
   Robert J. Rosenberg
      robert.rosenberg@lw.com
   Mark A. Broude
      Mark.Broude@lw.com
   Mitchell A. Seider
      Mitchell.Seider@lw.com

Counsel for the Agent under the Postpetition Credit Facility
Davis Polk & Wardwell
    Donald S. Bernstein
        donald.bernstein@davispolk.com
    Brian M. Resnick
        brian.resnick@davispolk.com

Counsel for the Tranche C Collective
Willkie Farr & Gallagher LLP
    Richard Mancino
        rmancino@willkie.com
    Marc Abrams
        mabrams@willkie.com

Counsel for the US Treasury
Cadwalader Wickersham & Taft LLP
    John J. Rapisardi
        john.rapisardi@cwt.com
    Oren B. Hacker
        oren.haker@cwt.com

Counsel for the US. Department of Justice
    Matthew L. Schwartz
        matthew.schwartz@usdoj.gov
    Joseph N. Cardaro
        joseph.cardaro@usdoj.gov

Counsel for General Motors Corporation
Weil, Gotshal & Manges LLP
    Jeffrey L. Tanenbaum
        jeff.tanenbaum@weil.com
    Robert J. Lemons
        robert.lemons@weil.com

Counsel for Parnassus Holdings II LLC
Schulte Roth & Zabel LLP
    Adam C. Harris
        adam.harris@srz.com
    David J. Karp
        david.karp@srz.com

**BY FACSIMILE TRANSMISSION**

Office of the US Trustee

    Brian Masumoto
    Fax No. (212) 668-2255

<u>Delphi Corporation</u>
David Sherbin, Esq., General Counsel
Delphi Corporation
Fax: 248-813-2491

                                              By: <u>/s/ Karel S. Karpe</u>_____
                                                   Karel S. Karpe
                                                   White and Williams LLP
                                                   One Penn Plaza, Suite 4110
                                                   New York, NY  10119

Dated: July 19, 2009