**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | Case No. **05-44481** |
| Debtors. |  |

**CERTIFICATE OF SERVICE**
**OF**
**LIMITED OBJECTION RELATING TO ASSUMPTION AND**
**<u>ASSIGNMENT OF EXECUTORY CONTRACTS</u>**

I, Karel S. Karpe hereby certifies that on July 19, 2009, I caused the *Errata Cover Page* for Corrected Caption and the Limited Objection Of Flextronics International Ltd., for itself and each and all of its subsidiaries and affiliated companies, to be served on the following parties as indicated below:

**BY EMAIL AND ECF FILING**

<u>Counsel to the Debtor</u>
Skadden Arps Slate Meagher & Flom LLP
    John Wm. Butler Jr.
        jack.butler@skadden.com
    Ron E. Meisler
        ron.meisler@skadden.com
    Karalyn A. Marafioti
        kayalyn.marafioti@skadden.com
    Gregory W. Fox
    gregory.fox@skadden.com

<u>Counsel for the Official Committee of Unsecured Creditors</u>
Latham & Watkins
    Robert J. Rosenberg
        robert.rosenberg@lw.com
    Mark A. Broude
        Mark.Broude@lw.com
    Mitchell A. Seider
        Mitchell.Seider@lw.com

Counsel for the Agent under the Postpetition Credit Facility
Davis Polk & Wardwell
    Donald S. Bernstein
        donald.bernstein@davispolk.com
    Brian M. Resnick
        brian.resnick@davispolk.com

Counsel for the Tranche C Collective
Willkie Farr & Gallagher LLP
    Richard Mancino
        rmancino@willkie.com
    Marc Abrams
        mabrams@willkie.com

Counsel for the US Treasury
Cadwalader Wickersham & Taft LLP
    John J. Rapisardi
        john.rapisardi@cwt.com
    Oren B. Hacker
        oren.haker@cwt.com

Counsel for the US. Department of Justice
    Matthew L. Schwartz
        matthew.schwartz@usdoj.gov
    Joseph N. Cardaro
        joseph.cardaro@usdoj.gov

Counsel for General Motors Corporation
Weil, Gotshal & Manges LLP
    Jeffrey L. Tanenbaum
        jeff.tanenbaum@weil.com
    Robert J. Lemons
        robert.lemons@weil.com

Counsel for Parnassus Holdings II LLC
Schulte Roth & Zabel LLP
    Adam C. Harris
        adam.harris@srz.com
    David J. Karp
        david.karp@srz.com


**BY FACSIMILE TRANSMISSION**

Office of the US Trustee
    Brian Masumoto
    Fax No. (212) 668-2255

<u>Delphi Corporation</u>
David Sherbin, Esq., General Counsel
Delphi Corporation
Fax: 248-813-2491

By: <u>/s/ Karel S. Karpe</u>
    Karel S. Karpe
White and Williams LLP
One Penn Plaza, Suite 4110
New York, NY  10119

Dated: July 19, 2009