CARSON FISCHER, P.L.C.
*Counsel for Findlay Industries, Inc.*
4111 Andover Road, West-2nd Floor
Bloomfield Hills, MI  48302
(248) 644-4840
Patrick J. Kukla (P60465)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
In re:                                                       :    Chapter 11
                                                             :    Case No.: 05-44481 (RDD)
DELPHI CORPORATION, *et al.*,                                :    (Jointly Administered)
                                                             :
           Debtors.                                          :
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that papers were served as follows:

1.   Papers Served:     Findlay Industries, Inc.'s Objection to Notice of Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to Parnassus Holdings II, LLC Under Modified Plan of Reorganization

2.   Served Upon:       Honorable Robert D. Drain
                        US Bankruptcy Court for the Southern District of NY
                        One Bowling Green, Room 632
                        New York, Ney York 10004

                        Delphi Corporation
                        Attn:  General Counsel
                        5725 Delphi Drive
                        Troy, Michigan  48098

                        Skadden, Arps, Slate, Meagher & Flom LLP
                        Attn:  John Wm. Butler, Jr. and Ron E. Meisler
                        155 North Wacker Drive
                        Chicago, Illinois  60606

Skadden, Arps, Slate, Meagher & Flom LLP
Attn:  Kayalyn A Marafioti and Gregory W. Fox
Four Times Square
New York, New York 10036

Office of the US Trustee/Southern Dist of NY
Attn:  Brian Masumoto
33 Whitehall Street, Suite 2100
New York, New York  10004

Latham & Watkins, LLP
Attn:  Robert Rosenberg, Mark Broude, Mithcell Seider
885 Third Avenue
New York, New York  10022

Davis, Polk & Wardwell
Attn:  Donald Bernstein and Brian Resnick
450 Lexington Avenue
New York, New York 10017

Willkie Farr & Gallagher LLP
Attn:  Richard Mancino and Marc Abrams
787 Seventh Avenue
New York, New York  10019

Cadwalader, Wickersham & Taft LLP
Attn:  John Rapisardi and Oren Haker
One World Financial Center
New York, New York  10281

US Department of Justice
Attn:  Matthew Schwartz and Joseph Cordaro
86 Chambers Street, 3rd Floor
New York, New York  10007

Weil, Gotshal & Manges, LLP
Attn:  Jeffrey Tanenbaum and Robert Lemons
767 Fifth Avenue
New York, New York 10153

Schulte Roth & Zabel LLP
Attn:  Adam Harris and David Karp
919 Third Avenue
New York, New York 10022

3. Date of Service: July 18, 2009

4. Method of Service: Federal Express – Priority Overnight Delivery

    /s/ Patrick J. Kukla