CARSON FISCHER, P.L.C.
*Counsel for Vitec, LLC.*
4111 Andover Road, West-2nd Floor
Bloomfield Hills, MI  48302
(248) 644-4840
Patrick J. Kukla (P60465)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                                                   :

In re:                                                        :        Chapter 11
                                                          :        Case No.: 05-44481 (RDD)
DELPHI CORPORATION, *et al.,*         :        (Jointly Administered)
                                                          :
        Debtors.                  :
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that papers were served as follows:

1.     Papers Served:     Vitec, LLC's Limited Objection to Notice of Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned

2.     Served Upon:     Honorable Robert D. Drain
                                        US Bankruptcy Court for the Southern District of NY
                                        One Bowling Green, Room 632
                                        New York, Ney York 10004

                                        Delphi Corporation
                                        Attn:  General Counsel
                                        5725 Delphi Drive
                                        Troy, Michigan  48098

                                        Skadden, Arps, Slate, Meagher & Flom LLP
                                        Attn:  John Wm. Butler, Jr. and Ron E. Meisler
                                        155 North Wacker Drive
                                        Chicago, Illinois  60606

Skadden, Arps, Slate, Meagher & Flom LLP
Attn:  Kayalyn A Marafioti and Gregory W. Fox
Four Times Square
New York, New York 10036

Office of the US Trustee/Southern Dist of NY
Attn:  Brian Masumoto
33 Whitehall Street, Suite 2100
New York, New York  10004

Latham & Watkins, LLP
Attn:  Robert Rosenberg, Mark Broude, Mithcell Seider
885 Third Avenue
New York, New York  10022

Davis, Polk & Wardwell
Attn:  Donald Bernstein and Brian Resnick
450 Lexington Avenue
New York, New York 10017

Willkie Farr & Gallagher LLP
Attn:  Richard Mancino and Marc Abrams
787 Seventh Avenue
New York, New York  10019

Cadwalader, Wickersham & Taft LLP
Attn:  John Rapisardi and Oren Haker
One World Financial Center
New York, New York  10281

US Department of Justice
Attn:  Matthew Schwartz and Joseph Cordaro
86 Chambers Street, 3rd Floor
New York, New York  10007

Weil, Gotshal & Manges, LLP
Attn:  Jeffrey Tanenbaum and Robert Lemons
767 Fifth Avenue
New York, New York 10153

Schulte Roth & Zabel LLP
Attn:  Adam Harris and David Karp
919 Third Avenue
New York, New York 10022

3. Date of Service: July 18, 2009

4. Method of Service: Federal Express – Priority Overnight Delivery

　　　　　　　　　　 /s/  Patrick J. Kukla