**UNITED STATE BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
DELPHI CORPORATION,

                                                In Re: Case No. 05-44481
                                                Chapter 11
                      Debtor.        Honorable Arthur J. Gonzalez

------------------------------------------------------------x

## APPEARANCE AND DEMAND FOR SERVICE

NOW COMES, LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C., and hereby enters its Appearance and Demand for Service on behalf of Linamar Corporation, Creditor in the above-entitled action.

                                                LAMBERT, LESER, ISACKSON,
                                                COOK & GIUNTA, P.C.

DATED:  July 20, 2009.        BY:  _____
                                                ADAM D. BRUSKI (P70030)
                                                Attorneys for Creditor Linamar Corp.
                                                309 Davidson Building
                                                P.O. Box 835
                                                Bay City, Michigan 48707-0835
                                                Telephone:  (989) 893-3518
                                                adbruski@lambertleser.com

{00030935}