**UNITED STATE BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

DELPHI CORPORATION,

                                  In Re: Case No. 05-44481
                                  Chapter 11
               Debtor.          Honorable Arthur J. Gonzalez

------------------------------------------------------------x

## APPEARANCE AND DEMAND FOR SERVICE

NOW COMES, LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C., and

hereby enters its Appearance and Demand for Service on behalf of Linamar

Corporation, Creditor in the above-entitled action.

                                  LAMBERT, LESER, ISACKSON,
                                  COOK & GIUNTA, P.C.

                                  /s/ Adam D. Bruski

DATED:   July 20, 2009.          BY:    _____
                                  ADAM D. BRUSKI (P70030)
                                  Attorneys for Creditor Linamar Corp.
                                  309 Davidson Building
                                  P.O. Box 835
                                  Bay City, Michigan 48707-0835
                                  Telephone:   (989) 893-3518
                                  adbruski@lambertleser.com

{00030935}