UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                    :
In re:                                              :          Chapter 11
                                                    :
DELPHI CORPORATION, *et al.*,                       :          Case No. 05-44481 (RDD)
                                                    :
                             Debtors.               :          (Jointly Administered)
                                                    :
-------------------------------------------------------------------x

**ORDER UNDER 11 U.S.C. § 107(b) AND
FED. R. BANKR. P. 9018 AUTHORIZING
DEBTORS TO FILE A REDACTED COPY OF OEM
RECEIVER PRODUCTION, MARKETING AND LICENSE AGREEMENT**

Upon the *ex parte* application, dated July 20, 2009 (the "Application"), of

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and

debtors in possession in the above-captioned cases (collectively, the "Debtors"), for an

Order (the "Order") under 11 U.S.C. § 107(b) and Fed. R. Bankr. P. 9018 authorizing the

Debtors to file a redacted copy of the OEM Receiver Production, Marketing and License

Agreement between the Debtors and XM Satellite Radio Inc.;  and it appearing that

pursuant to Fed. R. Bankr. P. 9018 that no notice of the relief requested in the

Application need be provided;  and this Court having determined that the relief

requested in the Application is in the best interests of the Debtors, their estates, their

creditors, and other parties-in-interest;  and after due deliberation thereon;  and good

and sufficient cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1.      The Application is GRANTED.

2.      Pursuant to 11 U.S.C. § 107(b) and Fed. R. Bankr. P. 9018, Delphi is

authorized to file a redacted copy of the Agreement. [1]

    3.  This Court retains jurisdiction to enforce this Order and the

confidentiality of the Agreement and the sensitive information contained therein,

including the authority to impose sanctions upon any person or entity, which violates

this Order.

Dated: New York, New York
    July __, 2009

            _____
            THE HONORABLE ROBERT D. DRAIN
            UNITED STATES BANKRUPTCY JUDGE

---

[1]  Capitalized terms not defined herein shall have the meaning ascribed to them in the Application.