Judge Robert D. Drain

United States Bankruptcy Court

One Bowling Green

New York, NY 10004-1408

Courtroom 610

Reference case #05-44481

Date: 7/13/09



The Honorable Judge D. Drain,

I retired from Delphi after 30 years with General Motors and six years with Delphi as a salaried employee. I would not be writing to you, taking up my time and yours, if I felt things were going as they should. Being a judge in this matter has to be a very difficult and stressful position. I will keep this short as I know your time is limited. I only ask that when you exercise your authority as a judge, that you not only judge what people can and cannot do, but also judge what is fair and equitable. It is hard for my family and me to understand why the salaried employees, after a life time of loyalty are the only ones to have our lives financially destroyed. This should not be happening living in the United States of America.

Sincerely,

James H. Kent