# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In Re:

**DELPHI CORPORATION,** *et al,*

*Debtors.*

Chapter 11

Case#: **05-44481 (RDD)**

## AFFIDAVIT OF SERVICE

Being duly sworn on my oath, I *GINA SHARBOWSKI* declare that I am a citizen of the United States, over the age of eighteen and not a party to or interested in the proceedings of this action. I received this process/assignment on 7-16-09, and that I personally served the following: *CORRECTED* RESPONSE OF IBEW AND IAM TO DEBTORS' THIRTY-FOURTH OMNIBUS CLAIMS OBJECTION; ATTACHMENT/EXHIBIT in regards the above case, upon:

# DELPHI CORPORATION

c/o: *BARB FRANTANGELO, General Counsel*
as follows:

**Complete Address of Service**

**5725 Delphi Drive**

**Troy, Michigan 48098**
Oakland County, Michigan

I declare under the penalty of perjury that the information contained in this Affidavit of Service is true and correct.

**Day, Date, Time**

Thurs. JUL 1 6 2009 @2:59pm

_Gina Sharbowski_
Gina Sharbowski
Process Server

AGLS Process Serving & Court Services
42309 Bobjean Street, #1500
Sterling Heights, MI 48314

Subscribed and sworn to before me on JUL 1 7 2009

_Melva Phipps_

MELVA PHIPPS
NOTARY PUBLIC, STATE OF MI
COUNTY OF OAKLAND
MY COMMISSION EXPIRES Mar 25, 2013
ACTING IN COUNTY OF Oakland

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In Re:  
**DELPHI CORPORATION**, et al,  
*Debotors.*

Chapter 11  
Case#: **05-44481 (RDD)**

## AFFIDAVIT OF SERVICE

Being duly sworn on my oath, I *GINA SHARBOWSKI* declare that I am a citizen of the United States, over the age of eighteen and not a party to or interested in the proceedings of this action. I received this process/assignment on 7-16-09, and that I personally served the following: <u>RESPONSE OF IUOE LOCALS 18S, 101S, 832S TO DEBTORS' THIRTY-FOURTH OMNIBUS CLAIMS OBJECTION; ATTACHMENT/EXHIBIT</u> in regards the above case, upon:

# *DELPHI CORPORATION*

c/o: *NANCY TRIBBLE, General Counsel*  
as follows:

<u>Complete Address of Service</u>

**5725 Delphi Drive**

**Troy, Michigan 48098**  
Oakland County, Michigan

I declare under the penalty of perjury that the information contained in this Affidavit of Service is true and correct.

<u>Day, Date, Time</u>

Thurs. **JUL 1 6 2009** @1:50pm

_____  
Gina Sharbowski  
Process Server  
AGLS Process Serving & Court Services  
42309 Bobjean Street, #1500  
Sterling Heights, MI 48314

Subscribed and sworn to before me on **JUL 1 7 2009**

MELVA PHIPPS  
NOTARY PUBLIC, STATE OF MI  
COUNTY OF OAKLAND  
MY COMMISSION EXPIRES Mar 25, 2013  
ACTING IN COUNTY OF Oakland

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

---

In Re:

**DELPHI CORPORATION,** *et al,*

*Debotors.*

Chapter 11
Case#: **05-44481 (RDD)**

---

## AFFIDAVIT OF SERVICE

Being duly sworn on my oath, I *GINA SHARBOWSKI* declare that I am a citizen of the United States, over the age of eighteen and not a party to or interested in the proceedings of this action. I received this process/assignment on 7-16-09, and that I personally served the following: <u>RESPONSE OF IBEW AND IAM TO DEBTORS' THIRTY-FOURTH OMNIBUS CLAIMS OBJECTION;   ATTACHMENT/EXHIBIT</u>
in regards the above case, upon:

# *DELPHI CORPORATION*

c/o: *NANCY TRIBBLE, General Counsel*
as follows:

<u>Complete Address of Service</u>

<u>**5725 Delphi Drive**</u>

<u>**Troy, Michigan 48098**</u>
Oakland County, Michigan

I declare under the penalty of perjury
that the information contained in this
Affidavit of Service is true and correct.

<u>Day, Date, Time</u>

<u>**Thurs.** JUL 1 6 2009 @**1:51pm**</u>

Gina Sharbowski
Process Server
AGLS Process Serving & Court Services
42309 Bobjean Street, #1500
Sterling Heights, MI 48314

Subscribed and sworn to before me on JUL 1 7 2009.

MELVA PHIPPS
NOTARY PUBLIC, STATE OF MI
COUNTY OF OAKLAND
MY COMMISSION EXPIRES Mar 25, 2013
ACTING IN COUNTY OF Oakland

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE DELPHI CORPORATION, ET AL | | |
| | PLAINTIFF(S) | Case No. 05-44481 (RRD) |
| vs. | | |
| | DEFENDANT(S) | SERVICE DOCUMENTS: RESPONSE OF IUOE LOCALS 18S, 101S, 832S TO DEBTORS' THIRTY-FOURTH OMNIBUS CLAIMS OBJECTION; RESPONSE OF IBEW & IAM TO DEBTORS' THIRTY FOURTH OMNIBUS CLAIMS OBJECTION; CORRECTED RESPONSE OF IBEW & IAM TO DEBTORS' THIRTY FOURTH OMNIBUS CLAIMS OBJECTION |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jul 16, 2009**, at **2:20 PM**, I served the above described documents upon **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **KAREN ZYDRON / LAW CLERK MANAGER**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **155 N. WACKER DR., 28TH FL, CHICAGO, IL 60606**.

**DESCRIPTION:** Gender: **F** Race: **WHITE** Age: **57** Hgt: **5'3"** Wgt: **145** Hair: **BLACK** Glasses: **YES**

I declare under penalties of perjury that the information contained herein is true and correct.

_____
David M Trantina, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 16th day of July, 2009

Joan C. Harenberg

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/28/13

NOTARY PUBLIC

CLIENT NAME:
Gorlick, Kravitz & Listhaus, P.C.
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
49091