From: Billy J. Torr
      Delphi, Flint East, Retiree

To: The Honorable Robert D. Drain
     United State Bankruptcy Judge-Southern District of NY
     One Bowling Green
     New York, NY 1004-1408

*RECEIVED JUL 17 2009 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK*

Subject: Docket Number 05-44481 (RDD)

Judge Drain,

I signed a contract with Delphi to retire on December 31, 2008 in return for Delphi providing severance payments to me in the form of 24 checks mailed twice per month throughout the year in 2009. This is a contract signed by both parties in return for a Release of Claims and was entered into during the period that Delphi was in bankruptcy. This was not a provided benefit, but rather a contract liability which they are obligated to pay. My wife and I are using that funding to try to pay off the mortgage of our home and to retire some remaining debt from our children's college expenses. It is my opinion that this severance pay is a contract and they must pay it. Thank you for the courts consideration in this matter that is so important to many affected people.

*[signature]*

Billy J. Torr
9460 VanVleet Rd.
Gaines, Mi. 48436