July 13, 2009

Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
Courtroom: 610



Reference case # 05-44481

Dear Judge Drain:

As a retired Delphi Salary Employee I strongly object to the recently filed Delphi Modified Plan of Reorganization.

Relative to Article 95.5.11 it is my assertion that severance payment liabilities represent prepetition claims. Severance payment liabilities represent contract liabilities, for contracts entered into during bankruptcy (post petition). The subject severance payments are not a Delphi provided benefit. Myself and other separated employees provided a waiver of certain rights (Release of Claims) in exchange for severance payments. As contract liability entered into during bankruptcy, severance payments should not be terminated in bankruptcy and request severance payments be paid as Administrative Claims.

Relative to the Modified Plan of Reorganization, Delphi is requesting that the PBGC singles out the salary retirees and asks that the PBGC drops its right to secured claims and becomes an unsecured claim. These claims should be maintained and provide funds to decrease the underfunded position of Delphi's Salaried Retirement Plan. This plan is not fair to the PBGC, American taxpayer, and Delphi salary (Non UAW) retirees. Most of the Delphi affected retirees devoted 30 or more years as GM employees and the New GM should take ownership in the funding of the retirement plan.

I ask the court to please not accept this modified plan, but to send Delphi and its partners- GM, the US Treasury, Platinum and the UAW, back to restructure a deal that is equitable to the "Non-UAW" retirees, salaried retirees, and the creditors. I believe that is the responsibility of the court.

Best Regards,

Wayne Hilger
175 Winthrop Lane
Saginaw, Michigan 48638

*Wayne Hilger*