# Exhibit A

| Reference | Inv. ref. | Amount in DC | Local amnt | Doc. date | Comments |
|---|---|---|---|---|---|
| DM00000970233 | 1700035011 | 2,202.25 | 2,202.25 | 09/22/2008 | Warranty/GEAR ASSY-POWER STEERING |
| DM00000975536 | 1700041232 | 2,175.44 | 2,175.44 | 10/16/2008 | Warranty/GEAR ASSY-POWER STEERING |
| DM00000982157 | 1700048626 | 739.88 | 739.88 | 11/21/2008 | Warranty/GEAR ASSY-POWER STEERING |
| DM00000982158 | 1700048627 | 12,149.79 | 12,149.79 | 11/21/2008 | |
| DM00000982159 | 1700048628 | 4,175.26 | 4,175.26 | 11/21/2008 | |
| DM00000982160 | 1700048452 | 25,932.74 | 25,932.74 | 11/21/2008 | |
| CM00000103980 | 1900203303 | -739.88 | -739.88 | 12/18/2008 | Reverses DM00000982157 |
| CM00000103981 | 1900203304 | -12,149.79 | -12,149.79 | 12/18/2008 | Reverses DM00000982158 |
| CM00000103982 | 1900203305 | -4,175.26 | -4,175.26 | 12/18/2008 | Reverses DM00000982159 |
| DM00000986551 | 1700053667 | 20,219.36 | 20,219.36 | 12/18/2008 | Warranty/GEAR ASSY-POWER STEERING |
| DM00000986552 | 1700053670 | 739.88 | 739.88 | 12/18/2008 | Warranty/GEAR ASSY-POWER STEERING |
| DM00000986553 | 1700053673 | 12,149.79 | 12,149.79 | 12/18/2008 | Warranty/GEAR ASSY-POWER STEERING / POWER STEERING PUMP |
| DM00000986554 | 1700053676 | 4,175.26 | 4,175.26 | 12/18/2008 | Warranty/GEAR ASSY-POWER STEERING |
| DM00000986555 | 1700053679 | 1,295.01 | 1,295.01 | 12/18/2008 | Warranty/GEAR ASSY-POWER STEERING |
| DM00000992012 | 1700058233 | 3,925.28 | 3,925.28 | 01/24/2009 | Warranty/GEAR ASSY-POWER STEERING |
| DM00000992013 | 1700058236 | 2,272.10 | 2,272.10 | 01/24/2009 | Warranty/GEAR ASSY-POWER STEERING |
| DM00000997008 | 1700064220 | 1,290.63 | 1,290.63 | 02/20/2009 | Warranty/POWER STEERING PUMP |
| DM00001000981 | 1700068914 | 8,889.39 | 8,889.39 | 03/12/2009 | Warranty/GEAR ASSY-POWER STEERING |
| DM00001007685 | 1700001905 | 159,407.26 | 159,407.26 | 04/16/2009 | Warranty/GEAR ASSY-POWER STEERING |
| DM00001015460 | 1700008205 | 3,179.11 | 3,179.11 | 05/22/2009 | Warranty/GEAR ASSY-POWER STEERING |

Warranty Totals: $ 247,853.50

| | | | | | |
|---|---|---|---|---|---|
| DM07Q54430801 | 1700029459 | 1,280.00 | 1,280.00 | 08/21/2008 | NBA Quality Incidents 3-08 |

Debit Memo Totals: $ 1,280.00

Total of Debit Memos: $ 249,133.50

| | | | | | |
|---|---|---|---|---|---|
| PRC005357 | 2100042379 | 5.20 | 5.20 | 05/31/2009 | Retro pricing |

PRC Totals: $ 5.20

$ 249,138.70