RECEIVED
JUL 20 2009
U.S. BANKRUPTCY COURT
SD DIST OF NEW YORK

1 of 2

July 13, 2009

Honorable Robert D. Drain, United States Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
One Bowling Green, Room 632
New York, New York 10004

I Sharyl J. Carter at 92 Woolery Lane #C, Dayton Ohio 45415, my phone numbers are (937) 742-7054 home, and cell (937) 352-8072.

I am objecting to Delphi Corporation Thirty-Fourth Omnibus (the Response) and any other Plans of Delphi Corporation. I have mailed in my objection already, but I am being cautious to make sure everything is answered correctly. I received this notice from Kurtzman Carson Consultants, 2335 Alaska Avenue, El Segundo CA 90245. In the document Delphi Corporation, and another I received, Delphi is objecting my claim, disallowing the claims for untimely filing of my claims number 16849, 16850, etc.

I never received any forms for Proof of Claim from Delphi Corporation-Kurtzman Carson Consultants until recently when I filed Proof of my claims 4/28/09 + 5/1/09, and that one that I answer to in previously letter. I was always told that I do not have any claims, due to untimely filing for years, and my calls were unanswered. I did not have a computer,

Nor did I purchase Dayton Daily News or any other News. I rely on the mail, which I would received delay mail, or not in a timely manner. As I could not file my proof of claims, or I did not have any proof of claims forms mailed to me, time pass by, then I continue to be told I did not file in a timely manner.

As for the amount, I think the Courts should take in all information, documents, endures pain and suffering, plus numbers of years I worked, or would have worked the Delphi Corporation to have an amount to all my claims, if the amounts are too high. I am presently and continue to be with Delphi Corporation, even though I am un-employed at the moment. I did not sign off my rights with Delphi Corporation.

Again I object to Delphi Corporation decision on disallowing and expunge any of my claims against the company.

Sincerely,
Stacy J Cutter

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
One Bowling Green Room 632
New York, New York 10004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

Sent To: Honorable Robert D. Drain
Street, Apt. No.; or PO Box No.: United States Bankruptcy Court Southern District of New York
One Bowling Green Room 632
City, State, ZIP+4: New York, New York 10004

7007 2680 0002 4739 9161

PS Form 3800, August 2006    See Reverse for Instructions



July 13, 2009

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan 48098

I Sharyl Y. Carter at 92 Woolery Lane #C, Dayton Ohio 45415, my phone numbers are (937) 742-7051 home, and cell (937) 352-8072.

I am objecting to Delphi Corporation Thirty-Fourth Omnibus (The Response) and any other plan of Delphi Corporation. I have mailed in my objection already, but I am being cautious to make sure everything is done correctly. I received this notice from Kurtzman Carson Consultants, 2335 Alaska Avenue, El Segundo CA 90245. In the document Delphi Corporation, and another I received, Delphi is objecting my claim, disallowing the claims for untimely filing of my claims number 16849, 16850, etc. I never received any forms for Proof of Claim from Delphi Corporation - Kurtzman Carson Consultants until recently when I filed Proof of my claims 4/28/09 + 5/1/09, and of one that I answer to in previously letter. I was always told that I do not have any claims, due to untimely filing for years, and my calls were unanswered. I did not have a computer,

nor did I purchase Dayton Daily News or any other news. I rely on the mail, which I would received delay mail, or not in a timely manner. As I could not file my proof of claims, or I did not have any proof of claims forms mailed to me, time pass by, then I continue to be told I did not file in a timely manner.

As to the amount, I think the Courts should take in all information, documents, evidence, pain and suffering, plus numbers of years I worked, or would have worked, the Delphi Corporation to have an amount to all my claims, if the amounts are too high. I am presently and continue to be with Delphi Corporation, even though I am un-employed at the moment. I did not sign off my rights with Delphi Corporation.

Again I object to Delphi Corporation decision on disallowing and expunge any of my claims against the company.

Sincerely,
Tracy B/ Carter

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan 48098

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

7007 2680 0002 4739 9178

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees $

Postmark Here

Sent To Delphi Corporation
Attn: General Counsel
Street, Apt. No.; 5725 Delphi Drive
or PO Box No.
City, State, ZIP+4 Troy, Michigan 48098

PS Form 3800, August 2006    See Reverse for Instructions

July 13, 2009

Skadden, Arps, Slate, Meagher & Flom LLC
Attn: John Wm. Butler Jr., John K Lyons, Joseph N. Wharton
155 North Wacker Drive, Suite 2100
Chicago, Illinois 60606

I Sheryl Y. Carter at 92 Woolery Lane #C, Dayton Ohio 45415, my phone numbers are (937) 742-7051 home, and cell (937) 302-8072.

I am objecting to Delphi Corporation Thirty-Fourth Omnibus (the Response) and any other Plans of Delphi Corporation. I have mailed in my objection already, but I am being cautious to make sure everything is answered correctly. I received this notice from Kurtzman Carson Consultants, 2335 Alaska Avenue, El Segundo CA 90245. In the document, Delphi Corporation, and another I received, Delphi is objecting my claims, disallowing the claims for untimely filing of my claims number 16849, 16850, etc. I never received any forms for Proof of Claims from Delphi Corporation - Kurtzman Carson Consultants until recently when I filed Proof of my Claims 4/28/09 + 5/1/09, and the one that I answered to in previously letter. I was always told that I do not have any claims, due to untimely filing for years, and my calls were unanswered. I did not have a computer,

nor did I purchase Dayton Daily News or any other News. I rely on the mail, which I would received delay mail, or not in a timely manner. As I could not file my proof of claims, or I did not have any proof of claims forms mailed to me, time pass by, then I continue to be told I did not file, in a timely manner.

As for the amount, I think the Courts should take in all information, documents, evidence, pain and suffering, plus numbers of years I worked, or would have worked, for Delphi Corporation to have an amount to all my claims, if the amounts are too high. I am presently and continue to be with Delphi Corporation, even though I am un-employed at the moment. I did not sign off my rights with Delphi Corporation.

Again I object to Delphi Corporation decision on disallowing and expunge any of my claims against the company.

Sincerely,
Stacy B. Carter

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Skadden, Arps, Slate, Meagher & Flom
Attn: John Wm. Butler Jr., John K. Lyons,
Joseph N. Wharton
155 North Wacker Drive, St. 2100
Chicago, Illinois 60606

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

7007 2680 0002 4739 9185

Sent To: Skadden Arps Slate Meagher Flom LLP
Attn: John Wm. Butler Jr., John K. Lyons, Joseph W.
Street, Apt. No.; or PO Box No. 155 North Wacker Drive St. 2100
City, State, ZIP+4 Chicago, Illinois 60606

PS Form 3800, August 2006   See Reverse for Instructions

July 13, 2009

Kurtzman Carson Consultants
Delphi Corporation
2335 Alaska Avenue
El Segundo, CA 90245

I Sharyl Y. Carter at 92 Woolery Lane #C, Dayton Ohio 45415, my phone numbers are (937) 742-7054 home, and cell (937) 302-8072.

I am objecting to Delphi Corporation Thirty-Fourth Omnibus (the Response) and any other plan of Delphi Corporation. I have mailed in my objection already, but I am being mindful, to make sure everything is answered correctly. I received this notice from Kurtzman Carson Consultants, 2335 Alaska Avenue, El Segundo, CA 90245. In the document Delphi Corporation, and another I received, Delphi is objecting my claims, disallowing the claims for untimely filing of my claims number 16849, 16850, etc. I never received any forms for Proof of Claim from Delphi Corporation - Kurtzman Carson Consultants until recently when I filed Proof of my Claims 4/28/09 + 5/1/09, another one that I answered to in previously letter. I was always told that I do not have any claims, due to untimely filing the years, and my calls were unanswered. I did not have a computer,

nor did I purchase Dayton Daily News or any other News. I rely on the mail, which I would receive delay mail, or not in a timely manner. As I could not file my proof of claims, or I did not have any proof of claims forms mailed to me, time pass by, then I continue to be told I did not file in a timely manner.

As for the amount, I think the Courts should take in all information, documents, evidence, pain and suffering, plus numbers of years I worked, or would have worked the Delphi Corporation to have an amount to all my claims, if the amounts are too high. I am presently and continue to be with Delphi Corporation, even though I am unemployed at the moment. I did not sign off my rights with Delphi Corporation.

Again I object to Delphi Corporation decision on disallowing and expunge any of my claims against the company.

Sincerely,
Stacy B/ Carter

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Kurtzman Carson Consultants
   Delphi Corporation
   2335 Alaska Avenue
   El Segundo, CA 90245

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7007 2680 0002 4739 9192

Sent To: Kurtzman Carson Consultants
Delphi Corporation
Street, Apt. No.; or PO Box No.: 2335 Alaska Avenue
City, State, ZIP+4: El Segundo CA 90245

PS Form 3800, August 2006   See Reverse for Instructions