Paul J. Dobosz
7052 Oakbay Drive
Noblesville, IN 46062-9753
(317) 877-2178

*A Delphi Salaried Retiree pro se*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
                                                      :
In re                                                 :    Chapter 11
                                                      :
DELPHI CORPORATION, et al.,                           :    Case No. 05-44481 (RDD)
                                                      :
Debtors.                                              :    (Jointly Administered)
                                                      :
------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of:

**OBJECTION TO CONFIRMATION OF DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION (AS MODIFIED) AND OBJECTION TO THE APPROVAL OF DEBTOR'S PROPOSED SECTION 363 SALE**

Filed by:    **PAUL J. DOBOSZ**, A Delphi Salaried Retiree objecting pro se

Was served via United States Priority Mail to the parties listed on Exhibit A, and via United States First Class Mail to the parties listed on Exhibit B on Wednesday, July 8, 2009.


Dated: July 8, 2009

/s/ Paul J. Dobosz
_____

Paul J. Dobosz
7052 Oakbay Drive
Noblesville, IN 46062-9753
(317) 877-2178

# Exhibit A

**Service via United States Priority Mail:**

    The Honorable Robert D. Drain
    U. S. Bankruptcy Court, S.D.N.Y.
    Alexander Hamilton Courthouse
    One Bowling Green
    New York, NY 10004-1408

# Exhibit B

**Service via United States First Class Mail:**

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Att'n: General Counsel

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(800) 718-5305
Att'n: John Wm. Butler, Jr.
Att'n: Ron E. Meisler

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Att'n: Kayalyn A. Marafioti
Att'n: Gregory W. Fox

The Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, New York 10004
Att'n: Brian Masumoto

Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Att'n: Robert J. Rosenberg
Att'n: Mitchell A. Seider
Att'n: Mark A. Broude

Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10022
Att'n: Donald S. Bernstein
Att'n: Brian M. Resnick

Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019
Att'n: Richard Mancino
Att'n: Marc Abrams

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Att'n: John J. Rapisardi
Att'n: Oren B. Haker

United States Department of Justice
86 Chambers Street, 3rd Floor
New York, New York 10007
Att'n: Matthew L. Schwartz
Att'n: Joseph N. Cordaro

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Att'n: Jeffrey L. Tanenbaum
Att'n: Robert J. Lemons

Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
Att'n: Adam C. Harris
Att'n: David J. Karp