Hearing Date & Time: July 23, 2009 at 10:00 a.m. (prevailing Eastern time)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

DECLARATION OF EVAN GERSHBEIN REGARDING TABULATION OF
BALLOTS WITH RESPECT TO VOTE ON FIRST AMENDED JOINT PLAN
OF REORGANIZATION (AS MODIFIED) OF DELPHI CORPORATION AND
CERTAIN OF ITS SUBSIDIARIES AND AFFILIATES

I, Evan Gershbein, declare as follows:

1.    I am a Senior Managing Consultant of Kurtzman Carson Consultants LLC ("KCC") which has offices located at 2335 Alaska Avenue, El Segundo, California 90245. Unless otherwise stated, I have personal knowledge of the matters set forth herein.

2.    KCC was retained by Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (each a "Debtor," and collectively, the "Debtors"), and appointed by this Court to, among other things, assist the Debtors with dissemination of the Solicitation Packages and other solicitation materials, and with tabulation of ballots cast by creditors entitled to vote on the First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession (As Modified) (the "Modified Plan") (Docket No. 17030).  Capitalized terms used but not otherwise defined in this declaration have the meanings ascribed to them in the Order (A)(I) Approving Modifications to Debtors' First Amended Plan of Reorganization (as Modified) and Related Disclosures and Voting Procedures and (II) Setting Final Hearing Date to Consider Modifications to Confirmed First Amended Plan of Reorganization and (B) Setting

Administrative Expense Claims Bar Date and Alternative Transaction Hearing Date

("Modification Procedures Order") (Docket No. 17032).[1]

       3.     KCC is not a creditor or equity security holder of the Debtors, except to

the extent that there are outstanding amounts due to KCC in connection with the services

approved by this Court.

       4.     KCC was instructed by the Debtors to tabulate ballots cast by creditors in

compliance with the Modification Procedures Order entered by the Bankruptcy Court for the

Southern District of New York on June 16, 2009.  KCC agreed to undertake such responsibility.

       5.     Pursuant to the Modification Procedures Order, the Court approved,

among other things, that Solicitation Packages be transmitted to creditors eligible to vote on the

Modified Plan.

       6.     As is more fully set forth in the affidavit of service by KCC filed with the

Bankruptcy Court (the "Affidavit of Service") (Docket No. 17267), KCC caused to be served by

June 20, 2009, the Solicitation Mailing Deadline established in the Modification Procedures

Order, by First Class U.S. Mail, Postage Prepaid, the Solicitation Packages.  KCC also assisted

the Debtors in coordinating the publication of notice of the Final Modification Hearing and

notice of the Administrative Expense Bar Date in publications required by the Modification

Procedures Order.  With respect to the Debtors' Securities, Financial Balloting Group LLC

("FBG") was retained, pursuant to the Order Under 11 U.S.C. §§ 327(a) And 328 And Fed. R.

Bankr. P. 2014 And 3017 Authorizing Retention Of Financial Balloting Group LLC As Special

Plan Balloting, Solicitation, And Information Agent For Publicly-Held Securities (the "FBG

---

[1]    The Modification Procedures Order was supplemented and amended by orders entered June 29, 2009 (Docket No. 17376) and July 17, 2009 (Docket No. 18352).

Evan Gershbein Declaration

Retention Order") (Docket No. 9482), to disseminate Solicitation Packages and to tabulate votes

cast by the holders of such securities.  FBG's Affidavit Of Service Of Financial Balloting Group

LLC Of Solicitation Packages On Holders Of Public Securities, dated June 23, 2009 (Docket No.

17268) more fully sets forth the procedures and timing of the service of Solicitation Packages

and certain notices on holders of the Debtors' Securities entitled to vote on the Modified Plan.  In

total, more than 13,500 Solicitation Packages, with ballots, were mailed, more than 10,000 by

KCC and more than 3,500 by FBG.  In addition, KCC mailed more than 279,000 court-approved

informational notices to various parties including, without limitation, the Final Plan Modification

Approval Hearing Notice, Notice of Administrative Expense Claim Bar Date, and

Administrative Expense Claim Request form.  Attached as Exhibit 1 hereto is a chart

summarizing documents transmitted to parties-in-interest in connection with this solicitation.

Solicitation Process Undertaken by Kurtzman Carson Consultants

7.      Throughout the duration of the Delphi matter, KCC has recorded all

claims listed on Delphi's Schedules of Assets and Liabilities (the "Schedules"), or filed with the

court either in hard copy or in electronic copy via the PACER system.  KCC has also tracked all

documents impacting claims, including, among others, claim amendments, claim transfers, and

orders resolving objections to claims.

8.      On the Court-established record date, June 8, 2009 (the "Record Date"),

KCC directed the agent for the Clerk of the Court, The DRS Group, to send to KCC any claims

filed on the Record Date.

9.      KCC has processed all notices of transfer filed throughout these cases.

KCC reviewed the PACER system at 11:59 p.m. (prevailing Eastern time) on the Record Date to

Evan Gershbein Declaration

capture all filed transfers of claims and recorded each transfer as if effective on the date the transferee filed the notice of transfer.

10.    KCC has processed all claim withdrawals, stipulations, and settlement agreements filed in these cases.  KCC also reviewed the PACER system at 11:59 pm on the Record Date to capture all recorded claim withdrawals, as well as all Court-approved stipulations and settlement agreements.  KCC processed changes of address throughout the course of this case and continued to do so through the Record Date.

11.    KCC processed any claim objections filed with the Court and any related resolutions approved by the Court through the Record Date.  To the extent that Delphi filed claim objections after the Record Date, KCC adjusted the tabulation of the subject claimants' ballot so that it would be consistent with the objection cast as required by the procedures set forth in the December 10, 2007 Solicitation Procedures Order (Docket No. 11389) as incorporated by reference into the Modification Procedures Order.

12.    On May 28, 2009, KCC sent to FTI Consulting, Inc. ("FTI"), the Debtors' financial advisors, a final updated data file to reflect all new claims and all modifications to old claims as of that date.  Since no new claims, notices of transfer, withdrawals, stipulations or claim objections were filed between May 28, 2009 and the Record Date, KCC did not need to send another updated data file to FTI after the Record Date.  The Debtors, with FTI's assistance, used KCC's final updated data file to create a report reflecting for each claimant such claimant's voting class and voting amount (the "Ballot Report").  In addition to the Ballot Report, FTI, with the Debtors' input and instruction, used KCC's final updated data file to create a report reflecting claimants that would not get a ballot because they were either unimpaired or deemed to have rejected the Modified Plan (the "Notice Report").  The Ballot Report and Notice Report identify

4

Evan Gershbein Declaration

each creditor via the creditor's name and a unique creditor identification number that correlates to KCC's database (the "Creditor IDs").  On June 13, 2009, FTI transmitted the Ballot Report and Notice Report to KCC.

13.     On June 13, 14 and 15, 2009, KCC used the Creditor IDs to compare the Ballot Report and Notice Report to KCC's database, reviewing each claimant's name, claim class, and, in the case of the Ballot Report, the voting amount.  The Creditor IDs allowed for the review of the June 13th Ballot Report and Notice Report against KCC's data.  The Debtors and FTI were available to answer any questions regarding the comparison of the Ballot Report and Notice Report to the official claim register listed in KCC's database.  KCC first performed an initial check of the information by reviewing the Ballot Report and Notice Report for deficiencies or errors in either file and to ensure all creditors identified in the reports had unique Creditor IDs.

14.     KCC compiled reports comparing the creditor names in the Ballot Report and Notice Report to the creditor names reflected in KCC's system.  This comparison allowed KCC to identify any discrepancies regarding creditor identification.  KCC investigated and reconciled any discrepancies with FTI and the Debtors.

15.     KCC compiled reports comparing voting amounts reflected in the Ballot Report to the claim amounts reflected in KCC's system.  KCC investigated and found no discrepancies in claim amounts and was able to confirm the Debtors' determinations with respect to voting amounts as directed by the December 10, 2007 Solicitation Procedures Order as incorporated by reference into the Modification Procedures Order.  Separately, there were certain claims filed that the Debtors informed KCC were unimpaired.  In connection with those claims,

Evan Gershbein Declaration

pursuant to the Debtors' instructions, KCC did not distribute ballots and instead distributed

notices of unimpaired status.

16.    On June 16 and 17, 2009 using the Creditor IDs, KCC inserted into the

Ballot Report for each current creditor, the appropriate name, address, custom sequence number,

and identifying barcode from KCC's database, as well as the voting amount and a ballot voting

code.  KCC used the resulting finalized report (the "Final Ballot Report") to create PDF images

of all the ballots for the solicitation (the "PDF Ballots").

17.    KCC checked data and addresses throughout the ballot generation process

by reviewing data placement and address quality in many of the PDF Ballots, reviewing

formatting for common Excel-related concerns that occur when parties transfer data, including

dollars mis-formatted as dates, and checking many PDF Ballots against the Final Ballot Report

for uniformity, including matching creditor name, address, and voting amount.

18.    On June 17, 2009, KCC provided FTI with electronic access to the PDF

Ballots for FTI's review and confirmation regarding the accuracy of the information contained on

each ballot.  Upon receiving confirmation from FTI, on June 17, 2009, KCC provided RR

Donnelley electronic access to the PDF Ballots.  On June 16 and 17, 2009, using the Creditor IDs,

KCC inserted into the Notice Report the current creditors and creditors' addresses for distribution

and service of solicitation packages without ballots (the "Final Notice Report") and provided the

Final Notice Report to RR Donnelley.  KCC also provided RR Donnelly with a report reflecting

all creditors on the creditor matrix but not otherwise listed on the Final Ballot Report or Final

Notice Report (the "Remaining Matrix Report") and lists of postpetition employees and parties to

post petition contracts that were not otherwise included on the Remaining Matrix Report

(together the "Additional Notice Parties").

6

19.    By June 20, 2009, the Solicitation Mailing Deadline established in the Modification Procedures Order, RR Donnelley prepared, with KCC's on-site supervision, and fulfilled all of the solicitation packages containing printed PDF Ballots in its Lancaster, Pennsylvania office.  By June 20, 2009, RR Donnelley prepared and fulfilled all remaining solicitation packages in its Lancaster, Pennsylvania office, including service of solicitation packages without ballots on the parties listed on the Final Notice Report and service of the Final Plan Modification Approval Hearing Notice, the Administrative Expense Claim Form, and Notice of Administrative Bar Date on the parties listed on the Remaining Matrix Report and the Additional Notice Parties.  KCC oversaw the endeavor and performed quality control checks on solicitation packages for every class and non-classified group throughout the printing and fulfillment process, including using custom sequence numbers to spot check numerous voting packages.

20.    KCC served, or caused to be served, appropriate notices, as required by the Modification Procedures Order, upon those holders of claims or interest entitled to notice. KCC was informed by the Debtors that Classes 1B through 12B, 1J through 12J, and 1K through 12K set forth in the Modified Plan were not entitled to vote as they were deemed to accept the Modified Plan and thus were mailed a Solicitation Package with an Unimpaired Notice. Similarly, KCC was informed that Class 1I was deemed to reject the Modified Plan and Class 1F through 12F Intercompany Claims were deemed to be proponents of the Modified Plan and therefore votes were not solicited from such classes and no notices were served upon them in accordance with the Modification Procedures Order.  KCC was also informed that Classes 1E, 1G-1, 1G-2, 1H and 8H were deemed to reject the Modified Plan and therefore votes were not solicited from such classes and they were only served the applicable notices as set forth in the

7

Modification Procedures Order.  KCC was further informed that Classes 1A-1, 3A-1, 4A-1, 1C-1 through 12C-1, 1C-2 through 12C-2, and 1D through 12D were impaired and entitled to vote on the Modified Plan.  Accordingly, holders of claims in each of these classes were mailed Solicitation Packages as described above.

Non-Securities Ballots

21.    KCC coded each ballot to reference the applicable name of the consolidated group of Debtors as described in Section 3.1 of the Modified Plan (the "Debtor Group"), the voting class number, the name and address of the applicable creditor, and the voting amount.  Each ballot also referenced a code to identify each creditor in the database maintained by KCC.

22.    Completed and executed ballots were required to be returned to KCC by mail or other physical delivery addressed to Kurtzman Carson Consultants, LLC, 2335 Alaska Avenue, El Segundo, California 90245.  For a ballot to be counted, absent an extension of the voting deadline in accordance with paragraph 31(i) of the December 10, 2007 Solicitation Procedures Order as incorporated by reference into the Modification Procedures Order, the ballot must have been received by KCC no later than 7:00 p.m. (prevailing Eastern time) on July 15, 2009 (including, as may have been extended, the "Voting Deadline").  On July 14, 2009, the Debtors agreed, in writing, to extend the voting deadline for holders of claims in Classes 1C-2 through 12C-2 until 10:00 a.m. (prevailing Eastern time) on July 20, 2009.[2]  In addition, before 7:00 pm prevailing Eastern time on July 15, 2009, the Debtors agreed, in writing, to extend the voting deadline for holders of claims in Classes 1D through 12D until 10:00 a.m. (prevailing

---

[2]    In accordance with paragraph 31(i) of the December 10 Solicitation Procedures Order as incorporated by reference into the Modification Procedures Order, the extensions of the voting deadline for holders of claims in Class 1C-2 through 12C-2 and Class 1D through 12 D are subject to approval by this Court.

Evan Gershbein Declaration

Eastern time) on July 20, 2009.  A postage prepaid return envelope was included in the

Solicitation Packages sent to creditors entitled to vote in order to facilitate the return of ballots.

23.    Personnel employed by KCC personally handled all ballots received each

day.  Thereupon, ballots were stamped with the date received (the "Date Received"), inspected

for compliance with the December 10, 2007 Solicitation Procedures Order as incorporated by

reference into the Modification Procedures Order, and entered into a vote tabulation database.

Ballot data was entered into the vote tabulation database to reflect the date received, as was

stamped on the ballot, and whether such ballot indicated acceptance or rejection of the Modified

Plan or whether such ballot should not be counted because it did not conform to the requirements

of the December 10, 2007 Solicitation Procedures Order as incorporated by reference into the

Modification Procedures Order.  KCC then audited the input data directly against the ballots and

any issues with respect to the validity of ballots were resolved by KCC's supervisory personnel

in accordance with the guidelines set forth in the December 10, 2007 Solicitation Procedures

Order as incorporated by reference into the Modification Procedures Order.

24.    Pursuant to the December 10, 2007 Solicitation Procedures Order as

incorporated by reference into the Modification Procedures Order, KCC complied with the

procedures in determining the validity of, and amounts to be assigned to, the ballots cast (the

"Tabulation Procedures").  As set forth in the December 10, 2007 Solicitation Procedures Order

as incorporated by reference into the Modification Procedures Order, ballots cast to accept the

Modified Plan were accumulated and totaled for each voting class.  Ballots cast to reject the

Modified Plan were accumulated and totaled for each voting class.  For the purposes of

tabulating votes, KCC counted each properly filed and completed ballot in accordance with the

procedures set forth in the December 10, 2007 Solicitation Procedures Order as incorporated by

9

Evan Gershbein Declaration

reference into Modification Procedures Order.  All valid ballots received on or prior to the

Voting Deadline by KCC were counted and included in the tabulation.  As discussed below,

ballots that did not meet the requirements set forth in the December 10, 2007 Solicitation

Procedures Order as incorporated by reference into the Modification Procedures Order were not

counted.

Debtor Securities Ballots

25.    As noted above, FBG was retained as special plan balloting, solicitation,

and information agent with respect to holders of the Debtors' publicly-held Securities.  As more

fully detailed in the declaration of Jane Sullivan, Executive Director of FBG, FBG distributed

and tabulated ballots in accordance with its customary practices and procedures, and in

accordance with the December 10, 2007 Solicitation Procedures Order as incorporated by

reference into the Modification Procedures Order.  FBG solicited votes and tabulated ballots

received by certain creditors of Class 1C-1 who were holders of the Debtors' Securities

(specifically Senior Note Claims and TOPrS Claims).

Tabulation

26.    In light of the foregoing and based upon the Tabulation Procedures, the

results of voting for all classes entitled to vote and received by KCC as of the Voting Deadline

are as set forth on the Tabulation Report of Conforming Non-Securities Ballots attached hereto

as Exhibit 2.  The votes submitted by holders of claims in Classes 1D through 12D, 1C-2 through

12C-2, and certain subclasses within Class 1A-1, if each Secured Claim is its own subclass

within Class 1A-1, satisfy the requirements of 11 U.S.C. § 1126(c).

27.    Pursuant to the December 10, 2007 Solicitation Procedures Order as

incorporated by reference into the Modification Procedures Order, certain ballots were not

10

counted ("Nonconforming Ballots").  These Nonconforming Ballots are listed on <u>Exhibit 3</u>

together with the reason they were not conforming and therefore not counted.  Nonconforming

Ballots received by FBG are detailed in FBG's declaration.

28.    In connection with solicitation, the following three motions were filed

pursuant to Bankruptcy Rule 3018 (each, a "3018 Motion"), requesting this Court's relief to

permit provisional ballots to be cast: (i) Motion of Hyundai Motor Company and Hyundai Motor

America Pursuant to Rule 3018(a) Requesting Temporary Allowance of Claims for Purposes of

Voting to Accept or Reject the Plan (Docket No. 17481) filed by Hyundai Motor Company and

Hyundai Motor America ("Hyundai"), (ii) Motion For Order Estimating Claims For Purposes Of

Voting On Plan Of Reorganization (Docket No. 17539) as supplemented by Supplemental

Motion for Order Estimating Claims for Purposes of Voting on Plan of Reorganization (Docket

No. 17799), filed by Fiduciary Counselors, Inc. ("FCI"), and (iii) Rule 3018(a) Motion for Relief

(Docket No. 17528), filed by The International Union of Operating Engineers Locals 832S, 18S,

and 101S (the "IUOE"), the International Brotherhood of Electrical Workers and its Local 663

(the "IBEW", and the International Association of Machinists and Aerospace Workers and its

District 10 and Tool and Die Makers Lodge 78 (the "IAM," and together with the IUOE and the

IAM, the ("Unions").

29.    Upon the docketing of a 3018 Motion, KCC sent each movant one or more

provisional ballots.  The 3018 Motions filed by FCI, Hyundai, and the Unions do implicate the

section 1126 outcome of the voting results for any class.  Attached as <u>Exhibit 4</u> hereto is a

comprehensive tabulation report aggregating conforming ballots received by the Voting Agents

and the provisional ballots requested and returned by FCI, Hyundai, and the Unions, assuming

FCI's, Hyundai's, and the Unions' 3018 Motions are granted in their entireties by this Court.

11

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 this 20th day of

July 2009, that the foregoing is true and correct.


Evan Gershbein
Senior Managing Consultant
Kurtzman Carson Consultants, LLC.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 20th day of July, 2009, by
Evan Gershbein, proved to me on the basis of satisfactory evidence to be the person who
appeared before me.

Signature: _Shannon J Spencer_

Commission Expires: _Jun 20, 2010_

SHANNON JOANN SPENCER
Commission # 1676705
Notary Public - California
Los Angeles County
My Comm. Expires Jun 20, 2010

Evan Gershbein Declaration

# EXHIBIT 1

### Index of Solicitation Materials Provided

| Category | Documents |
|---|---|
| Class A Secured Claims | 1. Final Plan Modification Approval Hearing Notice<br>2. Disclosure Statement CD-ROM<br>3. Creditors' Committee Solicitation Letter<br>4. Class A Secured Ballot<br>5. Administrative Claim Bar Date Notice<br>6. Administrative Expense Claim Form |
| Class B Flow-Through Claims | There were no claimants in Class B |
| Class C-1 General Unsecured Claims | 1. Final Plan Modification Approval Hearing Notice<br>2. Disclosure Statement CD-ROM<br>3. Creditors' Committee Solicitation Letter<br>4. Class C-1 General Unsecured Ballot<br>5. Administrative Claim Bar Date Notice (non-Note holders only)<br>6. Administrative Expense Claim Form (non-Note holders only) |
| Class C-2 PBGC Claims | 1. Final Plan Modification Approval Hearing Notice<br>2. Disclosure Statement CD-ROM<br>3. Creditors' Committee Solicitation Letter<br>4. Class C-2 PBGC Ballot<br>5. Administrative Claim Bar Date Notice<br>6. Administrative Expense Claim Form |
| Class D GM Claims | 1. Final Plan Modification Approval Hearing Notice<br>2. Disclosure Statement CD-ROM<br>3. Creditors' Committee Letter<br>4. Class D GM Ballot<br>5. Administrative Claim Bar Date Notice<br>6. Administrative Expense Claim Form |
| Class E Section 510(b) Note Claims | 1. Final Plan Modification Approval Hearing Notice<br>2. Notice of Non-Voting Status<br>3. Administrative Claim Bar Date Notice<br>4. Administrative Expense Claim Form |
| Class F Intercompany Claims | No notices provided |
| Class G-1 Existing Common Stock | 1. Final Plan Modification Approval Hearing Notice<br>2. Notice of Non-Voting Status |

| | |
|---|---|
| Class G-2 Section 510(b) Equity Claims | 1. Final Plan Modification Approval Hearing Notice<br>2. Notice of Non-Voting Status<br>3. Administrative Claim Bar Date Notice<br>4. Administrative Expense Claim Form |
| Class H Section 510(b) ERISA Claims | 1. Final Plan Modification Approval Hearing Notice<br>2. Notice of Non-Voting Status<br>3. Administrative Claim Bar Date Notice<br>4. Administrative Expense Claim Form |
| Class I Other Interests | No notices provided |
| Class J Interests in Affiliate Debtors | 1. Final Plan Modification Approval Hearing Notice<br>2. Disclosure Statement CD-ROM<br>3. Creditors' Committee Solicitation Letter<br>4. Unimpaired Notice<br>5. Administrative Claim Bar Date Notice<br>6. Administrative Expense Claim Form |
| Class K Other Priority Claims | 1. Final Plan Modification Approval Hearing Notice<br>2. Disclosure Statement CD-ROM<br>3. Creditors' Committee Solicitation Letter<br>4. Unimpaired Notice<br>5. Administrative Claim Bar Date Notice<br>6. Administrative Expense Claim Form |
| Pending Objection to Disallow and Expunge Claim | 1. Final Plan Modification Approval Hearing Notice<br>2. Disclosure Statement CD-ROM<br>3. Creditors' Committee Solicitation Letter<br>4. Notice of Non-Voting Status<br>5. Administrative Claim Bar Date Notice<br>6. Administrative Expense Claim Form |
| 3018(a) Motion | 1. Final Plan Modification Approval Hearing Notice<br>2. Disclosure Statement CD-ROM<br>3. Creditors' Committee Solicitation Letter<br>4. Provisional Ballot (appropriate to class) |
| Executory Contracts and Unexpired Leases | 1. Final Plan Modification Approval Hearing Notice<br>2. Administrative Claim Bar Date Notice<br>3. Administrative Expense Claim Form |
| Postpetition Contracts | 1. Final Plan Modification Approval Hearing Notice<br>2. Administrative Claim Bar Date Notice<br>3. Administrative Expense Claim Form |
| Postpetition Employees | 1. Final Plan Modification Approval Hearing Notice<br>2. Administrative Claim Bar Date Notice<br>3. Administrative Expense Claim Form |

Evan Gershbein Declaration

| Contingent Claims | 1. Final Plan Modification Approval Hearing Notice<br>2. Disclosure Statement CD-ROM<br>3. Creditors' Committee Solicitation Letter<br>4. Notice of Non-Voting Status<br>5. Administrative Claim Bar Date Notice<br>6. Administrative Expense Claim Form |
|---|---|
| Disallowed Claims | 1. Final Plan Modification Approval Hearing Notice<br>2. Administrative Claim Bar Date Notice<br>3. Administrative Expense Claim Form |
| Non-Creditors | 1. Final Plan Modification Approval Hearing Notice<br>2. Administrative Claim Bar Date Notice<br>3. Administrative Expense Claim Form |
| Ballot Notice Parties | 1. Delphi Ballot Notice Party Memo<br>2. Final Plan Modification Approval Hearing Notice<br>3. Disclosure Statement CD-ROM<br>4. Creditors' Committee Solicitation Letter<br>5. Administrative Claim Bar Date Notice<br>6. Administrative Expense Claim Form |
| Administrative Claims | 1. Final Plan Modification Approval Hearing Notice<br>2. Disclosure Statement CD-ROM<br>3. Creditors' Committee Solicitation Letter<br>4. Administrative Claim Bar Date Notice<br>5. Administrative Expense Claim Form |
| Priority Tax Claims | 1. Final Plan Modification Approval Hearing Notice<br>2. Disclosure Statement CD-ROM<br>3. Creditors' Committee Solicitation Letter<br>4. Administrative Claim Bar Date Notice<br>5. Administrative Expense Claim Form |
| Governmental Entities | 1. Final Plan Modification Approval Hearing Notice<br>2. Disclosure Statement CD-ROM<br>3. Creditors' Committee Solicitation Letter<br>4. Administrative Claim Bar Date Notice<br>5. Administrative Expense Claim Form |

Evan Gershbein Declaration

# EXHIBIT 2

## <u>Tabulation of Conforming Non-Securities Ballots</u>

Kurtzman Carson Consultants Tabulation Of Conforming Non-Securities Ballots
For First Amended Joint Plan Of Reorganization Of Delphi Corporation
And Certain Affiliates, Debtors And Debtors-In-Possession (As Modified)

| Class Name | Class Description | Number of Ballots Voting to Accept | Number of Ballots Voting to Reject | % Of Ballots Voting To Accept | % Of Ballots Voting To Reject | Amount of Voting to Accept | Amount of Voting to Reject | % Of Amount Voting To Accept | % Of Amount Voting To Reject |
|---|---|---|---|---|---|---|---|---|---|
| 1A-1 | Delphi-DAS Debtors (See page 2 below) | 3 | 20 | 13.04% | 86.96% | $135,191.16 | $431,992.99 | 23.84% | 76.16% |
| 3A-1 | Connection System Debtors | 0 | 0 | 0.00% | 0.00% | $0.00 | $0.00 | 0.00% | 0.00% |
| 4A-1 | Specialty Electronics Debtors | 0 | 0 | 0.00% | 0.00% | $0.00 | $0.00 | 0.00% | 0.00% |
| 1C-1 | Delphi-DAS Debtors | 568 | 1,815 | 23.84% | 76.16% | $230,300,201.19 | $171,485,669.63 | 57.35% | 42.70% |
| 2C-1 | DASHI Debtors | 0 | 0 | 0.00% | 0.00% | $0.00 | $0.00 | 0.00% | 0.00% |
| 3C-1 | Connection System Debtors | 14 | 92 | 13.21% | 86.79% | $222,096.88 | $682,539.37 | 24.55% | 75.45% |
| 4C-1 | Specialty Electronics Debtors | 1 | 17 | 5.56% | 94.44% | $81,284.63 | $95,123.00 | 46.08% | 53.92% |
| 5C-1 | Delco Electronics Overseas Corporation | 4 | 5 | 44.44% | 55.56% | $25,363.95 | $16,004.49 | 61.31% | 38.69% |
| 6C-1 | Delphi Diesel Systems Corp. | 6 | 38 | 13.64% | 86.36% | $575,171.69 | $1,186,645.22 | 32.65% | 67.35% |
| 7C-1 | Delphi Furukawa Wiring Systems LLC | 0 | 0 | 0.00% | 0.00% | $0.00 | $0.00 | 0.00% | 0.00% |
| 8C-1 | Delphi Mechatronic Systems, Inc. | 29 | 76 | 27.62% | 72.38% | $1,787,126.19 | $873,788.60 | 67.16% | 32.84% |
| 9C-1 | Delphi Medical Systems Corporation | 0 | 0 | 0.00% | 0.00% | $0.00 | $0.00 | 0.00% | 0.00% |
| 10C-1 | Delphi Medical Systems Colorado Corporation | 21 | 153 | 12.07% | 87.93% | $897,295.64 | $1,737,912.32 | 34.05% | 65.95% |
| 11C-1 | Delphi Medical Systems Texas Corporation | 3 | 32 | 8.57% | 91.43% | $23,773.37 | $155,014.11 | 13.30% | 86.70% |
| 12C-1 | MobileAria, Inc. | 0 | 10 | 0.00% | 100.00% | $0.00 | $43,536.83 | 0.00% | 100.00% |
| 1C-2 - 12C-2 | PBGC Claims | 1 | 0 | 100.00% | 0.00% | $7,137,800,000.00 | $0.00 | 100.00% | 0.00% |
| 1D - 12D | GM Claims | 1 | 0 | 100.00% | 0.00% | $1.00 | $0.00 | 100.00% | 0.00% |

Comprehensive Tabulation Of Conforming Ballots
For First Amended Joint Plan Of Reorganization Of Delphi Corporation
And Certain Affiliates, Debtors And Debtors-In-Possession (As Modified)
Class 1A-1 By Separate Sub-Classes

| Class Name | Sub-Class Description | Number of Ballots Voting to Accept | Number of Ballots Voting to Reject | % Of Ballots Voting To Accept | % Of Ballots Voting To Reject | Amount of Voting to Accept | Amount of Voting to Reject | % Of Amount Voting To Accept | % Of Amount Voting To Reject |
|---|---|---|---|---|---|---|---|---|---|
| 1A-1 | Angelina County | 0 | 1 | 0.00% | 100.00% | $0.00 | $12,679.09 | 0.00% | 100.00% |
| 1A-1 | Bexar County | 0 | 1 | 0.00% | 100.00% | $0.00 | $14,325.22 | 0.00% | 100.00% |
| 1A-1 | Cameron County | 0 | 1 | 0.00% | 100.00% | $0.00 | $165,698.73 | 0.00% | 100.00% |
| 1A-1 | City of El Paso | 0 | 1 | 0.00% | 100.00% | $0.00 | $205,921.35 | 0.00% | 100.00% |
| 1A-1 | City of Harlingen | 0 | 1 | 0.00% | 100.00% | $0.00 | $41.16 | 0.00% | 100.00% |
| 1A-1 | City of McAllen | 0 | 1 | 0.00% | 100.00% | $0.00 | $2,437.56 | 0.00% | 100.00% |
| 1A-1 | City of San Marcos | 0 | 1 | 0.00% | 100.00% | $0.00 | $176.75 | 0.00% | 100.00% |
| 1A-1 | Cypress Fairbanks ISD | 0 | 1 | 0.00% | 100.00% | $0.00 | $59.65 | 0.00% | 100.00% |
| 1A-1 | Dallas County | 0 | 1 | 0.00% | 100.00% | $0.00 | $7,616.77 | 0.00% | 100.00% |
| 1A-1 | Harlingen CISD | 0 | 1 | 0.00% | 100.00% | $0.00 | $108.03 | 0.00% | 100.00% |
| 1A-1 | Harris County City of Houston | 0 | 1 | 0.00% | 100.00% | $0.00 | $902.84 | 0.00% | 100.00% |
| 1A-1 | Montague County | 0 | 1 | 0.00% | 100.00% | $0.00 | $42.28 | 0.00% | 100.00% |
| 1A-1 | Montgomery County | 0 | 1 | 0.00% | 100.00% | $0.00 | $93.64 | 0.00% | 100.00% |
| 1A-1 | Nueces County | 0 | 1 | 0.00% | 100.00% | $0.00 | $675.28 | 0.00% | 100.00% |
| 1A-1 | Palm Beach County Tax Collector | 0 | 1 | 0.00% | 100.00% | $0.00 | $989.67 | 0.00% | 100.00% |
| 1A-1 | Peyton C Cochrane Tax Collector | 1 | 0 | 100.00% | 0.00% | $112,684.12 | $0.00 | 100.00% | 0.00% |
| 1A-1 | Peyton C Cochrane Tax Collector | 1 | 0 | 100.00% | 0.00% | $21,600.45 | $0.00 | 100.00% | 0.00% |
| 1A-1 | Peyton C Cochrane Tax Collector | 1 | 0 | 100.00% | 0.00% | $906.59 | $0.00 | 100.00% | 0.00% |
| 1A-1 | Roberts Yvonne | 0 | 1 | 0.00% | 100.00% | $0.00 | $17,887.45 | 0.00% | 100.00% |
| 1A-1 | San Benito CISD | 0 | 1 | 0.00% | 100.00% | $0.00 | $1,314.57 | 0.00% | 100.00% |
| 1A-1 | San Marcos CISD | 0 | 1 | 0.00% | 100.00% | $0.00 | $687.88 | 0.00% | 100.00% |
| 1A-1 | Tarrant County | 0 | 1 | 0.00% | 100.00% | $0.00 | $318.13 | 0.00% | 100.00% |
| 1A-1 | Wabash County In | 0 | 1 | 0.00% | 100.00% | $0.00 | $16.94 | 0.00% | 100.00% |
| 1A-1 | All Other Class 1A-1 Sub-Classes | 0 | 0 | 0.00% | 0.00% | $0.00 | $0.00 | 0.00% | 0.00% |

July 20, 2009

# EXHIBIT 3

## <u>Nonconforming Ballots</u>

| Ballot Number | Creditor Name | Class | Class Description | Voting Amount | Accept or Reject | Ballot Nonconforming Reason | Date Received |
|---|---|---|---|---|---|---|---|
| 13008 | Accro Industries Inc | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $6,787.20 | Reject | Late Filed | 7/17/2009 |
| 12974 | All World Machinery Suppl | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $4,875.00 | Reject | Late Filed | 7/17/2009 |
| 10299 | Ambler Clifford G | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Abstained | | 6/30/2009 |
| 12976 | Amphenol Corp Amphenol RF | 3C-1 | General Unsecured (Connection System Debtors) | $687,494.02 | Reject | Late Filed | 7/17/2009 |
| 12985 | Amphenol Corp Amphenol RF | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $10,630.26 | Reject | Late Filed | 7/17/2009 |
| 12983 | Amphenol Precision Cable Mfg | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $25,570.41 | Reject | Late Filed | 7/17/2009 |
| 10101 | Andrasik Joseph | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1,141,836.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 6/26/2009 |
| 10610 | Argo Partners | 3C-1 | General Unsecured (Connection System Debtors) | $19,510.92 | Abstained | | 7/1/2009 |
| 10359 | Argo Partners | 3C-1 | General Unsecured (Connection System Debtors) | $6,168.93 | Abstained | | 7/1/2009 |
| 12973 | Auto Kabel Hausen Gmbh & Co Betriebs Kg | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $110,357.83 | Reject | Late Filed | 7/16/2009 |
| 10237 | Bentley Dolores | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 6/29/2009 |
| 12996 | Berger Feintechnik Gmbh | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $36,991.30 | Reject | Late Filed | 7/17/2009 |
| 10882 | Boward Mark | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $22,419.91 | Reject | Not entitled to vote pursuant to post solicitation date objection | 7/8/2009 |
| 10729 | Bruewer Mike | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $500,000.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 7/3/2009 |
| 10509 | Campbell William J | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 6/30/2009 |
| 10823 | Castillo Ray | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 7/7/2009 |
| 11976 | Chapman Deborah | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $2,611.23 | Reject | Not entitled to vote pursuant to post solicitation date objection | 7/14/2009 |
| 12027 | Contrarian Funds LLC as Assignee of Cacace Associates Inc | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $121,260.85 | Abstained | | 7/14/2009 |
| 13009 | Davidsons Pest Control | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1,187.84 | Reject | Late Filed | 7/17/2009 |
| 13007 | Davies Alan D | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Late Filed | 7/17/2009 |
| 11782 | De Ameretek Corporation | 8C-1 | General Unsecured (Delphi Mechatronic Systems, Inc.) | $1,465.93 | Reject | Submitting party failed to file Notice of Transfer for balloted claim | 7/14/2009 |
| 12268 | Debt Acquisition Company of America V LLC | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $150.00 | Reject | | 7/15/2009 |
| 10381 | Deffenbaugh Industries Inc & Engineered Recovery Syst | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $577.50 | Abstained | | 6/30/2009 |
| 12039 | Delaney David | 1A-1 | Secured (Delphi-DAS Debtors) | $1.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 7/14/2009 |
| 12975 | Demino Salvatore | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Late Filed | 7/17/2009 |
| 11108 | DERINGER NEY INC | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $58,987.35 | Accept | Submitting party failed to file Notice of Transfer for balloted claim | 7/13/2009 |
| 13003 | Design Pattern Works Inc | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $29,150.00 | Reject | Late Filed | 7/17/2009 |
| 10048 | Edwards Mens Shop Inc | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1,257.60 | Abstained | | 6/26/2009 |
| 12999 | Elston Richards Inc Elston Richards Storage Co | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $14,586.86 | Reject | Late Filed | 7/17/2009 |
| 10388 | Etas Inc | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $22,420.72 | Abstained | | 6/30/2009 |
| 12998 | FedEx Custom Critical | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $67,998.47 | Reject | Late Filed | 7/17/2009 |
| 12997 | FedEx Custom Critical | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1,941.46 | Reject | Late Filed | 7/17/2009 |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

| Ballot Number | Creditor Name | Class | Class Description | Voting Amount | Accept or Reject | Ballot Nonconforming Reason | Date Received |
|---|---|---|---|---|---|---|---|
| 12995 | Force Electronics | 10C-1 | General Unsecured (Delphi Medical Systems Colorado Corporation Debtors) | $3,528.78 | Reject | Late Filed | 7/17/2009 |
| 10860 | Goad James D | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Abstained | | 7/7/2009 |
| 12991 | Grady Dennis F | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Late Filed | 7/17/2009 |
| 12569 | Hain Capital Holdings LLC | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $306,852.90 | Accept | No Signature | 7/15/2009 |
| 12551 | Hain Capital Holdings LLC | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $6,416.20 | Accept | No Signature | 7/15/2009 |
| 12933 | Hain Capital Holdings LLC | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $84,558.77 | Accept | No Signature | 7/15/2009 |
| 12936 | Hain Capital Holdings LLC | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $86,146.62 | Accept | No Signature | 7/15/2009 |
| 12682 | Hain Capital Holdings LLC | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $176,674.70 | Accept | No Signature | 7/15/2009 |
| 12932 | Hain Capital Holdings LLC | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $107,719.65 | Accept | No Signature | 7/15/2009 |
| 12941 | Hain Capital Holdings LLC | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $341,381.44 | Accept | No Signature | 7/15/2009 |
| 12947 | Hain Capital Holdings LLC | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $87,021.08 | Accept | No Signature | 7/15/2009 |
| 12678 | Hain Capital Holdings LLC | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $220,052.15 | Accept | No Signature | 7/15/2009 |
| 10755 | Hale Rose | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 7/7/2009 |
| 10239 | Harback Jr Almeron L | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Accept | Not entitled to vote pursuant to post solicitation date objection | 6/29/2009 |
| 11089 | Helical Products Co | 11C-1 | General Unsecured (Delphi Medical Systems Texas Corporation) | $100.24 | Abstained | | 7/13/2009 |
| 13011 | Herr David | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Late Filed | 7/17/2009 |
| 12987 | Hewlett Packard Company | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $4,921,104.00 | Accept | Late Filed | 7/17/2009 |
| 13010 | Hogan David | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Late Filed | 7/17/2009 |
| 10835 | Holland Scottie E | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 7/7/2009 |
| 10762 | Holland Scottie E | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $97,298.51 | Reject | Not entitled to vote pursuant to post solicitation date objection | 7/7/2009 |
| 12982 | Ifm Efector Inc | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $3,679.30 | Reject | Late Filed | 7/17/2009 |
| 11664 | Industrial Packaging Corp | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $14,531.40 | Reject | Submitting party failed to file Notice of Transfer for balloted claim | 7/14/2009 |
| 12857 | International Union of Operating Engineers Local 101 S on behalf of employees and retirees it represents | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 7/15/2009 |
| 12725 | International Union of Operating Engineers Local 18 S on Behalf of Employees and Retirees it Represents | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $500.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 7/15/2009 |
| 12838 | International Union of Operating Engineers Local 18 S on Behalf of Employees and Retirees it Represents | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $500.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 7/15/2009 |
| 12850 | International Union of Operating Engineers Local 832 S on Behalf of Employees and Retirees it Represents | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 7/15/2009 |
| 12859 | International Union of Operating Engineers Local 832 S on Behalf of Employees and Retirees it Represents | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 7/15/2009 |
| 12981 | JORGENSEN RONALD E | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $130,854.64 | Reject | Late Filed | 7/17/2009 |
| 12977 | Kaumagraph Flint Corporation | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1,655,726.96 | Accept | Late Filed | 7/17/2009 |
| 12988 | Kepco Inc Eft | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $3,090.00 | Reject | Late Filed | 7/17/2009 |
| 10784 | Leaym Robert A | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 7/7/2009 |
| 10386 | Linton Edward W | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 6/30/2009 |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 4

| Ballot Number | Creditor Name | Class | Class Description | Voting Amount | Accept or Reject | Ballot Nonconforming Reason | Date Received |
|---|---|---|---|---|---|---|---|
| 10512 | Lutz Jerilyn K | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 6/30/2009 |
| 13005 | Machajewski Marys Dba Data Service Associates | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $2,800.00 | Reject | Late Filed | 7/17/2009 |
| 10795 | Malusi Daniel | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 7/7/2009 |
| 10754 | Malusi Daniel | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 7/7/2009 |
| 11041 | Martindale William | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1,173,000.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 7/9/2009 |
| 11053 | Masters Constance | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 7/13/2009 |
| 12984 | Maxim Integrated Products Inc | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $801,350.00 | Reject | Late Filed | 7/17/2009 |
| 10516 | Mcclune Donald | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 6/30/2009 |
| 10500 | Mcmahon Michael J | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 6/30/2009 |
| 10127 | Meltric Corporation | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $875.40 | Abstained | | 6/29/2009 |
| 11715 | Microsemi Corp | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $9,029.00 | Reject | Submitting party failed to file Notice of Transfer for balloted claim | 7/14/2009 |
| 12989 | Moldtech | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $2,217.55 | Reject | Late Filed | 7/17/2009 |
| 12990 | Moldtech Inc | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $3,772.00 | Reject | Late Filed | 7/17/2009 |
| 12993 | Moldtech Inc | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $46,544.80 | Reject | Late Filed | 7/17/2009 |
| 10811 | Morris Letitia K | 3C-1 | General Unsecured (Connection System Debtors) | $21,000.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 7/7/2009 |
| 10859 | Nexans Iko Sweeden Ab | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $393.31 | Abstained | | 7/7/2009 |
| 12024 | Noel Morgan Hubert | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $976,000.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 7/11/2009 |
| 10511 | Ostash Robert S | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 6/30/2009 |
| 13002 | P J Spring Co Inc | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $6,085.80 | Reject | Late Filed | 7/17/2009 |
| 12994 | PEC of America Corporation | 8C-1 | General Unsecured (Delphi Mechatronic Systems, Inc.) | $3,579.00 | Accept | Late Filed | 7/17/2009 |
| 12002 | Petty Bridget R | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 7/14/2009 |
| 12979 | Price Heneveld Cooper DeWitt Litton LLP | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $103,014.55 | Accept | Late Filed | 7/17/2009 |
| 13001 | Raco Industries | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $2,224.60 | Reject | Late Filed | 7/17/2009 |
| 13000 | Rausch Carl G | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1,267,847.18 | Reject | Late Filed | 7/17/2009 |
| 13006 | Robran Daloni L | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Late Filed | 7/17/2009 |
| 10962 | Rosalyn Motley | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $40,000.00 | Abstained | | 7/13/2009 |
| 12992 | Schade Richard A | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Late Filed | 7/17/2009 |
| 13012 | Schade Richard A | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Late Filed | 7/17/2009 |
| 10849 | Smith Michael W | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 7/7/2009 |
| 12978 | Smith Ruthie M | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Late Filed | 7/17/2009 |
| 11636 | Starwin Industries Inc | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $45,865.00 | Abstained | | 7/14/2009 |
| 12980 | Stipp Keith | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Accept | Late Filed | 7/17/2009 |
| 10416 | Streeter Steven D | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 6/30/2009 |
| 10238 | Torr Billy | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 6/29/2009 |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

| Ballot Number | Creditor Name | Class | Class Description | Voting Amount | Accept or Reject | Ballot Nonconforming Reason | Date Received |
|---|---|---|---|---|---|---|---|
| 11039 | Turkett Ronald | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $274,223.59 | Reject | Duplicate ballot submitted on non-original form | 7/13/2009 |
| 12746 | Tyco Electronics Corporation | 3C-1 | General Unsecured (Connection System Debtors) | $34,332.85 | Abstained | | 7/15/2009 |
| 13004 | US Aeroteam | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $275,000.00 | Reject | Late Filed | 7/17/2009 |
| 10081 | Vorpahl Wa Inc | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $151.14 | Abstained | | 6/26/2009 |
| 12986 | XERMAC INC ELECTRONIC REMOVAL OF METALS | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $4,500.00 | Reject | Late Filed | 7/17/2009 |

# EXHIBIT 4

**Tabulation Report of Affected Classes Only Aggregating Conforming Ballots Received By
The Voting Agents (Including Properly And Timely Cast Ballots By Holders Of Securities)
And The Provisional Ballots Requested By FCI, Hyundai and Unions, Assuming FCI's,
<u>Hyundai's And Unions' 3018 Motions Are Granted In Their Entirety By This Court</u>**

Tabulation Report Of Affected Classes Only Aggregating Conforming Ballots Received By The Voting Agents
(Including Properly And Timely Cast Ballots By Holders Of Securities) And The Provisional Ballots Requested By FCI, Hyundai And Unions,
Assuming FCI's, Hyundai's And Unions' 3018 Motions Are Granted In Their Entirety By This Court

The provisional ballots submitted by FCI and the Unions only affect Class 1C-1. The provisional ballots submitted by Hyundai only affect Classes 5C-1 and 6C-1.  The report below includes the tabulation of all conforming ballots for Classes 1C-1, 5C-1, and 6C-1 as well as the provisional ballots submitted by FCI, Hyundai, and the Unions, assuming the 3018 Motions are granted in their entirety by this Court.  No other Classes of Claims are affected by the provisional ballots that were submitted.

| §1126 Compliant | Class Name | Class Description | Number of Ballots Voting to Accept | Number of Ballots Voting to Reject | % Of Ballots Voting To Accept | % Of Ballots Voting To Reject | Amount of Voting to Accept | Amount of Voting to Reject | % Of Amount Voting To Accept | % Of Amount Voting To Reject |
|---|---|---|---|---|---|---|---|---|---|---|
| No | 1C-1 | Delphi-DAS Debtors | 658 | 2,236 | 22.74% | 77.26% | $683,455,873.04 | $1,863,780,018.32 | 26.83% | 73.17% |
| No | 5C-1 | Delco Electronics Overseas Corporation | 4 | 6 | 40.00% | 60.00% | $25,363.95 | $37,100,622.49 | 0.07% | 99.93% |
| No | 6C-1 | Delphi Diesel Systems Corp. | 6 | 39 | 13.33% | 86.67% | $575,171.69 | $38,271,263.22 | 1.48% | 98.52% |

July 20, 2009