HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7662
Tricia A. Sherick (P60384)

*Attorneys for AM General, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | Chapter 11 |
| **DELPHI CORPORATION, et al.,** | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------/

## Limited Objection to Assumption and Proposed Cure Amounts

AM General LLC ("AMG") objects to assumption and assignment of the agreements for which AMG is identified as a counterparty in: (1) the Debtors' Notice of Assumption and Assignment With Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to Parnassus Holdings II, LLC Under Modified Plan of Reorganization, and (2) the Debtors' Notice of Assumption and Assignment With Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to GM Components Holdings, LLC or Steering Solutions Services Corporation, As Applicable, Under Modified Plan of Reorganization, each dated July 10, 2009 (together, the "Notices"), on the basis that AMG has had insufficient time to evaluate the nature of any objections it may have to such assumption and assignment and to the proposed cure amounts.

AMG received the Notices on July 14, 2009. AMG contacted the Debtors' counsel, Carl Tullson, on Monday, July 20, 2009 to request an extension of time to evaluate whether an objection was necessary. As of the time of this filing, Debtors' counsel refused to provide AMG

with an extension. AMG has had insufficient time to evaluate whether it has a basis for objection to assumption and assignment or to the Debtors' proposed cure amounts. Accordingly, AMG objects to assumption and assignment until it can properly evaluate whether such basis exists.

AMG reserves its rights to (i) amend, modify, or supplement this objection and to provide any additional information or documentation as may be requested by the Court in connection with its determination of the cure amount and (ii) object to any proposed assumption and assignment of its contracts with the Debtors before or after the sale hearing on the basis that the proposed assumption and assignment does not satisfy all of the requirements of Bankruptcy Code § 365.

                        Respectfully submitted,

                        HONIGMAN MILLER SCHWARTZ AND COHN LLP

                        /s/ Tricia A. Sherick
                        Tricia A. Sherick (MI Bar #P60384)
                        2290 First National Building
                        660 Woodward Avenue
                        Detroit, MI 48226
                        Telephone: (313) 465-7662
                        Facsimile: (313) 465-7663

Dated: July 20, 2009          Email: tsherick@honigman.com

                        *Counsel to AM General, LLC*

DETROIT.3764151.1