**MORRISON COHEN LLP**
909 Third Avenue
New York, New York 10022
(212) 735-8600
Joseph T. Moldovan
Michael R. Dal Lago

**MILLER & CHEVALIER CHARTERED**
655 Fifteenth Street, N.W.
Suite 900
Washington, D.C. 20005
(202) 626-5800
Anthony F. Shelley (pro hac vice admission pending)
Timothy P. O'Toole (pro hac vice admission pending)

*Attorneys for Dennis Black, Charles Cunningham,
and the Delphi Salaried Retiree Association*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                                    :   Chapter 11
                                                          :
DELPHI CORPORATION, et al.,                               :
                                                          :   Case No. 05-44481 (RDD)
                              Debtors.                    :   (Jointly Administered)
                                                          :
------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure ("Rules"), Morrison Cohen LLP and Miller Chevalier Chartered, as counsel for Dennis Black, Charles Cunningham, and the Delphi Salaried Retiree Association ("Dennis Black et al."), demand that all notices, papers, and pleadings including, without limitation, orders, applications, objections to proofs of claim, notices of cure amounts, petitions, demands, motions, or documents of any kind, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopier, telex,

computer data medium or any electronic means, filed or served in this case, or any adversary proceeding herein (collectively, "Documents"), be served upon the following:

| | |
|---|---|
| Joseph T. Moldovan, Esq. | Anthony F. Shelley, Esq. |
| Michael R. Dal Lago, Esq. | Timothy P. O'Toole, Esq. |
| **MORRISON COHEN LLP** | **MILLER & CHEVALIER CHARTERED** |
| 909 Third Avenue | 655 Fifteenth Street, N.W., Suite 900 |
| New York, NY 10022 | Washington, D.C. 20005 |
| E-mail: bankruptcy@morrisoncohen.com | Email: totoole@milchev.com |
| | Email: AShelley@milchev.com |

**MORRISON COHEN LLP AND MILLER & CHEVALIER CHARTERED DEMAND THAT IN ADDITION TO ANY METHOD OF SERVICE REQUIRED BY COURT ORDER IN THIS CASE, ALL DOCUMENTS BE SERVED UPON IT BY REGULAR MAIL OR OTHER HARD COPY DELIVERY, SUCH AS FEDERAL EXPRESS OR OTHER OVERNIGHT COURIER.**

**THIS NOTICE OF APPEARANCE SHALL NOT BE INTERPRETED AS, OR DEEMED TO BE, A CONSENT TO ELECTRONIC SERVICE OR NOTICE BY ELECTRONIC TRANSMISSION IN THIS CASE AND, MORRISON COHEN AND MILLER & CHEVALIER CHARTERED EXPRESSLY DO NOT CONSENT TO SUCH SERVICE UNLESS REQUIRED BY COURT ORDER. IF, AT ANY TIME, MORRISON COHEN LLP AND MILLER & CHEVALIER CHARTERED DETERMINE TO RECEIVE ELECTRONIC SERVICE OF DOCUMENTS OR NOTICE BY ELECTRONIC TRANSMISSION IN THIS CASE, IT WILL MAKE THE APPROPRIATE REQUEST IN WRITING IN ACCORDANCE WITH RULE 9036 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE.**

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Dennis Black et al.'s: (i) right to have a final order in non-core matters entered only after de novo review by a United States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Dennis Black et al. is or may be entitled under agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: New York, New York
July 20, 2009

*Attorneys for Dennis Black, Charles Cunningham, and the Delphi Salaried Retiree Association*

**MORRISON COHEN LLP**

By: */s/ Joseph T. Moldovan*
Joseph T. Moldovan
Michael R. Dal Lago

909 Third Avenue
New York, New York   10022
(212) 735-8600

**MILLER & CHEVALIER CHARTERED**

Anthony F. Shelley (admission pending)
Timothy P. O'Toole (admission pending)

655 Fifteenth Street, N.W.
Suite 900
Washington, D.C. 20005
(202) 626-5800

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK   )

       **MARIOLA WIATRAK,** being duly sworn, deposes and says:

       I am employed by the firm of Morrison Cohen LLP, attorneys for Dennis Black, Charles Cunningham, and the Delphi Salaried Retiree Association I am not a party to this action, am over 18 years of age and reside in Forest Hills, New York.

       On July 20, 2009, I served copies of the Notice of Appearance and Demand for Service of Papers, upon the parties on the annexed service list by enclosing same in wrappers respectively addressed to the addresses designated for that purpose and causing same to be deposited first class and post-paid in an official depository under the care and custody of the United Stated Postal Service within the State of New York.

                                                                   /s/ Mariola Wiatrak
                                                                 MARIOLA WIATRAK

Sworn to before me this
20th day of July 2009

      /s/
  NOTARY PUBLIC

#1800855 v1 \021081 \0001

# SERVICE LIST

*Debtors*
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Att'n: General Counsel

*Counsel for the Debtors*
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
Att'n: John Wm. Butler, Jr.
Att'n: Ron E. Meisler

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Att'n: Kayalyn A. Marafioti
Att'n: Gregory W. Fox

*United States Trustee*
The Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, New York 10004
Att'n: Brian Masumoto

*Counsel for the Creditors' Committee*
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Att'n: Robert J. Rosenberg
Att'n: Mitchell A. Seider
Att'n: Mark A. Broude

#1800855 v1 \021081 \0001