CARSON FISCHER, P.L.C.
*Counsel for Behr America, Inc.*
4111 Andover Road, West-2nd Floor
Bloomfield Hills, MI  48302
(248) 644-4840
Patrick J. Kukla (P60465)


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re:                                                      :     Chapter 11
                                                            :     Case No.: 05-44481 (RDD)
DELPHI CORPORATION, *et al.,*                               :     (Jointly Administered)
                                                            :
        Debtors.                                            :
------------------------------------------------------------x

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS
AND REQUEST TO BE ADDED TO THE GENERAL SERVICE LIST**

PLEASE TAKE NOTICE THAT Carson Fischer, P.L.C. hereby enters its appearance as counsel for Behr America, Inc. and requests that all notices in the above-referenced Chapter 11 proceeding and all papers served, or required to be served, in the case be served upon the following attorneys and that the following attorneys be added to the General Service List:

   Joseph M. Fischer (brcy@carsonfischer.com)
   Robert A. Weisberg (brcy@carsonfischer.com)
   Patrick J. Kukla (brcy@carsonfischer.com)
   Carson Fischer, P.L.C.
   4111 Andover Road, West-2nd Floor
   Bloomfield Hills, MI  48302

                    CARSON FISCHER, P.L.C.
                    *Attorneys for Behr America, Inc.*


                    By: /s/ Patrick J. Kukla
                    Patrick J. Kukla (P60465)
                    4111 Andover Road, West-2nd Flr.
                    Bloomfield Hills, MI  48302
                    Tele:  (248) 644-4840

Dated:  July 20, 2009