CARSON FISCHER, P.L.C.
*Counsel for Behr America, Inc.*
4111 Andover Road, West-2nd Floor
Bloomfield Hills, MI  48302
(248) 644-4840
Patrick J. Kukla (P60465)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                             :
In re:                                                       :     Chapter 11
                                                             :     Case No.: 05-44481 (RDD)
DELPHI CORPORATION, *et al.*,                                :     (Jointly Administered)
                                                             :
          Debtors.                                           :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that papers were served as follows:

1.     Papers Served:    Behr America, Inc.'s Objection to Notice of Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to Parnassus Holdings II, LLC Under Modified Plan of Reorganization

2.     Served Upon:    Honorable Robert D. Drain
    US Bankruptcy Court for the Southern District of NY
    One Bowling Green, Room 632
    New York, Ney York 10004

    Delphi Corporation
    Attn:  General Counsel
    5725 Delphi Drive
    Troy, Michigan  48098

    Skadden, Arps, Slate, Meagher & Flom LLP
    Attn:  John Wm. Butler, Jr. and Ron E. Meisler
    155 North Wacker Drive
    Chicago, Illinois  60606

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Kayalyn A Marafioti and Gregory W. Fox
Four Times Square
New York, New York 10036

Office of the US Trustee/Southern Dist of NY
Attn: Brian Masumoto
33 Whitehall Street, Suite 2100
New York, New York 10004

Latham & Watkins, LLP
Attn: Robert Rosenberg, Mark Broude, Mithcell Seider
885 Third Avenue
New York, New York 10022

Davis, Polk & Wardwell
Attn: Donald Bernstein and Brian Resnick
450 Lexington Avenue
New York, New York 10017

Willkie Farr & Gallagher LLP
Attn: Richard Mancino and Marc Abrams
787 Seventh Avenue
New York, New York 10019

Cadwalader, Wickersham & Taft LLP
Attn: John Rapisardi and Oren Haker
One World Financial Center
New York, New York 10281

US Department of Justice
Attn: Matthew Schwartz and Joseph Cordaro
86 Chambers Street, 3rd Floor
New York, New York 10007

Weil, Gotshal & Manges, LLP
Attn: Jeffrey Tanenbaum and Robert Lemons
767 Fifth Avenue
New York, New York 10153

Schulte Roth & Zabel LLP
Attn: Adam Harris and David Karp
919 Third Avenue
New York, New York 10022

3. Date of Service: July 20, 2009

4. Method of Service: Federal Express – Priority Overnight Delivery

       /s/ Patrick J. Kukla