**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------X

In re:

**Delphi Corporation, et al.**

                Debtors

Chapter 11
Case No. 05-44481 (rdd)
Jointly Administered

---------------------------X

**CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER**

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO A PROTECTIVE ORDER OF THE BANKRUPTCY COURT, DATED, JANUARY 12, 2006, DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.