ALSTON & BIRD LLP
Dennis J. Connolly (DC-9932)
David A. Wender (admitted *pro hac vice*)
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone (404) 881-7000
Facsimile (404) 881-7777

*Counsel for Furukawa Electric Company, Ltd.*
*and Furukawa Electric North America APD, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
**In re: DELPHI CORPORATION, *et. al.*,**    :    Chapter 11
                                                            :
       **Debtors.**    :    Case No. 05-44481 (RDD)
                                                            :
                                                            :    (Jointly Administered)
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

| STATE OF GEORGIA | ) |       |
|---|---|---|
|   | ) | ss: |
| COUNTY OF FULTON | ) |    |

    DAVID A. WENDER, having personally appeared before the undersigned officer, duly authorized to administer oaths in the State of Georgia, and having been duly sworn, deposes and states as follows:

    1.    I am not a party to this action, am over 18 years of age, and am employed by Alston & Bird LLP, 1201 West Peachtree Street, Atlanta, Georgia 30309-3424.

    2.    On the 20th day of July, 2009, I caused true and correct copies of the **Limited Response and Reservation of Rights of Furukawa Electric North America APD, Inc. and Furukawa Electric Company, LTD to Debtors' July 13, 2009 Notice**

**of Filing of Certain Corrected Notices of Assumption and Assignment With Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to Parnassus Holdings II, LLC under Modified Plan of Reorganization"** to be delivered (i) via Overnight Delivery on the parties listed on Exhibit "A;" (ii) via electronic notification on the parties listed on Exhibit "B;" and (iii) via First Class Mail, postage prepaid, on the parties listed on Exhibit "C."

FURTHER AFFIANT SAYETH NOT.

/s/ David A. Wender
DAVID A. WENDER

Sworn to and subscribed before me
This 20th day of July 2009.

/s/ Beverly A. Raston
NOTARY PUBLIC

Commission Expires: June 22, 2012