# EXHIBIT B

# SERVICE LIST VIA EMAIL

pclark@btlaw.com
rstark@brownrudnick.com
bsimon@cwsny.com
sreisman@cm-p.com
donald.bernstein@dpw.com
brian.resnick@dpw.com
sean.p.corcoran@delphi.com
karen.j.craft@delphi.com
cschiff@flextronics.com
paul.anderson@flextronics.com
trey.chambers@freescale.com
rodbuje@ffhsj.com
sliviri@ffhsj.com
randall.eisenberg@fticonsulting.com
valerie.venable@ge.com
lhassel@groom.com
sgross@hodgsonruss.com
fgorman@honigman.com
rweiss@honigman.com
mariaivalerio@irs.gov
bderrough@jefferies.com
richard.duker@jpmorgan.com
gianni.russello@jpmorgan.com
gnovod@kramerlevin.com
tmayer@kramerlevin.com
sbetance@kccllc.com
robert.rosenberg@lw.com
daniel.fisher@lawdeb.com
patrick.healy@lawdeb.com
blax@laxneville.com
bburns@laxneville.com
dcleary@mwe.com
jdejonker@mwe.com
mkhambati@mwe.com
conh@mctiguelaw.com
bmctigue@mctiguelaw.com
lszlezinger@mesirowfinancial.com
gbray@milbank.com
tkreller@milbank.com
jtill@milbank.com
newyork@sec.gov
william.dornbos@oag.state.ny.us
rsiegel@omm.com

tjerman@omm.com
landy.ralph@pbgc.gov
morris.karen@pbgc.gov
menke.john@pbfgc.gov
bangert.beth@pbgc.gov
efile@pbgc.gov
sriemer@phillipsnizer.com
david.resnick@us.rothschild.com
rdremluk@seyfarth.com
dbartner@shearman.com
jfrizzley@shearman.com
kziman@stblaw.com
rtrust@stblaw.com
wrussell@stblaw.com
jbutler@skadden.com
jlyonsch@skadden.com
rmeisler@skadden.com
kmarafio@skadden.com
tmatz@skadden.com
ddoyle@spencerfane.com
nfranke@spencerfane.com
jcohen@stahlcowen.com
tcornell@stahlcowen.com
cp@stevenslee.com
cs@stevenslee.com
altogut@teamtogut.com
mwarner@warnerstevens.com
harvey.miller@weil.com
jeff.tanenbaum@weil.com
martin.bienenstock@weil.com
michael.kessler@weil.com
scimalore@wilmingtontrust.com
adalberto@canadas.com
javanzato@apslaw.com
david.boyle@airgas.com
bkessinger@akebono-usa.com
ddunn@akingump.com
idizengoff@akingump.com
pgurfein@akingump.com
mgreger@allenmatkins.com
steven.keyes@aam.com
gogimalik@andrewskurth.com
lwalzer@angelogordon.com
mtf@afrct.com
aleinoff@amph.com
Cohen.Mitchell@arentfox.com

Hirsh.Robert@arentfox.com
dladdin@agg.com
joel_gross@aporter.com
cgalloway@atsautomation.com
eray@balch.com
kim.robinson@bfkn.com
william.barrett@bfkn.com
alan.mills@btlaw.com
john.gregg@btlaw.com
mark.owens@btlaw.com
michael.mccrory@btlaw.com
pmears@btlaw.com
wendy.brewer@btlaw.com
ffm@bostonbusinesslaw.com
tom@beemanlawoffice.com
hannah@blbglaw.com
sean@blbglaw.com
wallace@blbglaw.com
murph@berrymoorman.com
klaw@bbslaw.com
lschwab@bbslaw.com
pcostello@bbslaw.com
tgaa@bbslaw.com
jtaylor@binghammchale.com
malerding@binghammchale.com
wmosby@binghammchale.com
wmosby@binghammchale.com
mrichards@blankrome.com
rmcdowell@bodmanllp.com
chill@bsk.com
csullivan@bsk.com
sdonato@bsk.com
mtrentadue@boselaw.com
cdelatorre@boselaw.com
amcmullen@bccb.com
rjones@bccb.com
massimiliano_cini@brembo.it
dludman@brownconnery.com
schristianson@buchalter.com
mary.caloway@bipc.com
william.schorling@bipc.com
mhall@burr.com
jeannine.damico@cwt.com
john.rapisardi@cwt.com
oren.haker@cwt.com
jonathan.greenberg@BASF.COM

rusadi@cahill.com  
jrobertson@calfee.com  
dhriggio@gmail.com  
rcalinoff@candklaw.com  
rweisberg@carsonfischer.com  
cahn@clm.com  
ddeutsch@chadbourne.com  
japplebaum@clarkhill.com  
sdeeby@clarkhill.com  
rgordon@clarkhill.com  
maofiling@cgsh.com  
maofiling@cgsh.com  
tmaxson@cohenlaw.com  
jvitale@cwsny.com  
bceccotti@cwsny.com  
srosen@cb-shea.com  
Elliott@cmplaw.com  
jwisler@cblh.com  
mlee@contrariancapital.com  
jstanton@contrariancapital.com  
wraine@contrariancapital.com  
solax@contrariancapital.com  
Pretekin@coollaw.com  
sjohnston@cov.com  
swalsh@chglaw.com  
dpm@curtinheefner.com  
rsz@curtinheefner.com  
ceilbott@curtis.com  
krk4@daimlerchrysler.com  
wsavino@damonmorey.com  
davidpmartin@erisacase.com  
davidpmartin@bellsouth.net  
rmeth@daypitney.com  
rbeacher@daypitney.com  
cchiu@daypitney.com  
glenn.siegel@dechert.com  
james.moore@dechert.com  
carol_sowa@denso-diam.com  
gdiconza@dlawpc.com  
john.persiani@dinslaw.com  
richard.kremen@dlapiper.com  
jguerrier@dreierllp.com  
andrew.kassner@dbr.com  
david.aaronson@dbr.com  
janice.grubin@dbr.com  
jhlemkin@duanemorris.com

dmdelphi@duanemorris.com
wmsimkulak@duanemorris.com
dparker@dykema.com
mmsmith@dykema.com
ssalinas@dykema.com
mbusenkell@eckertseamans.com
ayala.hassell@eds.com
bem@eorrlaw.com
akatz@entergy.com
gettelman@e-hlaw.com
eflaagan@faegre.com
lscarcella@farrellfritz.com
pcollins@farrellfritz.com
charles@filardi-law.com
tdonovan@finkgold.com
jmurch@foley.com
jsimon@foley.com
fstevens@foxrothschild.com
mviscount@foxrothschild.com
ftrikkers@rikkerslaw.com
drosenzweig@fulbright.com
mparker@fulbright.com
dcimo@gjb-law.com
dcrapo@gibbonslaw.com
bhoover@goldbergsegalla.com
abrilliant@goodwinproctor.com
cdruehl@goodwinproctor.com
bmehlsack@gkllaw.com
pbilowz@goulstonstorrs.com
jsabella@gelaw.com
jeisenhofer@gelaw.com
mrr@previant.com
mdebbeler@graydon.com
diconzam@gtlaw.com
heyens@gtlaw.com
ckm@greensfelder.com
jpb@greensfelder.com
leoscar@hahnlaw.com
cpeer@hahnlaw.com
cbattaglia@halperinlaw.net
ahalperin@halperinlaw.net
jdyas@halperinlaw.net
rjclark@hancocklaw.com
ddragich@hdolaw.com
hleinwand@aol.com
judith.elkin@haynesboone.com

lenard.parkins@haynesboone.com
kenric.kattner@haynesboone.com
prubin@herrick.com
anne.kennelly@hp.com
ken.higman@hp.com
sharon.petrosino@hp.com
mpendell@haslaw.com
echarlton@hiscockbarclay.com
jkreher@hodgsonruss.com
sgross@hodgsonruss.com
amoog@hhlaw.com
ecdolan@hhlaw.com
sagolden@hhlaw.com
dbaty@honigman.com
tsable@honigman.com
lmurphy@honigman.Com
sdrucker@honigman.com
lgretchko@howardandhoward.com
lmcbryan@hwmklaw.com
jrhunter@hunterschank.com
tomschank@hunterschank.com
mmassad@hunton.com
sholmes@hunton.com
aee@hurwitzfine.com
Ben.Caughey@icemiller.com
greg.bibbes@infineon.com
jeffery.gillispie@infineon.com
heather@inplaytechnologies.com
rgriffin@iuoe.org
bruzinsky@jw.com
hforrest@jw.com
pbarr@jaffelaw.com
JRS@Parmenterlaw.com
wschultz@jasoninc.com
rpeterson@jenner.com
gerdekomarek@bellsouth.net
cball@jonesday.com
pjbenvenutti@jonesday.com
mcorrea@jonesday.com
sjfriedman@jonesday.com
john.sieger@kattenlaw.com
rsmolev@kayescholer.com
kcookson@keglerbrown.com
lsarko@kellerrohrback.com
claufenberg@kellerrohrback.com
eriley@kellerrohrback.com

ggotto@kellerrohrback.com
cwolfe@kelleydrye.com
mstone@kelleydrye.com
lmagarik@kjmlabor.com
sjennik@kjmlabor.com
tkennedy@kjmlabor.com
degan@kslaw.com
sdabney@kslaw.com
bdimos@kslaw.com
jstempel@kirkland.com
efox@klng.com
sosimmerman@kwgd.com
jay.selanders@kutakrock.com
ekutchin@kutchinrufo.com
knorthup@kutchinrufo.com
smcook@lambertleser.com
mark.broude@lw.com
michael.riela@lw.com
mitchell.seider@lw.com
robert.rosenberg@lw.com
mkohayer@aol.com
rcharles@lrlaw.com
sfreeman@lrlaw.com
jengland@linear.com
austin.bankruptcy@publicans.com
dallas.bankruptcy@publicans.com
houston_bankruptcy@publicans.com
kwalsh@lockelord.com
tmcfadden@lockelord.com
gschwed@loeb.com
whawkins@loeb.com
bnathan@lowenstein.com
ilevee@lowenstein.com
krosen@lowenstein.com
metkin@lowenstein.com
scargill@lowenstein.com
vdagostino@lowenstein.com
egc@lydenlaw.com
axs@maddinhauser.com
jlanden@madisoncap.com
lmc@ml-legal.com
vmastromar@aol.com
gsantella@masudafunai.com
dadler@mccarter.com
eglas@mccarter.com
jsalmas@mccarthy.ca

lsalzman@mccarthy.ca
gravert@mwe.com
jmsullivan@mwe.com
sselbst@mwe.com
shandler@mwe.com
mquinn@mwe.com
sopincar@mcdonaldhopkins.com
sriley@mcdonaldhopkins.com
jbernstein@mdmc-law.com
amccollough@mcguirewoods.com
dblanks@mcquirewoods.com
jmaddock@mcguirewoods.com
tslome@msek.com
hkolko@msek.com
lpeterson@msek.com
mmeyers@mlg-pc.com
emeyers@mrrlaw.net
rrosenbaum@mrrlaw.net
mdtcbkc@miamidade.gov
miag@michigan.gov
raterinkd@michigan.gov
miag@michigan.gov
jdonahue@miheritage.com
trenda@milesstockbridge.com
vjones@millermartin.com
sarbt@millerjohnson.com
wolfordr@millerjohnson.com
greenj@millercanfield.com
fusco@millercanfield.com
pjricotta@mintz.com
pricotta@mintz.com
Jeff.Ott@molex.com
agottfried@morganlewis.com
mzelmanovitz@morganlewis.com
resterkin@morganlewis.com
lberkoff@moritthock.com
rurbanik@munsch.com
jwielebinski@munsch.com
drukavina@munsch.com
sandy@nlsg.com
Knathan@nathanneuman.com
lisa.moore2@nationalcity.com
marty_noland@nrel.gov
george.cauthen@nelsonmullins.com
tracy.richardson@dol.lps.state.nj.us
bbeckworth@nixlawfirm.com

jangelovich@nixlawfirm.com
susanwhatley@nixlawfirm.com
eabdelmasieh@nmmlaw.com
dgheiman@jonesday.com
cahope@chapter13macon.com
jay.hurst@oag.state.tx.us
msutter@ag.state.oh.us
michaelz@orbotech.com
mmoody@orourkeandmoody.com
aenglund@orrick.com
fholden@orrick.com
jguy@orrick.com
Rdaversa@orrick.com
rwyron@orrick.com
mseidl@pszjlaw.com
Rfeinstein@pszjlaw.com
Ischarf@pszjlaw.com
dalowenthal@pbwt.com
dwdykhouse@pbwt.com
spaethlaw@phslaw.com
arosenberg@paulweiss.com
cweidler@paulweiss.com
ddavis@paulweiss.com
emccolm@paulweiss.com
jbrass@paulweiss.com
sshimshak@paulweiss.com
housnerp@michigan.gov
kmayhew@pepehazard.com
lawallf@pepperlaw.com
jaffeh@pepperlaw.com
caseyl@pepperlaw.com
varughesen@pepperlaw.com
scarter@pselaw.com
jmanheimer@pierceatwood.com
kcunningham@pierceatwood.com
rjp@pbandg.com
karen.dine@pillsburylaw.com
margot.erlich@pillsburylaw.com
mark.houle@pillsburylaw.com
richard.epling@pillsburylaw.com
robin.spear@pillsburylaw.com
bsmoore@pbnlaw.com
jsmairo@pbnlaw.com
jh@previant.com
mgr@previant.com
enrique.bujidos@es.pwc.com

- 9 -

xst@qad.com
jharris@quarles.com
jdawson@quarles.com
knye@quarles.com
rlp@quarles.com
apille@reedsmith.com
elazarou@reedsmith.com
jkaczka@republicengineered.com
jlapinsky@republicengineered.com
jshickich@riddellwilliams.com
jcrotty@rieckcrotty.com
mscott@riemerlaw.com
holly@regencap.com
amathews@robinsonlaw.com
cnorgaard@ropers.com
gregory.kaden@ropesgray.com
tslome@rsmllp.com
rtrack@msn.com
agelman@sachnoff.com
cschulman@sachnoff.com
cbelmonte@ssbb.com
pbosswick@ssbb.com
rcarrillo@ssbb.com
dweiner@schaferandweiner.com
hborin@schaferandweiner.com
mnewman@schaferandweiner.com
mwernette@schaferandweiner.com
shellie@schaferandweiner.com
rheilman@schaferandweiner.com
egeekie@schiffhardin.com
myarnoff@sbclasslaw.com
shandler@sbclasslaw.com
david.karp@srz.com
james.bentley@srz.com
michael.cook@srz.com
pbaisier@seyfarth.com
rdremluk@seyfarth.com
whanlon@seyfarth.com
bshaw100@shawgussis.com
bharwood@sheehan.com
lawtoll@comcast.net
ewaters@sheppardmullin.com
msternstein@sheppardmullin.com
tcohen@sheppardmullin.com
twardle@sheppardmullin.com
rthibeaux@shergarner.com

rthibeaux@shergarner.com
bankruptcy@goodwin.com
bankruptcy@goodwin.com
asherman@sillscummis.com
jzackin@sillscummis.com
vhamilton@sillscummis.com
skimmelman@sillscummis.com
cfortgang@silverpointcapital.com
kmiller@skfdelaware.com
fyates@sonnenschein.com
mmachen@sonnenschein.com
opinkas@sonnenschein.com
rrichards@sonnenschein.com
lloyd.sarakin@am.sony.com
emarcks@ssd.com
cmeyer@ssd.com
sarah.morrison@doj.ca.gov
hwangr@michigan.gov
przekopshaws@michigan.gov
jmbaumann@steeltechnologies.com
rkidd@srcm-law.com
shapiro@steinbergshapiro.com
jposta@sternslaw.com
jspecf@sternslaw.com
cs@stevenslee.com
cp@stevenslee.com
mshaiken@stinsonmoheck.com
robert.goodrich@stites.com
madison.cashman@stites.com
wbeard@stites.com
loucourtsum@stites.com
cpajak@stutman.com
egoldberg@stutman.com
ipachulski@stutman.com
jdavidson@stutman.com
ferrell@taftlaw.com
miller@taftlaw.com
jteitelbaum@morganlewis.com
rbaskin@tblawllp.com
agbanknewyork@ag.tn.gov
jforstot@tpw.com
lcurcio@tpw.com
niizeki.tetsuhiro@furukawa.co.jp
robert.morris@timken.com
mcolabianchi@thelen.com
rhett.campbell@tklaw.com

ira.herman@tklaw.com
john.brannon@tklaw.com
lnewman@tcfhlaw.com
dquaid@tcfhlaw.com
efiledocketgroup@fagelhaber.com
tguerriero@us.tiauto.com
jlevi@toddlevi.com
bmcdonough@teamtogut.com
jwilson@tylercooper.com
matthew.schwartz@usdoj.gov
hzamboni@underbergkessler.com
mkilgore@UP.com
djury@usw.org
tscobb@vorys.com
RGMason@wlrk.com
robert.welhoelter@wallerlaw.com
gtoering@wnj.com
mcruse@wnj.com
growsb@wnj.com
mwarner@warnerstevens.com
lekvall@wgllp.com
aordubegian@weineisen.com
gpeters@weltman.com
gkurtz@ny.whitecase.com
guzzi@whitecase.com
dbaumstein@ny.whitecase.com
tlauria@whitecase.com
featon@miami.whitecase.com
barnold@whdlaw.com
jmoennich@wickenslaw.com
dneier@winston.com
cschreiber@winston.com
mwinthrop@winthropcouchot.com
sokeefe@winthropcouchot.com
agrumbine@wcsr.com
rkisicki@woodsoviatt.com
skrause@zeklaw.com