UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                                    :
     In re                                  :
                                                                    :    Chapter 11
DELPHI CORPORATION, et al.,                                         :
                                                                    :    Case No. 05-44481 (RDD)
              Debtors.                :
                                                                    :    (Jointly Administered)
-------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

        The undersigned hereby certifies that on the 20th day of July, 2009, a true and correct copy of the attached LIMITED OBJECTION OF GENERAL ELECTRIC CAPITAL CORPORATION TO NOTICE OF ASSUMPTION AND ASSIGNMENT WITH RESPECT TO CERTAIN EXECUTORY CONTRACTS OR UNEXPIRED LEASES TO BE ASSUMED AND ASSIGNED TO PARNASSUS HOLDINGS II, LLC UNDER MODIFIED PLAN OF REORGANIZATION was caused to be served to the parties set forth below as indicated.

Dated: July 20, 2009                                    */s/Debra Turetsky*
      New York, New York                           DEBRA TURETSKY

VIA OVERNIGHT MAIL

Delphi Corporation                                      Office of the United States Trustee for the
5725 Delphi Drive                                       Southern District of New York
Troy, Michigan 48098                                    33 Whitehall Street, Suite 2100
Attn: General Counsel                                   New York, New York 10004
                                                        Attn: Brian Masumoto

United States Department of Justice
86 Chamber Street, 3rd Floor
New York, New York 10007
Attn: Matthew L. Schwartz and Joseph N. Cordaro

US_ACTIVE-101987063

<u>VIA ELECTRONIC AND OVERNIGHT MAIL</u>

Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, Illinois 60606
Attn: John Wm. Butler, Jr.
and Ron E. Meisler
jack.butler@skadden.com;
ron.meisler@skadden.com

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Attn: Kayalyn A. Marafioti
and Gregory W. Fox
kayalyn.marafioti@skadden.com;
gregory.fox@skadden.com

Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Attn: Robert J. Rosenberg, Mark A Broude
and Mitchell A. Seider
robert.rosenberg@lw.com;
mark.broude@lw.com;
mitchell.seider@lw.com

Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017
Attn: Donald Bernstein and Brian Resnick
donald.bernstein@davispolk.com;
brian.resnick@davispolk.com

Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019
Attn: Richard Mancino and Marc Abrams
rmancino@willkie.com;
mabrams@willkie.com

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Attn: John J. Rapisardi and Oren B. Haker
john.rapisardi@cwt.com;
oren.haker@cwt.com

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Jeffrey L. Tanenbaum and Robert J. Lemons
jeff.tanenbaum@weil.com;
robert.lemons@weil.com

Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022
Attn: Adam C. Harris and David J. Karp
adam.harris@srz.com; david.karp@srz.com