**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------X
In re:                          Chapter 11
                                Case No. 05-44481 (rdd)
Delphi Corporation., et al.     Jointly Administered

              Debtors
---------------------------X
```

## CONFIDENTIAL – SUBJECT TO BANKRUPTCY COURT ORDER

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO A AGREED PROTECTIVE ORDER OF THE BANKRUPTCY COURT, DATED, JULY 15, 2009, DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.

**PBR TENNESSEE, INC.'S OBJECTION TO ASSUMPTION OF EXECUTORY CONTRACT PURSUANT AND SUBJECT TO THE TERMS OF DEBTORS' FIRST AMENDED JOINT PLAN OF REORGANIZATION (AS MODIFIED) AND TO CONFIRMATION OF THE PLAN TO THE EXTENT SUCH PLAN INCLUDES ASSUMPTION OF THE EXECUTORY CONTRACT**