K&L GATES LLP
Edward M. Fox (EF1619)
599 Lexington Avenue
New York, New York 10022
Telephone (212) 536-3900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                    :    Chapter 11
                                                          :    Case No. 05-44481 (RDD)
DELPHI CORPORATON, *et al.*,                              :    (Jointly Administered)
                                                          :
                              Debtors.                    :
---------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

NATHANAEL F. MEYERS, being duly sworn, deposes and says:

1.  I am over eighteen (18) years of age and am not a party to this action. I am employed by K&L Gates LLP having offices at 599 Lexington Avenue, New York, New York 10022.

2.  On July 15, 2009, I caused to be served a true copy of the Unredacted Supplemental Objection of Wilmington Trust Company, as Indenture Trustee, to Debtors' Motion for an Order (i) Approving Plan Modifications or, In the Alternative, (II) Approving Sale of Assets (the "Supplemental Objection") by Federal Express Overnight Delivery upon the following parties:

   Delphi Corporation
   5725 Delphi Drive
   Troy, MI 48098
   Attn: General Counsel

NY-692367 v1

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, Il 60606
Attn: John Wm. Butler, Jr.

3. On July 16, 2009, I caused to be served a true copy of the Unredacted Supplemental Objection to be served by Hand-Delivery upon the persons and at the address as setforth on the attached Exhibit A

4. On July 16, 2009, I caused to be served a true copy of the Redacted Supplemental Objection to be served by Hand-Delivery upon the persons and at the address as setforth on the attached Exhibit B.

By _____
Nathanael F. Meyers

Sworn to before me this
20th day of July, 2009

_____
Notary Public

ELAINE FERA
Notary Public, State of New York
No. 01FE4867816
Qualified in Westchester County
Commission Expires August 25, 20 10

- 2 -

## EXHIBIT A

Kayalyn A. Marafioti, Esq.
Gregory W. Fox, Esq.
Skadden Arps
Four Times Square
New York, NY 10036

Brian Masumoto
The Office of the United States Trustee
33 Whitehall Street
Suite 2100
New York, NY 10004

Robert J. Rosenberg, Esq.
Mitchell A. Seider, Esq.
Mark A. Broude, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

Donald S. Bernstein, Esq.
Brian M. Resnick, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10022

Richard Mancino, Esq.
Marc Abrams, Esq.
Willkie Farr & Gallagher, LLP
787 Seventh Avenue
New York, NY 10019

## EXHIBIT B

Joseph J. Rapisardi, Esq.
Oren B. Haker
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Matthew L. Schwartz, Esq.
Joseph N. Cordaro, Esq.
U.S. Dept. of Justice
86 Chambers Street
3rd Floor
New York, NY 10007

Jeffrey L. Tanenbaum, Esq.
Robert J. Lemons, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Adam C. Harris, Esq.
David J. Karp, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022