**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------X
In re:                              Chapter 11
                                    Case No. 05-44481 (rdd)
**Delphi Corporation.,** *et al.*       Jointly Administered

            Debtors
---------------------------X

### CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO A AGREED PROTECTIVE ORDER OF THE BANKRUPTCY COURT, DATED, JULY 8, 2009, DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.

EXHIBITS to MDA