KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
Tel. (212) 836-8000
Fax. (212) 836-8689
Myron Kirschbaum
Benjamin Mintz
Sapna W. Palla
Angela R. Vicari

*Attorneys for Defendants Harbinger Del-Auto*
*Investment Company Ltd. and Harbinger*
*Capital Partners Master Fund I, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
In re:                                                   :
                                                         :    Chapter 11
DELPHI CORPORATION, et. al.                              :    Case No. 05-44481 (RDD)
                                                         :    (Jointly Administered)
                          Debtors.                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
DELPHI CORPORATION,                                      :
                                                         :
                                                         :
                          Plaintiff,                     :
                                                         :
          - against -                                    :
                                                         :
                                                         :    Adversary Proceeding
APPALOOSA MANAGEMENT L.P., A-D                           :    Case No. 08-01232 (RDD)
ACQUISITION HOLDINGS, LLC, HARBINGER                     :
DEL-AUTO INVESTMENT COMPANY, LTD.,                       :
PARDUS DPH HOLDING LLC, MERRILL LYNCH,                   :
PIERCE, FENNER & SMITH INCORPORATED,                     :
GOLDMAN SACHS & CO., HARBINGER                           :
CAPITAL PARTNERS MASTER FUND I, LTD.,                    :
and PARDUS SPECIAL OPPORTUNITIES                         :
MASTER FUND L.P.,                                        :
                                                         :
                          Defendants.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

# AMENDED AFFIDAVIT OF SERVICE

STATE OF NEW YORK   :
                                :.ss:
COUNTY OF NEW YORK :

      I, Gurnel Jean-Louis, being duly sworn, depose and say:

      1.    I am over the age of eighteen years, am employed in the offices of **KAYE SCHOLER LLP,** counsel to Harbinger Capital Partners Master Fund I, Ltd. and Harbinger Del-Auto Investment Company, Ltd., defendants in the above-captioned matter, and am not a party to this action.

      2.    That on the 16th and/or 17$^{th}$day of July, 2009, I caused to be served true and correct copies of the *Joinder of Harbinger Del- Auto Investment Company Ltd. and Harbinger Capital Partners Master Fund I, Ltd. in the Limited Objection and Reservation of Rights of Appaloosa Management L.P. and A-D Acquisition Holdings, LLC with Respect to the Debtors' Plan  Modification Approval Motion and Related Documents (Docket # 18349)*, upon each of the parties on the annexed service list, in the manner indicated thereupon.

       */s/Gurnel Jean-Louis*
      Gurnel Jean-Louis

Sworn to before me this
20th day of July, 2009

*s/ Ruth L. Christopher Ludvick*
Ruth L. Christopher Ludvick
Notary Public, State of New York
No. 01LU5692750
Qualified in Rockland County
Commission Expires, Feb. 28, 2011

# SERVICE LIST

*Served By Facsimile On 7/16/09*

David Sherbin, Esq., General Counsel
Delphi Corporation
Fax: 248-813-2491

John Willian Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom LLP
Fax: 312-407-8501

Ron E. Meisler, Esq.
Skadden Arps Slate Meagher & Flom LLP
Fax: 312-407-8641


*Served By Hand Delivery On 7/16/09*
Donald S. Bernstein
Brian M. Resnick
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10022
*(Unsuccessful Attempt -Service Returned)*

Kayalyn A. Marafioti
Gregory W. Fox
Skadden Arps Slate Meagher
 & Flom LLP
Four Times Square
New York, NY 10026

Brian Masumoto
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
*(Unsuccessful Attempt -Service Returned)*

Robert J. Rosenberg
Mitchell A. Seider
Mark A. Broude
Latham & Watkins LL
885 Third Avenue
New York, NY 10022

31857356.DOC

Richard Mancino
Marc Abrams
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY  10019

John J. Rapisardi
Oren B, Haker
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY  10281
*(Unsuccessful Attempt -Service Returned)*

Matthew L. Schwartz
Joseph N. Cordaro
United States Department of Justice
86 Chambers Street, 3rd Floor
New  York, NY  10007
*(Unsuccessful Attempt -Service Returned)*

Jeffrey L. Tannenbaum
Robert J. Lemons
Weil Gotshal & Manges LLP
767 Fifth Avenue
New  York, NY  10153

Adam C. Harris
David J.Karp
Shulte Roth & Zabel LLP
919 Third Avenue
New York, NY  10022

### *Served By Overnight Mail  On 7/16/09*

David Sherbin, Esq., General Counsel
Delphi Corporation
5725 Delphi Corporation
Troy, MI 48098

John Willian Butler, Jr. and Ron E. Meisler, Esq.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
# 2100
Chicago, IL 60606

Brian Masumoto
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY  10004

Matthew L. Schwartz
Joseph N. Cordaro
United States Department of
Justice
86 Chambers Street, 3rd Floor
New  York, NY  10007

John J. Rapisardi
Oren B, Haker
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

Donald S. Bernstein
Brian M. Resnick
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10022


*Served By Hand Delivery On 7/17/09*
Brian Masumoto
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY  10004

Matthew L. Schwartz
Joseph N. Cordaro
United States Department of
Justice
86 Chambers Street, 3rd Floor
New  York, NY  10007

John J. Rapisardi
Oren B, Haker
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

31857356.DOC

Donald S. Bernstein
Brian M. Resnick
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10022

31857356.DOC