MARC N. SWANSON (MI P71149)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 West Jefferson Avenue, Suite 2500
Detroit, MI 48226
Telephone: (313) 963-6420
Fax: (313) 496-8452
Email: swanson@millercanfield.com

Attorneys for Brose North America Holding LP and its affiliates

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
In re:                                            :         Chapter 11
                                                  :
DELPHI CORPORATION, et. al.,                      :         Case No. 05-44481-RDD
                                                  :
                        Debtors.                  :
------------------------------------------------------------------------X

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Marc N. Swanson, of Miller, Canfield, Paddock and Stone, P.L.C., hereby appears in the above-captioned cases as counsel for Brose North America Holding LP and its affiliates, including Brose Gainesville, Inc., Brose Chicago, Inc., Brosa Tuscaloosa, Inc., Brose Puebla SA de CV ("the Brose Entities") and requests that any and all notices given or required to be given in the above-captioned cases, and all papers served or required to be served in these cases, be served upon him at the following addresses, and that he be added to any service list or mailing matrix on file with the Clerk of the Bankruptcy Court:

> Marc N. Swanson
> Miller, Canfield, Paddock and Stone, P.L.C.
> 150 West Jefferson Avenue, Suite 2500
> Detroit, MI 48226
> Telephone: (313) 963-6420
> Fax: (313) 496-8452
> Email: swanson@millercanfield.com

DELIB:3112035.1\117461-00003

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand filed in this matter, whether transmitted or conveyed by ECF filing, mailing, hand delivery, telephone, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes all notices required to be served under any and all of the provisions of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010.

        MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

        By /s/ Marc N. Swanson
            Marc N. Swanson (MI P71149)
        Attorneys for the Brose Entities
        150 West Jefferson Avenue, Suite 2500
        Detroit, MI 48226
        Telephone: (313) 963-6420
        Fax: (313) 496-8452
        Email: swanson@millercanfield.com

Dated: July 20, 2009