MARC N. SWANSON (MI P71149)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 West Jefferson Avenue, Suite 2500
Detroit, MI 48226
Telephone: (313) 963-7591
Fax: (313) 496-8452
Email: swanson@millercanfield.com

Attorneys for Brose North America Holding LP and its affiliates

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
In re:                                              :        Chapter 11
                                                    :
DELPHI CORPORATION, et. al.,                        :        Case No. 05-44481-RDD
                                                    :
                              Debtors.              :
-----------------------------------------------------------------------X

### MOTION FOR ADMISSION *PRO HAC VICE*

Marc N. Swanson, a member in good standing of the State Bar of Michigan, the United

States District Court for the Eastern District of Michigan, states as follows for his Motion for

Admission *Pro Hac Vice* to represent Brose Gainesville, Inc., Brose Chicago, Inc., Brosa

Tuscaloosa, Inc., Brose Puebla SA de CV ("the Brose Entities"):

1.      I am an associate with Miller, Canfield, Paddock and Stone, P.L.C., resident in the

firm's Detroit, Michigan office located at 150 West Jefferson Avenue, Suite 2500, Detroit, MI

48226.  My e-mail address is swanson@millercanfield.com, and my direct dial telephone number

is (313) 496-7591.

2.      I am a member in good standing of the State Bar of Michigan and the bars of the

United States District Court for the Eastern District of Michigan.

3.      I am in good standing in each of the Courts listed above in Paragraph 2 and am

eligible to practice in this Court pursuant to Rule 2090-1 of the Local Rules for the Bankruptcy

DELIB:3112041.1\117461-00003

Court for the Southern District of New York.  I have never been suspended or disciplined by any

Bar or any Court and have never been the subject of any grievance procedure.  I have never been

denied *pro hac vice* admission in this District.  My Michigan Bar Number is P71149.

4.      I have paid the fee of $25.00 with the filing of this Motion for an order admitting

me to practice *pro hac vice* in this case.


MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By /s/ Marc N. Swanson
         Marc N. Swanson (MI P71149)
Attorneys for the Brose Entities
150 West Jefferson Avenue, Suite 2500
Detroit, MI 48226
Telephone: (313) 963-7591
Fax: (313) 496-8452
Email: swanson@millercanfield.com


Dated: July 20, 2009

## **AFFIRMATION**

I, Marc N. Swanson, affirm that I have read the above Motion for Admission *Pro Hac Vice* and the statements contained therein are true to the best of my knowledge, information and belief.

By /s/ Marc N. Swanson
           Marc N. Swanson (MI P71149)
Attorneys for the Brose Entities
150 West Jefferson Avenue, Suite 2500
Detroit, MI 48226
Telephone: (313) 963-7591
Fax: (313) 496-8452
Email: swanson@millercanfield.com

Dated: July 20, 2009