# EXHIBIT A

### Schedule 1 – Supplier Contracts

| Non-Debtor Counterparty | Contract(s) | Cure Amount[1] |
|---|---|---|
| E I DUPONT DE NEMOURS & COMPANY | D0550053157 | $0.00 |
| E I DUPONT DE NEMOURS & COMPANY | D0550049583 | $0.00 |
| E I DUPONT DE NEMOURS & COMPANY | D0550049582 | $0.00 |
| E I DUPONT DE NEMOURS & COMPANY | D0550044423 | $0.00 |
| E I DUPONT DE NEMOURS & COMPANY | D0550044421 | $0.00 |
| E I DUPONT DE NEMOURS & COMPANY | D0550043614 | $0.00 |
| E I DUPONT DE NEMOURS & COMPANY | D0550043519 | $0.00 |
| E I DUPONT DE NEMOURS & COMPANY | D0550042634 | $0.00 |
| E I DUPONT DE NEMOURS & COMPANY | D0550043276 | $0.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

[1] The cure amounts, if any, relating to contracts noted with "*" are currently disputed pursuant to the procedures set forth in the Confirmed Plan and the December 10 Solicitation Procedures Order.