# EXHIBIT B

## Schedule 1 – Supplier Contracts

| Non-Debtor Counterparty | Contract(s) | Cure Amount[1] |
|---|---|---|
| DUPONT E I DE NEMOURS INC | 55048 | $0.00* |
| DUPONT E I DE NEMOURS INC | 55047 | $0.00* |
| DUPONT E I DE NEMOURS INC | 55045 | $0.00* |
| DUPONT E I DE NEMOURS INC | 53509 | $0.00* |
| DUPONT E I DE NEMOURS INC | 50097 | $0.00* |
| DUPONT E I DE NEMOURS INC | 52398 | $0.00* |
| DUPONT E I DE NEMOURS INC | 52805 | $3,350.08* |

---

[1] The cure amounts, if any, relating to contracts noted with "*" are currently disputed pursuant to the procedures set forth in the Confirmed Plan and the December 10 Solicitation Procedures Order.