Phillips Lytle LLP
William J. Brown (WB9631)
Angela Z. Miller (AM4473)
437 Madison Avenue, 34th Fl.
New York, New York 10022
Telephone: (212) 759-4888
  and
3400 HSBC Center
Buffalo, New York 14203
Telephone: (716) 847-8400
Fax: (716) 852-6100

*Counsel for E.I. du Pont de Nemours and Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
                                                                )
In re:                                                          )    Chapter 11
                                                                )
DELPHI CORPORATION, et al.,                                     )    Case No. 05-44481 (RDD)
                                                                )
         Debtors.                                               )    (Jointly Administered)
                                                                )
----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Jayne A. Hahn, certify that on July 20, 2009, I served a true and correct copy of the Objection of E.I. Du Pont de Nemours and Company to Assumption and Assignment of Executory Contracts to GM Components Holdings LLC and Parnassus Holdings II, LLC Under Modified Plan of Reorganization on the below named parties in the manner specified for such party:

| | **Name and Address of Party** | **Method of Service** |
|---|---|---|
| 1. | Hon. Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green, Room 632<br>New York, NY 10004 | UPS Overnight |
| 2. | Delphi Corporation<br>Attention: General Counsel<br>5725 Delphi Drive<br>Troy, MI 48098 | UPS Overnight |
| 3. | John Wm. Butler, Jr., Esq.<br>Ron E. Meisler, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 North Wacker Drive<br>Chicago, IL 60606 | UPS Overnight |
| 4. | Kayalyn A. Marafioti, Esq.<br>Gregory W. Fox, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 | UPS Overnight |
| 5. | Donald Bernstein, Esq.<br>Brian Resnick, Esq.<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 | UPS Overnight |
| 6. | Robert J. Rosenberg, Esq.<br>Mark A. Broude, Esq.<br>Mitchell A. Seider, Esq.<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022 | UPS Overnight |
| 7. | Brian Masumoto<br>Office of the U.S. Trustee<br>Southern District of New York<br>33 Whitehall Street<br>Suite 2100<br>New York, NY 10004 | UPS Overnight |

| | **Name and Address of Party** | **Method of Service** |
|---|---|---|
| 8. | Richard Mancino, Esq.<br>Marc Abrams, Esq.<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019 | UPS Overnight |
| 9. | John J. Rapisardi, Esq.<br>Oren B. Haker, Esq.<br>Caldwater, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281 | UPS Overnight |
| 10. | Matthew L. Schwartz, Esq.<br>Joseph N. Cordaro, Esq.<br>86 Chambers Street<br>3rd Floor<br>New York, NY 10007 | UPS Overnight |
| 11. | Jeffrey L. Tanenbaum, Esq.<br>Robert J. Lemons, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | UPS Overnight |
| 12. | Adam C. Harris, Esq.<br>David J. Karp, Esq.<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022 | UPS Overnight |

Dated: July 20, 2009

                                                            /s/ Jayne A. Hahn
                                                           Jayne A. Hahn

Doc # 01-2307788.1