K&L GATES LLP
Edward M. Fox (EF1619)
599 Lexington Avenue
New York, New York 10022
Telephone (212) 536-3900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re:                                                :      Chapter 11
                                                      :      Case No. 05-44481 (RDD)
DELPHI CORPORATON, *et al.*,                          :      (Jointly Administered)
                                                      :
                    Debtors.                          :
------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

NATHANAEL F. MEYERS, being duly sworn, deposes and says:

1. I am over eighteen (18) years of age and am not a party to this action. I am employed by K&L Gates LLP having offices at 599 Lexington Avenue, New York, New York 10022.

2. On July 16, 2009, I caused to be served a true copy of the Notice of Filing of Endorsed Agreed Protective Orders Governing Production and Use of Confidential and Highly Confidential Information by first class mail, postage pre-paid upon the persons and at the

NY-692492 v1

- 2 -

addresses as set forth on the attached Service List.

By: _____
Nathanael F. Meyers

Sworn to before me this
20th day of July, 2009

_____
Notary Public

ELAINE FERA
Notary Public, State of New York
No. 01FE4867816
Qualified in Westchester County
Commission Expires August 25, 20 10

## SERVICE LIST

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel

Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
Attn: John W. Butler, Jr.
     Ron E. Meisler

Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attn: Kayalyn A. Marafioti
     Gregory W. Fox

Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10022
Attn: Donald S. Bernstein
     Brian M. Resnick

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Penny P. Reid

Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
Attn: Harry Sandick

Willkie Farr & Gallagher
787 Seventh Avenue
New York, NY 10022
Attn: Richard Mancino
     Marc Abrams

The Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004
Attn: Brian Masumoto

Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Attn: Mitchell A. Seider
     Mark A. Broude