E. Todd Sable
Daniel W. Linna Jr.
HONIGMAN MILLER SCHWARTZ AND COHN LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI  48226
Telephone: (313) 465-7548
Facsimile: (313) 465-7549

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
**In re:**                                                  :          Chapter 11
                                                            :
**DELPHI CORPORATION**, et al.,                             :          Case No. 05-44481 (RDD)
                                                            :          (Jointly Administered)
        Debtors.                                            :
                                                            :          Hon. Robert D. Drain
------------------------------------------------------------x

**Valeo, Inc. and its Affiliate's Limited Objection and Reservation of**
**Rights to Notice of Assumption and Assignment with Respect to Certain**
**Executory Contracts or Unexpired Leases to be Assumed and Assigned**

Valeo, Inc., on behalf of itself and its affiliates (collectively, "**Valeo**"), by and through its

attorneys, Honigman Miller Schwartz and Cohn LLP, for its limited objection and reservation of

rights to the proposed assumption and assignment of certain executory contracts with Valeo,

states as follows:

**Introduction**

1.      On October 8, 2005 (the "**Petition Date**"), Delphi Corporation ("**Delphi**") and its

affiliated debtors (collectively, the "**Debtors**") each filed voluntary petitions for relief under

Chapter 11 of the Bankruptcy Code.

2.      On July 10, 2009, Debtors filed their *July 10, 2009 Notice of Filing of Notices of*

*Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases*

*to be Assumed and Assigned to Parnassus Holdings II, LLC under Modified Plan of*

*Reorganization* (the "**First Assignment Notice**"), which indicates that Debtors intend to assume

and assign to Parnassus Holdings II, LLC certain contracts identified on the attached **Exhibit A**

(the "**Parnassus Assigned Contracts**") between Valeo and the Debtors.  The proposed cure

amount is $0.00.

3.         Also on July 10, 2009, Debtors filed their *July 10, 2009 Notice of Filing of*

*Notices of Assumption and Assignment with Respect to Certain Executory Contracts or*

*Unexpired Leases to be Assumed and Assigned to GM Components Holdings, LLC or Steering*

*Solutions Services Corporation, As Applicable, Under Modified Plan of Reorganization* (the

"**Second Assignment Notice**," and together with the First Assignment Notice, the "**Assignment**

**Notices**"), which indicates that Debtors intend to assume and assign to GM Holdings, LLC or

Steering Solutions Services Corporation certain contracts identified on the attached **Exhibit B**

(the "**GM Assigned Contracts**," and together with the Parnassus Assigned Contracts, the

"**Valeo Contracts**") between Valeo and the Debtors.  The proposed cure amount is $0.00.

## Limited Objection

4.         Valeo objects to the Assignment Notices to the extent that they do not adequately

identify the Valeo Contracts to be assumed and assigned.  Additionally, Valeo only recently

received the Assignment Notices and has not yet been able to identify the executory contracts

proposed to be assumed, and has not yet been able to confirm the exact cure amounts due.  Valeo

seeks clarification from the Debtors as to the identification of those Valeo Contracts that the

Debtors seek to assume as well as the associated cure amounts.

5.         Valeo objects that the First Assignment Notice and the Second Assignment

Notice both purport to provide notice of the assumption and assignment of the same executory

contracts with Valeo Raytheon Systems, Inc.

2

6.      Valeo objects that the Assignment Notices are unclear because, without limitation, Valeo Raytheon Systems, Inc. is now known as Valeo Radar Systems, Inc. and there is no legal entity known as "Valeo Electrical Systems EFT Airflow Division."

7.      Valeo reserves the right to supplement this objection and take other appropriate action, if needed, once the Debtors have clarified the identity of the Valeo Contracts that the Debtors seek to assume, as well as the associated cure amounts, and upon completion of Valeo's investigations regarding the identity of the Valeo Contracts.

8.      Valeo expressly reserves, and does not waive, all of its rights and defenses to the Debtors' proposed assumption, cure, and assignment of the Valeo Contracts.  Valeo reserves all of its rights related to any executory contracts between Valeo and the Debtors, including its right to assert cure amounts if any such contracts are subject to assumption and/or assignment by the Debtors, and to take other actions permitted by law or in equity with respect to such contracts.

**Accordingly**, Valeo respectfully requests that the Court direct the Debtors to specifically identify those contracts being assumed and assigned, to confirm the associated cure amounts for those contracts, and grant such other further relief as is just and proper.

Honigman Miller Schwartz and Cohn LLP
Counsel for Valeo


Dated:  July 20, 2009          By:   /s/ E. Todd Sable
                                    E. Todd Sable (MI Bar No. P54956)
                                    Daniel W. Linna Jr. (MI Bar No. P68863)
                                    2290 First National Building
                                    660 Woodward Avenue
                                    Detroit, MI  48226
                                    Telephone:  (313) 465-7548
                                    Facsimile:  (313) 465-7549
                                    Email:  tsable@honigman.com


DETROIT.3765124.1

# EXHIBIT A

## Schedule 1 – Supplier Contracts

| Non-Debtor Counterparty | Contract(s) | Cure Amount[1] |
|---|---|---|
| VALEO ELECTRICAL SYSTEMS EFT AIRFLOW DIVISION | D0550055268 | $0.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

---

[1] The cure amounts, if any, relating to contracts noted with "*" are currently disputed pursuant to the procedures set forth in the Confirmed Plan and the December 10 Solicitation Procedures Order.

## Schedule 2 – Other Executory Contracts Or Unexpired Leases
## (Including Customer Contracts)

Unless identified as a rejected contract or lease pursuant to Article VIII of the Modified Plan, the contracts and leases primarily relating to the Debtors' Steering business, including, but not limited to, (a) business conducted at the manufacturing facility in Saginaw, Michigan and (b) the contracts and leases listed on this Schedule will be assumed by the Debtors and assigned to Steering Solutions Services Corporation. In addition, unless identified as a rejected contract or lease pursuant to Article VIII of the Modified Plan, contracts and leases primarily relating to business conducted at the following manufacturing facilities of the Debtors, including, but not limited to, the contracts and leases listed on this Schedule, will be assumed by the Debtors and assigned to GM Components: Grand Rapids, Michigan; Rochester, New York (excluding the Henrietta technical center); Kokomo, Indiana (including the Cuneo Warehouse, and including the technical center); and Lockport, New York (including the technical center).

| Non-Debtor Counterparty | Applicable Manufacturing Facility | Contract(s) | Cure Amount (If Any)[1] | Rejected Contracts (If Any) |
|---|---|---|---|---|
| VALEO CLIMATE CONTROL | DELPHI P PAST SERVICE PARTS | 06-012128 | $0.00 | |
| VALEO CLIMATE CONTROL | DELPHI P PAST SERVICE PARTS | 06-012132 | $0.00 | |
| VALEO CLIMATE CONTROL | DELPHI P PAST SERVICE PARTS | 10003 | $0.00 | |
| VALEO CLIMATE CONTROL | DELPHI P PAST SERVICE PARTS | 10003 | $0.00 | |
| VALEO CLIMATE CONTROL | DELPHI P PAST SERVICE PARTS | 20004 | $0.00 | |
| VALEO CLIMATE CONTROL | DELPHI P PAST SERVICE PARTS | 20004 | $0.00 | |
| VALEO CLIMATE CONTROL | DELPHI P PAST SERVICE PARTS | 2004 | $0.00 | |
| VALEO CLIMATE CONTROL | DELPHI P PAST SERVICE PARTS | 30020087 | $0.00 | |
| VALEO CLIMATE CONTROL | DELPHI P PAST SERVICE PARTS | 30020206 | $0.00 | |
| VALEO CLIMATE CONTROL | DELPHI P PAST SERVICE PARTS | 30020232 | $0.00 | |
| VALEO CLIMATE CONTROL | DELPHI P PAST SERVICE PARTS | 30020234 | $0.00 | |
| VALEO CLIMATE CONTROL | DELPHI P PAST SERVICE PARTS | 710003 | $0.00 | |
| VALEO CLIMATE CONTROL | DELPHI P PAST SERVICE PARTS | 710004 | $0.00 | |

[1] The cure amounts, if any, relating to contracts noted with "*" are currently disputed pursuant to the procedures set forth in the Confirmed Plan and the December 10 Solicitation Procedures Order.

## Schedule 2 – Other Executory Contracts Or Unexpired Leases
## (Including Customer Contracts)

Unless identified as a rejected contract or lease pursuant to Article VIII of the Modified Plan, the contracts and leases primarily relating to the Debtors' Steering business, including, but not limited to, (a) business conducted at the manufacturing facility in Saginaw, Michigan and (b) the contracts and leases listed on this Schedule will be assumed by the Debtors and assigned to Steering Solutions Services Corporation. In addition, unless identified as a rejected contract or lease pursuant to Article VIII of the Modified Plan, contracts and leases primarily relating to business conducted at the following manufacturing facilities of the Debtors, including, but not limited to, the contracts and leases listed on this Schedule, will be assumed by the Debtors and assigned to GM Components: Grand Rapids, Michigan; Rochester, New York (excluding the Henrietta technical center); Kokomo, Indiana (including the Cuneo Warehouse, and including the technical center); and Lockport, New York (including the technical center).

| Non-Debtor Counterparty | Applicable Manufacturing Facility | Contract(s) | Cure Amount (If Any)[1] | Rejected Contracts (If Any) |
|---|---|---|---|---|
| VALEO SYLVANIA LLC | DELPHI P PAST SERVICE PARTS | 06-012128 | $0.00 | |
| VALEO SYLVANIA LLC | DELPHI P PAST SERVICE PARTS | 06-012130 | $0.00 | |
| VALEO SYLVANIA LLC | DELPHI P PAST SERVICE PARTS | 06-012131 | $0.00 | |
| VALEO SYLVANIA LLC | DELPHI P PAST SERVICE PARTS | 06-012132 | $0.00 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

---

[1] The cure amounts, if any, relating to contracts noted with "*" are currently disputed pursuant to the procedures set forth in the Confirmed Plan and the December 10 Solicitation Procedures Order.

## Schedule 2 – Other Executory Contracts Or Unexpired Leases
## (Including Customer Contracts)

Unless identified as a rejected contract or lease pursuant to Article VIII of the Modified Plan, all contracts or leases primarily relating to business conducted at any of the Debtors' manufacturing facilities, including, but not limited to, the contracts and leases listed on this Schedule, will be assumed by the Debtors and assigned to Parnassus, **other than** contracts or leases primarily relating to (a) the Debtors' Steering business, including but not limited to, business conducted at the manufacturing facility in Saginaw, Michigan, (b) business conducted at the manufacturing facilities located in Grand Rapids, Michigan; Rochester, New York (excluding the Henrietta technical center); Kokomo, Indiana (including the Cuneo Warehouse, and including the technical center); and Lockport, New York (including the technical center), and (c) business conducted at certain manufacturing facilities located in Athens, Alabama; Fitzgerald, Georgia; New Castle, Indiana; Olathe, Kansas; Flint, Michigan; Saginaw, Michigan (Chassis); Clinton, Mississippi; Columbus, Ohio; Cortland, Ohio; Dayton, Ohio; Kettering, Ohio; Ravenna, Ohio; Warren, Ohio; Columbia, Tennessee; and Oak Creek, Wisconsin.

| Non-Debtor Counterparty | Applicable Manufacturing Facility | Contract(s) | Cure Amount (If Any)[1] | Rejected Contracts (If Any) |
|---|---|---|---|---|
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P PAST SERVICE PARTS | 06-012128 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P PAST SERVICE PARTS | 06-012132 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P PAST SERVICE PARTS | 10003 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P PAST SERVICE PARTS | 10003 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P CHIHUAHUA I | 10004 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P PAST SERVICE PARTS | 10004 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P PAST SERVICE PARTS | 10004 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P PAST SERVICE PARTS | 10004 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P PAST SERVICE PARTS | 10004 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P PAST SERVICE PARTS | 20002 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P PAST SERVICE PARTS | 20002 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P CHIHUAHUA I | 20004 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P PAST SERVICE PARTS | 20004 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P PAST SERVICE PARTS | 20004 | $0.00 | |

---

[1] The cure amounts, if any, relating to contracts noted with "*" are currently disputed pursuant to the procedures set forth in the Confirmed Plan and the December 10 Solicitation Procedures Order.

| Non-Debtor Counterparty | Applicable Manufacturing Facility | Contract(s) | Cure Amount (If Any)[2] | Rejected Contracts (If Any) |
|---|---|---|---|---|
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P PAST SERVICE PARTS | 2004 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P CHIHUAHUA I | 30003 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P PAST SERVICE PARTS | 30003 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P PAST SERVICE PARTS | 30003 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P PAST SERVICE PARTS | 30003 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P PAST SERVICE PARTS | 30003 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P PAST SERVICE PARTS | 30020087 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P PAST SERVICE PARTS | 30020206 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P PAST SERVICE PARTS | 30020232 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P PAST SERVICE PARTS | 30020234 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P CHIHUAHUA I | 4600000289 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P CHIHUAHUA I | 4600000289 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P CHIHUAHUA I | 4600000289 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P CHIHUAHUA I | 4600000289 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P CHIHUAHUA I | 5500000279 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P CHIHUAHUA I | 5500002005 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P CHIHUAHUA I | 5500002046 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P CHIHUAHUA I | 5500002305 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P CHIHUAHUA I | 5500002600 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P CHIHUAHUA I | 5500002602 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P CHIHUAHUA I | 5500002705 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P PAST SERVICE PARTS | 710003 | $0.00 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

[2] The cure amounts, if any, relating to contracts noted with "*" are currently disputed pursuant to the procedures set forth in the Confirmed Plan and the December 10 Solicitation Procedures Order.

## Schedule 2 – Other Executory Contracts Or Unexpired Leases
## (Including Customer Contracts)

Unless identified as a rejected contract or lease pursuant to Article VIII of the Modified Plan, all contracts or leases primarily relating to business conducted at any of the Debtors' manufacturing facilities, including, but not limited to, the contracts and leases listed on this Schedule, will be assumed by the Debtors and assigned to Parnassus, **other than** contracts or leases primarily relating to (a) the Debtors' Steering business, including but not limited to, business conducted at the manufacturing facility in Saginaw, Michigan, (b) business conducted at the manufacturing facilities located in Grand Rapids, Michigan; Rochester, New York (excluding the Henrietta technical center); Kokomo, Indiana (including the Cuneo Warehouse, and including the technical center); and Lockport, New York (including the technical center), and (c) business conducted at certain manufacturing facilities located in Athens, Alabama; Fitzgerald, Georgia; New Castle, Indiana; Olathe, Kansas; Flint, Michigan; Saginaw, Michigan (Chassis); Clinton, Mississippi; Columbus, Ohio; Cortland, Ohio; Dayton, Ohio; Kettering, Ohio; Ravenna, Ohio; Warren, Ohio; Columbia, Tennessee; and Oak Creek, Wisconsin.

| Non-Debtor Counterparty | Applicable Manufacturing Facility | Contract(s) | Cure Amount (If Any)[1] | Rejected Contracts (If Any) |
|---|---|---|---|---|
| VALEO RAYTHEON SYSTEMS, INC. | E&S | All contracts between VALEO RAYTHEON SYSTEMS, INC. and Delphi related to intellectual property. | $0.00 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

---

[1] The cure amounts, if any, relating to contracts noted with "*" are currently disputed pursuant to the procedures set forth in the Confirmed Plan and the December 10 Solicitation Procedures Order.

# EXHIBIT B

## Schedule 1 – Supplier Contracts

| Non-Debtor Counterparty | Contract(s) | Cure Amount[1] |
|---|---|---|
| VALEO ELECTRICAL SYSTEMS EFT AIRFLOW DIVISION | D0550053730 | $0.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

---

[1] The cure amounts, if any, relating to contracts noted with "*" are currently disputed pursuant to the procedures set forth in the Confirmed Plan and the December 10 Solicitation Procedures Order.

## Schedule 2 – Other Executory Contracts Or Unexpired Leases
### (Including Customer Contracts)

Unless identified as a rejected contract or lease pursuant to Article VIII of the Modified Plan, the contracts and leases primarily relating to the Debtors' Steering business, including, but not limited to, (a) business conducted at the manufacturing facility in Saginaw, Michigan and (b) the contracts and leases listed on this Schedule will be assumed by the Debtors and assigned to Steering Solutions Services Corporation.  In addition, unless identified as a rejected contract or lease pursuant to Article VIII of the Modified Plan, contracts and leases primarily relating to business conducted at the following manufacturing facilities of the Debtors, including, but not limited to, the contracts and leases listed on this Schedule, will be assumed by the Debtors and assigned to GM Components: Grand Rapids, Michigan; Rochester, New York (excluding the Henrietta technical center); Kokomo, Indiana (including the Cuneo Warehouse, and including the technical center); and Lockport, New York (including the technical center).

| Non-Debtor Counterparty | Applicable Manufacturing Facility | Contract(s) | Cure Amount (If Any)[1] | Rejected Contracts (If Any) |
|---|---|---|---|---|
| VALEO RAYTHEON SYSTEMS, INC. | E&S | All contracts between VALEO RAYTHEON SYSTEMS, INC. and Delphi related to intellectual property. | $0.00 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

[1] The cure amounts, if any, relating to contracts noted with "*" are currently disputed pursuant to the procedures set forth in the Confirmed Plan and the December 10 Solicitation Procedures Order.

## Schedule 2 – Other Executory Contracts Or Unexpired Leases
## (Including Customer Contracts)

Unless identified as a rejected contract or lease pursuant to Article VIII of the Modified Plan, the contracts and leases primarily relating to the Debtors' Steering business, including, but not limited to, (a) business conducted at the manufacturing facility in Saginaw, Michigan and (b) the contracts and leases listed on this Schedule will be assumed by the Debtors and assigned to Steering Solutions Services Corporation.  In addition, unless identified as a rejected contract or lease pursuant to Article VIII of the Modified Plan, contracts and leases primarily relating to business conducted at the following manufacturing facilities of the Debtors, including, but not limited to, the contracts and leases listed on this Schedule, will be assumed by the Debtors and assigned to GM Components: Grand Rapids, Michigan; Rochester, New York (excluding the Henrietta technical center); Kokomo, Indiana (including the Cuneo Warehouse, and including the technical center); and Lockport, New York (including the technical center).

| Non-Debtor Counterparty | Applicable Manufacturing Facility | Contract(s) | Cure Amount (If Any)[1] | Rejected Contracts (If Any) |
|---|---|---|---|---|
| VALEO SYSTEMES DE CONTROLE MOTEUR | DELPHI D KOKOMO PLANT 6,7,8,9 | 8800505002 | $0.00 | |
| VALEO SYSTEMES DE CONTROLE MOTEUR | DELPHI D KOKOMO PLANT 6,7,8,9 | PEX 9200632713 | $0.00 | |
| VALEO SYSTEMES DE CONTROLE MOTEUR | DELPHI D KOKOMO PLANT 6,7,8,9 | PEX 9200633732 | $0.00 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

---

[1] The cure amounts, if any, relating to contracts noted with "*" are currently disputed pursuant to the procedures set forth in the Confirmed Plan and the December 10 Solicitation Procedures Order.