SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                       :
    In re                                  :     Chapter 11
                                       :
DELPHI CORPORATION, et al.,        :     Case No. 05-44481 (RDD)
                                       :
                                       :     (Jointly Administered)
          Debtors.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

JULY 20, 2009 NOTICE OF FILING OF AMENDED PLAN EXHIBIT 8.1(a) WITH RESPECT TO FIRST AMENDED JOINT PLAN OF REORGANIZATION OF DELPHI CORPORATION AND CERTAIN AFFILIATES, DEBTORS AND DEBTORS-IN-POSSESSION (AS MODIFIED)

("JULY 20, 2009 NOTICE OF FILING AMENDED PLAN EXHIBIT 8.1(a)")

1. On June 16, 2009, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), filed the First Amended Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (As Modified) (the "Modified Plan") (Docket No. 17030).

2. On the same date, the Debtors also filed the Supplement To First Amended Disclosure Statement With Respect To First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (As Modified) (Docket No. 17031).

3. Also on June 16, 2009, the Court entered the Order (A)(I) Approving Modifications To Debtors' First Amended Plan Of Reorganization (As Modified) And Related Disclosures And Voting Procedures And (II) Setting Final Hearing Date to Consider Modifications to Confirmed First Amended Plan Of Reorganization And (B) Setting Administrative Expense Claims Bar Date And Alternative Transaction Hearing Date (the "Modification Procedures Order") (Docket No. 17032).

4. Paragraph 4 of the Modification Procedures Order requires that the Debtors file all exhibits and schedules (including all amendments thereto, the "Plan Exhibits") to the Modified Plan with the Court on or before July 2, 2009. On July 2, 2009, in compliance with paragraph 4 of the Modification Procedures Order, the Debtors filed the following Plan Exhibits (Docket No. 17557):

| PLAN EXHIBIT | DESCRIPTION |
| --- | --- |
| 7.3 | Restructuring Transactions Notice |
| 7.4(a) | Certificate Of Incorporation For Reorganized DPH Holdings |
| 7.4(b) | Bylaws Of Reorganized DPH Holdings |
| 7.7 | Certain Schedules and Exhibits to Master Disposition Agreement Filed June 16, 2009 |
| 7.9 | Post-Confirmation Reorganized DPH Holdings Share Trust Agreement |
| 7.11 | Management Compensation Plan |
| 7.17 | Delphi-PBGC Settlement Agreement |
| 7.19 | Retained Causes Of Action |
| 8.1(a) | Executory Contracts And Unexpired Leases To Be Rejected |
| 10.5 | Administrative Claim Request Form |

5.    All Plan Exhibits are subject to all of the provisions of the Modified Plan including, without limitation, Article 14.3, under which the Debtors have reserved the right to alter, amend, or modify the Modified Plan or any Exhibits thereto under section 1127(a) of the Bankruptcy Code at any time prior to the Final Modification Hearing.

6.    In accordance with Article 14.3 of the Modified Plan, the Debtors have today filed amended Exhibit 8.1(a) (Executory Contracts And Unexpired Leases To Be Rejected).

7.    Copies of the Plan Exhibits can be obtained at http://www.nysb.uscourts.gov or free of charge at http://www.delphidocket.com or, upon reasonable written request, from the Creditor Voting Agent, Kurtzman Carlson Consultants LLC, 2335 Alaska Avenue, El Segundo, California 90245, Att'n: Delphi Corporation, et al.

Dated: New York, New York
July 20, 2009

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:   /s/ John Wm. Butler, Jr.
John Wm. Butler, Jr.
Ron E. Meisler
155 North Wacker Drive, Suite 2700
Chicago, Illinois 60606
(312) 407-0700

– and –

By:   /s/ Kayalyn A. Marafioti
Kayalyn A. Marafioti
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Amended Exhibit 8.1(a)

Executory Contracts And Unexpired Leases To Be Rejected

All Plan Exhibits are subject to all of the provisions of the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (As Modified) (Docket No. 17030) (as subsequently modified or amended, the "Modified Plan"), including, without limitation, Article 14.3, under which the Debtors have reserved the right to alter, amend, or modify the Modified Plan or any Exhibits thereto.

**Amended Exhibit 8.1(a)**

**Executory Contracts And Unexpired Leases To Be Rejected**

1. Learjet Agreement with Bank of America N.A., dated March 30, 2001

2. Charter Agreement between Delphi Automotive Systems Human Resources, LLC and Automotive Air Charter, Inc., dated Nov. 26, 2001

3. Aircraft Management Agreement between Delphi Automotive Systems Human Resources, LLC and Pentastar Aviation, LLC, dated Nov. 26, 2001

4. Consent to Aircraft Management Agreement and Charter Agreement and Assignment, between Delphi Automotive Systems Human Resources, LLC, Bank of America N.A., Automotive Air Charter, Inc., and Pentastar Aviation, LLC, dated Nov. 27, 2001 and Dec. 16, 2003

5. Challenger Agreement with Bank of America N.A., dated March 30, 2001

6. Charter Agreement between Delphi Automotive Systems Human Resources, LLC and Automotive Air Charter, Inc., dated Nov. 26, 2001

7. Aircraft Management Agreement between Delphi Automotive Systems Human Resources, LLC and Pentastar Aviation, LLC, dated Nov. 26, 2001

8. Consent to Aircraft Management Agreement and Charter Agreement and Assignment, between Delphi Automotive Systems Human Resources, LLC, Bank of America N.A., Automotive Air Charter, Inc., and Pentastar Aviation, LLC, dated Nov. 27, 2001 and Dec. 16, 2003

9. Eagle Services Plan Agreement No. 0692-01 between Delphi Automotive Systems Human Resources LLC and Pratt & Whitney Canada Corp. dated January 31, 2002

10. Learjet Smart Parts Plus Agreement SP-60237-61 between Delphi Automotive Systems Human Resources LLC and Learjet Inc. dated February 11, 2002

11. Smart Parts Plus Agreement Contract #SP-5498-61 between Delphi Automotive Systems Human Resources LLC and Bombardier Inc.

12. CF34 Maintenance Cost Per Hour ("MCPH") Engine Service Agreement Reference Number ESI-01-0763C between Delphi Automotive Systems Human Resources LLC and GE Engine Services, Inc. dated February 21, 2002.

13. Warehouse Lease between Delphi Automotive Systems LLC and Donald R. and Sarah E. Sweeton, dated Dec. 22, 1999 and subsequently amended, with most recent amendment, the Fourth Amendment, dated Dec. 10, 2004

14.  Master Goods Agreement between Delphi Corporation and Apple Computer Inc. dated May 1, 2004.

15.  Lease Agreement (GM 91A-5) and Lease Supplements (GM 91A-5A and 91A-5C) between Delphi Automotive Systems LLC (as assignee of General Motors Corporation) and Comerica Bank (as Owner Participant) dated September 27, 1991.

16.  All Change In Control Agreements between the Debtors and any person entered into prior to the Petition Date.

17.  All Employment Agreements between the Debtors and any person entered into prior to the Petition Date.

18.  Tacoma-Corolla Consulting and Technical Support Agreement between Delphi Automotive Systems LLC and The Furukawa Electric Co., Ltd. dated June 28, 2005.

19.  Intellectual Property License, Restricted Use, and Technical Assistance Agreement among Delphi Technologies, Inc., Delphi Automotive Systems LLC and The Furukawa Electric Co. Ltd.

20.  Contract No. 46288 with STANLEY ELECTRIC OF A. INC

21.  Contract No. 46854 with STANLEY ELECTRIC OF A. INC

22.  Contract No. 52593 with WORLD PRODUCTS INC

23.  Contract No. 50252 with WORLD PRODUCTS INC

24.  Contract No. 55561 with HAERTER STANZTECHNIK GMBH

25.  Contract No. 53977 with OMRON DUALTEC AUTOMOTIVE ELEC

26.  Contract No. 50063 with S T MICROELECTRONICS INC

27.  Contract No. 46695 with PHILLIPS PLASTICS CORP

28.  Contract No. 53074 with PARLEX CORPORATION

29.  Contract No. 50579 with S T MICROELECTRONICS INC

30.  Contract No. 54118 with STANLEY ELECTRIC OF A. INC

31.  Contract No. 55779 with SUMCO INC

32.  Contract No. 54106 with OSRAM

33.  Contract No. 55403 with ON SEMICONDUCTOR LLC

34.  Contract No. 54506 with CENTURY MOLD & TOOL CO INC

35. Contract No. 46247 with PHILLIPS PLASTICS CORP

36. Contract No. 54982 with J K L COMPONENTS

37. Contract No. 46246 with PHILLIPS PLASTICS CORP

38. Contract No. 54536 with CENTURY MOLD & TOOL CO INC

39. Contract No. 48417 with PHILLIPS PLASTICS CORP

40. Contract No. 50576 with S T MICROELECTRONICS INC

41. Contract No. 53073 with PARLEX CORPORATION

42. Contract No. 53285 with PHILLIPS PLASTICS CORP

43. Contract No. 48419 with PHILLIPS PLASTICS CORP

44. Contract No. 48415 with PHILLIPS PLASTICS CORP

45. Contract No. 52016 with ROWLEY SPRING CORP

46. Contract No. 49833 with ENGINEERED PLASTIC COMP

47. Contract No. 50322 with MURATA ELECTRONICS INC

48. Contract No. 53288 with PHILLIPS PLASTICS CORP

49. Contract No. 53168 with SYN TECH LTD

50. Contract No. 49609 with SYN TECH LTD

51. Contract No. 48418 with PHILLIPS PLASTICS CORP

52. Contract No. 48032 with STANLEY ELECTRIC OF A. INC

53. Contract No. 52594 with MURATA ELECTRONICS INC

54. Contract No. 49817 with MURATA ELECTRONICS INC

55. Contract No. 53112 with LITTELFUSE INC

56. Contract No. 50062 with S T MICROELECTRONICS INC

57. Contract No. 54925 with STANLEY ELECTRIC OF A. INC

58. Contract No. 52794 with LITTELFUSE INC

59. Contract No. 54009 with STANLEY ELECTRIC OF A. INC

60. Contract No. 54108 with OSRAM

61. Contract No. 52809 with PEC OF AMERICA

62. Contract No. 49822 with MURATA ELECTRONICS INC

63. Contract No. 46216 with ON SEMICONDUCTOR LLC

64. Contract No. 49682 with NICHICON CORP

65. Contract No. 55375 with NICHICON CORP

66. Contract No. 40804 with TELLA TOOL & MFG

67. Contract No. 53758 with PHILLIPS PLASTICS CORP

68. Contract No. 48414 with PHILLIPS PLASTICS CORP

69. Contract No. 50578 with S T MICROELECTRONICS INC

70. Contract No. 47208 with ARGENT AUTOMOTIVE SYSTEMS INC

71. Contract No. 50577 with S T MICROELECTRONICS INC

72. Contract No. 46221 with ON SEMICONDUCTOR LLC

73. Contract No. 53759 with PHILLIPS PLASTICS CORP

74. Contract No. 51963 with ROWLEY SPRING CORP

75. Contract No. 54856 with OMRON DUALTEC AUTOMOTIVE ELEC

76. Contract No. 52793 with LITTELFUSE INC

77. Contract No. 46223 with ON SEMICONDUCTOR LLC

78. Contract No. 53248 with ITT CANNON SWITCH PRODUCTS 2

79. Contract No. 47531 with NICHICON CORP

80. Contract No. 45005 with PHILLIPS PLASTICS CORP

81. Contract No. 52048 with ROWLEY SPRING CORP

82. Contract No. 53555 with NICHICON CORP

83. Contract No. 55651 with ON SEMICONDUCTOR LLC

84. Contract No. 41267 with GRAND TRAVERSE STAMPING

85. Contract No. 48856 with COMUS INTERNATIONAL INC.

86. Contract No. 46418 with PHILLIPS PLASTICS CORP

87. Contract No. 56191 with VISHAY AMERICAS INC

88. Contract No. 52032 with ROWLEY SPRING CORP

89. Contract No. 47079 with WAMCO INC

90. Contract No. 54061 with S T MICROELECTRONICS INC

91. Contract No. 54875 with MURATA ELECTRONICS INC

92. Contract No. 54017 with PLASTIC COMPONENTS INC

93. Contract No. 53469 with ON SEMICONDUCTOR LLC

94. Contract No. 52792 with LITTELFUSE INC

95. Contract No. 55391 with ST CLAIR PLASTICS

96. Contract No. 55714 with INFINEON TECHNOLOGIES CORP

97. Contract No. 52059 with ROWLEY SPRING CORP

98. Contract No. 52791 with LITTELFUSE INC

99. Contract No. 53008 with LITTELFUSE INC

100. Contract No. 55784 with SUMCO INC

101. Contract No. 54150 with LITTELFUSE INC

102. Contract No. 48416 with PHILLIPS PLASTICS CORP

103. Contract No. 41219 with SYN TECH LTD

104. Contract No. 54481 with MURATA ELECTRONICS INC

105. Contract No. 54487 with SYN TECH LTD

106. Contract No. 40643 with SOFANOU INC

107. Contract No. 54089 with MURATA ELECTRONICS INC

108. Contract No. 49832 with ENGINEERED PLASTIC COMP

109. Contract No. 55794 with STANLEY ELECTRIC OF A. INC

110. Contract No. 53427 with ON SEMICONDUCTOR LLC

111. Contract No. 52057 with ROWLEY SPRING CORP

112. Contract No. 46222 with ON SEMICONDUCTOR LLC

113. Contract No. 53411 with LITTELFUSE INC

114. Contract No. 53823 with ON SEMICONDUCTOR LLC

115. Contract No. 54454 with MURATA ELECTRONICS INC

116. Contract No. 52393 with SYN TECH LTD

117. Contract No. 52353 with ON SEMICONDUCTOR LLC

118. Contract No. 50858 with KEMET ELECTRONICS CORP

119. Contract No. 52051 with ROWLEY SPRING CORP

120. Contract No. 54682 with PHILLIPS PLASTICS CORP

121. Contract No. 54062 with ON SEMICONDUCTOR LLC

122. Contract No. 52053 with ROWLEY SPRING CORP

123. Contract No. 54455 with MURATA ELECTRONICS INC

124. Contract No. 50647 with NICHICON CORP

125. Contract No. 52049 with ROWLEY SPRING CORP

126. Contract No. 47130 with SYN TECH LTD

127. Contract No. 52030 with ROWLEY SPRING CORP

128. Contract No. 50699 with PLASTIC COMPONENTS INC

129. Contract No. 47272 with PHILLIPS PLASTICS CORP

130. Contract No. 47075 with NICHICON CORP

131. Contract No. 46210 with ON SEMICONDUCTOR LLC

132. Contract No. 53708 with SOFANOU INC

133. Contract No. 49038 with SYN TECH LTD

134. Contract No. 54855 with ENGINEERED PLASTICS COMPONENTS

135. Contract No. 52055 with ROWLEY SPRING CORP

136. Contract No. 48843 with STANLEY ELECTRIC OF A. INC

137. Contract No. 55168 with ON SEMICONDUCTOR LLC

138. Contract No. 50582 with ON SEMICONDUCTOR LLC

139. Contract No. 52050 with ROWLEY SPRING CORP

140. Contract No. 50333 with MURATA ELECTRONICS INC

141. Contract No. 52423 with JACKSON SPRING & MFG. CO. INC

142. Contract No. 54479 with MURATA ELECTRONICS INC

143. Contract No. 55544 with ON SEMICONDUCTOR LLC

144. Contract No. 54444 with NICHICON CORP

145. Contract No. 50325 with MURATA ELECTRONICS INC

146. Contract No. 55456 with ON SEMICONDUCTOR LLC

147. Contract No. 52043 with ROWLEY SPRING CORP

148. Contract No. 50857 with KEMET ELECTRONICS CORP

149. Contract No. 54459 with MURATA ELECTRONICS INC

150. Contract No. 46214 with ON SEMICONDUCTOR LLC

151. Contract No. 55402 with ON SEMICONDUCTOR LLC

152. Contract No. 52052 with ROWLEY SPRING CORP

153. Contract No. 55172 with ON SEMICONDUCTOR LLC

154. Contract No. 49820 with MURATA ELECTRONICS INC

155. Contract No. 55003 with MURATA ELECTRONICS INC

156. Contract No. 54983 with NICHICON CORP

157. Contract No. 47206 with ON SEMICONDUCTOR LLC

158. Contract No. 50584 with ON SEMICONDUCTOR LLC

159. Contract No. 45226 with ROHM ELECTRONICS USA, LLC

160.  Contract No. 53289 with PHILLIPS PLASTICS CORP

161.  Contract No. 53822 with ON SEMICONDUCTOR LLC

162.  Contract No. 50334 with MURATA ELECTRONICS INC

163.  Contract No. 54053 with ON SEMICONDUCTOR LLC

164.  Contract No. 55579 with MURATA ELECTRONICS INC

165.  Contract No. 46215 with ON SEMICONDUCTOR LLC

166.  Contract No. 48956 with ON SEMICONDUCTOR LLC

167.  Contract No. 54154 with MURATA ELECTRONICS INC

168.  Contract No. 54090 with MURATA ELECTRONICS INC

169.  Contract No. 47204 with ON SEMICONDUCTOR LLC

170.  Contract No. 50828 with KEMET ELECTRONICS CORP

171.  Contract No. 55178 with ON SEMICONDUCTOR LLC

172.  Contract No. 50331 with MURATA ELECTRONICS INC

173.  Contract No. 55711 with MURATA ELECTRONICS INC

174.  Contract No. 550045174 with CINCH CONNECTORS INC

175.  Contract No. 550044800 with CINCH CONNECTORS INC

176.  Contract No. 550042117 with CINCH CONNECTORS INC

177.  Contract No. P5420075 with HONEYWELL SENSING & EFT CONTROL

178.  Contract No. P4120093 with COMMERCIAL SPRING & TOOL EFT COMPANY LIMITED

179.  Contract No. P4120078 with SMALL PARTS INC EFT

180.  Contract No. 550069607 with Fujitsu Ten

**This amended Exhibit 8.1(a) amends the version filed on July 2, 2009.** Subject to the Master Disposition Agreement, the Debtors reserve the right to file a motion on or before the Modification Approval Date to reject any executory contract or unexpired lease. In addition, the Debtors reserve the right to **further** amend, modify, supplement, or otherwise change Exhibit 8.1(a) on or before the Modification Approval Date. **It is the Debtors' position that the executory contracts and unexpired leases on this amended Exhibit 8.1(a) have expired**

8

**or terminated (and not otherwise extended), but out of an abundance of caution the Debtors are including these executory contracts and unexpired leases on this amended Exhibit 8.1(a). Furthermore, the Debtors may be a party to one or more post-petition contracts that utilize the same contract number as a contract set forth in this amended Exhibit 8.1(a). Such contract numbers are being utilized by the Debtors for administrative convenience only and the inclusion of a pre-petition executory contract on this amended Exhibit 8.1(a) does not impact the validity or enforceability of any post-petition contract utilizing the same contract number.**