E. Todd Sable
Daniel W. Linna Jr.
HONIGMAN MILLER SCHWARTZ AND COHN LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI  48226
Telephone: (313) 465-7548
Facsimile: (313) 465-7549

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re: : Chapter 11
:
**DELPHI CORPORATION**, et al., : Case No. 05-44481 (RDD)
: (Jointly Administered)
Debtors. :
: Hon. Robert D. Drain
------------------------------------------------------------x

**Nidec Motors & Actuators (USA), Inc.'s Limited Objection and Reservation
of Rights to Notice of Assumption and Assignment with Respect to Certain
Executory Contracts or Unexpired Leases to be Assumed and Assigned**

Nidec Motors & Actuators (USA), Inc. ("**Nidec**"), by and through its attorneys, Honigman Miller Schwartz and Cohn LLP, for its limited objection and reservation of rights to the proposed assumption and assignment of certain executory contracts with Nidec, states as follows:

**Introduction**

1. On October 8, 2005 (the "**Petition Date**"), Delphi Corporation ("**Delphi**") and its affiliated debtors (collectively, the "**Debtors**") each filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.

2. On July 10, 2009, Debtors filed their *July 10, 2009 Notice of Filing of Notices of Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to Parnassus Holdings II, LLC under Modified Plan of*

*Reorganization* (the "**Assignment Notice**"), which indicates that Debtors intend to assume and assign to Parnassus Holdings II, LLC certain contracts identified on the attached **Exhibit A** (the "**Nidec Contracts**") between Nidec and the Debtors.  The proposed cure amount is $0.00.

### Limited Objection

3.  Nidec objects to the Assignment Notice to the extent it does not adequately identify the Nidec Contracts to be assumed and assigned.  Additionally, Nidec only recently received the Assignment Notice and has not yet been able to identify the executory contracts proposed to be assumed, and has not yet been able to confirm the exact cure amounts due.  Nidec seeks clarification from the Debtors as to the identification of those Nidec Contracts that the Debtors seek to assume as well as the associated cure amounts.

4.  Nidec reserves the right to supplement this objection and take other appropriate action, if needed, once the Debtors have clarified the identity of the Nidec Contracts that the Debtors seek to assume, as well as the associated cure amounts, and upon completion of Nidec's investigations regarding the identity of the Nidec Contracts.

5.  Nidec expressly reserves, and does not waive, all of its rights and defenses to the Debtors' proposed assumption, cure, and assignment of the Nidec Contracts.  Nidec reserves all of its rights related to any executory contracts between Nidec and the Debtors, including its right to assert cure amounts if any such contracts are subject to assumption and/or assignment by the Debtors, and to take other actions permitted by law or in equity with respect to such contracts.

**Accordingly**, Nidec respectfully requests that the Court direct the Debtors to specifically identify those contracts being assumed and assigned, to confirm the associated cure amounts for

those contracts, and grant such other further relief as is just and proper.

                        Honigman Miller Schwartz and Cohn LLP
                        Counsel for Nidec

Dated: July 21, 2009        By:  /s/ E. Todd Sable
                        E. Todd Sable (MI Bar No. P54956)
                        Daniel W. Linna Jr. (MI Bar No. P68863)
                        2290 First National Building
                        660 Woodward Avenue
                        Detroit, MI  48226
                        Telephone:  (313) 465-7548
                        Facsimile:  (313) 465-7549
                        Email:  tsable@honigman.com

DETROIT.3765457.1

# EXHIBIT A

## Schedule 2 – Other Executory Contracts Or Unexpired Leases
## (Including Customer Contracts)

Unless identified as a rejected contract or lease pursuant to Article VIII of the Modified Plan, all contracts or leases primarily relating to business conducted at any of the Debtors' manufacturing facilities, including, but not limited to, the contracts and leases listed on this Schedule, will be assumed by the Debtors and assigned to Parnassus, **other than** contracts or leases primarily relating to (a) the Debtors' Steering business, including but not limited to, business conducted at the manufacturing facility in Saginaw, Michigan, (b) business conducted at the manufacturing facilities located in Grand Rapids, Michigan; Rochester, New York (excluding the Henrietta technical center); Kokomo, Indiana (including the Cuneo Warehouse, and including the technical center); and Lockport, New York (including the technical center), and (c) business conducted at certain manufacturing facilities located in Athens, Alabama; Fitzgerald, Georgia; New Castle, Indiana; Olathe, Kansas; Flint, Michigan; Saginaw, Michigan (Chassis); Clinton, Mississippi; Columbus, Ohio; Cortland, Ohio; Dayton, Ohio; Kettering, Ohio; Ravenna, Ohio; Warren, Ohio; Columbia, Tennessee; and Oak Creek, Wisconsin.

| Non-Debtor Counterparty | Applicable Manufacturing Facility | Contract(s) | Cure Amount (If Any)[1] | Rejected Contracts (If Any) |
|---|---|---|---|---|
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P PAST SERVICE PARTS | 2004 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P PAST SERVICE PARTS | 10003 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P PLANT 22 | 10003 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P OUTSIDE SALES | 20004 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P PAST SERVICE PARTS | 20004 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P PLANT 47 | 20169 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P PAST SERVICE PARTS | 710003 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P PAST SERVICE PARTS | 710004 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P PAST SERVICE PARTS | 910003 | $0.00 | |

---

[1] The cure amounts, if any, relating to contracts noted with "*" are currently disputed pursuant to the procedures set forth in the Confirmed Plan and the December 10 Solicitation Procedures Order.

| Non-Debtor Counterparty | Applicable Manufacturing Facility | Contract(s) | Cure Amount (If Any)[2] | Rejected Contracts (If Any) |
|---|---|---|---|---|
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P PAST SERVICE PARTS | 910004 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P PLANT 47 | 12020832 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P PAST SERVICE PARTS | 30020087 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P PAST SERVICE PARTS | 30020206 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P PAST SERVICE PARTS | 30020232 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P PAST SERVICE PARTS | 30020234 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P OUTSIDE SALES | 4500000116 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 4600000289 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P PLANT 22 | 4600000289 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P PLANT 45 | 4600000289 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P PLANT 9 | 4600000289 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P PLANT 47 | 4600000289 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | OUTSIDE SALES MWO | 4600000289 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500000270 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500000271 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500000272 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500000273 | $0.00 | |

---

[2] The cure amounts, if any, relating to contracts noted with "*" are currently disputed pursuant to the procedures set forth in the Confirmed Plan and the December 10 Solicitation Procedures Order.

| Non-Debtor Counterparty | Applicable Manufacturing Facility | Contract(s) | Cure Amount (If Any)[3] | Rejected Contracts (If Any) |
|---|---|---|---|---|
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500000274 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500000275 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500000276 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500000277 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500000278 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500000279 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500000280 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500000281 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500000282 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500000283 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500000284 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P PLANT 45 | 5500000286 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P PLANT 47 | 5500000287 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500000292 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | OUTSIDE SALES MWO | 5500000293 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P PLANT 22 | 5500000294 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500000295 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500000296 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500001421 | $0.00 | |

---

[3] The cure amounts, if any, relating to contracts noted with "*" are currently disputed pursuant to the procedures set forth in the Confirmed Plan and the December 10 Solicitation Procedures Order.

3

| Non-Debtor Counterparty | Applicable Manufacturing Facility | Contract(s) | Cure Amount (If Any)[4] | Rejected Contracts (If Any) |
|---|---|---|---|---|
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500001525 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500002005 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500002006 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500002046 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500002071 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500002305 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500002334 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500002395 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500002396 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500002397 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500002398 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500002399 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500002400 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500002401 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500002600 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500002601 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500002602 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500002603 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P PLANT 45 | 5500002645 | $0.00 | |

---

[4] The cure amounts, if any, relating to contracts noted with "*" are currently disputed pursuant to the procedures set forth in the Confirmed Plan and the December 10 Solicitation Procedures Order.

4

| Non-Debtor Counterparty | Applicable Manufacturing Facility | Contract(s) | Cure Amount (If Any)[5] | Rejected Contracts (If Any) |
|---|---|---|---|---|
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500002705 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500002861 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P PAST SERVICE PARTS | 06-012128 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P PAST SERVICE PARTS | 06-012132 | $0.00 | |

---

[5] The cure amounts, if any, relating to contracts noted with "*" are currently disputed pursuant to the procedures set forth in the Confirmed Plan and the December 10 Solicitation Procedures Order.