July 12, 2009

Honorable Robert D. Drain,
United States Bankruptcy Judge, Southern District of NY
One Bowling Green
New York, NY 10004-1408

Subject: Docket Number 05-44481 (RDD)

Dear Honorable Drain:

I appreciate you taking time out of your busy schedule to read through this letter and
seriously consider its content as it relates to the Delphi Master Disposition Agreement,
Article 9.5.11. In May, I became one of the unfortunate casualties of the current auto
and economic crisis after spending 33 years as an engineer with GM and Delphi.
Obviously, loosing my job at the age of 51 has been very distressful but the personal
financial hardship has been even more impactful since the job market is extremely tight
and the possibility of finding employment in the near term is unlikely.

While I am not a lawyer, I believe that I entered into a legal and enforceable contract
during Delphi's bankruptcy (signed 5/14/09, effective 7/1/09) and expect it to be fulfilled
by Delphi. I understood that these severance payments were being provided in
exchange for my waiver of certain rights via the Release of Claims. I was told that the
severance payments were a contract liability, not a Delphi benefit. I do not understand
why, now, there is a dispute to pay.

The importance of this request to enforce payment of the contracted severance is further
magnified when you consider my age, coupled with the negative impact of the financial
markets on any of my retirement funds, the termination of retirement benefits, and the
pending pension reduction. Financial "recovery" seems virtually impossible in the near
term and challenging, at best, in the long term. In the mean time; I have children to put
through college, healthcare premium to pay, a mortgage payment and mouths to feed. I
expected and need this severance which I believe that I am entitled to receive. This is a
relatively minimal, short term liability for Delphi which could deliver a significantly positive
impact to me and my family.

Frankly, I could never have imagined being in this situation...after 33 years of
commitment only to end up without a job, no retirement benefits, significantly reduced
pension and now....the potential of losing any severance. I clearly recognize the
"changing times" and the impact of the financial and auto marketplace. However, it
should not excuse Delphi from its moral, ethical and legal obligations. I believe that YOU
can make a difference. I implore you to seriously consider the impact of the Severance
Cancellation Disposition being brought to your courtroom.

Thank you for your consideration.

*Patrick L. Bachelder*

Patrick L. Bachelder
1500 Waverly Drive
Troy, MI 48098
248-835-9165