Roberta Rivers
785 High Drive
Carmel, IN 46033
July 10, 2009

Honorable Robert D. Drain
Docket Number 05-44481 (RDD)
United States Bankruptcy Judge – Southern District of New York
One Bowling Green
New York, NY 10004-1408

Honorable Judge Drain:

I am sending this letter of objection to Delphi's and Platinum's June 1, 2009 Master Disposition Agreement, Article 9.5.11 which declares that severance payments will be terminated upon Delphi's emergence from Bankruptcy.

I entered into a binding, contractual separation agreement with Delphi on February 19, 2009 in which I waived rights to any claims against Delphi to receive payment, over one year, equivalent to one year's salary commencing on April 1, 2009. This contract was entered into while Delphi was in its 40th month of Chapter 11 bankruptcy. I have kept my side of this contract and I expect Delphi to keep its side of the contract as well.

I am a recent (June 2008) widow and not age eligible for retirement. I have been using the so far 3 months of severance payments to cover my living expenses until I can find a new job. I have not as yet found a new job and will need the remaining severance payments to continue to cover my living expenses. This short term liability is small compared to other remaining commitments of Delphi, but will have a tremendous impact on the lives of retirees and former employees who made life changing decisions based on this commitment. I sincerely asked that you please do not terminate this contractual obligation of Delphi's.

Sincerely,

*Roberta Rivers*

Roberta Rivers