July 10, 2009

Honorable Robert D. Drain
Docket Number 05-44481 (RDD)
United States Bankruptcy Judge-Southern District of NY
One Bowling Green
New York, NY 10004-1408
Fax: 914-390-4073

Dear Honorable Judge Drain,

I am writing this letter to let you know that I object to the June 1, 2009 Master Disposition Agreement, Article 9.5.11. This article declares that severance payments will be terminated upon the closing date (emergence date) of Delphi. I had worked for Delphi for over 24 years as an engineer. They had a massive layoff at the end of last year (Dec. 2008) in which I had signed a contract severance payment entitlement in which I would receive (because of my total amount of service with the company) bi-monthly payments for a total of 10 months. I have received 6 months of these payments, but I am expecting to continue the next 4 months. Even though I have extensive background and experience in engineering, I still am unemployed as the job market is flooded with engineers in our area. As an employee, I had waived certain rights (release of claims) to receive severance payments. This contract was signed while Delphi was in bankruptcy. Severance payments are a contract liability, not a Delphi provided benefit. I have a valid, binding legal contract with Delphi and I expect it to be honored. My effective date of severance was 1/1/2009 in which I actually signed the severance contract on 12/2/2008. The total liability for continued severance payments is low, and that the liability is short term.

I just wanted to let you know that as a hard working citizen for over 24 years, it was extremely hard to be severed from a company that I had loyally spent over half my life. These are very difficult economic times and honoring the contract for the total duration of severance payments is extremely critical for me and my family. I hope you will take this into consideration before making your final judgment. Thank you for your time.

Sincerely,

Deborah R. Ku
317-849-6405