July 10, 2009

Judge Robert D. Drain
United States Bankruptcy Judge - Southern District of NY
Docket Number 05-44481 (RDD)

Re: Delphi Master Disposition Agreement, Article 9.5.11 – Termination of Severance Payments

One Bowling Green
New York, NY 10004-1408
Courtroom: 610

Dear Judge Drain:

I am writing to object to the June 16, 2009 Master Disposition Agreement, Article 9.5.11 declaring that severance payments will be terminated upon the closing date (emergence date). My severance date was 1-1-09. This is in addition to Delphi's request to turn our pensions over to the Pension Benefit Guarantee Corporation.

My job position was eliminated so I took the severance and started receiving retirement payments in January 2009, earlier than I expected that I would. Hoping also that if enough people left that Delphi would have a better chance to emerge bankruptcy as a viable company. The 12 monthly severance payments were going to help me move into retirement and I did not know that it could be taken away from me. I was told that it was a contract between Delphi and me that was entered into during bankruptcy. It was my understanding that the severance payments were provided for my waiver of certain rights. The severance was not described as a benefit but as a legal agreement and liability that Delphi would honor and it would be binding if and when I signed the contract, which I did in November 2008. .

I believe that I have a legal, enforceable contract entered into during bankruptcy and that Delphi should be held responsible to fulfill. My hope is that you agree with my legal opinion that this agreement is a legal document that should be honored.

Thank you,

Lana Boor
Lana Boor
Retired Delphi Salaried Employee
3871 E. Pond Ct
Orion, MI 48359
248-391-0568

Re: Delphi Master Disposition Agreement, Article 9.5.11 – Termination of severance payments