July 9, 2009

Jane M. Deibel
241 High St
Canfield, Ohio 44406
330-533-6438

Honorable Robert D. Drain
Case Number 05-44481 (RDD)
United States Bankruptcy Judge – Southern District of NY
One Bowling Green
New York, NY 100004-1408
Fax 914-390-4073 (White Plains, NY)

MDA Date: June 16, 2009
SUBJECT: Objection to Master Disposition Agreement, Article 9.5.11, Severance Payments

Honorable Robert D. Drain,

On 4/14/09 I entered into a contract with Delphi by signing a contract that guaranteed me 4 months severance payment as well as a $2000 outplacement assistance. This was to be effective with the start of my **INVOLUNTARY SEPARATION.** My job was sent to Mexico. To add insult to injury, as part of the 'transition', two MEXICANS were sent up to review with me the status of the work to be transferred.

I would like to object to the discontinuing of the Severance Payments Delphi Corporation and Platinum are requesting per article 9.5.11 of the Master Disposition Agreement, MDA. These payments were a contract that included me waiving certain rights (Release of Claims). This contract was entered into while Delphi was in bankruptcy and should be considered a contract liability, not a benefit. I have a valid, binding legal contract that I expect to be honored once, or if, my separation starts. My separation was scheduled to start July 1st but I have been extended and put on Temporary Layoff through the month of July.

The state of the economy is unfortunate but I feel Delphi is using it to their advantage in many ways that is not above board. I pay taxes. My taxes are funding the Obama Recovery ACT. The Obama Recovery ACT is giving money to GM, who in turn is giving it to Platinum to buy Delphi. This deal they are trying to swing robs me of my severance they had promised by contract and threatens to send my pension to the PBGC. Isn't it ironic that my own money (taxes) is causing me this entire financial burden.

I respectfully ask you to not let them terminate the severance payments.

*Jane M. Deibel*
Jane M. Deibel