June 18, 2009

Honorable Robert D. Drain
United States Bankruptcy Judge - Southern District of NY
One Bowing Green
New York, NY 10004-1408

Fax #914-390-4073  (White Plains, NY)

Reference: Docket Number #05-44481  (RDD)
Objection:  June 1, 2009 Master Disposition Agreement, Article 9.5.11

As a retired Delphi Salary Employee, as of 3/1/09, I strongly object to the termination of our Severance Payment Entitlement.
This entitlement is by contract (Separation Agreement), and I waived certain rights (Release of Claims) in order to receive this Severance Payment.
<u>If for any reason I thought there was a possibility of it being taken away I would never have signed papers to retire!!!</u>
I'd planned on my Severance payment to get bills in order by the time I was nearing Social Security age. Also, to pay 100% of my Medical Insurance, that Delphi announced (after retirement papers had been signed) that they were no longer paying their 50%.
The total liability for continued serverance payments is low, and the liability is short term (expires - July 2010).
I and all the other retirees have been affected by Benefits Termination and pending Pension Reduction (transfer to PBGC).
This legal, enforceable contract was entered into <u>during</u> bankruptcy, and the <u>Serverance Payments are a liability (not a Delphi provided benefit)</u>.
<u>This is a valid / binding / legal contract and I would expect it to be honored.</u>

Sincerely,

Nancy Freeman
Delphi Retiree
9 River Meadow Dr.
Rochester, NY14623-4812