US MAIL
Via ~~Federal Overnight~~
Clerk of Court
U.S. Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
~~One Bowling~~
New York, NY 10004-1408



July 14, 2009

RE:  *In re Delphi Corporation*, SDNY BK Case No. 05-44481 (RDD)

Dear Clerk of Court:

Enclosed please find PROOFS of Service
TO: All Parties:
Kurtzman Carson Consultants LLC
Ms Kayalyn A Marafiota, Thomas Matz
Mr John Wm Butler Jr, Ron E Meisler

Thank you very much for your kind consideration.

Very truly yours,

Carol A Kustas

Carol Ann Kustas
22 Crystal Springs Lane
Fairport, NY 14450
(585) 406-1871

Encl. (5)

July 14, 2009

5-44481 (RDD)

...strative Expense, en-
...m (with attachments)

e Claim Form ¶ 8, en-
... copy of the completed

...y yours,

*[signature: C. A. Kustas]*

n Kustas
al Springs Lane
NY 14450
1871

## FedEx US Airbill

**From** Date: 7-14-09
Sender's Name: Carol Ann Kustas Phone: (585) 406-1871
Company: Theodore G Kustas
Address: 28 Crystal Spring Lane
City: fairport State: NY ZIP: 14450

Sender's FedEx Account Number: 8647 3549 3347

**Your Internal Billing Reference:** OPTIONAL

**To** Recipient's Name: Delphi Admin Exp Claim Form Phone: ( )
Company: Kurtzman Carson Consultants LLC
Address: 2335 Alaska Avenue
City: El Segundo State: CA ZIP: 90245

**4a** X Express Package Service
**4b** Express Freight Service
**5** Packaging: X FedEx Envelope
**6** Special Handling
**7** Payment: X Sender
**8** Residential Delivery Signature Options

Total Packages: 1
Total Weight:
Total Declared Value: $ .00
Amount: 28.39

---

PRIORITY OVERNIGHT
8647 3549 3347
*************5031
Shipment subtotal: 28.39
  0.35 lb (S)
Total Due: 28.39
(S) CreditCard: 28.39

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339

July 14, 2009 8:40:49 PM

Device ID:
Employee:
Transaction: 66844 / 7204543662.1

FedEx
LE ROAD
14624
ROCD
ROCD-POS1



