June 18, 2009

Honorable Robert D. Drain
Docket Number 05-44481 (RDD)
United States Bankruptcy Judge - Southern District of NY
One Bowling Green
New York, NY 10004 -1408

I am writing to you regarding Delphi Automotive proposal to eliminate any remaining severance allowance to its eligible former employees. I oppose their request. In the recent past, they eliminated the health care coverage stating that they never had a written commitment to maintain coverage during retirement. The severance package was listed in our employee handbook as one of the benefits. In fact, as a 31 year salaried employee, I was eligible for 12 months of severance payments. At the end of 2008, Delphi changed the term to only 6 months. In mid January, I was told that I would be retiring and would only get the 6 months.

  At the beginning of the bankruptcy, the company chairman pleaded with us to stay with the company, don't leave our post and that the company would take care of us. They lied! As a salaried employee, we were expected to be more dedicated to the company, work extra hours, travel, and give up time with our family for the betterment of the company. What is happening to us is hardly fair. I am sure the company executives are not concerned on how they will pay for their health care when they retire or whether they will have enough money to take care of their family. This is a great concern of mine.

  I ask you to please conceder the impact of your decisions on the salaried employees. The ones without any legal recourse like a union contract but who gave the company all they had.

Thank you for your time and confederation.

*Jim Buczkowski*

Jim Buczkowski
5669 Leete Road
Lockport, New York 14094
(716) 433-6478