June 18, 2009

Honorable Robert D. Drain
Docket Number 05-44481 (RDD)
United States Bankruptcy Judge-Southern District of NY
One Bowing Green
New York, NY 10004-1408

Dear Judge Drain,

My name is Edward L. Owens. I am an employee of Delphi Automotive Systems in Athens, Alabama. I would like to offer an objection to the June 1, 2009 Master Disposition Agreement, Article 9.5.11. This article declares that severance payments will be terminated upon the closing date or the emergence date from bankruptcy.

This decision and the points mentioned in the resolution are in conflict with a legal and enforceable contract entered into between myself and the legal officials of Delphi during bankruptcy. Here are the points of my objection:

1) A separation agreement was signed entitling me to 12 months of severance payments.
2) I waived certain rights to receive severance in exchange for valuable engineering expertise, aiding in final production goals and decommissioning the manufacturing facility.
3) The contract was entered into during bankruptcy (December, 2008). My separation date is November 1, 2009 based on notification from Delphi in accordance with the Worker Adjustment and Retraining Notification (WARN) Act of 1988.
4) It is my interpretation that severance payments are a contract liability. Therefore, I expect this valid, binding and legal contract to be honored.

In conclusion, Judge Drain, I would like to see justice served on my behalf. Already, due to other circumstances, I will lose medical benefits at retirement and my pension will be turned over to the PBGC. Your careful consideration in this matter will be highly appreciated.

Sincerely,

Edward L. Owens
Sr. Manufacturing Project Engineer
Delphi Automotive Systems
Athens, Alabama