July 13, 2009

To: The Chambers of Honorable Judge Robert D Drain

Reference: Case 05-44481    (Delphi)



RECEIVED
JUL 20 2009
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

Dear Judge DRAIN;

Please forgive this letter being handwritten; lightning struck my computer and Printer 2 months ago and I have not replaced them.

I am a retired salary Delphi employee, having worked 32 years for GM and 1½ years for Delphi.

I strongly object to the Delphi Modified Plan of Reorganization. My fellow Delphi salaried employees and I have been kicked aside in favor of other more favored groups. I have lost my health insurance — the one I was paying over $3000/yr for the right to make copays with the first $2400 paid by me — while my hourly union "buddies" paid nothing for theirs and had no deductible first expenses.

Now you are poised to allow my earned pension to be forsaken and dumped on the PBGC, while my union "buddies", who helped pay for OBAMA's election, to continue fully compensated and to have a sizable ownership in the new GM.

The Plan is unfairly structured to take care of those who are politically well connected. Why should the taxpayers fund some and ignore others?

This is a most dangerous course to travel for setting a pattern for future companies to copy. Chaos will someday rule. You are giving Delphi's best assets away, GM/Delphi is funding Platinum Equity's stake. Future years

I am a retired salary Delphi employee, having worked 32 years for GM and 1½ years for Delphi.

I strongly object to the Delphi Modified Plan of Reorganization. My fellow Delphi salaried employees and I have been kicked aside in favor of other more favored groups. I have lost my health insurance — the one I was paying over $2000/yr for the right to make copays with the first $2400 paid by me — while my hourly union "buddies" paid nothing for theirs and had no deductible first expenses.

Now you are poised to allow my earned pension to be forsaken and dumped on the PBGC, while my union "buddies", who helped pay for Obama's election, to continue fully compensated and to have a sizable ownership in the new GM.

The Plan is unfairly structured to take care of those who are politically well connected. Why should the taxpayers fund some and ignore others?

This is a most dangerous course to travel for setting a pattern for future companies to copy. Chaos will someday rule. You are giving Delphi's best assets away. GM/Delphi is funding Platinum Equity's stake. Future years will show that the US Taxpayer has been raped.

Please ask yourself what is fair and equitable. Do not accept this plan as it is set up. It is not fair to the non-UAW hourly employees, the Salaried Delphi retirees and the DIP creditors.

Sincerely

Thomas H DeHuff    106 Noble Dr. Brookhaven, MS