Your Honor,

I am writing to you to express my objection to the June 1, 2009 Master Disposition Agreement, Article 9.5.1.1. This article declares that severance payments will be terminated upon closing date (emergence date) of Delphi's bankruptcy.

I am retiring from Delphi after 34 years of service. While I understand the basic reasons why I was asked to retire, I am not ready to retire yet. I will be seeking employment to maintain my basic life style for my wife and I. This time in my career is filled with many feelings of fear, anxiety, anger, confusion etc as you can well imagine. Compounding this is the idea that now we will also not be receiving our severance payments.

These payments were given in good faith by Delphi to us employees by contract, namely the Separation Agreement. We waived certain rights to receive severance under the Release of Claims. We provided an item of value to Delphi in exchange for this severance.

These contracts were entered into during the bankruptcy period. I signed my documents May 21, 2009 and my effective retirement date is August 1, 2009. Severance payments are a contract liability and not a Delphi provided benefit. I believe I have a valid, binding, legal contract with Delphi and I expect it to be honored.

These severance payments will be used to make mortgage payments, pay for tuition for training in my career transition and basically get us through the next few months while seeking employment.

I would like also to point out that salaried employees already have a pension reduction upon us with the possible transfer to PBGC as well as termination of health care benefits. This severance payment issue is another blow to salaried retirees that adds to the financial hardship.

In conclusion, I ask you to reconsider the termination of severance payments and allow them to be paid out. The amount in question is small in the bigger picture considering the number of retirees affected and the small number of months the payments will last. The continuation of payments will ease the pain and anxiety of those affected during this uncertain time we are going through.

Respectfully,

*James A. Bruso*
James A. Bruso
2809 Gatewood Drive
Waterford, Michigan 48329