Kenneth J. VanSolkema
2576 Forest Bluff Ct. S.E.
Grand Rapids, Michigan 49546


Telephone: 616-942-9197


June 17, 2009


Honorable Robert D. Drain
United States Bankruptcy Judge – Southern District of New York
One Bowling Green
New York, NY 10004-1408

Docket Number: 05-44481 (RDD)


Dear Honorable Robert D. Drain,

This letter is written to object to the June 1, 2009 Master Disposition Agreement, Article 9.5.11, declaring that severance payments will be terminated upon the emergence date.

I entered into an agreement with Delphi Corporation on 12-11-08 (Separation Allowance Plan Release of Claims) which provided monies to be paid me on a Semi-Monthly Basis (12 months) for my separation of employment effective 2-1-2009.

In consideration for receiving these benefits, I waived certain rights that were of value to me that Delphi, General Motors Corporation received value.

Again, this contract was entered into on 12-11-08 and acknowledge by Delphi on that date and was therefore entered into during bankruptcy.

Once Delphi accepted my Release of Claims form, I had a (7) seven day revocation period. Upon expiration, I could not change my mind to separate and would be forced to leave employment on 1-31-2009.

I have fulfilled my obligation as contained in the Release of Claims form and feel Delphi General Motors Corporation should be required to complete their obligation with the continuation of the severance payments which I am entitled to.
Docket Number 05-44481 (RDD)

Page 2
Docket Number: 05-44481 (RDD)

These monies were identified to take care of an existing home mortgage. Adding the potential loss of the severance pay on top of other benefit terminations (life insurance and health care) pending pension reductions (transfer to PBGC), one begins to question if 45 years of service (35 GM and 10 Delphi) as a loyal salaried employee is worth anything.

I feel I have a valid/binding/legal contract with Delphi/General Motors Corporation (ROC) and solicit your help in seeing it fulfilled.

Thank you in advance for your time and consideration on reviewing this matter, during these difficult and stressful times for Delphi Salaried Employees.

Sincerely yours,

*[signature]*

Kenneth J. VanSolkema