**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| **DELPHI CORPORATION,** *et al.* | ) | Case No. 05-44481 (RDD) |
| Debtors. | ) | (Jointly Administered) |

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Norman D. Orr, to be admitted, ***pro hac vice***, to represent Raymond L. Johnson, Jr., a party-in interest in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Michigan, and of the bar of the U.S. District Court for the Eastern District of Michigan, and filing fee has been paid, it is hereby

**ORDERED**, that Norman D. Orr is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: July 21, 2009         /s/Robert D. Drain
        New York, New York    UNITED STATES BANKRUPTCY JUDGE