Honorable Judge Robert D. Drain

Re: Docket number 05-44481 (RDD)

Dear Judge Drain,

I would like to voice my objection to the Delphi, June 1, 2009, Master Disposition Agreement, Article 9.5.11, which declares severance payments will be terminated upon closing date.

My first point of objection is that my severance payment entitlement is by a signed contract between a Human Resource representative and myself effective December 2008. As such, this payment is a contract liability and not a Delphi benefit.

Point two, this contract was entered into during bankruptcy with the explicit goal of retaining valuable talent and resource to benefit Delphi's emergence from bankruptcy.

Point three, this contract included a (Release of Claims) where by I waived certain right namely to seek other employment before Human Resources notified me when my services where no longer required. Since that time, I have provided every engineering and other service requested of me, fulfilling my obligation to Delphi. In turn, I expect Delphi to fulfill their obligation to the loyal Athens employees.

Point four, I have a valid binding legal contract and I expect it to be honored.

I have worked for GM / Delphi for over 13 years as a dedicated Salaried Senior Manufacturing Engineer. I have most recently worked on closing the Delphi Steering Athens, Alabama site. The timing and closure of this site has been highly beneficial to Delphi as it progressed through bankruptcy. Throughout the product build outs, costs have been reduced while not affecting the customer's quality or deliveries.

I had planned to use my severance to pay my mortgage and feed my family with two small children until I could find a new job in this ever-worsening job market.

In closing, I would like to thank the court for observing my strenuous objection to severance reduction / termination on the Athens, Alabama site.

Sincerely,

*Dustin A. Koontz*

Dustin Allen Koontz
Senior Manufacturing Engineer
219 Horseshoe Bend North
Madison, Ala. 35758