UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

DELPHI CORPORATION, et al.,                          Court No. 05-44481

      Debtor(s).                                            Chapter 11
_____/                   (Jointly Administered)


## ORDER FOR ADMISSION TO PRACTICE
### *Pro Hac Vice for*
### DENNIS J. RATERINK


Dennis J. Raterink, a member in good standing of the bars in the State of Michigan, the United States Bankruptcy Courts for the Eastern and Western Districts, and the 6th Circuit Court of Appeals, having requested admission, ***pro hac vice***, to represent the Michigan Funds Administration in the above-captioned case;

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED.

2.      Dennis J. Raterink is admitted to practice in the above-captioned Chapter 11 cases, in the United States Bankruptcy Court for the Southern District of New York, subject to the payment of the filing fee.


Dated: July 21  , 2009
      New York, New York                    /s/Robert D. Drain
                                    UNITED STATES BANKRUPTCY JUDGE