UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

DELPHI CORPORATION, et al.,                     Court No. 05-44481

       Debtor(s).                                      Chapter 11
_____/            (Jointly Administered)

**ORDER GRANTING ADMISSION TO PRACTICE**
*Pro Hac Vice for*
**SUSAN PRZEKOP-SHAW**

Susan Przekop-Shaw, a member in good standing of the bars in the State of Michigan, and the 6th Circuit Court of Appeals, having requested admission, *pro hac vice*, to represent the Michigan Workers' Compensation Agency in the above-captioned case;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Susan Przekop-Shaw is admitted to practice in the above-captioned Chapter 11 cases, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: July 21, 2009
New York, New York

/s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE