UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | Chapter 11 |
| DELPHI CORPORATION, INC., et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2009, a copy of the Limited Objection to Debtors' (A) July 10, 2009 Notice of Filing of Notices of Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to Parnassus Holdings II, LLC Under Modified Plan of Reorganization, (B) July 10, 2009 Notice of Filing of Notices of Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to GM Components Holdings, LLC or Steering Solutions Services Corporation, as Applicable, Under Modified Plan of Reorganization, (C) July 13, 2009 Notice of Filing of Corrected Notices of Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to Parnassus Holdings II, LLC Under Modified Plan of Reorganization, and (D) Errata Schedule 2 to Certain Notices of Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to Parnassus Holdings II, LLC Under Modified Plan of Reorganization, filed on behalf of Toyota Motor Corporation, was served upon the following parties via U.S. Mail and overnight courier for delivery on July 22, 2009:

| | |
|---|---|
| The Chambers of the Honorable Robert D. Drain<br>United States Bankruptcy Judge<br>One Bowling Green, Room 632<br>New York, New York 10004 | Davis Polk & Wardwell<br>Attn: Donald S. Bernstein<br>Attn: Brian M. Resnick<br>450 Lexington Avenue<br>New York, New York 10022 |
| Delphi Corporation<br>Attn: General Counsel<br>5725 Delphi Drive<br>Troy, Michigan 48098 | Willkie Farr & Gallagher LLP<br>Attn: Richard Mancino<br>Attn: Marc Abrams<br>787 Seventh Avenue<br>New York, New York 10019 |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: John Wm. Butler, Jr.<br>Attn: Ron E. Meisler<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606 | Cadwalader, Wickersham & Taft LLP<br>Attn: John J. Rapisardi<br>Attn: Oren B. Haker<br>One World Financial Center<br>New York, New York 10281 |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: Kayalyn A. Marafioti<br>Attn: Gregory W. Fox<br>Four Times Square<br>New York, New York 10036 | United States Department of Justice<br>Attn: Matthew L. Schwartz<br>Attn: Joseph N. Cordaro<br>86 Chambers Street, 3rd Floor<br>New York, New York 10007 |
| The Office of the United States Trustee<br>Attn: Brian Masumoto<br>33 Whitehall Street, Suite 2100<br>New York, New York 10004 | Weil, Gotshal & Manges LLP<br>Attn: Jeffrey L. Tanenbaum<br>Attn: Robert J. Lemons<br>767 Fifth Avenue<br>New York, New York 10153 |
| Latham & Watkins LLP<br>Attn: Robert J. Rosenberg<br>Attn: Mitchell A. Seider<br>Attn: Mark A. Broude<br>885 Third Avenue<br>New York, New York 10022 | Schulte Roth & Zabel LLP<br>Attn: Adam C. Harris<br>Attn: David J. Karp<br>919 Third Avenue<br>New York, New York 10022 |

I declare that the statement above is true to the best of my information, knowledge and belief.

Dated: July 21, 2009

                                           FROST BROWN TODD LLC

                                           /s/ Robert V. Sartin
                                         Robert V. Sartin, Esq.
                                         250 W. Main Street, Suite 2800
                                         Lexington, KY  40507
                                         Tel:  (859) 231-0000
                                         Fax:  (859) 231-0011
                                         E-mail:  rsartin@fbtlaw.com
                                         *Attorneys for Toyota Motor Corporation*

LEXLibrary 400701v.1