KIESELSTEIN LAW FIRM, PLLC
1187 Troy-Schenectady Road
Latham, New York  12110
(518) 785-7800
Steve Kieselstein (SK-3658)

Attorneys for NEC Electronics America, Inc.

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) (Jointly Administered) |
| Debtors. | |

**OBJECTION OF NEC ELECTRONICS AMERICA, INC. TO DEBTOR'S NOTICE OF NON-ASSUMPTION UNDER THE MODIFIED PLAN WITH RESPECT TO CERTAIN EXPIRED OR TERMINATED CONTRACTS OR LEASES PREVIOUSLY DEEMED TO BE ASSUMED OR ASSUMED AND ASSIGNED UNDER CONFIRMED PLAN OF REORGANIZATION (AS LISTED IN DOCKET NO. 17728)**

NEC Electronics America, Inc. ("NEC"), by and through its undersigned counsel, hereby files this objection to Debtor's Notice of Non-Assumption Under the Modified Plan with Respect to Certain Expired or Terminated Contracts or Leases Previously Deemed to be Assumed or Assumed and Assigned Under Confirmed Plan of Reorganization.  In support of this objection, NEC states as follows:

1.     On October 8, 2005, Delphi and certain of its subsidiaries and affiliates (collectively, the "Debtors") filed voluntary petitions with this Bankruptcy Court for relief under Chapter 11 of Title 11, United States Code.

2. At various times, the Debtors and NEC entered into the purchase orders/contracts listed at Exhibit A hereto (the "Contracts"), whereby NEC would provide certain products to the Debtors.

3. In early 2008, the Debtor stated that the Contracts would be assumed with corresponding cure dollars be paid to NEC. (See Exhibit A hereto and docket No. 12899, Exhibit B, page 26-27.)

4. On July 2, 2009, the Debtor filed Schedule 9.3 (Assumption List) that included the Contracts (see docket No. 17557).

5. Thereafter, NEC received a Notice of Non-Assumption with regard to the Contracts that stated that the Contracts had expired or been terminated. (See docket No. 17728, Exhibit A, page 60.)

6. As can be seen from Exhibit A hereto, the Debtor has issued revised purchase order numbers with regard to several Contracts. Notwithstanding the change in purchase order numbers asserted by Debtor, NEC continues the production and delivery of the same parts as provided under the original Contracts.

7. Moreover, apart from the mere renumbering of prepetition purchase orders referred to above, NEC has not, to the best of its knowledge received notice that the Contracts have expired or been terminated and believes that the Contracts remain in full force and effect.

8. Because the legal points and authorities regarding this objection are incorporated herein and do not represent novel theories of law, NEC respectfully requests that the requirement of service and filing of a separate memorandum of law under Local Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York be deemed satisfied.

WHEREFORE, NEC respectfully requests that the Court (a) determine that the Debtor's Notice of Non-Assumption is of no force and effect with regard to the Contracts listed at Exhibit A hereto; (b) order the Debtors to make cure payments to NEC as listed at Exhibit A hereto; and (c) grant such other further relief as this Court deems just and proper.

Date:  Latham, New York
       July 21, 2009

                    KIESELSTEIN LAW FIRM, PLLC
Attorneys for NEC Electronics America, Inc.

By:  S/Steve Kieselstein
     Steve Kieselstein (SK-3658)

1187 Troy-Schenectady Road
Latham, New York  12110
(518) 785-7800
Email:  sk@kieselaw.com

**EXHIBIT A**

| Creditor | Contract # | Cure Amount | Schedule 9.3 Assumption List Exhibit Page Reference (docket # 17557) | Notes | NEC PN | Delphi PN | New PO number |
|---|---|---|---|---|---|---|---|
| NEC Electronics, Inc. | D0550042581 | $1,512,160.00 | 84 | issued new PO # | UPD70F3049YGC-8EU-E3-DE | 9390756 | 0550282173 |
| NEC Electronics, Inc. | D0550045315 | $4,889,399.75 | 84 | still shipping under this same Contract # as of 7/09 | UPD70F3358GJ(A)-GAE-E3-DE-AX | 28061444 | 550282279 |
| NEC Electronics, Inc. | D0550045327 | $218,540.00 | 86 | last shipped under this same Contract # as of 6/09 | UPD78F0701YGC-8BT-E3-DE | 9386083 | 550282282 |
| NEC Electronics, Inc. | D0550045938 | $824,250.25 | 84 | last shipped under this same Contract # as of 6/09 | UPD70F3277YGC-8EA-E3-DE | 9400705 | 550282284 |
| | | | | shipped under this same Contract # and new PO # as of 6/09 | UPD70F3257YGC-8EA-E3-DE | 9400945 | 550282284 |
| NEC Electronics, Inc. | D0550065965 | $2,692.80 | 125 | last shipped under this same Contract # as of 5/09 | UPD76F0051GC(A9)-8EA-E3-DE | 9400016001 | 550282181 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| DELPHI CORPORATION, *et al*., | : | Case No. **05-44481** |
| Debtors. | : | |

**CERIFICATE OF SERVICE**
**OF**
**OBJECTION TO DEBTOR'S NOTICE OF**
**NON-ASSUMPTION OF EXECUTORY CONTRACTS**

I, Patricia Stratton, hereby certify that on July 21, 2009, I caused the Objection of NEC Electronics America, Inc. to Debtor's Notice of Non-Assumption Under the Modified Plan with Respect to Certain Expired or Terminated Contracts or Leases Previously Deemed to be Assumed or Assumed and Assigned Under confirmed Plan of Reorganization (As Listed in Docket No. 17728) to be served on the following parties as indicated below:

**BY EMAIL AND ECF FILING**

<u>Counsel to the Debtor</u>
Skadden Arps Slate Meagher & Flom LLP
    John Wm. Butler Jr.
        Jack.butler@skadden.com
    Ron E. Meisler
        Ron.meisler@skadden.com
    Karalyn A. Marafioti
        Kayalyn.marafioti@skadden.com
    Gregory W. Fox
        Gregory.fox@skadden.com

<u>Counsel for the Official Committee of Unsecured Creditors</u>
Latham & Watkins
    Robert J. Rosenberg
        Robert.rosenberg@lw.com
    Mark A. Broude
        Mark.Broude@lw.com
    Mitchell A. Seider
        Mitchell.Seider@lw.com

Counsel for the Agent under the Postpetition Credit Facility
Davis Polk & Wardwell
    Donald S. Bernstein
        Donald.bernstein@davispolk.com
    Brian M. Resnick
        Brian.resnick@davispolk.com

Counsel for the Tranche C Collective
Willkie Farr & Gallagher LLP
    Richard Mancino
        rmancino@willkie.com
    Marc Abrams
        mabrams@willkie.com

Counsel for the US Treasury
Cadwalader Wickersham & Taft LLP
    John J. Rapisardi
        John.rapisardi@cwt.com
    Oren B. Hacker
        Oren.haker@cwt.com

Counsel for the US Department of Justice
    Matthew L. Schwartz
        Matthew.schwartz@usdoj.gov
    Joseph N. Cardaro
        Joseph.cardaro@usdoj.gov

Counsel for General Motors Corporation
Weil, Gotshal & Manges LLP
    Jeffrey L. Tanenbaum
        Jeff.tanenbaum@weil.com
    Robert J. Lemons
        Robert.lemons@weil.com

Counsel for Parnassus Holdings II LLC
Schulte Roth & Zabel LLP
    Adam C. Harris
        Adam.harris@srz.com
    David J. Karp
        David.karp@srz.com

**BY FACSIMILE TRANSMISSION**

Office of the US Trustee
    Brian Masumoto
    Fax No. (212) 668-2255

<u>Delphi Corporation</u>
David Sherbin, Esq., General Counsel
Delphi Corporation
Fax: (248) 813-2491


Date:   Latham, New York
        July 21, 2009

                                       KIESELSTEIN LAW FIRM, PLLC
                                       Attorneys for NEC Electronics America, Inc.

                                       By <u>S/ Patricia Stratton</u>
                                           Patricia Stratton

                                       1187 Troy-Schenectady Road
                                       Latham, New York  12110
                                       (518) 785-7800
                                       Email:  ps@kieselaw.com