UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>DELPHI CORPORATION, INC., et al.,<br><br>                Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 21, 2009, a copy of the Limited Objection to Debtors' (A) July 10, 2009 Notice of Filing of Notices of Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to Parnassus Holdings II, LLC Under Modified Plan of Reorganization, (B) July 10, 2009 Notice of Filing of Notices of Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to GM Components Holdings, LLC or Steering Solutions Services Corporation, as Applicable, Under Modified Plan of Reorganization, (C) July 13, 2009 Notice of Filing of Corrected Notices of Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to Parnassus Holdings II, LLC Under Modified Plan of Reorganization, and (D) Errata Schedule 2 to Certain Notices of Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to Parnassus Holdings II, LLC Under Modified Plan of Reorganization, filed on behalf of Toyota Motor Sales, U.S.A., Inc., was served upon the following parties via U.S. Mail and overnight courier for delivery on July 22, 2009:

The Chambers of the Honorable Robert D. Drain
United States Bankruptcy Judge
One Bowling Green, Room 632
New York, New York 10004

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan 48098

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John Wm. Butler, Jr.
Attn: Ron E. Meisler
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Kayalyn A. Marafioti
Attn: Gregory W. Fox
Four Times Square
New York, New York 10036

The Office of the United States Trustee
Attn: Brian Masumoto
33 Whitehall Street, Suite 2100
New York, New York 10004

Latham & Watkins LLP
Attn: Robert J. Rosenberg
Attn: Mitchell A. Seider
Attn: Mark A. Broude
885 Third Avenue
New York, New York 10022

Davis Polk & Wardwell
Attn: Donald S. Bernstein
Attn: Brian M. Resnick
450 Lexington Avenue
New York, New York 10022

Willkie Farr & Gallagher LLP
Attn: Richard Mancino
Attn: Marc Abrams
787 Seventh Avenue
New York, New York 10019

Cadwalader, Wickersham & Taft LLP
Attn: John J. Rapisardi
Attn: Oren B. Haker
One World Financial Center
New York, New York 10281

United States Department of Justice
Attn: Matthew L. Schwartz
Attn: Joseph N. Cordaro
86 Chambers Street, 3rd Floor
New York, New York 10007

Weil, Gotshal & Manges LLP
Attn: Jeffrey L. Tanenbaum
Attn: Robert J. Lemons
767 Fifth Avenue
New York, New York 10153

Schulte Roth & Zabel LLP
Attn: Adam C. Harris
Attn: David J. Karp
919 Third Avenue
New York, New York 10022

I declare that the statement above is true to the best of my information, knowledge and belief.

Dated: July 21, 2009

          FROST BROWN TODD LLC

          /s/ Robert V. Sartin
          Robert V. Sartin, Esq.
          250 W. Main Street, Suite 2800
          Lexington, KY  40507
          Tel:  (859) 231-0000
          Fax:  (859) 231-0011
          E-mail:  rsartin@fbtlaw.com
          *Attorneys for Toyota Motor Sales, U.S.A., Inc.*

LEXLibrary 400702v.1