UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
(MANHATTAN)

| In re: DELPHI CORPORATION. Debtor. | Chapter 11 Case No. 05-44481 (RDD) |
|---|---|

### NOTICE OF WITHDRAWAL OF APPEARANCE

To the Clerk of the Above-Named Court:

Kindly enter Notice of withdrawal of appearance of Mark S. Scott of Riemer & Braunstein LLP as counsel to creditor and party-in-interest of ICX Corporation, in the above referenced case. Also please remove Mark S. Scott from any electronic notification in the above referenced case.

Dated July 22, 2009

/s/ Mark S. Scott
Mark S. Scott (BBO #054680)
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108
(617) 523-9000
mscott@riemerlaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
(MANHATTAN)

| | |
|---|---|
| In re:<br>DELPHI CORPORATION.<br>　　　　　　　　　Debtor. | Chapter 11<br>Case No. 05-44481 (RDD) |

## CERTIFICATE OF SERVICE

I, Mark S. Scott, Esquire with the law firm of Riemer & Braunstein LLP, hereby certify that on July 22, 2009, I caused to be served a true and correct copy of the **Notice of Withdrawal of Appearance** of by first class United States mail, postage pre-paid, or electronically (EN), as indicated, upon the following parties of interest:

Office of the United States Trustee
Alicia M. Leonhard, Esq.
Tracy Hope Davis, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Andrew Currie, Esq.
Caroline Rogus, Esq.
WilmerHale, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

David S. Gragg, Esq.
Langley & Banack, Incorporated
745 E. Mulberry, Suite 900
San Antonio, TX 78212
dgragg@langleybanack.com (EN)

David S. Rosner, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10119-6022

Dennis J. Connolly, Esq.
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
dconnolly@alston.com (EN)

Douglas P. Bartner, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069
dbartner@shearman.com (EN)

Jessica Kastin, Esq.
O'Melveny & Myers
7 Times Square
New York, NY 10036

John Wm. Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom LLP
155 North Wacker Drive
Chicago, IL 60606
jbutler@skadden.com (EN)

Kayalyn A. Marafioti, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
kmarafio@skadden.com (EN)

Lowell Peterson, Esq.
Meyer, Suozzi, English & Klein
1350 Broadway, Suite 501
New York, NY 10018
lpeterson@msek.com (EN)

Mark S. Lichtenstein, Esq.
Crowell & Moring LLP
590 Madison Avenue, 20th Fl
New York, NY 10022
mlichtenstein@crowell.com (EN)

3

Mateo Fowler, Esq.
Quinn Emanuel Urquhardt Oliver & Hedges
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017

Michael O'Hayer, Esq.
22 North Walnut Street
West Chester, PA 19380
mkohayer@aol.com (EN)

Paul J.N. Roy, Esq.
Mayer, Brown, LLP
71 S. Wacker Drive
Chicago, IL 60606

Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

Mark A. Broude, Esq.
Latham & Watkins
885 Third Avenue
New York, NY 10022-4802
mark.broude@lw.com (EN)

Michael D. Warner, Esq.
Warner Stevens, L.L.P.
301 Commerce Street, Suite 1700
Fort Worth, TX 76102
bankruptcy@warnerstevens.com (EN)

Robert J. Rosenberg, Esq.
Latham & Watkins
885 Third Avenue
New York, NY 10022

Farella Braun & Martel LLP
235 Montgomery Street
17th Floor
San Francisco, CA 94104

Neil Andrew Goteiner, Esq.
Farella, Braun & Martel, LLP
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
ngoteiner@fbm.com, calendar@fbm.com; karentsen@fbm.com (EN)

                                        /s/ Mark S. Scott
                                        Mark S. Scott (BBO #054680)
                                        Riemer & Braunstein, LLP
                                        Three Center Plaza
                                        Boston, MA 02108
                                        (617) 523-9000
                                        mscott@riemerlaw.com