ARENT FOX LLP
James M. Sullivan
1675 Broadway
New York, New York 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990

*Counsel for The Timken Company*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

NOVA A. CONSTANTINO, being sworn, deposes and says:

1.  Deponent is not a party to this action, is over eighteen years of age, and is an employee of Arent Fox LLP, 1675 Broadway, New York, New York 10019.

2.  On July 21, 2009, I served a true and correct copy of:

    (a) Limited Objection of The Timken Company to the Debtors' Notices of Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to Parnassus Holdings II, LLC Under Modified Plan of Reorganization; and

    (b) Limited Objection of The Timken Company to the Debtors' Notices of Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to GM Components Holdings LLC or Steering Solutions Corporation, as Applicable, Under Modified Plan of Reorganization

upon the parties on the attached Service List by depositing true copies thereof, enclosed in a postage paid, properly addressed envelope, bearing the return business address of the

NYC/441444.1

- 2 -

undersigned, in an official depository under the exclusive care and custody of the United States Postal Service within the city and state of New York.

                                                  */s/ Nova A. Constantino*
                                                  Nova A. Constantino

Sworn to before me this
21st day of July, 2009.

*/s/ Miriam Lyle McKibben*
Notary Public, State of New York
No. 31-4873251
Qualified in Queens County
Commission Expires 10/6/2010

NYC/441444.1

**SERVICE LIST**

Honorable Robert D. Drain
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green, Room 632
New York, NY 10004

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI  48098

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John Wm. Butler, Jr. and Ron E. Meisler
155 North Wacker Drive
Chicago, IL 60606

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Kayalyn A Marafioti and Gregory W. Fox
Four Times Square
New York, NY 10036

Office of the U.S. Trustee
Southern Dist of New York
Attn: Brian Masumoto, Esq.
33 Whitehall Street
New York, NY 10004

Latham & Watkins, LLP
Attn: Robert Rosenberg, Mark Broude, Mitchell Seider
885 Third Avenue
New York, NY 10022

Davis, Polk & Wardwell
Attn: Donald Bernstein and Brian Resnick
450 Lexington Avenue
New York, NY  10017

Willkie Farr & Gallagher LLP
Attn: Richard Mancino and Marc Abrams
787 Seventh Avenue
New York, NY  10019

NYC/441444.1

- 2 -

Cadwalader, Wickersham & Taft LLP
Attn: John Rapisardi and Oren Haker
One World Financial Center
New York, NY  10281

US Department of Justice
Attn: Matthew Schwartz and Joseph Cordaro
86 Chambers Street, 3rd Floor
New York, NY  10007

Weil, Gotshal & Manges, LLP
Attn: Jeffrey Tanenbaum and Robert Lemons
767 Fifth Avenue
New York, NY  10153

Schulte Roth & Zabel LLP
Attn: Adam Harris and David Karp
919 Third Avenue
New York, NY  10022

NYC/441444.1                                    - 2 -