Thomas D. Goldberg (TG 7251)
DAY PITNEY LLP
Seven Times Square
New York, NY 10036-7311
Tel: (212) 297-5800

and

One Canterbury Green
Stamford, CT 06905
Tel.: (203) 977-7300

Attorneys for Carrier Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | : | Case No. 05-44481 |
| Debtors. | : | (Jointly Administered) |

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF CARRIER
CORPORATION WITH RESPECT TO CORRECTED NOTICE OF ASSUMPTION
AND ASSIGNMENT WITH RESPECT TO CERTAIN EXECUTORY CONTRACTS OR
UNEXPIRED LEASES TO BE ASSUMED AND ASSIGNED TO PARNASSUS
HOLDINGS II, LLC UNDER MODIFIED PLAN OF REORGANIZATION**

Carrier Corporation (together with its affiliates, "Carrier"), by its undersigned counsel, respectfully submits this limited objection and reservation of rights with respect to the Corrected Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization dated July 13, 2009 (Doc. No. 18169), pursuant to which the debtors propose to assume and assign "all contracts between CARRIER CORPORATION and

Delphi related to intellectual property." In support of this limited objection, Carrier represents as follows:

1. Carrier is party to the following agreements with Delphi Automotive Systems LLC, through its Delphi Thermal Systems Division ("Delphi"):

    (a) a Joint Development and License Agreement effective as of February 2, 2005 (the "JDLA");

    (b) a Master Purchase Agreement effective as of March 31, 2005 (the "MPA");

    (c) an Amendment and Settlement Agreement effective as of November 27, 2007, (the "A&SA"), pursuant to which the JDLA and MPA were amended and modified;

    (d) Regional Purchase Agreements effective as of June 1, 2005 and as of December 19, 2008;

    (e) Various letter agreements (including agreements dated July 7, 2008 and May 12, 2009) which modify Article 1.2 of the MPA and the corresponding Article 1.2 of Exhibit II to the A&SA; and

    (f) the Delphi-Carrier Chiller Settlement Agreement effective as of March 31, 2009.

The above agreements, together with all related agreements, are referred to collectively as the "Carrier-Delphi IP Agreements."

2. On July 13, 2009, Delphi filed a corrected notice of assumption and assignment with respect to the Carrier-Delphi IP Agreements, which purports to support the assumption and assignment of the Carrier-Delphi IP Agreements to Parnassus Holdings II, LLC.

3. Carrier objects to the proposed assumption and assignment unless certain post-petition defaults are cured, as required by Bankruptcy Code § 365(b)(1) and (f)(2). Carrier is reviewing the status of the Carrier-Delphi IP Agreements, but believes that at least the following defaults may exist and must be cured as a condition to assumption:

(a) Pursuant to Section 3.3A of the MPA (as amended by the A&SA), Delphi is obligated to provide to Carrier one-time price reductions totaling $800,000 during the years 2008, 2009 and 2010. No such price reductions have yet been applied. Carrier has been in discussions with Delphi regarding resolution of this issue, but no agreement has been finalized.

(b) Delphi is obligated to Carrier on account of warranty claims that have accrued on account of the sale of products subject to the Carrier-Delphi IP Agreements. Carrier estimates that the total warranty obligations of the parties are over $1.3 million, a substantial portion of which constitute obligations of Delphi for which Carrier is entitled to reimbursement. Carrier has been in discussions with Delphi regarding resolution of this issue, but no agreement has been finalized.

(c) On information and belief, Delphi may be in breach of its Exclusivity Obligation under Section 1.2 of the MPA (as amended by the A&SA). Carrier has attempted to gather information relating to such breach, but such information has not yet been provided by Delphi.

4. Carrier further objects to the proposed assumption and assignment unless Delphi and the proposed assignee can demonstrate that the proposed assignee will be able to perform under the Carrier-Delphi IP Agreements, as required by Bankruptcy Code § 365(f)(2).

5. Carrier further objects to any assumption and assignment that does not encompass all of the Carrier-Delphi IP Agreements, which are integrated agreements.

6. Carrier's review is ongoing and it reserves all rights to identify additional cure obligations and to assert additional grounds to object to any proposed assumption or assumption and assignment on the grounds that Delphi has failed to meet the prerequisites of Section 365(b) and (f) of the Bankruptcy Code.

Dated: July 22, 2009
      Stamford, Connecticut

Respectfully submitted,

By: /s/Thomas D. Goldberg
Thomas D. Goldberg (TG 7251)
DAY PITNEY LLP
Seven Times Square
New York, NY 10036-7311
Telephone: (212) 297-5800

and

One Canterbury Green
Stamford, CT 06901-2047
Telephone: (203) 977-7300
Facsimile: (203) 977-7301
tdgoldberg@daypitney.com
tjoneill@daypitney.com

Attorneys for Carrier Corporation

# CERTIFICATION

I Hereby Certify That On July 22, 2009, A Copy Of The Limited Objection And Reservation Of Rights Of Carrier Corporation With Respect To Corrected Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of electronic filing. parties may access this filing through the court's cm/ecf system.

A copy is being forwarded by overnight courier to:

The Chambers of the Hon. Robert D. Drain
United States Bankruptcy Judge
One Bowling Green, Room 632
New York, NY 10004

Delphi Corporation
Attn; General Counsel
5725 Delphi Drive
Troy, MI 48098

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John Wm. Butler, Jr.
Attn: Ron E. Meisler
333 W. Wacker Drive, Suite 2100
Chicago, IL 60606

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Kayalyn A. Marafioti
Attn: Gregory W. Fox
Four Times Square
New York, NY 10036

Office of the U.S. Trustee
Attn: Brian Masumoto
33 Whitehall Street, Suite 2100
New York, NY 10004

Davis Polk & Wardwell
Attn: Donald S. Bernstein
Attn; Brian M. Resnick
450 Lexington Avenue
New York, NY 10022

Wilkie Farr & Gallagher LLP
Attn; Richard Mancino
Attn: Marc Abrams
787 Seventh Avenue
New York, NY 10019

Cadwalader, Wickersham & Taft LLP
Attn: John J. Rapisardi
Attn: Oran B. Haker
One World Financial Center
New York, NY 10281

United States Department of Justice
Attn: Matthew L. Schwartz
Attn: Joseph N. Cordaro
86 Chambers Street, 3rd Floor
New York, NY 10007

Weil, Gotshal & Manges LLP
Attn: Jeffrey L. Tanenbaum

<div style="column">

Latham & Watkins LLP
Attn: Robert J. Rosenberg
Attn; Mitchell A. Seider
Attn: Mark A. Broude
885 Third Avenue
New York, NY 10022

</div>

<div style="column">

Attn: Robert J. Lemons
767 Fifth Avenue
New York, NY 10153

Schulte Roth & Zabel LLP
Attn: Adam C. Harris
Attn: David J. Karp
919 Third Avenue
New York, NY 10022


　　　/s/ Thomas D. Goldberg
　　　Thomas D. Goldberg

</div>