Neil A. Goteiner (NG 1644)
Dean M. Gloster, *Pro Hac Vice* (pending)
Kelly A. Woodruff, *Pro Hac Vice* (pending)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Delphi Salaried Retirees Association
and Other Non-Union Salaried Retirees of Debtors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
In re:

DELPHI CORPORATION, et. al.,

    Debtors.

------------------------------------------------x

Chapter 11 Case No. 05-44481 (RDD)

(Jointly Administered)

## NOTICE OF WITHDRAWAL OF COUNSEL

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Neil A. Goteiner and Farella Braun + Martel, LLP, 235 Montgomery Street, 18th Floor, San Francisco, California are no longer counsel to a party in the above action and respectfully requests that no further pleadings or other documents be served on them.

Dated:    July 22, 2009                FARELLA BRAUN & MARTEL LLP

                                                    By:    */s/ Neil A. Goteiner*_____
                                                         Neil A. Goteiner

                                                    Attorneys for Delphi Salaried Retirees Association
                                                    and Other Non-Union Salaried Retirees of Debtors

24292\1989564.1