**Hearing Date And Time: July 29, 2009 at 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
    In re                           :        Chapter 11
                                              :
DELPHI CORPORATION, et al.,    :        Case No. 05-44481 (RDD)
                                             :
                      Debtors.    :        (Jointly Administered)
                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF ADJOURNMENT OF PLAN MODIFICATION
HEARING PREVIOUSLY SCHEDULED FOR JULY 23, 2009

PLEASE TAKE NOTICE that in accordance with paragraph 3 of the Bankruptcy Court's Third Supplemental Modification Procedures Order, entered on July 21, 2009 (Docket No. 18551), the commencement of the hearing to consider approval of the Debtors' proposed modifications to their confirmed plan of reorganization and any unresolved objections thereto, has been adjourned from July 23, 2009 to July 29, 2009 at 10:00 a.m. (prevailing Eastern time).

Dated:   New York, New York
         July 22, 2009

SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP

By:   /s/ John Wm. Butler, Jr.
      John Wm. Butler, Jr.
      Ron E. Meisler
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and –

By:   /s/ Kayalyn A. Marafioti
      Kayalyn A. Marafioti
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession