CHAPMAN AND CUTLER LLP
Attorneys for Littelfuse, Inc.
111 West Monroe Street
Chicago, IL 60603
Telephone: (312) 845-3000
Facsimile: (312) 516-1911

David S. Barritt(Admitted Pro Hac Vice)
Telephone: (312) 845-3711
Email: barritt@chapman.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | ) | |
| | ) | No. 05-44481 (RDD) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

**CERTIFICATE OF SERVICE OF LITTELFUSE, INC. RELATING
TO ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS**

I, David S. Barritt hereby certify that on July 20, 2009, I caused the Limited Objection Of Littelfuse, Inc. To: (I) Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization And (II) Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To GM Components Holdings, LLC Or Steering Solutions Services Corporation, As Applicable, Under Modified Plan Of Reorganization [Docket No. 18489], to be served on the following parties as indicated below:

2657198.01.01-3.doc

**BY ELECTRONIC SERVICE**

Counsel to the Debtor
Skadden Arps Slate Meagher & Flom LLP
    John Wm. Butler Jr.
        jack.butler@skadden.com
Ron E. Meisler
        ron.meisler@skadden.com
    Karalyn A. Marafioti
        karalyn.marafioti@skadden.com
    Gregory W. Fox
        gregory.fox@skadden.com

Counsel for the Official Committee of Unsecured Creditors
Latham & Watkins
    Robert J. Rosenberg
        robert.rosenberg@lw.com
    Mark A. Broude
        Mark.Broude@lw.com
    Mitchell A. Seider
        Mitchell.Seider@lw.com

Counsel for the Agent under the Postpetition Credit Facility
Davis Polk & Wardwell
    Donald S. Bernstein
        donald.bernstein@davispolk.com
    Brian M. Resnick
        brian.resnick@davispolk.com

Counsel for the Tranche C Collective
Wilkie Farr & Gallagher LLP
    Richard Mancino
        rmancino@wilkie.com
    Marc Abrams
        mabrams@willkie.com

Counsel for the US Treasury
Cadwalader Wickersham & Taft LLP
    John J. Rapisardi
        john.rapisardi@cwt.com
    Oren B. Hacker
        oren.haker@cwt.com

Counsel for the US Department of Justice
    Matthew L. Schwartz
        matthew.schwartz@usdoj.gov

  Joseph N. Cardaro
    joseph.cardaro@usdoj.gov

<u>Counsel for General Motors Corporation</u>
Weil, Gotshal & Manges LLP
  Jeffrey L. Tanenbaum
    jeff.tanenbaum@weil.com
  Robert J. Lemons
    robert.lemons@weil.com

<u>Counsel for Parnassus Holdings II LLC</u>
Schulte Roth & Zabel LLP
  Adam C. Harris
    adam.harris@srz.com
  David J. Karp
    david.karp@srz.com

**BY FACSIMILE TRANSMISSION**

<u>Office of the US Trustee</u>
  Brian Masumoto
  Fax No. (212) 668-2255

<u>Delphi Corporation</u>
David Sherbin, Esq., General Counsel
Delphi Corporation
Fax: 248-813-2491


**BY UPS OVERNIGHT MAIL**

Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 632, New York, New York 10004

Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel)

Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr. and Ron E. Meisler)

Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036 (Att'n: Kayalyn A. Marafioti and Gregory W. Fox)


Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Brian Masumoto)

Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert 1. Rosenberg, Mark A. Broude, and Mitchell A. Seider), (v) counsel for the agent under the postpetition credit facility

Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Donald Bernstein and Brian Resnick)

Wilkie Farr & Gallagher LLP, 787 Seventh Avenue New York, New York 10019 (Att'n: Richard Mancino and Marc Abrams)

Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, New York 10281 (Att'n: John 1. Rapisardi and Oren B. Haker)

United States Department of Justice, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Att'n: Matthew L. Schwartz and Joseph N. Cordaro)

Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Att'n: Jeffrey L. Tanenbaum and Robert J. Lemons)

Schulte Roth & Zabel LLP, 919 Third Avenue, New York, New York 10022 (Att'n: Adam C. Harris and David 1. Karp)

        By: /s/ David S. Barritt
           David S. Barritt
           Chapman and Cutler LLP
           111 West Monroe Street
           Chicago, IL 60603

Dated: July 22, 2009