**Exhibit A**

**In re Delphi Corporation, et al., Case No. 05-44481 (RDD)**

*Responses To The Debtors' Thirty-Fourth Omnibus Claims Objection*
*Organized By Respondent[1]*

| | **RESPONSE** | **PROOF OF CLAIM NOS.** | **SUMMARY OF RESPONSE** | **BASIS FOR OBJECTION** | **TREATMENT[2]** |
|---|---|---|---|---|---|
| 1. | Hubert Noel-Morgan (Docket No. 18247) | 14751 | Hubert Noel-Morgan ("Noel-Morgan") disagrees with the Debtors' Objection to disallow and expunge proof of claim no. 14751. Mr. Noel Morgan requests that the Bankruptcy Court reconsider its decision with respect to the pensions of the salaried retirees. | Pension and OPEB claim | Adjourn |
| 2. | New Jersey Self-Insurers Guaranty Association (Docket No. 18304) | 11631 | New Jersey Self-Insurers Guaranty Association (the "Association") disagrees with the Debtors' Objection to disallow and expunge proof of claim no. 11631. The Association asserts that the amount of the claim must be modified to reflect the fact that workers' compensation claims will no longer be treated as flow-through claims under the modified plan. The Association attaches supplemental documentation. | State workers' compensation claim subject to modification | Adjourn |
| 3. | United States of America (Docket No. 18330) | 14309 | The United States Attorney for the Southern District of New York (the "United States") disagrees with the Debtors' Objection to disallow proof of claim no. 14309, which was filed by the Environmental Protection Agency (the "EPA"). The United States asserts that the Debtors have failed to | Secured books and records claim | Adjourn |

---

[1] This chart reflects all Responses entered on the docket as of Tuesday, July 21, 2009 at 12:00 p.m. (prevailing Eastern time).

[2] This chart reflects all resolutions or proposals as of Tuesday, July 21, 2009 at 12:00 p.m. (prevailing Eastern time).

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| | | | produce evidence sufficient to rebut the prima facie validity of proof of claim no. 14309.<br><br>Moreover, the United States asserts that the Debtors entered into an Administrative Order on Consent with the EPA on October 2, 2002 with respect to the Tremont City Landfill Superfund Site (the "AOC"). Under the terms of the AOC, asserts the United States, the Debtors are explicitly liable to the EPA for certain oversight costs. The United States further asserts that the Debtors' assertion that their books and records do not reflect any liability under proof of claim no. 14309 is belied by the fact that the Debtors entered into the AOC. | | |
| 4. | International Union of Operating Engineers Locals 18S, 101S and 832S (Docket No. 18332) | 13663, 13699, 13730, 13734, 15071, and 15075 | International Union of Operating Engineers Locals 18S, 101S and 832S (the "IUOE Locals") disagree with the Debtors' Objection to disallow and expunge proof of claim no. 13663. First, the IUOE Locals assert that none of the objections is valid because the IUOE Locals have not waived the right to assert claims for pensions or with respect to any other rights provided for under the Memoranda of Understanding and related agreements. Second, the IUOE Locals further assert that the Debtors' other objections to the pension claims are not valid objections because they are not based in law or are premature. | Provisionally disallowed union claims | Adjourn |
| 5. | International Brotherhood of Electrical Workers and its Local 663, and the International | 13863, 13875, 14334, and 14350 | International Brotherhood of Electrical Workers and its Local 663 (the "IBEW") and the International Association of Machinists and Aerospace Workers and its District 10 and Tool and Die Makers Lodge 78 (the | Provisionally disallowed union claim | Adjourn |

|  | **RESPONSE** | **PROOF OF CLAIM NOS.** | **SUMMARY OF RESPONSE** | **BASIS FOR OBJECTION** | **TREATMENT**[2] |
|---|---|---|---|---|---|
|  | Association of Machinists and Aerospace Workers and its District 10 and Tool and Die Makers Lodge 78 (Docket No. 18333 and Corrected Response at Docket No. 18334) |  | "IAM") disagree with the Debtors' Objection to disallow and expunge proof of claim no. 13875. First, the IBEW and IAM assert that they have not waived the right to assert claims for pensions or with respect to any other rights provided for under the Memoranda of Understanding and related agreements (the "MOUs"). Second, the IBEW and IAM further assert that the Debtors' other objections to the pension claims are not valid. Third, the IBEW and the IAM argue that because the Modified Plan is not consistent with the terms of the IBEW and the IAM MOUs, none of the claims has been waived or released. |  |  |
| 6. | Omron Dualtec Automotive Electronics Inc. (Docket No. 18336) | 12669 | Omron Dualtec Automotive Electronics Inc. ("Omron") disagrees with the Debtors' Objection to disallow and expunge proof of claim no. 12669. Omron asserts that the Debtors have failed to produce evidence sufficient to rebut the prima facie validity of proof of claim no. 12669. Omron further asserts that no settlement has been reached with respect to the amount of the Claim. | Claim allowed pursuant to settlement | Adjourn |
| 7. | Ohio Bureau of Workers' Compensation (Docket No. 18346) | 1294, 1301 | Ohio Bureau of Workers' Compensation (the "BWC") disagrees with the Debtors' Objection to disallow and expunge proof of claim no. 18346. The BWC asserts that the Debtors' self-insurance assessment and payments for prepetition injuries are considered excise taxes pursuant to section 507(a)(8)(E) of the Bankruptcy Code and may thus be classified as priority claims. | State workers' compensation claim subject to modification | Adjourn |
| 8. | Angelina Cruz (Docket No. 18552) | 8501 | Angelina Cruz disagrees with the Debtors' Objection to disallow and expunge proof of claim no. 8501 and asserts that proof of claim no. 8501 is supported by documentation. | Individual workers' compensation books and records claim | Adjourn |

33

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 9. | Paul Pickles (Docket No. ____ ) | 13464 | Paul Pickles disagrees with the Debtors' Objection to disallow and expunge proof of claim no. 13464 and requests that the Bankruptcy Court reconsider its decision with respect to the health and life insurance benefits of the salaried retirees. | Pension and OPEB claim | Adjourn |
| 10. | Jack Hamilton (Docket No. ____ ) | 818 | Jack Hamilton disagrees with the Debtors' Objection to disallow and expunge proof of claim no. 818 and requests that the Bankruptcy Court reconsider its decision with respect to the workers' compensation claims. | Individual workers' compensation books and records claims | Adjourn |
| 11. | Sharyl Carter (Docket No. ____ ) | 16849, 16850 | Sharyl Carter disagrees with the Debtors' Objection to disallow and expunge proof of claim nos. 16849 and 16850. | Untimely claims | Adjourn |