UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

INDEX NO. 05-44481 (RDD)
DATE FILED:

Plaintiff(s)

against

In re : DELPHI CORPORATION

Defendant(s)

STATE OF MICHIGAN, COUNTY OF OAKLAND, SS.:          AFFIDAVIT OF SERVICE

_____Shelli Feinberg_____ being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides at _____West Bloomfield, MI_____. That on ___July 15, 2009___ at __3 30 pm__, at ___CT Corp. Systems at 30600 Telegraph Rd., Bingham Farms, MI, 48025___ deponent served the within First Supplemental Objection of the Collective of DIP Lenders to (A) Confirmation of Debtors' First Amended Plan of Reorganization (as Modified) and (B) Approval of Debtors' Proposed Section 363 Sale on _____Delphi Corporation_____,

a(n) ___respondent herein___, by delivering thereat a true copy thereof to ___Alisha Deneau, Process Clerk___, personally, deponent knew said ___respondent herein___ so served to be the ___respondent herein___ so described, and knew said individual to be an authorized agent thereof. Deponent asked said individual if they were able to accept on behalf of said ___respondent herein___ and they responded with an affirmative.

Deponent describes the individual served as follows: Gender: __Female__ Skin Color: __White__ Hair Color: __Blonde__
Age: __21 - 35 Yrs.__ Height: __5' 3" - 5' 4"__ Weight: __131 - 160 Lbs.__ Other: _____

Sworn to before me on this __20th__ day of __July, 2009__

[Notary signature]
LAWRENCE H. WITTENBERG
NOTARY PUBLIC, STATE OF MI
COUNTY OF OAKLAND
MY COMMISSION EXPIRES Apr 19, 2014
ACTING IN COUNTY OF

X Shelli Feinberg
Shelli Feinberg
Server's Lic. #

Affidavit # 10013712

ATTORNEY: Willkie, Farr & Gallagher, LLP, Ph: 212-728-8790
ADDRESS: 787 Seventh Avenue New York NY 10019   File No.: