UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                    :        Chapter 11
                                                         :
DELPHI CORP., ET AL.,                                    :        Case No. 05-44481 (RDD)
                                                         :        Jointly Administered
                              Debtor.                    :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       )   ss.:
COUNTY OF NEW YORK     )

Joshua Rosenthal, being duly sworn, deposes and says:

(I)   That he is not a party to the within action, is over the age of 21 years and resides in New York, New York.

(II)  That on July 15, 2009, he caused the following to be served: *First Supplemental Objection of the Collective of DIP Lenders to (A) Confirmation of Debtors' First Amended Plan of Reorganization (as Modified) and (B) Approval of Debtors' Proposed Section 363 Sale* [Docket No. 18300] (i) via hand delivery to the parties listed on Exhibit A, and (ii) via electronic mail to the parties listed on Exhibit B.

_____
Joshua Rosenthal

Sworn to before me this

20th day of July, 2009

_____
Notary Public

KELLY FITZGERALD
Notary Public, State of New York
No. 01FI6188870
Qualified in New York County
Commission Expires Oct. 20, 2012

## EXHIBIT A

Kayalyn A. Marafioti and Gregory W. Fox
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036

Brian Masumoto
The Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, New York 10004

Robert J. Rosenberg, Mitchell A. Seider and Mark A. Broude
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022

Donald S. Bernstein and Brian M. Resnick
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10022

John J. Rapisardi and Oren B. Haker
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281

Matthew L. Schwartz and Joseph N. Cordaro
United States Department of Justice
86 Chambers Street, 3rd Floor
New York, New York 10007

Adam C. Harris and David J. Karp
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

Jeffrey L. Tanenbaum and Robert J. Lemons
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Intake Section
Hon. Robert D. Drain
US Bankruptcy Courthouse, SDNY
One Bowling Green
New York, New York 10004

-3-

## **EXHIBIT B**

jack.butler@skadden.com; Matthew.Schwartz@usdoj.gov; joseph.cordaro@usdoj.gov; robert.rosenberg@lw.com; jeff.tanenbaum@weil.com; donald.bernstein@dpw.com; brian.resnick@davispolk.com.; john.rapisardi@cwt.com; oren.haker@cwt.com; cwolfe@kelleydrye.com; kayalyn.marafioti@skadden.com; thomas.j.matz@skadden.com; mark.broude@lw.com