## CERTIFICATE OF SERVICE

I, Joseph M. Barry, hereby certify that I am not less than 18 years of age, and that on July 22, 2009, I caused a copy of the **Response of Tyco Electronics Corporation to Debtors' Corrected Notice of Assumption and Assignment wit Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to Parnassus Holdings II, LLC Under Modified Plan of Reorganization** to be served upon the parties identified below by Federal Express.

/s/ Joseph M. Barry
Joseph M. Barry (NY JB1560; DE 4221)

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

Donald Bernstein, Esq.
Brian Resnick, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

John Wm. Butler, Esq.
Ron E. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom
155 North Wacker Drive
Chicago, IL 60606

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI 48098

Adam C. Harris, Esq.
David J. Karp, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

Richard Mancino, Esq
Marc Abrams, Esq.
Willkie, Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

Kayalyn A. Marafioti, Esq
Gregory W. Fox, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Brian Masumoto, Esq
Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004

John J. Rapisardi, Esq
Oren B. Haker, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Robert J. Rosenberg, Esq
Mark A. Broude, Esq.
Mitchell A. Seider, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

Matthew L. Schwartz, Esq
Joseph N. Cordaro, Esq.
United States Department of Justice
86 Chambers Street, 3rd Floor
New York, NY 10007

Jeffrey L. Tanenbaum, Esq.
Robert J. Lemons, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153