J. Mark Chevallier -TX State Bar No. 04189170
James G. Rea - TX State Bar No. 24051234
McGuire, Craddock & Strother, P.C.
500 N. Akard, Suite 3550
Dallas, Texas 75201
(214) 954-6800 Telephone
(214) 954-6850 Telecopier
Email: mchevallier@mcslaw.com
Email: jrea@mcslaw.com
ATTORNEYS FOR STMICROELECTRONICS, INC.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | § | **Chapter 11** |
|  | § |  |
| **DELPHI CORPORATION,** *et al*, | § | **CASE NO. 05-44481 (RDD)** |
|  | § |  |
| DEBTORS. | § | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE OF
## OBJECTION OF STMICROELECTRONICS, INC. TO THE NOTICE AND TO THE CORRECTED NOTICES OF ASSUMPTION AND ASSIGNMENT WITH RESPECT TO CERTAIN EXECUTORY CONTRACTS OR UNEXPIRED LEASES TO BE ASSUMED AND ASSIGNED TO PARNASSUS HOLDINGS II, LLC UNDER MODIFIED PLAN OF REORGANIZATION

The undersigned certifies that a copy of the **Objection of STMicroelectronics, Inc. to the Notice and to the Corrected Notices of Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases to Be Assumed and Assigned to Parnassus Holdings II, LLC under Modified Plan of Reorganization** was served upon the parties listed on the attached Exhibit A at their respective addresses by Federal Express overnight delivery on the 22nd day of July, 2009.

DATED this 22nd day of July, 2009.

<div style="margin-left:40%">

Respectfully submitted,

**MCGUIRE, CRADDOCK & STROTHER, P.C.**


By:    /s/J. Mark Chevallier (07/22/09)
       **J. Mark Chevallier**
       State Bar No. 04189170
       **James G. Rea**
       State Bar No. 24051234
3550 Lincoln Plaza
500 N. Akard
Dallas, TX 75201
(214) 954-6800 - Telephone
(214) 954-6850 - Telecopier
Email: mchevallier@mcslaw.com
Email: jrea@mcslaw.com
**ATTORNEYS FOR
STMICROELECTRONICS, INC.**

</div>

@PFDesktop\::ODMA/MHODMA/SQLSERVER;DMS;548185;1

## Exhibit A

Honorable Robert D. Drain
US Bankruptcy Court for the
Southern District of NY
One Bowling Green, Room 632
New York, New York 10004

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan 48098
**DEBTORS**

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John Wm. Butler, Jr. And Ron E. Meisler
155 North Wacker Drive
Chicago, Illinois 60606

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Kayalyn A. Marafioti and Gregory W. Fox
Four Times Square
New York, New York 10036
**COUNSEL TO THE DEBTORS**

Office of the US Trustee
Southern District of New York
Attn: Brian Masumoto
33 Whitehall Street, Suite 2100
New York, New York 10004

Latham & Watkins, LLP
Attn: Robert Rosenberg, Mark Broude, Mitchell Seider
885 Third Avenue
New York, New York 10022
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Davis, Polk & Wardwell
Attn: Donald Bernstein and Brian Resnick
450 Lexington Avenue
New York, New York 10017
**COUNSEL FOR THE AGENT UNDER THE POSTPETITION CREDIT FACILITY**

Willkie Farr & Gallagher LLP
Attn: Richard Mancino and Marc Abrams
787 Seventh Avenue
New York, New York 10019
**COUNSEL FOR THE TRANCHE C COLLECTIVE**

Cadwalader, Wickersham & Taft LLP
Attn: John Rapisardi and Oren Haker
One World Financial Center
New York, New York 10281
**COUNSEL FOR THE US DEPARTMENT OF THE TREASURY**

US Department of Justice
Attn: Matthew Schwartz and Joseph Cordaro
86 Chambers Street, 3rd Floor
New York, New York 10007
**COUNSEL FOR THE US DEPARTMENT OF JUSTICE**

Weil, Gotshal & Manges, LLP
Attn: Jeffrey Tanenbaum and Robert Lemons
767 Fifth Avenue
New York, New York 10153
**COUNSEL FOR GENERAL MOTORS CORPORATION**

Schulte Roth & Zabel LLP
Attn: Adam Harris and David Karp
919 Third Avenue
New York, New York 10022
**COUNSEL FOR PARNASSUS HOLDINGS II, LLC**