UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                    :
   In re                           :    Chapter 11
                                    :
DELPHI CORPORATION, et al.,         :    Case No. 05-44481 (RDD)
                                    :
   Debtors.                        :    (Jointly Administered)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

SUPPLEMENTAL DECLARATION OF EVAN GERSHBEIN REGARDING
TABULATION OF BALLOTS WITH RESPECT TO VOTE ON FIRST AMENDED
JOINT PLAN OF REORGANIZATION (AS MODIFIED) OF DELPHI
CORPORATION AND CERTAIN OF ITS SUBSIDIARIES AND AFFILIATES

     I, Evan Gershbein, declare as follows:

     1.    I am a Senior Managing Consultant of Kurtzman Carson Consultants LLC ("KCC") which has offices located at 2335 Alaska Avenue, El Segundo, California 90245. Unless otherwise stated, I have personal knowledge of the matters set forth herein.

     2.    On July 20, 2009 I executed the Declaration Of Evan Gershbein Regarding Tabulation Of Ballots With Respect To Vote On First Amended Joint Plan Of Reorganization (As Modified) Of Delphi Corporation And Certain Of Its Subsidiaries And Affiliates (Docket No. 18462) (the "Declaration").

     3.    The second sentence of paragraph 29 of the Declaration contained a typographical error. The corrected sentence should state: "The 3018 Motions filed by FCI, Hyundai, and the Unions do not implicate the section 1126 outcome of the voting results for any class." The remaining portions of the Declaration are hereby incorporated into this Supplemental Declaration and I reaffirm that they are true and correct.

Evan Gershbein Supplemental Declaration

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 this 22nd day of July 2009, that the foregoing is true and correct.

*[signature]*

Evan Gershbein
Senior Managing Consultant
Kurtzman Carson Consultants, LLC.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 22nd day of July, 2009, by Evan Gershbein, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: *[signature]*

Commission Expires: 6-11-13

*[Notary Seal: GABRIELA MEDINA, COMM #1853581, Notary Public-California, LOS ANGELES COUNTY, My Comm. Exp. JUNE 11, 2013]*