E. Todd Sable
Daniel W. Linna Jr.
HONIGMAN MILLER SCHWARTZ AND COHN LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226
Telephone: (313) 465-7548
Facsimile: (313) 465-7549

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                    :

| | | |
|---|---|---|
| **In re:** | : | Chapter 11 |
| | : | |
| **DELPHI CORPORATION**, et al., | : | Case No. 05-44481 (RDD) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Hon. Robert D. Drain |

-------------------------------------------------------------x

**Certificate of Service**

The undersigned certifies that papers were served as follows:

1.     Papers Served:     Valeo, Inc. and its Affiliate's Limited Objection and Reservation of Rights to Notice of Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned

2.     Date of Service:     July 20, 2009

3.     Served Upon:     Honorable D. Drain
                            US Bankruptcy Court for the Southern District of New York
                            One Bowling Green, Room 632
                            New York, NY 10004
                            *via FedEx Priority Overnight*

                            Delphi Corporation
                            Attn: General Counsel
                            5725 Delphi Drive
                            Troy, MI 48098
                            *via FedEx Priority Overnight*

                            Delphi Corporation
                            Attn: David Sherbin, General Counsel
                            *via email: [david.sherbin@delphi.com](mailto:david.sherbin@delphi.com) at 7:07 pm (EST)*

Skadden, Arps, Slate, Meagher & Flom LLP
Counsel for Debtors
155 North Wacker Drive
Chicago, IL  60606
Attn:  John W. Butler, Jr. – *via ECF Filing, FedEx Priority Overnight,
        email: [jack.butler@skadden.com](jack.butler@skadden.com) at 7:07 pm (EST)*
     Ron E. Meisler – *via FedEx, email: [ron.meisler@skadden.com](ron.meisler@skadden.com) at
        7:07 pm (EST)*

Skadden, Arps, Slate, Meagher & Flom LLP
Counsel for Debtors
Four Times Square
New York, NY  10036
Attn:  Kayalyn Marafioti – *via ECF Filing, FedEx Priority Overnight,
        email: [kayalyn.marafioti@skadden.com](kayalyn.marafioti@skadden.com) at 7:07 pm (EST)*
     Gregory W. Fox – *via FedEx Priority Overnight, email:
        [gregory.fox@skadden.com](gregory.fox@skadden.com) at 7:07 pm (EST)*

Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY  10004
Attn:  Brian Masumoto – *via FedEx Priority Overnight, facsimile: (212)
        668-2255 at approximately 7:00 pm (EST)*

Latham & Watkins LLP
Counsel for Official Committee of Unsecured Creditors
885 Third Avenue
New York, NY  10022
Attn:  Robert Rosenberg – *via FedEx Priority Overnight, email:
        [robert.rosenberg@lw.com](robert.rosenberg@lw.com) at 7:07 pm (EST)*
     Mark Broude – *via ECF Filing, FedEx Priority Overnight, email:
        [Mark.Broude@lw.com](Mark.Broude@lw.com) at 7:07 pm (EST)*
     Mitchell Seider – *via FedEx Priority Overnight, email:
        [Mitchell.Seider@lw.com](Mitchell.Seider@lw.com) at 7:07 pm (EST)*

Davis Polk & Wardell
Counsel for Agent Under Postpetition Credit Facility
450 Lexington Avenue
New York, NY  10017
Attn:  Donald Bernstein – *via FedEx Priority Overnight, email:
        [donald.bernstein@davispolk.com](donald.bernstein@davispolk.com) at 7:07 pm (EST)*
     Brian Resnick – *via FedEx Priority Overnight, email:
        [brian.resnick@davispolk.com](brian.resnick@davispolk.com) at 7:07 pm (EST)*

Willkie Farr & Gallagher LLP
Counsel for Tranche C Collective
787 Seventh Avenue
New York, NY  10019
Attn:  Richard Mancino – *via ECF Filing, FedEx Priority Overnight, email:*
*rmancino@willkie.com at 7:07 pm (EST)*
Marc Abrams – *via ECF Filing, FedEx Priority Overnight, email:*
*mabrams@willkie.com at 7:07 pm (EST)*

Cadwalader Wickersham & Taft LLP
Counsel for United States Department of the Treasury
One World Financial Center
New York, NY  10281
Attn:  John Rapisardi – *via ECF Filing, FedEx Priority Overnight, email:*
*john.rapisardi@cwt.com at 7:07 pm (EST)*
Oren Haker – *via FedEx Priority Overnight, email:*
*oren.haker@cwt.com at 7:07 pm (EST)*

Counsel for the United States Department of Justice
86 Chambers Street
3rd Floor
New York, NY  10007
Attn:  Matthew Schwartz – *via ECF Filing, FedEx Priority Overnight,*
*email: matthew.schwartz@usdoj.gov at 7:07 pm (EST)*
Joseph Cordaro – *via FedEx Priority Overnight, email:*
*joseph.cordaro@usdoj.gov at 7:13 pm (EST)*

Weil Gotshal & Manges LLP
Counsel for General Motors Corporation
767 Fifth Avenue
New York, NY  10153
Attn:  Jeffrey Tanenbaum – *via FedEx Priority Overnight, email:*
*jeff.tanenbaum@weil.com at 7:07 pm (EST)*
Robert J. Lemons – *via ECF Filing, FedEx Priority Overnight, email:*
*robert.lemons@weil.com at 7:07 pm (EST)*

Schulte Roth & Zabel LLP
Counsel for Parnassus Holdings II
919 Third Avenue
New York, NY  10022
Attn:  Adam Harris – *via ECF Filing, FedEx Priority Overnight, email:*
*adam.harris@srz.com at 7:07 pm (EST)*
David J. Karp – *via FedEx Priority Overnight, email:*
*david.karp@srz.com at 7:07 pm (EST)*

          Honigman Miller Schwartz and Cohn LLP
          Counsel for Valeo

Dated: July 23, 2009        By: /s/ E. Todd Sable
            E. Todd Sable (MI Bar No. P54956)
            Daniel W. Linna Jr. (MI Bar No. P68863)
            2290 First National Building
            660 Woodward Avenue
            Detroit, MI 48226
            Telephone: (313) 465-7548
            Facsimile: (313) 465-7549
            Email: tsable@honigman.com

DETROIT.3765414.1