E. Todd Sable  
Daniel W. Linna Jr.  
HONIGMAN MILLER SCHWARTZ AND COHN LLP  
660 Woodward Avenue  
2290 First National Building  
Detroit, MI 48226  
Telephone: (313) 465-7548  
Facsimile: (313) 465-7549  

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**  

-----------------------------------------------------------x  
                                       :  

| | | |
|---|---|---|
| **In re:** | : | Chapter 11 |
| | : | |
| **DELPHI CORPORATION**, et al., | : | Case No. 05-44481 (RDD) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Hon. Robert D. Drain |

-----------------------------------------------------------x  

**Certificate of Service**

    The undersigned certifies that papers were served as follows:

1.     Papers Served:     Nidec Motor & Actuators (USA), Inc.'s Limited Objection and Reservation of Rights to Notice of Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned

2.     Date of Service:     July 21, 2009

3.     Served Upon:     Honorable D. Drain  
                                  US Bankruptcy Court for the Southern District of New York  
                                  One Bowling Green, Room 632  
                                  New York, NY 10004  
                                  *via FedEx Priority Overnight*

                                  Delphi Corporation  
                                  Attn: General Counsel  
                                  5725 Delphi Drive  
                                  Troy, MI 48098  
                                  *via FedEx Priority Overnight*

                                  Delphi Corporation  
                                  Attn: David Sherbin, General Counsel  
                                  *via email: [david.sherbin@delphi.com](mailto:david.sherbin@delphi.com) at 9:24 am (EST)*

Skadden, Arps, Slate, Meagher & Flom LLP
Counsel for Debtors
155 North Wacker Drive
Chicago, IL  60606
Attn:  John W. Butler, Jr. – *via ECF Filing, FedEx Priority Overnight,
email: [jack.butler@skadden.com](mailto:jack.butler@skadden.com) at 9:24 am (EST)*
Ron E. Meisler – *via FedEx, email: [ron.meisler@skadden.com](mailto:ron.meisler@skadden.com) at
9:24 am (EST)*

Skadden, Arps, Slate, Meagher & Flom LLP
Counsel for Debtors
Four Times Square
New York, NY  10036
Attn:  Kayalyn Marafioti – *via ECF Filing, FedEx Priority Overnight,
email: [kayalyn.marafioti@skadden.com](mailto:kayalyn.marafioti@skadden.com) at 9:24 am (EST)*
Gregory W. Fox – *via FedEx Priority Overnight, email:
[gregory.fox@skadden.com](mailto:gregory.fox@skadden.com) at 9:24 am (EST)*

Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY  10004
Attn:  Brian Masumoto – *via FedEx Priority Overnight, facsimile: (212)
668-2255 at approximately 9:20 am (EST)*

Latham & Watkins LLP
Counsel for Official Committee of Unsecured Creditors
885 Third Avenue
New York, NY  10022
Attn:  Robert Rosenberg – *via FedEx Priority Overnight, email:
[robert.rosenberg@lw.com](mailto:robert.rosenberg@lw.com) at 9:24 am (EST)*
Mark Broude – *via ECF Filing, FedEx Priority Overnight, email:
[Mark.Broude@lw.com](mailto:Mark.Broude@lw.com) at 9:24 am (EST)*
Mitchell Seider – *via FedEx Priority Overnight, email:
[Mitchell.Seider@lw.com](mailto:Mitchell.Seider@lw.com) at 9:24 am (EST)*

Davis Polk & Wardell
Counsel for Agent Under Postpetition Credit Facility
450 Lexington Avenue
New York, NY  10017
Attn:  Donald Bernstein – *via FedEx Priority Overnight, email:
[donald.bernstein@davispolk.com](mailto:donald.bernstein@davispolk.com) at 9:24 am (EST)*
Brian Resnick – *via FedEx Priority Overnight, email:
[brian.resnick@davispolk.com](mailto:brian.resnick@davispolk.com) at 9:24 am (EST)*

Willkie Farr & Gallagher LLP
Counsel for Tranche C Collective
787 Seventh Avenue
New York, NY  10019
Attn:  Richard Mancino – *via ECF Filing, FedEx Priority Overnight, email:*
*rmancino@willkie.com at 9:24 am (EST)*
Marc Abrams – *via ECF Filing, FedEx Priority Overnight, email:*
*mabrams@willkie.com at 9:24 am (EST)*

Cadwalader Wickersham & Taft LLP
Counsel for United States Department of the Treasury
One World Financial Center
New York, NY  10281
Attn:  John Rapisardi – *via ECF Filing, FedEx Priority Overnight, email:*
*john.rapisardi@cwt.com at 9:24 am (EST)*
Oren Haker – *via FedEx Priority Overnight, email:*
*oren.haker@cwt.com at 9:24 am (EST)*

Counsel for the United States Department of Justice
86 Chambers Street
3rd Floor
New York, NY  10007
Attn:  Matthew Schwartz – *via ECF Filing, FedEx Priority Overnight,*
*email: matthew.schwartz@usdoj.gov at 9:24 am (EST)*
Joseph Cordaro – *via FedEx Priority Overnight, email:*
*joseph.cordaro@usdoj.gov at 9:24 am (EST)*

Weil Gotshal & Manges LLP
Counsel for General Motors Corporation
767 Fifth Avenue
New York, NY  10153
Attn:  Jeffrey Tanenbaum – *via FedEx Priority Overnight, email:*
*jeff.tanenbaum@weil.com at 9:24 am (EST)*
Robert J. Lemons – *via ECF Filing, FedEx Priority Overnight, email:*
*robert.lemons@weil.com at 9:24 am (EST)*

Schulte Roth & Zabel LLP
Counsel for Parnassus Holdings II
919 Third Avenue
New York, NY  10022
Attn:  Adam Harris – *via ECF Filing, FedEx Priority Overnight, email:*
*adam.harris@srz.com at 9:24 am (EST)*
David J. Karp – *via FedEx Priority Overnight, email:*
*david.karp@srz.com at 9:24 am (EST)*

                                Honigman Miller Schwartz and Cohn LLP
                                Counsel for Nidec

Dated:  July 23, 2009        By:  /s/ E. Todd Sable
                                E. Todd Sable (MI Bar No. P54956)
                                Daniel W. Linna Jr. (MI Bar No. P68863)
                                2290 First National Building
                                660 Woodward Avenue
                                Detroit, MI  48226
                                Telephone:  (313) 465-7548
                                Facsimile:  (313) 465-7549
                                Email:  tsable@honigman.com

DETROIT.3765414.2