UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In Re: DELPHI CORPORATION,       :
     et al., Debtors          : Chapter 11
                               : Case No. 05-44481 (RDD)
                               : (Jointly Administered)

## PRAECIPE TO WITHDRAW OBJECTION TO NON-ASSUMPTION OF AN EXECUTORY CONTRACT OF ALEACIONES DE METALES SINTERIZADOS, PRO SE OF PURCHASE ORDER SAG 9OI5385 UNDER THE MODIFIED PLAN OF DEBTORS

TO THE CLERK:

Please withdraw the Objection to Non-Assumption of an Executory Contract of Aleaciones De Metales Sinterizados, Pro Se of Purchase Order SAG9OI5385 Under the Modified Plan of Debtors in the above-captioned action.

                                       **ALEACIONES DE METALES SINTERIZADOS**

Date: 7/21/09          By: /s/ Henry Trabal
                                  General Manager

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In Re: DELPHI CORPORATION,   :
       et al., Debtors            : Chapter 11
                               : Case No. 05-44481 (RDD)
                               : (Jointly Administered)

## **CERTIFICATE OF SERVICE**

I, Henry Trabal, General Manager, of ALEACIONES DE METALES SINTERIZADOS, certify that on this date, I served a true and correct copy of the foregoing document upon the following parties by depositing the same in the United States mail, postage prepaid, addressed as follows:

| | |
|---|---|
| Robert D. Drain, United States Bankruptcy Judge<br>One Bowling Green, Room 632<br>New York, NY 10004 | Delphi Corporation,<br>ATTN: General Counsel<br>5725 Delphi Drive<br>Troy, MI 48098 |
| John William Butler, Jr., Esq., and Ron E. Meisler, Esquire<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>155 North Wacker Drive<br>Chicago, IL 60606 | Kayalyn A. Marafioti, Esq.<br>Gregory W. Fox, Esquire<br>Skadden, Arps, Slate,<br>   Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036 |
| Brian Masumoto, Esquire<br>Office of the United States Trustee for the Southern District<br>  of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 | Robert J. Rosenberg, Esq.<br>Mark A. Broude, Esq., &<br>Mitchell A. Seider, Esquire<br>Latham & Watkins, LLP<br>885 Third Avenue<br>New York, NY 10022 |
| Donald Bernstein, Esquire and Brian Resnick, Esquire<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 | Richard Mancino, Esquire<br>Marc Abrams, Esquire<br>Willkie Farr & Gallagher,<br>  LLP, 787 Seventh Ave.<br>New York, NY 10019 |
| John J. Rapisardi, Esquire<br>Oren B. Haker, Esquire<br>Cadwalader, Wickersham & Taft, LLP<br>One World Financial<br>New York, NY 10281 | |

Jeffrey L. Tanenbaum, Esquire
Robert J. Lemons, Esquire
Gotshal & Manges, LLP
767 Fifth Avenue,
New York, NY 10153

Matthew L. Schwartz, Esq
Joseph N. Cordaro, Esq.
United States Department
   of Justice,
86 Chambers St., 3rd Fl.
New York, NY 10007

Adam C. Harris, Esq.
David J. Karp, Esq.
Schulte, Roth & Zabel,
   LLP, 919 Third Ave.
New York, NY 10022

Date: 7/21/09

ALEACIONES DE METALES SINTERIZADOS

By: /s/ Henry Trabal, General Manager