Douglas J. Foster
7677 Raglan Dr., NE
Warren, OH 44484

June 19, 2009

Honorable Robert E. Gerber
U. S. Bankruptcy Court
*In re*: General Motors Corporation
Case #09-50026
One Bowling Green
New York, NY 10004-1408

Dear Judge Gerber:

I object to the Motion pursuant to 11 U.S.C. §§ 105, 363(b), (f), (k), and (m), and 365 and Fed. R. Bankr. P. 2002, 6004, and 6006, to (i) approve (a) the sale pursuant to the master sale and purchase agreement with Vehicle Acquisition Holdings LLC, a U.S. Treasury-sponsored purchaser, free and clear of liens, claims, encumbrances, and other interests; (b) the assumption and assignment of certain executory contracts and unexpired leases; and (c) other relief.

I was employed by GM for 32 years, involuntarily spun off to Delphi for 8 years, and involuntarily separated in May, 2007.

The game changed when the Automotive Task Force, GM and Delphi agreed that GM should spend $2 billion of the taxpayers' bailout money to facilitate Delphi's sale. Now the U. S. is spending bailout money to make GM salaried pensions whole, GM hourly pensions whole, and Delphi hourly pensions whole. Whether an oversight or a political calculation, the Delphi salaried pensions are the only ones left to the PBGC.

I realize that the plan for GM salaried retirees is to reduce post-retirement life and health insurance costs by two-thirds, but Delphi's, as Judge Drain decided was just, were reduced by 100%.

Given the government's deep involvement, there are only two ways to get a bit closer to equality of sacrifice:

1. Order the Delphi salaried employee pension plan returned to GM, where it originated, or
2. Order GM and the US Treasury to fully fund the Delphi salaried employee pension fund prior to turning it over to the PBGC

Thank you for your consideration in this matter.


Sincerely,


Douglas J. Foster