

**Wise Choice British Foods, Gifts & Candies**
6171 Brandt Pike
Huber Heights, OH 45424
937-236-8153 | fax 937-236-8154

www.wisechoiceuk.com

June 19th, 2009.

The Right Honourable Judge Robert D. Drain.

Please find attached a copy of a letter sent to the Congressmen and Senators of Ohio asking for their support with the power of their office, to bring pressure on your office and that of General Motors and Delphi to treat the Delphi Salaried Workers with equity in their fight to preserve their retirement and health benefits.

We are fighting for our rights to the benefits that were contractually agreed to when we first became employees of General Motors and then Delphi when the split occurred.

I thank you for your rethinking on the judgments that were recently passed in favour of Delphi and General Motors and reverse that decision in favour of the Delphi Salaried Retired Employees who gave their working days to those Corporations with the anticipation of a retirement they had earned.

Yours Sincerely,
Henry Caswell, Pres.
www.wisechoiceuk.com