Laura E. Miller
1502 16th Ave., SW
Decatur, AL 35601-5406

Honorable Robert D. Drain
Docket Number 05-44481 (RDD)
United States Bankruptcy Judge – Southern District of NY
One Bowling Green
New York, NY 10004-1408
Fax: (914) 390-4073

Subject: Docket #05-44481 (RDD) Article 9.5.11 Objection

Judge Drain,

    I am a salaried employee who will soon be involuntarily separated from Delphi Corporation due to the site closure of Delphi Steering's Athens, Alabama location. I would like to make you aware of my objection to the June 1, 2009 Master Disposition Agreement, Article 9.5.11 which declares that severance payments will be terminated upon the closing date (emergence date).

    My objection to this article (9.5.11) stems from the fact that I signed a contract (Separation Agreement) which is countersigned by personnel representatives of Delphi in December 2008. It is a contract for "release of claims" in which I am to receive $XXXXX in 24 equal installments plus $2000 to use for COBRA payments (since I am not retirement eligible) in return for staying until the company no longer wishes my services (currently scheduled for July 31, 2009) and the fact that I waive my rights bring any lawsuits against either Delphi or General Motors. As I stated above it was signed in December 2008, while Delphi was already in bankruptcy, and countersigned by representatives of Delphi's personnel department making this a valid contract. Also, it doesn't state this as severance payments being equal to some number of months of salary but a defined dollar value in release of claims against the two companies so I object to the attempt to cut the value and/or length of these payments.

    Thank you for you time and attention to this objection against the Delphi bankruptcy proceedings.

Sincerely,

*Laura E. Miller*

Laura E. Miller
Senior Manufacturing Engineer - Plant 23
Delphi Steering Divison