June 17, 2009

Honorable Robert D. Drain
Docket Number 05-44481 (RDD)
United States Bankruptcy Judge – Southern District of New York
One Bowling Green
New York, New York 10004-1408

Dear Judge Drain:

I am writing today to object to the June 1, 2009 Master Disposition Agreement, Article 9.5.11. This article declares that severance payments for recent Delphi Salaried retirees will be terminated upon the closing date (emergence date).

I have what is considered a legal, enforceable contract with Delphi, entered into during bankruptcy. My severance payments were provided in exchange for my waiver of rights via the Release of Claims, as signed in February of 2009. Severance payments are a contract liability. I have a valid, binding, legal contract with Delphi and I expect this contract to be honored in full.

If the June 1, 2009 Master Disposition Agreement is carried out, I will be "shorted by almost 20%" of what is legally owed to me. This money was offered to help us for retraining into another job market, along with carrying us through one of the worst economic times this country has seen in decades. Again, I expect this contract to be honored, and would appreciate your consideration not only for me, but the thousands of others affected by this.

Your honor, in closing, I have to mention how this entire process that has taken place in the past few months has taken a toll on so many lives of people that dedicated thirty plus years of their lives to this company. We all worked for GM before we spun off to become Delphi, and now are facing financial hardships that are beyond belief.

Thank you for taking the time to read this, and please consider our issues.

Sincerely,

Andrew F. Verbosky Jr.
Delphi Packard Electric Salaried Retiree
Warren, Ohio