Date: 06/19/09

To
Honorable Robert D. Drain
Docket Number 05-44481 (RDD)
United States Bankruptcy Judge - Southern District of NY
One Bowling Green
New York, NY 10004 -1408

FAX 914-390-4073 (White Plains, NY)

Subject: <u>Case Number 05-44481 (RDD)
Objection to the June 16, 2009 Master Disposition Agreement,
Article 9.5.11</u>

Dear honorable judge Drain,

I am a recent Delphi retiree and have a severance payment contract from Delphi for Delphi to pay me for 6 months from March, 2009 to end of August 2009. I object to Delphi filing to stop the severance payments starting July 15, 2009.

If Delphi were to stop these payments it would entail great hardship for me as I have been depending on these payments for medical expenses until I find a new job. I have cut down on many expenses and moved in with a friend. I would lose around $9963.51 if Delphi stopped paying after July 1st, 2009, something I can ill afford since I only receive a small pension, which too is in jeopardy.

In any case I fail to grasp how Delphi can legally stop these payments?

I have a signed legal contract.
The contract was entered in during Delphi's bankruptcy proceedings.
The payments are a contract liability and not a Delphi provided benefit.

I fully hope you will rule for Delphi to honor this legally binding contract.

I also believe that severance payments are Administrative Claims, and that I may have to file an Administrative Expense Claim Form with the court, if it becomes necessary.

Yours sincerely,

Manu Anand

43431, Vintners Place Dr
Sterling Heights, MI 48314