| | |
|---|---|
| Address | Honorable Robert D. Drain<br>Docket Number 05-44481 (RDD)<br>United States Bankruptcy Judge - Southern District of NY<br>One Bowling Green<br>New York, NY 10004 -1408 |
| FAX | 914-390-4073 (White Plains, NY) |

I would like to formally file an objection regarding Delphi's intent to discontinue severance pay promised to me as part of an early separation package.

I believe the severance payments are Administrative Claims, and I will file an Administrative Expense Claim Form with the court if required.

I am hopeful that you will consider the contact that Delphi made with me as legal and binding and that I should receive the full amount of my severance pay.

The Delphi positions that severance payments are pre petition claims are inaccurate. Severance payments are a contract liability, for contracts entered into during bankruptcy. Severance payments are not a Delphi provided benefit. I was provided a waiver of certain rights (Release of Claims) in exchange for severance payments.

Regards,
Angelita Schrebe
1460 Loumilen Drive
Muskegon, MI 49415

231-865-7400

TOTAL P.01