BARNES & THORNBURG LLP
Attorneys for Autocam Corporation
171 Monroe Avenue, NW, Suite 1000
Grand Rapids, Michigan  49503
Telephone:  (616) 742-3930
Facsimile:  (616) 742-3999

Patrick E. Mears (PM-6473)
Telephone:  (616) 742-3936
Email:  pmears@btlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 Case |
| DELPHI CORPORATION, *et al*. | ) | No. 05-44481 |
| Debtors. | ) | (Jointly Administered) |

### NOTICE OF FILING OF AFFIDAVIT
### BY AUTOCAM CORPORATION

      PLEASE TAKE NOTICE that Autocam Corporation ("Autocam") is filing the Affidavit of Christopher J. Qualters in connection with Autocam's Objection to the Chapter 11 debtors' proposed modified Chapter 11 plan and to the debtors' request to assume and assign certain of Autocam's contracts.  Mr. Qualters will be present in Court to testify in support of Autocam's objection to the debtors' proposed modified plan and objection to debtors' request to assume and assign executory contracts to which Autocam and/or any of its affiliates are parties thereto.

2

| | |
|---|---|
| Dated:  July 23, 2009<br>        Grand Rapids, Michigan | BARNES & THORNBURG LLP<br>Counsel to Autocam Corporation |
| | By:    /s/Patrick E. Mears<br>        Patrick E. Mears (PM-6473)<br>Business Address:<br>171 Monroe Avenue, NW<br>Suite 1000<br>Grand Rapids, Michigan  49503<br>Telephone:  (616) 742-3936<br>Facsimile:  (616) 742-3999<br>Email:  pmears@btlaw.com |

GRDS01 PMEARS 384724v1