BARNES & THORNBURG LLP
Attorneys for Autocam Corporation
171 Monroe Avenue, NW, Suite 1000
Grand Rapids, Michigan 49503
Telephone: (616) 742-3930
Facsimile: (616) 742-3999

Patrick E. Mears (PM-6473)
Telephone: (616) 742-3936
Email: pmears@btlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 Case |
| | ) | |
| DELPHI CORPORATION, *et al.* | ) | No. 05-44481 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

### AFFIDAVIT OF CHRISTOPHER J. QUALTERS

| | |
|---|---|
| STATE OF MICHIGAN | ) |
| | : ss. |
| COUNTY OF KENT | ) |

CHRISTOPHER J. QUALTERS, being duly sworn, deposes and says as follows:

1.      I am an individual over 18 years of age, have personal knowledge of the facts stated herein and am qualified to testify with respect to these facts.

2.      I am the Vice President for Sales and Marketing for Autocam Corporation. I have been employed by Autocam Corporation since March, 2008. I have been working in the automotive industry since 1990, which is the year I graduated from The University of Massachusetts Lowell with the degree of Bachelors of Science Mechanical Engineering.

3.      In my capacity as Autocam Corporation's Vice President of Sales and Marketing, I am familiar with the various contractual relationships between Delphi Corporation and its

affiliates (collectively, "Delphi"), on the one hand, and Autocam Corporation and its affiliates (collectively, "Autocam"), on the other hand.  I have custody and control of all long-term contracts involving Autocam and Delphi as well as purchase orders issued pursuant to those contracts.  The terms of these contracts and purchase orders were negotiated by members of Autocam's sales and marketing division, all of whom report ultimately to me.

4.    At present, Autocam and Delphi are parties to the following four, long-term contracts which are still in existence (collectively, the "Long-Term Contracts"):

|   | Date of Contract | Parties to Contract | Parts/Components | Affidavit Exhibit No. |
|---|---|---|---|---|
| a. | July 24, 2002 ("Contract #1: DEAC") | Delphi Corporation LLC and Autocam International Ltd. | Locking Pin, Spring Seat | A |
| b. | Undated ("Contract #2: M-1") | AC Rochester and Autocam Corporation | Spacer, Pole Piece, Seat | B |
| c. | December 21, 1998 ("Contract #3: M-2") | Delphi and Autocam Corporation | Seat Guide, Pole Piece, Core Valve | C |
| d. | December 16, 2002 ("Contract #4: M-3.5") | Delphi Corporation and Autocam International Ltd. | Pole Piece-Fuel Injector (Plated) | D |

5.    These four contracts were amended pursuant to the terms of a certain letter agreement/memorandum of understanding dated June 28, 2007.  A copy of this document is attached hereto as Exhibit E.

6.    The following purchase orders between Autocam and Delphi were issued under the Long Term Contracts identified below and are still in effect:

a.    Contract #1:  DEAC

| Order | Ln | Ship-To | Item Number | PO Number | Sched | Program | Part Description | Ship to |
|---|---|---|---|---|---|---|---|---|
| 17768 | 26 | 100117 | 10-01424 | 550049056 | yes | DEAC | Lock Pin | Grand Rapids |
| 17768 | 27 | 100117 | 10-01613 | 550049151 | yes | DEAC | Spring Seat Chart .952 | Grand Rapids |

| 17768 | 28 | 100117 | 10-01614 | 550049151 | yes | DEAC | Spring Seat | Grand Rapids |
| 17768 | 29 | 100117 | 10-01615 | 550049151 | yes | DEAC | Spring Seat | Grand Rapids |
| 17768 | 30 | 100117 | 10-01616 | 550049151 | yes | DEAC | Spring Seat | Grand Rapids |
| 17768 | 31 | 100117 | 10-01617 | 550049151 | yes | DEAC | Spring Seat | Grand Rapids |
| 17768 | 32 | 100117 | 10-01618 | 550049151 | yes | DEAC | Spring Seat | Grand Rapids |
| 17768 | 33 | 100117 | 10-01619 | 550049151 | yes | DEAC | Spring Seat | Grand Rapids |
| 17768 | 34 | 100117 | 10-01620 | 550049151 | yes | DEAC | Spring Seat | Grand Rapids |
| 17768 | 35 | 100117 | 10-01621 | 550049151 | yes | DEAC | Spring Seat | Grand Rapids |
| 17768 | 36 | 100117 | 10-01622 | 550049151 | yes | DEAC | Spring Seat | Grand Rapids |
| 17768 | 37 | 100117 | 10-01623 | 550049151 | yes | DEAC | Spring Seat | Grand Rapids |
| 17768 | 38 | 100117 | 10-01624 | 550049151 | yes | DEAC | Spring Seat | Grand Rapids |
| 17768 | 39 | 100117 | 10-01625 | 550049151 | yes | DEAC | Spring Seat | Grand Rapids |
| 17768 | 40 | 100117 | 10-01626 | 550049151 | yes | DEAC | Spring Seat | Grand Rapids |
| 17768 | 41 | 100117 | 10-01627 | 550049151 | yes | DEAC | Spring Seat | Grand Rapids |
| 17768 | 42 | 100117 | 10-01628 | 550049151 | yes | DEAC | Spring Seat | Grand Rapids |
| 17768 | 43 | 100117 | 10-01629 | 550049151 | yes | DEAC | Spring Seat | Grand Rapids |
| 17768 | 44 | 100117 | 10-01630 | 550049151 | yes | DEAC | Spring Seat | Grand Rapids |
| 17768 | 45 | 100117 | 10-01631 | 550049151 | yes | DEAC | Spring Seat | Grand Rapids |
| 17768 | 46 | 100117 | 10-01632 | 550049151 | yes | DEAC | Spring Seat | Grand Rapids |
| 17768 | 47 | 100117 | 10-01633 | 550049151 | yes | DEAC | Spring Seat | Grand Rapids |

b.    Contract #2:  M-1

| Order | Ln | Ship-To | Item Number | PO Number | Sched | Program | Part Description | Ship to |
|---|---|---|---|---|---|---|---|---|
| 17768 | 52 | 100117 | 10-00097 | 550136510 | yes | M1 | TBI Core | Grand Rapids |
| 17768 | 53 | 100117 | 10-00413 | 550136510 | yes | M1 | SBLM Core | Grand Rapids |
| 17768 | 55 | 100117 | 10-00462 | 550136509 | yes | M1 | Northstar Cores | Grand Rapids |
| 17768 | 58 | 100117 | 10-00006 | 550136510 | yes | M1 | TBI Seat | Grand Rapids |
| 17768 | 59 | 100117 | 10-00405 | 550136510 | yes | M1 | MTFP Seat | Grand |

3

| | | | | | | | | Rapids |
|---|---|---|---|---|---|---|---|---|
| 17768 | 60 | 100117 | 10-00406 | 550136510 | yes | M1 | Seat Core, Blank | Grand Rapids |
| 17768 | 61 | 100117 | 10-00411 | 550136510 | yes | M1 | Seat | Grand Rapids |
| 17768 | 63 | 100117 | 10-00449 | 550136510 | yes | M1 | Guided Seat Blank | Grand Rapids |
| 17768 | 64 | 100117 | 10-00521 | 550136510 | yes | M1 | Seat-Core Blank | Grand Rapids |
| 17768 | 65 | 100117 | 10-00005 | 550136510 | yes | M1 | TBI Pole Piece | Grand Rapids |
| 17768 | 66 | 100117 | 10-00098 | 550136510 | yes | M1 | Pole Piece | Grand Rapids |
| 17768 | 67 | 100117 | 10-00117 | 550136510 | yes | M1 | 2.2L Pole Piece | Grand Rapids |
| 17768 | 68 | 100117 | 10-00420 | 550136512 | yes | M1 | Pole Piece | Grand Rapids |
| 17768 | 71 | 100117 | 10-00482 | 550136510 | yes | M1 | Pole Piece | Grand Rapids |
| 17768 | 72 | 100117 | 10-00609 | 550136510 | yes | M1 | 12% CR Gmbh Pole Piece | Grand Rapids |
| 17768 | 75 | 100117 | 10-00121 | 550136510 | yes | M1 | CPI - Locating Pin | Grand Rapids |
| 17768 | 76 | 100117 | 10-00123 | 550136510 | yes | M1 | CPI - Arm Rest Pin | Grand Rapids |
| 17768 | 77 | 100117 | 10-01830 | 550136508 | yes | M1 | Powdered Metal Spacer | Grand Rapids |
| 17768 | 78 | 100117 | 10-00435 | 550136510 | yes | M1 | Core | Grand Rapids |
| 17768 | 79 | 100117 | 10-00414 | 550244474 | yes | M1 | LBLM Core | Grand Rapids |
| 17768 | 80 | 100117 | 10-00007 | 550244474 | yes | M1 | Adj Screw | Grand Rapids |
| 17768 | 81 | 100117 | 10-00469 | 550244474 | yes | M1 | Chrome Core Adj. Screw | Grand Rapids |
| 17768 | 82 | 100117 | 10-00415 | 550244474 | yes | M1 | MTFP Seat | Grand Rapids |
| 17768 | 83 | 100117 | 10-00454 | 550244474 | yes | M1 | Pole Piece | Grand Rapids |
| 17768 | 84 | 100117 | 10-00478 | 550244474 | yes | M1 | Pole Piece | Grand Rapids |
| 17768 | 85 | 100117 | 10-00102 | 550244474 | yes | M1 | Tube-Metering 1.07 I.D. | Grand Rapids |
| 17768 | 86 | 100117 | 10-00103 | 550244474 | yes | M1 | Tube-Metering 0.91 I.D. | Grand Rapids |

c.    Contract #3:  M-2

| Order | Ln | Ship-To | Item Number | PO Number | Sched | Program | Part Description | Ship to |
|---|---|---|---|---|---|---|---|---|
| 18912 | 1 | 100106 | 10-00672 | 550135443 | yes | M2 | Lower Guide | Rochester |
| 18912 | 2 | 100106 | 10-01162 | 550135443 | yes | M2 | Pole Piece | Rochester |
| 18912 | 3 | 100106 | 10-01347 | 550135955 | yes | M2 | Valve Blank | Rochester |

4

| 17768 | 51 | 100117 | 10-01162 | 550136541 | yes | M2 | Pole Piece | Grand Rapids |

d.    <u>Contract #4:  M-35</u>

| Order | Ln | Ship-To | Item Number | PO Number | Sched | Program | Part Description | Ship to |
|-------|-----|---------|-------------|-----------|-------|---------|------------------|---------|
| 18912 | 4 | 100106 | 10-01694 | 550135442 | yes | M3.5 | Valve | Rochester |
| 18912 | 5 | 100106 | 10-01699 | 550135442 | yes | M3.5 | Pole Piece | Rochester |
| 18912 | 6 | 100106 | 10-02222 | 550167958 | yes | M3.5 | M3.5 Max Pole Piece | Rochester |
| 18912 | 8 | 100106 | 10-02265 | 550167959 | yes | M3.5 | M3.5 Max Valve | Rochester |
| 18912 | 7 | 100106 | 10-02249 | 550167960 | yes | M3.5 | M3.5 Enhanced Pole Piece | Rochester |
| 19259 | 1 | 100106 | 80-02251 | 450503845 | no | Proto | Weld Block | Rochester |
| 19305 | 1 | 100106 | 80-02258 | 450511394 | no | Proto | Pole Piece | Rochester |
| 19585 | 1 | 100106 | 80-02258 | 450586358 | no | Proto | Pole Piece | Rochester |
| 19693 | 1 | 100106 | 10-02265 | 450619830 | no | M3.5 | M3.5 Max Valve | Rochester |

FURTHER DEPONENT SAYETH NOT.

_____
Christopher J. Qualters

Subscribed and sworn to before me this __23rd__ day of July, 2009.

_____
Print Name:_____
Notary Public, _____ County, Michigan
My commission expires: _____
Acting in the County of _____

MARTHA LEDEZMA
Notary Public
State of Michigan, County of Newaygo
My Commission Expires: 09/17/2013
Acting in the County of  Kent

GRDS01 PMEARS 384728v1

# EXHIBIT A

# DELPHI

DECAC

JULY 2002

KW

## DELPHI CORPORATION LLC

## LIFETIME CONTRACT

1. **Purchase of Product**

    Autocam International Ltd. ("Seller") agrees to sell and Delphi Corporation LLC acting through its E and C Division) ("Buyer") agrees to purchase, approximately 100% of Buyer's production and service requirements for the following products (each referred to as a "Product" and collectively referred to as the "Products"):

    | Part Number | Description | Per Unit Price | Maximum Annual Daily Tool Capacity |
    |---|---|---|---|
    | 25338614 | Locking Pin | .2899 | 64,000 pcs per day |
    | 25338625 | Spring Seat | .4493 | 32,000 pcs per day |

2. **Term**

    With respect to each Product, the term of this Contract is from January 1, 2004 through December 31, 2008.

Autocam SS LP Lifetime Contract 24 JULY 01.doc Uncontrolled Copy
07/24/02

# DELPHI

### 3.   Prices

The per unit price of each Product for 2004 Calendar Year is F.O.B. Autocam Plant-Kentwood, Michigan (2000 IncoTerms). Pricing for each subsequent Calendar Year is subject to the following minimum annual percentage reductions from the prior Calendar Year's pricing:

Locking Pin (#25338614—Print Revision 13):

| Year | Price | % Reduction | Estimated Annual Volume |
|------|-------|-------------|-------------------------|
| 2004 CY | $.2899 ea | | Approx. 1.3 Million Pcs. * |
| 2005 CY | $.2654 ea | 8.45 % | Approx. 1.7 Million Pcs. |
| 2006 CY | $.2253 ea | 15.1% | Approx. 6.0 Million Pcs. |
| 2007 CY | $.2163 ea | 4.0% | Approx. 15.0 Million Pcs. |
| 2008 CY | $.2098 ea | 3.0% | Approx. 15.0 Million Pcs. |

Spring Seat (Print Chart #25338625—Print Revision 16):

| Year | Price | % Reduction | Estimated Annual Volume |
|------|-------|-------------|-------------------------|
| 2004 CY | $.4493 | | Approx. 640,000 pcs * |
| 2005 CY | $.4290 | 4.5% | Approx. 840,000 pcs |
| 2006 CY | $.3155 | 26.5% | Approx. 3.0 Million pcs |
| 2007 CY | $.2757 | 12.6% | Approx. 7.5 Million pcs |
| 2008 CY | $.2674 | 3.0% | Approx. 7.5 Million pcs |

MEMO:   Piece Part Prices Apply to all individual part numbers on Chart Drawing #25338625

*   *2004 CY Volumes are based upon Approx. 2004 CY Start of Production of (circa) March, 2004.

Autocam 59 LP Lifetime Contract 26 JULY 02.doc/Uncontrolled Copy
07/24/02

# DELPHI

Pricing is based on utilization of tooled capacity to achieve the estimated annual volumes reflected above. If actual volumes differ significantly from those estimates, Buyer and Seller will make a good faith effort to identify additional business to be sourced by Buyer to Seller in order to use the underutilized capacity provided that such sourcing will be done on a competitive basis and so long as it does not have any negative impact to Buyer or Seller.

Prior to making any major capital investment for incremental annual capacity during the term of this Contract, Seller will meet with Buyer to ensure that Seller is using the most recent information available from Buyer as to long term capacity planning requirements.

Buyer and Seller will use their best efforts to implement cost savings and productivity improvements in order to reduce Seller's costs of supplying each Product. Buyer and Seller agree that the pricing of each Product will be reduced (in addition to any scheduled price reductions) by an amount equal to [fifty percent (50%)] of any net cost savings achieved by Seller with respect to such Product [i.e., savings after recovery by Seller of a pro rata portion, based on the remaining term of this Contract, of the reasonable and documented costs to achieve such cost savings], provided, however, that the pricing of each Product will be reduced (in addition to any scheduled price reductions) by an amount equal to one hundred percent (100%) of any savings resulting from reduction on the content of the such Product.

No price increases (including any decrease of the scheduled price reductions) will be made on account of (i) Seller's failure to achieve any expected cost savings or productivity improvements or (ii) any increases in Seller's labor, materials, overhead and other costs. In the event that Buyer agrees to any price increases (or a decrease of any scheduled price reductions) with respect to any Product, then, notwithstanding anything to the contrary set forth in this Contract, the pricing of each Products will be reduced (in addition to any scheduled price reductions) by an amount equal to one hundred percent (100%) of any subsequent net cost savings achieved by Seller with respect to such Product until aggregate price reductions on account of Seller's cost savings equal any price increases previously agreed to by Buyer.

Autocam SS LF Lifetime Contract 24 JULY 02.doc Uncontrolled Copy
07/24/02

07/24/2002  21:4    2488132074    DELPHI GLOBAL PURC-    PAGE  05/26
JUL 26 20    11:17 FR    TO 912488132074    P.05/26

# DELPHI

**Informational Addendum:** For informational purposes; Seller has quoted Buyer (Quote dated June 18, 2002); an alternative Program Rollout/Ramp-up Schedule; as listed below:

**Locking Pin #24338914—Print Revision 13:***

|  | Price | Approx. Estimated Volume |
|---|---|---|
| CY 2004 | $.2899 ea | 1.8 Million pcs |
| CY 2005 | $.2554 ea | 3.75 Million pcs |
| CY 2006 | $.2253 ea | 10.5 Million pcs |
| CY 2007 | $.2163 ea | 10.5 Million pcs |
| CY 2008 | $.2095 ea | 10.5 Million pcs |

*Maximum Daily Tooled Capacity - 44,800 pcs per day

**Spring Seat #25338525-Print Revision 16:***
(Prices are the same for all Part Numbers on Spring Seat Chart)

|  | Price | Approx. Estimated Volume |
|---|---|---|
| CY 2004 | $.4493 ea | 800,000 pcs |
| CY 2005 | $.4290 ea | 1.9 Million pcs |
| CY 2006 | $.3185 ea | 5.3 Million pcs |
| CY 2007 | $.2757 ea | 5.3 Million pcs |
| CY 2008 | $.2674 ea | 5.3 Million pcs |

*Maximum Daily Tooled Capacity 22,400 pcs per day

JUL 26 2002 17:13    2488132074    PAGE.05

**DELPHI**

4. **Right to Re-Source**

During the entire term of this Contract, Seller will assure that each Product remains competitive in terms of technology, design, service and quality with any other same or similar product available to Buyer. If, within ninety (90) days, Seller does not agree to immediately sell any Product with comparable technology, design, service or quality, Buyer may elect to purchase from others or produce itself any other same or similar product without any liability to Seller under this Contract.

5. **Purchase Orders**

All Products will be ordered by Buyer, and delivered by Seller, in accordance with written purchase orders (including related delivery releases and shipping instructions) issued by Buyer from time to time during the term of this Contract. Buyer's General Terms and Conditions, a copy of which is attached, are hereby incorporated into this Contract by reference, (provided, however, that Buyer's right to "terminate for convenience" under the General Terms and Conditions will be inapplicable to this Contract). Any amendment to, or revision of, such General Terms and Conditions shall also become a part of this Contract, provided that (i) Buyer provides Seller with a copy of such revised Terms and Conditions and (ii) Seller does not object to such revised Terms and Conditions in writing within thirty (30) days after receipt. The Terms and Conditions (together with any revision made a part of this Contract) shall be construed, to the extent possible, as consistent with the terms and conditions set forth in this Contract and as cumulative, provided, however, that if such construction is unreasonable, the terms and conditions set forth in this Contract shall control.

EXECUTED by Buyer and Seller as of July 24, 2002.

Buyer:

[Delphi Corporation LLC]
[Seller Name]
Acting through its Energy and Chassis Division

By: _____ 26-07-02
Name: _____
Title: _____

_Theodore B. Rivera - July 26, 2002_

Seller:

Autbaam International Ltd.

By: _____
Name: _____
Title: VP Sales & Marketing

_G. Wittkamper_    29.7.2002
_Gerd Wittkamper
Commodity Manager
Machined Parts_

# EXHIBIT B

## ADDITIONAL PURCHASE ORDER PROVISIONS
## LIFETIME CONTRACTS

### Autocam
### 4070 East Paris Avenue
### Kentwood, Michigan 49512

1.   **PURCHASE OF PRODUCT**

Seller agrees to sell, and Buyer agrees to purchase, one hundred percent (100% of Buyer's production and service requirements for the following product (the "Product" or "Goods"):

| Part Number | Description | Unit Price | Daily Tool Capacity |
|---|---|---|---|
| 5495149 | Spacer | $0.2414 | 15,000 |
| 17101967 | Spacer | $0.2414 | 1,000 |
| 17120840 | Spacer | $0.3690 | 15,000 |
| 17120841 | Spacer | $0.3690 | 15,000 |
| 17087918 | Pole Piece | $0.2684 | 150,000 Combined |
| 17087919 | Pole Piece | $0.2700 | |
| 17086796 | Pole Piece | $0.2678 | |
| 5235165 | Pole Piece | $0.1360 | |
| 17101438 | Pole Piece | $0.1340 | |
| 17086911 | Pole Piece | $0.2200 | |
| 5235394 | Seat | $0.2030 | 150,000 Combined |
| 5235202 | Seat | $0.1970 | |
| 5235397 | Seat | $0.2290 | |
| 17103388 | Seat | $0.1960 | |
| 17087680 | Seat | $0.2510 | |
| 17089917 | Seat | $0.2510 | |
| 17103878 | Seat | $0.5140 | |

2.   **TERMS**

The Term of this Purchase Order is for the "life of the product", which is defined as the time period that the AC Rochester utilizes Top Feed, Bottom Feed and/or Mini-Throttle Body Fuel Injectors in any of its car or truck products, when these injectors utilize a spacer, pole piece, and/or seat.

3.    PRICES: PRICE REDUCTION

The unit price of the Products effective January 1, 1994 is as described below, F.O.B.
Seller's plant.  This price is subject to the following minimum annual percentage
reduction from the prior year's price:

| Effective Date | May 1, 1994 | May 1, 1995 | May 1, 1996 |
|---|---|---|---|
| 5235149 | $0.2414 | $0.2414 | N/A |
| 17101967 | $0.2414 | $0.2414 | $0.2414 |
| 17120840 | $0.3690 (14.6%) | $0.3180 (13.8%) | $0.2660 (16.4%) |
| 17120841 | $0.3690 (14.6%) | $0.3180 (13.8%) | $0.2660 (16.4%) |
| 17087918 | $0.2684 | $0.2684 | $0.2634 (1.9%)* |
| 17087919 | $0.27 | $0.27 | $0.27 |
| 17086796 | $0.2678 | $0.2678 | $0.2518 (6.0%) |
| 5235165 | $0.136 | $0.136 | $0.136 |
| 17101438 | $0.134 | $0.134 | $0.13 (3%)* |
| 17086911 | $0.22 | $0.22 | $0.134 (39.1%) |
| 5235394 | $0.1977 (2.6%) | $0.1735 (12.2%) | $0.1735 |
| 5235202 | $0.1937 (1.7%) | $0.1937 | $0.1937 |
| 5235397 | $0.2237 (2.3%) | $0.1995 (10.8%) | $0.1995 |
| 17103388 | $0.1927 (1.7%) | $0.1927 | $0.1927 |
| 17089917 | $0.2457 (2.1%) | $0.2215 (9.9%) | $0.2215 |
| 17087680 | $0.2457 (2.1%) | $0.2215 (9.9%) | $0.2215 |
| 17103878 | $0.514 | $0.514 | $0.514 |

*These items require the implementation of cost reduction ideas concerning the reduction
of the major OD., opening of the run out tolerance on the saturation diameter and
reducing the length of the intermediate diameter.

No adjustments will be made for cost increases, including increases in Seller's costs for
labor or overhead.  As AC Rochester dictates the use of raw material from specific
suppliers and assists in negotiating these costs, adjustments for changes in material costs
will be made only with the direct involvement of the Automotive Components Group's
Purchasing Departments.

In addition, Buyer and Seller will use their best efforts to implement cost savings and
productivity improvements in order to reduce Seller's cost, with the understanding that to
the extent that 66.7% of the cost savings (after deduction of expenditures for
development, applications, engineering, tools, prototypes and financing, including
internal costs) exceed the agreed upon minimum above, these savings will be applied to
reduce the price of the Product to Buyer and the balance will be for the benefit of Seller.

4.    SUPPLIER DEVELOPMENT:  QUALITY CONTROL

Seller agrees to participate in Buyer's supplier development programs(s).  In addition,
Seller will institute a quality control and inspection system which incorporates the
General Quality Standards of General Motors and such other standards and procedures as
may be required by Buyer.

5.    RIGHT TO PURCHASE FROM OTHERS

Seller will assure that the Products remain competitive in terms of technology, design,
and quality with similar goods available to Buyer during the term of this Purchase Order.
If, in the reasonable opinion of Buyer, the Products do not remain competitive, Buyer, to
the extent it is free to do so, will advise Seller in writing of the areas(s) in which another
product is more competitive with respect to technology, design or quality.  If, within
ninety days, Seller does not agree to remedy the uncompetitive condition(s), Buyer may
terminate this Purchase Order twelve months from the date of the initial notification.  If
and when the Seller notifies the Buyer it will not remedy the uncompetitive condition(s),
Seller will have the opportunity to reprice the product to compensate for anticipated
under-utilization of capacity.  The twelve month termination notice and the repricing
opportunity shall be limited to a period of four years from the date of this contract.

6.    TECHNICAL INFORMATION:  WAIVER OF CLAIMS

Upon the request of Buyer, Seller will deliver to Buyer such information which is
normally submitted with the Purchased Parts Acceptance Procedure.  This information
will include all general data (i.e. drawings; purchasing specifications; tool and labor
routings; inspection processes; assurance and reliability projections; process capability
studies; test reports; and failure mode and analysis studies).  Information peculiar to
Autocam's proprietary equipment and processes are excluded.


Harold Kutner
Executive Director - AC Purchasing

Autocam
4070 East Paris Avenue
Kentwood, Michigan  49512

John Stiles
Director - AC Metallic Commodity

Kenneth Szymczak
Director of Purchasing - AC Rochester

James Scrimger
Senior Buyer - AC Rochester/CV

**EXHIBIT C**

M2

**Autocam Corporation**
4070 East Paris Avenue
Kentwood, MI  49512

### Additional Purchase Order Provisions
### Lifetime Contracts

1.  **Purchase of Product**

    Seller agrees to sell, and Buyer agrees to purchase, approximately one hundred percent (100%) of Buyer's production and service requirements for the following product (the "Product" or "Goods"):

    | Part Number | Description | Per Unit Price | *Long-term Annual Daily Tool Capacity |
    |---|---|---|---|
    | 25168276 | Seat Guide | $0.2373 | 150,000 |
    | 25168900 | Pole Piece | $0.6738 | 150,000 |
    | 25170198 | Core Valve | $0.436 | 120,000 |

    * Tooled capacity at any given point in time is driven by market needs and negotiated annually when price is revised.

2.  **Term**

    The term of this Purchase Order is for the "life of the Product", which is defined as the duration of negotiated pricing for the current Multec 2 Fuel Injector style presently projected to run from March 1, 1997 through 2001 at 2,171,345 EAU for 1997.  Paragraph 13 ("Termination") on the reverse side of this Purchase Order is deleted.

3.  **Prices; Price Reduction**

    The per-unit price of the Product is F.O.B. Seller's Plant. Prices will be reviewed quarterly. Adjustments per the following schedules will be made if the average volume for the quarter meets the next (daily) minimum volume plateau. Any adjustment will be made on the 1st day of the 1st month of the following calendar quarter via purchase order adjustment.

    **Part No. 25168276 Seat Guide**

    | Daily Requirement | Piece Price | Estimated Annual Usage |
    |---|---|---|
    | 20,000 | $0.1603 | 5,000,000 EAU |
    | 36,000 | $0.1428 | 9,000,000 EAU |
    | 60,000 | $0.1380 | 15,000,000 EAU |
    | 80,000 | $0.1283 | 20,000,000 EAU |
    | 108,000 | $0.1236 | 27,000,000 EAU |
    | 120,000 | $0.1216 | 30,000,000 EAU |
    | 136,000 | $0.1192 | 34,000,000 EAU |
    | 150,000 | $0.1167 | 37,500,000 EAU |

**Part No. 25178900 Pole Piece**

| Daily Requirement | Piece Price | Estimated Annual Usage |
|---|---|---|
| 20,000 | $0.6423 | 5,000,000 EAU |
| 40,000 | $0.5835 | 10,000,000 EAU |
| 60,000 | $0.5424 | 15,000,000 EAU |
| 80,000 | $0.5150 | 20,000,000 EAU |
| 100,000 | $0.5140 | 25,000,000 EAU |
| 120,000 | $0.4971 | 30,000,000 EAU |
| 140,000 | $0.4772 | 35,000,000 EAU |

**Part No. 25170198 Core Valve**

| Daily Requirement | Piece Price | Estimated Annual Usage |
|---|---|---|
| 20,000 | $0.4111 | 5,000,000 EAU |
| 40,000 | $0.3687 | 10,000,000 EAU |
| 60,000 | $0.2929 | 15,000,000 EAU |
| 80,000 | $0.2655 | 20,000,000 EAU |
| 100,000 | $0.2645 | 25,000,000 EAU |
| 120,000 | $0.2358 | 30,000,000 EAU |
| 140,000 | $0.2262 | 35,000,000 EAU |

No adjustments will be made for cost increases, including increases in Seller's costs for labor or overhead. Material increases or decreases will be handled via current "sur-charge" mechanisms. Service level pricing to be maintained at the highest level daily requirement achieved for a maximum of three years following the end of the contract. Seller then reserves the right to reprice for service levels.

In addition, Buyer and Seller will use their best efforts to implement cost savings and productivity improvements in order to reduce Seller's costs, with the understanding that fifty percent (50%) of the net savings (after deduction of expenditures for development, applications, engineering, tools, prototypes and financing) will be applied to reduce the price of the Product to Buyer and the balance will be for the benefit of Seller.

4.  **Supplier Development; Quality Control**

Seller agrees to participate in Buyer's supplier development program(s). In addition, Seller will institute a quality control and inspection system which incorporates the General Quality Standards of General Motors and such other standards and procedures as may be required by Buyer.

5.  **Right to Purchase from Others**

Seller will assure that the Product remains competitive in terms of technology, design, and quality with similar goods available to Buyer during the term of this agreement. If, in the reasonable opinion of Buyer, the Product does not remain competitive, Buyer, to the extent it is free to do so, will advise Seller in writing of

the area(s) in which the product is not competitive with respect to technology, design or quality. If, within (thirty to ninety) days, Seller does not agree to be competitive with comparable technology, design or quality, Buyer may terminate this Agreement and purchase from another supplier. Buyers is liable for the cost of tooling specifically designed and purchased by the Seller for products covered under this agreement.

6.    Technical Information; Waiver of Claims

6.1 Upon the request of Buyer, Seller will deliver to Buyer all information that is normally submitted with the Purchased Parts Acceptance Procedure. Such information will include all general data such as; drawings, purchasing specifications, tool and reliability projections, process capability studies, test reports, and FMEA studies. PPAP information will be delivered free of restriction as to use or disclosure and will be updated by Seller to reflect any changes in the Product or its manufacture unless the information is agreed as proprietary or patented. All information peculiar to Seller's proprietary equipment and processes are excluded.

6.2   In the event Buyer exercises its right to terminate or cancel this Agreement and then makes the Product or purchases the Product from another supplier, Seller agrees not to bring any action or claim against Buyer, its suppliers, dealers, or customers arising from the manufacture, use and sale of the Product or use of the information knowingly furnished by Seller to Buyer under the terms of this Agreement. Seller will secure the necessary agreements with its employees and sub-contractors to assure compliance with this Section 6.

Purchase Order Terms and Conditions

Buyer's Purchase Order Terms and Conditions (1986, a copy of which is attached are hereby incorporated into this Agreement by reference. Any amendment to or revision of such Terms and Conditions shall also become a part hereof, provided that; (I) Buyer provides Seller with a copy of the Terms and Conditions as amended or revised; and (ii) Seller does not object to said amendment or revised Terms and Conditions within thirty (30) days after receipt. The Terms and Conditions and any amendment or revision made a part; thereof shall be construed, to the extent possible, as consistent with the terms and conditions set forth herein and as cumulative; provided, however, that if such construction is unreasonable, the terms and conditions set forth herein shall control.

This Agreement is effective as of the last day of its execution.

| Seller | | Buyer | |
|---|---|---|---|
| By | _Thomas W. Wolfe_ | By | _Jasat Haland_ |
| Title | _VP Sales & Mktg_ | Title | _Senior Buyer_ |
| Date | _12/21/98_ | Date | _12-21-98_ |

CONTRACT/lifetime.doc

# EXHIBIT D

## DELPHI AUTOMOTIVE SYSTEMS

## LONG TERM CONTRACT

### 1.    Purchase of Product

Autocam International Ltd. ("Seller") agrees to sell, and Delphi Corporation LLC acting through its Energy and Chassis Division ("Buyer") agrees to purchase, approximately one-hundred percent (100%) of Buyer's North American production and service requirements for the following products (each referred to as a "Product" and collectively referred to as the "Products"):

| Part Number | Description | Per Unit Price | Annual Daily Tool Capacity |
|---|---|---|---|
| 25357606 | Pole Piece – Fuel Injector – Plated version of p/n 25357605 | $0.4748 | 100,000 |

### 2.    Term

With respect to each Product, the term of this Contract is from January 1, 2004 through December 31, 2009.

### 3.    Prices

The per unit price of each Product for the 2004 calendar Year is F.O.B. Autocam Plant – Kentwood, Michigan USA (2000 IncoTerms).  Pricing for each subsequent calendar year is subject to the following minimum annual percentage reductions from the prior calendar year pricing:

| Calendar Year | Price (Each) | % Reduction |
|---|---|---|
| 2004 | $0.4748 | |
| 2005 | $0.3712 | 21.8 |
| 2006 | $0.3422 | 7.8 |
| 2007 | $0.3062 | 10.5 |
| 2008 | $0.2874 | 6.1 |
| 2009 | $0.2699 | 6.1 |

Buyer and Seller will use their best efforts to implement cost savings and productivity improvements in order to reduce Seller's costs of supplying each Product.  Buyer and Seller agree that the pricing of each Product will be reduced (in addition to any scheduled price reductions) by an amount equal to fifty percent (50%) of any net cost savings achieved by Seller with respect to such Product (i.e., savings after recovery by Seller of a pro rata portion, based on the remaining term of this Contract, of the reasonable and documented costs to achieve

such cost savings), provided, however, that the pricing of each Product will be reduced (in addition to any scheduled price reductions) by an amount equal to one hundred percent (100%) of any savings resulting from reduction on the content of the such Product.

No price increases (including any decrease of the scheduled price reductions) will be made on account of (i) Seller's failure to achieve any expected cost savings or productivity improvements or (ii) any increases in Seller's labor, materials, overhead and other costs. In the event that Buyer agrees to any price increases (or a decrease of any scheduled price reductions) with respect to any Product, then, notwithstanding anything to the contrary set forth in this Contract, the pricing of each Products will be reduced (in addition to any scheduled price reductions) by an amount equal to one hundred percent (100%) of any subsequent net cost savings achieved by Seller with respect to such Product until aggregate price reductions on account of Seller's cost savings equal any price increases previously agreed to by Buyer.

4. __Right to Purchase from Others__

During the entire term of this Contract, Seller will assure that each Product remains competitive in terms of technology, design, service and quality with any similar product available to Buyer. Following April 1, 2005, seller will also assure that each Product remains competitive in terms of price with any similar product available to Buyer. If, in the reasonable opinion of Buyer, a Product does not remain competitive, Buyer, to the extent it is free to do so, will advise Seller in writing of the area(s) in which a similar product is more competitive. If, within ninety (90) days, Seller does not agree to immediately sell any Product with comparable technology, design, quality, or, if applicable, price, Buyer may elect to purchase any similar products available to Buyer without any liability to Seller under this Contract.

5. __Purchase Orders__

All Products will be ordered by Buyer, and delivered by Seller, in accordance with written purchase orders (including related delivery releases and shipping instructions) issued by Buyer from time to time during the term of this Contract. Buyer's General Terms and Conditions, a copy of which is attached, are hereby incorporated into this Contract by reference, provided, however, that Buyer's right to "terminate for convenience" under the General Terms and Conditions will be inapplicable to this Contract until the end of July 31, 2005. Any amendment to, or revision of, such General Terms and Conditions shall also become a part of this Contract, provided that (i) Buyer provides Seller with a copy of such revised Terms and Conditions and (ii) Seller does not object to such revised Terms and Conditions in writing within thirty (30) days after receipt. The Terms and Conditions (together with any revision made a part of this Contract) shall be construed, to the extent possible, as consistent with the terms and conditions set forth in this Contract and as cumulative, provided, however, that if such construction is unreasonable, the terms and conditions set forth in this Contract shall control.

**EXECUTED** by Buyer and Seller as of **December 16, 2002**.

**Buyer:**                                          **Seller:**

**Delphi Automotive Systems LLC**          **Autocam International Ltd.**
**acting through its Energy & Chassis Div.**

By: _____               By: _____
Name: _Andrew V. Begne___ 1/13/03          Name: _Thomas O'Mara___ 1/6/03
Title: _Senior Buyer___                     Title: _V.P. Sales + Mkt'g___

# EXHIBIT E




Autocam Corporation
Global Headquarters
4436 Broadmoor SE
Kentwood, MI 49512 USA

tel: 616 698 0707
toll free: 800 747 6978
fax: 616 698 6876

www.autocam.com

John C. Novak                                               June 28, 2007
Director Product Purchasing
Delphi Powertrain
5820 Delphi Drive
Troy, MI 48098-2815

Dear John,

Thank you for contacting me the other day to clarify expectations. We agree to work with you on a "vision" of what our respective businesses would look like in the long term. It is clear that we value our position as your top supplier for gasoline fuel systems, and we are very interested in keeping this position in the long term.

You have asked our team to provide a "value proposal" with respect to our long term business produced in our Kentwood, Michigan facility. In preparation for this effort, we summarized the book of business based on data provided from Delphi summarized in the attached. Based on this data, we are concerned that the volume for this book of business is in a gradual decline. However, we believe there can be a value proposal which benefits both Delphi and Autocam if we can find a way to reverse the sales decline or better yet, grow the business. We don't have all the action items necessary to fill these gaps, but we understand that Delphi has needs for high precision components in its core products. Therefore, our "value proposal" for extending contracts for the Multec family of injector products through the end of 2012 assumes the following:

**Pricing:** Autocam offers the following pricing actions.
1. Maintain production pricing Multec 2 components through 2012. Please note that plating price reductions are included in our proposal through 2011 as contracted with Whyco. This of course assumes that Whyco honors all terms of its agreement including price reductions. We cannot pass on reductions if Whyco does not follow through.
2. Delphi honors its contractual commitment to reimburse raw material surcharges for the life of this agreement.
3. Maintain current Multec 1 "service pricing" as currently contracted except for adjustment of 2 components (seat core blank 17091550 to $0.4640 and core blank 17120073 to $0.8959). These parts were held at the high volume prices despite service volume. The "CAPs" agreement allowed for repricing of these parts.
4. Extension of the current M3.5 agreements for the Pole Piece and Valve. Autocam will provide a 2% productivity on current M3.5 Pole Piece (#25357606) and Valve (#25365300) each year starting 2010 through 2012. This reduction is valid for parts under "NAO" contracts issued by Delphi for delivery to the Rochester NY facility.

**Conditions:** The following points will be conditions of any agreement between Autocam and Delphi.

1. Delphi agrees to source 100% of its Global requirements for all Multec components (M3.5, M2, M1) currently produced by Autocam. This also includes business proposed and not yet formally awarded for China.
2. Delphi agrees to give Autocam first right of refusal on any new (precision-machined) fuel system related component business.
3. "Gasoline Port" fuel injector volumes projected by Delphi and reflected in the following table are achieved within 85% of the Global Injector and Service totals shown.

John, I respect the direct and straight-forward way you conduct business. I appreciate the opportunity to have direct conversations with you regarding our future so please contact me after you have had a chance to review this proposal for developing the next steps.

Best regards,
AUTOCAM CORPORATION

John C. Kennedy
President and CEO

**Attachment:**

## Business Schedule
## Autocam-Kentwood to Delphi Fuel Systems

| Global Injector Volume | | | 2008 | 2009 | 2010 | 2011 | |
|---|---|---|---|---|---|---|---|
| M2 Total | | 15,694,862 | 11,740,604 | 6,753,524 | 1,217,966 | 1,217,966 | 1,217,966 |
| M3.5+ Total | | 12,993,782 | 15,234,492 | 20,207,124 | 23,134,902 | 21,191,898 | 19,975,788 |
| Global Injector Total | | 28,688,644 | 26,975,096 | 26,960,648 | 24,352,868 | 22,409,864 | 21,193,754 |
| | | | | | | | |
| Service Volume Total | | 2,819,495 | 3,449,524 | 3,104,572 | 2,759,619 | 2,414,867 | 2,069,714 |

| | Sales Forecast | | | | | |
|---|---|---|---|---|---|---|
| | | 2008 | 2009 | 2010 | 2011 | |
| Multec 2 | $14,007,979 | $10,361,316 | $5,895,287 | $1,062,226 | $1,041,751 | $1,041,751 |
| Multec 3.5 | $7,840,448 | $8,998,734 | $12,218,096 | $13,756,961 | $12,167,084 | $11,120,287 |
| Multec Guide | $3,232,884 | $2,946,095 | $2,330,360 | $1,377,962 | $1,328,608 | $1,365,560 |
| Multec Total w/plate | $25,081,310 | $22,306,147 | $20,443,743 | $16,187,148 | $14,537,443 | $13,527,599 |
| Plating | $5,726,253 | $5,114,478 | $4,852,917 | $4,164,340 | $3,639,362 | $3,441,866 |
| Multec Total w/o plate | $19,355,057 | $17,191,669 | $15,590,826 | $12,022,808 | $10,898,081 | $10,085,733 |
| Service Total | $2,587,303 | $3,741,721 | $3,367,549 | $2,993,377 | $2,619,205 | $2,245,033 |
| Grand Total w/ plate | $27,668,612 | $26,047,868 | $23,811,291 | $19,180,525 | $17,156,648 | $15,772,631 |
| Grand Total w/o plate | $21,942,359 | $20,933,390 | $18,958,375 | $15,016,185 | $13,517,286 | $12,330,765 |