Honorable Robert D. Drain  
United States Bankruptcy Judge – Southern District of NY  
One Bowing Green  
New York, NY 1004-1408

June 18, 2009

Re: Docket # 05-44481 (RDD)

Your Honor,

After being a salaried employee for over 24 years of the Instrument Cluster Business, whose divisional named changed numerous times, I survived many rounds of headcount reductions. My annual appraisals were always "above average", as a minimum. Being led to believe that I was a strong performer for over 24 years, and observing the separation benefits significantly diminish, as published in the employee handbook;

I STRONGLY OBJECT to the June 1, 2009 Master Disposition Agreement, Article 9.5.11

I was personally informed by my immediate management of DELPHI Electronics and Safety Division, without any HR representation, on Friday January 16 @ 3:00 pm that my employment was going to be severed effective March 1, 2009. It could be easily argued that I was forced to sign my Release of Claims under duress, because to receive severance pay in a timely manner, I was not entitled to the required 45 Days. Pardon my directness, but some may have considered this a form of extortion!

However, my Release of Claims Contract, that both parties signed, while DELPHI Corp was still in bankruptcy proceedings, on February 23, 2009 (Myself and DELPHI), clearly states that I am entitled to $38, 275.00. My suggestion is why not pay outstanding severance expenditures in a lump sum fashion, upon exiting bankruptcy?

I fully expect the signed written contract to be honored.

Thank You for Your Consideration.

Sincerely,

*Robert E. Wilson 6-18-09*
Robert E. Wilson  
4435 Great Oaks Dr.  
Grand Blanc, MI. 48439