BARNES & THORNBURG LLP
Attorneys for Autocam Corporation
171 Monroe Avenue, NW, Suite 1000
Grand Rapids, Michigan  49503
Telephone:  (616) 742-3930
Facsimile:  (616) 742-3999

Patrick E. Mears (PM-6473)
Telephone:  (616) 742-3936
Email:  pmears@btlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 Case |
| DELPHI CORPORATION, *et al*. | ) | No. 05-44481 |
| Debtors. | ) | (Jointly Administered) |

## NOTICE OF FILING PRELIMINARY WITNESS
## LIST OF AUTOCAM CORPORATION

PLEASE TAKE NOTICE that Autocam hereby files its Preliminary Witness/Declaration

List for July 29, 2009 Hearings, a copy of which is attached hereto.

Dated:  July 23, 2009                                BARNES & THORNBURG LLP
        Grand Rapids, Michigan              Counsel to Autocam Corporation


By:   /s/Patrick E. Mears
       Patrick E. Mears (PM-6473)
Business Address:
171 Monroe Avenue, NW
Suite 1000
Grand Rapids, Michigan  49503
Telephone:  (616) 742-3936
Facsimile:  (616) 742-3999
Email:  pmears@btlaw.com

GRDS01 PMEARS 384890v1