## Autocam Corportion's Preliminary Witness/Declaration List for July 29, 2009 Hearings*

### Christopher J. Qualters

- contracts between Autocam Corporation (and its affiliates) and the Chapter 11 debtors

- adequate assurance of future performance concerns regarding proposed assignee(s) of Autocam Contracts

*Autocam is providing this preliminary witness list as of July 23, 2009, subject to its right to amend or supplement it at a later time, including the right to designate third-party witnesses.