June 18, 2009

Honorable Robert D. Drain
Docket Number 05-44481 (RDD)
United States Bankruptcy Judge - Southern District of NY
One Bowling Green
New York, NY 10004 -1408

Dear Sir

Please accept this as my objection to the June 1, 2009 Master Disposition Agreement, Article 9.5.11. This article declares that severance payments will be terminated upon the closing date (emergence date) of Delphi with GM and or Platinum Equity. I have dedicated 34 years of service to this company and have a contract in my hand that states this if I stay until this facility closes, I will receive a specific amount of severance in return. I have lived up to this agreement and expect all parties to do the same. Severance payment entitlement is by <u>contract</u> (Separation Agreement). Severance payments are a contract liability (not a Delphi provided benefit). This contract was entered into <u>during</u> bankruptcy, before. I realize that certain business case issues must be dealt with in ways that I do not understand, but this severance issue is in my opinion a simple contact entered in to "closing facilities" in order to keep key people on board during critical times. Many of us (myself included) have passed up employment opportunities to fulfill this contract. We feel betrayed.

Please consider this objection when making your decision.

With respect,

Douglas W. Edney
2701 Cambridge CT SE
Decatur, Alabama 35601