BARNES & THORNBURG LLP
Attorneys for Autocam Corporation
171 Monroe Avenue, NW, Suite 1000
Grand Rapids, Michigan  49503
Telephone:  (616) 742-3930
Facsimile:  (616) 742-3999

Patrick E. Mears (PM-6473)
Telephone:  (616) 742-3936
Email:  pmears@btlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | ) | |
| In re | ) | Chapter 11 Case |
| | ) | |
| DELPHI CORPORATION, *et al*. | ) | No. 05-44481 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF FILING EXHIBIT LIST
## OF AUTOCAM CORPORATION

PLEASE TAKE NOTICE that Autocam hereby files its Exhibit List for July 29, 2009

Hearings, a copy of which is attached hereto.


Dated:  July 23, 2009                          BARNES & THORNBURG LLP
      Grand Rapids, Michigan                Counsel to Autocam Corporation


                          By:    /s/Patrick E. Mears
                              Patrick E. Mears (PM-6473)
                          Business Address:
                          171 Monroe Avenue, NW
                          Suite 1000
                          Grand Rapids, Michigan  49503
                          Telephone:  (616) 742-3936
                          Facsimile:  (616) 742-3999
                          Email:  pmears@btlaw.com

GRDS01 PMEARS 384893v1