### Autocam Corportion's Preliminary Exhibit List, July 23, 2009

*In re Delphi Corporation, et al., Case No. 05-44481(RDD)*

Objection to Modifications to First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession (as Modified)

Objection to Debtors' Notice of Assumption and Assignment of Autocam-Related Executory Contracts

### EXHIBIT INDEX

1. Contract dated July 24, 2002 - Delphi Corporation LLC and Autocam International Ltd. re: Locking Pin, Spring Seat ("Contract #1: DEAC").

    A.    Outstanding Purchase Orders Related to Contract #1: DEAC:

| Order | Ln | Ship-To | Item Number | PO Number | Sched | Program | Part Description | Ship to |
|-------|----|---------|-------------|-----------|-------|---------|------------------|---------|
| 17768 | 26 | 100117 | 10-01424 | 550049056 | yes | DEAC | Lock Pin | Grand Rapids |
| 17768 | 27 | 100117 | 10-01613 | 550049151 | yes | DEAC | Spring Seat Chart .952 | Grand Rapids |
| 17768 | 28 | 100117 | 10-01614 | 550049151 | yes | DEAC | Spring Seat | Grand Rapids |
| 17768 | 29 | 100117 | 10-01615 | 550049151 | yes | DEAC | Spring Seat | Grand Rapids |
| 17768 | 30 | 100117 | 10-01616 | 550049151 | yes | DEAC | Spring Seat | Grand Rapids |
| 17768 | 31 | 100117 | 10-01617 | 550049151 | yes | DEAC | Spring Seat | Grand Rapids |
| 17768 | 32 | 100117 | 10-01618 | 550049151 | yes | DEAC | Spring Seat | Grand Rapids |
| 17768 | 33 | 100117 | 10-01619 | 550049151 | yes | DEAC | Spring Seat | Grand Rapids |
| 17768 | 34 | 100117 | 10-01620 | 550049151 | yes | DEAC | Spring Seat | Grand Rapids |
| 17768 | 35 | 100117 | 10-01621 | 550049151 | yes | DEAC | Spring Seat | Grand Rapids |
| 17768 | 36 | 100117 | 10-01622 | 550049151 | yes | DEAC | Spring Seat | Grand Rapids |
| 17768 | 37 | 100117 | 10-01623 | 550049151 | yes | DEAC | Spring Seat | Grand Rapids |
| 17768 | 38 | 100117 | 10-01624 | 550049151 | yes | DEAC | Spring Seat | Grand Rapids |
| 17768 | 39 | 100117 | 10-01625 | 550049151 | yes | DEAC | Spring Seat | Grand Rapids |
| 17768 | 40 | 100117 | 10-01626 | 550049151 | yes | DEAC | Spring Seat | Grand Rapids |
| 17768 | 41 | 100117 | 10-01627 | 550049151 | yes | DEAC | Spring Seat | Grand Rapids |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 17768 | 42 | 100117 | 10-01628 | 550049151 | yes | DEAC | Spring Seat | Grand Rapids |
| 17768 | 43 | 100117 | 10-01629 | 550049151 | yes | DEAC | Spring Seat | Grand Rapids |
| 17768 | 44 | 100117 | 10-01630 | 550049151 | yes | DEAC | Spring Seat | Grand Rapids |
| 17768 | 45 | 100117 | 10-01631 | 550049151 | yes | DEAC | Spring Seat | Grand Rapids |
| 17768 | 46 | 100117 | 10-01632 | 550049151 | yes | DEAC | Spring Seat | Grand Rapids |
| 17768 | 47 | 100117 | 10-01633 | 550049151 | yes | DEAC | Spring Seat | Grand Rapids |

2.    Undated Contract - AC Rochester and Autocam Corporation re:  Spacer, Pole Piece, Seat ("Contract #2: M-1").

    A.    Outstanding Purchase Orders Related to Contract #2: M-1:

| Order | Ln | Ship-To | Item Number | PO Number | Sched | Program | Part Description | Ship to |
|---|---|---|---|---|---|---|---|---|
| 17768 | 52 | 100117 | 10-00097 | 550136510 | yes | M1 | TBI Core | Grand Rapids |
| 17768 | 53 | 100117 | 10-00413 | 550136510 | yes | M1 | SBLM Core | Grand Rapids |
| 17768 | 55 | 100117 | 10-00462 | 550136509 | yes | M1 | Northstar Cores | Grand Rapids |
| 17768 | 58 | 100117 | 10-00006 | 550136510 | yes | M1 | TBI Seat | Grand Rapids |
| 17768 | 59 | 100117 | 10-00405 | 550136510 | yes | M1 | MTFP Seat | Grand Rapids |
| 17768 | 60 | 100117 | 10-00406 | 550136510 | yes | M1 | Seat    Core, Blank | Grand Rapids |
| 17768 | 61 | 100117 | 10-00411 | 550136510 | yes | M1 | Seat | Grand Rapids |
| 17768 | 63 | 100117 | 10-00449 | 550136510 | yes | M1 | Guided    Seat Blank | Grand Rapids |
| 17768 | 64 | 100117 | 10-00521 | 550136510 | yes | M1 | Seat-Core Blank | Grand Rapids |
| 17768 | 65 | 100117 | 10-00005 | 550136510 | yes | M1 | TBI Pole Piece | Grand Rapids |
| 17768 | 66 | 100117 | 10-00098 | 550136510 | yes | M1 | Pole Piece | Grand Rapids |
| 17768 | 67 | 100117 | 10-00117 | 550136510 | yes | M1 | 2.2L    Pole Piece | Grand Rapids |
| 17768 | 68 | 100117 | 10-00420 | 550136512 | yes | M1 | Pole Piece | Grand Rapids |
| 17768 | 71 | 100117 | 10-00482 | 550136510 | yes | M1 | Pole Piece | Grand Rapids |
| 17768 | 72 | 100117 | 10-00609 | 550136510 | yes | M1 | 12%    CR Gmbh    Pole Piece | Grand Rapids |
| 17768 | 75 | 100117 | 10-00121 | 550136510 | yes | M1 | CPI - Locating | Grand |

| | | | | | | | | Pin | Rapids |
|---|---|---|---|---|---|---|---|---|---|
| 17768 | 76 | 100117 | 10-00123 | 550136510 | | yes | M1 | CPI - Arm Rest Pin | Grand Rapids |
| 17768 | 77 | 100117 | 10-01830 | 550136508 | | yes | M1 | Powdered Metal Spacer | Grand Rapids |
| 17768 | 78 | 100117 | 10-00435 | 550136510 | | yes | M1 | Core | Grand Rapids |
| 17768 | 79 | 100117 | 10-00414 | 550244474 | | yes | M1 | LBLM Core | Grand Rapids |
| 17768 | 80 | 100117 | 10-00007 | 550244474 | | yes | M1 | Adj Screw | Grand Rapids |
| 17768 | 81 | 100117 | 10-00469 | 550244474 | | yes | M1 | Chrome Core Adj. Screw | Grand Rapids |
| 17768 | 82 | 100117 | 10-00415 | 550244474 | | yes | M1 | MTFP Seat | Grand Rapids |
| 17768 | 83 | 100117 | 10-00454 | 550244474 | | yes | M1 | Pole Piece | Grand Rapids |
| 17768 | 84 | 100117 | 10-00478 | 550244474 | | yes | M1 | Pole Piece | Grand Rapids |
| 17768 | 85 | 100117 | 10-00102 | 550244474 | | yes | M1 | Tube-Metering 1.07 I.D. | Grand Rapids |
| 17768 | 86 | 100117 | 10-00103 | 550244474 | | yes | M1 | Tube-Metering 0.91 I.D. | Grand Rapids |

3.      Contract dated December 21, 1998 - Delphi and Autocam Corporation re: Seat Guide, Pole Piece, Core Valve ("Contract #3: M-2").

   A.      Outstanding Purchase Orders Related to Contract #3: M-2:

| Order | Ln | Ship-To | Item Number | PO Number | Sched | Program | Part Description | Ship to |
|---|---|---|---|---|---|---|---|---|
| 18912 | 1 | 100106 | 10-00672 | 550135443 | yes | M2 | Lower Guide | Rochester |
| 18912 | 2 | 100106 | 10-01162 | 550135443 | yes | M2 | Pole Piece | Rochester |
| 18912 | 3 | 100106 | 10-01347 | 550135955 | yes | M2 | Valve Blank | Rochester |
| 17768 | 51 | 100117 | 10-01162 | 550136541 | yes | M2 | Pole Piece | Grand Rapids |

4.      Contract dated December 16, 2002 - Delphi Corporation and Autocam International Ltd. re:  Pole Piece-Fuel Injector (Plated) ("Contract #4: M-3.5").

   A.      Outstanding Purchase Orders Related to Contract #4: M-3.5:

| Order | Ln | Ship-To | Item Number | PO Number | Sched | Program | Part Description | Ship to |
|---|---|---|---|---|---|---|---|---|
| 18912 | 4 | 100106 | 10-01694 | 550135442 | yes | M3.5 | Valve | Rochester |
| 18912 | 5 | 100106 | 10-01699 | 550135442 | yes | M3.5 | Pole Piece | Rochester |
| 18912 | 6 | 100106 | 10-02222 | 550167958 | yes | M3.5 | M3.5 Max Pole Piece | Rochester |

| 18912 | 8 | 100106 | 10-02265 | 550167959 | yes | M3.5 | M3.5 Max Valve | Rochester |
|---|---|---|---|---|---|---|---|---|
| 18912 | 7 | 100106 | 10-02249 | 550167960 | yes | M3.5 | M3.5 Enhanced Pole Piece | Rochester |
| 19259 | 1 | 100106 | 80-02251 | 450503845 | no | Proto | Weld Block | Rochester |
| 19305 | 1 | 100106 | 80-02258 | 450511394 | no | Proto | Pole Piece | Rochester |
| 19585 | 1 | 100106 | 80-02258 | 450586358 | no | Proto | Pole Piece | Rochester |
| 19693 | 1 | 100106 | 10-02265 | 450619830 | no | M3.5 | M3.5 Max Valve | Rochester |