Honorable Robert D. Drain  6-18-09
Case Number 05-44481 (RDD)
United States Bankruptcy Judge - Southern District of NY
One Bowling Green
New York, NY 10004-1408
FAX 914-390-4073 (White Plains, NY)

Dear Honorable Drain,

This letter is to document my objection to Delphi's plan to no longer honor our Dec '08 severance agreement. This agreement I was told is a legal contract between Delphi and me that binds us to certain rights and obligations.

At the time of my exit interview I specifically asked if I could not start my pension in January and was told if I did that it would be considered a quit and I would not be eligible for any benefits (i.e. Health Care, etc.). I was not told that Delphi was considering stopping them anyway. Which they did on April '09.

I consider this a binding legal agreement entered into in good faith by both parties. It is not a benefit that can be changed or withheld at their discretion. I understood it to be a legal agreement as the salary representative strongly advised me to have it reviewed by an attorney before I agreed to sign it.

I intend to honor this contract and I would ask that you require Delphi to do likewise.

Thank you for your consideration in this extremely important matter.

Respectfully,

Timothy E. Mullett