

1421 LONGWORTH BUILDING
WASHINGTON, DC 20515
202-225-5261
202-225-3719 FAX

COMMITTEE ON
APPROPRIATIONS

# TIM RYAN
## CONGRESS OF THE UNITED STATES
### 17TH DISTRICT, OHIO

June 8, 2009

The President
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

Dear Mr. President,

First, we would like to thank you for your strong commitment and outstanding leadership with respect to the General Motors (GM) bankruptcy. Today, we write to explicitly urge you, the Auto Task Force (ATF) and Secretary Geithner to provide assistance for the pensions and supplemental benefits of the Delphi salaried retirees.

In 1999, Delphi was created through the spinoff of the automotive components group from GM. The majority of the Delphi employees spent two-thirds of their careers as GM employees. There are more than 15,000 Delphi salaried retirees. In February 2009, the Delphi salaried retirees lost their health care benefits for themselves and their families. Further loss of supplemental and pension benefits will be a devastating blow to these workers and the local economies in our districts.

Because government assistance is taxpayer subsidized, additional considerations must be included beyond the usual business judgments that take place in the bankruptcy courts. We are seeking basic elements of fairness, and while creditors cannot be ignored, the social and economic costs must be taken into account. Retirees, either salaried or hourly, should not be treated as speculators.

Furthermore, it makes sense for the Auto Task Force to provide support to the Delphi salaried retirement plans, because the Federal Government may face the ultimate burden of safeguarding these pensions through the Pension Benefit Guaranty Corporation (PBGC) which is already facing a shortfall.

To be clear, the Delphi salaried retirees are not asking for a hand out; they are asking for fair and equitable treatment. Including the Delphi salaried employees into GM's restructuring plan could only lend a hand to future GM marketing plans and auto sales – something we will all support because the taxpayer will be a 60% shareholder in the company. GM and the Treasury

197 WEST MARKET STREET
WARREN, OH 44481
330-373-0074
330-373-0098 FAX

241 FEDERAL PLAZA WEST
YOUNGSTOWN, OH 44503
330-740-0193
330-740-0182 FAX

TOLL-FREE: 1-800-856-4152
WWW.HOUSE.GOV/TIMRYAN

1030 EAST TALLMADGE AVENUE
AKRON, OH 44310
330-630-7311
330-630-7314 FAX

Department were able to get key concessions from the unions and major bondholders in the past two weeks. If this valued grouping of retirees is neglected, we believe it would be counterproductive to the comeback efforts that will help revive the new GM and the auto industry, while at the same time preserving the retirement benefits that the workers within the industry are entitled to receive.

Thank you very much for your time and consideration of this most serious concern. We appreciate your leadership during these most difficult times and look forward to working with you as we rebuild our economy.

Sincerely,

Rep. Tim Ryan (OH-17)

Senator Sherrod Brown (OH)

Rep. John Boccieri (OH-16)

Rep. Steven Dreihaus (OH-01)

Rep. Marcia Fudge (OH-11)

Rep. Marcy Kaptur (OH-09)

Rep. Mary Jo Kilroy (OH-15)

Rep. Dennis Kucinich (OH-10)

Rep. Betty Sutton (OH-13)