UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | § | Case No. 05-44481 (RDD) |
| | § | (Jointly Administered) |
| **DELPHI CORPORATION, et al.,** | § | |
| | § | |
| Debtors. | § | Chapter 11 |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE* ON BEHALF STMICROELECTRONICS, INC.

I, J. Mark Chevallier, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent STMicroelectronics, Inc., a creditor in the above-referenced case.

*I certify that I am a member in good standing* of the bar in the State of Texas and Louisiana and, if applicable, the bar of the U. S. District Court for the Northern, Eastern, Southern and Western Districts of Texas.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: July 23, 2009

Respectfully submitted,

/s/J. Mark Chevallier   (07/23/09)
**J. Mark Chevallier**
Texas State Bar No. 04189170
McGuire, Craddock & Strother, P.C.
3550 Lincoln Plaza
500 N. Akard
Dallas, Texas 75201
(214) 954-6800 Telephone
(214) 954-6850 Telecopier
Email: mchevallier@mcslaw.com
**ATTORNEYS FOR STMICROELECTRONICS, INC.**