**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
In re                                            :
                                             :    Chapter 11
                                             :
DELPHI CORPORATION, *et al*.,                    :    Case No. 05-44481(RDD)
                                             :    (Jointly Administered)
                       Debtors.                :
-------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, **Timothy O'Toole**, a member in good standing of the bar in District of Columbia; California, Virginia (inactive), Nevada (inactive); U.S. District Court for the District of Columbia; U.S. District Court for the District of Nevada, U.S. District Court for the Northern District of California, U.S. District Court for the Central District of California, the U.S. Courts of Appeals for the Second, Sixth, Ninth, and D.C. Circuits; and the U.S. Supreme Court.  I am also admitted pro hac vice in the Southern District of New York before Judge Marrero in a pending case, and in the U.S. District Court for the Southern District of Florida in a pending case, request admission, ***pro hac vice***, before the Honorable Robert D. Drain to represent the Objectors Dennis Black, Charles Cunningham, and Delphi Salaried Retiree Association.

My:    address is Miller Chevalier, 655 Fifteenth Street, N.W., Suite 900
        Washington DC 20005-5701
        e-mail address is:  totoole@milchev.com telephone number is:  (202) 626-5552

I agree to pay the fee of $25 upon approval by this Court admitting me to practice ***pro hac vice***.

Dated:  July 15, 2009
       Washington DC

                                        */s/ Timothy O'Toole*
                                        Timothy O'Toole

## ORDER

**ORDERED,**

That Timothy O'Toole, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: July 23, 2009
       New York, New York        /s/Robert D. Drain
                                            UNITED STATES BANKRUPTCY JUDGE

#1741559 v1 \015453 \0003