**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
| | |
|---|---|
| In re : | |
| : | Chapter 11 |
| : | |
| DELPHI CORPORATION, *et al*., : | Case No. 05-44481(RDD) |
| : | |
| : | (Jointly Administered) |
| Debtors. : | |

------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, **Anthony Shelley**, a member in good standing of the bar District of Columbia; New York State; U.S. District Court for the District of Columbia; U.S. District Court for the District of Maryland; the U.S. Courts of Appeals for the First, Second, Fourth, Fifth, Sixth, Seventh, Ninth, Eleventh, and D.C. Circuits; and the U.S. Supreme Court request admission, ***pro hac vice***, before the Honorable Robert D. Drain to represent the Objectors Dennis Black, Charles Cunningham, and Delphi Salaried Retiree Association.

My:   address is Miller Chevalier, 655 Fifteenth Street, N.W., Suite 900
         Washington DC 20005-5701
         e-mail address is:  ashelley@milchev.com telephone number is:  (202) 626-5924

I agree to pay the fee of $25 upon approval by this Court admitting me to practice ***pro hac vice***.

Dated:  July 15, 2009
         Washington DC

                                                                                   */s/ Anthony Shelley*
                                                                                   Anthony Shelley

### ORDER

**ORDERED,**

That Anthony Shelley, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: July 23, 2009
         New York, New York            /s/Robert D. Drain
                                                         UNITED STATES BANKRUPTCY JUDGE

#1787878 v1 \099998 \0038