BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433
Michael K. McCrory, Esq.
Mark R. Owens, Esq.

*Attorneys for Navistar, Inc. f/k/a
International Truck and Engine Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481(RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 17th day of July, 2009, he caused a copy of the *Limited Objection of Navistar, Inc. Relating to Assumption and Assignment of Executory Contracts Pursuant to Master Disposition Agreement and/or Modified First Amended Joint Plan of Reorganization and Cure Notices Pursuant Thereto* (the "Limited Objection") to be filed electronically via the Court's ECF system. Notice of this filing was sent pursuant to the Court's ECF system. Parties may access this filing through the Court's ECF system. The undersigned hereby further certifies that on the 17th day of July, 2009, a copy of the Limited Objection was served upon the following via Federal Express, overnight delivery.

Honorable Robert D. Drain                                  Delphi Corporation
United States Bankruptcy Judge                         5725 Delphi Drive
One Bowling Green, Room 632                          Troy, Michigan 48098
New York, New York 10004                                Attn: General Counsel

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>155 North Wacker Drive<br>Chicago, Illinois 60606<br>Attn:   John Wm. Butler, Jr.<br>           Ron E. Meisler | Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, New York 10036<br>Attn:   Kayalyn A. Marafioti<br>           Gregory W. Fox |
| Office of the United States Trustee for the<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, New York 10004<br>Attn:   Brian Masumoto | Lathan & Watkins LLP<br>885 Third Avenue<br>New York, New York 10022<br>Attn:   Robert J. Rosenberg<br>           Mark A. Broude<br>           Mitchell A. Seider |
| Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, New York  10017<br>Attn:   Donald Bernstein<br>           Brian Resnick | Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, New York  10019<br>Attn:   Richard Mancino<br>           Marc Abrams |
| Caldwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, New York  10281<br>Attn:   John J. Rapisardi<br>           Oren B. Haker | United States Department of Justice<br>86 Chambers Street, 3rd Floor<br>New York, New York  10007<br>Attn:   Matthew L. Schwartz<br>           Joseph N. Cordaro |
| Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York  10153<br>Attn:   Jeffrey L. Tanenbaum<br>           Robert J. Lemons | Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, New York  10022<br>Attn:   Adam C. Harris<br>           David J. Karp |

Dated: July 23, 2009

  /s/ Mark R. Owens  
Mark R. Owens  
BARNES & THORNBURG LLP  
11 S. Meridian Street  
Indianapolis, IN  46204  
Telephone (317) 236-1313  
Facsimile (317) 231-7433  
E-Mail:  mowens@btlaw.com

*Attorneys for Navistar, Inc.*

INDS01 KFRANK 1139101v1