**MORRISON COHEN LLP**
909 Third Avenue
New York, New York 10022
(212) 735-8600
Joseph T. Moldovan
Michael R. Dal Lago

**MILLER & CHEVALIER CHARTERED**
655 Fifteenth Street, N.W.
Suite 900
Washington, D.C.  20005
(202) 626-5800
Anthony F. Shelley (Admitted Pro Hac Vice)
Timothy P. O'Toole (Admitted Pro Hac Vice)

*Attorneys for the Delphi Salaried Retiree Association*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
| In re: | : | Chapter 11 |
|---|---|---|
|  | : |  |
| DELPHI CORPORATION, et al., | : |  |
|  | : | Case No. 05-44481 (RDD) |
| Debtors. | : |  |
|  | : | (Jointly Administered) |

-----------------------------------------------------------x

# NOTICE OF WITHDRAWAL OF PENDING MOTION BY THE DELPHI SALARIED RETIREE ASSOCIATION UNDER RULE 2018(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR AN ORDER AUTHORIZING INTERVENTION INTO THIS CASE (ECF DOCKET NO. 18303)

**PLEASE TAKE NOTICE** that the pending Motion of the Delphi Salaried Retiree Association ("DSRA") under Rule 2018(a) of the Federal Rules of Bankruptcy Procedure for an Order Authorizing Intervention into this Case (**ECF Docket No. 18303**) is hereby withdrawn, solely with regard to the DSRA.

#1818952 v1 \021081 \0001

2

Dated: New York, NY
       July 24, 2009

    *Attorneys for the Delphi Salaried Retiree Association*
    **MORRISON COHEN LLP**

    By: */s/ Joseph T. Moldovan*
        Joseph T. Moldovan
        Michael R. Dal Lago

        909 Third Avenue
        New York, New York 10022
        (212) 735-8600

    **MILLER & CHEVALIER CHARTERED**

Dated: Washington, DC
       July 24, 2009

    By: */s/ Timothy P. O'Toole*
        Anthony F. Shelley (Admitted Pro Hac Vice)
        Timothy P. O'Toole (Admitted Pro Hac Vice)
        655 Fifteenth Street, N.W.
        Suite 900
        Washington, D.C. 20005
        (202) 626-5800