IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                      :

In re                            :      Chapter 11
                      :

DELPHI CORPORATION, et al.,      :      Case No. 05-44481 (RDD)
                      :

                Debtors.   :      (Jointly Administered)
                      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On July 17, 2009, I caused to be served the document listed below upon the parties listed on Exhibit A hereto via postage pre-paid U.S. mail:

> Notice Of Non-Assumption Under The Modified Plan With Respect To Certain Expired Or Terminated Contracts Or Leases Previously Deemed To Be Assumed Or Assumed And Assigned Under Confirmed Plan Of Reorganization (the "Notice of Non-Assumption") [a copy of the form of which is attached hereto as Exhibit B]. Each party's personalized schedule to the Notice of Non-Assumption was sent to the name and address listed in columns 1 through 9 of Exhibit A attached hereto and contained the information listed in columns 10 and 11 of Exhibit A attached hereto. A copy of all the personalized schedules are attached hereto as Exhibit C.

Dated: July 23, 2009

                                  _/s/ Evan Gershbein_
                                    Evan Gershbein

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 23rd day of July, 2009, by Evan Gershbein, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _/s/ Shannon J. Spencer_

Commission Expires: _6/20/10_

# EXHIBIT A

Delphi Corporation
Supplemental Non-Assumption Notices Service List

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Non-Debtor Counterparty | Contract |
| | ARGENT AUTOMOTIVE SYSTEMS INC | | 41016 CONCEPT DRIVE | | | PLYMOUTH | MI | 48170 | | ARGENT AUTOMOTIVE SYSTEMS INC | 47208 |
| | CENTURY MOLD & TOOL CO INC | | 855 TOUHY AVE | | | ELK GROVE VILLAGE | IL | 600074917 | | CENTURY MOLD & TOOL CO INC | 54506 |
| | CENTURY MOLD & TOOL CO INC | | 855 TOUHY AVE | | | ELK GROVE VILLAGE | IL | 600074917 | | CENTURY MOLD & TOOL CO INC | 54536 |
| | CINCH CONNECTORS INC | | 1700 S FINLEY RD | | | LOMBARD | IL | 60148 | | CINCH CONNECTORS INC | 550042117 |
| | CINCH CONNECTORS INC | | 1700 S FINLEY RD | | | LOMBARD | IL | 60148 | | CINCH CONNECTORS INC | 550044800 |
| | CINCH CONNECTORS INC | | 1700 S FINLEY RD | | | LOMBARD | IL | 60148 | | CINCH CONNECTORS INC | 550045174 |
| | COMMERCIAL SPRING & TOOL EFT COMPANY LIMITED | | 160 WATLINE AVE | | | MISSISSAUGA | ON | L4Z 1R1 | CA | COMMERCIAL SPRING & TOOL EFT COMPANY LIMITED | P4120093 |
| | COMUS INTERNATIONAL INC. | | 454 ALLWOOD RD | | | CLIFTON | NJ | 7012 | | COMUS INTERNATIONAL INC. | 48856 |
| | ENGINEERED PLASTIC COMP | | 53150 N MAIN ST | | | MATTAWAN | MI | 490719324 | | ENGINEERED PLASTIC COMP | 49832 |
| | ENGINEERED PLASTIC COMP | | 53150 N MAIN ST | | | MATTAWAN | MI | 490719324 | | ENGINEERED PLASTIC COMP | 49833 |
| | ENGINEERED PLASTICS COMPONENTS | | 1330 PULLMAN DR | | | EL PASO | TX | 79936 | | ENGINEERED PLASTICS COMPONENTS | 54855 |
| | FUJITSU TEN CORPORATION EFTOF AMERICA | | PO BOX 514668 | | | LOS ANGELES | CA | 90051-4668 | | Fujitsu Ten | 550069607 |
| | GRAND TRAVERSE STAMPING | | 2707 AERO PARK DRIVE | | | TRAVERSE CITY | MI | 49686 | | GRAND TRAVERSE STAMPING | 41267 |
| | HAERTER STANZTECHNIK GMBH | | GUTENBERGSTR 6-8 | | | KONIGSBACH STEIN | DE | 75203 | DE | HAERTER STANZTECHNIK GMBH | 55561 |
| | HONEYWELL SENSING & EFTCONTROL | | 1100 AIRPORT RD | | | SHELBY | NC | 28150 | | HONEYWELL SENSING & EFT CONTROL | P5420075 |
| | INFINEON TECHNOLOGIES CORP | | 2529 COMMERCE DRIVE SUITE H | | | KOKOMO | IN | 46902 | | INFINEON TECHNOLOGIES CORP | 55714 |
| | ITT CANNON SWITCH PRODUCTS 2 | | ITT CANNON SWITCH PRODUCTS | 8081 WALLACE ROAD | | EDEN PRAIRIE | MN | 55344 | | ITT CANNON SWITCH PRODUCTS 2 | 53248 |
| | J K L COMPONENTS | | 13343 PAXTON ST | | | PACOIMA | CA | 913312340 | | J K L COMPONENTS | 54982 |
| | JACKSON SPRING & MFG. CO. INC | | 299 BOND STREET | | | ELK GROVE VILLAGE | IL | 60007 | | JACKSON SPRING & MFG. CO. INC | 52423 |
| | KEMET ELECTRONICS CORP | | 2835 KEMET WAY | | | SIMPSONVILLE | SC | 29681 | | KEMET ELECTRONICS CORP | 50828 |
| | KEMET ELECTRONICS CORP | | 2835 KEMET WAY | | | SIMPSONVILLE | SC | 29681 | | KEMET ELECTRONICS CORP | 50857 |
| | KEMET ELECTRONICS CORP | | 2835 KEMET WAY | | | SIMPSONVILLE | SC | 29681 | | KEMET ELECTRONICS CORP | 50858 |
| | LITTELFUSE INC | | 800 E NORTHWEST HWY | | | DES PLAINES | IL | 60016 | | LITTELFUSE INC | 52791 |
| | LITTELFUSE INC | | 800 E NORTHWEST HWY | | | DES PLAINES | IL | 60016 | | LITTELFUSE INC | 52792 |
| | LITTELFUSE INC | | 800 E NORTHWEST HWY | | | DES PLAINES | IL | 60016 | | LITTELFUSE INC | 52793 |
| | LITTELFUSE INC | | 800 E NORTHWEST HWY | | | DES PLAINES | IL | 60016 | | LITTELFUSE INC | 52794 |
| | LITTELFUSE INC | | 800 E NORTHWEST HWY | | | DES PLAINES | IL | 60016 | | LITTELFUSE INC | 53008 |
| | LITTELFUSE INC | | 800 E NORTHWEST HWY | | | DES PLAINES | IL | 60016 | | LITTELFUSE INC | 53112 |
| | LITTELFUSE INC | | 800 E NORTHWEST HWY | | | DES PLAINES | IL | 60016 | | LITTELFUSE INC | 53411 |
| | LITTELFUSE INC | | 800 E NORTHWEST HWY | | | DES PLAINES | IL | 60016 | | LITTELFUSE INC | 54150 |
| | MURATA ELECTRONICS INC | | 2529 COMMERCE DRIVE | SUITE A | | KOKOMO | IN | 46902 | | MURATA ELECTRONICS INC | 49817 |
| | MURATA ELECTRONICS INC | | 2529 COMMERCE DRIVE | SUITE A | | KOKOMO | IN | 46902 | | MURATA ELECTRONICS INC | 49820 |
| | MURATA ELECTRONICS INC | | 2529 COMMERCE DRIVE | SUITE A | | KOKOMO | IN | 46902 | | MURATA ELECTRONICS INC | 49822 |
| | MURATA ELECTRONICS INC | | 2529 COMMERCE DRIVE | SUITE A | | KOKOMO | IN | 46902 | | MURATA ELECTRONICS INC | 50322 |
| | MURATA ELECTRONICS INC | | 2529 COMMERCE DRIVE | SUITE A | | KOKOMO | IN | 46902 | | MURATA ELECTRONICS INC | 50325 |
| | MURATA ELECTRONICS INC | | 2529 COMMERCE DRIVE | SUITE A | | KOKOMO | IN | 46902 | | MURATA ELECTRONICS INC | 50331 |
| | MURATA ELECTRONICS INC | | 2529 COMMERCE DRIVE | SUITE A | | KOKOMO | IN | 46902 | | MURATA ELECTRONICS INC | 50333 |
| | MURATA ELECTRONICS INC | | 2529 COMMERCE DRIVE | SUITE A | | KOKOMO | IN | 46902 | | MURATA ELECTRONICS INC | 50334 |
| | MURATA ELECTRONICS INC | | 2529 COMMERCE DRIVE | SUITE A | | KOKOMO | IN | 46902 | | MURATA ELECTRONICS INC | 52594 |
| | MURATA ELECTRONICS INC | | 2529 COMMERCE DRIVE | SUITE A | | KOKOMO | IN | 46902 | | MURATA ELECTRONICS INC | 54089 |
| | MURATA ELECTRONICS INC | | 2529 COMMERCE DRIVE | SUITE A | | KOKOMO | IN | 46902 | | MURATA ELECTRONICS INC | 54090 |
| | MURATA ELECTRONICS INC | | 2529 COMMERCE DRIVE | SUITE A | | KOKOMO | IN | 46902 | | MURATA ELECTRONICS INC | 54154 |
| | MURATA ELECTRONICS INC | | 2529 COMMERCE DRIVE | SUITE A | | KOKOMO | IN | 46902 | | MURATA ELECTRONICS INC | 54454 |
| | MURATA ELECTRONICS INC | | 2529 COMMERCE DRIVE | SUITE A | | KOKOMO | IN | 46902 | | MURATA ELECTRONICS INC | 54455 |
| | MURATA ELECTRONICS INC | | 2529 COMMERCE DRIVE | SUITE A | | KOKOMO | IN | 46902 | | MURATA ELECTRONICS INC | 54459 |
| | MURATA ELECTRONICS INC | | 2529 COMMERCE DRIVE | SUITE A | | KOKOMO | IN | 46902 | | MURATA ELECTRONICS INC | 54479 |
| | MURATA ELECTRONICS INC | | 2529 COMMERCE DRIVE | SUITE A | | KOKOMO | IN | 46902 | | MURATA ELECTRONICS INC | 54481 |
| | MURATA ELECTRONICS INC | | 2529 COMMERCE DRIVE | SUITE A | | KOKOMO | IN | 46902 | | MURATA ELECTRONICS INC | 54875 |
| | MURATA ELECTRONICS INC | | 2529 COMMERCE DRIVE | SUITE A | | KOKOMO | IN | 46902 | | MURATA ELECTRONICS INC | 55003 |
| | MURATA ELECTRONICS INC | | 2529 COMMERCE DRIVE | SUITE A | | KOKOMO | IN | 46902 | | MURATA ELECTRONICS INC | 55579 |
| | MURATA ELECTRONICS INC | | 2529 COMMERCE DRIVE | SUITE A | | KOKOMO | IN | 46902 | | MURATA ELECTRONICS INC | 55711 |
| | NICHICON CORP | | 927 EAST STATE PKWY | | | SCHAUMBURG | IL | 60173 | | NICHICON CORP | 47075 |
| | NICHICON CORP | | 927 EAST STATE PKWY | | | SCHAUMBURG | IL | 60173 | | NICHICON CORP | 47531 |

Delphi Corporation
Supplemental Non-Assumption Notices Service List

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Non-Debtor Counterparty | Contract |
| | NICHICON CORP | | 927 EAST STATE PKWY | | | SCHAUMBURG | IL | 60173 | | NICHICON CORP | 49682 |
| | NICHICON CORP | | 927 EAST STATE PKWY | | | SCHAUMBURG | IL | 60173 | | NICHICON CORP | 50647 |
| | NICHICON CORP | | 927 EAST STATE PKWY | | | SCHAUMBURG | IL | 60173 | | NICHICON CORP | 53555 |
| | NICHICON CORP | | 927 EAST STATE PKWY | | | SCHAUMBURG | IL | 60173 | | NICHICON CORP | 54444 |
| | NICHICON CORP | | 927 EAST STATE PKWY | | | SCHAUMBURG | IL | 60173 | | NICHICON CORP | 54983 |
| | NICHICON CORP | | 927 EAST STATE PKWY | | | SCHAUMBURG | IL | 60173 | | NICHICON CORP | 55375 |
| | OMRON DUALTEC AUTOMOTIVE ELEC | | 2270 BRISTOL CIRCLE | | | OAKVILLE | ON | L6H5S3 | CA | OMRON DUALTEC AUTOMOTIVE ELEC | 53977 |
| | OMRON DUALTEC AUTOMOTIVE ELEC | | 2270 BRISTOL CIRCLE | | | OAKVILLE | ON | L6H5S3 | CA | OMRON DUALTEC AUTOMOTIVE ELEC | 54856 |
| | ON SEMICONDUCTOR LLC | | VRBOVSKA CESTA 2617/102 | | | PIESTANY | SK | 92101 | SK | ON SEMICONDUCTOR LLC | 46210 |
| | ON SEMICONDUCTOR LLC | | VRBOVSKA CESTA 2617/102 | | | PIESTANY | SK | 92101 | SK | ON SEMICONDUCTOR LLC | 46214 |
| | ON SEMICONDUCTOR LLC | | VRBOVSKA CESTA 2617/102 | | | PIESTANY | SK | 92101 | SK | ON SEMICONDUCTOR LLC | 46215 |
| | ON SEMICONDUCTOR LLC | | VRBOVSKA CESTA 2617/102 | | | PIESTANY | SK | 92101 | SK | ON SEMICONDUCTOR LLC | 46216 |
| | ON SEMICONDUCTOR LLC | | VRBOVSKA CESTA 2617/102 | | | PIESTANY | SK | 92101 | SK | ON SEMICONDUCTOR LLC | 46221 |
| | ON SEMICONDUCTOR LLC | | VRBOVSKA CESTA 2617/102 | | | PIESTANY | SK | 92101 | SK | ON SEMICONDUCTOR LLC | 46222 |
| | ON SEMICONDUCTOR LLC | | VRBOVSKA CESTA 2617/102 | | | PIESTANY | SK | 92101 | SK | ON SEMICONDUCTOR LLC | 46223 |
| | ON SEMICONDUCTOR LLC | | VRBOVSKA CESTA 2617/102 | | | PIESTANY | SK | 92101 | SK | ON SEMICONDUCTOR LLC | 47204 |
| | ON SEMICONDUCTOR LLC | | VRBOVSKA CESTA 2617/102 | | | PIESTANY | SK | 92101 | SK | ON SEMICONDUCTOR LLC | 47206 |
| | ON SEMICONDUCTOR LLC | | VRBOVSKA CESTA 2617/102 | | | PIESTANY | SK | 92101 | SK | ON SEMICONDUCTOR LLC | 48956 |
| | ON SEMICONDUCTOR LLC | | VRBOVSKA CESTA 2617/102 | | | PIESTANY | SK | 92101 | SK | ON SEMICONDUCTOR LLC | 50582 |
| | ON SEMICONDUCTOR LLC | | VRBOVSKA CESTA 2617/102 | | | PIESTANY | SK | 92101 | SK | ON SEMICONDUCTOR LLC | 50584 |
| | ON SEMICONDUCTOR LLC | | VRBOVSKA CESTA 2617/102 | | | PIESTANY | SK | 92101 | SK | ON SEMICONDUCTOR LLC | 52353 |
| | ON SEMICONDUCTOR LLC | | VRBOVSKA CESTA 2617/102 | | | PIESTANY | SK | 92101 | SK | ON SEMICONDUCTOR LLC | 53427 |
| | ON SEMICONDUCTOR LLC | | VRBOVSKA CESTA 2617/102 | | | PIESTANY | SK | 92101 | SK | ON SEMICONDUCTOR LLC | 53469 |
| | ON SEMICONDUCTOR LLC | | VRBOVSKA CESTA 2617/102 | | | PIESTANY | SK | 92101 | SK | ON SEMICONDUCTOR LLC | 53822 |
| | ON SEMICONDUCTOR LLC | | VRBOVSKA CESTA 2617/102 | | | PIESTANY | SK | 92101 | SK | ON SEMICONDUCTOR LLC | 53823 |
| | ON SEMICONDUCTOR LLC | | VRBOVSKA CESTA 2617/102 | | | PIESTANY | SK | 92101 | SK | ON SEMICONDUCTOR LLC | 54053 |
| | ON SEMICONDUCTOR LLC | | VRBOVSKA CESTA 2617/102 | | | PIESTANY | SK | 92101 | SK | ON SEMICONDUCTOR LLC | 54062 |
| | ON SEMICONDUCTOR LLC | | VRBOVSKA CESTA 2617/102 | | | PIESTANY | SK | 92101 | SK | ON SEMICONDUCTOR LLC | 55168 |
| | ON SEMICONDUCTOR LLC | | VRBOVSKA CESTA 2617/102 | | | PIESTANY | SK | 92101 | SK | ON SEMICONDUCTOR LLC | 55172 |
| | ON SEMICONDUCTOR LLC | | VRBOVSKA CESTA 2617/102 | | | PIESTANY | SK | 92101 | SK | ON SEMICONDUCTOR LLC | 55178 |
| | ON SEMICONDUCTOR LLC | | VRBOVSKA CESTA 2617/102 | | | PIESTANY | SK | 92101 | SK | ON SEMICONDUCTOR LLC | 55402 |
| | ON SEMICONDUCTOR LLC | | VRBOVSKA CESTA 2617/102 | | | PIESTANY | SK | 92101 | SK | ON SEMICONDUCTOR LLC | 55403 |
| | ON SEMICONDUCTOR LLC | | VRBOVSKA CESTA 2617/102 | | | PIESTANY | SK | 92101 | SK | ON SEMICONDUCTOR LLC | 55456 |
| | ON SEMICONDUCTOR LLC | | VRBOVSKA CESTA 2617/102 | | | PIESTANY | SK | 92101 | SK | ON SEMICONDUCTOR LLC | 55544 |
| | ON SEMICONDUCTOR LLC | | VRBOVSKA CESTA 2617/102 | | | PIESTANY | SK | 92101 | SK | ON SEMICONDUCTOR LLC | 55651 |
| | OSRAM | | QUAD STATES SALES & MARKETING | 12160 ABRAMS RD #406 | | DALLAS | TX | 75243 | | OSRAM | 54106 |
| | OSRAM | | QUAD STATES SALES & MARKETING | 12160 ABRAMS RD #406 | | DALLAS | TX | 75243 | | OSRAM | 54108 |
| | PARLEX CORPORATION | | 2802 ADMIRALTY CENTRE TOWER 1 | 18 HARCOURT ROAD | | HONG KONG | HK | 3679 | HK | PARLEX CORPORATION | 53073 |
| | PARLEX CORPORATION | | 2802 ADMIRALTY CENTRE TOWER 1 | 18 HARCOURT ROAD | | HONG KONG | HK | 3679 | HK | PARLEX CORPORATION | 53074 |
| | PEC OF AMERICA | | 2297 NEILS BOHR COURT | SUITE 100 | | SAN DIEGO | CA | 92154 | | PEC OF AMERICA | 52809 |
| | PHILLIPS PLASTICS CORP | | 1201 HANLEY ROAD | | | HUDSON | WI | 54016 | | PHILLIPS PLASTICS CORP | 45005 |
| | PHILLIPS PLASTICS CORP | | 1201 HANLEY ROAD | | | HUDSON | WI | 54016 | | PHILLIPS PLASTICS CORP | 46246 |
| | PHILLIPS PLASTICS CORP | | 1201 HANLEY ROAD | | | HUDSON | WI | 54016 | | PHILLIPS PLASTICS CORP | 46247 |
| | PHILLIPS PLASTICS CORP | | 1201 HANLEY ROAD | | | HUDSON | WI | 54016 | | PHILLIPS PLASTICS CORP | 46418 |
| | PHILLIPS PLASTICS CORP | | 1201 HANLEY ROAD | | | HUDSON | WI | 54016 | | PHILLIPS PLASTICS CORP | 46695 |
| | PHILLIPS PLASTICS CORP | | 1201 HANLEY ROAD | | | HUDSON | WI | 54016 | | PHILLIPS PLASTICS CORP | 47272 |
| | PHILLIPS PLASTICS CORP | | 1201 HANLEY ROAD | | | HUDSON | WI | 54016 | | PHILLIPS PLASTICS CORP | 48414 |
| | PHILLIPS PLASTICS CORP | | 1201 HANLEY ROAD | | | HUDSON | WI | 54016 | | PHILLIPS PLASTICS CORP | 48415 |
| | PHILLIPS PLASTICS CORP | | 1201 HANLEY ROAD | | | HUDSON | WI | 54016 | | PHILLIPS PLASTICS CORP | 48416 |
| | PHILLIPS PLASTICS CORP | | 1201 HANLEY ROAD | | | HUDSON | WI | 54016 | | PHILLIPS PLASTICS CORP | 48417 |
| | PHILLIPS PLASTICS CORP | | 1201 HANLEY ROAD | | | HUDSON | WI | 54016 | | PHILLIPS PLASTICS CORP | 48418 |
| | PHILLIPS PLASTICS CORP | | 1201 HANLEY ROAD | | | HUDSON | WI | 54016 | | PHILLIPS PLASTICS CORP | 48419 |
| | PHILLIPS PLASTICS CORP | | 1201 HANLEY ROAD | | | HUDSON | WI | 54016 | | PHILLIPS PLASTICS CORP | 53285 |

Delphi Corporation
Supplemental Non-Assumption Notices Service List

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Non-Debtor Counterparty | Contract |
|---|---|---|---|---|---|---|---|---|---|---|
| PHILLIPS PLASTICS CORP | | 1201 HANLEY ROAD | | | HUDSON | WI | 54016 | | PHILLIPS PLASTICS CORP | 53288 |
| PHILLIPS PLASTICS CORP | | 1201 HANLEY ROAD | | | HUDSON | WI | 54016 | | PHILLIPS PLASTICS CORP | 53289 |
| PHILLIPS PLASTICS CORP | | 1201 HANLEY ROAD | | | HUDSON | WI | 54016 | | PHILLIPS PLASTICS CORP | 53758 |
| PHILLIPS PLASTICS CORP | | 1201 HANLEY ROAD | | | HUDSON | WI | 54016 | | PHILLIPS PLASTICS CORP | 53759 |
| PHILLIPS PLASTICS CORP | | 1201 HANLEY ROAD | | | HUDSON | WI | 54016 | | PHILLIPS PLASTICS CORP | 54682 |
| PLASTIC COMPONENTS INC | | N116W 18271 MORSE DRIVE | | | GERMANTOWN | WI | 53022 | | PLASTIC COMPONENTS INC | 50699 |
| PLASTIC COMPONENTS INC | | N116W 18271 MORSE DRIVE | | | GERMANTOWN | WI | 53022 | | PLASTIC COMPONENTS INC | 54017 |
| ROHM ELECTRONICS USA, LLC | | 2297 EAST BOULEVARD ST | | | KOKOMO | IN | 46902 | | ROHM ELECTRONICS USA, LLC | 45226 |
| ROWLEY SPRING CORP | | 210 REDSTONE HILL ROAD | | | BRISTOL | CT | 60107739 | | ROWLEY SPRING CORP | 51963 |
| ROWLEY SPRING CORP | | 210 REDSTONE HILL ROAD | | | BRISTOL | CT | 60107739 | | ROWLEY SPRING CORP | 52016 |
| ROWLEY SPRING CORP | | 210 REDSTONE HILL ROAD | | | BRISTOL | CT | 60107739 | | ROWLEY SPRING CORP | 52030 |
| ROWLEY SPRING CORP | | 210 REDSTONE HILL ROAD | | | BRISTOL | CT | 60107739 | | ROWLEY SPRING CORP | 52032 |
| ROWLEY SPRING CORP | | 210 REDSTONE HILL ROAD | | | BRISTOL | CT | 60107739 | | ROWLEY SPRING CORP | 52043 |
| ROWLEY SPRING CORP | | 210 REDSTONE HILL ROAD | | | BRISTOL | CT | 60107739 | | ROWLEY SPRING CORP | 52048 |
| ROWLEY SPRING CORP | | 210 REDSTONE HILL ROAD | | | BRISTOL | CT | 60107739 | | ROWLEY SPRING CORP | 52049 |
| ROWLEY SPRING CORP | | 210 REDSTONE HILL ROAD | | | BRISTOL | CT | 60107739 | | ROWLEY SPRING CORP | 52050 |
| ROWLEY SPRING CORP | | 210 REDSTONE HILL ROAD | | | BRISTOL | CT | 60107739 | | ROWLEY SPRING CORP | 52051 |
| ROWLEY SPRING CORP | | 210 REDSTONE HILL ROAD | | | BRISTOL | CT | 60107739 | | ROWLEY SPRING CORP | 52052 |
| ROWLEY SPRING CORP | | 210 REDSTONE HILL ROAD | | | BRISTOL | CT | 60107739 | | ROWLEY SPRING CORP | 52053 |
| ROWLEY SPRING CORP | | 210 REDSTONE HILL ROAD | | | BRISTOL | CT | 60107739 | | ROWLEY SPRING CORP | 52055 |
| ROWLEY SPRING CORP | | 210 REDSTONE HILL ROAD | | | BRISTOL | CT | 60107739 | | ROWLEY SPRING CORP | 52057 |
| ROWLEY SPRING CORP | | 210 REDSTONE HILL ROAD | | | BRISTOL | CT | 60107739 | | ROWLEY SPRING CORP | 52059 |
| S T MICROELECTRONICS INC | | 2745 ALBRIGHT ROAD | | | KOKOMO | IN | 46902 | | S T MICROELECTRONICS INC | 50062 |
| S T MICROELECTRONICS INC | | 2745 ALBRIGHT ROAD | | | KOKOMO | IN | 46902 | | S T MICROELECTRONICS INC | 50063 |
| S T MICROELECTRONICS INC | | 2745 ALBRIGHT ROAD | | | KOKOMO | IN | 46902 | | S T MICROELECTRONICS INC | 50576 |
| S T MICROELECTRONICS INC | | 2745 ALBRIGHT ROAD | | | KOKOMO | IN | 46902 | | S T MICROELECTRONICS INC | 50577 |
| S T MICROELECTRONICS INC | | 2745 ALBRIGHT ROAD | | | KOKOMO | IN | 46902 | | S T MICROELECTRONICS INC | 50578 |
| S T MICROELECTRONICS INC | | 2745 ALBRIGHT ROAD | | | KOKOMO | IN | 46902 | | S T MICROELECTRONICS INC | 50579 |
| S T MICROELECTRONICS INC | | 2745 ALBRIGHT ROAD | | | KOKOMO | IN | 46902 | | S T MICROELECTRONICS INC | 54061 |
| SMALL PARTS INC EFT | | 600 HUMPHREY ST. | | | LOGANSPORT | IN | 46947-4949 | | SMALL PARTS INC EFT | P4120078 |
| SOFANOU INC | | OF TEXAS | 12270 ROJAS DRIVE | | EL PASO | TX | 79936 | | SOFANOU INC | 40643 |
| SOFANOU INC | | OF TEXAS | 12270 ROJAS DRIVE | | EL PASO | TX | 79936 | | SOFANOU INC | 53708 |
| ST CLAIR PLASTICS | | 30855 TETON PLACE | | | CHESTERFIELD TWP | MI | 48047 | | ST CLAIR PLASTICS | 55391 |
| STANLEY ELECTRIC OF A. INC | | 2660 BARRANCA PARKWAY | | | IRVINE | CA | 926065029 | | STANLEY ELECTRIC OF A. INC | 46288 |
| STANLEY ELECTRIC OF A. INC | | 2660 BARRANCA PARKWAY | | | IRVINE | CA | 926065029 | | STANLEY ELECTRIC OF A. INC | 46854 |
| STANLEY ELECTRIC OF A. INC | | 2660 BARRANCA PARKWAY | | | IRVINE | CA | 926065029 | | STANLEY ELECTRIC OF A. INC | 48032 |
| STANLEY ELECTRIC OF A. INC | | 2660 BARRANCA PARKWAY | | | IRVINE | CA | 926065029 | | STANLEY ELECTRIC OF A. INC | 48843 |
| STANLEY ELECTRIC OF A. INC | | 2660 BARRANCA PARKWAY | | | IRVINE | CA | 926065029 | | STANLEY ELECTRIC OF A. INC | 54009 |
| STANLEY ELECTRIC OF A. INC | | 2660 BARRANCA PARKWAY | | | IRVINE | CA | 926065029 | | STANLEY ELECTRIC OF A. INC | 54118 |
| STANLEY ELECTRIC OF A. INC | | 2660 BARRANCA PARKWAY | | | IRVINE | CA | 926065029 | | STANLEY ELECTRIC OF A. INC | 54925 |
| STANLEY ELECTRIC OF A. INC | | 2660 BARRANCA PARKWAY | | | IRVINE | CA | 926065029 | | STANLEY ELECTRIC OF A. INC | 55794 |
| SUMCO INC | | 1351 S GIRLS SCHOOL RD | | | INDIANAPOLIS | IN | 46231 | | SUMCO INC | 55779 |
| SUMCO INC | | 1351 S GIRLS SCHOOL RD | | | INDIANAPOLIS | IN | 46231 | | SUMCO INC | 55784 |
| SYN TECH LTD | | 1433 WEST FULLERTON AVE | | | ADDISON | IL | 601014366 | | SYN TECH LTD | 41219 |
| SYN TECH LTD | | 1433 WEST FULLERTON AVE | | | ADDISON | IL | 601014366 | | SYN TECH LTD | 47130 |
| SYN TECH LTD | | 1433 WEST FULLERTON AVE | | | ADDISON | IL | 601014366 | | SYN TECH LTD | 49038 |
| SYN TECH LTD | | 1433 WEST FULLERTON AVE | | | ADDISON | IL | 601014366 | | SYN TECH LTD | 49609 |
| SYN TECH LTD | | 1433 WEST FULLERTON AVE | | | ADDISON | IL | 601014366 | | SYN TECH LTD | 52393 |
| SYN TECH LTD | | 1433 WEST FULLERTON AVE | | | ADDISON | IL | 601014366 | | SYN TECH LTD | 53168 |
| SYN TECH LTD | | 1433 WEST FULLERTON AVE | | | ADDISON | IL | 601014366 | | SYN TECH LTD | 54487 |
| TELLA TOOL & MFG | | 1015 N RIDGE AVE | | | LOMBARD | IL | 601481210 | | TELLA TOOL & MFG | 40804 |
| VISHAY AMERICAS INC | | PO BOX 609 | | | COLUMBUS | NE | 68601 | | VISHAY AMERICAS INC | 56191 |
| WAMCO INC | | 188 INDUSTRIAL DRIVE | SUITE 305 | | ELMHURST | IL | 60126 | | WAMCO INC | 47079 |
| WORLD PRODUCTS INC | | 19654 8 ST EAST | | | SONOMA | CA | 95476 | | WORLD PRODUCTS INC | 50252 |
| WORLD PRODUCTS INC | | 19654 8 ST EAST | | | SONOMA | CA | 95476 | | WORLD PRODUCTS INC | 52593 |

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                :
    In re                                   :    Chapter 11
                                                                :
DELPHI CORPORATION, et al.,                                     :    Case No. 05-44481 (RDD)
                                                                :
        Debtors.          :    (Jointly Administered)
                                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF NON-ASSUMPTION UNDER THE MODIFIED PLAN WITH RESPECT TO CERTAIN
EXPIRED OR TERMINATED CONTRACTS OR LEASES PREVIOUSLY DEEMED TO BE
ASSUMED OR ASSUMED AND ASSIGNED UNDER CONFIRMED PLAN OF REORGANIZATION

PLEASE TAKE NOTICE that on June 16, 2009, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an order which, among other things, (i) approved solicitation with respect to modifications to the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, as modified (the "Modified Plan") filed by Delphi Corporation and its affiliated debtors and debtors-in-possession (the "Debtors"), (ii) approved a supplement to the disclosure statement approved by the Bankruptcy Court on December 10, 2007 (the "Supplement"), and (iii) set a final hearing date to consider approval of the Modified Plan (the "Modification Procedures Order") (Docket No. 17032), as amended and supplemented by the Supplemental Modification Procedures Order entered by the Bankruptcy Court on June 29, 2009 (Docket No. 17376).

The Modified Plan provides that all executory contracts and unexpired leases as to which any Debtor is a party shall be deemed automatically assumed in accordance with the provisions and requirements of sections 365 and 1123 of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended and in effect on October 8, 2005 (the "Bankruptcy Code") as of the Effective Date (as defined in the Modified Plan), unless such executory contracts or unexpired leases (i) shall have been previously rejected by the Debtors by final order of the Bankruptcy Court, (ii) shall be the subject of a motion to reject, or that otherwise authorizes rejection, filed on or before the date of entry of an order approving the Modified Plan, (iii) shall be rejected or assumed pursuant to a motion to sell or transfer property or assets filed by the Debtors prior to the Effective Date pursuant to their own terms, (iv) shall have expired or terminated on or prior to the Effective Date (and not otherwise extended) pursuant to their own terms, (v) are listed on the schedule of rejected contracts attached as Exhibit 8.1(a)—Rejected Contracts to the Modified Plan, or (vi) are otherwise rejected pursuant to the terms of the Modified Plan and/or upon the direction of either Buyer (as defined in the Modified Plan) pursuant to the Master Disposition Agreement.

In accordance with the Modification Procedures Order, the Supplement, and the Modified Plan, the Debtors hereby provide notice that the contract(s) listed on Schedule 1 attached hereto will not be assumed or assumed and assigned by the Debtors, as provided in the Modified Plan and the Supplement, because such contract(s) have expired or terminated.

PLEASE TAKE FURTHER NOTICE that copies of the Supplement, the Modified Plan, and any exhibits thereto are publicly available, along with the docket and other case information, at www.delphidocket.com. This information may also be obtained, upon reasonable written request, from the Creditor Voting Agent at the following address: Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, California 90245.

PLEASE TAKE FURTHER NOTICE that the hearing to consider approval of the Modified Plan (the "Final Modification Hearing") will commence on **July 23, 2009 at 10:00 a.m.** (prevailing Eastern time) or as soon thereafter as counsel can be heard, before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004. The Final Modification Hearing may be adjourned from time to time by announcing the adjournment in open court, and the Modified Plan may be further modified, if necessary, under 11 U.S.C. § 1127 before, during, or as a result of the Final Modification Hearing, without further notice to parties-in-interest.

PLEASE TAKE FURTHER NOTICE THAT **July 15, 2009 at 4:00 p.m.** (prevailing Eastern time) is fixed as the last date and time for filing and serving objections to approval of the Modified Plan (the "Objection Deadline"). To be considered, objections, if any, to approval of the Modified Plan must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 20, 2006 (Docket No. 2883), the Fourteenth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered May 1, 2009 (Docket No. 16589), and the Modification Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, One Bowling Green, Room 632, New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel), (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr. and Ron E. Meisler) and Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036 (Att'n: Kayalyn A. Marafioti and Gregory W. Fox), (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Brian Masumoto), (iv) counsel for the official committee of unsecured creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg, Mark A. Broude, and Mitchell A. Seider), (v) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Donald Bernstein and Brian Resnick), (vi) counsel for the Tranche C Collective, Willkie Farr & Gallagher LLP, 787 Seventh Avenue New York, New York 10019 (Att'n: Richard Mancino and Marc Abrams), (vii) counsel for the United States Department of the Treasury, Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, New York 10281 (Att'n: John J. Rapisardi and Oren B. Haker), (viii) counsel for the United States Department of Justice, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Att'n: Matthew L. Schwartz and Joseph N. Cordaro), (ix) counsel for General Motors Corporation, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Att'n: Jeffrey L. Tanenbaum and Robert J. Lemons), and (x) counsel for Parnassus Holdings II, LLC, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, New York 10022 (Att'n: Adam C. Harris and David J. Karp), in each case so as to be **received no later than the Objection Deadline. Objections not timely filed and served in the manner set forth above may not be considered and may be deemed overruled.**

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com


Dated:    New York, New York
             July 17, 2009

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
      John Wm. Butler, Jr.
      Ron E. Meisler
155 North Wacker Drive
Chicago, Illinois 60606

             - and -
      Kayalyn A. Marafioti
      Thomas J. Matz
Four Times Square
New York, New York 10036

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

**Schedule 1**

| Non-Debtor Counterparty | Contract(s) |
|---|---|
| ❿ | ⓫ |

# EXHIBIT C

## Schedule 1

| Non-Debtor Counterparty | Contract(s) |
| --- | --- |
| COMMERCIAL SPRING & TOOL EFT COMPANY LIMITED | P4120093 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Schedule 1**

| Non-Debtor Counterparty | Contract(s) |
| --- | --- |
| OMRON DUALTEC AUTOMOTIVE ELEC | 53977 |
| OMRON DUALTEC AUTOMOTIVE ELEC | 54856 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Schedule 1**

| Non-Debtor Counterparty | Contract(s) |
|---|---|
| HAERTER STANZTECHNIK GMBH | 55561 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Schedule 1**

| Non-Debtor Counterparty | Contract(s) |
|---|---|
| PARLEX CORPORATION | 53074 |
| PARLEX CORPORATION | 53073 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Schedule 1**

| **Non-Debtor Counterparty** | **Contract(s)** |
|---|---|
| ON SEMICONDUCTOR LLC | 55403 |
| ON SEMICONDUCTOR LLC | 46216 |
| ON SEMICONDUCTOR LLC | 46221 |
| ON SEMICONDUCTOR LLC | 46223 |
| ON SEMICONDUCTOR LLC | 55651 |
| ON SEMICONDUCTOR LLC | 53469 |
| ON SEMICONDUCTOR LLC | 53427 |
| ON SEMICONDUCTOR LLC | 46222 |
| ON SEMICONDUCTOR LLC | 53823 |
| ON SEMICONDUCTOR LLC | 52353 |
| ON SEMICONDUCTOR LLC | 54062 |
| ON SEMICONDUCTOR LLC | 46210 |
| ON SEMICONDUCTOR LLC | 55168 |
| ON SEMICONDUCTOR LLC | 50582 |
| ON SEMICONDUCTOR LLC | 55544 |
| ON SEMICONDUCTOR LLC | 55456 |
| ON SEMICONDUCTOR LLC | 46214 |
| ON SEMICONDUCTOR LLC | 55402 |
| ON SEMICONDUCTOR LLC | 55172 |
| ON SEMICONDUCTOR LLC | 47206 |
| ON SEMICONDUCTOR LLC | 50584 |
| ON SEMICONDUCTOR LLC | 53822 |
| ON SEMICONDUCTOR LLC | 54053 |
| ON SEMICONDUCTOR LLC | 46215 |
| ON SEMICONDUCTOR LLC | 48956 |
| ON SEMICONDUCTOR LLC | 47204 |
| ON SEMICONDUCTOR LLC | 55178 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**Schedule 1**

| Non-Debtor Counterparty | Contract(s) |
| --- | --- |
| ARGENT AUTOMOTIVE SYSTEMS INC | 47208 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Schedule 1**

| Non-Debtor Counterparty | Contract(s) |
|---|---|
| CENTURY MOLD & TOOL CO INC | 54506 |
| CENTURY MOLD & TOOL CO INC | 54536 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Schedule 1**

| Non-Debtor Counterparty | Contract(s) |
| --- | --- |
| CINCH CONNECTORS INC | 550045174 |
| CINCH CONNECTORS INC | 550044800 |
| CINCH CONNECTORS INC | 550042117 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Schedule 1**

| Non-Debtor Counterparty | Contract(s) |
|---|---|
| COMUS INTERNATIONAL INC. | 48856 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Schedule 1**

| Non-Debtor Counterparty | Contract(s) |
|---|---|
| ENGINEERED PLASTIC COMP | 49833 |
| ENGINEERED PLASTIC COMP | 49832 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Schedule 1**

| Non-Debtor Counterparty | Contract(s) |
|---|---|
| ENGINEERED PLASTICS COMPONENTS | 54855 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Schedule 1**

| Non-Debtor Counterparty | Contract(s) |
| --- | --- |
| Fujitsu Ten | 550069607 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Schedule 1**

| Non-Debtor Counterparty | Contract(s) |
| --- | --- |
| GRAND TRAVERSE STAMPING | 41267 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Schedule 1**

| Non-Debtor Counterparty | Contract(s) |
|---|---|
| HONEYWELL SENSING & EFT CONTROL | P5420075 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Schedule 1**

| Non-Debtor Counterparty | Contract(s) |
|---|---|
| INFINEON TECHNOLOGIES CORP | 55714 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Schedule 1**

| **Non-Debtor Counterparty** | **Contract(s)** |
|---|---|
| ITT CANNON SWITCH PRODUCTS 2 | 53248 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Schedule 1**

| **Non-Debtor Counterparty** | **Contract(s)** |
|---|---|
| J K L COMPONENTS | 54982 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Schedule 1**

| Non-Debtor Counterparty | Contract(s) |
|---|---|
| JACKSON SPRING & MFG. CO. INC | 52423 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**Schedule 1**

| Non-Debtor Counterparty | Contract(s) |
|---|---|
| KEMET ELECTRONICS CORP | 50858 |
| KEMET ELECTRONICS CORP | 50857 |
| KEMET ELECTRONICS CORP | 50828 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Schedule 1**

| Non-Debtor Counterparty | Contract(s) |
|---|---|
| LITTELFUSE INC | 53112 |
| LITTELFUSE INC | 52794 |
| LITTELFUSE INC | 52793 |
| LITTELFUSE INC | 52792 |
| LITTELFUSE INC | 52791 |
| LITTELFUSE INC | 53008 |
| LITTELFUSE INC | 54150 |
| LITTELFUSE INC | 53411 |

**Schedule 1**

| **Non-Debtor Counterparty** | **Contract(s)** |
|---|---|
| MURATA ELECTRONICS INC | 50322 |
| MURATA ELECTRONICS INC | 52594 |
| MURATA ELECTRONICS INC | 49817 |
| MURATA ELECTRONICS INC | 49822 |
| MURATA ELECTRONICS INC | 54875 |
| MURATA ELECTRONICS INC | 54481 |
| MURATA ELECTRONICS INC | 54089 |
| MURATA ELECTRONICS INC | 54454 |
| MURATA ELECTRONICS INC | 54455 |
| MURATA ELECTRONICS INC | 50333 |
| MURATA ELECTRONICS INC | 54479 |
| MURATA ELECTRONICS INC | 50325 |
| MURATA ELECTRONICS INC | 54459 |
| MURATA ELECTRONICS INC | 49820 |
| MURATA ELECTRONICS INC | 55003 |
| MURATA ELECTRONICS INC | 50334 |
| MURATA ELECTRONICS INC | 55579 |
| MURATA ELECTRONICS INC | 54154 |
| MURATA ELECTRONICS INC | 54090 |
| MURATA ELECTRONICS INC | 50331 |
| MURATA ELECTRONICS INC | 55711 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**Schedule 1**

| Non-Debtor Counterparty | Contract(s) |
|---|---|
| NICHICON CORP | 49682 |
| NICHICON CORP | 55375 |
| NICHICON CORP | 47531 |
| NICHICON CORP | 53555 |
| NICHICON CORP | 50647 |
| NICHICON CORP | 47075 |
| NICHICON CORP | 54444 |
| NICHICON CORP | 54983 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

## Schedule 1

| Non-Debtor Counterparty | Contract(s) |
|---|---|
| OSRAM | 54106 |
| OSRAM | 54108 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**Schedule 1**

| Non-Debtor Counterparty | Contract(s) |
|---|---|
| PEC OF AMERICA | 52809 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Schedule 1**

| Non-Debtor Counterparty | Contract(s) |
|---|---|
| PHILLIPS PLASTICS CORP | 46695 |
| PHILLIPS PLASTICS CORP | 46247 |
| PHILLIPS PLASTICS CORP | 46246 |
| PHILLIPS PLASTICS CORP | 48417 |
| PHILLIPS PLASTICS CORP | 53285 |
| PHILLIPS PLASTICS CORP | 48419 |
| PHILLIPS PLASTICS CORP | 48415 |
| PHILLIPS PLASTICS CORP | 53288 |
| PHILLIPS PLASTICS CORP | 48418 |
| PHILLIPS PLASTICS CORP | 53758 |
| PHILLIPS PLASTICS CORP | 48414 |
| PHILLIPS PLASTICS CORP | 53759 |
| PHILLIPS PLASTICS CORP | 45005 |
| PHILLIPS PLASTICS CORP | 46418 |
| PHILLIPS PLASTICS CORP | 48416 |
| PHILLIPS PLASTICS CORP | 54682 |
| PHILLIPS PLASTICS CORP | 47272 |
| PHILLIPS PLASTICS CORP | 53289 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**Schedule 1**

| Non-Debtor Counterparty | Contract(s) |
|---|---|
| PLASTIC COMPONENTS INC | 54017 |
| PLASTIC COMPONENTS INC | 50699 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Schedule 1**

| Non-Debtor Counterparty | Contract(s) |
|---|---|
| ROHM ELECTRONICS USA, LLC | 45226 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Schedule 1**

| Non-Debtor Counterparty | Contract(s) |
|---|---|
| ROWLEY SPRING CORP | 52016 |
| ROWLEY SPRING CORP | 51963 |
| ROWLEY SPRING CORP | 52048 |
| ROWLEY SPRING CORP | 52032 |
| ROWLEY SPRING CORP | 52059 |
| ROWLEY SPRING CORP | 52057 |
| ROWLEY SPRING CORP | 52051 |
| ROWLEY SPRING CORP | 52053 |
| ROWLEY SPRING CORP | 52049 |
| ROWLEY SPRING CORP | 52030 |
| ROWLEY SPRING CORP | 52055 |
| ROWLEY SPRING CORP | 52050 |
| ROWLEY SPRING CORP | 52043 |
| ROWLEY SPRING CORP | 52052 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Schedule 1**

| Non-Debtor Counterparty | Contract(s) |
|---|---|
| S T MICROELECTRONICS INC | 50063 |
| S T MICROELECTRONICS INC | 50579 |
| S T MICROELECTRONICS INC | 50576 |
| S T MICROELECTRONICS INC | 50062 |
| S T MICROELECTRONICS INC | 50578 |
| S T MICROELECTRONICS INC | 50577 |
| S T MICROELECTRONICS INC | 54061 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Schedule 1**

| Non-Debtor Counterparty | Contract(s) |
|---|---|
| SMALL PARTS INC EFT | P4120078 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Schedule 1**

| Non-Debtor Counterparty | Contract(s) |
|---|---|
| SOFANOU INC | 40643 |
| SOFANOU INC | 53708 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Schedule 1**

| Non-Debtor Counterparty | Contract(s) |
|---|---|
| ST CLAIR PLASTICS | 55391 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Schedule 1**

| Non-Debtor Counterparty | Contract(s) |
|---|---|
| STANLEY ELECTRIC OF A. INC | 46288 |
| STANLEY ELECTRIC OF A. INC | 46854 |
| STANLEY ELECTRIC OF A. INC | 54118 |
| STANLEY ELECTRIC OF A. INC | 48032 |
| STANLEY ELECTRIC OF A. INC | 54925 |
| STANLEY ELECTRIC OF A. INC | 54009 |
| STANLEY ELECTRIC OF A. INC | 55794 |
| STANLEY ELECTRIC OF A. INC | 48843 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Schedule 1**

| Non-Debtor Counterparty | Contract(s) |
|---|---|
| SUMCO INC | 55779 |
| SUMCO INC | 55784 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Schedule 1**

| Non-Debtor Counterparty | Contract(s) |
|---|---|
| SYN TECH LTD | 53168 |
| SYN TECH LTD | 49609 |
| SYN TECH LTD | 41219 |
| SYN TECH LTD | 54487 |
| SYN TECH LTD | 52393 |
| SYN TECH LTD | 47130 |
| SYN TECH LTD | 49038 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Schedule 1**

| **Non-Debtor Counterparty** | **Contract(s)** |
|---|---|
| TELLA TOOL & MFG | 40804 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Schedule 1**

| Non-Debtor Counterparty | Contract(s) |
|---|---|
| VISHAY AMERICAS INC | 56191 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Schedule 1**

| Non-Debtor Counterparty | Contract(s) |
| --- | --- |
| WAMCO INC | 47079 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Schedule 1**

| Non-Debtor Counterparty | Contract(s) |
|---|---|
| WORLD PRODUCTS INC | 52593 |
| WORLD PRODUCTS INC | 50252 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |