UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------x

| | |
|---|---|
| In Re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors | (Jointly Administered) |

--------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF APPEARANCE AND
### REQUEST TO BE REMOVED FROM DISTRIBUTION LIST

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Barry Lax, of the Law Offices of Lax & Neville, LLP ("Counsel") files this Notice of Withdrawal of Appearance and Request to be Removed from Distribution List in the above captioned proceeding, and in connection therewith would respectfully show the Court as follows:

1. Counsel has been acting as local counsel for Stahl Cowen Crowley Addis, LLC on behalf of Paul Higgins, James Conger, Doug Kittle and Joni Walls and on behalf of other Delphi Non-Union Salaried Retirees relating to the above-referenced bankruptcy proceedings.

2. Counsel is no longer counsel to any party in the above referenced bankruptcy proceeding and therefore it is no longer necessary for Counsel to receive copies of notices in this bankruptcy proceeding.

3. Therefore, Counsel withdraws his appearance and gives notice that he should be removed from all present and future distribution lists.

Date:   July 23, 2009                    Respectfully submitted,

                                         Lax & Neville, LLP


                                         By:   s/ Barry Lax
                                               Barry Lax
                                               LAX & NEVILLE LLP
                                               1412 Broadway
                                               Suite 1407
                                               New York, NY 10018
                                               (212) 696-1999
                                               BLax@laxneville.com


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on this 23rd day of July, 2009 to all parties pursuant to the CM/ECF document delivery system established by the Court.

                                         s/ Barry Lax
                                         Barry Lax