UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                                   :   Chapter 11
                                                         :
DELPHI CORPORATION, et al.,                              :
                                                         :   Case No. 05-44481 (RDD)
                              Debtors.                   :
                                                         :   (Jointly Administered)
------------------------------------------------------------x

### ORDER APPROVING MOTION OF DENNIS BLACK AND CHARLES CUNNINGHAM UNDER RULE 2018(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR AN ORDER AUTHORIZING INTERVENTION INTO THIS CASE

**UPON** the Motion of Dennis Black and Charles Cunningham Under Rule 2018(a) of the Federal Rules of Bankruptcy Procedure For An Order Authorizing Intervention into this Case ("Motion"), by their attorneys, Morrison Cohen LLP and Miller Chevalier Chartered; and proper and adequate notice of the Motion having been given under the circumstances and no other or further notice being necessary; and a hearing having taken place on the Motion on July 23, 2009 ("Hearing") at which the debtors herein withdrew their opposition to the Motion's request for intervention set forth in their Preliminary Objection; and, after due deliberation, and the Court having determined for the reasons set forth on the record at the Hearing that sufficient cause exists, subject to compliance with Fed R. Bankr. P. 2019, for the relief requested in the Motion, it is hereby

**ORDERED,** that the Motion is granted as provided herein and movants are authorized to intervene in the above-captioned chapter 11 case; and it is further

**ORDERED,** that the requirement under Local Bankruptcy Rule 9013-1(b) for the filing

of a memorandum of law in support of the Motion is waived with respect to the Motion.

Dated: New York, New York
      July 24, 2009                      /s/Robert D. Drain
                                        **HONORABLE ROBERT D. DRAIN**
                                        **UNITED STATES BANKRUPTCY JUDGE**