To: Honorable Robert D. Drain

Subject: Docket Number 05-44481 (RDD)

I am a Salaried Delphi Retiree, who just retired January 1, 2009 with 30 yrs. of service.

I object to the June 1, 2009 Master Disposition Agreement, Article 9.5.11. This atricle declares that severance payments will be terminated upon the closing date.

I was counting on this severance to pay off bills since I was taking an early retirement.

Severance payment is by contract. How can this be cancelled!!

I waved certain rights to receive severance. These contracts were into during bankruptcy. I retired 1/1/2009 and signed a contract to receive 12 mos of severance. Severance payments are a contract liability (not a Delphi provided benefit).

I have a valid/binding/legal contract and I expect it to be honored.

Please do not rule in favor of eliminating severance

Sincerely,

Marsha L. Vivo