**CONLIN, McKENNEY & PHILBRICK, P.C.**
Bruce N. Elliott (P28770) (admitted *Pro Hac Vice*)
350 S. Main Street, Suite 400
Ann Arbor, Michigan 48104-2131
(734) 761-9000

**Counsel for Brazeway, Inc.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **In re:** | § § | Chapter 11 |
| **DELPHI CORPORATION,** *et al.* | § § | Case No. 05-44481 (RDD) |
| Debtors. | § § § | (Jointly Administered) |

**WITHDRAWAL OF OBJECTION OF BRAZEWAY, INC. TO
APPROVAL AND/OR CONFIRMATION OF
FIRST AMENDED JOINT PLAN OF REORGANIZATION
OF DELPHI CORPORATION AND CERTAIN AFFILIATES,
DEBTORS AND DEBTORS-IN-POSSESSION (AS MODIFIED)**

NOW COMES Brazeway, Inc. ("Brazeway"), by its undersigned attorneys and hereby withdraws its objection filed on July 15, 2009 (Docket No. 18273) with respect to the approval and/or confirmation of the First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession, as modified. The foregoing withdrawal is made without prejudice.

/s/ Bruce N. Elliott
Bruce N. Elliott (P28770)
(admitted *Pro Hac Vice*)
CONLIN, McKENNEY & PHILBRICK, P.C.
Counsel for Brazeway, Inc.
350 South Main Street, Suite 400
Ann Arbor, Michigan 48104-2131
Telephone: (734) 761-9000
Facsimile: (734) 761-9001

Dated: July 27, 2009

## CERTIFICATE OF SERVICE

    I hereby certify that on July 27, 2009, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will serve copies on all parties and counsel of record.

/s/ Bruce N. Elliott
Bruce N. Elliott (P28770)
(admitted *Pro Hac Vice*)
CONLIN, McKENNEY & PHILBRICK, P.C.
Counsel for Brazeway, Inc.
350 South Main Street, Suite 400
Ann Arbor, Michigan 48104-2131
Telephone: (734) 761-9000
Facsimile: (734) 761-9001

Dated: July 27, 2009

M:\ATTY-SHARED\CLM\B\BRAZEWAY\DELPHI\WITHDRAWAL OF OBJECTION TO FIRST AMD PLAN OF REORG.WPD