UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

ORDER ESTIMATING CLAIMS FOR PURPOSES
OF VOTING ON PLAN OF REORGANIZATION

Upon the motion, dated July 2, 2009 (the "Union Motion") of the International Union of Operating Engineers Locals 832S, 18S, and 101S (the "IUOE"), the International Brotherhood of Electrical Workers and its Local 663 (the "IBEW"), and the International Association of Machinists and Aerospace Workers and its District 10 and Tool and Die Makers Lodge 78 (the "IAM"); the motion, dated July 1, 2009 (the "Hyundai Motion") of Hyundai Motor Company and Hyundai Motor America (collectively, "Hyundai"); and the motion, dated July 2, 2009 (the "FCI Motion" and together with the Union Motion and the Hyundai Motion, the "Motions") of Fiduciary Counselors, Inc. ("FCI"); and upon the record of the hearing held on each of the Motions; and it appearing that proper and adequate notice of each of the Motions has been given and that no other or further notice is necessary; and after due deliberation thereon, and sufficient cause appearing therefor; it is hereby

ORDERED, that each of the Motions is granted; and it is further

ORDERED, that solely for purposes of voting on the Plan, each provisional ballot submitted by FCI (the "FCI Ballots") shall be deemed valid and timely submitted in the amounts set forth therein; and it is further

ORDERED, that solely for purposes of voting on the Plan, each provisional ballot submitted by Hyundai (the "Hyundai Ballots") shall be deemed valid and timely submitted in the amounts set forth therein; and it is further

ORDERED, that solely for purposes of voting on the Plan, each provisional ballot submitted by each of the IUOE, the IBEW, and the IAM (collectively, the "Union Ballots" and together with the FCI Ballots and the Hyundai Ballots, the "Ballots") shall be deemed valid and timely submitted in the amounts set forth in <u>Exhibit A</u> attached hereto; and it is further

ORDERED, the temporary allowance of the Ballots was solely for the purposes of voting and reflects no other determination by this Court of the amount, allowability, or priority of such claims related to the Ballots.

Dated:  July 27, 2009
　　　　New York, New York

　　　　　　　　　　　　　　　　　　_/s/Robert D. Drain_____
　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge