| Claim Number | Creditor Name | Class | Class Description | Voting Amount | Accept or Reject |
|---|---|---|---|---|---|
| 13863 | IAMAW District 10 and Lodge 78 on behalf of the employees and retirees it represents | 1C-1 | Delphi-DAS Debtors | $13,856,072 | Reject |
| 14334 | IAMAW District 10 and Lodge 78 on Behalf of the Employees and Retirees it Represents | 1C-1 | Delphi-DAS Debtors | $13,856,072 | Reject |
| 13875 | IBEW Local 663 on Behalf of the Employees and Retirees it Represents | 1C-1 | Delphi-DAS Debtors | $32,931,695 | Reject |
| 13875 | IBEW Local 663 on Behalf of the Employees and Retirees it Represents | 1C-1 | Delphi-DAS Debtors | $32,931,695 | Reject |
| 14350 | IBEW Local 663 on Behalf of the Employees and Retirees it Represents | 1C-1 | Delphi-DAS Debtors | $32,931,695 | Reject |
| 13663 | International Union of Operating Engineers Local 101 S on Behalf of Employees and Retirees it Represents | 1C-1 | Delphi-DAS Debtors | $1,769,400 | Reject |
| 13730 | International Union of Operating Engineers Local 101 S on Behalf of Employees and Retirees it Represents | 1C-1 | Delphi-DAS Debtors | $1,769,400 | Reject |
| 13734 | International Union of Operating Engineers Local 18 S on Behalf of Employees and Retirees it Represents | 1C-1 | Delphi-DAS Debtors | $1,769,400 | Reject |
| 15071 | International Union of Operating Engineers Local 18 S on Behalf of Employees and Retirees it Represents | 1C-1 | Delphi-DAS Debtors | $1,769,400 | Reject |
| 13699 | International Union of Operating Engineers Local 832 S on Behalf of Employees and Retirees it Represents | 1C-1 | Delphi-DAS Debtors | $1,647,360 | Reject |
| 15075 | International Union of Operating Engineers Local 832 S on Behalf of Employees and Retirees it Represents | 1C-1 | Delphi-DAS Debtors | $1,769,400 | Reject |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1