UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
In re:                                              :        Chapter 11
                                                    :
DELPHI CORPORATION, et. al.,                        :        Case No. 05-44481-RDD
                                                    :
                            Debtors.                :
------------------------------------------------------------------------X

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

The Court, having reviewed the Motion for Admission *Pro Hac Vice* of Marc N. Swanson, of Miller, Canfield, Paddock and Stone, P.L.C. and being otherwise duly advised in the premises;

IT IS HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* of Marc N. Swanson be granted, permitting to practice before the United States Bankruptcy Court, Southern District of New York for the purposes of the above-referenced bankruptcy cases only provided that the filing fee has been paid.

Dated:  New York, New York
        July 27, 2009

                                            /s/Robert D. Drain_____
                                            UNITED STATES BANKRUPTCY JUDGE

DELIB:3112046.1\117461-00003