**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | § | Case No. 05-44481 (RDD) |
| | § | (Jointly Administered) |
| **DELPHI CORPORATION, et al.,** | § | |
| | § | |
| **Debtors.** | § | Chapter 11 |

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*
**ON BEHALF STMICROELECTRONICS, INC.**

Upon the motion of J. Mark Chevallier, to be admitted, *pro hac vice*, to represent STMicroelectronics, Inc., (the "Client") a creditor in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas and Louisiana and, if applicable, the bar of the U. S. District Court for the Northern, Eastern, Southern and Western Districts of Texas, it is hereby

**ORDERED,** that J. Mark Chevallier, Esq., is admitted to practice, *pro hac vice,* in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: July 27, 2009

    New York, New York

                                        /s/ Robert D. Drain
                                        **UNITED STATES BANKRUPTCY JUDGE**