APPENDIX B

OBJECTIONS BY NATURE OF OBJECTION

**Appendix B**

*Objections To Confirmation Of The First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (As Modified)[1]*

*Organized By Nature Of Objection*

| | OBJECTION DOCKET NO. | OBJECTION ASSERTED | RESOLUTION, RESPONSE, OR PROPOSAL |
|---|---|---|---|
| | | **I.  BUSINESS JUDGMENT OBJECTIONS** | |
| | | **Objections Related To Best Interests Test** | |
| 1. | ~~18286~~, ~~18291~~[*] | Objects to the Modified Plan and asserts that it violates section 1129(a)(3) of the Bankruptcy Code because it was not proposed in good faith.  The objectors further assert that the Debtors failed to use their considerable leverage over GM to negotiate anything other than a release of claims and causes against their officers and directors. | The Modified Plan has been proposed by the Debtors in good faith, with the legitimate and honest purposes of maximizing the value of the Debtors' ongoing businesses and maximizing the value of each of the Debtors and the recovery to Claim holders under the circumstances of these Chapter 11 Cases.  The record demonstrates the independence of the Debtors' board of directors in their decision making and their goal of achieving a solution to these cases as favorable as possible for all stakeholders is evident.<br><br>As Liquidity Solutions Inc.'s ("LSI") objection (Docket No. 18286) was a joinder to the resolved Creditors' Committee's objection, LSI has agreed that their joinder to that objection is also resolved. |
| 2. | ~~17406~~, 17793 | Asserts that continued pursuit of the Modified Plan and the sale of substantially all the Debtors' assets pursuant to section 363(b) of the Bankruptcy Code ("Alternative 363 Sale") is  inconsistent with the Debtors' fiduciary duties to their creditors and is not in the best interests of the estates. | The Debtors believe that they have reached an agreement with the required DIP Lenders resolving the objection at docket no. 17406.<br><br>As described in the Reply and throughout this appendix, the relief requested by the Debtors complies with the Bankruptcy Code in all respects, and, in the Debtors' reasonable business judgment, the transactions with the DIP Lenders and GM provide the best means of maximizing the value of the Debtors' estates for the benefit of the Debtors ' stakeholders. |
| 3. | ~~17169~~, ~~18313~~, ~~18471~~ | (a)      Wilmington Trust Company ("WTC") objects to the Modified Plan or, in the alternative, to the Alternative 363 | As described in the Reply and throughout this appendix, the relief requested by the Debtors complies with the Bankruptcy Code in all respects, and, in the Debtors' |

---

[1]  See Order Amending And Supplementing Modification Procedures Order (Docket No. 17032) And Supplemental Modification Procedures Order (Docket No. 17376) (Docket No. 18352) (DIP Lender Objections to be dealt with by a separate Reply filed by July 22, 2009).

[*]  Strike through number reflects an objection that has been withdrawn or resolved.

| | OBJECTION DOCKET NO. | OBJECTION ASSERTED | RESOLUTION, RESPONSE, OR PROPOSAL |
|---|---|---|---|
| | (Untimely) | Sale.  WTC asserts that the Modified Plan violates section 1129(a)(7) of the Bankruptcy Code and is not in the best interest of the Debtors' estates and creditors because the hypothetical liquidation analysis does not take into account Delphi Corporation's ("Delphi") monopolistic relationship. | reasonable business judgment, the transactions with the DIP Lenders and GM provide the best means of maximizing the value of the Debtors' estates for the benefit of the Debtors ' stakeholders. |
| | | (b)    WTC further asserts that the Debtors waived certain avoidance actions and therefore failed to maximize the value of the Debtors' estates. | DPH Holdings retains the assets of the avoidance actions, and will use the proceeds to pay administrative claims or repay the loan from GM. |
| | **Objections Related To 363 Implementation Agreement** | | |
| 4. | ~~18286~~, ~~18291~~, ~~18313~~, ~~18471~~ (Untimely) | Asserts that a sale under section 363 of the Bankruptcy Code (i) does not satisfy the business judgment test or (ii) would constitute a breach of the Debtors' fiduciary duties to maximize the value to their estates. | Although the Debtors expect to consummate the transactions with the DIP Lenders and GM through the Modified Plan rather than through a sale under section 363 of the Bankruptcy Code, t he transactions with the DIP Lenders and GM are the best and only viable transactions presented to the Debtors since the Plan Investors failed to close on April 4, 2008.  The transactions contemplated by the Modified Plan offer the most likely way to maximize value for the Debtors and all of their stakeholders. |
| | **II.  CURRENT AND FORMER EMPLOYEE OBJECTIONS** | | |
| | **Union Objections** | | |
| 5. | 17793 | The IUE-CWA filed a preliminary objection "in order to create a contested matter and permit it to take discovery."  The single contention in the IUE-CWA's objection states that the "relief requested by the Debtor's Motion is not authorized by the Bankruptcy Code, and is not in the best interest of the Debtors' estates and creditors." | As described in the Reply and throughout this appendix, the relief requested by the Debtors complies with the Bankruptcy Code in all respects, and, in the Debtors' reasonable business judgment, provides the best means of maximizing the value of the Debtors' estates for the benefit of the Debtors ' stakeholders. |
| 6. | 18110, 18258 | The IAM, IUOE, IBEW, and the USW (the "Unions") object to the provision in the Modified Plan providing that Delphi will no longer have responsibility for the Delphi Hourly-Rate Employees Pension Plan (the "Delphi HRP")  and asserts that such a provision violates section 1113 of the Bankruptcy Code and various collective bargaining agreements, postpetition Memorandums of Understanding ("MOUs"), and certain Implementation Agreements, between Delphi, the Unions, and (in the case of the USW) GM. | The involuntary termination of a pension by the PBGC does not constitute modification of a collective bargaining agreement in violation of section 1113.  In re UAL Corp., 428 F.3d 677, 683 (7th Cir. 2005). |
| 7. | 18279 | The UAW has objects to the Modified Plan to the extent the MDA effects a unilateral change in the UAW collective bargaining agreements ("CBAs").  The UAW asserts that the MDA makes two specific unilateral changes to the CBAs:  (i) in section 9.5.7, the | The proposed order makes clear that pre-closing grievances are assumed and assigned with the relevant collective bargaining agreement and that Delphi may not waive the condition relating to assumption of collective bargaining agreements by providing the following: |

| | OBJECTION DOCKET NO. | OBJECTION ASSERTED | RESOLUTION, RESPONSE, OR PROPOSAL |
|---|---|---|---|
| | | MDA does not provide for the administration of grievances that pre-date (or are based on occurrences that pre-date) closing and (ii) Delphi may waive MDA closing conditions in (a) section 10.2.4 relating to assumption of the UAW CBAs and (b) in section 10.2.6 relating to waiver of sale of operations restrictions in the UAW CBAs. | "Labor MOUs.  Pursuant to the Modified Plan, upon the Effective Date and notwithstanding any other provisions of the Master Disposition Agreement, the Labor MOUs, as modified (which shall include all related collectively bargained agreements and obligations, including grievances), shall be assumed and assigned, as applicable, and shall not be in conflict with any federal or state law."<br><br>The Debtors expect that the objection regarding 10.2.6 of the MDA will be resolved. |
| 8. | 18279 | The UAW is concerned that there could be inaccuracies or discrepancies in MDA Schedules 4.13.11, 4.13.12 and 4.13.1(filed under seal) through inadvertent error and that any such discrepancies should be resolved consistent with the applicable collective bargaining agreement. | This is not a valid objection.  The UAW has had an opportunity to review the schedules and has not pointed to any inaccuracies or discrepancies. |
| 9. | 18370 | The USW objects to the assumption and assignment Notice on the basis of the cure amount listed as zero dollars in such motion's Schedule 2 of the notice, and for the failure of the Debtor to specify which USW agreements it is assuming and assigning.  The USW argues that the Modified Plan should be amended to provide that, in accepting the assumption and assignment of the USW Home Avenue and Vandalia CBAs, Parnassus acknowledges and agrees that it shall pay in the ordinary course all postpetition obligations arising under those CBAs, whenever those obligations arose, including obligations arising out of grievances filed prior to the closing date, and also agrees to assume the pension obligations arising out of those CBAs, and the UAW MOU and Implementation Agreement. | The proposed order makes clear that pre-closing grievances and other ordinary course obligations are assumed and assigned with the relevant collective bargaining agreement and that Delphi may not waive the condition relating to assumption of collective bargaining agreements by providing the following:<br><br>"Labor MOUs.  Pursuant to the Modified Plan, upon the Effective Date and notwithstanding any other provisions of the Master Disposition Agreement, the Labor MOUs, as modified (which shall include all related collectively bargained agreements and obligations, including grievances), shall be assumed and assigned, as applicable, and shall not be in conflict with any federal or state law." |
| 10. | 18576 (Untimely) | The IAM, IBEW and IUOE object to the assumption and assignment notices on the basis that the cure amounts are listed as zero dollars for the IAM and IBEW in the notice relating to Parnassus and as zero dollars for the IUOE in the notice relating to GM.  The unions argue that termination of the Delphi HRP constitutes a breach of the CBAs and that any assignment of the CBAs obligates the assignee to pay necessary amounts to cure any defaults by the Debtors.  The unions also object to the zero cure amounts to the extent that any post-petition accrued vacation, holiday, sick or other benefits under their CBAs have not been paid or are not paid in the ordinary course up through the date of assignment. | The involuntary termination of a pension by the PBGC does not constitute modification of a collective bargaining agreement in violation of section 1113.  In re UAL Corp., 428 F.3d 677 (7th Cir. 2005).<br><br>The proposed order makes clear that ordinary course obligations are assumed and assigned with the relevant collective bargaining agreement and that Delphi may not waive the condition relating to assumption of collective bargaining agreements by providing the following:<br><br>"Labor MOUs.  Pursuant to the Modified Plan, upon the Effective Date and notwithstanding any other provisions of the Master Disposition Agreement, the |

| | OBJECTION DOCKET NO. | OBJECTION ASSERTED | RESOLUTION, RESPONSE, OR PROPOSAL |
|---|---|---|---|
| | | | Labor MOUs, as modified (which shall include all related collectively bargained agreements and obligations, including grievances), shall be assumed and assigned, as applicable, and shall not be in conflict with any federal or state law." |
| | | **Pension Related Objections** | |
| 11. | See Schedule 1 | Various Delphi salaried employees and retirees object to the termination of the Delphi Retirement Program for Salaried Employees (the "Salaried Plan"). | This objection is without merit.  Despite the Debtors' efforts to preserve their pension plans, the Debtors were unable to secure sufficient capital to achieve that objective.  Several of the Debtors' pension plans, including the Salaried Plan, are severely underfunded.<br><br>To bring about a global resolution of the Debtors' pension issues and the claims asserted by the Pension Benefit Guaranty Corporation (the "PBGC"), the Debtors entered into a settlement with the PBGC on July 21, 2009 (Docket No. 18559) (the "Delphi-PBGC Settlement Agreement").  Pursuant to the Delphi-PBGC Settlement Agreement, Delphi has agreed to a termination of the Salaried Plan that is initiated by the PBGC under 29 U.S.C. § 1342.  In making this decision, Delphi acts in its "settlor" or non-fiduciary capacity.  See, e.g., Curtiss-Wright v. Schoonejongen, 514 U.S. 73, 78 (1995); Lockheed Corp. v. Spink, 517 U.S. 882, 890 (1996); Hughes Aircraft Company v. Jacobson, 525 U.S. 432, 444 (1999).<br><br>In connection with the Salaried Plan, the PBGC has asserted that the Debtors and certain non-U.S. affiliates of the Debtors are liable for contributions due to the plan under the Internal Revenue Code ("IRC") and ERISA.  26 U.S.C. §§ 412, 430(a); 29 U.S.C. §§ 1082, 1083 ("Minimum Funding Obligations").  Accordingly, the PBGC filed with the Recorder of Deeds for the District of Columbia certain Notices Of Federal Lien Under 26 U.S.C. § 412(n) and/or § 430(k) with respect to liens that the PBGC asserts against certain non-U.S. affiliates of the Debtors on account of unpaid Minimum Funding Obligations in connection with, among other pension plans, the Salaried Plan.<br><br>The Delphi-PBGC Settlement Agreement, once effective, resolves the Debtors' issues concerning PBGC's claims and asserted liens with respect to all of the Debtors' pension plans, including the Salaried Plan.  The agreement must be approved by the Bankruptcy Court and has been attached as an exhibit to the Modified Plan.  (See Article 7.17(c) of the Modified Plan.) |

| | OBJECTION DOCKET NO. | | OBJECTION ASSERTED | RESOLUTION, RESPONSE, OR PROPOSAL |
|---|---|---|---|---|
| 12. | 18277 | (a) | Two salaried retirees (the "Retirees") and the Delphi Salaried Retiree Association (the "DSRA") assert that Craig G. Naylor, David N. Farr, Martin E. Welch, and James P. Whitson (the "Delphi Directors and Officers") serve as current plan administrator of the Salaried Plan and are laboring under an inherent conflict of interest and therefore cannot terminate the Salaried Plan. To remedy this alleged conflict, they seek the appointment of an independent fiduciary for the Salaried Plan. | The objection of the DSRA is moot given the notice of withdrawal filed by the DSRA withdrawing their motion to intervene in these cases. (See Docket No. 18626.)<br><br>Delphi, not the Delphi Directors and Officers, is the Plan Administrator of the Salaried Plan. The decision to terminate the Salaried Plan is a decision that Delphi is entitled to make under the terms of the Salaried Plan. (See Salaried Plan § 6(a).) In making this decision, Delphi acts in its "settlor" or non-fiduciary capacity. See, e.g., Curtiss-Wright v. Schoonejongen, 514 U.S. 73, 78 (1995); Lockheed Corp. v. Spink, 517 U.S. 882, 890 (1996); Hughes Aircraft Company v. Jacobson, 525 U.S. 432, 444 (1999). Accordingly, termination of the Salaried Plan does not raise the fiduciary issues described in the objection. Pursuant to its authority under section 6 of the Salaried Plan, Delphi's board of directors has directed the plan administrator, which is Delphi, to execute a termination and trusteeship agreement if such an agreement is proposed by the PBGC. Appointing an independent fiduciary to consider whether the Salaried Plan should be terminated as a fiduciary matter is inconsistent with Supreme Court authority establishing that the decision to terminate a pension plan is not a fiduciary decision. |
| | | (b) | The Reitrees and the DSRA further asserts that in light of the procedural and substantive safeguards ERISA provides to pension plan participants in the context of a plan termination, the Modified Plan cannot assume that termination is assured because it represents such a complex issue. | The Salaried Plan is underfunded by almost $3 billion and contributions totalling more than $200 million are due and unpaid. Accordingly, there is little doubt that Delphi cannot maintain the Salaried Plan and that the plan must be terminated. The PBGC has made the findings required to initiate termination of the Salaried Plan.<br><br>On July 21, 2009, the PBGC determined, in accordance 29 U.S.C. §§ 1342(a)(1), (2) and (4), that the Salaried Plan had not met the minimum funding standard under section 412 of the IRC; that the Salaried Plan will be unable to pay benefits when due under its terms; that the possible long-run loss of the PBGC with respect to the Salaried Plan may reasonably be expected to increase uncertainty if the plan is not terminated and that therefore the Salaried Plan must be terminated and the PBGC appointed statutory trustee. Upon making such a finding, PBGC is authorized to enter into an agreement with the plan administrator terminating the plan and appointing PBGC trustee of the plan without further procedural or substantive safeguards for plan participants. See LTV v. United Steelworkers of America, 824 F.2d 197, 200-01 (2d Cir. 1987). |

| | OBJECTION DOCKET NO. | | OBJECTION ASSERTED | RESOLUTION, RESPONSE, OR PROPOSAL |
|---|---|---|---|---|
| | | (c) | Asserts that pensions terminated by the PBGC under section 1342 of ERISA must be initiated in a district court that is subject to the safeguards of notice and a hearing. | Whenever the PBGC makes a determination under 29 U.S.C. § 1342(a) that a pension plan should or must be terminated, as it has done with respect to the Salaried Plan, the PBGC is authorized under 29 U.S.C. § 1342 either to apply to a United States District Court for an order terminating the pension plan and appointing the PBGC trustee or to enter into an agreement with the plan administrator terminating the plan and appointing the PBGC trustee. See LTV v. United Steelworkers of America, 824 F.2d 197, 200-01 (2d Cir. 1987). |
| | | (d) | The DSRA further asserts that the PBGC may bypass the procedures of section 1342 of ERISA only upon agreement with the plan administrator, which the salaried workers are seeking to replace. | It is correct that a plan may be terminated without court proceedings under section 1342 upon agreement with the plan administrator. Delphi, not the individuals named in the DSRA's complaint, is the Plan Administrator of the Salaried Plan. Replacing the individuals identified in the complaint with an independent fiduciary will have no effect on termination of the Salaried Plan because an independent fiduciary does not have the authority to enter into an agreement with the PBGC to terminate a plan under 29 U.S.C. § 1342. |
| 13. | 18282 | (a) | Fiduciary Counselors, Inc ("FCI") object to the Modified Plan on behalf of the Pension Plans, however, if a settlement with PBGC is ultimately reached, then such settlement is likely to resolve FCI's objections on behalf of the Pension Plans. As of now, however, the FCI asserts that the Modified Plan will not satisfy section 1129(a)(9)(A) of the Bankruptcy Code. | The claims filed by FCI for due and unpaid contributions owed to the Pension Plans duplicate PBGC's claims filed for due and unpaid contributions. Upon termination of the Pension Plans, liability for due and unpaid contributions is owed to the statutory trustee appointed under 29 U.S.C. § 1342. 29 U.S.C. § 1362(c). These claims will be settled and released under the PBGC Settlement Agreement. To bring about a global resolution of the Debtors' pension issues and the claims asserted by the PBGC, the Debtors entered into the PBGC Settlement Agreement on July 21, 2009. Regarding the argument that the Modified Plan will not satisfy section 1129(a)(9)(A) of the Bankruptcy Code, see the Debtors' response at number 37 below. |
| | | (b) | FCI asserts that the Modified Plan (i) is too ambiguous with respect to the treatment of the Delphi HRP to be confirmed, (ii) violates section 1123(a)(4) of the Bankruptcy Code by failing to classify FCI's claims filed on behalf of the Debtors' pension plans, and (iii) cannot pass the feasibility test under section 1129(a)(11) of the Bankruptcy Code because the Debtors do not have the funds to pay FCI's administrative claims. | The Delphi-PBGC Settlement Agreement provides that the PBGC will initiate termination of the Delphi HRP and therefore is not ambiguous with respect to the Delphi HRP. Further, the PBGC already has initiated termination of the Delphi HRP, having made a determination under 29 U.S.C. § 1342(a) that the Delphi HRP must be terminated. Accordingly the Delphi HRP with be terminated pursuant to 29 U.S.C. § 1342(c) either by court order or by agreement with the plan administrator. The Release Agreement (as defined in the Delphi-PBGC Settlement Agreement), provides further information about the actions that General Motors Company will take with respect to the Delphi HRP. Further, the transactions contemplated by the Modified Plan are feasible and offer the most likely way to maximize value for the Debtors and all of their stakeholders.<br><br>As explained below, FCI's claims are duplicative of the PBGC's claims and do not |

| | OBJECTION DOCKET NO. | | OBJECTION ASSERTED | RESOLUTION, RESPONSE, OR PROPOSAL |
|---|---|---|---|---|
| | | | | require separate classification. The argument that the Modified Plan does not satisfy section 1123(a)(4) of the Bankruptcy Code because it fails to separately classify FCI's claims is without merit. "Courts have found that the Bankruptcy Code only prohibits the identical classification of dissimilar claims." <u>In re Drexel Burnham Lambert Group</u>, 138 B.R. 723, 757 (Bankr. S.D.N.Y. 1992). FCI's claims are not dissimilar from other unsecured claims and therefore do not require separate classification. <br><br> FCI's claims, including any administrative expense claims, are duplicative of the claims asserted by the PBGC under 29 U.S.C. § 1362(c). Pursuant to the Delphi-PBGC Settlement Agreement, the PBGC is releasing releasing its claims and withdrawing its lien notices with respect to all unpaid contributions to the pension plans. The PBGC, not FCI, has statutory authority to assert liens against those members of Delphi's control group, and therefore the Debtors exercise their business judgment and entered into the Delphi-PBGC Settlement Agreement with the PBGC rather than with FCI. Following the effective date of the Delphi-PBGC Settlement Agreement, FCI's duplicative administrative expense claims will be subject to disallowance and will not need to be paid by the Debtors. |
| 14. | 18458 | (a) | Paul Dobosz asserts that the Bankruptcy Court lacks jurisdiction to direct or approve a sale or forfeiture of assets allegedly belonging to the beneficiaries of vested pension plan and that termination of a vested defined benefit pension plan is in violation of ERISA. | The Court has jurisdiction over the chapter 11 cases pursuant to 28 U.S.C. §§ 157 and 1334 and Article XIII of the Confirmed Plan. The Delphi-PBGC Settlement Agreement must be approved by the Bankruptcy Court and is attached as an exhibit to the Modified Plan. (See Article 7.17(c) of the Modified Plan.) Confirmation of the Modified Plan is a core proceeding under 28 U.S.C. § 157(b)(2), and the Court has exclusive jurisdiction to determine whether the Modified Plan complies with the applicable provisions of the Bankruptcy Code and should be confirmed. Pursuant to the Delphi-PBGC Settlement Agreement, the PBGC will initiate the process of terminating the Debtors' pension plans under 29 U.S.C. § 1342, in full compliance with ERISA. |
| | | (b) | Mr. Dobosz further asserts that Debtor has incurred penalties for failing to make minimum funding contribution to both the salaried and hourly pension plans, which results in administrative priority claims. He further objects to the PBGC Settlement because it allegedly violates sections 545 and 547 (c) (6) of the Bankruptcy Code. | This objection is without merit. The Delphi-PBGC Settlement Agreement resolves the PBGC's claims against the Debtors and does not violate sections 545 or 547(c)(6) of the Bankruptcy Code. |

| | OBJECTION DOCKET NO. | OBJECTION ASSERTED | RESOLUTION, RESPONSE, OR PROPOSAL |
|---|---|---|---|
| | | **Objections By Former Salaried Employees** | |
| 15. | See Schedule 2 | Objects to the Modified Plan and asserts that (i) the Debtors should not discontinue making severance payments for employees who were terminated postpetition and/or that (ii) if such severance payments are discontinued, they should be treated as administrative expenses rather than prepetition general unsecured claims. | Severance obligations to terminated employees will be honored under the Modified Plan. Former U.S. salaried employees terminated before June 1, 2009 that are currently being paid severance over time have been offered the option of receiving an immediate lump sum payment at a 25% discount. Any former employee that rejects this offer, however, will receive their severance payments according to the schedule agreed to in their separation agreement. Severance claims of U.S. salaried employees terminated on or after June 1, 2009 and employees at the Debtors' Automotive Holdings Group or Athens facilities are treated as Flow-Through Claims under the Modified Plan and are unimpaired. Accordingly, any and all objections to the Modified Plan's treatment of severance obligations should be overruled. |
| 16. | 18366 | James B. Sumpter files a pro se motion looking either to delay any action on the Modified Plan or an order requiring the Debtors (i) to provide salaried retirees COBRA coverage retroactively from April 1, 2009 until the death of each eligible retiree, (ii) to reimburse salaried retirees premiums paid in excess of 102% of the COBRA rate mandated by statute, (iii) to advise all potential successors that they may have continuing coverage liabilities pursuant to I.R.B. 2008-1, p. 688, or (iv) to make a one time payment of $532,169,000.00 to the Delphi Salaried Retirees VEBA Trust in lieu of lifetime continuing coverage. Mr. Sumpter bases his request on the belief that it would be inconsistent to believe that Congress would provide for protection (of Title 29 § 1163-(6) and Title 26, § 4980B-(f)(3)(f)) for retirees only during the first 12 months of bankruptcy since most companies would "wait to a time longer than twelve months after commencement of Bankruptcy to reduce benefit" and that no formal ruling on whether a COBRA event occurred was made. | Mr. Sumpter filed an objection (Docket No. 14898) to the Debtors' Salaried OPEB Termination Motion. Over Mr. Sumpter's objection, this Court granted the Salaried OPEB Termination Motion, by orders dated February 25, 2009 (Docket No. 16380) and March 11, 2009 (Docket No. 16448).

It is well-settled in the Second Circuit and elsewhere that a judgment on the merits of an action will bind the parties or their privies from relitigating the same matter in a second proceeding. If there is "an identity of parties and identity of issues between the prior and subsequent suits," Chase Manhattan Bank, NA v. Celotex Corp., 56 F.3d 343, 345 (2d Cir. 1995), res judicata (claim preclusion) assures the finality of the prior judgment by precluding a party or its privies from relitigating not only those claims that actually were litigated, but also those claims that could have been litigated but were not, based on the same set of operative facts. Id.; see also, e.g., Allen v. McCurry, 449 U.S. 90, 94-95 (1980); Jackson v. Hayakawa, 605 F.2d 1121, 1125-26 (9th Cir. 1979); Grossman v. Axelrod, 466 F. Supp. 770, 774-75 (S.D.N.Y. 1979), aff'd, 646 F.2d 768 (2d Cir. 1981). For the purposes of claim preclusion the definition of a "cause of action" encompasses any claim arising out of the same set of operative facts, including those matters that were not actually decided in the previous dispute. See 18 Charles Alan Wright & Arthur R. Miller, Federal Practice And Procedure § 4401–02 (2d ed. 2002). The doctrines of issue preclusion and claim preclusion are drawn from considerations of judicial economy, a public policy that favors certainty in the legal system, and are predicated on the well-founded principle that a prevailing party should be permitted "to enjoy the benefits of its victory and avoid further costs." Chase, 56 F.3d at 345; see also, Allen, 449 U.S. at 94; Alpert's Newspaper Delivery Inc. v. |

| | OBJECTION DOCKET NO. | OBJECTION ASSERTED | RESOLUTION, RESPONSE, OR PROPOSAL |
|---|---|---|---|
| | | | New York Times, No. CV-86-2846, 1988 WL 95146, at *3 (E.D.N.Y. Aug. 26, 1988), aff'd, 876 F.2d 266 (2d Cir. 1989). |
| | | | Even assuming this objection is not barred by res judicata, lifetime COBRA continuation coverage is triggered when a loss of coverage occurs "within one year before or after the date of commencement of a bankruptcy proceeding." I.R.C. § 4980(f)(3)(F); see also I.R.C. § 4980(f)(2(b)(i)(III) (providing for lifetime COBRA continuation coverage "[i]n the case of a qualifying event described in [I.R.C. § 4980(f)(3)(F)] (related to bankruptcy proceedings)"). Because the retirees did not lose coverage within the 24-month period surrounding Debtors' commencement of these bankruptcy cases in October 2005, they plainly are not entitled to lifetime COBRA continuation coverage. |

## III.  GOVERNMENTAL AGENCY OBJECTIONS

### Environmental Agency Objections

| | OBJECTION DOCKET NO. | OBJECTION ASSERTED | RESOLUTION, RESPONSE, OR PROPOSAL |
|---|---|---|---|
| 17. | ~~18211~~ | Michigan Department Energy Quality ("MDEQ") objects and asserts that the Modified Plan does not meet the requirements of section 1129(a)(1) of the Bankruptcy Code because it (i) fails to acknowledge or properly classify environmental claims and (ii) attempts to discharge environmental liabilities and does not provide adequate provision for addressing environmental contamination. The MDEQ further asserts that property of the Debtors' estates may not be abandoned in violation of state laws that protect public health and safety. | This objection has been resolved.  The Debtors have agreed to include the following language in the proposed confirmation order:<br><br>"Nothing in this Order or the MDA releases, nullifies, or enjoins the enforcement of any Liability to a governmental unit under Environmental Laws (as the term is defined in the MDA) or regulations (or any associated Liabilities for penalties, damages, cost recovery, or injunctive relief) that the Buyers would be subject to as the owner, lessor, or operator of property after the date of entry of this Order.  Notwithstanding the foregoing sentence, nothing in this Order shall be interpreted to deem the Buyers to be the successors to the Debtors under any state law successor liability doctrine with respect to any Liabilities under Environmental Laws or regulations for penalties for days of violation prior to entry of this Order.<br><br>GM Components, as Buyer of the Delphi Automotive Systems Site located at 1000 Lexington Avenue, Rochester, New York, identified in the New York State Department of Environmental Conservation ("NYSDEC") Environmental Site Remediation Database as Site Code 828064 (the "Rochester Facility"), and the Delphi Thermal Systems Facility located at 200 Upper Mountain, Lockport, New York, identified in the NYSDEC |

| OBJECTION DOCKET NO. | OBJECTION ASSERTED | RESOLUTION, RESPONSE, OR PROPOSAL |
|---|---|---|
| | | Environmental Site Remediation Database as Site Codes C932138, C932139, C932140, and 932113 and in the NYSDEC Spill Incidents Database as Site Code 0651261 (collectively, the "Lockport Facility"), acknowledges that it shall be responsible for conducting investigation and remediation of the Rochester Facility and the Lockport Facility in accordance with applicable Environmental Laws.<br><br>GM Components and NYSDEC shall confer in good faith to identify the remaining investigation and remediation required under applicable Environmental Laws for the Rochester and Lockport Facilities.<br><br>GM Components and GM Global Steering Holdings LLC, as Buyers of certain Michigan facilities of Delphi under the MDA, both acknowledge that they shall be responsible for conducting investigation and remediation of the Delphi Michigan facilities acquired by them under the MDA in accordance with applicable Environmental Laws.<br><br>GM Components, GM Global Steering Holdings LLC, and the Michigan Department of Environmental Quality (MDEQ) shall confer in good faith to identify the remaining investigation and remediation required under applicable Environmental Laws with respect to the Delphi Michigan facilities GM Components and GM Global Steering Holdings LLC are acquiring under the MDA.<br><br>Neither GM Components nor GM Global Steering Holdings LLC will assert any defense to liability under Michigan Compiled Laws (MCL) 324.20126(1)(c)(i) and (ii) with respect to the Delphi facilities each is acquiring under the MDA.<br><br>* * *<br><br>Nothing in this Order or the Modified Plan: (i) discharges, releases, or precludes any environmental liability that is not a |

| OBJECTION DOCKET NO. | OBJECTION ASSERTED | RESOLUTION, RESPONSE, OR PROPOSAL |
|---|---|---|
| | | claim (as that term is defined in the Bankruptcy Code), or any environmental claim of a governmental unit that arises on or after the Effective Date; (ii) releases the Debtors or Reorganized Debtors from liability under environmental law as the owner or operator of property that such persons own or operate after the Effective Date; (iii) releases or precludes any environmental liability to a governmental unit on the part of any Persons other than the Debtors and Reorganized Debtors; or (iv) enjoins a governmental unit from asserting or enforcing, outside this Court, any liability described in this paragraph." <br><br> In addition, the Debtors have agreed to include the following language in the proposed sale order: <br><br> "Nothing in this Order or the Amended Master Disposition Agreement releases, nullifies, or enjoins the enforcement of any Liability to a governmental unit under environmental laws or regulations (or any associated liabilities for penalties, damages, cost recovery, or injunctive relief) that any entity would be subject to as the owner, lessor, or operator of property after the date of entry of this Order. <br><br> Nothing contained in this Order or in the Amended Master Disposition Agreement shall in any way (a) diminish the obligation of the Buyers to comply with environmental laws, or (b) diminish the obligations of the Debtors to comply with environmental laws consistent with their rights and obligations as debtors in possession under the Bankruptcy Code. <br><br> Notwithstanding the above, nothing herein shall be construed to permit any United States federal, state, or local governmental agency to obtain penalties from the Buyers for days of violation of environmental laws and regulations prior to Closing." |

| | OBJECTION DOCKET NO. | OBJECTION ASSERTED | RESOLUTION, RESPONSE, OR PROPOSAL |
|---|---|---|---|
| 18. | ~~18276~~ | The State of New York Department of Environmental Conservation ("NYSDEC") objects to the Modified Plan and the MDA and asserts that among the properties to be acquired by GM Holdings, LLC are two manufacturing facilities that are contaminated with hazardous material. The NYSDEC further asserts that the MDA does not appear to confirm the obligation on the part of proposed buyers to complete remedial work at such facilities. | The objection has been resolved by modifying the proposed confirmation and sale orders to make clear that GM will be responsible for environmental remediation at sites it is acquiring. |
| | | **Objections Related To Workers' Compensation** | |
| 19. | 18264 | (a)    State of Michigan Workers' Compensation Agency and Funds Administration (the "Michigan Agency") objects to the Debtors' alternative request to sell substantially all of their assets free and clear of all liens and encumbrances because the Debtors' estimated outstanding workers' compensation obligations in Michigan amount to $121,802,946.25, with yearly payments of approximately $24 million, and the Modified Plan and the MDA do not create a sufficient commitment on behalf of the purchasers to assume the Debtors' workers' compensation obligations in Michigan. | The priority scheme under section 507 of the Bankruptcy Code and this Court's bar date orders govern the rights and remedies of all creditors, including a claimant's right to recover on account of workers' compensation claims arising out of prepetition injuries.  See In re Olga Coal Co., 194 B.R. 741, 746 (Bankr. S.D.N.Y. 1996).  A state's contingent claim for reimbursement of worker's compensation benefits unpaid by a debtor is also a prepetition claim.  The Michigan Agency's contingent prepetition claim, like the claims of all other prepetition creditors, is subject to the requirements and discharge provisions of the Bankruptcy Code, notwithstanding state statutes to the contrary.  Moreover, the Michigan Agency never filed a timely proof of claim nor sought leave to file an untimely claim, so it will not receive a distribution under the Modified Plan, and such liabilities will be discharged.

The Michigan Agency argues that its claim is superior to claims of all other creditors because state regulatory requirements compel the Debtors to honor workers' compensation obligations.  To the extent that a state statute purports to establish the priority of a claim over other claims, that statute is preempted by the Bankruptcy Code and is of no effect in a chapter 11 case.  See, e.g., In re Lull Corp., 162 B.R. 234, 240-41 (Bankr. D. Minn. 1993) (state statute allowing state-created workers' compensation fund to step into shoes of employees for purposes of priority is invalid in bankruptcy); In re Redford Roofing Co., 54 B.R. 254, 255 (Bankr. N.D. Ill. 1985) (state statute granting priority to workers' compensation claims not effective in bankruptcy).  Courts are not free to use their equitable powers or other principles to alter the Bankruptcy Code's priority system.  See, e.g., U.S. v. Noland, 517 U.S. 535, 540-41 (1996) (bankruptcy courts may not, under guise of equitable subordination, categorically deny noncompensatory, postpetition tax penalties the first priority given to other administrative expenses).

Any claim by the Michigan Agency for priority treatment is barred unless it can |

| | OBJECTION DOCKET NO. | OBJECTION ASSERTED | RESOLUTION, RESPONSE, OR PROPOSAL |
|---|---|---|---|
| | | | show "excusable neglect" under Bankruptcy Rule 9006(b)(1), as opposed to willfulness or a knowing omission. See Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship, 507 U.S. 380 (1993); Midland Cogeneration Venture Ltd. P'ship v. Enron Corp. (In re Enron Corp.), 419 F.3d 115 (2d Cir. 2005). |
| | | (b) The Michigan Agency asserts that the Modified Plan violates section 1129(a)(3) of the Bankruptcy Code because prepetition workers' compensation claims will not be paid in full from distributions under the Modified Plan. | The Michigan Agency's unfiled, prepetition workers' compensation reimbursement claim is not entitled to receive distributions under the Bankruptcy Code and, accordingly, the Modified Plan fully comports with 1129(a)(3) of the Bankruptcy Code.<br><br>Nor does GM's or the Buyer's supposed inability to qualify as self-insurers following confirmation of the Modified Plan violate section 1129(a)(3) of the Bankruptcy Code. As the Michigan Agency noted in its Objection, self-insurance is only one of three ways to fulfill workers' compensation obligations. In Michigan, employers may obtain workers' compensation insurance coverage or join with other employers to pool their workers' compensation obligations. (See Docket No. 18264 ¶ 2.) Thus, the ability of a debtor or a purchaser of a debtor's assets to self-insure post-effective date workers' compensation obligations is not a condition to confirming a plan of reorganization or approving sale of assets under section 363 of the Bankruptcy Code. |
| | | (c) The Michigan Agency asserts that the Debtors' proposed sale could leave injured workers' without a source of benefit payment since approval of the Modified Plan would render the state's security fund insolvent in a matter of weeks. | This argument is irrelevant to whether the Modified Plan should be confirmed and, moreover, is without merit. Each individual worker who filed a timely claim will be entitled to a distribution under the Modified Plan in accordance with the priority scheme under section 507 of the Bankruptcy Code to the extent such claim has not been paid already following the Petition Date. To the extent that an individual Delphi employee failed to file a timely claim, that employee's workers' compensation claim is barred by the bar date order entered by this Court. The Bankruptcy Code does not require a debtor to pay reimbursement claims simply because non-payment might impact the viability of a state fund. |
| | | (d) Finally, the Michigan Agency asserts that the Debtors' Modified Plan and MDA, if approved, could result in the Debtors or purchasers lacking any method to comply with their workers' compensation obligations in Michigan resulting in a violation of 28 U.S.C. § 959(b). | The statute cited by the Michigan Agency, 28 U.S.C. § 959(b), requires the Debtors, as debtors-in-possession, to comply with applicable laws after the Petition Date, which the Debtors have done. The statute cannot be read, however, to require a debtor-in-possession to pay unfiled, prepetition workers' compensation claims in clear violation of the priority system established by Congress under section 507 of the Bankruptcy Code and applicable bar date orders simply because such payment is necessary to comply with a state's laws and regulations. Although state law may establish priorities for the benefit of workers' compensation claimants outside of bankruptcy, the Bankruptcy Code preempts |

|   | OBJECTION DOCKET NO. | OBJECTION ASSERTED | RESOLUTION, RESPONSE, OR PROPOSAL |
|---|---|---|---|
|   |   |   | conflicting state statutes as discussed above.  See Redford Roofing, 54 B.R. at 255.<br><br>The Michigan Agency's reliance on Bickford v. Lodestar Energy, Inc., 310 B.R. 70, 76 (E.D. Ky. 2004), to require payment of a prepetition claim in full is inapposite.  In Bickford, a district court reversed a bankruptcy court order enjoining state officials from enforcing a postpetition bonding requirement against holders of surface mining permits on the grounds that bonding requirements served not only the states' pecuniary interests but also protected the state's citizens against dangers of unreclaimed land and came within the "police power" exception to the automatic stay.  In contrast, the Michigan Agency is not challenging the Debtors' postpetition compliance with that state's workers' compensation statutes and regulations.  Rather, the Michigan Agency is asking this Court to force the Debtors to pay the Michigan Agency's unfiled, prepetition claims in full. |
| 20. | 18294 | (a)  The New York State Workers' Compensation Board (the "Board") objects to the Modified Plan and/or the Alternative 363 Sale to the extent that (i) all the Debtors' past, present, and future liabilities for workers' compensation claims are not going to be paid in full or assumed and paid in full in the ordinary course and (ii) there will be a failure to comply with the provisions of New York State Workers' Compensation Law and the rules, regulations and procedures thereunder.  The New York Board also asserts that any workers' compensation issues created by the Modified Plan, the Master Disposition Agreement, or the Alternative Section 363 Sale must be resolved pursuant to New York's workers' compensation statute and the statutory process implemented pursuant to that law. | The priority scheme under section 507 of the Bankruptcy Code and this Court's bar date orders govern the rights and remedies of all creditors, including a claimant's right to recover on account of workers' compensation claims arising out of prepetition injuries.  See In re Olga Coal Co., 194 B.R. 741, 746 (Bankr. S.D.N.Y. 1996).  A state's contingent claim for reimbursement of worker's compensation benefits unpaid by a debtor is also a prepetition claim.  The New York Board's contingent prepetition claim, like the claims of all other prepetition creditors, is subject to the requirements and discharge provisions of the Bankruptcy Code, notwithstanding state statutes to the contrary.  Moreover, the New York Board never filed a timely proof of claim nor sought leave to file an untimely claim, so it will not receive a distribution under the Modified Plan, and such liabilities will be discharged.<br><br>The New York Board argues that its claim is superior to claims of all other creditors because state regulatory requirements compel the Debtors to honor workers' compensation obligations.  To the extent that a state statute purports to establish the priority of a claim over other claims, that statute is preempted by the Bankruptcy Code and is of no effect in a chapter 11 case.  See, e.g., In re Lull Corp., 162 B.R. 234, 240-41 (Bankr. D. Minn. 1993) (state statute allowing state-created workers' compensation fund to step into shoes of employees for purposes of priority is invalid in bankruptcy); In re Redford Roofing Co., 54 B.R. 254, 255 (Bankr. N.D. Ill. 1985) (state statute granting priority to workers' compensation claims not effective in bankruptcy).  Courts are not free to use their equitable powers or other principles to alter the Bankruptcy Code's priority system.  See, |

| | OBJECTION DOCKET NO. | OBJECTION ASSERTED | RESOLUTION, RESPONSE, OR PROPOSAL |
|---|---|---|---|
| | | | *e.g.*, U.S. v. Noland, 517 U.S. 535, 540-41 (1996) (bankruptcy courts may not, under guise of equitable subordination, categorically deny noncompensatory, postpetition tax penalties the first priority given to other administrative expenses). Any claim by the New York Board for priority treatment is barred unless it can show "excusable neglect" under Bankruptcy Rule 9006(b)(1), as opposed to willfulness or a knowing omission. See Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship, 507 U.S. 380 (1993); Midland Cogeneration Venture Ltd. P'ship v. Enron Corp. (In re Enron Corp.), 419 F.3d 115 (2d Cir. 2005). |
| | | (b)  The New York Board also asserts that the Modified Plan's change in treatment of workers' compensation claims is manifestly unfair and that the Debtors should be precluded by the principles of promissory estoppel and/or equitable estoppel from excluding workers' compensation claims from Class B flow-through claims based upon Delphi's promises and assurance upon which the New York Board relied. | This argument is in error.  One species of equitable estoppel is promissory estoppel.  Eastern Air Lines, Inc. v Ins. Co. of State of Pa. (In Re Ionosphere Clubs, Inc.), 85 F.3d 992, 999 (2d Cir. 1996).  Under New York law, to establish a viable cause of action sounding in promissory estoppel, a plaintiff must allege (i) an oral promise that is sufficiently clear and unambiguous, (ii) reasonable and foreseeable reliance on the promise by a party, and (iii) an injury caused by the reliance.  See, e.g., In re Cairns & Assocs., Inc., 372 B.R. 637 (Bankr. S.D. N.Y. 2007) (applying New York law). In this instance, any reliance on the Confirmed Plan or any other communication regarding treatment of claims under the Confirmed Plan was not reasonable because the effectiveness of the Confirmed Plan was subject to satisfaction of several conditions that, unfortunately, were never met.  Moreover, the Confirmed Plan was subject to modification by the Debtors under the express terms of the Confirmed Plan (see Confirmed Plan art. 14.3), and section 1127 of the Bankruptcy Code permits a debtor to modify a plan after its confirmation if it has not been substantially consummated.  11 U.S.C. § 1127(b). Because the Confirmed Plan was not substantially consummated, parties-in-interest such as the New York Board cannot rely on the enforceability of the Confirmed Plan.  To allow otherwise would arguably permit all unsecured creditors and other parties-in-interest to enforce the terms of the Confirmed Plan, an obviously absurd result.  For example, holders of rights under the rights offering pursuant to the Confirmed Plan could petition the Court for the rights they purchased.  Creditors could demand distributions at rates offered them under the Confirmed Plan.  Other holders of claims that were classified as flow-through claims under the Confirmed Plan but are classified as general unsecured non-priority claims under the Modified Plan could insist on flow-through treatment instead.  Accordingly, the New York Board's argument that the doctrines of |

| | OBJECTION DOCKET NO. | | OBJECTION ASSERTED | RESOLUTION, RESPONSE, OR PROPOSAL |
|---|---|---|---|---|
| | | | | promissory or equitable estoppel warrant flow-through treatment of its unfilled claims is untenable. |
| | | (c) | The New York Board also objects to the MDA to the extent that the assumption liabilities by the GM Buyer fails to include (i) compensation liabilities in connection with the Rochester and Lockport facilities, (ii) obligations resulting from the Debtors failure to adequately respond as a self-insured employer, (iii) claims due to the New York Board by refraining to revoke the Debtors' privilege to remain self-insured. The New York Board further objects to the MDA based on its failure to address how, if at all, the GM buyer will comply with the provisions of the workers' compensation laws. | Neither GM's nor the Buyer's supposed inability to qualify as self-insurers following confirmation of the Modified Plan constitutes a valid objection to the Modified Plan. As the New York Board noted in its Objection, self-insurance is only one of three ways to fulfill workers' compensation obligations. In New York, employers may obtain workers' compensation insurance coverage from either a state-authorized insurance company or a quasi-public carrier. (See Docket No. 18294 ¶ 4.) Thus, the ability of a debtor or a purchaser of a debtor's assets to self-insure post-effective date workers' compensation obligations is not a condition to confirming a plan of reorganization or approving sale of assets under section 363 of the Bankruptcy Code. |
| | | | **Objections By Taxing Authorities** | |
| 21. | ~~17611~~ | (a) | Objects to the Modified Plan and asserts that the Debtors owe personal property taxes in the amount of $7,969.66 pursuant to the Joint Stipulation and Agreed Order Comprising and Allowing Proof of Claim Number 10248. | This objection has been resolved. |
| | | (b) | Asserts that the Modified Plan's proposal to pay the secured claim within seven years of the Effective Date violates section 1129(a)(9)(D) of the Bankruptcy Code because secured claims that would fall under section 507(a)(8) but for their secured status be treated the same as 507(a)(8) claims and be paid off in full within five years of the date of the of the order for relief. | This objection has been resolved. |
| 22. | 18194 | (a) | The Texas Taxing Authorities object to the Modified Plan to the extent that it fails to provide for postpetition and preconfirmation interest as allegedly required by section 506(b) of the Bankruptcy Code and assert that they are entitled to be paid interest at the statutory rate of 12% assessed from the petition date. | This objection erroneously states that the Modified Plan fails to provide postpetition/pre-confirmation interest as required under section 506(b) of the Bankruptcy Code. Section 5.1 of the Modified Plan expressly provides for postpetition interest for secured claims to the extent the creditor is entitled to postpetition interest under section 506(b). The interest rate provided in the Modified Plan for deferred payments for secured claims is appropriate following the guidance of Till v. SCS Credit Corp., 541 U.S. 465 (2004) (explaining that debtors may cramdown secured creditors by imposing what essentially amounts to a forced loan with a rate of interest equal to the prime rate of interest plus a one to three percent interest adjustment.) In accordance with Till, the Modified Plan entitles creditors with Secured Claims to receive interest at |

| | OBJECTION DOCKET NO. | | OBJECTION ASSERTED | RESOLUTION, RESPONSE, OR PROPOSAL |
|---|---|---|---|---|
| | | | | the seven-year treasury rate—corresponding to the seven-year payment schedule—plus 2 percent. |
| | | (b) | The Texas Taxing Authorities further object to a payout of secured tax claims which exceed 24 months from the date of approval of the Modified Plan because of the deteriorating nature of the collateral which secures the tax claims and provides a longer payout to the Taxing Authorities violates the provisions and requirements of section 1129(b)(2)(A) of the Bankruptcy Code. | The Modified Plan does not violate section 1129(b)(2)(A) of the Bankruptcy Code because under Article 5.1 of the Modified Plan claimants will retain their liens until paid in full and would receive deferred cash payments with interest, both as specifically contemplated under 1129(b)(2)(A).<br><br>Requiring that the Debtors pay the secured claim within 24 months is similar to asking that the taxes be paid similar to priority tax claims (within six years from date of assessment). This equates to relief under 11 U.S.C. § 1129(a)(9)(D), a provision under BAPCPA that is inapplicable in these cases. |
| | | (c) | The Texas Taxing Authorities further assert that modifications to the Confirmed Plan are barred by principles of res judicata and that their claims must be treated as set forth in the Confirmed Plan. | The Debtors are permitted to modify the Confirmed Plan under section 1127(b) of the Bankruptcy Code. Moreover, Article 14.3 of the Confirmed Plan contemplates plan modifications. Accordingly, the plan modifications are not barred by res judicata.<br><br>Postpetition taxes would be paid when due, but the requirements set forth in the Modification Procedures Order, approved by this Court, and as set forth in the Modified Plan would apply without exception for each objector. |
| 23. | 18218 | (a) | Howard County objects to the treatment of its allowed secured claim and asserts that it would not receive as much under the Modified Plan as it would if the Debtors' assets were liquidated under chapter 7 of the Bankruptcy Code, in violation of section 1129(a)(7)(A)(ii) of the Bankruptcy Code. | Payment of the secured portion of the tax claim over seven years with the interest as set forth in the Modified Plan does not violate section 1129(a)(7)(a)(ii). The Bankruptcy Code only requires that the Debtors provide "value" as of the effective date of the Modified Plan (the "Effective Date") that is not less than the amount such holder would receive in a liquidation. By providing a payment stream over seven years with interest, Howard County would be receiving at least the "value" that they would receive in a liquidation. |
| | | (b) | Howard County further objects to the Modified Plan because its allowed secured claim has priority under Indiana law over other secured claims. It asserts that its secured claims are not substantially similar to other secured claims. | Howard County's secured claim is properly classified because it is in its own subclass under section 3.2 of the Modified Plan. In addition, Class A consists primarily of secured tax claims, which have liens on separate property. Moreover, Howard County would not be prejudiced by the treatment in the Modified Plan because they will retain their lien until their claim is paid in full. |

17

| | OBJECTION DOCKET NO. | OBJECTION ASSERTED | RESOLUTION, RESPONSE, OR PROPOSAL |
|---|---|---|---|
| | | (c) Objects to the interest rate applicable to its secured claims under the Modified Plan. | The interest rate provided in the Modified Plan for deferred payments for secured claims is appropriate following the guidance of Till v. SCS Credit Corp., 541 U.S. 465 (2004) (explaining that debtors may cramdown secured creditors by imposing what essentially amounts to a forced loan with a rate of interest equal to the prime rate of interest plus a one to three percent interest adjustment).  In accordance with Till, the Modified Plan entitles creditors with Secured Claims to receive interest at the seven-year treasury rate—corresponding to the seven-year payment schedule—plus 2 percent. |
| | | (d) Objects to the treatment of priority tax claims to the extent not paid in full within six years from date of assessment and if an interest rate other than 8 percent is used for the period between Effective Date and payment in full.. | For their priority claim, the Modified Plan provides that priority tax claims could be paid over six years from the date of assessment consistent with section 1129(a)(9)(C) with interest from the Effective Date "at the rate required by applicable law."  If their asserted 8% interest rate is the "rate required by applicable law" then the objection is moot.  If not, then Howard County is not entitled to preferential treatment over other similar creditors. |
| 24. | 18461 (Untimely) | (a) Madison County, Indiana objects to the Modified Plan to the extent that it fails to provide for payment of postpetition and preconfirmation interest on its tax claims. It asserts that it filed a timely Proof of Claim against Delphi Automotive Systems, LLC, in the total amount of $1,226,335.55, as an unsecured priority tax claim for personal property taxes and later amended the claim, decreasing the total amount to $1,064,727.48. | The objector seeks postpetition interest on a prepetition unsecured priority tax claim.  Under the section 502(b)(2) of the Bankruptcy Code claimants are not entitled to "unmatured interest." |
| | PBGC Reservation Of Rights | | |
| 25. | ~~18292~~ | The PBGC asserts that no agreement has yet been reached between the PBGC and the Debtors and expressly reserves all claims, defenses, liens, and rights to further objections to the any proposed modifications to the Debtors' plan of reorganization, the disposition of the Debtors' pension plans, and the treatment of the PBGC's secured and unsecured claims against the Debtors. | This statement and reservation of rights has been resolved.  On July 21, 2009, the Debtors and the PBGC entered into the Delphi-PBGC Settlement Agreement, resolving the PBGC's secured and unsecured claims against the Debtors and setting forth the proposed treatment of the Debtors' pension plans, provided that, among other things, this Court approves the Delphi-PBGC Settlement Agreement and enters an order (i) confirming the Modified Plan or (ii) approving a sale under section 363 of the Bankruptcy Code. |
| | IV.  RELEASE AND DISCHARGE OBJECTIONS | | |
| 26. | 18193, 18228, 18229, 18233, ~~18286~~, ~~18291~~ | Objects to the third party release and exculpation provisions in Articles 11.5 and 11.11 of the Modified Plan. | A majority of courts, including the Second Circuit, have held that bankruptcy courts may permanently enjoin actions by third parties against non-debtors as part of a restructuring plan.  See, e.g., Deutsche Bank AG v. Metromedia Fiber Network, Inc. (In re Metromedia Fiber Network, Inc.), 416 F.3d 136, 141-42 (2d Cir. 2005); Drexel Burnham Lambert Group, Inc. v. Hart Holding Co. (In re Drexel Burnham Lambert Group, Inc.).  Approval of such releases requires a |

| | OBJECTION DOCKET NO. | OBJECTION ASSERTED | RESOLUTION, RESPONSE, OR PROPOSAL |
|---|---|---|---|
| | | | finding that "truly unusual circumstances render the release terms important to the success of the plan," such as whether the non-debtor has contributed substantial consideration to the restructuring or whether the releases are necessary to further the restructuring.  In re Metromedia Fiber Network, Inc., 416 F.2d at 142-43.<br><br>The releases and indemnification provisions in the Modified Plan of each of the major constituencies in these cases, including among others, the Debtors' officers, directors, and employees, the Creditors' Committee, the Equity Committee, the DIP Agent, the DIP Lenders, the Unions, Platinum, Parnassus, and GM, protect those parties who have participated in good faith in the Debtors' chapter 11 cases and protect individuals who have contributed to the Debtors' complex restructuring.  The amounts contributed by certain of these parties are substantial, amounting to billions of dollars invested in Delphi's reorganization.  Further, these parties conditioned their settlements and agreements on receiving the releases contemplated by the Modified Plan.  Because of the value provided as a result of these critical and necessary settlements and agreements, the releases are essential to the reorganization contemplated by the Modified Plan.<br><br>The releases granted to GM under the Modified Plan, which incorporates the releases set forth in Section 4.01 of the Global Settlement Agreement, which was approved by this Court in September 2008, are justified by GM's significant financial contributions to and close relationship with the Debtors.  GM agreed to settle and/or waive (in certain circumstances) significant claims against the Debtors for less than asserted value.  These concessions are material and essential to the success of the Debtors' reorganization.  (See Sheehan Decl. in support of MDA ¶¶ 114-120.) |
| 27. | ~~18313~~ | Asserts that the Debtors are not entitled to a discharge under section 1141(d)(3) of the Bankruptcy Code. | The Modified Plan is not a liquidating plan for purposes of section 1141(d)(3)(A).  In addition to effectuating the sale of assets under the MDA, the Modified Plan provides for the Debtors continuing to exist as corporate entities for an indefinite period of time, with newly-formed Reorganized DPH Holdings owning the equity interests in the 41 Debtor affiliates.  Reorganized DPH Holdings will have a certificate of incorporation, bylaws, and officers and directors.  (See Modified Plan §§ 7.4, 7.5.)  As was the case in Enron, under the Modified Plan Reorganized DPH Holdings will retain all assets not otherwise transferred to the Buyers under the MDA and will continue to manage and operate these assets until a favorable disposition can be reached and the proceeds can be distributed according to the Modified Plan.  These retained assets include significant real property consisting of 18 idled plants, interests in the proceeds of the ongoing litigation against the |

| | OBJECTION DOCKET NO. | OBJECTION ASSERTED | RESOLUTION, RESPONSE, OR PROPOSAL |
|---|---|---|---|
| | | | Plan Investors, interests in avoidance actions, and cash, including the emergence capital to be received under the MDA.  Moreover, the reorganized Debtors (or a designee of their choosing) will be responsible for maintaining the distribution account for General Unsecured Creditors to be established under the Modified Plan.  This process will be complicated and will involve operating, managing, and otherwise handling the retained assets and overseeing the various causes of action remaining with the reorganized Debtors for the benefit of their stakeholders.  Accordingly, the proposed discharge under the Modified Plan is appropriate because the Modified Plan is not a liquidating plan, a required element of a denial of discharge under section 1141(d)(3)(A).  In determining whether a debtor should be denied a discharge under section 1141(d)(3), courts have distinguished a wholesale liquidation of a debtor's assets from a supervised divestiture process.  Specifically, courts, including this Court, have found that where a debtor's post-confirmation business consists of managing assets pending their sale to third parties, such debtor was entitled to a discharge. See In re Enron Corp., Case No. 01-16034 (Bankr. S.D.N.Y. July 15, 2004) (confirmation order). |
| 28. | 18193, 18228, 18229, 18233 | Asserts that the injunction contained in Article 11.14 of the Modified Plan does not satisfy the requirements of section 1129(a)(1) of the Bankruptcy Code because it violates the setoff rights preserved in section 553(a) of the Bankruptcy Code and is in conflict with setoff rights provided for under Article 5.1 of the Modified Plan, which purports to preserve setoff rights. | The Objection misinterprets Article 11.14 of the Modified Plan, which provides that "the satisfaction, release, and discharge pursuant to this Article XI shall act as an injunction against any Person commencing or continuing any . . . act to . . . offset . . . any Claim . . . satisfied, released, or discharged under this Plan . . . ." <br><br> This provision would enjoin Claimants from offsetting amounts they owe arising after the Effective Date against any Claim discharged or otherwise treated under the Modified Plan.  It does not impair the rights of setoff, if any, in favor of Claimants, as they pertain to their respective postpetition claims.  Claimants would still be able to, with the consent of the Reorganized Debtors, (i) offset amounts they owe arising after the Petition Date against their Administrative Claims and (ii) offset amounts they owe arising after the Effective Date against claims they would have against the Reorganized Debtors arising after the Effective Date. |

| | OBJECTION DOCKET NO. | OBJECTION ASSERTED | RESOLUTION, RESPONSE, OR PROPOSAL |
|---|---|---|---|
| | | **V. FEASIBILITY OBJECTIONS** | |
| 29. | ~~17406~~ | Asserts that continued pursuit of the Modified Plan and the Alternative 363 Sale cannot result in a confirmed plan and emergence from bankruptcy. | The Debtors believe that they have reached an agreement with the required DIP Lenders resolving this objections. Furthermore, this objection is without merit. Closing under the agreement must occur by September 30, 2009 or the parties can terminate the agreement, subject to certain exceptions set forth in the MDA. Moreover, the Debtors will adduce evidence at the hearing that the Modified Plan is feasible and that the transactions with the DIP Lenders and GM provide the best means of maximizing the value of the Debtors' estates for the benefit of the Debtors' stakeholders. |
| 30. | 17264 | The Collective of DIP Lenders (the "Collective") asserts that the Modified Plan is not confirmable because the DIP Lenders will not consent to the transaction set forth in the MDA. | The Debtors believe that they have reached an agreement with the DIP Lenders resolving these objections.  However, as described in the Reply and throughout this appendix, the relief requested by the Debtors complies with the Bankruptcy Code in all respects, and, in the Debtors' reasonable business judgment, the transactions with the DIP Lenders and GM provide the best means of maximizing the value of the Debtors' estates for the benefit of the Debtors' stakeholders. |
| 31. | ~~18313~~, ~~18471~~ (Untimely) | The Modified Plan is not feasible because (i) there is no outside date for the MDA to close and/or (ii) the PBGC claims have not been resolved. | This objection has been resolved.  Moreover, (i) closing under the agreement must occur by September 30, 2009 or the parties can terminate the agreement, subject to certain exceptions set forth in the MDA and (ii) the PBGC's claims have been resolved pursuant to the Delphi-PBGC Settlement Agreement. |
| | | **VI.  CLASSIFICATION, IMPAIRMENT, AND VOTING RELATED OBJECTIONS** | |
| | | Classification Objections (Section 1122) | |
| 32. | 18193, 18228, 18229, 18233 | Objects to the Modified Plan and alleges that the classification of claims proposed under the Modified Plan violates section 1122 of the Bankruptcy Code. | These objections do not provide a specific reason for disagreeing with the Debtors' Modified Plan classification.

A plan of reorganization may place a claim or interest in a particular class only if such claim or interest is substantially similar to the other claims or interests in such class.  A plan proponent has considerable discretion in classifying claims and interests so long as it can articulate differences among the legal nature or priority of the claims and interests.  See, e.g., Aetna Cas. & Sur. Co. v. Clerk, United States Bankruptcy Court (In re Chateaugay Corp.), 89 F.3d 942, 949 (2d Cir. 1996); In re Drexel Burnham Lambert Group, Inc., 138 B.R. 723, 757 (Bankr. S.D.N.Y. 1992); In re Piece Goods Shops Co., 188 B.R. 778, 788 (Bankr. M.D.N.C. 1995) ("Plan proponents are to be given considerable discretion in classifying claims according to the facts and circumstances of their cases.") (citing In re Holywell Corp., 913 F.2d 873, 880 (11th Cir. 1990)).

The Modified Plan's classification scheme meets these requirements.  Creditors |

| | OBJECTION DOCKET NO. | OBJECTION ASSERTED | RESOLUTION, RESPONSE, OR PROPOSAL |
|---|---|---|---|
| | | | have been classified based upon the different attributes of their claims.  In addition to Administrative Claims and Priority Tax Claims, which are not required to be classified, the Plan designates 66 classes of claims and five classes of interests reflecting the differences in the legal nature or priority of those claims and interests.  As required by section 1122 of the Bankruptcy Code, the claims and interests within each class are substantially similar. The rationale for the Plan's classification scheme is explained in the Declaration of John D. Sheehan in support of the MDA, the Vice President and Chief Financial Officer of Delphi Corporation.  (See Sheehan Decl. in support of MDA ¶¶ 71-82.) |
| 33. | ~~18286~~, ~~18291~~ | Objects to the Modified Plan and asserts that specifically classifying the PBGC claims constitutes inappropriate gerrymandering.  To overcome the appearance of gerrymandering, the Debtors must adduce credible proof of a legitimate reason for the separate classification of claims. | The Second Circuit has held that dissimilar claims may not be placed in the same class, but not all similar claims must be placed in the same class so long as there is a "legitimate reason" justifying the separate classification.  See In re Chateaugay Corp., 89 F.3d 942, 949 (2d Cir. N.Y. 1996) ("[c]lassification is constrained by two straight-forward rules: Dissimilar claims may not be classified together; similar claims may be classified separately only for a legitimate reason"); see also Boston Post Road Ltd. P'ship v. FDIC (In re Boston Post Road Ltd. P'ship), 21 F.3d 477, 483 (2d Cir. 1994).  Courts have noted that, under section 1122(a) of the Bankruptcy Code, the "similarity of claims is not judged by comparing creditor claims inter se.  Rather, the question is whether the claims in a class have the same or similar legal status in relation to assets of the debtor."  In re Frascella Enters., Inc., 360 B.R. 435, 442 (Bankr. E.D. Pa. 2007) (citing In re Piece Goods Shops Co., L.P., 188 B.R. 778, 788 (Bankr. M.D.N.C. 1995). The Modified Plan's classification has a rational basis because it is based on the respective legal rights of the PBGC against each applicable consolidated estate.  The classification recognizes that the PBGC has a myriad of secured and unsecured claims against each of the Debtors, and is substantially different than the claims held by general unsecured creditors.  Consequently, the classification of claims of the PBGC is appropriate and the Modified Plan meets the requirements of section 1122(a). |
| | | **Artificial Impairment Objections** | |
| 34. | ~~18286~~, ~~18291~~ | Asserts that the Modified Plan artificially impairs classes of secured claims for no reason other than to create an impaired class of accepting creditors, which acceptance of an artificially impaired class does not satisfy section 1129(a)(10) of the Bankruptcy Code. | This objection has been resolved.

Debtors must demonstrate some economical or other justifiable reason for impairing a class of creditors.  In re Fur Creations by Varriale, Ltd., 188 B.R. 754, 760 (Bankr. S.D.N.Y. 1995).  Although secured claims in Class 1A were unimpaired under the Confirmed Plan, the Debtors are now in a markedly different position than they were in January 2008 when the Debtors proposed to pay general unsecured creditors in full plus accrued interest, and even provided for a |

| | OBJECTION DOCKET NO. | OBJECTION ASSERTED | RESOLUTION, RESPONSE, OR PROPOSAL |
|---|---|---|---|
| | | | distribution on account of equity interests.  To complete their reorganization under the Modified Plan, it is necessary that the Debtors set aside as much capital as possible for payment of administrative claims on the Effective Date.  The Debtors, therefore, have reserved the right under section 5.1 of the Modified Plan to pay secured claims in Class 1A over a period of seven years, which will allow the Debtors to maximize the cash available to pay administrative claims and allow the Debtors to pay secured claims after the Effective Date using proceeds from the wind down of Reorganized DPH Holdings.  Moreover, the fact that two secured creditors objected to their treatment under the Modified Plan belies the notion that these classes are artificially impaired. |
| | | **Voting Objections (Section 1126)** | |
| 35. | ~~18286~~, ~~18291~~ | Objects to the Debtors' request that any class in which no creditor votes on the Modified Plan be deemed an accepting class. | Several courts have held that if no claim or interest holder of a particular class votes either to accept or reject the plan, then that class would be deemed to have accepted the plan.  See Heins v. Ruti-Sweetwater, Inc. (In re Ruti-Sweetwater, Inc.), 836 F.2d 1263, 1266-67 (10th Cir. 1988) (holding that nonvoting class was deemed to have accepted plan for purposes of sections 1129(a)(8) and 1129(b) of the Bankruptcy Code and noting that holding otherwise would encourage creditors to "sit idly by," effectively "plac[ing] all reorganization plans at risk in terms of reliance and finality"); In re Adelphia Comm'ns Corp., 368 B.R. 140, 261-62 (Bankr. S.D.N.Y. 2007) ("Regarding non-voters as rejecters runs contrary to the Code's fundamental principle, and the language of section 1126(c), that only those actually voting be counted in determining whether a class has met the requirements . . . for acceptance or rejection of a plan . . . ."); In re Campbell, 89 B.R. 187, 188 (Bankr. N.D. Fla. 1988) ("[T]hose impaired classes which failed to vote and did not object to confirmation of the plan are deemed to have accepted the plan for the purposes of meeting the requirements of § 1129(a)(8) of the Bankruptcy Code."); but see In re Friese, 103 B.R. 90, 92-93 (Bankr. S.D.N.Y. 1989) (holding that "the court cannot deem an impaired class to have accepted a plan if no creditors in the class have voted."). |
| | | **VII.  SUBSTANTIVE CONSOLIDATION OBJECTIONS** | |
| 36. | 18193, 18228, 18229, 18233, ~~18313~~, ~~18471~~ | Asserts that the Modified Plan cannot be confirmed under section 1129 of the Bankruptcy Code because the Modified Plan improperly proposes to substantively consolidate various Debtors for plan voting | In the Second Circuit, the two critical factors to consider in examining a proposed substantive consolidation are "(i) whether creditors dealt with the entities as a single economic unit and did not rely on their separate identity in extending credit |

| | OBJECTION DOCKET NO. | OBJECTION ASSERTED | RESOLUTION, RESPONSE, OR PROPOSAL |
|---|---|---|---|
| | (Untimely) | and distribution purposes only. | or (ii) when the affairs of the debtors are so entangled that consolidation will benefit all creditors." In re Augie/Restivo Banking Co. Ltd., 860 F.2d 515, 518 (2d Cir. 1988); see also In re 599 Consumer Elecs., Inc., 195 B.R. 244, 248 (Bankr. S.D.N.Y. 1996) (substantive consolidation could be warranted on either ground). In applying the second factor of the Augie/Restivo test, courts balance whether "the inequalities of substantive consolidation are outweighed by the practical difficulties of tracing complex transactions between interrelated entities." In re Drexel Burnham Lambert Group, Inc., 138 B.R. 723, 765 (Bankr. S.D.N.Y. 1992). |
| | | | The Court approved the Debtors request for substantive consolidation in connection with the Confirmed Plan (see Docket No. 12359 ¶ 41) and there are no new facts or circumstances that would warrant a different result here. The Modified Plan proposes a partial substantive consolidation of the 42 Debtor entities into 12 groups for purposes of voting and distribution. The Debtors have proposed this structure because Delphi runs its business on a divisional basis rather than by legal entity. Delphi personnel and many of Delphi's customers and suppliers generally think of the Company in the U.S. as "Delphi Corporation," or simply, "Delphi." In part, this is because the Company presents itself as "Delphi" and does not hold itself out as separate legal entities in marketing materials or press releases, purchase orders, correspondence, and accounting reports. One of the Debtor entities, DAS LLC, operates the Debtors' integrated claim management system and holds the Company's operating accounts. The rationale for the partial substantive consolidation in the Modified Plan is explained in more detail in the Declaration of John D. Sheehan in support of the MDA, ¶¶ 85-94. |
|  | **VIII.  1129(a)(9) OBJECTIONS** | | |
| 37. | 18193, 18218, 18228, 18229, 18233, ~~18286~~, ~~18291~~, ~~18313~~, ~~18471~~ (Untimely) | Objects to the Modified Plan and argues that the Modified Plan violates section 1129(a)(9) of the Bankruptcy Code because it does not provide for payment of administrative expenses on the effective date of the Modified Plan (the "Effective Date"). | The objectors assert that section 1129(a)(9)(A) requires the Debtors to pay all administrative claim amounts on the Effective Date. Section 1129(a)(9)(A) of the Bankruptcy Code provides that the holder of a claim under section 507(a)(1) must, "on the effective date of the plan, … receive on account of such claim cash equal to the allowed amount of such claim." 11 U.S.C. § 1129(a)(9)(A) (emphasis added). The objectors do not currently hold allowed claims under section 507(a)(1), and thus section 1129(a)(9)(A) does not mandate that they be paid on the Effective Date. Furthermore, debtors, especially in cases the same size and complexity as these, routinely pay administrative claims after the effective date of plan. See, e.g., In re Dana Corp., Case No. 06-10354 (Bankr. S.D.N.Y. Dec. 26, 2007) (order confirming plan establishing administrative claims bar date after |

| | OBJECTION DOCKET NO. | OBJECTION ASSERTED | RESOLUTION, RESPONSE, OR PROPOSAL |
|---|---|---|---|
| | | | effective date); <u>In re Delta Air Lines, Inc.</u>, Case No. 05-17923 (Bankr. S.D.N.Y. Apr. 25, 2007) (same).  Indeed, debtors routinely establish, pursuant to plans of reorganization, administrative claims bar dates after the effective date of such plans.  <u>Id.</u>  To require a debtor to do otherwise would place an unreasonable burden on debtors to identify and resolve all administrative claims prior to the effective date of a plan.  Such a burden should not be placed on the Debtors.<br><br>In any event, the Debtors have the authority to pay undisputed administrative claims in the ordinary course of business and upon the first Periodic Distribution Date, which shall occur no later than 30 days after the Effective Date.  (<u>See</u> Modified Plan § 1.75.)  Specifically, Article 2.1 of the Modified Plan provides that holders of Allowed Administrative Claims shall receive Cash or such other agreed-upon treatment on the first Periodic Distribution Date occurring after the later of (a) the date an Administrative Claim becomes and Allowed Administrative Claim or (b) the date when an Administrative Claim becomes payable pursuant tot any agreement between a Debtor or a Reorganized Debtor and the holder of such Administrative Claim. |
| 38. | ~~18296, 18300~~ | Objects to the Modified Plan because (i) the DIP Lenders will not be paid in full in cash and (ii) the DIP Lenders do not consent to such treatment as required by section 1129(a)(9) of the Bankruptcy Code. | The Debtors believe that they have reached an agreement with the required DIP Lenders resolving these objections.  However, at the Final Modification Approval Hearing, the Debtors will demonstrate that they will satisfy all administrative claims under the applicable standards.  Pursuant to section 1129(a)(9)(A) of the Bankruptcy Code, a bankruptcy court may only confirm a plan of reorganization if the plan provides for payment in full, in cash, of all allowed administrative claims unless the holders of such claims consent to some different treatment.  The Plan's provision for a consensual foreclosure by the DIP Agent comports with section 1129(a)(9).<br><br>As this Court already recognized in connection with the Debtors' motion to approve the Accommodation Agreement, the intercreditor arrangement under the DIP Credit Agreement provides for enforcement rights by collective action.  This bargained-for arrangement vests the DIP Agent—either in its own discretion or as compelled by a majority of Tranche A and Tranche B lenders constituting the "Required Lenders" (as defined in the DIP Credit Agreement)—with the exclusive right to exercise remedies upon an event of default.  Accommodation Agmt. Hr'g Tr. 154, Dec. 1, 2008; <u>accord</u> <u>Chase Manhattan Bank v. Motorola, Inc.</u>, 136 F. Supp. 2d 265, 271 (S.D.N.Y. 2001); <u>Mizuho Corp. Bank, Ltd. v. Enron Corp.</u> (In re Enron Corp.), 302 B.R. 463, 472-77 (Bankr. S.D.N.Y. 2003); <u>Beal Savings Bank v. Sommer</u>, 865 N.E.2d 1210, 1215-16 (N.Y. 2007).  Objectors argued, |

| OBJECTION DOCKET NO. | OBJECTION ASSERTED | RESOLUTION, RESPONSE, OR PROPOSAL |
|---|---|---|
| | | among other things, that the Debtors lacked authority to enter into the Accommodation Agreement because, in particular, the accommodation effectively extended the maturity date of the DIP Credit Agreement, which required the consent of all lenders. It followed, the objectors argued, that upon maturity of the DIP Credit Agreement any lender could enforce its right to payment. This Court disagreed with the objectors, however, and found that lenders under the DIP Credit Agreement had bargained away their individual rights to enforce remedies upon an event of default in favor of collective enforcement rights exercisable only by the DIP Agent: |

> The objectors contend that, given the anticipated maturity of the loans at the end of this month, they individually have the right to act to enforce Delphi's payment obligation, but I conclude that the agreement itself does not provide them with that right. And under New York law, the remedy provision of the agreement provides, instead, that right to be exercised by the agent, either in its discretion or a the direction of the required lenders. Therefore, I believe that, in entering into the credit agreement or by purchasing Tranche C or A or B loans, each DIP lender agreed or know that it would be subject to subject to such a limitation on its right to act unilaterally to, for example, sue the debtor for breach of the DIP Agreement.

Accommodation Agmt. Hr'g Tr. 154-55.

Among the remedies available to the DIP Agent upon an event of default, section 7.01 of the DIP Credit Agreement provides that the DIP Agent may "exercise any and all remedies under the Loan Documents and under applicable law available to the Administrative Agent and the Lenders." In addition, section 15(a) of the Security And Pledge Agreement specifically provides: "The Agent may exercise in respect of the Collateral . . . all rights and remedies of a secured party on default under the Uniform Commercial Code . . . ." Accordingly, the treatment set forth in the Plan regarding the satisfaction and discharge of the DIP Credit Agreement—either through strict foreclosure under section 9-620 of the UCC or a public sale under section 9-610 of the UCC—falls squarely within the remedies of the DIP Agent contemplated by the DIP Lenders. The DIP Lenders have consented to such treatment as part of the intercreditor arrangement under the DIP Credit Agreement. The treatment of the DIP Facility Claims, therefore, complies

| | OBJECTION DOCKET NO. | OBJECTION ASSERTED | RESOLUTION, RESPONSE, OR PROPOSAL |
|---|---|---|---|
| | | | with the conditions to confirmation set forth section 1129(a)(9) of the Bankruptcy Code. |
| **IX.   OBJECTIONS RELATED TO CREDIT BIDDING, THE DIP CREDIT AGREEMENT, AND THE ALTERNATIVE 363 SALE** | | | |
| **Credit Bidding Objections** | | | |
| 39. | ~~18296~~ | Objects to the Modified Plan is not confirmable because the Modified Plan does not provide secured creditors an opportunity to credit bid under section 363(k), as required by section 1129(b)(2)(A)(ii) of the Bankruptcy Code | The Debtors believe that they have reached an agreement with the required DIP Lenders resolving these objections.  However, as described in the Reply and throughout this appendix, the relief requested by the Debtors complies with the Bankruptcy Code in all respects, and, in the Debtors' reasonable business judgment, the transactions with the DIP Lenders and GM provide the best means of maximizing the value of the Debtors' estates for the benefit of the Debtors ' stakeholders. |
| 40. | ~~17264~~, ~~18291~~ | Objects to the Alternative 363 Sale because such a sale would (i) violate the DIP Credit Agreement and DIP Order, and which the Required Lenders would not consent to such violation, (ii) constitute a sub rosa plan, (iii) lack an auction process, and/or (iv) strip the DIP Lenders of their ability to credit bid under section 363(k) of the Bankruptcy Code. | The Debtors believe that they have reached an agreement with the required DIP Lenders resolving these objections.  The Creditors' Committee's objection has been resolved.  However, the Debtors do not agree that a sale pursuant to section 363 of the Bankruptcy Code requires the consent of the DIP Lenders.<br><br>Moreover, the Creditors' Committee and others have argued that if the Modified Plan cannot be confirmed and the Alternative Section 363 Sale is implemented instead, the latter transaction would constitute an impermissible sub rosa reorganization plan.  A transaction within chapter 11 may be a sub rosa plan of reorganization if it disposes of all the debtor's assets, restricts creditor's rights to vote on a plan of reorganization, or dictates the terms of a plan of reorganization.  In re Tower Automotive, Inc., 342 B.R. 158, 163-64 (Bankr. S.D.N.Y. 2006), aff'd 241 F.R.D. 162 (S.D.N.Y. 2006).  The concern is that a debtor will enter a transaction "that will, in effect, 'short circuit the requirements of [C]hapter 11 for confirmation of a reorganization plan.'"  In re Iridium Operating LLC, 478 F.3d 452 (2nd Cir. 2007) (alterations in original) (citing In re Braniff Airways, Inc., 700 F.2d 935, 940 (5th Cir. 1983)).<br><br>In the bankruptcy cases of Chrysler LLC and of General Motors Corp., the Bankruptcy Court for the Southern District of New York recently considered whether transactions very similar to the sale under the Master Disposition Agreement were sub rosa plans.  And in both instances the court overruled the sub rosa plan objections and approved the sale.  The principles articulated in both cases are relevant to the sale now before the court:  (i) debtors may sell substantially all of their assets and later submit a plan of liquidation, (ii) a sale of substantially all assets under 363 may be in the best interest of the debtors' estates |

| | OBJECTION DOCKET NO. | OBJECTION ASSERTED | RESOLUTION, RESPONSE, OR PROPOSAL |
|---|---|---|---|
| | | | and stakeholders if necessary to preserve going-concern value, (iii) a sale is not a sub rosa plan simply because the ultimate value of proceeds distributed among the debtors' creditors can be determined based on the creditors' relative priority, (iv) purchasers may choose certain liabilities to assume, and (v) purchasers' postsale operational and funding arrangements are irrelevant. In re General Motors Corp., No. 09-50029, 2009 WL 1959233, at *20-23 (Bankr. S.D.N.Y. July 5, 2009); In re Chrysler LLC, 405 B.R. 84, 95-100 (Bankr. S.D.N.Y. 2009). <br><br> The similarities between the sales approved in the Chrysler and General Motors cases give clear direction to the Court to determine whether the sale proposed under the Master Disposition Agreement qualifies as a sub rosa plan.  Like the sales in Chrysler and General Motors, the Master Disposition Agreement does not constrain the rights of parties in these Chapter 11 Cases to exercise their respective rights in connection with confirmation of or voting on a future liquidating plan of reorganization.  Nor does the sale dictate the distribution of proceeds among the Debtors' various creditors.  All proceeds from the Master Disposition Agreement will simply go to the Debtors' estates.  Accordingly, the sale under the Master Disposition Agreement is not a sub rosa plan. |
| | | **Objections Related To DIP Credit Agreement** | |
| 41. | ~~18296~~ | Asserts that the DIP Lenders have not waived their rights under the DIP Credit Agreement and the DIP Order as a result of the DIP Lenders despite the voluntary forbearance from exercising remedies without consideration from any of the Debtors because the DIP Lenders, along with most parties in interest, consider foreclosure an option of last result. | The Debtors believe that they have reached an agreement with the required DIP Lenders resolving these objections.  However, the Debtors do not agree that a sale pursuant to section 363 of the Bankruptcy Code requires the consent of the DIP Lenders. |
| 42. | ~~18300~~ | Objects to the Modified Plan because it would violate the DIP Credit Agreement and DIP Order and the Required Lenders would not consent to such violation.  Moreover, the Collective asserts (i) that the proposed sale price falls short of a fair and reasonable value, (ii) that the proposed transaction was not structured in good faith, and (iii) that the Delphi board and management are self-interested in the proposed transaction. | The Debtors believe that they have reached an agreement with the required DIP Lenders resolving these objections.  However, as described in the Reply and throughout this appendix, the relief requested by the Debtors complies with the Bankruptcy Code in all respects, and, in the Debtors' reasonable business judgment, the transactions with the DIP Lenders and GM provide the best means of maximizing the value of the Debtors' estates for the benefit of the Debtors ' stakeholders. |
| | | **DIP Lender Objections To Alternative 363 Sale** | |
| 43. | ~~18296~~ | Asserts that the Alternative 363 Sale cannot be consummated because DIP Lenders will not consent to sale. | The Debtors believe that they have reached an agreement with the required DIP Lenders resolving this objection.  Moreover, this objection lacks merit because although the Debtors need Required Lender consent to consummate the Modified Plan, the Debtors believe that they can proceed with the Sale Transactions |

| | OBJECTION DOCKET NO. | | OBJECTION ASSERTED | RESOLUTION, RESPONSE, OR PROPOSAL |
|---|---|---|---|---|
| | | | | pursuant to section 363 without DIP Lender consent. |
| 44. | ~~17264~~, ~~18283~~, ~~18300~~ | | Objects to the Alternative 363 Sale because such a sale would (i) violate the DIP Credit Agreement and DIP Order, and which the Required Lenders would not consent to such violation, (ii) constitute a <u>sub</u> <u>rosa</u> plan, (iii) lack an auction process, and (iv) strip the DIP Lenders of their ability to credit bid under section 363(k) of the Bankruptcy Code. | The Debtors believe that they have reached an agreement with the required DIP Lenders resolving these objections.  As explained above, the Debtors do not agree that a sale pursuant to section 363 of the Bankruptcy Code requires the consent of the DIP Lenders.  Moreover, the auction procedures approved by the Court address and moot the objections regarding the auction process and the ability to credit bid under section 363(k) of the Bankruptcy Code. |
| | | | **X  MISCELLANEOUS OBJECTIONS** | |
| 45. | 18345 (Untimely), 18347 (Untimely), 18348 (Untimely), 18349 (Untimely), 18450 (Untimely) | (a) | Certain former Plan Investors object to the Modified Plan on the grounds that the MDA and the Modified Plan do not adequately address the pending adversary proceeding or the Plan Investors' counterclaims.  Certain Plan Investors assert that the MDA appears to contemplate a situation in which GM or GM Buyer may be tasked with prosecuting Delphi's claims, while Delphi continues to defend against the Counterclaims.  The objectors submit that only one party should be permitted to prosecute Delphi's affirmative claims and defenses to the Counterclaims. | It is Delphi's current intention that the Plan Investor litigation will continue to be conducted by current counsel after consummation, pursuant to an arrangement between the Debtors and GM. |
| | | (b) | Second, the objectors that although the Modified Plan provides that up to approximately $145 million of the net proceeds of any recovery Delphi may obtain on the Appaloosa Claim must be transferred to the DIP Facility Second Priority Term Claims, Modified Plan § 7.9(a), the Modified Plan and related documents do not include any documentation of any obligation on the part of assignee GM or GM Buyer to transfer such funds. It further asserts that this absence creates unnecessary confusion as to who is the real party in interest. | The MDA and the Modified Plan constitute the definitive documentation requiring GM Buyer to pass the first $145 million in recovery (i) to Delphi under the Modified Plan (<u>see</u> MDA §§ 3.1.3, 9.43; Modified Plan § 7.8(e)) or (ii) to the DIP Agent on behalf of the Tranche C Lenders in the case of an Alternative 363 Sale (<u>see</u> 363 Implementation Agreement §§ 3.1.3, 9.43). Nevertheless, a further agreement is expected as set forth in § 9.43 of the MDA. |
| | | (c) | Finally, the objectors assert that Delphi has made no reservation for any of the Plan Investors' Counterclaims, including the transaction expenses and that such failures have resulted or could result in an impairment of all or a portion of the Counterclaims, resulting in disparate treatment of administrative claims.  The objectors assert that because Bankruptcy Code § 1123(a)(4) provides that "[n]otwithstanding any otherwise applicable nonbankruptcy law, a plan shall--(4) provide the same treatment for each | This objection is without merit.  Section 1123(a)(4) of the Bankruptcy Code only applies only to classes of claims and therefore is inapplicable on its face to unclassified claims.  The Modified Plan does not classify administrative claims as a separate class for the purposes of section 1123(a)(1).  (<u>See</u> Modified Plan § 3.2.)  Bankruptcy Code § Section 1123(a)(1) requires the designation of classes of claims and interests "other than claims of a kind specified in section 507(a)(1) . . . of this title."  Because section 507(a)(1) covers administrative claims, such claims need not be classified, and moreover, may even be prohibited from classification under Section 1123(a)(1). <u>See</u> 7 Collier, <u>Bankruptcy</u>, ¶ 1123.01[1] (15th rev. ed. |

| | OBJECTION DOCKET NO. | OBJECTION ASSERTED | RESOLUTION, RESPONSE, OR PROPOSAL |
|---|---|---|---|
| | | claim or interest of a particular class, unless the holder of a particular claim or interest agrees to a less favorable treatment of such claim or interest," all administrative claims are entitled to similar treatment. | 2007) (stating that "it is not clear from either the language of the statute or its legislative history whether section 1123(a)(1) prohibits the classification of section 507(a)(2), (a)(3) and (a)(8) claims or merely makes such classification permissive."). Moreover, to the extent that the Plan Investors' Counterclaims would result in allowed administrative expenses, the objectors do not currently hold allowed claims under section 507(a)(1), and thus section 1129(a)(9)(A) does not mandate that they be paid on the Effective Date.  Furthermore, debtors, especially in cases the same size and complexity as these, routinely pay administrative claims after the effective date of plan.  See, e.g., In re Dana Corp., Case No. 06-10354 (Bankr. S.D.N.Y. Dec. 26, 2007) (order confirming plan establishing administrative claims bar date after effective date); In re Delta Air Lines, Inc., Case No. 05-17923 (Bankr. S.D.N.Y. Apr. 25, 2007) (same).  To require a debtor to do otherwise, which is essentially what requiring a reservation for the Plan Investors' Counterclaims would do, would place an unreasonable burden on debtors to identify and resolve all administrative claims prior to the effective date of a plan. Such a burden should not be placed on the Debtors. |
| 46. | 18286, 18291 | Asserts that the Alternative 363 Sale would be an improper sub rosa plan. | This objection has been resolved. |
| 47. | 18194 | The Texas Taxing Authorities seek clarification that in the event that the Alternative 363 Sale occurs, any liens secured by the property to be sold would attach to the proceeds of the sale in the order and priority that the liens had against the property sold. | The Debtors do not dispute that in the event of an Alternative 363 Sale, the Texas Taxing Authorities would retain their rights under applicable law. |
| 48. | 18313, 18471 (Untimely) | Asserts that the Modified Plan does not provide for adequate means for the implementation of the Modified Plan because it does not provide for the disposition of avoidance action proceeds. | DPH Holdings retains the assets of the avoidance actions, and will use the proceeds to pay administrative claims or repay the loan from GM. |
| 49. | 18002, 17951 | Gary Y. Cook and Sharyl Y. Carter object to the treatment of individual workers' compensation claims asserted in the amounts of $311,800.00 and $50,000,000.00 (plus interest) respectively.  Mr. Cook argues that his claim cannot be modified under the Modified Plan because it would contradict a 2003 order issued by the Michigan Department of Consumer and Industry Services Bureau of Workers' Disability Compensation/Board of Magistrates. | The Modified Plan does not alter the Debtors' injured employees' ability to seek workers' compensation payments.  Each individual worker who filed a timely claim will be entitled to a distribution under the Modified Plan in accordance with the priority scheme under section 507 of the Bankruptcy Code to the extent such claim has not already been paid following the Petition Date pursuant to the claims adjudication process authorized by this Court in these chapter 11 cases.  To the extent that an individual Delphi employee failed to file a timely claim, that employee's workers' compensation claim is barred by the bar date order entered by this Court. |

| | OBJECTION DOCKET NO. | OBJECTION ASSERTED | RESOLUTION, RESPONSE, OR PROPOSAL |
|---|---|---|---|
| | | | Mr. Cook had filed proof of claim no. 5408, which was modified on the Debtors' Thirty-Fourth Omnibus Claims Objection from an unliquidated claim asserting priority treatment to a general unsecured claim in the amount of $0.00 <br><br> Ms. Carter's proof of claim no. 17951 was objected to on the Debtors' Thirty-Fourth Omnibus Claims Objection.  Because she filed a response to the objection, the hearing on that objection to that proof of claim is adjourned indefinitely pursuant to the claims objection procedures authorized by this Court. |
| 50. | 18228, 18490 | Lear Corporation ("Lear") asserts that any chapter 5 avoidance action against Lear is prohibited by the automatic stay in Lear's bankruptcy case and that any pending action against Lear should be dismissed and removed from Exhibit 7.19 to the Modified Plan. | To the extent that there is a pending avoidance action against Lear, which is presently stayed by the Preservation Of Estate Claims Procedures Order, as Modified (Docket Nos. 9105, 13277, 13484), the Debtors will consent to the resolution of such avoidance claims against Lear as part of the claim reconciliation process in Lear's bankruptcy case.  It would not be appropriate for the Debtors to dismiss any actions against Lear, as such a dismissal could be construed as an abandonment of the Debtors' claims. |
| 51. | 18223 | SKF USA Inc. ("SKF") objects to Modified Plan to the extent that it seeks to limit the Debtor's cure obligations to amounts due as of the time notices were issued and various prior deadlines.  SKF requests inclusion of language in the order confirming the Modified Plan stating (i) that nondebtor counterparties shall be entitled to payment in full on any executory contract obligation that has accrued, but is not in default, as of the moment such executory contract is assumed and assigned, (ii) whether the Debtors or the assignee of such contract is liable for such accrued obligations, and (iii) if the Debtors are liable for such obligations, that these obligations shall either be paid in the ordinary course of business or through administrative claims allowance process set forth in the Modified Plan. | This is not an objection to confirmation of the Modified Plan.  The Debtors assert that the procedures set forth in Article 8 of the Plan provide for the cure of all defaults under the contract counterparties' executory contracts, and that such procedures are appropriate, notwithstanding the fact that the Debtors may make cure payments after the Effective Date. |

| | OBJECTION DOCKET NO. | OBJECTION ASSERTED | RESOLUTION, RESPONSE, OR PROPOSAL |
|---|---|---|---|
| 52. | 18193, 18228, 18229, 18233 | Objects to the estimation procedures governing distributions to disputed and contingent claims set forth in Article 9.8 of the Modified Plan on the grounds that (i) the proposed estimation of Disputed Claims under section 9.8(b)(iii) violates section 502(c) of the Bankruptcy Code and (ii) the proposed limitation in section 9.8(c) creates unfair treatment of creditors within the same class (by relegating creditors with disputed claims to a non-recourse position) and thus violates section 1123(a)(4) of the Bankruptcy Code. | There is no section 9.8(b)(iii) in the Modified Plan, so the Debtors presume the Objection is in regards to section 9.8(b)(i) of the Modified Plan, which provides for the estimation of claims for establishing a distribution reserve. The Objection that the Modified Plan violates section 502(c) of the Bankruptcy Code is without merit because the claims are not being estimated for distribution purposes, but only to create a reserve. Although section 502(c) provides that a court shall estimate claims for purposes of "allowance," courts have used section 502(c) to estimate claims for more limited purposes, such as determining the amount to be placed in a reserve fund. See, e.g., In re Jacom Computer Servs., Inc., 280 B.R. 570, 573 (Bankr. S.D.N.Y. 2002) (ordering estimation of disputed claims for establishing appropriate reserve); In re Drexel Burnham Lambert Group, Inc., 138 B.R. 723, 740 (Bankr. S.D.N.Y. 1992) (estimating disputed claims for reserve purposes).<br><br>The Debtors believe that the majority of Claims have been resolved or reconciled and any amounts set aside in the distribution reserve will be sufficient, therefore the Modified Plan complies with section 1123(a)(4) of the Bankruptcy Code. |
| | **XI. CONTRACT RELATED OBJECTIONS** | | |
| | **Objections Related To Assumption And Assignment Of Contracts** | | |
| 53. | ~~17615~~ | Computer Sciences Corporation ("CSC") objects to the Modified Plan and the Alternative 363 Sale to the extent they would result in prejudice to CSC or have preclusive effect with respect to the pending adversary proceeding concerning the Master Services Agreement between Delphi and CSC. | This objection has been resolved. The Debtors will include the following language in any order the Debtors propose to the Bankruptcy Court confirming the Modified Plan or approving the Proposed Sale: "Notwithstanding anything contained herein to the contrary, nothing in this order shall in any way prejudice the rights, claims, causes of action, counterclaims, defenses, affirmative defenses, or remedies of the Debtors or Computer Sciences Corporation regarding the matters pending in Adversary Proceeding No. 09-01271 (RDD), and nothing in this Order shall in any way provide any preclusive relief with respect to the same." |

| | OBJECTION DOCKET NO. | OBJECTION ASSERTED | RESOLUTION, RESPONSE, OR PROPOSAL |
|---|---|---|---|
| 54. | 18215, 18217, 18373, 18397, 18398, 18399, 18404, 18414, 18420, 18463, 18468, 18472, 18480, 18481, 18483, 18484, 18485, 18486, 18487, 18488, 18490, 18491, 18494 (Untimely), 18545, 18546, 18570, 18573, 18574, 18652 (Untimely) | Asserts that the Debtors fail to specify which contracts the Debtors seek to assume and assign and that therefore the objectors cannot determine if the cure amount is adequate. | This is not an objection to confirmation of the Modified Plan. Any objection relating to (i) notice of nonassumption, (ii) cure of defaults, (iii) adequate assurance of future performance, and/or (iv) assumption and/or assignment, with respect to executory contracts or unexpired leases to be assumed and/or assigned (together, the "Assumption and Assignment Objections") under the Modified Plan, shall not be heard at the Plan Modification Hearing but shall instead be adjourned to a hearing to be held on August 17, 2009 at 10:00 a.m. (prevailing Eastern time) (the "August 17 Hearing"); provided that if an objection contains an Assumption and Assignment Objection and an objection to confirmation of the Modified Plan, only the Assumption and Assignment Objection shall be adjourned to the August 17 Hearing. All other portions of the objections relating to confirmation of the Modified Plan shall be heard at the Plan Modification Hearing. |
| 55. | 18223, 18234, 18235, 18254, 18266, 18271, 18323, 18368, 18369, 18370, 18372, 18373, 18374, 18382, 18385, 18386, 18387, 18388, 18389, 18390, 18392, 18394, 18395, 18397, 18398, 18399, 18400, 18401, 18402, 18406, 18408, 18414, 18430, 18456, 18480, 18481, 18483, 18484, 18485, 18486, 18487, 18488, | Objects to the Debtor's notices of assumption and assignment and asserts that under section 365 of the Bankruptcy Code, executory contracts may not be assumed unless and until the Debtors assume the entire contract and pay all associated cure amounts. Several objectors also assert that (i) their executory contracts may not be assumed and assigned without providing adequate assurance of future performance as required by section 365(f)(2)(B) of the Bankruptcy Code, (ii) additional contracts for which they did not receive a notice of assumption or assignment are in fact prepetition contracts, or (iii) this Court lacks jurisdiction to approve the assumption and assignment of a purchase order between the counterparty and a non-Debtor. | This is not an objection to confirmation of the Modified Plan. See the Debtors' response at number 54 above.<br><br>The Debtors assert that the procedures set forth in Article 8 of the Modified Plan provide for the cure of all defaults under the contract counterparties' executory contracts, and that such procedures are appropriate, notwithstanding the fact that the Debtors may make cure payments after the Effective Date. |

| | OBJECTION DOCKET NO. | OBJECTION ASSERTED | RESOLUTION, RESPONSE, OR PROPOSAL |
|---|---|---|---|
| | 18489, 18490, 18491, 18494 (Untimely), 18545, 18546, 18547, 18565, 18652 (Untimely) | | |
| 56. | 18261, 18271, 18323, 18358, 18365, 18370, 18372, 18374, 18382, 18385, 18386, 18387, 18388, 18389, 18390, 18392, 18397, 18400, 18401, 18402, 18404, 18405, 18406, , 18408, 18414, 18456, 18473, 18481, 18484, 18485, 18486, 18489, 18490, 18491, 18494 (Untimely), 18546, 18547, 18573, 18652 (Untimely) | Objects to the cure amount listed in the Assumption and Assignment Notices.  Certain objectors further assert that the definition of "Cure" under the Modified Plan only includes prepetition defaults and therefore fails to comply with section 365 of the Bankruptcy Code. | This is not an objection to confirmation of the Modified Plan.  See the Debtors' response at number 54 above.

The Debtors assert that cure amounts have been previously established pursuant to (i) the procedures in the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, as modified on January 25, 2008, and the December 10, 2007 Solicitation Procedures Order (Docket No. 11389), as modified pursuant to the procedures set forth in the Modification Procedures Order or (ii) agreement between the Debtors and the applicable contract counterparty.  Moreover, the procedures set forth in Article 8 of the Modified Plan provide for the appropriate resolution of disputed cure amounts after confirmation. |
| 57. | 18216 | The ACE Companies object to the Modified Plan to the extent that it does not provide that the Reorganized Debtors are liable to pay administrative expense claims arising under assumed and/or assigned agreements and asserts that (i) the Modified Plan should be revised to provide that the Reorganized Debtors remain liable for administrative expense claims arising under "assumed and postpetition agreements" and (ii) the definition of "Allowed Claim" under the Modified Plan should be revised to include claims arising | The ACE Companies' request that the Modified Plan be revised to provide that the Reorganized Debtors remain liable for administrative expense claims arising under "assumed and postpetition agreements" is duplicative of prior orders of this Court and the Bankruptcy Code and is not necessary.  As to administrative expense claims arising under assumed agreements, pursuant to the Joint Stipulation and Agreed Order dated October 2, 2007 between the Debtors and the ACE Companies regarding the ACE Companies' proofs of claim, all payments and reimbursement obligations owing to the ACE Companies from the Debtors under |

| | OBJECTION DOCKET NO. | OBJECTION ASSERTED | RESOLUTION, RESPONSE, OR PROPOSAL |
|---|---|---|---|
| | | from assumed agreements. | the assumed agreements shall be accorded administrative priority status pursuant to section 503(b)(1)(A) of the Bankruptcy Code.  As to administrative expense claims arising under postpetition agreements, such obligations, if allowed or undisputed, are entitled to administrative expense priority pursuant to section 503(b) of the Bankruptcy Code.<br><br>The definition of "Allowed Claim" under the Modified Plan should not be revised to include claims arising from assumed agreements.  An Administrative Claim must be undisputed before it can be paid.  Once such a claim is undisputed, then pursuant to sections 1.75 and 2.1 of the Modified Plan the Reorganized Debtors would be able to satisfy it by the first Periodic Distribution Date after its allowance or agreement between the Reorganized Debtors and the ACE Companies. |
| 58. | 18219, 18266, 18293, 18297, 18392, 18463, 18545 | Seeks clarification by the Debtors of their specific intentions with respect to the assumption, assignment or other treatment of the contracts to which the objector is a counterparty, and absent that clarification, objects to (i) approval of the MDA (as such may be modified by or implemented through a 363 Implementation Agreement or otherwise) and confirmation of the Modified Plan, (ii) the proposed treatment of the contracts, to the extent that such treatment would be inconsistent with or in derogation of the terms of any settlement agreement between the objectors and the Debtors, and/or (iii) the lack of adequate assurance of future performance. | This is not an objection to confirmation of the Modified Plan.  See the Debtors' response at number 54 above. |
| 59. | 18293 | Inteva Products LLC ("Inteva") objects to the Modified Plan to the extent that it does not provide for the assumption and assignment or other binding continuation of the Master Sale and Purchase Agreement among Delphi and Inteva, dated as of October 15, 2007 (the "Inteva MSPA"), and a lease agreement between Delphi Automotive Systems LLC and Inteva effective February 29, 2008 ("Inteva Lease"), which Inteva asserts are administrative liabilities of the Debtors. | The Debtors have been in discussions with counsel for Inteva and have confirmed with Inteva that the Inteva MSPA will be an obligation of Reorganized DPH Holdings and that the Inteva Lease will be assigned to the Company Buyer.  As a result of the transfer of this information and the discussions held, the Debtors believe that Inteva's objection will be confirmed as resolved prior to the hearing. |

| | **OBJECTION DOCKET NO.** | **OBJECTION ASSERTED** | **RESOLUTION, RESPONSE, OR PROPOSAL** |
|---|---|---|---|
| 60. | 18417 | Findlay Industries, Inc. ("Findlay") submits a limited objection to the proposed assumption and assignment of executory contracts with Findlay. Findlay asserts that no executory contracts or unexpired leases exist between Findlay and the Debtors that are capable of being assumed and assigned. Findlay asserts that it would have no ability to perform any of the alleged Findlay contracts because it is in a winding-down process and has sold, or is the process of selling, its remaining operating assets. | This is not an objection to confirmation of the Modified Plan. See the Debtors' response at number 54 above. |
| | | **Objections To Non-Assumption Notices** | |
| 61. | 17767, 17773, 18022, 18245, 18266, ~~18273~~, 18397, ~~18325~~, 18487, 18488, 18556 (Untimely) | Objects to the Debtor's notices of non-assumption under the Modified Plan and asserts that the cure procedures set forth in the Modified Plan violate section 365 of the Bankruptcy Code. | This is not an objection to confirmation of the Modified Plan. See the Debtors' response at number 54 above.<br><br>Although the cure procedures set forth in the Modified Plan and Modification Procedures Order are inapplicable to expired or terminated contracts, the Debtors assert that the procedures set forth in Article 8 of the Modified Plan provide for the cure of all defaults under the contract counterparties' executory contracts, and that such procedures are appropriate, notwithstanding the fact that the Debtors may make cure payments after the Effective Date. |
| | | **Objections To Assignment Of Contracts** | |
| 62. | 18215, 18216, 18217, 18220, 18221, 18245, 18261, 18373, 18398, 18404, 18405, 18407, 18490, 18491, 18565, 18574 | Objects to the assumption and/or assignment of certain contracts and asserts that under applicable law such contracts may not be assigned without consent of the contract counterparty. | This is not an objection to confirmation of the Modified Plan. See the Debtors' response at number 54 above.<br><br>The Debtors reserve all rights with respect to the argument that, to the extent they ultimately seek to assign any of their executory contracts or unexpired leases, they must obtain the consent of the counterparty under applicable non-bankruptcy law. With respect to license agreements specifically, commentators and courts have questioned whether under "applicable law" consent is necessary for the assignment of a license, even outside of the bankruptcy context. See Superbrace, Inc. v. Tidwell, 124 Cal. App. 4th 388 (2004) (holding that state common law of free assignability rather than restrictive federal common law should apply to determine whether patent license can be assigned) (citing Daniel A. Wilson, Patent License Assignment: Preemption, Gap Filling, And Default Rules 7 B.U. L. Rev. 895, 911 (1997)). Indeed, the Debtors note that section 365(b)'s requirement that a debtor must show adequate assurance of future performance before it assigns an executory contract protects counterparties and addresses many of concerns underlying those cases that suggest consent is required. Accordingly, to the extent that the Debtors seek to assume, or assume and assign, any of their |

| | OBJECTION DOCKET NO. | OBJECTION ASSERTED | RESOLUTION, RESPONSE, OR PROPOSAL |
|---|---|---|---|
| | | | executory contracts or unexpired leases, the Debtors expressly reserve the right to assert that the counterparty's consent is not required.<br><br>Section 365(c)(1) of the Bankruptcy Code states that "[t]he trustee may not assume or assign any executory contract or unexpired lease of the debtor . . . if . . . applicable law excuses a party, other than the debtor, to such contract or lease from accepting performance from . . . an entity other than the debtor or the debtor in possession."  A handful of courts, adopting the so-called "hypothetical test," have held that where a debtor is precluded from a non-consensual assignment, it is likewise precluded from a non-consensual assumption.  In re Sunterra Corp., 361 F.3d 257 (4th Cir. 2004); In re Catapult Entm't, Inc., 165 F.3d 747 (9th Cir.1999); In re West Elecs., Inc., 852 F.2d 79 (3d Cir.1988); In re Catron, 158 B.R. 629 (E.D.Va.1993).  Other courts, however, have rejected the "hypothetical test" and adopted the more pragmatic "actual test" in which the court determines whether the debtor is actually seeking to assign an executory contract. See, e.g., In re Mirant Corp., 303 B.R. 319 (Bankr. N.D. Tex. 2003); In re Cajun Elec. Power Co-op., Inc., 230 B.R. 693 (Bankr. M.D. La.1999); In re Lil' Things, Inc., 220 B.R. 583 (Bankr.N.D.Tex.1998); In re Cardinal Indus., Inc., 116 B.R. 964 (Bankr. S.D. Ohio 1990).  Under the actual test, a court will permit a debtor-in-possession to assume a contract unless the nondebtor is actually being forced to accept performance from someone other than the debtor party with whom it originally contracted.<br><br>The emerging trend in this area of law, however, as first articulated in In re Footstar, Inc., 323 B.R. 566, 569-70 (Bankr. S.D.N.Y. 2005), is to reject the hypothetical test, but for slightly different reasons than used by courts applying the actual test.  See Kuney, 44 Gonz. L. Rev. 123 at 152-57 (noting that Footstar and its progeny "signal a growing disinclination to utilize the 'hypothetical' test"). Footstar rejects the premise that the term "trustee" as used in section 365(c)(1) includes the debtor-in-possession.  323 B.R. at 571-72.  This development is both consistent with the plain meaning of section 365 of the Bankruptcy Code and pragmatically addresses economic and business realities.  When a court appointed trustee assumes an executory contract, there is a "de facto statutory assignment of the contract to the trustee" because the trustee is, obviously, a different entity than the debtor and thus Congress was wary of forcing a contract counterparty from accepting performance from a trustee where applicable law would excuse the party from accepting such performance.  See Footstar, 323 B.R. at 573.  On the other hand, when a debtor-in-possession assumes an agreement, there is no "de facto" |

| | OBJECTION DOCKET NO. | OBJECTION ASSERTED | RESOLUTION, RESPONSE, OR PROPOSAL |
|---|---|---|---|
| | | | assignment because the same entity that was party to the agreement prepetition is party to the agreement postpetition. Id. Thus, the situation that Congress intended to prevent – forcing contract counterparties to accept performance from a different party where certain "applicable law" excuses such parties from accepting such performance – is not applicable when the debtor simply assumes an agreement.<br><br>The most recent cases to consider the issue have followed this emerging trend. See In re Adelphia Communications Corp., 359 B.R. 65 (Bankr. S.D.N.Y. 2007); In re Aerobox Composite Structures, LLC, 373 B.R. 135 (Bankr. D.N.M. 2007). Adelphia applied the Footstar test in the context of a franchise agreement to determine that "where the assumption is to be effected by a debtor in possession (as contrasted to a trustee), the right to object to assignment does not by itself affect the right to assume." 359 B.R. at 72. The court went on to note that courts holding otherwise "give insufficient attention to other provisions of section 365, link concepts that have no relation to each other, and yield results demonstrably at odds with the purposes of the statute." Id. at 72. Here, to the extent the Court must decide the issue, it should follow these recent well-reasoned and legally sound cases. Footstar and other recent cases have appropriately struck a balance between the requirements of section 365(c) of the Bankruptcy Code and federal intellectual property law. The Debtors may therefore assume the contracts in question even if they must obtain the post confirmation consent of the contract counterparty to assign the contract to a non-Debtor purchaser.<br><br>"Having assumed an executory contract or unexpired lease, the [debtor] may elect to assign it. The Code generally favors free assignability as a means to maximize the value of the debtor's estate and, to that end, allows the [debtor] to assign notwithstanding a provision in the contract or lease, or applicable law, prohibiting, restricting, or conditioning assignment." In re The IT Group, Inc., 350 B.R. 166, 177 (Bankr. D. Del. 2006) (citing In re Rickel Home Centers, Inc., 209 F.3d 291, 299 (3d Cir. 2000)). |
| | | **Objection To Rejection Of Contract** | |
| 63. | 18256 | Furukawa Electric Company, Ltd and Furukawa Electric North America ("Furukawa") objects to rejection of a Consulting Agreement and the Joint Venture License Agreement. There must be a Delphi acknowledgment that the Debtors will not use proprietary information and intellectual property rights under agreements after the date of rejection. Furukawa further objects to | This is not an objection to confirmation of the Modified Plan. See the Debtors' response at number 54 above. |

| | OBJECTION DOCKET NO. | OBJECTION ASSERTED | RESOLUTION, RESPONSE, OR PROPOSAL |
|---|---|---|---|
| | | the Notice of Assumption and Assignment (Docket No. 18169) to the extent it purports to assume "All contracts between Furukawa Electric Co. Ltd. [and Furukawa Electric North America Co. Ltd.] and Delphi related to intellectual property" because it is contrary to the Notice of Rejection. | |

| Docket No. | Objector |
|---|---|
| 17169 | Wilmington Trust Company |
| 17264 | Collective of DIP Lenders |
| 17591 | Sharyl Y. Carter |
| 17611 | Pima County |
| 17615 | Computer Sciences Corporation |
| 17406 | Kensington International limited, Manchester Securities Corp., and Springfield Associates, LLC |
| 17767 | American Aikoku Alpha, Inc. |
| 17773 | American Aikoku Alpha, Inc. |
| 17793 | IUE-CWA |
| 18002 | Gary Y. Cook |
| 18022 | Brazeway, Inc. |
| 18110 | IUOE Locals and IBEW and IAM |
| 18193 | Comerica Leasing Corporation |
| 18194 | Texas Taxing Authorities |
| 18211 | Michigan Department Energy Quality |
| 18215 | Robert Bosch LLC |
| 18216 | Ace Companies |
| 18217 | Robert Bosch LLC |
| 18218 | Howard County, Indiana |
| 18219 | Clarion Corporation of America |
| 18220 | PBR Tennessee, Inc. |
| 18221 | Audio MPEG, Inc and Societa' Italiana per lo Sviluppo dell'Elettronica |
| 18223 | SKF USA Inc. |
| 18228 | Lear Corporation |
| 18229 | Freudenberg-NOK General Partnership, Freudenberg-NOK de Queretaro, S.A. de C.V. and Freudenber Filtration Technologies |
| 18233 | Pentastar Aviation, LLC and Automotive Air Charter |
| 18234 | Connecticut General Life Insurance |
| 18235 | Ogura Clutch Company |
| 18245 | XM Satellite Radio Inc. |
| 18254 | Autocam Corporation |
| 18256 | Furukawa Electric Company, Ltd and Furukawa Electric North America |
| 18258 | The United Steel, Paper & Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service International Union |
| 18261 | Sunrise Medical HHG, Inc. |
| 18264 | State of Michigan Workers' Compensation Agency and Funds Administration |
| 18266 | AT&T Corp., AT&T Solutions Inc., and SBC Global Services Inc. |

| Docket No. | Objector |
|---|---|
| 18271 | Toyota Motor Engineering & Manufacturing North America Inc. |
| ~~18273~~ | Brazeway, Inc. |
| ~~18276~~ | State of New York Department of Environmental Conservation |
| 18277 | DSR Dennis Black and Charles Cunningham |
| 18279 | UAW |
| 18282 | Fiduciary Counselors, Inc. |
| ~~18283~~ | JP Morgan Chase Bank, N.A. |
| 18286 | Liquidity Solutions, Inc |
| ~~18291~~ | Official Committee of Unsecured Creditors |
| ~~18292~~ | Pension Benefit Guaranty Corporation |
| 18293 | Inteva Products LLC |
| 18294 | New York State Workers' Compensation Board |
| ~~18296~~ | Kensington International Limited, Manchester Securities Corp, and Springfield Associates LLC |
| 18297 | Hewlett-Packard Company |
| ~~18300~~ | Collective of DIP Lenders |
| ~~18313~~ | Wilmington Trust Company |
| 18323 | F&G Multi-Slide Inc |
| ~~18325~~ | Aleaciones de Metales Sinterizados |
| 18345 (Untimely) | Appaloosa Management L.P. and A-D Acquisition Holdings, LLC |
| 18347 (Untimely) | Pardus DPH Holding LLC and Pardus Special Opportunities Master Fund |
| 18348 (Untimely) | UBS Securities LLC |
| 18349 (Untimely) | Harbinger Del-Auto Investment Company Ltd and Harbinger Capital Partners Master Fund I, Ltd. |
| 18350 (Untimely) | Merrill Lynch, Pierce, Fenner & Smith Incorporated |
| 18358 | F&G Multi-Slide Inc |
| 18366 | James B. Sumpter |
| 18367 | James B. Sumpter |
| 18368 | Autocam Corporation |
| 18369 | Motorola, Inc |
| 18370 | USW |
| 18372 | Continental AG and its affiliates |
| 18373 | XM |
| 18374 | Navistar, Inc. |
| 18382 | Bing Metals Group, LLC |
| 18385 | Linamar Corporation, Vehcom Division |
| 18386 | Linamar Corporation, Roctel Division |
| 18387 | Linamar Corporation, Inavar Division |
| 18388 | Linamar Corporation and Linamar Holdings, Inc. |

| Docket No. | Objector |
|---|---|
| 18389 | Federal Screw Works |
| 18390 | MIS Environmental Services, Inc. and MIS Corporation – Michigan, a.k.a. Michigan Environmental Services, Inc. |
| 18392 | Clarion Corporation of America |
| 18393 | DSRA Dennis Balck and Charles Cunningham |
| 18394 | Bing Metals Group, LLC |
| 18395 | American Aikoku Alpha, Inc. |
| 18397 | Gibbs Die Casting Corporation |
| 18398 | Ford Motor Company |
| 18399 | TK Holdings Inc. and its parent Takata Corporation |
| 18400 | Microsoft Corporation and Microsoft Licensing, GP |
| 18401 | SKF USA Inc. |
| 18402 | ATEL Leasing Corporation |
| 18404 | Cisco Systems, Inc. |
| 18405 | Flextronics International Ltd. |
| 18406 | Panalpina |
| 18407 | Sun Microsystems |
| 18408 | United Parcel Service |
| 18414 | Siemens Product Lifecycle Management Software Inc. |
| 18417 | Findlay Industries, Inc. |
| 18420 | Vitec, LLC |
| 18456 | Nissan North America, Inc. |
| 18458 | Paul Dobosz |
| 18461 (Untimely) | Madison County, Indiana |
| 18463 | AM General LLC |
| 18468 | Behr America, Inc. |
| ~~18471~~ (Untimely) | Wilmington Trust Co. |
| 18472 | Furukawa Electric Company, Ltd and Furukawa Electric North America |
| 18473 | General Electric Capital Corporation |
| 18480 | Brose North America Holding LP and its affiliates |
| 18481 | E.I. du Pont de Nemours and Company |
| 18483 | Valeo, Inc. |
| 18484 | Toyota Motor Engineering & Manufacturing North America, Inc. |
| 18485 | Toyota Motor Corporation |
| 18486 | Toyota Motor Sales, U.S.A., Inc. |
| 18487 | The Timken Company |

| Docket No. | Objector |
|---|---|
| 18488 | The Timken Company |
| 18489 | Littlefuse, Inc. |
| 18490 | Lear Corporation |
| 18491 | Freudenberg-NOK General Partnership, Freudenberg-NOK de Queretaro, S.A. de C.V. and Freudenber Filtration Technologies |
| 18494 (Untimely) | Nidec Motors & Actuators (USA), Inc. |
| 18545 | Flextronics |
| 18546 | UPS |
| 18547 | Sun Microsystems |
| 18565 | Carrier Corporation |
| 18556 (Untimely) | NEC Electronics America, Inc. |
| 18573 | Tyco Precision |
| 18574 | STMicroelectronics, Inc. |
| 18576 (Untimely) | IUOE Locals and IBEW |
| 18652 (Untimely) | Connecticut General Life Insurance Company |

**Schedule 1 - Pension**

| | OBJECTION | | DOCKET NO. | | | | OBJECTION | | DOCKET NO. | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Letter Objection filed by | David Darnel | Docket No. | 16937 | | 37. | Letter Objection filed by | Robert Merkich | Docket No. | 16975 |
| 2. | Letter Objection filed by | Betty Jo Smith | Docket No. | 16938 | | 38. | Letter Objection filed by | Karen Petrarcae | Docket No. | 16993 |
| 3. | Letter Objection filed by | Senator Sherrod Brown | Docket No. | 16939 | | 39. | Letter Objection filed by | Paula Carpentiari | Docket No. | 16994 |
| | | | | | | 40. | Letter Objection filed by | Donna Gilbert | Docket No. | 16995 |
| 4. | Letter Objection filed by | Rep. Tim Ryan | Docket No. | 16939 | | 41. | Letter Objection filed by | Harry L. Packard | Docket No. | 16999 |
| 5. | Letter Objection filed by | Rep John Boccieri | Docket No. | 16939 | | 42. | Letter Objection filed by | Susan Muffley | Docket No. | 17005 |
| 6. | Letter Objection filed by | Rep Marcia Fudge | Docket No. | 16939 | | 43. | Letter Objection filed by | David Muffley | Docket No. | 17006 |
| 7. | Letter Objection filed by | Rep. Mary Jo Kilroy | Docket No. | 16939 | | 44. | Letter Objection filed by | Christopher W. Lord | Docket No. | 17007 |
| 8. | Letter Objection filed by | Rep. Betty Sutton | Docket No. | 16939 | | 45. | Letter Objection filed by | Mark Kearney | Docket No. | 17008 |
| 9. | Letter Objection filed by | Rep. Steven Dreihaus | Docket No. | 16939 | | 46. | Letter Objection filed by | Ernest A. Knobelspiess | Docket No. | 17009 |
| 10. | Letter Objection filed by | Rep Marcy Kaptur | Docket No. | 16939 | | | | | | |
| 11. | Letter Objection filed by | Rep Dennis Kucinich | Docket No. | 16939 | | 47. | Letter Objection filed by | Dennis L Giddens | Docket No. | 17010 |
| 12. | Letter Objection filed by | Michael O'Rourke | Docket No. | 16940 | | 48. | Letter Objection filed by | John Rosen | Docket No. | 17010 |
| 13. | Letter Objection filed by | Michael Rayhill | Docket No. | 16941 | | 49. | Letter Objection filed by | Sandra Mink | Docket No. | 17017 |
| 14. | Letter Objection filed by | Jim Johnson | Docket No. | 16942 | | 50. | Letter Objection filed by | Kathy Murphy | Docket No. | 17018 |
| 15. | Letter Objection filed by | Timothy D. Martin | Docket No. | 16943 | | 51. | Letter Objection filed by | Robert C. Walker | Docket No. | 17019 |
| 16. | Letter Objection filed by | Robert P. Mayo | Docket No. | 16944 | | 52. | Letter Objection filed by | Marilyn Thomas | Docket No. | 17020 |
| 17. | Letter Objection filed by | Creditor (illegible) | Docket No. | 16945 | | 53. | Letter Objection filed by | Charles Tesa | Docket No. | 17022 |
| 18. | Letter Objection filed by | Robert M. Runk | Docket No. | 16946 | | 54. | Letter Objection filed by | Gary Casterline | Docket No. | 17023 |
| 19. | Letter Objection filed by | Bruce A. Marshall | Docket No. | 16947 | | 55. | Letter Objection filed by | Bob Erhardt | Docket No. | 17026 |
| 20. | Letter Objection filed by | Maryann Vaillancourt | Docket No. | 16948 | | 56. | Letter Objection filed by | David J. Crandall | Docket No. | 17027 |
| | | | | | | 57. | Letter Objection filed by | Stanley D. Smith | Docket No. | 17028 |
| 21. | Letter Objection filed by | Charles E. Bernard | Docket No. | 16949 | | 58. | Letter Objection filed by | Sandra Marek | Docket No. | 17029 |
| 22. | Letter Objection filed by | Geraldine Struhank | Docket No. | 16954 | | 59. | Letter Objection filed by | JoAnn Henderson Kling | Docket No. | 17039 |
| 23. | Letter Objection filed by | Darleen Pearson | Docket No. | 16955 | | | | | | |
| 24. | Letter Objection filed by | Fredrick P. Wilson | Docket No. | 16956 | | 60. | Letter Objection filed by | Marilyn Lilley | Docket No. | 17041 |
| 25. | Letter Objection filed by | Michael P. Meehan | Docket No. | 16957 | | 61. | Letter Objection filed by | Denise Bryant Lymuel | Docket No. | 17043 |
| 26. | Letter Objection filed by | Thomas Smith | Docket No. | 16958 | | | | | | |
| 27. | Letter Objection filed by | Joanne Burns | Docket No. | 16965 | | 62. | Letter Objection filed by | Henry David | Docket No. | 17044 |
| 28. | Letter Objection filed by | Joanne Burns | Docket No. | 16969 | | 63. | Letter Objection filed by | Tony Mickcholtzick | Docket No. | 17045 |
| 29. | Letter Objection filed by | David J Seccombe | Docket No. | 16967 | | 64. | Letter Objection filed by | Ronald Saltzman | Docket No. | 17046 |
| 30. | Letter Objection filed by | David P. Starr | Docket No. | 16968 | | 65. | Letter Objection filed by | Ted Horrell | Docket No. | 17047 |
| 31. | Letter Objection filed by | James L. Penwright | Docket No. | 16969 | | 66. | Letter Objection filed by | Jeffrey B. Murphy | Docket No. | 17048 |
| 32. | Letter Objection filed by | Denise DeSantis-Penwright | Docket No. | 16969 | | 67. | Letter Objection filed by | Dave Muffley | Docket No. | 17049 |
| | | | | | | 68. | Letter Objection filed by | Kurt Schramm | Docket No. | 17050 |
| 33. | Letter Objection filed by | Alex Boyd | Docket No. | 16971 | | 69. | Letter Objection filed by | Laura Balestrino | Docket No. | 17051 |
| 34. | Letter Objection filed by | Lloyd W. High | Docket No. | 16972 | | 70. | Letter Objection filed by | Logan P. Balestrino | Docket No. | 17052 |
| 35. | Letter Objection filed by | Kristie A. Mullet | Docket No. | 16973 | | 71. | Letter Objection filed by | William Balestrino | Docket No. | 17053 |
| 36. | Letter Objection filed by | Susan Muffley | Docket No. | 16974 | | 72. | Letter Objection filed by | Charles C. Emery Jr. | Docket No. | 17054 |

| | OBJECTION | | DOCKET NO. | |
|---|---|---|---|---|
| 73. | Letter Objection filed by | Marcia Balestrino-Emery | Docket No. | 17055 |
| 74. | Letter Objection filed by | Marty Campana | Docket No. | 17056 |
| 75. | Letter Objection filed by | Lydia D. Neyland | Docket No. | 17057 |
| 76. | Letter Objection filed by | Mary DeSellems | Docket No. | 17058 |
| 77. | Letter Objection filed by | Mary DeSellems | Docket No. | 17059 |
| 78. | Letter Objection filed by | Roger Trebus | Docket No. | 17060 |
| 79. | Letter Objection filed by | Lawrence J. Sprockett | Docket No. | 17061 |
| 80. | Letter Objection filed by | James E. Davies | Docket No. | 17062 |
| 81. | Letter Objection filed by | James E. Davies | Docket No. | 17063 |
| 82. | Letter Objection filed by | Gary C. Detter | Docket No. | 17064 |
| 83. | Letter Objection filed by | Cheryl Cera | Docket No. | 17065 |
| 84. | Letter Objection filed by | Jane E. Hagberg | Docket No. | 17066 |
| 85. | Letter Objection filed by | Larry V. Johnson | Docket No. | 17067 |
| 86. | Letter Objection filed by | Nickolas K. Tzimas | Docket No. | 17068 |
| 87. | Letter Objection filed by | Sharon Secock | Docket No. | 17069 |
| 88. | Letter Objection filed by | Dennis Bruner | Docket No. | 17070 |
| 89. | Letter Objection filed by | Yvonne Divasto | Docket No. | 17071 |
| 90. | Letter Objection filed by | John Bakker | Docket No. | 17073 |
| 91. | Letter Objection filed by | Ronnie L. Saunders | Docket No. | 17074 |
| 92. | Letter Objection filed by | Lee Ann Burrows | Docket No. | 17075 |
| 93. | Letter Objection filed by | Kathy Murphy | Docket No. | 17076 |
| 94. | Letter Objection filed by | Susan E. Stacy | Docket No. | 17077 |
| 95. | Letter Objection filed by | Sheryl Carnivale | Docket No. | 17078 |
| 96. | Letter Objection filed by | Sachiko Bennette | Docket No. | 17079 |
| 97. | Letter Objection filed by | Pamela C. Anderson | Docket No. | 17080 |
| 98. | Letter Objection filed by | Victor Loyd | Docket No. | 17081 |
| 99. | Letter Objection filed by | Raymond Hiller | Docket No. | 17082 |
| 100. | Letter Objection filed by | Anthony J. Flarey | Docket No. | 17083 |
| 101. | Letter Objection filed by | Roger Northal | Docket No. | 17084 |
| 102. | Letter Objection filed by | Norman Bennett | Docket No. | 17085 |
| 103. | Letter Objection filed by | James Kane | Docket No. | 17086 |
| 104. | Letter Objection filed by | Carolyn Smith | Docket No. | 17087 |
| 105. | Letter Objection filed by | Louis A. Parrott | Docket No. | 17088 |
| 106. | Letter Objection filed by | Wayne Brewer | Docket No. | 17089 |
| 107. | Letter Objection filed by | Bruce Clary | Docket No. | 17090 |
| 108. | Letter Objection filed by | Terrance Mackey | Docket No. | 17091 |
| 109. | Letter Objection filed by | Jim Angelo | Docket No. | 17092 |
| 110. | Letter Objection filed by | Russell Williams | Docket No. | 17093 |

| | OBJECTION | | DOCKET NO. | |
|---|---|---|---|---|
| 111. | Letter Objection filed by | Don Corpier | Docket No. | 17094 |
| 112. | Letter Objection filed by | Thomas Denicholas | Docket No. | 17095 |
| 113. | Letter Objection filed by | Tom Lubert | Docket No. | 17096 |
| 114. | Letter Objection filed by | Robert G. Merkich | Docket No. | 17097 |
| 115. | Letter Objection filed by | Donald L. Waldron | Docket No. | 17098 |
| 116. | Letter Objection filed by | Gloria Thompson | Docket No. | 17099 |
| 117. | Letter Objection filed by | James P. McGee | Docket No. | 17100 |
| 118. | Letter Objection filed by | Ron Whetson | Docket No. | 17101 |
| 119. | Letter Objection filed by | Kenneth A. Brewer | Docket No. | 17102 |
| 120. | Letter Objection filed by | Lawrenec G. Pelanda | Docket No. | 17103 |
| 121. | Letter Objection filed by | Charles E. Sims | Docket No. | 17104 |
| 122. | Letter Objection filed by | Janet B. Whitby | Docket No. | 17105 |
| 123. | Letter Objection filed by | David Scott Silvashy | Docket No. | 17106 |
| 124. | Letter Objection filed by | Thomas R. Smith | Docket No. | 17107 |
| 125. | Letter Objection filed by | Charles E. Stone III | Docket No. | 17108 |
| 126. | Letter Objection filed by | Patricia A. Lorenz | Docket No. | 17109 |
| 127. | Letter Objection filed by | Richard T. Zwolak | Docket No. | 17110 |
| 128. | Letter Objection filed by | Don Woodard | Docket No. | 17111 |
| 129. | Letter Objection filed by | George Schenk | Docket No. | 17112 |
| 130. | Letter Objection filed by | Andrew Kocjan | Docket No. | 17113 |
| 131. | Letter Objection filed by | Raymond Wright | Docket No. | 17115 |
| 132. | Letter Objection filed by | Edward L. Conover | Docket No. | 17116 |
| 133. | Letter Objection filed by | Ward Britton | Docket No. | 17117 |
| 134. | Letter Objection filed by | Richard Paradiso | Docket No. | 17118 |
| 135. | Letter Objection filed by | Timothy A. Clar | Docket No. | 17119 |
| 136. | Letter Objection filed by | Vicki Preston | Docket No. | 17120 |
| 137. | Letter Objection filed by | Thomas G. Whalen | Docket No. | 17121 |
| 138. | Letter Objection filed by | Nancy Uffindell | Docket No. | 17122 |
| 139. | Letter Objection filed by | Don Hrerst | Docket No. | 17123 |
| 140. | Letter Objection filed by | Robert Corbin | Docket No. | 17124 |
| 141. | Letter Objection filed by | Richard J. Kantowski | Docket No. | 17126 |
| 142. | Letter Objection filed by | Henry Davis | Docket No. | 17127 |
| 143. | Letter Objection filed by | Robert B. Corbin | Docket No. | 17128 |
| 144. | Letter Objection filed by | Marion Seng | Docket No. | 17131 |
| 145. | Letter Objection filed by | Jean A. Smallwood | Docket No. | 17134 |
| 146. | Letter Objection filed by | Thomas L. Bergman | Docket No. | 17135 |
| 147. | Letter Objection filed by | Andy Shannon | Docket No. | 17136 |
| 148. | Letter Objection filed by | Beverly B. Austin | Docket No. | 17138 |
| 149. | Letter Objection filed by | John Sill | Docket No. | 17140 |
| 150. | Letter Objection filed by | David Rowe | Docket No. | 17141 |

| | OBJECTION | | DOCKET NO. | | | OBJECTION | | DOCKET NO. | |
|---|---|---|---|---|---|---|---|---|---|
| 151. | Letter Objection filed by | William Angelis | Docket No. | 17142 | 191. | Letter Objection filed by | Keith B. Robinson | Docket No. | 17270 |
| 152. | Letter Objection filed by | Carla Moir | Docket No. | 17143 | 192. | Letter Objection filed by | John Talstein | Docket No. | 17271 |
| 153. | Letter Objection filed by | Ron Muresan | Docket No. | 17144 | 193. | Letter Objection filed by | Edward E. Seidel | Docket No. | 17272 |
| 154. | Letter Objection filed by | Charles L. Rood | Docket No. | 17145 | 194. | Letter Objection filed by | Gary W. Campbell | Docket No. | 17273 |
| 155. | Letter Objection filed by | B. Peacock | Docket No. | 17146 | 195. | Letter Objection filed by | Timothy Nichols, Sr. | Docket No. | 17274 |
| 156. | Letter Objection filed by | Joseph Kraynak | Docket No. | 17147 | 196. | Letter Objection filed by | Albert S. Wakefield | Docket No. | 17275 |
| 157. | Letter Objection filed by | Joan Wyko | Docket No. | 17148 | 197. | Letter Objection filed by | Thomas Wesley | Docket No. | 17276 |
| 158. | Letter Objection filed by | Joyce Evans | Docket No. | 17149 | 198. | Letter Objection filed by | Shao Chung | Docket No. | 17277 |
| 159. | Letter Objection filed by | Rina Verbaskey | Docket No. | 17150 | 199. | Letter Objection filed by | George Neil | Docket No. | 17278 |
| 160. | Letter Objection filed by | Ronald H. Lehman | Docket No. | 17151 | 200. | Letter Objection filed by | David Jones | Docket No. | 17279 |
| 161. | Letter Objection filed by | Philip L. Dobay | Docket No. | 17152 | 201. | Letter Objection filed by | Douglas A. Young | Docket No. | 17280 |
| 162. | Letter Objection filed by | James Pytlik | Docket No. | 17153 | 202. | Letter Objection filed by | Thomas O'Keefe | Docket No. | 17281 |
| 163. | Letter Objection filed by | Edward Beavers | Docket No. | 17154 | 203. | Letter Objection filed by | Waverly Franklin | Docket No. | 17282 |
| 164. | Letter Objection filed by | George E. Finn | Docket No. | 17155 | 204. | Letter Objection filed by | Karen Blazek | Docket No. | 17283 |
| 165. | Letter Objection filed by | Mary Landries | Docket No. | 17156 | 205. | Letter Objection filed by | Thomas R. Smith | Docket No. | 17284 |
| 166. | Letter Objection filed by | Damon Drennen | Docket No. | 17158 | 206. | Letter Objection filed by | Charles E. Sims | Docket No. | 17285 |
| 167. | Letter Objection filed by | Steven A. Sharp | Docket No. | 17159 | 207. | Letter Objection filed by | John V. Marquez | Docket No. | 17286 |
| 168. | Letter Objection filed by | Donald A. Werth | Docket No. | 17160 | 208. | Letter Objection filed by | Sue Boarts | Docket No. | 17287 |
| 169. | Letter Objection filed by | Allan H. Beck | Docket No. | 17161 | 209. | Letter Objection filed by | Arlene Kroner | Docket No. | 17288 |
| 170. | Letter Objection filed by | Michael Hripko | Docket No. | 17162 | 210. | Letter Objection filed by | Wayne C. Brewer | Docket No. | 17289 |
| 171. | Letter Objection filed by | James H. Thomas | Docket No. | 17163 | 211. | Letter Objection filed by | Creditor (illegible) | Docket No. | 17291 |
| 172. | Letter Objection filed by | Robert Heltzel | Docket No. | 17164 | 212. | Letter Objection filed by | Kenneth B. Hollis | Docket No. | 17297 |
| 173. | Letter Objection filed by | Jeanne McMillion | Docket No. | 17166 | 213. | Letter Objection filed by | John H. Wolbert | Docket No. | 17303 |
| 174. | Letter Objection filed by | Joel Griffin | Docket No. | 17167 | 214. | Letter Objection filed by | Kenneth Brewer | Docket No. | 17305 |
| 175. | Letter Objection filed by | Bob Stefko | Docket No. | 17170 | 215. | Letter Objection filed by | Gary S. Andrews | Docket No. | 17306 |
| 176. | Letter Objection filed by | Joseph Siwicki | Docket No. | 17171 | 216. | Letter Objection filed by | James B. Johnson | Docket No. | 17314 |
| 177. | Letter Objection filed by | Thomas P. Gray | Docket No. | 17173 | 217. | Letter Objection filed by | Wayne A. Aubel | Docket No. | 17315 |
| 178. | Letter Objection filed by | Michael E. Graney | Docket No. | 17175 | 218. | Letter Objection filed by | Caver Craig | Docket No. | 17327 |
| 179. | Letter Objection filed by | Lydia Ferris | Docket No. | 17178 | 219. | Letter Objection filed by | Ken Ellsworth | Docket No. | 17328 |
| 180. | Letter Objection filed by | Tom Lubert | Docket No. | 17179 | 220. | Letter Objection filed by | Dennis Stritto | Docket No. | 17329 |
| 181. | Letter Objection filed by | Robert Dettinger | Docket No. | 17180 | 221. | Letter Objection filed by | Larry Brown | Docket No. | 17330 |
| 182. | Letter Objection filed by | Fred Watson | Docket No. | 17205 | 222. | Letter Objection filed by | Mark Bianchi | Docket No. | 17331 |
| 183. | Letter Objection filed by | Raymond McInerney | Docket No. | 17210 | 223. | Letter Objection filed by | Richard A. Natoli | Docket No. | 17332 |
| 184. | Letter Objection filed by | Joseph Santini Jr. | Docket No. | 17240 | 224. | Letter Objection filed by | Rocco Gennaro | Docket No. | 17333 |
| 185. | Letter Objection filed by | Christine Barnes | Docket No. | 17243 | 225. | Letter Objection filed by | J.M. Eberhart | Docket No. | 17334 |
| 186. | Letter Objection filed by | Monica Rynearson | Docket No. | 17248 | 226. | Letter Objection filed by | Larry Neal | Docket No. | 17335 |
| 187. | Letter Objection filed by | Charles L. Joseph | Docket No. | 17256 | 227. | Letter Objection filed by | William R. Chamberlain | Docket No. | 17336 |
| 188. | Letter Objection filed by | Paula J. Eick | Docket No. | 17260 | 228. | Letter Objection filed by | William W. Manusakis | Docket No. | 17338 |
| 189. | Letter Objection filed by | Robert W. James | Docket No. | 17265 | | | | | |
| 190. | Letter Objection filed by | James Butts | Docket No. | 17269 | | | | | |

3

| | OBJECTION | | DOCKET NO. | |
|---|---|---|---|---|
| 229. | Letter Objection filed by | Ron DeSellems | Docket No. | 17339 |
| 230. | Letter Objection filed by | Richard Benner | Docket No. | 17340 |
| 231. | Letter Objection filed by | Robert E. Larson | Docket No. | 17346 |
| 232. | Letter Objection filed by | Tina J. Bonanno | Docket No. | 17347 |
| 233. | Letter Objection filed by | Ronald M. Zombar | Docket No. | 17348 |
| 234. | Letter Objection filed by | Sharon O'Brien | Docket No. | 17349 |
| 235. | Letter Objection filed by | Suzanna M. Susko | Docket No. | 17350 |
| 236. | Letter Objection filed by | Linda Marchese | Docket No. | 17352 |
| 237. | Letter Objection filed by | Charles . Sims | Docket No. | 17353 |
| 238. | Letter Objection filed by | Beth Hendricks | Docket No. | 17354 |
| 239. | Letter Objection filed by | JoAnn H. Kling | Docket No. | 17355 |
| 240. | Letter Objection filed by | William L. Marinucci | Docket No. | 17356 |
| 241. | Letter Objection filed by | Ted Flowerday | Docket No. | 17357 |
| 242. | Letter Objection filed by | William L. Marinucci | Docket No. | 17361 |
| 243. | Letter Objection filed by | Suzanne Balestrino | Docket No. | 17362 |
| 244. | Letter Objection filed by | Nancy Freeman | Docket No. | 17363 |
| 245. | Letter Objection filed by | Laurence Balestrin | Docket No. | 17364 |
| 246. | Letter Objection filed by | Virginia Balestrino | Docket No. | 17365 |
| 247. | Letter Objection filed by | Thomas L. Bergman | Docket No. | 17366 |
| 248. | Letter Objection filed by | Lydia D. Neyland | Docket No. | 17367 |
| 249. | Letter Objection filed by | Jerry E. West | Docket No. | 17368 |
| 250. | Letter Objection filed by | Roberta West | Docket No. | 17369 |
| 251. | Letter Objection filed by | Ronald Saltzman | Docket No. | 17371 |
| 252. | Letter Objection filed by | Jo Ann H. Kling | Docket No. | 17372 |
| 253. | Letter Objection filed by | Diane Paterniti | Docket No. | 17400 |
| 254. | Letter Objection filed by | Robert P. Paterniti | Docket No. | 17402 |
| 255. | Letter Objection filed by | Jay Bernhart | Docket No. | 17404 |
| 256. | Letter Objection filed by | David Hatalsky | Docket No. | 17421 |
| 257. | Letter Objection filed by | Paula Carpentieri | Docket No. | 17428 |
| 258. | Letter Objection filed by | Thomas E. Beyer | Docket No. | 17430 |
| 259. | Letter Objection filed by | Kenneth D. Burkett | Docket No. | 17437 |
| 260. | Letter Objection filed by | Gregory E. Witter | Docket No. | 17446 |
| 261. | Letter Objection filed by | Douglas J. Foster | Docket No. | 17448 |
| 262. | Letter Objection filed by | Thomas J. Sosnowchik | Docket No. | 17453 |
| 263. | Letter Objection filed by | Alexander J. Boyd Jr. | Docket No. | 17455 |
| 264. | Letter Objection filed by | Lloyd High | Docket No. | 17457 |
| 265. | Letter Objection filed by | Jerrel M. Giley | Docket No. | 17459 |
| 266. | Letter Objection filed by | David Scott Silvashy | Docket No. | 17462 |
| 267. | Letter Objection filed by | Patrick L. Stesiak | Docket No. | 17465 |

| | OBJECTION | | DOCKET NO. | |
|---|---|---|---|---|
| 268. | Letter Objection filed by | Lyle E. Burr | Docket No. | 17469 |
| 269. | Letter Objection filed by | Bruce S. Gump | Docket No. | 17475 |
| 270. | Letter Objection filed by | Robert A. Catron | Docket No. | 17476 |
| 271. | Letter Objection filed by | Louise S. Belline | Docket No. | 17477 |
| 272. | Letter Objection filed by | Joanne Viets | Docket No. | 17482 |
| 273. | Letter Objection filed by | Gloria K. Bragg | Docket No. | 17489 |
| 274. | Letter Objection filed by | Terry Moyer | Docket No. | 17491 |
| 275. | Letter Objection filed by | Delores Scarpulla | Docket No. | 17494 |
| 276. | Letter Objection filed by | Norman Pierce | Docket No. | 17549 |
| 277. | Letter Objection filed by | Nan Gookin | Docket No. | 17551 |
| 278. | Letter Objection filed by | Dwayne Barrett | Docket No. | 17553 |
| 279. | Letter Objection filed by | James J. Whiteside | Docket No. | 17566 |
| 280. | Letter Objection filed by | John A. Weits | Docket No. | 17567 |
| 281. | Letter Objection filed by | Linda Nelson | Docket No. | 17569 |
| 282. | Letter Objection filed by | Ron Starks | Docket No. | 17572 |
| 283. | Letter Objection filed by | Randall Sochadek | Docket No. | 17585 |
| 284. | Letter Objection filed by | Stanely D. Smith | Docket No. | 17587 |
| 285. | Letter Objection filed by | Stanely D. Smith | Docket No. | 17588 |
| 286. | Letter Objection filed by | Frank J. Blasioli | Docket No. | 17591 |
| 287. | Letter Objection filed by | David Hobson and Karen Hobson | Docket No. | 17592 |
| 288. | Letter Objection filed by | Thomas L. Bergman | Docket No. | 17597 |
| 289. | Letter Objection filed by | Jeffery A. Ogger | Docket No. | 17599 |
| 290. | Letter Objection filed by | Paul J. Acri | Docket No. | 17600 |
| 291. | Letter Objection filed by | Maureen J. Dunn | Docket No. | 17601 |
| 292. | Letter Objection filed by | H. William Gruschow | Docket No. | 17602 |
| 293. | Letter Objection filed by | David M. Chatt | Docket No. | 17604 |
| 294. | Letter Objection filed by | Susan E. Stacy | Docket No. | 17605 |
| 295. | Letter Objection filed by | Robert A. Keitz | Docket No. | 17606 |
| 296. | Letter Objection filed by | Kerry Morphet | Docket No. | 17607 |
| 297. | Letter Objection filed by | Charles E. Bernd | Docket No. | 17609 |
| 298. | Letter Objection filed by | Jayne M. Rose | Docket No. | 17610 |
| 299. | Letter Objection filed by | Stanely K. Zirkle | Docket No. | 17613 |
| 300. | Letter Objection filed by | Steven A. Hughes | Docket No. | 17614 |
| 301. | Letter Objection filed by | Susan W. Lipa | Docket No. | 17620 |
| 302. | Letter Objection filed by | David J. Delaney | Docket No. | 17621 |
| 303. | Letter Objection filed by | Paul Beiter | Docket No. | 17622 |
| 304. | Letter Objection filed by | Vincent Konyak | Docket No. | 17623 |
| 305. | Letter Objection filed by | Geoffrey C. Lohrman | Docket No. | 17624 |

| | OBJECTION | | DOCKET NO. | |
|---|---|---|---|---|
| 306. | Letter Objection filed by | John S. Bell | Docket No. | 17625 |
| 307. | Letter Objection filed by | Wendy A. Bell | Docket No. | 17626 |
| 308. | Letter Objection filed by | Douglas F. Diez | Docket No. | 17627 |
| 309. | Letter Objection filed by | Neil F. Freson | Docket No. | 17628 |
| 310. | Letter Objection filed by | Nick K. Tzimas | Docket No. | 17629 |
| 311. | Letter Objection filed by | Chritine Pettrone | Docket No. | 17630 |
| 312. | Letter Objection filed by | Robert Fedorka | Docket No. | 17631 |
| 313. | Letter Objection filed by | Diana Hayes | Docket No. | 17632 |
| 314. | Letter Objection filed by | Janice D. Fant | Docket No. | 17633 |
| 315. | Letter Objection filed by | Robert Mura | Docket No. | 17634 |
| 316. | Letter Objection filed by | James Curran | Docket No. | 17635 |
| 317. | Letter Objection filed by | Anita Curran | Docket No. | 17636 |
| 318. | Letter Objection filed by | Bill Baccari | Docket No. | 17637 |
| 319. | Letter Objection filed by | Ronald J. Miner | Docket No. | 17638 |
| 320. | Letter Objection filed by | Janice D. Fant | Docket No. | 17639 |
| 321. | Letter Objection filed by | Joseph C. Bracci | Docket No. | 17640 |
| 322. | Letter Objection filed by | Russ Bosch and Erin Anheier | Docket No. | 17641 |
| 323. | Letter Objection filed by | Nancy Uffindell | Docket No. | 17643 |
| 324. | Letter Objection filed by | David J. Huttemann | Docket No. | 17644 |
| 325. | Letter Objection filed by | Michael Jurkiw | Docket No. | 17645 |
| 326. | Letter Objection filed by | Andrew Razzano | Docket No. | 17646 |
| 327. | Letter Objection filed by | Michael Secora | Docket No. | 17647 |
| 328. | Letter Objection filed by | James W. Diciccio | Docket No. | 17648 |
| 329. | Letter Objection filed by | Charles R. Morlan | Docket No. | 17649 |
| 330. | Letter Objection filed by | Al Parish | Docket No. | 17650 |
| 331. | Letter Objection filed by | Kathy Murphy | Docket No. | 17651 |
| 332. | Letter Objection filed by | Michael E. Graney | Docket No. | 17652 |
| 333. | Letter Objection filed by | Donna L. Kathke | Docket No. | 17654 |
| 334. | Letter Objection filed by | Anand Praturi | Docket No. | 17655 |
| 335. | Letter Objection filed by | Larry H. Strassner | Docket No. | 17656 |
| 336. | Letter Objection filed by | William K. Clupper | Docket No. | 17657 |
| 337. | Letter Objection filed by | Jerald W. Stables | Docket No. | 17658 |
| 338. | Letter Objection filed by | Yvette Shipman | Docket No. | 17659 |
| 339. | Letter Objection filed by | Ronald J. Miner | Docket No. | 17660 |
| 340. | Letter Objection filed by | Connie Kistler | Docket No. | 17661 |
| 341. | Letter Objection filed by | Diana B. Hayes | Docket No. | 17662 |
| 342. | Letter Objection filed by | Kenneth G. Wingeier | Docket No. | 17663 |
| 343. | Letter Objection filed by | Anthony Petro | Docket No. | 17664 |
| 344. | Letter Objection filed by | Donald W. Bergwall | Docket No. | 17665 |

| | OBJECTION | | DOCKET NO. | |
|---|---|---|---|---|
| 345. | Letter Objection filed by | Thomas J. Carella | Docket No. | 17667 |
| 346. | Letter Objection filed by | Mary Lou Hill and Jim Hill | Docket No. | 17669 |
| 347. | Letter Objection filed by | Thomas L. Knoll | Docket No. | 17670 |
| 348. | Letter Objection filed by | John F. Lambert | Docket No. | 17674 |
| 349. | Letter Objection filed by | Fred Stimpson | Docket No. | 17676 |
| 350. | Letter Objection filed by | Stewart K. Howe | Docket No. | 17679 |
| 351. | Letter Objection filed by | Terence Dwyer | Docket No. | 17680 |
| 352. | Letter Objection filed by | Joseph J. McHugh | Docket No. | 17681 |
| 353. | Letter Objection filed by | Jay A Stevenson | Docket No. | 17682 |
| 354. | Letter Objection filed by | Richard  R. Hardy | Docket No. | 17683 |
| 355. | Letter Objection filed by | John B. Barclay Jr. | Docket No. | 17684 |
| 356. | Letter Objection filed by | John F. Lambert | Docket No. | 17685 |
| 357. | Letter Objection filed by | James J. Schultz | Docket No. | 17687 |
| 358. | Letter Objection filed by | Randy E. Gorzka | Docket No. | 17688 |
| 359. | Letter Objection filed by | Charles E. Sims | Docket No. | 17689 |
| 360. | Letter Objection filed by | R. Bick Lesser | Docket No. | 17690 |
| 361. | Letter Objection filed by | Ernest A. Knoblespiesse | Docket No. | 17691 |
| 362. | Letter Objection filed by | William H. Munette | Docket No. | 17692 |
| 363. | Letter Objection filed by | Peter Patterson | Docket No. | 17693 |
| 364. | Letter Objection filed by | Kenneth S. Hagie | Docket No. | 17694 |
| 365. | Letter Objection filed by | Jimmy C. Mayne | Docket No. | 17695 |
| 366. | Letter Objection filed by | William D. Bartz | Docket No. | 17696 |
| 367. | Letter Objection filed by | Jon W. Nelson | Docket No. | 17697 |
| 368. | Letter Objection filed by | Paul Foster | Docket No. | 17698 |
| 369. | Letter Objection filed by | Warren W. Saucer | Docket No. | 17699 |
| 370. | Letter Objection filed by | Theresa G. Brandt | Docket No. | 17700 |
| 371. | Letter Objection filed by | Michael D. Williams | Docket No. | 17701 |
| 372. | Letter Objection filed by | Donald Lyszewski | Docket No. | 17702 |
| 373. | Letter Objection filed by | Daniel Siliwinski | Docket No. | 17703 |
| 374. | Letter Objection filed by | Charles H. Carson | Docket No. | 17704 |
| 375. | Letter Objection filed by | Richard Wilhelm | Docket No. | 17705 |
| 376. | Letter Objection filed by | Eileen M. Graetz | Docket No. | 17707 |
| 377. | Letter Objection filed by | Robert C. Walker | Docket No. | 17708 |
| 378. | Letter Objection filed by | John Greco | Docket No. | 17709 |
| 379. | Letter Objection filed by | Michael Stewart | Docket No. | 17710 |
| 380. | Letter Objection filed by | Paul V. Palovich | Docket No. | 17711 |
| 381. | Letter Objection filed by | Frank Ventura | Docket No. | 17712 |
| 382. | Letter Objection filed by | Dennis L. Giddens | Docket No. | 17713 |

| | OBJECTION | | DOCKET NO. | |
|---|---|---|---|---|
| 383. | Letter Objection filed by | Howard Collins | Docket No. | 17714 |
| 384. | Letter Objection filed by | Wanda K. Kitchen | Docket No. | 17715 |
| 385. | Letter Objection filed by | Gerald D. Godi | Docket No. | 17716 |
| 386. | Letter Objection filed by | Walter A. Kunka | Docket No. | 17719 |
| 387. | Letter Objection filed by | Sherri L. Smith | Docket No. | 17720 |
| 388. | Letter Objection filed by | Frederick Lockart | Docket No. | 17721 |
| 389. | Letter Objection filed by | Gregory A. Schweitzer | Docket No. | 17722 |
| 390. | Letter Objection filed by | Nick Saurguk | Docket No. | 17723 |
| 391. | Letter Objection filed by | E. Thomas Dickey | Docket No. | 17724 |
| 392. | Letter Objection filed by | David C. Pawelec | Docket No. | 17726 |
| 393. | Letter Objection filed by | Richard W. Buschmann | Docket No. | 17727 |
| 394. | Letter Objection filed by | Marion R. Parks | Docket No. | 17731 |
| 395. | Letter Objection filed by | Robert R. Voltenburg | Docket No. | 17732 |
| 396. | Letter Objection filed by | Kathleen R.N. Smith | Docket No. | 17734 |
| 397. | Letter Objection filed by | Ronald Leisure | Docket No. | 17735 |
| 398. | Letter Objection filed by | Jason A. Waite | Docket No. | 17736 |
| 399. | Letter Objection filed by | Marc Kruithoff | Docket No. | 17737 |
| 400. | Letter Objection filed by | Richard A. Valos | Docket No. | 17738 |
| 401. | Letter Objection filed by | Roland W. McKenzie | Docket No. | 17739 |
| 402. | Letter Objection filed by | Daniel Gorkiewicz | Docket No. | 17740 |
| 403. | Letter Objection filed by | Kathy Robertson | Docket No. | 17741 |
| 404. | Letter Objection filed by | Raymond F. Polinko | Docket No. | 17742 |
| 405. | Letter Objection filed by | Richard D. Fife | Docket No. | 17743 |
| 406. | Letter Objection filed by | Alex C. Demetruk | Docket No. | 17744 |
| 407. | Letter Objection filed by | Gary Woodward | Docket No. | 17745 |
| 408. | Letter Objection filed by | Richard F. Rizzi | Docket No. | 17746 |
| 409. | Letter Objection filed by | William M. Manusakis | Docket No. | 17752 |
| 410. | Letter Objection filed by | Harriet Aivazis | Docket No. | 17754 |
| 411. | Letter Objection filed by | Frederick P. Arndt | Docket No. | 17757 |
| 412. | Letter Objection filed by | Richard A. Devers | Docket No. | 17758 |
| 413. | Letter Objection filed by | Sandra Dowdell | Docket No. | 17761 |
| 414. | Letter Objection filed by | Nancy Freeman | Docket No. | 17765 |
| 415. | Letter Objection filed by | Matthew A. Lesniak | Docket No. | 17766 |
| 416. | Letter Objection filed by | Frederick D. Esenwein | Docket No. | 17769 |
| 417. | Letter Objection filed by | Nancy Lesniak | Docket No. | 17771 |

| | OBJECTION | | DOCKET NO. | |
|---|---|---|---|---|
| 418. | Letter Objection filed by | Janet Olsen | Docket No. | 17772 |
| 419. | Letter Objection filed by | Thomas J. Carson | Docket No. | 17774 |
| 420. | Letter Objection filed by | Bogdan Dawidowicz | Docket No. | 17776 |
| 421. | Letter Objection filed by | Gary M. Szanny | Docket No. | 17779 |
| 422. | Letter Objection filed by | Steven A. Sharp | Docket No. | 17780 |
| 423. | Letter Objection filed by | Wayne Spaulding | Docket No. | 17781 |
| 424. | Letter Objection filed by | Maxwell C. Hayward | Docket No. | 17783 |
| 425. | Letter Objection filed by | David A. Moczarski | Docket No. | 17784 |
| 426. | Letter Objection filed by | James L. Penwright | Docket No. | 17785 |
| 427. | Letter Objection filed by | Harry E. McCrea | Docket No. | 17786 |
| 428. | Letter Objection filed by | Andrew Konsol Jr. | Docket No. | 17787 |
| 429. | Letter Objection filed by | Thomas L. Ohlemacher | Docket No. | 17789 |
| 430. | Letter Objection filed by | Denise Desantis-Penwright | Docket No. | 17790 |
| 431. | Letter Objection filed by | Alysia Lea VandenBerg | Docket No. | 17791 |
| 432. | Letter Objection filed by | Virgil W. Fisher | Docket No. | 17792 |
| 433. | Letter Objection filed by | Betzabe N. Peacock | Docket No. | 17794 |
| 434. | Letter Objection filed by | Rosalie Hazi | Docket No. | 17795 |
| 435. | Letter Objection filed by | Margaret Mines | Docket No. | 17798 |
| 436. | Letter Objection filed by | Peggy R. Chaney | Docket No. | 17800 |
| 437. | Letter Objection filed by | Dennis Shearman | Docket No. | 17801 |
| 438. | Letter Objection filed by | Susan A. Hayek | Docket No. | 17802 |
| 439. | Letter Objection filed by | James A. Silker | Docket No. | 17803 |
| 440. | Letter Objection filed by | Terence D. Taylor | Docket No. | 17804 |
| 441. | Letter Objection filed by | D. L. Morris | Docket No. | 17805 |
| 442. | Letter Objection filed by | Patricia A. Stoddard | Docket No. | 17806 |
| 443. | Letter Objection filed by | Francine Schut | Docket No. | 17807 |
| 444. | Letter Objection filed by | Diane L Repasky | Docket No. | 17808 |
| 445. | Letter Objection filed by | H. Darlene Parsons | Docket No. | 17809 |
| 446. | Letter Objection filed by | Robert M. O'Neal | Docket No. | 17810 |
| 447. | Letter Objection filed by | Todd W. Lewis | Docket No. | 17811 |
| 448. | Letter Objection filed by | Louise S. Belline | Docket No. | 17812 |
| 449. | Letter Objection filed by | James Bernsdorf | Docket No. | 17813 |
| 450. | Letter Objection filed by | Mark A. Finnegan | Docket No. | 17814 |
| 451. | Letter Objection filed by | Vincent Kohyar | Docket No. | 17815 |
| 452. | Letter Objection filed by | Ed LaMarca | Docket No. | 17816 |

| | OBJECTION | | DOCKET NO. | |
|---|---|---|---|---|
| 453. | Letter Objection filed by | Steven A. Sharp | Docket No. | 17817 |
| 454. | Letter Objection filed by | Michael C. Lee | Docket No. | 17825 |
| 455. | Letter Objection filed by | Gerald E. Engstrom | Docket No. | 17826 |
| 456. | Letter Objection filed by | Kathy Carrithers | Docket No. | 17827 |
| 457. | Letter Objection filed by | Charles D. Dittlinger | Docket No. | 17828 |
| 458. | Letter Objection filed by | Dale Weitzel | Docket No. | 17829 |
| 459. | Letter Objection filed by | Garry J. Hill | Docket No. | 17830 |
| 460. | Letter Objection filed by | Robert E. Omillian | Docket No. | 17831 |
| 461. | Letter Objection filed by | Paul D. Wilczynski | Docket No. | 17832 |
| 462. | Letter Objection filed by | Robert R. Voltenburg | Docket No. | 17833 |
| 463. | Letter Objection filed by | Barbara G. Jones | Docket No. | 17834 |
| 464. | Letter Objection filed by | Richard T. Carriere | Docket No. | 17835 |
| 465. | Letter Objection filed by | Timothy G. Karst | Docket No. | 17836 |
| 466. | Letter Objection filed by | Karen S. Sheasley | Docket No. | 17837 |
| 467. | Letter Objection filed by | Thomas E. Beyer | Docket No. | 17838 |
| 468. | Letter Objection filed by | James R. Test | Docket No. | 17839 |
| 469. | Letter Objection filed by | Brenda L. Cozart | Docket No. | 17840 |
| 470. | Letter Objection filed by | Heidi Kwater | Docket No. | 17841 |
| 471. | Letter Objection filed by | Bogdan Dawidowicz | Docket No. | 17842 |
| 472. | Letter Objection filed by | James Lytle | Docket No. | 17843 |
| 473. | Letter Objection filed by | Harry Acosta | Docket No. | 17844 |
| 474. | Letter Objection filed by | Alex Boyd | Docket No. | 17845 |
| 475. | Letter Objection filed by | Stephen P. Wanders | Docket No. | 17846 |
| 476. | Letter Objection filed by | Tom Lubert | Docket No. | 17847 |
| 477. | Letter Objection filed by | Lawrence B. Smith | Docket No. | 17848 |
| 478. | Letter Objection filed by | Joseph Stephen Kramer | Docket No. | 17849 |
| 479. | Letter Objection filed by | Charlene A. White | Docket No. | 17850 |
| 480. | Letter Objection filed by | Robert R. and Cathy S. Tejchma | Docket No. | 17851 |
| 481. | Letter Objection filed by | Ray Forbes | Docket No. | 17852 |
| 482. | Letter Objection filed by | Conrad Meyers | Docket No. | 17853 |
| 483. | Letter Objection filed by | Gerald E. Wilson | Docket No. | 17854 |
| 484. | Letter Objection filed by | Marion R. Parks | Docket No. | 17855 |
| 485. | Letter Objection filed by | Resta Zeremariam | Docket No. | 17856 |
| 486. | Letter Objection filed by | George W. Brutchen | Docket No. | 17857 |
| 487. | Letter Objection filed by | Theodore R. Schmidt | Docket No. | 17858 |

| | OBJECTION | | DOCKET NO. | |
|---|---|---|---|---|
| 488. | Letter Objection filed by | Michael Rasper | Docket No. | 17859 |
| 489. | Letter Objection filed by | Kathleen Tomasik | Docket No. | 17860 |
| 490. | Letter Objection filed by | Kimberly A. Vance | Docket No. | 17861 |
| 491. | Letter Objection filed by | Stanely D. Smith | Docket No. | 17862 |
| 492. | Letter Objection filed by | James B. Hegstrom | Docket No. | 17863 |
| 493. | Letter Objection filed by | Stephen Larimore | Docket No. | 17864 |
| 494. | Letter Objection filed by | Diane Jensen | Docket No. | 17865 |
| 495. | Letter Objection filed by | Daniel Siliwinski | Docket No. | 17866 |
| 496. | Letter Objection filed by | Jeanne Westerlund | Docket No. | 17867 |
| 497. | Letter Objection filed by | Lydia G. Ferris | Docket No. | 17868 |
| 498. | Letter Objection filed by | Gary James Gray | Docket No. | 17869 |
| 499. | Letter Objection filed by | John A. Ackworth | Docket No. | 17870 |
| 500. | Letter Objection filed by | Sherry Friedman | Docket No. | 17871 |
| 501. | Letter Objection filed by | John R. Pascarella | Docket No. | 17872 |
| 502. | Letter Objection filed by | Alfred J. Poppitt | Docket No. | 17873 |
| 503. | Letter Objection filed by | Gerald M. Goupil | Docket No. | 17874 |
| 504. | Letter Objection filed by | John R. Sickler | Docket No. | 17875 |
| 505. | Letter Objection filed by | Jerrel M. Gilley | Docket No. | 17876 |
| 506. | Letter Objection filed by | Georgas Jenkins | Docket No. | 17877 |
| 507. | Letter Objection filed by | Michael E. Harraman | Docket No. | 17878 |
| 508. | Letter Objection filed by | Mohinder S. Bhatti | Docket No. | 17879 |
| 509. | Letter Objection filed by | Ken Karbowski | Docket No. | 17880 |
| 510. | Letter Objection filed by | Betty Hale | Docket No. | 17881 |
| 511. | Letter Objection filed by | John H. Willson | Docket No. | 17882 |
| 512. | Letter Objection filed by | John E. Davis | Docket No. | 17883 |
| 513. | Letter Objection filed by | William L. Gross | Docket No. | 17884 |
| 514. | Letter Objection filed by | Cheryl Scoloro | Docket No. | 17885 |
| 515. | Letter Objection filed by | Larry Streaty | Docket No. | 17886 |
| 516. | Letter Objection filed by | Arnold J. Senger | Docket No. | 17887 |
| 517. | Letter Objection filed by | Creditor Unknown | Docket No. | 17888 |
| 518. | Letter Objection filed by | Patrick J. Straney | Docket No. | 17889 |
| 519. | Letter Objection filed by | Terry Stiffy | Docket No. | 17890 |
| 520. | Letter Objection filed by | Ashak V. Patwardhan | Docket No. | 17891 |
| 521. | Letter Objection filed by | Thomas R. Smith | Docket No. | 17892 |
| 522. | Letter Objection filed by | Creditor (illegible) | Docket No. | 17894 |
| 523. | Letter Objection filed by | John A. Sandberg | Docket No. | 17895 |
| 524. | Letter Objection filed by | Thomas M. Weber | Docket No. | 17896 |

| | OBJECTION | | DOCKET NO. | |
|---|---|---|---|---|
| 525. | Letter Objection filed by | Christopher Voydanoff | Docket No. | 17897 |
| 526. | Letter Objection filed by | David J. Alexander | Docket No. | 17898 |
| 527. | Letter Objection filed by | Joyce Luker | Docket No. | 17899 |
| 528. | Letter Objection filed by | Ken Cantrell | Docket No. | 17900 |
| 529. | Letter Objection filed by | Roger K. Bennett | Docket No. | 17901 |
| 530. | Letter Objection filed by | Edward Lundberg | Docket No. | 17902 |
| 531. | Letter Objection filed by | Terry Buckley | Docket No. | 17903 |
| 532. | Letter Objection filed by | Thomas B. Arnold | Docket No. | 17904 |
| 533. | Letter Objection filed by | Michael J. Webber | Docket No. | 17905 |
| 534. | Letter Objection filed by | Edward J. Bardell | Docket No. | 17906 |
| 535. | Letter Objection filed by | James M. Burke | Docket No. | 17907 |
| 536. | Letter Objection filed by | Laura Adams | Docket No. | 17908 |
| 537. | Letter Objection filed by | Andrew J. Kopac | Docket No. | 17909 |
| 538. | Letter Objection filed by | Mary B. Case | Docket No. | 17910 |
| 539. | Letter Objection filed by | Brian P. O'Neill | Docket No. | 17911 |
| 540. | Letter Objection filed by | Ralph Pizur | Docket No. | 17912 |
| 541. | Letter Objection filed by | Charles L. Moore | Docket No. | 17913 |
| 542. | Letter Objection filed by | Kenneth D. Burkett | Docket No. | 17914 |
| 543. | Letter Objection filed by | Franklin E. West | Docket No. | 17915 |
| 544. | Letter Objection filed by | Linda M. Maslowski | Docket No. | 17916 |
| 545. | Letter Objection filed by | David F. Boull | Docket No. | 17917 |
| 546. | Letter Objection filed by | David Walters | Docket No. | 17918 |
| 547. | Letter Objection filed by | Lawrence E. Norris | Docket No. | 17919 |
| 548. | Letter Objection filed by | Richard H. Neal | Docket No. | 17920 |
| 549. | Letter Objection filed by | David P. Behnke | Docket No. | 17921 |
| 550. | Letter Objection filed by | William L. Braun | Docket No. | 17922 |
| 551. | Letter Objection filed by | Gary W. Payne | Docket No. | 17923 |
| 552. | Letter Objection filed by | Frank Aparo | Docket No. | 17924 |
| 553. | Letter Objection filed by | Joseph J. Zalka | Docket No. | 17925 |
| 554. | Letter Objection filed by | Gregory L. Doerflein | Docket No. | 17926 |
| 555. | Letter Objection filed by | David L. Brownfield | Docket No. | 17927 |
| 556. | Letter Objection filed by | Ronald E.B. | Docket No. | 17928 |
| 557. | Letter Objection filed by | Harry E. Mcrea Jr. | Docket No. | 17929 |
| 558. | Letter Objection filed by | James R. Flint | Docket No. | 17930 |
| 559. | Letter Objection filed by | Charles H. Yund | Docket No. | 17931 |
| 560. | Letter Objection filed by | Neil F. Freson | Docket No. | 17932 |

| | OBJECTION | | DOCKET NO. | |
|---|---|---|---|---|
| 561. | Letter Objection filed by | Linda Silvidi | Docket No. | 17933 |
| 562. | Letter Objection filed by | Delores Scarpulla | Docket No. | 17934 |
| 563. | Letter Objection filed by | Rudolph M. Aranyosi | Docket No. | 17935 |
| 564. | Letter Objection filed by | Arthur S. Petee | Docket No. | 17936 |
| 565. | Letter Objection filed by | Daniel Sliwinski | Docket No. | 17937 |
| 566. | Letter Objection filed by | David C. Thompson | Docket No. | 17938 |
| 567. | Letter Objection filed by | Michael D. Smith | Docket No. | 17939 |
| 568. | Letter Objection filed by | Brenda Wallace | Docket No. | 17940 |
| 569. | Letter Objection filed by | Cindy Ireland | Docket No. | 17941 |
| 570. | Letter Objection filed by | John F. Housaman | Docket No. | 17942 |
| 571. | Letter Objection filed by | Paul Beiter | Docket No. | 17943 |
| 572. | Letter Objection filed by | Roger W. Kellams | Docket No. | 17944 |
| 573. | Letter Objection filed by | Gary E. Kelly | Docket No. | 17945 |
| 574. | Letter Objection filed by | Anna S. Kimmel | Docket No. | 17946 |
| 575. | Letter Objection filed by | Gloria Thompson | Docket No. | 17947 |
| 576. | Letter Objection filed by | Jerry Hull | Docket No. | 17948 |
| 577. | Letter Objection filed by | Carolyn Dana Goff | Docket No. | 17949 |
| 578. | Letter Objection filed by | John A. Weits Sr. | Docket No. | 17950 |
| 579. | Letter Objection filed by | Victor L. Lynd | Docket No. | 17952 |
| 580. | Letter Objection filed by | Cathleen Carroll | Docket No. | 17953 |
| 581. | Letter Objection filed by | Neal Rath | Docket No. | 17954 |
| 582. | Letter Objection filed by | Zurah Perkins | Docket No. | 17955 |
| 583. | Letter Objection filed by | Joseph A. Cianciosa | Docket No. | 17956 |
| 584. | Letter Objection filed by | Kim Ryan | Docket No. | 17957 |
| 585. | Letter Objection filed by | Robert J. Bacue | Docket No. | 17958 |
| 586. | Letter Objection filed by | Sharon D. Ptstick | Docket No. | 17959 |
| 587. | Letter Objection filed by | Frank A. DeFelippo | Docket No. | 17960 |
| 588. | Letter Objection filed by | Paul Pawelczak | Docket No. | 17961 |
| 589. | Letter Objection filed by | Kurt Schramm | Docket No. | 17962 |
| 590. | Letter Objection filed by | Christine Pettrone | Docket No. | 17963 |
| 591. | Letter Objection filed by | James M. Eberhart | Docket No. | 17965 |
| 592. | Letter Objection filed by | John C. Standhope | Docket No. | 17966 |
| 593. | Letter Objection filed by | Roger W. Zapp | Docket No. | 17967 |
| 594. | Letter Objection filed by | Frank A. Westgate | Docket No. | 17969 |
| 595. | Letter Objection filed by | Ronald M. Zombar | Docket No. | 17970 |
| 596. | Letter Objection filed by | Cathleen Carroll | Docket No. | 17971 |
| 597. | Letter Objection filed by | Gregg A. Novac | Docket No. | 17972 |

| | OBJECTION | | DOCKET NO. | |
|---|---|---|---|---|
| 598. | Letter Objection filed by | Bruce Meixelberger | Docket No. | 17974 |
| 599. | Letter Objection filed by | Bruce A. Biller | Docket No. | 17976 |
| 600. | Letter Objection filed by | David Delgado | Docket No. | 17977 |
| 601. | Letter Objection filed by | Patrick T. Schreiner | Docket No. | 17978 |
| 602. | Letter Objection filed by | Brent A. Gaertner | Docket No. | 17979 |
| 603. | Letter Objection filed by | Glenda K. Magee | Docket No. | 17980 |
| 604. | Letter Objection filed by | Jon K. Bakus | Docket No. | 17981 |
| 605. | Letter Objection filed by | William R. Stewart | Docket No. | 17982 |
| 606. | Letter Objection filed by | James A. Crooks | Docket No. | 17983 |
| 607. | Letter Objection filed by | Peter Gallavin | Docket No. | 17984 |
| 608. | Letter Objection filed by | Roger Nething | Docket No. | 17985 |
| 609. | Letter Objection filed by | Larry Sears | Docket No. | 17986 |
| 610. | Letter Objection filed by | Peter A. Tonn | Docket No. | 17987 |
| 611. | Letter Objection filed by | G.A. Delavergne | Docket No. | 17988 |
| 612. | Letter Objection filed by | Ronald F. Scheper | Docket No. | 17989 |
| 613. | Letter Objection filed by | Richard Belsenich | Docket No. | 17990 |
| 614. | Letter Objection filed by | Kenneth S. Czernik | Docket No. | 17991 |
| 615. | Letter Objection filed by | Paula J. Eick | Docket No. | 17992 |
| 616. | Letter Objection filed by | Robert L. Martin | Docket No. | 17993 |
| 617. | Letter Objection filed by | Robert Koseluk | Docket No. | 17994 |
| 618. | Letter Objection filed by | David Winterbottom | Docket No. | 17995 |
| 619. | Letter Objection filed by | Kenneth L. Baldwin | Docket No. | 17996 |
| 620. | Letter Objection filed by | David H. Masters | Docket No. | 17997 |
| 621. | Letter Objection filed by | Gerald C. Maar | Docket No. | 17998 |
| 622. | Letter Objection filed by | Alicia Vertiz | Docket No. | 17999 |
| 623. | Letter Objection filed by | Timothy C. Bousum | Docket No. | 18000 |
| 624. | Letter Objection filed by | Unknown Creditor | Docket No. | 18001 |
| 625. | Letter Objection filed by | Gerald L. Weese | Docket No. | 18003 |
| 626. | Letter Objection filed by | Sharon Sesock | Docket No. | 18004 |
| 627. | Letter Objection filed by | Andrew F. Verbosky | Docket No. | 18006 |
| 628. | Letter Objection filed by | Edward A. Carr | Docket No. | 18007 |
| 629. | Letter Objection filed by | Rina Verbosky | Docket No. | 18008 |
| 630. | Letter Objection filed by | Bernard O. Romanowski | Docket No. | 18009 |
| 631. | Letter Objection filed by | Ronald B. Byrns | Docket No. | 18010 |
| 632. | Letter Objection filed by | Unknown Creditor | Docket No. | 18011 |
| 633. | Letter Objection filed by | George Ryan | Docket No. | 18012 |

| | OBJECTION | | DOCKET NO. | |
|---|---|---|---|---|
| 634. | Letter Objection filed by | Creditor Unknown | Docket No. | 18013 |
| 635. | Letter Objection filed by | Henry Beamer | Docket No. | 18014 |
| 636. | Letter Objection filed by | Cheryl L. Brown | Docket No. | 18015 |
| 637. | Letter Objection filed by | William B. Stach | Docket No. | 18016 |
| 638. | Letter Objection filed by | James R. Vance | Docket No. | 18017 |
| 639. | Letter Objection filed by | Janet Mazzaroppi | Docket No. | 18018 |
| 640. | Letter Objection filed by | Fred C. Weaver | Docket No. | 18019 |
| 641. | Letter Objection filed by | Robert Mackey | Docket No. | 18020 |
| 642. | Letter Objection filed by | Bruce W. Holleboom | Docket No. | 18021 |
| 643. | Letter Objection filed by | Eugene A. Pawelak | Docket No. | 18023 |
| 644. | Letter Objection filed by | Deborah Allen | Docket No. | 18024 |
| 645. | Letter Objection filed by | John Dzwigal | Docket No. | 18025 |
| 646. | Letter Objection filed by | John Todd Morrison | Docket No. | 18026 |
| 647. | Letter Objection filed by | Larry W. Fautenseklege | Docket No. | 18027 |
| 648. | Letter Objection filed by | James R. Grose | Docket No. | 18029 |
| 649. | Letter Objection filed by | Terisa Baranoski | Docket No. | 18030 |
| 650. | Letter Objection filed by | Angelita Schrebe | Docket No. | 18031 |
| 651. | Letter Objection filed by | Frank W. Sheasley | Docket No. | 18032 |
| 652. | Letter Objection filed by | Judith A. Sazz | Docket No. | 18033 |
| 653. | Letter Objection filed by | Wisdom A. Pittman | Docket No. | 18034 |
| 654. | Letter Objection filed by | John Laitala | Docket No. | 18035 |
| 655. | Letter Objection filed by | Brenda Rolenda | Docket No. | 18036 |
| 656. | Letter Objection filed by | Gerald R. Mock | Docket No. | 18037 |
| 657. | Letter Objection filed by | Tom Walters | Docket No. | 18038 |
| 658. | Letter Objection filed by | Thomas E. Austin III | Docket No. | 18039 |
| 659. | Letter Objection filed by | Thomas C. Woods | Docket No. | 18041 |
| 660. | Letter Objection filed by | Daniel W. O'Neil | Docket No. | 18042 |
| 661. | Letter Objection filed by | Irma Zamora | Docket No. | 18043 |
| 662. | Letter Objection filed by | Gerald Cross | Docket No. | 18044 |
| 663. | Letter Objection filed by | Bonnie Whaite | Docket No. | 18045 |
| 664. | Letter Objection filed by | John Biofara | Docket No. | 18046 |
| 665. | Letter Objection filed by | Robert Myers | Docket No. | 18047 |
| 666. | Letter Objection filed by | Merel L. Cooper | Docket No. | 18048 |
| 667. | Letter Objection filed by | Larry Cusick | Docket No. | 18049 |
| 668. | Letter Objection filed by | Delois Patrick | Docket No. | 18050 |
| 669. | Letter Objection filed by | Glenn E. Tripp II | Docket No. | 18051 |

| | OBJECTION | | DOCKET NO. | |
|---|---|---|---|---|
| 670. | Letter Objection filed by | Brian M. Miller | Docket No. | 18052 |
| 671. | Letter Objection filed by | Jeanne Pepper | Docket No. | 18053 |
| 672. | Letter Objection filed by | Paul Flanagan | Docket No. | 18054 |
| 673. | Letter Objection filed by | John S. Williams | Docket No. | 18055 |
| 674. | Letter Objection filed by | John DeCaro | Docket No. | 18056 |
| 675. | Letter Objection filed by | Robert E. Butler | Docket No. | 18057 |
| 676. | Letter Objection filed by | Richard Smith | Docket No. | 18058 |
| 677. | Letter Objection filed by | Kenneth R. Knoll | Docket No. | 18059 |
| 678. | Letter Objection filed by | John H. Wolbert | Docket No. | 18060 |
| 679. | Letter Objection filed by | Edward Golick | Docket No. | 18061 |
| 680. | Letter Objection filed by | Blanche Marie Wilson-Noack | Docket No. | 18062 |
| 681. | Letter Objection filed by | Diane Lewis | Docket No. | 18063 |
| 682. | Letter Objection filed by | Eugie W. Dobbins | Docket No. | 18064 |
| 683. | Letter Objection filed by | Earl McClure | Docket No. | 18065 |
| 684. | Letter Objection filed by | Thomas R. Montour | Docket No. | 18067 |
| 685. | Letter Objection filed by | Joseph Wogoman | Docket No. | 18068 |
| 686. | Letter Objection filed by | Ann Terry | Docket No. | 18069 |
| 687. | Letter Objection filed by | Evelyn L. Jester | Docket No. | 18070 |
| 688. | Letter Objection filed by | Ronald E. Miller | Docket No. | 18071 |
| 689. | Letter Objection filed by | Paul M. Nozar | Docket No. | 18072 |
| 690. | Letter Objection filed by | Robert T. Poweski | Docket No. | 18074 |
| 691. | Letter Objection filed by | Goldman Donato | Docket No. | 18088 |
| 692. | Letter Objection filed by | Goldman Donato | Docket No. | 18089 |
| 693. | Letter Objection filed by | Donald Waldron | Docket No. | 18090 |
| 694. | Letter Objection filed by | James P. Hiera | Docket No. | 18091 |
| 695. | Letter Objection filed by | James P. Hiera | Docket No. | 18092 |
| 696. | Letter Objection filed by | M. Paul Higgins | Docket No. | 18093 |
| 697. | Letter Objection filed by | Richard J. Heidtman | Docket No. | 18094 |
| 698. | Letter Objection filed by | Don Armstrong | Docket No. | 18095 |
| 699. | Letter Objection filed by | Michael Kugel | Docket No. | 18096 |
| 700. | Letter Objection filed by | Diane Kugel | Docket No. | 18097 |
| 701. | Letter Objection filed by | Donald Waldron | Docket No. | 18098 |
| 702. | Letter Objection filed by | James F. Millen | Docket No. | 18099 |
| 703. | Letter Objection filed by | Art Petee | Docket No. | 18100 |
| 704. | Letter Objection filed by | Harold Brier | Docket No. | 18101 |
| 705. | Letter Objection filed by | Donald R. Smith | Docket No. | 18102 |

| | OBJECTION | | DOCKET NO. | |
|---|---|---|---|---|
| 706. | Letter Objection filed by | Roger E. Hoke | Docket No. | 18103 |
| 707. | Letter Objection filed by | Janice Kidd | Docket No. | 18104 |
| 708. | Letter Objection filed by | Allen Flowers | Docket No. | 18105 |
| 709. | Letter Objection filed by | Thomas C. Woods | Docket No. | 18106 |
| 710. | Letter Objection filed by | Keith Penney | Docket No. | 18107 |
| 711. | Letter Objection filed by | Gloria J. Penney | Docket No. | 18108 |
| 712. | Letter Objection filed by | Mark A. Trowbridge | Docket No. | 18109 |
| 713. | Letter Objection filed by | Denice Combs | Docket No. | 18111 |
| 714. | Letter Objection filed by | Richard R. Sweet | Docket No. | 18112 |
| 715. | Letter Objection filed by | Edward F. Milnar | Docket No. | 18113 |
| 716. | Letter Objection filed by | Kathleen Murphy | Docket No. | 18114 |
| 717. | Letter Objection filed by | Charles Peacock | Docket No. | 18115 |
| 718. | Letter Objection filed by | Donald R. Wheelock | Docket No. | 18116 |
| 719. | Letter Objection filed by | John Bakkek | Docket No. | 18117 |
| 720. | Letter Objection filed by | Marybeth Cunningham | Docket No. | 18118 |
| 721. | Letter Objection filed by | Leman Reus | Docket No. | 18119 |
| 722. | Letter Objection filed by | Charles Cunningham | Docket No. | 18120 |
| 723. | Letter Objection filed by | Debra Hartfelder | Docket No. | 18121 |
| 724. | Letter Objection filed by | John Olivo | Docket No. | 18122 |
| 725. | Letter Objection filed by | Larry Bonner | Docket No. | 18123 |
| 726. | Letter Objection filed by | James P. McGee | Docket No. | 18124 |
| 727. | Letter Objection filed by | Betzabe N. Peacock | Docket No. | 18125 |
| 728. | Letter Objection filed by | Michael D. McEowen | Docket No. | 18126 |
| 729. | Letter Objection filed by | Patricia Bryant | Docket No. | 18127 |
| 730. | Letter Objection filed by | Jeanne McMillion | Docket No. | 18128 |
| 731. | Letter Objection filed by | Ken Jelley | Docket No. | 18129 |
| 732. | Letter Objection filed by | Susan Dillon | Docket No. | 18131 |
| 733. | Letter Objection filed by | John H. Lienesch | Docket No. | 18132 |
| 734. | Letter Objection filed by | David Hoppe | Docket No. | 18133 |
| 735. | Letter Objection filed by | Marilyn Shirley | Docket No. | 18134 |
| 736. | Letter Objection filed by | David L. Hofius | Docket No. | 18135 |
| 737. | Letter Objection filed by | Dale G. Kremer | Docket No. | 18136 |
| 738. | Letter Objection filed by | Elaine Hofius | Docket No. | 18137 |
| 739. | Letter Objection filed by | Rose Adams | Docket No. | 18138 |
| 740. | Letter Objection filed by | Duane L. Abbuhl | Docket No. | 18139 |

|  | OBJECTION |  | DOCKET NO. | |
|---|---|---|---|---|
| 741. | Letter Objection filed by | Don Woodard | Docket No. | 18140 |
| 742. | Letter Objection filed by | Marquet A. Mines | Docket No. | 18141 |
| 743. | Letter Objection filed by | Wayne Aubel | Docket No. | 18142 |
| 744. | Letter Objection filed by | Gary Tregea | Docket No. | 18143 |
| 745. | Letter Objection filed by | Robert Poweski | Docket No. | 18144 |
| 746. | Letter Objection filed by | Paula L. Dils | Docket No. | 18145 |
| 747. | Letter Objection filed by | Cathy Lukasko | Docket No. | 18147 |
| 748. | Letter Objection filed by | Marilyn Shirley | Docket No. | 18149 |
| 749. | Letter Objection filed by | William DiFrangia | Docket No. | 18150 |
| 750. | Letter Objection filed by | Dewey F. Mort and Lou Ann Mort | Docket No. | 18151 |
| 751. | Letter Objection filed by | Michael J. Hughes | Docket No. | 18152 |
| 752. | Letter Objection filed by | James R. Davis | Docket No. | 18153 |
| 753. | Letter Objection filed by | Timothy M. Dils | Docket No. | 18154 |
| 754. | Letter Objection filed by | Lula Carolyn Smith | Docket No. | 18155 |
| 755. | Letter Objection filed by | Douglas Tierman | Docket No. | 18156 |
| 756. | Letter Objection filed by | Robert P. Mayo | Docket No. | 18157 |
| 757. | Letter Objection filed by | Berniece Stansloski | Docket No. | 18158 |
| 758. | Letter Objection filed by | Edward E. Goettl | Docket No. | 18159 |
| 759. | Letter Objection filed by | Gary L. Stahl | Docket No. | 18160 |
| 760. | Letter Objection filed by | Dennis C. Butler | Docket No. | 18161 |
| 761. | Letter Objection filed by | William Upperman | Docket No. | 18162 |
| 762. | Letter Objection filed by | Raymond J. Strand | Docket No. | 18164 |
| 763. | Letter Objection filed by | Donna VandenBerg | Docket No. | 18166 |
| 764. | Letter Objection filed by | Thomas Mcrea | Docket No. | 18172 |
| 765. | Letter Objection filed by | Elizabeth Rusho | Docket No. | 18172 |
| 766. | Letter Objection filed by | Karen Rusho | Docket No. | 18172 |
| 767. | Letter Objection filed by | Michael Rusho | Docket No. | 18172 |
| 768. | Letter Objection filed by | Paul Paraskevopoulos | Docket No. | 18172 |
| 769. | Letter Objection filed by | James Buczkowski | Docket No. | 18172 |
| 770. | Letter Objection filed by | David K. Cox | Docket No. | 18173 |
| 771. | Letter Objection filed by | Harry D. McVey | Docket No. | 18173 |
| 772. | Letter Objection filed by | James O. Strader Jr. | Docket No. | 18173 |
| 773. | Letter Objection filed by | James A, Martino | Docket No. | 18173 |
| 774. | Letter Objection filed by | Janet L. Chaplin | Docket No. | 18173 |
| 775. | Letter Objection filed by | Sandra Sullivan Cunningham | Docket No. | 18174 |

|  | OBJECTION |  | DOCKET NO. | |
|---|---|---|---|---|
| 776. | Letter Objection filed by | Thomas Gilner | Docket No. | 18174 |
| 777. | Letter Objection filed by | Lloyd L. Dord | Docket No. | 18174 |
| 778. | Letter Objection filed by | Richard F. Beckmeyer | Docket No. | 18174 |
| 779. | Letter Objection filed by | Doug Dunnigan | Docket No. | 18174 |
| 780. | Letter Objection filed by | Sally W. Jackson | Docket No. | 18174 |
| 781. | Letter Objection filed by | James A. Dean | Docket No. | 18174 |
| 782. | Letter Objection filed by | James A. Dean | Docket No. | 18175 |
| 783. | Letter Objection filed by | Sandra Beardsley | Docket No. | 18175 |
| 784. | Letter Objection filed by | James A. Dean | Docket No. | 18175 |
| 785. | Letter Objection filed by | Janice M. Womack | Docket No. | 18175 |
| 786. | Letter Objection filed by | Rose Mary Hale | Docket No. | 18175 |
| 787. | Letter Objection filed by | Louis K. Fost | Docket No. | 18175 |
| 788. | Letter Objection filed by | Donald R. Gross, Jr. | Docket No. | 18175 |
| 789. | Letter Objection filed by | Robert D. Statts | Docket No. | 18175 |
| 790. | Letter Objection filed by | Charles L. Rose | Docket No. | 18175 |
| 791. | Letter Objection filed by | Steven L. Chapman | Docket No. | 18175 |
| 792. | Letter Objection filed by | James E. Raz | Docket No. | 18177 |
| 793. | Letter Objection filed by | Michael Benzie | Docket No. | 18177 |
| 794. | Letter Objection filed by | David A. Palma | Docket No. | 18177 |
| 795. | Letter Objection filed by | Charles Bright | Docket No. | 18177 |
| 796. | Letter Objection filed by | Daniel Morganti | Docket No. | 18177 |
| 797. | Letter Objection filed by | Keith Baumgarner | Docket No. | 18177 |
| 798. | Letter Objection filed by | James C. Griffin | Docket No. | 18177 |
| 799. | Letter Objection filed by | Charles E. Sims | Docket No. | 18177 |
| 800. | Letter Objection filed by | Mohamed Abbas | Docket No. | 18178 |
| 801. | Letter Objection filed by | Sandra Les | Docket No. | 18178 |
| 802. | Letter Objection filed by | Charles R. Harrington | Docket No. | 18178 |
| 803. | Letter Objection filed by | David C. Hatton | Docket No. | 18178 |
| 804. | Letter Objection filed by | Bruce Kirkham | Docket No. | 18180 |
| 805. | Letter Objection filed by | Charles E. Meier | Docket No. | 18180 |
| 806. | Letter Objection filed by | David C. Sheridan | Docket No. | 18180 |
| 807. | Letter Objection filed by | Francis J. Holmes | Docket No. | 18180 |
| 808. | Letter Objection filed by | Frederick P. VandenBerg | Docket No. | 18180 |
| 809. | Letter Objection filed by | Henry N. Caswell | Docket No. | 18180 |
| 810. | Letter Objection filed by | James A. Hathaway | Docket No. | 18180 |

|  | OBJECTION | | DOCKET NO. | |
|---|---|---|---|---|
| 811. | Letter Objection filed by | James R. Wagner | Docket No. | 18180 |
| 812. | Letter Objection filed by | Lester Wilkinson | Docket No. | 18180 |
| 813. | Letter Objection filed by | Linda and Steve Rudzinski | Docket No. | 18180 |
| 814. | Letter Objection filed by | Lisa Weber | Docket No. | 18180 |
| 815. | Letter Objection filed by | Lowell E. Perry, Jr. | Docket No. | 18180 |
| 816. | Letter Objection filed by | Michele Harding | Docket No. | 18180 |
| 817. | Letter Objection filed by | Nancy Csatlos | Docket No. | 18180 |
| 818. | Letter Objection filed by | Philip R. McCarty | Docket No. | 18180 |
| 819. | Letter Objection filed by | Raymond J. Baker | Docket No. | 18180 |
| 820. | Letter Objection filed by | Robert L. Lastacy | Docket No. | 18180 |
| 821. | Letter Objection filed by | Robin F. Gales | Docket No. | 18180 |
| 822. | Letter Objection filed by | Donald W. Pagel | Docket No. | 18180 |
| 823. | Letter Objection filed by | Wayne N. Shutt | Docket No. | 18180 |
| 824. | Letter Objection filed by | William McCardle | Docket No. | 18180 |
| 825. | Letter Objection filed by | John F. Hamman, Jr. | Docket No. | 18181 |
| 826. | Letter Objection filed by | John R. Costello | Docket No. | 18181 |
| 827. | Letter Objection filed by | John W. Boyer | Docket No. | 18181 |
| 828. | Letter Objection filed by | Jon L. Herron | Docket No. | 18181 |
| 829. | Letter Objection filed by | Lyn Muza | Docket No. | 18181 |
| 830. | Letter Objection filed by | Robert Fatzinger | Docket No. | 18181 |
| 831. | Letter Objection filed by | Steve Weflen | Docket No. | 18181 |
| 832. | Letter Objection filed by | Vickie E. Stahl | Docket No. | 18181 |
| 833. | Letter Objection filed by | John E. Freeman | Docket No. | 18182 |
| 834. | Letter Objection filed by | Mark E. Dryden, P.E. | Docket No. | 18182 |
| 835. | Letter Objection filed by | Sharon O'Brien | Docket No. | 18182 |
| 836. | Letter Objection filed by | Kimberly A.G. Haley | Docket No. | 18182 |
| 837. | Letter Objection filed by | Richard A. Devers | Docket No. | 18182 |
| 838. | Letter Objection filed by | Gregory R. Ritzke | Docket No. | 18182 |
| 839. | Letter Objection filed by | Ericka Zeballos | Docket No. | 18182 |
| 840. | Letter Objection filed by | Robert Saviers | Docket No. | 18182 |
| 841. | Letter Objection filed by | Donald W. Neubauer | Docket No. | 18183 |
| 842. | Letter Objection filed by | Jayne Kratz-Brasser | Docket No. | 18183 |
| 843. | Letter Objection filed by | Karen E. Spencer | Docket No. | 18183 |
| 844. | Letter Objection filed by | Kari L. Bossung | Docket No. | 18183 |
| 845. | Letter Objection filed by | Kenneth L. Van Clse | Docket No. | 18183 |

|  | OBJECTION | | DOCKET NO. | |
|---|---|---|---|---|
| 846. | Letter Objection filed by | Sherri L. Smith | Docket No. | 18183 |
| 847. | Letter Objection filed by | Anthony J. Sciarrotta | Docket No. | 18186 |
| 848. | Letter Objection filed by | Bruce Kirkham | Docket No. | 18186 |
| 849. | Letter Objection filed by | Cathy Lukasko | Docket No. | 18186 |
| 850. | Letter Objection filed by | Craig Westlake | Docket No. | 18186 |
| 851. | Letter Objection filed by | Dennis C. Brazil | Docket No. | 18186 |
| 852. | Letter Objection filed by | Doug Van Sprange | Docket No. | 18186 |
| 853. | Letter Objection filed by | Edgar C. Armstrong | Docket No. | 18186 |
| 854. | Letter Objection filed by | Iva M. Human | Docket No. | 18186 |
| 855. | Letter Objection filed by | James A. Dunlap | Docket No. | 18186 |
| 856. | Letter Objection filed by | James Eastman | Docket No. | 18186 |
| 857. | Letter Objection filed by | James H. Logsdon | Docket No. | 18186 |
| 858. | Letter Objection filed by | Jeff Wilson | Docket No. | 18186 |
| 859. | Letter Objection filed by | Joanna Millitello | Docket No. | 18186 |
| 860. | Letter Objection filed by | John B. Sill | Docket No. | 18186 |
| 861. | Letter Objection filed by | John Schmidt | Docket No. | 18186 |
| 862. | Letter Objection filed by | Alice Gollner | Docket No. | 18189 |
| 863. | Letter Objection filed by | Anthony J. Siracusa | Docket No. | 18189 |
| 864. | Letter Objection filed by | B T Londeck 1 page | Docket No. | 18189 |
| 865. | Letter Objection filed by | Barry L. Gose | Docket No. | 18189 |
| 866. | Letter Objection filed by | Brian E. Brown | Docket No. | 18189 |
| 867. | Letter Objection filed by | Cathy E Higgins | Docket No. | 18189 |
| 868. | Letter Objection filed by | Christine Barnes | Docket No. | 18189 |
| 869. | Letter Objection filed by | Christopher Lang | Docket No. | 18189 |
| 870. | Letter Objection filed by | Claude Mook | Docket No. | 18189 |
| 871. | Letter Objection filed by | D. Gaylor | Docket No. | 18189 |
| 872. | Letter Objection filed by | Daniel W. R. | Docket No. | 18189 |
| 873. | Letter Objection filed by | David A. Young | Docket No. | 18189 |
| 874. | Letter Objection filed by | David C. Shade | Docket No. | 18189 |
| 875. | Letter Objection filed by | Don D. Dunaway | Docket No. | 18189 |
| 876. | Letter Objection filed by | Donald C. Johnson | Docket No. | 18189 |
| 877. | Letter Objection filed by | Edward Keferl | Docket No. | 18189 |
| 878. | Letter Objection filed by | Egar Desousa | Docket No. | 18189 |
| 879. | Letter Objection filed by | Gary J. King | Docket No. | 18189 |
| 880. | Letter Objection filed by | George E. Tucker, Jr. | Docket No. | 18189 |
| 881. | Letter Objection filed by | Gladennie Henry | Docket No. | 18189 |

| | OBJECTION | | DOCKET NO. | |
|---|---|---|---|---|
| 882. | Letter Objection filed by | Glenn Branscome | Docket No. | 18189 |
| 883. | Letter Objection filed by | H.W. Atkinsin | Docket No. | 18189 |
| 884. | Letter Objection filed by | James Donavon | Docket No. | 18189 |
| 885. | Letter Objection filed by | James E. Widener | Docket No. | 18189 |
| 886. | Letter Objection filed by | James Ehmann | Docket No. | 18189 |
| 887. | Letter Objection filed by | John F Dodds | Docket No. | 18189 |
| 888. | Letter Objection filed by | John Fragale | Docket No. | 18189 |
| 889. | Letter Objection filed by | John Henne | Docket No. | 18189 |
| 890. | Letter Objection filed by | John W. Morr | Docket No. | 18189 |
| 891. | Letter Objection filed by | Joseph C. Bracei | Docket No. | 18189 |
| 892. | Letter Objection filed by | Steven A. McMahan | Docket No. | 18190 |
| 893. | Letter Objection filed by | T. Scott Henry | Docket No. | 18190 |
| 894. | Letter Objection filed by | Terrence W. Van Wert | Docket No. | 18190 |
| 895. | Letter Objection filed by | Thomas C. Downs | Docket No. | 18190 |
| 896. | Letter Objection filed by | Thomas Campbell | Docket No. | 18190 |
| 897. | Letter Objection filed by | Thomas DeVilbiss | Docket No. | 18190 |
| 898. | Letter Objection filed by | Thomas J. Miklik | Docket No. | 18190 |
| 899. | Letter Objection filed by | Thomas L. Clark | Docket No. | 18190 |
| 900. | Letter Objection filed by | Thomas L. Knoll | Docket No. | 18190 |
| 901. | Letter Objection filed by | Thomas V. Cornell | Docket No. | 18190 |
| 902. | Letter Objection filed by | Victor J. Verdev | Docket No. | 18190 |
| 903. | Letter Objection filed by | William E. Baker | Docket No. | 18190 |
| 904. | Letter Objection filed by | William J. Coates, Sr. | Docket No. | 18190 |
| 905. | Letter Objection filed by | William J. Conwell | Docket No. | 18190 |
| 906. | Letter Objection filed by | William K. McMahan | Docket No. | 18190 |
| 907. | Letter Objection filed by | Joseph L. Domagala | Docket No. | 18191 |
| 908. | Letter Objection filed by | Joseph R. Nosel | Docket No. | 18191 |
| 909. | Letter Objection filed by | Katherine M. Sivers | Docket No. | 18191 |
| 910. | Letter Objection filed by | Kaye W. Waller | Docket No. | 18191 |
| 911. | Letter Objection filed by | Keith E. Catron | Docket No. | 18191 |
| 912. | Letter Objection filed by | Kenneth B. Hallis | Docket No. | 18191 |
| 913. | Letter Objection filed by | Kenneth C. Schommer | Docket No. | 18191 |
| 914. | Letter Objection filed by | Kenneth D. Samson | Docket No. | 18191 |

| | OBJECTION | | DOCKET NO. | |
|---|---|---|---|---|
| 915. | Letter Objection filed by | Lawrence Suzak | Docket No. | 18191 |
| 916. | Letter Objection filed by | Linda M. Kolb | Docket No. | 18191 |
| 917. | Letter Objection filed by | Lora Melton | Docket No. | 18191 |
| 918. | Letter Objection filed by | Lynn C. Krom | Docket No. | 18191 |
| 919. | Letter Objection filed by | Marcia A. Weaver | Docket No. | 18191 |
| 920. | Letter Objection filed by | Maria Parlon | Docket No. | 18191 |
| 921. | Letter Objection filed by | Michael Greene | Docket No. | 18191 |
| 922. | Letter Objection filed by | Michael Lee Williams | Docket No. | 18191 |
| 923. | Letter Objection filed by | Michael P. Klinck | Docket No. | 18191 |
| 924. | Letter Objection filed by | Michael R. Dennis | Docket No. | 18191 |
| 925. | Letter Objection filed by | Norman Wolcott | Docket No. | 18191 |
| 926. | Letter Objection filed by | Paul T. Howard | Docket No. | 18191 |
| 927. | Letter Objection filed by | Paul W. Blanchard | Docket No. | 18191 |
| 928. | Letter Objection filed by | Rick Foust | Docket No. | 18191 |
| 929. | Letter Objection filed by | Robert Conkin | Docket No. | 18191 |
| 930. | Letter Objection filed by | Robert D. McNamee | Docket No. | 18191 |
| 931. | Letter Objection filed by | Robert Kolenda | Docket No. | 18192 |
| 932. | Letter Objection filed by | Robert L. Spencer | Docket No. | 18192 |
| 933. | Letter Objection filed by | Robert Musinsky | Docket No. | 18192 |
| 934. | Letter Objection filed by | Ronald Brown | Docket No. | 18192 |
| 935. | Letter Objection filed by | Ronald C. Nostrandt | Docket No. | 18192 |
| 936. | Letter Objection filed by | Ronald H. Lalonde | Docket No. | 18192 |
| 937. | Letter Objection filed by | Ronnie L. Andrews | Docket No. | 18192 |
| 938. | Letter Objection filed by | Sharen M. Bowers | Docket No. | 18192 |
| 939. | Letter Objection filed by | Stephen F. Banyas | Docket No. | 18192 |
| 940. | Letter Objection filed by | Stephen P. Stasko | Docket No. | 18192 |
| 941. | Letter Objection filed by | Creditor (illegible) | Docket No. | 18196 |
| 942. | Letter Objection filed by | Creditor (illegible) | Docket No. | 18196 |
| 943. | Letter Objection filed by | Creditor (illegible) | Docket No. | 18196 |
| 944. | Letter Objection filed by | Creditor (illegible) | Docket No. | 18196 |
| 945. | Letter Objection filed by | Eugene A. Pawelak | Docket No. | 18197 |
| 946. | Letter Objection filed by | Robert W. Dickens | Docket No. | 18198 |
| 947. | Letter Objection filed by | Robert H. Erhardt | Docket No. | 18198 |
| 948. | Letter Objection filed by | William E. Baur | Docket No. | 18198 |
| 949. | Letter Objection filed by | Raymond Fejedelem | Docket No. | 18198 |
| 950. | Letter Objection filed by | Desiree E. Johnsen | Docket No. | 18198 |

13

| | OBJECTION | | DOCKET NO. | |
|---|---|---|---|---|
| 951. | Letter Objection filed by | Charles Masterson | Docket No. | 18198 |
| 952. | Letter Objection filed by | Grace U. Given | Docket No. | 18198 |
| 953. | Letter Objection filed by | Sharon O'Brien | Docket No. | 18198 |
| 954. | Letter Objection filed by | Gary D. Kepler | Docket No. | 18198 |
| 955. | Letter Objection filed by | G.W. Janiak | Docket No. | 18198 |
| 956. | Letter Objection filed by | Karen Carroll | Docket No. | 18198 |
| 957. | Letter Objection filed by | Donna Kennard | Docket No. | 18198 |
| 958. | Letter Objection filed by | Christopher Twarek | Docket No. | 18198 |
| 959. | Letter Objection filed by | J.W. Vavse II | Docket No. | 18198 |
| 960. | Letter Objection filed by | Keith Grube | Docket No. | 18199 |
| 961. | Letter Objection filed by | Charles E. Sims | Docket No. | 18199 |
| 962. | Letter Objection filed by | Dennis L Chappell | Docket No. | 18199 |
| 963. | Letter Objection filed by | Marilyn Campbell | Docket No. | 18199 |
| 964. | Letter Objection filed by | Frederick W. Bruns | Docket No. | 18199 |
| 965. | Letter Objection filed by | Bruce A. Heaston | Docket No. | 18199 |
| 966. | Letter Objection filed by | Barlaro Peterson | Docket No. | 18199 |
| 967. | Letter Objection filed by | Douglas Merrill | Docket No. | 18199 |
| 968. | Letter Objection filed by | John F. Wiechart | Docket No. | 18199 |
| 969. | Letter Objection filed by | Mark Unger | Docket No. | 18199 |
| 970. | Letter Objection filed by | Frederic B. Koos | Docket No. | 18200 |
| 971. | Letter Objection filed by | L. Thomas Gaines | Docket No. | 18200 |
| 972. | Letter Objection filed by | Manda M. Blasko | Docket No. | 18200 |
| 973. | Letter Objection filed by | Charles E. Sims | Docket No. | 18200 |
| 974. | Letter Objection filed by | J.A. Finley | Docket No. | 18200 |
| 975. | Letter Objection filed by | Donald M. Trombley | Docket No. | 18200 |
| 976. | Letter Objection filed by | Roger Owen Stubblefield | Docket No. | 18200 |
| 977. | Letter Objection filed by | Jimmy C. Mayne | Docket No. | 18200 |
| 978. | Letter Objection filed by | Dennis L. Giddens | Docket No. | 18200 |
| 979. | Letter Objection filed by | James R. Thompson | Docket No. | 18200 |
| 980. | Letter Objection filed by | Michael K. Stout | Docket No. | 18201 |
| 981. | Letter Objection filed by | Emily L. McGowan | Docket No. | 18201 |
| 982. | Letter Objection filed by | Dennis A. Puntel | Docket No. | 18201 |
| 983. | Letter Objection filed by | Kenneth R. Varner | Docket No. | 18201 |
| 984. | Letter Objection filed by | Gary Storinge | Docket No. | 18201 |
| 985. | Letter Objection filed by | William H. Gillespie III | Docket No. | 18201 |

| | OBJECTION | | DOCKET NO. | |
|---|---|---|---|---|
| 986. | Letter Objection filed by | John D. Brua | Docket No. | 18201 |
| 987. | Letter Objection filed by | David F. Hudson | Docket No. | 18201 |
| 988. | Letter Objection filed by | Sherrie Fairbanks | Docket No. | 18201 |
| 989. | Letter Objection filed by | Charles E. Sims | Docket No. | 18202 |
| 990. | Letter Objection filed by | James Brodi | Docket No. | 18202 |
| 991. | Letter Objection filed by | Thomas D. Burleson | Docket No. | 18202 |
| 992. | Letter Objection filed by | John Gordon | Docket No. | 18202 |
| 993. | Letter Objection filed by | Nancy C. Savage | Docket No. | 18202 |
| 994. | Letter Objection filed by | Ronald F. Matteson | Docket No. | 18202 |
| 995. | Letter Objection filed by | Peter A. Lentini | Docket No. | 18202 |
| 996. | Letter Objection filed by | Laurie Ketner | Docket No. | 18202 |
| 997. | Letter Objection filed by | Georgia S. Berry | Docket No. | 18202 |
| 998. | Letter Objection filed by | Charles E. Sims | Docket No. | 18202 |
| 999. | Letter Objection filed by | Jacquelyn Altman | Docket No. | 18202 |
| 1000. | Letter Objection filed by | Charles A. Mays | Docket No. | 18202 |
| 1001. | Letter Objection filed by | Gary D. Murphy | Docket No. | 18202 |
| 1002. | Letter Objection filed by | Joseph M. Callahan | Docket No. | 18202 |
| 1003. | Letter Objection filed by | Joseph M. Callahan | Docket No. | 18203 |
| 1004. | Letter Objection filed by | Jennifer Sullivan | Docket No. | 18203 |
| 1005. | Letter Objection filed by | Steve Pokallus | Docket No. | 18203 |
| 1006. | Letter Objection filed by | Floyd J. Light | Docket No. | 18203 |
| 1007. | Letter Objection filed by | Patrick R. Browne | Docket No. | 18203 |
| 1008. | Letter Objection filed by | Ralph Herzberg | Docket No. | 18203 |
| 1009. | Letter Objection filed by | Stephen P. Baich | Docket No. | 18203 |
| 1010. | Letter Objection filed by | Ronald (illegible) | Docket No. | 18203 |
| 1011. | Letter Objection filed by | Laura Abel | Docket No. | 18203 |
| 1012. | Letter Objection filed by | Terry C. Cressey | Docket No. | 18203 |
| 1013. | Letter Objection filed by | Andrew J. Broder | Docket No. | 18203 |
| 1014. | Letter Objection filed by | Carole Funk | Docket No. | 18203 |
| 1015. | Letter Objection filed by | Gerald J. L'Esperance | Docket No. | 18203 |
| 1016. | Letter Objection filed by | Cathy L. Tyler | Docket No. | 18204 |
| 1017. | Letter Objection filed by | Ken Chung (and?) Marcus Chao | Docket No. | 18204 |
| 1018. | Letter Objection filed by | Kristie Mullet | Docket No. | 18204 |
| 1019. | Letter Objection filed by | Michael S. Muston | Docket No. | 18204 |
| 1020. | Letter Objection filed by | Nan Gookin | Docket No. | 18204 |

| | OBJECTION | | DOCKET NO. | |
|---|---|---|---|---|
| 1021. | Letter Objection filed by | Robert V. Petrach | Docket No. | 18204 |
| 1022. | Letter Objection filed by | John Wolbert | Docket No. | 18204 |
| 1023. | Letter Objection filed by | Gary Hart | Docket No. | 18204 |
| 1024. | Letter Objection filed by | Burton Tyler | Docket No. | 18204 |
| 1025. | Letter Objection filed by | Cathy Tyler | Docket No. | 18204 |
| 1026. | Letter Objection filed by | Robert S. Preston | Docket No. | 18205 |
| 1027. | Letter Objection filed by | Stephen Ugorowski | Docket No. | 18205 |
| 1028. | Letter Objection filed by | David W. Graber | Docket No. | 18205 |
| 1029. | Letter Objection filed by | Jane F. Brumley | Docket No. | 18205 |
| 1030. | Letter Objection filed by | Herbert S. Daugherty | Docket No. | 18205 |
| 1031. | Letter Objection filed by | Allen Oberlin | Docket No. | 18205 |
| 1032. | Letter Objection filed by | Sharon Beck | Docket No. | 18205 |
| 1033. | Letter Objection filed by | James B. Johnson, Jr. | Docket No. | 18205 |
| 1034. | Letter Objection filed by | Gregory Ritzke | Docket No. | 18205 |
| 1035. | Letter Objection filed by | Christopher M. Thrush | Docket No. | 18205 |
| 1036. | Letter Objection filed by | Theresa Paris | Docket No. | 18206 |
| 1037. | Letter Objection filed by | Lawrence C. Richards | Docket No. | 18206 |
| 1038. | Letter Objection filed by | Carol Pfaff-Dahl | Docket No. | 18206 |
| 1039. | Letter Objection filed by | Taunee Bourdreau | Docket No. | 18206 |
| 1040. | Letter Objection filed by | Richard A. Rose | Docket No. | 18206 |
| 1041. | Letter Objection filed by | Rick and Suzy Zirnheld | Docket No. | 18206 |
| 1042. | Letter Objection filed by | Kenneth Van Wormer | Docket No. | 18206 |
| 1043. | Letter Objection filed by | Michael J. O'Toole | Docket No. | 18206 |
| 1044. | Letter Objection filed by | Dennis Z. McGovern | Docket No. | 18206 |
| 1045. | Letter Objection filed by | Michelle Schroeder | Docket No. | 18206 |
| 1046. | Letter Objection filed by | Michael O'Connor | Docket No. | 18206 |
| 1047. | Letter Objection filed by | Kenneth B. Hollis | Docket No. | 18207 |
| 1048. | Letter Objection filed by | Paul Hunault | Docket No. | 18207 |
| 1049. | Letter Objection filed by | John Crawford | Docket No. | 18207 |
| 1050. | Letter Objection filed by | Anthony Lee | Docket No. | 18207 |
| 1051. | Letter Objection filed by | John Mullet | Docket No. | 18207 |
| 1052. | Letter Objection filed by | Rickie Spears | Docket No. | 18207 |
| 1053. | Letter Objection filed by | Carol Harvey-Light | Docket No. | 18207 |
| 1054. | Letter Objection filed by | Jeffery Mattus | Docket No. | 18207 |

| | OBJECTION | | DOCKET NO. | |
|---|---|---|---|---|
| 1055. | Letter Objection filed by | Anthony Flarey | Docket No. | 18207 |
| 1056. | Letter Objection filed by | Carol L. Cook | Docket No. | 18208 |
| 1057. | Letter Objection filed by | Douglass L. Cole | Docket No. | 18208 |
| 1058. | Letter Objection filed by | Gary A. Bates | Docket No. | 18208 |
| 1059. | Letter Objection filed by | Susan Sariti | Docket No. | 18208 |
| 1060. | Letter Objection filed by | Patricia Creech-Stouse | Docket No. | 18208 |
| 1061. | Letter Objection filed by | Charles R. Stouse | Docket No. | 18208 |
| 1062. | Letter Objection filed by | Ronnie I. Scheall | Docket No. | 18208 |
| 1063. | Letter Objection filed by | Richard W. Tasser | Docket No. | 18208 |
| 1064. | Letter Objection filed by | Barry W. Troy | Docket No. | 18208 |
| 1065. | Letter Objection filed by | Ron Hoffman | Docket No. | 18209 |
| 1066. | Letter Objection filed by | Lana Boor | Docket No. | 18209 |
| 1067. | Letter Objection filed by | William H. Dahlquist | Docket No. | 18209 |
| 1068. | Letter Objection filed by | John R. Burleson | Docket No. | 18209 |
| 1069. | Letter Objection filed by | Bruce W. Holleboom | Docket No. | 18209 |
| 1070. | Letter Objection filed by | Mustafa Unuvar | Docket No. | 18209 |
| 1071. | Letter Objection filed by | Conrad Meyer | Docket No. | 18209 |
| 1072. | Letter Objection filed by | David G. Bookin | Docket No. | 18209 |
| 1073. | Letter Objection filed by | Douglass L. Cole | Docket No. | 18209 |
| 1074. | Letter Objection filed by | La Tanya Jeffreys | Docket No. | 18210 |
| 1075. | Letter Objection filed by | Richard J. Kalush | Docket No. | 18210 |
| 1076. | Letter Objection filed by | Wendy Gilson-Dahlquist | Docket No. | 18210 |
| 1077. | Letter Objection filed by | Carl Nagy | Docket No. | 18210 |
| 1078. | Letter Objection filed by | Thomas M. Balk | Docket No. | 18212 |
| 1079. | Letter Objection filed by | John B. Davies | Docket No. | 18212 |
| 1080. | Letter Objection filed by | Leslie J. Webb | Docket No. | 18212 |
| 1081. | Letter Objection filed by | Gregory A. White | Docket No. | 18212 |
| 1082. | Letter Objection filed by | Michael B. Miluin | Docket No. | 18212 |
| 1083. | Letter Objection filed by | Larry E. Dinsmore | Docket No. | 18212 |
| 1084. | Letter Objection filed by | Charles R. Musgrave | Docket No. | 18212 |
| 1085. | Letter Objection filed by | Lawrence L. Shepherd | Docket No. | 18212 |
| 1086. | Letter Objection filed by | Beverly S. Rulf | Docket No. | 18212 |
| 1087. | Letter Objection filed by | Larry A. Clark | Docket No. | 18212 |
| 1088. | Letter Objection filed by | Sharon A. Rebant | Docket No. | 18212 |
| 1089. | Letter Objection filed by | William L. Willard | Docket No. | 18214 |

| | OBJECTION | | DOCKET NO. | |
|---|---|---|---|---|
| 1090. | Letter Objection filed by | James M. Koehler | Docket No. | 18214 |
| 1091. | Letter Objection filed by | Sue Ellen Koehler | Docket No. | 18214 |
| 1092. | Letter Objection filed by | Robert Beeson | Docket No. | 18214 |
| 1093. | Letter Objection filed by | David B. McDonald | Docket No. | 18224 |
| 1094. | Letter Objection filed by | Edgar H. Huber | Docket No. | 18224 |
| 1095. | Letter Objection filed by | Robert Carlson | Docket No. | 18224 |
| 1096. | Letter Objection filed by | Dennis S. Fooks | Docket No. | 18224 |
| 1097. | Letter Objection filed by | John B. Williams | Docket No. | 18225 |
| 1098. | Letter Objection filed by | Gill Putt | Docket No. | 18225 |
| 1099. | Letter Objection filed by | Susan Dwyer | Docket No. | 18225 |
| 1100. | Letter Objection filed by | Michael E. Matter | Docket No. | 18225 |
| 1101. | Letter Objection filed by | Ronald J. Baker | Docket No. | 18225 |
| 1102. | Letter Objection filed by | Thomas Trocell | Docket No. | 18226 |
| 1103. | Letter Objection filed by | Kathleen Schaertel | Docket No. | 18226 |
| 1104. | Letter Objection filed by | Kristen L. Fuscher | Docket No. | 18226 |
| 1105. | Letter Objection filed by | Jennifer Green | Docket No. | 18226 |
| 1106. | Letter Objection filed by | Robert A. Storey | Docket No. | 18226 |
| 1107. | Letter Objection filed by | Robert L. Jones | Docket No. | 18226 |
| 1108. | Letter Objection filed by | Richard Ryan | Docket No. | 18226 |
| 1109. | Letter Objection filed by | James F. Disher | Docket No. | 18226 |
| 1110. | Letter Objection filed by | Gary F. Wolf | Docket No. | 18226 |
| 1111. | Letter Objection filed by | William L. Marinucci | Docket No. | 18227 |
| 1112. | Letter Objection filed by | Timothy K. Sheffer | Docket No. | 18227 |
| 1113. | Letter Objection filed by | Carolyn Troxel | Docket No. | 18227 |
| 1114. | Letter Objection filed by | Harry E. McCrea III | Docket No. | 18227 |
| 1115. | Letter Objection filed by | Virginia L. Wieland | Docket No. | 18227 |
| 1116. | Letter Objection filed by | Larry R. Hach | Docket No. | 18227 |
| 1117. | Letter Objection filed by | Thomas Munley | Docket No. | 18227 |
| 1118. | Letter Objection filed by | Jonica Gaskill | Docket No. | 18227 |
| 1119. | Letter Objection filed by | Allen C. Gaskill | Docket No. | 18227 |
| 1120. | Letter Objection filed by | Kevin Sullivan | Docket No. | 18227 |
| 1121. | Letter Objection filed by | F. James | Docket No. | 18227 |
| 1122. | Letter Objection filed by | Douglass Cole | Docket No. | 18230 |
| 1123. | Letter Objection filed by | Walter W. Whittard | Docket No. | 18230 |
| 1124. | Letter Objection filed by | Rebecca E. McHale | Docket No. | 18230 |
| 1125. | Letter Objection filed by | Michael A. Malone | Docket No. | 18230 |
| 1126. | Letter Objection filed by | Joanne T. Burns | Docket No. | 18230 |

| | OBJECTION | | DOCKET NO. | |
|---|---|---|---|---|
| 1127. | Letter Objection filed by | Nancy A. Christopher | Docket No. | 18230 |
| 1128. | Letter Objection filed by | Michael J. Williamson | Docket No. | 18231 |
| 1129. | Letter Objection filed by | James A. Dean | Docket No. | 18231 |
| 1130. | Letter Objection filed by | Tim Landess | Docket No. | 18231 |
| 1131. | Letter Objection filed by | John S. Kesler | Docket No. | 18231 |
| 1132. | Letter Objection filed by | James E. Forbes | Docket No. | 18231 |
| 1133. | Letter Objection filed by | Gregory E. Witter | Docket No. | 18231 |
| 1134. | Letter Objection filed by | Douglas L. King | Docket No. | 18231 |
| 1135. | Letter Objection filed by | Creditor (illegible) | Docket No. | 18232 |
| 1136. | Letter Objection filed by | A. McCren Dastor | Docket No. | 18232 |
| 1137. | Letter Objection filed by | Mary Louise Madden | Docket No. | 18237 |
| 1138. | Letter Objection filed by | Roy Vreeland | Docket No. | 18237 |
| 1139. | Letter Objection filed by | Dennis Gruber | Docket No. | 18237 |
| 1140. | Letter Objection filed by | Robert J. Byram | Docket No. | 18237 |
| 1141. | Letter Objection filed by | Randall Dockery | Docket No. | 18237 |
| 1142. | Letter Objection filed by | Michael S. Thorson | Docket No. | 18237 |
| 1143. | Letter Objection filed by | John Phipps | Docket No. | 18237 |
| 1144. | Letter Objection filed by | Edwin Hubbard | Docket No. | 18237 |
| 1145. | Letter Objection filed by | Joe Stiles | Docket No. | 18237 |
| 1146. | Letter Objection filed by | Clifton Haydor | Docket No. | 18237 |
| 1147. | Letter Objection filed by | Robert W. Terrel | Docket No. | 18237 |
| 1148. | Letter Objection filed by | Robert Burnison | Docket No. | 18237 |
| 1149. | Letter Objection filed by | Richard Benner | Docket No. | 18246 |
| 1150. | Letter Objection filed by | Anthony A. Kolonich | Docket No. | 18246 |
| 1151. | Letter Objection filed by | Robert Kirchgraber | Docket No. | 18246 |
| 1152. | Letter Objection filed by | Joan Wyatt | Docket No. | 18246 |
| 1153. | Letter Objection filed by | Marla McCrea | Docket No. | 18246 |
| 1154. | Letter Objection filed by | Delbert Walls | Docket No. | 18246 |
| 1155. | Letter Objection filed by | Charles H. (Illlegible) | Docket No. | 18246 |
| 1156. | Letter Objection filed by | Anthony Martin | Docket No. | 18248 |
| 1157. | Letter Objection filed by | Felicia Landa | Docket No. | 18249 |
| 1158. | Letter Objection filed by | John Ischo | Docket No. | 18249 |
| 1159. | Letter Objection filed by | William Blakesley | Docket No. | 18249 |
| 1160. | Letter Objection filed by | Ron Lalonde | Docket No. | 18249 |
| 1161. | Letter Objection filed by | Alfred Castillo | Docket No. | 18249 |

| | OBJECTION | | DOCKET NO. | |
|---|---|---|---|---|
| 1162. | Letter Objection filed by | James J. Castillo | Docket No. | 18249 |
| 1163. | Letter Objection filed by | James J. Kovach | Docket No. | 18249 |
| 1164. | Letter Objection filed by | Everitt Morris | Docket No. | 18249 |
| 1165. | Letter Objection filed by | Stephen Clark | Docket No. | 18249 |
| 1166. | Letter Objection filed by | Donald Hedrick | Docket No. | 18249 |
| 1167. | Letter Objection filed by | Larry Spencer | Docket No. | 18249 |
| 1168. | Letter Objection filed by | Glen Elliot | Docket No. | 18250 |
| 1169. | Letter Objection filed by | Sharon Guess | Docket No. | 18255 |
| 1170. | Letter Objection filed by | Arthur John Schroeder II | Docket No. | 18255 |
| 1171. | Letter Objection filed by | Illegible | Docket No. | 18255 |
| 1172. | Letter Objection filed by | Charles Michael | Docket No. | 18255 |
| 1173. | Letter Objection filed by | Michael R. Carson | Docket No. | 18255 |
| 1174. | Letter Objection filed by | Terry C. Cressey | Docket No. | 18255 |
| 1175. | Letter Objection filed by | Janice L. Kidd | Docket No. | 18255 |
| 1176. | Letter Objection filed by | Cythnia D. Bonder | Docket No. | 18255 |
| 1177. | Letter Objection filed by | Nick Sawczuk | Docket No. | 18255 |
| 1178. | Letter Objection filed by | Sclinda Porter | Docket No. | 18255 |
| 1179. | Letter Objection filed by | John Batcha Jr. | Docket No. | 18257 |
| 1180. | Letter Objection filed by | James W. Russell | Docket No. | 18257 |
| 1181. | Letter Objection filed by | Paul C. Spagnuolo | Docket No. | 18257 |
| 1182. | Letter Objection filed by | Richard C. Boyd | Docket No. | 18257 |
| 1183. | Letter Objection filed by | Daniel B. Frank | Docket No. | 18257 |
| 1184. | Letter Objection filed by | John Hopkins | Docket No. | 18257 |
| 1185. | Letter Objection filed by | Gary Porter | Docket No. | 18257 |
| 1186. | Letter Objection filed by | Patricia Johnson | Docket No. | 18257 |
| 1187. | Letter Objection filed by | Charles E. Sims | Docket No. | 18257 |
| 1188. | Letter Objection filed by | Ellen L. Blachard | Docket No. | 18260 |
| 1189. | Letter Objection filed by | Philip Westendorf | Docket No. | 18260 |
| 1190. | Letter Objection filed by | James Sommer | Docket No. | 18260 |
| 1191. | Letter Objection filed by | John Sommer | Docket No. | 18260 |
| 1192. | Letter Objection filed by | John Rasmussen | Docket No. | 18260 |
| 1193. | Letter Objection filed by | Charles M. Stukins | Docket No. | 18260 |
| 1194. | Letter Objection filed by | George Brand | Docket No. | 18260 |
| 1195. | Letter Objection filed by | Fred R. Brown | Docket No. | 18260 |
| 1196. | Letter Objection filed by | Denice Ropter | Docket No. | 18260 |
| 1197. | Letter Objection filed by | Mary Ann Polvinen | Docket No. | 18260 |

| | OBJECTION | | DOCKET NO. | |
|---|---|---|---|---|
| 1198. | Letter Objection filed by | Gregory Leonardi | Docket No. | 18262 |
| 1199. | Letter Objection filed by | Edward Farris | Docket No. | 18263 |
| 1200. | Letter Objection filed by | Michael E. Graney | Docket No. | 18263 |
| 1201. | Letter Objection filed by | Timothy Tinch | Docket No. | 18263 |
| 1202. | Letter Objection filed by | David Scott Hodges | Docket No. | 18263 |
| 1203. | Letter Objection filed by | Daniel K. Ward | Docket No. | 18263 |
| 1204. | Letter Objection filed by | Keith L. Sheridan | Docket No. | 18263 |
| 1205. | Letter Objection filed by | Joyce C. Atkins | Docket No. | 18263 |
| 1206. | Letter Objection filed by | Sheryl Talbert | Docket No. | 18263 |
| 1207. | Letter Objection filed by | Billy R. Benedum | Docket No. | 18263 |
| 1208. | Letter Objection filed by | Roy B. Gregory | Docket No. | 18263 |
| 1209. | Letter Objection filed by | Maryann Wahl | Docket No. | 18263 |
| 1210. | Letter Objection filed by | Joe Wineland | Docket No. | 18265 |
| 1211. | Letter Objection filed by | Dennis M. Marshall | Docket No. | 18265 |
| 1212. | Letter Objection filed by | Jeffery A. Eklund | Docket No. | 18265 |
| 1213. | Letter Objection filed by | Deborah Karykose | Docket No. | 18265 |
| 1214. | Letter Objection filed by | David F. Morningstar | Docket No. | 18265 |
| 1215. | Letter Objection filed by | Dennis L Giddens | Docket No. | 18265 |
| 1216. | Letter Objection filed by | Robert L. Farrar | Docket No. | 18265 |
| 1217. | Letter Objection filed by | Claudia Bowers | Docket No. | 18265 |
| 1218. | Letter Objection filed by | Merlin D. Mellinger | Docket No. | 18265 |
| 1219. | Letter Objection filed by | James M. Meinhld | Docket No. | 18265 |
| 1220. | Letter Objection filed by | Roberta A. Hiller | Docket No. | 18267 |
| 1221. | Letter Objection filed by | C. Paul Palmer | Docket No. | 18267 |
| 1222. | Letter Objection filed by | Floyd H. Gerhart, III | Docket No. | 18267 |
| 1223. | Letter Objection filed by | Joseph Matsko | Docket No. | 18267 |
| 1224. | Letter Objection filed by | Martin Porch | Docket No. | 18267 |
| 1225. | Letter Objection filed by | John Tesch | Docket No. | 18267 |
| 1226. | Letter Objection filed by | Paul C. Hunault | Docket No. | 18268 |
| 1227. | Letter Objection filed by | Y. Outland | Docket No. | 18268 |
| 1228. | Letter Objection filed by | P.C. Hendricks | Docket No. | 18268 |
| 1229. | Letter Objection filed by | D. Smith | Docket No. | 18268 |
| 1230. | Letter Objection filed by | C.J. Dorland | Docket No. | 18268 |
| 1231. | Letter Objection filed by | Michael D. Clark | Docket No. | 18269 |
| 1232. | Letter Objection filed by | Gertraud E. Eslaire | Docket No. | 18272 |
| 1233. | Letter Objection filed by | William G. Vance | Docket No. | 18275 |
| 1234. | Letter Objection filed by | Sharon L. Lapratt | Docket No. | 18275 |

| | OBJECTION | | DOCKET NO. | |
|---|---|---|---|---|
| 1235. | Letter Objection filed by | Kimberly A. Vance | Docket No. | 18275 |
| 1236. | Letter Objection filed by | Janice Stefanski | Docket No. | 18275 |
| 1237. | Letter Objection filed by | Robert R. Smith | Docket No. | 18275 |
| 1238. | Letter Objection filed by | Dennis Black | Docket No. | 18277 |
| 1239. | Letter Objection filed by | Charles Cunningham | Docket No. | 18277 |
| 1240. | Letter Objection filed by | Arlis Dotson | Docket No. | 18278 |
| 1241. | Letter Objection filed by | Deborah Parr | Docket No. | 18278 |
| 1242. | Letter Objection filed by | Marcia Gooding | Docket No. | 18278 |
| 1243. | Letter Objection filed by | Sandra K. Phillips | Docket No. | 18278 |
| 1244. | Letter Objection filed by | Robert Musinsky | Docket No. | 18278 |
| 1245. | Letter Objection filed by | John M. Barton | Docket No. | 18278 |
| 1246. | Letter Objection filed by | David Sanchez | Docket No. | 18280 |
| 1247. | Letter Objection filed by | Joseph A. Kruska | Docket No. | 18280 |
| 1248. | Letter Objection filed by | Charles E. Sims | Docket No. | 18280 |
| 1249. | Letter Objection filed by | Neil K. Schneider | Docket No. | 18280 |
| 1250. | Letter Objection filed by | Harold W. Brewer | Docket No. | 18280 |
| 1251. | Letter Objection filed by | Clau A. Dreifin | Docket No. | 18281 |
| 1252. | Letter Objection filed by | Charles E. Sims | Docket No. | 18281 |
| 1253. | Letter Objection filed by | Thomas VanSteenkisle | Docket No. | 18281 |
| 1254. | Letter Objection filed by | Mark Altemann | Docket No. | 18281 |
| 1255. | Letter Objection filed by | Patricia Brinkman | Docket No. | 18281 |
| 1256. | Letter Objection filed by | Seing Kwan Li | Docket No. | 18281 |
| 1257. | Letter Objection filed by | Dale J. Richards | Docket No. | 18281 |
| 1258. | Letter Objection filed by | Francis D. Zurawski | Docket No. | 18281 |
| 1259. | Letter Objection filed by | John Kastum | Docket No. | 18281 |
| 1260. | Letter Objection filed by | Jean Jackson | Docket No. | 18281 |
| 1261. | Letter Objection filed by | William Lehr | Docket No. | 18281 |
| 1262. | Letter Objection filed by | Robert A. Larsen | Docket No. | 18281 |
| 1263. | Letter Objection filed by | Deborah J. Broyles | Docket No. | 18281 |
| 1264. | Letter Objection filed by | Evie Manusakis | Docket No. | 18281 |
| 1265. | Letter Objection filed by | Fiduciary Counselors, Inc. | Docket No. | 18282 |
| 1266. | Letter Objection filed by | Douglass L. Cole | Docket No. | 18284 |
| 1267. | Letter Objection filed by | David Smith | Docket No. | 18284 |
| 1268. | Letter Objection filed by | Mark E. Smith | Docket No. | 18284 |
| 1269. | Letter Objection filed by | Monica Rynearson | Docket No. | 18284 |

| | OBJECTION | | DOCKET NO. | |
|---|---|---|---|---|
| 1270. | Letter Objection filed by | Larry R. Bennett | Docket No. | 18284 |
| 1271. | Letter Objection filed by | Kelley A. Hacker | Docket No | 18287 |
| 1272. | Letter Objection filed by | Shirley Bundy | Docket No | 18287 |
| 1273. | Letter Objection filed by | Janice Dudwig | Docket No | 18287 |
| 1274. | Letter Objection filed by | Maryann Wahl | Docket No | 18287 |
| 1275. | Letter Objection filed by | Bonnie Wagner | Docket No | 18287 |
| 1276. | Letter Objection filed by | John Davis Jr. | Docket No | 18287 |
| 1277. | Letter Objection filed by | Coy J. Ramsey | Docket No | 18287 |
| 1278. | Letter Objection filed by | James L. Crouse | Docket No | 18288 |
| 1279. | Letter Objection filed by | Robert W. James | Docket No | 18288 |
| 1280. | Letter Objection filed by | Dale E. Burnett | Docket No | 18288 |
| 1281. | Letter Objection filed by | Kathleen Maddock | Docket No | 18288 |
| 1282. | Letter Objection filed by | Joseph M. Leptich | Docket No | 18288 |
| 1283. | Letter Objection filed by | Eric N. Habgerg, | Docket No | 18288 |
| 1284. | Letter Objection filed by | Au. D. | Docket No | 18288 |
| 1285. | Letter Objection filed by | Charles E. Stone III | Docket No | 18288 |
| 1286. | Letter Objection filed by | Joann Palaian | Docket No | 18288 |
| 1287. | Letter Objection filed by | Jane Hagberg | Docket No | 18288 |
| 1288. | Letter Objection filed by | Michael G. Peagler | Docket No | 18288 |
| 1289. | Letter Objection filed by | Donald A. Ozogar | Docket No | 18288 |
| 1290. | Letter Objection filed by | Susan Ciappa | Docket No | 18288 |
| 1291. | Letter Objection filed by | Vicki Preston | Docket No | 18288 |
| 1292. | Letter Objection filed by | Edward V. Clark | Docket No | 18288 |
| 1293. | Letter Objection filed by | Jeffrey Cox | Docket No | 18288 |
| 1294. | Letter Objection filed by | Gerald T. Meier | Docket No | 18288 |
| 1295. | Letter Objection filed by | Mary Nasello | Docket No | 18288 |
| 1296. | Letter Objection filed by | Larry D. Groves | Docket No | 18288 |
| 1297. | Letter Objection filed by | Gary J. Brooks | Docket No | 18288 |
| 1298. | Letter Objection filed by | Name Not Legible | Docket No | 18288 |
| 1299. | Letter Objection filed by | James E. Crowell | Docket No | 18288 |
| 1300. | Letter Objection filed by | Brenda W. Swinford | Docket No | 18288 |
| 1301. | Letter Objection filed by | Janice E. Wood | Docket No | 18288 |
| 1302. | Letter Objection filed by | Evie J. Manusakis | Docket No | 18288 |
| 1303. | Letter Objection filed by | Roger E. Hoke | Docket No | 18289 |
| 1304. | Letter Objection filed by | Diane Avram | Docket No | 18289 |
| 1305. | Letter Objection filed by | James P. Hiera | Docket No | 18289 |
| 1306. | Letter Objection filed by | M. Paul Higgins | Docket No | 18289 |

| | OBJECTION | | DOCKET NO. | |
|---|---|---|---|---|
| 1307. | Letter Objection filed by | Lori Reetz | Docket No | 18289 |
| 1308. | Letter Objection filed by | Andrew and Rina Verbosky | Docket No | 18289 |
| 1309. | Letter Objection filed by | H. Robert Todak | Docket No | 18289 |
| 1310. | Letter Objection filed by | John Closser | Docket No | 18289+ |
| 1311. | Letter Objection filed by | John S. Skok | Docket No | 18289 |
| 1312. | Letter Objection filed by | Mrs. Dennis Fooks | Docket No | 18289 |
| 1313. | Letter Objection filed by | David J. Crandall | Docket No | 18289 |
| 1314. | Letter Objection filed by | Arthur R. Jackson's | Docket No | 18295 |
| 1315. | Letter Objection filed by | David Green | Docket No | 18295 |
| 1316. | Letter Objection filed by | Kenneth Whelpton | Docket No | 18295 |
| 1317. | Letter Objection filed by | Roy Prescott's | Docket No | 18295 |
| 1318. | Letter Objection filed by | Susan D. Maneff | Docket No | 18295 |
| 1319. | Letter Objection filed by | Robert Padgett | Docket No | 18298 |
| 1320. | Letter Objection filed by | Jay R. Myers | Docket No | 18298 |
| 1321. | Letter Objection filed by | Lyle A. Rosenberry | Docket No | 18298 |
| 1322. | Letter Objection filed by | Brian D. Luczywo | Docket No | 18298 |
| 1323. | Letter Objection filed by | Jimmy Nightenhelser | Docket No | 18298 |
| 1324. | Letter Objection filed by | Stephen W. Anderson | Docket No | 18298 |
| 1325. | Letter Objection filed by | Catherine Byers | Docket No | 18298 |
| 1326. | Letter Objection filed by | Charles Byers | Docket No | 18298 |
| 1327. | Letter Objection filed by | Maria C. Del Rio | Docket No | 18298 |
| 1328. | Letter Objection filed by | Ignacio Barrera | Docket No | 18298 |
| 1329. | Letter Objection filed by | Michael R. Phipps | Docket No | 18298 |
| 1330. | Letter Objection filed by | Mary Goldsberry | Docket No | 18298 |
| 1331. | Letter Objection filed by | David M. Opera | Docket No | 18298 |
| 1332. | Letter Objection filed by | Willaim W. Whitney | Docket No | 18298 |
| 1333. | Letter Objection filed by | Frank Pandor | Docket No | 18298 |
| 1334. | Letter Objection filed by | Paul E. Seitz | Docket No | 18298 |
| 1335. | Letter Objection filed by | Gary Bertram | Docket No | 18298 |
| 1336. | Letter Objection filed by | Bernard M. Carreno | Docket No | 18298 |
| 1337. | Letter Objection filed by | Charles E. Sims | Docket No | 18298 |
| 1338. | Letter Objection filed by | Barbara LaMonte | Docket No | 18298 |
| 1339. | Letter Objection filed by | Name Not Legible | Docket No | 18298 |
| 1340. | Letter Objection filed by | Roger Grady | Docket No | 18298 |
| 1341. | Letter Objection filed by | Gamdur Mann | Docket No | 18298 |

| | OBJECTION | | DOCKET NO. | |
|---|---|---|---|---|
| 1342. | Letter Objection filed by | Marion Woodbury | Docket No | 18298 |
| 1343. | Letter Objection filed by | Robert R. Voltenburg | Docket No | 18298 |
| 1344. | Letter Objection filed by | Mark Trowbridge | Docket No | 18298 |
| 1345. | Letter Objection filed by | Philip Nichols | Docket No | 18298 |
| 1346. | Letter Objection filed by | R. A. Simonski | Docket No | 18298 |
| 1347. | Letter Objection filed by | Ronald Kowalke | Docket No | 18298 |
| 1348. | Letter Objection filed by | Jean & Doug Hathaway | Docket No | 18298 |
| 1349. | Letter Objection filed by | Richard Dahl | Docket No | 18298 |
| 1350. | Letter Objection filed by | Benjamin J. Bishop | Docket No | 18298 |
| 1351. | Letter Objection filed by | Charles Kingsley Murphy | Docket No | 18298 |
| 1352. | Letter Objection filed by | Barbara Burns | Docket No | 18298 |
| 1353. | Letter Objection filed by | David M. Chatt | Docket No | 18298 |
| 1354. | Letter Objection filed by | Grover W. Preston | Docket No | 18298 |
| 1355. | Letter Objection filed by | Gregory Rasmussen | Docket No | 18298 |
| 1356. | Letter Objection filed by | Richard Albosta | Docket No | 18298 |
| 1357. | Letter Objection filed by | Manuel Gonzalez | Docket No | 18298 |
| 1358. | Letter Objection filed by | Thomas LaManna | Docket No | 18298 |
| 1359. | Letter Objection filed by | Michael R. Schneider | Docket No | 18298 |
| 1360. | Letter Objection filed by | Gerard F Mullis | Docket No | 18301 |
| 1361. | Letter Objection filed by | Doyle C. Wolfson | Docket No | 18301 |
| 1362. | Letter Objection filed by | John Batch Jr. | Docket No | 18301 |
| 1363. | Letter Objection filed by | Bill Scheibelhut | Docket No | 18301 |
| 1364. | Letter Objection filed by | James M. Meads | Docket No | 18301 |
| 1365. | Letter Objection filed by | David Muffley | Docket No | 18301 |
| 1366. | Letter Objection filed by | Eric Muffley | Docket No | 18301 |
| 1367. | Letter Objection filed by | Susan Muffley | Docket No | 18301 |
| 1368. | Letter Objection filed by | David Muffley | Docket No | 18301 |
| 1369. | Letter Objection filed by | Eric Muffley | Docket No | 18301 |
| 1370. | Letter Objection filed by | Susan Muffley | Docket No | 18301 |
| 1371. | Letter Objection filed by | Thomas Brown | Docket No. | 18307 |
| 1372. | Letter Objection filed by | Charlene K. Neale | Docket No. | 18307 |
| 1373. | Letter Objection filed by | Douglas Griffin | Docket No. | 18307 |
| 1374. | Letter Objection filed by | Richard T. Sorg | Docket No. | 18307 |
| 1375. | Letter Objection filed by | Lindsay McGlashen | Docket No. | 18307 |
| 1376. | Letter Objection filed by | Beth Kaupa | Docket No. | 18307 |
| 1377. | Letter Objection filed by | John Kaupa | Docket No. | 18307 |

| | OBJECTION | | DOCKET NO. | |
|---|---|---|---|---|
| 1378. | Letter Objection filed by | Shirley A. Lisk | Docket No. | 18307 |
| 1379. | Letter Objection filed by | Ronald L. Collins | Docket No. | 18307 |
| 1380. | Letter Objection filed by | Linda K. Bryan | Docket No. | 18307 |
| 1381. | Letter Objection filed by | Thomas L. Bergman | Docket No. | 18307 |
| 1382. | Letter Objection filed by | David C Valencia | Docket No. | 18307 |
| 1383. | Letter Objection filed by | Gloria J Valenica | Docket No. | 18307 |
| 1384. | Letter Objection filed by | Annette Bell | Docket No. | 18307 |
| 1385. | Letter Objection filed by | Lillie Morgan | Docket No. | 18307 |
| 1386. | Letter Objection filed by | Annette Bell | Docket No. | 18307 |
| 1387. | Letter Objection filed by | Joan M. McMath | Docket No. | 18307 |
| 1388. | Letter Objection filed by | CharlesH. Lucas | Docket No. | 18307 |
| 1389. | Letter Objection filed by | Robert Miller | Docket No. | 18307 |
| 1390. | Letter Objection filed by | James M. Scott | Docket No. | 18307 |
| 1391. | Letter Objection filed by | Linda M. Caruson | Docket No. | 18307 |
| 1392. | Letter Objection filed by | William E. Cross | Docket No. | 18308 |
| 1393. | Letter Objection filed by | Douglas B. Franklin | Docket No. | 18307 |
| 1394. | Letter Objection filed by | Billy Moorehead | Docket No. | 18308 |
| 1395. | Letter Objection filed by | Joe Laderach | Docket No. | 18308 |
| 1396. | Letter Objection filed by | Oscar Crumby | Docket No. | 18308 |
| 1397. | Letter Objection filed by | Michael B. Cooley | Docket No. | 18308 |
| 1398. | Letter Objection filed by | Lina Simmer | Docket No. | 18308 |
| 1399. | Letter Objection filed by | Randy L. Eddy | Docket No. | 18308 |
| 1400. | Letter Objection filed by | Kenneth G. Mikicic | Docket No. | 18308 |
| 1401. | Letter Objection filed by | Marilyn Campbell | Docket No. | 18308 |
| 1402. | Letter Objection filed by | James M. Miller | Docket No. | 18308 |
| 1403. | Letter Objection filed by | Jerry F. Jurasek | Docket No. | 18308 |
| 1404. | Letter Objection filed by | Antonio R. Moreno | Docket No. | 18308 |
| 1405. | Letter Objection filed by | James E. Eaton | Docket No. | 18308 |
| 1406. | Letter Objection filed by | Kenneth E. Scheive | Docket No. | 18308 |
| 1407. | Letter Objection filed by | Richard Graves | Docket No. | 18308 |
| 1408. | Letter Objection filed by | Kathleen C. Hossenllopp | Docket No. | 18308 |
| 1409. | Letter Objection filed by | Bob Schieres | Docket No. | 18308 |
| 1410. | Letter Objection filed by | Preston N. Stearns | Docket No. | 18308 |
| 1411. | Letter Objection filed by | Nancy K. Porter | Docket No. | 18308 |
| 1412. | Letter Objection filed by | Robert G. Porter | Docket No. | 18308 |
| 1413. | Letter Objection filed by | James J. Whiteside | Docket No. | 18308 |
| 1414. | Letter Objection filed by | Sara J. Bragg | Docket No. | 18308 |
| 1415. | Letter Objection filed by | Gar G. Amos | Docket No. | 18308 |
| 1416. | Letter Objection filed by | Wendell McKinais | Docket No. | 18308 |

| | OBJECTION | | DOCKET NO. | |
|---|---|---|---|---|
| 1417. | Letter Objection filed by | Rod Reeves | Docket No. | 18308 |
| 1418. | Letter Objection filed by | Sharon M. Krueger | Docket No. | 18308 |
| 1419. | Letter Objection filed by | Perry Washington | Docket No. | 18308 |
| 1420. | Letter Objection filed by | Jose M. Cruz | Docket No. | 18308 |
| 1421. | Letter Objection filed by | John Mickelson | Docket No. | 18308 |
| 1422. | Letter Objection filed by | Carl Simms | Docket No. | 18308 |
| 1423. | Letter Objection filed by | Thomas J. Lewis | Docket No. | 18309 |
| 1424. | Letter Objection filed by | Frank Parks Jr | Docket No. | 18309 |
| 1425. | Letter Objection filed by | Victoria Gaguglinski | Docket No. | 18309 |
| 1426. | Letter Objection filed by | Kristie Mullett | Docket No. | 18309 |
| 1427. | Letter Objection filed by | Marlane F. Bengry | Docket No. | 18309 |
| 1428. | Letter Objection filed by | David J. Edel | Docket No. | 18309 |
| 1429. | Letter Objection filed by | Charles E. Slade | Docket No. | 18309 |
| 1430. | Letter Objection filed by | Tim Wojdacz, PE | Docket No. | 18309 |
| 1431. | Letter Objection filed by | Kathy J. Bourassa | Docket No. | 18309 |
| 1432. | Letter Objection filed by | Douglas Kaupa | Docket No. | 18309 |
| 1433. | Letter Objection filed by | Tom Cukrowicz | Docket No. | 18309 |
| 1434. | Letter Objection filed by | Alvin Fiedler, Jr. | Docket No. | 18309 |
| 1435. | Letter Objection filed by | David Borgerding | Docket No. | 18309 |
| 1436. | Letter Objection filed by | Lisa Nelson | Docket No. | 18309 |
| 1437. | Letter Objection filed by | Tom Cukrowicz | Docket No. | 18309 |
| 1438. | Letter Objection filed by | Jeffrey J. Stege | Docket No. | 18309 |
| 1439. | Letter Objection filed by | Gwendolyn Gayden | Docket No. | 18309 |
| 1440. | Letter Objection filed by | John W. Miller | Docket No. | 18309 |
| 1441. | Letter Objection filed by | Fred Imhof | Docket No. | 18309 |
| 1442. | Letter Objection filed by | Michael Branam | Docket No. | 18309 |
| 1443. | Letter Objection filed by | Richard Sweet | Docket No. | 18309 |
| 1444. | Letter Objection filed by | Austin D. Scudieri | Docket No. | 18309 |
| 1445. | Letter Objection filed by | Randolph Gorzka | Docket No. | 18309 |
| 1446. | Letter Objection filed by | Susan Muffley | Docket No. | 18309 |
| 1447. | Letter Objection filed by | Jeffrey C. Spencer | Docket No. | 18309 |
| 1448. | Letter Objection filed by | Marc A. Eglin | Docket No. | 18309 |
| 1449. | Letter Objection filed by | Kevin and Joy Holmes | Docket No. | 18318 |
| 1450. | Letter Objection filed by | Virginia Wieland | Docket No. | 18322 |
| 1451. | Letter Objection filed by | Gerald D. Allen | Docket No. | 18322 |
| 1452. | Letter Objection filed by | Gilbert J. Donnelly | Docket No. | 18322 |
| 1453. | Letter Objection filed by | Larisa Shapiro | Docket No. | 18322 |
| 1454. | Letter Objection filed by | Peter D. Schlachter | Docket No. | 18322 |

| | OBJECTION | | DOCKET NO. | |
|---|---|---|---|---|
| 1455. | Letter Objection filed by | Karen Goodwin | Docket No. | 18322 |
| 1456. | Letter Objection filed by | Garry Hart | Docket No. | 18322 |
| 1457. | Letter Objection filed by | David A. Yanz | Docket No. | 18322 |
| 1458. | Letter Objection filed by | David P. Lunte | Docket No. | 18322 |
| 1459. | Letter Objection filed by | Jerry P. Schaertel | Docket No. | 18322 |
| 1460. | Letter Objection filed by | Charles E. Sims | Docket No. | 18322 |
| 1461. | Letter Objection filed by | Kenneth A. Brewer | Docket No. | 18322 |
| 1462. | Letter Objection filed by | Daniel Anderson | Docket No. | 18322 |
| 1463. | Letter Objection filed by | William H. Ramseyer | Docket No. | 18322 |
| 1464. | Letter Objection filed by | Bruce Durski | Docket No. | 18322 |
| 1465. | Letter Objection filed by | Beatrice Vinson-Foster | Docket No. | 18322 |
| 1466. | Letter Objection filed by | Dennis L. Giddens | Docket No. | 18322 |
| 1467. | Letter Objection filed by | Sheila A. Gorecki | Docket No. | 18322 |
| 1468. | Letter Objection filed by | Charles E. Sims | Docket No. | 18322 |
| 1469. | Letter Objection filed by | Kenneth G. Given II | Docket No. | 18324 |
| 1470. | Letter Objection filed by | Michael A. Kaza | Docket No. | 18324 |
| 1471. | Letter Objection filed by | Mary W. Sutherland | Docket No. | 18324 |
| 1472. | Letter Objection filed by | Conrad S. Sutherland | Docket No. | 18324 |
| 1473. | Letter Objection filed by | Donna M. Kincad | Docket No. | 18324 |
| 1474. | Letter Objection filed by | David K. Cox | Docket No. | 18344 |
| 1475. | Letter Objection filed by | D. William Rowe | Docket No. | 18355 |
| 1476. | Letter Objection filed by | Alice Gollner | Docket No. | 18356 |
| 1477. | Letter Objection filed by | Joseph L. Domagala | Docket No. | 18357 |
| 1478. | Letter Objection filed by | Steve A. McMahan | Docket No. | 18359 |
| 1479. | Letter Objection filed by | Ajay Desai | Docket No | 18360 |
| 1480. | Letter Objection filed by | Creditor Illegible | Docket No. | 18362 |
| 1481. | Letter Objection filed by | Creditor Illegible | Docket No. | 18363 |
| 1482. | Letter Objection filed by | Paul J. Dobosz | Docket No. | 18458 |
| 1483. | Letter Objection filed by | Austin D. Scudieri | Docket No. | Undocketed |
| 1484. | Letter Objection filed by | Constance B. McCowan | Docket No. | 18425 (Untimely) |
| 1485. | Letter Objection filed by | Kevin Marano | Docket No. | 18426 (Untimely) |
| 1486. | Letter Objection filed by | Howard E. Fultz | Docket No. | 18427 (Untimely) |
| 1487. | Letter Objection filed by | Joyce Higginbottom | Docket No. | 18428 (Untimely) |

| | OBJECTION | | DOCKET NO. | |
|---|---|---|---|---|
| 1488. | Letter Objection filed by | Gayle Pilat | Docket No. | 18431 (Untimely) |
| 1489. | Letter Objection filed by | Kevin M.  Snyder | Docket No. | 18432 (Untimely) |
| 1490. | Letter Objection filed by | Dennis R. Molengraf | Docket No. | 18434 (Untimely) |
| 1491. | Letter Objection filed by | Steve Lundy | Docket No. | 18435 (Untimely) |
| 1492. | Letter Objection filed by | Wayne Hilger | Docket No. | 18437 (Untimely) |
| 1493. | Letter Objection filed by | Chris Connolly | Docket No. | 18438 (Untimely) |
| 1494. | Letter Objection filed by | Debby Connolly | Docket No. | 18439 (Untimely) |
| 1495. | Letter Objection filed by | Jacqueline McDaniel | Docket No. | 18440 (Untimely) |
| 1496. | Letter Objection filed by | Gerald J. Rowe | Docket No. | 18441 (Untimely) |
| 1497. | Letter Objection filed by | Richard J. Raterman | Docket No. | 18442 (Untimely) |
| 1498. | Letter Objection filed by | Nancy Freeman | Docket No. | 18444 (Untimely) |
| 1499. | Letter Objection filed by | Joseph D. DeVittto | Docket No. | 18445 (Untimely) |
| 1500. | Letter Objection filed by | William Keith Cummins | Docket No. | 18446 (Untimely) |
| 1501. | Letter Objection filed by | David H. Vernon | Docket No. | 18447 (Untimely) |
| 1502. | Letter Objection filed by | Lonnie Frost | Docket No. | 18448 (Untimely) |
| 1503. | Letter Objection filed by | Nancy Kozak | Docket No. | 18449 (Untimely) |
| 1504. | Letter Objection filed by | Lynette Romito | Docket No. | 18450 (Untimely) |
| 1505. | Letter Objection filed by | Jim and Debbie Williamson | Docket No. | 18451 (Untimely) |
| 1506. | Letter Objection filed by | Charles A. Patterson | Docket No. | 18452 (Untimely) |
| 1507. | Letter Objection filed by | Charles A. Patterson | Docket No. | 18453 (Untimely) |
| 1508. | Letter Objection filed by | Raymond D. Collins | Docket No. | 18454 (Untimely) |
| 1509. | Letter Objection filed by | Joyce A. Kellner | Docket No. | 18455 (Untimely) |

| | OBJECTION | | DOCKET NO. | |
|---|---|---|---|---|
| 1510. | Letter Objection filed by | Creditor (illegible) | Docket No. | 18459 |
| 1511. | Letter Objection filed by | Ted Flowerday | Docket No. | 18500 |
| 1512. | Letter Objection filed by | Charles E. Childs | Docket No. | 18502 |
| 1513. | Letter Objection filed by | Guillermo Demchuk | Docket No. | 18506 |
| 1514. | Letter Objection filed by | Joseph Santini Jr. | Docket No. | 18515 |
| 1515. | Letter Objection filed by | Michael Murphy | Docket No. | 18516 (Untimely) |
| 1516. | Letter Objection filed by | Larry Kleni | Docket No. | 18519 (Untimely) |
| 1517. | Letter Objection filed by | Robert Dawson | Docket No. | 18521 (Untimely) |
| 1518. | Letter Objection filed by | Thomas H. DeHuff | Docket No. | 18526 (Untimely) |
| 1519. | Letter Objection filed by | Douglas W. Henne | Docket No. | 18531 (Untimely) |
| 1520. | Letter Objection filed by | Sue B. Pollock | Docket No. | 18534 (Untimely) |
| 1521. | Letter Objection filed by | Brad and carol Baidinger | Docket No. | 18536 (Untimely) |
| 1522. | Letter Objection filed by | Georgia L. Foster | Docket No. | 18537 |
| 1523. | Letter Objection filed by | Angela Scott Williams | Docket No. | 18538 |
| 1524. | Letter Objection filed by | Eddie P. Johnson | Docket No. | 18539 |
| 1525. | Letter Objection filed by | Ruth E. Douglas | Docket No. | 18543 (Untimely) |
| 1526. | Letter Objection filed by | Tim Daves | Docket No. | 18544 (Untimely) |
| 1527. | Letter Objection filed by | Leonad Walston. | Docket No. | 18583 (Untimely) |
| 1528. | Letter Objection filed by | Thomas R. Adam | Docket No. | 18584 (Untimely) |

| | OBJECTION | | DOCKET NO. | |
|---|---|---|---|---|
| 1529. | Letter Objection filed by | Julie A. Naylor | Docket No. | 18585 (Untimely) |
| 1530. | Letter Objection filed by | Douglas J. Foster | Docket No. | 18589 |
| 1531. | Letter Objection filed by | Ronald L. Collins | Docket No. | 18590 |
| 1532. | Letter Objection filed by | Henry Caswell | Docket No. | 18591 |
| 1533. | Letter Objection filed by | George Rodney Kohut | Docket No. | 18593 |
| 1534. | Letter Objection filed by | Kenneth B. Hollis | Docket No. | 18602 |
| 1535. | Letter Objection filed by | Senator Sherrod Brown | Docket No. | 18613 |
| 1536. | Letter Objection filed by | Rep. Tim Ryan, | Docket No. | 18613 |
| 1537. | Letter Objection filed by | Rep John Boccieri, | Docket No. | 18613 |
| 1538. | Letter Objection filed by | Rep Marcia Fudge | Docket No. | 18613 |
| 1539. | Letter Objection filed by | Rep. Mary Jo Kilroy | Docket No. | 18613 |
| 1540. | Letter Objection filed by | Rep. Betty Sutton | Docket No. | 18613 |
| 1541. | Letter Objection filed by | Rep. Steven Dreihaus | Docket No. | 18613 |
| 1542. | Letter Objection filed by | Rep Marcy Kaptur | Docket No. | 18613 |
| 1543. | Letter Objection filed by | Rep Dennis Kucinich | Docket No. | 18613 |
| 1544. | Letter Objection filed by | Don R. Kimberlin | Docket No. | 18620 (Untimely) |
| 1545. | Letter Objection filed by | Cynthia Pearson | Docket No. | 18621 (Untimely) |
| 1546. | Letter Objection filed by | Thomas L. Bergman | Docket No. | 18643 (Untimely) |
| 1547. | Letter Objection filed by | James E. Whiteside | Docket No. | 18646 (Untimely) |
| 1548. | Letter Objection filed by | Karen Goodwin | Docket No. | 18647 |
| 1549. | Letter Objection filed by | Debbie Thompson | Docket No. | 18648 (Untimely) |

**Schedule 2 - Severance**

| | OBJECTION | | DOCKET NO. | |
|---|---|---|---|---|
| 1. | Letter Objection filed by | Robert Merkich | Docket No. | 16975 |
| 2. | Letter Objection filed by | Lori E. Reetz | Docket No. | 17129 |
| 3. | Letter Objection filed by | Adrian Grammar | Docket No. | 17130 |
| 4. | Letter Objection filed by | Catherine Y. Miller | Docket No. | 17132 |
| 5. | Letter Objection filed by | William Eickholt | Docket No. | 17133 |
| 6. | Letter Objection filed by | Thomas L. Bergman | Docket No. | 17135 |
| 7. | Letter Objection filed by | Robert G. Merkich | Docket No. | 17137 |
| 8. | Letter Objection filed by | Michael H. Froning | Docket No. | 17139 |
| 9. | Letter Objection filed by | William D. Bartz | Docket No. | 17157 |
| 10. | Letter Objection filed by | Kurt Traeder | Docket No. | 17165 |
| 11. | Letter Objection filed by | Daniel P. McCarthy | Docket No. | 17176 |
| 12. | Letter Objection filed by | Tom Lubert | Docket No. | 17179 |
| 13. | Letter Objection filed by | Robert Dettinger | Docket No. | 17180 |
| 14. | Letter Objection filed by | J. Allen Babb | Docket No. | 17181 |
| 15. | Letter Objection filed by | Floyd B. Hopkins | Docket No. | 17184 |
| 16. | Letter Objection filed by | Raymond A. Zagger | Docket No. | 17185 |
| 17. | Letter Objection filed by | Jeffery A. Indrutz | Docket No. | 17186 |
| 18. | Letter Objection filed by | Brian M. Miller | Docket No. | 17187 |
| 19. | Letter Objection filed by | James E. Forbes | Docket No. | 17188 |
| 20. | Letter Objection filed by | Bregitte Braddock | Docket No. | 17189 |
| 21. | Letter Objection filed by | Linda M. Kolb | Docket No. | 17190 |
| 22. | Letter Objection filed by | Randy S. Otto | Docket No. | 17191 |
| 23. | Letter Objection filed by | Diane M. Davis | Docket No. | 17192 |
| 24. | Letter Objection filed by | James A. Klenk | Docket No. | 17193 |
| 25. | Letter Objection filed by | Robert C. Walker | Docket No. | 17194 |
| 26. | Letter Objection filed by | George E. Brand | Docket No. | 17195 |
| 27. | Letter Objection filed by | David Scott Hodges | Docket No. | 17196 |
| 28. | Letter Objection filed by | Mark D. Gudorf | Docket No. | 17197 |
| 29. | Letter Objection filed by | Thomas E. Beyer | Docket No. | 17198 |
| 30. | Letter Objection filed by | Brian M. Miller | Docket No. | 17199 |
| 31. | Letter Objection filed by | Dennis A. Puntel | Docket No. | 17200 |
| 32. | Letter Objection filed by | John Henne | Docket No. | 17201 |
| 33. | Letter Objection filed by | Robert E. Wilson | Docket No. | 17202 |
| 34. | Letter Objection filed by | Thomas C. Woods | Docket No. | 17203 |
| 35. | Letter Objection filed by | Mark Baranski | Docket No. | 17204 |
| 36. | Letter Objection filed by | Martin Berteleff | Docket No. | 17206 |
| 37. | Letter Objection filed by | Jeffery A. Indrutz | Docket No. | 17207 |
| 38. | Letter Objection filed by | Cathleen Carroll | Docket No. | 17208 |
| 39. | Letter Objection filed by | Kevin McDaniel | Docket No. | 17209 |

| | OBJECTION | | DOCKET NO. | |
|---|---|---|---|---|
| 40. | Letter Objection filed by | James Vance | Docket No. | 17211 |
| 41. | Letter Objection filed by | Philip Westendorf | Docket No. | 17212 |
| 42. | Letter Objection filed by | Jeffery A. Gardiner | Docket No. | 17213 |
| 43. | Letter Objection filed by | Michael Rasper | Docket No. | 17214 |
| 44. | Letter Objection filed by | Bruce D. Newton | Docket No. | 17215 |
| 45. | Letter Objection filed by | James A. Bruner | Docket No. | 17216 |
| 46. | Letter Objection filed by | Paul Paraskevopoulos | Docket No. | 17217 |
| 47. | Letter Objection filed by | Kenneth G. Given II | Docket No. | 17218 |
| 48. | Letter Objection filed by | Edward M. Bungo | Docket No. | 17219 |
| 49. | Letter Objection filed by | Kathy Murphy | Docket No. | 17220 |
| 50. | Letter Objection filed by | Michael D. Clark | Docket No. | 17221 |
| 51. | Letter Objection filed by | Nancy Freeman | Docket No. | 17222 |
| 52. | Letter Objection filed by | Kenneth J. VanSolkema | Docket No. | 17223 |
| 53. | Letter Objection filed by | Michael Hurley | Docket No. | 17224 |
| 54. | Letter Objection filed by | Michael R. Schneider | Docket No. | 17225 |
| 55. | Letter Objection filed by | William Eickholt | Docket No. | 17226 |
| 56. | Letter Objection filed by | Catherine Y. Miller | Docket No. | 17227 |
| 57. | Letter Objection filed by | Robert J. Wavra | Docket No. | 17228 |
| 58. | Letter Objection filed by | James L. Odom | Docket No. | 17229 |
| 59. | Letter Objection filed by | Suzanne C. Nadasky | Docket No. | 17230 |
| 60. | Letter Objection filed by | Franklin West | Docket No. | 17231 |
| 61. | Letter Objection filed by | Andrew F. Rodondi | Docket No. | 17232 |
| 62. | Letter Objection filed by | Grace U. Given | Docket No. | 17233 |
| 63. | Letter Objection filed by | Charles W. Byers, Jr. | Docket No. | 17234 |
| 64. | Letter Objection filed by | Christal Scriver-Wilk | Docket No. | 17235 |
| 65. | Letter Objection filed by | W. Raymond McInerney | Docket No. | 17236 |
| 66. | Letter Objection filed by | Christopher J. Yates | Docket No. | 17237 |
| 67. | Letter Objection filed by | Scott M. Leach | Docket No. | 17238 |
| 68. | Letter Objection filed by | Norma Shaarda | Docket No. | 17239 |
| 69. | Letter Objection filed by | Anna M. Myers | Docket No. | 17241 |
| 70. | Letter Objection filed by | Diane Repasky | Docket No. | 17242 |
| 71. | Letter Objection filed by | Mary J Kettering | Docket No. | 17244 |
| 72. | Letter Objection filed by | Earl Thomas Dickey | Docket No. | 17245 |
| 73. | Letter Objection filed by | Yvette Shipman | Docket No. | 17246 |
| 74. | Letter Objection filed by | Marsha L. Vivo | Docket No. | 17247 |
| 75. | Letter Objection filed by | Nickolas K. Tzimas | Docket No. | 17249 |
| 76. | Letter Objection filed by | Dan L. Wood | Docket No. | 17250 |

| | OBJECTION | | DOCKET NO. | |
|---|---|---|---|---|
| 77. | Letter Objection filed by | Freddie F. Smith | Docket No. | 17251 |
| 78. | Letter Objection filed by | Mark E. Thornburg | Docket No. | 17252 |
| 79. | Letter Objection filed by | John C. Crawford | Docket No. | 17253 |
| 80. | Letter Objection filed by | John Biafora | Docket No. | 17254 |
| 81. | Letter Objection filed by | Laura L. Seyfang | Docket No. | 17255 |
| 82. | Letter Objection filed by | David M. Stewart | Docket No. | 17257 |
| 83. | Letter Objection filed by | David J. Bisignani | Docket No. | 17258 |
| 84. | Letter Objection filed by | Nickolas K. Tzimas | Docket No. | 17259 |
| 85. | Letter Objection filed by | Don Woodard | Docket No. | 17261 |
| 86. | Letter Objection filed by | Fred P. Watson | Docket No. | 17262 |
| 87. | Letter Objection filed by | Ronald Wilcox | Docket No. | 17290 |
| 88. | Letter Objection filed by | Gerald L Krugielki | Docket No. | 17292 |
| 89. | Letter Objection filed by | James J. Kolenich | Docket No. | 17293 |
| 90. | Letter Objection filed by | Michael B. Heath | Docket No. | 17295 |
| 91. | Letter Objection filed by | Joseph J. Fair | Docket No. | 17296 |
| 92. | Letter Objection filed by | Gerald M. Kenney | Docket No. | 17298 |
| 93. | Letter Objection filed by | William L. Willard | Docket No. | 17299 |
| 94. | Letter Objection filed by | Gilbert J. Blok | Docket No. | 17300 |
| 95. | Letter Objection filed by | Robert Saviers | Docket No. | 17302 |
| 96. | Letter Objection filed by | Neal Rath | Docket No. | 17304 |
| 97. | Letter Objection filed by | Ed Ekert | Docket No. | 17307 |
| 98. | Letter Objection filed by | Michael S. Muston | Docket No. | 17308 |
| 99. | Letter Objection filed by | Roger Stubblefield | Docket No. | 17309 |
| 100. | Letter Objection filed by | Donald A. DeRop | Docket No. | 17310 |
| 101. | Letter Objection filed by | Harold A. Libka | Docket No. | 17311 |
| 102. | Letter Objection filed by | Ruth Ann Little | Docket No. | 17312 |
| 103. | Letter Objection filed by | James A. Bruner | Docket No. | 17313 |
| 104. | Letter Objection filed by | Anthony J. Sciarrotta | Docket No. | 17316 |
| 105. | Letter Objection filed by | Michael A. Tobe | Docket No. | 17319 |
| 106. | Letter Objection filed by | Michael R. Abbhul | Docket No. | 17320 |
| 107. | Letter Objection filed by | Dennis W. Keith | Docket No. | 17321 |
| 108. | Letter Objection filed by | Roger Stubblefield | Docket No. | 17322 |
| 109. | Letter Objection filed by | Bill Pacek | Docket No. | 17324 |
| 110. | Letter Objection filed by | Roy W. Smith | Docket No. | 17325 |
| 111. | Letter Objection filed by | Donna Kennard | Docket No. | 17326 |
| 112. | Letter Objection filed by | Guy M. Mossoiam | Docket No. | 17341 |
| 113. | Letter Objection filed by | Amy Bowers | Docket No. | 17342 |
| 114. | Letter Objection filed by | Derk Young | Docket No. | 17343 |
| 115. | Letter Objection filed by | Lawrence G. Pelanda | Docket No. | 17344 |
| 116. | Letter Objection filed by | Ronald L: Collins | Docket No. | 17345 |
| 117. | Letter Objection filed by | Sharon O'Brien | Docket No. | 17349 |

| | OBJECTION | | DOCKET NO. | |
|---|---|---|---|---|
| 118. | Letter Objection filed by | Thomas L. Bergman | Docket No. | 17366 |
| 119. | Letter Objection filed by | John R. Brantingham | Docket No. | 17370 |
| 120. | Letter Objection filed by | Ralph E. Young | Docket No. | 17377 |
| 121. | Letter Objection filed by | Nancy M. Durant | Docket No. | 17378 |
| 122. | Letter Objection filed by | Eric Redmond | Docket No. | 17379 |
| 123. | Letter Objection filed by | Barbara Peterson | Docket No. | 17380 |
| 124. | Letter Objection filed by | Marc A. Elgin | Docket No. | 17381 |
| 125. | Letter Objection filed by | Richard F. Beckmeyer | Docket No. | 17382 |
| 126. | Letter Objection filed by | Paul E. Talley | Docket No. | 17383 |
| 127. | Letter Objection filed by | Peter D. Schlachter | Docket No. | 17384 |
| 128. | Letter Objection filed by | Micheal G. Krumheuer | Docket No. | 17385 |
| 129. | Letter Objection filed by | Linda T. Jones | Docket No. | 17386 |
| 130. | Letter Objection filed by | Joseph Santini Jr. | Docket No. | 17387 |
| 131. | Letter Objection filed by | Bill Flynn | Docket No. | 17401 |
| 132. | Letter Objection filed by | Paul Paraskevopoulos | Docket No. | 17403 |
| 133. | Letter Objection filed by | Lynda L. Chapman | Docket No. | 17417 |
| 134. | Letter Objection filed by | Nancy Dabney | Docket No. | 17418 |
| 135. | Letter Objection filed by | John S. Walker | Docket No. | 17419 |
| 136. | Letter Objection filed by | Roy W. Smith | Docket No. | 17420 |
| 137. | Letter Objection filed by | Dorothy A. Schaack | Docket No. | 17422 |
| 138. | Letter Objection filed by | John C. Waterman | Docket No. | 17423 |
| 139. | Letter Objection filed by | Mark T. Treloar | Docket No. | 17424 |
| 140. | Letter Objection filed by | Kathy Bungo | Docket No. | 17425 |
| 141. | Letter Objection filed by | William Pacek | Docket No. | 17426 |
| 142. | Letter Objection filed by | Lana Boor | Docket No. | 17427 |
| 143. | Letter Objection filed by | Karen A. Goodwin | Docket No. | 17429 |
| 144. | Letter Objection filed by | Lou Gifford | Docket No. | 17431 |
| 145. | Letter Objection filed by | Rebecca T. Kapp | Docket No. | 17432 |
| 146. | Letter Objection filed by | Sam C. Blackenship | Docket No. | 17433 |
| 147. | Letter Objection filed by | John F. Seegmiller | Docket No. | 17434 |
| 148. | Letter Objection filed by | William J. Byers | Docket No. | 17435 |
| 149. | Letter Objection filed by | Thomas Burleson | Docket No. | 17436 |
| 150. | Letter Objection filed by | Kenneth D. Burkett | Docket No. | 17437 |
| 151. | Letter Objection filed by | John R. Davidson | Docket No. | 17438 |
| 152. | Letter Objection filed by | Marie Noack | Docket No. | 17439 |
| 153. | Letter Objection filed by | Julie McNeese | Docket No. | 17440 |
| 154. | Letter Objection filed by | Markus Hamilton | Docket No. | 17441 |
| 155. | Letter Objection filed by | Philip G. DePaulis | Docket No. | 17442 |
| 156. | Letter Objection filed by | Karen McKenzie | Docket No. | 17443 |

2

| | **OBJECTION** | | **DOCKET NO.** | |
|---|---|---|---|---|
| 157. | Letter Objection filed by | David M. Oprea | Docket No. | 17444 |
| 158. | Letter Objection filed by | Kim M. Ryan | Docket No. | 17445 |
| 159. | Letter Objection filed by | George J. Ryan | Docket No. | 17447 |
| 160. | Letter Objection filed by | Floyd B. Hopkins | Docket No. | 17449 |
| 161. | Letter Objection filed by | Alicia C. Donahue | Docket No. | 17450 |
| 162. | Letter Objection filed by | Joseph Santini Jr. | Docket No. | 17451 |
| 163. | Letter Objection filed by | Kevin W. Castro | Docket No. | 17452 |
| 164. | Letter Objection filed by | John R. Davidson | Docket No. | 17454 |
| 165. | Letter Objection filed by | Bregitte Braddock | Docket No. | 17456 |
| 166. | Letter Objection filed by | Nathaniel Winton | Docket No. | 17458 |
| 167. | Letter Objection filed by | Bradford S. Wagner | Docket No. | 17460 |
| 168. | Letter Objection filed by | Walter Kunka | Docket No. | 17461 |
| 169. | Letter Objection filed by | Richard J. Polenick | Docket No. | 17463 |
| 170. | Letter Objection filed by | Thomas C. Clair | Docket No. | 17464 |
| 171. | Letter Objection filed by | Don Montgomery | Docket No. | 17466 |
| 172. | Letter Objection filed by | Michael Rasper | Docket No. | 17467 |
| 173. | Letter Objection filed by | Anne Monroe | Docket No. | 17468 |
| 174. | Letter Objection filed by | Milfred G. Williams | Docket No. | 17470 |
| 175. | Letter Objection filed by | Rickie Spears | Docket No. | 17471 |
| 176. | Letter Objection filed by | James F. Disher | Docket No. | 17472 |
| 177. | Letter Objection filed by | Scott M. Leach | Docket No. | 17473 |
| 178. | Letter Objection filed by | Thomas Parker | Docket No. | 17474 |
| 179. | Letter Objection filed by | Tony Morgan | Docket No. | 17478 |
| 180. | Letter Objection filed by | Bascom Smith | Docket No. | 17480 |
| 181. | Letter Objection filed by | Jeffery Indrutz | Docket No. | 17483 |
| 182. | Letter Objection filed by | Franklin E. West | Docket No. | 17484 |
| 183. | Letter Objection filed by | Roy W. Smith | Docket No. | 17485 |
| 184. | Letter Objection filed by | Nancy Dabney | Docket No. | 17488 |
| 185. | Letter Objection filed by | Lynda L. Chapman | Docket No. | 17490 |
| 186. | Letter Objection filed by | Martha R. Nowell | Docket No. | 17492 |
| 187. | Letter Objection filed by | Kevin Wright | Docket No. | 17493 |
| 188. | Letter Objection filed by | Alicia Vertiz | Docket No. | 17495 |
| 189. | Letter Objection filed by | Sharon O'Brien | Docket No. | 17496 |
| 190. | Letter Objection filed by | Marie Noack | Docket No. | 17498 |
| 191. | Letter Objection filed by | Rocco Gennaro | Docket No. | 17499 |
| 192. | Letter Objection filed by | Marcia Jones | Docket No. | 17500 |
| 193. | Letter Objection filed by | Chris Psetas | Docket No. | 17501 |
| 194. | Letter Objection filed by | Thomas J. Parker | Docket No. | 17502 |
| 195. | Letter Objection filed by | Don Montgomery | Docket No. | 17503 |
| 196. | Letter Objection filed by | David D. Rumrill | Docket No. | 17504 |
| 197. | Letter Objection filed by | Frank Aparo | Docket No. | 17505 |

| | **OBJECTION** | | **DOCKET NO.** | |
|---|---|---|---|---|
| 198. | Letter Objection filed by | Marc A. Eglin | Docket No. | 17507 |
| 199. | Letter Objection filed by | Linda T. Jones | Docket No. | 17508 |
| 200. | Letter Objection filed by | Larry Turner | Docket No. | 17509 |
| 201. | Letter Objection filed by | Philip C. Watkins | Docket No. | 17510 |
| 202. | Letter Objection filed by | Robert L. Mims | Docket No. | 17511 |
| 203. | Letter Objection filed by | Steve Sloan | Docket No. | 17512 |
| 204. | Letter Objection filed by | Ricky McNalley | Docket No. | 17514 |
| 205. | Letter Objection filed by | W.M. Howard Dahlem | Docket No. | 17515 |
| 206. | Letter Objection filed by | Steven D. Greenlee | Docket No. | 17516 |
| 207. | Letter Objection filed by | Roy Case | Docket No. | 17517 |
| 208. | Letter Objection filed by | Thomas D. Burleson | Docket No. | 17518 |
| 209. | Letter Objection filed by | John P. Blackenship | Docket No. | 17519 |
| 210. | Letter Objection filed by | Mark T. Treloar | Docket No. | 17520 |
| 211. | Letter Objection filed by | Douglas W. Edney | Docket No. | 17522 |
| 212. | Letter Objection filed by | David Gargis | Docket No. | 17524 |
| 213. | Letter Objection filed by | Larry W. Fincher | Docket No. | 17525 |
| 214. | Letter Objection filed by | Gayle Inscho | Docket No. | 17526 |
| 215. | Letter Objection filed by | John C. Waterman | Docket No. | 17527 |
| 216. | Letter Objection filed by | Jimmy Meuller | Docket No. | 17529 |
| 217. | Letter Objection filed by | Dana Segars | Docket No. | 17530 |
| 218. | Letter Objection filed by | Edward L. Owens | Docket No. | 17531 |
| 219. | Letter Objection filed by | James R. Thompson | Docket No. | 17532 |
| 220. | Letter Objection filed by | Jay L. Kelley | Docket No. | 17534 |
| 221. | Letter Objection filed by | William H. Brinkman | Docket No. | 17535 |
| 222. | Letter Objection filed by | Stephen L. Downs | Docket No. | 17536 |
| 223. | Letter Objection filed by | Lawrence Wade | Docket No. | 17543 |
| 224. | Letter Objection filed by | Frank Aparo | Docket No. | 17544 |
| 225. | Letter Objection filed by | John Biafora | Docket No. | 17545 |
| 226. | Letter Objection filed by | Thomas C. Woods | Docket No. | 17546 |
| 227. | Letter Objection filed by | Mark Baranski | Docket No. | 17548 |
| 228. | Letter Objection filed by | Michael Keith Uptigrove | Docket No. | 17550 |
| 229. | Letter Objection filed by | J. Allen Babb | Docket No. | 17552 |
| 230. | Letter Objection filed by | Daniel P. McCarthy | Docket No. | 17555 |
| 231. | Letter Objection filed by | Robert J. Wavra | Docket No. | 17556 |
| 232. | Letter Objection filed by | Robert T. Poweski | Docket No. | 17568 |
| 233. | Letter Objection filed by | Daniel J. Buehler | Docket No. | 17570 |
| 234. | Letter Objection filed by | Delbert Doherty | Docket No. | 17571 |
| 235. | Letter Objection filed by | Thomas J. DeNicholas | Docket No. | 17573 |

| | OBJECTION | | DOCKET NO. | |
|---|---|---|---|---|
| 236. | Letter Objection filed by | Lyle E. Burr | Docket No. | 17574 |
| 237. | Letter Objection filed by | Sandra Dowdell | Docket No. | 17575 |
| 238. | Letter Objection filed by | William Johnson | Docket No. | 17576 |
| 239. | Letter Objection filed by | Tony Morgan | Docket No. | 17577 |
| 240. | Letter Objection filed by | Phyllis D. Young | Docket No. | 17578 |
| 241. | Letter Objection filed by | R. Haseley | Docket No. | 17579 |
| 242. | Letter Objection filed by | Bascom Smith | Docket No. | 17580 |
| 243. | Letter Objection filed by | Donald G. Witzel | Docket No. | 17581 |
| 244. | Letter Objection filed by | Charles Adams | Docket No. | 17582 |
| 245. | Letter Objection filed by | Michael A. Martel | Docket No. | 17583 |
| 246. | Letter Objection filed by | William David Addison | Docket No. | 17584 |
| 247. | Letter Objection filed by | William Bringer | Docket No. | 17586 |
| 248. | Letter Objection filed by | Ronald M. Zombar | Docket No. | 17589 |
| 249. | Letter Objection filed by | William L. Keller | Docket No. | 17590 |
| 250. | Letter Objection filed by | Carolyn B. McDonald | Docket No. | 17593 |
| 251. | Letter Objection filed by | Michael A. Eakins | Docket No. | 17595 |
| 252. | Letter Objection filed by | Mark A. Finnegan | Docket No. | 17596 |
| 253. | Letter Objection filed by | Jeffery A. Ogger | Docket No. | 17599 |
| 254. | Letter Objection filed by | John Jackson | Docket No. | 17603 |
| 255. | Letter Objection filed by | David K. Siniff | Docket No. | 17608 |
| 256. | Letter Objection filed by | Donald G. Witzel | Docket No. | 17642 |
| 257. | Letter Objection filed by | Howard E. Fultz | Docket No. | 17653 |
| 258. | Letter Objection filed by | Paul R. Daniel Jr. | Docket No. | 17666 |
| 259. | Letter Objection filed by | Mary-Bethe H. Waller | Docket No. | 17668 |
| 260. | Letter Objection filed by | Patricia A. Stoddard | Docket No. | 17671 |
| 261. | Letter Objection filed by | Timothy Woolley | Docket No. | 17672 |
| 262. | Letter Objection filed by | Patricia A. Stoddard | Docket No. | 17673 |
| 263. | Letter Objection filed by | Thomas J. Przybysz | Docket No. | 17675 |
| 264. | Letter Objection filed by | Marcia Jones | Docket No. | 17677 |
| 265. | Letter Objection filed by | Dennis G. Tomory | Docket No. | 17678 |
| 266. | Letter Objection filed by | Joseph Staeuble | Docket No. | 17686 |
| 267. | Letter Objection filed by | Greg McKelvey | Docket No. | 17706 |
| 268. | Letter Objection filed by | Wanda K. Kitchen | Docket No. | 17715 |
| 269. | Letter Objection filed by | Gregory K. Spence | Docket No. | 17717 |
| 270. | Letter Objection filed by | Horace Scruggs | Docket No. | 17718 |
| 271. | Letter Objection filed by | James A. Caporini | Docket No. | 17725 |
| 272. | Letter Objection filed by | Jeffery H. Bartlett | Docket No. | 17733 |
| 273. | Letter Objection filed by | James C. Griffin | Docket No. | 17747 |
| 274. | Letter Objection filed by | Robert V. Petrach | Docket No. | 17748 |

| | OBJECTION | | DOCKET NO. | |
|---|---|---|---|---|
| 275. | Letter Objection filed by | Gerald J. Rowe | Docket No. | 17750 |
| 276. | Letter Objection filed by | Edward L. Owens | Docket No. | 17751 |
| 277. | Letter Objection filed by | Kevin Wright | Docket No. | 17755 |
| 278. | Letter Objection filed by | Judy Matzelle | Docket No. | 17756 |
| 279. | Letter Objection filed by | William E. Bauman | Docket No. | 17759 |
| 280. | Letter Objection filed by | Larry W. Fincher | Docket No. | 17760 |
| 281. | Letter Objection filed by | Lawerence C. Appelgate III | Docket No. | 17762 |
| 282. | Letter Objection filed by | Kari Lindolm | Docket No. | 17763 |
| 283. | Letter Objection filed by | John Nord | Docket No. | 17764 |
| 284. | Letter Objection filed by | Nathaniel Winton | Docket No. | 17778 |
| 285. | Letter Objection filed by | Joseph C. Staeuble | Docket No. | 17782 |
| 286. | Letter Objection filed by | Don E. Boyd | Docket No. | 17788 |
| 287. | Letter Objection filed by | Charles Adam | Docket No. | 17796 |
| 288. | Letter Objection filed by | David Addison | Docket No. | 17796 |
| 289. | Letter Objection filed by | Frank Aparo | Docket No. | 17796 |
| 290. | Letter Objection filed by | James A. Babb | Docket No. | 17796 |
| 291. | Letter Objection filed by | John Blankenship | Docket No. | 17796 |
| 292. | Letter Objection filed by | Sam Blankenship | Docket No. | 17796 |
| 293. | Letter Objection filed by | William Brinkman | Docket No. | 17796 |
| 294. | Letter Objection filed by | William Byers | Docket No. | 17796 |
| 295. | Letter Objection filed by | Albert Case | Docket No. | 17796 |
| 296. | Letter Objection filed by | William H. Dahlem | Docket No. | 17796 |
| 297. | Letter Objection filed by | John Davidson | Docket No. | 17796 |
| 298. | Letter Objection filed by | James Disher | Docket No. | 17796 |
| 299. | Letter Objection filed by | Steve Downs | Docket No. | 17796 |
| 300. | Letter Objection filed by | Douglas Edney | Docket No. | 17796 |
| 301. | Letter Objection filed by | Jon Emens | Docket No. | 17796 |
| 302. | Letter Objection filed by | Wayne Fincher | Docket No. | 17796 |
| 303. | Letter Objection filed by | Harry Fuller | Docket No. | 17796 |
| 304. | Letter Objection filed by | David Gargis | Docket No. | 17796 |
| 305. | Letter Objection filed by | Charles Goodwin | Docket No. | 17796 |
| 306. | Letter Objection filed by | Steve Greenlee | Docket No. | 17796 |
| 307. | Letter Objection filed by | Markus Hamilton | Docket No. | 17796 |
| 308. | Letter Objection filed by | Michael Heath | Docket No. | 17796 |
| 309. | Letter Objection filed by | Patricia Hill | Docket No. | 17796 |
| 310. | Letter Objection filed by | Gayle Inscho | Docket No. | 17796 |
| 311. | Letter Objection filed by | William H. Johnson | Docket No. | 17796 |
| 312. | Letter Objection filed by | Marcia Jones | Docket No. | 17796 |
| 313. | Letter Objection filed by | Ken Knable | Docket No. | 17796 |
| 314. | Letter Objection filed by | Dustin Koontz | Docket No. | 17796 |

| | OBJECTION | | DOCKET NO. | |
|---|---|---|---|---|
| 315. | Letter Objection filed by | Orvil Landers | Docket No. | 17796 |
| 316. | Letter Objection filed by | Roger Mathis | Docket No. | 17796 |
| 317. | Letter Objection filed by | Tim Matsos | Docket No. | 17796 |
| 318. | Letter Objection filed by | Greg McKelvey | Docket No. | 17796 |
| 319. | Letter Objection filed by | Ricky McNalley | Docket No. | 17796 |
| 320. | Letter Objection filed by | Julie McNeese | Docket No. | 17796 |
| 321. | Letter Objection filed by | Laura Miller | Docket No. | 17796 |
| 322. | Letter Objection filed by | Robert L. Mims | Docket No. | 17796 |
| 323. | Letter Objection filed by | William Montgomery | Docket No. | 17796 |
| 324. | Letter Objection filed by | Tony Morgan | Docket No. | 17796 |
| 325. | Letter Objection filed by | Jimmy Mueller | Docket No. | 17796 |
| 326. | Letter Objection filed by | Martha Nowell | Docket No. | 17796 |
| 327. | Letter Objection filed by | Edward Owens | Docket No. | 17796 |
| 328. | Letter Objection filed by | Thomas J. Parker | Docket No. | 17796 |
| 329. | Letter Objection filed by | David Rumrill | Docket No. | 17796 |
| 330. | Letter Objection filed by | Horace Scruggs | Docket No. | 17796 |
| 331. | Letter Objection filed by | Dana Segars | Docket No. | 17796 |
| 332. | Letter Objection filed by | Steve Sloan | Docket No. | 17796 |
| 333. | Letter Objection filed by | Bascom Smith | Docket No. | 17796 |
| 334. | Letter Objection filed by | Brannon Standridge | Docket No. | 17796 |
| 335. | Letter Objection filed by | Jackie Stover | Docket No. | 17796 |
| 336. | Letter Objection filed by | James Thompson | Docket No. | 17796 |
| 337. | Letter Objection filed by | Mark Treloar | Docket No. | 17796 |
| 338. | Letter Objection filed by | Larry Turner | Docket No. | 17796 |
| 339. | Letter Objection filed by | Michael Uptigrove | Docket No. | 17796 |
| 340. | Letter Objection filed by | Bradford Wagner | Docket No. | 17796 |
| 341. | Letter Objection filed by | Carol Wallace | Docket No. | 17796 |
| 342. | Letter Objection filed by | Phillip Watkins | Docket No. | 17796 |
| 343. | Letter Objection filed by | B.M. Wilson-Noack | Docket No. | 17796 |
| 344. | Letter Objection filed by | Nathaniel Winton | Docket No. | 17796 |
| 345. | Letter Objection filed by | Betzabe N. Peacock | Docket No. | 17797 |
| 346. | Letter Objection filed by | Susan A. Hayek | Docket No. | 17802 |
| 347. | Letter Objection filed by | William D. Bartz | Docket No. | 17818 |
| 348. | Letter Objection filed by | Lyle E. Burr | Docket No. | 17819 |
| 349. | Letter Objection filed by | Lana Boor | Docket No. | 17820 |
| 350. | Letter Objection filed by | Brian S. Murphy | Docket No. | 18005 |
| 351. | Letter Objection filed by | Edward Bungo | Docket No. | 18078 |
| 352. | Letter Objection filed by | John Olivio | Docket No. | 18079 |
| 353. | Letter Objection filed by | Cathy Lukasko | Docket No. | 18080 |
| 354. | Letter Objection filed by | Duane L. Abbhul | Docket No. | 18081 |
| 355. | Letter Objection filed by | Don Woodard | Docket No. | 18082 |

| | OBJECTION | | DOCKET NO. | |
|---|---|---|---|---|
| 356. | Letter Objection filed by | Bruce C. Gump | Docket No. | 18083 |
| 357. | Letter Objection filed by | Michael D. McEowen | Docket No. | 18084 |
| 358. | Letter Objection filed by | Betzabe N. Peacock | Docket No. | 18085 |
| 359. | Letter Objection filed by | Kathleen Murphy | Docket No. | 18086 |
| 360. | Letter Objection filed by | Bob Poweski | Docket No. | 18087 |
| 361. | Letter Objection filed by | Raymond L. Johnson | Docket No. | 18130 |
| 362. | Letter Objection filed by | Gloria Penney | Docket No. | 18146 |
| 363. | Letter Objection filed by | Saryl Henduse | Docket No. | 18148 |
| 364. | Letter Objection filed by | John Biafora | Docket No. | 18163 |
| 365. | Letter Objection filed by | Roger E. Hoke | Docket No. | 18165 |
| 366. | Letter Objection filed by | Norma Shaarda | Docket No. | 18170 |
| 367. | Letter Objection filed by | Frank Aparo | Docket No. | 18171 |
| 368. | Letter Objection filed by | Susan D. Maneff | Docket No. | 18176 |
| 369. | Letter Objection filed by | Thomas C. Woods | Docket No. | 18179 |
| 370. | Letter Objection filed by | John E. Freeman | Docket No. | 18182 |
| 371. | Letter Objection filed by | Mark E. Dryden, P.E. | Docket No. | 18182 |
| 372. | Letter Objection filed by | Sharon O'Brien | Docket No. | 18182 |
| 373. | Letter Objection filed by | Kimberly A.G. Haley | Docket No. | 18182 |
| 374. | Letter Objection filed by | Richard A. Devers | Docket No. | 18182 |
| 375. | Letter Objection filed by | Gregory R. Ritzke | Docket No. | 18182 |
| 376. | Letter Objection filed by | Ericka Zeballos | Docket No. | 18182 |
| 377. | Letter Objection filed by | Robert Saviers | Docket No. | 18182 |
| 378. | Letter Objection filed by | Scott Leach | Docket No. | 18184 |
| 379. | Letter Objection filed by | Lana Boor | Docket No. | 18185 |
| 380. | Letter Objection filed by | John Henne | Docket No. | 18187 |
| 381. | Letter Objection filed by | Carol Harvey-Light | Docket No. | 18188 |
| 382. | Letter Objection filed by | Randy D. Austin | Docket No. | 18195 |
| 383. | Letter Objection filed by | Frederic B. Koos | Docket No. | 18200 |
| 384. | Letter Objection filed by | L. Thomas Gaines | Docket No. | 18200 |
| 385. | Letter Objection filed by | Manda M. Blasko | Docket No. | 18200 |
| 386. | Letter Objection filed by | Charles E. Sims | Docket No. | 18200 |
| 387. | Letter Objection filed by | J.A. Finley | Docket No. | 18200 |
| 388. | Letter Objection filed by | Donald M. Trombley | Docket No. | 18200 |
| 389. | Letter Objection filed by | Roger Owen Stubblefield | Docket No. | 18200 |
| 390. | Letter Objection filed by | Jimmy C. Mayne | Docket No. | 18200 |
| 391. | Letter Objection filed by | Dennis L. Giddens | Docket No. | 18200 |
| 392. | Letter Objection filed by | James R. Thompson | Docket No. | 18200 |
| 393. | Letter Objection filed by | Renee Adamski | Docket No. | 18236 |
| 394. | Letter Objection filed by | Michael Andrud | Docket No. | 18238 |
| 395. | Letter Objection filed by | Rickie Spears | Docket No. | 18239 |

| | OBJECTION | | | DOCKET NO. |
|---|---|---|---|---|
| 396. | Letter Objection filed by | Terrence Taylor | Docket No. | 18239 |
| 397. | Letter Objection filed by | Nan Gookin | Docket No. | 18239 |
| 398. | Letter Objection filed by | Robert V. Petrach, Jr | Docket No. | 18239 |
| 399. | Letter Objection filed by | John Crawford | Docket No. | 18239 |
| 400. | Letter Objection filed by | Michael Clancy | Docket No. | 18240 |
| 401. | Letter Objection filed by | Jorge Cornejo | Docket No. | 18241 |
| 402. | Letter Objection filed by | Jon Stegner | Docket No. | 18242 |
| 403. | Letter Objection filed by | Rick Varner | Docket No. | 18243 |
| 404. | Letter Objection filed by | Linda Wiersema | Docket No. | 18244 |
| 405. | Letter Objection filed by | John C. Erste | Docket No. | 18320 (Untimely) |
| 406. | Letter Objection filed by | Theresa M. Lebus Erste | Docket No. | 18320 (Untimely) |
| 407. | Letter Objection filed by | Maria Erste | Docket No. | 18320 (Untimely) |
| 408. | Letter Objection filed by | Joshua Erste | Docket No. | 18320 (Untimely) |
| 409. | Letter Objection filed by | J. Allen Babb | Docket No. | 18329 |
| 410. | Letter Objection filed by | Billy J. Torr | Docket No | 18436 (Untimely) |
| 411. | Letter Objection filed by | Taunee Boudreau | Docket No | 18443 (Untimely) |
| 412. | Letter Objection filed by | Dana  Segars | Docket No. | 18495 |
| 413. | Letter Objection filed by | Donald J. Brice | Docket No. | 18496 |
| 414. | Letter Objection filed by | Patrick L. Bachelder | Docket No. | 18497 |
| 415. | Letter Objection filed by | Daniel Coltoniak | Docket No. | 18498 |
| 416. | Letter Objection filed by | Billy J. Torr | Docket No. | 18499 |
| 417. | Letter Objection filed by | Roberta Rivers | Docket No. | 18501 |
| 418. | Letter Objection filed by | Deborah R. Ku | Docket No. | 18503 |
| 419. | Letter Objection filed by | Randy S. Otto | Docket No. | 18504 |
| 420. | Letter Objection filed by | Lana Boor | Docket No. | 18505 |
| 421. | Letter Objection filed by | Jane M. Deibel | Docket No. | 18507 |
| 422. | Letter Objection filed by | Nancy Freeman | Docket No. | 18508 |
| 423. | Letter Objection filed by | David C. Johnson | Docket No. | 18509 |
| 424. | Letter Objection filed by | Jerry Jablonski | Docket No. | 18511 |
| 425. | Letter Objection filed by | Robert R. Saviers | Docket No. | 18512 |
| 426. | Letter Objection filed by | Jim Buczkowski | Docket No. | 18513 |
| 427. | Letter Objection filed by | Kenneth A. Brewer | Docket No. | 18514 |
| 428. | Letter Objection filed by | Freddie F. Smith | Docket No. | 18517 |
| 429. | Letter Objection filed by | John F. Hamman Jr. | Docket No. | 18518 |
| 430. | Letter Objection filed by | Harold Libka | Docket No. | 18520 |
| 431. | Letter Objection filed by | Edward L. Owens | Docket No. | 18522 |

| | OBJECTION | | | DOCKET NO. |
|---|---|---|---|---|
| 432. | Letter Objection filed by | James A. Klenk | Docket No. | 18523 |
| 433. | Letter Objection filed by | Linda M. Kolb | Docket No. | 18524 |
| 434. | Letter Objection filed by | Paton M. Zimmerman, Jr. | Docket No. | 18525 |
| 435. | Letter Objection filed by | James A. Bruso | Docket No. | 18527 |
| 436. | Letter Objection filed by | Michael B. Heath | Docket No. | 18528 |
| 437. | Letter Objection filed by | Kenneth J. VanSolkema | Docket No. | 18530 |
| 438. | Letter Objection filed by | William J. Breyers | Docket No. | 18533 |
| 439. | Letter Objection filed by | Dustin Allen Koontz | Docket No. | 18535 |
| 440. | Letter Objection filed by | Michael L. Farwell | Docket No. | 18540 |
| 441. | Letter Objection filed by | Paul E. Talley | Docket No. | 18541 |
| 442. | Letter Objection filed by | Paul Paraskevopoulos | Docket No. | 18542 |
| 443. | Letter Objection filed by | Ching C. Hsieh | Docket No. | 18586 |
| 444. | Letter Objection filed by | Richard F. Beckmeyer | Docket No. | 18587 |
| 445. | Letter Objection filed by | Gregory K. Shipman | Docket No. | 18588 |
| 446. | Letter Objection filed by | Laura E. Miller | Docket No. | 18592 |
| 447. | Letter Objection filed by | William H. Watts | Docket No. | 18594 |
| 448. | Letter Objection filed by | Andrew F. Verbosky Jr. | Docket No. | 18595 |
| 449. | Letter Objection filed by | Manu Anand | Docket No. | 18596 |
| 450. | Letter Objection filed by | Angelita Schrebe | Docket No. | 18597 |
| 451. | Letter Objection filed by | James Hubenthal | Docket No. | 18598 |
| 452. | Letter Objection filed by | John C. Crawford | Docket No. | 18599 |
| 453. | Letter Objection filed by | Dan L. Wood | Docket No. | 18600 |
| 454. | Letter Objection filed by | Cathy Lukasko | Docket No. | 18601 |
| 455. | Letter Objection filed by | Christal  Scriver-Wilk | Docket No. | 18604 |
| 456. | Letter Objection filed by | Robert E. Wilson | Docket No. | 18605 |
| 457. | Letter Objection filed by | Douglas W. Edney | Docket No. | 18607 |
| 458. | Letter Objection filed by | Philip Metz | Docket No. | 18608 |
| 459. | Letter Objection filed by | Gloria Thompson | Docket No. | 18609 |
| 460. | Letter Objection filed by | Robert L. Mims | Docket No. | 18611 |
| 461. | Letter Objection filed by | Timothy E. Mullett | Docket No. | 18612 |
| 462. | Letter Objection filed by | Kenneth G. Given II | Docket No. | 18639 |
| 463. | Letter Objection filed by | Grace U. Given | Docket No. | 18640 |
| 464. | Letter Objection filed by | Marsha L.Vivo | Docket No. | 18641 |
| 465. | Letter Objection filed by | Terry James Picken | Docket No. | 18642 |
| 466. | Letter Objection filed by | George E. Brand | Docket No. | 18644 (Untimely) |
| 467. | Letter Objection filed by | Cathleen Carroll | Docket No. | 18645 (Untimely) |