Larry L. Hardman
2512 Forest Springs Dr. SE
Warren, Ohio 44484
330-219-1573

To The Honorable Members of Congress, The President, CEO of The New GM, CEO of Delphi, Local and State Officials, Honorable Judge Drain

I included the word Honorable in the addressee line of this letter for purposes of respect. I, however, have lost a great deal of respect for all but a few politicians and CEO's that have been involved in this issue. It is a great American tragedy when we knowingly inflict harm on a fellow citizen. It is even a greater tragedy when we see and understand the harm that has been caused and stand by and let it happen. It is an honor for a person to become a United States Senator or a Congressman or a CEO but having the title and actually fulfilling those responsibilities always seem to be mutually exclusive. WE THE PEOPLE suffer the consequences.

I am a 63 year old Delphi Packard Salary Retiree. I worked for GM for 28 years and Delphi for 5 years. I am a typical auto parts supplier retiree, and there are thousands of workers that fit this description, both hourly and salary. We became employees of GM because it was a 'great' place to work. We designed, built, and distributed the most complex signal distribution systems the auto industry has ever seen- in the world, receiving many patents, traveled the world, and became ambassadors of GM and Delphi.

We all worked 'above and beyond' the call of duty to make sure that GM/Delphi would be successful. Many of us literally spent years of our lives on the road for GM and Delphi, missing many important family events. All of the salaried folks have worked thousands of hours of unpaid overtime throughout their careers- to insure the success of GM and Delphi.

We were told *"come work for the largest manufacturer in the world and earn a full retirement with comprehensive healthcare after 30 years of service."* We were given competitive salaries with benefit packages that would provide health, financial and retirement plans. These were the blueprints by which all GM/Delphi families designed and 'lived' their lives, hourly and salary. *Our employment was based on a 'contract of trust', and a 'promised deferred compensation', which we all earned legally, morally, and with respect of our employer.* Each of us prepared for our retirement based on these promises. We believed them and put our futures in their hands.

*We are now locked within a perfect storm - pensions cut, health care gone, life insurance gone, no local jobs, increasing local taxes, unable to dispose of existing properties, and a promise to be retrained for jobs that don't exist. This is what we all worked so hard for- the Promised Land.*

<u>This is the way it will be………If GM/Delphi and the Auto Task Force have its way….</u>

1 | Page

After we gave our entire working lives to both GM and Delphi, hourly and salary alike, *and* at the worst possible time in our lives- we are being stripped of our ability to support ourselves and those loved ones around us.

The salaried people were stripped of all health care and life insurance in May of this year, given a considerate window to find new coverage of about a month. We do not know at this point what the status of the hourly (IUE) health care plan is.

*This is the way it will be……..If GM/Delphi and the Auto Task Force have its way….*

It is nearly impossible to get a clear understanding of what impact, when they are relegated to the PBGC, our pensions will take. Our younger members will be especially damaged when they are stripped of their pensions because you already know those numbers are downright disastrous to their way of life, some will lose up to 75% of their income while at the same time paying exorbitant amounts per month for health care. *In some cases the monthly cost of healthcare is GREATER than their monthly pensions.* Many will be stripped of their dignity by being relegated to a life of poverty. Some will be forced to make a choice of medications or food, college funds for their children will now be used to support their daily lives, 401K's will be raided to pay everyday expenses, and properties in our already depressed areas will be lost. Any attempt to sell existing properties to relocate for another job opportunity will be extremely difficult, if not impossible, in our depressed areas.

*This is the way it will be……..If GM/Delphi and the Auto Task Force have its way….*

The blatant lack of local political support is confounding to me. I have not heard a single word of concern. When you calculate the impact, on a local level, it will dramatically increase the financial burden placed on the local governments- which in turn will increase taxes. I have no way of knowing the exact number of local residents affected but it is in the thousands. (Delphi Salaried + IUE CWA Hourly Retirees). Each of these people spend "X" number of dollars in discretionary funds each and every day. The mom and pop stores will be the first to fold but rest assured many others will follow- again eroding the tax base. One estimate placed the discretionary funds lost in the Mahoning Valley per year to be $25 million. Our county and state support programs, already underfunded, will take on additional burdens. I can attest to the fact that the Packard employees, hourly and salary, were the first in line, and the most generous, in support of our local charities- and every year the number one donor to the United Way. Where is our support??

I have personally written letters to the Mayors of Warren and Youngstown and have not received a single reply. *Their concern overwhelms me*. Doing nothing to protect the local communities is NOT an option. *Where* are they and what is more important in their communities than thousands of people losing their pensions? Totally inexcusable.

As a part of the local legislative group in Warren Ohio we have tried to use the politically correct way to communicate with our local, state, and national representatives. However, at this late date we have discovered that we have been led down a straight and narrow

2 | P a g e

path of political jargon and rhetoric. Hard to understand. So the gloves must come off and we must use the power of numbers to try to affect any changes going forward.
*TO ALL THE POLITICIANS*: We are the voting public. We represent a large number of voters in many Congressional and Senatorial Districts in Ohio, Indiana, Michigan, Texas, and New York. Again, if *YOU* support us *WE* will support you- it is that simple.

The Auto Task Force has CREATED a New GM with billions in loans. For the Government to receive payments from GM they must become profitable. For GM to become profitable they must sell vehicles. The DELIBERATE removal of the Delphi Salaried and Hourly pensions from the plan could have a tremendous impact on GM's ability to survive. It's not rocket science.

If forced, "WE THE PEOPLE" *will* impose a crushing, disabling, blow to the New GM, the company that the *US Government* created at the cost of those who actually built the original GM. Do not underestimate the power of 70,000 individuals. Each of these egregiously wronged individuals has an immediate family, an extended family, and many friends who received GM discounts through these individuals. If the revised US market is 10 million vehicles per year and the new GM has a penetration of 20% their target is two million vehicles per year. A single retiree could potentially affect the sales of vehicles by the New GM as follows:

| | |
|---|---|
| Retiree and spouse- | 2 vehicles |
| Children- | 2 vehicles |
| Parents- | 1 vehicle |
| Extended family members- | 2 vehicles |
| Friends- | 4 vehicles |
| Total | 11 Vehicles per RETIREE (Conservative Estimate) |

(70,000 Retirees X 12 Vehicles per Retiree = 770,000 Vehicles)
If the New GM target is 2 million vehicles per year the retiree boycott could potentially effect *42%* of its sales in just the *first* year.

Keep in mind that *our* tax dollars, yes the 70,000 men and women, hourly and salary workers, are paying to keep the New GM in business- how ironic is that......
*HOWEVER,* we can also be the best ambassador for GM products- as we always have been. It's a CHOICE.

**We have all been discriminated against at one point or another in our lives. However, when it is the Federal Government that does the discriminatory act it is especially egregious. The Auto Task Force is a directly appointed body of the Executive Branch of the Federal Government. They have seen fit to apply the Constitutional rights of individuals differently to fit the personal goals of that body. This is a blatant misrepresentation of the basic rights and decency of each person being discriminated against. In this case the ruling for the UAW**

3 | P a g e

workers and against the IUE and Salary workers of the same company. It is further compounded by the fact that they are using federal tax dollars as the tool of discrimination, funding UAW pensions and not IUE and salary pensions of the same company- Delphi.

*This is the way it will be..........If GM/Delphi and the Auto Task Force have its way....*

*What we DEMAND is 'equal and fair treatment' for all worker groups being RESCUED by the Auto Task Force. GM salary and the UAW as well as Delphi Salary and the IUE workers- nothing more.*

The latest PBGC estimate shows the pension plans for the Delphi Salaried Plan to be short be $2.6 Billion and the IUE Hourly Plan short by $4.6 Billion- a total of $7.2 Billion in all. This is an extraordinary amount of money. However, when compared to what the Fed have allocated to AIG, BOA, CITI Group, etc. this pales in comparison. We ask that we be made whole by either forcing our pensions back to their rightful owners- GM and advancing the additional funds to support the pensions- to be paid back in conjunction with their current loans; or providing an independent fiduciary a $7.2 Billion loan from the Fed in conjunction with the current funding in both plans. In the later case the pensions would be independent of GM and the PBGC and the Government would be paid the $7.2 Billion in loans back over time. *This is only fair.*

Our Government gives billions of dollars to foreign governments all the time. It is TIME we pay ourselves back and keep some of that money to help US- WE THE PEOPLE. After all it is our money is it not?? You can save us......

**Lastly we DEMAND that a HEARING be scheduled IMMEDIATELY in the Congress to discuss this discriminatory breach of our rights and how such a DEAL was consummated between the very people who were supposed to protect us from such perils. We are all being disenfranchised from our government and it must stop or all groups of workers will eventually be stripped of their EARNED rights. How in the world has it come to be that our Government DELIBERATELY pits one Union (UAW) against its brothers and sisters of the IUE?**

*This is the way it will be..........If GM/Delphi and the Auto Task Force have its way....*

Larry Hardman

4 | Page