June 10, 2009

Bankruptcy Court
Judge Robert D. Drain
U.S. Bankruptcy Court, Chapter 11 Case No. 09-50026 (REG)
One Bowling Green
New York, New York 10004-1408
FAX 914-390-4073

The Honorable Judge Drain,

    I write to you regarding Chapter 11 Case No. 09-50026 (REG), herein I am talking about the 'Delphi Automotive Bankruptcy case.'
    I was an hourly employee about 25 years under General Motors, then over 4 more years as it became Delphi Automotive Corp.
    I watch and read news, take some information with a grain of salt.
    Tonight, Wed., June 10, 2009 I heard some comments about investors trying to purchase Delphi privately outside the bankruptcy case.
    I am only one person writing, but I'm asking you to not allow this. I believe what's best for this division of Delphi, in Warren, Ohio, and those who worked there, is for GM to take back this core operation, as it was always described. *It should EMERGE from bankruptcy not be liquidated & sold off piece by piece.*
    Core - a basis of its (GM's) operations; integral and necessary to completing the products.
    We have always been a competitive, prosperous entity, and however the GM company decided to dramatically diminish it's size. Unfortunately they favored cheaper labor-employees out of our country's borders. I do not believe labor costs are not the main cause of its "bankruptcy."
    I realize the words here are opinions, from my years of knowledge of working there.
    Please, I hope your skillful knowledge of law will direct us in the best economic way possible. I am one of many retirees who is depending on receiving our same hourly pensions, to continue to live in my modest home (840 sq. ft. with a second floor, I did not overbuy for my single income). And I really hope this letter is not detrimental to us in any way.
    Thank You for reading.

Nancy Androsko
538 Laird Ave NE
Warren, Ohio 44483
330-394-5272

Personal note: As others did, I aspired to better myself through tests at work to rise from assembly work to skilled work and did so, successfully.
I educated myself at local college, yet wasn't quite knowledgeable enough to have saved all my retirement money in investments. That's why I/we will depend on our pensions to be there.

*Please Help to Save Our PENSIONS*

*NA.*