July 21, 2009

Judge Robert Drain
One Bowling Green
New York, NY 10004-1408

Judge Drain,

My name is Rolena McClain and I worked 41.5 years for General Motors/Delphi Packard Electric, until I was freighted and misled into an unwanted retirement. Otherwise, I would still be working. To be sure, I was well compensated for my labor and practiced saving and responsible fiscal management. However, as you can imagine, there could have been no effective preparation for the events of the last three years.

This leads to my request, that you consider the 10,000 former Delphi employees, such as me, and the retention of our pensions and health care benefits. I ask nothing that we didn't work our entire life to earn and which we were promised by our employer.

Respectfully,

*Rolena B. McClain*

Rolena B. McClain
231 Howland Terrace
Warren, Oh 44484

