Subject: Delphi Salary Pension

July 24, 2009

From: Kenneth Hebert
      18 Jackson Way
      Decatur, Al. 35603

To: Honorable Judge Robert Drain



RECEIVED JUL 28 2009 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

Dear Sir;

   I know you are receiving thousands of letters from salary Delphi Corp. retirees. I am hoping mine will be read because it is **UNIQUE**. I have not accumulated any length of service from Delphi Corp, yet I fall under a Delphi salary retiree.

   Effective October 1, 1998 I took a 15 month leave rather than retire. My length of service was frozen at 34 years and 8 months. Effective January 2000 I started receiving regular pension checks, from Delphi without time accumulated while I was on leave.

   That said I feel my pension should fall under GM not Delphi. Even more complicated GM is acquiring Steering Systems from Delphi Corp. The G. M. Division where my entire length of service was accumulated.

In Summary:

>Hired January 1964
>Started leave October 1998 (34 years and 8 mos.)
>Started receiving pension January 2000
>No seniority towards pension was from Delphi Corp.
>GM re-acquired Delphi Steering Systems 2009

Thank You, In Advance

*Kenneth T. Hebert*
Kenneth Hebert