KEMP KLEIN LAW FIRM
Norman D. Orr (P#25310)
201 W. Big Beaver, Suite 600
Troy, MI 48084
(248) 740-5693

KEMP KLEIN LAW FIRM
Gloria M. Chon (P#72013)
201 W. Big Beaver, Suite 600
Troy, MI 48084
(248) 740-5689

Attorneys for Raymond L. Johnson, Jr.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: | Chapter 11 |
| **DELPHI CORPORATION,** *et al.* | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF**
**RAYMOND L. JOHNSON, JR. TO APPROVAL OF MODIFIED PLAN**

Raymond L. Johnson, Jr., through his attorneys, Kemp Klein Law Firm, hereby conditionally withdraws the Limited Objection of Raymond L. Johnson, Jr. to Approval of Modified Plan (Docket No. 18130) which objected to approval of Section 9.5.11A of the former Master Disposition Agreement which purported to require discontinuance of severance payments to certain former employees of Debtors, including Johnson. This Objection is being withdrawn based upon the Debtors' representations contained in part 15 of Appendix B to Debtors' Omnibus Reply in Support of Modified Plan and Master Disposition Agreement (Docket No. 18659) and the Section 9.5.11A in the revised Master Disposition Agreement (Docket No. 18658). This withdrawal is without

prejudice to the administrative claim previously filed by Raymond L. Johnson, Jr. and/or the right to reinstate the objection if the facts and circumstances change again.

                Respectfully submitted,

                KEMP KLEIN LAW FIRM

By:    */s/ Norman D. Orr*
        Norman D. Orr (P25310)
        norman.orr@kkue.com
        (248) 740-5693

And:   */s/ Gloria M. Chon*
        Gloria M. Chon (P72013)
        gloria.chon@kkue.com
        (248) 740-5689

        201 W. Big Beaver Rd., Ste. 600
        Troy, MI 48084
        Attorneys for Raymond L. Johnson, Jr.

Dated: July 28, 2009
638599

KEMP KLEIN LAW FIRM
Norman D. Orr (P#25310)
201 W. Big Beaver, Suite 600
Troy, MI 48084
(248) 740-5693

KEMP KLEIN LAW FIRM
Gloria M. Chon (P#72013)
201 W. Big Beaver, Suite 600
Troy, MI 48084
(248) 740-5689

Attorneys for Raymond L. Johnson, Jr.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In Re: | ) ) ) ) | Chapter 11 |
| **DELPHI CORPORATION,** *et al.* | ) ) ) | Case No. 05-44481 (RDD) |
| Debtors. | ) ) | (Jointly Administered) |
|  | ) |  |

# CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2009, I electronically filed a Limited Objection of Raymond L. Johnson, Jr. to Approval of Modified Plan with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF participants indicated in the Notice of Electronic Filing.  I also hereby certify that I caused such document to be mailed via first class mail to the following:

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel
Skadden, Arps, Slate, Meagher & Flom LLP

333 West Wacker Drive
Suite 2100
Chicago, IL 60606
Attn: John Wm. Butler, Jr. and Ron E. Meisler

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attn: Kayalyn A. Marafioti and Gregory W. Fox

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
Attn: Brian Masumoto

Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Attn: Robert J. Rosenberg, Mark A. Broude and Mitchell A. Seider

Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Attn: Donald Bernstein and Brian Resnick

Willkie Farr & Gallagher, LLP
787 Seventh Avenue
New York, NY 10019
Attn: Richard Mancino and Marc Abrams

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Attn: John J. Rapisardi and Oren B. Haker

United States Department of Justice
86 Chambers Street, 3rd Floor
New York, NY 10007
Attn: Matthew L. Schwartz and Joseph N. Cordaro

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Jeffrey L. Tanenbaum and Robert J. Lemons

Schulte, Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
Attn: Adam C. Harris and David J. Karp

                                                              */s/ Norman D. Orr*
                                                             Norman D. Orr (P25310)
                                                             Counsel for Raymond L. Johnson, Jr.
                                                             201 W. Big Beaver
                                                             Suite 600
                                                             Troy, MI 48084
                                                             (248) 740-5693
                                                             *norman.orr@kkue.com*

Dated: July 28, 2009
638599