**Hearing Date and Time: July 29, 2009 at 10 a.m.**

CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2000
Deborah M. Buell

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
Garden City, New York 11530
(516) 741-6565
Alan E. Marder

*Attorneys for UBS Securities LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al. | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

**JOINDER OF UBS SECURITES LLC TO SUPPLEMENTAL LIMITED
OBJECTION AND RESERVATION OF RIGHTS OF APPALOOSA
MANAGEMENT L.P. AND A-D ACQUISITION HOLDINGS, LLC WITH
RESPECT TO THE DEBTORS' PLAN MODIFICATION APPROVAL MOTION,
RELATED DOCUMENTS AND NOTICE OF SUCCESSFUL BIDDER AT AUCTION**

UBS Securities LLC ("UBS"), by and through its undersigned counsel, hereby joins in the Supplemental Limited Objection And Reservation Of Rights Of Appaloosa Management L.P. And A-D Acquisition Holdings, LLC With Respect To The Debtors' Plan Modification Approval Motion, Related Documents and Notice of Successful Bidder at Auction, dated July 28, 2009 and filed on behalf of Appaloosa Management L.P. and A-D Acquisition Holdings, LLC (the "Appaloosa Supplemental Objection"), for all the reasons stated therein. UBS adopts and incorporates by reference herein the objections, arguments, and reservations of rights contained in the Appaloosa Supplemental Objection as though set forth with respect to

1

**Hearing Date and Time: July 29, 2009 at 10 a.m.**

UBS's counterclaims in Adversary Proceeding No. 08-1233 and its administrative claims against the Debtors.

Dated: New York, New York
July 28, 2009

        Respectfully submitted,

        CLEARY GOTTLIEB STEEN & HAMILTON LLP

        By: __/s/Deborah M. Buell_____
            Deborah M. Buell
            Member of the Firm

        One Liberty Plaza
        New York, New York  10006
        (212) 225-2354
        dbuell@cgsh.com

        *Attorneys for UBS Securities LLC*