Hearing Date and Time:  July 29, 2009 at 10 a.m.

Leslie Gordon Fagen
Marc Falcone
Andrew N. Rosenberg
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990

*Attorneys for Merrill Lynch, Pierce, Fenner & Smith Incorporated*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al. | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

**JOINDER OF MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED
TO SUPPLEMENTAL LIMITED OBJECTION AND RESERVATION OF
RIGHTS OF APPALOOSA MANAGEMENT L.P. AND A-D ACQUISITION
HOLDINGS, LLC WITH RESPECT TO THE DEBTORS' PLAN
MODIFICATION APPROVAL MOTION, RELATED DOCUMENTS AND
<u>NOTICE OF SUCCESSFUL BIDDER AT AUCTION</u>**

Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill"), by and through its undersigned counsel, hereby joins in the Supplemental Limited Objection And Reservation Of Rights Of Appaloosa Management L.P. And A-D Acquisition Holdings, LLC With Respect To The Debtors' Plan Modification Approval Motion, Related Documents And Notice of Successful Bidder At Auction, dated July 28, 2009 and filed on behalf of Appaloosa Management L.P. and A-D Acquisition Holdings, LLC (Docket No. 18675) (the "Appaloosa Supplemental Objection"), for all the reasons stated therein.  Merrill adopts and incorporates by reference herein the objections, arguments, and reservations of rights contained in the Appaloosa

**Hearing Date and Time: July 29, 2009 at 10 a.m.**

Supplemental Objection as though set forth with respect to Merrill's counterclaims in Adversary Proceeding No. 08-1232 and its administrative claims against the Debtors.

Dated: New York, New York
July 28, 2009

        Respectfully submitted,

        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

        By:    /s/ Marc Falcone, Esq.
        Leslie Gordon Fagen (lfagen@paulweiss.com)
        Marc Falcone (mfalcone@paulweiss.com)
        Andrew N. Rosenberg (arosenberg@paulweiss.com)

        1285 Avenue of the Americas
        New York, New York 10019-6064
        Telephone: (212) 373-3000
        Facsimile: (212) 757-3990

        *Attorneys for Merrill Lynch, Pierce, Fenner & Smith Incorporated*