AFFIDAVIT OF SERVICE BY HAND

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

Andrew J. Strenio, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On July 28, 2009, I served true copies of the attached JOINDER OF MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED TO SUPPLEMENTAL LIMITED OBJECTION AND RESERVATION OF RIGHTS OF APPALOOSA MANAGEMENT L.P. AND A-D ACQUISITION HOLDINGS, LLC WITH RESPECT TO THE DEBTORS' PLAN MODIFICATION APPROVAL MOTION AND RELATED DOCUMENTS on the following:

John J. Rapisardi & Oren B. Haker
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Matthew L. Schwartz & Joseph N. Cordaro
United States Department of Justice
86 Chambers Street, 3rd Floor
New York, NY 10007

Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

Kayalyn A. Marafioti & Gregory W. Fox
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

3. I made such service by personally delivering true copies of the aforementioned document to the offices at the above stated addresses.

                                                Andrew J. Strenio

Sworn to before me this
28th day of July, 2009

_____
Notary Public

ALEX SOUZA
Notary Public, State of New York
No. 01SO6199477
Qualified in New York County
Commission Expires January 12, 2013