AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

STATE OF NEW YORK        )
                         )    ss.:
COUNTY OF NEW YORK   )

Alex C. Souza, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul,

Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York,

New York 10019.

2. On July 28, 2009, I served true copies of the attached JOINDER OF MERRILL
   LYNCH, PIERCE, FENNER & SMITH INCORPORATED TO SUPPLEMENTAL
   LIMITED OBJECTION AND RESERVATION OF RIGHTS OF APPALOOSA
   MANAGEMENT L.P. AND A-D ACQUISITION HOLDINGS, LLC WITH
   RESPECT TO THE DEBTORS' PLAN MODIFICATION APPROVAL MOTION
   AND RELATED DOCUMENTS on the following:

Delphi Corporation
General Counsel
5725 Delphi Drive
Troy, MI 48098

John Wm. Butler, Jr.
Skadden, Arps, Slate Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

United States Trustee
The Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, New York 10004
Att'n: Brian Masumoto

3. I made such service by placing true copies of the aforementioned documents in

properly addressed, prepaid wrappers and delivering them to a Federal Express office for

Priority Overnight Delivery.

Alex C. Souza

Sworn to before me this
28th day of July, 2009

Notary Public

ANDREW J. STRENIO III
Notary Public, State of New York
No. 01ST6189258
Qualified in New York County
Commission Expires June 23, 2012