AFFIDAVIT OF SERVICE BY HAND

STATE OF NEW YORK    )
                           )   ss.:
COUNTY OF NEW YORK  )

Alex C. Souza, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On July 28, 2009, I served true copies of the attached JOINDER OF MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED TO SUPPLEMENTAL LIMITED OBJECTION AND RESERVATION OF RIGHTS OF APPALOOSA MANAGEMENT L.P. AND A-D ACQUISITION HOLDINGS, LLC WITH RESPECT TO THE DEBTORS' PLAN MODIFICATION APPROVAL MOTION AND RELATED DOCUMENTS on the following:

Robert J. Rosenberg
Mitchell A. Seider
Mark A. Broude
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022


Donald S. Bernstein
Brian M. Resnick
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10022


Jeffrey L. Tanenbaum
Robert J. Lemons
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Adam C. Harris
David J. Karp
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

3. I made such service by personally delivering true copies of the aforementioned

document to the offices at the above stated addresses.

_____
Alex C. Souza

Sworn to before me this
28th day of July, 2009

_____
Notary Public

ANDREW J. STRENIO III
Notary Public, State of New York
No. 01ST6182258
Qualified in New York County
Commission Expires June 23, 2012