UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, ET AL., | Case No. 05-44481-RDD |
| Debtors. | (Jointly Administered) |

--------------------------------------------------------x

## CERTIFICATE OF SERVICE

Julie D. Dyas, being duly sworn, deposes and says:

I am not a party to the action.  I am over the age of eighteen years and reside in New York, New York.

On July 28, 2009, I served a copy of the document listed below by causing true and correct copies of the same to be sent by e-mail to the persons on the Master Service List located on the Claims Administration Website maintained by Kurtzman Carson Company as of the date hereof:

RESERVATION OF RIGHTS OF OGURA CLUTCH
COMPANY REGARDING ADJOURNMENT OF CURE CLAIM
OBJECTION AND OBJECTION TO MODIFIED PLAN


_/s/ Julie D. Dyas_
Julie D. Dyas, Esq.