```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                          :
        In re                             :     Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :     Case No. 05-44481 (RDD)
                                          :
        Debtors.                          :     (Jointly Administered)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

### SECOND SUPPLEMENTAL DECLARATION OF EVAN GERSHBEIN REGARDING TABULATION OF BALLOTS WITH RESPECT TO VOTE ON FIRST AMENDED JOINT PLAN OF REORGANIZATION (AS MODIFIED) OF DELPHI CORPORATION AND CERTAIN OF ITS SUBSIDIARIES AND AFFILIATES

I, Evan Gershbein, declare as follows:

1. I am a Senior Managing Consultant of Kurtzman Carson Consultants LLC ("KCC") which has offices located at 2335 Alaska Avenue, El Segundo, California 90245. Unless otherwise stated, I have personal knowledge of the matters set forth herein.

2. On July 20, 2009, I executed the Declaration Of Evan Gershbein Regarding Tabulation Of Ballots With Respect To Vote On First Amended Joint Plan Of Reorganization (As Modified) Of Delphi Corporation And Certain Of Its Subsidiaries And Affiliates (Docket No. 18462) (the "Declaration"). On July 22, 2009, I executed the Supplemental Declaration Of Evan Gershbein Regarding Tabulation Of Ballots With Respect To Vote On First Amended Joint Plan Of Reorganization (As Modified) Of Delphi Corporation And Certain Of Its Subsidiaries And Affiliates (Docket No. 18577) (the "Supplemental Declaration").

3. On July 27, 2009, the Court entered the Order Estimating Claims For Purposes Of Voting On Plan of Reorganization (Docket No. 18654) (the "3018 Order"). This order included amounts for provisional ballots that differed from the amounts included in the tabulation of provisional ballots set forth in the Declaration. In the Declaration, certain provisional ballots were tabulated as Nonconforming Ballots (as defined in the Declaration), but

those ballots were deemed allowed by this Court in the amounts set forth in the 3018 Order. Attached as <u>Exhibit A</u> hereto is a revised Exhibit 3 to the Declaration showing the Nonconforming Ballots in light of six provisional ballots that were deemed allowed in the 3018 Order. In addition, attached as <u>Exhibit B</u> hereto is a revised Exhibit 4 to the Declaration showing the tabulation of the provisional ballots as provided in the 3018 Order. Attached as <u>Exhibit C</u> hereto is a revised copy of Exhibit 4 to the Declaration marked to show the changes against the version that was filed with the Declaration. As set forth on the revised Exhibit 4 to the Declaration, tabulating the provisional ballots as set forth in the 3018 Order does not change the section 1126 outcome of the voting results for any class. The remaining portions of the Declaration and Supplemental Declaration are hereby incorporated into this Second Supplemental Declaration and I reaffirm that they are true and correct.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 this 28th day of July 2009, that the foregoing is true and correct.

                                      Evan Gershbein
                                      Senior Managing Consultant
                                      Kurtzman Carson Consultants, LLC.

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on this 28th day of July, 2009, by Evan Gershbein, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

Commission Expires:_____

[Notary stamp: KAITLIN ZYLICH, NOTARY PUBLIC, State of New York, No. 01ZY6176085, Qualified in Tompkins County, Commission Expires Nov. 5, 2011]

# EXHIBIT A

**Revised Exhibit 3 To Declaration**

**<u>Nonconforming Ballots</u>**

Nonconforming Ballots

| Ballot Number | Creditor Name | Class | Class Description | Voting Amount | Accept or Reject | Ballot Nonconforming Reason | Date Received |
|---|---|---|---|---|---|---|---|
| 13008 | Accro Industries Inc | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $6,787.20 | Reject | Late Filed | 7/17/2009 |
| 12974 | All World Machinery Suppl | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $4,875.00 | Reject | Late Filed | 7/17/2009 |
| 10299 | Ambler Clifford G | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Abstained | | 6/30/2009 |
| 12976 | Amphenol Corp Amphenol RF | 3C-1 | General Unsecured (Connection System Debtors) | $687,494.02 | Reject | Late Filed | 7/17/2009 |
| 12985 | Amphenol Corp Amphenol RF | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $10,630.26 | Reject | Late Filed | 7/17/2009 |
| 12983 | Amphenol Precision Cable Mfg | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $25,570.41 | Reject | Late Filed | 7/17/2009 |
| 10101 | Andrasik Joseph | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1,141,836.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 6/26/2009 |
| 10610 | Argo Partners | 3C-1 | General Unsecured (Connection System Debtors) | $19,510.92 | Abstained | | 7/1/2009 |
| 10359 | Argo Partners | 3C-1 | General Unsecured (Connection System Debtors) | $6,168.93 | Abstained | | 7/1/2009 |
| 12973 | Auto Kabel Hausen Gmbh & Co Betriebs Kg | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $110,357.83 | Reject | Late Filed | 7/16/2009 |
| 10237 | Bentley Dolores | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 6/29/2009 |
| 12996 | Berger Feintechnik Gmbh | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $36,991.30 | Reject | Late Filed | 7/17/2009 |
| 10882 | Boward Mark | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $22,419.91 | Reject | Not entitled to vote pursuant to post solicitation date objection | 7/8/2009 |
| 10729 | Bruewer Mike | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $500,000.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 7/3/2009 |
| 10509 | Campbell William J | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 6/30/2009 |
| 10823 | Castillo Ray | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 7/7/2009 |
| 11976 | Chapman Deborah | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $2,611.23 | Reject | Not entitled to vote pursuant to post solicitation date objection | 7/14/2009 |
| 12027 | Contrarian Funds LLC as Assignee of Cacace Associates Inc | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $121,260.85 | Abstained | | 7/14/2009 |
| 13009 | Davidsons Pest Control | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1,187.84 | Reject | Late Filed | 7/17/2009 |
| 13007 | Davies Alan D | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Late Filed | 7/17/2009 |
| 11782 | De Ameretek Corporation | 8C-1 | General Unsecured (Delphi Mechatronic Systems, Inc.) | $1,465.93 | Reject | Submitting party failed to file Notice of Transfer for balloted claim | 7/14/2009 |
| 12268 | Debt Acquisition Company of America V LLC | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $150.00 | Abstained | | 7/15/2009 |
| 10381 | Deffenbaugh Industries Inc & Engineered Recovery Syst | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $577.50 | Abstained | | 6/30/2009 |
| 12039 | Delaney David | 1A-1 | Secured (Delphi-DAS Debtors) | $1.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 7/14/2009 |
| 12975 | Demino Salvatore | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Late Filed | 7/17/2009 |
| 11108 | DERINGER NEY INC | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $58,987.35 | Accept | Submitting party failed to file Notice of Transfer for balloted claim | 7/13/2009 |
| 13003 | Design Pattern Works Inc | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $29,150.00 | Reject | Late Filed | 7/17/2009 |
| 10048 | Edwards Mens Shop Inc | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1,257.60 | Abstained | | 6/26/2009 |
| 12999 | Elston Richards Inc Elston Richards Storage Co | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $14,586.86 | Reject | Late Filed | 7/17/2009 |
| 10388 | Etas Inc | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $22,420.72 | Abstained | | 6/30/2009 |
| 12998 | FedEx Custom Critical | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $67,998.47 | Reject | Late Filed | 7/17/2009 |
| 12997 | FedEx Custom Critical | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1,941.46 | Reject | Late Filed | 7/17/2009 |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

| Ballot Number | Creditor Name | Class | Class Description | Voting Amount | Accept or Reject | Ballot Nonconforming Reason | Date Received |
|---|---|---|---|---|---|---|---|
| 12995 | Force Electronics | 10C-1 | General Unsecured (Delphi Medical Systems Colorado Corporation Debtors) | $3,528.78 | Reject | Late Filed | 7/17/2009 |
| 10860 | Goad James D | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Abstained | | 7/7/2009 |
| 12991 | Grady Dennis F | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Late Filed | 7/17/2009 |
| 12569 | Hain Capital Holdings LLC | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $306,852.90 | Accept | No Signature | 7/15/2009 |
| 12551 | Hain Capital Holdings LLC | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $6,416.20 | Accept | No Signature | 7/15/2009 |
| 12933 | Hain Capital Holdings LLC | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $84,558.77 | Accept | No Signature | 7/15/2009 |
| 12936 | Hain Capital Holdings LLC | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $86,146.62 | Accept | No Signature | 7/15/2009 |
| 12682 | Hain Capital Holdings LLC | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $176,674.70 | Accept | No Signature | 7/15/2009 |
| 12932 | Hain Capital Holdings LLC | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $107,719.65 | Accept | No Signature | 7/15/2009 |
| 12941 | Hain Capital Holdings LLC | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $341,381.44 | Accept | No Signature | 7/15/2009 |
| 12947 | Hain Capital Holdings LLC | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $87,021.08 | Accept | No Signature | 7/15/2009 |
| 12678 | Hain Capital Holdings LLC | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $220,052.15 | Accept | No Signature | 7/15/2009 |
| 10755 | Hale Rose | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 7/7/2009 |
| 10239 | Harback Jr Almeron L | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Accept | Not entitled to vote pursuant to post solicitation date objection | 6/29/2009 |
| 11089 | Helical Products Co | 11C-1 | General Unsecured (Delphi Medical Systems Texas Corporation) | $100.24 | Abstained | | 7/13/2009 |
| 13011 | Herr David | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Late Filed | 7/17/2009 |
| 12987 | Hewlett Packard Company | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $4,921,104.00 | Accept | Late Filed | 7/17/2009 |
| 13010 | Hogan Carmen | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Late Filed | 7/17/2009 |
| 10835 | Holland Scottie E | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 7/7/2009 |
| 10762 | Holland Scottie E | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $97,298.51 | Reject | Not entitled to vote pursuant to post solicitation date objection | 7/7/2009 |
| 12982 | Ifm Efector Inc | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $3,679.30 | Reject | Late Filed | 7/17/2009 |
| 11664 | Industrial Packaging Corp | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $14,531.40 | Reject | Submitting party failed to file Notice of Transfer for balloted claim | 7/14/2009 |
| 12981 | JORGENSEN RONALD E | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $130,854.64 | Reject | Late Filed | 7/17/2009 |
| 12977 | Kaumagraph Flint Corporation | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1,655,726.96 | Accept | Late Filed | 7/17/2009 |
| 12988 | Kepco Inc Eft | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $3,090.00 | Reject | Late Filed | 7/17/2009 |
| 10784 | Leaym Robert A | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 7/7/2009 |
| 10386 | Linton Edward W | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 6/30/2009 |
| 10512 | Lutz Jerilyn K | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 6/30/2009 |
| 13005 | Machajewski Marys Dba Data Service Associates | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $2,800.00 | Reject | Late Filed | 7/17/2009 |
| 10795 | Malusi Daniel | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 7/7/2009 |
| 10754 | Malusi Daniel | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 7/7/2009 |
| 11041 | Martindale William | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1,173,000.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 7/9/2009 |
| 11053 | Masters Constance | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 7/13/2009 |
| 12984 | Maxim Integrated Products Inc | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $801,350.00 | Reject | Late Filed | 7/17/2009 |
| 10516 | Mcclune Donald | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 6/30/2009 |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

| Ballot Number | Creditor Name | Class | Class Description | Voting Amount | Accept or Reject | Ballot Nonconforming Reason | Date Received |
|---|---|---|---|---|---|---|---|
| 10500 | Mcmahon Michael J | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 6/30/2009 |
| 10127 | Meltric Corporation | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $875.40 | Abstained | | 6/29/2009 |
| 11715 | Microsemi Corp | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $9,029.00 | Reject | Submitting party failed to file Notice of Transfer for balloted claim | 7/14/2009 |
| 12989 | Moldtech | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $2,217.55 | Reject | Late Filed | 7/17/2009 |
| 12990 | Moldtech Inc | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $3,772.00 | Reject | Late Filed | 7/17/2009 |
| 12993 | Moldtech Inc | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $46,544.80 | Reject | Late Filed | 7/17/2009 |
| 10811 | Morris Letitia K | 3C-1 | General Unsecured (Connection System Debtors) | $21,000.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 7/7/2009 |
| 10859 | Nexans Iko Sweeden Ab | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $393.31 | Abstained | | 7/7/2009 |
| 12024 | Noel Morgan Hubert | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $976,000.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 7/11/2009 |
| 10511 | Ostash Robert S | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 6/30/2009 |
| 13002 | P J Spring Co Inc | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $6,085.80 | Reject | Late Filed | 7/17/2009 |
| 12994 | PEC of America Corporation | 8C-1 | General Unsecured (Delphi Mechatronic Systems, Inc.) | $3,579.00 | Accept | Late Filed | 7/17/2009 |
| 12002 | Petty Bridget R | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 7/14/2009 |
| 12979 | Price Heneveld Cooper DeWitt Litton LLP | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $103,014.55 | Accept | Late Filed | 7/17/2009 |
| 13001 | Raco Industries | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $2,224.60 | Reject | Late Filed | 7/17/2009 |
| 13000 | Rausch Carl G | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1,267,847.18 | Reject | Late Filed | 7/17/2009 |
| 13006 | Robran Daloni L | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Late Filed | 7/17/2009 |
| 10962 | Rosalyn Motley | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $40,000.00 | Abstained | | 7/13/2009 |
| 12992 | Schade Richard A | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Late Filed | 7/17/2009 |
| 13012 | Schade Richard A | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Late Filed | 7/17/2009 |
| 10849 | Smith Michael W | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 7/7/2009 |
| 12978 | Smith Ruthie M | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Late Filed | 7/17/2009 |
| 11636 | Starwin Industries Inc | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $45,865.00 | Abstained | | 7/14/2009 |
| 12980 | Stipp Keith | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Accept | Late Filed | 7/17/2009 |
| 10416 | Streeter Steven D | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 6/30/2009 |
| 10238 | Torr Billy | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $1.00 | Reject | Not entitled to vote pursuant to post solicitation date objection | 6/29/2009 |
| 11039 | Turkett Ronald | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $274,223.59 | Reject | Duplicate ballot submitted on non-original form | 7/13/2009 |
| 12746 | Tyco Electronics Corporation | 3C-1 | General Unsecured (Connection System Debtors) | $34,332.85 | Abstained | | 7/15/2009 |
| 13004 | US Aeroteam | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $275,000.00 | Reject | Late Filed | 7/17/2009 |
| 10081 | Vorpahl Wa Inc | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $151.14 | Abstained | | 6/26/2009 |
| 12986 | XERMAC INC ELECTRONIC REMOVAL OF METALS | 1C-1 | General Unsecured (Delphi-DAS Debtors) | $4,500.00 | Reject | Late Filed | 7/17/2009 |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

# EXHIBIT B

**Revised Exhibit 4 To Declaration**

**Tabulation Report of Affected Classes Only Aggregating Conforming Ballots Received By The Voting Agents (Including Properly And Timely Cast Ballots By Holders Of Securities) And The Provisional Ballots Requested By FCI, Hyundai and Unions, Given That FCI's, <u>Hyundai's And Unions' 3018 Motions Were Granted In Their Entirety By This Court</u>**

Evan Gershbein Second Supplemental Declaration

Tabulation Report Of Affected Classes Only Aggregating Conforming Ballots Received By The Voting Agents
(Including Properly And Timely Cast Ballots By Holder Of Securities) And The Provisional Ballots Requested By FCI, Hyundai and Unions,
Given That FCI's, Hyundai's And Unions' 3018 Motions Were Granted In Their Entirety By This Court

The provisional ballots submitted by FCI and the Unions only affect Class 1C-1. The provisional ballots submitted by Hyundai only affect Classes 5C-1 and 6C-1. The report below includes the tabulation of all conforming ballots for Classes 1C-1, 5C-1, and 6C-1 as well as the provisional ballots submitted by FCI, Hyundai, and the Unions, given that the 3018 Motions were granted in their entirety by this Court. No other Classes of Claims are affected by the provisional ballots that were submitted.

| §1126 Compliant | Class Name | Class Description | Number of Ballots Voting to Accept | Number of Ballots Voting to Reject | % Of Ballots Voting To Accept | % Of Ballots Voting To Reject | Amount of Voting to Accept | Amount of Voting to Reject | % Of Amount Voting To Accept | % Of Amount Voting To Reject |
|---|---|---|---|---|---|---|---|---|---|---|
| No | 1C-1 | Delphi-DAS Debtors | 658 | 2,242 | 22.69% | 77.31% | $683,455,873.04 | $1,874,274,378.32 | 26.72% | 73.28% |
| No | 5C-1 | Delco Electronics Overseas Corporation | 4 | 6 | 40.00% | 60.00% | $25,363.95 | $37,100,622.49 | 0.07% | 99.93% |
| No | 6C-1 | Delphi Diesel Systems Corp. | 6 | 39 | 13.33% | 86.67% | $575,171.69 | $38,271,263.22 | 1.48% | 98.52% |

July 28, 2009

# EXHIBIT C

**Revised Exhibit 4 To Declaration Marked To Show
Changes Against Version Filed On July 20, 2009**

**Tabulation Report Of Affected Classes Only Aggregating Conforming Ballots Received By
The Voting Agents (Including Properly And Timely Cast Ballots By Holder Of Securities)
And The Provisional Ballots Requested By FCI, Hyundai and Unions, Given That FCI's,
<u>Hyundai's And Unions' 3018 Motions Were Granted In Their Entirety By This Court</u>**

Evan Gershbein Second Supplemental Declaration

Tabulation Report Of Affected Classes Only Aggregating Conforming Ballots Received By The Voting Agents
(Including Properly And Timely Cast Ballots By Holder Of Securities) And The Provisional Ballots Requested By FCI, Hyundai and Unions,
~~Assuming~~ Given That FCI's, Hyundai's And Unions' 3018 Motions ~~Are~~ Were Granted In Their Entirety By This Court

The provisional ballots submitted by FCI and the Unions only affect Class 1C-1. The provisional ballots submitted by Hyundai only affect Classes 5C-1 and 6C-1. The report below includes the tabulation of all conforming ballots for Classes 1C-1, 5C-1, and 6C-1 as well as the provisional ballots submitted by FCI, Hyundai, and the Unions, ~~assuming~~ given that the 3018 Motions ~~are~~ were granted in their entirety by this Court. No other Classes of Claims are affected by the provisional ballots that were submitted.

| §1126 Compliant | Class Name | Class Description | Number of Ballots Voting to Accept | Number of Ballots Voting to Reject | % Of Ballots Voting To Accept | % Of Ballots Voting To Reject | Amount of Voting to Accept | Amount of Voting to Reject | % Of Amount Voting To Accept | % Of Amount Voting To Reject |
|---|---|---|---|---|---|---|---|---|---|---|
| No | 1C-1 | Delphi-DAS Debtors | 658 | ~~2,236~~ 2,242 | ~~22.74%~~ 22.69% | ~~77.26%~~ 77.31% | $683,455,873.04 | ~~$1,863,780,018.32~~ $1,874,274,378.32 | ~~26.83%~~ 26.72% | ~~73.17%~~ 73.28% |
| No | 5C-1 | Delco Electronics Overseas Corporation | 4 | 6 | 40.00% | 60.00% | $25,363.95 | $37,100,622.49 | 0.07% | 99.93% |
| No | 6C-1 | Delphi Diesel Systems Corp. | 6 | 39 | 13.33% | 86.67% | $575,171.69 | $38,271,263.22 | 1.48% | 98.52% |

July 28, 2009