**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------X
In re:                                      Chapter 11
                                            Case No. 05-44481 (rdd)
**Delphi Corporation.,** *et al.*           Jointly Administered

        **Debtors**
----------------------------X

**CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER**

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO
AN ORDER OF THE BANKRUPTCY COURT DATED, JULY 10, 2009, DIRECTING
THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.

**Supplemental Objection of IUE-CWA to Debtors' Motion for Order Approving Modifications to First Amended Plan of Reorganization (As Modified)**