**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, *et al.,* | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Ann Marie Uetz, a member in good standing of the Bar of the State of Michigan, request admission to practice, *pro hac vice*, before the Honorable Judge Robert D. Drain, to represent PBR Tennessee, Inc., a creditor in the above referenced case.

Mailing Address: Foley & Lardner LLP, 500 Woodward Avenue, Detroit, Michigan 48226

Email Address: auetz@foley.com

Telephone Number: (313) 234-7100

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: July 29, 2009

                                              By: /s/ Ann Marie Uetz
                                              Ann Marie Uetz
                                              Foley & Lardner LLP
                                              500 Woodward Avenue
                                              Detroit, Michigan 48226
                                              Telephone: (313) 234-7100
                                              Facsimile:  (313) 234-2800

DETR_1253055.1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, *et al.,* | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*

Ann Marie Uetz, a member in good standing of the Bar of the State of Michigan, having requested admission, *pro hac vice*, to represent PBR Tennessee, Inc., a creditor in the above referenced case,

**ORDERED**,

That Ann Marie Uetz, Esq., is admitted to practice, *pro hac vice*, in the above referenced case in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____
New York, New York

/s/ _____
UNITED STATES BANKRUPTCY
JUDGE