UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al, | Case No. 05-44481-(RDD) |
| | (Jointly Administered) |
| Debtors. | |
| _____/ | |

**CERTIFICATE OF SERVICE**

I Lyle D. Russell, do hereby state the foregoing Withdrawal of Objections of Creditors, Renee Adamski, Michael Andrud, Michael Clancy, Jorge Cornejo, Jonathon Stegner, Rick Varner, and Linda Wiersema, were served upon the parties on the attached Service List, via CM/ECF email, and facsimile on this 29th day of July, 2009.

Russell & Stoychoff, P.C.

Dated: July 29, 2009           /s/Paul M. Stoychoff, P35906
                               Lyle D. Russell, P27039 (Pro Hac Vice Motion Pending )
New York, New York             Attorney for Claimant
                               4468 W. Walton Blvd.
                               Waterford, MI 48329
                               248-618-0300
                               Email:  Pmstoych@yahoo.com
                                       Lylerussell@magnusoft.com

1