7133 Northledge Dr.
Lockport, NY 14094
July 29, 2009

Re: Delphi bankruptcy Case #05-44481

To all official parties involved:

I have previously written asking you to reconsider allowing GM and Delphi Corporations to drop their salaried retirees' pensions or send them to the PBGC.
**Time is running critically short for you to right this terrible wrong!**
My husband has been a GM and Delphi salaried employee for 35 years. We have suffered benefit losses for almost 30 years without complaint (while the union workers maintained their full level of benefits until just this past year, I might add). But we accepted all of the cuts; we made adjustments. Even when the company announced just months ago that they were eliminating health care benefits for retired salaried employees, we figured we would be okay *as long as we had some pension.* We have lived a modest lifestyle, paying our bills on time (including not living on credit), saving what we could, putting our children through college. While we have some money invested for the future, the recent economic climate has dramatically reduced our savings. At the age of 52, it will be extremely difficult to save enough to fund our retirement. It may become even harder if jobs are lost. We have always paid our own way and want nothing more than to be able to continue to do so. We have planned for 35 years to retire with a pension, supplemented by our investments. But without a fully funded pension (<u>one we've worked our whole lives for</u>), we will be forced to depend on state and federal agencies for aid with health care, housing, long term care, etc. We are not alone in this sad situation. Thousands more throughout New York State, as well as the whole country, will also be forced to turn to the government for assistance. The immediate economic effects will be devastating enough, but the long-range effects will be **STAGGERING** for future generations.

**We <u>CANNOT</u> and <u>WILL</u> not accept that.**
With the recent announcement that the DIP creditors are taking control of Delphi, the government and the PBGC no longer needs to fund the Delphi bankruptcy exit through the Platinum Equity/Parnassus/GM arrangement. That means there **IS** money (billions of dollars, I understand) that could be used to fund the current and future salaried retirees' pensions. Delphi salaried retirees have already suffered disproportionate losses with respect to their auto industry peers and should at least have their pensions preserved.
<u>Please don't allow Delphi to exit bankruptcy without agreeing to **FULLY** fund the salaried employees' retirements.</u> Short of that, the PBGC should refuse to accept the Delphi Salaried Retiree Pension Assets unless the Delphi Pension Fund is "Fully Funded"!

**Once again, I am imploring you:**
OUR FUTURES ARE IN YOUR HANDS!!

DO WHAT IS MORALLY AND ETHICALLY RIGHT!!

DO WHAT IS FISCALLY RESPONSIBLE FOR ALL OF THE SALARIED

EMPLOYEES AND THE <u>WHOLE COUNTRY</u>!!

Sincerely,
Jeanine S. Chatt