HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7662
Tricia A. Sherick (P60384)

*Attorneys for AM General, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | Chapter 11 |
| **DELPHI CORPORATION, et al.,** | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

-------------------------------------------------------/

### Withdrawal of Limited Objection to Assumption and Proposed Cure Amounts

AM General LLC ("AMG") withdraws its limited objection to assumption and assignment of agreements for which AMG is identified as a counterparty in: (1) the Debtors' Notice of Assumption and Assignment With Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to Parnassus Holdings II, LLC Under Modified Plan of Reorganization, and (2) the Debtors' Notice of Assumption and Assignment With Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to GM Components Holdings, LLC or Steering Solutions Services Corporation, As Applicable,

Under Modified Plan of Reorganization, each dated July 10, 2009 (together, the "Notices")

[Docket No. 18463].

        Respectfully submitted,

        HONIGMAN MILLER SCHWARTZ AND COHN LLP

        /s/ Tricia A. Sherick
        Tricia A. Sherick (MI Bar #P60384)
        2290 First National Building
        660 Woodward Avenue
        Detroit, MI  48226
        Telephone:  (313) 465-7662
        Facsimile:  (313) 465-7663

Dated: July 29, 2009        Email: tsherick@honigman.com

        *Counsel to AM General, LLC*

DETROIT.3764151.1