WHITE & CASE LLP                          Wachovia Financial Center
1155 Avenue of the Americas               200 South Biscayne Blvd., Suite 4900
New York, New York 10036-2787             Miami, Florida 33131
(212) 819-8200                            (305) 371-2700
Glenn M. Kurtz                            Thomas E Lauria (Admitted *Pro Hac Vice*)
J. Christopher Shore
Douglas P. Baumstein

ATTORNEYS FOR A-D ACQUISITION HOLDINGS, LLC
and APPALOOSA MANAGEMENT L.P.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DELPHI CORPORATION, et al.,<br><br>          Debtors. | Chapter 11<br>Case No. 05-44481 (RDD)<br>(Jointly Administered) |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the Supplemental Limited Objection And Reservation Of Rights Of Appaloosa Management L.P. And A-D Acquisition Holdings, LLC With Respect To The Debtors' Plan Modification Approval Motion, Related Documents And Notice Of Successful Bidder At Auction (Docket No. 18675) was served upon the parties on the attached Service List on July 28, 2009 in the manner indicated thereupon.

<u>/s/ Diana M. Haladey</u>
Diana M. Haladey

Dated:  July 29, 2009
      New York, New York

## SERVICE LIST

### *By Hand Delivery*

| | |
|---|---|
| Counsel For The Debtors<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, New York 10036<br>Att'n: Kayalyn A. Marafioti<br>Att'n: Gregory W. Fox | Counsel For The United States Department of the Treasury<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, New York 10281<br>Att'n: John J. Rapisardi<br>Att'n: Oren B. Haker |
| Counsel For The Creditors' Committee<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, New York 10022<br>Att'n: Robert J. Rosenberg<br>Att'n: Mitchell A. Seider<br>Att'n: Mark A. Broude | Counsel For General Motors Corporation<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Att'n: Jeffrey L. Tanenbaum<br>Att'n: Robert J. Lemons |
| Counsel For The Postpetition Lenders<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, New York 10022<br>Att'n: Donald S. Bernstein<br>Att'n: Brian M. Resnick | Counsel For Parnassus Holdings II, LLC<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022<br>Att'n: Adam C. Harris<br>Att'n: David J. Karp |
| Counsel For The Tranche C Collective<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, New York 10019<br>Att'n: Richard Mancino<br>Att'n: Marc Abrams | |

### *By Overnight Mail*

| | |
|---|---|
| The Debtors<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Att'n: General Counsel | United States Trustee<br>The Office of the United States Trustee<br>33 Whitehall Street, Suite 2100<br>New York, New York 10004<br>Att'n: Brian Masumoto |
| Counsel For The Debtors<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606<br>(800) 718-5305<br>Att'n: John Wm. Butler, Jr.<br>Att'n: Ron E. Meisler | Counsel For The United States Department of Justice<br>United States Department of Justice<br>86 Chambers Street, 3rd Floor<br>New York, New York 10007<br>Att'n: Matthew L. Schwartz<br>Att'n: Joseph N. Cordaro |