HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7662
Tricia A. Sherick (P60384)

*Attorneys for AM General, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | Chapter 11 |
| **DELPHI CORPORATION, et al.,** | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

-------------------------------------------------/

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2009, I caused the *Withdrawal of Limited Objection to Assumption and Proposed Cure Amounts* to be electronically filed and served with the Clerk of the Court using the ECF system and served a copy of the *Withdrawal of Limited Objection to Assumption and Proposed Cure Amounts* via overnight Federal Express and/or by email, upon the following:

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI 48098

Skadden, Arps, Slate, Meagher & Flom LLP
John Wm. Butler, Jr. and Ron E. Meisler
155 North Wacker Drive
Chicago, IL 60606
Email: jack.butler@skadden.com
ron.meisler@skadden.com

Skadden, Arps, Slate, Meagher
& Flom LLP
Kayalyn A. Marafioti and
Gregory W. Fox
Four Times Square
New York, NY 10036
Email: kayalyn.marafioti@skadden.com
gregory.fox@skadden.com

U.S. Trustee for the SDNY
Brian Masumoto
33 Whitehall Street
Suite 2100
New York, NY 10004

Latham & Watkins LLP
Robert J. Rosenberg, Mark A. Broude
and Mitchell A. Seider
885 Third Avenue
New York, NY 10022

Davis Polk & Wardwell
Donald Bernstein and Brian Resnick
450 Lexington Avenue
New York, NY 10017
Email: donald.bernstein@davispolk.com

| | |
|---|---|
| Email: robert.rosenberg@lw.com<br>mitchell.seider@lw.com<br>mark.broude@lw.com | brian.resnick@davispolk.com<br>donald.bernstein@davispolk.com |
| Willkie Farr & Gallagher LLP<br>Richard Mancino and Marc Abrams<br>787 Seventh Avenue<br>New York, NY 10019<br>Email: rmancino@willkie.com<br>mabrams@willkie.com | Cadwalader, Wickersham & Taft LLP<br>John J. Rapisardi and Oren B. Haker<br>One World Financial Center<br>New York, NY 10281<br>Email: john.rapisardi@cwt.com<br>oren.haker@cwt.com |

United States Dept. of Justice
Matthew L. Schwartz and Joseph N. Cordaro
86 Chambers Street, 3rd Floor
New York, NY 10007
Email: matthew.schwartz@usdoj.gov
joseph.cordaro@usdoj.gov

Weil, Gotshal & Manges LLP
Jeffrey L. Tanenbaum and Robert J. Lemons
767 Fifth Avenue
New York, NY 10153
Email: Jeff.tanenbaum@weil.com
robert.lemons@weil.com

Schulte Roth & Zabel LLP
Adam C. Harris and David J. Karp
919 Third Avenue
New York, NY 10022
Email: adam.harris@srz.com
david.karp@srz.com

| | |
|---|---|
| Dated: July 29, 2009 | By: ___/s/ Tricia A. Sherick___<br>Tricia A. Sherick<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226<br>Telephone: (313) 465-7662<br>Facsimile: (313) 465-7663<br>Email: tsherick@honigman.com |

DETROIT.3776423.1