## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 27th day of July, 2009, I caused a copy of the **Objection of Connecticut General Life Insurance Company to Second Notice of Assumption and Assignment With Respect to Certain Executory Contracts and Unexpired Leases to be Assumed and Assigned to Parnassus Holdings, II, LLC Under Modified Plan of Reorganization** to be served as indicated upon the following counsel:

**VIA TELEFAX AND U.S. MAIL**

John Wm. Butler, Jr., Esq.
Ron E. Meister, Esq.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Jeffrey L. Tanenbaum, Esq.
Michael P. Kessler, Esq.
Robert J. Lemons, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Brian Masumoto, Esq.
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Richard Mancino, Esq.
Marc Abrams, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

Matthew L. Schwartz, Esq.
Joseph N. Cordaro, Esq.
United States Department of Justice
86 Chambers Street, 3rd Floor
New York, NY 10007

**VIA FEDERAL EXPRESS**
Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
    for the Southern District of New York
614 Alexander Hamilton Custom House
One Bowling Green, Rm. 632
New York, NY 10004-1400

Robert J. Rosenberg, Esq.
Mark A. Broude, Esq.
Latham & Watkins
885 Third Avenue
New York, NY 10022

Donald Bernstein, Esq.
Brian Resnick, Esq.
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017

Kayalyn A. Marafioti, Esq.
Gregory W. Fox, Esq.
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10004

John J. Rapisardi, Esq.
Oren B. Haker, Esq.
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Adam C. Harris, Esq.
David J. Karp, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

**VIA FIRST CLASS MAIL**
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel



Jeffrey C. Wisler

#706386