**Hearing Date and Time: August 20, 2009 at 10:00 a.m. (prevailing Eastern Time)**
**Objection Deadline: August 13, 2009 at 4:00 p.m. (prevailing Eastern Time)**

ALSTON & BIRD LLP
Dennis J. Connolly (DC-9932)
David A. Wender (admitted *pro hac*)
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone (404) 881-7000
Facsimile (404) 881-7777

*Counsel for Furukawa Electric Company, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                          :
In re:                                    :   Chapter 11
                                          :
   DELPHI CORPORATION, *et. al.*,    :   Case No. 05-44481 (RDD)
                                          :
                              Debtors.    :   Jointly Administered
---------------------------------------------------------------x


**NOTICE OF HEARING ON MOTION OF FURUKAWA ELECTRIC COMPANY, LTD. FOR ALLOWANCE OF AN ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(1)(A) AND, IN THE ALTERNATIVE, FOR LEAVE TO FILE A LATE ADMINISTRATIVE EXPENSE CLAIM PURSUANT <u>TO BANKRUPTCY RULE 9006(B)</u>**

     **PLEASE TAKE NOTICE** that on July 30, 2009, Furukawa Electric Company, Ltd. ("Furukawa") filed a Motion for Allowance of an Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) and, in the Alternative, for Leave to File a Late Administrative Expense Claim Pursuant to Bankruptcy Rule 9006(B) (the "Motion").

     **PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Motion will be held on **August 20, 2009**, at **10:00 a.m.** (prevailing Eastern time) (the "Hearing") before the Honorable Robert D. Drain, United States Bankruptcy Court for

the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004 (the "Bankruptcy Court")

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, Case Management Order, entered by this Court on October 14, 2005 and the Fourteenth Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case Management, and Administrative Procedures, entered by this Court on April 30, 2009 (the Fourteenth Supplemental Order"), (c) filed with the Bankruptcy Court in accordance with General Order M-242 (as amended)-registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) be served upon (i) counsel to Furukawa Electric Company, Ltd., Dennis J. Connolly and David A. Wender, Alston & Bird LLP, 1201 West Peachtree Street, Atlanta, Georgia 30309, (ii) all parties shown on the Master Service List, so as to be received no later than **4:00 p.m**. (prevailing Eastern time) on **August 13, 2009** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that only objections made as set forth herein and in accordance with the Case Management Order and the Fourteenth Supplemental Order will be considered by the Bankruptcy Court at the Hearing. If no objections to the Motion are timely filed and served in accordance with the procedures set

- 2 -

forth herein and in the Case Management Order and the Fourteenth Supplemental Order, the Bankruptcy Court may enter an order granting the Motion without further notice.

Dated: July 30, 2009.

           ALSTON & BIRD LLP

           /s/ David A. Wender
           Dennis J. Connolly (DC-9932)
           David A. Wender (admitted *pro hac vice*)

           One Atlantic Center
           1201 West Peachtree Street
           Atlanta, Georgia 30309-3424
           Telephone (404) 881-7000
           Facsimile (404) 881-7777

           *Counsel for Furukawa Electric Company, Ltd.*