ALSTON & BIRD LLP
Dennis J. Connolly (DC-9932)
David A. Wender (admitted *pro hac*)
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone (404) 881-7000
Facsimile (404) 881-7777

*Counsel for Furukawa Electric Company, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
                                                               :
In re:                                                         :   Chapter 11
                                                               :
   DELPHI CORPORATION, *et. al.*,                 :   Case No. 05-44481 (RDD)
                                                               :
                                                   Debtors.    :   Jointly Administered
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

| STATE OF GEORGIA | ) | |
|---|---|---|
| | ) | ss: |
| COUNTY OF FULTON | ) | |

     DAVID A. WENDER, having personally appeared before the undersigned officer, duly authorized to administer oaths in the State of Georgia, and having been duly sworn, deposes and states as follows:

     1.    I am not a party to this action, am over 18 years of age, and am employed by Alston & Bird LLP, 1201 West Peachtree Street, Atlanta, Georgia 30309-3424.

     2.    On the 30th day of July 2009, I caused true and correct copies of the **Notice of Hearing** and **Motion of Furukawa Electric Company, Ltd. for Allowance of an Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) and in the Alternative, for Leave to File a Late Administrative Expense Claim Pursuant to**

- 2 -

**Bankruptcy Rule 9006(B)** to be delivered via electronic mail on the parties listed on the Service List attached hereto as Exhibit "A" and to be delivered by depositing said copies in the United States Mail, with adequate First Class postage affixed thereon, properly addressed to the parties listed on the Service List attached hereto as Exhibit "B."

    FURTHER AFFIANT SAYETH NOT.

/s/ David A. Wender
DAVID A. WENDER

Sworn to and subscribed before me
this 30th day of July 2009.

/s/ Beverly A. Raston
NOTARY PUBLIC

Commission Expires:

June 22, 2012

# EXHIBIT A

# DELPHI CORPORATION
# SERVICE LIST VIA EMAIL

| | |
|---|---|
| pclark@btlaw.com | adalberto@canadas.com |
| rstark@brownrudnick.com | javanzato@apslaw.com |
| bsimon@cwsny.com | david.boyle@airgas.com |
| karen.j.craft@delphi.com | bkessinger@akebono-usa.com |
| sliviri@ffhsj.com | ddunn@akingump.com |
| brian.resnick@dpw.com | idizengoff@akingump.com |
| sreisman@cm-p.com | pgurfein@akingump.com |
| donald.bernstein@dpw.com | mgreger@allenmatkins.com |
| sean.p.corcoran@delphi.com | steven.keyes@aam.com |
| cschiff@flextronics.com | gogimalik@andrewskurth.com |
| paul.anderson@flextronics.com | lwalzer@angelogordon.com |
| trey.chambers@freescale.com | mtf@afrct.com |
| rodbuje@ffhsj.com | aleinoff@amph.com |
| randall.eisenberg@fticonsulting.com | cohen.mitchell@arentfox.com |
| valerie.venable@ge.com | hirsh.robert@arentfox.com |
| lhassel@groom.com | dladdin@agg.com |
| sgross@hodgsonruss.com | joel_gross@aporter.com |
| fgorman@honigman.com | cgalloway@atsautomation.com |
| rweiss@honigman.com | eray@balch.com |
| mariaivalerio@irs.gov | kim.robinson@bfkn.com |
| bburns@laxneville.com | william.barrett@bfkn.com |
| bderrough@jefferies.com | alan.mills@btlaw.com |
| richard.duker@jpmorgan.com | john.gregg@btlaw.com |
| gianni.russello@jpmorgan.com | mark.owens@btlaw.com |
| gnovod@kramerlevin.com | michael.mccrory@btlaw.com |
| tmayer@kramerlevin.com | pmears@btlaw.com |
| sbetance@kccllc.com | wendy.brewer@btlaw.com |
| robert.rosenberg@lw.com | ffm@bostonbusinesslaw.com |
| daniel.fisher@lawdeb.com | tom@beemanlawoffice.com |
| patrick.healy@lawdeb.com | hannah@blbglaw.com |
| blax@laxneville.com | sean@blbglaw.com |
| dcleary@mwe.com | wallace@blbglaw.com |
| jdejonker@mwe.com | murph@berrymoorman.com |
| mkhambati@mwe.com | klaw@bbslaw.com |
| conh@mctiguelaw.com | lschwab@bbslaw.com |
| bmctigue@mctiguelaw.com | pcostello@bbslaw.com |
| lszlezinger@mesirowfinancial.com | tgaa@bbslaw.com |
| jtill@milbank.com | wmosby@binghammchale.com |
| gbray@milbank.com | malerding@binghammchale.com |
| newyork@sec.gov | jtaylor@binghammchale.com |

| | |
|---|---|
| william.dornbos@oag.state.ny.us | tkreller@milbank.com |
| rsiegel@omm.com | mrichards@blankrome.com |
| tjerman@omm.com | rmcdowell@bodmanllp.com |
| menke.john@pbfgc.gov | chill@bsk.com |
| bangert.beth@pbgc.gov | csullivan@bsk.com |
| efile@pbgc.gov | sdonato@bsk.com |
| morris.karen@pbgc.gov | cdelatorre@boselaw.com |
| landy.ralph@pbgc.gov | mtrentadue@boselaw.com |
| sriemer@phillipsnizer.com | amcmullen@bccb.com |
| david.resnick@us.rothschild.com | rjones@bccb.com |
| rdremluk@seyfarth.com | massimiliano_cini@brembo.it |
| jfrizzley@shearman.com | dludman@brownconnery.com |
| dbartner@shearman.com | schristianson@buchalter.com |
| kziman@stblaw.com | mary.caloway@bipc.com |
| rtrust@stblaw.com | william.schorling@bipc.com |
| wrussell@stblaw.com | mhall@burr.com |
| jlyonsch@skadden.com | jeannine.damico@cwt.com |
| rmeisler@skadden.com | oren.haker@cwt.com |
| jbutler@skadden.com | john.rapisardi@cwt.com |
| tmatz@skadden.com | jonathan.greenberg@basf.com |
| kmarafio@skadden.com | rusadi@cahill.com |
| ddoyle@spencerfane.com | jrobertson@calfee.com |
| nfranke@spencerfane.com | rcalinoff@candklaw.com |
| tcornell@stahlcowen.com | dhriggio@gmail.com |
| cs@stevenslee.com | rweisberg@carsonfischer.com |
| jdyas@halperinlaw.net | cahn@clm.com |
| jcohen@stahlcowen.com | ddeutsch@chadbourne.com |
| cp@stevenslee.com | japplebaum@clarkhill.com |
| altogut@teamtogut.com | sdeeby@clarkhill.com |
| bceccotti@cwsny.com | rgordon@clarkhill.com |
| mwarner@warnerstevens.com | maofiling@cgsh.com |
| harvey.miller@weil.com | maofiling@cgsh.com |
| jeff.tanenbaum@weil.com | tmaxson@cohenlaw.com |
| martin.bienenstock@weil.com | jvitale@cwsny.com |
| michael.kessler@weil.com | srosen@cb-shea.com |
| scimalore@wilmingtontrust.com | elliott@cmplaw.com |
| jwisler@cblh.com | prubin@herrick.com |
| solax@contrariancapital.com | anne.kennelly@hp.com |
| wraine@contrariancapital.com | ken.higman@hp.com |
| jstanton@contrariancapital.com | sharon.petrosino@hp.com |
| mlee@contrariancapital.com | mpendell@haslaw.com |
| pretekin@coollaw.com | echarlton@hiscockbarclay.com |
| sjohnston@cov.com | jkreher@hodgsonruss.com |
| swalsh@chglaw.com | sgross@hodgsonruss.com |
| dpm@curtinheefner.com | amoog@hhlaw.com |

| | |
|---|---|
| rsz@curtinheefner.com | ecdolan@hhlaw.com |
| ceilbott@curtis.com | sagolden@hhlaw.com |
| krk4@daimlerchrysler.com | dbaty@honigman.com |
| wsavino@damonmorey.com | tsable@honigman.com |
| james.moore@dechert.com | lmurphy@honigman.com |
| cchiu@daypitney.com | sdrucker@honigman.com |
| davidpmartin@bellsouth.net | lgretchko@howardandhoward.com |
| davidpmartin@erisacase.com | lmcbryan@hwmklaw.com |
| rmeth@daypitney.com | jrhunter@hunterschank.com |
| rbeacher@daypitney.com | tomschank@hunterschank.com |
| glenn.siegel@dechert.com | mmassad@hunton.com |
| carol_sowa@denso-diam.com | sholmes@hunton.com |
| gdiconza@dlawpc.com | aee@hurwitzfine.com |
| john.persiani@dinslaw.com | ben.caughey@icemiller.com |
| richard.kremen@dlapiper.com | greg.bibbes@infineon.com |
| jguerrier@dreierllp.com | jeffery.gillispie@infineon.com |
| andrew.kassner@dbr.com | heather@inplaytechnologies.com |
| david.aaronson@dbr.com | rgriffin@iuoe.org |
| janice.grubin@dbr.com | bruzinsky@jw.com |
| jhlemkin@duanemorris.com | hforrest@jw.com |
| dmdelphi@duanemorris.com | pbarr@jaffelaw.com |
| wmsimkulak@duanemorris.com | jrs@parmenterlaw.com |
| dparker@dykema.com | mcorrea@jonesday.com |
| mmsmith@dykema.com | wschultz@jasoninc.com |
| ssalinas@dykema.com | rpeterson@jenner.com |
| mbusenkell@eckertseamans.com | gerdekomarek@bellsouth.net |
| ayala.hassell@eds.com | cball@jonesday.com |
| bem@eorrlaw.com | pjbenvenutti@jonesday.com |
| akatz@entergy.com | sjfriedman@jonesday.com |
| gettelman@e-hlaw.com | john.sieger@kattenlaw.com |
| eflaagan@faegre.com | rsmolev@kayescholer.com |
| pcollins@farrellfritz.com | kcookson@keglerbrown.com |
| lscarcella@farrellfritz.com | lsarko@kellerrohrback.com |
| charles@filardi-law.com | ggotto@kellerrohrback.com |
| tdonovan@finkgold.com | cwolfe@kelleydrye.com |
| jmurch@foley.com | mstone@kelleydrye.com |
| jsimon@foley.com | lmagarik@kjmlabor.com |
| fstevens@foxrothschild.com | sjennik@kjmlabor.com |
| mviscount@foxrothschild.com | tkennedy@kjmlabor.com |
| ftrikkers@rikkerslaw.com | degan@kslaw.com |
| drosenzweig@fulbright.com | bdimos@kslaw.com |
| mparker@fulbright.com | sdabney@kslaw.com |
| dcimo@gjb-law.com | jstempel@kirkland.com |
| dcrapo@gibbonslaw.com | efox@klng.com |
| bhoover@goldbergsegalla.com | sosimmerman@kwgd.com |

| | |
|---|---|
| abrilliant@goodwinproctor.com | jay.selanders@kutakrock.com |
| cdruehl@goodwinproctor.com | ekutchin@kutchinrufo.com |
| bmehlsack@gkllaw.com | knorthup@kutchinrufo.com |
| pbilowz@goulstonstorrs.com | smcook@lambertleser.com |
| jsabella@gelaw.com | mark.broude@lw.com |
| jeisenhofer@gelaw.com | michael.riela@lw.com |
| mrr@previant.com | mitchell.seider@lw.com |
| mdebbeler@graydon.com | robert.rosenberg@lw.com |
| diconzam@gtlaw.com | mkohayer@aol.com |
| heyens@gtlaw.com | rcharles@lrlaw.com |
| ahalperin@halperinlaw.net | sfreeman@lrlaw.com |
| cpeer@hahnlaw.com | jengland@linear.com |
| jpb@greensfelder.com | austin.bankruptcy@publicans.com |
| ckm@greensfelder.com | dallas.bankruptcy@publicans.com |
| leoscar@hahnlaw.com | houston_bankruptcy@publicans.com |
| cbattaglia@halperinlaw.net | kwalsh@lockelord.com |
| rjclark@hancocklaw.com | tmcfadden@lockelord.com |
| ddragich@hdolaw.com | gschwed@loeb.com |
| hleinwand@aol.com | whawkins@loeb.com |
| judith.elkin@haynesboone.com | bnathan@lowenstein.com |
| lenard.parkins@haynesboone.com | ilevee@lowenstein.com |
| kenric.kattner@haynesboone.com | krosen@lowenstein.com |
| mquinn@mwe.com | metkin@lowenstein.com |
| lsalzman@mccarthy.ca | scargill@lowenstein.com |
| vjones@millermartin.com | vdagostino@lowenstein.com |
| sarbt@millerjohnson.com | egc@lydenlaw.com |
| greenj@millercanfield.com | axs@maddinhauser.com |
| fusco@millercanfield.com | jlanden@madisoncap.com |
| pjricotta@mintz.com | lmc@ml-legal.com |
| jeff.ott@molex.com | vmastromar@aol.com |
| agottfried@morganlewis.com | gsantella@masudafunai.com |
| mzelmanovitz@morganlewis.com | dadler@mccarter.com |
| resterkin@morganlewis.com | eglas@mccarter.com |
| lberkoff@moritthock.com | jsalmas@mccarthy.ca |
| rurbanik@munsch.com | gravert@mwe.com |
| sandy@nlsg.com | jmsullivan@mwe.com |
| knathan@nathanneuman.com | sselbst@mwe.com |
| lisa.moore2@nationalcity.com | shandler@mwe.com |
| marty_noland@nrel.gov | sopincar@mcdonaldhopkins.com |
| george.cauthen@nelsonmullins.com | sriley@mcdonaldhopkins.com |
| tracy.richardson@dol.lps.state.nj.us | jbernstein@mdmc-law.com |
| bbeckworth@nixlawfirm.com | amccollough@mcguirewoods.com |
| eabdelmasieh@nmmlaw.com | dblanks@mcguirewoods.com |
| dgheiman@jonesday.com | jmaddock@mcguirewoods.com |
| cahope@chapter13macon.com | tslome@msek.com |

| | |
|---|---|
| jay.hurst@oag.state.tx.us | hkolko@msek.com |
| msutter@ag.state.oh.us | lpeterson@msek.com |
| michaelz@orbotech.com | mmeyers@mlg-pc.com |
| mmoody@orourkeandmoody.com | emeyers@mrrlaw.net |
| aenglund@orrick.com | rrosenbaum@mrrlaw.net |
| fholden@orrick.com | mdtcbkc@miamidade.gov |
| jguy@orrick.com | miag@michigan.gov |
| rdaversa@orrick.com | raterinkd@michigan.gov |
| rwyron@orrick.com | miag@michigan.gov |
| mseidl@pszjlaw.com | jdonahue@miheritage.com |
| rfeinstein@pszjlaw.com | trenda@milesstockbridge.com |
| dalowenthal@pbwt.com | claufenberg@kellerrohrback.com |
| dwdykhouse@pbwt.com | eriley@kellerrohrback.com |
| spaethlaw@phslaw.com | ischarf@pszjlaw.com |
| arosenberg@paulweiss.com | susanwhatley@nixlawfirm.com |
| cweidler@paulweiss.com | jangelovich@nixlawfirm.com |
| ddavis@paulweiss.com | dweiner@schaferandweiner.com |
| emccolm@paulweiss.com | hborin@schaferandweiner.com |
| jbrass@paulweiss.com | mnewman@schaferandweiner.com |
| sshimshak@paulweiss.com | mwernette@schaferandweiner.com |
| housnerp@michigan.gov | shellie@schaferandweiner.com |
| kmayhew@pepehazard.com | rheilman@schaferandweiner.com |
| lawallf@pepperlaw.com | egeekie@schiffhardin.com |
| jaffeh@pepperlaw.com | myarnoff@sbclasslaw.com |
| caseyl@pepperlaw.com | shandler@sbclasslaw.com |
| varughesen@pepperlaw.com | david.karp@srz.com |
| scarter@pselaw.com | james.bentley@srz.com |
| jmanheimer@pierceatwood.com | michael.cook@srz.com |
| kcunningham@pierceatwood.com | pbaisier@seyfarth.com |
| rjp@pbandg.com | rdremluk@seyfarth.com |
| karen.dine@pillsburylaw.com | whanlon@seyfarth.com |
| margot.erlich@pillsburylaw.com | bshaw100@shawgussis.com |
| mark.houle@pillsburylaw.com | bharwood@sheehan.com |
| richard.epling@pillsburylaw.com | lawtoll@comcast.net |
| robin.spear@pillsburylaw.com | ewaters@sheppardmullin.com |
| bsmoore@pbnlaw.com | msternstein@sheppardmullin.com |
| jsmairo@pbnlaw.com | tcohen@sheppardmullin.com |
| jh@previant.com | twardle@sheppardmullin.com |
| enrique.bujidos@es.pwc.com | rthibeaux@shergarner.com |
| mgr@previant.com | rthibeaux@shergarner.com |
| xst@qad.com | bankruptcy@goodwin.com |
| jharris@quarles.com | bankruptcy@goodwin.com |
| jdawson@quarles.com | asherman@sillscummis.com |
| knye@quarles.com | jzackin@sillscummis.com |
| rlp@quarles.com | skimmelman@sillscummis.com |

| | |
|---|---|
| wolfordr@millerjohnson.com | vhamilton@sillscummis.com |
| apille@reedsmith.com | cfortgang@silverpointcapital.com |
| elazarou@reedsmith.com | kmiller@skfdelaware.com |
| jkaczka@republicengineered.com | fyates@sonnenschein.com |
| jlapinsky@republicengineered.com | mmachen@sonnenschein.com |
| jshickich@riddellwilliams.com | opinkas@sonnenschein.com |
| jcrotty@rieckcrotty.com | rrichards@sonnenschein.com |
| mscott@riemerlaw.com | lloyd.sarakin@am.sony.com |
| holly@regencap.com | emarcks@ssd.com |
| amathews@robinsonlaw.com | cmeyer@ssd.com |
| cnorgaard@ropers.com | sarah.morrison@doj.ca.gov |
| gregory.kaden@ropesgray.com | hwangr@michigan.gov |
| tslome@rsmllp.com | przekopshaws@michigan.gov |
| rtrack@msn.com | jmbaumann@steeltechnologies.com |
| agelman@sachnoff.com | rkidd@srcm-law.com |
| cbelmonte@ssbb.com | shapiro@steinbergshapiro.com |
| pbosswick@ssbb.com | cschulman@sachnoff.com |
| rcarrillo@ssbb.com | jspecf@sternslaw.com |
| pricotta@mintz.com | jposta@sternslaw.com |
| jwielebinski@munsch.com | cp@stevenslee.com |
| drukavina@munsch.com | cs@stevenslee.com |
| loucourtsum@stites.com | mshaiken@stinsonmoheck.com |
| egoldberg@stutman.com | robert.goodrich@stites.com |
| ipachulski@stutman.com | madison.cashman@stites.com |
| cpajak@stutman.com | wbeard@stites.com |
| rbaskin@tblawllp.com | jdavidson@stutman.com |
| efiledocketgroup@fagelhaber.com | ferrell@taftlaw.com |
| guzzi@whitecase.com | miller@taftlaw.com |
| dbaumstein@ny.whitecase.com | jteitelbaum@morganlewis.com |
| featon@miami.whitecase.com | agbanknewyork@ag.tn.gov |
| cschreiber@winston.com | jforstot@tpw.com |
| gtoering@wnj.com | lcurcio@tpw.com |
| mcruse@wnj.com | niizeki.tetsuhiro@furukawa.co.jp |
| growsb@wnj.com | robert.morris@timken.com |
| mwarner@warnerstevens.com | mcolabianchi@thelen.com |
| lekvall@wgllp.com | rhett.campbell@tklaw.com |
| aordubegian@weineisen.com | ira.herman@tklaw.com |
| gpeters@weltman.com | john.brannon@tklaw.com |
| gkurtz@ny.whitecase.com | lnewman@tcfhlaw.com |
| tlauria@whitecase.com | dquaid@tcfhlaw.com |
| barnold@whdlaw.com | tguerriero@us.tiauto.com |
| jmoennich@wickenslaw.com | jlevi@toddlevi.com |
| dneier@winston.com | bmcdonough@teamtogut.com |
| mwinthrop@winthropcouchot.com | jwilson@tylercooper.com |
| sokeefe@winthropcouchot.com | matthew.schwartz@usdoj.gov |

| | |
|---|---|
| djury@usw.org | hzamboni@underbergkessler.com |
| tscobb@vorys.com | mkilgore@up.com |
| rgmason@wlrk.com | robert.welhoelter@wallerlaw.com |

# EXHIBIT B

## SERVICE LIST VIA FIRST CLASS MAIL

| | |
|---|---|
| Israel Goldowitz<br>Pension Benefit Guaranty Corporation<br>1200 K Street, NW<br>Suite 340<br>Washington, DC  20005-4026 | MaryAnn Brereton<br>Assistant General Counsel<br>Tyco Electronics Corporation<br>60 Columbia Road<br>Morristown, NJ  07960 |
| Brian Masumoto<br>United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY  10004-2112 | Stephen Toy<br>WL Ross & Co., LLC<br>1166 Avenue of the Americas<br>New York, NY  10036-1100 |