**Hearing Date and Time: August 20, 2009 at 10:00 a.m. (prevailing Eastern time)**
**Objection Deadline and Time: August 13, 2009 at 4:00 p.m. (prevailing Eastern time)**

DUANE MORRIS LLP
COUNSEL TO PLYMOUTH RUBBER COMPANY, LLC

1540 Broadway
New York, NY 10036-4086
Telephone: 212.692.1022
Gerard S. Catalanello, Esq.
James J. Vincequerra, Esq.
William Heuer, Esq.

and

470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02210-2600
Telephone: 857.488.4200
Paul D. Moore, Esq.
Jeffrey D. Sternklar, Esq.
Kara M. Zaleskas, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

**NOTICE OF HEARING ON MOTION OF PLYMOUTH RUBBER COMPANY, LLC FOR ORDER DEEMING ADMINISTRATIVE CLAIM OF PLYMOUTH RUBBER COMPANY, LLC TIMELY FILED AND FOR RELATED RELIEF**

**PLEASE TAKE NOTICE** that on July 31, 2009, Plymouth Rubber Company, LLC ("Plymouth Rubber") filed a *Motion Of Plymouth Rubber Company, LLC For Order Deeming Administrative Claim Of Plymouth Rubber Company, LLC Timely Filed And For Related Relief* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Motion will be held on **August 20, 2009**, at **10:00 a.m.** (prevailing Eastern time) (the "Hearing")

before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, the Case Management Order, entered by this Court on October 14, 2005, and the *Fourteenth Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case Management, and Administrative Procedures*, entered by this Court on April 30, 2009 (the "Fourteenth Supplemental Order"), (c) filed with the Bankruptcy Court in accordance with General Order M-242 (as amended)-registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windowsbased word processing format), (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) be served upon (i) counsel to Plymouth Rubber Company, LLC: Paul D. Moore, Esq., Duane Morris LLP, 470 Atlantic Avenue, Suite 500, Boston, Massachusetts 02210-2600, and James J. Vincequerra, Esq., Duane Morris LLP, 1540 Broadway, New York, New York, 10036-4086, and (ii) all parties shown on the Master Service List, so as to be received no later than **4:00 p.m**. (prevailing Eastern time) on **August 13, 2009** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that only objections raised as set forth herein and in accordance with the Case Management Order and the Fourteenth Supplemental Order will be considered by the Bankruptcy Court at the Hearing. If no objections to the Motion are timely

2

filed and served in accordance with the procedures set forth herein and in the Case Management Order and the Fourteenth Supplemental Order, the Bankruptcy Court may enter an order granting the Motion without further notice.

Dated: New York, New York
      July 31, 2009

**DUANE MORRIS LLP**

By:  /s/ James J. Vincequerra_____
Gerard S. Catalanello (GC-0945)
James J. Vincequerra (JV-6270)
1540 Broadway
New York, NY 10036-4086
Telephone: 212.692.1022

and

Paul D. Moore, Esq.
Jeffrey D. Sternklar, Esq.
Kara M. Zaleskas, Esq.
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02210-2600
Telephone: 857.488.4200

*Counsel to Plymouth Rubber Company, LLC*