# EXHIBIT D

DUANE MORRIS LLP
1540 Broadway
New York, NY 10036-4086
Telephone: 212-692-1000
Gerard S. Catalanello, Esq.
James J. Vincequerra, Esq.
William Heuer, Esq.

and

Paul D. Moore, Esq.
Jeffrey D. Sternklar, Esq.
Kara M. Zaleskas, Esq.
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02210-2600
Telephone: 857-488-4200

*Attorneys for Plymouth Rubber Company, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

**DECLARATION OF KARA ZALESKAS IN SUPPORT OF MOTION OF**
**PLYMOUTH RUBBER COMPANY, LLC FOR RELIEF RELATING TO THE**
**ADMINISTRATIVE CLAIMS BAR DATE**

I, KARA ZALESKAS, hereby depose and state as follows under the pains and penalties of perjury:

1. I am an attorney at the law firm Duane Morris LLP ("DM"). I submit this Declaration in support of the motion of Plymouth Rubber Company, LLC ("Plymouth Rubber") seeking relief relating to the administrative claims bar date, filed contemporaneously herewith in the above-captioned bankruptcy case of Delphi Corporation and its debtor affiliates (collectively, the "Debtors"). I have personal knowledge of all facts stated in this Declaration, except as otherwise

stated or for those facts stated upon information and belief, and, as to those facts, I believe them to be true and correct.

2.  On or around July 16, 2009, I received an email that was originally sent from Thomas Kennedy, Esq., counsel for Versa Capital Management, Inc. ("Versa"). The email contained an attachment of bankruptcy notices that had been sent to Plymouth Rubber Company, Inc.

3.  On July 16, 2009, I left a voicemail message for Ronald Meisler, Esq., a partner at the law firm Skadden, Arps, Slate, Meagher & Flom LLP, who was identified on one of the notices as bankruptcy counsel to the Debtors. In my voicemail message, I informed Mr. Meisler that I was calling with respect to the administrative claims bar date in the Debtors' bankruptcy cases and the concerns of DM's client, Plymouth Rubber, relating thereto.

4.  On July 17, 2009, I spoke with Mr. Joseph Wharton, a colleague of Mr. Meisler, who informed me that he would present to the Debtors Plymouth Rubber's request to be excused from the administrative claims bar date, and would respond as soon as he had an answer from his clients.

5.  On July 20, 2009, Mr. Wharton contacted me and advised that the Debtors did not agree to deem Plymouth Rubber's administrative claims as timely filed and that the Debtors did not waive the right to seek disallowance of Plymouth Rubber's administrative claims on timeliness grounds.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 31, 2009

_____
Kara Zaleskas

2

DM3\1094654.1