## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 3rd day of August, 2009, I caused a copy of the **Objection of Connecticut General Life Insurance Company to Notice of Assumption and Assignment With Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to DIP Holdco 3, LLC Under Modified Plan of Reorganization** to be served as indicated upon the following counsel:

### VIA TELEFAX AND U.S. MAIL

John Wm. Butler, Jr., Esq.
Ron E. Meister, Esq.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Robert J. Rosenberg, Esq.
Mark A. Broude, Esq.
Latham & Watkins
885 Third Avenue
New York, NY 10022

Jeffrey L. Tanenbaum, Esq.
Michael P. Kessler, Esq.
Robert J. Lemons, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Donald Bernstein, Esq.
Brian Resnick, Esq.
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017

Brian Masumoto, Esq.
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Kayalyn A. Marafioti, Esq.
Gregory W. Fox, Esq.
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10004

Richard Mancino, Esq.
Marc Abrams, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

John J. Rapisardi, Esq.
Oren B. Haker, Esq.
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Matthew L. Schwartz, Esq.
Joseph N. Cordaro, Esq.
United States Department of Justice
86 Chambers Street, 3rd Floor
New York, NY 10007

Adam C. Harris, Esq.
David J. Karp, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

### VIA FEDERAL EXPRESS

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
   for the Southern District of New York
614 Alexander Hamilton Custom House
One Bowling Green, Rm. 632
New York, NY 10004-1400

### VIA FIRST CLASS MAIL

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel



_____
Jeffrey C. Wisler

#706937