DECHERT LLP
Glenn E. Siegel
Charles I. Poret
Daniel C. Malone
James O. Moore
1095 Avenue of the Americas
New York, New York 10036-6797
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
*Counsel for Kensington International Limited,*
*Manchester Securities Corp. and*
*Springfield Associates, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
:
In re:                                          :    Chapter 11
:
DELPHI CORPORATION, et al.,      :    Bankr. Case No. 05-44481 (AJG)
:
Debtors.              :    Jointly Administered
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Michelle Moezzi, hereby certify under penalty of perjury that:

I am not a party to the action, am over the age of eighteen years of age, and reside in Westchester County, New York.

On July 29, 2009, I caused to be served a true and exact copy of the Statement of Kensington International Limited, Manchester Securities Corp. and Springfield Associates, LLC in Support of the Modified Plan and Master Disposition Agreement [Docket No. 18680], by electronic mail upon the parties listed in Exhibit "A" attached hereto and by overnight mail upon the parties listed in Exhibit "B" attached hereto.

Dated: August 3, 2009

                                                      */s/ Michelle S. Moezzi*
                                                      Michelle S. Moezzi

## **EXHIBIT A**

Electronic Mail

jack.butler@skadden.com
kayalyn.marafioti@skadden.com

## EXHIBIT B

Overnight Mail Service List

Brian Masumoto
The Office of the United States Trustee
33 Whitehall Street
New York, New York 10004

John (Jack) Wm. Butler, Jr.
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Chicago, Illinois 60606

Kayalyn A. Marafioti
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036