DUANE MORRIS LLP
1540 Broadway
New York, NY 10036-4086
Telephone: 212-692-1000
Gerard S. Catalanello, Esq.
James J. Vincequerra, Esq.
William Heuer, Esq.

and

Paul D. Moore, Esq.
Jeffrey D. Sternklar, Esq.
Kara M. Zaleskas, Esq.
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02210-2600
Telephone: 857-488-4200

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

**SUPPLEMENTAL VERIFIED STATEMENT OF DUANE MORRIS LLP**
**PURSUANT TO FED. R. BANKR. P. 2019(A)**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, Duane Morris LLP ("Duane Morris") hereby submits this Verified Statement and represents as follows:

1. On or about October 8, 2005 and October 14, 2005 (collectively, "Petition Date"), Delphi Corporation and certain of its subsidiaries (collectively, the "Debtors") commenced cases (the "Cases") by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2. On or about December 8, 2005, Duane Morris submitted the *Verified Statement Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure*, Docket No. 1470 (the "Initial

DM3\1099116.1

2019 Statement")[1]  Pursuant to the Initial 2019 Statement, Duane Morris disclosed that, in connection with the Cases, it represents: (i) ACE American Insurance Company and certain of its affiliates (collectively, the "ACE Companies"); (ii) Behr Industries Corporation; and (iii) J.S.T. Corporation (the "Original Delphi Clients"). *See id*. Duane Morris hereby supplements the Initial 2019 Statement to report as follows.

3. In addition to the Original Delphi Clients, Duane Morris represents Plymouth Rubber Company, LLC ("Plymouth Rubber") in connection with the Cases.

4. The administrative claim of Plymouth Rubber arises out of post-petition transactions and events involving, among others, Plymouth Rubber and Delphi Automotive Systems, LLC, one of the Debtors.

5. All of the Original Delphi Clients and Plymouth Rubber have requested that Duane Morris represent them in the Cases.

6. Duane Morris does not hold any claim against, or own any interest in, the Debtors, nor has it at any time held any such claim or owned any such interest.

Counsel hereby verifies that this Verified Statement is true and accurate, to the best of the undersigned's knowledge, information and belief.

Dated: New York, New York
       August 3, 2009

**DUANE MORRIS LLP**

By:    /s/ James J. Vincequerra
       Gerard S. Catalanello (GC-0945)
       James J. Vincequerra (JV-6270)
       1540 Broadway
       New York, NY 10036-4086
       Telephone: 212.692.1022

---

[1] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to them in the Initial 2019 Statement.

2