Dear Judge Drain,

I am an hourly employee of Delphi. I was forced to leave and was promised to get covered by GM by leaving my job. I paid into the GM pension fund for 30 years till the spin off. How can you not let them live up to there promise.

Because of this I will lose my home, my heath care, food, and our everything. How can you and the president do this? How can you throw us under the bus? I never missed a day in 35 years. I worked and did everything for the company. We had a clause that they would cover us. So now you want to add 10,000 local people in our economy to bankruptcy and welfare? How are we going to live? How is this to be? You let them give the big bosses millions of dollars as bonus and we get nothing? We were told we would have our supplement until we reached 62. Now how are we going to live? How can you let this company get away with this? What about all there money overseas were they did not go bankrupt? You let these company's make us wards of the states?

We live in a depressed area and there are no jobs I am inclosing Sundays paper. Now I get to loose my home and all and be a ward of the state? I will make sure each and everyone of you will receive your good tidings at re-election time. How could you put your heads down at night sleep? Now without our tax bases what is going to happen to all of your pensions and healthcare? What goes around comes around remember that.

Do not let them get away with this. We worked hard and was given a promise and contract that they would protect us and without the working man and decent paying jobs you yourself could be in the PBGC and than what. Does anyone see that you are letting the big business run over the workers? Without our supplement we will be in line for health care, hand outs, food stamps and welfare. You need to stand up for the people and make them accountable for what they have promised. There are 70 thousand of us all over not counting the poor salary people that also paid into the GM retirement too. We need your help. I ask you as a tax payer and human being that you make them accountable to their promises and the contract that they have made.

Thank you for your time and hopefully a decent decision on this matter.

Kenneth Ondash



RECEIVED
AUG - 4 2009
USBC-SDNY
RDD