Ref: Delphi Corp Case #05-44481 filed 10/8/05                          7/25/09

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Dear Honorable Judge Robert D. Drain,

    Please delay making a decision on Delphi's plan to terminate the salary pension plan until after Congress has a chance to review the details of this proposal.

    I was employed as an engineer for 22 years @ GM prior to an involuntary spin off to Delphi in 1999. It appeared to me that GM was setting Delphi up for failure. Namely, renegotiating all "parts" contracts to lower prices, buying Delphi parts at or below cost, forcing GM UAW hourly wage structure on Delphi, among other things. Here in Rochester, NY GM "cherry picked" the fuel cell business out of Delphi and relocated in nearby Honeoye Falls, NY. GM kept the parts trademarks Delco & (AC).

    I have already lost all of my Delphi promised health care and other benefits and really cannot afford to have my pension reduced if dumped to the PBGC. I got an early start with an engineering job after college @ 21 years old. I am now retired from Delphi, but only 53 years old and looking @ an additional 50% reduction on top of my already age reduced pension.

    Delphi has hundreds of millions of $ to feed the bankruptcy lawyers! Please help them all regain their integrity and do the right thing for retirees.

Sincerely,
Michael E. Graney

MICHAEL E. GRANEY
260 PHELPS RD
HONEOYE FALLS NY 14472                          585-533-1964