FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, NY 10103
(212) 318-3000
David A. Rosenzweig (DR-5742)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| DELPHI CORP., *et al.*, | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**FIRST AMENDED STATEMENT PURSUANT TO RULE 2019 OF**
**THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure, Fulbright & Jaworski L.L.P. ("Fulbright") files this Statement:

1. Fulbright represents the parties-in-interest identified below in these chapter 11 cases:

   (a)   Hirschmann Car Communications GMBH
         Stuttgarter Str 45 51
         D72654 Neckartenzlingen
         Germany

   (b)   Southwest Research Institute
         6220 Culebra Road
         San Antonio, Texas   78238-5166

   (c)   Solvay Flourides, LLC
         3333 Richmond Avenue
         Houston, Texas 77098

   (d)   Solvay Advanced Polymers, L.L.C.
         4500 McGinnis Ferry Road
         Alpharetta, Georgia 30005-3914 USA

65312189_1.DOC

  (e)  National Instruments Corporation
     11500 North Mopac Expressway
     Building B
     Austin, Texas 78759

  (f)  AT&T Corp.
     1 AT&T Way
     Room 3A215
     Bedminister, New Jersey 07921

  2. Fulbright may currently represent other entities, not listed above, in matters pertaining to the debtors and/or certain of its affiliates and in the future may undertake other engagements. In the event that such representations come to involve representations in these chapter 11 cases, Fulbright will supplement this Statement.

  3. The nature, amount and time of acquisition of the claims of each client are set forth in the proofs of claim filed with the Court. The claims generally arise from certain goods and services provided by the clients to the Debtors on credit and, with regard to AT&T Corp., relate to assumption or rejection of executory contracts with the Debtors.

  4. The representations set forth in paragraph 1 above constitute separate representations. They are not under or in connection with, nor are Fulbright's clients acting together pursuant to, a deposit agreement, proxy, trust mortgage, trust indenture, deed of trust or committee arrangement. There is no instrument under which Fulbright is empowered to act on behalf of these clients, except for an engagement agreement, if any. If requested by the Court to do so, Fulbright will provide a copy of any such engagement letter, with a request that such be filed under seal because it contains information covered by the attorney-client privilege.

  5. Fulbright does not hold any claims against or interest in any of the debtors.

  6. The undersigned makes this declaration under the penalties of perjury, to the best of his knowledge and information based upon information supplied to him by others.

Dated:   August 5, 2009

          FULBRIGHT & JAWORSKI L.L.P.

          By:   /s/ David A. Rosenzweig

          David A. Rosenzweig (DR–5742)
          666 Fifth Avenue
          New York, New York 10103
          (212) 318-3000