**<u>EXHIBIT A</u>**

| United States Bankruptcy Court<br>Southern District Of New York<br>Delphi Corporation et al. Claims Processing<br>c/o Kurtzman Carson Consultants LLC 2335 Alaska Ave.<br>El Segundo, California 90245 | Administrative Expense Claim Form | |
|---|---|---|
| Debtor against which claim is asserted: Delphi Corporation, *et al* 05-44481 | Case Name & Number:<br>In Re: Delphi Corporation, *et al*. 05-44481<br>Chapter 11, Jointly Administered | |

**NOTE:** This form should not be used to make a claim in connection with a request for payment for goods or services provided to the Debtors prior to the commencement of the case. This Administrative Expense Claim Form is to be used solely in connection with a request for payment of an administrative expense arising after commencement of the case but prior to June 1, 2009, pursuant to 11 U.S.C. §503.

| Name Of Creditor: (The person or entity to whom the debtor owes money or property):<br>AT&T Solutions Inc. And Its Affiliated Entities<br><br>Name And Address Where Payment Should Be Sent:<br>AT&T Services, Inc.<br>Attention: James Grudus<br>One AT&T Way, Room 3A218<br>Bedminster, NJ 07921<br>Telephone: (908) 234-3318 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: see attached spreadsheet | Check here if this claim ☐ replaces<br>☐ amends a previously filed claim, dated: _____ . | |

1. BASIS FOR CLAIM:

☐ Goods Sold      ☐ Retiree Benefits as defined in 11 U.S.C. §1114(a)
☒ Services Performed      ☐ Wages, salaries and compensation (fill out below)
☐ Money Loaned      Your social security number _____
☐ Personal Injury/wrongful death      Unpaid compensation for services performed
☐ Taxes      from _____ to _____
☐ Other (describe briefly)        date     date

| 2. DATE DEBT WAS INCURRED: 10/8/2005 - 6/1/2009 | 3. IF COURT JUDGMENT, DATE OBTAINED: |
|---|---|

4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM: $ 2,973,848.25*

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

5. Brief Description Of Claim ( attach any additional information): telecommunications services

| 6. **CREDITS AND SETOFFS**: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.<br>7. **SUPPORTING DOCUMENTS**: *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments or evidence of security interests. DO NOT SEND ORIGINAL DOCUMENTS. If documents are not available, please explain. If the documents are voluminous, attach a summary. Any attachment must be 8.5" by 11".<br>8. **DATE STAMPED COPY**: To receive an acknowledgement of the filing of your claim, enclose a stamped, self addressed envelope and copy of this proof of claim form. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

| Date:<br>7/14/09 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>By: Eric H. Horn ✗<br>Eric H. Horn, Esq. Counsel to AT&T Solutions Inc. and Its Affiliated Entities. |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.

\*Claimant reserves all rights, including but not limited to, the right to amend this proof of claim to incorporate further administrative expense amounts.

12459/1249
07/14/2009 12044496.1

**AT&T Accounts**

Results as of 200905

Report run date: 6/22/2009

| Customer | Account Number | AR Net | | | | | |
|---|---|---|---|---|---|---|---|
| DELPHI AUTOMOTIVE | 3300 | $1,347,040.27 | $404,107.12 | $0.00 | $0.00 | $0.00 | $942,933.15 |
| Delphi Deutschland | 4379 | $344,874.64 | $1,917.45 | $134,343.51 | $22,175.44 | $23,684.56 | $162,753.68 |
| Delphi Deutschland | 8939 | $161,461.31 | $0.00 | $16,175.44 | $147,145.07 | $0.00 | $32,053.26 |
| Delphi Deutschland | 3761 | $248,011.73 | $19,680.95 | $25,370.09 | $25,370.09 | $101,480.35 | $76,110.26 |
| Delphi Automotive | 1227 | $220,374.80 | $54,847.77 | $49,343.23 | $0.00 | $81,428.28 | $34,755.52 |
| DELPHI AUTOMOTIVE | 3470 | $112,008.56 | $3,595.28 | $3,801.05 | $3,703.63 | $6,223.77 | $94,684.81 |
| DELPHI | 8140 | $77,329.02 | $0.00 | $0.00 | $0.00 | $0.00 | $77,329.02 |
| Delphi Packard Electric | 3610 | $100,876.73 | $33,771.58 | $0.00 | $0.00 | $8,794.46 | $58,310.69 |
| DELPHI AUTOMOTIVE | 3493 | $61,467.28 | $3,174.75 | $3,174.75 | $3,174.75 | $3,174.75 | $48,768.27 |
| DELPHI AUTOMOTIVE | 5889 | $48,986.98 | $0.00 | $0.00 | $0.00 | $0.00 | $48,986.99 |
| Delphi Diesel Systems | 1762 | $57,024.49 | $8,083.83 | $14,849.21 | $15,686.47 | $0.00 | $18,404.98 |
| KAREN N FAULKNER | 3001 | $26,907.75 | $2,340.00 | $3,875.03 | $2,609.19 | $3,260.19 | $14,823.34 |
| DELPHI CORP. | 3083 | $20,338.23 | $6,492.68 | $204.61 | $0.00 | $0.00 | $13,640.94 |
| DELPHI DIESEL | 3388 | $12,688.98 | $0.00 | $0.00 | $0.00 | $0.00 | $12,688.98 |
| DELPHI DIESEL | 5149 | $37,927.08 | $9,006.90 | $9,006.90 | $9,006.90 | $0.00 | $10,906.39 |
| Delphi Automotive | 9659 | $11,364.63 | $0.00 | $0.00 | $501.17 | $2,703.61 | $8,159.84 |
| Delphi Automotive | 5466 | $7,447.48 | $0.00 | $0.00 | $0.00 | $1,332.13 | $6,115.35 |
| DELPHI AUTOMOTIVE | 8013 | $6,984.75 | $0.00 | $0.00 | $0.00 | $0.00 | $6,984.75 |
| DELPHI AUTOMOTIVE | 5663 | $12,933.26 | $2,154.68 | $2,154.68 | $2,154.68 | $2,154.68 | $4,314.53 |
| Delphi Italia Automotive | 0900 | $5,304.83 | $0.00 | $0.00 | $0.00 | $0.00 | $5,304.83 |
| Delphi Italia Automotive | 4307 | $4,778.89 | $0.00 | $0.00 | $0.00 | $0.00 | $4,778.89 |
| Delphi Italia Automotive | 3585 | $4,666.49 | $0.00 | $0.00 | $0.00 | $0.00 | $4,666.49 |
| Delphi Belgium NV | 2403 | $4,462.09 | $0.00 | $0.00 | $0.00 | $0.00 | $4,462.09 |
| Delphi Hungary kft | 0203 | $4,336.61 | $0.00 | $0.00 | $0.00 | $0.00 | $4,336.61 |
| Delphi Automotive | 1638 | $205,464.91 | $70,714.43 | $130,554.50 | $0.00 | $0.00 | $4,195.98 |
| DELPHI PACKARD | 5864 | $4,086.81 | $0.00 | $0.00 | $0.00 | $0.00 | $4,086.81 |
| Delphi Automotive | 5468 | $3,675.47 | $0.00 | $0.00 | $0.00 | $0.00 | $3,675.47 |
| Delphi Poland SA | 2189 | $3,534.68 | $0.00 | $0.00 | $0.00 | $0.00 | $3,534.69 |
| Delphi France SAS | 5787 | $3,446.37 | $0.00 | $0.00 | $0.00 | $0.00 | $3,446.37 |
| DELPHI AUTOMOTIVE | 1185 | $3,282.52 | $0.00 | $0.00 | $0.00 | $0.00 | $3,282.52 |
| Delphi Thermal | 3491 | $11,035.14 | $2,758.79 | $2,758.79 | $2,758.79 | $2,758.79 | $0.11 |
| DELPHI AUTOMOTIVE | 6033 | $2,744.99 | $0.00 | $0.00 | $0.00 | $0.00 | $2,744.88 |
| Delphi Italia Automotiv | 5464 | $2,704.03 | $0.00 | $0.00 | $0.00 | $0.00 | $2,704.03 |
| Delphi Automotiv | 5465 | $2,704.03 | $0.00 | $0.00 | $0.00 | $0.00 | $2,704.03 |
| Delphi Automotiv | 3486 | $2,488.18 | $0.00 | $0.00 | $0.00 | $0.00 | $2,488.18 |
| DELPHI AUTOMOTIVE | 3478 | $2,456.23 | $0.00 | $0.00 | $0.00 | $0.00 | $2,456.23 |

| Customer | Account Number | AR Net | 30 | 60 | 90 | 120 | 62+ |
|---|---|---|---|---|---|---|---|
| DELPHI AUTOMOTIVE | 3489 | $2,363.48 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DELPHI AUTOMOTIVE | 3490 | $2,363.48 | $0.00 | $0.00 | $0.00 | $0.00 | $2,363.48 |
| DELPHI AUTOMOTIVE | 3481 | $2,349.75 | $0.00 | $0.00 | $0.00 | $0.00 | $2,349.75 |
| DELPHI AUTOMOTIVE | 3487 | $2,325.58 | $0.00 | $0.00 | $0.00 | $0.00 | $2,325.58 |
| DELPHI AUTOMOTIVE | 3488 | $2,206.54 | $0.00 | $0.00 | $0.00 | $0.00 | $2,206.54 |
| DELPHI AUTOMOTIVE | 3472 | $2,206.54 | $0.00 | $0.00 | $0.00 | $0.00 | $2,206.54 |
| DELPHI CIO ATT | 5002 | $1,925.92 | $0.00 | $0.00 | $0.00 | $0.00 | $1,925.92 |
| Delphi Polska | 8158 | $1,854.50 | $0.00 | $0.00 | $0.00 | $0.00 | $1,854.50 |
| Delphi Polska | 5489 | $1,854.50 | $0.00 | $0.00 | $0.00 | $0.00 | $1,854.50 |
| CSC-DELPHI | 1357 | $3,609.00 | $1,804.00 | $1,805.00 | ($1,782.00) | $22.00 | $1,760.00 |
| Delphi- TVS Diesel | 6066 | $3,379.04 | $555.12 | $561.99 | $560.68 | $566.32 | $1,124.95 |
| Delphi Automotive | 0374 | $14,277.94 | $0.00 | $0.00 | $12,912.71 | $0.00 | $1,365.22 |
| CSC | 4124 | $4,970.23 | $1,243.22 | $1,231.19 | $1,231.42 | $1,231.49 | $32.91 |
| Delphi AutomotiV | 5467 | $1,222.52 | $0.00 | $0.00 | $0.00 | $0.00 | $1,222.52 |
| AT&T SOLUTIONS | 1388 | $1,216.53 | $0.00 | $0.00 | $0.00 | $0.00 | $1,216.53 |
| Delphi Automotive | 1448 | $971.05 | $0.00 | $0.00 | $0.00 | $0.00 | $971.05 |
| DELPHI | 0170 | $172,898.96 | $125,289.74 | $42,968.56 | $3,822.53 | $596.54 | $221.59 |
| DELPHI | 1555 | $1,095.84 | $120.13 | $119.11 | $117.71 | $123.96 | $614.93 |
| DELPHI AUTOMOTIVE | 1476 | $713.16 | $0.00 | $0.00 | $0.00 | $0.00 | $713.16 |
| DELPHI AUTOMOTIVE | 4946 | $1,031.04 | $0.00 | $0.00 | $355.84 | $0.00 | $677.20 |
| BEIJING HQ AND | 4807 | $558.13 | $0.00 | $0.00 | $0.00 | $0.00 | $558.13 |
| DELPHI | 9573 | $519.12 | $0.00 | $0.00 | $0.00 | $0.00 | $519.12 |
| Delphi Automotive | 4355 | $475.00 | $0.00 | $0.00 | $0.00 | $0.00 | $475.00 |
| DELPHI AUTOMOTIVE | 9561 | $468.95 | $0.00 | $0.00 | $0.00 | $0.00 | $468.95 |
| DELPHI France SAS | 4110 | $5,312.98 | $1,068.86 | $3,802.59 | $0.00 | $0.00 | $443.53 |
| DELPHI/CSC ATTN: | 8001 | $364.82 | $1.86 | $0.00 | $0.00 | $82.30 | $280.66 |
| CSC DELPHI ATTN | 5001 | $356.88 | $0.00 | $0.00 | $0.00 | $0.00 | $356.88 |
| CSC DELPHI ATTN | 5001 | $341.85 | $0.00 | $0.00 | $0.00 | $0.00 | $341.85 |
| Delphi Automotive | 5848 | $3,608.36 | $3,279.35 | $0.00 | $0.00 | $0.00 | $329.01 |
| CSC DELPHI ATTN | 1001 | $296.38 | $0.00 | $0.00 | $0.00 | $0.00 | $296.38 |
| CSC DELPHI ATTN | 5002 | $272.95 | $0.00 | $0.00 | $0.00 | $0.00 | $272.95 |
| CSC-TEM-DELPHI | 3413 | $68,648.43 | $67,689.36 | $226.68 | $335.84 | $0.00 | $207.77 |
| Delphi Automotive | 4941 | $594.20 | $406.04 | $0.00 | $0.00 | $0.00 | $188.16 |
| Delphi Automotive | 2451 | $171.51 | $0.00 | $0.00 | $0.00 | $0.00 | $171.51 |
| CSC DELPHI ATTN | 2001 | $167.53 | $0.00 | $0.00 | $0.00 | $0.00 | $167.53 |
| DELPHI GROUP REAL | 2889 | $466.55 | $107.75 | $69.19 | $138.92 | $99.43 | $51.28 |
| DELPHI % SBC | 3001 | $142.23 | $0.00 | $0.00 | $0.00 | $0.00 | $142.23 |
| Delphi US | 4440 | $128.93 | $0.00 | $0.00 | $0.00 | $0.00 | $128.93 |
| CSC/DELPHI | 0002 | $106.18 | $0.00 | $0.00 | $0.00 | $0.00 | $106.18 |
| Delphi Automotive | 9441 | $103.68 | $0.00 | $0.00 | $0.00 | $0.00 | $103.68 |
| CSC DELPHI ATTN | 4002 | $89.11 | $0.00 | $0.00 | $0.00 | $0.00 | $89.11 |
| DELPHI CORP | 7022 | $77.40 | $0.00 | $0.00 | $0.00 | $0.00 | $77.40 |
| CSC/DELPHI | 7001 | $77.16 | $0.00 | $0.00 | $0.00 | $0.00 | $77.16 |
| CSC/DELPHI | 1001 | $75.13 | $0.00 | $0.00 | $0.00 | $0.00 | $75.13 |

| Customer | Account Number | AR Net | | | |
|---|---|---|---|---|---|
| CSC DELPHI ATTN | 1022 | $61.20 | $0.00 | $0.00 | $61.20 |
| LUCAS E U I REBUILD | 7342 | $184.50 | $43.28 | $47.94 | $0.48 |
| CSC DELPHI ATTN | 0022 | $30.90 | $44.72 | $48.08 | $30.90 |
| Delphi Packard Electrik | 1191 | $29.31 | $0.00 | $0.00 | $29.31 |
| DEEXO H6650 CO ATT | 4001 | $22.10 | $0.00 | $0.00 | $22.10 |
| DELPHI / CSC ATTN: | 8001 | $113.90 | $32.90 | $32.42 | $15.68 |
| Delphi Automotive | 7506 | $71,163.64 | $51,621.49 | $17,779.58 | $5.12 |
| Delphi France SAS | 8623 | $2.31 | $0.00 | $0.00 | $2.31 |
| Delphi Automotive | 4877 | $0.49 | $0.00 | $0.00 | $0.49 |
| DELPHI AUTOMOTIVE | 4440 | $0.08 | $0.00 | $0.00 | $0.00 |
| DELPHI AUTOMOTIVE | 4630 | $0.00 | $0.00 | $0.00 | $0.00 |
| DELPHI CORP | 3923 | $5,235.00 | $5,000.00 | $235.00 | $0.00 |
| SHANGHAI DELPHI | 6816 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 7543 | $14,492.00 | $0.00 | $14,492.00 | $0.00 |
| Delphi Automotive | 7886 | $0.00 | $0.00 | $0.00 | $0.00 |
| PERSHING LLC ATTN | 1001 | $0.00 | $0.00 | $0.00 | $0.00 |
| ATT DSR | 5137 | $197.37 | $197.37 | $0.00 | $0.00 |
| DELPHI | 0750 | $233.36 | $233.36 | $0.00 | $0.00 |
| CSC DELPHI | 4742 | $10,869.55 | $10,869.55 | $0.00 | $0.00 |
| DELPHI | 7747 | ($14.85) | ($14.85) | $0.00 | $0.00 |
| DELPHI | 4651 | $288.44 | $98.85 | $95.69 | $0.00 |
| AT&T HELENA | 2513 | $84.64 | $47.87 | $36.77 | $0.00 |
| EDS CORP | 2377 | $138.75 | $69.36 | $69.39 | $0.00 |
| CSC DELPHI | 4001 | $0.00 | $0.00 | $20.97 | $0.00 |
| LUCAS E U I REBUILD | 5001 | $54.30 | $33.33 | $20.97 | $0.00 |
| CSC DELPHI | 3001 | $0.00 | $0.00 | $0.00 | $0.00 |
| CSC DELPHI | 6001 | $27.87 | $27.87 | $0.00 | $0.00 |
| Delphi Display Systems | 9777 | $464.95 | $152.07 | $312.88 | $0.00 |
| DELPHI CORP | 3143 | $5,180.94 | $5,180.94 | $0.00 | $0.00 |
| DELPHI CORP | 2052 | $1,611.98 | $1,611.99 | $0.00 | $0.00 |
| DELPHI CORP | 4584 | $49.86 | ($8.95) | $47.30 | $10.91 |
| DELPHI CORP | 7797 | ($230.06) | ($230.06) | $0.00 | $0.00 |
| AT&T - AIT 0141 | 6240 | $97.36 | $97.36 | $0.00 | $0.00 |
| CSC-DELPHI | 2245 | $550.57 | $550.57 | $0.00 | $0.00 |
| DELPHI | 5702 | $90.56 | $90.56 | $0.00 | $0.00 |
| DELPHI | 6377 | ($152.19) | ($152.19) | $0.00 | $0.00 |
| REPUBLICAN | 4939 | $144.18 | $144.18 | $0.00 | $0.00 |
| EDS CORP | 4677 | ($4,072.22) | ($4,072.22) | $0.00 | $0.00 |
| EDS CORPORATION | 0182 | ($32,024.08) | ($32,024.08) | $0.00 | $0.00 |
| EDS CORP | 2804 | $37.18 | $37.18 | $0.00 | $0.00 |
| EDS | 4904 | $104.18 | $104.18 | $0.00 | $0.00 |
| EDS CORP | 8733 | $37.09 | $37.09 | $0.00 | $0.00 |
| EDS CORP | 4089 | $104.09 | $104.09 | $0.00 | $0.00 |
| CSC DELPHI | 3020 | $82.40 | $82.40 | $0.00 | $0.00 |

| Customer | Account Number | AR INV | | | | | |
|---|---|---|---|---|---|---|---|
| AT&T HELENA | 4814 | $63.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| AT&T HELENA | 2228 | $67.41 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DELPHI | 0339 | $26.76 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Delphi Automotive | 4816 | $43.73 | $43.73 | $0.00 | $0.00 | $0.00 | $0.00 |
| COZY INSULATION | 593B | $259.26 | $259.26 | $0.00 | $0.00 | $0.00 | $0.00 |
| DELPHI PRODUCT | 3524 | $302.26 | $302.26 | $0.00 | $0.00 | $0.00 | $0.00 |
| DELPHI DELCO | 1466 | $2,515.34 | $867.99 | $905.35 | $742.00 | $0.00 | $0.00 |
| DELPHI AUTOMOTIVE | 7748 | $970.71 | $447.57 | $410.73 | $112.41 | $0.00 | $0.00 |
| DELPHI AUTOMOTIVE | 8648 | $49,845.95 | $23,734.07 | $26,111.88 | $0.00 | $0.00 | $0.00 |
| DELPHI AUTOMOTIVE | 9036 | $2,288.48 | $1,240.51 | $852.72 | $175.25 | $0.00 | $0.00 |
| DELPHI AUTOMOTIVE | 2478 | $17,001.36 | $12,060.31 | $4,941.05 | $0.00 | $0.00 | $0.00 |
| ATTIRON MOUNTAIN | 1826 | $313.89 | $313.89 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | 4534 | ($261.00) | $0.00 | ($261.00) | $0.00 | $0.00 | $0.00 |
| EDS CORP | 1796 | $34.91 | $34.91 | $0.00 | $0.00 | $0.00 | $0.00 |
| BB-DELPHI | 8211 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| AMY LINGLE | 4001 | $41,820.21 | $18,374.73 | $23,445.48 | $0.00 | $0.00 | $0.00 |
| DELPHI AUTOMOTIVE | 3006 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Delphi Automotive | 7706 | $71.14 | $0.00 | $71.14 | $0.00 | $0.00 | $0.00 |
| Delphi US | 4689 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Delphi Automotive | 5055 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Delphi Automotiv | 1892 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Delphi Automotive | 2263 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Delphi Italia Automotive | 0090 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| FAMAR FUEGUNNA | 4619 | $8,410.77 | $4,227.99 | $4,182.78 | $0.00 | $0.00 | $0.00 |
| Delphi Automotive | 7984 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Delphi Packard Electrik | 1324 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Delphi Packard | 2196 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Delphi Packard | 2291 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DELPHI AUTOMOTIVE | 1144 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DELPHI AUTOMOTIVE | 3275 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Delphi US | 5205 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| CSC-TEM | 7991 | $2,807.34 | $2,807.34 | $0.00 | $0.00 | $0.00 | $0.00 |
| CSC/TEM/DELPHI | 0708 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DELPHI CORP | 6602 | $375.30 | $375.30 | $0.00 | $0.00 | $0.00 | $0.00 |
| DELPHIA | 7717 | $383.95 | $383.95 | $0.00 | $0.00 | $0.00 | $0.00 |

| Customer | Account Number* | A/R Net | 0 | 30 | 60 | 90 | 121+ |
|---|---|---|---|---|---|---|---|
| Delphi Automotive | 1220 | $277,639.34 | $87,706.82 | $186,153.47 | $3,779.05 | $0.00 | $0.00 |
| Delphi Automotive | 1239 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DELPHI SLOVENSKO | 1996 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| CSC Computer | 3918 | $1,737.41 | $0.00 | $0.00 | $1,737.41 | $0.00 | $0.00 |
| DELPHI AUTOMOTIVE | 7198 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DELPHI AUTOMOTIVE | 7222 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DELPHI PACKARD | 2073 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DELPHI AUTOMOTIVE | 0834 | $1,116.88 | $0.00 | $1,116.88 | $0.00 | $0.00 | $0.00 |
| DELPHI | 7341 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DELPHI AUTOMOTIVE | 5590 | $1,129.41 | $564.00 | $565.41 | $0.00 | $0.00 | $0.00 |
| CSC TEM - | 6322 | $3,255.88 | $1,627.94 | $1,627.94 | $0.00 | $0.00 | $0.00 |
| CSC TEM - DELPHI | 6334 | $3,748.60 | $1,874.30 | $1,874.30 | $0.00 | $0.00 | $0.00 |
| CSC / TEM / GEATP | 3444 | $317.90 | $317.90 | $0.00 | $0.00 | $0.00 | $0.00 |
| CSC TEM - DELPHI | 5238 | $287.81 | $287.81 | $0.00 | $0.00 | $0.00 | $0.00 |
| CSC TEM - DELPHI | 5245 | $269.62 | $269.62 | $0.00 | $0.00 | $0.00 | $0.00 |
| CSC TEM - DELPHI | 5249 | $269.62 | $269.62 | $0.00 | $0.00 | $0.00 | $0.00 |
| CSC TEM - DELPHI | 2699 | $1,680.52 | $1,680.52 | $0.00 | $0.00 | $0.00 | $0.00 |
| Delphi Automotive | 9267 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($1,112.10) |
| Delphi Automotive | | $4,008,454.01 | $1,025,539.72 | $700,068.58 | $124,016.66 | $473,423.79 | $1,685,405.30 |

Less part of EVPN balance that is pre-petition | 3103300 | ($942,933.15)

Less US AT&T Transport accounts passed through AT&T Solutions to Delphi/CSC | 8140, 3083, 4355, 8001, 3923, 6377, 6602, 7717, 0834 and 7341 | ($105,215.09)

Delphi Global Post-Petition A/R As of 5/31/2009 | ($1,112.10)

$2,960,305.77

Plus Wholesale Account Charges for 4/2009 and 5/2009 | 5691 | $ 13,542.48

Total Admin Claim: | $2,973,848.25

* Account numbers have been redacted to show only the last four digits of the account number.