**<u>EXHIBIT B</u>**



**at&t**

AT&T Accounts Receivable Reporting
003NV4 AGID Downloader

Entities: B.M.S.T
Results as of: 200906
Report run date: 7/21/2009 03:57 PM

| Count | Customer | Account Number | Entity | AR Net | 0 | 30 | 60 | 90 | 121+ |
|---|---|---|---|---|---|---|---|---|---|
| 1 | DELPHI AUTOMOTIVE | 3103300 | T | $1,498,056.88 | $151,016.61 | $404,107.12 | $0.00 | $0.00 | $942,933.15 |
| 2 | Delphi Automotiv Systems | 548939 | T | $184,070.77 | $0.00 | $0.00 | $0.00 | $2,325.58 | $181,745.19 |
| 3 | Delphi Deutschland GmbH | 593761 | T | $253,678.60 | $77,849.32 | $20,130.64 | $25,949.77 | $25,949.77 | $103,799.09 |
| 4 | Delphi Automotive Systems | 831000087227 | T | $265,200.95 | $50,330.69 | $49,343.23 | $49,343.23 | $0.00 | $116,183.80 |
| 5 | DELPHI AUTOMOTIVE | 603470 | T | $125,083.35 | $3,744.52 | $3,894.77 | $4,117.68 | $4,012.14 | $109,314.24 |
| 6 | DELPHI CORPORATION | 3268140 | T | $77,329.02 | $0.00 | $0.00 | $0.00 | $0.00 | $77,329.02 |
| 7 | DELPHI AUTOMOTIVE | 603493 | T | $70,026.70 | $3,439.21 | $3,439.21 | $3,439.21 | $3,439.21 | $56,269.87 |
| 8 | Delphi Packard Electric | 543610 | T | $103,403.22 | $15,078.13 | $34,617.40 | $0.00 | $0.00 | $53,707.69 |
| 9 | Delphi Deutschland GmbH | 514379 | T | $354,715.98 | $168,433.71 | $1,961.28 | $137,413.15 | $16,545.04 | $30,362.83 |
| 10 | Delphi Automotive System | 545149 | T | $50,452.47 | $9,682.11 | $9,682.11 | $9,682.11 | $9,682.11 | $11,724.01 |
| 11 | Delphi Automotive Systems | 330374 | T | $14,777.81 | $0.00 | $0.00 | $0.00 | $13,364.79 | $1,413.03 |
| 12 | Delphi Automotive Systems | 317543 | T | $14,614.11 | $0.00 | $0.00 | $0.00 | $14,614.11 | $0.00 |
| 13 | Delphi Automotive Systems | 603338 | T | $13,745.97 | $0.00 | $0.00 | $0.00 | $0.00 | $13,745.97 |
| 14 | DELPHI DIESEL SYSTEMS | 603388 | T | $13,745.97 | $0.00 | $0.00 | $0.00 | $0.00 | $13,745.97 |
| 15 | DELPHI CORP | 73083 | T | $20,338.23 | $6,492.68 | $204.61 | $0.00 | $0.00 | $13,640.94 |
| 16 | DELPHI AUTOMOTIVE | 4885662 | T | $15,087.93 | $2,154.68 | $2,154.68 | $2,154.68 | $2,154.68 | $6,469.21 |
| 17 | Delphi Automotiv Systems | 545466 | T | $7,553.33 | $7,553.33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | DELPHI AUTOMOTIVE | 318013 | T | $7,412.05 | $0.00 | $0.00 | $0.00 | $0.00 | $7,412.05 |
| 19 | DELPHI AUTOMOTIVE | 603491 | T | $12,253.23 | $298.87 | $2,988.58 | $2,988.59 | $2,988.58 | $2,988.59 |
| 20 | Delphi Italie Automotive | 560900 | T | $5,426.04 | $0.00 | $0.00 | $0.00 | $0.00 | $5,426.04 |
| 21 | Delphi Italie Automotive | 544307 | T | $4,889.11 | $0.00 | $0.00 | $0.00 | $0.00 | $4,889.11 |
| 22 | Delphi Belgium NV | 543585 | T | $4,773.12 | $0.00 | $0.00 | $0.00 | $0.00 | $4,773.12 |
| 23 | Delphi Hungary Kft | 602403 | T | $4,652.79 | $0.00 | $0.00 | $0.00 | $0.00 | $4,652.79 |
| 24 | Delphi Automotive System | 40203 | T | $4,220.18 | $0.00 | $0.00 | $0.00 | $0.00 | $4,220.18 |
| 25 | Delphi Automotive Systems | 831000087638 | T | $135,843.55 | $60,933.14 | $70,714.43 | $0.00 | $0.00 | $4,195.98 |
| 26 | DELPHI PACKARD | 5864 | T | $4,121.25 | $0.00 | $0.00 | $0.00 | $0.00 | $4,121.25 |
| 27 | Delphi Automotive Systems | 831000087220 | T | $91,693.55 | $84,532.68 | $3,381.82 | $0.00 | $3,779.05 | $0.00 |
| 28 | Delphi Poland SA | 545466 | T | $3,727.71 | $0.00 | $0.00 | $0.00 | $0.00 | $3,727.71 |
| 29 | Delphi France SAS | 602189 | T | $4,338.53 | $723.09 | $0.00 | $0.00 | $0.00 | $3,615.44 |
| 30 | Delphi Automotive Systems | 319659 | T | $3,537.76 | $0.00 | $0.00 | $0.00 | $505.38 | $3,032.36 |
| 31 | DELPHI AUTOMOTIVE | 5787 | T | $3,475.41 | $0.00 | $0.00 | $0.00 | $0.00 | $3,475.41 |
| 32 | Delphi Thermal Hungary Kft | 541185 | T | $3,422.81 | $0.00 | $0.00 | $0.00 | $0.00 | $3,422.81 |
| 33 | DELPHI AUTOMOTIVE | 546033 | T | $2,807.71 | $0.00 | $0.00 | $0.00 | $0.00 | $2,807.71 |
| 34 | Delphi Italie Automotive | 546464 | T | $2,742.46 | $0.00 | $0.00 | $0.00 | $0.00 | $2,742.46 |
| 35 | Delphi Automotiv Systems | 545465 | T | $2,742.46 | $0.00 | $0.00 | $0.00 | $0.00 | $2,742.46 |
| 36 | Delphi Automotive Systems | 603486 | T | $2,695.44 | $0.00 | $0.00 | $0.00 | $0.00 | $2,695.44 |
| 37 | DELPHI AUTOMOTIVE | 603478 | T | $2,660.83 | $0.00 | $0.00 | $0.00 | $0.00 | $2,660.83 |
| 38 | DELPHI AUTOMOTIVE | 603489 | T | $2,560.35 | $0.00 | $0.00 | $0.00 | $0.00 | $2,560.35 |
| 39 | DELPHI AUTOMOTIVE | 603490 | T | $2,560.35 | $0.00 | $0.00 | $0.00 | $0.00 | $2,560.35 |
| 40 | DELPHI AUTOMOTIVE | 603491 | T | $2,545.49 | $0.00 | $0.00 | $0.00 | $0.00 | $2,545.49 |
| 41 | DELPHI AUTOMOTIVE | 603487 | T | $2,519.30 | $0.00 | $0.00 | $0.00 | $0.00 | $2,519.30 |
| 42 | DELPHI AUTOMOTIVE | 603488 | T | $2,390.34 | $0.00 | $0.00 | $0.00 | $0.00 | $2,390.34 |

Solely for authorized persons having a need-to-know pursuant to Company instructions.

AT&T PROPRIETARY (RESTRICTED)



# at&t

AT&T Accounts Receivable Reporting
003NV4 AGID Downloader

Entities: B.M.S.T
Results as of: 200906
Report run date: 7/21/2009 03:57 PM

| # | Name | Account | Type | | | | | |
|---|------|---------|------|---|---|---|---|---|
| 43 | DELPHI AUTOMOTIVE | 603472 | T | $2,390.34 | $0.00 | $0.00 | $0.00 | $2,390.34 |
| 44 | Delphi - TVS Diesel Systems | 336066 | T | $3,497.34 | $0.00 | $574.56 | $581.66 | $1,740.12 |
| 45 | DELPHI C/O ATT | 0576927085002 | T | $1,925.92 | $0.00 | $0.00 | $0.00 | $1,925.92 |
| 46 | Delphi Polska Automotive | 598158 | T | $1,880.86 | $0.00 | $0.00 | $0.00 | $1,880.86 |
| 47 | Delphi Polska Automotive | 545469 | T | $1,880.86 | $0.00 | $0.00 | $0.00 | $1,880.86 |
| 49 | Delphi Automotive Systems | 545467 | T | $1,239.90 | $0.00 | $0.00 | $0.00 | $1,880.86 |
| 51 | DELPHI AUTOMOTIVE | 554946 | S | $1,022.81 | $0.00 | $0.00 | $351.01 | $671.80 |
| 52 | DELPHI CONNECTION | 9604574111555 | S | $1,165.62 | $121.16 | $120.13 | $117.71 | $687.51 |
| 53 | DELPHI AUTOMOTIVE | 621476 | T | $772.56 | $0.00 | $0.00 | $0.00 | $772.56 |
| 54 | CSC TEM - DELPHI | 8002665413 | S | $68,648.43 | $0.00 | $67,689.36 | $326.68 | $424.68 |
| 56 | DELPHI | 765R730159573 | T | $519.12 | $0.00 | $0.00 | $0.00 | $519.12 |
| 57 | DELPHI AUTOMOTIVE | 319561 | T | $487.03 | $0.00 | $0.00 | $0.00 | $487.03 |
| 58 | **DELPHI AUTOMOTIVE** | **2434355** | **T** | **$475.00** | **$475.00** | **$0.00** | **$0.00** | **$475.00** |
| 59 | Delphi France SAS | 544110 | T | $6,525.62 | $1,091.24 | $1,091.24 | $3,889.48 | $453.66 |
| 60 | Delphi Automotive Systems | 00017506 | M | $71,464.31 | $50,748.74 | $18,529.22 | $1,793.02 | $393.33 |
| 61 | DELPHI/CSC ATTN TEM | 0504026188001 | T | $366.68 | $1.86 | $1.86 | $0.00 | $362.96 |
| 62 | CSC DELPHI ATTN TEM | 0504021855001 | T | $356.88 | $0.00 | $0.00 | $0.00 | $356.88 |
| 63 | CSC DELPHI ATTN TEM | 0590043075001 | T | $341.85 | $0.00 | $0.00 | $0.00 | $341.85 |
| 64 | Delphi Automotive Systems | 505848 | S | $3,704.35 | $3,367.82 | $0.00 | $0.00 | $336.53 |
| 65 | DELPHI GROUP REAL | 3135614622893 | S | $576.63 | $110.08 | $107.75 | $69.19 | $138.92 |
| 66 | CSC DELPHI ATTN TEM | 0590039805002 | S | $272.95 | $0.00 | $0.00 | $0.00 | $272.95 |
| 67 | CSC DELPHI ATTN TEM | 0534611281001 | T | $235.58 | $0.00 | $0.00 | $0.00 | $235.58 |
| 68 | Delphi Automotive Systems | 544941 | T | $638.75 | $0.00 | $436.48 | $0.00 | $202.26 |
| 69 | Delphi Automotive Systems | 602451 | T | $175.43 | $0.00 | $0.00 | $0.00 | $175.43 |
| 70 | CSC DELPHI ATTN TEM | 0520530752001 | T | $167.53 | $0.00 | $0.00 | $0.00 | $167.53 |
| 71 | DELPHI % SBC CUSTOMS | 0541086283001 | T | $142.23 | $0.00 | $0.00 | $0.00 | $142.23 |
| 72 | Delphi US | 544440 | T | $132.49 | $0.00 | $0.00 | $0.00 | $132.49 |
| 73 | Delphi Automotive Systems | 000600170 | M | $170,381.93 | $120,014.51 | $47,300.90 | $2,959.10 | $107.42 |
| 74 | CSC/DELPHI | 0575211340002 | T | $106.18 | $0.00 | $0.00 | $0.00 | $106.18 |
| 75 | Delphi Automotive Systems | 319441 | T | $105.68 | $0.00 | $0.00 | $0.00 | $103.68 |
| 76 | CSC DELPHI ATTN TEM | 0576610454002 | T | $89.11 | $0.00 | $0.00 | $0.00 | $89.11 |
| 77 | DELPHI CORP | 0576610427002 | T | $77.40 | $0.00 | $0.00 | $0.00 | $77.40 |
| 78 | CSC/DELPHI | 0520929737001 | T | $77.16 | $0.00 | $0.00 | $0.00 | $77.16 |
| 79 | CSC/DELPHI | 0513441601001 | T | $75.13 | $0.00 | $0.00 | $0.00 | $75.13 |
| 80 | Delphi Automotive Systems | 327706 | T | $73.63 | $0.00 | $0.00 | $73.63 | $0.00 |
| 81 | CSC DELPHI ATTN TEM | 0565665735002 | T | $61.20 | $0.00 | $0.00 | $0.00 | $61.20 |
| 82 | CSC DELPHI ATTN TEM | 0575211470002 | T | $30.90 | $0.00 | $0.00 | $0.00 | $30.90 |
| 83 | Delphi Packard Electric | 561191 | T | $29.70 | $0.00 | $0.00 | $0.00 | $29.70 |
| 84 | DEEXOH6850 C/O ATT | 0532944264001 | T | $22.10 | $0.00 | $0.00 | $0.00 | $22.10 |
| 85 | **DELPHI CORP EMILY** | **0590017418001** | **T** | **$110.64** | **$29.64** | **$32.90** | **$32.90** | **$15.20** |
| 86 | DELPHI CORP | 704M0558484 | B | $50.40 | $0.54 | $0.00 | $47.90 | $1.96 |
| 87 | Delphi Automotive System | 4817 | T | $0.49 | $0.00 | $0.00 | $0.00 | $0.49 |

Solely for authorized persons having a need-to-know pursuant to Company instructions.

AT&T PROPRIETARY (RESTRICTED)



**AT&T Accounts Receivable Reporting**
**003NV4 AGID Downloader**

Entries: B.M.S.T
**Results as of: 200906**
Report run date: 7/21/2009 03:57 PM

| # | Account Name | Account No. | Type | Total | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 88 | DELPHI AUTOMOTIVE | 314440 | T | $0.09 | $0.00 | $0.00 | $0.00 | $0.00 | $0.09 |
| 89 | DELPHI AUTOMOTIVE | 314630 | T | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 90 | SHANGHAI DELPHI | 31681B | T | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 91 | DELPHI CORP | 1440128923923 | T | $5,235.00 | $4,800.00 | $435.00 | $0.00 | $0.00 | $0.00 |
| 93 | BB-DELPHI AUTOMOTIVE | 348211 | T | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 94 | CSC TEM (DELPHI) | 50690955654001 | T | $41,820.21 | $18,374.73 | $23,445.48 | $0.00 | $0.00 | $0.00 |
| 95 | DELPHI AUTOMOTIVE | 32300B | T | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 96 | Delphi Automotive Systems | 317886 | T | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 100 | DELPHI | 810494230750 | S | $233.38 | $233.36 | $0.00 | $0.00 | $0.00 | $0.00 |
| 101 | CSC DELPHI | 825444742 | S | $10,889.55 | $10,889.55 | $0.00 | $0.00 | $0.00 | $0.00 |
| 102 | DELPHI CONNECTION | 9494720064651 | S | $278.44 | $96.65 | $96.65 | $85.14 | $0.00 | $0.00 |
| 104 | CSC DELPHI | 0303393330001 | T | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 105 | CSC DELPHI | 0304611326001 | T | $55.18 | $27.31 | $27.87 | $0.00 | $0.00 | $0.00 |
| 106 | Delphi Automotive Systems | 00074816 | M | $1.35 | ($42.38) | $43.73 | $0.00 | $0.00 | $0.00 |
| 108 | DELPHI PRODUCT | 837083524 | M | $333.12 | $30.86 | $302.26 | $0.00 | $0.00 | $0.00 |
| 109 | DELPHI DELCO | 875091465 | M | $2,761.04 | $1,130.24 | $867.99 | $762.81 | $0.00 | $0.00 |
| 109 | DELPHI AUTOMOTIVE | 875627748 | M | $1,108.09 | $548.11 | $447.57 | $112.41 | $0.00 | $0.00 |
| 111 | DELPHI AUTOMOTIVE | 990518648 | M | $42,592.19 | $20,281.97 | $22,310.22 | $0.00 | $0.00 | $0.00 |
| 112 | DELPHI AUTOMOTIVE | 990759036 | M | $2,055.60 | $639.84 | $1,240.51 | $175.25 | $0.00 | $0.00 |
| 113 | DELPHI AUTOMOTIVE | 990832478 | M | $18,286.19 | $13,504.06 | $4,782.13 | $0.00 | $0.00 | $0.00 |
| 115 | CSC DELPHI | 2488280053021 | S | $93.29 | $93.29 | $0.00 | $0.00 | $0.00 | $0.00 |
| 118 | DELPHI CORPORATION | 31225894003590 | S | ($11.02) | ($11.02) | $0.00 | $0.00 | $0.00 | $0.00 |
| 120 | CSC-DELPHI | 7654511052245 | S | $550.57 | $550.57 | $0.00 | $0.00 | $0.00 | $0.00 |
| 121 | DELPHI CORPORATION | 7654549515702 | S | $90.56 | $90.56 | $0.00 | $0.00 | $0.00 | $0.00 |
| 122 | DELPHI CORPORATION | 765521052637 | S | ($60.39) | ($60.39) | $0.00 | $0.00 | $0.00 | $0.00 |
| 123 | Delphi Display Systems RBP | 000397777 | M | $284.21 | $284.21 | $0.00 | $0.00 | $0.00 | $0.00 |
| 124 | DELPHI CORP | 205M054143143 | B | $4,741.02 | $4,741.02 | $0.00 | $0.00 | $0.00 | $0.00 |
| 126 | DELPHI CORP | 601M6S8052052 | B | $1,450.64 | $1,450.64 | $0.00 | $0.00 | $0.00 | $0.00 |
| 127 | Delphi Packard Electrik Sist | 56132A | B | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 128 | Delphi Packard Romania | 572196 | T | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 128 | Delphi Packard Romania | 572291 | T | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 129 | Delphi Packard Romania | 547984 | T | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 130 | Delphi Automotive Systems | 548623 | T | $2.36 | $2.36 | $0.00 | $0.00 | $0.00 | $0.00 |
| 131 | Delphi France SAS | 550090 | T | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 132 | Delphi Italia Automotive | 581144 | T | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 134 | DELPHI AUTOMOTIVE | 583275 | T | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 135 | DELPHI AUTOMOTIVE | 544689 | T | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 136 | Delphi US | 544689 | T | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 137 | Delphi Diesel Systems | 541762 | T | $35,306.21 | $27,037.67 | $8,268.54 | $0.00 | $0.00 | $0.00 |
| 138 | Delphi Automotiv Systems | 541892 | T | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 139 | Delphi Automotive Systems | 542283 | T | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 140 | Delphi Automotive Systems | 545055 | T | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 141 | Delphi US | 595205 | T | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Solely for authorized persons having a need-to-know pursuant to Company instructions.

AT&T PROPRIETARY (RESTRICTED)



**AT&T Accounts Receivable Reporting**
**003NV4 AGID Downloader**

Entities: B.M.S.T
Results as of: 200906
Report run date: 7/21/2009 03:57 PM

| # | Name | Account | | Total | | | | | |
|---|------|---------|---|-------|---|---|---|---|---|
| 142 | CSC/TEMP/DELPHI | 80100710708 | T | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 143 | DELPHI CORP | 80100756602 | T | $375.30 | $375.30 | $0.00 | $0.00 | $0.00 | $0.00 |
| 144 | DELPHIA AUTOMOTIVE | 80100757717 | T | $383.95 | $383.95 | $0.00 | $0.00 | $0.00 | $0.00 |
| 145 | DELPHIA AUTOMOTIVE | 80202177198 | T | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 146 | DELPHI PACKARD | 80202177222 | T | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 147 | DELPHI AUTOMOTIVE | 80202272073 | T | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 148 | DELPHI | 80024300834 | T | $1,086.17 | $1,086.17 | $0.00 | $0.00 | $0.00 | $0.00 |
| 149 | DELPHI AUTOMOTIVE | 80024987341 | T | $55,092.17 | $55,092.17 | $0.00 | $0.00 | $0.00 | $0.00 |
| 151 | CSC TEM - DELPHI | 83100013763322 | T | $3,281.11 | $1,653.17 | $0.00 | $1,627.94 | $0.00 | $0.00 |
| 152 | CSC TEM - DELPHI | 83100013763334 | T | $3,777.65 | $1,903.35 | $0.00 | $1,874.30 | $0.00 | $0.00 |
| 155 | CSC TEM - DELPHI | 83100015238 | T | $570.91 | $283.10 | $287.81 | $0.00 | $0.00 | $0.00 |
| 156 | CSC TEM - DELPHI | 83100015245 | T | $534.82 | $265.20 | $269.62 | $0.00 | $0.00 | $0.00 |
| 157 | CSC TEM - DELPHI | 83100015249 | T | $534.82 | $265.20 | $269.62 | $0.00 | $0.00 | $0.00 |
| 158 | CSC TEM - DELPHI | 88500022699 | T | $1,668.00 | $1,668.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 159 | DELPHI SLOVENSKO, s.r.o. | 631996 | T | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 160 | Delphi Automotive Systems | 8310008712399 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 161 | Delphi Automotive Systems | 579267 | T | $3,964,690.11 | $977,579.64 | $805,678.85 | $249,749.92 | $101,585.35 | $1,830,096.33 |

Less part of US EVPN balance that is pre-petition — 3103300 — ($942,933.15)

Less US EVPN payment sent by client on 7/22 — 3103300 — ($404,107.12)

Plus US EVPN invoice and July credits — 3103300 — $58,772.40

Less other highlighted US AT&T transport accounts passed through AT&T Solutions to DelphiCSC. Removed to eliminate double count. — 3268140.73083, 2434355, 0590017418001, 1440128923923, 7655210526377, 8010075660, 8010075717, 80024300834 and 80024987341 — ($31,155.52) ... ($1,155.52)

Less Solutions unapplied credits — 8310000871638, 8310000871239, 8310000871227, 8310000871638, — ($162,110.53)

Less Solutions payments received in July — 8310000871220 — ($441,115.82)

Plus US Solutions July invoices — 8310000871638, 8310000871227, 8310000871638, 8310000871220 — $132,836.29

Revised Delphi Post Petition AR: — $2,045,667.09