## CERTIFICATE OF SERVICE

The undersigned, an attorney, does hereby certify that a true and correct copy of **OBJECTION OF METHODE ELECTRONICS, INC. TO DEBTOR'S NOTICE OF NON-ASSUMPTION UNDER THE MODIFIED PLAN WITH RESPECT TO CERTAIN EXPIRED OR TERMINATED CONTRACTS OR LEASES PREVIOUSLY DEEMED TO BE ASSUMED OR ASSUMED AND ASSIGNED UNDER CONFIRMED PLAN OF REORGANIZATION (AS LISTED IN DOCKET NO. 17728),** was served upon the parties below via Federal Express on this 5th day of August, 2009.


_____/s/ Timothy S. McFadden_____
Timothy S. McFadden

| |
|---|
| Honorable Robert D. Drain<br>United States Bankruptcy Judge<br>One Bowling Green<br>Room 632<br>New York, New York 10004 |
| Delphi Corporation<br>(Attention: General Counsel)<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Counsel To The Debtors |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>(Attention: John Wm. Butler, Jr. And Ron E. Meisler)<br>155 North Wacker Drive<br>Chicago, Illinois 60606 |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>(Attention: Kayalyn A. Marafioti And Gregory W. Fox)<br>Four Times Square<br>New York, New York 10036 |
| The Office Of The United States Trustee For The Southern District Of New York<br>(Attention: Brian Masumoto)<br>33 Whitehall Street<br>Suite 2100<br>New York, New York 10004 |

CHI1 1614616v.2

| |
|---|
| Counsel For The Official Committee Of Unsecured Creditors<br>Latham & Watkins LLP<br>(Attention: Robert J. Rosenberg, Mark A. Broude, And Mitchell A. Seider)<br>885 Third Avenue<br>New York, New York 10022 |
| Counsel For The Agent Under The Postpetition Credit Facility<br>Davis Polk & Wardwell<br>(Attention: Donald Bernstein And Brian Resnick),<br>450 Lexington Avenue<br>New York, New York 10017 |
| Counsel For The Tranche C Collective<br>Willkie Farr & Gallagher LLP<br>(Attention: Richard Mancino And Marc Abrams),<br>787 Seventh Avenue<br>New York, New York 10019 |
| Counsel For The United States Department Of The Treasury<br>Cadwalader, Wickersham & Taft LLP<br>(Attention: John J. Rapisardi And Oren B. Haker)<br>One World Financial Center<br>New York, New York 10281 |
| Counsel For The United States Department Of Justice<br>(Attention: Matthew L. Schwartz And Joseph N. Cordaro)<br>86 Chambers Street<br>3rd Floor<br>New York, New York 10007 |
| Counsel For General Motors Corporation<br>Weil, Gotshal & Manges LLP<br>(Attention: Jeffrey L. Tanenbaum And Robert J. Lemons)<br>767 Fifth Avenue<br>New York, New York 10153 |
| Counsel For Parnassus Holdings II, LLC<br>Schulte Roth & Zabel LLP<br>(Attention: Adam C. Harris And David J. Karp)<br>919 Third Avenue<br>New York, New York 10022 |