UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>DELPHI CORPORATION, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2009, a copy of the Limited Objection of Toyota Motor Engineering & Manufacturing North America, Inc., Toyota Motor Corporation and Toyota Motor Sales, U.S.A., Inc. to Debtors' Notice of Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to DIP Holdco 3, LLC Under Modified Plan of Reorganization, filed on behalf of Toyota Motor Engineering & Manufacturing North America, Inc., Toyota Motor Corporation and Toyota Motor Sales, U.S.A., Inc., was served upon the following parties via overnight courier for delivery on August 6, 2009:

The Chambers of the Honorable Robert D. Drain
United States Bankruptcy Judge
One Bowling Green, Room 632
New York, New York 10004

Davis Polk & Wardwell
Attn: Donald S. Bernstein
Attn: Brian M. Resnick
450 Lexington Avenue
New York, New York 10022

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan 48098

Willkie Farr & Gallagher LLP
Attn: Richard Mancino
Attn: Marc Abrams
787 Seventh Avenue
New York, New York 10019

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: John Wm. Butler, Jr.<br>Attn: Ron E. Meisler<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606 | Cadwalader, Wickersham & Taft LLP<br>Attn: John J. Rapisardi<br>Attn: Oren B. Haker<br>One World Financial Center<br>New York, New York 10281 |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: Kayalyn A. Marafioti<br>Attn: Gregory W. Fox<br>Four Times Square<br>New York, New York 10036 | United States Department of Justice<br>Attn: Matthew L. Schwartz<br>Attn: Joseph N. Cordaro<br>86 Chambers Street, 3rd Floor<br>New York, New York 10007 |
| The Office of the United States Trustee<br>Attn: Brian Masumoto<br>33 Whitehall Street, Suite 2100<br>New York, New York 10004 | Weil, Gotshal & Manges LLP<br>Attn: Jeffrey L. Tanenbaum<br>Attn: Robert J. Lemons<br>767 Fifth Avenue<br>New York, New York 10153 |
| Latham & Watkins LLP<br>Attn: Robert J. Rosenberg<br>Attn: Mitchell A. Seider<br>Attn: Mark A. Broude<br>885 Third Avenue<br>New York, New York 10022 | Schulte Roth & Zabel LLP<br>Attn: Adam C. Harris<br>Attn: David J. Karp<br>919 Third Avenue<br>New York, New York 10022 |

I declare that the statement above is true to the best of my information, knowledge and belief.

Dated: August 5, 2009

FROST BROWN TODD LLC
/s/ Robert V. Sartin
Robert V. Sartin, Esq.
250 W. Main Street, Suite 2800
Lexington, KY  40507
Tel:  (859) 231-0000
Fax:  (859) 231-0011
E-mail:  rsartin@fbtlaw.com
*Attorneys for Toyota Motor Engineering &*
*Manufacturing North America, Inc., Toyota Motor*
*Corporation and  Toyota Motor Sales, U.S.A., Inc.*

LEXLibrary 401948v.1