BARNES & THORNBURG LLP
Attorneys for Autocam Corporation
171 Monroe Avenue, NW, Suite 1000
Grand Rapids, MI 49503
Telephone: (616) 742-3930
Facsimile: (616) 742-3999

Patrick E. Mears (PM-6473)
Telephone: (616) 742-3936
Email: pmears@btlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 Case |
| DELPHI CORPORATION, *et al*. | ) | No. 05-44481 |
| Debtors. | ) | (Jointly Administered) |

## CERTIFICATE OF SERVICE

Document Served: - **NOTICE OF DEPOSITION OF DESIGNEE(S)/ REPRESENTATIVE(S) OF DELPHI CORPORATION PURSUANT TO FED. R. CIV. P. 30(B)(6)**

The undersigned certifies that a copy of the documents listed above were served upon the parties listed in the attached Exhibit A at their respective addresses by electronic mail or first class mail on the date indicated below.

Date of Service: August 5, 2009         I declare that the statement above is true to the best
                                        of my information, knowledge and belief.

                                        /s/Patrick E. Mears
                                        Patrick E. Mears (PM-6473)
                                        Barnes & Thornburg LLP

# EXHIBIT A

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI 48098

John Wm. Butler, Jr., Esq.
Ron E. Meisler, Esq.
Carl Tullson, Esq.
Skadden Arps Slate Meagher & Flom LLP
155 North Wacker Drive
Chicago, IL 60606

Kayalyn A. Marafioti, Esq.
Gregory W. Fox, Esq.
Skadden Arps Slate Meagher & Flom LLP
4 Times Square
New York, NY 10036

Brian Masumoto, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Robert J. Rosenberg, Esq.
Mitchell A. Seider, Esq.
Mark A. Broude, Esq.
Latham & Wakins LLP
885 Third Avenue
New York, NY 10022

Donald S. Bernstein, Esq.
Brian M. Resnick, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Richard Mancino, Esq.
Marc Abrams, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

John J. Rapisardi, Esq.
Oren B. Haker, Esq.
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Matthew L. Schwartz, Esq.
Joseph N. Cordaro, Esq.
U.S. Department of Justice
86 Chambers Street, 3rd Floor
New York, NY 10007

Jeffrey L. Tanenbaum, Esq.
Robert J. Lemons, Es.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153