TOGUT, SEGAL & SEGAL LLP
Co-Counsel for Delphi Corporation, et al.
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut
Neil Berger

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
In re:                                                       :          Chapter 11
                                                             :          Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.                                   :
                                                             :
                                    Debtors.                 :
-------------------------------------------------------------x

## STIPULATION AND ORDER RESOLVING OBJECTION BY
## PENTASTAR AVIATION, L.L.C. AND AUTOMOTIVE AIR CHARTER, INC.
## TO APPROVAL AND/OR CONFIRMATION OF
## THE DEBTORS' FIRST AMENDED JOINT PLAN OF REORGANIZATION

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and

debtors in possession in the above-captioned cases (collectively, the "Debtors"), Pentastar

Aviation, L.L.C. and Automotive Air Charter, Inc. (collectively, "Pentastar") by their counsel,

stipulate with regard to the following recitals:

### Recitals

1.      On June 16, 2009, the Debtors filed the First Amended Plan of Reorganization of

Delphi Corporation and Certain Affiliates, Debtors and Debtors in Possession (As Modified) (the

"Modified Plan") (Docket No. 17030).

2.      Prior to the commencement of the Debtors' Chapter 11 cases, Pentastar entered into certain contracts with certain of the Debtors (the "Pentastar Contracts").  The Pentastar Contracts expire by their terms on July 31, 2009.

3.      The Debtors listed the Pentastar Contracts on Schedule 8.1(a) of the Modified Plan and intend to reject the Pentastar Contracts.

4.      On July 14, 2009, Pentastar filed its Objection To Approval Of First Amended Joint Plan Of Delphi Corporation And Certain Affiliates, Debtor And Debtors In Possession (as modified) (the "Pentastar Objection") (Docket No. 18233).

5.      The Debtors and Pentastar have reached an agreement to settle and resolve the Pentastar Objection.

**THEREFORE**, in consideration of the foregoing Recitals and the provisions herein, the parties hereto stipulate and agree as follows:

6.      This Stipulation shall become effective upon entry of an Order of the Bankruptcy Court approving the terms set forth herein.

7.      The provisions set forth herein are for the benefit of the parties hereto and no other party.  Except as expressly set forth herein, nothing contained herein constitutes an admission or waiver of any right, claim or defense in favor of the Debtors or Pentastar.

8.      Notwithstanding any provision in the Plan to the contrary, Debtors shall pay to Pentastar all of its allowed Administrative Claims (as defined in the Plan), in the ordinary course of their business as and when such amounts become due and owing under the Pentastar Contracts.

9.      The Plan does not impair the rights of setoff or recoupment in favor of Pentastar, if any, as it pertains to its postpetition claims.

-2-

Detroit_942541_2

10.     Section 11.5 of the Plan does not impair the rights, if any, in favor of Pentastar

against non-Debtor third parties.

11.     Except as modified by this Stipulation, the terms set forth herein are subject to

Article 8 of the Plan.

12.     Upon approval of this Stipulation by the Court, Pentastar shall file on the ECF

docket of this case a Notice of Withdrawal of the Pentastar Objection.

13.     The Bankruptcy Court shall retain original and exclusive jurisdiction to adjudicate

any disputes arising from or in connection with this Stipulation and Order.


| | |
|---|---|
| DELPHI CORPORATION, et al.<br>By their attorneys,<br>TOGUT, SEGAL & SEGAL LLP<br>By: | PENTASTAR AVIATION L.L.C.<br>AUTOMOTIVE AIR CHARTER, INC.<br>BODMAN LLP<br>By: |

/s/Neil Berger                                         /s/Ralph E. McDowell
NEIL BERGER                                          RALPH MCDOWELL
One Penn Plaza                                        6th Floor at Ford Field
New York, New York 10119                      1901 St. Antoine Street
(212) 594-5000                                        Detroit, Michigan 48226
                                                              (313) 393-7592
Dated: New York, New York
          July 28, 2009                                Dated: Detroit, Michigan
                                                                     July 28, 2009


The foregoing is So Ordered on the
5th day of August, 2009


/s/Robert D. Drain
ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

Detroit_942541_2