

# W. L. GORE & ASSOCIATES, INC.

*Creative Technologies Worldwide*

551 PAPER MILL ROAD • P.O. BOX 9206 • NEWARK, DELAWARE 19714-9206 • PHONE: 302/738-4880
FAX: 302/292-4153
FAX: 302/731-9098
LEGAL OFFICES

August 3, 2009

**Via First Class Mail**

Delphi Corp Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

    Re: <u>Delphi Corp., et al. Case No. 05-44481</u>

Dear Sir/Madam:

    Please send all creditor mailings related in the above-referenced case to:

        W. L. Gore & Associates, Inc.
        Attn: P. Lemoine, Legal Dept.
        551 Paper Mill Road
        Newark, DE 19711

    Please remove the addresses on the attached list from your database. If you have any questions, please feel free to call me at 302-738-4880.

Regards,

*[signature]*

Patricia Lemoine

Cc:    Clerk of the Court, Southern District of New York
        Counsel for Debtors

*[RECEIVED AUG -6 2009 U.S. BANKRUPTCY COURT, SDNY]*

ASIA • AUSTRALIA • EUROPE • NORTH AMERICA
GORE-TEX is a trademark of W. L. Gore & Associates, Inc.

DELPLHI CORP., ET AL 05-44481

GORE W L & ASSOCIATES INC EFT
101 LEWISVILLE RD
ELKTON MD 21922-1100

GORE W L & ASSOCIATES INC EFT
REINSTATE EFT 8 31 99
101 LEWISVILLE RD
ELKTON MD 21922-1100

GORE WL & ASSOCIATES INC
201 AIRPORT RD
ELKTON MD 21922-1488

WL GORE & ASSOCIATES INC
LEGAL DEPT
551 PAPER MILL RD
NEWARK DE 19711

LEGAL DEPT
551 PAPER MILL RD
NEWARK DE 19711

W L GORE & ASSOCIATES INC
FILTRATION PRODUCTS DIVISION
100 AIRPORT RD BLDG 1
ELKTON MD 21922-155

W L GORE & ASSOCIATES INC
FILTRATION PRODUCTS DIVISION
100 AIRPORT RD BLDG 1
ELKTON MD 21922-1550

GORE W L & ASSOCIATES INC
FIBER DIV
100 AIRPORT RD BLDG 1
ELKTON MD 21922

GORE, W L & ASSOCIATES INC
100 AIRPORT RD BLDG 1
ELKTON MD 21922

WL GORE & ASSOCIATES INC
WL GORE & ASSOCIATES INC
PO BOX 751334
CHARLOTTE NC 28275-1334

W L GORE AND ASSOCIATES INC EFT
BOX 751334
CHARLOTTE NC 28275-1334