SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF ADJOURNMENT OF CERTAIN OBJECTIONS TO NONASSUMPTION,
CURE AMOUNTS, AND ASSUMPTION AND ASSIGNMENT
OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO AUGUST 28, 2009

PLEASE TAKE NOTICE that on July 24, 2009, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above captioned cases (collectively, the "Debtors") filed a Notice Of Adjournment Of Hearing On Objections To Notices Of Nonassumption, Cure Amounts, And Assumption And Assignment Of Executory Contracts And Unexpired Leases To August 17, 2009 (Docket No. 18649) pursuant to which the Debtors adjourned any objection relating to (i) nonassumption, (ii) cure of defaults, (iii) adequate assurance of future performance, and/or (iv) assumption and/or assignment, with respect to executory contracts or unexpired leases to be assumed and/or assigned under the First Amended Joint Plan Of Reorganization of Delphi Corporation And Certain Affiliates, Debtors and Debtors In Possession, As Modified (together, the "Section 365 Objections") to August 17, 2009 at 10:00 a.m. (prevailing Eastern time), subject to (i) further adjournment by the Debtors by notifying the counterparty in writing at least three days before the August 17, 2009 hearing and (ii) the Debtors' right to re-notice the hearing with respect to such objection upon 20 days' notice to such counterparty.

PLEASE TAKE FURTHER NOTICE that pursuant to the Order Approving Modifications Under 11 U.S.C. § 1127(b) To (I) First Amended Joint Plan Of Reorganization of Delphi Corporation And Certain Affiliates, Debtors and Debtors In Possession, As Modified And (II) Confirmation Order (Docket No. 12359) (Docket No. 18707) (the "Plan Modification Order") the Section 365 Objections were adjourned to the hearing scheduled for August 17, 2009 at 10:00 a.m. (prevailing Eastern time), subject to further adjournment by the Debtors at least three days prior to such hearing upon notice to the Court and the applicable counterparty. Pursuant to decretal paragraph 40 of the Plan Modification Order, once adjourned, such objection shall be scheduled for an available hearing date following 20 days' notice provided by

2

the Debtors or the Reorganized Debtors, as applicable, to the applicable counterparty, or such other date as may be agreed upon, subject to further adjournment by the Debtors at least three days prior to such hearing upon notice to the Court and the applicable counterparty.

PLEASE TAKE FURTHER NOTICE that pursuant to the Plan Modification Order, the Section 365 Objections listed on Exhibit A attached hereto are hereby adjourned to the hearing scheduled for August 28, 2009 at 10:00 a.m. (prevailing Eastern time), subject to further adjournment by the Debtors at least three days prior to such hearing upon notice to the Court and the applicable counterparty.

Dated: New York, New York
       August 7, 2009

    SKADDEN, ARPS, SLATE, MEAGHER
     & FLOM LLP

    By:  /s/ John Wm. Butler, Jr.
       John Wm. Butler, Jr.
       John K. Lyons
       Ron E. Meisler
    155 North Wacker Drive
    Chicago, Illinois 60606

     - and -

    By:  /s/ Kayalyn A. Marafioti
       Kayalyn A. Marafioti
    Four Times Square
    New York, New York 10036

    Attorneys for Delphi Corporation, et al.,
     Debtors and Debtors-in-Possession

# Exhibit A

The objections filed by the parties listed below, including, but not limited to, the docket numbers listed below, are adjourned to the hearing scheduled for August 28, 2009 at 10:00 a.m. (prevailing Eastern time), subject to further adjournment by the Debtors in accordance with the Plan Modification Order.

| DOCKET NO. | OBJECTOR |
| --- | --- |
| 18216 | Ace Companies |
| 18254, 18368, 18711 | Autocam Corporation |
| 18565 | Carrier Corporation |
| 18494 | Nidec Motors & Actuators (USA), Inc. |
| 18220, 18474 | PBR Tennessee, Inc. |
| 18261 | Sunrise Medical HHG, Inc. |
| 18483 | Valeo, Inc. |