DUANE MORRIS LLP
COUNSEL TO PLYMOUTH RUBBER COMPANY, LLC

1540 Broadway
New York, NY 10036-4086
Telephone: 212-692-1000
Gerard S. Catalanello, Esq.
James J. Vincequerra, Esq.
William Heuer, Esq.

and

Paul D. Moore, Esq.
Jeffrey D. Sternklar, Esq.
Kara M. Zaleskas, Esq.
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02210-2600
Telephone: 857-488-4200

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:

|  |  |
|---|---|
| DELPHI CORPORATION, *et al.*, | Chapter 11<br>Case No. 05-44481 (RDD)<br>(Jointly Administered) |

Debtors.

---

# AFFIDAVIT OF SERVICE

**STATE OF NEW YORK**        )
                                                  )
**COUNTY OF NEW YORK**      )

*ONIKA D. MCLEAN, having personally appeared before the undersigned officer, duly authorized to administer oaths in the State of New York, and having been duly sworn, deposes and states as follows:*

1. I am not a party to this action, am over 18 years of age, and am employed by Duane Morris LLP, 1540 Broadway, New York, New York 10036

2. On the 3rd day of July 2009, I caused true and correct copies of the Supplemental Verified Statement of Duane Morris LLP Pursuant to Fed. R Bankr. P. 2019(A), by delivering via electronic mail on the parities listed on the Service list attached hereto as Exhibit "A" and to be delivered by depositing said copies in the United States Mail, with adequate First Class Postage affixed thereon, properly addressed to the parties listed on the Service Listed attached hereto as Exhibit "B"

FURTHER AFFIANT SAYETH NOT.

Onika D. McLean

Sworn to and subscribed before me
this 3rd day of July 2009
Aus

NOTARY PUBLIC

Javier Chavez, Jr.
Notary Public, State of New York
No. 02CH6167265
Qualified in New York County
Commission Expires May 29, 2011

# EXHIBIT A

# DELPHI CORPORATION
## SERVICE LIST VIA EMAIL

| | |
|---|---|
| pclark@btlaw.com | adalberto@canadas.com |
| rstark@brownrudnick.com | javanzato@apslaw.com |
| bsimon@cwsny.com | david.boyle@airgas.com |
| karen.j.craft@delphi.com | bkessinger@akebono-usa.com |
| sliviri@ffhsj.com | ddunn@akingump.com |
| brian.resnick@dpw.com | idizengoff@akingump.com |
| sreisman@cm-p.com | pgurfein@akingump.com |
| donald.bernstein@dpw.com | mgreger@allenmatkins.com |
| sean.p.corcoran@delphi.com | steven.keyes@aam.com |
| cschiff@flextronics.com | gogimalik@andrewskurth.com |
| paul.anderson@flextronics.com | lwalzer@angelogordon.com |
| trey.chambers@freescale.com | mtf@afrct.com |
| rodbuje@ffhsj.com | aleinoff@amph.com |
| randall.eisenberg@fticonsulting.com | cohen.mitchell@arentfox.com |
| valerie.venable@ge.com | hirsh.robert@arentfox.com |
| lhassel@groom.com | dladdin@agg.com |
| sgross@hodgsonruss.com | joel_gross@aporter.com |
| fgorman@honigman.com | cgalloway@atsautomation.com |
| rweiss@honigman.com | eray@balch.com |
| mariaivalerio@irs.gov | kim.robinson@bfkn.com |
| bburns@laxneville.com | william.barrett@bfkn.com |
| bderrough@jefferies.com | alan.mills@btlaw.com |
| richard.duker@jpmorgan.com | john.gregg@btlaw.com |
| gianni.russello@jpmorgan.com | mark.owens@btlaw.com |
| gnovod@kramerlevin.com | michael.mccrory@btlaw.com |
| tmayer@kramerlevin.com | pmears@btlaw.com |
| sbetance@kccllc.com | wendy.brewer@btlaw.com |
| robert.rosenberg@lw.com | ffm@bostonbusinesslaw.com |
| daniel.fisher@lawdeb.com | tom@beemanlawoffice.com |
| patrick.healy@lawdeb.com | hannah@blbglaw.com |
| blax@laxneville.com | sean@blbglaw.com |
| dcleary@mwe.com | wallace@blbglaw.com |
| jdejonker@mwe.com | murph@berrymoorman.com |
| mkhambati@mwe.com | klaw@bbslaw.com |
| conh@mctiguelaw.com | lschwab@bbslaw.com |
| bmctigue@mctiguelaw.com | pcostello@bbslaw.com |
| lszlezinger@mesirowfinancial.com | tgaa@bbslaw.com |
| jtill@milbank.com | wmosby@binghammchale.com |
| gbray@milbank.com | malerding@binghammchale.com |
| newyork@sec.gov | jtaylor@binghammchale.com |

| | |
|---|---|
| william.dornbos@oag.state.ny.us | tkreller@milbank.com |
| rsiegel@omm.com | mrichards@blankrome.com |
| tjerman@omm.com | rmcdowell@bodmanllp.com |
| menke.john@pbfgc.gov | chill@bsk.com |
| bangert.beth@pbgc.gov | csullivan@bsk.com |
| efile@pbgc.gov | sdonato@bsk.com |
| morris.karen@pbgc.gov | cdelatorre@boselaw.com |
| landy.ralph@pbgc.gov | mtrentadue@boselaw.com |
| sriemer@phillipsnizer.com | amcmullen@bccb.com |
| david.resnick@us.rothschild.com | rjones@bccb.com |
| rdremluk@seyfarth.com | massimiliano_cini@brembo.it |
| jfrizzley@shearman.com | dludman@brownconnery.com |
| dbartner@shearman.com | schristianson@buchalter.com |
| kziman@stblaw.com | mary.caloway@bipc.com |
| rtrust@stblaw.com | william.schorling@bipc.com |
| wrussell@stblaw.com | mhall@burr.com |
| jlyonsch@skadden.com | jeannine.damico@cwt.com |
| rmeisler@skadden.com | oren.haker@cwt.com |
| jbutler@skadden.com | john.rapisardi@cwt.com |
| tmatz@skadden.com | jonathan.greenberg@basf.com |
| kmarafio@skadden.com | rusadi@cahill.com |
| ddoyle@spencerfane.com | jrobertson@calfee.com |
| nfranke@spencerfane.com | rcalinoff@candklaw.com |
| tcornell@stahlcowen.com | dhriggio@gmail.com |
| cs@stevenslee.com | rweisberg@carsonfischer.com |
| jdyas@halperinlaw.net | cahn@clm.com |
| jcohen@stahlcowen.com | ddeutsch@chadbourne.com |
| cp@stevenslee.com | japplebaum@clarkhill.com |
| altogut@teamtogut.com | sdeeby@clarkhill.com |
| bceccotti@cwsny.com | rgordon@clarkhill.com |
| mwarner@warnerstevens.com | maofiling@cgsh.com |
| harvey.miller@weil.com | maofiling@cgsh.com |
| jeff.tanenbaum@weil.com | tmaxson@cohenlaw.com |
| martin.bienenstock@weil.com | jvitale@cwsny.com |
| michael.kessler@weil.com | srosen@cb-shea.com |
| scimalore@wilmingtontrust.com | elliott@cmplaw.com |
| jwisler@cblh.com | prubin@herrick.com |
| solax@contrariancapital.com | anne.kennelly@hp.com |
| wraine@contrariancapital.com | ken.higman@hp.com |
| jstanton@contrariancapital.com | sharon.petrosino@hp.com |
| mlee@contrariancapital.com | mpendell@haslaw.com |
| pretekin@coollaw.com | echarlton@hiscockbarclay.com |
| sjohnston@cov.com | jkreher@hodgsonruss.com |
| swalsh@chglaw.com | sgross@hodgsonruss.com |
| dpm@curtinheefner.com | amoog@hhlaw.com |

| | |
|---|---|
| rsz@curtinheefner.com | ecdolan@hhlaw.com |
| ceilbott@curtis.com | sagolden@hhlaw.com |
| krk4@daimlerchrysler.com | dbaty@honigman.com |
| wsavino@damonmorey.com | tsable@honigman.com |
| james.moore@dechert.com | lmurphy@honigman.com |
| cchiu@daypitney.com | sdrucker@honigman.com |
| davidpmartin@bellsouth.net | lgretchko@howardandhoward.com |
| davidpmartin@erisacase.com | lmcbryan@hwmklaw.com |
| rmeth@daypitney.com | jrhunter@hunterschank.com |
| rbeacher@daypitney.com | tomschank@hunterschank.com |
| glenn.siegel@dechert.com | mmassad@hunton.com |
| carol_sowa@denso-diam.com | sholmes@hunton.com |
| gdiconza@dlawpc.com | ace@hurwitzfine.com |
| john.persiani@dinslaw.com | ben.caughey@icemiller.com |
| richard.kremen@dlapiper.com | greg.bibbes@infineon.com |
| jguerrier@dreierllp.com | jeffery.gillispie@infineon.com |
| andrew.kassner@dbr.com | heather@inplaytechnologies.com |
| david.aaronson@dbr.com | rgriffin@juoe.org |
| janice.grubin@dbr.com | bruzinsky@jw.com |
| jhlemkin@duanemorris.com | hforrest@jw.com |
| dmdelphi@duanemorris.com | pbarr@jaffelaw.com |
| wmsimkulak@duanemorris.com | jrs@parmenterlaw.com |
| dparker@dykema.com | mcorrea@jonesday.com |
| mmsmith@dykema.com | wschultz@jasoninc.com |
| ssalinas@dykema.com | rpeterson@jenner.com |
| mbusenkell@eckertseamans.com | gerdekomarek@bellsouth.net |
| ayala.hassell@eds.com | cball@jonesday.com |
| bem@eorrlaw.com | pjbenvenutti@jonesday.com |
| akatz@entergy.com | sjfriedman@jonesday.com |
| gettelman@e-hlaw.com | john.sieger@kattenlaw.com |
| eflaagan@faegre.com | rsmolev@kayescholer.com |
| pcollins@farrellfritz.com | kcookson@keglerbrown.com |
| lscarcella@farrellfritz.com | lsarko@kellerrohrback.com |
| charles@filardi-law.com | ggotto@kellerrohrback.com |
| tdonovan@finkgold.com | cwolfe@kelleydrye.com |
| jmurch@foley.com | mstone@kelleydrye.com |
| jsimon@foley.com | lmagarik@kjmlabor.com |
| fstevens@foxrothschild.com | sjennik@kjmlabor.com |
| mviscount@foxrothschild.com | tkennedy@kjmlabor.com |
| ftrikkers@rikkerslaw.com | degan@kslaw.com |
| drosenzweig@fulbright.com | bdimos@kslaw.com |
| mparker@fulbright.com | sdabney@kslaw.com |
| dcimo@gjb-law.com | jstempel@kirkland.com |
| dcrapo@gibbonslaw.com | efox@klng.com |
| bhoover@goldbergsegalla.com | sosimmerman@kwgd.com |

| | |
|---|---|
| abrilliant@goodwinproctor.com | jay.selanders@kutakrock.com |
| cdruehl@goodwinproctor.com | ekutchin@kutchinrufo.com |
| bmehlsack@gkllaw.com | knorthup@kutchinrufo.com |
| pbilowz@goulstonstorrs.com | smcook@lambertleser.com |
| jsabella@gelaw.com | mark.broude@lw.com |
| jeisenhofer@gelaw.com | michael.riela@lw.com |
| mrr@previant.com | mitchell.seider@lw.com |
| mdebbeler@graydon.com | robert.rosenberg@lw.com |
| diconzam@gtlaw.com | mkohayer@aol.com |
| heyens@gtlaw.com | rcharles@lrlaw.com |
| ahalperin@halperinlaw.net | sfreeman@lrlaw.com |
| cpeer@hahnlaw.com | jengland@linear.com |
| jpb@greensfelder.com | austin.bankruptcy@publicans.com |
| ckm@greensfelder.com | dallas.bankruptcy@publicans.com |
| leoscar@hahnlaw.com | houston_bankruptcy@publicans.com |
| cbattaglia@halperinlaw.net | kwalsh@lockelord.com |
| rjclark@hancocklaw.com | tmcfadden@lockelord.com |
| ddragich@hdolaw.com | gschwed@loeb.com |
| hleinwand@aol.com | whawkins@loeb.com |
| judith.elkin@haynesboone.com | bnathan@lowenstein.com |
| lenard.parkins@haynesboone.com | ilevee@lowenstein.com |
| kenric.kattner@haynesboone.com | krosen@lowenstein.com |
| mquinn@mwe.com | metkin@lowenstein.com |
| lsalzman@mccarthy.ca | scargill@lowenstein.com |
| vjones@millermartin.com | vdagostino@lowenstein.com |
| sarbt@millerjohnson.com | egc@lydenlaw.com |
| greenj@millercanfield.com | axs@maddinhauser.com |
| fusco@millercanfield.com | jlanden@madisoncap.com |
| pjricotta@mintz.com | lmc@ml-legal.com |
| jeff.ott@molex.com | vmastromar@aol.com |
| agottfried@morganlewis.com | gsantella@masudafunai.com |
| mzelmanovitz@morganlewis.com | dadler@mccarter.com |
| resterkin@morganlewis.com | eglas@mccarter.com |
| lberkoff@moritthock.com | jsalmas@mccarthy.ca |
| rurbanik@munsch.com | gravert@mwe.com |
| sandy@nlsg.com | jmsullivan@mwe.com |
| knathan@nathanneuman.com | sselbst@mwe.com |
| lisa.moore2@nationalcity.com | shandler@mwe.com |
| marty_noland@nrel.gov | sopincar@mcdonaldhopkins.com |
| george.cauthen@nelsonmullins.com | sriley@mcdonaldhopkins.com |
| tracy.richardson@dol.lps.state.nj.us | jbernstein@mdmc-law.com |
| bbeckworth@nixlawfirm.com | amccollough@mcguirewoods.com |
| eabdelmasieh@nmmlaw.com | dblanks@mcquirewoods.com |
| dgheiman@jonesday.com | jmaddock@mcguirewoods.com |
| cahope@chapter13macon.com | tslome@msek.com |

| | |
|---|---|
| jay.hurst@oag.state.tx.us | hkolko@msek.com |
| msutter@ag.state.oh.us | lpeterson@msek.com |
| michaelz@orbotech.com | mmeyers@mlg-pc.com |
| mmoody@orourkeandmoody.com | emeyers@mrrlaw.net |
| aenglund@orrick.com | rrosenbaum@mrrlaw.net |
| fholden@orrick.com | mdtcbkc@miamidade.gov |
| jguy@orrick.com | miag@michigan.gov |
| rdaversa@orrick.com | raterinkd@michigan.gov |
| rwyron@orrick.com | miag@michigan.gov |
| mseidl@pszjlaw.com | jdonahue@miheritage.com |
| rfeinstein@pszjlaw.com | trenda@milesstockbridge.com |
| dalowenthal@pbwt.com | claufenberg@kellerrohrback.com |
| dwdykhouse@pbwt.com | eriley@kellerrohrback.com |
| spaethlaw@phslaw.com | ischarf@pszjlaw.com |
| arosenberg@paulweiss.com | susanwhatley@nixlawfirm.com |
| cweidler@paulweiss.com | jangelovich@nixlawfirm.com |
| ddavis@paulweiss.com | dweiner@schaferandweiner.com |
| emccolm@paulweiss.com | hborin@schaferandweiner.com |
| jbrass@paulweiss.com | mnewman@schaferandweiner.com |
| sshimshak@paulweiss.com | mwernette@schaferandweiner.com |
| housnerp@michigan.gov | shellie@schaferandweiner.com |
| kmayhew@pepehazard.com | rheilman@schaferandweiner.com |
| lawallf@pepperlaw.com | egeekie@schiffhardin.com |
| jaffeh@pepperlaw.com | myarnoff@sbclasslaw.com |
| caseyl@pepperlaw.com | shandler@sbclasslaw.com |
| varughesen@pepperlaw.com | david.karp@srz.com |
| scarter@pselaw.com | james.bentley@srz.com |
| jmanheimer@pierceatwood.com | michael.cook@srz.com |
| kcunningham@pierceatwood.com | pbaisier@seyfarth.com |
| rjp@pbandg.com | rdremluk@seyfarth.com |
| karen.dine@pillsburylaw.com | whanlon@seyfarth.com |
| margot.erlich@pillsburylaw.com | bshaw100@shawgussis.com |
| mark.houle@pillsburylaw.com | bharwood@sheehan.com |
| richard.epling@pillsburylaw.com | lawtoll@comcast.net |
| robin.spear@pillsburylaw.com | ewaters@sheppardmullin.com |
| bsmoore@pbnlaw.com | msternstein@sheppardmullin.com |
| jsmairo@pbnlaw.com | tcohen@sheppardmullin.com |
| jh@previant.com | twardle@sheppardmullin.com |
| enrique.bujidos@es.pwc.com | rthibeaux@shergarner.com |
| mgr@previant.com | rthibeaux@shergarner.com |
| xst@qad.com | bankruptcy@goodwin.com |
| jharris@quarles.com | bankruptcy@goodwin.com |
| jdawson@quarles.com | asherman@sillscummis.com |
| knye@quarles.com | jzackin@sillscummis.com |
| rlp@quarles.com | skimmelman@sillscummis.com |

| | |
|---|---|
| wolfordr@millerjohnson.com | vhamilton@sillscummis.com |
| apille@reedsmith.com | cfortgang@silverpointcapital.com |
| elazarou@reedsmith.com | kmiller@skfdelaware.com |
| jkaczka@republicengineered.com | fyates@sonnenschein.com |
| jlapinsky@republicengineered.com | mmachen@sonnenschein.com |
| jshickich@riddellwilliams.com | opinkas@sonnenschein.com |
| jcrotty@rieckcrotty.com | rrichards@sonnenschein.com |
| mscott@riemerlaw.com | lloyd.sarakin@am.sony.com |
| holly@regencap.com | emarcks@ssd.com |
| amathews@robinsonlaw.com | cmeyer@ssd.com |
| cnorgaard@ropers.com | sarah.morrison@doj.ca.gov |
| gregory.kaden@ropesgray.com | hwangr@michigan.gov |
| tslome@rsmllp.com | przekopshaws@michigan.gov |
| rtrack@msn.com | jmbaumann@steeltechnologies.com |
| agelman@sachnoff.com | rkidd@srcm-law.com |
| cbelmonte@ssbb.com | shapiro@steinbergshapiro.com |
| pbosswick@ssbb.com | cschulman@sachnoff.com |
| rcarrillo@ssbb.com | jspecf@sternslaw.com |
| pricotta@mintz.com | jposta@sternslaw.com |
| jwielebinski@munsch.com | cp@stevenslee.com |
| drukavina@munsch.com | cs@stevenslee.com |
| loucourtsum@stites.com | mshaiken@stinsonmoheck.com |
| egoldberg@stutman.com | robert.goodrich@stites.com |
| ipachulski@stutman.com | madison.cashman@stites.com |
| cpajak@stutman.com | wbeard@stites.com |
| rbaskin@tblawllp.com | jdavidson@stutman.com |
| efiledocketgroup@fagelhaber.com | ferrell@taftlaw.com |
| guzzi@whitecase.com | miller@taftlaw.com |
| dbaumstein@ny.whitecase.com | jteitelbaum@morganlewis.com |
| featon@miami.whitecase.com | agbanknewyork@ag.tn.gov |
| cschreiber@winston.com | jforstot@tpw.com |
| gtoering@wnj.com | lcurcio@tpw.com |
| mcruse@wnj.com | niizeki.tetsuhiro@furukawa.co.jp |
| growsb@wnj.com | robert.morris@timken.com |
| mwarner@warnerstevens.com | mcolabianchi@thelen.com |
| lekvall@wgllp.com | rhett.campbell@tklaw.com |
| aordubegian@weineisen.com | ira.herman@tklaw.com |
| gpeters@weltman.com | john.brannon@tklaw.com |
| gkurtz@ny.whitecase.com | lnewman@tcfhlaw.com |
| tlauria@whitecase.com | dquaid@tcfhlaw.com |
| barnold@whdlaw.com | tguerriero@us.tiauto.com |
| jmoennich@wickenslaw.com | jlevi@toddlevi.com |
| dneier@winston.com | bmcdonough@teamtogut.com |
| mwinthrop@winthropcouchot.com | jwilson@tylercooper.com |
| sokeefe@winthropcouchot.com | matthew.schwartz@usdoj.gov |

| | |
|---|---|
| djury@usw.org | hzamboni@underbergkessler.com |
| tscobb@vorys.com | mkilgore@up.com |
| rgmason@wlrk.com | robert.welhoelter@wallerlaw.com |

**EXHIBIT B**

## SERVICE LIST VIA FIRST CLASS MAIL

| | |
|---|---|
| Israel Goldowitz<br>Pension Benefit Guaranty Corporation<br>1200 K Street, NW<br>Suite 340<br>Washington, DC  20005-4026 | MaryAnn Brereton<br>Assistant General Counsel<br>Tyco Electronics Corporation<br>60 Columbia Road<br>Morristown, NJ  07960 |
| Brian Masumoto<br>United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY  10004-2112 | Stephen Toy<br>WL Ross & Co., LLC<br>1166 Avenue of the Americas<br>New York, NY  10036-1100 |