**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------X
```
In re:                                Chapter 11
                                      Case No. 05-44481 (rdd)
**Delphi Corporation., *et al.***        Jointly Administered

         Debtors
```
---------------------------X
```

### CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO
AN ORDER OF THE BANKRUPTCY COURT, DATED AUGUST 10, 2009, DIRECTING
THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.


Revised Exhibits And Schedules To Master Disposition Agreement