205 West ;0th St.
Salem, Oh. 44460
Aug. 5, 2009

The Honorable Judge, Robert Drain
#1 Bowling Green
Ny. Ny. 10004

Dear Sir:

We are writing to request that you reach a decision to favor the plight of the many deserving Retirees of General Motors and Delphi, who have so faithfully served these Companies.

Case in Point:

Our Son, Timothy K Sheffer, graduated from GMI (General Motors Institute) in 1975, as a Mechanical Engineer, having been sponsored by Rochester Products Division of General Motors. However, Rochester Products, was sold to Delphi, and our son followed.

During Timothy,s tenure with these Companies, his expertise being, Emissions and Fuel Injection, he was sent to Germany and  Luxemburg for five years to help them establish good emission standards. His expertise also sent him, time and again to Korea, Brazil and Mexico.

After his 34 years of faithful and productive service, he was bought out, and given retiremnt benefits. If you judge against these deserving employes, our son will end up with not enough with which to live on. This is only one story, how many hundreds of others are there? This does not seem fair or appreciative of a lifetime of devotion and service. Let alone, what will it do to the economy?

We hope your Compassion will agree with this.

Sincerely,

Frank and Sara Sheffer



RECEIVED AUG 10 2009 USBC-SDNY RDD