DUANE MORRIS LLP
1540 Broadway
New York, NY 10036-4086
Telephone: 212.692.1022
Gerard S. Catalanello, Esq. (GC-0945)
James J. Vincequerra, Esq. (JV-6270)

*COUNSEL TO PLYMOUTH RUBBER COMPANY, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Kara M. Zaleskas, a member in good standing of the bar of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, and the United States Court of Appeals for the First Circuit, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Plymouth Rubber Company, LLC, a creditor in the above-captioned proceeding.  My mailing address is 470 Atlantic Avenue, Suite 500, Boston, Massachusetts 02210-2600.  My email address is kmzaleskas@duanemorris.com.  My telephone number is 857-488-4200.  The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated:    August 10, 2009                  /s/   Kara M. Zaleskas
          Boston, Massachusetts            Kara M. Zaleskas

DM3\1106016.1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

## ORDER FOR ADMISSION TO PRACTICE *PRO HAC VICE*

Kara M. Zaleskas, a member in good standing of the bar of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, and the United States Court of Appeals for the First Circuit, having requested admission, *pro hac vice*, to represent Plymouth Rubber Company, LLC, a creditor in the above-captioned proceeding,

**IT IS THEREFORE ORDERED THAT:**

Kara M. Zaleskas, Esq., is admitted to practice, *pro hac vice*, in the above-captioned proceeding, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: August __, 2009
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

2

DM3\1106016.1