BARNES & THORNBURG LLP
Attorneys for Motorola, Inc.
One North Wacker Drive, Suite 4400
Chicago, IL  60606-2833
Telephone: (312) 357-1313
Facsimile: (312) 759-5646

John T. Gregg, Admitted Pro Hac Vice
Telephone: (616) 742-3945
Email: jgregg@btlaw.com

Peter A. Clark
Telephone: (312) 214-5668
Email: pclark@btlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, <u>et al.</u>, | ) | No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### CERTIFICATE OF SERVICE

Document Served:    -    **WITHDRAWAL OF OBJECTION OF MOTOROLA, INC. TO NOTICE OF ASSUMPTION AND ASSIGNMENT WITH RESPECT TO CERTAIN EXECUTORY CONTRACTS OR UNEXPIRED LEASES TO BE ASSUMED AND ASSIGNED TO PARNASSUS HOLDINGS II, LLC UNDER MODIFIED PLAN OF REORGANIZATION**

The undersigned certifies that a copy of the document(s) listed above was served upon the parties listed on the attached <u>Exhibit A</u> at their respective addresses by United States mail, first class, postage prepaid, on the date indicated below.

Dates:  August 12, 2009            I declare that the statement above is true to the best
                                    of my information, knowledge and belief.

                                    /s/John T. Gregg
                                    John T. Gregg, Admitted Pro Hac Vice
                                    Barnes & Thornburg LLP

# EXHIBIT A

| | |
|---|---|
| Honorable Robert D. Drain, United States Bankruptcy Judge<br>United States Bankruptcy Court for the Southern District of New York<br>One Bowling Green, Room 632<br>New York, New York 10004 | Delphi Corporation<br>Attention: General Counsel<br>5725 Delphi Drive<br>Troy, Michigan 48098 |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Attention: John Wm. Butler, Jr. and Ron E. Meisler<br>155 North Wacker Drive<br>Chicago, Illinois 60606 | Skadden, Arps, Slate, Meagher & Flom LLP<br>Attention: Kayalyn A. Marafioti and Gregory W. Fox<br>Four Times Square<br>New York, New York 10036 |
| The Office of the United States Trustee for the Southern District of New York<br>Attention: Brian Masumoto<br>33 Whitehall Street, Suite 2100<br>New York, New York 10004 | Latham & Watkins LLP<br>Attention: Robert J. Rosenberg, Mark A. Broude, and Mitchell A. Seider<br>885 Third Avenue<br>New York, New York 10022 |
| Davis Polk & Wardwell<br>Att'n: Donald Bernstein and Brian Resnick<br>450 Lexington Avenue<br>New York, New York 10017 | Willkie Farr & Gallagher LLP<br>Attention: Richard Mancino and Marc Abrams<br>787 Seventh Avenue<br>New York, New York 10019 |
| Cadwalader, Wickersham & Taft LLP<br>Attention: John J. Rapisardi and Oren B. Haker<br>OneWorld Financial Center<br>New York, New York 10281 | United States Department of Justice<br>Attention: Matthew L. Schwartz and Joseph N. Cordaro<br>86 Chambers Street, 3rd Floor<br>New York, New York 10007 |
| Weil, Gotshal & Manges LLP<br>Attention: Jeffrey L. Tanenbaum and Robert J. Lemons<br>767 Fifth Avenue<br>New York, New York 10153 | Schulte Roth & Zabel LLP<br>Attention: Adam C. Harris and David J. Karp<br>919 Third Avenue<br>New York, New York 10022 |