BARNES & THORNBURG LLP
Attorneys for Howard County, Indiana
11 South Meridian Street
Indianapolis, IN 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433
David M. Powlen
Michael K. McCrory
Mark R. Owens

*Attorneys for Howard County, Indiana*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481(RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 12th day of August, 2009, he caused a copy of the "Limited Objection to Motion of Debtors Related to Administrative Claims Procedures and Request for Allowance and Payment of Tax Installment as Administrative Claim by Howard County, Indiana" ("Limited Objection") to be filed electronically via the Court's ECF system. Notice of this filing will be sent pursuant to the Court's ECF system. Parties may access this filing through the Court's ECF system. The undersigned hereby further certifies that on the 12th day of August, 2009, a copy of the Limited Objection was served upon the following via Federal Express, overnight delivery.

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Att'n: General Counsel

Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, Illinois 60606
Att'n: Ron E. Meisler
       Joseph N. Wharton

Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017
Att'n: Donald Bernstein
      Brian Resnick

Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Att'n: Robert J. Rosenberg
      Mark A. Broude

Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019-6099
Att'n: Marc Abrams
      Michael J. Kelly

Dechert LLP
1095 Avenue of the Americas
New York, New York 10036-6797
Att'n: Glenn E. Siegel
      James O. Moore

Office of the United States Trustee
For the Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
Att'n: Brian Musumoto

Dated: August 12, 2009

  /s/ David M. Powlen
David M. Powlen
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, IN 46204
Telephone (317) 236-1313
Facsimile (317) 231-7433
E-Mail: david.powlen@btlaw.com

*Attorneys for Howard County, Indiana*

INDS01 KFRANK 1143313v1