UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re:                                              Chapter 11

    DELPHI CORPORATION, et al.,           Case No. 05-44481 (RDD)
                         Debtors.              (Jointly Administered)

OBJECTION OF JUDD WIRE, INC. TO DEBTOR'S NOTICE OF
NON-ASSUMPTION UNDER THE MODIFIED PLAN WITH RESPECT TO
CERTAIN EXPIRED OR TERMINATED CONTRACTS OR LEASES PREVIOUSLY
DEEMED TO BE ASSUMED OR ASSUMED AND ASSIGNED UNDER CONFIRMED
PLAN OF REORGANIZATION (AS LISTED IN DOCKET NO. 17728)

      Judd Wire, Inc. ("Judd Wire"), by and through its undersigned counsel, hereby files this objection to Debtor's Notice of Non-Assumption Under the Modified Plan with Respect to Certain Expired or Terminated Contracts or Leases Previously Deemed to be Assumed or Assumed and Assigned Under Confirmed Plan of Reorganization. In support of this objection, Judd Wire states as follows:

      1.      On October 8, 2005, Delphi and certain of its subsidiaries and affiliates (collectively, the "Debtors") filed voluntary petitions with this Bankruptcy Court for relief under Chapter 11 of Title 11, United States Code.

      2.      At various times, the Debtors and Judd Wire entered into the purchase orders/contracts listed at Exhibit A hereto under PO # PEDP4170081 (the "Contract"), whereby Judd Wire would provide certain products to the Debtors.

      3.      In early 2008, the Debtor stated that the Contract would be assumed with corresponding cure dollars to be paid to Judd Wire. (See Exhibit A hereto and docket No. 13176, Exhibit A3, page 5.)

      4.      On July 2, 2009, the Debtor filed Schedule 9.3 (Assumption List) that included the Contract (see docket No. 17557, page 84).

      5.      Thereafter, Judd Wire received a Notice of Non-Assumption with regard to the Contract that stated that the Contract had expired or been terminated. (See docket No. 17728, Exhibit A, page 37.) This is incorrect.

      6.      As can be seen from Exhibit B hereto, the Debtor's purchase orders under the Contract state that they expire on December 31, 2009 and Judd Wire continues the production and delivery of product as provided under the Contract.

7.   Moreover, Judd Wire has not, to the best of its knowledge received notice that the Contract has expired or been terminated and believes that the Contract remains in full force and effect.

8.   Because the legal points and authorities regarding this objection are incorporated herein and do not represent novel theories of law, Judd Wire respectfully requests that the requirement of service and filing of a separate memorandum of law under Local Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York be deemed satisfied.

WHEREFORE, Judd Wire respectfully requests that the Court (a) determine that the Debtor's Notice of Non-Assumption is of no force and effect with regard to the Contract listed at Exhibit A hereto; (b) order the Debtors to make cure payments to Judd Wire as listed at Exhibit A hereto; and (c) grant such other further relief as this Court deems just and proper.

Date: August 13, 2009

                      JUDD WIRE, INC.

                      By: : /s/ Michael R. Enright
                          Michael R. Enright (ME 6614)
                          Robinson & Cole LLP
                          280 Trumbull Street
                          Hartford, CT 06103
                          860 275 8290 (phone)
                          860 275 8299 (fax)
                          menright@rc.com

## EXHIBIT A

| Creditor | Contract # | Cure Amount | Schedule 9.3 Assumption List Exhibit Page Reference (docket # 17557) | Judd Wire PN | Delphi PN |
|---|---|---|---|---|---|
| Judd Wire, Inc. | PEDP4170081 | $1,253,659.53 | 84 | Multi-year Pricing Agreement dated 1/07/2008 | PEDP4170081-054 PEDP4170081-087 |

Ex B

[x] FDP9006-0400    PURCHASE ORDER CHANGE - EFFECTIVE 04-01-09
VALL17

PEDP4170081 087

**PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS, BILLS OF LADING, AND RELATED DOCUMENTS.**

# DELPHI

DELIVER TO: GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN                    OH 44483

**VENDOR CODE**

DUNS: 195712542-P01 / 195712542-C01

**PLEASE ENTER OUR ORDER/REVISION AS LISTED HEREON, SUBJECT TO TERMS AND CONDITIONS CONTAINED WITHIN.**

TO:  JUDD WIRE INC

PURCHASE ORDER    PEDP4170081 087

124 TURNPIKE RD                                ORDER DATE    09-25-04

TURNERS FALLS        MA 01376    US        REF. INQ. NO.

PRICES IN USD            EXPIRATION  12-31-09         REVISION DATE 04-08-09
    FREIGHT TERM                    SHIPPING POINT            PAYMENT TERM
FOB-OUR PLANT FREIGHT COLLECT    TURNERS FALL MA    25TH INSTANT 10TH PROX

    TITLE TRANSFER                SHIPPING INSTRUCTION            BUYER
TITLE TRANSFER OUR PLANT      PER PROCUREMENT INSTRUCTIONS        17

```
CONTRACT REQUIREMENTS STATEMENT:
************************************************************
SELLER ACKNOWLEDGES AND AGREES THAT BUYER'S GENERAL TERMS AND CONDITIONS AND
DELPHI CUSTOMER SPECIFIC REQUIREMENTS ARE INCORPORATED IN, AND A PART OF,
THIS CONTRACT AND EACH PURCHASE ORDER, RELEASE, REQUISITION, WORK ORDER,
SHIPPING INSTRUCTION, SPECIFICATION AND OTHER DOCUMENT ISSUED BY BUYER OR
ACCEPTED IN WRITING BY BUYER, WHETHER EXPRESSED IN WRITTEN FORM OR BY
ELECTRONIC DATA INTERCHANGE, RELATING TO THE GOODS AND/OR SERVICES TO BE
PROVIDED BY SELLER PURSUANT TO THIS CONTRACT (SUCH DOCUMENTS ARE COLLECTIVELY
REFERRED TO AS THIS "CONTRACT"). A COPY OF BUYER'S GENERAL TERMS AND
CONDITIONS AND DELPHI CUSTOMER SPECIFIC REQUIREMENTS ARE AVAILABLE UPON
WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT DELPHI'S WEBSITE,
WWW.DELPHI.COM. SELLER ACKNOWLEDGES AND AGREES THAT IT HAS READ AND
UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS AND DELPHI CUSTOMER
SPECIFIC REQUIREMENTS.  IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR
COMMENCES ANY OF THE WORK OR SERVICES WHICH ARE THE SUBJECT OF THIS CONTRACT,
SELLER WILL BE DEEMED TO HAVE ACCEPTED THIS CONTRACT AND BUYER'S GENERAL
TERMS AND CONDITIONS AND DELPHI CUSTOMER SPECIFIC REQUIREMENTS IN THEIR
ENTIRETY WITHOUT MODIFICATION.  ANY ADDITIONS TO, CHANGES IN, MODIFICATIONS
OF, OR REVISIONS OF THIS CONTRACT (INCLUDING BUYER'S GENERAL TERMS AND
CONDITIONS AND DELPHI CUSTOMER SPECIFIC REQUIREMENTS) WHICH SELLER
PROPOSES WILL BE DEEMED TO BE REJECTED BY BUYER EXCEPT TO THE EXTENT
THAT BUYER EXPRESSLY AGREES TO ACCEPT ANY SUCH PROPOSALS IN WRITING.
```

DELIVER-TO    STA DEPT  GEN-LED  ACCT DEPT/POM  W.O.  PROJ DEBIT JOB-NUMBER  CODE
VARIOUS               80100    80100                                          A

T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR MATERIAL OR SERVICES SUPPLIED.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431   Warren, Ohio 44486

ANGELICA M MARTINEZ
PHONE 915 612-4651                    BUYER

ORIG: SEE DELIVER TO        TROY ZERBE
          PAGE  1   OF 85

[X] FDP9006-0400    PURCHASE ORDER CHANGE - EFFECTIVE 04-01-09
VALL17

```
                                                            PEDP4170081 087
```

# DELPHI

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS, BILLS OF LADING, AND RELATED DOCUMENTS.

DELIVER TO: GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN                OH 44483

**VENDOR CODE**

DUNS: 195712542-P01 / 195712542-C01

PLEASE ENTER OUR ORDER/REVISION AS LISTED HEREON, SUBJECT TO TERMS AND CONDITIONS CONTAINED WITHIN.

**TO:**  JUDD WIRE INC

PURCHASE ORDER   PEDP4170081 087

124 TURNPIKE RD                             ORDER DATE   09-25-04

TURNERS FALLS       MA 01376    US    REF. INQ. NO.

PRICES IN USD              EXPIRATION  12-31-09         REVISION DATE 04-08-09
    FREIGHT TERM                   SHIPPING POINT              PAYMENT TERM
FOB-OUR PLANT FREIGHT COLLECT      TURNERS FALL MA      25TH INSTANT 10TH PROX

       TITLE TRANSFER                 SHIPPING INSTRUCTION              BUYER
TITLE TRANSFER OUR PLANT          PER PROCUREMENT INSTRUCTIONS            17

```
NAFTA & MANUFACTURER'S AFFIDAVIT DOCUMENTS:
***************************************************************
ALL NAFTA RELATED DOCUMENTS AND MANUFACTURER'S AFFIDAVITS
SHOULD BE SENT TO:
   DELPHI CORPORATION
   M/C 480-410-228 5825 DELPHI DRIVE
   TROY, MI 48098
   ATTN: LAURA JAKOB

       FAX: 248-813-1411

SHIPPING INSTRUCTIONS / SHIP VIA:
***************************************************************
SUPPLIERS ARE REQUIRED TO SHIP VIA DELPHI PACKARD CERTIFIED CARRIERS AS
DIRECTED BY PROCUREMENT.  ALL ROUTING INSTRUCTIONS CAN BE VIEWED ON THE
COVISINT SUPPLIER PORTAL WEB SITE UNDER SUPPLIER BULLETIN #10029 OR BY
CALLING THE DELPHI PACKARD LOGISTICS DEPARTMENT AT 915-612-4908.
***************************************************************

THIS REQUIREMENTS CONTRACT IS FOR 100% UNLESS OTHERWISE SPECIFIED.

***************************************************************

***************************************************************
CABLE PRICES WILL BE ADJUSTED EVERY QUARTER TO REFLECT GLOBAL COPPER
FLUCTUATION.  COMEX HI GRADE CLOSING 1ST. POSITION (USD/LB) AVERAGE FROM
PREVIOUS QUARTER (SKIPPING INMEDIATE PREVIOUS MONTH) BASED UPON METALS PRICE
AS PUBLISHED IN PLATT'S METALS REPORT WILL BE USED, ACCORDING TO FOLLOWING
SCHEDULE:

DELIVER-TO     STA DEPT GEN-LED    ACCT DEPT/POM   W.O.  PROJ DEBIT JOB-NUMBER   CODE
VARIOUS                 80100          80100                                        A
```

T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8278-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR MATERIAL OR SERVICES SUPPLIED.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431   Warren, Ohio 44486

ANGELICA M MARTINEZ
PHONE 915 612-4651                      BUYER

ORIG: SEE DELIVER TO          TROY ZERBE
     PAGE  2   OF 85

☒ FDP9006-0400   PURCHASE ORDER CHANGE - EFFECTIVE 04-01-09
VALL17

PEDP4170081 087

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS, BILLS OF LADING, AND RELATED DOCUMENTS.

# DELPHI

DELIVER TO: GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN                OH 44483

**VENDOR CODE**

DUNS: 195712542-P01 / 195712542-C01

TO: JUDD WIRE INC

PLEASE ENTER OUR ORDER/REVISION AS LISTED HEREON, SUBJECT TO TERMS AND CONDITIONS CONTAINED WITHIN.

PURCHASE ORDER   PEDP4170081 087

124 TURNPIKE RD                                     ORDER DATE   09-25-04

TURNERS FALLS         MA 01376   US                 REF. INQ. NO.

PRICES IN USD              EXPIRATION 12-31-09         REVISION DATE 04-08-09
    FREIGHT TERM                    SHIPPING POINT              PAYMENT TERM
FOB-OUR PLANT FREIGHT COLLECT      TURNERS FALL MA       25TH INSTANT 10TH PROX

      TITLE TRANSFER                 SHIPPING INSTRUCTION           BUYER
TITLE TRANSFER OUR PLANT          PER PROCUREMENT INSTRUCTIONS        17

```
JAN/FEB/MAR/ = SEP/OCT/NOV COMEX AVG
APR/MAY/JUN/ = DEC/JAN/FEB COMEX AVG
JUL/AUG/SEP/ = MAR/APR/MAY COMEX AVG
OCT/NOV/DEC/ = JUN/JUL/AUG COMEX AVG
*****************************************************************
*****************************************************************
ALL PRICES MUST BE BASED ON DELPHI COPPER MULTIPLIES AS STATED ON
M-SPECIFICATION
*****************************************************************
*****************************************************************
ALL P/N'S MUST BE MANUFACTURED ACCORDING TO THE LATEST DELPHI
M-SPECIFICATION REVISION LEVEL.  CHANGES TO SUCH SPECIFICATIONS WILL
BE PROVIDED BY DELPHI MATERIALS ENG. DEPT. WHEN A CHANGE HAVE BEEN IMPLEMENTED.
M-SPECIFICATIONS WILL BE AVAILABLE UPON SUPPLIER REQUEST TO DELPHI'S MATERIALS
ENG. DEPT. OR THE BUYER.
*****************************************************************
*****************************************************************
INQUIRY # DGSS (GS) 75375
INQUIRY # DGSS (AP) 75342
LTC EFFECTIVE 8/01/03 THROUGH 12/31/06
PRICING TO FOLLOW BASED ON CU. @ $1.00 COMEX INDEX
*****************************************************************
M1157-1XX     08/01/03-12/31/04    351.45/MFT
              01/01/05-12/31/06    347.94/MFT
M1649-301     08/01/03-12/31/04    192.21/MFT
              01/01/05-12/31/06    190.29/MFT
M3077-0XX     08/01/03-12/31/04    214.34/MFT  (FIRM PRICE)
              01/01/05-12/31/06    212.19/MFT  (FIRM PRICE)
M3077-102     08/01/03-12/31/04    214.34/MFT  (FIRM PRICE)
              01/01/05-12/31/06    212.19/MFT  (FIRM PRICE)
```

DELIVER-TO     STA DEPT  GEN-LED  ACCT DEPT/POM  W.O.  PROJ DEBIT JOB-NUMBER  CODE
VARIOUS                  80100    80100                                         A

T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR MATERIAL OR SERVICES SUPPLIED.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431   Warren, Ohio 44486

ANGELICA M MARTINEZ
PHONE 915 612-4651                        BUYER

ORIG: SEE DELIVER TO                TROY ZERBE
           PAGE   3   OF 85

[x] FDP9006-0400   PURCHASE ORDER CHANGE - EFFECTIVE 04-01-09
VALL17

PEDP4170081 087

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS, BILLS OF LADING, AND RELATED DOCUMENTS.

# DELPHI

DELIVER TO: GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN                              OH 44483

**VENDOR CODE**

TO:
```
DUNS: 195712542-P01 / 195712542-C01
JUDD WIRE INC

124 TURNPIKE RD

TURNERS FALLS        MA 01376    US
```

PLEASE ENTER OUR ORDER/REVISION AS LISTED HEREON, SUBJECT TO TERMS AND CONDITIONS CONTAINED WITHIN.

PURCHASE ORDER   PEDP4170081 087
ORDER DATE       09-25-04
REF. INQ. NO.

PRICES IN USD            EXPIRATION 12-31-09         REVISION DATE 04-08-09
     FREIGHT TERM                SHIPPING POINT            PAYMENT TERM
FOB-OUR PLANT FREIGHT COLLECT    TURNERS FALL MA      25TH INSTANT 10TH PROX
       TITLE TRANSFER                 SHIPPING INSTRUCTION           BUYER
TITLE TRANSFER OUR PLANT         PER PROCUREMENT INSTRUCTIONS         17

| Part | Period | Price |
|---|---|---|
| M3101-6XX | 08/01/03-12/31/04 | 90.00/MFT |
| | 01/01/05-12/31/06 | 89.40/MFT |
| M3115-4XX | 08/01/03-12/31/04 | 117.61/MFT |
| | 01/01/05-12/31/06 | 116.00/MFT |
| M3117-3XX | 08/01/03-12/31/04 | 94.63/MFT |
| | 01/01/05-12/31/06 | 93.00/MFT |
| M3117-7XX | 08/01/03-12/31/04 | 328.33/MFT |
| | 01/01/05-12/31/06 | 327.00/MFT |
| M3176-2XX | 08/01/03-12/31/04 | 68.50/MFT |
| | 01/01/05-12/31/06 | 68.00/MFT |
| M3184-002 | 08/01/03-12/31/04 | 237.66/MFT |
| | 01/01/05-12/31/06 | 235.28/MFT |
| M3184-401 | 08/01/03-12/31/04 | 509.85/MFT |
| | 01/01/05-12/31/06 | 504.75/MFT |
| M3233-801 | 08/01/03-12/31/04 | 882.00/MFT |
| | 01/01/05-12/31/05 | 873.00/MFT |
| | 01/01/06-12/31/06 | 865.00/MFT |
| M3233-301 | 08/01/03-12/31/04 | 166.62/MFT |
| | 01/01/05-12/31/06 | 165.00/MFT |
| M3233-302 | 08/01/03-12/31/04 | 970.00/MFT |
| | 01/01/05-12/31/06 | 960.00/MFT |
| M3267-2XX | 08/01/03-12/31/04 | 74.50/MFT |
| | 01/01/05-12/31/05 | 73.01/MFT |
| | 01/01/06-12/31/06 | 72.28/MFT |
| M3267-1XX | 08/01/03-12/31/04 | 48.85/MFT |
| | 01/01/05-12/31/06 | 48.36/MFT |
| M3274-1XX | 08/01/03-12/31/04 | 60.33/MFT |
| | 01/01/05-12/31/06 | 60.00/MFT |
| M3274-4XX | 08/01/03-12/31/04 | 190.67/MFT |
| | 01/01/05-12/31/06 | 188.77/MFT |

DELIVER-TO    STA DEPT  GEN-LED   ACCT DEPT/POM  W.O.  PROJ DEBIT JOB-NUMBER  CODE
VARIOUS                 80100     80100                                        A

T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR MATERIAL OR SERVICES SUPPLIED.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431   Warren, Ohio 44486

ANGELICA M MARTINEZ
PHONE 915 612-4651                        BUYER

ORIG: SEE DELIVER TO           TROY ZERBE
         PAGE 4 OF 85

[x] FDP9006-0400   PURCHASE ORDER CHANGE - EFFECTIVE 04-01-09
VALL17

```
                                                              PEDP4170081 087
```

# DELPHI

PURCHASE ORDER NUMBER MUST APPEAR ON
ALL INVOICES, PACKING SLIPS, BILLS OF
LADING, AND RELATED DOCUMENTS.

```
                              DELIVER TO: GLOBAL RECEIVIN
                                          RECEIPT BY ASN
        VENDOR CODE                       WARREN                    OH 44483

        DUNS: 195712542-P01 / 195712542-C01              PLEASE ENTER OUR ORDER/REVISION AS LISTED
                                                         HEREON, SUBJECT TO TERMS AND CONDITIONS
  TO:   JUDD WIRE INC                                    CONTAINED WITHIN.

                                              PURCHASE ORDER    PEDP4170081 087

        124 TURNPIKE RD                       ORDER DATE    09-25-04

        TURNERS FALLS       MA 01376    US    REF. INQ. NO.

PRICES IN USD             EXPIRATION  12-31-09       REVISION DATE 04-08-09
     FREIGHT TERM                 SHIPPING POINT          PAYMENT TERM
FOB-OUR PLANT FREIGHT COLLECT    TURNERS FALL MA    25TH INSTANT 10TH PROX

      TITLE TRANSFER                SHIPPING INSTRUCTION          BUYER
TITLE TRANSFER OUR PLANT       PER PROCUREMENT INSTRUCTIONS         17


   M3322-3XX       08/01/03-12/31/04     37.00/MFT
                   01/01/05-12/31/05     36.63/MFT
                   01/01/06-12/31/06     36.26/MFT
   M3339-1XX       08/01/03-12/31/04     80.46/MFT
                   01/01/05-12/31/06     79.65/MFT
   M3339-2XX       08/01/03-12/31/04     90.79/MFT
                   01/01/05-12/31/06     89.88/MFT
   M3339-5XX       08/01/03-12/31/04    230.97/MFT
                   01/01/05-12/31/06    228.66/MFT
   M3370-612       08/01/03-12/31/04    551.30/MFT
                   01/01/05-12/31/05    545.79/MFT
                   01/01/06-12/31/06    540.33/MFT
   M3382-2XX       05/01/04-04/30/05     49.50/MFT
                   05/01/05-04/30/06     48.51/MFT
                   05/01/06-04/30/07     47.54/MFT
   M3382-3XX       05/01/04-04/30/05     53.00/MFT
                   05/01/05-04/30/06     51.94/MFT
                   05/01/06-04/30/07     50.90/MFT
   M3382-4XX       05/01/04-04/30/05     70.00/MFT
                   05/01/05-04/30/06     68.60/MFT
                   05/01/06-04/30/07     67.23/MFT
   M3382-5XX       05/01/04-04/30/05    101.00/MFT
                   05/01/05-04/30/06     98.98/MFT
                   05/01/06-04/30/07     97.00/MFT
   M3382-6XX       05/01/04-04/30/05    138.00/MFT
                   05/01/05-04/30/06    135.24/MFT
                   05/01/06-04/30/07    132.54/MFT
   M3382-7XX       05/01/04-04/30/05    180.00/MFT
                   05/01/05-04/30/06    176.40/MFT
                   05/01/06-04/30/07    172.87/MFT


DELIVER-TO    STA DEPT  GEN-LED  ACCT DEPT/POM  W.O.  PROJ DEBIT JOB-NUMBER  CODE
VARIOUS                  80100     80100                                       A
```

```
                                                     T-98000623
NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.
```

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A
FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS
ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR
MATERIAL OR SERVICES SUPPLIED.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431   Warren, Ohio 44486

ANGELICA M MARTINEZ
PHONE 915 612-4651           BUYER

ORIG: SEE DELIVER TO          TROY ZERBE
         PAGE  5   OF 85

[X] FDP9006-0400    PURCHASE ORDER CHANGE - EFFECTIVE 04-01-09
VALL17

PEDP4170081 087

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS, BILLS OF LADING, AND RELATED DOCUMENTS.

# DELPHI

DELIVER TO: GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN                OH 44483

**VENDOR CODE**

DUNS: 195712542-P01 / 195712542-C01

TO:   JUDD WIRE INC

124 TURNPIKE RD

TURNERS FALLS    MA 01376    US

PLEASE ENTER OUR ORDER/REVISION AS LISTED HEREON, SUBJECT TO TERMS AND CONDITIONS CONTAINED WITHIN.

PURCHASE ORDER    PEDP4170081 087
ORDER DATE    09-25-04
REF. INQ. NO.

PRICES IN USD            EXPIRATION  12-31-09          REVISION DATE 04-08-09
    FREIGHT TERM                    SHIPPING POINT              PAYMENT TERM
FOB-OUR PLANT FREIGHT COLLECT       TURNERS FALL MA        25TH INSTANT 10TH PROX
        TITLE TRANSFER                  SHIPPING INSTRUCTION          BUYER
TITLE TRANSFER OUR PLANT          PER PROCUREMENT INSTRUCTIONS         17

```
    M3382-8XX       05/01/04-04/30/05      212.00/MFT
                    05/01/05-04/30/06      207.76/MFT
                    05/01/06-04/30/07      203.60/MFT
    M4737-1XX       08/01/03-12/31/04      268.00/MFT
                    01/01/05-12/31/05      262.65/MFT
                    01/01/06-12/31/06      257.40/MFT
    M4737-4XX       08/01/03-12/31/04      180.96/MFT
                    01/01/05-12/31/05      177.34/MFT
                    01/01/06-12/31/06      173.80/MFT
    M4737-5XX       08/01/03-12/31/04      336.00/MFT
                    01/01/05-12/31/05      329.30/MFT
                    01/01/06-12/31/06      322.75/MFT
    M4737-8XX       08/01/03-12/31/04      456.00/MFT
                    01/01/05-12/31/05      446.88/MFT
                    01/01/06-12/31/06      437.95/MFT
    M4788-2XX       08/01/03-12/31/04       31.52/MFT
                    01/01/05-12/31/05       30.58/MFT
                    01/01/06-12/31/06       29.66/MFT
    M5279-5XX       08/01/03-12/31/04       49.50/MFT
                    01/01/05-12/31/05       48.45/MFT
                    01/01/06-12/31/06       47.25/MFT
ANNUAL CONTRACT:
    M3197-2XX       08/01/03-12/31/04       14.90/MFT
                    01/01/05-12/31/06       14.75/MFT  IF REQUIRED BY DELPHI
    M3197-3XX       08/01/03-12/31/04       15.50/MFT
                    01/01/05-12/31/06       15.35/MFT  IF REQUIRED BY DELPHI
    M3197-4XX       08/01/03-12/31/04       20.37/MFT
                    01/01/05-12/31/06       20.17/MFT  IF REQUIRED BY DELPHI
    M3197-5XX       08/01/03-12/31/04       24.81/MFT
                    01/01/05-12/31/06       24.56/MFT  IF REQUIRED BY DELPHI
```

DELIVER-TO    STA DEPT  GEN-LED  ACCT DEPT/POM  W.O.  PROJ DEBIT JOB-NUMBER  CODE
VARIOUS                  80100    80100                                        A

T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR MATERIAL OR SERVICES SUPPLIED.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431    Warren, Ohio 44486

ANGELICA M MARTINEZ
PHONE 915 612-4651            BUYER

ORIG: SEE DELIVER TO            TROY ZERBE
        PAGE  6   OF 85

☒ FDP9006-0400    PURCHASE ORDER CHANGE - EFFECTIVE 04-01-09
VALL17

```
                                                              PEDP4170081 087
```

**PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS, BILLS OF LADING, AND RELATED DOCUMENTS.**

# DELPHI

```
                            DELIVER TO:  GLOBAL RECEIVIN
                            RECEIPT BY ASN
                            WARREN                      OH 44483
VENDOR CODE
                                                    PLEASE ENTER OUR ORDER/REVISION AS LISTED
   DUNS: 195712542-P01 / 195712542-C01              HEREON, SUBJECT TO TERMS AND CONDITIONS
                                                    CONTAINED WITHIN.
TO: JUDD WIRE INC
                                         PURCHASE ORDER    PEDP4170081 087

   124 TURNPIKE RD                       ORDER DATE        09-25-04

   TURNERS FALLS           MA 01376   US  REF. INQ. NO.

PRICES IN USD            EXPIRATION   12-31-09     REVISION DATE 04-08-09
      FREIGHT TERM                  SHIPPING POINT       PAYMENT TERM
FOB-OUR PLANT FREIGHT COLLECT       TURNERS FALL MA    25TH INSTANT 10TH PROX

         TITLE TRANSFER                SHIPPING INSTRUCTION           BUYER
 TITLE TRANSFER OUR PLANT           PER PROCUREMENT INSTRUCTIONS       17

   M3197-6XX        08/01/03-12/31/04     52.82/MFT
                    01/01/05-12/31/06     52.29/MFT
   M3207-0XX        08/01/03-12/31/04     14.90/MFT
                    01/01/05-12/31/06     14.75/MFT  IF REQUIRED BY DELPHI
   M3207-1XX        08/01/03-12/31/04     18.41/MFT
                    01/01/05-12/31/06     18.23/MFT  IF REQUIRED BY DELPHI
   M3207-2XX        08/01/03-12/31/04     21.70/MFT
                    01/01/05-12/31/06     21.48/MFT  IF REQUIRED BY DELPHI
   M3207-3XX        08/01/03-12/31/04     25.86/MFT
                    01/01/05-12/31/06     25.60/MFT  IF REQUIRED BY DELPHI
   M3207-4XX        08/01/03-12/31/04     42.96/MFT
                    01/01/05-12/31/06     42.53/MFT  IF REQUIRED BY DELPHI
   M3207-5XX        08/01/03-12/31/04     89.41/MFT
                    01/01/05-12/31/06     88.51/MFT  IF REQUIRED BY DELPHI
   M3207-7XX        08/01/03-12/31/04    172.26/MFT
                    01/01/05-12/31/06    170.54/MFT  IF REQUIRED BY DELPHI
   M3052-0XX        08/01/03-12/31/04     27.30/MFT
                    01/01/05-12/31/06     27.03/MFT  IF REQUIRED BY DELPHI
   M3149-2XX        08/01/03-12/31/04     32.95/MFT
                    01/01/05-12/31/05     32.30/MFT  IF REQUIRED BY DELPHI
                    01/01/06-12/31/06     31.65/MFT  IF REQUIRED BY DELPHI
 90 DAYS IN ADVANCE (IN WRITING NOTICE TO SUPPLIER)
   M3101-2XX        08/01/03-12/31/04     42.19/MFT
                    01/01/05-12/31/06     41.34/MFT  IF REQUIRED BY DELPHI
***************************************************************************
***************************************************************************
 SUPPLIER MUST SUBMIT PPAP PACKAGES FOR DELPHI'S SQA APPROVAL PRIOR TO ANY
 SHIPMENT. ANY QUESTION RELATED TO THIS MATTER MUST BE REVIEWED DIRECTLY WITH
 THE AQE. BUYER CAN ASSIST TO PROVIDE SQE CONTACT INFORMATION.
***************************************************************************

  DELIVER-TO    STA DEPT GEN-LED   ACCT DEPT/POM   W.O.  PROJ DEBIT JOB-NUMBER   CODE
  VARIOUS               80100      80100                                          A
```

T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR MATERIAL OR SERVICES SUPPLIED.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431    Warren, Ohio 44486

ANGELICA M MARTINEZ
PHONE 915 612-4651                BUYER

```
            ORIG: SEE DELIVER TO         TROY ZERBE
                       PAGE  7   OF 85
```

[X] FDP9006-0400    PURCHASE ORDER CHANGE - EFFECTIVE 04-01-09
VALL17

PEDP4170081 087

# DELPHI

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS, BILLS OF LADING, AND RELATED DOCUMENTS.

DELIVER TO: GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN                OH 44483

**VENDOR CODE**

DUNS: 195712542-P01 / 195712542-C01

PLEASE ENTER OUR ORDER/REVISION AS LISTED HEREON, SUBJECT TO TERMS AND CONDITIONS CONTAINED WITHIN.

TO: JUDD WIRE INC

PURCHASE ORDER    PEDP4170081 087

124 TURNPIKE RD                                ORDER DATE    09-25-04

TURNERS FALLS            MA 01376    US          REF. INQ. NO.

PRICES IN USD            EXPIRATION 12-31-09            REVISION DATE 04-08-09
    FREIGHT TERM                SHIPPING POINT            PAYMENT TERM
FOB-OUR PLANT FREIGHT COLLECT    TURNERS FALL MA    25TH INSTANT 10TH PROX

    TITLE TRANSFER                SHIPPING INSTRUCTION            BUYER
TITLE TRANSFER OUR PLANT        PER PROCUREMENT INSTRUCTIONS        17

```
**************************************************************************
M56311XX CONTRACT PRICE IS AT $1.00/LB. COPPER COMEX=$54.00-MFT.
**************************************************************************
~ (3) YEAR LTA EFFECTIVE 1/1/08 THROUGH 12/31/10
~ PRICE REDUCTIONS ARE EFFECTIVE ON JANUARY 1ST OF EACH YEAR
~ ANNUAL SAVINGS IN YEAR 1 (2008) 0%, YEAR 2 (2009) 2% AND YEAR 3 (2010) 2%
**************************************************************************
QUARTERLY PRICE UPDATES FOR 2ND.
QUARTER 2009  COMEX $1.4576 /LB
SL/IR
```

REVISIONS TO PART
    M1157101                                                PRICE/UOM
LEAD-DAYS  STD-PACK  CONTR    CHARGE % A 100                    352.2279/MFT
    50        3000     DRM    ALT-UOM  CONV-FACTOR    COO
                                                      US
    REVISE PRICE FROM                        360.4757/MFT
        TO                                   352.2279/MFT

REVISIONS TO PART
    M1157102                                                PRICE/UOM
LEAD-DAYS  STD-PACK  CONTR    CHARGE % A 100                    352.2279/MFT
    50        3000     DRM    ALT-UOM  CONV-FACTOR    COO
                                                      US
    REVISE PRICE FROM                        360.4757/MFT
        TO                                   352.2279/MFT

REVISIONS TO PART
    M1649301                                                PRICE/UOM
LEAD-DAYS  STD-PACK  CONTR    CHARGE % A 100                    192.7128/MFT
    40        3000     RLS    ALT-UOM  CONV-FACTOR    COO
                                                      US

DELIVER-TO    STA DEPT  GEN-LED  ACCT DEPT/POM  W.O.  PROJ DEBIT  JOB-NUMBER  CODE
VARIOUS                 80100    80100                                         A

                                                                T-98000623
NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A
FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS            Delphi Automotive Systems LLC
ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR                    c/o Delphi Packard
MATERIAL OR SERVICES SUPPLIED.                                        P.O. Box 431    Warren, Ohio 44486

                                        ANGELICA M MARTINEZ
                                        PHONE 915 612-4651                BUYER

        ORIG: SEE DELIVER TO            TROY ZERBE
             PAGE 8 OF 85