HEARING DATE: AUGUST 17, 2009 AT 10:00 P.M.
OBJECTION DEADLINE: AUGUST 6, 2009

DAY PITNEY LLP
(MAIL TO) P.O. BOX 1945, MORRISTOWN, NJ 07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, FLORHAM PARK, NJ 07932-0950
(973) 966-6300
RICHARD M. METH, ESQ. (RM7791)(*ADMITTED PRO HAC VICE*)
AMISH R. DOSHI, ESQ. (AD5996)
- and -
7 Times Square
New York, NY 10036-7311
(212) 297-5800

- and -

ARMSTRONG TEASDALE, LLP
One Metropolitan Square, Suite 2600
St. Louis, Missouri 63102-2740
(314) 621-5070
DAVID L. GOING, ESQ.
ATTORNEYS FOR SPARTECH CORPORATION AND SPARTECH POLYCOM, INC.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | Case No. 05-44481(RDD) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE REGARDING OBJECTION OF
SPARTECH CORPORATION AND SPARTECH POLYCOM, INC.
TO DIP HOLDCO 3, LLC'S ASSUMPTION AND ASSIGNMENT NOTICE**

MARCIA L. STEEN, of full age, hereby certifies as follows:

1.  I am a paralegal employed by the firm of Day Pitney LLP. My business address is 200 Campus Drive, Florham Park, New Jersey 07932. Day Pitney is local counsel for Spartech Corporation and Spartech Polycom, Inc. (collectively, "Spartech") in connection with the above-referenced matter.

2

2.     On August 6, 2009, I electronically filed the Objection Of Spartech Corporation And Spartech Polycom, Inc. To DIP Holdco 3, LLC's Assumption And Assignment Notice (the "Objection") with the United States Bankruptcy Court for the Southern District of New York thereby causing the parties entitled to receive notice via the Court's ECF system to be served. In addition, on that date I caused copies of the Objection to be served upon all parties on the annexed service list as noted thereon.

I certify under penalty of perjury that the foregoing statements made by me are true and correct.

/s/ Marcia L. Steen
MARCIA L. STEEN

Dated: August 13, 2009
       Florham Park, New Jersey

**Service List**

| PARTY SERVED | MANNER SERVED ON AUGUST 6, 2009 |
|---|---|
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>(Att'n: General Counsel)<br>*The Debtor* | Served Via Overnight Mail |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>155 North Wacker Drive<br>Chicago, Illinois 60606<br>(Att'n: John Wm. Butler, Jr., John K. Lyons,<br>and Ron E. Meisler)<br>jack.butler@skadden.com; john.lyons@skadden.com;<br>ron.meisler@skadden.com;<br>*Counsel to the Debtors* | Served Via Email And Overnight Mail |
| Skadden, Arps, Slate Meagher & Flom LLP<br>Four Times Square<br>New York, New York 10036<br>(Att'n: Kayalyn A. Marafioti and Gregory W. Fox)<br>kayalyn.marafioti@skadden.com;<br>gregory.fox@skadden.com<br>*Counsel to the Debtors* | Served Via Email And Overnight Mail |
| Office of the United States Trustee<br>for the Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, New York 10004<br>(Att'n: Brian Masumoto) | Served Via Overnight Mail |
| Latham & Watkins LLP<br>885 Third Avenue<br>New York, New York 10022<br>(Att'n: Robert J. Rosenberg, Mark A. Broude,<br>and Mitchell A. Seider)<br>robert.rosenberg@lw.com; mark.broude@lw.com;<br>mitchell.seider@lw.com<br>*Counsel for the official committee of unsecured creditors* | Served Via Email And Overnight Mail |
| Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, New York 10017<br>(Att'n: Donald Bernstein and Brian Resnick)<br>donald.bernstein@davispolk.com;<br>brian.resnick@davispolk.com<br>*Counsel for the agent under the postpetition credit facility* | Served Via Email And Overnight Mail |
| Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, New York 10019<br>(Att'n: Richard Mancino and Marc Abrams)<br>rmancino@willkie.com; mabrams@willkie.com<br>*Counsel for the Tranche C Collectiv* | Served Via Email And Overnight Mail |

3

| PARTY SERVED | MANNER SERVED ON AUGUST 6, 2009 |
|---|---|
| Cadwalader, Wickersham & Taft LLP<br>OneWorld Financial Center<br>New York, New York 10281<br>(Att'n:  John J. Rapisardi and Oren B. Haker),<br>john.rapisardi@cwt.com; oren.haker@cwt.com<br>*Counsel for the United States Department of the Treasury* | Served Via Email And Overnight Mail |
| United States Department of Justice<br>86 Chambers Street, 3rd Floor<br>New York, New York 10007<br>(Att'n: Matthew L. Schwartz and Joseph N. Cordaro) | Served Via Overnight Mail |
| Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>(Att'n: Jeffrey L. Tanenbaum and Robert J. Lemons)<br>jeff.tanenbaum@weil.com; robert.lemons@weil.com;<br>*Counsel for General Motors Corporation* | Served Via Email And Overnight Mail |

4