Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

AFFIDAVIT OF SERVICE

I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases. I submit this Affidavit in connection with the service of the solicitation materials for the **First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession (As Modified)** [Docket No. 17030] ("the Plan").

On December 1, 2005, the Court signed and entered an Order Pursuant to 28 U.S.C. § 156(c) Authorizing Retention and Appointment of Kurtzman Carson Consultants LLC as Claims, Noticing and Balloting Agent for Clerk of Bankruptcy Court [Docket No. 1374] designating KCC as the official Balloting Agent.

KCC is charged with the duty of printing and distributing Solicitation Packages to creditors and other interested parties pursuant to the instructions set forth in the **Order (A)(I) Approving Modifications to Debtors' First Amended Plan of Reorganization (as Modified) and Related Disclosures and Voting Procedures and (II) Setting Final Hearing Date to Consider Modifications to Confirmed First Amended Plan of Reorganization and (B) Setting Administrative Expense Claims Bar Date and Alternative Transaction Hearing Date ("Modification Procedures Order")** [Docket No. 17032] ("Modification Procedures Order") as entered by the Court on June 16, 2009.

The various solicitation materials consist of the following documents:

1) Ballot for Accepting or Rejecting First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession (As Modified) (Class A Secured Claims) ("Class A Ballot") (attached hereto as Exhibit A);

2) Ballot for Accepting or Rejecting First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession (As Modified) (Class C-1 General Unsecured Claims) ("Class C-1 Ballot") (attached hereto as Exhibit B);



3) Ballot for Accepting or Rejecting First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession (As Modified) (Class C-2 Pension Benefit Guaranty Corporation Claims) ("Class C-2 Ballot") (attached hereto as Exhibit C);

4) Ballot for Accepting or Rejecting First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession (As Modified) (Class D General Motors Corporation Claim) ("Class D Ballot") (attached hereto as Exhibit D);

5) Notice of (1) Approval of Supplement; (2) Hearing on Modifications to Plan; (3) Deadline and Procedures for Filing Objections to Modifications of Plan; (4) Deadline and Procedures for Temporary Allowance of Certain Claims for Voting Purposes; (5) Treatment of Certain Unliquidated, Contingent, or Disputed Claims for Noticing, Voting, and Distribution Purposes; (6) Record Date; (7) Voting Deadline for Receipt of Ballots; and (9) Proposed Releases, Exculpation, and Injunction in Modified Plan ("Final Modification Hearing Notice") (attached hereto as Exhibit E);

6) a letter from the Delphi Corporation Official Committee of Unsecured Creditors ("Creditors' Committee Letter") (attached hereto as Exhibit F);

7) First Amended Disclosure Statement Supplement with Respect to First Amended Plan of Reorganization (As Modified), Modification Procedures Order and December 10, 2007 Solicitation Procedures Order, in CD-ROM format ("CD-ROM")

8) Notice of Non-Voting Status with Respect to Certain Claims and Interests ("Notice of Non-Voting Status") (attached hereto as Exhibit G);

9) Notice to Unimpaired Creditors of (I) Filing of Proposed Modified Plan of Reorganization, (II) Treatment of Claims Under Modified Plan, (III) Hearing on Approval of Modified Plan, and (IV) Deadline and Procedures for Filing Objections Thereto ("Unimpaired Notice") (attached hereto as Exhibit H);

10) a memorandum from Kurtzman Carson Consultants to additional notice parties of ballot recipients ("Ballot Notice Party Memo") (attached hereto as Exhibit I);

11) Notice of Bar Date for Filing Proofs of Administrative Expense ("Administrative Bar Date Notice") (attached hereto as Exhibit J); and

12) Administrative Expense Claim Form ("Administrative Expense Claim Form") (attached hereto as Exhibit K).

On or before June 20, 2009, I caused to be served a personalized Class A Ballot, Final Modification Hearing Notice, Creditors' Committee Letter, CD-ROM, Administrative Bar Date Notice, Administrative Expense Claim Form and a pre-addressed, postage pre-paid return envelope upon the parties listed on Exhibit L via postage pre-paid U.S. mail.

On or before June 20, 2009, I caused to be served a personalized Class C-1 Ballot, Final Modification Hearing Notice, Creditors' Committee Letter, CD-ROM, Administrative Bar Date Notice, Administrative Expense Claim Form and a pre-addressed, postage pre-paid return envelope upon the parties listed on Exhibit M via postage pre-paid U.S. mail.

On or before June 20, 2009, I caused to be served a personalized Class C-2 Ballot, Final Modification Hearing Notice, Creditors' Committee Letter, CD-ROM, Administrative Bar Date Notice, Administrative Expense Claim Form and a pre-addressed, postage pre-paid return envelope upon the party listed on Exhibit N via postage pre-paid U.S. mail.

On or before June 20, 2009, I caused to be served a personalized Class D Ballot, Final Modification Hearing Notice, Creditors' Committee Letter, CD-ROM, Administrative Bar Date Notice, Administrative Expense Claim Form and a pre-addressed, postage pre-paid return envelope upon the party listed on Exhibit O via postage pre-paid U.S. mail.

On or before June 20, 2009, I caused to be served the Final Modification Hearing Notice, Creditors' Committee Letter, CD-ROM, Administrative Bar Date Notice and Administrative Expense Claim Form upon the parties listed on Exhibit P via postage pre-paid U.S. mail.

On or before June 20, 2009, I caused to be served the Final Modification Hearing Notice, Notice of Non-Voting Status, Administrative Bar Date Notice and Administrative Expense Claim Form upon the parties listed on Exhibit Q via postage pre-paid U.S. mail.

On or before June 20, 2009, I caused to be served the Final Modification Hearing Notice, Creditors' Committee Letter, CD-ROM, Unimpaired Notice, Administrative Bar Date Notice and Administrative Expense Claim Form upon the parties listed on Exhibit R via postage pre-paid U.S. mail.

On or before June 20, 2009, I caused to be served the Final Modification Hearing Notice, Creditors' Committee Letter, CD-ROM, Notice of Non-Voting Status, Administrative Bar Date Notice and Administrative Expense Claim Form upon the parties listed on Exhibit S via postage pre-paid U.S. mail.

On or before June 20, 2009, I caused to be served the Final Modification Hearing Notice, Creditors' Committee Letter, CD-ROM, Ballot Notice Party Memo, Administrative Bar Date Notice and Administrative Expense Claim Form upon the parties listed on Exhibit T via postage pre-paid U.S. mail.

On or before June 20, 2009, I caused to be served the Final Modification Hearing Notice, Administrative Bar Date Notice and Administrative Expense Claim Form upon the parties listed on Exhibit U via postage pre-paid U.S. mail.

Dated: June 23, 2009

Evan Gershbein

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 23rd day of June, 2009, by Evan Gershbein, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature ______________

Commission Expires: 10-1-09

L. MAREE SANDERS
Commission # 1610322
Notary Public - California
Los Angeles County
My Comm. Expires Oct 1, 2009

# EXHIBIT M

| Name | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 123 Inc O A Thompson Emergency | 123 Inc O A Thompson Emergency Freight | PO Box 410 | | | Lincoln Park | MI | 48146 | |
| 1579364 Ontario Inc | | Select Sorting Services | 97 Grath Cres | | Whitby | ON | L1N 6N7 | Canada |
| 1579364 Ontario Inc | | Select Sorting Services | 97 Grath Cres | | Whitby | ON | L1N 6N7 | Canada |
| 3 D Service Ltd | 3 D Service Ltd | 800 Nave Rd SE | | | Masillon | OH | 44646 | |
| 3 D SERVICES LTD | | 800 NAVE RD SE | | | MASSILLON | OH | 44646 | |
| 3 Dimensional Services | | 2547 Product Dr | | | Rochester Hills | MI | 48309 | |
| 3d Systems | c/o Gene Fischer | 26081 Ave Hall | | | Valencia | CA | 91355 | |
| 3M Company | Attn Alpha Khaldi | Office of General Counsel | Bldg 220 9E 02 | | St Paul | MN | 55144 | |
| 9068 7930 QUEBEC INC SERVICES D USINAGE EXCEL | | 110 POINTE LANGLOIS | | | LAVAL | PQ | H7L 3M5 | Canada |
| A & B Deburring Company | | 525 Carr St | | | Cincinnati | OH | 45203 | |
| A 1 Quality Systems Inc | A 1 Quality Systems Inc | 2134 Mulberry Ln | | | Newcastle | OK | 73065-1008 | |
| A 1 Specialized Services & Supplies Inc | attn Mr Ashok Kumar | PO Box 270 | | | Croydon | PA | 19021 | |
| A 1 Sprinkler Co Inc | | 3720 Benner Rd | | | Miamisburg | OH | 45342 | |
| A Henriques & Ca Sa | | Rue Oliveira Junior 786 Apartado 5 | Aparia 3701 909 S Jodo Da Madeira | | | | | Portugal |
| A MAIER PRAEZISION GMBH EFT | | POSTFACH 1354 | | | ST GEORGEN | BW | 78105 | |
| A R D Cottondale | | 3001 Interstate Cir | | | Cottondale | AL | 35453 | |
| A Sync Incorporated | T Van Sickle | 10515 Muir Ln | | | Fishers | IN | 46037 | |
| A W Chesterton Co | | PO Box 3351 | | | Boston | MA | 02241 | |
| Aaohn Membership Processing Center | | PO Box 116005 | | | Atlanta | GA | 30368-6005 | |
| AB Automotive Electronics Ltd | David M Schilli | Robinson Bradshaw & Hinson PA | 101 N Tryon St Ste 1900 | | Charlotte | NC | 28246 | |
| AB Automotive Inc | David M Schilli | Robinson Bradshaw & Hinson PA | 101 N Tryon St Ste 1900 | | Charlotte | NC | 28246 | |
| Aba Of America | | 35114 Eagle Way | | | Chicago | IL | 60678-1351 | |
| Abaqus Solutions Erie | | 3601 Green Rd Ste 316 | | | Beachwood | OH | 44122 | |
| ABATE | | 255 SOUTH OLD WOODWARD AVENUE | THIRD FLOOR | | BIRMINGHAM | MI | 48009 | |
| Abb Automation Inc | | Instrumentation Div | 125 E County Line Rd | | Warminster | PA | 18974-4974 | |
| Abb Automation Inc | | PO Box 88875 | | | Chicago | IL | 60695 | |
| Abb Inc | | 1250 Brown Rd | | | Auburn Hills | MI | 48326 | |
| Abbas Mohamed A | | 7796 Raintree Rd | | | Dayton | OH | 45459-5432 | |
| Abbott Furnace Co | | PO Box 967 | | | St Marys | PA | 15857 | |
| Abc Financial Llc | | 9534 Goehring Rd | | | Cranberry Twp | PA | 16066 | |
| Abc Mailing Service Inc | | 1725 E 14 Mile Rd Ste 120 | | | Troy | MI | 48083 | |
| ABC Metals Inc | | PO Box 300 | | | Logansport | IN | 46947 | |
| ABC Technologies Inc | Brian Illion | ABC Group | 2 Norelco Dr | | Toronto | ON | M9L 2X6 | Canada |
| AbeTech Inc | | 12560 Fletcher Ln Ste 100 | | | Rogers | MN | 55374 | |
| Ability Works Inc | Ralph Morgan | PO Box 1698 | | | Jackson | MS | 39215-1698 | |
| Abner Claudia I | | 3332 Lexington Dr | | | Saginaw | MI | 48601-4524 | |
| Abner Claudia I | | 3332 Lexington Dr | | | Saginaw | MI | 48601-4524 | |
| ABRACON CORPORATION | | 30332 ESPERANZA | | | RCHO STA MARG | CA | 92688 | |
| ABRAMS HERBERT CO INC ARAMSCO | | 1201 GATEWAY DR | | | ELGIN | IL | 60123 | |
| Abrasive Products Llc | | 8615 East 33rd St | | | Indianapolis | IN | 46226 | |
| Abrasives Inc | | 43311 Joy Rd 413 | | | Canton | MI | 48187-2075 | |
| Abs Quality Evaluations Inc Quality Consultants | | PO Box 915092 | | | Dallas | TX | 75391-5092 | |
| ABTECH SYSTEMS INC | | 2728 LOCKER AVE W | | | CARLSBAD | CA | 92008 | |
| Abulaban Majdi | | PO Box 8024 | | | Plymouth | MI | 48170 | |
| Acad Design Corp | | 975 Mt Read Blvd | | | Rochester | NY | 14606 | |
| Accraply Inc | | PO Box 95635 | | | Chicago | IL | 60694-5635 | |
| Accraply Inc Harris Bank | | PO Box 85635 | | | Chicago | IL | 60694-5635 | |
| Accro Industries Inc | George Lewis | 519 Whitman Blvd | | | Elyria | OH | 44035 | |
| Accu Check Instrument Service Inc | | 3160 W Fair Ave | | | Lancaster | OH | 43130 | |
| Accu Grind Inc | | 4430 Crystal Pky | | | Kent | OH | 44240 | |
| Accurate Carbide Tool Co Inc | | 5655 N Westervelt Rd | | | Saginaw | MI | 48604 | |
| Accurate Technologies Inc | | 47199 Cartier Dr | | | Wixom | MI | 48393-2875 | |
| Accurate Threaded Fasteners Inc ATF Inc | Pia N Thompson | Sachnoff & Weaver Ltd | 10 S Wacker Dr | | Chicago | IL | 60606-7507 | |
| ACCUSERVE LAKESHORE INC | ATTN NANCY MCCARTY | 2081 PINE RIDGE DR SW | | | JENISON | MI | 49428 | |
| Accuweather | | 385 Science Pk Rd | | | State College | PA | 16803 | |
| Ace Asphalt & Paving Co Eft | | 115 S Averill Ave | | | Flint | MI | 48506 | |
| Ace Automotive | | 201 W Morgan St | | | Kokomo | IN | 46901-2252 | |
| Ace Controls Inc | Accounting | 23435 Industrial Park Dr | | | Farmington Hills | MI | 48335 | |
| Ace Forwarding Inc | | 2201 Uvalde 19 | | | Mcallen | TX | 78503-5634 | |
| Ace Packaging Systems Inc | | PO Box 720 | | | Monroe | MI | 48161 | |
| Acg Direct Inc | | 15416 Haverhill Rd | | | Macomb | MI | 48044 | |
| Acg Transformacion De Polimeros Sa De Cv | | Guayakiri 624 Nave 2 | 76118 Loma Bonita Queretaro | | Qro | | | Mexico |
| ACHESON COLLOIDS CO EFT | ACHESON COLLOIDS CO EFT | 1600 WASHINGTON AVE | | | PORT HURON | MI | 48060 | |
| Acme Carbide Die Inc | | 6202 Executive Dr East | | | Westland | MI | 48185 | |
| Acme Dock Specialists Inc | | PO Box 9606 | | | Kansas City | MO | 64134-0606 | |
| Acme Mills Co | | 550 Hulet Dr Ste 103 | | | Bloomfield Hills | MI | 48302 | |
| Acme Mills Company | | 550 Hulet Dr Ste 103 | | | Bloomfield Hills | MI | 48302 | |
| Acopian Technical Co | Acopian Technical Co | 131 Loomis Street | | | Easton | PA | 18045 | |
| Acord Inc | | 2711 Product Dr | | | Rochester Hills | MI | 48309 | |
| Acoustiblok Inc | | 6900 Interbay Blvd | | | Tampa | FL | 33616-2631 | |
| ACS GROUP INC | ATTN CHERYL E FLETCHER | 1100 E WOODFIELD RD STE 550 | | | SCHAUMBURG | IL | 60173-5135 | |
| Acs Support Stop 5050 | | PO Box 219236 | | | Kansas City | MO | 64121-9236 | |
| Actco Tool and Manufacturing Company | Nicholas R Pagliari Esquire | The Quinn Law Firm | 2222 W Grandview Blvd | | Erie | PA | 16506 | |

| Name | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Pianoforte Supplies Ltd Airfield Industrial Estate | | Wellesbourne | Warwick Warwickshire Gb Cv359j | | Great Britain | | | United Kingdom |
| Pickering Interfaces | | 2900 Northwest Vine St | | | Grants Pass | OR | 97526 | |
| Pickles Paul | | 1366 West Gorman | | | Adrian | MI | 49221 | |
| Pierce Mark W | | 2175 Wayward Dr | | | Rochester Hills | MI | 48309 | |
| Pietruszynski David | | 1328 Westhampton Woods Ct | | | Chesterfield | MO | 63005-6324 | |
| PIKAART JACOB | | 1926 HICKORY BARK LANE | | | BLOOMFIELD | MI | 48304-1118 | |
| Piland Brenda | J Barton Warren Esq | Warren & Simpson PC | 105 North Side Sq | | Huntsville | AL | 35801 | |
| Pilkington North America Inc | | 811 Madison Ln | | | Toledo | OH | 43604 | |
| Pillar Induction Company Llc | | 3328 Paysphere Circle | | | Chicago | IL | 60674 | |
| Pillarhouse USA Inc | J Ted Donovan | Finkel Goldstein Rosenbloom & Nash LLP | 26 Broadway Ste 711 | | New York | NY | 11004 | |
| Pilot Air Freight | | PO Box 97 | | | Lima | PA | 19037-0097 | |
| Pine Club | | 1926 Brown St | PO Box 152 | | Dayton | OH | 45409 | |
| PINE RIVER PLASTICS INC | | PO BOX 477 | | | SAINT CLAIR | MI | 48079-0477 | |
| Pino Avalos Cesar Gerardo | | 700 N Zaragosa Pmb 274 | | | El Paso | TX | 79907 | |
| Pinter Door Sales Inc | | PO Box 216 | | | Monmouth Junction | NJ | 08852 | |
| Pioneer Standard Electronics Inc | | PO Box 371287 | | | Pittsburg | PA | 15250-7287 | |
| Piqua Technologies Inc | | PO Box 740 | | | Piqua | OH | 45356 | |
| Pirtle Ronald | c/o Robert S Hertzberg Esq | Pepper Hamilton LLP | 100 Renaissance Center Ste 3600 | | Detroit | MI | 48243-1157 | |
| Piscitelli Michele | | 5061 Maybee Rd | | | Clarkston | MI | 48346 | |
| Pitney Bowes Inc Fascimile Div | | PO Box 856037 | | | Louisville | KY | 40285-6037 | |
| Pitney Bowes Management Services | Pitney Bowes Credit Corporation | attn Recovery Dept | 27 Waterview Dr | | Shelton | CT | 06484-4361 | |
| Pitt Ohio Express Inc | | PO Box 643271 | | | Pittsburgh | PA | 15264-3271 | |
| PITTMAN CLEVELAND L | | 3614 JAMAICA DRIVE | | | AUGUSTA | GA | 30909 | |
| Pittsfield Products Inc Eft | | PO Box 1027 | | | Ann Arbor | MI | 48106 | |
| Pivox Corp | | 9 Camellia | | | Irvine | CA | 92620 | |
| Pkg Express Inc | | PO Box 535 | | | Rushville | IN | 46173 | |
| PLABELL RUBBER PRODUCTS INC | | PO BOX 1008 | | | TOLEDO | OH | 436971008 | |
| Plachetko Andrzej | | 1338 Finger Lakes | | | Centerville | OH | 45958 | |
| Plainfield Stamping Texas Inc | | PO Box 265 | | | Plainfield | IL | 60544 | |
| Plainfield Stamping Texas Inc | | PO Box 265 | | | Plainfield | IL | 60544 | |
| Plainfield Tool & Engineering | | Plainfield Stamping Illinois | 24035 Riverwalk Ct | | Plainfield | IL | 60544-8145 | |
| Plas Tix Usa Inc | | 510 S Riverview Ave | | | Miamisburg | OH | 45342 | |
| Plastic Process Equipment Inc | | PO Box 425 | | | Northfield | OH | 44067-0425 | |
| Plastics Resources Inc | | PO Box 3291 | | | Logan | UT | 84323-3291 | |
| Plasticsource Inc Marquette Commercial Finance | | PO Box 3358 | | | Fort Worth | TX | 76113 | |
| Plastiques Cellulaires Polyform Inc | | 454 Edouard | | | Granby | PQ | J2G 3Z3 | Canada |
| PLI LLC | PLI LLC | 1509 Rapids Dr | Pobox 044051 | | Racine | WI | 53404-7001 | |
| Plymouth Rubber Company Inc | Atten Victor Bass Esq | Burns & Levinson LLP | 125 Summer St | | Boston | MA | 021101624 | |
| Pnc Bank Loan No Agent For 1401 Troy Assoc Lp | | 1843 Solutions Ctr | Lockbox 771843 | | Chicago | IL | 60677-1008 | |
| Pneu Con | | Pneumatic Conveying Inc | 960 E Grevillea Ct | | Ontario | CA | 91761 | |
| Pogue Ronald M | c/o Robert S Hertzberg Esq | Pepper Hamilton LLP | 100 Renaissance Center Ste 3600 | | Detroit | MI | 48243-1157 | |
| Point Dedicated Services | | 1300 E Big Beaver Rd | | | Troy | MI | 48083 | |
| Polehonki Ralph J | | 152 Canvasback Dr | | | Warren | OH | 44484 | |
| Polmounter Glenn D | | 9008 N Lewis Rd | | | Clio | MI | 48420-9727 | |
| Polymer Concentrates Inc | | PO Box 42 | | | Clinton | MA | 01510-0042 | |
| Polymer Conversions Inc | | 5732 Big Tree Rd | | | Orchard Pk | NY | 14127-4104 | |
| Polymer Sealing Solutions Inc Seals Division | | 2842 Collection Ctr Dr | | | Chicago | IL | 60693 | |
| Polymer Services Inc | | 2400 Custer Rd | | | Deckerville | MI | 48427 | |
| Polyone Corporation EM Group | | 33587 Walker Rd | | | Avon Lake | OH | 44012 | |
| Polysi Technologies Inc | | Add Chg 12 08 04 Ah | 5108 Rex Mcleod Dr | | Sanford | NC | 27330 | |
| Pontiac Coil Inc | | 5800 Moody Dr | | | Clarkston | MI | 48348-4768 | |
| Pope County Ar | | Pope County Tax Collector | 100 West Main St | | Russellville | AR | 72801 | |
| Poppelmann Kunststoff Technik GmbH & Co KG | Dieter Kalvelage | Bakumer Str 73 | | | Lohne | | D-49393 | Germany |
| POPPITT II ALFRED J | | 1441 TERRACE DR | | | LANTANA | TX | 76226-6666 | |
| Porex Technologies Corp | | 500 Bohannon Rd | | | Fairburn | GA | 30213 | |
| Port City Cab Co | | 770 W Sherman Blvd | | | Muskegon | MI | 49441 | |
| Port City Castings Corp affiliate of Port City Die Cast Inc | c/o Parmenter O Toole | Port City Castings Corp | 601 Terrace St | | Muskegon | MI | 49443-0786 | |
| Portage County Water Resou Oh | | 449 S Meridian St | PO Box 812 | | Ravenna | OH | 44266 | |
| Porter Devine | | 44 Leander Rd | | | Rochester | NY | 14612 | |
| Porterfield Harper & Mills Pa | | Rm Chg Per Goi 04 20 04 Am | Ste 600 | 22 Inverness Ctr Pkwy | Birmingham | AL | 35242 | |
| Portland Plastics | | PO Box 436 | | | Portland | MI | 48875 | |
| Portland Products Inc | | 430 Lyons Rd | | | Portland | MI | 48875 | |
| Posi Flate | | 1125 Willow Lake Blvd | | | Saint Paul | MN | 55110 | |
| Positive Pest Control | | PO Box 295 | | | Brookhaven | MS | 39602 | |
| Postmaster Warren | | 201 N High St | | | Warren | OH | 44481 | |
| Potts Mary C | | 10047 Evans Rd | | | Saginaw | MI | 48609-9615 | |
| Potts Mary C | | 10047 Evans Rd | | | Saginaw | MI | 48609-9615 | |
| Powder Tech Associates Inc | | 31 Flagship Dr | | | North Andover | MA | 01845-6194 | |
| Powell Electronics Inc | | PO Box 8500 S 1500 | | | Philadelphia | PA | 19178-1500 | |
| Power & Signal Group | | PO Box 371287 | | | Pittsburgh | PA | 15250-7287 | |
| Power Mation Div Inc | | PO Box 8198 | | | St Paul | MN | 55108-0198 | |
| Power Services LLC | John T O Brien | Power Services | PO Box 750066 | | Dayton | OH | 45475 | |
| Power Tools & Supply Inc | | 8551 Boulder Ct | | | Walled Lake | MI | 48390 | |

# EXHIBIT U

Delphi Corporation
Disallowed Claims Service List

| Name | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 135058 Canada Inc | | 2 Baronscourt | | | Monteal | QC | H3X 1H1 | Canada |
| 1401 Troy Associates Lp | | Etkin Equities | PO Box 79001 | | Detroit | MI | 48279-1363 | |
| 15th District Court | | 100 N 5th Ave | | | Ann Arbor | MI | 48104 | |
| 1st Choice Heating & Cooling I | | 8147 Islandview Dr | | | Newaygo | MI | 49337 | |
| 1st Choice Heating & Cooling Inc | Joel D Applebaum P36774 Clark Hill PLC | 500 Woodward Ave Ste 3500 | | | Detroit | MI | 48226 | |
| 3ci Complete Compliance Corp | | American 3ci | 713 Oakdale | | Grand Prairie | TX | 75050 | |
| 3ci Complete Compliance Corp | | American 3ci | 713 Oakdale | | Grand Prairie | TX | 75050 | |
| 3D Systems Inc | c/o Gene Fischer | 459 S Anderson Rd Ste 10 | | | Rock Hill | SC | 29730 | |
| A & J Cartage Co | | 2323 Nixon Rd | | | Howell | MI | 48843-7594 | |
| A Abel Exterminating Co | Sierra Liquidity Fund | 2699 White Rd Ste 255 | | | Irvine | CA | 92614 | |
| A Berger Precision Ltd | A Berger Precision Ltd | 28 Regan Rd | | | Brampton | ON | L7A 1A7 | Canada |
| A Berger Precision Ltd | | 28 Regan Rd | | | Brampton | ON | L7A 1A7 | Canada |
| A Berger Precision Ltd Eft | | 28 Regan Rd | | | Brampton | ON | L7A 1A7 | Canada |
| A J Oster West Inc | | 22833 La Palma Ave | | | Yorba Linda | CA | 92887 | |
| A Jerome Preis | | 7546 Normile St | | | Dearborn | MI | 48126-1680 | |
| A Jerome Preis and Evelyn | | Preis Jt Ten | 7546 Normile St | | Dearborn | MI | 48126-1680 | |
| A Judson Bush Jr Tr | | A Judson Bush Jr Living Trust | Ua 102992 | 1502 Eleanor Ct | Norfolk | VA | 23508-1046 | |
| A Julien Breugelmans | | 705 Third Ave | | | Lyndhurst | NJ | 07071-1233 | |
| A Norman Drucker | | 801 Ne 167th St Ste 308 | | | North Miami Beach | FL | 33162-3729 | |
| A Ralph Perone and | | Fred Perone Jt Ten | 9400 Atlantic Ave | Ste 1101 | Margate City | NJ | 08402-2350 | |
| A Raymond Gmbh & Co KG | | 3091 Research Dr | | | Rochester Hills | MI | 48309 | |
| A Raymond Gmbh & Co KG | | 3091 Research Dr | | | Rochester Hills | MI | 48309 | |
| A Schulman Inc | Carrie M Caldwell Esq | Vorys Sater Seymour and Pease LLP | 2100 One Cleveland Center | 1375 Ninth Street | Cleveland | OH | 44114 | |
| A Schulman Inc | c/o Carrie M Brosius Esq | Vorys Sater Seymour and Pease LLP | 2100 One Cleveland Ctr | 1375 E Ninth St | Cleveland | OH | 44114 | |
| AAA Cooper Transportation | AAA Cooper Transportation | 1751 Kinsey Rd | | | Dothan | AL | 36302 | |
| AAC Contracting Corp | AAC Contracting Corp | 175 Humboldt St | | | Rochester | NY | 14610-1059 | |
| Aaper Alcohol & Chemical Co | | 1101 Isaac Shelby Dr | | | Shelbyville | KY | 40065 | |
| Aaron E Fisher | | 6437 Oakhurst Pl | | | Dayton | OH | 45414-2828 | |
| Aaron F Long | | 10058 Salem Warren Rd | | | Salem | OH | 44460-7626 | |
| Aaron Finkelstein | | 333 Elmwood Ave | Aptj 323 | | Maplewood | NJ | 07040-2423 | |
| Aaron N Waldman | | 47 Rector St | | | Metuchen | NJ | 08840-1928 | |
| Aaron Oil Company Inc Sierra Liquidity Fund | Sierra Liquidity Fund LLC | 2699 White Rd Ste 255 | | | Irvine | CA | 92614 | |
| Aaron T Davis | | 387 James Lyon Rd | | | Tompkinsville | KY | 42167-1826 | |
| AB Automotive Inc | David M Schilli | Robinson Bradshaw & Hinson PA | 101 N Tryon St Ste 1900 | | Charlotte | NC | 28246 | |
| Abash Insect Control Service | | 509 N Commerce | | | Harlingen | TX | 78550 | |
| Abel R Davis | | 8300 Hawthorne Ave | | | Raytown | MO | 64138-3384 | |
| Abelard0 Arambula | | 8080 Five Point Hwy | | | Eaton Rapids | MI | 48827-9060 | |
| Ability Works Inc | Ralph Morgan | PO Box 1698 | | | Jackson | MS | 39215-1698 | |
| Access Electronics Inc | | 4190 Grove Ave | | | Gurnee | IL | 60031 | |
| Accu Sort Systems Inc | | 511 School House Rd | | | Telford | PA | 18969-1196 | |
| Accurate Threaded Fasteners Inc ATF Inc | Pia N Thompson | Sachnoff & Weaver Ltd | 10 S Wacker Dr | | Chicago | IL | 60606-7507 | |
| Accurate Threaded Fasteners Inc ATF Inc | Pia N Thompson | Sachnoff & Weaver Ltd | 10 S Wacker Dr | | Chicago | IL | 60606-7507 | |
| Accurate Threaded Fasteners Inc ATF Inc | Pia N Thompson | Sachnoff & Weaver Ltd | 10 S Wacker Dr | | Chicago | IL | 60606-7507 | |
| Accurate Threaded Fasteners Inc ATF Inc | Pia N Thompson | Sachnoff & Weaver Ltd | 10 S Wacker Dr | | Chicago | IL | 60606-7507 | |
| Accurate Threaded Fasteners Inc ATF Inc | Pia N Thompson | Sachnoff & Weaver Ltd | 10 S Wacker Dr | | Chicago | IL | 60606-7507 | |
| Accurate Threaded Fasteners Inc ATF Inc | Pia N Thompson | Sachnoff & Weaver Ltd | 10 S Wacker Dr | | Chicago | IL | 60606-7507 | |

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| PLUMTREE APTS C O HALL FINANCIAL | | PO BOX 510929 | | | | LIVONIA | MI | 48151-6929 | |
| PLUNKETT & COONEY | | DOUGLAS C BERNSTEIN | 38505 WOODWARD AVE | STE 2000 | | BLOOMFIELD HILLS | MI | 48304 | |
| PLUNKETT & COONEY PC | | 900 MARQUETTE BLDG | 243 W CONGRESS STE 800 | | | DETROIT | MI | 48226-3260 | |
| PLUNKETT & COONEY PC | | ATTN DOUGLAS C BERNSTEIN ESQ | 38505 WOODWARD STE 2000 | | | BLOOMFIELD HILLS | MI | 48304 | |
| PLUNKETT & COONEY PC | | STE 210 | 1695 WOODWARD AVE | | | BLOOMFIELD HLS | MI | 48013 | |
| PLUNKETT AND COONEY PC 900 MARQUETTE BLDG | | 243 W CONGRESS STE 800 | | | | DETROIT | MI | 48226-3260 | |
| PLUNKETT AND COONEY PC SUITE 210 | | 1695 WOODWARD AVE | | | | BLOOMFIELD HLS | MI | 48013 | |
| PLUNKETT MATTHEW | | 901 COUNTY RD 8 | | | | CROSSVILLE | AL | 35962 | |
| PLURITEC ITALIA SPA | | VIA CANDOSSINO 6 | | | | BUROLO DIVREA | | 10010 | ITALY |
| PLURITEC NORTH AMERICA | | DBA ACD NORTH AMERICA | 2130 A POND RD | | | RONKONKOMA | NY | 11779 | |
| PLUS VISION CORP OF AMERICA IN | | 9610 SW SUNSHINE CT STE 300 | | | | BEAVERTON | OR | 97005 | |
| PLUS VISION CORPORATION | | UNIT 195 | PO BOX 5037 | | | PORTLAND | OR | 97208 | |
| PLUSPETROL INTERNATIONAL INC | | 5599 SAN FELIPE STE 1000 | | | | HOUSTON | TX | 77056 | |
| PLUTA NANCY | | 12212 W CHAPMAN AVE | | | | GREENFIELD | WI | 53228 | |
| PLUTAT BRIAN | | 2730 TUMBLEWEED DR | | | | KOKOMO | IN | 46901 | |
| PLUTAT, BRIAN S | | 2730 TUMBLEWEED DR | | | | KOKOMO | IN | 46901 | |
| PLUTINO BRUNO | | 155 DONCASTER RD | | | | ROCHESTER | NY | 14623 | |
| PLUTO SR DONALD J | | 2131 MONTANA AVE | | | | SAGINAW | MI | 48601-5314 | |
| PLYLER ROBERT | | 7188 WILDWOOD DR | | | | BROOKFIELD | OH | 44403 | |
| PLYMEL, KAREN | | 1493 FRIENDSHIP RD | | | | SOMERVILLE | AL | 35670 | |
| PLYMEL, LAMAR | | 1493 FRIENDSHIP | | | | SOMERVILLE | AL | 35670 | |
| PLYMOUTH LOCOMOTIVE WORKS INC | ACCOUNTS PAYABLE | BELL&HIGH STS | | | | PLYMOUTH | OH | 44865 | |
| PLYMOUTH PLATING WORKS INC | | 42200 JOY RD | | | | PLYMOUTH | MI | 48170 | |
| PLYMOUTH PLATING WORKS INC | | 42200 JOY RD | | | | PLYMOUTH | MI | 48170-4636 | |
| PLYMOUTH ROCK TRANSPORTATION C | | 95 MAPLE ST | | | | STONEHAM | MA | 02180 | |
| PLYMOUTH RUBBER | DOUG HARTMAN | PO BOX 6086 | | | | PLYMOUTH | MI | 48170-0699 | |
| PLYMOUTH RUBBER CO INC | | 104 REVERE ST | | | | CANTON | MA | 02021-292 | |
| PLYMOUTH RUBBER CO INC | | 104 REVERE ST | | | | CANTON | MA | 02021-2996 | |
| PLYMOUTH RUBBER CO INC | | 104 REVERE ST | | | | GALLUP CANTON | MA | 02021 | |
| PLYMOUTH RUBBER CO INC | | 135 S LASALLE DEPT 1621 | | | | CHICAGO | IL | 60674 | |
| PLYMOUTH RUBBER CO INC | | AUTOMOTIVE SALES DIV | 104 REVERE ST | | | CANTON | MA | 020212996 | |
| PLYMOUTH RUBBER CO INC | | PO BOX 845450 | | | | BOSTON | MA | 02284-5450 | |
| PLYMOUTH RUBBER CO INC | | 500 TURNPIKE ST | | | | CANTON | MA | 02021-2723 | |
| PLYMOUTH RUBBER CO INC EFT | | 104 REVERE ST | | | | CANTON | MA | 02021 | |
| PLYMOUTH RUBBER CO INC EFT | | 135 S LA SALLE DEPT 1621 | | | | CHICAGO | IL | 60674-1621 | |
| PLYMOUTH RUBBER CO INC EFT | | 500 TURNPIKE ST | | | | CANTON | MA | 02021-2723 | |
| PLYMOUTH STATE COLLEGE | | BURSARS OFFICE | 17 HIGH ST MSC 19 | | | PLYMOUTH | NH | 032641600 | |
| PLYMOUTH STEEL CORP | | 22700 NAGEL ST | | | | WARREN | MI | 48089-372 | |
| PLYMOUTH STEEL CORP | | 8505 DIXIE HWY | | | | FLORENCE | KY | 41042 | |
| PLYMOUTH STEEL CORP EFT | | 22700 NAGEL ST | | | | WARREN | MI | 48089 | |
| PLYMOUTH STEEL CORP EFT | | PO BOX 67 757 | | | | DETROIT | MI | 48267 | |
| PLYMOUTH TUBE | | 29 W 150 WARRENVILLE RD | | | | WARRENVILLE | IL | 60555 | |
| PLYMOUTH TUBE CO | | 3089 PAYSPHERE CIRCLE | | | | CHICAGO | IL | 60674 | |
| PLYMOUTH TUBE CO | | 1209 E 12TH ST | | | | STREATOR | IL | 61364 | |
| PLYMOUTH TUBE CO | | 29 W 150 WARRENVILLE RD | | | | WARRENVILLE | IL | 60555-352 | |
| PLYMOUTH TUBE CO | | PLYMOUTH EXTRUDED SHAPES | 201 COMMERCE CT | | | HOPKINSVILLE | KY | 42240 | |
| PLYMOUTH TUBE CO | | 572 W STATE RD 14 | | | | WINAMAC | IN | 46996 | |
| PLYMOUTH TUBE CO | | 501 INDUSTRIAL PARK RD | | | | EUPORA | MS | 39744 | |
| PLYMOUTH TUBE CO | | 3089 PAYSPHERE CIRCLE | | | | CHICAGO | IL | 60674 | |
| PLYMOUTH TUBE CO EFT | | 29 W 150 WARRENVILLE RD | | | | WARRENVILLE | IL | 60555-3528 | |
| PLYMOUTH TWP WAYNE | | TREASURER | PO BOX 8040 | | | PLYMOUTH | MI | 48170 | |
| PLYMOUTH TWP WAYNE | | TREASURER | PO BOX 8040 | | | PLYMOUTH | MI | 48170 | |
| PLYMOUTH UNITED WAY | | C/O UNITED WAY COMMUNITY SERV | PO BOX 6356 | | | PLYMOUTH | MI | 48170-0356 | |
| PLYMOUTH UNITED WAY C O UNITED WAY COMMUNITY SERV | | 1212 GRISWOLD | | | | DETROIT | MI | 48226 | |
| PLYMOUTH YONGLE TAPE SHANGHAI | | LITAHUI TOWN NO 1369 GUINAN RD | | | | SHANGHAI | 20 | 201617 | CN |
| PM & AM EXPEDITING | | 4974 FARWELL | | | | HORTON | MI | 49246 | |
| PM AND AM EXPEDITING | | 4974 FARWELL | | | | HORTON | MI | 49246 | |
| PM FAB | PAUL QUALLS | 8203 CAMBORNE LN | | | | HOUSTON | TX | 77070 | |
| PM FACTORS INC D/B/A 1ST PMF BANCORP | C/O LAW OFFICE OF SCOTT E SHAPIRO PC | S E SHAPIRO H YUN | 17337 VENTURA BLVD | STE 200 | | ENCINO | CA | 91316 | |
| PM FACTORS INC D/B/A 1ST PMF BANCORP | C/O LAW OFFICE OF SCOTT E SHAPIRO PC | S E SHAPIRO H YUN | 17337 VENTURA BLVD | STE 200 | | ENCINO | CA | 91316 | |
| PM INDUSTRIES INC | | 14320 NW SCIENCE PK DR | | | | PORTLAND | OR | 97229-5488 | |
| PM PLASTICS | ACCOUNTS PAYABLE | 627 CAPITAL DR | | | | PEWAUKEE | WI | 53072 | |