KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
Mark Chass
Jordan D. Kaye
New York, New York 10036
Telephone: (212) 715-9100

*Counsel for Hewlett-Packard Company and
Electronic Data Systems, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al. | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors | ) | Jointly Administered |
| | ) | |

**NOTICE OF WITHDRAWAL OF LIMITED RESPONSE TO DEBTORS' FIRST
AMENDED PLAN OF REORGANIZATION (AS MODIFIED)**

Hewlett-Packard Company ("HP") and Electronic Data Systems, LLC ("EDS") hereby withdraw the Limited Response to Debtors' First Amended Joint Plan of Reorganization (as Modified), [Docket No. 18297].

Dated: August 14, 2009
       New York, New York

KRAMER LEVIN NAFTALIS & FRANKEL LLP

/s/ Jordan Kaye
Mark Chass
Jordan D. Kaye
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100

Counsel for Hewlett-Packard Company and
Electronic Data Systems, LLC

- 1 -

KL2 2616395.1