Hearing Date: August 17, 2009
Hearing Time: 10:00 a.m. (prevailing Eastern time)

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                          :
   In re                              :    Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :    Case No. 05-44481 (RDD)
                                          :
              Debtors.          :    (Jointly Administered)
                                          ::
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## PROPOSED HEARING AGENDA FOR CERTAIN OBJECTIONS TO NONASSUMPTION, ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND CURE AMOUNTS

<u>Location Of Hearing</u>:                United States Bankruptcy Court for the Southern District of New
York, Alexander Hamilton Custom House, Room 610, 6th Floor, One
Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this
Proposed Agenda:

     A.    Introduction

     B.    Contested Matters (4 matters))

     C.    Uncontested, Agreed, Or Settled Matters (11 Matters)

     D.    Continued Or Adjourned Matters (46 Matters)

**B.**    **Contested Matters**

     1.    **Aikoku Alpha, Inc. Objection** - Objection Of American Aikoku Alpha, Inc. To
Notice Of Nonassumption Under The Modified Plan With Respect To Certain
Expired Or Terminated Contracts Or Leases Previously Deemed To Be Assumed
Or Assumed And Assigned Under Confirmed Plan Of Reorganization (Docket No.
17767)

        *Responses filed:*   *None.*

        *Reply filed:*   *An omnibus reply will be filed.*

        *Related filings:*   *Limited Objection of American Aikoku Alpha, Inc. to the First
Amended Joint Plan of Reorganization of Delphi Corporation
and Certain Affiliates, Debtors and Debtors-in-Possession
Possession, as Modified (Docket No. 17773)*

                        *Limited Objection Of American Aikoku Alpha, Inc. To Notice
Of Assumption And Assignment With Respect To Certain
Executory Contracts Or Unexpired Leases To Be Assumed
And Assigned To GM Components Holdings, LLC Or Steering
Solutions Services Corporation, As Applicable, Under
Modified Plan Of Reorganization (Docket No. 18395)*

        *Status:*   *The hearing with respect to this matter will be going forward..*

     2.    **Spartech Objection** – Objection Of Spartech Corporation And Spartech Polycom,
Inc. To DIP Holdco 3, LLC's Assumption And Assignment Notice (Docket No.
18754)

        *Responses filed:*   *None.*

        *Reply filed:*   *An omnibus reply will be filed.*

*Related filings:*  None.

*Status:*  The hearing with respect to this matter will be going forward.

## C.   Uncontested, Agreed, Or Settled Matters

3.   **AM General, LLC Objection** – Limited Objection To Assumption And Proposed Cure Amounts (Docket No. 18463)

*Responses filed:*  None.

*Reply filed:*  None.

*Related filings:*  Withdrawal Of Limited Objection To Assumption And Proposed Cure Amounts (Docket No. 18701)

*Status:*  This matter has been resolved and the objection withdrawn.

4.   **Brazeway, Inc. Objection** – Objection By Brazeway, Inc. To Notice Of Non-Assumption Under The Modified Plan With Respect To Certain Expired Or Terminated Contracts Or Leases Previously Deemed To Be Assumed Or Assumed And Assigned Under Confirmed Plan Of Reorganization (Docket No. 18022)

*Responses filed:*  None.

*Reply filed:*  None.

*Related filings:*  None)

*Status:*  This matter has been resolved.

5.   **Brose North America Objection** – Limited Objection Of Brose North America And Its Affiliates To Assumption And Assignment Of Executory Contracts And To The Sufficiency Of The Debtors' Notice (Docket No. 18480)

*Responses filed:*  None.

*Reply filed:*  None.

*Related filings:*  None.

*Status:*  This matter has been resolved.

6.   **F&G Multi-Slide Inc. Objection** – Objection Of Creditor F&G Multi-Slide Inc. To Cure Amount With Respect To Executory Contracts To Be Assumed And Assigned (Docket No. 18323)

3

| *Responses filed:* | *None.* |
|---|---|
| *Reply filed:* | *None..* |
| *Related filings:* | *None.* |
| *Status:* | *This matter has been resolved.* |

7. **F&G Tool & Die Objection** – Objection Of Creditor F&G Tool & Die Co. Inc. To Cure Amount With Respect To Executory Contracts To Be Assumed And Assigned To Parnassus Holdings II, LLC. Under Modified Plan Of Reorganization (Doc. 18076) (Docket No. 18358)

| *Responses filed:* | *None.* |
|---|---|
| *Reply filed:* | *None.* |
| *Related filings:* | *None.* |
| *Status:* | *This matter has been resolved.* |

8. **Findlay Industries Objection** – Findlay Industries, Inc. Objection To Notice Of Assumption And Assignment With Respect To Limited Objection Of Federal Screw Works To Debtors' Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To GM Components Holdings, LLC Or Steering Solutions Services Corporation, As Applicable, Under Modified Plan Of Reorganization (Docket No. 18417)

| *Responses filed:* | *None.* |
|---|---|
| *Reply filed:* | *None.* |
| *Related filings:* | *None.* |
| *Status:* | *This matter has been resolved.* |

9. **Freudenberg Objection** – Response And Limited Objection Of Freudenberg-NOK General Partnership (And Its Subsidiaries Vibracoustic De Mexico, S.A. de C.V., Freudenberg-NOK, Inc., Freudenberg-NOK De Queretaro, S.A. de C.V. And Freudenberg-NOK De Mexico S.A. de C.V.), Freudenberg Filtration Technologies, L.P. f/k/a Freudenberg Nonwovens, L.P., Freudenberg NOK Mechatronics GmbH & Co. KG, Eagle Industry Co, Ltd. And Freudedenberg & Co. KG To (I) Debtors' July 10, 2009 Notice Of Filing Notices Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To GM Component Holdings LLC Or Steering Solution Services Corporation, As Applicable, Under Modified Plan Of Reorganization And (II) Debtors' July 10, 2009 Notice Of

4

Filing Notices Of Assumption And Assignment With Respect To Certain Executory Contracts To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization And Supplement To Objection Of Freudenberg-NOK General Partnership (And Its Subsidiaries Vibracoustic De Mexico, S.A. de C.V., Freudenberg-NOK, Inc., Freudenberg-NOK De Queretaro, S.A. de C.V. And Freudenberg-NOK De Mexico S.A. de C.V.), Freudenberg Filtration Technologies, L.P. f/k/a Freudenberg Nonwovens, L.P. And Freudenberg NOK Mechatronics GmbH & Co. KG To Modified Plan Of Reorganization (Docket No. 18491)

| | |
|---|---|
| *Responses filed:* | *None.* |
| *Reply filed:* | *None.* |
| *Related filings:* | *None.* |
| *Status:* | *This matter has been resolved* |

10. **Hewlett-Packard Objection** – Limited Response To Debtors' First Amended Plan Of Reorganization (As Modified) (Docket No. 18297)

| | |
|---|---|
| *Responses filed:* | *None.* |
| *Reply filed:* | *None.* |
| *Related filings:* | *None.* |
| *Status:* | *This matter has been resolved.* |

11. **Lear Corporation Objection** – Objection Of Lear Corporation To Approval Of First Amended Joint Plan Of Delphi Corporation And Certain Affiliates, Debtors And Debtors In Possession (As Modified) (Docket No. 18228)

| | |
|---|---|
| *Responses filed:* | *None.* |
| *Reply filed:* | *None.* |
| *Related filings:* | *Response And Limited Objection Of Lear Corporation To (I) Debtors' July 10, 2009 Notice Of Filing Notices Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To GM Component Holdings LLC Or Steering Solution Services Corporation, As Applicable, Under Modified Plan Of Reorganization And (II) Debtors' July 10, 2009 Notice Of Filing Notices Of Assumption And Assignment With Respect To Certain Executory Contracts To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization And Supplement To Objection Of* |

*Lear Corporation To Modified Plan Of Reorganization
(Docket No. 18490)*

*Stipulation And Order Resolving Objections By Lear
Corporation To Approval And/Or Confirmation Of The
Debtors' First Amended Joint Plan Of Reorganization
(Docket No. 18748)*

*Status:*  *This matter has been resolved.*

12. **Methode Electronics Objection** – Objection Of Methode Electronics, Inc. To
Debtors' Notice Of Non-Assumption Under The Modified Plan With Respect To
Certain Expired Or Terminated Contracts Or Leases Previously Deemed To Be
Assumed Or Assumed And Assigned Under Confirmed Plan Of Reorganization
(As Listed In Docket No. 17728) (Docket No. 18739)

*Responses filed:*  *None.*

*Reply filed:*  *None.*

*Related filings:*  *Objection Of Methode Electronics, Inc. To Debtor's Notice
Of Assumption With Respect To Certain Executory Contracts
And Unexpired Leases To Be Assumed Or Assumed To DIP
Holdco 3, LLC Under Modified Plan Of Reorganization
(Docket No. 18755)*

*Status:*  *This matter has been resolved.*

13. **MIS Environmental Objection** – Limited Objection Of MIS Environmental
Services, Inc. To Debtors' Notice Of Assumption And Assignment With Respect
To Certain Executory Contracts Or Unexpired Leases To Be Assumed And
Assigned To GM Components Holdings, LLC Or Steering Solutions Services
Corporation, As Applicable, Under Modified Plan Of Reorganization (Docket No.
18390)

*Responses filed:*  *None.*

*Reply filed:*  *None.*

*Related filings:*  *None.*

*Status:*  *This matter has been resolved.*

14. **Motorola Objection** – Objection Of Motorola, Inc. To Notice Of Assumption
And Assignment With Respect To Certain Executory Contracts Or Unexpired
Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under
Modified Plan Of Reorganization (Docket No. 18369)

6

| | |
|---|---|
| *Responses filed:* | *None.* |
| *Reply filed:* | *None.* |
| *Related filings:* | *Withdrawal Of Objection Of Motorola, Inc. To Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization (Docket No. 18777)* |
| *Status:* | *This matter has been resolved.* |

15. **Tyco Electronics Precision Interconnect Objection** – Response Of Tyco Electronics Corporation To Debtors' Corrected Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization (Docket No. 18573)

| | |
|---|---|
| *Responses filed:* | *None.* |
| *Reply filed:* | *None.* |
| *Related filings:* | *None.* |
| *Status:* | *This matter has been resolved.* |

16. **Vitec, LLC Objection** – Vitec, LLC's Limited Objection To Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned (Docket No. 18420)

| | |
|---|---|
| *Responses filed:* | *None.* |
| *Reply filed:* | *None.* |
| *Related filings:* | *None.* |
| *Status:* | *This matter has resolved.* |

## D.    Continued Or Adjourned Matters

17. **AB Automotive Objection** - Protective Objection And Reservation Of Rights Of The TT Group To The Assumption And Assignment Of Executory Contracts And Cure Amounts Related Thereto (Docket No. 18430)

| | |
|---|---|
| *Responses filed:* | *None.* |
| *Reply filed:* | *None.* |

*Related filings:*  *None.*

*Status:*   *This matter has been adjourned to the August 28, 2009 hearing.*

18. **Ace Companies Objection** – Limited Objection Of The Ace Companies To First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (As Modified) (Docket No. 18216)

*Responses filed:* *None.*

*Reply filed:*  *None.*

*Related filings:*  *None.*

*Status:*   *This matter has been adjourned to the August 28, 2009 hearing.*

19. **ATEL Leasing Corporation Objection** - Limited Objection Of ATEL Leasing Corporation To Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization (Docket No. 18402)

*Responses filed:* *None.*

*Reply filed:*  *None.*

*Related filings:*  *None.*

*Status:*   *This matter has been adjourned to the August 28, 2009 hearing.*

20. **AT&T Corp. Objection** - Limited Objection Of The AT&T Entities To The First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (Docket No. 18266)

*Responses filed:* *None.*

*Reply filed:*  *None.*

*Related filings:*  *None.*

*Status:*   *This matter has been adjourned to the September 24, 2009 hearing.*

21. **Audio MPEG, Inc. Objection** - Limited Objection Of Audio MPEG, Inc. And S.I.SV.EL., S.p.A. To (A) Confirmation Of First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And

8

Debtors-In-Possession (As Modified) And (B) Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization (Docket No. 18221)

*Responses filed:*    *None.*

*Reply filed:*    *None.*

*Related filings:*    *None.*

*Status:*    *This matter has been adjourned to the August 28, 2009 hearing.*

22. **Autocam Corporation Objection** – Limited Objection Of Autocam Corporation To Confirmation Of First Amended Joint Plan Of Delphi Corporation And Certain Affiliates, Debtors And Debtors In Possession (Docket No. 18254)

*Responses filed:*    *None.*

*Reply filed:*    *None.*

*Related filings:*    *Objection Of Autocam Corporation To Proposed Assumption And Assignment Of Executory Contracts To GM Components Holdings, LLC (Docket No. 18368)*

*Amended And Restated Objection Of Autocam Corporation To Proposed Assignment Of Executory Contracts To Third Parties (Docket No. 18711)*

*Notice Of Filing Of Affidavit By Autocam Corporation (Docket No. 18603)*

*Notice Of Filing Preliminary Witness List Of Autocam Corporation (Docket No. 18606)*

*Notice Of Filing Exhibit List Of Autocam Corporation (Docket No. 18610)*

*Status:*    *This matter has been adjourned to the August 28, 2009 hearing.*

23. **Behr America, Inc. Objection** – Behr Americas, Inc. Limited Objection To Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization (Docket No. 18468)

*Responses filed:*    *None.*

9

| | |
|---|---|
| *Reply filed:* | *None.* |
| *Related filings:* | *None.* |
| *Status:* | *This matter has been adjourned to the August 28, 2009 hearing.* |

24. **Bing Metals Group Objection** – Bing Metals Group, LLC's Limited Objection To Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization (Docket No. 18382)

| | |
|---|---|
| *Responses filed:* | *None.* |
| *Reply filed:* | *None.* |
| *Related filings:* | *Bing Metals Group, LLC's Limited Objection To Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To GM Components Holdings, LLC Or Steering Solutions Services Corporation, As Applicable, Under Modified Plan Of Reorganization (Docket No. 18394)* |
| *Status:* | *This matter has been adjourned to the August 28, 2009 hearing.* |

25. **Carrier Corporation Objection** – Limited Objection And Reservation Of Rights Of Carrier Corporation With Respect To Corrected Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization (Docket No. 18565)

| | |
|---|---|
| *Responses filed:* | *None.* |
| *Reply filed:* | *None.* |
| *Related filings:* | *None.* |
| *Status:* | *This matter has been adjourned to the August 28, 2009 hearing.* |

26. **Cisco Systems Objection** – Limited Objection Relating To Assumption And Assignment Of Executory Contracts (Docket No. 18404)

| | |
|---|---|
| *Responses filed:* | *None.* |
| *Reply filed:* | *None.* |

*Related filings:*     *None.*

*Status:*     *This matter has been adjourned to the August 28, 2009 hearing.*

27. **Clarion Corporation Objection** – Limited Objection Of Clarion Corporation Of America To (I) Approval And/Or Confirmation Of Master Disposition Agreement And/Or Modified First Amended Joint Plan Of Reorganization Of Debtors And (II) Proposed Treatment Of Executory Contracts To The Extent Inconsistent With Prior Settlement Agreement (Docket No. 18219)

*Responses filed:*     *None.*

*Reply filed:*     *None.*

*Related filings:*     *Limited Objection Of Clarion Corporation Of America Related To Assumption And Assignment Of Executory Contracts Pursuant To Master Disposition Agreement And/Or Modified First Amended Joint Plan Of Reorganization Of Debtors (Docket No. 18392)*

*Status:*     *This matter has been adjourned to the August 28, 2009 hearing.*

28. **Connecticut General Life Insurance Objection** – Objection Of Connecticut General Life Insurance Company To Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To DIP Holdco 3, LLC Under Modified Plan Of Reorganization (Docket No. 18234)

*Responses filed:*     *None.*

*Reply filed:*     *None.*

*Related filings:*     *Objection Of Connecticut General Life Insurance Company To Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization (Docket No. 18652)*

*Objection Of Connecticut General Life Insurance Company To Second Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization (Docket No. 18705)*

*Objection Of Connecticut General Life Insurance Company To Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To DIP Holdco 3, LLC Under Modified Plan Of Reorganization (Docket No. 18720)*

*Status:*          *This matter has been adjourned to the August 28, 2009 hearing.*

29. **Continental AG Objection** – Objection Of Continental AG And Affiliates To (I) Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization And (II) Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To GM Components Holdings, LLC Or Steering Solutions Services Corporation, As Applicable, Under Modified Plan Of Reorganization (Docket No. 18372)

*Responses filed:*     *None.*

*Reply filed:*          *None.*

*Related filings:*      *None.*

*Status:*             *This matter has been adjourned to the September 24, 2009 hearing.*

30. **Dätwyler Rubber Objection** – Objection Of Dätwyler Rubber To Notice Of Amended Cure Amount (Docket No. 18365)

*Responses filed:*     *None.*

*Reply filed:*          *None.*

*Related filings:*      *None.*

*Status:*             *This matter has been adjourned to the August 28, 2009 hearing.*

31. **E.I. du Pont Objection** – Objection Of E.I. du Pont de Nemours And Company To Assumption And Assignment Of Executory Contracts To GM Components Holdings LLC And Parnassus Holdings II, LLC Under Modified Plan Of Reorganization (Docket No. 18481)

*Responses filed:*     *None.*

*Reply filed:*          *None.*

12

*Related filings:*     *None.*

*Status:*     *This matter has been adjourned to the August 28, 2009 hearing.*

32. **Federal Screw Works Objection** – Limited Objection Of Federal Screw Works To Debtors' Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To GM Components Holdings, LLC Or Steering Solutions Services Corporation, As Applicable, Under Modified Plan Of Reorganization (Docket No. 18389)

*Responses filed:*     *None.*

*Reply filed:*     *None.*

*Related filings:*     *None.*

*Status:*     *This matter has been adjourned to the August 28, 2009 hearing.*

33. **Flextronics International Ltd. Objection** – Limited Objection Relating To Assumption And Assignment Of Executory Contracts (Docket No. 18405)

*Responses filed:*     *None.*

*Reply filed:*     *None.*

*Related filings:*     *Limited Objection Relating To Assumption And Assignment of Executory Contracts (Docket No. 18545)*

*Status:*     *This matter has been adjourned to the August 28, 2009 hearing.*

34. **Ford Motor Company Objection** – Objection Of Ford Motor Company And Its Affiliates To Assumption And Assignment Of Executory Contracts And To The Sufficiency Of The Debtors' Notice (Docket No. 18398)

*Responses filed:*     *None.*

*Reply filed:*     *None.*

*Related filings:*     *Supplemental Objection Of Ford Motor Company And Its Affiliates To Assumption And Assignment Of Executory Contracts To DIP Holdco 3, LLC For Lack Of Adequate Assurance Of Future Performance (Docket No. 18750)*

*Status:*     *This matter has been adjourned to the September 24, 2009 hearing.*

13

35. **Furukawa Objection** – Limited Response And Reservation Of Rights Of
Furukawa Electric North America APD, Inc. To Debtors' July 2, 2009 Notice Of
Filing Of Plan Exhibits With Respect To First Amended Joint Plan Of
Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And
Debtors-In-Possession (As Modified) (Docket No. 18256)

| | |
|---|---|
| *Responses filed:* | *None.* |
| *Reply filed:* | *None.* |
| *Related filings:* | *Limited Response And Reservation Of Rights Of Furukawa Electric North America Apd, Inc. And Furukawa Electric Company, Ltd To Debtors' July 13, 2009 Notice Of Filing Of Certain Corrected Notices Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization (Docket No. 18472)* |
| | *Motion Of Furukawa Electric Company, Ltd. For Allowance Of An Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) And, In The Alternative, For Leave To File A Late Administrative Expense Claim Pursuant To Bankruptcy Rule 9006(b) (Docket No. 18706)* |
| *Status:* | *This matter has been adjourned to the September 24, 2009 hearing.* |

36. **General Electric Capital Corporation Objection** – Limited Objection Of
General Electric Capital Corporation To Notice Of Assumption And Assignment
To Certain Executory Contracts Or Unexpired Leases To Be Assumed And
Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization
(Docket No. 18473)

| | |
|---|---|
| *Responses filed:* | *None.* |
| *Reply filed:* | *None.* |
| *Related filings:* | *None.* |
| *Status:* | *This matter has been adjourned to the August 28, 2009 hearing.* |

37. **Gibbs Die Casting Corporation Objection** – Limited Objection Of Gibbs Die
Casting Corporation Related To Non-Assumption And Termination And/Or
Assumption And Assignment Of Executory Contracts Pursuant To Master

14

Disposition Agreement And/Or Modified First Amended Joint Plan Of Reorganization Of Debtors (Docket No. 18397)

| | |
|---|---|
| *Responses filed:* | *None.* |
| *Reply filed:* | *None.* |
| *Related filings:* | *None.* |
| *Status:* | *This matter has been adjourned to the August 28, 2009 hearing.* |

38. **Judd Wire Objection** – Objection Of Judd Wire, Inc. To Debtors' Notice Of Non-Assumption Under The Modified Plan With Respect To Certain Expired Or Terminated Contracts Or Leases Previously Deemed To Be Assumed Or Assumed And Assigned Under Confirmed Plan Of Reorganization (As Listed In Docket No. 17728) (Docket No. 18782)

| | |
|---|---|
| *Responses filed:* | *None.* |
| *Reply filed:* | *None.* |
| *Related filings:* | *None.* |
| *Status:* | *This matter has been adjourned to the August 28, 2009 hearing.* |

39. **Linamar Objection** – Limited Objection Of Linamar Corporation, Vehcom Division To Debtors' Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To GM Components Holdings, LLC Or Steering Solutions Services Corporation, As Applicable, Under Modified Plan Of Reorganization (Docket No. 18385)

| | |
|---|---|
| *Responses filed:* | *None.* |
| *Reply filed:* | *None.* |
| *Related filings:* | *Limited Objection Of Linamar Holdings, Inc., Roctel Division To Debtors' Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To GM Components Holdings, LLC Or Steering Solutions Services Corporation, As Applicable, Under Modified Plan Of Reorganization (Docket No. 18386)* |
| | *Limited Objection Of Linamar Holdings, Inc., Invar Division To Debtors' Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired* |

15

*Leases To Be Assumed And Assigned To GM Components Holdings, LLC Or Steering Solutions Services Corporation, As Applicable, Under Modified Plan Of Reorganization (Docket No. 18387)*

*Limited Objection Of Linamar Corporation And Linamar Holdings, Inc. To Debtors' Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To GM Components Holdings, LLC Or Steering Solutions Services Corporation, As Applicable, Under Modified Plan Of Reorganization (Docket No. 18388)*

*Status:*          *This matter has been adjourned to the August 28, 2009 hearing.*

40. **Littelfuse, Inc. Objection** – Limited Objection Of Littelfuse, Inc. To: (I) Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization And (II) Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To GM Components Holdings, LLC Or Steering Solutions Services Corporation, As Applicable, Under Modified Plan Of Reorganization (Docket No. 18489)

*Responses filed:*     *None.*

*Reply filed:*        *None.*

*Related filings:*     *Limited Objection Of Littelfuse, Inc. To Notice Of Assumption And Assignment With Respect To Certain Executory Contracts And Unexpired Leases To Be Assumed And Assigned To DIP Holdco 3, LLC Under Modified Plan Of Reorganization (Docket No. 18740)*

*Status:*          *This matter has been adjourned to the August 28, 2009 hearing.*

41. **Microsoft Objection** – Cure Claim Of Microsoft Re Parnassus and GM Assumption And Assignment Notices (Docket No. 18400)

*Responses filed:*     *None.*

*Reply filed:*        *None.*

*Related filings:*     *None.*

16

*Status:*              *This matter has been adjourned to the August 28, 2009 hearing.*

42. **Navistar Objection** – Limited Objection Of Navistar, Inc. Relating To Assumption And Assignment Of Executory Contracts Pursuant To Master Disposition Agreement And/Or Modified First Amended Joint Plan Of Reorganization And Cure Notices Pursuant Thereto (Docket No. 18374)

   *Responses filed:*    *None.*

   *Reply filed:*        *None.*

   *Related filings:*    *None.*

   *Status:*             *This matter has been adjourned to the August 28, 2009 hearing.*

43. **NEC Electronics Objection** – Objection Of NEC Electronics America, Inc. To Debtor's Notice Of Non-Assumption Under The Modified Plan With Respect To Certain Expired Or Terminated Contracts Or Leases Previously Deemed To Be Assumed Or Assumed And Assigned Under Confirmed Plan Of Reorganization (As Listed In Docket No. 17728) (Docket No. 18556)

   *Responses filed:*    *None.*

   *Reply filed:*        *None.*

   *Related filings:*    *None.*

   *Status:*             *This matter has been adjourned to the September 24, 2009 hearing.*

44. **Nidec Motors Objection** – Nidec Motors & Actuators (USA), Inc.'s Limited Objection and Reservation of Rights to Notice of Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned (Docket No. 18494)

   *Responses filed:*    *None.*

   *Reply filed:*        *None.*

   *Related filings:*    *None.*

   *Status:*             *This matter has been adjourned to the August 28, 2009 hearing.*

45. **Nissan North America Objection** – Nissan North America, Inc.'s Objection To Assumption And Assignment Of Executory Contracts And To Proposed Cure Amounts In Connection Thereto (Docket No. 18456)

| | |
|---|---|
| *Responses filed:* | *None.* |
| *Reply filed:* | *None.* |
| *Related filings:* | *None.* |
| *Status:* | *This matter has been adjourned to the September 24, 2009 hearing.* |

46. **Ogura Clutch Objection** – Creditor, Ogura Clutch Company's, Objection To Debtor's Modified Plan (Docket No. 18235)

| | |
|---|---|
| *Responses filed:* | *None.* |
| *Reply filed:* | *None.* |
| *Related filings:* | *Reservation Of Rights Of Ogura Clutch Company Regarding Adjournment Of Cure Claim Objection And Objection To Modified Plan (Docket No. 18679)* |
| *Status:* | *This matter has been adjourned to the August 28, 2009 hearing.* |

47. **Panalpina Objection** – Limited Objection Of Panalpina Management, Ltd. And Panalpina, Inc. To July 10, 2009 Notice Of Filing Of Notices Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization (Docket No. 18406)

| | |
|---|---|
| *Responses filed:* | *None.* |
| *Reply filed:* | *None.* |
| *Related filings:* | *None.* |
| *Status:* | *This matter has been adjourned to the August 28, 2009 hearing.* |

48. **PBR Tennessee Objection** – PBR Tennessee, Inc.'s Objection To Assumption Of Executory Contract Pursuant And Subject To The Terms Of Debtors' First Amended Joint Plan Of Reorganization (As Modified) And To Confirmation Of The Plan To The Extent Such Plan Includes Assumption Of The Executory Contract (Docket No. 18220)

18

| | |
|---|---|
| *Responses filed:* | *None.* |
| *Reply filed:* | *None.* |
| *Related filings:* | *PBR Tennessee, Inc.'s Objection To Assumption Of Executory Contract Pursuant And Subject To The Terms Of Debtors' First Amended Joint Plan Of Reorganization (As Modified) And To Confirmation Of The Plan To The Extent Such Plan Includes Assumption Of The Executory Contract (Docket No. 18474)* |
| *Status:* | *This matter has been adjourned to the August 28, 2009 hearing.* |

49. **Robert Bosch Objection** – Response And Limited Objection Of Robert Bosch LLC's To Debtors' July 10, 2009 Notice Of Filing Notices Of Assumption And Assignment To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To GM Component Holdings, LLC Or Steering Solution Services Corporation, As Applicable, Under Modified Plan Of Reorganization (Docket No. 18215)

| | |
|---|---|
| *Responses filed:* | *None.* |
| *Reply filed:* | *None.* |
| *Related filings:* | *Response And Limited Objection Of Robert Bosch LLC's To Debtors' July 13, 2009 Notice Of Filing Certain Corrected Notices Of Assumption And Assignment To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization (Docket No. 18217)* |
| *Status:* | *This matter has been adjourned to the August 28, 2009 hearing.* |

50. **Siemens Objection** – Siemens Product Lifecycle Management Software Inc.'s Limited Objection And Reservation Of Rights To Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To GM Components Holdings LLC Or Steering Solutions Services Corporation, As Applicable, Under Modified Plan Of Reorganization (Docket No. 18414)

| | |
|---|---|
| *Responses filed:* | *None.* |
| *Reply filed:* | *None.* |
| *Related filings:* | *None.* |

19

*Status:*           *This matter has been adjourned to the August 28, 2009 hearing.*

51. **SKF USA Objection** – Limited Objection Of SKF USA Inc. To Confirmation Of Debtors' First Amended Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, (As Modified) And Proposed Modifications Thereto (Docket No. 18223)

*Responses filed:*      *None.*

*Reply filed:*         *None.*

*Related filings:*      *Limited Objection Of SKF USA Inc. To July 10, 2009 Notice Of Filing Of Notices Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To GM Components Holdings, LLC Or Steering Solutions Services Corporation, As Applicable, Under Modified Plan Of Reorganization (Docket No. 18401)*

*Status:*           *This matter has been adjourned to the August 28, 2009 hearing.*

52. **STMicroelectronics Objection** – Objection Of STMicroelectronics, Inc. To The Notice And To The Corrected Notices Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization (Docket No. 18574)

*Responses filed:*      *None.*

*Reply filed:*         *None.*

*Related filings:*      *None.*

*Status:*           *This matter has been adjourned to the August 28, 2009 hearing.*

53. **Sun Microsystems Objection** – Limited Objection Relating To Assumption And Assignment Of Executory Contracts (Docket No. 18407)

*Responses filed:*      *None.*

*Reply filed:*         *None.*

*Related filings:*      *Limited Objection Relating To Assumption And Assignment Of Executory Contracts (Docket No. 18547)*

20

|             |                                                                      |
|-------------|----------------------------------------------------------------------|
| *Status:*   | *This matter has been adjourned to the August 28, 2009 hearing.*      |

54. **Sunrise Medical Objection** – Objection Of Sunrise Medical HHG, Inc. To Cure Amount (Docket No. 18261)

|                    |                                                                 |
|--------------------|-----------------------------------------------------------------|
| *Responses filed:* | *None.*                                                         |
| *Reply filed:*     | *None.*                                                         |
| *Related filings:* | *None.*                                                         |
| *Status:*          | *This matter has been adjourned to the August 28, 2009 hearing.* |

55. **Technical Materials Objection** – Objection And Reservation Of Rights Of Technical Materials, Inc. To Debtors' (A) Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization And (B) July 13, 2009 Corrected Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization (Docket No. 18570)

|                    |                                                                 |
|--------------------|-----------------------------------------------------------------|
| *Responses filed:* | *None.*                                                         |
| *Reply filed:*     | *None.*                                                         |
| *Related filings:* | *None.*                                                         |
| *Status:*          | *This matter has been adjourned to the August 28, 2009 hearing.* |

56. **Timken Company Objection** – Limited Objection Of The Timken Company To The Debtors' Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization (Docket No. 18487)

|                    |                                                                                                                                                                                                    |
|--------------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| *Responses filed:* | *None.*                                                                                                                                                                                            |
| *Reply filed:*     | *None.*                                                                                                                                                                                            |
| *Related filings:* | *Limited Objection Of The Timken Company To The Debtors' Notices Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To GM Components Holdings, LLC* |

21

*Or Steering Solutions Corporation, As Applicable, Under Modified Plan Of Reorganization (Docket No. 18488)*

*Limited Objection Of The Timken Company To The Debtors' Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To DIP Holdco 3, LLC Under Modified Plan Of Reorganization (Docket No. 18738)*

*Status:*          *This matter has been adjourned to the August 28, 2009 hearing.*

57. **TK Holdings Objection** – Response, Limited Objection And Reservations Of Rights Of TK Holdings Inc. To Debtors' July 10, 2009 Notice Of Filing Notices Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization (Docket No. 18399)

*Responses filed:*     *None.*

*Reply filed:*          *None.*

*Related filings:*     *None.*

*Status:*              *This matter has been adjourned to the August 28, 2009 hearing.*

58. **Toyota Objection** – Objection Of Toyota Motor Engineering & Manufacturing North America, Inc. To (A) Confirmation Of Debtors' Modifications To The First Amended Plan Of Reorganization And (B) Section 363 Implementation Agreement (Docket No. 18271)

*Responses filed:*     *None.*

*Reply filed:*          *None.*

*Related filings:*     *Limited Objection Of Toyota Motor Engineering & Manufacturing North America, Inc. To Debtors' (A) July 10, 2009 Notice Of Filing Of Notices Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization, (B) July 10, 2009 Notice Of Filing Of Notices Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To GM Components Holdings, LLC Or Steering Solutions Services Corporation, As Applicable, Under Modified Plan Of Reorganization, (C) July 13, 2009 Notice Of*

22

*Filing Of Corrected Notices Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization, And (D) Errata Schedule 2 To Certain Notices Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization (Docket No. 18484)*

*Limited Objection Of Toyota Motor Corporation To Debtors' (A) July 10, 2009 Notice Of Filing Of Notices Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization, (B) July 10, 2009 Notice Of Filing Of Notices Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To GM Components Holdings, LLC Or Steering Solutions Services Corporation, As Applicable, Under Modified Plan Of Reorganization, (C) July 13, 2009 Notice Of Filing Of Corrected Notices Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization, And (D) Errata Schedule 2 To Certain Notices Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization (Docket No. 18485)*

*Limited Objection Of Toyota Motor Sales, U.S.A., Inc. To Debtors' (A) July 10, 2009 Notice Of Filing Of Notices Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization, (B) July 10, 2009 Notice Of Filing Of Notices Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To GM Components Holdings, LLC Or Steering Solutions Services Corporation, As Applicable, Under Modified Plan Of Reorganization, (C) July 13, 2009 Notice Of Filing Of Corrected Notices Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization, And (D) Errata Schedule 2 To Certain*

23

*Notices Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization (Docket No. 18486)*

*Limited Objection Of Toyota Motor Engineering & Manufacturing North America, Inc., Toyota Motor Corporation And Toyota Motor Sales, U.S.A., Inc. To Debtors' Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To DIP Holdco 3, LLC Under Modified Plan Of Reorganization (Docket No. 18742)*

*Status:*            *This matter has been adjourned to the August 28, 2009 hearing.*

59. **United Parcel Service Objection** – Limited Objection Of United Parcel Service To July 10, 2009 Notice Of Filing Of Notices Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization (Docket No. 18408)

*Responses filed:*     *None.*

*Reply filed:*         *None.*

*Related filings:*     *Limited Objection Of United Parcel Service To July 10, 2009 Notice Of Filing Of Notices Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization (Docket No. 18546)*

*Status:*            *This matter has been adjourned to the August 28, 2009 hearing.*

60. **Valeo, Inc. Objection** – Valeo, Inc. and its Affiliate's Limited Objection and Reservation of Rights to Notice of Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned (Docket No. 18483)

*Responses filed:*     *None.*

*Reply filed:*         *None.*

*Related filings:*     *None.*

24

Status:              *This matter has been adjourned to the August 28, 2009*
                     *hearing.*

61. **XM Satellite Radio Objection** – Objection Of XM Satellite Radio Inc. To The
    Notice Of Nonassumption Of Contract And To The First Amended Joint Plan Of
    Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And
    Debtors-In-Possession, As Modified (Docket No. 18245)

    Responses filed:    *None.*

    Reply filed:        *None.*

    Related filings:    *Objection Of XM Satellite Radio Inc. To Debtors' Proposed*
                        *Assumption And Assignment Of Executory Contracts To*
                        *Parnassus Holdings II, LLC (Docket No. 18373)*

    Status:             *This matter has been adjourned to the September 24, 2009*
                        *hearing.*

25

Dated: New York, New York
August 14, 2009

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By: /s/ John Wm. Butler, Jr.
  John Wm. Butler, Jr.
  John K. Lyons
  Ron E. Meisler

155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and -

By: /s/ Kayalyn A. Marafioti
  Kayalyn A. Marafioti

Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession