UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
|  |  | Chapter 11 |
| In re | : |  |
| DELPHI CORPORATION, et al. | : | Case No. 05-44481 (RDD) |
| Debtor | : | Jointly Administered |

### WITHDRAWAL OF OBJECTION OF CREDITOR F&G MULTI-SLIDE INC. TO CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACTS TO BE ASSUMED AND ASSIGNED

Now comes Creditor F&G Multi-Slide Inc. (""F&G") and hereby withdraws the Objection of Creditor F&G Multi-Slide Inc. to Cure Amount With Respect to Executory Contracts to be Assumed and Assigned (Doc. 18323) filed on July 16, 2009 and all other objections relating to cure issues with respect to executory contracts.

This Withdrawal is based upon the agreement of the parties under which Debtor has agreed to assume Purchase Order No. SAG 9014150, and to pay a cure amount of $9,913.77.

Respectfully submitted,

/s/Paul H. Spaeth
Paul H. Spaeth (Ohio Regist. No. 0010524)
130 West Second St., Ste. 450
Dayton, Ohio 45402
(937) 223-1655
Fax: (937) 223-1656
spaethlaw@phslaw.com

### CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that a true and accurate copy of the foregoing Withdrawal of Objection of Creditor F&G Multi-Slide Inc. To Cure Amount With Respect to

Executory Contracts To Be Assumed and Assigned was served electronically through the Court's electronic transmission facilities upon those parties receiving such service in this case and by ordinary United States mail service this 14th day of August, 2009 upon the following:

    Honorable Robert D. Drain
    United States Bankruptcy Judge
    United States Bankruptcy Court
      for the Southern District of New York
    One Bowling Green, Room 632
    New York, New York 10004

    Delphi Automotive Systems LLC
    Attn: Legal Staff
    5725 Delphi Drive
    Troy, Michigan 48098

    Delphi Corporation
    Attn: General Counsel
    5725 Delphi Drive
    Troy, Michigan 48098
    Attn: General Counsel

    John William Butler, Jr., Esq.
    Ron E. Meisler, Esq.
    Skadden Arps Slate Meagher & Flom LLP
    155 North Wacker Drive
    Chicago, Illinois 60606

    Kayalyn A. Marafioti, Esq.
    Gregory W. Fox, Esq.
    Skadden, Arps, Slate, Meagher & Flom LLP
    Four Times Square
    New York, NY 100336

    Donald Berstein, Esq.
    Brian Resnick, Esq.
    Davis, Polk & Wardwell
    450 Lexington Ave.
    New York, New York 10017

    Robert J. Rosenberg, Esq.
    Mark A. Broude, Esq.
    Mitchell A. Seider
    Latham & Watkins LLP
    885 Third Avenue
    New York, New York 10022

Richard Mancino, Esq.
Marc Abrams, Esq.
Willkie Farr & Gallagher, LLP
787 Seventh Avenue
New York, New York 10019

John J. Rapisardi, Esq.
Oren B. Haker, Esq.
Cadwalder, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281

Matthew L. Schwartz, Esq.
Joseph N. Cordaro, Esq.
86 Chambers Street
3rd Floor
New York, New York 10007

Jeffrey L. Tanenbaum, Esq.
Robert J. Lemons, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Adam C. Harris, Esq.
David J. Karp, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022

Office of the United States Trustee
Attn: Brian Masumoto, Esq.
33 Whitehall Street, Ste. 2100
New York, New York 10004

/s/Paul H. Spaeth
Paul H. Spaeth