UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____       Chapter 11

In re                                :

DELPHI CORPORATION, et al.      :         Case No. 05-44481 (RDD)

           Debtor          :         Jointly Administered

_____

## WITHDRAWAL OF OBJECTION OF CREDITOR  F&G  TOOL & DIE CO.  INC. TO CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACTS TO BE ASSUMED  AND ASSIGNED

Now comes Creditor F&G Tool & Die Co. Inc. (""F&G Tool") and hereby withdraws the Objection of Creditor F&G Tool & Die Co. Inc. To Cure Amount With Respect to Executory Contracts to be Assumed and Assigned (Doc. 18358) filed on July 17, 2009  and all other objections relating to cure issues with respect to executory contracts.

This Withdrawal is based upon the agreement of the parties under which Debtor has agreed to assume Purchase Order No. D0550041831 and to pay a cure amount of $32,521.94 and all other objections relating to cure issues with respect to executory contracts.

Respectfully submitted,

/s/Paul H. Spaeth_____
Paul H. Spaeth (Ohio Regist. No. 0010524)
130 West Second St., Ste. 450
Dayton, Ohio 45402
(937) 223-1655
Fax: (937) 223-1656
spaethlaw@phslaw.com

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that a true and accurate copy of the foregoing Withdrawal of Objection of Creditor F&G Tool & Die Co., Inc. To Cure Amount With Respect to Executory Contracts To Be Assumed and Assigned was served electronically through the Court's electronic transmission facilities upon those parties receiving such service in this case and by ordinary United States mail service this 14th day of August, 2009 upon the following:

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
   for the Southern District of New York
One Bowling Green, Room 632
New York, New York 10004

Delphi Automotive Systems LLC
Attn: Legal Staff
5725 Delphi Drive
Troy, Michigan 48098

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan 48098
Attn: General Counsel

John William Butler, Jr., Esq.
Ron E. Meisler,  Esq.
Skadden Arps Slate Meagher & Flom LLP
155 North Wacker Drive
Chicago, Illinois 60606

Kayalyn A. Marafioti, Esq.
Gregory W. Fox, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 100336

Donald Berstein, Esq.
Brian Resnick, Esq.
Davis, Polk & Wardwell
450 Lexington Ave.
New York, New York 10017

Robert J. Rosenberg, Esq.
Mark A. Broude, Esq.

Mitchell A. Seider
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022

Richard Mancino, Esq.
Marc Abrams, Esq.
Willkie Farr & Gallagher, LLP
787 Seventh Avenue
New York, New York 10019

John J. Rapisardi, Esq.
Oren B. Haker, Esq.
Cadwalder, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281

Matthew L. Schwartz, Esq.
Joseph N. Cordaro, Esq.
86 Chambers Street
3rd Floor
New York, New York 10007

Jeffrey L. Tanenbaum, Esq.
Robert J. Lemons, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Adam C. Harris, Esq.
David J. Karp, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022

Office of the United States Trustee
Attn: Brian Masumoto, Esq.
33 Whitehall Street, Ste. 2100
New York, New York 10004

                                        /s/Paul H. Spaeth
                                        Paul H. Spaeth