Robert A. Peurach, Esq.
**DAKMAK PEURACH, P.C.**
615 Griswold, Ste. 600
Detroit, MI 48226
(313) 964-0800

*Counsel to Ogura Clutch Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, ET AL., | Case No. 05-44481-RDD |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF OBJECTION OF OGURA CLUTCH COMPANY TO DEBTOR'S MODIFIED PLAN [DOCKET NO. 18,235]

Creditor, Ogura Clutch Company ("Ogura"), by and through its undersigned counsel, hereby withdraws its Objection to Debtor's Modified Plan (Docket No. 18,235) dated July 15, 2009 (the "Objection"), without prejudice.

Dated:  New York, New York
August 13, 2009

**DAKMAK PEURACH, P.C.**

By:  */s/ Robert A. Peurach*
Robert A. Peurach, Esq.
555 Madison Avenue – 9th Floor
615 Griswold, Ste. 600
Detroit, MI 48226
(313) 964-0800

{00082636.1 \ 0487-001}