SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF ADJOURNMENT OF CERTAIN OBJECTIONS TO NONASSUMPTION OF
CERTAIN CONTRACTS AND LEASES, ASSUMPTION AND ASSIGNMENT OF
EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND CURE AMOUNTS

PLEASE TAKE NOTICE that on July 24, 2009, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above captioned cases (collectively, the "Debtors") filed a Notice Of Adjournment Of Hearing On Objections To Notices Of Nonassumption, Cure Amounts, And Assumption And Assignment Of Executory Contracts And Unexpired Leases To August 17, 2009 (Docket No. 18649) pursuant to which the Debtors adjourned any objection relating to (i) nonassumption of certain contracts and leases, (ii) adequate assurance of future performance, (iii) assumption and/or assignment, with respect to executory contracts or unexpired leases to be assumed and/or assigned under the First Amended Joint Plan Of Reorganization of Delphi Corporation And Certain Affiliates, Debtors and Debtors In Possession, As Modified, and/or (iv) cure of defaults (together, the "Section 365 Objections") to August 17, 2009 at 10:00 a.m. (prevailing Eastern time), subject to (i) further adjournment by the Debtors by notifying the counterparty in writing at least three days before the August 17, 2009 hearing and (ii) the Debtors' right to re-notice the hearing with respect to such objection upon 20 days' notice to such counterparty.

PLEASE TAKE FURTHER NOTICE that pursuant to the Order Approving Modifications Under 11 U.S.C. § 1127(b) To (I) First Amended Joint Plan Of Reorganization of Delphi Corporation And Certain Affiliates, Debtors and Debtors In Possession, As Modified And (II) Confirmation Order (Docket No. 12359) (Docket No. 18707) (the "Plan Modification Order") the Section 365 Objections were adjourned to the hearing scheduled for August 17, 2009 at 10:00 a.m. (prevailing Eastern time), subject to further adjournment by the Debtors at least three days prior to such hearing upon notice to the Court and the applicable counterparty. Pursuant to decretal paragraph 40 of the Plan Modification Order, once adjourned, such objection shall be scheduled for an available hearing date following 20 days' notice provided by

the Debtors or the Reorganized Debtors, as applicable, to the applicable counterparty, or such other date as may be agreed upon, subject to further adjournment by the Debtors at least three days prior to such hearing upon notice to the Court and the applicable counterparty.

PLEASE TAKE FURTHER NOTICE that pursuant to the Plan Modification Order, the Section 365 Objections listed on <u>Exhibit A</u> attached hereto are hereby adjourned to the hearings scheduled for August 28, 2009 at 10:00 a.m. (prevailing Eastern time) and September 24, 2009 at 10:00 a.m. (prevailing Eastern time) as set forth below, subject to further adjournment by the Debtors at least three days prior to such hearing upon notice to the Court and the applicable counterparty.

Dated: New York, New York
August 14, 2009

SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP

By:  /s/ John Wm. Butler, Jr.
  John Wm. Butler, Jr.
  John K. Lyons
  Ron E. Meisler
155 North Wacker Drive
Chicago, Illinois 60606

- and -

By:  /s/ Kayalyn A. Marafioti
  Kayalyn A. Marafioti
Four Times Square
New York, New York 10036

Attorneys for Delphi Corporation, <u>et</u> <u>al.</u>,
 Debtors and Debtors-in-Possession

# Exhibit A

The objections filed by the parties listed below, including, but not limited to, the docket numbers listed below, are adjourned to the hearings scheduled for August 28, 2009 at 10:00 a.m. (prevailing Eastern time) and September 24, 2009 at 10:00 a.m. (prevailing Eastern time) as set forth below, subject to further adjournment by the Debtors in accordance with the Plan Modification Order.

| DOCKET NO. | OBJECTOR | HEARING DATE |
|---|---|---|
| 18430 | AB Automotive Electronics, Ltd.; AB Automotive Inc.; BI Technologies Corporation, International Resistive Company, Inc. (a.k.a. International Resistive Company Wire & Film Technologies Division); International Resistive Company of Texas, LP (a.k.a. International Resistive Company Advanced Film Division); Optek Technology, Inc. and Welwyn Components Ltd. | September 24, 2009 |
| 18402 | ATEL Leasing Corporation | August 28, 2009 |
| 18266 | AT&T Corp., AT&T Solutions Inc., and SBC Global Services Inc. | September 24, 2009 |
| 18221 | Audio MPEG, Inc and Societa' Italiana per lo Sviluppo dell'Elettronica | August 28, 2009 |
| 18468 | Behr America, Inc. | August 28, 2009 |
| 18382, 18394 | Bing Metals Group, LLC | August 28, 2009 |
| 18404 | Cisco Systems, Inc. | August 28, 2009 |
| 18219, 18392 | Clarion Corporation of America | August 28, 2009 |
| 18234, 18652, 18705, 18720 | Connecticut General Life Insurance Company | August 28, 2009 |
| 18372 | Continental AG | September 24, 2009 |
| 18365 | Dätwyler Rubber | August 28, 2009 |
| 18481 | E.I. du Pont de Nemours and Company | August 28, 2009 |
| 18389 | Federal Screw Works | August 28, 2009 |
| 18405, 18545 | Flextronics International Ltd. | August 28, 2009 |
| 18398, 18750 | Ford Motor Company | September 24, 2009 |
| 18256, 18472, 18706 | Furukawa Electric Company, Ltd. and Furukawa Electric North America | September 24, 2009 |
| 18473 | General Electric Capital Corporation | August 28, 2009 |
| 18397 | Gibbs Die Casting Corporation | August 28, 2009 |
| 18782 | Judd Wire | August 28, 2009 |
| 18385, 18386, 18387, 18388 | Linamar Corporation and Linamar Holdings, Inc.; Linamar Corporation, Inavar Division; Linamar Corporation, Roctel Division; Linamar Corporation, Vehcom Division | August 28, 2009 |

| DOCKET NO. | OBJECTOR | HEARING DATE |
|---|---|---|
| 18489, 18740 | Littelfuse, Inc. | August 28, 2009 |
| 18400 | Microsoft Corporation and Microsoft Licensing, GP | August 28, 2009 |
| 18374 | Navistar, Inc. | August 28, 2009 |
| 18556 | NEC Electronics America, Inc. | September 24, 2009 |
| 18456 | Nissan North America, Inc. | September 24, 2009 |
| 18235, 18679 | Ogura Clutch Company | August 28, 2009 |
| 18406 | Panalpina | August 28, 2009 |
| 18215, 18217 | Robert Bosch LLC | August 28, 2009 |
| 18414 | Siemens Product Lifecycle Management Software Inc. | August 28, 2009 |
| 18223, 18401 | SKF USA Inc. | August 28, 2009 |
| 18574 | STMicroelectronics, Inc. | August 28, 2009 |
| 18407, 18547 | Sun Microsystems | August 28, 2009 |
| 18570 | Technical Materials Inc. | August 28, 2009 |
| 18487, 18488, 18738 | The Timken Company | August 28, 2009 |
| 18399 | TK Holdings Inc. and Takata Corporation | August 28, 2009 |
| 18485, 18271, 18484, 18486, 18742 | Toyota Motor Corporation; Toyota Motor Engineering & Manufacturing North America Inc; Toyota Motor Sales, U.S.A., Inc. | August 28, 2009 |
| 18408, 18546 | United Parcel Service | August 28, 2009 |
| 18373, 18245 | XM Satellite Radio Inc. | September 24, 2009 |