MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 West Jefferson Avenue, Suite 2500
Detroit, MI 48226
Telephone: (313) 963-6420
Marc N. Swanson
Email: swansonm@millercanfield.com

Attorneys for Brose North America Holding LP, and its affiliates

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
In re:                                                              :    Chapter 11
                                                                    :
DELPHI CORPORATION, et. al.,                                        :    Case No. 05-44481-RDD
                                                                    :
                                        Debtors.                    :
-----------------------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF
BROSE NORTH AMERICA AND ITS AFFILIATES TO ASSUMPTION
AND ASSIGNMENT OF EXECUTORY CONTRACTS AND TO THE
<u>SUFFICIENCY OF THE DEBTORS' NOTICE</u>**

PLEASE TAKE NOTICE that Brose North America Holding LP and its affiliates, including Brose Gainesville, Inc., Brose Chicago, Inc., Brosa Tuscaloosa, Inc., Brose Puebla SA de CV, by its attorneys Miller, Canfield, Paddock and Stone, P.L.C., hereby withdraws the objection to Assumption and Assignment of Executory Contracts and to the Sufficiency of the Debtors' Notice filed in this matter as docket number 18480.

Dated: August 14, 2009            Respectfully Submitted,

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

*/s/* Marc N. Swanson
Marc N. Swanson
Attorneys for Brose North America Holding LP and its affiliates
150 West Jefferson Avenue, Suite 2500
Detroit, MI 48226
E-mail: swansonm@millercanfield.com
Tel: (313) 496-7591
Fax: (313) 496-8451

# CERTIFICATE OF SERVICE

I, Marc N. Swanson hereby certify that a true and correct copy of the:

*NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF BROSE NORTH AMERICA AND ITS AFFILIATES TO ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND TO THE SUFFICIENCY OF THE DEBTORS' NOTICE*

was served upon the parties on the attached Service List via electronic mail or facsimile.

>MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
>
>By  /s/ Marc N. Swanson
>         Marc N. Swanson (MI P71149)
>  150 West Jefferson Avenue, Suite 2500
>  Detroit, MI 48226
>  Telephone: (313) 963-6420
>  Fax: (313) 496-8452
>  Email: swanson@millercanfield.com

Dated:  August 14, 2009

**Service List**

| | |
|---|---|
| 1. Delphi Corporation: | Fax: 248.813.2673<br>Attn: General Counsel |
| 2. Counsel to the Debtors: | jack.butler@skadden.com,<br>ron.meisler@skadden.com,<br>kayalyn.marafioti@skadden.com,<br>gregory.fox@skadden.com |
| 3. United States Trustee: | Fax: 212-668-2255<br>Attn: Brian S. Masumoto |
| 4. Counsel for the Official Committee of Unsecured Creditors: | robert.rosenberg@lw.com.<br>mark.broude@lw.com,<br>mitchell.seider@lw.com |
| 5. Counsel for Agent with Postpetition Credit Facility: | donald.bernstein@davispolk.com,<br>brian.resnick@davispolk.com |
| 6. Counsel for the Tranche C Collective: | rmancino@willkie.com,<br>mabrams@willkie.com |
| 7. Counsel for the United States Treasury: | john.rapisardi@cwt.com,<br>oren.haker@cwt.com |
| 8. Counsel for the United States Dept of Justice: | matthew.schwartz@usdoj.gov,<br>joseph.cordaro@usdoj.gov |
| 9. Counsel for General Motors: | jeff.tanenbaum@weil.com,<br>robert.lemons@weil.com |
| 10. Counsel for Parnassus Holdings II, LLC: | adam.harris@srz.com,<br>david.karp@srz.com |

DELIB:3120735.1\117461-00003