Timothy S. McFadden (TSM 9650)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois
Telephone: (312) 443-0370
Facsimile: (312) 443-0336

-and-

Kevin J. Walsh (KJW 6083)
LOCKE LORD BISSELL & LIDDELL LLP
885 Third Avenue, 26th Floor
New York, NY 10022-4802
Tel: (212) 947-4700
Fax: (212) 947-1202

Attorneys for Methode Electronics, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
                                     :
                                     :  Chapter 11
In re                                :
                                     :  Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.,          :
                                     :  (Jointly Administered)
                         Debtors.    :
------------------------------------ x

**WITHDRAWAL OF METHODE ELECTRONICS, INC.'S OBJECTIONS TO (I)
DEBTORS' NOTICE OF ASSUMPTION WITH RESPECT TO CERTAIN
EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO BE ASSUMED OR
ASSUMED TO DIP HOLDCO 3, LLC UNDER MODIFIED PLAN OF
REORGANIZATION AND (II) DEBTORS' NOTICE OF NON-ASSUMPTION UNDER
THE MODIFIED PLAN WITH RESPECT TO CERTAIN EXPIRED OR TERMINATED
CONTRACTS OR LEASES PREVIOUSLY DEEMED TO BE ASSUMED OR ASSUMED
AND ASSIGNED UNDER CONFIRMED
PLAN OF REORGANIZATION**

Methode Electronics, Inc. and its affiliates ("Methode"), by its undersigned counsel,

hereby withdraws its *Objection to the Debtor's Notice of Assumption With Respect to Certain*

*Executory Contracts and Unexpired Leases to be Assumed or Assumed and Assigned Under*

CHI1 1617688v.1

*Modified Plan of Reorganization* [Docket No. 18755] and its *Objection to the Debtor's Notice of Non-Assumption Under the Modified Plan With Respect to Certain Expired or Terminated Contracts or Leases Previously Deemed to be Assumed or Assumed and Assigned Under Confirmed Plan of Reorganization* [Docket No. 18739].

Dated: Chicago, Illinois
      August 14, 2009

Respectfully submitted,

/s/ Timothy S. McFadden
Timothy S. McFadden (TSM 9650)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 443-0370
Facsimile: (312) 443-0336


Kevin J. Walsh (KJW 6083)
LOCKE LORD BISSELL & LIDDELL LLP
Three World Financial Center
New York, NY 10281-2101
Telephone: (212) 415-8600
Facsimile: (212) 303-2754

ATTORNEYS FOR METHODE ELECTRONICS, INC.

CHI1 1617688v.1

# CERTIFICATE OF SERVICE

The undersigned, an attorney, does hereby certify that a true and correct copy of **OBJECTION OF METHODE ELECTRONICS, INC. TO DEBTOR'S NOTICE OF ASSUMPTION WITH RESPECT TO CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO BE ASSUMED OR ASSUMED TO DIP HOLDCO 3, LLC UNDER MODIFIED PLAN OF REORGANIZATION**, was served upon the parties below on this 14th day of August, 2009 via U.S. Mail.

By:   /s/ Timothy S. McFadden
         Timothy S. McFadden

| |
|---|
| Honorable Robert D. Drain<br>United States Bankruptcy Judge<br>One Bowling Green<br>Room 632<br>New York, New York 10004 |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>(Attention: Mike Perl)<br>155 North Wacker Drive<br>Chicago, Illinois 60606 |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>(Attention: Kayalyn A. Marafioti And Gregory W. Fox)<br>Four Times Square<br>New York, New York 10036 |
| The Office Of The United States Trustee For The Southern District Of New York<br>(Attention: Brian Masumoto)<br>33 Whitehall Street<br>Suite 2100<br>New York, New York 10004 |
| Counsel For The Official Committee Of Unsecured Creditors<br>Latham & Watkins LLP<br>(Attention: Robert J. Rosenberg, Mark A. Broude, And Mitchell A. Seider)<br>885 Third Avenue<br>New York, New York 10022 |
| Counsel For The Agent Under The Postpetition Credit Facility<br>Davis Polk & Wardwell<br>(Attention: Donald Bernstein And Brian Resnick)<br>450 Lexington Avenue<br>New York, New York 10017 |

CHI1 1617688v.1

| |
|---|
| Counsel For The Tranche C Collective<br>Willkie Farr & Gallagher LLP<br>(Attention: Richard Mancino And Marc Abrams),<br>787 Seventh Avenue<br>New York, New York 10019 |
| Counsel For The United States Department Of The Treasury<br>Cadwalader, Wickersham & Taft LLP<br>(Attention: John J. Rapisardi And Oren B. Haker)<br>One World Financial Center<br>New York, New York 10281 |
| Counsel For The United States Department Of Justice<br>(Attention: Matthew L. Schwartz And Joseph N. Cordaro)<br>86 Chambers Street<br>3rd Floor<br>New York, New York 10007 |
| Counsel For General Motors Corporation<br>Weil, Gotshal & Manges LLP<br>(Attention: Jeffrey L. Tanenbaum And Robert J. Lemons)<br>767 Fifth Avenue<br>New York, New York 10153 |
| Counsel For Parnassus Holdings II, LLC<br>Schulte Roth & Zabel LLP<br>(Attention: Adam C. Harris And David J. Karp)<br>919 Third Avenue<br>New York, New York 10022 |
| Delphi Corporation<br>(Attention: General Counsel)<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Counsel To The Debtors |