# Exhibit A

| DOCKET NO. | OBJECTOR |
| --- | --- |
| 18430 | AB Automotive Electronics, Ltd.; AB Automotive Inc.; BI Technologies Corporation, International Resistive Company, Inc. (a.k.a. International Resistive Company Wire & Film Technologies Division); International Resistive Company of Texas, LP (a.k.a. International Resistive Company Advanced Film Division); Optek Technology, Inc. and Welwyn Components Ltd. |
| 18216 | ACE American Insurance Company, Pacific Employers Insurance Company, and Illinois Union Insurance Company |
| 17767, 17773, 18395 | American Aikoku Alpha, Inc. |
| 18463 | AM General LLC |
| 18402 | ATEL Leasing Corporation |
| 18266 | AT&T Corp., AT&T Solutions Inc., and SBC Global Services Inc. |
| 18221 | Audio MPEG, Inc and Societa' Italiana per lo Sviluppo dell'Elettronica |
| 18254, 18368, 18711 | Autocam Corporation |
| 18468 | Behr America, Inc. |
| 18382, 18394 | Bing Metals Group, LLC |
| 18273 | Brazeway, Inc. |
| 18480 | Brose North America Holding LP |
| 18565 | Carrier Corporation |
| 18404 | Cisco Systems, Inc. |
| 18219, 18392 | Clarion Corporation of America |
| 18234, 18652, 18705, 18720 | Connecticut General Life Insurance Company |
| 18372 | Continental AG |
| 18365 | Dätwyler Rubber |
| 18481 | E.I. du Pont de Nemours and Company |
| 18389 | Federal Screw Works |
| 18323 | F&G Multi-Slide Inc. |
| 18358 | F&G Tool & Die Co. |
| 18417 | Findlay Industries, Inc. |
| 18405, 18545 | Flextronics International Ltd. |
| 18398, 18750 | Ford Motor Company |
| 18491 | Freudenberg-NOK General Partnership, Freudenberg-NOK de Queretaro, S.A. de C.V. and Freudenber Filtration Technologies |
| 18256, 18472, 18706 | Furukawa Electric Company, Ltd. and Furukawa Electric North America |
| 18473 | General Electric Capital Corporation |

| DOCKET NO. | OBJECTOR |
|---|---|
| 18397 | Gibbs Die Casting Corporation |
| 18297 | Hewlett-Packard Company and Electronic Data Systems, LLC |
| 18782 | Judd Wire, Inc. |
| 18228, 18490 | Lear Corporation |
| 18385, 18386, 18387, 18388 | Linamar Corporation and Linamar Holdings, Inc.; Linamar Corporation, Inavar Division; Linamar Corporation, Roctel Division; Linamar Corporation, Vehcom Division |
| 18489, 18740 | Littelfuse, Inc. |
| 18739, 18755 | Methode Electronics, Inc. |
| 18400 | Microsoft Corporation and Microsoft Licensing, GP |
| 18390 | MIS Environmental Services, Inc. and MIS Corporation -- Michigan, a.k.a. Michigan Environmental Services, Inc. |
| 18369 | Motorola, Inc |
| 18374 | Navistar, Inc. |
| 18556 | NEC Electronics America, Inc. |
| 18494 | Nidec Motors & Actuators (USA), Inc. |
| 18456 | Nissan North America, Inc. |
| 18235, 18679 | Ogura Clutch Company |
| 18406 | Panalpina |
| 18220, 18474 | PBR Tennessee, Inc. |
| 18215, 18217 | Robert Bosch LLC |
| 18414 | Siemens Product Lifecycle Management Software Inc. |
| 18223, 18401 | SKF USA Inc. |
| 18754 | Spartech Corporation and Spartech Polycom, Inc. |
| 18574 | STMicroelectronics, Inc. |
| 18407, 18547 | Sun Microsystems |
| 18261 | Sunrise Medical HHG, Inc. |
| 18570 | Technical Materials Inc. |
| 18487, 18488, 18738 | The Timken Company |
| 18399 | TK Holdings Inc. and Takata Corporation |
| 18485, 18271, 18484, 18486, 18742 | Toyota Motor Corporation; Toyota Motor Engineering & Manufacturing North America Inc; Toyota Motor Sales, U.S.A., Inc. |
| 18573 | Tyco Electronics and Precision Interconnect |
| 18408, 18546 | United Parcel Service |
| 18483 | Valeo, Inc. |
| 18420 | Vitec, LLC |
| 18373, 18245 | XM Satellite Radio Inc. |

# Exhibit B

| Docket No. | Objector |
|---|---|
| 18463 | AM General LLC |
| 18273 | Brazeway, Inc. |
| 18480 | Brose North America Holding LP |
| 18323 | F&G Multi-Slide Inc. |
| 18358 | F&G Tool & Die Co. |
| 18417 | Findlay Industries, Inc. |
| 18491 | Freudenberg-NOK General Partnership, Freudenberg-NOK de Queretaro, S.A. de C.V. and Freudenber Filtration Technologies |
| 18297 | Hewlett-Packard Company and Electronic Data Systems, LLC |
| 18228, 18490 | Lear Corporation |
| 18739, 18755 | Methode Electronics, Inc. |
| 18390 | MIS Environmental Services, Inc. and MIS Corporation – Michigan, a.k.a. Michigan Environmental Services, Inc. |
| 18369 | Motorola, Inc. |
| 18235, 18679 | Ogura Clutch Company |
| 18754 | Spartech Corporation and Spartech Polycom, Inc. |
| 18573 | Tyco Electronics and Precision Interconnect |
| 18420 | Vitec, LLC |

# Exhibit C

| Docket No. | Objector | Hearing Date |
|---|---|---|
| 18430 | AB Automotive Electronics, Ltd.; AB Automotive Inc.; BI Technologies Corporation, International Resistive Company, Inc. (a.k.a. International Resistive Company Wire & Film Technologies Division); International Resistive Company of Texas, LP (a.k.a. International Resistive Company Advanced Film Division); Optek Technology, Inc. and Welwyn Components Ltd. | September 24, 2009 |
| 18216 | ACE American Insurance Company, Pacific Employers Insurance Company, and Illinois Union Insurance Company | August 28, 2009 |
| 17767, 17773 18395 | American Aikoku Alpha, Inc. | Additional briefs to be submitted by the parties on or before August 31, 2009 |
| 18402 | ATEL Leasing Corporation | August 28, 2009 |
| 18266 | AT&T Corp., AT&T Solutions Inc., and SBC Global Services Inc. | September 24, 2009 |
| 18221 | Audio MPEG, Inc and Societa' Italiana per lo Sviluppo dell'Elettronica | August 28, 2009 |
| 18254, 18368, 18711 | Autocam Corporation | August 28, 2009 |
| 18468 | Behr America, Inc. | August 28, 2009 |
| 18382, 18394 | Bing Metals Group, LLC | August 28, 2009 |
| 18565 | Carrier Corporation | August 28, 2009 |
| 18404 | Cisco Systems, Inc. | August 28, 2009 |
| 18219, 18392 | Clarion Corporation of America | August 28, 2009 |
| 18234, 18652, 18705, 18720 | Connecticut General Life Insurance Company | August 28, 2009 |
| 18372 | Continental AG | September 24, 2009 |
| 18365 | Dätwyler Rubber | August 28, 2009 |
| 18481 | E.I. du Pont de Nemours and Company | August 28, 2009 |
| 18389 | Federal Screw Works | August 28, 2009 |
| 18405, 18545 | Flextronics International Ltd. | August 28, 2009 |
| 18398, 18750 | Ford Motor Company | September 24, 2009 |
| 18256, 18472, 18706 | Furukawa Electric Company, Ltd. and Furukawa Electric North America | September 24, 2009 |
| 18473 | General Electric Capital Corporation | August 28, 2009 |
| 18397 | Gibbs Die Casting Corporation | August 28, 2009 |

| DOCKET NO. | OBJECTOR | HEARING DATE |
|---|---|---|
| 18782 | Judd Wire | August 28, 2009 |
| 18385, 18386, 18387, 18388 | Linamar Corporation and Linamar Holdings, Inc.; Linamar Corporation, Inavar Division; Linamar Corporation, Roctel Division; Linamar Corporation, Vehcom Division | August 28, 2009 |
| 18489, 18740 | Littelfuse, Inc. | August 28, 2009 |
| 18400 | Microsoft Corporation and Microsoft Licensing, GP | August 28, 2009 |
| 18374 | Navistar, Inc. | August 28, 2009 |
| 18556 | NEC Electronics America, Inc. | September 24, 2009 |
| 18494 | Nidec Motors & Actuators (USA), Inc. | August 28, 2009 |
| 18456 | Nissan North America, Inc. | September 24, 2009 |
| 18406 | Panalpina | August 28, 2009 |
| 18220, 18474 | PBR Tennessee, Inc. | August 28, 2009 |
| 18215, 18217 | Robert Bosch LLC | August 28, 2009 |
| 18414 | Siemens Product Lifecycle Management Software Inc. | August 28, 2009 |
| 18223, 18401 | SKF USA Inc. | August 28, 2009 |
| 18574 | STMicroelectronics, Inc. | August 28, 2009 |
| 18407, 18547 | Sun Microsystems | August 28, 2009 |
| 18261 | Sunrise Medical HHG, Inc. | August 28, 2009 |
| 18570 | Technical Materials Inc. | August 28, 2009 |
| 18487, 18488, 18738 | The Timken Company | August 28, 2009 |
| 18399 | TK Holdings Inc. and Takata Corporation | August 28, 2009 |
| 18485, 18271, 18484, 18486, 18742 | Toyota Motor Corporation; Toyota Motor Engineering & Manufacturing North America Inc; Toyota Motor Sales, U.S.A., Inc. | August 28, 2009 |
| 18408, 18546 | United Parcel Service | August 28, 2009 |
| 18483 | Valeo, Inc. | August 28, 2009 |
| 18373, 18245 | XM Satellite Radio Inc. | September 24, 2009 |

# Exhibit D

| COUNTERPARTY | CONTRACT |
|---|---|
| Findlay Industries, Inc. | 10001767 |
| | 10001767 |
| | 30128 |
| | 1400032 |
| | 30107 |
| | 30107 |
| | 30128 |
| | 679-I |
| | 721-I |
| | 725-I |
| | 729-I |
| | 771-I |
| | 782-I |
| | 846-I |
| | 846-I |
| | 846-I |
| Precision Interconnect | All contracts between PRECISION INTERCONNECT and Delphi related to intellectual property, including, but not limited to, those dated 07/19/2000 |
| Vitec, LLC | 20782 |