**Hearing Date: August 20, 2009**
                                  **Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

<u>PROPOSED FORTY-SIXTH OMNIBUS HEARING AGENDA</u>

<u>Location Of Hearing</u>:        United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, Room 610, 6th Floor, One Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (4 Matters)

    C.    Uncontested, Agreed, Withdrawn, Or Settled Matters (2 Matters)

    D.    Contested Matters (2 Matters)

    E.    Adversary Proceedings (None)

**B.**    **Continued Or Adjourned Matters**∗

1. Motion Of Donald R. Sweeton And Sarah E. Sweeton To Compel Debtor's Performance Under Lease Of Non-Residential Real Property And For Payment Of Administrative Expenses (Docket No. 16381)

    *Responses filed:*    *None.*

    *Reply filed:*    *None.*

    *Related filings:*    *None.*

    *Status:*    *This matter is being adjourned to the September 24, 2009 omnibus hearing.*

2. Motion Of CSX Transportation, Inc. To Compel The Payment Of Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) (Docket No. 16548)

    *Responses filed:*    *None.*

    *Reply filed:*    *None.*

    *Related filings:*    *None.*

---

∗    Motions found at the following docket numbers that appeared on previous Proposed Hearing Agendas have been voluntarily withdrawn from the agenda and would need to be re-noticed under the Case Management Order to be reinstated on an agenda: Docket Nos. 213, 4689, 4778, 4912, 5229, 5153, 6723, 6690, and 12833 (KECP Emergence Incentive Program, Equity Security Holders' Ex Parte Motion To File Supplemental Objection To STN Motion Under Seal, Mercedes-Benz U.S. International, Inc.'s Motion to File Claims, Methode Electronics, Inc.'s Setoff Motion, Computer Patent Annuities Limited's Motion To Assume Or Reject Executory Contract, Motion Of Sumida America Inc. To Allow Setoff/Recoupment And For Relief From Automatic Stay, ATEL Leasing Corporation's Motion To Allow Administrative Claim, and Debtors' Omnibus Objection to Claims for Postpetition Interest , respectively). In addition, the following adversary proceedings have also been withdrawn from the agenda and would be subject to re-noticing to be reinstated on a hearing agenda: NYCH LLC d/b/a RCS Computer Experience Adv. Pro. No. 06-01902, Docket No. 1 (Complaint To Recover Property Of The Estate), L&W Engineering Adv. Pro. No. 06- 01136, Docket No. 22 (Motion For Summary Judgment), Aksys Ltd. Adv. Pro. No. 06-01677, Docket No. 2 (Summons And Notice), and National Union Fire Insurance Company Of Pittsburgh, PA Adv. Pro. No. 07-01435, which has been settled as part of the MDL settlement and will be resolved upon the Court's approval of the MDL settlement.

*Status: This matter is being adjourned to the September 25, 2009 claims hearing.*

3. Motion Of Furukawa Electric Company, Ltd. For Allowance Of An Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) And, In The Alternative, For Leave To File A Late Administrative Expense Claim Pursuant To Bankruptcy 9006(b) (Docket No. 18706)

   *Responses filed:*     None.

   *Reply filed:*         None.

   *Related filings:*     None.

   *Status:*              *This matter is being adjourned to the September 24, 2009 omnibus hearing.*

4. Motion Of The AT&T Entities For Entry Of An Order (1) Compelling Payment Of Administrative Expenses Or, In The Alternative, (2) Modifying The Automatic Stay To Permit Termination Of Executory Contracts (Docket No. 18737)

   *Responses filed:*     None.

   *Reply filed:*         None.

   *Related filings:*     None.

   *Status:*              *This matter is being adjourned to the September 24, 2009 omnibus hearing.*

C. **Uncontested, Agreed, Withdrawn, Or Settled Matters**

5. **"Notice Of PBR Knoxville Sale Motion"** - Notice of Motion Under 11 U.S.C. § 363 And Fed. R. Bankr. P. 2002 And 6004 For Order Authorizing And Approving Entry By Delphi Automotive Systems Tennessee, Inc. Into Letter Agreement With Robert Bosch LLC For Sale Of Interest In PBR Knoxville LLC (Docket No. 18716)

   *Responses filed:*     None.

   *Reply filed:*         None.

   *Related filings:*     None.

   *Status:*              *The hearing with respect to this matter will be proceeding.*

6. **"Shinwa Settlement Motion"** - Expedited Motion Under 11 U.S.C. § 363 And Fed. R. Bankr. P. 9019 For Approval Of Debtors' Compromise And Settlement With Shinwa International Holdings, LTD. f/k/a Shinwa Co., LTD., And Samtech Corporation (Docket No. 18770)

   *Responses filed:*     None.

3

   *Reply filed:*   None.

   *Related filings:*   None.

   *Status:*   *The hearing with respect to this matter will be proceeding.*

**D. Contested Matters**

7. Motion Of Plymouth Rubber Company, LLC For Order Deeming Administrative Claim Of Plymouth Rubber Company, LLC Timely Filed And Related Relief (Docket No. 18714)

   *Responses filed:*   *Debtors' Objection to Motion of Plymouth Rubber Company, LLC For Order Deeming Administrative Claim Of Plymouth Rubber Company, LLC Timely Filed And Related Relief (Docket No. 18792).*

   *Reply filed:*   *Reply of Plymouth Rubber Company, LLC to Debtors' Objection to Motion Regarding Administrative Claim (Docket No. 18807).*

   *Related filings:*   None.

   *Status:*   *The hearing with respect to this matter will be proceeding.*

8. **"Motion For Authority To Apply Claims Objection Procedures To Administrative Expense Claims"** - Motion For Order Pursuant To 11 U.S.C. §§ 105(a) And 503(b) For Order Authorizing Debtors To Apply Claims Objections Procedures To Administrative Expense Claims (Docket No. 18715)

   *Responses filed:*   *Limited Objection To Motion Of Debtors Related Administrative Claims Procedures And Request For Allowance And Payment Of Tax Instalment As Administrative Expense Claim By Howard County, Indiana (Docket No. 18780).*

      *Plymouth Rubber Company, LLC's Objection To Debtors' Motion For Authority To Apply Claims Objection Procedures (Docket No. 18783).*

   *Reply filed:*   *An omnibus reply will be filed.*

   *Related filings:*   None.

   *Status:*   *The hearing with respect to this matter will be proceeding.*

**E.     Adversary Proceedings (none)**

Dated: New York, New York
August 19, 2009

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By: /s/ John Wm. Butler, Jr.
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and -

By: /s/ Kayalyn A. Marafioti
Kayalyn A. Marafioti

Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession