RECEIVED
AUG 18 2009
U.S. BANKRUPTCY COURT, SDNY

Dear Judge Drain -

I am just one (1) of the 70,000 Americans due to lose their retirement and benefits from Delphi when the PBGC takes over. Just to let you know a little about me. I worked very hard for 25 years to earn the right to retire with dignity and full benefits. Now, at the stroke of a pen, it will all be taken away! Please, Please don't let this happen to us and America!

Respectfully

Retired GM/IUE Rebecca M. Shultz
3592 Carson Salt Springs Rd.
Newton Falls, Ohio 44444