

Dear Judge Drain —

My wife has given her 35 "best" years to Delphi — Please don't let her lose her "Golden" years to the PBGC take over. I would hope that you consider what all 70,000 of these "Americans" have done for all of us.

Respectfully,
Ed Shultz
Husband of GmfIUE Retiree