

I'm a Delphi Corp. retiree working under GM for 28 years. As an IUE union retiree, I am unjustly losing my pension to the underfunded PBGC, which will reduce my monthly income by 75%. At the same time my healthcare is being terminated by the gov't ran GM. Please help me, and 70 thousand middle class retirees not be put to poverty level in your decision making regarding our plight!
Thank you, Linda Fitzpaldo Retiree GM/IUE