

I am a GM/IUE retiree. I retired with 36 years of service. I along with 70,000 other retirees stand to lose as much as 30% or more of our pensions, and all health-care. This will reduce most if not all of us to the poverty level or below. Please give much more deliberation and care to these matters.

Sincerely,
Patricia Sharpe