

Dear Judge Drain,

Please help the Delphi IUE/CWA retirees with their pension & benefit plight. GM should have assumed our pensions when many of us labored for over 25+ years for them. Any intervention between GM & IUE/CWA would be appreciated.

Thank you -

Dom Peters, Delphi Retiree