RECEIVED AUG 18 2009 U.S. BANKRUPTCY COURT, SDNY

Honorable Judge Drain,

Please help the Delphi IUE/CWA retirees keep their pensions and benefits that they were promised by GM. 70,000 people have been hurt by GM's denying our needs. Any help or reconsideration would be appreciated. Thank you. Dom Peters, Delphi Retiree
(330) 757-3339