

My husband and I worked for General Motors/Delphi over 30 years each. He is a purple heart recipient of the Vietnam war (helicopter pilot). I am a breast cancer survivor. We are both under 62 years of age. To have our pensions reduced to $300, loss of benefits, and life insurance would throw us into poverty. We worked all our lives for General Motors, paid taxes, and raised our children. Don't take away our income. We worked for a company that is not bankrupt, they are still operating. They shipped over 105,000 jobs of Delphi jobs and gave them to foreigners overseas. Don't slap us in the face and push us on welfare in our old age. Please give us what we worked for. Don't DUMP US INTO WELFARE!

Darlene & Jack Lammers