BARNES & THORNBURG LLP
Attorneys for Autocam Corporation
171 Monroe Avenue, NW, Suite 1000
Grand Rapids, MI 49503
Telephone: (616) 742-3930
Facsimile: (616) 742-3999

Patrick E. Mears (PM-6473)
Telephone: (616) 742-3936
Email: pmears@btlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 Case |
| | ) | |
| DELPHI CORPORATION, *et al*. | ) | No. 05-44481 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## CERTIFICATE OF SERVICE

Document Served: - **RE-NOTICE OF DEPOSITION OF DESIGNEE(S)/ REPRESENTATIVE(S) OF DELPHI CORPORATION PURSUANT TO FED. R. CIV. P. 30(B)(6)**

The undersigned certifies that a copy of the documents listed above were served upon the parties listed in the attached Exhibit A at their respective addresses by facsimile and first class mail on the date indicated below.

Date of Service: August 19, 2009     I declare that the statement above is true to the best of my information, knowledge and belief.

/s/Patrick E. Mears
Patrick E. Mears (PM-6473)
Barnes & Thornburg LLP

# EXHIBIT A

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI 48098
*Facsimile: 248-813-3445*

John Wm. Butler, Jr., Esq.
Ron E. Meisler, Esq.
Carl Tullson, Esq.
Skadden Arps Slate Meagher & Flom LLP
155 North Wacker Drive
Chicago, IL 60606
*Facsimile: 312-407-0411*

Kayalyn A. Marafioti, Esq.
Gregory W. Fox, Esq.
Skadden Arps Slate Meagher & Flom LLP
4 Times Square
New York, NY 10036
*Facsimile: 212-735-2000*

Brian Masumoto, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
*Facsimile: 212-668-2255*

Robert J. Rosenberg, Esq.
Mitchell A. Seider, Esq.
Mark A. Broude, Esq.
Latham & Wakins LLP
885 Third Avenue
New York, NY 10022
*Facsimile: 212-751-4864*

Donald S. Bernstein, Esq.
Brian M. Resnick, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
*Facsimile: 212-701-5092*
*Facsimile: 212-701-5213*

Richard Mancino, Esq.
Marc Abrams, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
*Facsimile: 212-728-9243*
*Facsimile: 212-728-8111*

John J. Rapisardi, Esq.
Oren B. Haker, Esq.
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
*Facsimile: 212-504-6666*

Matthew L. Schwartz, Esq.
Joseph N. Cordaro, Esq.
U.S. Department of Justice
86 Chambers Street, 3rd Floor
New York, NY 10007
*Facsimile: 212-637-2750*

Jeffrey L. Tanenbaum, Esq.
Robert J. Lemons, Es.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
*Facsimile: 212-310-8007*