E. Todd Sable
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, Michigan 48226-3506
Telephone: (313) 465-7548
Facsimile: (313) 465-7549

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
                                           :

In re                                     :          Chapter 11

DELPHI CORPORATION, et al.,   :          Case No. 05-44481 (RDD)
                                           :          (Jointly Administered)

              Debtors.          :
------------------------------------------------------x

**Notice of Withdrawal of Valeo, Inc. and its Affiliates' Limited Objection and Reservation of Rights to Notice of Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned**

Valeo, Inc. and its Affiliates withdraw their Limited Objection and Reservation of Rights to Notice of Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned [Docket No. 18483].

Dated: August 21, 2009      /s/ E. Todd Sable
       Detroit, Michigan       E. Todd Sable
                                        HONIGMAN MILLER SCHWARTZ AND COHN LLP
                                        2290 First National Building
                                        660 Woodward Avenue
                                        Detroit, Michigan 48226-3506
                                        Telephone: (313) 465-7548
                                        Facsimile: (313) 465-7549
                                        Email: tsable@honigman.com

                                        ATTORNEYS FOR VALEO, INC. AND ITS AFFILIATES

DETROIT.3814722.1