Epstein Becker & Green, P.C.
Maura I. Russell (MR 1178)
Anthony B. Stumbo (AS 9374)
250 Park Avenue - 11th Floor
New York, New York 10177-1211
Tel: 212-351-4500
Fax: 212-661-0989

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION *et al.*, | Case No. 05-44481 (RDD) |
| Debtors. | Jointly Administered |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE THAT Epstein Becker & Green, P.C. hereby enters its appearance in the above-captioned bankruptcy case on behalf of SPCP Group, L.L.C. as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd., a creditor in the above-referenced bankruptcy proceedings, in full substitution for Dreier LLP.

PLEASE TAKE FURTHER NOTICE THAT SPCP Group, L.L.C. as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd. requests that all notices given or required to be given and all papers and pleadings served or required to be served in this chapter 11 case be additionally served upon the undersigned.

NY:3670362v1

Dated: August 21, 2009

        EPSTEIN BECKER & GREEN, P.C.

        By:  /s/ Maura I. Russell
             Maura I. Russell (MR 1178)
             Anthony B. Stumbo (AS 9374)
             250 Park Avenue - 11th Floor
             New York, New York 10177-1211
             Tel: 212-351-4500
             Fax: 212-661-0989

*COUNSEL TO SPCP GROUP, L.L.C. AS AGENT FOR SILVER POINT CAPITAL FUND, L.P. AND SILVER POINT CAPITAL OFFSHORE FUND, LTD.*