UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| DELPHI CORPORATION, *et al.*, ) | |
| ) | Case No. 05-44481 (RDD) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

## AFFIDAVIT OF SERVICE

I, Diane Romanik, being duly sworn according to law, deposes and says that I am employed by the law firm of Epstein Becker & Green, P.C., attorneys for SPCP Group, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd., a creditor in the above-referenced bankruptcy proceedings, and that on the 21ST day of August, 2009, I caused the ***Notice of Substitution of Counsel*** to be served by First Class Mail upon the parties on the attached Service List.

By: *Diane Romanik*
Diane Romanik

Sworn to before me this
21st day of August, 2009

*[signature]*
Notary Public

Anthony B. Stumbo
Notary Public, State of New York
No. 02ST6057531
Qualified in Kings County
Commission Expires: April 16, 2011

NY:3669135v1    1

## SERVICE LIST

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

John Wm. Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom LLP
155 North Wacker Drive
Chicago, IL 60606

Andrew Currie, Esq.
WilmerHale, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

Neil Berger, Esq.
Lara Sheikh, Esq.
Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10119

Mark A. Broude, Esq.
Latham & Watkins
885 Third Avenue
New York, NY 10022-4802