E. Todd Sable
Daniel W. Linna Jr.
HONIGMAN MILLER SCHWARTZ AND COHN LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226
Telephone: (313) 465-7548
Facsimile: (313) 465-7549

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
:
**In re:** : Chapter 11
:
**DELPHI CORPORATION**, et al., : Case No. 05-44481 (RDD)
: (Jointly Administered)
Debtors. :
: Hon. Robert D. Drain
---------------------------------------------------------------x

**Certificate of Service**

The undersigned certifies that papers were served as follows:

1. Papers Served: Notice of Withdrawal of Valeo, Inc. and its Affiliates' Limited Objection and Reservation of Rights to Notice of Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned

2. Date of Service: August 21, 2009

3. Served Upon: Honorable D. Drain
US Bankruptcy Court for the Southern District of New York
One Bowling Green, Room 632
New York, NY 10004
*via FedEx Priority Overnight*

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI 48098
*via FedEx Priority Overnight*

Delphi Corporation
Attn: David Sherbin, General Counsel
*via email: david.sherbin@delphi.com*

Skadden, Arps, Slate, Meagher & Flom LLP
Counsel for Debtors
155 North Wacker Drive
Chicago, IL  60606
Attn:  John W. Butler, Jr. – *via ECF Filing, FedEx Priority Overnight,*
              *email:* [jack.butler@skadden.com](mailto:jack.butler@skadden.com)
         Ron E. Meisler – *via FedEx, email:* [ron.meisler@skadden.com](mailto:ron.meisler@skadden.com)

Skadden, Arps, Slate, Meagher & Flom LLP
Counsel for Debtors
Four Times Square
New York, NY  10036
Attn:  Kayalyn Marafioti – *via ECF Filing, FedEx Priority Overnight,*
              *email:* [kayalyn.marafioti@skadden.com](mailto:kayalyn.marafioti@skadden.com)
           Gregory W. Fox – *via FedEx Priority Overnight, email:*
              [gregory.fox@skadden.com](mailto:gregory.fox@skadden.com)

Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY  10004
Attn:  Brian Masumoto – *via FedEx Priority Overnight,*

Latham & Watkins LLP
Counsel for Official Committee of Unsecured Creditors
885 Third Avenue
New York, NY  10022
Attn:  Robert Rosenberg – *via FedEx Priority Overnight, email:*
              [robert.rosenberg@lw.com](mailto:robert.rosenberg@lw.com)
           Mark Broude – *via ECF Filing, FedEx Priority Overnight, email:*
              [Mark.Broude@lw.com](mailto:Mark.Broude@lw.com)
           Mitchell Seider – *via FedEx Priority Overnight, email:*
              [Mitchell.Seider@lw.com](mailto:Mitchell.Seider@lw.com)

Davis Polk & Wardell
Counsel for Agent Under Postpetition Credit Facility
450 Lexington Avenue
New York, NY  10017
Attn:  Donald Bernstein – *via FedEx Priority Overnight, email:*
              [donald.bernstein@davispolk.com](mailto:donald.bernstein@davispolk.com) )
           Brian Resnick – *via FedEx Priority Overnight, email:*
              [brian.resnick@davispolk.com](mailto:brian.resnick@davispolk.com)

Willkie Farr & Gallagher LLP
Counsel for Tranche C Collective
787 Seventh Avenue
New York, NY  10019
Attn:  Richard Mancino – *via ECF Filing, FedEx Priority Overnight, email:*
rmancino@willkie.com
Marc Abrams – *via ECF Filing, FedEx Priority Overnight, email:*
mabrams@willkie.com

Cadwalader Wickersham & Taft LLP
Counsel for United States Department of the Treasury
One World Financial Center
New York, NY  10281
Attn:  John Rapisardi – *via ECF Filing, FedEx Priority Overnight, email:*
john.rapisardi@cwt.com
Oren Haker – *via FedEx Priority Overnight, email:*
oren.haker@cwt.com

Counsel for the United States Department of Justice
86 Chambers Street
3rd Floor
New York, NY  10007
Attn:  Matthew Schwartz – *via ECF Filing, FedEx Priority Overnight,*
*email:* matthew.schwartz@usdoj.gov )
Joseph Cordaro – *via FedEx Priority Overnight, email:*
joseph.cordaro@usdoj.gov

Weil Gotshal & Manges LLP
Counsel for General Motors Corporation
767 Fifth Avenue
New York, NY  10153
Attn:  Jeffrey Tanenbaum – *via FedEx Priority Overnight, email:*
jeff.tanenbaum@weil.com
Robert J. Lemons – *via ECF Filing, FedEx Priority Overnight, email:*
robert.lemons@weil.com

Schulte Roth & Zabel LLP
Counsel for Parnassus Holdings II
919 Third Avenue
New York, NY  10022
Attn:  Adam Harris – *via ECF Filing, FedEx Priority Overnight, email:*
adam.harris@srz.com
David J. Karp – *via FedEx Priority Overnight, email:*
david.karp@srz.com

                                Honigman Miller Schwartz and Cohn LLP
                                Counsel for Valeo, Inc. and its Affiliates

Dated: August 21, 2009        By: /s/ E. Todd Sable
                                     E. Todd Sable (MI Bar No. P54956)
                                     Daniel W. Linna Jr. (MI Bar No. P68863)
                                     2290 First National Building
                                     660 Woodward Avenue
                                     Detroit, MI 48226
                                     Telephone: (313) 465-7548
                                     Facsimile: (313) 465-7549
                                     Email: tsable@honigman.com

DETROIT.3816171.1