**In re Delphi Corporation, et al.** — Thirty-Fifth Omnibus Claims Objection

**Case No. 05-44481 (RDD)**

## EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ABBAS MOHAMED A | 4935 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/05/2006 | DELPHI CORPORATION (05-44481) |
| AKERS JAMES L | 3190 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 04/28/2006 | DELPHI CORPORATION (05-44481) |
| ANAND RAJ K | 6176 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/17/2006 | DELPHI CORPORATION (05-44481) |
| ANDERSON FREDERICK G | 8173 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 06/19/2006 | DELPHI CORPORATION (05-44481) |
| ANDREW J HARRIS | 8360 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 06/22/2006 | DELPHI CORPORATION (05-44481) |
| ANDREWS PATRICK J | 5162 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| ARNOLD THOMAS L | 14074 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| ASSAAD SALWA H | 7045 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/30/2006 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**　　　　　　　　**Thirty-Fifth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AUTEN JOHN G | 348 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 11/04/2005 | DELPHI CORPORATION (05-44481) |
| BAKER RONALD E | 8428 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 06/23/2006 | DELPHI CORPORATION (05-44481) |
| BAMBACH KATHLEEN | 15185 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$10,000.00<br><br>UNL<br>$10,000.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| BARRERA RICARDO B | 12086 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| BARRON GARY T | 13571 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$809,119.40<br><br><br>$809,119.40 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| BECK DENNIS E | 11081 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/24/2006 | DELPHI CORPORATION (05-44481) |
| BELLAVIA ROSS | 8604 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 06/27/2006 | DELPHI CORPORATION (05-44481) |
| BENEFIELD JR SAM | 8837 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 06/30/2006 | DELPHI CORPORATION (05-44481) |

\*　　The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*　　"UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                                    Thirty-Fifth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BILLIG WILLIAM G | 3493 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| BILLIG WILLIAM G TR | 3492 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| BISSELL DONALD R | 6554 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 05/22/2006 | DELPHI CORPORATION (05-44481) |
| BLENK CLARENCE J | 8214 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 06/19/2006 | DELPHI CORPORATION (05-44481) |
| BOSTICK BARBARA A | 12425 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| BREWER ROSEMARY | 12432 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| BRINK ROY D | 4725 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $451,073.00<br>$451,073.00 | 05/04/2006 | DELPHI CORPORATION (05-44481) |
| BROCK JAMES C | 2716 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 04/24/2006 | DELPHI CORPORATION (05-44481) |

\*       The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*      "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                                    Thirty-Fifth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BROEKHUIZEN BRADLEY A | 5867 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/15/2006 | DELPHI CORPORATION (05-44481) |
| BROWN EON J | 5812 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/15/2006 | DELPHI CORPORATION (05-44481) |
| BROWN GARY J | 15718 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| BRUCKEN WILLIAM L | 5203 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| BRYANT NED C | 5275 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| BUCHANAN JR HARRY C | 9298 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/11/2006 | DELPHI CORPORATION (05-44481) |
| BUEHLER JERALD L | 15723 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| BUIS JOHN R | 10049 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/20/2006 | DELPHI CORPORATION (05-44481) |

*       The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**      "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                                    Thirty-Fifth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BURGER BARBARA P | 6468 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 05/22/2006 | DELPHI CORPORATION (05-44481) |
| BURNETT DALE E | 15651 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| BUTERA CHARLES A | 4972 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| CASTILLO ALFRED | 12410 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| CAVANAUGH JR DENNIS A | 5923 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 05/16/2006 | DELPHI CORPORATION (05-44481) |
| CHANDLER CHRISTOPHER C | 3281 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 04/28/2006 | DELPHI CORPORATION (05-44481) |
| CHANEY PEGGY R | 4822 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 05/05/2006 | DELPHI CORPORATION (05-44481) |
| CHAPMAN ELANA | 9526 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/14/2006 | DELPHI CORPORATION (05-44481) |

\*      The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*     "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                                    Thirty-Fifth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CHEN YANSHU | 8350 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $17,533.18<br><br><br>$17,533.18 | 06/22/2006 | DELPHI CORPORATION (05-44481) |
| CHERWINSKI JR SAMUEL | 337 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,048,298.40<br><br><br>$1,048,298.40 | 11/04/2005 | DELPHI AUTOMOTIVE SYSTEMS INTERNATIONAL, INC (05-44589) |
| CIESLAK MICHAEL F | 14927 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| CLOSSER JOYCE M | 10899 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/25/2006 | DELPHI CORPORATION (05-44481) |
| COMBES JOHN H | 6128 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/17/2006 | DELPHI CORPORATION (05-44481) |
| COUGHLAN NELSON L | 6106 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/17/2006 | DELPHI CORPORATION (05-44481) |
| CRAWFORD JON P | 4798 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/05/2006 | DELPHI CORPORATION (05-44481) |
| CURTIS JAMES H | 3125 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 04/28/2006 | DELPHI CORPORATION (05-44481) |

*       The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**      "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                                              Thirty-Fifth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CURTIS RICHARD J | 9240 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/10/2006 | DELPHI CORPORATION (05-44481) |
| CZELUSTA JOSEPH C | 3300 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 04/28/2006 | DELPHI CORPORATION (05-44481) |
| DART TIMOTHY L | 13588 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| DAVIES JAMES E | 6458 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/22/2006 | DELPHI CORPORATION (05-44481) |
| DE FALCO OSVALDO | 13455 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$56,095.79<br><br><br>$56,095.79 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| DEHORITY JUDITH W | 10416 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>$852,087.60<br><br>UNL<br>$852,087.60 | 07/24/2006 | DELPHI CORPORATION (05-44481) |
| DELAVERGNE GERALD A | 12114 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$3,000,000.00<br><br><br>$3,000,000.00 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| DEVOLE ROGER L | 5916 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/16/2006 | DELPHI CORPORATION (05-44481) |

*      The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**     "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                                    Thirty-Fifth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DOREY DENNIS R | 4361 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 05/02/2006 | DELPHI CORPORATION (05-44481) |
| DOWEN JAMES A | 401 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 11/07/2005 | DELPHI CORPORATION (05-44481) |
| DOYLE RICHARD | 6503 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 05/22/2006 | DELPHI CORPORATION (05-44481) |
| DURHAM LARRY M | 6236 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 05/18/2006 | DELPHI CORPORATION (05-44481) |
| ELLINGTON HENRY | 13413 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| ENLOW JACK A & LINDA S | 3323 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 05/25/2006 | DELPHI CORPORATION (05-44481) |
| ENSELEIT LUDWIG | 9876 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/19/2006 | DELPHI CORPORATION (05-44481) |
| ESCOBEDO ANGELITA | 13604 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $24,668.00<br><br>$24,668.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                                    Thirty-Fifth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| FALINSKI MICHAEL J | 8436 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 06/23/2006 | DELPHI CORPORATION (05-44481) |
| FELL LYLE E | 7660 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 06/08/2006 | DELPHI CORPORATION (05-44481) |
| FERRIS GLENN E | 4682 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/04/2006 | DELPHI CORPORATION (05-44481) |
| FINLEY WILLIAM D | 5231 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| FIRETTO JOHN P | 6356 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/19/2006 | DELPHI CORPORATION (05-44481) |
| FISCHER JOSEPH J | 8806 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 06/30/2006 | DELPHI CORPORATION (05-44481) |
| FLUELLYN HERMAN D | 2874 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 04/27/2006 | DELPHI CORPORATION (05-44481) |
| FORD REBECCA | 7012 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/30/2006 | DELPHI CORPORATION (05-44481) |

*       The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**      "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                                    Thirty-Fifth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| FORD STEVAN T | 6830 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/25/2006 | DELPHI CORPORATION (05-44481) |
| FOSTER PAUL D | 4144 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| FRIEND GARY D | 6308 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/19/2006 | DELPHI CORPORATION (05-44481) |
| FULCOMER LISA M | 13524 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| FULLARD III JAKE | 13532 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| GAY DAVID | 3505 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| GAY DAVID E | 5287 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| GIDDENS DENNIS L | 4586 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/04/2006 | DELPHI CORPORATION (05-44481) |

*       The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**      "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**                    Thirty-Fifth Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| GILLESPIE HAROLD M | 11155 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/26/2006 | DELPHI CORPORATION (05-44481) |
| GLENNON TIMOTHY P | 6857 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 05/25/2006 | DELPHI CORPORATION (05-44481) |
| GODI PAUL E | 6900 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/26/2006 | DELPHI CORPORATION (05-44481) |
| GORDON PATRICIA A | 9475 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/10/2006 | DELPHI CORPORATION (05-44481) |
| GOSE BARRY L | 9296 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/11/2006 | DELPHI CORPORATION (05-44481) |
| GOUKER JR ROBERT H | 11586 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$2,600,000.00<br><br><br>$2,600,000.00 | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| GRABER DAVID W | 5724 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/12/2006 | DELPHI CORPORATION (05-44481) |
| GRADY DENNIS F | 10463 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/24/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

\*      The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                          Thirty-Fifth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| GRADY DENNIS F | 10465 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/24/2006 | DELPHI CORPORATION (05-44481) |
| GREEN BILLY G | 4801 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 05/05/2006 | DELPHI CORPORATION (05-44481) |
| GREGORY ROY | 8495 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 06/26/2006 | DELPHI CORPORATION (05-44481) |
| HAAS DAVID R | 6299 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 05/19/2006 | DELPHI CORPORATION (05-44481) |
| HAEUFLE RICHARD | 5198 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| HAGBERG JANE | 8470 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 06/26/2006 | DELPHI CORPORATION (05-44481) |
| HAMLIN SANDRA L | 9788 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/18/2006 | DELPHI CORPORATION (05-44481) |
| HAMMER EDWARD G | 4827 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 05/05/2006 | DELPHI CORPORATION (05-44481) |

\*       The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                                    Thirty-Fifth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HAMMER SUSAN L | 5987 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/16/2006 | DELPHI CORPORATION (05-44481) |
| HARE KATHALEEN A | 9017 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/05/2006 | DELPHI CORPORATION (05-44481) |
| HARMON LESLIE W | 8155 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 06/19/2006 | DELPHI CORPORATION (05-44481) |
| HARTLEY BARBARA SUE | 8611 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 06/27/2006 | DELPHI CORPORATION (05-44481) |
| HARTSHORN JEWELL A | 14931 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| HAYWARD WOODROW | 16173 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| HEALTON ROBERT L | 6104 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/17/2006 | DELPHI CORPORATION (05-44481) |
| HICKS CAROL D | 10173 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/21/2006 | DELPHI CORPORATION (05-44481) |

*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**   "UNL" denotes an unliquidated claim.

05-44481-rdd    Doc 18826-2    Filed 08/21/09    Entered 08/21/09 20:47:47    Exhibit B

In re Delphi Corporation, et al.                Pg 14 of 31          Thirty-Fifth Omnibus Claims Objection

Case No. 05-44481 (RDD)

## EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HIGGINS JOHN J | 4540 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/03/2006 | DELPHI CORPORATION (05-44481) |
| HIPKINS KATHLEEN F | 7215 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$155,230.64<br>$155,230.64 | 05/31/2006 | DELPHI CORPORATION (05-44481) |
| HITZ STEVE & VALERIE | 12137 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$450,000.00<br>$450,000.00 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| HODSON MARGARET R | 4364 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$1,538,340.00<br><br><br>$1,538,340.00 | 05/02/2006 | DELPHI CORPORATION (05-44481) |
| HOLBROOK MARTIN G | 6303 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/19/2006 | DELPHI CORPORATION (05-44481) |
| HOLBROOK VICKI SMITH | 9049 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/06/2006 | DELPHI CORPORATION (05-44481) |
| HOLZHAUSEN ALAN D | 5190 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| HOOVER CONNIE S | 6845 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/25/2006 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                                  Thirty-Fifth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HORTON ROBERT B | 4588 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 05/04/2006 | DELPHI CORPORATION (05-44481) |
| HOUSTON JOE E | 7900 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 06/13/2006 | DELPHI CORPORATION (05-44481) |
| HOWARD PAUL T | 6404 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 05/22/2006 | DELPHI CORPORATION (05-44481) |
| HOWARD PAULINE FAJARDO | 6403 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 05/22/2006 | DELPHI CORPORATION (05-44481) |
| HUBBARD EDWIN B | 9715 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,000.00<br>$1,000.00 | 07/18/2006 | DELPHI CORPORATION (05-44481) |
| HUDSON DAVID F | 4417 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 05/02/2006 | DELPHI CORPORATION (05-44481) |
| HUFFMAN DAVID L | 4419 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 05/02/2006 | DELPHI CORPORATION (05-44481) |
| HUGHES MICHAEL J | 9450 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/13/2006 | DELPHI CORPORATION (05-44481) |

*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**   "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                           Thirty-Fifth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HULLINGER KENT | 5132 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| INGAMELLS DOUGLAS R | 9999 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| INGAMELLS DOUGLAS R | 9998 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/20/2006 | DELPHI CORPORATION (05-44481) |
| INGAMELLS DOUGLAS R | 9996 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/20/2006 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |
| INGAMELLS DOUGLAS R | 10000 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/20/2006 | DELPHI CORPORATION (05-44481) |
| INGAMELLS DOUGLAS R | 9997 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| INLOW DAVID E | 7966 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 06/08/2006 | DELPHI CORPORATION (05-44481) |
| JAMES PAULA | 6229 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 05/18/2006 | DELPHI CORPORATION (05-44481) |

\*     The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                           Thirty-Fifth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JANIAK GARRETT W | 5481 | Secured: <br> Priority: <br> Administrative: <br> Unsecured: <br> Total: | UNL <br><br> UNL | 05/10/2006 | DELPHI CORPORATION (05-44481) |
| JANKOWSKI JANIS J | 15189 | Secured: <br> Priority: <br> Administrative: <br> Unsecured: <br> Total: | $10,000.00 <br><br> $1,866.00 <br> $11,866.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| JASINSKI ROBERT W | 10221 | Secured: <br> Priority: <br> Administrative: <br> Unsecured: <br> Total: | UNL <br><br> UNL | 07/21/2006 | DELPHI CORPORATION (05-44481) |
| JEWELL LORALEI | 8643 | Secured: <br> Priority: <br> Administrative: <br> Unsecured: <br> Total: | UNL <br> UNL | 06/27/2006 | DELPHI CORPORATION (05-44481) |
| KARIN DAVID C | 6425 | Secured: <br> Priority: <br> Administrative: <br> Unsecured: <br> Total: | UNL <br> UNL | 05/22/2006 | DELPHI CORPORATION (05-44481) |
| KEATING JOHN E | 14791 | Secured: <br> Priority: <br> Administrative: <br> Unsecured: <br> Total: | UNL <br> UNL | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| KEATING JOHN E | 14789 | Secured: <br> Priority: <br> Administrative: <br> Unsecured: <br> Total: | UNL <br> UNL | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |
| KEATING JOHN E | 14790 | Secured: <br> Priority: <br> Administrative: <br> Unsecured: <br> Total: | UNL <br> UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |

\*      The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**                                        Thirty-Fifth Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| KELHOFFER RAYMOND | 3081 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 04/28/2006 | DELPHI CORPORATION (05-44481) |
| KETTERER KIMBERLY A | 9720 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/18/2006 | DELPHI CORPORATION (05-44481) |
| KIIHR JANICE M | 5920 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 05/16/2006 | DELPHI CORPORATION (05-44481) |
| KILDOW PAULETTE J | 4134 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| KOENIG CAREN C | 9254 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/10/2006 | DELPHI CORPORATION (05-44481) |
| KOSTKA JOHN M | 7428 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 06/05/2006 | DELPHI CORPORATION (05-44481) |
| KRAMER FRANCIS J | 5917 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 05/16/2006 | DELPHI CORPORATION (05-44481) |
| KUSNIR JOHN R | 5695 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 05/12/2006 | DELPHI CORPORATION (05-44481) |

\*       The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*      "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                    Thirty-Fifth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LARKE GAIL | 7260 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 06/01/2006 | DELPHI CORPORATION (05-44481) |
| LAWHON ALEXANDER C | 10803 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/25/2006 | DELPHI CORPORATION (05-44481) |
| LEISURE RONALD K | 4119 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| LEISURE RONALD K & MARY L | 3254 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 04/28/2006 | DELPHI CORPORATION (05-44481) |
| LENDVOYI GAIL K | 3275 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 04/28/2006 | DELPHI CORPORATION (05-44481) |
| LEO EDWARD | 8904 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/05/2006 | DELPHI CORPORATION (05-44481) |
| LITTELL MICHAEL | 15861 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $30,000.00<br><br>$30,000.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| LOUNSBERRY JAMES C | 14786 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |

*       The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**      "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                                     Thirty-Fifth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MANIACI KATHLEEN A | 15186 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $10,000.00<br><br>UNL<br>$10,000.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| MARCONI RONALD T | 8906 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $18,000.00<br><br>UNL<br>$18,000.00 | 07/05/2006 | DELPHI CORPORATION (05-44481) |
| MC CREE ROBIN | 10061 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br>UNL | 07/20/2006 | DELPHI CORPORATION (05-44481) |
| MC DONALD DANIEL W | 8595 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br>UNL | 06/27/2006 | DELPHI CORPORATION (05-44481) |
| MC DONALD ROSS J | 5928 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br>UNL | 05/16/2006 | DELPHI CORPORATION (05-44481) |
| MCELHENEY WALLACE | 9427 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br>UNL | 07/12/2006 | DELPHI CORPORATION (05-44481) |
| MCGILL RICHARD A | 9607 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $787,152.80<br><br><br>$787,152.80 | 07/17/2006 | DELPHI CORPORATION (05-44481) |
| MEIERS ROGER A | 8625 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br>UNL | 06/27/2006 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

05-44481-rdd    Doc 18826-2    Filed 08/21/09    Entered 08/21/09 20:47:47    Exhibit B

In re Delphi Corporation, et al.                    Pg 21 of 31                Thirty-Fifth Omnibus Claims Objection

Case No. 05-44481 (RDD)

## EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MERRILL THOMAS A | 10569 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br><br>UNL | 07/24/2006 | DELPHI CORPORATION (05-44481) |
| MIESKE FREDERICK L | 6914 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br><br>UNL | 05/26/2006 | DELPHI CORPORATION (05-44481) |
| MILLER JR WILLIAM & LILLIE M | 8308 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br>UNL | 06/21/2006 | DELPHI CORPORATION (05-44481) |
| MONTOUR THOMAS R | 15877 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br>UNL | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| MORABITO DENA | 7356 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br>UNL | 06/02/2006 | DELPHI CORPORATION (05-44481) |
| MORABITO PHILIP | 7357 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br>UNL | 06/02/2006 | DELPHI CORPORATION (05-44481) |
| MORTIMORE JOHN R | 11335 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br>UNL | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| MUELLER DAVID L | 14745 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br><br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                                                          Thirty-Fifth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MURPHY GARY D | 3524 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| NASON WILLIAM E | 7853 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$18,339.60<br><br><br>$18,339.60 | 06/12/2006 | DELPHI CORPORATION (05-44481) |
| NETHING ROGER L | 6281 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/18/2006 | DELPHI CORPORATION (05-44481) |
| NEZ LUPITA | 6113 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$10,000.00<br><br><br>$10,000.00 | 05/17/2006 | DELPHI CORPORATION (05-44481) |
| NICHOLSON WARREN B | 9419 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/13/2006 | DELPHI CORPORATION (05-44481) |
| OLFANO ROSS A | 6293 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/19/2006 | DELPHI CORPORATION (05-44481) |
| OMNESS RALPH F | 13563 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| ONEIL DARREL W | 5795 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/15/2006 | DELPHI CORPORATION (05-44481) |

*       The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**     "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**            Thirty-Fifth Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PARISEAU LEONA R | 6040 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $177.85<br><br><br>$177.85 | 05/16/2006 | DELPHI CORPORATION (05-44481) |
| PARISEAU RICHARD J | 15993 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| PARROTT SCOTT J | 8820 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 06/30/2006 | DELPHI CORPORATION (05-44481) |
| PICKEL JERRY M | 10473 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/24/2006 | DELPHI CORPORATION (05-44481) |
| PISCITELLI MICHELE | 15188 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$10,000.00<br><br>UNL<br>$10,000.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| PRESSEAU CLAUDE F | 9007 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/05/2006 | DELPHI CORPORATION (05-44481) |
| RAIMAR JAMES A | 4359 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/02/2006 | DELPHI CORPORATION (05-44481) |
| RAPP MICHAEL D | 9066 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/06/2006 | DELPHI CORPORATION (05-44481) |

\*      The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*     "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**    **Thirty-Fifth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| RIEGLE WILLIAM E | 4386 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/02/2006 | DELPHI CORPORATION (05-44481) |
| ROBBINS DAVID H | 9004 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/05/2006 | DELPHI CORPORATION (05-44481) |
| ROBINETTE DENNIS B | 8484 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 06/26/2006 | DELPHI CORPORATION (05-44481) |
| ROCK EDWARD J | 6546 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/22/2006 | DELPHI CORPORATION (05-44481) |
| ROWE DONALD G | 15727 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| ROZNOWSKI JOSEPH J | 7755 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 06/09/2006 | DELPHI CORPORATION (05-44481) |
| RUPLEY I JEFFREY P | 10695 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/26/2006 | DELPHI CORPORATION (05-44481) |
| RYAN RICHARD P | 10445 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br><br>UNL<br>UNL | 07/24/2006 | DELPHI CORPORATION (05-44481) |

\*      The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*     "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**                    Thirty-Fifth Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SAGER DIANA | 10440 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/24/2006 | DELPHI CORPORATION (05-44481) |
| SCHIPPER ROGER | 13469 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| SCHLEICH GARY L | 7739 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br>UNL | 06/09/2006 | DELPHI CORPORATION (05-44481) |
| SHANNON GLENN W | 9535 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br>UNL | 07/14/2006 | DELPHI CORPORATION (05-44481) |
| SHOOPMAN DELBERT D | 9561 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/14/2006 | DELPHI CORPORATION (05-44481) |
| SHULMAN ELLIOTT S | 7159 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 05/30/2006 | DELPHI CORPORATION (05-44481) |
| SINGER DAVID G | 7642 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br>UNL | 06/08/2006 | DELPHI CORPORATION (05-44481) |
| SIT JEROLD | 3071 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 04/28/2006 | DELPHI CORPORATION (05-44481) |

\*      The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*     "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**          Thirty-Fifth Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SMILEY DORIS M | 16128 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| SMITH BETH M | 9875 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/19/2006 | DELPHI CORPORATION (05-44481) |
| SMITH DIANA B | 3246 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 04/28/2006 | DELPHI CORPORATION (05-44481) |
| SMITHSON STACE J | 8518 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 06/26/2006 | DELPHI CORPORATION (05-44481) |
| SNELL LINDA F | 4796 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/05/2006 | DELPHI CORPORATION (05-44481) |
| SNYDER III MARION H | 14223 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$100,000.00<br><br><br>$100,000.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| SOULES MERRIE | 12027 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| SPYKER EDWARD D | 9448 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/13/2006 | DELPHI CORPORATION (05-44481) |

\*      The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*     "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**          Thirty-Fifth Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| STANG ROBERT A | 7448 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br><br>UNL | 06/05/2006 | DELPHI CORPORATION (05-44481) |
| STANHOPE JOHN C | 9691 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br><br>UNL | 07/17/2006 | DELPHI CORPORATION (05-44481) |
| STEARNS PRESTON N | 7046 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br>UNL | 05/30/2006 | DELPHI CORPORATION (05-44481) |
| STEEPROCK ALYCE J | 8006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br>UNL | 06/15/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| STEINBEISER VINCENT H | 6745 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br><br>UNL | 05/24/2006 | DELPHI CORPORATION (05-44481) |
| STRANEY PATRICK J | 9980 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br>UNL | 07/20/2006 | DELPHI CORPORATION (05-44481) |
| STRIFFLER THOMAS K | 3446 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br>UNL | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| STROEH STEPHEN L | 15365 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |

\*     The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**                    **Thirty-Fifth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| STULL VIRGINIA MD | 4088 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| SUZAK LAWRENCE P | 9194 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/10/2006 | DELPHI CORPORATION (05-44481) |
| SWASTEK MICHELLE | 11821 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| TANNER RICHARD W | 14075 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| THACKER WALTER R | 7948 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 06/13/2006 | DELPHI CORPORATION (05-44481) |
| TREGO MICHAEL P | 10842 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/25/2006 | DELPHI CORPORATION (05-44481) |
| TRETER ANTHONY | 7177 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 05/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| UPSON RITA | 6220 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/17/2006 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**
**Thirty-Fifth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| VANUS GORDON R | 5552 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$22,762.20<br>$22,762.20 | 05/10/2006 | DELPHI CORPORATION (05-44481) |
| VERNILLE SUSAN | 6327 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/19/2006 | DELPHI CORPORATION (05-44481) |
| VON GRABE JOACHIM | 9503 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/14/2006 | DELPHI CORPORATION (05-44481) |
| VREELAND JR ROY C | 6676 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/23/2006 | DELPHI CORPORATION (05-44481) |
| WARREN GARY H | 4153 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| WAYMIRE PAMELA H | 4370 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/02/2006 | DELPHI CORPORATION (05-44481) |
| WEAVER JR FRED C | 6230 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/18/2006 | DELPHI CORPORATION (05-44481) |
| WELLMAN RAYMOND | 7345 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 06/02/2006 | DELPHI CORPORATION (05-44481) |

\*       The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*      "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                                    Thirty-Fifth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| WEST JAMES B | 4794 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 05/05/2006 | DELPHI CORPORATION (05-44481) |
| WILDER CATHY L | 10829 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/25/2006 | DELPHI CORPORATION (05-44481) |
| WOLCOTT NORMAN R | 3183 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 04/28/2006 | DELPHI CORPORATION (05-44481) |
| WOLCOTT NORMAN R & JUDITH L | 3182 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 04/28/2006 | DELPHI CORPORATION (05-44481) |
| WOMACK JANICE M | 7258 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 06/01/2006 | DELPHI CORPORATION (05-44481) |
| WOOD CATHERINE | 10063 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $359.63<br>$359.63 | 07/20/2006 | DELPHI CORPORATION (05-44481) |
| WOODBURY MARION L | 13477 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| WRIGHT JULIAN | 4662 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 05/04/2006 | DELPHI CORPORATION (05-44481) |

\*       The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*     "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**          **Thirty-Fifth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| WYDNER JOHN D | 3912 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| YOUNGBLOOD JONES LILLY P | 7862 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 06/13/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ZHOU PETER S | 10832 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$140,061.72<br><br><br>$140,061.72 | 07/25/2006 | DELPHI CORPORATION (05-44481) |
| ZORICH STEPHEN | 16053 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| ZWOLAK RICHARD | 10617 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$2,987.81<br><br><br>$2,987.81 | 07/25/2006 | DELPHI CORPORATION (05-44481) |
| **Total:** | **245** | **$12,175,153.62** | | | |

\*      The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.