05-44481-rdd    Doc 18826-3    Filed 08/21/09    Entered 08/21/09 20:47:47    Exhibit C

In re Delphi Corporation, et al.          Pg 1 of 3          Thirty-Fifth Omnibus Claims Objection

Case No. 05-44481 (RDD)

**EXHIBIT C - WAGE AND BENEFIT CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BALDERSTONE BOOTH L | 8734 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 06/29/2006 | DELPHI CORPORATION (05-44481) |
| BROWN LUCHEY MAXINE O | 3414 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| CARBRERA AUDREY AMORT | 16768 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$105,672.90<br><br><br>$105,672.90 | 01/07/2008 | DELPHI CORPORATION (05-44481) |
| DICKENS ROBERT | 7944 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 06/13/2006 | DELPHI CORPORATION (05-44481) |
| EBERLEIN CAROL | 11344 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| FOSTER BRENDA GAIL | 7382 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 06/02/2006 | DELPHI CORPORATION (05-44481) |
| HEUSTON KEVIN | 4728 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/04/2006 | DELPHI CORPORATION (05-44481) |
| HOLLISTER III R | 16129 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$123,657.02<br><br><br>$123,657.02 | 08/09/2006 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

**EXHIBIT C - WAGE AND BENEFIT CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| KLAPP KEVIN | 7492 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$2,100.00<br>$2,100.00 | 06/05/2006 | DELPHI CORPORATION (05-44481) |
| KNAPP JOHN | 13510 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/26/2006 | DELPHI CORPORATION (05-44481) |
| LEETCH JAMES | 15746 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| LEWIS LORI | 5202 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| PARISEAU LETITIA S | 9973 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 07/20/2006 | DELPHI CORPORATION (05-44481) |
| RAKESTRAW KRAIG | 9285 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$152,458.00<br>$152,458.00 | 07/11/2006 | DELPHI CORPORATION (05-44481) |
| ROBERTS YVONNE | 3720 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $17,887.45<br>$14,494.00<br><br>$11,062.59<br>$43,444.04 | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| ROGERS DELORIS | 16144 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$886.00<br><br><br>$886.00 | 08/08/2006 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

**EXHIBIT C - WAGE AND BENEFIT CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SCHRAMEK JAMES A | 3763 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,661.18<br>$1,661.18 | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| SCOTT SIDNEY A | 15929 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>$8,612.00<br>$8,612.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| SHOWERS TEE | 14930 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| SINNING JOHN E | 6261 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$28,284.81<br><br><br>$28,284.81 | 05/18/2006 | DELPHI CORPORATION (05-44481) |
| STRUCKMAN ROGER | 14193 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$2,340.72<br><br><br>$2,340.72 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| TUNE LARRY | 13585 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| WALDROP RICKEY L | 9222 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$4,140.00<br><br><br>$4,140.00 | 07/10/2006 | DELPHI CORPORATION (05-44481) |
| Total: | 23 | | $473,256.67 | | |

\* The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\* "UNL" denotes an unliquidated claim.