In re Delphi Corporation, et al.                                          Thirty-Fifth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS

| CREDITOR'S  NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ABNER CLAUDIA I | 7471 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 06/05/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| AGUILAR YOLANDA M | 10910 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$410,657.00<br>$410,657.00 | 07/26/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ANDERSON SCOTT D | 8796 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 06/30/2006 | DELPHI CORPORATION (05-44481) |
| ARRINGTON BERTHA | 13364 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| AUSTIN MAE F | 9499 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br><br>UNL | 07/14/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BAILEY LEO | 13362 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BENTON GISELA G | 7632 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 06/08/2006 | DELPHI CORPORATION (05-44481) |
| BIERLEIN DEAN | 7197 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 05/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

\*      The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*     "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                    Thirty-Fifth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BLADE NORMA LEE | 8786 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 06/30/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BLAKE DANA | 16107 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$500,000.00<br><br><br>$500,000.00 | 08/09/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BLEHM MARK A | 10146 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 07/21/2006 | DELPHI CORPORATION (05-44481) |
| BLOCK LARRY A | 13566 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BOLIN DEBORAH M | 8505 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 06/26/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BOND LORRAINE M | 8694 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 06/23/2006 | DELPHI CORPORATION (05-44481) |
| BOURDOW ROY | 8653 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 06/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BRADY DUANE | 13353 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

\*      The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                                    Thirty-Fifth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BRIAN TRACY | 7436 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 06/05/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BROWN CLEOPHAS A | 8419 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 06/23/2006 | DELPHI CORPORATION (05-44481) |
| BROWN ROBERT | 8423 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 06/23/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BROWN SHIRLEY D | 7216 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 05/31/2006 | DELPHI CORPORATION (05-44481) |
| BURNS BOBBIE L | 7269 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 06/01/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CAMPAU JOHN T | 8328 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 06/22/2006 | DELPHI CORPORATION (05-44481) |
| CARL JEFFREY G | 9492 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/14/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CARROLL LINDA | 13344 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

\*       The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*     "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                                    Thirty-Fifth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CARROLL TERRENCE J | 9005 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 07/05/2006 | DELPHI CORPORATION (05-44481) |
| CARTER JOE L | 8190 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 06/19/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CARTER LINDA | 9658 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 07/17/2006 | DELPHI CORPORATION (05-44481) |
| CATCHPOLE RONALD | 16124 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 08/09/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CHAMBERS EMMA J | 7926 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 06/13/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| COOK GARY L | 5408 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/09/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CRUZ ANGELINA G | 8501 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$147,567.50<br>$147,567.50 | 06/26/2006 | DELPHI CORPORATION (05-44481) |
| CZYMBOR JOHN T | 9614 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 07/17/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.
**   "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                                    Thirty-Fifth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DAMSEN FRED D | 7393 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL<br>UNL | 06/05/2006 | DELPHI CORPORATION (05-44481) |
| DASHKOVITZ DENNIS | 10836 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/25/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DASHKOVITZ DENNIS | 10835 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/25/2006 | DELPHI CORPORATION (05-44481) |
| DAVIS RUBY H | 7078 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL<br>UNL | 05/30/2006 | DELPHI CORPORATION (05-44481) |
| DELGADO JOSE N | 7921 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL<br>UNL | 06/13/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DUPUIS JEFFREY | 7509 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL<br>UNL | 06/06/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DUQUE MARIA A | 8297 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br>UNL | 06/21/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DYE CLEMENTINE | 8516 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL<br>UNL | 06/26/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

*     The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.
**    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                                      Thirty-Fifth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ELDRIDGE DONALD E | 13813 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 08/21/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ERVIN EDWARD L | 13178 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| FAGAN DALLAS J | 9031 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL<br>UNL | 07/05/2006 | DELPHI CORPORATION (05-44481) |
| FIFE CLAUDINE | 7772 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL<br>UNL | 06/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| FODO JR JULIUS A | 7930 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL<br>UNL | 06/13/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| FORREST RICK J | 10143 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL<br>UNL | 07/21/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| GALLELLI FILIPPO | 7262 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 06/01/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| GALUS CARL | 8816 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL<br>UNL | 06/30/2006 | DELPHI CORPORATION (05-44481) |

*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**   "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                                          Thirty-Fifth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| GEORGE BRUCE E | 12249 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| GIBSON WALTER | 8226 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 06/19/2006 | DELPHI CORPORATION (05-44481) |
| GIORDANO JOHN | 9545 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/17/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| GOODE CHARLENE M | 10350 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 07/24/2006 | DELPHI CORPORATION (05-44481) |
| GOODRICH DAYTON | 9532 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 07/14/2006 | DELPHI CORPORATION (05-44481) |
| GREEN TERRY | 15334 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| GRIER BRENDA | 15728 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$500,000.00<br><br><br>$500,000.00 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HALL GARLET | 13161 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.
**   "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                                    Thirty-Fifth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HAMILTON JACK | 818 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$50,000.00<br>$50,000.00 | 11/23/2005 | DELPHI CORPORATION (05-44481) |
| HARBACK JR ALMERON L | 6861 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 05/25/2006 | DELPHI CORPORATION (05-44481) |
| HEARD DENNIS | 6899 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 05/26/2006 | DELPHI CORPORATION (05-44481) |
| HERBIG EUGENE E | 7873 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 06/13/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HERLINE WRIGHT SUSAN | 8565 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 06/26/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HIGGINS SHARON | 4514 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$492.30<br><br><br>$492.30 | 05/02/2006 | DELPHI CORPORATION (05-44481) |
| HOGAN CARMEN | 9002 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 07/05/2006 | DELPHI CORPORATION (05-44481) |
| HOLLAND SCOTTIE E | 15841 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 08/09/2006 | DELPHI CORPORATION (05-44481) |

\*      The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*     "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                                        Thirty-Fifth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JACKSON BETTY G | 8280 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 06/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| JACKSON ROBERTA | 8356 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 06/22/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| JACOVITCH DONNA | 7120 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 05/30/2006 | DELPHI CORPORATION (05-44481) |
| JEWETT MICHAEL | 13144 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| JONES ANN | 11373 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| JONES ANN E | 15631 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| KISSELL LINDA | 8427 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 06/23/2006 | DELPHI CORPORATION (05-44481) |
| KNAPP JOHN | 10976 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/26/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

\*      The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.      Pg 10 of 22      Thirty-Fifth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| KNAPP JOHN | 13509 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/26/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| KNAPP JOHN | 13508 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/26/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LAFRENIER BARBARA | 7727 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br>UNL<br>UNL<br>UNL | 06/09/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LANE DOUGLAS E | 8424 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br>UNL<br>UNL<br>UNL | 06/23/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LEAYM ROBERT A | 9067 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br>UNL<br>UNL<br>UNL | 07/06/2006 | DELPHI CORPORATION (05-44481) |
| LEE JACQUELINE D | 12252 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LEECK RASOLIND J | 16111 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$500,000.00<br><br><br>$500,000.00 | 08/09/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LINCOLN KEVIN L | 6907 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 05/26/2006 | DELPHI CORPORATION (05-44481) |

\*     The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                                                    Thirty-Fifth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LIOTO VINCENT | 5380 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/09/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LIVINGSTON BETTY J | 8107 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 06/16/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LOPEZ PABLO | 7100 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 05/30/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LUCIO WILLIAM R | 7407 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 06/05/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LUKER JAMES | 15148 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LUTZ JERILYN K | 7437 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 06/05/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LYONS DAVID | 9396 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LYTLE ALAN L | 6551 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/22/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.
**   "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                                        Thirty-Fifth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MALUSI DANIEL | 7213 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL<br>UNL | 05/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MANSFIELD MARION J | 7422 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL<br>UNL | 06/05/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MARCHBANKS JANINE | 8616 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL<br>UNL | 06/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MARTIN DAN | 15209 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| MASTERS CONSTANCE | 10395 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL<br>UNL | 07/24/2006 | DELPHI CORPORATION (05-44481) |
| MC CUISTON CARLTON H | 7803 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL<br>UNL | 06/12/2006 | DELPHI CORPORATION (05-44481) |
| MCKEE DORIS A | 7186 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL<br>UNL | 05/31/2006 | DELPHI CORPORATION (05-44481) |
| MCLIN JOHNNIE | 9160 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $429,628.58<br>$429,628.58 | 07/10/2006 | DELPHI CORPORATION (05-44481) |

*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.    Thirty-Fifth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MCNEELY NANCY | 7096 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 05/30/2006 | DELPHI CORPORATION (05-44481) |
| MILLER LARRY | 9901 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 07/19/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MINK DEBRA J | 8652 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 06/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MITCHELL CHARLES A | 6478 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 05/22/2006 | DELPHI CORPORATION (05-44481) |
| MORRIS LARRY J | 4737 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$100,000.00<br><br><br>$100,000.00 | 05/04/2006 | DELPHI CORPORATION (05-44481) |
| MUNGER JACQUELINE | 6906 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 05/26/2006 | DELPHI CORPORATION (05-44481) |
| MURRY SHIRLEY J | 7927 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 06/13/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MUTTON CONNIE L | 8574 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 06/26/2006 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.
\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                                      Thirty-Fifth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| NEQUIST AXEL | 13123 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| NIEMAN JAMES L | 7520 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 06/06/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| OSTASH ROBERT S | 9897 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 07/19/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| PALUZZI RONALD J | 6902 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/26/2006 | DELPHI CORPORATION (05-44481) |
| PARM CATHERINE | 8812 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 06/30/2006 | DELPHI CORPORATION (05-44481) |
| PATRICK MARY | 13619 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| PERRY EUWILDA | 13118 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| PETTY BRIDGETT R | 10422 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 07/24/2006 | DELPHI CORPORATION (05-44481) |

\*     The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                           Thirty-Fifth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PILAND BRENDA | 9578 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$427,640.11<br>$427,640.11 | 07/10/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| PIOTROWSKI ALICIA K | 2945 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $650,000.00<br><br><br><br>$650,000.00 | 04/27/2006 | DELPHI CORPORATION (05-44481) |
| POTTS MARY C | 8932 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 07/05/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| PREVITE DEAN | 9146 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/10/2006 | DELPHI CORPORATION (05-44481) |
| QUACKENBUSH GORDON B | 7161 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 05/30/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| QUIROGA SALLY J | 6867 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 05/25/2006 | DELPHI CORPORATION (05-44481) |
| RAAB ANTON J | 7030 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 05/30/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| RAAB ROBERT A | 7071 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 05/30/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

*     The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.
**    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                                    Thirty-Fifth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| RADABAUGH THOMAS K | 8208 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 06/19/2006 | DELPHI CORPORATION (05-44481) |
| RADLICK MARY A | 13113 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| RAJEWSKI TERRANCE M | 7061 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 05/30/2006 | DELPHI CORPORATION (05-44481) |
| REID SHEILA | 13111 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| REINHARDT DONALD E | 8040 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 06/16/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| RILEY BARBARA | 6182 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/17/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ROBINSON MAUDE | 9255 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/10/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ROBINSON PAULETTE | 13110 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI CORPORATION (05-44481) |

*       The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**      "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.          Thirty-Fifth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ROCK EDWARD J | 6545 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/22/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ROLAND GLENDA | 13107 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| RUNNING JEANIE | 8435 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br>UNL<br>UNL<br>UNL | 06/23/2006 | DELPHI CORPORATION (05-44481) |
| RUSSELL CAROLYN | 16081 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br>UNL<br>UNL<br>UNL | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| SABO ROBERT B | 11219 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br>UNL<br>UNL<br>UNL | 07/26/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SALO LEILA M | 7231 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br>UNL<br>UNL<br>UNL | 05/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SCHADE RICHARD A | 9142 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br>UNL<br>UNL<br>UNL | 07/10/2006 | DELPHI CORPORATION (05-44481) |
| SHORT JOANNE | 14057 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br>UNL<br>UNL<br>UNL | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

*       The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.
**      "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                              Thirty-Fifth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SIMMONS DORIS R | 8917 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 07/05/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SIMS MENORT | 8335 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 06/22/2006 | DELPHI CORPORATION (05-44481) |
| SMITH MICHAEL | 4960 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/05/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SNOOK TERRENCE L | 7173 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 05/31/2006 | DELPHI CORPORATION (05-44481) |
| SPEAR MICHAEL K | 6874 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 05/25/2006 | DELPHI CORPORATION (05-44481) |
| STAVRAKIS JEFFREY | 7413 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 06/05/2006 | DELPHI CORPORATION (05-44481) |
| STEEPROCK ALYCE | 8068 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 06/16/2006 | DELPHI CORPORATION (05-44481) |
| STRAHM JR CHARLES F | 9618 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 07/17/2006 | DELPHI CORPORATION (05-44481) |

*     The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                                    Thirty-Fifth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| STREETER STEVEN D | 12251 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| STUDIVENT LUTHA M | 8337 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 06/22/2006 | DELPHI CORPORATION (05-44481) |
| STUPAK SUSAN E | 9293 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 07/11/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| TACEY II KENNETH J | 9518 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 07/14/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| TAYLOR CHARLES | 13505 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br><br>UNL | 07/25/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| TAYLOR ELOWESE | 8651 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 06/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| THOMAS NORMA | 8460 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 06/26/2006 | DELPHI CORPORATION (05-44481) |
| THOMPSON CHARLES | 6387 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/19/2006 | DELPHI CORPORATION (05-44481) |

*       The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.
**      "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                                    Thirty-Fifth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TILDEN FLOYD D | 8924 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/05/2006 | DELPHI CORPORATION (05-44481) |
| TORREY JANICE | 8882 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL<br>UNL | 07/05/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| TRETER ANTHONY | 7176 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL<br>UNL | 05/31/2006 | DELPHI CORPORATION (05-44481) |
| TRICE JR MANUEL | 8670 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL<br>UNL | 06/27/2006 | DELPHI CORPORATION (05-44481) |
| TROUBLEFIELD THOMASCINE | 7125 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL<br>UNL | 05/30/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| TROUP PAUL | 7028 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL<br>UNL | 05/30/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| WALKER BENJAMIN N | 9132 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL<br>UNL | 07/10/2006 | DELPHI CORPORATION (05-44481) |
| WANDZEL JAMES S | 7752 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL<br>UNL | 06/09/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

\*     The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                                    Thirty-Fifth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| WEIDNER GLENDALE P | 8224 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL<br>UNL | 06/19/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| WELCH ELAINE | 8253 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL<br>UNL | 06/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| WESTENBURG SR RICHARD E | 9596 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL<br>UNL | 07/17/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| WESTON JAMES | 6807 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL<br>UNL | 05/25/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| WHITE CYNTHIA S | 9044 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL<br>UNL | 07/06/2006 | DELPHI CORPORATION (05-44481) |
| WILCOX FRANK R | 7575 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL<br>UNL | 06/06/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| WILLIAMS DOROTHY J | 14198 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br><br>UNL | 07/21/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| WILLIAMSON SHAWN | 6870 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL<br>UNL | 05/25/2006 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**          Thirty-Fifth Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| WILLIAMSON TERRY D | 8387 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL<br>UNL | 06/22/2006 | DELPHI CORPORATION (05-44481) |
| WINCHELL BARBARA J | 8567 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL<br>UNL | 06/26/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| WINELAND LARRY J | 15263 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,269,658.00<br>$1,269,658.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| ZINZ MARY | 7614 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL<br>UNL | 06/08/2006 | DELPHI CORPORATION (05-44481) |

Total:   172          $4,985,643.49

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.
\*\*   "UNL" denotes an unliquidated claim.