**EXHIBIT E - MODIFIED AND ALLOWED CLAIMS**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 1772<br>Date Filed: 02/03/2006<br>Docketed Total: $610,197.60<br>Filing Creditor Name:<br>  CITATION FOUNDRY CORP<br>  JPMORGAN CHASE BANK NA AS ASSIGNEE OF CITATION FOUNDRY CORP<br>  270 PARK AVE 17TH FL<br>  NEW YORK, NY 10017 | Claim Holder Name<br>JPMORGAN CHASE BANK NA<br>270 PARK AVE 17TH FL<br>NEW YORK, NY 10017<br><br>Docketed Total: $610,197.60<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                          $341,532.88  $268,664.72<br>                                       $341,532.88  $268,664.72 | Modified Total: $610,197.60<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $610,197.60<br>                                                  $610,197.60 |
| Claim: 416<br>Date Filed: 11/07/2005<br>Docketed Total: $5,415,329.84<br>Filing Creditor Name:<br>  HITACHI CHEMICAL SINGAPORE PTE LTD FKA HITACHI CHEMICAL ASIA PACIFIC PTE LTD<br>  ATTN MENACHEM O ZELMANOVITZ ESQ<br>  101 PARK AVE<br>  NEW YORK, NY 10178 | Claim Holder Name<br>HITACHI CHEMICAL SINGAPORE PTE LTD FKA HITACHI CHEMICAL ASIA PACIFIC PTE LTD<br>MORGAN LEWIS & BOCKIUS LLP<br>101 PARK AVE<br>NEW YORK, NY 10178<br><br>Docketed Total: $5,415,329.84<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                          $2,110,565.18  $3,304,764.66<br>                                      $2,110,565.18  $3,304,764.66 | Modified Total: $5,415,329.84<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                                    $5,415,329.84<br>                                                  $5,415,329.84 |

**Total Claims To Be Modified: 2**

**Total Amount As Docketed:**     $6,025,527.44

**Total Amount As Modified:**     $6,025,527.44

\*    See Exhibit G for a listing of debtor entities by case number.