**EXHIBIT F - CLAIMS ALLOWED PURSUANT TO SETTLEMENT**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED* | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 12007<br>Date Filed: 07/28/2006<br>Docketed Total: $752,684.74<br>Filing Creditor Name:<br>ALCOA AUTOMOTIVE CASTINGS A MICHIGAN PARTNERSHIP ALCOA<br>8550 W BRYN MAWR AVE 10TH FL<br>CHICAGO, IL 60631 | Claim Holder Name<br>ALCOA AUTOMOTIVE CASTINGS A MICHIGAN PARTNERSHIP ALCOA<br>8550 W BRYN MAWR AVE 10TH FL<br>CHICAGO, IL 60631<br><br>Docketed Total: $484,338.38<br><br>Case Number** 05-44640   Secured   Priority   Unsecured $484,338.38<br>Total: $484,338.38 | Modified Total: $8,967.88<br><br>Case Number** 05-44640   Secured   Priority   Unsecured $8,967.88<br>Total: $8,967.88 |
|  | Claim Holder Name<br>SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD<br>2 GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830<br><br>Docketed Total: $268,346.36<br><br>Case Number** 05-44640   Secured   Priority   Unsecured $268,346.36<br>Total: $268,346.36 | Modified Total: $268,346.36<br><br>Case Number** 05-44640   Secured   Priority   Unsecured $268,346.36<br>Total: $268,346.36 |
| Claim: 1741<br>Date Filed: 02/01/2006<br>Docketed Total: $1,669,714.54<br>Filing Creditor Name:<br>ALLEGRO MICRO SYSTEMS INC<br>115 NORTHEAST CUTOFF<br>WORCESTER, MA 01615 | Claim Holder Name<br>ALLEGRO MICRO SYSTEMS INC<br>115 NORTHEAST CUTOFF<br>WORCESTER, MA 01615<br><br>Docketed Total: $1,669,714.54<br><br>Case Number** 05-44481   Secured   Priority   Unsecured $1,669,714.54<br>Total: $1,669,714.54 | Modified Total: $1,540,000.00<br><br>Case Number** 05-44481   Secured   Priority   Unsecured $1,540,000.00<br>Total: $1,540,000.00 |

\*   "UNL" denotes an unliquidated claim.

\*\*   See Exhibit G for a listing of debtor entities by case number.

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 18826-6    Filed 08/21/09    Entered 08/21/09 20:47:47    Exhibit F
Pg 2 of 10

Thirty-Fifth Omnibus Claims Objection

**EXHIBIT F - CLAIMS ALLOWED PURSUANT TO SETTLEMENT**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED* | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 12006<br>Date Filed: 07/28/2006<br>Docketed Total: $713,498.23<br>Filing Creditor Name:<br>ALUMAX MILL PRODUCTS INC<br>ALCOA<br>8550 W BRYN MAWR AVE 10TH FL<br>CHICAGO, IL 60631 | Claim Holder Name<br>ALUMAX MILL PRODUCTS INC<br>ALCOA<br>8550 W BRYN MAWR AVE 10TH FL<br>CHICAGO, IL 60631 | Docketed Total: | | $384,260.21 | | Modified Total: | | $207,734.49 |
| | Case Number**<br>05-44640 | Secured | Priority | Unsecured<br>$384,260.21<br>$384,260.21 | Case Number**<br>05-44640 | Secured | Priority | Unsecured<br>$207,734.49<br>$207,734.49 |
| | Claim Holder Name<br>SPCP GROUP LLC AS AGENT FOR<br>SILVER POINT CAPITAL FUND LP<br>AND SILVER POINT CAPITAL<br>OFFSHORE FUND LTD<br>2 GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | Docketed Total: | | $329,238.02 | | Modified Total: | | $177,672.73 |
| | Case Number**<br>05-44640 | Secured | Priority | Unsecured<br>$329,238.02<br>$329,238.02 | Case Number**<br>05-44640 | Secured | Priority | Unsecured<br>$177,672.73<br>$177,672.73 |
| Claim: 15201<br>Date Filed: 07/31/2006<br>Docketed Total: $123,166.50<br>Filing Creditor Name:<br>ASI<br>6285 GARFIELD AVE<br>CASS CITY, MI 48726 | Claim Holder Name<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Docketed Total: | | $123,166.50 | | Modified Total: | | $88,332.88 |
| | Case Number**<br>05-44481 | Secured | Priority | Unsecured<br>$123,166.50<br>$123,166.50 | Case Number**<br>05-44481 | Secured | Priority | Unsecured<br>$88,332.88<br>$88,332.88 |

\*    "UNL" denotes an unliquidated claim.

\*\*   See Exhibit G for a listing of debtor entities by case number.

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 18826-6    Filed 08/21/09    Entered 08/21/09 20:47:47    Exhibit F  
Pg 3 of 10

Thirty-Fifth Omnibus Claims Objection

**EXHIBIT F - CLAIMS ALLOWED PURSUANT TO SETTLEMENT**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED* | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 4576<br>Date Filed: 05/03/2006<br>Docketed Total: $149,937.86<br>Filing Creditor Name:<br>AUTOMOTIVE ELECTRONIC CONTROLS DIVISION A DIVISION OF METHODE ELECTRONICS INC<br>C O TIMITHY S MCFADDEN ESQ<br>LORD BISSELL & BROOK LLP<br>111 S WACKER DR<br>CHICAGO, IL 60606 | Claim Holder Name<br>BLUE ANGEL CLAIMS LLC<br>C/O DAVIDSON KEMPER CAPITAL MANAGEMENT LLC<br>65 E 55TH ST 19TH FL<br>NEW YORK, NY 10022<br><br>Docketed Total: $149,937.86<br><br>Case Number** 05-44640<br>Secured:<br>Priority:<br>Unsecured: $149,937.86<br>Total: $149,937.86 | Modified Total: $143,391.45<br><br>Case Number** 05-44640<br>Secured:<br>Priority:<br>Unsecured: $143,391.45<br>Total: $143,391.45 |
| Claim: 1771<br>Date Filed: 02/03/2006<br>Docketed Total: $200,547.61<br>Filing Creditor Name:<br>CASTWELL PRODUCTS INC<br>JPMORGAN CHASE BANK NA AS ASSIGNEE OF CASTWELL PRODUCTS INC<br>270 PARK AVE 17TH FL<br>NEW YORK, NY 10017 | Claim Holder Name<br>JPMORGAN CHASE BANK NA<br>270 PARK AVE 17TH FL<br>NEW YORK, NY 10017<br><br>Docketed Total: $200,547.61<br><br>Case Number** 05-44640<br>Secured:<br>Priority: $47,499.91<br>Unsecured: $153,047.70<br>Totals: $47,499.91  $153,047.70 | Modified Total: $188,429.84<br><br>Case Number** 05-44640<br>Secured:<br>Priority:<br>Unsecured: $188,429.84<br>Total: $188,429.84 |
| Claim: 15379<br>Date Filed: 07/31/2006<br>Docketed Total: $617,204.24<br>Filing Creditor Name:<br>COMPUTER PATENT ANNUITIES LP<br>CPA HOUSE<br>11 15 SEATON PLACE<br>ST HELIER JERSEY, JE1 1BL<br>CHANNEL ISLANDS | Claim Holder Name<br>COMPUTER PATENT ANNUITIES LP<br>CPA HOUSE<br>11 15 SEATON PLACE<br>ST HELIER JERSEY, JE1 1BL<br>CHANNEL ISLANDS<br><br>Docketed Total: $617,204.24<br><br>Case Number** 05-44554<br>Secured:<br>Priority:<br>Unsecured: $617,204.24<br>Total: $617,204.24 | Modified Total: $602,481.60<br><br>Case Number** 05-44554<br>Secured:<br>Priority:<br>Unsecured: $602,481.60<br>Total: $602,481.60 |

\*   "UNL" denotes an unliquidated claim.

\*\*   See Exhibit G for a listing of debtor entities by case number.

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 18826-6    Filed 08/21/09    Entered 08/21/09 20:47:47    Exhibit F  
Pg 4 of 10

Thirty-Fifth Omnibus Claims Objection

**EXHIBIT F - CLAIMS ALLOWED PURSUANT TO SETTLEMENT**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED* | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 4577<br>Date Filed: 05/03/2006<br>Docketed Total: $58,674.29<br>Filing Creditor Name:<br>CONNECTOR PRODUCTS DIVISION A DIVISION OF METHODE ELECTRONICS INC<br>C O TIMOTHY S MCFADDEN ESQ<br>LORD BISSELL & BROOK LLP<br>111 S WACKER DR<br>CHICAGO, IL 60606 | Claim Holder Name<br>BLUE ANGEL CLAIMS LLC<br>C/O DAVIDSON KEMPER CAPITAL MANAGEMENT LLC<br>65 E 55TH ST 19TH FL<br>NEW YORK, NY 10022<br><br>Docketed Total: $58,674.29<br><br>Case Number**: 05-44640<br>Secured: —<br>Priority: —<br>Unsecured: $58,674.29<br>Total: $58,674.29 | Modified Total: $55,427.49<br><br>Case Number**: 05-44640<br>Secured: —<br>Priority: —<br>Unsecured: $55,427.49<br>Total: $55,427.49 |
| Claim: 9111<br>Date Filed: 07/07/2006<br>Docketed Total: $603,421.56<br>Filing Creditor Name:<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF HYDRO ALUMINUM NORTH AMERICA INC<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF HYDRO ALUMINUM NORTH AMERICA INC<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br><br>Docketed Total: $603,421.56<br><br>Case Number**: 05-44640<br>Secured: —<br>Priority: —<br>Unsecured: $603,421.56<br>Total: $603,421.56 | Modified Total: $540,524.05<br><br>Case Number**: 05-44640<br>Secured: —<br>Priority: —<br>Unsecured: $540,524.05<br>Total: $540,524.05 |
| Claim: 12669<br>Date Filed: 07/28/2006<br>Docketed Total: $1,087,184.23<br>Filing Creditor Name:<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF OMRON DUALTEC AUTOMOTIVE ELECTRONICS INC<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF OMRON DUALTEC AUTOMOTIVE ELECTRONICS INC<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br><br>Docketed Total: $1,087,184.23<br><br>Case Number**: 05-44640<br>Secured: —<br>Priority: $85,411.74<br>Unsecured: $1,001,772.49<br>Totals: $85,411.74 / $1,001,772.49 | Modified Total: $894,226.90<br><br>Case Number**: 05-44640<br>Secured: —<br>Priority: —<br>Unsecured: $894,226.90<br>Total: $894,226.90 |

\*    "UNL" denotes an unliquidated claim.

\*\*   See Exhibit G for a listing of debtor entities by case number.

**EXHIBIT F - CLAIMS ALLOWED PURSUANT TO SETTLEMENT**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED* | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 7247<br>Date Filed: 06/01/2006<br>Docketed Total: $192,937.77<br>Filing Creditor Name:<br>  EXXONMOBIL OIL CORPORATION<br>  EXXONMOBIL BUSINESS SUPPORT CENTER<br>  120 MCDONALD ST<br>  ST JOHN, NB E2J 1M5<br>  CANADA | Claim Holder Name<br>  EXXONMOBIL OIL CORPORATION        Docketed Total:    $192,937.77<br>  EXXONMOBIL BUSINESS SUPPORT<br>  CENTER<br>  120 MCDONALD ST<br>  ST JOHN, NB E2J 1M5<br>  CANADA<br><br>Case Number**   Secured    Priority    Unsecured<br>05-44481                                 $192,937.77<br>                                          $192,937.77 | Modified Total:    $7,352.96<br><br><br><br><br><br>Case Number**   Secured    Priority    Unsecured<br>05-44481                                 $7,352.96<br>                                          $7,352.96 |
| Claim: 11659<br>Date Filed: 07/27/2006<br>Docketed Total: $242,455.24<br>Filing Creditor Name:<br>  FUJIKURA AMERICA INC<br>  3001 OAKMEAD VILLAGE DR<br>  SANTA CLARA, CA 95051 | Claim Holder Name<br>  FUJIKURA AMERICA INC            Docketed Total:    $242,455.24<br>  3001 OAKMEAD VILLAGE DR<br>  SANTA CLARA, CA 95051<br><br>Case Number**   Secured        Priority        Unsecured<br>05-44640         $21,813.20    $15,482.29     $205,159.75<br>                 $21,813.20    $15,482.29     $205,159.75 | Modified Total:    $216,269.82<br><br><br><br>Case Number**   Secured    Priority    Unsecured<br>05-44640                                 $216,269.82<br>                                          $216,269.82 |
| Claim: 10681<br>Date Filed: 07/25/2006<br>Docketed Total: $781,205.06<br>Filing Creditor Name:<br>  HENKEL CORPORATION<br>  HENKEL ELECTRONICS<br>  15051 E DON JULIAN RD<br>  INDUSTRY, CA 91746 | Claim Holder Name<br>  HENKEL CORPORATION HENKEL       Docketed Total:    $781,205.06<br>  ELECTRONICS<br>  15051 E DON JULIAN RD<br>  INDUSTRY, CA 91746<br><br>Case Number**   Secured    Priority    Unsecured<br>05-44567                                 $781,205.06<br>                                          $781,205.06 | Modified Total:    $3,460.15<br><br><br><br><br>Case Number**   Secured    Priority    Unsecured<br>05-44567                                 $3,460.15<br>                                          $3,460.15 |

\*    "UNL" denotes an unliquidated claim.

\*\*   See Exhibit G for a listing of debtor entities by case number.

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 18826-6    Filed 08/21/09    Entered 08/21/09 20:47:47    Exhibit F  
Pg 6 of 10

Thirty-Fifth Omnibus Claims Objection

**EXHIBIT F - CLAIMS ALLOWED PURSUANT TO SETTLEMENT**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED* | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 13441<br>Date Filed: 07/31/2006<br>Docketed Total: $115,694.05<br>Filing Creditor Name:<br>HENKEL CORPORATION<br>HENKEL LOCTITE<br>PO BOX 485<br>AVON, OH 44011 | Claim Holder Name<br>HENKEL CORPORATION HENKEL LOCTITE<br>PO BOX 485<br>AVON, OH 44011<br><br>Docketed Total: $115,694.05<br><br>Case Number** / Secured / Priority / Unsecured<br>05-44640 / / / $115,694.05<br><br>$115,694.05 | Modified Total: $31,280.54<br><br>Case Number** / Secured / Priority / Unsecured<br>05-44640 / / / $31,280.54<br><br>$31,280.54 |
| Claim: 13249<br>Date Filed: 07/31/2006<br>Docketed Total: $14,112.30<br>Filing Creditor Name:<br>HENKEL CORPORATION<br>SOVEREIGN COMMERCIAL GROUP<br>PO BOX 485<br>AVON, OH 44011 | Claim Holder Name<br>HENKEL CORPORATION<br>SOVEREIGN COMMERCIAL GROUP<br>PO BOX 485<br>AVON, OH 44011<br><br>Docketed Total: $14,112.30<br><br>Case Number** / Secured / Priority / Unsecured<br>05-44481 / / / $14,112.30<br><br>$14,112.30 | Modified Total: $10,358.10<br><br>Case Number** / Secured / Priority / Unsecured<br>05-44481 / / / $10,358.10<br><br>$10,358.10 |
| Claim: 10394<br>Date Filed: 07/24/2006<br>Docketed Total: $594,923.93<br>Filing Creditor Name:<br>HERAEUS INC CIRCUIT MATERIALS DIVISION AKA HERAEUS CERMALLOY INC AND HERAEUS INC CERMALLOY DIVISION<br>MCDERMOTT WILL & EMERY LLP<br>227 W MONROE ST<br>CHICAGO, IL 60606-5096 | Claim Holder Name<br>LIQUIDITY SOLUTIONS INC<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK, NJ 07601<br><br>Docketed Total: $594,923.93<br><br>Case Number** / Secured / Priority / Unsecured<br>05-44640 / $594,923.93 / /<br><br>$594,923.93 | Modified Total: $503,252.02<br><br>Case Number** / Secured / Priority / Unsecured<br>05-44640 / / / $503,252.02<br><br>$503,252.02 |

\*    "UNL" denotes an unliquidated claim.

\*\*   See Exhibit G for a listing of debtor entities by case number.

**EXHIBIT F - CLAIMS ALLOWED PURSUANT TO SETTLEMENT**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED* | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 10683<br>Date Filed: 07/26/2006<br>Docketed Total: $953,280.40<br>Filing Creditor Name:<br>HEWLETT PACKARD FINANCIAL SERVICES COMPANY FKA COMPAQ FINANCIAL SERVICES CORPORATION<br>420 MOUNTAIN AVE<br>MURRAY HILL, NJ 07974-0006 | Claim Holder Name<br>HEWLETT PACKARD FINANCIAL SERVICES COMPANY FKA COMPAQ FINANCIAL SERVICES CORPORATION<br>420 MOUNTAIN AVE<br>MURRAY HILL, NJ 07974-0006<br><br>Docketed Total: $953,280.40<br><br>Case Number**: 05-44640<br>Secured: —  Priority: —  Unsecured: $953,280.40<br>Total: $953,280.40 | Modified Total: $166,642.02<br><br>Case Number**: 05-44640<br>Secured: —  Priority: —  Unsecured: $166,642.02<br>Total: $166,642.02 |
| Claim: 9995<br>Date Filed: 07/20/2006<br>Docketed Total: $57,149.69<br>Filing Creditor Name:<br>IBJTC BUSINESS CREDIT CORPORATION AS SUCCESSOR IN INTEREST TO IBJ WHITEHALL BUSINESS CREDIT CORPORATION<br>DAY PITNEY LLP<br>7 TIMES SQUARE<br>NEW YORK, NY 10036 | Claim Holder Name<br>IBJTC BUSINESS CREDIT CORPORATION AS SUCCESSOR IN INTEREST TO IBJ WHITEHALL BUSINESS CREDIT CORPORATION<br>DAY PITNEY LLP<br>7 TIMES SQUARE<br>NEW YORK, NY 10036<br><br>Docketed Total: $57,149.69<br><br>Case Number**: 05-44481<br>Secured: —  Priority: —  Unsecured: $57,149.69<br>Total: $57,149.69 | Modified Total: $44,643.53<br><br>Case Number**: 05-44481<br>Secured: —  Priority: —  Unsecured: $44,643.53<br>Total: $44,643.53 |
| Claim: 12375<br>Date Filed: 07/28/2006<br>Docketed Total: $449,485.89<br>Filing Creditor Name:<br>LORENTSON MFG CO SW INC<br>PO BOX 932<br>KOKOMO, IN 46903-0932 | Claim Holder Name<br>LORENTSON MFG CO SW INC<br>PO BOX 932<br>KOKOMO, IN 46903-0932<br><br>Docketed Total: $449,485.89<br><br>Case Number**: 05-44640<br>Secured: $190,379.68  Priority: —  Unsecured: $259,106.21<br>Total Secured: $190,379.68  Total Unsecured: $259,106.21 | Modified Total: $127,660.32<br><br>Case Number**: 05-44640<br>Secured: —  Priority: —  Unsecured: $127,660.32<br>Total: $127,660.32 |

\*    "UNL" denotes an unliquidated claim.

\*\*   See Exhibit G for a listing of debtor entities by case number.

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 18826-6    Filed 08/21/09    Entered 08/21/09 20:47:47    Exhibit F  
Pg 8 of 10

Thirty-Fifth Omnibus Claims Objection

**EXHIBIT F - CLAIMS ALLOWED PURSUANT TO SETTLEMENT**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED* | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 4575<br>Date Filed: 05/03/2006<br>Docketed Total: $406,570.92<br>Filing Creditor Name:<br>METHODE ELECTRONICS MALTA LTD A WHOLLY OWNED SUBSIDIARY OF METHODE ELECTRONICS INC FKA MERIT MALTA METHODE LTD<br>C O TIMOTHY S MCFADDEN ESQ<br>LORD BISSELL & BROOK LLP<br>111 S WACKER DR<br>CHICAGO, IL 60606 | Claim Holder Name<br>BLUE ANGEL CLAIMS LLC<br>C/O DAVIDSON KEMPER CAPITAL MANAGEMENT LLC<br>65 E 55TH ST 19TH FL<br>NEW YORK, NY 10022<br><br>Docketed Total: $406,570.92<br><br>Case Number** / Secured / Priority / Unsecured<br>05-44640 — — — $406,570.92<br>Total: $406,570.92 | Modified Total: $397,816.85<br><br>Case Number** / Secured / Priority / Unsecured<br>05-44640 — — — $397,816.85<br>Total: $397,816.85 |
| Claim: 16441<br>Date Filed: 12/01/2006<br>Docketed Total: $188,413.44<br>Filing Creditor Name:<br>MIDWEST TOOL & DIE CORP<br>ROTHBERG LOGAN & WARSCO LLP<br>327 LEY RD<br>FORT WAYNE, IN 46825 | Claim Holder Name<br>MIDWEST TOOL & DIE CORP<br>ROTHBERG LOGAN & WARSCO LLP<br>327 LEY RD<br>FORT WAYNE, IN 46825<br><br>Docketed Total: $188,413.44<br><br>Case Number** / Secured / Priority / Unsecured<br>05-44481 — — — $188,413.44<br>Total: $188,413.44 | Modified Total: $41,282.67<br><br>Case Number** / Secured / Priority / Unsecured<br>05-44481 — — — $41,282.67<br>Total: $41,282.67 |
| Claim: 1157<br>Date Filed: 12/09/2005<br>Docketed Total: $18,679.06<br>Filing Creditor Name:<br>MOTOROLA INC<br>1307 E ALGONQUIN RD SWA2<br>SCHAUMBURG, IL 60196-1078 | Claim Holder Name<br>MOTOROLA INC<br>1307 E ALGONQUIN RD SWA2<br>SCHAUMBURG, IL 60196-1078<br><br>Docketed Total: $18,679.06<br><br>Case Number** / Secured / Priority / Unsecured<br>05-44481 — — — $18,679.06<br>Total: $18,679.06 | Modified Total: $763.98<br><br>Case Number** / Secured / Priority / Unsecured<br>05-44481 — — — $763.98<br>Total: $763.98 |

\*    "UNL" denotes an unliquidated claim.

\*\*   See Exhibit G for a listing of debtor entities by case number.

**EXHIBIT F - CLAIMS ALLOWED PURSUANT TO SETTLEMENT**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED* | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 14270<br>Date Filed: 07/31/2006<br>Docketed Total: $844,833.40<br>Filing Creditor Name:<br>ROBIN MEXICANA S DE RL DE CV<br>C/O ROBIN INDUSTRIES INC<br>1265 W 65 ST<br>CLEVELAND, OH 44102 | Claim Holder Name<br>SPCP GROUP LLC<br>TWO GREENWICH PLAZA 1ST FL<br>GREENWICH, CT 06830 | | Docketed Total: | $844,833.40 | | | Modified Total: | $225,729.18 |
| | Case Number**<br>05-44640 | Secured<br>$47,982.69 | Priority | Unsecured<br>$796,850.71 | Case Number**<br>05-44640 | Secured | Priority | Unsecured<br>$225,729.18 |
| | | $47,982.69 | | $796,850.71 | | | | $225,729.18 |
| Claim: 2274<br>Date Filed: 03/13/2006<br>Docketed Total: $222,238.45<br>Filing Creditor Name:<br>SHERWIN WILLIAMS AUTOMOTIVE FINISHES CORP<br>4440 WARRENSVILLE CENTER RD<br>WARRENSVILLE HEIGHTS, OH 44128 | Claim Holder Name<br>SHERWIN WILLIAMS AUTOMOTIVE FINISHES CORP<br>4440 WARRENSVILLE CENTER RD<br>WARRENSVILLE HEIGHTS, OH 44128 | | Docketed Total: | $222,238.45 | | | Modified Total: | $165,019.84 |
| | Case Number**<br>05-44481 | Secured | Priority | Unsecured<br>$222,238.45 | Case Number**<br>05-44481 | Secured | Priority | Unsecured<br>$165,019.84 |
| | | | | $222,238.45 | | | | $165,019.84 |
| Claim: 3657<br>Date Filed: 05/01/2006<br>Docketed Total: $17,579.52<br>Filing Creditor Name:<br>SIEMENS AKTIENGESELLCHAFT<br>10 SOUTH WACKER DRIVE 40TH FL<br>CHICAGO, IL 60606 | Claim Holder Name<br>SIEMENS AKTIENGESELLCHAFT<br>10 SOUTH WACKER DRIVE 40TH FL<br>CHICAGO, IL 60606 | | Docketed Total: | $17,579.52 | | | Modified Total: | $4,753.03 |
| | Case Number**<br>05-44481 | Secured | Priority | Unsecured<br>$17,579.52 | Case Number**<br>05-44481 | Secured | Priority | Unsecured<br>$4,753.03 |
| | | | | $17,579.52 | | | | $4,753.03 |

\*     "UNL" denotes an unliquidated claim.

\*\*    See Exhibit G for a listing of debtor entities by case number.

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 18826-6    Filed 08/21/09    Entered 08/21/09 20:47:47    Exhibit F  
Pg 10 of 10

Thirty-Fifth Omnibus Claims Objection

**EXHIBIT F - CLAIMS ALLOWED PURSUANT TO SETTLEMENT**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED* | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 9263<br>Date Filed: 07/11/2006<br>Docketed Total: $2,901,601.14<br>Filing Creditor Name:<br>  TRANS TRON LTD INC<br>  101 ELECTRONICS BLVD SW<br>  HUNTSVILLE, AL 35826 | Claim Holder Name<br>BEAR STEARNS INVESTMENT<br>PRODUCTS INC<br>CO JPMORGAN CHASE BANK NA<br>LEGAL DEPT<br>1 CHASE MANHATTAN PLAZA 26TH<br>FL<br>NEW YORK, NY 10081 | Docketed Total: | | $2,240,718.54 | | Modified Total: | | $1,898,687.94 |
| | Case Number**<br>05-44481 | Secured | Priority<br>$188,409.89 | Unsecured<br>$2,052,308.65 | Case Number**<br>05-44481 | Secured | Priority | Unsecured<br>$1,898,687.94 |
| | | | $188,409.89 | $2,052,308.65 | | | | $1,898,687.94 |
| | Claim Holder Name<br>TRANS TRON LTD INC<br>101 ELECTRONICS BLVD SW<br>HUNTSVILLE, AL 35826 | Docketed Total: | | $660,882.60 | | Modified Total: | | $560,115.40 |
| | Case Number**<br>05-44481 | Secured | Priority<br>UNL | Unsecured<br>$660,882.60 | Case Number**<br>05-44481 | Secured | Priority | Unsecured<br>$560,115.40 |
| | | | UNL | $660,882.60 | | | | $560,115.40 |
| Claim: 13572<br>Date Filed: 07/25/2006<br>Docketed Total: $46,538.80<br>Filing Creditor Name:<br>  UNITED PLASTICS GROUP INC<br>  UNITED PLASTICS GROUP INC<br>  1420 KENSINGTON RD STE 209<br>  OAK BROOK, IL 60523 | Claim Holder Name<br>UNITED PLASTICS GROUP INC<br>UNITED PLASTICS GROUP INC<br>1420 KENSINGTON RD STE 209<br>OAK BROOK, IL 60523 | Docketed Total: | | $46,538.80 | | Modified Total: | | $45,026.05 |
| | Case Number**<br>05-44640 | Secured<br>$46,538.80 | Priority | Unsecured | Case Number**<br>05-44640 | Secured | Priority | Unsecured<br>$45,026.05 |
| | | $46,538.80 | | | | | | $45,026.05 |

**Total Claims To Be Modified: 27**

**Total Amount As Docketed:**     $14,023,732.86

**Total Amount As Modified:**     $9,165,650.07

\*   "UNL" denotes an unliquidated claim.

\*\*  See Exhibit G for a listing of debtor entities by case number.