Pg 1 of 1

**In re Delphi Corporation, et al.**  **Thirty-Fifth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

### Exhibit G - Debtor Entity Reference

| CASE NUMBER | DEBTOR ENTITY |
|---|---|
| 05-44481 | DELPHI CORPORATION |
| 05-44554 | DELPHI TECHNOLOGIES, INC. |
| 05-44567 | DELPHI MECHATRONIC SYSTEMS, INC. |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |