In re: Delphi Corporation, et al.  
Case No. 05-44481 (RDD)  
05-44481-rdd    Doc 18826-8    Filed 08/21/09    Entered 08/21/09 20:47:47    Exhibit H  
Pg 1 of 10  
Thirty-Fifth Omnibus Claims Objection  
Exhibit H - Claimants And Related Claims Subject To Thirty-Fifth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| ABBAS MOHAMED A | 4935 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| ABNER CLAUDIA I | 7471 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| AGUILAR YOLANDA M | 10910 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| AKERS JAMES L | 3190 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| ALCOA AUTOMOTIVE CASTINGS A MICHIGAN PARTNERSHIP | 12007 | EXHIBIT F - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL | 12007 | EXHIBIT F - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| ALLEGRO MICRO SYSTEMS INC | 1741 | EXHIBIT F - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| ALUMAX MILL PRODUCTS INC | 12006 | EXHIBIT F - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 12006 | EXHIBIT F - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| ANAND RAJ K | 6176 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| ANDERSON FREDERICK G | 8173 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| ANDERSON SCOTT D | 8796 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| ANDREW J HARRIS | 8360 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| ANDREWS PATRICK J | 5162 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| ARNOLD THOMAS L | 14074 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| ARRINGTON BERTHA | 13364 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| ASI | 15201 | EXHIBIT F - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| ASSAAD SALWA H | 7045 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| AUSTIN MAE F | 9499 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| AUTEN JOHN G | 348 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| ELECTRONICS INC | 4576 | EXHIBIT F - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| BAILEY LEO | 13362 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| BAKER RONALD E | 8428 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| BALDERSTONE BOOTH L | 8734 | EXHIBIT C - WAGE AND BENEFIT CLAIMS |
| BAMBACH KATHLEEN | 15185 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| BARRERA RICARDO B | 12086 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| BARRON GARY T | 13571 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| BEAR STEARNS INVESTMENT PRODUCTS INC/TRANS TRON LTD INC | 9263 | EXHIBIT F - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| BECK DENNIS E | 11081 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| BELLAVIA ROSS | 8604 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| BENEFIELD JR SAM | 8837 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| BENTON GISELA G | 7632 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| BIERLEIN DEAN | 7197 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| BILLIG WILLIAM G | 3493 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| BILLIG WILLIAM G TR | 3492 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| BISSELL DONALD R | 6554 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| BLADE NORMA LEE | 8786 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| BLAKE DANA | 16107 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| BLEHM MARK A | 10146 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| BLENK CLARENCE J | 8214 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| BLOCK LARRY A | 13566 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| BLUE ANGEL CLAIMS LLC | 4575 | EXHIBIT F - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| BLUE ANGEL CLAIMS LLC | 4576 | EXHIBIT F - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| BLUE ANGEL CLAIMS LLC | 4577 | EXHIBIT F - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| BOLIN DEBORAH M | 8505 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| BOND LORRAINE M | 8694 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| BOSTICK BARBARA A | 12425 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| BOURDOW ROY | 8653 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| BRADY DUANE | 13353 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| BREWER ROSEMARY | 12432 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |

In re: Delphi Corporation, et al.  
Case No. 05-44481 (RDD)  
Thirty-Fifth Omnibus Claims Objection  
05-44481-rdd    Doc 18826-8    Filed 08/21/09    Entered 08/21/09 20:47:47    Exhibit H  
Pg 2 of 10  
Exhibit H - Claimants And Related Claims Subject To Thirty-Fifth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| BRIAN TRACY | 7436 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| BRINK ROY D | 4725 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| BROCK JAMES C | 2716 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| BROEKHUIZEN BRADLEY A | 5867 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| BROWN CLEOPHAS A | 8419 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| BROWN EON J | 5812 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| BROWN GARY J | 15718 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| BROWN LUCHEY MAXINE O | 3414 | EXHIBIT C - WAGE AND BENEFIT CLAIMS |
| BROWN ROBERT | 8423 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| BROWN SHIRLEY D | 7216 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| BRUCKEN WILLIAM L | 5203 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| BRYANT NED C | 5275 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| BUCHANAN JR HARRY C | 9298 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| BUEHLER JERALD L | 15723 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| BUIS JOHN R | 10049 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| BURGER BARBARA P | 6468 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| BURNETT DALE E | 15651 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| BURNS BOBBIE L | 7269 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| BUTERA CHARLES A | 4972 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| CAMPAU JOHN T | 8328 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| CARBRERA AUDREY AMORT | 16768 | EXHIBIT C - WAGE AND BENEFIT CLAIMS |
| CARL JEFFREY G | 9492 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| CARROLL LINDA | 13344 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| CARROLL TERRENCE J | 9005 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| CARTER JOE L | 8190 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| CARTER LINDA | 9658 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| CASTILLO ALFRED | 12410 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| CASTWELL PRODUCTS INC | 1771 | EXHIBIT F - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| CATCHPOLE RONALD | 16124 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| CAVANAUGH JR DENNIS A | 5923 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| CHAMBERS EMMA J | 7926 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| CHANDLER CHRISTOPHER C | 3281 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| CHANEY PEGGY R | 4822 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| CHAPMAN ELANA | 9526 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| CHEN YANSHU | 8350 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| CHERWINSKI JR SAMUEL | 337 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| CIESLAK MICHAEL F | 14927 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| CITATION FOUNDRY CORP | 1772 | EXHIBIT E - MODIFIED AND ALLOWED CLAIMS |
| CLOSSER JOYCE M | 10899 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| COMBES JOHN H | 6128 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| COMPUTER PATENT ANNUITIES LP | 15379 | EXHIBIT F - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| CONNECTOR PRODUCTS DIVISION A DIVISION OF METHODE ELECTRONICS INC | 4577 | EXHIBIT F - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| CONSOLIDATED ELECTRICAL DISTRIBUTORS INC | 16801 | EXHIBIT A - BOOKS AND RECORDS CLAIM |
| CONTRARIAN FUNDS LLC | 15201 | EXHIBIT F - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| INC | 9111 | EXHIBIT F - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| ELECTRONICS INC | 12669 | EXHIBIT F - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| COOK GARY L | 5408 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| COUGHLAN NELSON L | 6106 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| CRAWFORD JON P | 4798 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| CRUZ ANGELINA G | 8501 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |

In re: Delphi Corporation, et al.  
Case No. 05-44481 (RDD)  
05-44481-rdd    Doc 18826-8    Filed 08/21/09    Entered 08/21/09 20:47:47    Exhibit H  
Pg 3 of 10  
Thirty-Fifth Omnibus Claims Objection  
Exhibit H - Claimants And Related Claims Subject To Thirty-Fifth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| CURTIS JAMES H | 3125 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| CURTIS RICHARD J | 9240 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| CZELUSTA JOSEPH C | 3300 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| CZYMBOR JOHN T | 9614 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| DAMSEN FRED D | 7393 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| DART TIMOTHY L | 13588 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| DASHKOVITZ DENNIS | 10835 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| DASHKOVITZ DENNIS | 10836 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| DAVIES JAMES E | 6458 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| DAVIS RUBY H | 7078 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| DE FALCO OSVALDO | 13455 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| DEHORITY JUDITH W | 10416 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| DELAVERGNE GERALD A | 12114 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| DELGADO JOSE N | 7921 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| DEVOLE ROGER L | 5916 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| DICKENS ROBERT | 7944 | EXHIBIT C - WAGE AND BENEFIT CLAIMS |
| DOREY DENNIS R | 4361 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| DOWEN JAMES A | 401 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| DOYLE RICHARD | 6503 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| DUPUIS JEFFREY | 7509 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| DUQUE MARIA A | 8297 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| DURHAM LARRY M | 6236 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| DYE CLEMENTINE | 8516 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| EBERLEIN CAROL | 11344 | EXHIBIT C - WAGE AND BENEFIT CLAIMS |
| ELDRIDGE DONALD E | 13813 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| ELLINGTON HENRY | 13413 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| ENLOW JACK A & LINDA S | 3323 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| ENSELEIT LUDWIG | 9876 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| ERVIN EDWARD L | 13178 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| ESCOBEDO ANGELITA | 13604 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| EXXONMOBIL OIL CORPORATION | 7247 | EXHIBIT F - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| FAGAN DALLAS J | 9031 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| FALINSKI MICHAEL J | 8436 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| FELL LYLE E | 7660 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| FERRIS GLENN E | 4682 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| FIFE CLAUDINE | 7772 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| FINLEY WILLIAM D | 5231 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| FIRETTO JOHN P | 6356 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| FISCHER JOSEPH J | 8806 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| FLUELLYN HERMAN D | 2874 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| FODO JR JULIUS A | 7930 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| FORD REBECCA | 7012 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| FORD STEVAN T | 6830 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| FORREST RICK J | 10143 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| FOSTER BRENDA GAIL | 7382 | EXHIBIT C - WAGE AND BENEFIT CLAIMS |
| FOSTER PAUL D | 4144 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| FRIEND GARY D | 6308 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| FUJIKURA AMERICA INC | 11659 | EXHIBIT F - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| FULCOMER LISA M | 13524 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| FULLARD III JAKE | 13532 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| GALLELLI FILIPPO | 7262 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| GALUS CARL | 8816 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| GAY DAVID | 3505 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| GAY DAVID E | 5287 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| GEORGE BRUCE E | 12249 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| GIBSON WALTER | 8226 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| GIDDENS DENNIS L | 4586 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| GILLESPIE HAROLD M | 11155 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| GIORDANO JOHN | 9545 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| GLENNON TIMOTHY P | 6857 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| GODI PAUL E | 6900 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| GOODE CHARLENE M | 10350 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| GOODRICH DAYTON | 9532 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| GORDON PATRICIA A | 9475 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| GOSE BARRY L | 9296 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| GOUKER JR ROBERT H | 11586 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| GRABER DAVID W | 5724 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| GRADY DENNIS F | 10463 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| GRADY DENNIS F | 10465 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| GREEN BILLY G | 4801 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| GREEN TERRY | 15334 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| GREGORY ROY | 8495 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| GRIER BRENDA | 15728 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| HAAS DAVID R | 6299 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| HAEUFLE RICHARD | 5198 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| HAGBERG JANE | 8470 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| HALL GARLET | 13161 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| HAMILTON JACK | 818 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| HAMLIN SANDRA L | 9788 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| HAMMER EDWARD G | 4827 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| HAMMER SUSAN L | 5987 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| HARBACK JR ALMERON L | 6861 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| HARE KATHALEEN A | 9017 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| HARMON LESLIE W | 8155 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| HARTLEY BARBARA SUE | 8611 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| HARTSHORN JEWELL A | 14931 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| HAYWARD WOODROW | 16173 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| HEALTON ROBERT L | 6104 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| HEARD DENNIS | 6899 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| HENKEL CORPORATION HENKEL ELECTRONICS | 10681 | EXHIBIT F - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| HENKEL CORPORATION HENKEL LOCTITE | 13441 | EXHIBIT F - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| HENKEL CORPORATION SOVEREIGN COMMERCIAL GROUP | 13249 | EXHIBIT F - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| HERAEUS INC CERMALLOY DIVISION | 10394 | EXHIBIT F - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| HERAEUS INC CERMALLOY DIVISION/LIQUIDITY SOLUTIONS INC | 10394 | EXHIBIT F - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| HERBIG EUGENE E | 7873 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| HERLINE WRIGHT SUSAN | 8565 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| HEUSTON KEVIN | 4728 | EXHIBIT C - WAGE AND BENEFIT CLAIMS |
| SERVICES CORPORATION | 10683 | EXHIBIT F - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| HICKS CAROL D | 10173 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| HIGGINS JOHN J | 4540 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |

In re: Delphi Corporation, et al.  
Case No. 05-44481 (RDD)  
05-44481-rdd    Doc 18826-8    Filed 08/21/09    Entered 08/21/09 20:47:47    Exhibit H  
Pg 5 of 10  
Thirty-Fifth Omnibus Claims Objection  
Exhibit H - Claimants And Related Claims Subject To Thirty-Fifth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| HIGGINS SHARON | 4514 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| HIPKINS KATHLEEN F | 7215 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| PTE LTD | 416 | EXHIBIT E - MODIFIED AND ALLOWED CLAIMS |
| HITZ STEVE & VALERIE | 12137 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| HODSON MARGARET R | 4364 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| HOGAN CARMEN | 9002 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| HOLBROOK MARTIN G | 6303 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| HOLBROOK VICKI SMITH | 9049 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| HOLLAND SCOTTIE E | 15841 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| HOLLISTER III R | 16129 | EXHIBIT C - WAGE AND BENEFIT CLAIMS |
| HOLZHAUSEN ALAN D | 5190 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| HOOVER CONNIE S | 6845 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| HORTON ROBERT B | 4588 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| HOUSTON JOE E | 7900 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| HOWARD PAUL T | 6404 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| HOWARD PAULINE FAJARDO | 6403 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| HUBBARD EDWIN B | 9715 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| HUDSON DAVID F | 4417 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| HUFFMAN DAVID L | 4419 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| HUGHES MICHAEL J | 9450 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| HULLINGER KENT | 5132 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| WHITEHALL BUSINESS CREDIT CORPORATION | 9995 | EXHIBIT F - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| INGAMELLS DOUGLAS R | 10000 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| INGAMELLS DOUGLAS R | 9996 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| INGAMELLS DOUGLAS R | 9997 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| INGAMELLS DOUGLAS R | 9998 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| INGAMELLS DOUGLAS R | 9999 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| INLOW DAVID E | 7966 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| JACKSON BETTY G | 8280 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| JACKSON ROBERTA | 8356 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| JACOVITCH DONNA | 7120 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| JAMES PAULA | 6229 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| JANIAK GARRETT W | 5481 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| JANKOWSKI JANIS J | 15189 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| JASINSKI ROBERT W | 10221 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| JEWELL LORALEI | 8643 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| JEWETT MICHAEL | 13144 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| JONES ANN | 11373 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| JONES ANN E | 15631 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| JPMORGAN CHASE BANK NA | 1771 | EXHIBIT F - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| JPMORGAN CHASE BANK NA | 1772 | EXHIBIT E - MODIFIED AND ALLOWED CLAIMS |
| KARIN DAVID C | 6425 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| KEATING JOHN E | 14789 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| KEATING JOHN E | 14790 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| KEATING JOHN E | 14791 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| KELHOFFER RAYMOND | 3081 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| KETTERER KIMBERLY A | 9720 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| KIIHR JANICE M | 5920 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| KILDOW PAULETTE J | 4134 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| KISSELL LINDA | 8427 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |

In re: Delphi Corporation, et al.  Thirty-Fifth Omnibus Claims Objection
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 18826-8    Filed 08/21/09    Entered 08/21/09 20:47:47    Exhibit H
Pg 6 of 10

Exhibit H - Claimants And Related Claims Subject To Thirty-Fifth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| KLAPP KEVIN | 7492 | EXHIBIT C - WAGE AND BENEFIT CLAIMS |
| KNAPP JOHN | 10976 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| KNAPP JOHN | 13508 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| KNAPP JOHN | 13509 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| KNAPP JOHN | 13510 | EXHIBIT C - WAGE AND BENEFIT CLAIMS |
| KOENIG CAREN C | 9254 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| KOSTKA JOHN M | 7428 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| KRAMER FRANCIS J | 5917 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| KUSNIR JOHN R | 5695 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| LAFRENIER BARBARA | 7727 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| LANE DOUGLAS E | 8424 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| LARKE GAIL | 7260 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| LAWHON ALEXANDER C | 10803 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| LEAYM ROBERT A | 9067 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| LEE JACQUELINE D | 12252 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| LEECK RASOLIND J | 16111 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| LEETCH JAMES | 15746 | EXHIBIT C - WAGE AND BENEFIT CLAIMS |
| LEISURE RONALD K | 4119 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| LEISURE RONALD K & MARY L | 3254 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| LENDVOYI GAIL K | 3275 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| LEO EDWARD | 8904 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| LEWIS LORI | 5202 | EXHIBIT C - WAGE AND BENEFIT CLAIMS |
| LINCOLN KEVIN L | 6907 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| LIOTO VINCENT | 5380 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| LITTELL MICHAEL | 15861 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| LIVINGSTON BETTY J | 8107 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| LOPEZ PABLO | 7100 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| LORENTSON MFG CO SW INC | 12375 | EXHIBIT F - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| LOUNSBERRY JAMES C | 14786 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| LUCIO WILLIAM R | 7407 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| LUKER JAMES | 15148 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| LUTZ JERILYN K | 7437 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| LYONS DAVID | 9396 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| LYTLE ALAN L | 6551 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| MALUSI DANIEL | 7213 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| MANIACI KATHLEEN A | 15186 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| MANSFIELD MARION J | 7422 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| MARCHBANKS JANINE | 8616 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| MARCONI RONALD T | 8906 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| MARTIN DAN | 15209 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| MASTERS CONSTANCE | 10395 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| MC CREE ROBIN | 10061 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| MC CUISTON CARLTON H | 7803 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| MC DONALD DANIEL W | 8595 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| MC DONALD ROSS J | 5928 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| MCELHENEY WALLACE | 9427 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| MCGILL RICHARD A | 9607 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| MCKEE DORIS A | 7186 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| MCLIN JOHNNIE | 9160 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| MCNEELY NANCY | 7096 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |

In re: Delphi Corporation, et al.  
Case No. 05-44481 (RDD)  
05-44481-rdd    Doc 18826-8    Filed 08/21/09    Entered 08/21/09 20:47:47    Exhibit H  
Pg 7 of 10  
Thirty-Fifth Omnibus Claims Objection  
Exhibit H - Claimants And Related Claims Subject To Thirty-Fifth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| MEIERS ROGER A | 8625 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| MERRILL THOMAS A | 10569 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| METHODE ELECTRONICS INC FKA MERIT MALTA METHODE LTD | 4575 | EXHIBIT F - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| MIDWEST TOOL & DIE CORP | 16441 | EXHIBIT F - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| MIESKE FREDERICK L | 6914 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| MILLER JR WILLIAM & LILLIE M | 8308 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| MILLER LARRY | 9901 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| MINK DEBRA J | 8652 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| MITCHELL CHARLES A | 6478 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| MONTOUR THOMAS R | 15877 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| MORABITO DENA | 7356 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| MORABITO PHILIP | 7357 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| MORRIS LARRY J | 4737 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| MORTIMORE JOHN R | 11335 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| MOTOROLA INC | 1157 | EXHIBIT F - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| MUELLER DAVID L | 14745 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| MUNGER JACQUELINE | 6906 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| MURPHY GARY D | 3524 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| MURRY SHIRLEY J | 7927 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| MUTTON CONNIE L | 8574 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| NASON WILLIAM E | 7853 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| NEQUIST AXEL | 13123 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| NETHING ROGER L | 6281 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| NEZ LUPITA | 6113 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| NICHOLSON WARREN B | 9419 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| NIEMAN JAMES L | 7520 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| OLFANO ROSS A | 6293 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| OMNESS RALPH F | 13563 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| ONEIL DARREL W | 5795 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| OSTASH ROBERT S | 9897 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| PALUZZI RONALD J | 6902 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| PARISEAU LEONA R | 6040 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| PARISEAU LETITIA S | 9973 | EXHIBIT C - WAGE AND BENEFIT CLAIMS |
| PARISEAU RICHARD J | 15993 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| PARM CATHERINE | 8812 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| PARROTT SCOTT J | 8820 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| PATRICK MARY | 13619 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| PERRY EUWILDA | 13118 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| PETTY BRIDGETT R | 10422 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| PICKEL JERRY M | 10473 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| PILAND BRENDA | 9578 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| PIOTROWSKI ALICIA K | 2945 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| PISCITELLI MICHELE | 15188 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| POTTS MARY C | 8932 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| PRESSEAU CLAUDE F | 9007 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| PREVITE DEAN | 9146 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| QUACKENBUSH GORDON B | 7161 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| QUIROGA SALLY J | 6867 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| RAAB ANTON J | 7030 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| RAAB ROBERT A | 7071 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |

In re: Delphi Corporation, et al.  
Case No. 05-44481 (RDD)  
05-44481-rdd    Doc 18826-8    Filed 08/21/09    Entered 08/21/09 20:47:47    Exhibit H  
Pg 8 of 10  
Thirty-Fifth Omnibus Claims Objection  
Exhibit H - Claimants And Related Claims Subject To Thirty-Fifth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| RADABAUGH THOMAS K | 8208 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| RADLICK MARY A | 13113 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| RAIMAR JAMES A | 4359 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| RAJEWSKI TERRANCE M | 7061 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| RAKESTRAW KRAIG | 9285 | EXHIBIT C - WAGE AND BENEFIT CLAIMS |
| RAPP MICHAEL D | 9066 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| REID SHEILA | 13111 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| REINHARDT DONALD E | 8040 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| RIEGLE WILLIAM E | 4386 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| RILEY BARBARA | 6182 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| ROBBINS DAVID H | 9004 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| ROBERTS YVONNE | 3720 | EXHIBIT C - WAGE AND BENEFIT CLAIMS |
| ROBIN MEXICANA S DE RL DE CV | 14270 | EXHIBIT F - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| ROBINETTE DENNIS B | 8484 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| ROBINSON MAUDE | 9255 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| ROBINSON PAULETTE | 13110 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| ROCK EDWARD J | 6545 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| ROCK EDWARD J | 6546 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| ROGERS DELORIS | 16144 | EXHIBIT C - WAGE AND BENEFIT CLAIMS |
| ROLAND GLENDA | 13107 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| ROWE DONALD G | 15727 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| ROZNOWSKI JOSEPH J | 7755 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| RUNNING JEANIE | 8435 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| RUPLEY I JEFFREY P | 10695 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| RUSSELL CAROLYN | 16081 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| RYAN RICHARD P | 10445 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| SABO ROBERT B | 11219 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| SAGER DIANA | 10440 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| SALO LEILA M | 7231 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| SCHADE RICHARD A | 9142 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| SCHIPPER ROGER | 13469 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| SCHLEICH GARY L | 7739 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| SCHRAMEK JAMES A | 3763 | EXHIBIT C - WAGE AND BENEFIT CLAIMS |
| SCOTT SIDNEY A | 15929 | EXHIBIT C - WAGE AND BENEFIT CLAIMS |
| SHANNON GLENN W | 9535 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| SHERWIN WILLIAMS AUTOMOTIVE FINISHES CORP | 2274 | EXHIBIT F - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| SHOOPMAN DELBERT D | 9561 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| SHORT JOANNE | 14057 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| SHOWERS TEE | 14930 | EXHIBIT C - WAGE AND BENEFIT CLAIMS |
| SHULMAN ELLIOTT S | 7159 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| SIEMENS AKTIENGESELLCHAFT | 3657 | EXHIBIT F - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| SIMMONS DORIS R | 8917 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| SIMS MENORT | 8335 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| SINGER DAVID G | 7642 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| SINNING JOHN E | 6261 | EXHIBIT C - WAGE AND BENEFIT CLAIMS |
| SIT JEROLD | 3071 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| SMILEY DORIS M | 16128 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| SMITH BETH M | 9875 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| SMITH DIANA B | 3246 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| SMITH MICHAEL | 4960 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |

In re: Delphi Corporation, et al.  
Case No. 05-44481 (RDD)  
05-44481-rdd    Doc 18826-8    Filed 08/21/09    Entered 08/21/09 20:47:47    Exhibit H  
Pg 9 of 10  
Thirty-Fifth Omnibus Claims Objection  
Exhibit H - Claimants And Related Claims Subject To Thirty-Fifth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| SMITHSON STACE J | 8518 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| SNELL LINDA F | 4796 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| SNOOK TERRENCE L | 7173 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| SNYDER III MARION H | 14223 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| SOULES MERRIE | 12027 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| SPCP GROUP LLC | 14270 | EXHIBIT F - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| SPEAR MICHAEL K | 6874 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| SPYKER EDWARD D | 9448 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| STANG ROBERT A | 7448 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| STANHOPE JOHN C | 9691 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| STAVRAKIS JEFFREY | 7413 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| STEARNS PRESTON N | 7046 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| STEEPROCK ALYCE | 8068 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| STEEPROCK ALYCE J | 8006 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| STEINBEISER VINCENT H | 6745 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| STRAHM JR CHARLES F | 9618 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| STRANEY PATRICK J | 9980 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| STREETER STEVEN D | 12251 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| STRIFFLER THOMAS K | 3446 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| STROEH STEPHEN L | 15365 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| STRUCKMAN ROGER | 14193 | EXHIBIT C - WAGE AND BENEFIT CLAIMS |
| STUDIVENT LUTHA M | 8337 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| STULL VIRGINIA MD | 4088 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| STUPAK SUSAN E | 9293 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| SUZAK LAWRENCE P | 9194 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| SWASTEK MICHELLE | 11821 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| TACEY II KENNETH J | 9518 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| TANNER RICHARD W | 14075 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| TAYLOR CHARLES | 13505 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| TAYLOR ELOWESE | 8651 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| THACKER WALTER R | 7948 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| THOMAS NORMA | 8460 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| THOMPSON CHARLES | 6387 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| TILDEN FLOYD D | 8924 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| TORREY JANICE | 8882 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| TRANS TRON LTD INC | 9263 | EXHIBIT F - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| TREGO MICHAEL P | 10842 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| TRETER ANTHONY | 7176 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| TRETER ANTHONY | 7177 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| TRICE JR MANUEL | 8670 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| TROUBLEFIELD THOMASCINE | 7125 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| TROUP PAUL | 7028 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| TUNE LARRY | 13585 | EXHIBIT C - WAGE AND BENEFIT CLAIMS |
| UNITED PLASTICS GROUP INC | 13572 | EXHIBIT F - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| UPSON RITA | 6220 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| VANUS GORDON R | 5552 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| VERNILLE SUSAN | 6327 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| VON GRABE JOACHIM | 9503 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| VREELAND JR ROY C | 6676 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| WALDROP RICKEY L | 9222 | EXHIBIT C - WAGE AND BENEFIT CLAIMS |

In re: Delphi Corporation, et al.  
Case No. 05-44481 (RDD)  
05-44481-rdd    Doc 18826-8    Filed 08/21/09    Entered 08/21/09 20:47:47    Exhibit H  
Pg 10 of 10  
Thirty-Fifth Omnibus Claims Objection  
Exhibit H - Claimants And Related Claims Subject To Thirty-Fifth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| WALKER BENJAMIN N | 9132 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| WANDZEL JAMES S | 7752 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| WARREN GARY H | 4153 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| WAYMIRE PAMELA H | 4370 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| WEAVER JR FRED C | 6230 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| WEIDNER GLENDALE P | 8224 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| WELCH ELAINE | 8253 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| WELLMAN RAYMOND | 7345 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| WEST JAMES B | 4794 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| WESTENBURG SR RICHARD E | 9596 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| WESTON JAMES | 6807 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| WHITE CYNTHIA S | 9044 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| WILCOX FRANK R | 7575 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| WILDER CATHY L | 10829 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| WILLIAMS DOROTHY J | 14198 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| WILLIAMSON SHAWN | 6870 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| WILLIAMSON TERRY D | 8387 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| WINCHELL BARBARA J | 8567 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| WINELAND LARRY J | 15263 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| WOLCOTT NORMAN R | 3183 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| WOLCOTT NORMAN R & JUDITH L | 3182 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| WOMACK JANICE M | 7258 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| WOOD CATHERINE | 10063 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| WOODBURY MARION L | 13477 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| WRIGHT JULIAN | 4662 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| WYDNER JOHN D | 3912 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| YOUNGBLOOD JONES LILLY P | 7862 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| ZHOU PETER S | 10832 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| ZINZ MARY | 7614 | EXHIBIT D - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| ZORICH STEPHEN | 16053 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |
| ZWOLAK RICHARD | 10617 | EXHIBIT B - SALARIED PENSION AND OPEB CLAIMS |