BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433
Michael K. McCrory, Esq.
Mark R. Owens, Esq.

*Attorneys for Gibbs Die Casting Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————— x
                                        :
In re:                                  :    Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :    Case No. 05-44481(RDD)
                                        :
                    Debtors.            :    (Jointly Administered)
——————————————————————— x

### WITHDRAWAL OF LIMITED OBJECTION OF GIBBS DIE CASTING CORPORATION TO NOTICES RELATING TO EXECUTORY CONTRACTS

Gibbs Die Casting Corporation ("Gibbs"), by and through its undersigned counsel, hereby withdraws the "Limited Objection of Gibbs Die Casting Corporation Related to Non-Assumption and Termination and/or Assumption and Assignment of Executory Contracts Pursuant to Master Disposition Agreement and/or Modified First Amended Joint Plan of Reorganization of Debtors" (the "Limited Objection") filed by Gibbs on July 17, 2009 [Docket No. 18397] and in connection with the withdrawal states:

1.   At the time of the filing of its Limited Objection, Gibbs was not certain what notices (if any) had been directed to it in connection with the assumption and assignment process, nor of the particular agreements or relationships to which those notices might pertain.

2. Gibbs has subsequently communicated with counsel for Debtors and has concluded that it is appropriate to withdraw the Limited Objection as it relates to cure amounts due with respect to agreements to be assigned as a part of the Delphi sale process.

3. Notwithstanding the withdrawal of its Limited Objection, Gibbs reserves all rights under and with respect to the administrative claim referenced in the Limited Objection, a proof of claim with respect to which has been filed pursuant to the procedures for such claims established in the cases.

WHEREFORE, Gibbs Die Casting Corporation hereby submits this Withdrawal with respect to the Limited Objection filed by Gibbs as and on the terms set forth above.

Dated: Indianapolis, Indiana
August 24, 2009

Respectfully submitted,

/s/ Mark R. Owens
Michael K. McCrory, Esq.
Mark R. Owens, Esq.
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Phone: (317) 236-1313
Facsimile: (317) 231-7433
E-Mail: mmccrory@btlaw.com
E-Mail: mowens@btlaw.com

*Attorneys for Gibbs Die Casting Corporation*

INDS01 MKM 1145565v1