IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:                                  )
                                        )
DELPHI CORPORATION, ET AL,              )
                                        )    Case No. 05-44481
                                        )
        Debtor.                         )

**NOTICE TO WITHDRAW MOTION TO LIFT AUTOMATIC STAY**

Petitioner, Sandra Williams, respectfully withdraws her motion to lift the automatic stay, without prejudice, which was previously filed on or about August 3, 2009.

RICHARD A. RHEA
GINA D. COGGIN
Attorneys for Petitioner

**OF COUNSEL**:

RHEA, BOYD, RHEA & COGGIN
930 Forrest Avenue
Gadsden, Alabama 35901
Telephone:    (256) 547-6801
Facsimile:    (256) 549-0271

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2009, the foregoing was served upon the following by U.S. Mail postage prepaid:

U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

Brian S. Masumoto, Esquire
United States Trustee
U.S. Department of Justice
33 Whitehall Street
21st Floor
New York, New York 10004-2111

John W. Butler, Jr., Esquire
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606

James J. Matz, Esquire
Four Times Square
New York, New York 10036

J. Glynn Tubb, Esquire
PO Box 1607
Decatur, Alabama 35602

_____
RICHARD A. RHEA
GINA D. COGGIN
Attorneys for Petitioner

**OF COUNSEL**:

RHEA, BOYD, RHEA & COGGIN
930 Forrest Avenue
Gadsden, Alabama 35901
Telephone:   (256) 547-6801
Facsimile:   (256) 549-0271