SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                               :
    In re                                            :        Chapter 11
                                                :
DELPHI CORPORATION, et al.,        :        Case No. 05-44481 (RDD)
                                                :
                                 Debtors.    :        (Jointly Administered)
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF ADJOURNMENT OF CERTAIN OBJECTIONS TO NONASSUMPTION OF
CERTAIN CONTRACTS AND LEASES, ASSUMPTION AND ASSIGNMENT OF
EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND CURE AMOUNTS

PLEASE TAKE NOTICE that on July 24, 2009, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above captioned cases (collectively, the "Debtors"), filed a Notice Of Adjournment Of Hearing On Objections To Notices Of Nonassumption, Cure Amounts, And Assumption And Assignment Of Executory Contracts And Unexpired Leases To August 17, 2009 (Docket No. 18649) pursuant to which the Debtors adjourned any objection relating to (i) nonassumption of certain contracts and leases, (ii) adequate assurance of future performance, (iii) assumption and/or assignment, with respect to executory contracts or unexpired leases to be assumed and/or assigned under the First Amended Joint Plan Of Reorganization of Delphi Corporation And Certain Affiliates, Debtors and Debtors In Possession, As Modified, and/or (iv) cure of defaults (together, the "Section 365 Objections") to August 17, 2009 at 10:00 a.m. (prevailing Eastern time), subject to (i) further adjournment by the Debtors by notifying the counterparty in writing at least three days before the August 17, 2009 hearing and (ii) the Debtors' right to re-notice the hearing with respect to such objection upon 20 days' notice to such counterparty.

PLEASE TAKE FURTHER NOTICE that pursuant to the Order Approving Modifications Under 11 U.S.C. § 1127(b) To (I) First Amended Joint Plan Of Reorganization of Delphi Corporation And Certain Affiliates, Debtors and Debtors In Possession, As Modified And (II) Confirmation Order (Docket No. 12359) (Docket No. 18707) (the "Plan Modification Order") the Section 365 Objections were adjourned to the hearing scheduled for August 17, 2009 at 10:00 a.m. (prevailing Eastern time), subject to further adjournment by the Debtors at least three days prior to such hearing upon notice to the Court and the applicable counterparty. Pursuant to decretal paragraph 40 of the Plan Modification Order, once adjourned, such objections are to be scheduled for an available hearing date following 20 days' notice provided

2

by the Debtors or the Reorganized Debtors, as applicable, to the applicable counterparty, or such other date as may be agreed upon, subject to further adjournment by the Debtors at least three days prior to such hearing upon notice to the Court and the applicable counterparty.

PLEASE TAKE FURTHER NOTICE that pursuant to the Plan Modification Order, the Section 365 Objections listed on <u>Exhibit A</u> attached hereto are hereby adjourned to the hearing scheduled for September 24, 2009 at 10:00 a.m. (prevailing Eastern time), or as otherwise noted below, subject to further adjournment by the Debtors at least three days prior to such hearing upon notice to the Court and the applicable counterparty.

Dated:  New York, New York
        August 25, 2009

    SKADDEN, ARPS, SLATE, MEAGHER
      & FLOM LLP

By:  /s/ John Wm. Butler, Jr
    John Wm. Butler, Jr.
    John K. Lyons
    Ron E. Meisler
155 North Wacker Drive
Chicago, Illinois 60606

- and -

By:  /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti
Four Times Square
New York, New York 10036

Attorneys for Delphi Corporation, <u>et</u> <u>al.</u>,
    Debtors and Debtors-in-Possession

# Exhibit A

The objections filed by the parties listed below, including but not limited to the docket numbers listed below, are adjourned to the hearing scheduled for September 24, 2009 at 10:00 a.m. (prevailing Eastern time), or as otherwise noted below, subject to further adjournment by the Debtors in accordance with the Plan Modification Order.[1]

| DOCKET NO. | OBJECTOR | HEARING DATE |
| --- | --- | --- |
| 18216 | ACE American Insurance Company, Pacific Employers Insurance Company, and Illinois Union Insurance Company | September 24, 2009 |
| 18402 | ATEL Leasing Corporation | September 24, 2009 |
| 18221 | Audio MPEG, Inc and Societa' Italiana per lo Sviluppo dell'Elettronica | September 24, 2009 |
| 18254, 18368, 18711 | Autocam Corporation | September 24, 2009 |
| 18468 | Behr America, Inc. | September 24, 2009 |
| 18382, 18394 | Bing Metals Group, LLC | September 24, 2009 |
| 18565 | Carrier Corporation | September 24, 2009 |
| 18404 | Cisco Systems, Inc. | September 24, 2009 |
| 18219, 18392 | Clarion Corporation of America | September 24, 2009 |
| 18234, 18652, 18705, 18720 | Connecticut General Life Insurance Company | September 24, 2009 |
| 18481 | E.I. du Pont de Nemours and Company | September 24, 2009 |
| 18389 | Federal Screw Works | September 24, 2009 |
| 18405, 18545 | Flextronics International Ltd. | September 24, 2009 |
| 18473 | General Electric Capital Corporation | September 24, 2009 |
| 18782 | Judd Wire, Inc. | September 24, 2009 |
| 18385, 18386, 18387, 18388 | Linamar Corporation and Linamar Holdings, Inc.; Linamar Corporation, Inavar Division; Linamar Corporation, Roctel Division; Linamar Corporation, Vehcom Division | September 24, 2009 |
| 18489, 18740 | Littelfuse, Inc. | September 24, 2009 |
| 18374 | Navistar, Inc. | September 24, 2009 |
| 18494 | Nidec Motors & Actuators (USA), Inc. | September 24, 2009 |

---

[1] Pursuant to the Notice Of Adjournment Of Certain Objections To Nonassumption Of Certain Contracts And Leases, Assumption And Assignment Of Executory Contracts And Unexpired Leases, And Cure Amounts, dated August 14, 2009 (Docket No. 18801) and the Omnibus Order Resolving Certain Objections To Nonassumption Of Certain Contracts And Leases, Assumption And Assignment Of Executory Contracts And Unexpired Leases, And Cure Amounts dated, August 18, 2009 (Docket No. 18805), the objections filed by parties that have already been adjourned to the hearing scheduled for September 24, 2009 continue to be scheduled for the hearing on September 24, 2009 at 10:00 a.m. (prevailing Eastern time), subject to further adjournment by the Debtors in accordance with the Plan Modification Order.

| DOCKET NO. | OBJECTOR | HEARING DATE |
|---|---|---|
| 18406 | Panalpina Management Ltd. and Panalpina Inc. | September 24, 2009 |
| 18220, 18474 | PBR Tennessee, Inc. | September 24, 2009 |
| 18215, 18217 | Robert Bosch LLC | September 24, 2009 |
| 18414 | Siemens Product Lifecycle Management Software Inc. | September 24, 2009 |
| 18574 | STMicroelectronics, Inc. | September 24, 2009 |
| 18407, 18547 | Sun Microsystems | September 24, 2009 |
| 18261 | Sunrise Medical HHG, Inc. | September 24, 2009 |
| 18487, 18488, 18738 | The Timken Company | September 24, 2009 |
| 18399 | TK Holdings Inc. and Takata Corporation | September 24, 2009 |
| 18485, 18271, 18484, 18486, 18742 | Toyota Motor Corporation; Toyota Motor Engineering & Manufacturing North America Inc; Toyota Motor Sales, U.S.A., Inc. | Adjourned without date |
| 18408, 18546 | United Parcel Service | September 24, 2009 |