WHITE AND WILLIAMS, LLP
One Penn Plaza, Suite 4110
New York, NY 10119
Telephone: (212) 631-4421
Karel S. Karpe, Esq.
And
BIALSON, BERGEN & SCHWAB
2600 El Camino Real, Suite 300
Palo Alto, California 94306
Telephone: (650) 857-9500
Lawrence M. Schwab, Esq. (Calif. Bar No. 085600)
Thomas M. Gaa, Esq., (Calif. Bar No. 130720)
Patrick M. Costello, Esq., (Calif. Bar No. 117205)

*Attorneys for Cisco Systems, Inc., Cisco Systems Capital Corporation, et al*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

In re:

DELPHI CORPORATION, *et al.*,

Debtors.

Chapter 11

Case No. 05-44481 (RDD)

## WITHDRAWAL OF LIMITED OBJECTION OF CISCO SYSTEMS INC. RELATING TO ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS

Cisco Systems Inc., for itself and each and all of its subsidiaries and affiliated companies, specifically including, but not by way of limitation, Cisco Systems Capital Corporation Corporation, by its counsels White and Williams LLP and Bialson Bergen & Schwab, hereby withdraws its Limited Objection Relating to Assumption and Assignment of Executory Contracts (Docket No. 18404).

Dated:   New York, New York
         August 26, 2009

WHITE AND WILLIAMS, LLP

By: /s/ Karel S. Karpe
    Karel S. Karpe
One Penn Plaza, Suite 4110
New York, NY 10119
And
BIALSON, BERGEN & SCHWAB
Lawrence M. Schwab (*admitted in California*)
2600 El Camino Real, Suite 300
Palo Alto, California 94306

*Attorneys for Cisco Systems, Inc.,
Cisco Systems Capital Corporation, et al*

5571919v.1