PEPPER HAMILTON LLP
Nina M. Varughese, Esq. (NV 2347)
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4000
Facsimile: (215) 981-4750
E-mail: varughesen@pepperlaw.com

- and -

Henry J. Jaffe (DE No. 2987)
James C. Carignan (DE No. 4230)
Hercules Plaza, Suite 5100
1313 Market Street, P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
E-mail: jaffeh@pepperlaw.com
        carignanj@pepperlaw.com

Counsel for SKF USA Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | **Re: D.I. Nos. 18077** |

**CERTIFICATE OF SERVICE**

I, James C. Carignan, hereby certify that on August 27, 2009, I caused to be served the SKF USA Inc.'s Notice Of Withdrawal Of Limited Objection to the July 10, 2009 Notice Of Filing Of Notices Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To GM Components

-4-

#11422539 v1

Holdings, LLC Or Steering Solutions Services Corporation, As Applicable, Under Modified Plan Of Reorganization, upon the following entities via regular mail:

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel

John Wm. Butler, Jr., Esq.
Ron E. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Kayalyn A. Marafioti, Esq.
Gregory W. Fox, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Brian Masumoto, Esq.
The Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004

Robert J. Rosenberg, Esq.
Mitchell A. Seider, Esq.
Mark A. Broude, Esq.
Lathan & Watkins LLP
885 Third Avenue
New York, NY 10022

Donald S. Bernstein, Esq.
Brian M. Resnick, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10022

Richard Mancino, Esq.
Marc Abrams, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

-5-

#11422539 v1

John J. Rapisardi, Esq.
Oren B. Haker, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Matthew L. Schwartz, Esq.
Joseph N. Cordaro, Esq.
United States Department of Justice
86 Chambers Street, 3rd Floor
New York, NY 10007

Jeffrey L. Tanenbaum, Esq.
Robert J. Lemons, Esq.
Weil, Gotschal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Adam C. Harris, Esq.
David J. Karp, Esq.
Schulte Roth & Zabel LLP
919 third Avenue
New York, NY 10022

Dated: August 27, 2009

                         PEPPER HAMILTON LLP

                         /s/ James C. Carignan
                         Henry J. Jaffe (DE Bar No. 2987)
                         James C. Carignan (DE Bar No. 4230)
                         Hercules Plaza
                         Suite 5100
                         1313 Market Street
                         P.O. Box 1709
                         Wilmington, DE 19899-1709
                         (302) 777-6500

                         *Counsel for SKF USA Inc.*

#11422539 v1