CALFEE, HALTER & GRISWOLD LLP
1400 KeyBank Center
800 Superior Avenue
Cleveland, Ohio 44114
Telephone: (216) 622-8200
Facsimile: (216) 241-0816
Jean R. Robertson (JR 4529)
Tiiara N. A. Patton (TP 8803)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
                                          :
   In re                                  :   Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :   Case No. 05–44481 (RDD)
                                          :
                    Debtors.              :   (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF WITHDRAWAL OF OBJECTION AND RESERVATION OF RIGHTS OF TECHNICAL MATERIALS, INC. TO DEBTORS' (A) NOTICE OF ASSUMPTION AND ASSIGNMENT WITH RESPECT TO CERTAIN EXECUTORY CONTRACTS OR UNEXPIRED LEASES TO BE ASSUMED AND ASSIGNED TO PARNASSUS HOLDINGS II, LLC UNDER MODIFIED PLAN OF REORGANIZATION AND (B) JULY 13, 2009 CORRECTED NOTICE OF ASSUMPTION AND ASSIGNMENT WITH RESPECT TO CERTAIN EXECUTORY CONTRACTS OR UNEXPIRED LEASES TO BE ASSUMED AND ASSIGNED TO PARNASSUS HOLDINGS II, LLC UNDER MODIFIED PLAN OF REORGANIZATION**

Technical Materials, Inc. ("TMI"), by and through its undersigned counsel, hereby withdraws its objection and reservation of rights (the "Objection") (Docket No. 18570) to Debtors' (a) Notice of Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases to Be Assumed and Assigned to Parnassus Holdings II, LLC Under Modified Plan of Reorganization and (b) July 13, 2009 Corrected Notice of Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases to Be Assumed and Assigned to Parnassus Holdings II, LLC Under Modified Plan of Reorganization (the "Corrected Assumption Notice," together with the Assumption Notice, the "Assumption

Notices"). Subsequent to the filing of the Objection, the Debtors have withdrawn their Assumption Notices as they relate to TMI. The withdrawal of the Assumption Notices has mooted the Objection and accordingly, the Objection is hereby withdrawn.

Dated: August 28, 2009

Respectfully submitted,

/s/ Jean R. Robertson
Jean R. Robertson (JR 4529)
Tiiara N. A. Patton (TP 8803)
CALFEE, HALTER & GRISWOLD LLP
1400 KeyBank Center
800 Superior Avenue
Cleveland, Ohio  44114
Telephone:  (216) 622-8200
Facsimile:   (216) 241-0816
Email: *jrobertson@calfee.com*
           *tpatton@calfee.com*

ATTORNEYS FOR TECHNICAL MATERIALS, INC.

{00617777.DOC;1 }

# CERTIFICATE OF SERVICE

      I hereby certify that on August 28, 2009, I caused a copy of the foregoing to be served upon the following counsel of record by U.S. mail, proper postage pre-paid.

                                      /s/ Jean R. Robertson
                                      Jean R. Robertson (JR 4529)

| | |
|---|---|
| Delphi Corporation<br>Attn: General Counsel<br>5725 Delphi Drive<br>Troy, MI 48098 | John Wm. Butler, Jr.<br>Ron E. Meisler<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 North Wacker Drive<br>Chicago, IL 60606 |
| Kayalyn A. Marafoti<br>Gregory W. Fox<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 | Office of the U.S. Trustee for the Southern District of New York<br>Attn: Brian Masumoto<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 |
| Robert J. Rosenberg<br>Mark A. Broude<br>Mitchell A. Seider<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022 | Donald Bernstein<br>Brian Resnick<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 |
| Richard Mancino<br>Marc Abrams<br>Wilkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019 | John J. Rapisardi<br>Oren B. Haker<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281 |
| Matthew L. Schwartz<br>Joseph N. Cordaro<br>U.S. Department of Justice<br>86 Chambers Street, 3rd Floor<br>New York, NY 10007 | Jeffrey L. Tanenbaum<br>Robert J. Lemons<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Adam C. Harris<br>David J. Karp<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022 | |

{00617777.DOC;1 }