IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                      :
    In re                      :    Chapter 11
                      :
DELPHI CORPORATION, <u>et al.</u>,    :    Case No. 05-44481 (RDD)
                      :
             Debtors.    :    (Jointly Administered)
                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>AFFIDAVIT OF SERVICE</u>

I, Darlene Calderon, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On August 27, 2009, I caused to be served the document listed below upon the parties listed on <u>Exhibit A</u> hereto via overnight mail:

1) Cover Letter to Judge Drain [a copy of which is attached hereto as <u>Exhibit B</u>]

On August 27, 2009, I caused to be served the document listed below upon the parties listed on <u>Exhibit C</u> hereto via electronic notification:

2) Second Omnibus Order Resolving Certain Objections to Nonassumption of Certain Contracts and Leases, Assumption and Assignment of Executory Contracts and Unexpired Leases, and Cure Amounts ("Second Section 365 Objection Order") [a copy of which is attached hereto as <u>Exhibit D</u>]

Dated:  August 28, 2009

_____ */s/ Darlene Calderon*_____
Darlene Calderon

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 28th day of August, 2009, by
Darlene Calderon, proved to me on the basis of satisfactory evidence to be the person who
appeared before me.

Signature:  */s/ Gary Christensen*_____

Commission Expires: *11/12/09*_____

# EXHIBIT A

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Audio MPEG, Inc and Societa' Italiana per lo Sviluppo dell'Elettronica | Mary Joanne Dowd | Arent Fox LLP | 1050 Connecticut Avenue, NW | Washington | DC | 20036-5339 | |
| Cisco Systems, Inc. | Karel S. Karpe | WHITE AND WILLIAMS, LLP | One Penn Plaza, Suite 4110 | New York | NY | 10119 | |
| Cisco Systems, Inc. | Lawrence M. Schwab | BIALSON, BERGEN & SCHWAB | 2600 El Camino Real, Suite 300 | Palo Alto | CA | 94306 | |
| Clarion Corporation of America | David M. Powlen | BARNES & THORNBURG LLP | 11 South Meridian Street | Indianapolis | IN | 46204 | |
| Daimler | Bernd Fesenbeck Manager PMC/213  Wiring Harnesses & Batteries | Procurement Mercedes-Benz Cars & | HPC G032 - 71059 | Sindelfingen | | | Germany |
| Datwyler Rubber | George B. Cauthen | Nelson Mullins Riley & Scarborough, LLP | Meridian, 17th Fl 1320 Main Street | Columbia | SC | 29201 | |
| Gibbs Die Casting Corporation | Mark R Owens Esq | Barnes & Thornburg LLP | 11 S Meridian St | Indianapolis | IN | 46204 | |
| Gibbs Die Casting Corporation | Michael K McCrory Esq | Barnes & Thornburg LLP | 11 S Meridian St | Indianapolis | IN | 46204 | |
| Microsoft Corporationand Microsoft Licensing GP | Joseph E Shickich Jr | Riddell Williams PS | 1001 4th Ave Ste 4500 | Seattle | WA | 98154-1192 | |
| PBR Tennessee, Inc. | Judy A. O'Neill | 500 Woodward Ave., Suite 2700 | | Detroit | MI | 48226 | |
| PBR Tennessee, Inc. | Salvatore A. Barbatano | 90 Park Avenue | | New York | NY | 10016 | |
| SKF USA Inc. | Henry J. Jaffe James C. Carignan | Hercules Plaza, Suite 5100 | 1313 Market Street , P.O. Box 1709 | Wilmington | DE | 19899-1709 | |
| SKF USA Inc. | Nina M. Varughese, Esq | PEPPER HAMILTON LLP | 3000 Two Logan Square Eighteenth and Arch Streets | Philadelphia | PA | 19103-2799 | |
| STMicroelectronics, Inc. | J. Mark Chevallier James G. Rea | 500 N. Akard, Suite 3550 | | Dallas | TX | 75201 | |
| Technical Materials Inc. | Jean R. Robertson Tiiara N. A. Patton | CALFEE, HALTER & GRISWOLD LLP | 1400 KeyBank Center 800 Superior Avenue | Cleveland | OH | 44114 | |
| TK Holdings Inc. and its parent Takata Corporation | Sarah F. Sparrow1 | 100 North Greene Street, Suite 600 | P. O. Box 2888 | Greensboro | NC | 27402 | |
| Valeo, Inc. | E. Todd Sable Daniel W. Linna Jr | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

8/28/2009 7:55 PM
Certain Objections Special Parties 090827
Letter to Judge Drain Special Parties

# EXHIBIT B

# Skadden, Arps, Slate, Meagher & Flom llp

### 155 NORTH WACKER DRIVE
### CHICAGO, ILLINOIS  60606-1720

TEL: (312) 407-0700
FAX: (312) 407-0411
**www.skadden.com**

DIRECT DIAL
(312) 407-0860
EMAIL ADDRESS
John.Lyons@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON

BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

August 27, 2009

<u>BY HAND</u>

The Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Courthouse
One Bowling Green
New York, New York  10004

RE:   <u>In re Delphi Corporation, et al., Case No. 05-44481 (RDD)</u>

Dear Judge Drain:

   We are writing on behalf of the debtors in the above-referenced cases (the "Debtors") regarding certain objections to nonassumption of certain contracts and leases, assumption and assignment of executory contracts and unexpired leases, and cure amounts (the "Section 365 Objections") that were to be heard on August 28, 2009.  Fifteen of the Section 365 Objections, filed by 12 objecting parties, have now been resolved or withdrawn, and the remaining Section 365 Objections have been adjourned to the September 24, 2009 hearing.

   Because there are no contested matters going forward at tomorrow's hearing, the Debtors hereby submit the enclosed proposed order regarding the resolved or adjourned Section 365 Objections.  Also enclosed are four joint stipulations and agreed orders (collectively, the "Joint Stipulations") which reflect resolutions to the objections filed by Audio MPEG, Inc. and Societa' Italiana per lo Sviluppo dell' Elettronica, S.I.SV.EL., S.p.A.; Clarion Corporation of America; Dätwyler Rubber; and TK Holdings Inc. and its parent Takata Corporation.  As was

The Honorable Robert D. Drain
August 27, 2009
Page 2

true of the initial Section 365 Objection Order entered August 18, 2009, the proposed enclosed order makes clear that the counterparties to the Joint Stipulations, as well as the counterparties whose objections have been withdrawn, are nonetheless bound by the Court's order approving the Debtors' modifications to their reorganization plan.

We respectfully request that the Court enter the enclosed proposed order and the Joint Stipulations.

Respectfully yours,

*/s/ John K. Lyons*

John K. Lyons

Enclosures

Second Section 365 Objection Order
Joint Stipulation of Audio MPEG
Joint Stipulation of Clarion Corporation of America
Joint Stipulation of Dätwyler Rubber
Joint Stipulation of TK Holdings

cc:    Kayalyn A. Marafioti
       Ron E. Meisler
       Mary Joanne Dowd
       Karel S. Karpe
       Lawrence M. Schwab
       David M. Powlen
       George B. Cauthen
       Michael K. McCrory
       Mark R. Owens
       Joseph E. Shickich, Jr.
       Judy A. O'Neill
       Nina M. Varughese
       Henry J. Jaffe
       James C. Carignan
       J. Mark Chevallier
       James G. Rea
       Jean R. Robertson

The Honorable Robert D. Drain
August 27, 2009
Page 3

Tiiara N. A. Patton
Sarah F. Sparrow
E. Todd Sable
Daniel W. Linna Jr.
Bernd Fesenbeck

# EXHIBIT C

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip | Country | Email |
|---|---|---|---|---|---|---|---|---|
| AB Automotive Electronics, Ltd., AB Automotive Inc., BI Technologies Corporation, International Resistive Company, Inc. (aka International Resistive Company Wire & Film Technologies Division), International Resistive Company of Texas, LP (aka International Resistive Company Advanced Film Divison), Optek Technology, Inc. and Welwyn Components Ltd. | Louis A. Curcio | Sonnenschein Nath & Rosenthal LLP | 1221 Avenues of the Americas | New York | NY | 10020-1089 | | lcurcio@sonnenschein.com |
| ACE American Insurance Company, Pacific Employers Insurance Company, and Illinois Union Insurance Company | Margery N. Reed | DUANE MORRIS LLP | 30 South 171h Street | Philadelphia | PA | 19103-4196 | | mreed@duanemorris.com |
| ACE American Insurance Company, Pacific Employers Insurance Company, and Illinois Union Insurance Company | Wendy M. Simkulak | DUANE MORRIS LLP | 1540 Broadway, 14th Floor | New York | NY | 10036-4086 | | wmsimkulak@duanemorris.com |
| AM General LLC | Tricia A. Sherick | Honigman Miller Schwartz and Cohn LLP | 660 Woodward Avenue. 2290 First National Building | Detroit | MI | 48226 | | tsherick@honigman.com |
| American Aikoku Alpha, Inc | Gary Vist Joseph H. Lemkin | Masuda Funai Eifert & Mitchell, Ltd. | 203 North LaSalle Street Suite 2500 | Chicago | IL | 60601-1262 | | gvist@masudafunai.com |
| AT&T Corp., AT&T Solutions Inc., and SBC Global Services Inc | Johnathan C. Bolton, Sr | FULBRIGHT & Jaworski L.L.P. | Fulbright Tower  1301 McKinney, Suite 5100 | Houston | TX | 77010-3095 | | jbolton@fulbright.com |
| ATEL Leasing Corporation | Magdeline D. Coleman | Buchanan Ingersoll & Rooney PC | Two Liberty Plaza, 50 S. 16th Street, Suite 3200 | Philadelphia | PA | 19102 | | magdeline.coleman@bipc.com |
| Audio MPEG, Inc and Societa' Italiana per lo Sviluppo dell'Elettronica | Mary Joanne Dowd | Arent Fox LLP | 1050 Connecticut Avenue, NW | Washington | DC | 20036-5339 | | dowd.mary@arentfox.com |
| Autocam Corporation | Patrick Mears | Barnes & Thornburg LLP | 171 Monroe Avenue N.W. Suite 1000 | Grand Rapids | MI | 49503 | | pmears@btlaw.com |
| Behr America, Inc. | Robert A. Weisberg | Carson Fischer P.L.C. | 4111 Andover Road, West-2nd Flr. | Bloomfield Hills | MI | 48302 | | rweisberg@carsonfischer.com |
| Bing Metals Group, LLC | Patrick J. Kukla | Carson Fischer P.L.C. | 4111 Andover Road, West-2nd Flr | Bloomfield Hills | MI | 48302 | | pkukla@carsonfischer.com |
| Brazeway ,Inc. | Bruce N. Elliott | Conlin, McKenney & Philbrick | 350 South Main Street Suite 400 | Ann Arbor | MI | 48104-2131 | | Elliott@cmplaw.com |
| Brose North America Holding LP | Marc N. Swanson | | 150 West Jefferson Avenue, Suite 2500 | Detroit | MI | 48226 | | swansonm@millercanfield.com |
| Carrier Corporation | Thomas D. Goldberg | Day Pittney LLP | One Canterbury Green 201 Broad Street | Stamford | CT | 06901-0000 | | tdgoldberg@daypitney.com<br>joneill@dayptiney.com |
| Cisco Systems, Inc. | Karel S. Karpe | WHITE AND WILLIAMS, LLP | One Penn Plaza, Suite 4110 | New York | NY | 10119 | | karpek@whiteandwilliams.com |
| Cisco Systems, Inc. | Lawrence M. Schwab | BIALSON, BERGEN & SCHWAB | 2600 El Camino Real, Suite 300 | Palo Alto | CA | 94306 | | lschwab@bbslaw.com |
| Clarion Corporation of America | David M. Powlen | BARNES & THORNBURG LLP | 11 South Meridian Street | Indianapolis | IN | 46204 | | dpowlen@btlaw.com |
| Connecticut General Life Insurance | Jeffery C. Wisler Kelly M. Conlan | Connolly Bove Lodge & Hutz LLP | Nemours Bldg 1007 N Orange St PO Box 2207 | Wilmington | DE | 19801 | | KConlan@cblh.com |
| Continental AG and its affiliates | John T. Gregg Peter A. Clark | BARNES & THORNBURG LLP | One North Wacker Drive, Suite 4400 | Chicago | IL | 60606-2833 | | jgregg@btlaw.com<br>pclark@btlaw.com |
| Daimler | Bernd Fesenbeck Manager PMC/213  Wiring Harnesses & Batteries | Procurement Mercedes-Benz Cars & Vans Daimler AG | HPC G032 - 71059 | Sindelfingen | | | Germany | bernd.fesenbeck@daimler.com |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 3

8/28/2009 7:47 PM
Certain Objections - Proposed Order Special Parties 090827

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip | Country | Email |
|---|---|---|---|---|---|---|---|---|
| Datwyler Rubber | George B. Cauthen | Nelson Mullins Riley & Scarborough, LLP | Meridian, 17th Fl 1320 Main Street | Columbia | SC | 29201 | | george.cauthen@nelsonmullins.com |
| E.I. du Pont de Nemours and Company | William J. Brown Angela Z. Miller | Phillips Lytle LLP | 3400 HSBC Center | Buffalo | NY | 14203-2887 | | wbrown@phillipslytle.com amiller@phillipslytle.com |
| F&G Multi-Slide Inc | Paul H. Spaeth | 130 West SecondSt., Ste. 450 | | Dayton | OH | 45402 | | spaethlaw@phslaw.com |
| F&G Tool & Die | Paul H. Spaeth | 130 West SecondSt., Ste. 450 | | Dayton | OH | 45402 | | spaethlaw@phslaw.com |
| Federal Screw Works | Adam D Bruski | Lambert Leser Isackson Cook & Giunta PC | 309 Davidson Bldg 916 Washington Ave | Bay City | MI | 48708 | | abruski@lambertleser.com |
| Federal Screw Works | Susan M Cook | Lambert Leser Isackson Cook & Giunta PC | 309 Davidson Bldg 916 Washington Ave | Bay City | MI | 48708 | | scook@lambertleser.com |
| Findaly Industries Inc | Patrick J Kukla | Carson Fischer PLC | 4111 Andover Rd West 2nd Fl | Bloomfield Hills | MI | 48302 | | pkukla@carsonfischer.com |
| Flextronics International Ltd | Karel S Karpe | White and Williams LLP | One Penn Plz Ste 4110 | New York | NY | 10119 | | karpek@whiteandwilliams.com |
| Flextronics International Ltd | Lawrence M Schwab | Bialson Bergen & Schwab | 2600 El Camino Real Ste 300 | Palo Alto | CA | 94306 | | lschwab@bbslaw.com |
| Ford Motor Company | Donald J Hutchinson | Miller Canfield Paddock and Stone PLC | 150 W Jefferson Ave 2500 | Detroit | Mi | 48226 | | hutchinson@millercanfield.com |
| Ford Motor Company | Jonathan S Green | Miller Canfield Paddock and Stone PLC | 150 W Jefferson Ave 2500 | Detroit | MI | 48226 | | greenj@millercanfield.com |
| Freudenberg NOK General Partnership Freudenberg NOK de Queretaro SA de CV and Freudenber Filitration Technologies | Ralph E McDowell | 6th Fl at Ford Field | 1901 St Antoine St | Detroit | Mi | 48226 | | rmcdowell@bodmanllp.com |
| Furukawa Electric Company Ltd and Furukawa Electric North America | David A Wender | One Atlantic Ctr 1201 W Peachtree St | Alston + Bird LLP | Atlanta | GA | 30309-3424 | | david.wender@alston.com |
| General Electric Capital Corporation | Alexander Terras | 10 S Wacker Dr 40th Fl | | Chicago | IL | 60606-7507 | | aterras@reedsmith.com |
| General Electric Capital Corporation | Debra Turetsky | Reed Smith LLP | 599 Lexington Ave 22nd Fl | New York | NY | 10022 | | dturetsky@reedsmith.com |
| Gibbs Die Casting Corporation | Mark R Owens Esq | Barnes & Thornburg LLP | 11 S Meridian St | Indianapolis | IN | 46204 | | mowens@btlaw.com |
| Gibbs Die Casting Corporation | Michael K McCrory Esq | Barnes & Thornburg LLP | 11 S Meridian St | Indianapolis | IN | 46204 | | mmccrory@btlaw.com |
| Hewlett Packard Company | Mark Chass Jordan D Kaye | 1177 Avenue of the Americas | | New York | NY | 10036 | | mchass@kramerlevin.com jkaye@kramerlevin.com |
| Judd Wire Inc | Michael R Enright | Robinson & Cole LLP | 280 Trumbull St | Hartford | CT | 06103 | | menrright@rc.com |
| Lear Corporation | Ralph E McDowell | 6th Fl at Ford Field | 1901 St Antoine St | Detroit | MI | 48226 | | rmcdowell@bodmanllp.com |
| Linamar Corporation and Linamar Holdings Inc Linamar Corporation Inavar Division Linamar Corporation Roctel Division Linamar Corporation Vehcom Division | Susan M Cook Adam D Bruski | Lambert Leser Isackson Cook & Giunta PC | 309 Davidson Bldg 916 Washington Ave | Bay City | MI | 48708 | | smcook@hhlaw.com abruski@lambertleser.com |
| Littelfuse Inc | David S Barritt | Chapman and Cutler LLP | 111 W Monroe St | Chicago | IL | 60603 | | barritt@chapman.com |
| Methode Electronics Inc | Kevin J Walsh | Locke Lord Bissell & Liddell LLP | Three World Financial Ctr | New York | NY | 10281-2101 | | kwalsh@lockelord.com |
| Methode Electronics Inc | Timothy S McFadden | Locke Lord Bissell & Liddell LLP | 111 S Wacker Dr | Chicago | IL | 60606 | | tmcfadden@lockelord.com |
| Microsoft Corporationand Microsoft Licensing GP | Joseph E Shickich Jr | Riddell Williams PS | 1001 4th Ave Ste 4500 | Seattle | WA | 98154-1192 | | jshickich@riddellwilliams.com |
| MIS Environmental Services Inc and MIS Corporation | Susan M Cook Adam D Bruski | Lambert Leser Isackson Cook & Giunta PC | 309 Davidson Bldg 916 Washington Ave | Bay City | MI | 48708 | | scook@lambertleser.com abruski@lambertleser.com |
| Motorola Inc | John T Gregg | Barnes & Thornburg LLP | 171 Monroe Ave NW Ste 1000 | Grand Rapids | MI | 49503 | | jgregg@btlaw.com |
| Motorola Inc | Peter A Clark | Barnes & Thornburg LLP | One N Wacker Dr Ste 4400 | Chicago | IL | 60606-2833 | | pclark@btlaw.com |
| Navistar | Michael K McCrory Mark R Owens | Barnes & Thornburg LLP | 11 S Meridian St | Indianapolis | IN | 46204 | | mmccrory@btlaw.com mowens@btlaw.com |
| NEC Electronics America Inc | Steve Kieselstein | 1187 Troy Schenectady Rd | | Latham | NY | 12110 | | sk@kieselaw.com |
| Nidec Motors & Actuators USA Inc | E Todd Sable Daniel W Linna Jr | 2290 First National Bldg | 600 Woodward Ave | Detroit | MI | 48226 | | tsable@honigman.com |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

8/28/2009 7:47 PM
Certain Objections - Proposed Order Special Parties 090827

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip | Country | Email |
|---|---|---|---|---|---|---|---|---|
| Nissan North America, Inc. | David E. Lemke, Esq | 511 Union St., Suite 2700 | | Nashville | TN | 37219-8966 | | David.Lemke@WallerLaw.com |
| Ogura Clutch Company | Robert A. Peurach | 615 Griswold, Ste. 600 | | Detroit | MI | 48226 | | rpeurach@gdakmak.com |
| Panalpina | Karel S. Karpe | WHITE & WILLIAMS | One Penn Plaza, Suite 4110 | New York | NY | 10119 | | karpek@whiteandwilliams.com |
| Panalpina | Patrick M. Costello Thomas M. Gaa | BIALSON, BERGEN & SCHWAB | 2600 El Camino Real, Suite 300 | Palo Alto | CA | 94306 | | pcostello@bbslaw.com tgaa@bbslaw.com |
| PBR Tennessee, Inc. | Judy A. O'Neill | 500 Woodward Ave., Suite 2700 | | Detroit | MI | 48226 | | joneill@foley.com |
| PBR Tennessee, Inc. | Salvatore A. Barbatano | 90 Park Avenue | | New York | NY | 10016 | | sbarbatano@foley.com |
| Robert Bosch LLC | Gordon J. Toering | Warner Norcross & Judd LLP | 900 Fifth Third Center 111 Lyon Street, NW | Grand Rapids | MI | 49503-2487 | | gtoering@wnj.com |
| Siemens Product Lifecycle Management Software Inc. | Karel S. Karpe | One Penn Plaza, Suite 4110 | | New York | NY | 10119 | | karpek@whiteandwilliams.com |
| SKF USA Inc. | Henry J. Jaffe James C. Carignan | Hercules Plaza, Suite 5100 | 1313 Market Street , P.O. Box 1709 | Wilmington | DE | 19899-1709 | | jaffeh@pepperlaw.com carignanj@pepperlaw.com |
| SKF USA Inc. | Nina M. Varughese, Esq | PEPPER HAMILTON LLP | 3000 Two Logan Square Eighteenth and Arch Streets | Philadelphia | PA | 19103-2799 | | varughesen@pepperlaw.com |
| Spartech Corporation and Spartech Polycom, Inc. | David L. Going, Esq. | ARMSTRONG TEASDALE, LLP | One Metropolitan Square, Suite 2600 | St. Louis | MO | 63102-2740 | | dgoing@armstrongteasdale.com |
| Spartech Corporation and Spartech Polycom, Inc. | Richard M. Meth, Esq. | DAY PITNEY LLP | P.O.BOX 1945 | MORRISTOWN | NJ | 07962-1945 | | rmeth@daypitney.com |
| STMicroelectronics, Inc. | J. Mark Chevallier James G. Rea | 500 N. Akard, Suite 3550 | | Dallas | TX | 75201 | | mchevallier@mcslaw.com jrea@mcslaw.com |
| Sun Microsystems | Karel S. Karpe | WHITE & WILLIAMS | One Penn Plaza, Suite 4110 | New York | NY | 10119 | | karpek@whiteandwilliams.com |
| Sun Microsystems | Patrick M. Costello | BIALSON, BERGEN & SCHWAB | 2600 El Camino Real Suite 300 | Palo Alto | CA | 94306 | | pcostello@bbslaw.com |
| Sunrise Medical HHG, Inc. | Philip J. Giacinti, Jr. | PROCOPIO, CORY, HARGREAVES SAVITCH LLP | 530 B Street, Suite 2100 | San Diego | CA | 92101 | | pig@procopio.com |
| Technical Materials Inc. | Jean R. Robertson Tiiara N. A. Patton | CALFEE, HALTER & GRISWOLD LLP | 1400 KeyBank Center 800 Superior Avenue | Cleveland | OH | 44114 | | jrobertson@calfee.com tpatton@calfee.com |
| The Timken Company | James M. Sullivan | ARENT FOX LLP | 1675 Broadway | New York | NY | 10019 | | sullivan.james@arentfox.com |
| TK Holdings Inc. and its parent Takata Corporation | Sarah F. Sparrow1 | 100 North Greene Street, Suite 600 | P. O. Box 2888 | Greensboro | NC | 27402 | | ssparrow@tuggleduggins.com rluft@tuggleduggins.com |
| Toyota Motor Corporation; Toyota Motor Engineering & Manufacturing North America Inc; Toyota Motor Engineering & Manufacturing North America, Inc.; Toyota Motor Sales, U.S.A., Inc. | Robert V. Sartin, Esq. | 250 W. Main Street, Suite 2800 | | Lexington | KY | 40507 | | rsartin@fbtlaw.com |
| Tyco Electronics Corporation | Joseph M. Barry | The Brandywine Building | 1000 West Street, 1ill Floor | Wilmington | DE | 19801 | | jbarry@ycst.com |
| United Parcel Service | Karel S. Karpe | WHITE & WILLIAMS | One Penn Plaza, Suite 4110 | New York | NY | 10119 | | karpek@whiteandwilliams.com |
| United Parcel Service | Patrick M. Costello | BIALSON, BERGEN & SCHWAB | 2600 El Camino Real Suite 300 | Palo Alto | CA | 94306 | | pcostello@bbslaw.com |
| Valeo, Inc. | E. Todd Sable Daniel W. Linna Jr | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | tsable@honigman.com |
| Vitec, LLC | Patrick J. Kukla | CARSON FISCHER, P.L.C. | 4111 Andover Road West-2nd Fl | Bloomfield Hills | MI | 48302 | | pkukla@carsonfischer.com |
| XM Satellite Radio Inc | Scott A. Golden Dena Copulsky Kaufman | 875 Third Avenue | | New York | NY | | | sagolden@hhlaw.com dckaufman@hhlaw.com |

# EXHIBIT D

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                           :
     In re                       :        Chapter 11
                                           :
DELPHI CORPORATION, et al.,                :        Case No. 05-44481 (RDD)
                                           :
                   Debtors.      :        (Jointly Administered)
                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


SECOND OMNIBUS ORDER RESOLVING CERTAIN OBJECTIONS TO
NONASSUMPTION OF CERTAIN CONTRACTS AND LEASES,
ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS
AND UNEXPIRED LEASES, AND CURE AMOUNTS

("SECOND SECTION 365 OBJECTION ORDER")

        Upon the motion, dated October 3, 2008 (Docket No. 14310), as supplemented on

June 1, 2009 (Docket No. 16646) (together, the "Motion"), of Delphi Corporation and certain of

its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases

(collectively, the "Debtors"), for entry of an order (i) approving certain modifications to the

confirmed First Amended Joint Plan of Reorganization of Delphi Corporation and Certain

Affiliates, Debtors and Debtors-In-Possession, as amended on January 25, 2008 (as modified, the

"Modified Plan"),[1] including the sale of certain assets pursuant to the Master Disposition

Agreement, (ii) setting a final hearing date for approval of the Debtors' proposed plan

modifications, (iii) approving the form and manner of notices relating to the assumption and

assignment of executory contracts and unexpired leases under the Modified Plan, and (iv)

---

[1]    Capitalized terms not defined herein shall have the meanings ascribed to them in the Modified Plan.

authorizing the assumption and assignment of certain prepetition executory contracts and

unexpired leases (collectively, the "Assumed and Assigned Contracts") in accordance with the

Modified Plan and the Master Disposition Agreement; and the Court on June 16, 2009 having

entered an order approving, among other things, the form and manner of notices relating to (a)

the nonassumption of certain contracts and leases, (b) amended cure amounts, and (c) the

assumption and assignment of executory contracts and leases to be assigned to the applicable

Buyer under the Master Disposition Agreement (Docket No. 17032); and the Court on July 30,

2009 having entered an order approving the Modified Plan (the "Modification Approval Order")

(Docket No. 18707); and upon the objections listed on Exhibit A hereto by various

counterparties to (w) nonassumption of certain contracts and leases, (x) adequate assurance of

future performance, (y) assumption and/or assignment with respect to executory contracts or

unexpired leases to be assumed and/or assigned under the Modified Plan, and/or (z) cure

amounts (the "Section 365 Objections"); and the hearing relating to certain of the Section 365

Objections having been adjourned to August 28, 2009 (the "Second Section 365 Objections

Hearing") by (a) the notice of adjournment, dated August 7, 2009 (Docket No. 18762), (b) the

notice of adjournment, dated August 14, 2009 (Docket No. 18801), and (c) the Section 365

Objection Order, dated August 18, 2009 (Docket No. 18805); and the hearing on certain Section

365 Objections having been adjourned to September 24, 2009 or as otherwise noted on (a) the

Section 365 Objection Order, dated August 18, 2009 (Docket No. 18805) and (b) the notice of

adjournment, dated August 25, 2009 (Docket No. 18833); and the Court having reviewed and

considered certain of the Section 365 Objections and the Motion; and it appearing that the relief

requested in the Motion is in the best interests of the Debtors, their estates, creditors,

stakeholders, and other parties-in-interest; and after due deliberation thereon, and sufficient

cause appearing therefor,

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

A.    This Court has jurisdiction over the Motion and the Section 365

Objections pursuant to 28 U.S.C. §§ 157 and 1334.  The Motion and the Section 365 Objections

are core proceedings under 28 U.S.C. § 157(b)(2).  Venue of these cases, the Motion, and the

Section 365 Objections in this district is proper under 28 U.S.C. §§ 1408 and 1409.

B.    The statutory predicates for the relief sought with respect to the Section

365 Objections are sections 365 and 1123 of 11 U.S.C. §§ 101-1330, as amended and in effect

on October 8, 2005 (the "Bankruptcy Code"), and Fed. R. Bankr. P. 2002, 6004, 6006, and 9014.

C.    As evidenced by the affidavits of service previously filed with the Court,

(i) proper, timely, adequate, and sufficient notice of the Motion, the Second Section 365

Objections Hearing, notices of the assumption and assignment of the Assumed and Assigned

Contracts, the Notices of Non-Assumption (as defined in the Modification Procedures Order),

and the Amended Cure Amount Notices (as defined in the Modification Procedures Order) as

approved herein was provided in accordance with sections 102(1), 365, and 1123 of the

Bankruptcy Code and Fed. R. Bankr. P. 2002, 6004, 6006, and 9014, (ii) such notice was good,

sufficient, and appropriate under the circumstances, and (iii) no other or further notice of the

Motion, the Second Section 365 Objections Hearing, the assumption and/or assignment of the

contracts and unexpired leases covered by the Section 365 Objections pursuant to the terms set

forth herein, or the applicable cure amounts is necessary.

---

[2]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings
of fact when appropriate.  See Fed. R. Bankr. P. 7052.

D.      The Section 365 Objections listed on <u>Exhibit B-1</u> hereto have been

withdrawn and the Section 365 Objections listed on <u>Exhibit B-2</u> hereto have been resolved by

separate stipulations (together, the "Resolved Objections"), and all such objections are subject to

all findings and conclusions and decretal paragraphs of the Modification Approval Order.

E.      The hearing on the Section 365 Objections set forth on <u>Exhibit C</u> hereto

(the "Outstanding Objections") is adjourned to September 24, 2009, or as otherwise noted on

<u>Exhibit C</u>, subject to the Debtors' right to further adjourn such hearing in accordance with the

procedures set forth in the Modification Approval Order, and any findings and conclusions and

decretal paragraphs herein do not apply to the contracts covered by such Outstanding Objections.

F.      Pursuant to Articles II and X of the Modified Plan, a counterparty who

wished to assert a postpetition default was required to file an Administrative Claim.  Accordingly,

to the extent that any objections, except to the extent included in the Outstanding Objections,

assert cure amounts that relate to postpetition obligations of the Debtors (the "Postpetition

Obligation Objections"), the Administrative Claim reconciliation process set forth under Articles

II and X of the Modified Plan and in the Master Disposition Agreement, and the Debtors'

payment of Administrative Claims in accordance with the Modified Plan, the Master Disposition

Agreement, and orders of this Court constitutes adequate assurance of prompt cure or will in fact

cure any defaults that might have occurred after the Petition Date, including any obligation

asserted in the Postpetition Obligation Objections, for purposes of assumption and assignment of

the Assumed and Assigned Contracts pursuant to section 365 of the Bankruptcy Code.

G.      The relief requested in the Motion and granted herein is in the best

interests of the Debtors, their estates, creditors, stakeholders, and other parties-in-interest.

4

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED
THAT:

1.      The Resolved Objections listed on Exhibit B-1 and Exhibit B-2 shall be
subject to all findings and conclusions and decretal paragraphs of the Modification Approval
Order, including without limitation all findings and conclusions and decretal paragraphs
approving the assumption and assignment of the Assumed and Assigned Contracts pursuant to
section 365 of the Bankruptcy Code.

2.      The hearing on the Motion as it pertains to the contracts covered by the
Outstanding Objections listed on Exhibit C shall be adjourned to September 24, 2009 or as
otherwise noted on Exhibit C, subject to the Debtors' right to further adjourn such hearing in
accordance with the procedures set forth in the Modification Approval Order.

3.      The notices of assumption and assignment for the contracts listed on
Exhibit D are hereby withdrawn; provided, however, that nothing in this order shall prejudice
any existing rights of the Debtors or the applicable counterparties under such contracts.

4.      The Postpetition Obligation Objections, except to the extent included in
the Outstanding Objections, are hereby overruled to the extent such objections assert cure
amounts relating to postpetition obligations.  Any unpaid postpetition obligations arising under
the Assumed and Assigned Contracts shall be satisfied as follows: (i) undisputed postpetition
obligations that are not yet due and payable pursuant to the applicable contract terms shall be
paid by the Debtors or the Buyers, as applicable, in the ordinary course of business and (ii) all
other postpetition obligations shall be subject to the treatment provided for Administrative
Claims under Articles II and X of the Modified Plan and as set forth in the Master Disposition
Agreement; provided, however, that this order shall be without prejudice to the right of

counterparties to the Assumed and Assigned Contracts to reassert their Postpetition Obligation Objections in the event that such counterparties are barred from seeking payment of an Administrative Claim under the Modified Plan; provided further, however, to the extent that a counterparty asserts an Administrative Claim relating to an Assumed and Assigned Contract that is Allowed or Disallowed pursuant to a Final Order of this Court, such counterparty shall be bound by the Final Order and shall not be entitled to assert or reassert any claim for cure under section 365 of the Bankruptcy Code.

       5.     Nothing in this order shall prejudice the rights of any party with respect to disputed cure amounts under Article 8.2 of the Modified Plan, except to the extent that any objection was expressly considered and ruled on at the Section 365 Objection Hearing or as otherwise set forth herein.

Dated: New York, New York
       August ___, 2009

                        _____
                        UNITED STATES BANKRUPTCY JUDGE

# Exhibit A

| DOCKET NO. | OBJECTOR |
|---|---|
| 18430 | AB Automotive Electronics, Ltd.; AB Automotive Inc.; BI Technologies Corporation, International Resistive Company, Inc. (a.k.a. International Resistive Company Wire & Film Technologies Division); International Resistive Company of Texas, LP (a.k.a. International Resistive Company Advanced Film Division); Optek Technology, Inc. and Welwyn Components Ltd. |
| 18216 | ACE American Insurance Company, Pacific Employers Insurance Company, and Illinois Union Insurance Company |
| 17767, 17773, 18395 | American Aikoku Alpha, Inc. |
| 18463 | AM General LLC |
| 18402 | ATEL Leasing Corporation |
| 18266 | AT&T Corp., AT&T Solutions Inc., and SBC Global Services Inc. |
| 18221 | Audio MPEG, Inc. and Societa' Italiana per lo Sviluppo dell'Elettronica |
| 18254, 18368, 18711 | Autocam Corporation |
| 18468 | Behr America, Inc. |
| 18382, 18394 | Bing Metals Group, LLC |
| 18273 | Brazeway, Inc. |
| 18480 | Brose North America Holding LP |
| 18565 | Carrier Corporation |
| 18404 | Cisco Systems, Inc. |
| 18219, 18392 | Clarion Corporation of America |
| 18234, 18652, 18705, 18720 | Connecticut General Life Insurance Company |
| 18372 | Continental AG |
| 18365 | Dätwyler Rubber |
| 18481 | E.I. du Pont de Nemours and Company |
| 18389 | Federal Screw Works |
| 18323 | F&G Multi-Slide Inc. |
| 18358 | F&G Tool & Die Co. |
| 18417 | Findlay Industries, Inc. |
| 18405, 18545 | Flextronics International Ltd. |
| 18398, 18750 | Ford Motor Company |
| 18491 | Freudenberg-NOK General Partnership, Freudenberg-NOK de Queretaro, S.A. de C.V. and Freudenber Filtration Technologies |
| 18256, 18472, 18706 | Furukawa Electric Company, Ltd. and Furukawa Electric North America |
| 18473 | General Electric Capital Corporation |

| DOCKET NO. | OBJECTOR |
|---|---|
| 18397 | Gibbs Die Casting Corporation |
| 18297 | Hewlett-Packard Company and Electronic Data Systems, LLC |
| 18782 | Judd Wire, Inc. |
| 18228, 18490 | Lear Corporation |
| 18385, 18386, 18387, 18388 | Linamar Corporation and Linamar Holdings, Inc.; Linamar Corporation, Inavar Division; Linamar Corporation, Roctel Division; Linamar Corporation, Vehcom Division |
| 18489, 18740 | Littelfuse, Inc. |
| 18739, 18755 | Methode Electronics, Inc. |
| 18400 | Microsoft Corporation and Microsoft Licensing, GP |
| 18390 | MIS Environmental Services, Inc. and MIS Corporation -- Michigan, a.k.a. Michigan Environmental Services, Inc. |
| 18369 | Motorola, Inc. |
| 18374 | Navistar, Inc. |
| 18556 | NEC Electronics America, Inc. |
| 18494 | Nidec Motors & Actuators (USA), Inc. |
| 18456 | Nissan North America, Inc. |
| 18235, 18679 | Ogura Clutch Company |
| 18406 | Panalpina Management Ltd. and Panalpina, Inc. |
| 18220, 18474 | PBR Tennessee, Inc. |
| 18215, 18217 | Robert Bosch LLC |
| 18414 | Siemens Product Lifecycle Management Software Inc. |
| 18223, 18401 | SKF USA Inc. |
| 18754 | Spartech Corporation and Spartech Polycom, Inc. |
| 18574 | STMicroelectronics, Inc. |
| 18407, 18547 | Sun Microsystems |
| 18261 | Sunrise Medical HHG, Inc. |
| 18570 | Technical Materials Inc. |
| 18487, 18488, 18738 | The Timken Company |
| 18399 | TK Holdings Inc. and Takata Corporation |
| 18485, 18271, 18484, 18486, 18742 | Toyota Motor Corporation; Toyota Motor Engineering & Manufacturing North America Inc; Toyota Motor Sales, U.S.A., Inc. |
| 18573 | Tyco Electronics and Precision Interconnect |
| 18408, 18546 | United Parcel Service |
| 18483 | Valeo, Inc. |
| 18420 | Vitec, LLC |
| 18373, 18245 | XM Satellite Radio Inc. |

# Exhibit B-1

### Withdrawn Objections

| DOCKET NO. | OBJECTOR |
| --- | --- |
| 18404 | Cisco Systems, Inc. |
| 18397 | Gibbs Die Casting Corporation |
| 18400 | Microsoft Corporation and Microsoft Licensing, GP |
| 18220, 18474 | PBR Tennessee, Inc. |
| 18223, 18401 | SKF USA Inc. |
| 18574 | STMicroelectronics, Inc. |
| 18570 | Technical Materials Inc. |
| 18483 | Valeo, Inc. |

# Exhibit B-2

### Objections Resolved By Separate Stipulations

| DOCKET NO. | OBJECTOR |
|---|---|
| 18221 | Audio MPEG, Inc. and Societa' Italiana per lo Sviluppo dell'Elettronica |
| 18219, 18392 | Clarion Corporation of America |
| 18365 | Dätwyler Rubber |
| 18399 | TK Holdings Inc. and Takata Corporation |

## Exhibit C

| DOCKET NO. | OBJECTOR | HEARING DATE |
|---|---|---|
| 18430 | AB Automotive Electronics, Ltd.; AB Automotive Inc.; BI Technologies Corporation, International Resistive Company, Inc. (a.k.a. International Resistive Company Wire & Film Technologies Division); International Resistive Company of Texas, LP (a.k.a. International Resistive Company Advanced Film Division); Optek Technology, Inc. and Welwyn Components Ltd. | September 24, 2009 |
| 18216 | ACE American Insurance Company, Pacific Employers Insurance Company, and Illinois Union Insurance Company | September 24, 2009 |
| 17767, 17773 18395 | American Aikoku Alpha, Inc. | Additional briefs to be submitted by the parties on or before August 31, 2009 |
| 18402 | ATEL Leasing Corporation | September 24, 2009 |
| 18266 | AT&T Corp., AT&T Solutions Inc., and SBC Global Services Inc. | September 24, 2009 |
| 18254, 18368, 18711 | Autocam Corporation | September 24, 2009 |
| 18468 | Behr America, Inc. | September 24, 2009 |
| 18382, 18394 | Bing Metals Group, LLC | September 24, 2009 |
| 18565 | Carrier Corporation | September 24, 2009 |
| 18234, 18652, 18705, 18720 | Connecticut General Life Insurance Company | September 24, 2009 |
| 18372 | Continental AG | September 24, 2009 |
| 18481 | E.I. du Pont de Nemours and Company | September 24, 2009 |
| 18389 | Federal Screw Works | September 24, 2009 |
| 18405, 18545 | Flextronics International Ltd. | September 24, 2009 |
| 18398, 18750 | Ford Motor Company | September 24, 2009 |
| 18256, 18472, 18706 | Furukawa Electric Company, Ltd. and Furukawa Electric North America | September 24, 2009 |
| 18473 | General Electric Capital Corporation | September 24, 2009 |
| 18782 | Judd Wire, Inc. | September 24, 2009 |
| 18385, 18386, 18387, 18388 | Linamar Corporation and Linamar Holdings, Inc.; Linamar Corporation, Inavar Division; Linamar Corporation, Roctel Division; Linamar Corporation, Vehcom Division | September 24, 2009 |
| 18489, 18740 | Littelfuse, Inc. | September 24, 2009 |

| Docket No. | Objector | Hearing Date |
|---|---|---|
| 18374 | Navistar, Inc. | September 24, 2009 |
| 18556 | NEC Electronics America, Inc. | September 24, 2009 |
| 18494 | Nidec Motors & Actuators (USA), Inc. | September 24, 2009 |
| 18456 | Nissan North America, Inc. | September 24, 2009 |
| 18406 | Panalpina Management Ltd. and Panalpina, Inc. | September 24, 2009 |
| 18215, 18217 | Robert Bosch LLC | September 24, 2009 |
| 18414 | Siemens Product Lifecycle Management Software Inc. | September 24, 2009 |
| 18407, 18547 | Sun Microsystems | September 24, 2009 |
| 18261 | Sunrise Medical HHG, Inc. | September 24, 2009 |
| 18487, 18488, 18738 | The Timken Company | September 24, 2009 |
| 18485, 18271, 18484, 18486, 18742 | Toyota Motor Corporation; Toyota Motor Engineering & Manufacturing North America Inc; Toyota Motor Sales, U.S.A., Inc. | Adjourned without date |
| 18408, 18546 | United Parcel Service | September 24, 2009 |
| 18373, 18245 | XM Satellite Radio Inc. | September 24, 2009 |

# Exhibit D

| COUNTERPARTY | CONTRACT |
|---|---|
| Daimler AG – Duesseldorf | 36102279 |
| STMicroelectronics, Inc. | All contracts between STMICROELECTRONICS, INC., and Delphi related to intellectual property |
| | All contracts between SGS THOMSON MICROELECTRONICS, INC., and Delphi related to intellectual property |
| | D0550042158 |
| | D0550079198 |
| | D0550075664 |
| | D0550074126 |
| | D0550072204 |
| | D0550065157 |
| | D0550054055 |
| | D0550054058 |
| Technical Materials Inc. | All contracts between TECHNICAL MATERIALS, INC. and Delphi related to intellectual property |